UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC., et al.,** :    **08-13555 (JMP)**
                                         :
Debtors.                                 :    (Jointly Administered)
----------------------------------------------------------x

### FIFTH INTERIM APPLICATION OF LAZARD FRÈRES & CO. LLC, DEBTORS' INVESTMENT BANKER FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSE INCURRED FOR THE PERIOD FROM <u>FEBRUARY 1, 2010 THROUGH MAY 31, 2010</u>

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **December 17, 2008 *nunc pro tunc* September 15, 2008** |
| Period for which compensation and/or reimbursement is sought: | **February 1, 2010 through May 31, 2010** |
| Amount of Compensation Requested: | **$3,050,000.00** |
| Amount of Expenses Reimbursement Requested: | <u>**$632,964.35**</u> |
| Total Compensation and Expense Reimbursement Requested: | **$3,682,964.35** |
| Less: Amounts Paid to Date: | <u>($321,641.48)</u> |
| Net Amount of Compensation Requested: | **$3,361,322.87** |

This is a(n): _____ monthly    __X__ interim    _____ final application

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------x

**FIFTH INTERIM APPLICATION OF LAZARD FRÈRES & CO. LLC, DEBTORS'
INVESTMENT BANKER FOR ALLOWANCE OF
COMPENSATION AND FOR THE REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSE INCURRED FOR THE PERIOD FROM
FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker to Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors" and

together with certain of their non-debtor affiliates, "Lehman"), hereby submits its Fifth

Interim Fee Application (the "Interim Application") pursuant to sections 330 and 331 of title

11 of the United States Code (the "Bankruptcy Code) for an allowance of compensation for

professional services rendered to the Debtors and for reimbursement of actual and necessary

expenses incurred in connection with such services from February 1, 2010 through and

including May 31, 2010 (the "Compensation Period") as set forth in their engagement letter

(the "Engagement Letter"), attached hereto as **Exhibit A**.

## BACKGROUND

1.    On September 15, 2008, the Debtors commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    This Application is submitted pursuant to the terms of that certain third amended order establishing procedures for interim compensation and reimbursement of expenses of professionals dated June 25, 2009 (the "Administrative Order"). Pursuant to the Administrative Order, Lazard is seeking interim allowance and full payment, without any holdback of fees, of $3,050,000.00 and $632,964.35 for reimbursement of expenses relating to services rendered on behalf of the Debtors during the Compensation Period.

3.    On December 17, 2008, this Court entered that certain order authorizing the retention and employment of Lazard Frères & Co. LLC as investment bankers to the Debtors *nunc pro tunc* to September 15, 2008, attached hereto as **Exhibit B**.

4.    On February 5, 2010, Lazard filed its Second Supplemental Affidavit of Barry W. Ridings in Connection with the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtors (the "Second Supplemental Affidavit"). Pursuant to the Second Supplemental Affidavit, Lazard has agreed to reduce its Monthly Compensation to $200,000.00 per month effective as of December 1, 2009.

5.    All services for which Lazard requests compensation were performed for or on behalf of the Debtor.

## COMPENSATION REQUEST

6.   In this Interim Statement, Lazard is billing a Sale Transaction Fee of $2,250,000 for the sale of Lehman Brothers Real Estate Private Equity business ("LBREP"), pursuant to section 2(b)(iii) of the Engagement Letter between Lazard and LBHI.  The services provided are detailed below.

7.   Lazard seeks allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the aggregate amount of $3,050,000.00 (LBREP transaction fee plus monthly fees for February-May) and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $632,964.35, for a total award of $3,682,964.35 (the "Compensation Amount").

8.   For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

9.   Prior Monthly Applications for the Compensation Period:

| Date Filed | Period Covered | Requested | | Amounts Paid | | Net Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 01/06/2010 | 02/01/10 - 02/28/10 | $200,000.00 | $676.35 | $160,000.00 | $676.35 | $40,000.00 |
| 02/08/2010 | 03/01/10 - 03/31/10 | 200,000.00 | 965.13 | 160,000.00 | 965.13 | 40,000.00 |
| TBD | 04/01/10 - 04/30/10 | 200,000.00 | 1,085.58 | 0.00 | 0.00 | 201,085.58 |
| TBD | 05/01/10 - 05/31/10 | 2,450,000.00 | 630,237.29 | 0.00 | 0.00 | 3,080,237.29 |
| TOTAL | | $3,050,000.00 | $632,964.35 | $320,000.00 | $1,641.48 | $3,361,322.87 |

## SUMMARY OF SERVICES

10. During the Compensation Period, the Debtors relied heavily on the experience and expertise of Lazard's professionals in dealing with matters described in Paragraph 11. Since the bankruptcy filing of LBHI on September 15, 2008 and through the Compensation Period, Lazard's highly skilled restructuring and mergers and acquisitions professionals devoted significant time and effort to perform properly and expeditiously the required professional services. Lazard professionals based in the United States worked on various Lehman related matters, including but not limited to real estate funds and comprehensive financial analysis in connection with a potential plan of reorganization.

11. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

a) *Strategic Review of Lehman's Real Estate Private Equity Funds:* Lazard conducted a strategic review with the Estate of alternatives for the Lehman Brothers Real Estate Private Equity business. Lazard ran a three-round auction process culminating in the selection of two parties to separately acquire the Equity and Mezzanine Funds. The Lazard team worked diligently with the Estate to complete the three-round marketing process (which began with over 100 interested parties) and continued discussions, negotiations and diligence with the interested parties.

As of the filing of this interim fee application, the LBREM Funds I and II and LBREP Funds I, II and III transactions have closed.

b) *Financial Analysis and Preparation of Court Filings:* During the Compensation Period, Lazard professionals devoted significant time and resources to constructing a comprehensive financial analysis to assist in evaluating potential plans of reorganization. Lazard worked closely with A&M and the counsel to the debtors to define assumptions and discuss possible scenarios. Lazard conducted numerous iterations of the analysis and examined various outputs under a multitude of scenarios. The ultimate product of this analysis was the preparation of exhibits and analysis for Lehman's Plan and

5

Disclosure Statement filed in April 2010. Additionally, Lazard and A&M met with the advisors to the committee of unsecured creditors and other key parties on several occasions both before and after filing of the Plan and Disclosure Statement to discuss the assumptions supporting the analyses and answer any questions. These meetings necessitated that Lazard prepare numerous presentations and gather the supporting background materials. As of the filing of this interim fee application, Lazard continues to work diligently with A&M and the counsel to the debtors to refine and continually update these analyses.

c) *Other:* During the Compensation Period, Lazard professionals also provided assistance on several additional matters.

## ACTUAL AND NECESSARY DISBURSEMENTS OF LAZARD

12.     As set forth on **Exhibit D** annexed hereto, Lazard has disbursed $632,964.35 as expenses incurred in providing professional services during the Compensation Period (as detailed in the May 2010 monthly fee application). Lazard has maintained detailed records of actual and necessary expenses incurred during the Compensation Period. With respect to expenses, it should be noted that Lazard has absorbed certain expenses customarily charged by other professionals in bankruptcy cases. For example, Lazard does not allocate office telephonic charges by client and thus these costs are absorbed by Lazard in its overhead and not charged to the Debtors' estate. Lazard respectfully submits that the expenses for which it seeks allowance during the Compensation Period are necessary and reasonable both in scope and amount.

## CONCLUSION

13.     It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion

6

of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $3,050,000.00 and reimbursement for actual and necessary expenses Lazard incurred during the Compensation Period in the amount of $632,964.35; (ii) the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Lazard's right to seek additional compensation for services performed and expenses incurred to during the Compensation Period which were not processed at the time of this Application; and (iii) such other and further relief as is just.

| | |
|---|---|
| Total Amount of Compensation Requested: | **$3,682,964.35** |
| Less: Amounts Paid to Date: | **($321,641.48)** |
| Net Amount of Compensation Requested: | **$3,361,322.87** |

Dated:  New York, New York
      August *16* 2010

 

Barry W. Ridings
Managing Director
LAZARD FRÈRES & CO. LLC
30 Rockefeller Plaza
New York, New York 10020
(212) 632-6000
Investment Banker for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
```
In re                                          :    **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :    **08-13555 (JMP)**
                                               :
                                  **Debtors.** :    **(Jointly Administered)**
```
------------------------------------------------------------x
```

## <u>CERTIFICATION OF LAZARD FRÈRES & CO. LLC</u>

STATE OF NEW YORK     )
                      )          ss:
COUNTY OF NEW YORK    )

I, Barry W. Ridings, declare as follows:

1.      I am a Managing Director with Lazard Frères & Co. LLC, an investment bank

with principal offices located at 30 Rockefeller Plaza, New York, New York 10020.  I am

authorized to execute this Certification in connection with Lazard's Fourth Interim Fee

Application in the above-referenced bankruptcy cases.

2.      To the best of my knowledge and belief, Lazard is in compliance with Fee

Review Committee's recommendations for internal and external photocopy expense

reimbursement, and the US Trustee's guidelines regarding over-time related expenses for

meals and transportation.

                              _____
                              Barry W. Ridings
                              Managing Director

Dated:  _8/16/10_

# EXHIBIT A

## Engagement Letter

# LAZARD

BARRY W. RIDINGS
VICE CHAIRMAN OF US
INVESTMENT BANKING

LAZARD FRÈRES & CO. LLC
30 ROCKEFELLER PLAZA
NEW YORK, NY 10020
PHONE 212-632-6896
FAX 212-332-1757
barry.ridings@lazard.com

October 20, 2008

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, New York 10019

Attention:     Bryan Marsal
                Chief Restructuring Officer

Ladies and Gentlemen:

This letter agreement (the "Agreement") confirms, subject to the approval of the Bankruptcy Court, the understanding and agreement, effective as of September 15, 2008, between Lazard Frères & Co. LLC ("Lazard") and Lehman Brothers Holdings Inc. ("LBHI"), on behalf of itself and its controlled subsidiaries, other than Lehman Brothers International (Europe) and its subsidiaries (collectively with LBHI, the "Company").

*Assignment Scope:*

The Company has retained Lazard as its investment banker to advise it in connection with any Restructuring, any Sale Transaction and any Financing (each as defined below) on the terms and conditions set forth herein, subject to the approval of the Bankruptcy Court. As used in this Agreement, the term "Restructuring" shall mean, any transaction or series of transactions involving the restructuring, reorganization and/or recapitalization of any portion of the Company's outstanding indebtedness (including bank debt, bond debt, and other on and off balance sheet indebtedness), trade claims, leases (both on and off balance sheet), litigation-related claims and obligations, unfunded pension and retiree medical liabilities, funding obligations or other liabilities (collectively, the "Existing Obligations") that is achieved, without limitation, through amendments, waivers and/or consents from the holders or beneficiaries of Existing Obligations (collectively, the "Stakeholders"); rescheduling of the maturities of Existing Obligations; a change in interest rates; repurchase, settlement or forgiveness of Existing Obligations; conversion of Existing Obligations into equity; an exchange offer involving the issuance of new securities in exchange for Existing Obligations; the issuance of new securities, sale or disposition of assets, sale of debt or equity securities or other interests  or other similar transaction or series of transactions; or any plan of reorganization approved by the Bankruptcy Court. As used in this Agreement, the term "Sale Transaction" means any transaction or series of transactions involving an acquisition, purchase, sale, merger, consolidation, exchange, business combination or other transaction pursuant to which all or any portion of the assets, voting power, securities or other interests or other obligations of the Company or any Company entity or business are, directly or indirectly, combined with, transferred to or assumed by another entity or group, except for (i) the sales of Eagle Energy, the Indian processing center, R/3 and

LAZARD

any other transaction with respect to which LBHI and Lazard mutually agree that Lazard shall not provide services (it being understood that Lazard shall not unreasonably withhold its agreement not to provide services for transactions where it would not be appropriate for Lazard to advise). As used in this Agreement, the term "Financing" means any transaction or series of transactions involving the public or private issuance, sale, or placement of newly issued (or treasury) equity, equity-linked, or debt securities, instruments, or obligations of the Company, including any exit financing in connection with a case under the Bankruptcy Code.

By signing this Agreement, subject to the approval of the Bankruptcy Court, we hereby accept our appointment as your investment banker under the terms hereof.

*Description of Services:*

1. Lazard agrees, in consideration of the compensation provided in Section 2 below, to perform such of the following investment banking services as LBHI may reasonably request, including:

    (a)    Reviewing and analyzing the business, operations and financial projections of the Company;

    (b)    Assisting the Company in identifying and evaluating candidates for potential Sale Transactions and advising the Company in connection with negotiations and aiding in the consummation of any Sale Transaction;

    (c)    Assisting the Company in the development of a Restructuring plan;

    (d)    Advising and assisting the Company in evaluating potential Financing transactions by the Company, and subject to Lazard's agreement to act (and if requested by Lazard the execution of appropriate agreements), contacting potential sources of capital and assisting the Company in implementing such a Financing;

    (e)    Advising the Company on tactics and strategies for negotiating with Stakeholders;

    (f)    Rendering financial advice to the Company and participating in meetings or negotiations with the Stakeholders or other appropriate parties in connection with any Restructuring, Sale Transaction or Financing;

    (g)    Advising the Company on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to any Restructuring, Sale Transaction or Financing;

    (h)    Assisting the Company in preparing documentation within our area of expertise that is required in connection with any Restructuring, Sale Transaction or Financing;

LAZARD

    (i)      Attending meetings of the Company's Board of Directors and rendering advice with respect to matters on which we have been engaged to advise the Company;

    (j)      Providing testimony, as necessary, with respect to matters on which we have been engaged in any proceeding before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

    (k)      Providing the Company with other financial restructuring advice.

*Fees:*

2. As consideration for the services to be provided, the Company shall pay Lazard the following fees:

    (a)      A monthly fee (the "Monthly Fee"), payable on the 1st of each month of our engagement hereunder, of $400,000 per month for the 24-month period commencing on October 1, 2008 through (and including) September 1, 2010 and then decreasing to $250,000 per month thereafter until the earlier of effectiveness of a plan of reorganization or termination pursuant to Section 10;

    (b)      With respect to Sale Transactions:

        (i)      A fee equal to $5,000,000, payable upon consummation of a Sale Transaction pursuant to which certain North American assets are sold to Barclays Capital, Inc. or any of its affiliates (the "Barclays Sale Fee");

        (ii)      A fee, payable upon consummation of a Sale Transaction pursuant to which the Company's Investment Management Division, which includes Neuberger Berman and the fixed income and certain alternative asset management businesses of the Company, is sold, equal to $5,000,000 plus 1% of the amount, if any, by which the Aggregate Consideration (as defined on Schedule A) for such transaction exceeds that proposed in the purchase agreement submitted by Bain Capital and Hellman & Friedman on September 29, 2008 (the "Neuberger Berman Sale Fee"); and

        (iii)      A fee, payable upon consummation of any Sale Transaction (other than those described in clauses (b)(i) and (ii) above), equal to the sum of (A) 85% of the applicable percentage, as set forth on Schedule A, of the Aggregate Consideration involved in such transaction; plus, (B) .1% of the aggregate amount of any unfunded obligations or commitments, if any, that are reduced, eliminated or transferred, directly or indirectly, in connection with the transaction, up to a maximum payment of $1,000,000 pursuant to

LAZARD

this clause (B) (each, together, an "Other Sale Fee"); The Company agrees to direct any buyer to pay the Other Sale Fee directly to Lazard upon consummation of the applicable transaction as a deduction from the proceeds of the Sale Transaction; provided, that, for the avoidance of any doubt, the foregoing shall only limit the Company's obligation to pay Lazard to the extent that the Other Sale Fee is actually so paid by the buyer;

(c)     If a plan of reorganization is approved by the Bankruptcy Court whereby any Stakeholders receive a distribution (whether from an operating company, liquidating trust or otherwise), a fee, payable upon effectiveness of the plan of reorganization, equal to .5% of any cash and the fair market value of any property distributed or distributable to the Stakeholders in connection with the plan of reorganization (adjusted as appropriate so as not to double count any consideration received by the Stakeholders from any Sale Transaction), subject to a maximum fee of $17,500,000.

(d)     A fee, payable upon consummation of any Financing (for which Lazard has provided services), equal to the amount set forth in Schedule B (the "Financing Fee").

(e)     To the extent that LBHI requests, and Lazard agrees to provide, services other than those set forth in Section 1 above, customary fees with respect thereto shall be mutually agreed by LBHI and Lazard in good faith and subject to approval by the Bankruptcy Court;

(f)     In addition to any fees that may be payable to Lazard and, regardless of whether any transaction occurs, the Company shall promptly reimburse Lazard for all: (A) reasonable expenses (including travel and lodging, data processing and communications charges, courier services and other appropriate expenditures) and (B) other reasonable fees and expenses, including expenses of outside counsel retained with the prior consent of LBHI (not to be unreasonably withheld), if any; and

(g)     As part of the compensation payable to Lazard hereunder, the Company agrees that the indemnification, contribution and related provisions entered into by the Company and Lazard dated September 12, 2008 (the "Indemnification Letter") shall also apply hereto and are incorporated herein in their entirety.

(h)     All amounts referenced hereunder reflect United States currency and shall be paid promptly in cash after such amounts accrue hereunder.

*Retention in Chapter 11 Proceedings:*

3.    LBHI agrees that it will use its reasonable best efforts to obtain prompt authorization

## LAZARD

from the Bankruptcy Court to retain Lazard on the terms and conditions set forth in this Agreement under the provisions of Section 328(a) of the Bankruptcy Code. Lazard agrees that during the pendency of LBHI's bankruptcy proceedings, it shall file interim and final applications for allowance of the fees and expenses payable to it by LBHI under the terms of this Agreement, pursuant to the applicable Federal Rules of Bankruptcy Procedure and the local rules and order of the Bankruptcy Court. LBHI shall supply Lazard with a draft of the application and proposed retention order authorizing Lazard's retention in advance of the filing to enable Lazard and its counsel to review and comment thereon. Lazard shall be under no obligation to provide any services under this Agreement unless Lazard's retention under the terms of this Agreement is approved under section 328(a) of the Bankruptcy Code by final order of the Bankruptcy Court, which order is acceptable to Lazard. In so agreeing to seek Lazard's retention under Section 328(a) of the Bankruptcy Code, LBHI acknowledges that it believes that Lazard's general restructuring experience and expertise, its knowledge of the capital markets and its merger and acquisition capabilities will inure to the benefit of LBHI in pursuing any transaction, that the value to LBHI of Lazard's services hereunder derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of the contingent Sale Transaction fees, Financing Fees and the Restructuring fee are reasonable regardless of the number of hours to be expended by Lazard's professionals in the performance of the services to be provided hereunder.

*Other:*

4. No fee payable to any other person, by you or any other party, shall reduce or otherwise affect any fee payable hereunder to us.

5. The Company will furnish or cause to be furnished to Lazard such current and historical financial information and other information regarding the business and assets of the Company as Lazard may request in connection with this engagement. The Company represents and warrants to Lazard that all of the foregoing information will be accurate and complete at the time it is furnished, and agrees to keep Lazard advised of all developments materially affecting the Company or its financial position. Unless required by subpoena or other regulatory process, we will not disclose to any third party (other than our counsel or other agents under a duty of confidentiality or as otherwise agreed by you) any portion of the information provided by the Company that is not publicly available, and we will not use such information for any purpose other than pursuant to our engagement hereunder. You also agree to use reasonable efforts to cause each potential counterparty to provide us with such information as we reasonably deem necessary for our financial review and analysis. In performing its services pursuant to this Agreement, including in connection with any analysis, Lazard shall be entitled to rely upon information furnished to it by the Company, any counterparty or that is publicly available, may assume the accuracy and completeness of such information and shall not assume any responsibility for independent verification of any such information. Lazard will not, as part of its engagement, undertake any independent valuation or appraisal of any of the assets or liabilities of the Company or of any third party, or opine or give advice to the Board of Directors, the Company or management or shareholders with respect thereto.

6. In performing its services pursuant to this Agreement, Lazard is not assuming any responsibility for the decision of the Company or any other party to pursue (or not to pursue) any

LAZARD

business strategy or to effect (or not to effect) any Sale Transaction, any Restructuring, any Financing or other transaction. Lazard shall not have any obligation or responsibility to provide "crisis management" for or business consultant services to the Company, and shall have no responsibility for designing or implementing operating, organizational, administrative, cash management or liquidity improvements; nor shall Lazard be responsible for providing any tax, legal or other specialist advice.

7. It is understood and agreed that nothing contained in this Agreement shall constitute an express or implied commitment by Lazard or any of its affiliates or related parties to underwrite, place or purchase any securities in a financing or otherwise, which commitment shall only be set forth in a separate underwriting, placement agency or purchase agreement, as applicable, relating to the financing.

8. On September 12, 2008, the Company and Lazard entered into an engagement agreement (the "Pre-Filing Engagement") and the Indemnification Letter. This Agreement supersedes in entirety the Pre-Filing Engagement, which is terminated in its entirety. Lazard waives payment of any fee or expense amounts payable pursuant to the Pre-Filing Engagement. Notwithstanding the foregoing, the Indemnification Letter remains in full force and effect and shall survive any termination or expiration of this Agreement.

9. In order to coordinate our efforts on behalf of LBHI during the period of our engagement hereunder, LBHI will promptly inform Lazard of any discussions, negotiations, or inquiries regarding any potential Sale Transaction, Financing or Restructuring.

10. Our engagement hereunder will automatically expire upon effectiveness of a plan of reorganization and may be earlier terminated by you or us at any time without liability or continuing obligation to you or us, except that following such termination and any expiration of this Agreement (a) we shall remain entitled to any fees accrued pursuant to Section 2 but not yet paid prior to such termination or expiration, as the case may be, and to reimbursement of expenses incurred prior to such termination or expiration, as the case may be, and (b) in the case of termination by LBHI or any expiration of this Agreement, we shall remain entitled to full payment of all fees contemplated by Section 2 hereof in respect to any Sale Transaction, any Financing, and any Restructuring announced or resulting from negotiations occurring during the period from the date hereof until one year following such termination or expiration, as the case may be.

11. LBHI recognizes that Lazard has been engaged only by LBHI and that the engagement of Lazard is not deemed to be on behalf of and is not intended to confer rights upon any shareholder, partner or other owner of the Company, any creditor, lender or any other person. Unless otherwise expressly agreed, no one, other than senior management or the Board of Directors of LBHI is authorized to rely upon the engagement of Lazard or any statements, advice, opinions or conduct by Lazard. Without limiting the foregoing, any advice, written or oral, rendered to LBHI's Board of Directors or management in the course of the engagement of Lazard are solely for the purpose of assisting senior management or the Board of Directors of LBHI in evaluating any Sale Transaction, any Financing, and any Restructuring and does not constitute a recommendation to any stakeholder of the Company in connection with any Sale Transaction, any Financing, or Restructuring. Any advice, written or oral, rendered by Lazard may not be disclosed publicly or made available to third parties without the prior written consent

## LAZARD

of Lazard. Notwithstanding the foregoing, nothing herein shall prohibit you from disclosing to any and all persons the tax treatment and tax structure of any transaction and the portions of any materials that relate to such tax treatment or tax structure. Lazard's role herein is that of an independent contractor; nothing herein is intended to create or shall be construed as creating a fiduciary relationship between Lazard and the Company or its Boards of Directors.

12. In connection with the services to be provided hereunder, Lazard may employ the services of its affiliates and related parties and may share with any such entity any information concerning the Company, provided that Lazard and such entities shall hold any nonpublic information confidential in accordance with their respective customary policies relating to non-public information. Any such entity so employed shall be entitled to all of the benefits afforded to Lazard hereunder and under the Indemnification Letter and shall be entitled to be reimbursed for its costs and expenses on the same basis as Lazard.

13. The provisions hereof shall inure to the benefits of and be binding upon the successors and assigns of the Company, Lazard and any other person entitled to indemnity under the Indemnification Letter. Lehman Brothers Holdings Inc. is executing this agreement on behalf of the Company and agrees that the Company's obligations hereunder shall be joint and several. This Agreement and the related Indemnification Letter embody the entire agreement and understanding among the parties hereto.

14. This Agreement and any claim related directly or indirectly to this Agreement (including any claim concerning advice provided pursuant to this Agreement) shall be governed by and construed in accordance with the laws of the State of New York without regard to the principle of conflicts of law. No such claim shall be commenced, prosecuted or continued in any forum other than the courts of the State of New York located in the City and County of New York or in the United States District Court for the Southern District of New York, and each of the parties hereby submits to the jurisdiction of such courts. The Company hereby waives on behalf of itself and its successors and assigns any and all right to argue that the choice of forum provision is or has become unreasonable in any legal proceeding. The Company waives all right to trial by jury in any action, proceeding or counterclaim (whether based upon contract, tort or otherwise) related to or arising out of the engagement of Lazard pursuant to, or the performance by Lazard of the services contemplated by, this Agreement.

# LAZARD

If the foregoing Agreement is in accordance with your understanding of the terms of our engagement, please sign and return to us the enclosed duplicate hereof.

Very truly yours,

LAZARD FRERES & CO. LLC

By _____
Barry Ridings
Vice Chairman of US Investment Banking

AGREED TO AND ACCEPTED
as of the date first above written:

LEHMAN BROTHERS HOLDINGS INC. on behalf of itself
and its controlled subsidiaries, other than Lehman Brothers
International (Europe) and its subsidiaries

By_____
Bryan Marsal
Chief Restructuring Officer

# LAZARD

If the foregoing Agreement is in accordance with your understanding of the terms of our engagement, please sign and return to us the enclosed duplicate hereof.

Very truly yours,

LAZARD FRERES & CO. LLC

By_____
Barry Ridings
Vice Chairman of US Investment Banking

AGREED TO AND ACCEPTED
as of the date first above written:

LEHMAN BROTHERS HOLDINGS INC. on behalf of itself
and its controlled subsidiaries, other than Lehman Brothers
International (Europe) and its subsidiaries

By_____
Bryan Marsal
Chief Restructuring Officer

LAZARD

Schedule A

| Aggregate Consideration Involved in Sale Transaction[1] (Millions) | Amount (Thousands) | Percent of Aggregate Consideration |
|---|---|---|
| $20,000 or higher | $34,000 or higher | 0.170 |
| 15,000 | 30,000 | 0.200 |
| 12,500 | 28,750 | 0.230 |
| 10,000 | 25,000 | 0.250 |
| 9,000 | 24,300 | 0.270 |
| 8,000 | 23,200 | 0.290 |
| 7,500 | 22,500 | 0.300 |
| 7,000 | 22,400 | 0.320 |
| 6,000 | 20,100 | 0.335 |
| 5,000 | 17,500 | 0.350 |
| 4,000 | 16,000 | 0.400 |
| 3,000 | 13,500 | 0.450 |
| 2,000 | 10,000 | 0.500 |
| 1,000 | 7,000 | 0.700 |
| 900 | 6,660 | 0.740 |
| 800 | 6,240 | 0.780 |
| 700 | 5,740 | 0.820 |
| 600 | 5,160 | 0.860 |
| 500 | 4,500 | 0.900 |
| 400 | 4,000 | 1.000 |
| 300 | 3,300 | 1.100 |
| 200 | 2,600 | 1.300 |
| 100 | 1,750 | 1.750 |
| 50 or lower | 1,100 or lower | 2.200 |

For purposes hereof, the term "Aggregate Consideration" means (x) the total amount of cash and the fair market value (on the date of payment) of all of the property paid or payable (including amounts paid into escrow) in connection with the Sale Transaction (or any related transaction), including amounts paid or payable in respect of convertible securities, preferred equity securities, warrants, stock appreciation rights, option or similar rights, whether or not vested, plus (y) the principal amount of all indebtedness for borrowed money or other liabilities of the Company or relevant Company entity, as applicable, and the Company's pro rata portion (based on its ownership) of any indebtedness for borrowed money or other liabilities of any other entity in which the Company has an ownership interest, in each case, that is eliminated, reduced or transferred, directly or indirectly, in connection with a Sale Transaction. Aggregate Consideration shall also include the aggregate amount of any dividends or other distributions declared by the Company or relevant Company entity, as applicable, after the date hereof other than normal quarterly cash dividends and, in the case of a sale of assets, the value of any related

---

[1] For a transaction size in between the aggregate considerations specified above, the fee would be determined by interpolating between the two closest percentages.

LAZARD

current assets that are not sold by the Company or relevant Company entity, as applicable. For purposes of calculating Aggregate Consideration, the value of securities (whether debt or equity) that are freely tradable in an established public market will be determined on the basis of the average closing price in such market for the 10 trading days prior to the closing of the Sale Transaction (the "Valuation Date"); and the value of securities that have no established public market or other property will be the fair market value of such securities or other property on such Valuation Date and any restricted stock (i.e., stock in a public company not freely tradeable) received shall be valued at 85% of the public market price of such stock. Aggregate Consideration shall also be deemed to include pension liabilities and guarantees of monies borrowed assumed directly or indirectly by the third party. If the Aggregate Consideration is subject to increase by contingent payments related to future events, the portion of our fee relating thereto shall be calculated by us in good faith and paid to us upon consummation of the Sale Transaction.

## SCHEDULE B

Fees for Financings

The following table outlines the Financing Fees. The total Financing Fee shall be calculated by multiplying the applicable fee percentage by the total gross proceeds raised in each Financing.

| Funds Raised | Fee |
|---|---|
| Senior Secured Debt | 1.50% |
| Senior Debt | 3.00% |
| Subordinated Debt | 3.50% |
| Convertible Debt | 3.75% |
| Convertible Preferred Stock | 5.00% |
| Common Stock | 6.00% |

# EXHIBIT B

# Retention Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                  :

In re                                 :     Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*  :    08-13555 (JMP)
                                   :

        Debtors.                  :    (Jointly Administered)
                                   :

------------------------------------------------------------x

## ORDER UNDER 11 U.S.C. §§ 328(a)
## AND 1103, FED. R. BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1
## AUTHORIZING EMPLOYMENT AND RETENTION OF LAZARD
## FRERES & CO. LLC AS INVESTMENT BANKER TO LEHMAN BROTHERS
## HOLDINGS INC., ET AL., EFFECTIVE AS OF SEPTEMBER 15, 2008

          Upon the Application, dated November 13, 2008 (the "Application")[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors") for

an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11

U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rule 2014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing

the Debtors to retain and employ Lazard Frères & Co. LLC ("Lazard") as investment

banker for the Debtors, effective as of September 15, 2008 (the "Effective Date"),

pursuant to the terms of the engagement letter between the Debtors and Lazard, dated

October 20, 2008 (the "Engagement Letter"), and the related indemnification agreement

between the Debtors and Lazard, dated as of September 12, 2008 (the "Indemnification

Letter" and, together with the Engagement Letter, the "Engagement Agreement"); and

---

[1] Capitalized terms that are used but not defined in this order have the meaning ascribed to them in the Application.

the Court having jurisdiction to consider the Application and the relief requested therein

pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy

Judges of the United States District Court for the Southern District of New York (Ward,

Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C § 1408 and 1409; and due and proper

notice of the Application having been provided, and it appearing that no other or further

notice of the Application having been provided, and it appearing that no other or further

notice need be provided; and the Court having reviewed the Application and determined

that the employment of Lazard by the Debtors is necessary and in the best interest of the

Debtors' estate, creditors, and other parties in interest and that the terms of compensation

being sought by the Application as set forth in the Engagement Agreement are

reasonable; and the Court having considered the Affidavit of Barry W. Riddings,

Managing Director and Vice Chairman of Lazard, sworn to on November 13, 2008 (the

"Ridings Affidavit") filed in support of the Application; and the Court being satisfied

based on the representations in the Application and the Ridings Affidavit that Lazard

does not represent any other entity having an adverse interest in connection with the case;

and the Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein; and upon all of the

proceedings had before the Court; and the Office of the United States Trustee for Region

2 (the "United States Trustee") having no objection to certain modifications of the terms

and conditions of retention set forth in the Final Order Pursuant to 11 U.S.C. §327(a) and

328(a) Authorizing the Employment and Retention of the Blackstone Group L.P. as

Financial Advisor for the Debtors and Debtors-In-Possession, entered in *In re Global Crossing, Ltd.*, Case No 02-40187 (REG), because of the exceptional circumstances caused by the scope and magnitude of these chapter 11 cases; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted as provided herein; and it is further

ORDERED that in accordance with sections 328(a) and 1103 of the Bankruptcy Code, the Debtors are authorized to employ and retain Lazard as of September 15, 2008 as its investment banker in the chapter 11 cases on the terms set forth in the Application and the Engagement Letter, as modified hereby; and it is further

ORDERED that all compensation and reimbursement of expenses to be paid to Lazard shall be subject to the standard of review provided in section 328(a) of the Bankruptcy Code, and not subject to any other standard of review, including under section 330 of the Bankruptcy Code; and it is further

ORDERED that, notwithstanding the proceeding paragraph, all monthly fees and all fees payable in connection with any Sale Transaction, any Financing, or any Restructuring (collectively, the "Deferred Fees") and reimbursement of expenses to be paid to Lazard shall be subject to prior approval of this Court pursuant to the standard of review described above, and the United States Trustee shall retain the right to object to the monthly fees and Deferred Fees payable pursuant to the Engagement Letter based on the reasonableness standard provided for in section 330 of the Bankruptcy Code and the Court shall consider any such objection by the United States Trustee under section 330 of the Bankruptcy Code; and it is further

3

ORDERED that all Lazard financial restructuring personnel employed in domestic U.S. offices of Lazard who provide services to or on behalf of the Debtors as authorized hereby shall keep contemporaneous records of the work performed by them in hourly increments; and it is further

ORDERED that all other personnel of Lazard or its affiliates who provide services to or on behalf of the Debtors as authorized hereby shall keep detailed descriptions of the work performed by them and Lazard shall prepare a weekly summary of such detailed descriptions and provide same to the United States Trustee; and it is further

ORDERED that to the extent the United States Trustee has any objection to the scope, completeness or adequacy of the time records or summaries thereof described in the preceeding paragraph the United States Trustee shall notify Lazard with thirty (30) days of receipt thereof or the United States Trustee shall be deemed to have waived any such objection; and it is further

ORDERED that upon submission of the foregoing time records to the United States Trustee, Lazard shall also provide the United States Trustee with schedules of the Lazard personnel who provided services to or on behalf of the Debtors identifying (i) which individuals are financial restructuring personnel employed in domestic U.S. offices of Lazard and (ii) which are not;  provided, however, that Lazard shall not be required to maintain neither time records nor summaries of work performed by Lazard personnel for services rendered to or on behalf of the Debtors through and including the date on which this Order is entered; and it is further

4

ORDERED that in the event Lazard seeks reimbursement for attorneys'

fees pursuant to the terms of the Engagement Agreement, the invoices and supporting

time records from such attorneys shall be included in Lazard's own application and such

invoices and time records shall be subject to the United States Trustee's guidelines for

compensation and reimbursement of expenses and the approval of the Bankruptcy Court

under the standards of sections 330 and 331 of the Bankruptcy Code; and it is further

ORDERED that none of the fees hereunder, including the Deferred Fees,

shall constitute a "bonus" or "fee enhancement" under applicable law; and it is further

ORDERED that the Debtors will be bound by the indemnification,

contribution, reimbursement and exculpation provisions of the Engagement Agreement

and will indemnify and hold harmless Lazard and its affiliates, and its and their

respective directors, officers, members, agents, employees and controlling persons, and

each of their respective successors and assigns (collectively, the "Indemnified Persons"),

pursuant to the Engagement Agreement and, during the pendency of these chapter 11

cases, subject to the following conditions:

(i)      all requests of Indemnified Persons for payment of indemnity, contribution or otherwise pursuant to the indemnification provisions of the Engagement Agreement shall be made by means of an interim or final fee application and shall be subject to the approval of, and review by, the Court to ensure that such payment conforms to the terms of the Engagement Agreement, the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the orders of this Court and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall an Indemnified Person be indemnified or receive contribution to the extent that any claim or expense has resulted in the bad-faith, self-dealing, breach of fiduciary duty, if any, gross negligence or

5

willful misconduct on the party of that or any other Indemnified Person;

(ii)    in no event shall an Indemnified Person be indemnified or receive contribution or other payment under the indemnification provisions of the Engagement Agreement if the Debtors, their estates or the Committee assert a claim, to the extent that the Court determines by final order that such claim resulted from the bad-faith, self-dealing, breach of fiduciary duty, if any, gross negligence, or willful misconduct on the part of that or any other Indemnified Person; and

(iii)    in the event an Indemnified Person seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Agreement, the invoices and supporting time records from such attorneys shall be annexed to Lazard's own interim and final fee applications, and such invoices and time records shall be subject to the United States Trustee's Guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of section 330 of the Bankruptcy Code without regard to whether such attorney has been retained under section 1103 of the Bankruptcy Code; and it is further

ORDERED that to the extent this Order is inconsistent with the Engagement Agreement or the Application, this Order shall govern; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: New York, New York
December 17, 2008

_s/ James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C

# Summary of Hours Expended

**Lehman Brothers Holdings, Inc.**
**Lazard Frères & Co. LLC**
**Summary of Services Rendered by Project**

**February 1, 2010 - May 31, 2010**

| Project # | Project Description | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 35.8 | 68.7 | 22.1 | 72.0 | 198.6 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 4.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| 3 | Preparation and/or Review of Court Filings | 0.0 | 10.0 | 10.0 | 0.0 | 20.0 |
| 4 | Court Testimony/Deposition and Preparation | 4.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| 5 | Valuation Analysis | 0.0 | 5.0 | 0.0 | 0.0 | 5.0 |
| 6 | Capital Structure Review and Analysis | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 7 | Merger & Acquisition Activity | 49.0 | 73.5 | 38.3 | 29.5 | 190.2 |
| 8 | Financing Including DIP and Exit Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 334.3 | 196.5 | 362.0 | 282.3 | 1,175.1 |
| 10 | Fee Application, Engagement | 0.0 | 0.0 | 4.5 | 3.0 | 7.5 |
| 11 | Employee Retention Program | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | | 427.1 | 353.7 | 436.9 | 386.8 | 1,604.4 |

**Summary of Services Rendered by Professional**

| Name | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|
| Barry W. Ridings, Managing Director | 7.8 | 5.0 | 11.5 | 0.0 | 24.3 |
| Tim Dana, Managing Director | 0.0 | 6.8 | 0.0 | 3.5 | 10.3 |
| David Descoteaux, Managing Director | 18.0 | 20.0 | 10.5 | 19.0 | 67.5 |
| Holcombe Green, Managing Director | 27.3 | 23.0 | 19.0 | 29.5 | 98.8 |
| Matthew Whiting, Director | 25.0 | 27.5 | 31.5 | 20.5 | 104.5 |
| Benjamin Tisdell, Associate | 0.0 | 0.0 | 0.0 | 36.0 | 36.0 |
| Melissa Gordon, Associate | 38.5 | 72.4 | 29.4 | 0.0 | 140.3 |
| Jared Keating, Associate | 0.0 | 15.0 | 0.0 | 7.0 | 22.0 |
| Adam Preiss, Associate | 98.0 | 73.0 | 138.5 | 74.5 | 384.0 |
| Bobby Xu, Analyst | 143.0 | 58.0 | 145.5 | 82.0 | 428.5 |
| Peter Tufo, Analyst | 69.5 | 53.0 | 51.0 | 83.0 | 256.5 |
| Simon Goldman, Analyst | 0.0 | 0.0 | 0.0 | 31.8 | 31.8 |
| TOTAL | 427.1 | 353.7 | 436.9 | 386.8 | 1,604.4 |

1

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Barry W. Ridings, Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/08/10 | Review financial analysis | 3.0 | 2 |
| 02/08/10 | Meeting with WG regarding financial analysis | 1.5 | 1 |
| 02/22/10 | Review financial analysis | 1.0 | 2 |
| 02/22/10 | Meeting with WB and A&M regarding financial analysis | 1.5 | 1 |
| 02/22/10 | Call with A&M | 0.3 | 1 |
| 02/25/10 | Review of assets | 0.5 | 7 |
| | **FEBRUARY HOURS** | **7.8** | |
| 03/26/10 | Review Barclay's response | 3.0 | 3 |
| 03/29/10 | Review Debtors' reply to Barclay | 2.0 | 3 |
| | **MARCH HOURS** | **5.0** | |
| 04/09/10 | Review analysis | 3.5 | 3 |
| 04/10/10 | Review analysis | 2.0 | 3 |
| 04/12/10 | Meeting with Debtor and WG regarding Plan | 1.5 | 1 |
| 04/13/10 | Review analysis | 3.5 | 3 |
| 04/14/10 | Review analysis | 1.0 | 3 |
| | **APRIL HOURS** | **11.5** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Tim Dana, Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 03/02/10 | Update w/ A&M | 0.3 | 7 |
| 03/04/10 | Update w/ A&M | 2.0 | 7 |
| 03/08/10 | Update w/ A&M | 1.0 | 7 |
| 03/09/10 | Prep for process | 0.5 | 7 |
| 03/11/10 | Discussion w/ A&M on process | 2.0 | 7 |
| 03/26/10 | Update w/ LBB | 1.0 | 7 |
| | **MARCH HOURS** | **6.8** | |
| 05/07/10 | Update w/ A&M | 0.5 | 1 |
| 05/11/10 | Prep for new process | 0.5 | 9 |
| 05/13/10 | Discussion w/ A&M on new process | 1.0 | 1 |
| 05/24/10 | Prepare overview of structures | 1.0 | 9 |
| 05/27/10 | Discussion w/ Weil and A&M | 0.5 | 1 |
| | **MAY HOURS** | **3.5** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux, Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/01/10 | Discussion on process | 0.5 | 1 |
| 02/01/10 | Review materials | 1.0 | 9 |
| 02/02/10 | Review financial analysis | 1.0 | 9 |
| 02/02/10 | Review financial analysis | 1.0 | 9 |
| 02/03/10 | Discussion on process | 0.5 | 1 |
| 02/08/10 | Review financial analysis | 1.0 | 9 |
| 02/08/10 | Meetings on financial analysis | 1.5 | 1 |
| 02/08/10 | Meeting with management | 2.0 | 1 |
| 02/10/10 | Review financial analysis | 0.5 | 9 |
| 02/10/10 | Discussion on process | 0.5 | 1 |
| 02/12/10 | Review financial analysis | 2.5 | 9 |
| 02/16/10 | Discussion on process | 0.5 | 1 |
| 02/17/10 | Review financial analysis | 1.5 | 9 |
| 02/23/10 | Discussion on process | 0.5 | 1 |
| 02/23/10 | Review financial analysis | 1.0 | 9 |
| 02/25/10 | Review materials | 1.0 | 9 |
| 02/25/10 | Discussion on process | 0.5 | 1 |
| 02/25/10 | Review materials | 1.0 | 9 |
| | **FEBRUARY HOURS** | **18.0** | |
| 03/03/10 | Meeting on financial analysis | 1.0 | 1 |
| 03/04/10 | LAMCO meeting | 2.0 | 1 |
| 03/05/10 | Review materials/Discussion on process | 1.5 | 9 |
| 03/08/10 | Discussion on process | 0.5 | 1 |
| 03/08/10 | PIM note discussion | 1.5 | 1 |
| 03/09/10 | Review Plan materials | 2.5 | 9 |
| 03/09/10 | LAMCO discussion | 0.5 | 1 |
| 03/12/10 | Review court docs | 3.0 | 9 |
| 03/12/10 | Review materials | 1.0 | 9 |
| 03/15/10 | Review materials | 2.0 | 9 |
| 03/18/10 | Discussion on Plan | 1.5 | 1 |
| 03/24/10 | Discussion on Plan | 1.0 | 1 |
| 03/29/10 | Discussion on process | 0.5 | 1 |
| 03/30/10 | Discussion on Plan | 0.5 | 1 |
| 03/31/10 | Review Plan materials | 1.0 | 9 |
| | **MARCH HOURS** | **20.0** | |
| 04/05/10 | Calls, general prep | 1.0 | 1 |
| 04/09/10 | Document review | 3.5 | 9 |
| 04/10/10 | Calls, general prep | 1.0 | 1 |
| 04/12/10 | Meeting with Company | 1.5 | 1 |
| 04/13/10 | Review analysis | 3.5 | 9 |
| | **APRIL HOURS** | **10.5** | |
| 05/04/10 | Call on analysis | 1.0 | 1 |
| 05/05/10 | Review analysis | 2.0 | 9 |
| 05/06/10 | Closing call | 1.0 | 1 |
| 05/10/10 | LAMCO Mtg | 1.0 | 1 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux, Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/11/10 | Review analysis; calls | 1.5 | 9 |
| 05/12/10 | Discussion on Process | 0.5 | 1 |
| 05/13/10 | Review analysis | 1.0 | 9 |
| 05/18/10 | Review analysis | 1.0 | 9 |
| 05/20/10 | Review analysis and discussion on process | 1.5 | 1 |
| 05/21/10 | Review court docs | 2.0 | 9 |
| 05/24/10 | Discussion on Process | 0.5 | 1 |
| 05/25/10 | Review analysis | 1.5 | 9 |
| 05/26/10 | Calls, general prep | 1.5 | 1 |
| 05/28/10 | Review analysis and discussion on process | 3.0 | 1 |
| | **MAY HOURS** | **19.0** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Holcombe Green, Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | Call with management | 1.0 | 7 |
| 02/01/10 | Prepare and review materials, internal discussions | 3.0 | 7 |
| 02/05/10 | Call with management | 2.0 | 7 |
| 02/05/10 | Prepare and review materials, internal discussions | 3.0 | 7 |
| 02/08/10 | Meeting with management | 2.0 | 7 |
| 02/08/10 | Prepare and review materials, internal discussions | 3.0 | 7 |
| 02/10/10 | Call with attorneys | 1.5 | 7 |
| 02/10/10 | Prepare and review materials, internal discussions | 3.0 | 7 |
| 02/19/10 | Call with management | 3.0 | 7 |
| 02/22/10 | Call with interested party | 0.8 | 7 |
| 02/22/10 | Prepare and review materials, internal discussions | 3.0 | 7 |
| 02/23/10 | Call with interested party | 0.8 | 7 |
| 02/26/10 | Call with interested party | 0.8 | 7 |
| 02/26/10 | Call with management | 0.5 | 7 |
| | **FEBRUARY HOURS** | **27.3** | |
| 03/02/10 | Call with interested party | 1.0 | 7 |
| 03/05/10 | Meetings with interested parties | 1.5 | 7 |
| 03/05/10 | Communications | 2.0 | 7 |
| 03/08/10 | Meetings with interested parties | 2.0 | 7 |
| 03/10/10 | Communications | 2.0 | 7 |
| 03/10/10 | Meetings with interested parties | 2.0 | 7 |
| 03/16/10 | Communications | 2.0 | 7 |
| 03/24/10 | Meetings with interested parties | 4.0 | 7 |
| 03/25/10 | Meetings with interested parties | 1.5 | 7 |
| 03/23/10 | Communications | 3.0 | 7 |
| 03/26/10 | Meetings with interested parties | 2.0 | 7 |
| | **MARCH HOURS** | **23.0** | |
| 04/05/10 | Call with management | 3.0 | 7 |
| 04/06/10 | Call with management | 2.0 | 7 |
| 04/07/10 | Call with management | 3.0 | 7 |
| 04/13/10 | Call with management | 3.0 | 7 |
| 04/19/10 | Call with management | 3.0 | 7 |
| 04/20/10 | Call with management | 2.0 | 7 |
| 04/21/10 | Meetings with interested parties | 1.5 | 7 |
| 04/27/10 | Meetings with interested parties | 1.5 | 7 |
| | **APRIL HOURS** | **19.0** | |
| 05/01/10 | Communications | 3.0 | 7 |
| 05/06/10 | Meetings with interested party | 3.0 | 7 |
| 05/07/10 | Call with management | 1.0 | 7 |
| 05/09/10 | Communications | 3.0 | 7 |
| 05/10/10 | Meetings with interested party | 2.0 | 7 |
| 05/13/10 | Meetings with interested party | 2.5 | 7 |
| 05/14/10 | Meetings with interested party | 2.0 | 7 |
| 05/14/10 | Call with management | 1.0 | 7 |
| 05/17/10 | Communications | 3.0 | 7 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Holcombe Green, Managing Director

| Date: | Description of Work: | Hours: | Code |
|--------|---------------------|--------|------|
| 05/18/10 | Meetings with interested party | 3.0 | 7 |
| 05/21/10 | Meetings with interested party | 1.0 | 7 |
| 05/25/10 | Communications | 3.0 | 7 |
| 05/25/10 | Meeting with management | 1.0 | 7 |
| 05/28/10 | Call with management | 1.0 | 7 |
| | **MAY HOURS** | **29.5** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Whiting, Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | Discussion on process | 0.5 | 1 |
| 02/01/10 | Review materials | 1.0 | 9 |
| 02/01/10 | Review financial analysis | 1.0 | 9 |
| 02/02/10 | Review financial analysis | 2.0 | 9 |
| 02/02/10 | Review financial analysis | 0.5 | 9 |
| 02/03/10 | Discussion on process | 0.5 | 1 |
| 02/05/10 | Review financial analysis | 2.5 | 9 |
| 02/08/10 | Review financial analysis | 0.5 | 9 |
| 02/08/10 | Meetings on financial analysis | 1.5 | 1 |
| 02/08/10 | Meeting with management | 2.0 | 1 |
| 02/10/10 | Review financial analysis | 0.5 | 9 |
| 02/10/10 | Discussion on process | 0.5 | 1 |
| 02/11/10 | Review financial analysis | 1.0 | 9 |
| 02/16/10 | Review materials | 2.5 | 9 |
| 02/16/10 | Discussion on process | 0.5 | 1 |
| 02/17/10 | Review financial analysis | 1.5 | 9 |
| 02/22/10 | Discussion on process | 1.0 | 1 |
| 02/23/10 | Discussion on process | 0.5 | 1 |
| 02/23/10 | Review financial analysis | 1.0 | 9 |
| 02/24/10 | Review materials | 1.0 | 9 |
| 02/25/10 | Discussion on process | 0.5 | 1 |
| 02/25/10 | Review materials | 1.0 | 9 |
| 02/25/10 | Review materials | 1.5 | 9 |
| | **FEBRUARY HOURS** | **25.0** | |
| 03/02/10 | Discussion on process | 0.5 | 1 |
| 03/03/10 | Meeting on financial analysis | 2.5 | 1 |
| 03/04/10 | LAMCO meeting | 2.0 | 1 |
| 03/05/10 | Review financial analysis | 1.0 | 9 |
| 03/05/10 | Review materials/Discussion on process | 3.0 | 9 |
| 03/08/10 | Discussion on process | 0.5 | 1 |
| 03/11/10 | Review court docs | 5.0 | 9 |
| 03/12/10 | Review financial analysis | 1.5 | 9 |
| 03/15/10 | Discussion on process | 0.5 | 1 |
| 03/15/10 | Review court docs | 1.0 | 9 |
| 03/17/10 | Court hearing | 2.5 | 1 |
| 03/18/10 | Discussion on Plan | 1.5 | 1 |
| 03/19/10 | Discussion on process | 0.5 | 1 |
| 03/23/10 | Discussion on Plan | 3.5 | 1 |
| 03/29/10 | Discussion on process | 0.5 | 1 |
| 03/30/10 | Discussion on Plan | 1.5 | 1 |
| | **MARCH HOURS** | **27.5** | |
| 04/01/10 | Discussion on Plan | 0.5 | 1 |
| 04/06/10 | Review analysis | 1.0 | 9 |
| 04/07/10 | Discussion on process | 0.5 | 1 |
| 04/07/10 | Review materials | 1.0 | 9 |
| 04/08/10 | Review analysis | 1.5 | 9 |
| 04/09/10 | Review analysis | 2.0 | 9 |
| 04/12/10 | Review analysis | 3.5 | 9 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Whiting, Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 04/12/10 | Discussion on process | 0.5 | 1 |
| 04/13/10 | Review analysis | 4.5 | 9 |
| 04/14/10 | Review analysis | 3.0 | 9 |
| 04/14/10 | Discussion on process | 1.5 | 1 |
| 04/15/10 | Review analysis | 6.5 | 9 |
| 04/16/10 | Discussion on process | 0.5 | 1 |
| 04/21/10 | Discussion on process | 1.0 | 1 |
| 04/22/10 | Discussion on process | 0.5 | 1 |
| 04/26/10 | Review analysis | 1.5 | 9 |
| 04/27/10 | Review analysis | 2.0 | 9 |
| | | | |
| | **APRIL HOURS** | **31.5** | |
| | | | |
| 05/04/10 | Call on analysis | 1.0 | 1 |
| 05/05/10 | Review analysis | 2.0 | 9 |
| 05/06/10 | Review court docs | 1.5 | 9 |
| 05/10/10 | LAMCO meeting | 2.0 | 1 |
| 05/11/10 | Review analysis | 2.5 | 9 |
| 05/12/10 | Discussion on process | 0.5 | 1 |
| 05/13/10 | Review analysis | 1.0 | 9 |
| 05/18/10 | Review analysis | 1.5 | 9 |
| 05/20/10 | Discussion on process | 0.5 | 1 |
| 05/20/10 | Review analysis | 1.0 | 9 |
| 05/21/10 | Review court docs | 2.0 | 9 |
| 05/24/10 | Discussion on process | 0.5 | 1 |
| 05/25/10 | Review analysis | 1.5 | 9 |
| 05/27/10 | Discussion on process | 1.0 | 1 |
| 05/27/10 | Review analysis | 2.0 | 9 |
| | | | |
| | **MAY HOURS** | **20.5** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Benjamin Tisdell, Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/03/10 | Calls with professionals | 2.0 | 1 |
| 05/04/10 | Calls with professionals | 1.5 | 1 |
| 05/06/10 | Meeting with interested party | 5.0 | 1 |
| 05/07/10 | Weekly Update Call | 1.0 | 1 |
| 05/10/10 | Meeting with interested party | 2.0 | 1 |
| 05/13/10 | Meeting with interested party | 5.0 | 1 |
| 05/14/10 | Meeting with interested party | 5.0 | 1 |
| 05/17/10 | Calls with professionals | 1.0 | 1 |
| 05/18/10 | Meeting with interested party | 5.0 | 1 |
| 05/19/10 | Call to review financial analysis | 1.0 | 1 |
| 05/20/10 | Calls with professionals | 1.0 | 1 |
| 05/21/10 | Review of documents | 2.5 | 9 |
| 05/24/10 | Weekly Update Call | 1.0 | 1 |
| 05/25/10 | Calls with professionals | 1.0 | 1 |
| 05/26/10 | Calls with professionals | 1.0 | 1 |
| 05/28/10 | Weekly Update Call | 1.0 | 1 |
| **MAY HOURS** | | **36.0** | |

# Lehman Brothers Holdings, Inc.

Time Detail

Lazard Frères & Co. LLC

Melissa Gordon, Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/01/10 | Document review/call with Estate | 1.2 | 9 |
| 02/01/10 | Document review/call with Estate | 0.9 | 9 |
| 02/01/10 | Discussions with Weil | 0.8 | 9 |
| 02/01/10 | Contact log | 0.8 | 7 |
| 02/02/10 | Call with Weil | 0.5 | 1 |
| 02/03/10 | Call with Weil | 0.4 | 1 |
| 02/05/10 | Call with Weil | 0.6 | 1 |
| 02/09/10 | Process overview | 1.2 | 7 |
| 02/09/10 | Discussion with interested party | 0.3 | 1 |
| 02/11/10 | Call with Weil regarding process and timing | 0.6 | 1 |
| 02/11/10 | Updating/editing process overview | 1.0 | 7 |
| 02/12/10 | Updating/editing process overview | 0.4 | 7 |
| 02/13/10 | Call with Estate | 0.8 | 1 |
| 02/16/10 | Scheduling calls and updating materials | 0.6 | 9 |
| 02/16/10 | Document review | 0.3 | 9 |
| 02/16/10 | Follow-up from 02/13/10 call | 0.5 | 1 |
| 02/16/10 | Contact and diligence with interested parties | 0.8 | 7 |
| 02/17/10 | Call with Weil | 0.3 | 1 |
| 02/17/10 | Diligence work | 3.0 | 7 |
| 02/18/10 | Diligence work | 1.3 | 7 |
| 02/19/10 | Update call with the Estate amd A&M | 0.9 | 1 |
| 02/19/10 | Revising process timeline | 1.0 | 7 |
| 02/19/10 | Revising diligence materials | 2.5 | 7 |
| 02/19/10 | Contact and diligence with interested parties | 1.0 | 7 |
| 02/19/10 | Diligence work | 0.8 | 7 |
| 02/22/10 | Diligence work | 2.0 | 7 |
| 02/22/10 | Calls with interested parties | 0.5 | 1 |
| 02/22/10 | Calls with interested parties | 0.2 | 1 |
| 02/22/10 | Diligence work | 0.2 | 7 |
| 02/23/10 | Call with Weil | 1.0 | 1 |
| 02/23/10 | Scheduling | 1.5 | 7 |
| 02/24/10 | Scheduling | 1.2 | 7 |
| 02/24/10 | Call with Weil | 0.2 | 1 |
| 02/24/10 | Call with interested parties | 0.3 | 1 |
| 02/24/10 | Call with Estate | 0.2 | 1 |
| 02/25/10 | Revising diligence materials | 0.5 | 7 |
| 02/25/10 | Call with Weil | 1.0 | 1 |
| 02/26/10 | Reviewing materials | 2.0 | 7 |
| 02/26/10 | Discussion Weil | 2.0 | 1 |
| 02/26/10 | Discussion Weil | 1.0 | 1 |
| 02/26/10 | Following up with interested parties regarding scheduling and meetings | 1.2 | 1 |
| 02/26/10 | Update call | 1.0 | 1 |
| | **FEBRUARY HOURS** | **38.5** | |
| 03/01/10 | LAMCO meeting with LAMCO, A&M | 2.2 | 1 |
| 03/01/10 | Follow up discussion regarding next steps, meetings | 1.3 | 7 |
| 03/01/10 | Discussions with Weil | 1.0 | 7 |
| 03/02/10 | Discussing overview presentation and distribution | 0.6 | 7 |
| 03/02/10 | Revising documents | 2.5 | 7 |
| 03/02/10 | Logistics, scheduling | 1.2 | 7 |
| 03/03/10 | LAMCO meeting with LAMCO, A&M | 2.2 | 1 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Melissa Gordon, Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/03/10 | Discussions with Weil | 0.2 | 7 |
| 03/03/10 | Revising documents | 1.5 | 7 |
| 03/05/10 | Revising documents | 1.2 | 7 |
| 03/05/10 | Revising documents | 2.4 | 7 |
| 03/05/10 | Update activity log | 0.2 | 7 |
| 03/05/10 | Update contact summary | 0.2 | 7 |
| 03/05/10 | Update call with LAMCO & A&M | 1.0 | 1 |
| 03/08/10 | Revising and discussing LAMCO documents | 0.8 | 7 |
| 03/08/10 | Revising and discussing LAMCO documents | 2.1 | 7 |
| 03/08/10 | Follow up discussion regarding next steps, meetings | 1.0 | 7 |
| 03/09/10 | Discussions prior to LAMCO meeting | 0.2 | 1 |
| 03/09/10 | LAMCO meeting with LAMCO, A&M | 2.2 | 1 |
| 03/09/10 | LAMCO activity log and contact summary | 0.3 | 7 |
| 03/11/10 | LAMCO call with LAMCO, A&M | 2.5 | 1 |
| 03/11/10 | Call re LAMCO | 0.2 | 1 |
| 03/11/10 | Updating presentation | 0.2 | 7 |
| 03/11/10 | LAMCO activity log | 0.8 | 7 |
| 03/12/10 | LAMCO activity log | 0.2 | 7 |
| 03/12/10 | LAMCO contact summary | 0.2 | 7 |
| 03/12/10 | Update call with LAMCO & A&M | 1.0 | 1 |
| 03/12/10 | Calls re LAMCO | 0.3 | 1 |
| 03/15/10 | Sending documents | 2.0 | 7 |
| 03/16/10 | Sending documents | 1.0 | 7 |
| 03/16/10 | LAMCO meeting with LAMCO, A&M | 2.2 | 1 |
| 03/17/10 | LAMCO meeting with LAMCO, A&M | 2.2 | 1 |
| 03/17/10 | Scheduling LAMCO meetings | 1.0 | 7 |
| 03/17/10 | Discussing process with involved parties | 1.2 | 7 |
| 03/17/10 | Speaking with involved parties | 0.0 | 1 |
| 03/17/10 | LAMCO activity log | 0.2 | 7 |
| 03/17/10 | LAMCO contact summary | 0.2 | 7 |
| 03/18/10 | LAMCO activity log | 0.7 | 7 |
| 03/18/10 | LAMCO contact summary | 0.5 | 7 |
| 03/18/10 | Sending documents | 0.8 | 7 |
| 03/25/10 | Reviewing LAMCO documents | 2.5 | 7 |
| 03/25/10 | Discussions with Weil | 0.4 | 7 |
| 03/25/10 | Worked on LAMCO document | 2.0 | 7 |
| 03/25/10 | LAMCO contact summary and activity report | 2.5 | 7 |
| 03/25/10 | Discussing LAMCO dataroom with Lehman | 0.2 | 7 |
| 03/25/10 | LAMCO overview presentation re process | 5.0 | 7 |
| 03/25/10 | Sending documents and overview presentation to involved parties | 0.8 | 7 |
| 03/26/10 | LAMCO meeting with LAMCO, A&M | 2.0 | 1 |
| 03/26/10 | LAMCO call with LAMCO, A&M | 2.0 | 1 |
| 03/26/10 | Update call with LAMCO & A&M | 1.0 | 1 |
| 03/26/10 | LAMCO overview presentation | 1.5 | 7 |
| 03/26/10 | Discussing LAMCO data room | 0.5 | 7 |
| 03/26/10 | Calls with involved parties re LAMCO | 0.7 | 1 |
| 03/29/10 | Calls with involved parties re LAMCO | 3.0 | 1 |
| 03/29/10 | Calls with Weil to discuss documents | 0.2 | 1 |
| 03/29/10 | Calls with LAMCO and A&M to discuss presentation, etc. | 0.5 | 1 |
| 03/29/10 | Sending documents to involved parties | 0.5 | 7 |
| 03/29/10 | Updating presentation | 0.5 | 7 |
| 03/30/10 | Reviewing documents | 0.8 | 7 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Melissa Gordon, Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 03/30/10 | Updating presentation | 1.0 | 7 |
| 03/30/10 | Call with LAMCO, A&M to update Bryan Marsal | 0.7 | 1 |
| 03/30/10 | Calls with involved parties re LAMCO | 0.3 | 1 |
| 03/31/10 | Calls with involved parties re LAMCO | 1.5 | 1 |
| 03/31/10 | Call with LAMCO | 0.6 | 1 |
| | | | |
| | **MARCH HOURS** | **72.4** | |
| | | | |
| 04/05/10 | Following up with interested parties | 0.8 | 7 |
| 04/06/10 | Call with Houlihan to discuss process | 0.6 | 1 |
| 04/06/10 | Call with interested parties | 0.2 | 1 |
| 04/06/10 | Reviewing documents | 0.8 | 7 |
| 04/06/10 | Reviewing documents | 0.5 | 7 |
| 04/07/10 | Call with LAMCO to discuss documents | 1.0 | 1 |
| 04/08/10 | Revising docoments | 0.8 | 7 |
| 04/08/10 | Call with LAMCO to discuss objections to motion | 1.0 | 1 |
| 04/08/10 | Researching current press on objections filed and review motion, objections, etc | 2.5 | 7 |
| 04/08/10 | Speaking with interested parties | 1.0 | 1 |
| 04/09/10 | Speaking with interested parties | 1.0 | 1 |
| 04/09/10 | Revising and discussing documents | 2.5 | 7 |
| 04/09/10 | Updating diligence list for data room | 0.5 | 7 |
| 04/09/10 | Update call with LAMCO team | 1.0 | 1 |
| 04/11/10 | Reviewing materials for dataroom | 3.0 | 7 |
| 04/12/10 | Discussing process internally | 1.2 | 7 |
| 04/12/10 | Updating LAMCO activity report | 0.8 | 7 |
| 04/12/10 | Discussing process with LAMCO | 0.8 | 1 |
| 04/12/10 | Speaking with interested parties | 2.0 | 7 |
| 04/12/10 | Drafting document | 1.0 | 10 |
| 04/13/10 | Call with Weil to discuss LAMCO | 0.6 | 1 |
| 04/13/10 | Updating contact log | 0.3 | 7 |
| 04/13/10 | Updating LAMCO activity report | 0.3 | 7 |
| 04/14/10 | Drafting document | 0.5 | 10 |
| 04/14/10 | Speaking with interested parties | 1.0 | 7 |
| 04/14/10 | Updating LAMCO activity report | 0.3 | 7 |
| 04/15/10 | Speaking with Weil regarding process, letter, dataroom, etc | 0.2 | 1 |
| 04/16/10 | Speaking with LAMCO regarding dataroom | 0.2 | 1 |
| 04/16/10 | Revising documents | 1.0 | 7 |
| 04/19/10 | Finalizing and sending documents | 1.0 | 7 |
| 04/19/10 | Call with LAMCO | 1.0 | 1 |
| | | | |
| | **APRIL HOURS** | **29.4** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Jared Keating, Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/03/10 | Preparation of presentation materials | 3.0 | 9 |
| 03/04/10 | Meeting w/Alvarez & Marsal | 2.0 | 1 |
| 03/08/10 | Call w/Alvarez & Marsal | 1.0 | 1 |
| 03/09/10 | Preparation of presentation materials | 3.0 | 9 |
| 03/10/10 | Preparation of presentation materials | 4.0 | 9 |
| 03/11/10 | Meeting w/Alvarez & Marsal | 2.0 | 1 |
| | **MARCH HOURS** | **15.0** | |
| 05/12/10 | Preparation for conference call w/Alvarez & Marsal | 2.0 | 9 |
| 05/13/10 | Conference call w/Alvarez & Marsal | 1.0 | 1 |
| 05/17/10 | Preparation of documents | 2.0 | 9 |
| 05/18/10 | Work on documents | 1.0 | 9 |
| 05/20/10 | Work on documents | 1.0 | 9 |
| | **MAY HOURS** | **7.0** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Adam Preiss, Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/04/10 | Financial analysis | 4.0 | 9 |
| 02/04/10 | Financial call and analysis | 1.0 | 1 |
| 02/05/10 | Financial analysis | 5.0 | 9 |
| 02/06/10 | Financial analysis | 5.0 | 9 |
| 02/07/10 | Financial analysis | 7.0 | 9 |
| 02/08/10 | Financial analysis | 5.0 | 9 |
| 02/08/10 | Meetings | 4.0 | 1 |
| 02/09/10 | Financial analysis | 2.0 | 9 |
| 02/10/10 | Financial analysis | 4.0 | 4 |
| 02/11/10 | Financial analysis | 5.5 | 9 |
| 02/12/10 | Financial analysis | 4.0 | 9 |
| 02/14/10 | Financial analysis | 6.0 | 9 |
| 02/15/10 | Financial analysis | 5.0 | 9 |
| 02/17/10 | Financial analysis | 6.0 | 9 |
| 02/19/10 | Financial analysis | 2.0 | 9 |
| 02/20/10 | Financial analysis | 3.5 | 9 |
| 02/21/10 | Financial analysis | 7.0 | 9 |
| 02/22/10 | Financial Analysis | 9.0 | 9 |
| 02/23/10 | Financial Analysis | 6.0 | 9 |
| 02/24/10 | Financial Analysis | 3.0 | 9 |
| 02/26/10 | Financial Analysis | 4.0 | 9 |
| | **FEBRUARY HOURS** | **98.0** | |
| 03/03/10 | Meeting and Meeting Preparation | 5.0 | 1 |
| 03/04/10 | Calls with Creditor Committee Advisors and material preparation | 2.0 | 1 |
| 03/04/10 | Analysis | 5.0 | 9 |
| 03/05/10 | Calls with Creditor Committee Advisors and material preparation | 2.0 | 1 |
| 03/09/10 | Analysis | 3.0 | 9 |
| 03/09/10 | Analysis and calls to discuss | 3.0 | 9 |
| 03/10/10 | Analysis and calls to discuss | 6.0 | 9 |
| 03/11/10 | Analysis and calls to discuss | 5.0 | 5 |
| 03/15/10 | Calls with professionals and review of documents | 5.0 | 9 |
| 03/16/10 | Analysis | 3.0 | 9 |
| 03/17/10 | Court and review of analysis | 5.0 | 3 |
| 03/22/10 | Calls and analysis | 5.0 | 9 |
| 03/23/10 | Calls and analysis | 6.0 | 9 |
| 03/24/10 | Analysis | 3.0 | 9 |
| 03/28/10 | Analysis | 4.0 | 9 |
| 03/29/10 | Internal meetings and calls | 5.0 | 9 |
| 03/30/10 | Internal meetings and calls | 6.0 | 9 |
| | **MARCH HOURS** | **73.0** | |
| 04/01/10 | Analysis and calls to discuss | 4.0 | 9 |
| 04/02/10 | Analysis and calls to discuss | 2.0 | 9 |
| 04/03/10 | Analysis and calls to discuss | 4.0 | 9 |
| 04/04/10 | Analysis and calls to discuss | 7.0 | 9 |
| 04/05/10 | Analysis and calls to discuss | 5.5 | 9 |
| 04/06/10 | Analysis and calls to discuss | 3.0 | 9 |
| 04/07/10 | Analysis and calls to discuss | 4.0 | 9 |
| 04/08/10 | Analysis and calls to discuss | 2.0 | 9 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Adam Preiss, Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/09/10 | Analysis and calls to discuss | 5.0 | 9 |
| 04/10/10 | Analysis and calls to discuss | 7.0 | 9 |
| 04/11/10 | Analysis and calls to discuss | 12.0 | 9 |
| 04/12/10 | Analysis and calls to discuss | 14.0 | 9 |
| 04/13/10 | Analysis and calls to discuss | 16.0 | 9 |
| 04/14/10 | Analysis and calls to discuss | 16.0 | 9 |
| 04/15/10 | Analysis and calls to discuss | 16.0 | 9 |
| 04/16/10 | Analysis and calls to discuss | 4.0 | 9 |
| 04/19/10 | Analysis | 1.0 | 9 |
| 04/20/10 | Analysis and calls to discuss | 2.0 | 9 |
| 04/21/10 | Analysis and calls to discuss | 3.0 | 9 |
| 04/26/10 | Analysis and calls to discuss | 0.5 | 9 |
| 04/27/10 | Analysis and calls to discuss | 2.5 | 9 |
| 04/28/10 | Analysis and calls to discuss | 4.0 | 9 |
| 04/29/10 | Analysis and calls to discuss | 3.0 | 9 |
| 04/30/10 | Analysis and calls to discuss | 1.0 | 9 |
| | **APRIL HOURS** | **138.5** | |
| 05/02/10 | Analysis and review of court filings | 5.0 | 9 |
| 05/03/10 | Analysis and calls to discuss | 4.0 | 9 |
| 05/04/10 | Calls with Professionals | 2.0 | 1 |
| 05/04/10 | Analysis | 3.0 | 9 |
| 05/05/10 | Analysis | 6.0 | 9 |
| 05/06/10 | Analysis | 5.5 | 9 |
| 05/07/10 | Analysis | 3.5 | 9 |
| 05/09/10 | Analysis | 2.0 | 9 |
| 05/10/10 | Analysis and Calls with Professionals | 2.0 | 9 |
| 05/11/10 | Analysis and Calls with Professionals | 2.5 | 9 |
| 05/12/10 | Analysis and Calls with Professionals | 6.0 | 9 |
| 05/13/10 | Analysis and Calls with Professionals | 2.5 | 9 |
| 05/14/10 | Analysis and Calls with Professionals | 2.0 | 9 |
| 05/16/10 | Analysis | 1.5 | 9 |
| 05/17/10 | Analysis and Calls with Professionals | 4.0 | 9 |
| 05/18/10 | Analysis and Calls with Professionals | 3.0 | 9 |
| 05/20/10 | Analysis | 1.0 | 9 |
| 05/21/10 | Analysis | 1.0 | 9 |
| 05/24/10 | Analysis | 2.0 | 9 |
| 05/25/10 | Analysis | 2.5 | 9 |
| 05/26/10 | Analysis and Calls with Professionals | 3.5 | 9 |
| 05/28/10 | Analysis and Review of court filings | 3.0 | 9 |
| 05/30/10 | Analysis | 3.0 | 9 |
| 05/31/10 | Analysis | 4.0 | 9 |
| | **MAY HOURS** | **74.5** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Bobby Xu, Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 02/01/10 | Financial analysis | 5.0 | 9 |
| 02/02/10 | Call/Financial analysis | 6.0 | 9 |
| 02/03/10 | Financial analysis | 7.0 | 9 |
| 02/04/10 | Financial analysis | 5.0 | 9 |
| 02/05/10 | Financial analysis | 8.0 | 9 |
| 02/07/10 | Financial analysis | 9.0 | 9 |
| 02/08/10 | Financial analysis | 3.0 | 9 |
| 02/09/10 | Financial analysis | 4.0 | 9 |
| 02/10/10 | Financial analysis | 5.0 | 9 |
| 02/11/10 | Financial analysis | 10.0 | 9 |
| 02/12/10 | Call/Financial analysis | 4.0 | 9 |
| 02/13/10 | Financial analysis | 5.0 | 9 |
| 02/14/10 | Financial analysis | 4.0 | 9 |
| 02/15/10 | Financial analysis | 3.0 | 9 |
| 02/16/10 | Financial analysis | 7.0 | 9 |
| 02/17/10 | Financial analysis | 6.0 | 9 |
| 02/18/10 | Financial analysis | 10.0 | 9 |
| 02/19/10 | Financial analysis | 8.0 | 9 |
| 02/20/10 | Financial analysis | 7.0 | 9 |
| 02/21/10 | Financial analysis | 3.0 | 9 |
| 02/22/10 | Financial analysis | 5.0 | 9 |
| 02/23/10 | Financial analysis | 3.0 | 9 |
| 02/24/10 | Financial analysis | 2.0 | 9 |
| 02/25/10 | Financial analysis | 6.0 | 9 |
| 02/26/10 | Financial analysis | 8.0 | 9 |
| | **FEBRUARY HOURS** | **143.0** | |
| 03/02/10 | Financial Analysis | 2.0 | 9 |
| 03/04/10 | Financial Analysis | 6.0 | 9 |
| 03/05/10 | Financial Analysis | 3.0 | 9 |
| 03/08/10 | Call with A&M | 1.0 | 1 |
| 03/10/10 | Financial Analysis | 8.0 | 9 |
| 03/11/10 | Financial Analysis | 8.0 | 9 |
| 03/12/10 | Financial Analysis | 1.0 | 9 |
| 03/15/10 | Financial Analysis | 4.0 | 9 |
| 03/18/10 | Financial Analysis | 10.0 | 9 |
| 03/19/10 | Financial Analysis | 1.0 | 9 |
| 03/23/10 | Financial Analysis | 10.0 | 9 |
| 03/24/10 | Financial Analysis | 2.0 | 9 |
| 03/29/10 | Process updates | 1.0 | 9 |
| 03/30/10 | Call with A&M | 1.0 | 9 |
| | **MARCH HOURS** | **58.0** | |
| 04/03/10 | Financial analysis | 9.0 | 9 |
| 04/04/10 | Financial analysis | 8.0 | 9 |
| 04/05/10 | Financial analysis | 5.0 | 9 |
| 04/06/10 | Financial analysis | 9.0 | 9 |
| 04/07/10 | Financial analysis | 10.0 | 9 |
| 04/08/10 | Financial analysis | 10.0 | 9 |
| 04/09/10 | Financial analysis | 9.0 | 9 |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Bobby Xu, Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/10/10 | Financial analysis | 12.0 | 9 |
| 04/11/10 | Financial analysis | 12.0 | 9 |
| 04/12/10 | Financial analysis | 17.0 | 9 |
| 04/13/10 | Financial analysis | 16.0 | 9 |
| 04/14/10 | Financial analysis | 16.0 | 9 |
| 04/15/10 | Financial analysis | 3.0 | 9 |
| 04/16/10 | Responding to e-mails | 1.0 | 1 |
| 04/19/10 | Responding to e-mails | 0.5 | 1 |
| 04/20/10 | Call with A&M | 1.0 | 1 |
| 04/21/10 | Financial analysis | 1.0 | 9 |
| 04/26/10 | Financial analysis | 1.0 | 9 |
| 04/27/10 | Financial analysis | 3.0 | 9 |
| 04/29/10 | Financial analysis | 2.0 | 9 |
| | **APRIL HOURS** | **145.5** | |
| | | | |
| 05/03/10 | Financial analysis | 10.0 | 9 |
| 05/04/10 | Call | 2.0 | 1 |
| 05/05/10 | Financial analysis | 5.0 | 9 |
| 05/06/10 | Financial analysis | 9.0 | 9 |
| 05/07/10 | Financial analysis | 4.0 | 9 |
| 05/10/10 | Financial analysis | 2.0 | 9 |
| 05/11/10 | Financial analysis | 8.0 | 9 |
| 05/12/10 | Financial analysis | 7.0 | 9 |
| 05/13/10 | Financial analysis | 7.0 | 9 |
| 05/14/10 | Financial analysis | 5.0 | 9 |
| 05/17/10 | Financial analysis | 1.0 | 9 |
| 05/18/10 | Financial analysis | 4.0 | 9 |
| 05/24/10 | Responding to e-mails | 2.0 | 1 |
| 05/26/10 | Internal discussion | 2.0 | 1 |
| 05/26/10 | Internal discussion | 2.0 | 1 |
| 05/28/10 | Internal discussion | 2.0 | 1 |
| 05/28/10 | Meeting with A&M | 1.0 | 1 |
| 05/29/10 | Prepare presentation | 4.0 | 9 |
| 05/30/10 | Prepare presentation | 5.0 | 9 |
| | **MAY HOURS** | **82.0** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Peter Tufo, Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/04/10 | Financial analysis | 1.0 | 9 |
| 02/05/10 | Diligence work | 3.0 | 9 |
| 02/06/10 | Financial analysis | 3.0 | 9 |
| 02/07/10 | Financial analysis | 4.0 | 9 |
| 02/08/10 | Financial analysis | 4.0 | 9 |
| 02/09/10 | Financial analysis | 5.0 | 9 |
| 02/11/10 | Financial analysis | 2.0 | 9 |
| 02/12/10 | Financial analysis | 5.0 | 9 |
| 02/14/10 | Financial analysis | 10.0 | 9 |
| 02/15/10 | Financial analysis | 5.0 | 9 |
| 02/17/10 | Financial analysis | 8.0 | 9 |
| 02/20/10 | Financial analysis | 3.5 | 9 |
| 02/21/10 | Financial analysis | 7.0 | 9 |
| 02/22/10 | Financial analysis | 5.0 | 9 |
| 02/24/10 | Financial analysis | 2.0 | 9 |
| 02/26/10 | Financial analysis | 2.0 | 9 |
| | **FEBRUARY HOURS** | **69.5** | |
| 03/02/10 | Financial Analysis | 2.0 | 9 |
| 03/04/10 | Financial Analysis | 5.0 | 9 |
| 03/05/10 | Calls with professionals | 2.0 | 9 |
| 03/10/10 | Financial Analysis | 5.0 | 9 |
| 03/11/10 | Financial Analysis | 4.0 | 9 |
| 03/12/10 | Financial Analysis | 4.0 | 9 |
| 03/15/10 | Financial Analysis | 3.0 | 9 |
| 03/16/10 | Financial Analysis | 3.0 | 9 |
| 03/18/10 | Financial Analysis | 2.0 | 9 |
| 03/19/10 | Financial Analysis | 4.0 | 9 |
| 03/23/10 | Financial Analysis | 4.0 | 9 |
| 03/24/10 | Financial Analysis | 4.0 | 9 |
| 03/29/10 | Internal discussions | 5.0 | 9 |
| 03/30/10 | Internal discussions | 6.0 | 9 |
| | **MARCH HOURS** | **53.0** | |
| 04/03/10 | Financial analysis | 3.0 | 9 |
| 04/04/10 | Financial analysis | 2.0 | 9 |
| 04/09/10 | Review documents | 4.0 | 9 |
| 04/09/10 | Debt pricing update | 4.0 | 9 |
| 04/11/10 | Diligence work | 4.0 | 9 |
| 04/12/10 | Financial analysis | 5.0 | 9 |
| 04/14/10 | Diligence work | 6.0 | 9 |
| 04/16/10 | Administrative work | 3.0 | 10 |
| 04/20/10 | Call with A&M | 1.0 | 1 |
| 04/21/10 | Financial modeling | 7.0 | 9 |
| 04/22/10 | Financial modeling | 8.0 | 9 |
| 04/23/10 | Financial modeling | 4.0 | 9 |
| | **APRIL HOURS** | **51.0** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Peter Tufo, Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/03/10 | Financial analysis | 3.0 | 9 |
| 05/04/10 | Financial analysis | 7.0 | 9 |
| 05/05/10 | Administrative work | 3.0 | 10 |
| 05/07/10 | Financial analysis | 2.0 | 9 |
| 05/10/10 | Financial analysis | 5.0 | 9 |
| 05/11/10 | Financial analysis | 1.0 | 9 |
| 05/12/10 | Review financial analysis | 2.0 | 9 |
| 05/12/10 | Financial analysis | 8.0 | 9 |
| 05/13/10 | Financial analysis | 2.0 | 9 |
| 05/16/10 | Financial analysis | 5.0 | 9 |
| 05/18/10 | Financial analysis | 12.0 | 9 |
| 05/24/10 | Discussion regarding financial analysis | 2.0 | 1 |
| 05/24/10 | Financial analysis | 7.0 | 9 |
| 05/25/10 | Financial analysis | 5.0 | 1 |
| 05/26/10 | Financial analysis | 5.0 | 9 |
| 05/27/10 | Financial analysis | 9.0 | 9 |
| 05/28/10 | Discussion regarding financial analysis | 2.0 | 9 |
| 05/30/10 | Presentation prep | 3.0 | 9 |
| | **MAY HOURS** | **83.0** | |

**Lehman Brothers Holdings, Inc.**
Time Detail
Lazard Frères & Co. LLC
Simon Goldman, Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/03/10 | Call tracking and reporting, meeting scheduling | 2.0 | 9 |
| 05/04/10 | Call tracking and reporting, meeting scheduling | 1.0 | 9 |
| 05/05/10 | Call tracking and reporting, meeting scheduling, Presentation materials | 2.0 | 9 |
| 05/06/10 | Due Diligence meeting, Call tracking and reporting, meeting scheduling, Presentation materials | 6.5 | 9 |
| 05/07/10 | Weekly update call, Call tracking and reporting, meeting scheduling, dataroom logistics | 2.5 | 9 |
| 05/10/10 | Call tracking and reporting, meeting scheduling | 0.5 | 9 |
| 05/11/10 | Call tracking and reporting, meeting scheduling, dataroom logistics | 1.0 | 9 |
| 05/12/10 | Call tracking and reporting, meeting scheduling, dataroom logistics, model discussion | 2.5 | 9 |
| 05/13/10 | Call tracking and reporting, meeting scheduling, diligence responses | 2.5 | 9 |
| 05/14/10 | Call tracking and reporting, meeting scheduling | 0.8 | 9 |
| 05/17/10 | Call tracking and reporting, meeting scheduling | 0.5 | 9 |
| 05/18/10 | Call tracking and reporting, meeting scheduling, dataroom logistics | 1.0 | 9 |
| 05/19/10 | Call tracking and reporting, meeting scheduling, model discussion, dataroom logistics | 2.5 | 9 |
| 05/20/10 | Call tracking and reporting, summary presentation | 1.5 | 9 |
| 05/24/10 | Weekly update call, summary presentation | 2.0 | 9 |
| 05/25/10 | Investor rights discussion, Call tracking and reporting | 1.5 | 9 |
| 05/26/10 | Call tracking and reporting | 0.5 | 9 |
| 05/27/10 | Call tracking and reporting | 0.5 | 9 |
| 05/28/10 | Call tracking and reporting | 0.5 | 9 |

**MAY HOURS**                                                                                                    **31.8**

# EXHIBIT D

# Fee Calculation &
Details of Expenses

**Lehman Brothers Holding Inc.**
**5th Interim Application**
**Lazard Frères & Co.  LLC**

**February 1, 2010 - May 31, 2010**

### Fee Calculation

| Item | Amount Incurred |
|------|----------------:|
| Monthly Fees: February 1, 2010 - February 28, 2010 | $200,000.00 |
| Monthly Fees: March 1, 2010 - March 31, 2010 | 200,000.00 |
| Monthly Fees: April 1, 2010 - April 30, 2010 | 200,000.00 |
| Monthly Fees: May 1, 2010 - May 31, 2010 | 200,000.00 |
| Lehman Brothers Real Estate Transaction Fee | 2,250,000.00 |
| **TOTAL** | **$3,050,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|------|----------------:|
| Car Services and Taxis | $580.61 |
| Consulting-Non-IT | 286.52 |
| Courier/Shipping | 88.55 |
| Electronic Information Service | 447.49 |
| Employee Meals | 1,188.81 |
| Legal Expenses [2] | 66,498.24 |
| Legal Fees [2] | 563,332.00 |
| Photocopying Costs | 486.66 |
| Telephone/Telex/Fax-Usage | 55.47 |
| **TOTAL** | **$632,964.35** |

[1] *Additional expense detail will be furnished upon request.*

[2] *Legal representation of Lazard.  See invoices attached hereto.*

**Lehman Brothers Holding Inc.**
**5th Interim Application**
**Lazard Frères & Co. LLC**

**February 1, 2010 - May 31, 2010**

## Summary of Out-of-Pocket Expenses [1]

| Item | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|
| Car Services and Taxis | $56.92 | $134.92 | $185.54 | $203.23 | $580.61 |
| Consulting-Non-IT | 235.00 | 0.00 | 0.00 | 51.52 | 286.52 |
| Courier/Shipping | 0.00 | 0.00 | 88.55 | 0.00 | 88.55 |
| Electronic Information Service | 287.27 | 123.95 | 36.27 | 0.00 | 447.49 |
| Employee Meals | 24.40 | 650.79 | 493.62 | 20.00 | 1,188.81 |
| Legal Expenses [2] | 0.00 | 0.00 | 0.00 | 66,498.24 | 66,498.24 |
| Legal Fees [2] | 0.00 | 0.00 | 0.00 | 563,332.00 | 563,332.00 |
| Photocopying Costs | 72.76 | 0.00 | 281.60 | 132.30 | 486.66 |
| Telephone/Telex/Fax-Usage | 0.00 | 55.47 | 0.00 | 0.00 | 55.47 |
| **TOTAL** | **$676.35** | **$965.13** | **$1,085.58** | **$630,237.29** | **$632,964.35** |

(1) *Additional expense detail will be furnished upon request.*

(2) *Legal representation of Lazard. See invoices attached hereto.*

Exp_Detail_Feb 10

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03766 - Lehman Brothers

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 2/23/2010 | Xu-TAXI1/13LateHomeFromOffice 01/13/2010 | | 10.30 |
| | 2/23/2010 | Xu-TAXI 2/6Sat.OfficeToHome 02/07/2010 | | 10.12 |
| | 2/23/2010 | Xu-TAXI1/14LateHomeFromOffice 01/15/2010 | | 9.54 |
| | 2/23/2010 | Xu-Taxi1/13Office-HomeOvernite1/12 01/13/2010 | | 9.08 |
| | 2/23/2010 | Preiss-TAXI2/12Tues.LateHomeFromOffic 02/12/2010 | | 9.00 |
| | 2/23/2010 | Preiss-TAXI2/6Sat.HomeFromOffice 02/06/2010 | | 8.88 |
| | | | Subtotal: | 56.92 |
| **Consulting - Non-IT** | | | | |
| | 2/22/2010 | 05/14/09 TREATMENT OF NEW INT / ERNST & YOUNG LLP | | 235.00 |
| | | | Subtotal: | 235.00 |
| **Electronic Information Service** | | | | |
| | 2/16/2010 | S&P RATINGS CHGBKS NOV 09 / STANDARD & POOR'S CORPORATION | | 24.73 |
| | 2/18/2010 | INVESTEXT NOV 09 USAGE / THOMSON FINANCIAL | | 139.71 |
| | 2/18/2010 | INVESTEXT NOV 09 USAGE / THOMSON FINANCIAL | | 122.83 |
| | | | Subtotal: | 287.27 |
| **Employee Meals** | | | | |
| | 2/23/2010 | Xu-JOE'S SHANGHAI2/6Dinner (2) 02/06/2010 | | 24.40 |
| | | | Subtotal: | 24.40 |
| **Photocopying Costs** | | | | |
| | 1/25/2010 | CPYCNTR JOBS DONE IN 12/09 (938 page @.08) | | 72.76 |
| | | | Subtotal: | 72.76 |

**CLOSING BALANCE as of 2/28/2010**    676.35

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

Exp Detail_Mar 10

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03766 - Lehman Brothers

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 3/29/2010 | Preiss-CAB 02/14/2010 | 11.90 |
| | 3/29/2010 | Preiss-TAXI 2/21Sun.OfficeToHome 02/22/2010 | 9.00 |
| | 3/29/2010 | Preiss-TAXI 2/26LateHomeFromOffice 02/26/2010 | 9.00 |
| | 3/29/2010 | Preiss-TAXI 2/14BackToOfficeFromHome 02/15/2010 | 8.88 |
| | 3/29/2010 | Preiss-TAXI 2/20Sat.HomeToOffice 02/20/2010 | 8.30 |
| | 3/29/2010 | Preiss-Taxi 2/20 Sat.OfficeToHome 02/20/2010 | 8.20 |
| | 3/29/2010 | Preiss-TAXI 2/21Sun.HomeToOffice 02/21/2010 | 7.92 |
| | 3/29/2010 | Preiss-TAXI 2/15HolidayOfficeToHome 02/16/2010 | 7.92 |
| | 3/29/2010 | Preiss-TAXI 2/14 SundayHomeToOffice 02/14/2010 | 7.25 |
| | 3/30/2010 | Tufo-Lt nt taxi office to home 01/13/2010 | 10.30 |
| | 3/30/2010 | Xu-CABLateHomeFromOffice3/8 03/08/2010 | 9.90 |
| | 3/30/2010 | Tufo-Lt nt taxi office to home 01/19/2010 | 9.90 |
| | 3/30/2010 | Xu-TaxBackToOfficeFromHome 02/15/2010 | 9.00 |
| | 3/30/2010 | Tufo-Lt nt taxi office to home 01/26/2010 | 8.85 |
| | 3/30/2010 | Xu-TAXI LateHomeFromOffice2/15 02/15/2010 | 8.60 |
| | | Subtotal: | 134.92 |
| **Electronic Information Service** | | | |
| | 3/5/2010 | MOODY'S SEP 09 CHARGEBACK / MOODY'S INVESTOR'S SERVICE | 26.93 |
| | 3/19/2010 | FACTIVA JAN 10 CHARGEBACK / LAZARD FRERES PARIS | 53.06 |
| | 3/22/2010 | BLOOMBERG CHRGBKS OCT-DEC09 / BLOOMBERG L.P. | 27.99 |
| | 3/22/2010 | BLOOMBERG CHRGBKS OCT-DEC09 / BLOOMBERG L.P. | 15.97 |
| | | Subtotal: | 123.95 |
| **Employee Meals** | | | |
| | 3/5/2010 | Preiss-M 05-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Preiss-M 21-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Tufo-M 28-JAN-2010 Angelo's Pizza / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Xu-M 18-FEB-2010 Tao / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Xu-M 17-FEB-2010 Angelo's Pizza / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Preiss-M 12-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Preiss-M 11-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Preiss-M 20-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

Exp Detail_Mar 10

# LAZARD

**DEAL OPEN ITEMS BY CATEGORY**

ALL EXPENSES

**NYC03766 - Lehman Brothers**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | 3/5/2010 | Preiss-M 14-FEB-2010 El Tequilazo Res / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/5/2010 | Preiss-M 15-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 15.56 |
| | 3/5/2010 | Preiss-M 14-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 15.23 |
| | 3/24/2010 | Whiting-M 17-MAR-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Whiting-M 18-MAR-2010 Josie's / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 03-MAR-2010 Natsumi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 25-FEB-2010 The Volstead / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 05-MAR-2010 Divine Bar West / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Preiss-M 10-MAR-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 11-MAR-2010 Joe's Shanghai / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 22-FEB-2010 Mantao / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 12-MAR-2010 Sosa Borella - 8 / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 17-MAR-2010 POP Burger / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 26-FEB-2010 Joe's Shanghai / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 16-MAR-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Preiss-M 26-FEB-2010 Bricklane Curry / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 10-MAR-2010 Little Thai Kitc / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Preiss-M 22-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Preiss-M 23-FEB-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Preiss-M 11-MAR-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 24-FEB-2010 Tao / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 23-FEB-2010 Oaxaca Mexican G / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Xu-M 18-MAR-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/24/2010 | Fimeno-M 08-MAR-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 3/30/2010 | Xu-PONGSRI LateMeal@Office2/16 02/16/2010 | 20.00 |
| | | Subtotal: | 650.79 |

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

Exp Detail_Mar 10

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03766 - Lehman Brothers**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 3/19/2010 | CONFERENCE CALLS (JAN '10) / AT&T TELECONFERENCE SERVICES | 55.47 |
| | | Subtotal: | 55.47 |
| | | CLOSING BALANCE as of 3/31/2010 | 965.13 |

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03766 - Lehman Brothers

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 4/28/2010 | Xu-D 02/24/2010 21:36 Origin: 49 W 49 ST  M Dest: 100 W 74 ST 10023 M / DIAL CAR INC | 28.83 |
| | 4/28/2010 | Xu-D 03/10/2010 22:33 Origin: 49 W 49 ST  M Dest: 100 W 74 ST 10023 M / DIAL CAR INC | 28.83 |
| | 4/29/2010 | Xu-Cab 4/18 Sun. Office-home 04/18/2010 | 19.10 |
| | 4/30/2010 | Xu-CabLateOffice-Home3/16NoRecept 03/16/2010 | 10.46 |
| | 4/30/2010 | Xu-TaxiSun. 4/4 home-office 04/04/2010 | 10.20 |
| | 4/30/2010 | Xu-Cab Sat.home-office 3/20 03/20/2010 | 9.90 |
| | 4/30/2010 | Xu-TAXI Late office-home 4/13 04/13/2010 | 9.54 |
| | 4/30/2010 | Xu-TAXILate Office-home4/2 04/02/2010 | 9.06 |
| | 4/30/2010 | Xu-TAXI Saturday Office-Home 3/20 03/20/2010 | 9.03 |
| | 4/30/2010 | Xu-TAXI Late Office-home 4/12 04/12/2010 | 9.00 |
| | 4/30/2010 | Xu-Cab Sun. Office-home 4/4 04/04/2010 | 9.00 |
| | 4/30/2010 | Xu-TAXI Late Office-Home 4/5 04/05/2010 | 8.60 |
| | 4/30/2010 | Xu-TAXISat.office-homeNoRecept4/3 04/03/2010 | 7.62 |
| | 4/30/2010 | Xu-CAB Sun.office-home 4/11 04/11/2010 | 7.60 |
| | 4/30/2010 | Xu-TAXI Sat. office-home 4/10 04/10/2010 | 7.59 |
| | | Subtotal: | 185.54 |
| **Couriers / Shipping** | | | |
| | 4/1/2010 | U 17-MAR-2010 767 5TH AVE / UNITED PARCEL SERVICE INC. | 11.00 |
| | 4/1/2010 | U 02-MAR-2010 455 PENNSYLVANIA / UNITED PARCEL SERVICE INC. | 8.06 |
| | 4/1/2010 | U 02-MAR-2010 1271 AVE. OF THE / UNITED PARCEL SERVICE INC. | 6.86 |
| | 4/1/2010 | U 16-MAR-2010 765 5TH AVE / UNITED PARCEL SERVICE INC. | 6.86 |
| | 4/1/2010 | U 02-MAR-2010 1 CHASE MANHATTA / UNITED PARCEL SERVICE INC. | 6.86 |
| | 4/1/2010 | U 02-MAR-2010 765 5TH AVE / UNITED PARCEL SERVICE INC. | 6.86 |
| | 4/1/2010 | U 02-MAR-2010 33 WHITEHALL STR / UNITED PARCEL SERVICE INC. | 6.86 |
| | 4/8/2010 | U 08-FEB-2010 455 PENNSYLVANIA / UNITED PARCEL SERVICE INC. | 7.99 |
| | 4/8/2010 | U 08-FEB-2010 33 WHITEHALL STR / UNITED PARCEL SERVICE INC. | 6.80 |
| | 4/8/2010 | U 08-FEB-2010 765 FIFTH AVE / UNITED PARCEL SERVICE INC. | 6.80 |
| | 4/8/2010 | U 08-FEB-2010 1271 AVE. OF THE / UNITED PARCEL SERVICE INC. | 6.80 |
| | 4/8/2010 | U 08-FEB-2010 1 CHASE MANHATTA / UNITED PARCEL SERVICE INC. | 6.80 |
| | | Subtotal: | 88.55 |

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

# L A Z A R D

Exp Detail_Apr 10

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03766 - Lehman Brothers**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Electronic Information Service** | | | |
| | 4/26/2010 | LEXIS NEXIS MAR 10 USAGE / LEXIS-NEXIS | 26.51 |
| | 4/28/2010 | PACER Q1 2010 1/1/10-3/31/10 / PACER SERVICE CENTER | 9.76 |
| | | Subtotal: | 36.27 |
| | | | |
| **Employee Meals** | | | |
| | 4/27/2010 | Preiss-M 04-APR-2010 Aki Sushi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 05-APR-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 11-APR-2010 Pump Energy Food / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 12-APR-2010 Pump Energy Food / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 13-APR-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 14-APR-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Preiss-M 23-MAR-2010 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Tufó-M 11-APR-2010 Dallas BBQ (42nd / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Tufó-M 14-APR-2010 Mama Mexico (49t / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Tufó-M 22-MAR-2010 Chopt (56th & Pa / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Whiting-M 13-APR-2010 Haru On Broadway / SEAMLESSWEB PROFESSIONAL | 13.62 |
| | 4/27/2010 | Xu-M 04-APR-2010 Café Metro (5th / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 05-APR-2010 Baja Fresh (Lexi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 06-APR-2010 Lan Sheng Restau / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 07-APR-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 08-APR-2010 Little Thai Kitc / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 09-APR-2010 Joe's Shanghai / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 11-APR-2010 Gusto Va Mare / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 12-APR-2010 Szechuan Gourmet / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 13-APR-2010 Sherwoods Fine F / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 14-APR-2010 eee-te at Lyn's / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 23-MAR-2010 Mama Mexico (49t / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/27/2010 | Xu-M 24-MAR-2010 Tao / SEAMLESSWEB PROFESSIONAL | 20.00 |
| | 4/30/2010 | Xu-TOPAZ late dinner@office 3/15 03/15/2010 | 20.00 |
| | 4/30/2010 | Xu-TOPAZ LateDin@office3/25NoRecp 03/25/2010 | 20.00 |
| | | Subtotal: | 493.62 |

Exp Detail_Apr 10

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03766 - Lehman Brothers

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Photocopying Costs | | | |
| | 4/30/2010 | CPYCNTR JOBS DONE IN 03/10 / NON VENDOR (AP JOURNALS) | 281.60 |
| | | Subtotal: | 281.60 |
| | | CLOSING BALANCE as of 4/30/2010 | 1,085.58 |

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

# L A Z A R D

**DEAL OPEN ITEMS BY CATEGORY**

Exp Detail_May 10

ALL EXPENSES

**NYC03766 - Lehman Brothers**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | 0.00 |
| | | | |
| **Car Services and Taxis** | | | |
| | 5/6/2010 | Preiss-O 04/28/2010 21:10 M / Origin: 30 ROCK Dest: M / Late-night transportation | 26.61 |
| | 5/13/2010 | Preiss-O 05/06/2010 21:05 M / Origin: 30 ROCK Dest: M / Late-night transportation | 26.61 |
| | 5/26/2010 | Xu-D 04/06/2010 22:49 Origin: 49 W 49 ST M Dest: 100 W 74 ST 10023 M /Late-night transportation | 28.83 |
| | 5/26/2010 | Preiss-D 04/14/2010 03:21 Origin: 49 W 49 ST M Dest: W 22 ST 10011 M / Late-night transportation | 27.72 |
| | 5/26/2010 | Preiss-D 04/13/2010 02:33 Origin: 49 W 49 ST M Dest: W 22 ST 10011 M / Late-night transportation | 27.72 |
| | 5/26/2010 | Preiss-D 04/12/2010 03:19 Origin: 49 W 49 ST M Dest: W 22 ST / 7 AV / Late-night transportation | 27.72 |
| | 5/26/2010 | Preiss-D 04/08/2010 23:26 Origin: 49 W 49 ST M Dest: 227AV  M / Late-night transportation | 27.72 |
| | 5/26/2010 | Tufo-L t nt taxi office to home 05/11/2010 Late-night transportation | 10.30 |
| | | Subtotal: | 203.23 |
| | | | |
| **Couriers / Shipping** | | | |
| | 5/14/2010 | U 15-APR-2010 767 FIFTH AVE / UNITED PARCEL SERVICE INC. | 9.35 |
| | 5/14/2010 | U 19-APR-2010 455 PENNSYLVANIA / UNITED PARCEL SERVICE INC. | 8.02 |
| | 5/14/2010 | U 19-APR-2010 1 CHASE MANHATTA / UNITED PARCEL SERVICE INC. | 6.83 |
| | 5/14/2010 | U 19-APR-2010 767 FIFTH AVE / UNITED PARCEL SERVICE INC. | 6.83 |
| | 5/14/2010 | U 19-APR-2010 1271 AVENUE OF A / UNITED PARCEL SERVICE INC. | 6.83 |
| | 5/14/2010 | U 19-APR-2010 767 FIFTH AVE / UNITED PARCEL SERVICE INC. | 6.83 |
| | 5/14/2010 | U 19-APR-2010 3 WHITEHALL STRE / UNITED PARCEL SERVICE INC. | 6.83 |
| | | Subtotal: | 51.52 |
| | | | |
| **Employee Meals** | | | |
| | 5/24/2010 | Xu-M 28-APR-2010 Alpha Fusion / SEAMLESSWEB - over-time meal | 20.00 |
| | | Subtotal: | 20.00 |
| | | | |
| **Legal Expenses** | | | |
| | 2/1/2010 | LAZARD/LEHMAN SC LT 4/09-11/09 / CRAVATH, SWAINE & MOORE | 44,657.66 |
| | 5/21/2010 | NOV09-JUN10 LAZ/LEHMAN SECURIT / CRAVATH, SWAINE & MOORE | 21,840.58 |
| | | Subtotal: | 66,498.24 |
| | | | |
| **Legal Fees** | | | |
| | 2/1/2010 | LAZARD/LEHMAN SC LT 4/09-11/09 / CRAVATH, SWAINE & MOORE | 415,685.50 |
| | 5/21/2010 | NOV09-JUN10 LAZ/LEHMAN SECURIT / CRAVATH, SWAINE & MOORE | 147,646.50 |
| | | Subtotal: | 563,332.00 |

LEH_5th Interim Expense Detail_Feb-May 10.xlsx

Exp Detail_May 10

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03766 - Lehman Brothers**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Photocopying Costs** | | | |
| | 5/26/2010 | CPY CNTR JOBS DONE IN 04/10 / 2,412 copies @.05 + covers tabs and binding | 132.30 |
| | | Subtotal: | 132.30 |
| | | **CLOSING BALANCE as of 5/31/2010** | **630,237.29** |

FEDERAL AND NY STATE TAX
ID NUMBER 13-5015405

Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020

Attention of Scott D. Hoffman, Esq.

**IF REMITTANCE IS BY WIRE TRANSFER, PLEASE DIRECT TO:**
JPMorgan Chase Bank, ABA #021000021
1211 Avenue of the Americas, New York, NY 10036
Cravath, Swaine & Moore LLP, A/C #001-020056

**WHEN REMITTING, PLEASE REFERENCE:**

BILL NO. 140362

November 25, 2009

## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475
212-474-1000

*Approved.
Pls. charge
Lehman reorg*

C/M _____

*S. N.*

Lazard/Lehman Securities Litigation

For professional services rendered from April 2009 through
November 15, 2009 in connection with various ongoing actions
arising out of the Lehman Brothers' Bankruptcy including
responses to discovery requests, attendance at interviews with
Lazard personnel and counsel for various entities involved in
ongoing litigations and investigations relating to Lehman Brothers          $415,685.50

### Disbursements

| | | |
|---|---:|---:|
| Special Disbursements | 32,477.52 | |
| Local Transportation | 1,103.36 | |
| Special Office Supplies | 52.20 | |
| Courier/Mail Services | 127.59 | |
| Business Meals | 10.21 | <u>33,770.88</u> |

### Other Charges

| | | |
|---|---:|---:|
| Duplicating/Binding/Graphics/Video | 7300.39 | |
| Long Distance Telephone | 14.01 | |
| Computerized Legal Research/Database Research | 3,101.54 | |
| Messenger-Firm/Bulk Deliveries | 90.00 | |
| Miscellaneous | 380.84 | <u>10,886.78</u> |
| Total | | <u>$460,343.16</u> |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

**Client:** 10011 LAZARD FRERES & CO. LLC
**Matter:** 25 LEHMAN SECURITIES INVESTIGATION
**Billing Ptnr:** WILSON R D

Work Thru: 11/24/2009
Practice: LI-AL
Date Opened: 11/10/2008

Page 1

Run date & time: 11/24/2009 12:35:48PM

## IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS AND COSTS.

| Progress | | Progress & Costs |
|---|---|---|
| Partners | | 104,617.50 |
| Associates | | 233,893.00 |
| **Total Lawyer Progress** | | 338,510.50 |
| Legal Assistants | | 62,175.00 |
| **Total Progress** | | **400,685.50** |
| **Disbursements** | | |
| Special Disbursements | 32,477.52 | |
| Local Transportation | 1,103.36 | |
| Special Office Supplies | 52.20 | |
| Courier/Mail Services | 127.59 | |
| Business Meals | 10.21 | |
| **Disbursements** | | 33,770.88 |
| **Other Charges** | | |
| Duplicating | 5,910.39 | |
| Binding/Graphics/Video | 1,390.00 | |
| Long Distance Telephone | 14.01 | |
| Computerized Legal Research/Database Research | 3,101.54 | |
| Messenger-Firm/Bulk Deliveries | 90.00 | |
| Miscellaneous | 380.84 | |
| **Other Charges** | | 10,886.78 |
| **Total Disbursements and Other Charges** | | 44,657.66 |
| **Total Progress, Disbursements and Other Charges** | | 445,343.16 |

For the period ending 11/24/2009 there are 62 days of lawyer diaries missing for this matter:
RAFFERTY T G - 4 Days
BARTHOLOMEW K N - 2 Days
BELIEUEU C D - 4 Days
BROAD T - 7 Days
COWAN L - 7 Days
ECONOMOU R - 7 Days
HOLMES S - 10 Days
SILBER R R - 19 Days
VALDES H J - 2 Days

The Associate to Partner Leverage is 4.23

'Other Charges' must not be reflected on bills as 'Disbursements'. If the term 'Disbursement' or 'Costs' or something similar is used in a bill, such items must be stated separately from 'Other Charges'. If you wish to combine all costs together, the 'Disbursement' items must not be referred to as such, but must be described as 'Other Charges'.

N ENTENZA
PbC# 1976808

B
3

1,028.50

Page 2

OP&C# 1976808

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**

Client:        10011   LAZARD FRERES & CO. LLC
Matter:        25   LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Work Thru:        11/24/2009
Practice:        LI-AL
Date Opened:        11/10/2008
Run date & time: 11/24/2009  12:35:52PM

## Matter Billing History

| Bill # | Date | Sending Partner | Amount | Last Payment Date | Amount Outstanding | Fees Billed | Progress Relieved | Real. % | Period Billed Thru | Costs Billed | Costs Relieved |
|--------|------|-----------------|--------|-------------------|--------------------|-------------|-------------------|---------|--------------------|--------------|----------------|
| 137453 | 02/05/09 | TGR | 66,397.94 | 03/18/09 | 0.00 | 59,324.00 | 49,324.00 | 120.3 | 12/31/08 | 7,073.94 | 7,073.94 |
|  |  |  | 66,397.94 |  | 0.00 | 59,324.00 | 49,324.00 | 120.3 |  | 7,073.94 | 7,073.94 |

Includes full billing history from the date the matter was opened.

Page 3

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report
Client:    10011    LAZARD FRERES & CO. LLC
Matter:    25    LEHMAN SECURITIES INVESTIGATION
Billing Firm:    WILSON R D

Work Thru:    11/24/2009
Practice:    LI-ALL
Date Opened:    11/1/008

Run date & time:    11/24/2009 12:35:53PM

OP&C# 1978808

## SUMMARY OF UNBILLED PROGRESS

### IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS.

| ID # | Name | Last Diary Date On This Matter | In The Firm | Dept. | Hours | Rate | Amount | Total Days Missing | As of 11/24/2009, no diaries were posted on any matter for the following dates: |
|---|---|---|---|---|---|---|---|---|---|
| 07486 | RAFFERTY T G | 11/18/09 | 11/18/09 | LIT | 113.10 | 925 | 104,617.50 | 4 | 11/19 11/20 11/23 11/24 |
| | **Total PARTNER** | | | | 113.10 | 925 | 104,617.50 | 4 | |
| 11130 | BARTHOLOMEW K I | 08/26/09 | 11/20/09 | LIT | 21.60 | 425 | 9,180.00 | 2 | 11/23 11/24 |
| 11280 | BELELIEU C D | 10/15/09 | 11/19/09 | LIT | 95.50 | 528 | 50,451.00 | 4 | 11/09 11/20 11/23 11/24 |
| 12122 | BROAD T | 11/13/09 | 11/15/09 | LIT | 5.00 | 345 | 1,725.00 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 11546 | COWAN L | 08/27/09 | 11/14/09 | LIT | 21.70 | 345 | 7,486.50 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 11680 | LEWIS A | 08/27/09 | 08/27/09 | LIT | 25.30 | 345 | 8,728.50 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 08220 | SILBER R R | 08/26/09 | 10/29/09 | LIT | 16.20 | 495 | 8,019.00 | 19 | 10/27 10/30 11/02 11/03 11/04 11/05 11/06 11/09 11/10 11/11 11/12 11/13 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 08941 | VALDES H J | 11/19/09 | 11/22/09 | LIT | 223.60 | 573 | 128,177.00 | 2 | 11/23 11/24 |
| 11482 | ECONOMOU R | 08/28/09 | 11/13/09 | LIT | 34.40 | 290 | 9,976.00 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 03942 | HOLMES S | 08/27/09 | 11/10/09 | LIT | 35.00 | 290 | 10,150.00 | 10 | 11/11 11/12 11/13 11/16 11/17 11/18 11/19 11/20 |
| | **Total ASSOCIATE** | | | | 478.30 | 489 | 233,863.00 | 56 | |
| | **Total Lawyer In System** | | | | 591.40 | 572 | 338,510.50 | 62 | |
| 12080 | BARLETTA C | 09/14/09 | 11/16/09 | LEG | 3.00 | 175 | 525.00 | | |
| 11430 | FAURE M | 09/25/09 | 11/06/09 | LEG | 37.50 | 175 | 6,562.50 | | |
| 11494 | JOSEPH J | 09/20/09 | 11/14/09 | LEG | 2.30 | 175 | 402.50 | | |
| 05922 | LANGDALE C B | 11/02/09 | 11/16/09 | LEG | 31.80 | 180 | 5,724.00 | | |
| 12465 | PELISSIER G | 09/22/09 | 11/16/09 | LEG | 7.00 | 175 | 1,225.00 | | |
| 02079 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 39.30 | 110 | 4,323.00 | | |
| 02081 | TEMP ATTORNEY | 11/12/09 | 11/12/09 | LEG | 40.50 | 110 | 4,455.00 | | |
| 02084 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 44.80 | 110 | 4,928.00 | | |
| 02085 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 47.30 | 110 | 5,203.00 | | |
| 11302 | BARSKY S | 09/03/09 | 11/15/09 | TECH | 3.80 | 210 | 798.00 | | |
| 11461 | CASAS A | 09/15/09 | 09/18/09 | TECH | 0.30 | 210 | 63.00 | | |
| 11450 | CHIAPA A | 09/15/09 | 11/13/09 | TECH | 3.00 | 210 | 630.00 | | |

Page 4

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:       10011   LAZARD FRERES & CO. LLC
Matter:          25   LEHMAN SECURITIES INVESTIGATION
Billing Prtr:  WILSON R D

Work Thru :    11/24/2009
Practice:      LI-AL
Date Opened:   11/10/08

Run date & time:  11/24/2009 12:35:53PM

# SUMMARY OF UNBILLED PROGRESS

## IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS.

As of 11/24/2009, no diaries were posted on any matter for the following dates:

| ID # | Name | Last Diary Date On This Matter | Last Diary Date In The Firm | Dept. | Hours | Rate | Amount | Total Days Missing |
|------|------|------|------|------|------|------|------|------|
| 02988 | GONZALEZ L S | 11/09/09 | 11/13/09 | TECH | 90.50 | 240 | 21,720.00 | |
| 04086 | GONZALEZ M A | 11/06/09 | 11/06/09 | TECH | 22.80 | 210 | 4,788.00 | |
| 12508 | KAMIDA M | 11/07/09 | 11/09/09 | TECH | 1.30 | 210 | 273.00 | |
| 11972 | LIU A | 09/27/09 | 11/13/09 | TECH | 1.50 | 210 | 315.00 | |
| 07161 | PETTARIS M | 08/26/09 | 11/06/09 | TECH | 0.20 | 240 | 48.00 | |
| 09480 | VENEGAS J | 09/15/09 | 10/30/09 | TECH | 0.80 | 240 | 192.00 | |
| | Total LEGAL ASS'T | | | | 377.70 | 165 | 62,175.00 | 0 |
| | Total Progress in System | | | | 969.10 | | 400,695.50 | 62 |

Estimated Missing & Post-closing Progress _____

There are 62 days of lawyer & legal assist. diaries missing from this report.

OP&C# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Page 5

Client:     10011  LAZARD FRERES & CO. LLC
Matter:         25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Work Thru :      11/24/2009
Practice:        LI-AL
Date Opened:     11/10/2008

SUMMARY OF UNBILLED COSTS

Run date & time:   11/24/2009 12:35:56PM

## IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING COSTS.

| | Costs Posted Through:* |
|---|---|
| **Disbursements** | |
| Special Disbursements | 32,477.52 | 10/08/2009 |
| Local Transportation | 1,103.36 | 10/14/2009 |
| Client Business Transportation | 658.79 | 10/14/2009 |
| Ground Transportation | 444.57 | 10/14/2009 |
| Special Office Supplies | 52.20 | 09/03/2009 |
| Courier/Mail Services | 127.59 | 11/02/2009 |
| Business Meals | 10.21 | 09/14/2009 |
| **Total Disbursements** | **33,770.88** | |
| Estimated Anticipated Disbursements | | |
| Revised Disbursements | | |
| **Other Charges** | |
| Duplicating | 5,910.39 | 11/20/2009 |
| Duplicating | 594.15 | 11/18/2009 |
| Duplicating - Color | 4,932.00 | 09/02/2009 |
| Local Printing | 384.24 | 11/20/2009 |
| Binding/Graphics/Video | 1,390.00 | 10/17/2009 |
| Long Distance Telephone | 14.01 | 11/19/2009 |
| Computerized Legal Research/Database Research | 3,101.54 | 09/30/2009 |
| Lexis | 2,996.42 | 09/04/2009 |
| Other Database Research | 105.12 | 09/30/2009 |
| Messenger-Firm/Bulk Deliveries | 90.00 | 11/18/2009 |
| Miscellaneous | 380.84 | 09/02/2009 |
| **Total Other Charges** | **10,898.78** | |
| Estimated Anticipated Other Charges | | |
| Revised Other Charges | | |

*This is the date of the latest cost within the cost category.  If this is a final bill, an amount should be added, as appropriate, as an estimate of costs expected to come in later (such as bound volumes or car service) for which the firm has not yet been invoiced.

OP&CH 1976808

OPRACH 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011    LAZARD FRERES & CO. LLC
Matter:         25    LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:    WILSON R D

Work Thru :      11/2/2009
Practice:        LI-AL
Date Opened:     11/10/2008
Run date & time: 11/24/2009 12:35:57PM

## LAWYER HOURS SUMMARY

| Lawyer | Title | Hours |
|---|---|---|
| RAFFERTY T G | PARTNER | 113.10 |
| SILBER R R | ASSOCIATE | 16.20 |
| VALDES H J | ASSOCIATE | 223.60 |
| BARTHOLOMEW K N | ASSOCIATE | 21.60 |
| BELELIEU C D | ASSOCIATE | 95.50 |
| COWAN L | ASSOCIATE | 21.70 |
| LEWIS A | ASSOCIATE | 25.30 |
| BROAD T | ASSOCIATE | 5.00 |
| HOLMES S | DISCOVERY ATTY | 35.00 |
| ECONOMOU R | DISCOVERY ATTY | 34.40 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**

Client: 10011  LAZARD FRERES & CO. LLC
Matter: 25  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr: WILSON R D

Work Thru: 11/24/2009
Practice: LI-AL
Date Opened: 11/10/2008
Run date & time: 11/24/2009 12:35:56PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| RAFFERTY T | 07466 | PARTNER | 04/13/09 | CO | Conference call. | 1.50 | 17865168 |
| | | | 08/11/09 | CO | Conference with Pearl; conference with Valdes; attention to discovery requests. | 3.40 | 18225160 |
| | | | 08/19/09 | ATT | Attention to discovery requests; conference with Valdes; conference with Pearl. | 2.10 | 18242944 |
| | | | 08/20/09 | ATT | Attention to documents; conference with Parr, Valdes, Pearl; conference with Lehman counsel. | 4.90 | 18242940 |
| | | | 08/21/09 | ATT | Attention to discovery and investigation; various conferences. | 2.60 | 18279129 |
| | | | 08/24/09 | ATT | Attention to discovery issues and investigation; various conferences. | 3.30 | 18279127 |
| | | | 08/25/09 | ATT | Attention to discovery requests; various conferences. | 2.30 | 18279124 |
| | | | 08/27/09 | VAR | Various conferences re: investigations. | 2.30 | 18279117 |
| | | | 08/28/09 | VAR | Various conferences with Pearl, Valdes. | 1.90 | 18279115 |
| | | | 09/01/09 | ATT | Attention to document collection; conference with Valdes. | 3.60 | 18291610 |
| | | | 09/02/09 | VAR | Various conferences with Pearl, Valdes; attention to document production and bankruptcy examiner's request. | 3.40 | 18291608 |
| | | | 09/03/09 | VAR | Various conferences; attention to document production. | 2.80 | 18291605 |
| | | | 09/04/09 | ATT | Attention to document production; various conferences. | 3.20 | 18291602 |
| | | | 09/08/09 | VAR | Various conferences re: production and Parr interview. | 3.80 | 18291598 |
| | | | 09/10/09 | RV | Review of production. | 2.50 | 18291593 |
| | | | 09/11/09 | VAR | Various conferences; review of production. | 4.60 | 18291591 |
| | | | 09/14/09 | AT | Attendance at Parr interview with Lehman Bankruptcy examiner's counsel. | 4.50 | 18291589 |
| | | | 09/15/09 | VAR | Various conferences. | 3.80 | 18346385 |
| | | | 09/16/09 | ATT | Attention to discovery issues. | 2.60 | 18346380 |
| | | | 09/17/09 | ATT | Attention to discovery; conference with Valdes. | 1.80 | 18346377 |
| | | | 09/18/09 | VAR | Various conferences with Parr, Valdes. | 3.20 | 18346373 |
| | | | 09/23/09 | CO | Conference with Valdes; review of subpoena. | 1.20 | 18346364 |
| | | | 09/24/09 | RV | Review of product. | 3.60 | 18346361 |
| | | | 09/28/09 | VAR | Various conferences with Pearl, Valdes; review of product. | 4.10 | 18346358 |
| | | | 09/29/09 | ATT | Attention to issues relating to examiner; various conferences with Valdes, Levin, Madsen. | 3.40 | 18346356 |
| | | | 09/30/09 | ATT | Attention to discovery issues; various conferences with Valdes, Pearl. | 3.30 | 18346353 |
| | | | 10/01/09 | MW | Meeting with Ridings and Bankruptcy examiner; various conferences. | 4.20 | 18346349 |
| | | | 10/05/09 | ATT | Attention to discovery requests; conferences with Valdes, Pearl. | 4.10 | 18402435 |
| | | | 10/06/09 | ATT | Attention to discovery issues; conference with Valdes. | 3.30 | 18402433 |
| | | | 10/07/09 | VAR | Various conferences with Valdes, Pearl, Hoffman. | 1.30 | 18402431 |
| | | | 10/14/09 | VAR | Various conferences re: discovery request. | 2.10 | 18395359 |
| | | | 10/23/09 | ATT | Attention to discovery issues; conference with Valdes. | 1.80 | 18402424 |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011  LAZARD FRERES & CO. LLC
Matter:      25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Page 8

Work Thru:      11/24/2009
Practice:        L-AL
Date Opened:   11/10/2008
Run date & time: 11/24/2009  12:35:58PM

OP&C# 1976808

## TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| RAFFERTY T | 07486 | PARTNER | 10/30/09 | VAR | Various conferences; review of pleadings. | 2.90 | 18477612 |
| | | | 11/04/09 | CO | Conference with Valdes; conference with Pearl. | 2.70 | 18477618 |
| | | | 11/05/09 | ATT | Attention to outstanding requests; conference with Valdes. | 3.30 | 18477621 |
| | | | 11/09/09 | CO | Conference with Valdes; review of discovery issues. | 1.60 | 18477627 |
| | | | 11/12/09 | ATT | Attention to discovery issues; conference with Valdes, Pearl. | 3.60 | 18477633 |
| | | | 11/18/09 | ATT | Attention to discovery requests. | 2.40 | 18477644 |
| BARTHOLOME | 11130 | ASSOCIATE | 08/24/09 | RV | Document review training and begin document review. | 8.10 | 18273908 |
| | | | 08/25/09 | RV | Document review. | 8.40 | 18273907 |
| | | | 08/26/09 | RV | Document review. | 5.10 | 18273906 |
| BELELIEU C | 11280 | ASSOCIATE | 08/11/09 | RV | Review of H. Valdes' notes from 11/25/08 meeting with G. Parr, document request from Hughes/Hubbard to Lazard; August 2009 document request from Jenner; documents related to Project Green; and Lazard's first interim application for allowance of compensation and reimbursement of expenses; e-mail from H. Valdes to S. Pearl regarding search terms/collection. | 2.70 | 18226283 |
| | | | 08/12/09 | RV | Review of e-mail from H. Valdes to R. Byman (Jenner) regarding search terms. | 0.10 | 18226280 |
| | | | 08/13/09 | RV | Review of e-mails between H. Valdes and R. Byman (Jenner) regarding search terms. | 0.10 | 18226275 |
| | | | 08/19/09 | RV | Review of all prior stipulations/protective orders in the case as well as other relevant filings and orders, including the proposed case management procedures; drafting of memo/e-mail to H. Valdes outlining the procedural and substantive details of each prior protective order; review of proposed protective order between Lazard and Examiner. | 4.90 | 18259469 |
| | | | 08/20/09 | RV | Review of proposed stipulation and protective order between Lazard and the Examiner; drafting of revisions to proposed protective order based on prior protective orders between the Examiner and other banks; review of case management procedures and local bankruptcy rules; discussions and comments to H. Valdes regarding the proposed protective order. | 6.80 | 18259466 |
| | | | 08/25/09 | RV | Document review for SIPA Trustee document request and Examiner subpoena; review of Lehman Brothers background materials and Project Green materials; review of e-mail review guidelines and document requests. | 7.70 | 18259461 |
| | | | 08/26/09 | RV | Document review for SIPA Trustee document request and Examiner subpoena. | 9.10 | 18259460 |
| | | | 08/27/09 | RV | Document review for SIPA Trustee document request and Examiner subpoena; research and memo/e-mail to H. Valdes regarding preservation of the attorney-client privilege for communications involving third-party financial advisors | 7.90 | 18259457 |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011   LAZARD FRERES & CO. LLC
Matter:         25   LEHMAN SECURITIES INVESTIGATION
Billing Pnr:   WILSON R D

Page 9

Work Thru :      11/24/2009
Practice:        LI-AL
Date Opened:     11/10/2008
Run date & time: 11/24/2009  12:35:58PM

## TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| BELELIEU C | 11280 | ASSOCIATE | 08/28/09 | MW | Meeting with H. Valdes about meeting at Lazard; research and memo/e-mail to H. Valdes regarding the work product doctrine in the bankruptcy context. | 5.30 | 18259454 |
| | | | 08/31/09 | DISC | Discussions with H. Valdes regarding G. Parr interview preparation; review of Lazard e-mails for G. Parr interview preparation. | 2.00 | 18259451 |
| | | | 09/01/09 | RV | Review of Lazard-produced e-mails for relevant documents for G. Parr interview preparation; review of revised protective order/stipulation; discussions with H. Valdes; memo/e-mail to H. Valdes regarding objections/hearing/presentment date procedures for protective order. | 10.20 | 18291226 |
| | | | 09/02/09 | RV | Review of Notice of Presentment; discussions with H. Valdes; review of responsive documents related to G. Parr and review of previously tagged documents. | 8.40 | 18291224 |
| | | | 09/03/09 | DR | Drafting of chronology of Lazard-Lehman events for 9/14/09 Gary Parr interview; review of revised confidentiality agreement to SIPA Trustee. | 8.80 | 18291221 |
| | | | 09/04/09 | DR | Drafting of chronology of Lazard-Lehman events for 9/14/09 Gary Parr interview; review of Lazard privilege log; review of e-mails regarding additional hardcopy files; review of production letters to Examiner and Trustee. | 7.70 | 18291219 |
| | | | 09/08/09 | RE | Revising of chronology for Gary Parr 9/14/09 interview; discussions with M. Faura about prep binder for Parr interview; e-mails with S. Pearl (Lazard) about additional hardcopy files to be produced. | 6.80 | 18291216 |
| | | | 09/09/09 | RV | Review of additional hardcopy files from Lazard; responding to e-mail from S. Pearl (Lazard) regarding G. Parr interview; discussions with C. Langdale regarding hardcopy files. | 0.50 | 18291212 |
| | | | 09/10/09 | DISC | Discussions with H. Valdes about hardcopy files from Lazard and Parr interview; discussions with M. Faura about Parr interview preparation materials; review of Parr interview binder; review of e-mails from H. Valdes and S. Pearl (Lazard). | 0.80 | 18291210 |
| | | | 09/11/09 | DISC | Discussions with H. Valdes about Parr interview; discussions with C. Baretta about Parr interview materials. | 0.30 | 18291206 |
| | | | 09/13/09 | DR | Drafting of short summary of Lehman-Lazard events for 9/14/09 Gary Parr interview. | 1.00 | 18291201 |
| | | | 09/14/09 | AT | Attended Gary Parr interview with the Examiner (Jenner & Block) at Lazard. | 3.50 | 18310323 |
| | | | 10/15/09 | DR | Drafting of interview memo from notes from G. Parr 09/14/09 interview | 2.90 | 18385047 |
| | | | 11/09/09 | MW | Meeting with Hector Valdes - training of software for review of documents. | 1.00 | 18461954 |
| BROAD T | 12122 | ASSOCIATE | 11/12/09 | RV | Document review. Attention to files. | 2.00 | 18461949 |
| | | | 11/13/09 | RV | Document review. | 2.00 | 18461947 |

OP8C# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 10011  LAZARD FRERES & CO. LLC
Matter: 25  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr: WILSON R D

Work Thru: 11/24/2009
Practice: LI-AL
Date Opened: 11/10/2008
Run date & time: 11/24/2009 12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| COWAN L | 11546 | ASSOCIATE | 08/11/09 | READ | Reading to prepare for document review to respond to subpoena. | 2.20 | 18226309 |
| | | | 08/24/09 | RV | Training for document review; document review to respond to both document requests. | 6.50 | 18252347 |
| | | | 08/25/09 | RV | Document review. | 7.00 | 18252344 |
| | | | 08/26/09 | RV | Document review. | 5.50 | 18252342 |
| | | | 08/27/09 | RV | Document review. | 0.50 | 18252340 |
| | | | 08/28/09 | RV | Document review. | 2.00 | 18252822 |
| LEWIS A | 11680 | ASSOCIATE | 08/20/09 | RV | Review subpoenas and background materials in preparation for document review. | 7.80 | 18252819 |
| | | | 08/24/09 | RV | Document review. | 9.00 | 18252818 |
| | | | 08/25/09 | RV | Document review. | 4.50 | 18252816 |
| | | | 08/26/09 | RV | Document review. | 2.00 | 18252814 |
| | | | 08/27/09 | RV | Review of materials for document review. | 0.40 | 18252806 |
| SILBER R | 08220 | ASSOCIATE | 08/21/09 | RV | Review of documents to produce to liquidation and SIPA trustee; attendance at training session for document review; review of document requests. | 7.10 | 18252000 |
| | | | 08/24/09 | RV | Review of documents; correspondence with M. Farbood and A. Heady regarding compiling players' list. | 6.20 | 18257998 |
| | | | 08/25/09 | RV | Review of documents for SIPA and liquidation production. | 2.50 | 18257991 |
| VALDES H | 08941 | ASSOCIATE | 04/13/09 | TC | Telephone call with S. Pearl and D. Descoteaux; reviewing materials from Lehman investigation in preparation for call | 2.00 | 17910839 |
| | | | 04/27/09 | RV | Reviewing notes of conference call re: Lehman production; email to S. Pearl re: search parameters for Lehman document request. | 1.10 | 17910963 |
| | | | 06/08/09 | TC | Telephone call with S. Pearl re: response to Examiner's request. | 0.20 | 18056065 |
| | | | 06/09/09 | TC | Telephone call with B. Ridings and S. Pearl re: meeting with Lehman. | 0.50 | 18056068 |
| | | | 07/09/09 | TC | Telephone call with S. Pearl; reading document provided by M. Moscato; call with M. Moscato, D. Descoteaux and others re: Lehman. | 2.10 | 18119227 |
| | | | 07/23/09 | RV | Reviewing email request for documents; emails with S. Pearl and T. Rafferty re: same. | 0.70 | 18200943 |
| | | | 08/10/09 | RV | Reviewing document requests and previous document collection efforts. | 4.60 | 18263401 |
| | | | 08/11/09 | RS | Research re: status of bankruptcy proceedings and role of various parties in preparation for document production. | 4.20 | 18263399 |
| | | | 08/18/09 | ATT | Attention to production issues; discussion with S. Gonzales, C. Langdale and S. Pearl re: same; discussions regarding scheduling interview of Gary Parr; call to J. Turk of Hughes Hubbard re: SIPA trustee's document request; reviewing Lazard emails to determine ways to streamline review set. | 9.00 | 18263388 |
| | | | 08/19/09 | PP | Preparation for M. Moscato's conference call with G. Parr; attention to production issues; drafting responses and objections. | 10.20 | 18263385 |

OP&C# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 10011  LAZARD FRERES & CO. LLC
Matter: 26  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr: WILSON R D

Work Thru: 11/24/2009
Practice: L-AL
Date Opened: 11/10/2008
Run date & time: 11/24/2009 12:35:56PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| VALDES H | 08941 | ASSOCIATE | 08/20/09 | PP | Preparation for M. Moscato's conference call with G. Parr; participating in same; attention to producing documents to the Examiner's counsel; edits to and circulating responses and objections. | 9.90 | 18263383 |
| | | | 08/23/09 | RV | Reviewing deal file documents; preparing outline of guidelines for document reviewers. | 9.10 | 18263380 |
| | | | 08/24/09 | MW | Meeting with document review team; reviewing Examiner's draft confidentiality agreement; reviewing documents for production. | 8.30 | 18263379 |
| | | | 08/25/09 | OTH | Lehman review and attention to vendor processing issues. | 11.30 | 18263377 |
| | | | 08/26/09 | OTH | Lehman review and attention to vendor processing issues. | 8.70 | 18263376 |
| | | | 08/27/09 | RV | Lehman review and attention to vendor processing issues; discussion with C. Belelieu re: privilege research. | 11.40 | 18263375 |
| | | | 08/28/09 | RV | Lehman review and attention to vendor processing issues; meeting at Lazard with T. Hommel, B. Gaffe, B. Ridings; M. Whiting, and D. Descoteaux. | 10.90 | 18263374 |
| | | | 08/29/09 | RV | Reviewing Lehman docs; QCing work of other reviewers for accuracy and consistency. | 7.20 | 18263373 |
| | | | 08/30/09 | RV | Reviewing and editing privilege log for Lehman production; performing redactions. | 5.30 | 18263372 |
| | | | 08/31/09 | ATT | Attention to Lehman production issues; edits to SIPA Trustee's draft confidentiality agreement and Examiner's draft confidentiality agreement; email to Examiner's counsel re: same. | 8.20 | 18263371 |
| | | | 09/01/09 | RE | Edits to confidentiality agreements with the Examiner and the SIPA trustee; email communications re: same; attention to production issues and privilege log. | 7.60 | 18387328 |
| | | | 09/02/09 | ATT | Attention to finalizing and sending out production to SIPA trustee and Examiner; drafting cover letters re: same; attention to production issues; reviewing hard copy files for responsiveness. | 9.10 | 18387327 |
| | | | 09/03/09 | ATT | Attention to production issues, privilege log; edits to confidentiality agreement with SIPA trustee | 7.70 | 18387326 |
| | | | 09/04/09 | ATT | Attention to sending out production; discussion with C. Belelieu re: production issues for next week. | 4.20 | 18387324 |
| | | | 09/10/09 | RV | Reviewing G. Parr chronology binder in preparation for Examiner interview. | 4.10 | 18387320 |
| | | | 09/11/09 | PP | Preparation for G. Parr Examiner interview. | 3.20 | 18387317 |
| | | | 09/13/09 | PP | Preparation for G. Parr Examiner interview. | 2.90 | 18387312 |
| | | | 09/14/09 | INT | Examiner interview of Gary Parr; meeting with G. Parr in preparation for interview. | 3.10 | 18387310 |
| | | | 09/23/09 | ATT | Attention to Barclays subpoena; call and email to Barclays' counsel re: same. | 1.70 | 18387292 |
| | | | 09/24/09 | DR | Drafting confidentiality agreement with Barclays. | 3.70 | 18387289 |

OP&C# 1976808

Page 12

Work Thru:      11/24/2009
Practice:       L-AL
Date Opened:    11/10/2008
Run date & time: 11/24/2009 12:36:58PM

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011   LAZARD FRERES & CO. LLC
Matter:      25   LEHMAN SECURITIES INVESTIGATION
Billing Pnr:   WILSON R D

## TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| VALDES H | 08941 | ASSOCIATE | 09/25/09 | ATT | Attention to production issues; reviewing B. Ridings hardcopy documents. | 1.80 | 18387284 |
| | | | 09/28/09 | ATT | Attention to production to Barclays, Examiner and SIPA trustee; cover letters re: same; attention: to confidentiality stipulation with Barclays. | 2.70 | 18387278 |
| | | | 09/30/09 | PP | Preparation for B. Ridings Examiner interview. | 5.20 | 18387273 |
| | | | 10/01/09 | INT | B. Ridings Examiner interview and meeting to prep for same. | 2.30 | 18387270 |
| | | | 10/02/09 | OTH | Conversation with M. Whiting re: Barclays subpoena; reading article re: Examiner fee application and attempting to locate same. | 1.00 | 18387268 |
| | | | 10/06/09 | DR | Drafting responses and objections to Barclays subpoena. | 3.10 | 18387260 |
| | | | 10/07/09 | OTH | Conversations with C. Green of Boies Schiller and B. Gaffe of Jones Day re: Barclays subpoena; attention: to finalizing and sending responses and objections to Barclays subpoena. | 3.10 | 18387257 |
| | | | 10/09/09 | OTH | Conversation with Barclays' counsel re: responses and objections; attention to de-designation request. | 1.90 | 18387253 |
| | | | 10/16/09 | DISC | Discussion with S. Pearl and T. Hommel re: Lehman production. | 1.40 | 18435539 |
| | | | 10/19/09 | OTH | Communications with R. Gaffey re: confidentiality agreement; attention: to sending production to Jones Day; email to S. Pearl re: Barclays subpoena. | 2.50 | 18435534 |
| | | | 10/21/09 | DR | Drafting responses and objections to Barclays subpoena. | 1.70 | 18435527 |
| | | | 10/23/09 | ATT | Attention to finalizing and circulating responses and objections to Barclays subpoena. | 1.40 | 18435524 |
| | | | 11/08/09 | DM | Developing guidelines for Lehman document review. | 3.20 | 18477943 |
| | | | 11/09/09 | VAR | Training contract attorneys on document review guidelines and answering questions re: same; monitoring progress of the document review. | 4.10 | 18477946 |
| | | | 11/11/09 | ATT | Attention to monitoring work of document reviewers; discussions with D. Moody re: same. | 2.30 | 18477951 |
| | | | 11/12/09 | ATT | Attention to 30(b)(6) deposition subpoena; communication with T. Rafferty and S. Pearl re: same; overseeing Lehman document review. | 2.00 | 18477955 |
| | | | 11/13/09 | OTH | Overseeing Lehman document review. | 2.20 | 18477959 |
| | | | 11/15/09 | OTH | Finalizing responsiveness calls for second round production. | 4.30 | 18477960 |
| | | | 11/16/09 | ATT | Attention to vendor issues with respect to Lehman production. | 1.60 | 18477962 |
| | | | 11/18/09 | ATT | Attention to finalizing and producing Lehman second round production. | 1.70 | 18477965 |
| | | | 11/19/09 | OTH | Conversations re: scheduling 30(b)(6) deposition. | 1.90 | 18477968 |
| ECONOMOU R | 11482 | DISCOVERY ATTY | 08/24/09 | RV | Review emails for responsiveness and privilege at the direction of H. Valdes. | 1.70 | 18265531 |
| | | | 08/24/09 | RV | Review background materials for new matter at the direction of H. Valdes. | 2.50 | 18265532 |

OP&C# 1976806

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011  LAZARD FRERES & CO. LLC
Matter:      25  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr:  WILSON R D

Work Thru :        11/24/2009
Practice:          LI-AL
Date Opened:       11/10/2008
Run date & time:   11/24/2009 12:35:56PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| ECONOMOU R | 11482 | DISCOVERY ATTY | 08/24/09 | MW | Meeting with Alpha-Lit to discuss training. | 0.80 | 18285533 |
| | | | 08/24/09 | MW | Meeting with H. Valdes to discuss matter and review protocol. | 1.00 | 18285534 |
| | | | 08/25/09 | RV | Review emails for responsiveness and privilege at the direction of H. Valdes. | 8.10 | 18285529 |
| | | | 08/26/09 | RV | Review emails for responsiveness and privilege at the direction of H. Valdes. | 7.80 | 18285528 |
| | | | 08/27/09 | RV | Review emails for responsiveness and privilege at the direction of H. Valdes. | 6.50 | 18285527 |
| | | | 08/28/09 | RV | Review emails and enter privilege log descriptions at the direction of H. Valdes. | 6.00 | 18285525 |
| HOLMES S | 03942 | DISCOVERY ATTY | 08/24/09 | OTH | Other -- Alpha Lit E-Direct Training; team meeting; document review. | 10.00 | 18243535 |
| | | | 08/25/09 | OTH | Other -- Document review. | 9.00 | 18243534 |
| | | | 08/26/09 | RV | Review -- Document review. | 8.50 | 18289711 |
| | | | 08/27/09 | RV | Review - Document review. | 7.50 | 18305610 |
| BARLETTA C | 12080 | LEGAL ASST | 09/11/09 | ATT | Attention to Lazard: Lehman Gary Parr Binder document review and organization and label creation for five position tabs in binder as per request of C. Beleileu. | 1.80 | 18303132 |
| | | | 09/14/09 | ATT | Attention to Lazard: Lehman Gary Parr Binder document review and organization and label creation for five position tabs in binder as per request of C. Beleileu. | 1.20 | 18303128 |
| FAURE M | 11430 | LEGAL ASST | 09/21/09 | ATT | Attention to providing media to and from H. Valdes, S. Gonzalez, preparing media and instructions for duplicating department for copying per request of H. Valdes. | 0.50 | 18245421 |
| | | | 09/24/09 | ATT | Attention to making arrangements and setting up for E-Direct team training session per request of H. Valdes, coordinating package pickup from client office in New Jersey with messengers per request of H. Valdes. | 1.20 | 18262563 |
| | | | 08/28/09 | ATT | Attention to setting up E-Direct account, searching E-Direct for documents selected by H. Valdes and creating binder of selected documents for 8/28/09 meeting preparation, making additional copies of the binder for attorney review per request of H. Valdes. | 4.20 | 18262544 |
| | | | 08/28/09 | ATT | Attention to setting up E-Direct account, searching E-Direct for documents selected by H. Valdes and creating binder of selected documents for 8/28/09 meeting preparation, making additional copies of the binder for attorney review per request of H. Valdes. | 0.50 | 18262545 |
| | | | 09/02/09 | ATT | Attention to searching E-Direct database and printing selected documents for meeting preparation per request of C. Beleileu, H. Valdes. | 1.00 | 18282725 |
| | | | 09/02/09 | ATT | Attention to searching E-Direct database and printing selected documents for meeting preparation per request of C. Beleileu, H. Valdes. | 6.20 | 18282726 |

OPBLC# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011  LAZARD FRERES & CO. LLC
Matter:      25  LEHMAN SECURITIES INVESTIGATION
Billing Prvr:   WILSON R D

Work Thru:        11/24/2009
Practice:         LI-AL
Date Opened:      11/10/2008
Run date & time:  11/24/2009  12:35:58PM

Page 14

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| FAURE M | 11430 | LEGAL ASST | 09/03/09 | ATT | Attention to searching E-Direct database and printing selected documents for meeting preparation per request of C. Beleileu, H. Valdes. | 0.50 | 18282722 |
| | | | 09/03/09 | ATT | Attention to searching E-Direct database and printing selected documents for meeting preparation per request of C. Beleileu, H. Valdes. | 2.00 | 18282723 |
| | | | 09/04/09 | ATT | Attention to verifying production media, preparing, processing and shipping of production per request of H. Valdes. | 4.00 | 18282718 |
| | | | 09/04/09 | ATT | Attention to verifying production media, preparing, processing and shipping of production per request of H. Valdes. | 0.50 | 18282719 |
| | | | 09/08/09 | ATT | Attention to printing, organizing and tabbing documents for G. Parr interview preparation binder per request of C. Beleileu. | 2.50 | 18301300 |
| | | | 09/08/09 | ATT | Attention to printing, organizing and tabbing documents for G. Parr interview preparation binder per request of C. Beleileu. | 5.00 | 18301301 |
| | | | 09/09/09 | ATT | Attention to organizing documents in G. Parr interview preparation binder, auditing binder copies and creating binder labels per request of C. Beleileu. | 3.20 | 18301297 |
| | | | 09/09/09 | ATT | Attention to organizing documents in G. Parr interview preparation binder, auditing binder copies and creating binder labels per request of C. Beleileu. | 0.30 | 18301298 |
| | | | 09/10/09 | ATT | Attention to tabbing and creating tab labels for supplemental G. Parr interview binder copies per request of C. Beleileu. | 3.00 | 18301294 |
| | | | 09/25/09 | ATT | Attention to preparing Lazard production media, processing additional hardcopy documents with Litigation Support and vendor per request of H. Valdes. | 2.00 | 18341986 |
| | | | 09/25/09 | ATT | Attention to preparing Lazard production media, processing additional hardcopy documents with Litigation Support and vendor per request of H. Valdes. | 0.90 | 18341987 |
| JOSEPH J | 11494 | LEGAL ASST | 08/20/09 | ATT | Attention to labeling and shipping out the Project Green produced documents as requested by H. Valdes. | 0.80 | 18245478 |
| | | | 09/20/09 | ATT | Attention to labeling and shipping out the Project Green produced documents as requested by H. Valdes. | 1.50 | 18245479 |
| LANGDALE C | 05922 | LEGAL ASST | 08/18/09 | ATT | Attention to prepared production documents for pick up by vendor for processing and worked with Litigation support in order to have media reproduced for attorney review per H. Valdes's request | 1.20 | 18250599 |
| | | | 08/19/09 | ATT | Attention to worked with Litigation support in order to prepare reproductions of media for attorney review, and worked with attorneys to prepare materials for hearing per H. Valdes's request | 1.40 | 18250592 |

OP&C# 1976608

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011  LAZARD FRERES & CO LLC
Matter:         25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:      WILSON R D

Work Thru :     11/24/2009
Practice:        LI-AL
Date Opened:     11/10/2008
Run date & time:  11/24/2009  12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|----|-------|-----------|-----------|-------------|-------|-------|
| LANGDALE C | 05922 | LEGAL ASST | 08/19/09 | ATT | Attention to worked with litigation support in order to prepare reproductions of media for attorney review, and worked with attorneys to prepare materials for hearing per H. Valdes's request | 1.20 | 18250593 |
| | | | 08/25/09 | ATT | Attention to preparing documents for processing by vendor per H. Valdes's request | 0.80 | 18264212 |
| | | | 08/28/09 | ATT | Attention to preparing documents to be added to electronic distribution database; indexing pleadings and correspondence and creating electronic records for attorney review | 0.80 | 18264202 |
| | | | 08/31/09 | ATT | Attention to to preparing documents to be added to electronic distribution database; indexing pleadings and correspondence and creating electronic records for attorney review | 1.00 | 18264195 |
| | | | 08/31/09 | ATT | Attention to preparing documents for processing by vendor, including indexing for review per H. Valdes's request | 2.00 | 18264196 |
| | | | 09/01/09 | ATT | Attention to preparing documents to be added to electronic distribution database; indexing pleadings and correspondence and creating electronic records for attorney review, worked with attorney and litigation support in order to review and prepare documents for production per H. Valdes's request | 1.80 | 18279562 |
| | | | 09/01/09 | ATT | Attention to preparing documents to be added to electronic distribution database; indexing pleadings and correspondence and creating electronic records for attorney review, worked with attorney and litigation support in order to review and prepare documents for production per H. Valdes's request | 4.20 | 18279563 |
| | | | 09/02/09 | ATT | Attention worked with attorney and litigation support in order to review and prepare documents for production per H. Valdes's request; reviewed copy sets of production material for internal use and to be sent to client per H. Valdes's request | 5.50 | 18279558 |
| | | | 09/02/09 | ATT | Attention worked with attorney and litigation support in order to review and prepare documents for production per H. Valdes's request; reviewed copy sets of production material for internal use and to be sent to client per H. Valdes's request | 1.30 | 18279559 |
| | | | 09/08/09 | ATT | Attention to preparing binder for Gary Parr interview per H. Valdes's request | 0.50 | 18301125 |
| | | | 09/08/09 | ATT | Attention to preparing binder for Gary Parr interview per H. Valdes's request | 0.70 | 18301126 |
| | | | 09/09/09 | ATT | Attention in processing new hardcopy documents for pick up by vendor, including indexing and labeling documents per C. Beleileu's request | 2.30 | 18301121 |
| | | | 09/11/09 | ATT | Attention to prepared materials for production per H. Valdes's request | 1.20 | 18301111 |

Page 16

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011   LAZARD FRERES & CO. LLC
Matter:      25   LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:     WILSON R D

Work Thru :   1/12/2009
Practice:       LI-AL
Date Opened:   11/10/2008
Run date & time:   1/12/2009  12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| LANGDALE C | 05922 | LEGAL ASST | 09/14/09 | ATT | Attention to prepared source log for production in the Lehman Securities matter per H. Valdes's request | 0.80 | 18301106 |
| | | | 09/24/09 | ATT | Attention to worked with litigation support to prepared copies of productions for Barclay's subpoena per H. Valdes's request | 2.30 | 18341611 |
| | | | 10/16/09 | ATT | Attention to preparing documents to be added to electronic distribution | 1.70 | 18390670 |
| | | | 11/02/09 | ATT | Attention to worked with messengers to obtain DVDs from Client; forwarded DVDs to Alphalit for further processing and production per H. Valdes's request | 0.50 | 18433124 |
| | | | 11/02/09 | ATT | Attention to worked with messengers to obtain DVDs from Client; forwarded DVDs to Alphalit for further processing and production per H. Valdes's request | 0.50 | 18433125 |
| PELISSIER G | 12485 | LEGAL ASST | 08/15/09 | ATT | Attention to preparing pleadings, daily correspondences, and identify other document types for scanning. | 0.30 | 18048998 |
| | | | 08/24/09 | ATT | Attention to preparing pleadings, daily correspondence and identifying other document types for scanning; indexing documents electronically distributed to the team. | 0.30 | 18098103 |
| | | | 07/18/09 | ATT | Attention to picking up a redweld full of documents to be copied as per the request of H. Valdes. | 0.40 | 18151020 |
| | | | 07/17/09 | ATT | Attention to copying documents as per the request of H. Valdes. | 0.80 | 18151023 |
| | | | 08/10/09 | ATT | Attention to picking up documents from H. Valdes to be copied by Duplicating Department. | 0.30 | 18216130 |
| | | | 08/19/09 | ATT | Attention to delivering copies of DVDs to H. Valdes as per his request. | 0.40 | 18245859 |
| | | | 08/20/09 | ATT | Attention to compiling documents for the binder of "Materials for the 8/20/09 Meeting with Gary Parr as per the request of H. Valdes. | 3.10 | 18245855 |
| | | | 09/01/09 | ATT | Attention to delivering boxes of documents to H. Valdes. | 0.30 | 18280179 |
| | | | 09/09/09 | ATT | Attention to giving documents to Duplicating Department to be scanned and later to be sent to a client. | 0.70 | 18301791 |
| | | | 09/11/09 | ATT | Attention to picking up documents from H. Valdes to be given to C. Langdale. | 0.20 | 18301783 |
| | | | 09/22/09 | ATT | Attention to picking up binder from H. Valdes and giving back to C. Langdale to added to source log. | 0.20 | 18342420 |
| TEMP ATTORNE | 02079 | LEGAL ASST | 11/09/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdez (K. Hyman - Temporary Attorney) | 9.50 | 18470552 |
| | | | 11/10/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdez (K. Hyman - Temporary Attorney) | 9.00 | 18470551 |

OP&CR 1976808

Page 17

Work Thru :    11/2/2009
Practice:    LI-AL
Date Opened:    11/10/2008
Run date & time: 11/24/2009 12:35:58PM

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011  LAZARD FRERES & CO. LLC
Matter:    25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:    WILSON R D

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| TEMP ATTORNE | 02079 | LEGAL ASST | 11/11/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdez (K. Hyman - Temporary Attorney) | 9.00 | 18470550 |
| | | | 11/12/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdez (K. Hyman - Temporary Attorney) | 9.00 | 18470549 |
| | | | 11/13/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdez (K. Hyman - Temporary Attorney) | 2.80 | 18470548 |
| TEMP ATTORNE | 02081 | LEGAL ASST | 11/09/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (L. Marsh - Temporary Attorney) | 10.50 | 18470556 |
| | | | 11/10/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (L. Marsh - Temporary Attorney) | 10.00 | 18470555 |
| | | | 11/11/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (L. Marsh - Temporary Attorney) | 10.00 | 18470554 |
| | | | 11/12/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (L. Marsh - Temporary Attorney) | 10.00 | 18470553 |
| TEMP ATTORNE | 02084 | LEGAL ASST | 11/09/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (M. Moore - Temporary Attorney) | 11.00 | 18470561 |
| | | | 11/10/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (M. Moore - Temporary Attorney) | 10.00 | 18470560 |
| | | | 11/11/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (M. Moore - Temporary Attorney) | 11.50 | 18470559 |
| | | | 11/12/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (M. Moore - Temporary Attorney) | 6.00 | 18470558 |
| | | | 11/13/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (M. Moore - Temporary Attorney) | 6.30 | 18470557 |
| TEMP ATTORNE | 02085 | LEGAL ASST | 11/09/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (J. Hong - Temporary Attorney) | 10.00 | 18470566 |
| | | | 11/10/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (J. Hong - Temporary Attorney) | 9.50 | 18470565 |

OP#CX 1976808

Page 18

Work Thru : 11/24/2009
Practice: LI-AL
Date Opened: 11/10/2008
Run date & time: 11/24/2009 12:35:58PM

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:       10011   LAZARD FRERES & CO LLC
Matter:       25   LEHMAN SECURITIES INVESTIGATION
Billing Ptnr: WILSON R D

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| TEMP ATTORNE | 02085 | LEGAL ASST | 11/11/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (J. Hong - Temporary Attorney) | 10.00 | 18470564 |
| | | | 11/12/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (J. Hong - Temporary Attorney) | 10.00 | 18470563 |
| | | | 11/13/09 | ATT | Attention to reviewing documents for responsiveness, confidentiality and privilege as per H. Valdes (J. Hong - Temporary Attorney) | 7.80 | 18470562 |
| BARSKY S | 11302 | LIT. TECH. SUPP | 09/03/09 | ATT | Attention to download files from vendor ftp. Attention to prepare and re-format data/image files from vendor ftp. Attention to prepare and load data and images files of production documents into retrieval databases for attorney/paralegal searching and retrieval. Attention to quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. | 0.50 | 18290779 |
| | | | 09/03/09 | ATT | Attention to download and re-format data/image files from vendor ftp. Attention to creation of search and retrieval database for use by attorneys and paralegals. Attention to prepare and load data and images files of production documents into retrieval databases for attorney/paralegal searching and retrieval. Attention to quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. | 2.10 | 18290780 |
| | | | 09/09/09 | ATT | Attention to prepare and load data and images files of production documents into retrieval databases for attorney/paralegal searching and retrieval. Attention to quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. | 1.20 | 18324487 |
| CASAS A | 11461 | LIT. TECH. SUPP | 06/15/09 | ATT | Attention to Grant access to paralegal team members to case database | 0.30 | 18086607 |
| CHIAPA A | 11450 | LIT. TECH. SUPP | 09/15/09 | ATT | Attention to load data and images files of documents into retrieval database for attorney/paralegal searching and retrieval. Auditing data/image records loaded into retrieval database for duplicates or missing document records. Quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. Test to insure data can be searched and images viewed. | 3.00 | 18318640 |
| GONZALEZ L | 02986 | LIT. TECH. SUPP | 08/11/09 | ATT | Attention to: Discussion with H. Valdes regarding document collection | 0.30 | 18239109 |
| | | | 08/12/09 | ATT | Attention to: Discuss new project scope and details; review spec form and prepare | 0.30 | 18239106 |
| | | | 08/18/09 | ATT | Attention to: Coordinate collection processing and parameters with vendor and H. Valdes | 2.00 | 18253133 |
| | | | 08/19/09 | ATT | Attention to: Discuss processing parameters with H. Valdes and meeting with vendor to discuss scope and processing specifications | 2.00 | 18253129 |
| | | | 08/20/09 | ATT | Attention to: Call with Alpha to discuss processing and batching | 1.00 | 18253125 |

OP&C# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

**Client:** 10011 LAZARD FRERES & CO. LLC
**Matter:** 25 LEHMAN SECURITIES INVESTIGATION
**Billing Part:** WILSON R D

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Work Thru:** | 11/24/2009 | | | | | | |
| **Practice:** | LI-AL | | | | | | |
| **Date Opened:** | 11/10/2008 | | | | | | |
| **Run date & time:** | 11/24/2009 12:35:58PM | | | | | | |

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| GONZALEZ L | 02968 | LIT. TECH. SUPP | 08/21/09 | ATT | Attention to: Calls with vendor on status updates, coordinate responses to vendor inquiries for processing; coordinate training and project set up | 4.00 | 18253122 |
| | | | 08/22/09 | ATT | Attention to: Review and f/u on vendor report for data processing | 0.60 | 18253119 |
| | | | 08/24/09 | ATT | Attention to: Respond and review vendor updates on data processing; coordinate training logistics; coordinate online tool set up and coordinate tech issues; coordinate add'l data for processing and changes to view in database | 7.00 | 18273073 |
| | | | 08/25/09 | ATT | Attention to: Coordinate hardcopy processing with C. Langdale and vendor; f/u with data processing | 1.00 | 18273071 |
| | | | 08/26/09 | ATT | Attention to:  Follow up with vendor on new data processed and changes made in review tool; discuss with H. Valdes on issues of embedded objects processing; prepared production database for hardcopy documents; coordinate production specs with vendor and H. Valdes | 7.00 | 18273067 |
| | | | 08/27/09 | ATT | Attention to: Coordinate changes in production spec with vendor and H. Valdes; conf calls to discuss changes and issues | 6.00 | 18273063 |
| | | | 08/28/09 | ATT | Attention to: Coordinate privilege log training, review and analysis of production parameters for files | 7.00 | 18273061 |
| | | | 08/31/09 | ATT | Attention to: Coordinate production; coordinate hardcopy original scan with C. Langdale and vendor; respond to vendor inquiries; respond to H. Valdes processing inquiries | 9.00 | 18287221 |
| | | | 09/01/09 | ATT | Attention to: Review and coordinate receipt of production and audit database; coordinate changes with vendor and H. Valdes | 7.00 | 18287218 |
| | | | 09/02/09 | ATT | Attention to: Prepare new version of audit database; coordinate production preparation; call to discuss next production and changes in parameters with vendor and H. Valdes | 5.00 | 18287215 |
| | | | 09/03/09 | ATT | Attention to: Prepare database for production audit; prepare database for new audit review; coordinate add'l materials for processing for review | 7.00 | 18287212 |
| | | | 09/04/09 | ATT | Attention to: Prepare media for production; discuss and review exception reports | 4.00 | 18287207 |
| | | | 09/10/09 | ATT | Attention to: Coordinate add'l hardcopy for review with vendor and C. Langdale, prepare production audit database, review vendor deliverable | 3.00 | 18328201 |
| | | | 09/11/09 | ATT | Attention to: Prepare media for production | 1.00 | 18328198 |
| | | | 09/14/09 | ATT | Attention to: Coordinate receipt of deliverable in preparation for production | 0.50 | 18328195 |
| | | | 09/24/09 | ATT | Attention to: Prepare production media; merge volumes per H. Valdes | 2.00 | 18349474 |
| | | | 09/25/09 | ATT | Attention to: Prepare media for production; conduct audit of media contents for M. Faure; consolidate databases | 3.00 | 18349468 |

OP&CR 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011  LAZARD FRERES & CO. LLC
Matter:      25  LEHMAN SECURITIES INVESTIGATION
Billing Pmr:  WILSON R D

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|----|----|-----------|-----------|-------------|-------|-------|
| GONZALEZ L | 02986 | LIT. TECH. SUPP | 09/27/09 | ATT | Attention to: Coordinate audit database build for review of production | 0.50 | 18368777 |
| | | | 09/28/09 | ATT | Attention to: Create production media and consolidate prior productions into one database for ease of search and retrieval | 1.00 | 18368776 |
| | | | 10/03/09 | ATT | Attention to - Consolidate audit databases to main production database | 1.00 | 18388713 |
| | | | 10/29/09 | ATT | Attention to - Call with H. Valdes to discuss pending data collection; review of specification in preparation for vendor processing | 0.50 | 18443903 |
| | | | 11/02/09 | ATT | Attention to: Coordinate and discuss processing specifications with H. Valdes and review data collection; provide stats for vendor; prepare processing instructions | 2.00 | 18452998 |
| | | | 11/03/09 | ATT | Attention to - Provided instructions to vendor for processing, culling of data for production review, respond to vendor inquiry, review collection for confirmation by H. Valdes | 1.00 | 18452994 |
| | | | 11/05/09 | ATT | Attention to - Respond to vendor inquiries and conference call to discuss timing and deliverable | 0.80 | 18452994 |
| | | | 11/06/09 | ATT | Attention to - Coordinate reporting of review output with vendor for H. Valdes; prepare technology tools to be used for attorneys conducting the review, coordinate logistics for review. | 1.00 | 18452990 |
| | | | 11/09/09 | ATT | Attention to - Assist logistics in coordinating start of review, install machines, training setup | 3.00 | 18474657 |
| GONZALEZ M | 04086 | LIT. TECH. SUPP | 08/18/09 | ATT | Attention to attention to Lazard Lehman Stephen Pearl production at request of associate Hector Valdes Preparing documents for electronic production to 4 Audit DVDs to insure document images are in accordance with production request. | 1.60 | 18253175 |
| | | | 08/18/09 | ATT | Attention to assist associate Hector Valdes with search/retrieval of Lazard Lehman Lotus Notes files. | 0.80 | 18253176 |
| | | | 08/24/09 | ATT | Attention to in preparation for AlphaSys E-Direct training at request of associate Hector Valdes Attendance at AlphaSys E-Direct training Create Cravath E-Direct workstation installation manual Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. | 4.20 | 18262330 |
| | | | 08/28/09 | ATT | Attention to Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters. Define and monitor production parameters. Prepare and coordinate pickup and delivery. Prepare and load data and images files of Lazard Lehman E-Direct documents into retrieval database for attorney/paralegal searching and retrieval at request of associate Hector Valdes | 0.80 | 18262318 |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:        10011   LAZARD FRERES & CO. LLC
Matter:        28   LEHMAN SECURITIES INVESTIGATION
Billing Prtnr:     WILSON R D

Work Thru :     11/24/2009
Practice:     LI-AL
Date Opened:     11/10/2008
Run date & time:  11/24/2009   12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|----|----|----|----|----|----|----|
| GONZALEZ M | 04098 | LIT. TECH. SUPP | 08/31/09 | ATT | Attention to modify EDistribution database at request of Christina Langdale Quality control of EDistribution data records to insure data loaded properly and is searchable by attorneys and paralegals. | 0.30 | 18287283 |
| | | | 09/01/09 | ATT | Attention to Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. Create Lazard Lehman Hard Copy Audit databases at request of associate Hector Valdes Prepare and load data and images files of Lazard Lehman Hard Copy Audit documents into retrieval database for attorney/paralegal searching and retrieval. Auditing Lazard Lehman Hard Copy Audit data/image records loaded into retrieval database for duplicates or missing document records. Quality control of Lazard Lehman Hard Copy Audit data records to insure data loaded properly and is searchable by attorneys and paralegals. | 2.30 | 18287274 |
| | | | 09/02/09 | ATT | Attention to Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. Create Lazard Lehman Hard Copy Review databases at request of associate Hector Valdes Prepare and load data and images files of Lazard Lehman Hard Copy Review documents into retrieval database for attorney/paralegal searching and retrieval. Auditing Lazard Lehman Hard Copy Review data/image records loaded into retrieval database for duplicates or missing document records. Quality control of Lazard Lehman Hard Copy Review data records to insure data loaded properly and is searchable by attorneys and paralegals. | 3.40 | 18287285 |
| | | | 09/03/08 | ATT | Attention to modify Lazard Lehman Hardcopy Audit and Hardcopy Review databases at request of associate Hector Valdes | 1.50 | 18287260 |
| | | | 09/09/09 | ATT | Attention to Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. | 0.50 | 18290438 |

OP&C# 1976608

Page 22

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      1001  LAZARD FRERES & CO. LLC
Master:      25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Work Thru:      11/24/2009
Practice:       LI-AL
Date Opened:    11/10/2008
Run date & time: 11/24/2009 12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| GONZALEZ M | 04086 | LIT. TECH. SUPP | 09/14/09 | ATT | Attention to Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. Prepare and load data and images files of Lazard Lehman Hardcopy Audit documents into retrieval database for attorney/paralegal searching and retrieval at request of associate Hector Valdes Auditing data/image records loaded into retrieval database for duplicates or missing document records. Quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. | 3.10 | 18326235 |
| | | | 09/15/09 | ATT | Attention to assist Aku Chiapa and Janet Venegas with Lazard Lehman Hardcopy Audit database load issues | 0.50 | 18443996 |
| | | | 11/02/09 | ATT | Attention to Lazard Lehman Barclays Production at request of associate Hector Valdes Preparing documents for electronic production to 4 Audit DVDs to insure document images are in accordance with production request. | 1.50 | 18443997 |
| | | | 11/02/09 | ATT | Attention to Lazard Lehman Barclays Production at request of associate Hector Valdes Coordinate document/electronic production processing with scanning vendor. Define and monitor production parameters, coordinate pickup and delivery. | 0.50 | 18443972 |
| | | | 11/06/09 | ATT | Attention to configure 21st floor document review workstations for document review attorneys at request of Sharon Gonzales | 0.80 | 18443973 |
| | | | 11/06/09 | ATT | Attention to configure 21st floor document review workstations for document review attorneys at request of Sharon Gonzales | 1.00 | 18447038 |
| KAMIDA M | 12508 | LIT. TECH. SUPP | 11/07/09 | ATT | Attention to preparing workstations for electronic document review via AlphaLit as per S. Gonzales. | 1.30 | 18359336 |
| LIU A | 11972 | LIT. TECH. SUPP | 09/27/09 | ATT | Attention to create a new document management database. Attention to prepare and load data and image files into newly created document management database. Attention to insure quality control database to insure data and image files loaded properly. | 1.50 | 18273127 |
| PETTARIS M | 07161 | LIT. TECH. SUPP | 08/28/09 | ATT | Attention to review email correspondence from Sharon Gonzalez and Andy Mower from AlphaLit regarding production specs and workflow. | 0.20 | 18356148 |
| VENEGAS J | 09480 | LIT. TECH. SUPP | 09/14/09 | ATT | Attention to Coordinate document/electronic production processing with vendor. Define and monitor production parameters, coordinate pickup and delivery. Run quality control check of documents for production. | 0.50 | 18356144 |
| | | | 09/15/09 | ATT | Attention to Coordinate with analyst to download production from vendor to site. Coordinate production data and image load with analyst for team audit. | 0.30 | |

OP&C# 1970808

OP&C# 1978808

Page 23

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011  LAZARD FRERES & CO. LLC
Matter:      26  LEHMAN SECURITIES INVESTIGATION
Billing Prnr:  WILSON R D

Work Thru:   11/24/2009
Practice:    LI-AL
Date Opened:  11/10/2008
Run date & time: 11/24/2009  12:35:58PM

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|----|-------|-----------|-----------|-------------|-------|-------|
|      |    |       |           |           | Grand Total: | 969.10 | |



Page 24

Work Thru:    11/24/2009
Practice:    Li-AL
Date Opened:    11/10/2008
Run date & time: 11/24/2009 12:35:59PM

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011    LAZARD FRERES & CO. LLC
Matter:    25    LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:    WILSON R D

## COST DETAIL REPORT

| Cost Category | Cost Code | Work Date | Vendor Name/Cost Incurred By Transaction Detail | Cost Amount |
|---|---|---|---|---|
| Special Disbursements | 1001 | | RAFFERTY T G | 28,183.02 |
| | | 09/09/09 | SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | |
| | | 10/08/09 | GONZALEZ L S | 681.29 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | |
| | | | Subtotal for ALPHA SYSTEMS | 28,864.31 |
| | | 08/31/09 | RAFFERTY T G | 574.79 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 08/31/09 | RAFFERTY T G | 136.88 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 09/11/09 | RAFFERTY T G | 180.99 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 09/17/09 | RAFFERTY T G | 158.24 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 09/23/09 | RAFFERTY T G | 16.31 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 09/23/09 | RAFFERTY T G | 75.00 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | 09/30/09 | RAFFERTY T G | 45.42 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: DTI SKYLINE | |
| | | | Subtotal for DTI SKYLINE | 1,185.63 |
| | | 09/09/09 | RAFFERTY T G | 2,412.66 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: NEW YORK STATE SALES TAX | |
| | | 09/11/09 | RAFFERTY T G | 6.66 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: NEW YORK STATE SALES TAX DTI SKYLINE | |
| | | 09/17/09 | RAFFERTY T G | 6.66 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: NEW YORK STATE SALES TAX DTI SKYLINE | |
| | | | Subtotal for NEW YORK STATE SALES TAX | 2,425.98 |
| | | 10/05/09 | NOVICK R E | 1.60 |
| | | | SPECIAL DISBURSEMENTS - VENDOR: PACER SERVICE CENTER | |
| | | | Subtotal for PACER SERVICE CENTER | 1.60 |
| | | | **Total Special Disbursements Costs:** | **32,477.52** |
| Westlaw | 1010 | 08/27/09 | BELELIEU C D | 638.02 |
| | | | User: BELELIEU, CHRISTOPHE, User ID: 11280 | |
| | | 08/28/09 | BELELIEU C D | 2,298.17 |
| | | | User: BELELIEU, CHRISTOPHE, User ID: 11280 | |
| | | | **Total Westlaw Costs over $200.00:** | **2,936.19** |
| Binding/Graphics/Video | 1029 | 10/15/09 | LANGDALE C B | 300.00 |
| | | | 6 copies, made on floor 38 in room 50 09:28:03 | |

OP&C# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Page 25

Work Thru:    11/24/2009
Practice:    Li-AL
Date Opened:    11/10/2008
Run date & time: 11/24/2009 12:35:59PM

Client:    10011    LAZARD FRERES & CO. LLC
Matter:    26    LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:    WILSON R D

# COST DETAIL REPORT

| Cost Category | Cost Code | Work Date | Vendor Name/Cost Incurred By Transaction Detail | Cost Amount |
|---|---|---|---|---|
| | | | **Total Duplicating Costs over $200.00:** | **300.00** |
| Duplicating - Color | 1032 | 08/10/09 | PELISSIER G | 2,230.50 |
| | | | DUPLICATING-COLOR | |
| | | 08/10/09 | PELISSIER G | 702.00 |
| | | | DUPLICATING-COLOR | |
| | | 09/02/09 | LANGDALE C B | 1,992.00 |
| | | | DUPLICATING-COLOR | |
| | | | **Total Duplicating - Color Costs over $200.00:** | **4,924.50** |
| | | | **Total Other Costs:** | **4,019.45** |
| | | | **Grand Total:** | **44,557.56** |

OP&C# 1976808

Page 1

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011  LAZARD FRERES & CO. LLC
Matter:    25  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Work Thru :     11/24/2009
Practice:       LI-AL
Date Opened:    11/10/2008

Run date & time:   11/24/2009 12:35:48PM

# IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS AND COSTS.

| | Progress & Costs |
|---|---|
| **Progress** | |
| Partners | 104,617.50 |
| Associates | 233,893.00 |
| Total Lawyer Progress | 338,510.50 |
| Legal Assistants | 62,175.00 |
| **Total Progress** | **400,685.50** |
| **Disbursements** | |
| Special Disbursements | 32,477.52 |
| Local Transportation | 1,103.36 |
| Special Office Supplies | 52.20 |
| Courier/Mail Services | 127.59 |
| Business Meals | 10.21 |
| **Disbursements** | **33,770.88** |
| **Other Charges** | |
| Duplicating | 5,910.39 |
| Binding/Graphics/Video | 1,380.00 |
| Long Distance Telephone | 14.01 |
| Computerized Legal Research/Database Research | 3,101.54 |
| Messenger-Firm/Bulk Deliveries | 90.00 |
| Miscellaneous | 380.84 |
| **Other Charges** | **10,866.78** |
| **Total Disbursements and Other Charges** | **44,657.66** |
| **Total Progress, Disbursements and Other Charges** | **445,343.16** |

For the period ending 11/24/2009 there are 62 days of lawyer diaries missing for this matter:
RAFFERTY T G - 4 Days
BARTHOLOMEW K N - 2 Days
BELELIEU C D - 4 Days
BROAD T - 7 Days
COWAN L - 7 Days
ECONOMOU R - 7 Days
HOLMES S - 10 Days
SILBER R R - 19 Days
VALDES H J - 2 Days

The Associate to Partner Leverage is 4.23

'Other Charges' must not be reflected on bills as 'Disbursements'. If the term 'Disbursements' or 'Costs' or something similar is used in a bill, such items must be stated separately from 'Other Charges.'
If you wish to combine all costs together, the 'Disbursement' Items must not be referred to as such, but must be described as 'Other Charges.'

N ENTENZA
P&C# 1976808
1,028.50    B
3

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**

Client:        10011    LAZARD FRERES & CO. LLC
Matter:        25    LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

Work Thru :    11/24/2009
Practice:      Li-AL
Date Opened:   11/10/2008
Run date & time:11/24/2009 12:35:52PM

## Matter Billing History

| Bill # | Date | Sending Partner | Amount | Last Payment Date | Amount Outstanding | Fees Billed | Progress Relieved | Real. % | Period Billed Thru | Costs Billed | Costs Relieved |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137453 | 02/05/09 | TGR | 66,397.94 | 03/18/09 | 0.00 | 59,324.00 | 49,324.00 | 120.3 | 12/31/08 | 7,073.94 | 7,073.94 |
| | | | 66,397.94 | | 0.00 | 59,324.00 | 49,324.00 | 120.3 | | 7,073.94 | 7,073.94 |

Includes full billing history from the date the matter was opened.

OP&C# 1976808

Page 3

OPAC# 1976808

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      10011   LAZARD FRERES & CO, LLC
Matter:        25   LEHMAN SECURITIES INVESTIGATION
Billing Pbr:  WILSON R D

Work Thru :     11/24/2009
Practice:       LHAL
Date Opened:    11/10/08

Run date & time:  11/24/2009  12:35:53PM

# SUMMARY OF UNBILLED PROGRESS

## IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS.

| ID # | Name | Last Diary Date On This Matter | In The Firm | Dept. | Hours | Rate | Amount | Total Days Missing | As of 11/24/2009, no diaries were posted on any matter for the following dates: |
|---|---|---|---|---|---|---|---|---|---|
| 07486 | RAFFERTY T G | 11/18/09 | 11/18/09 | LIT | 113.10 | 925 | 104,617.50 | 4 | 11/19 11/20 11/23 11/24 |
|  | **Total PARTNER** |  |  |  | 113.10 | 925 | 104,617.50 | 4 |  |
| 11130 | BARTHOLOMEW K I | 08/29/09 | 11/20/09 | LIT | 21.60 | 425 | 9,180.00 | 2 | 11/23 11/24 |
| 11280 | BELELIEU C D | 10/15/09 | 11/19/09 | LIT | 95.50 | 528 | 50,461.00 | 4 | 11/09 11/20 11/23 11/24 |
| 12122 | BROAD T | 11/13/09 | 11/15/09 | LIT | 5.00 | 345 | 1,725.00 | 7 | 11/18 11/17 11/18 11/19 11/20 11/23 11/24 |
| 11546 | COWAN L | 08/27/09 | 11/14/09 | LIT | 21.70 | 345 | 7,486.50 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 11680 | LEWIS A | 08/27/09 | 08/27/09 | LIT | 25.30 | 345 | 8,728.50 |  |  |
| 08220 | SILBER R R | 08/28/09 | 10/29/09 | LIT | 16.20 | 495 | 8,019.00 | 19 | 10/27 10/30 11/02 11/03 11/04 11/05 11/06 11/09 11/10 11/11 11/12 11/13 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 08941 | VALDES H J | 11/19/09 | 11/22/09 | LIT | 223.60 | 573 | 128,177.00 | 2 | 11/23 11/24 |
| 11482 | ECONOMOU R | 08/29/09 | 11/13/09 | LIT | 34.40 | 290 | 9,976.00 | 7 | 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
| 03942 | HOLMES S | 08/27/09 | 11/10/09 | LIT | 35.00 | 290 | 10,150.00 | 10 | 11/11 11/12 11/13 11/16 11/17 11/18 11/19 11/20 11/23 11/24 |
|  | **Total ASSOCIATE** |  |  |  | 478.30 | 489 | 233,893.00 | 58 |  |
|  | **Total Lawyer in System** |  |  |  | 591.40 | 572 | 338,510.50 | 62 |  |
| 12080 | BARLETTA C | 09/14/09 | 11/16/09 | LEG | 3.00 | 175 | 525.00 |  |  |
| 11430 | FAURE M | 09/25/09 | 11/06/09 | LEG | 37.50 | 175 | 6,562.50 |  |  |
| 11494 | JOSEPH J | 08/20/09 | 11/14/09 | LEG | 2.30 | 175 | 402.50 |  |  |
| 05922 | LANGDALE C B | 11/02/09 | 11/16/09 | LEG | 31.80 | 180 | 5,724.00 |  |  |
| 12465 | PELISSIER G | 09/22/09 | 11/06/09 | LEG | 7.00 | 175 | 1,225.00 |  |  |
| 02079 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 39.30 | 110 | 4,323.00 |  |  |
| 02081 | TEMP ATTORNEY | 11/12/09 | 11/12/09 | LEG | 40.50 | 110 | 4,455.00 |  |  |
| 02084 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 44.80 | 110 | 4,928.00 |  |  |
| 02085 | TEMP ATTORNEY | 11/13/09 | 11/13/09 | LEG | 47.30 | 110 | 5,203.00 |  |  |
| 11302 | BARSKY S | 09/09/09 | 11/15/09 | TECH | 3.80 | 210 | 798.00 |  |  |
| 11451 | CASAS A | 09/15/09 | 09/16/09 | TECH | 0.30 | 210 | 63.00 |  |  |
| 11460 | CHIAPA A | 09/15/09 | 11/13/09 | TECH | 3.00 | 210 | 630.00 |  |  |

FEDERAL AND NY STATE TAX
ID NUMBER 13-5015405

Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020

IF REMITTANCE IS BY WIRE TRANSFER, PLEASE DIRECT TO:
JPMorgan Chase Bank, ABA #021000021
1211 Avenue of the Americas, New York, NY 10036
Cravath, Swaine & Moore LLP, A/C #001-020058

WHEN REMITTING, PLEASE REFERENCE:

Attention of Scott D. Hoffman, Esq.

BILL NO.    142419

June 11, 2010

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

212-474-1000

## Lazard/Lehman Securities Litigation

For professional services rendered from November 16, 2009
through June 1, 2010 in connection with various ongoing actions
arising out of the Lehman Brothers' Bankruptcy including
responses to discovery requests, attendance at interviews with
Lazard personnel and counsel for various entities involved in
ongoing litigations and investigations relating to Lehman Brothers          $147,646.50

### Disbursements & Other Charges

| | | |
|---|---:|---:|
| Special Disbursements | 19,025.79 | |
| Local Transportation | 173.68 | |
| Courier/Mail Services | 40.92 | |
| Business Meals | 12.09 | 19,252.48 |
| | | |
| Duplicating | 1,639.04 | |
| Binding/Graphics/Video | 671.50 | |
| Long Distance Telephone | 2.05 | |
| Computerized Legal Research/ | | |
| Database Research | 156.87 | |
| Messenger-Firm/Bulk Deliveries | 7.00 | |
| Miscellaneous | 110.08 | |
| Postage | 1.56 | 2,588.10 |

Total          $169,487.08

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 10011 LAZARD FRERES & CO. LLC
Matter: 25 LEHMAN SECURITIES INVESTIGATION
Billing Prtnr: WILSON R D

Work Thru: 06/09/2010
Prtnr: D-AL
Date Opened: 11/10/2008

Run date & time: 06/10/2010 4:22:29PM

Page 1

# IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS AND COSTS.

| Progress | | Progress & Costs |
|---|---|---|
| Partners | | 62,760.00 |
| Associates | | 71,312.50 |
| Total Lawyer Progress | | 134,072.50 |
| Legal Assistants | | 13,574.00 |
| **Total Progress** | | **147,646.50** |

| Disbursements | | |
|---|---|---|
| Special Disbursements | 19,025.79 | |
| Local Transportation | 173.68 | |
| Courier/Mail Services | 40.92 | |
| Business Meals | 12.09 | |
| **Disbursements** | **19,252.48** | |

| Other Charges | | |
|---|---|---|
| Duplicating | 1,639.04 | |
| Binding/Graphics/Video | 671.50 | |
| Long Distance Telephone | 2.05 | |
| Computerized Legal Research/Database Research | 156.87 | |
| Messenger-Firm/Bulk Deliveries | 7.00 | |
| Miscellaneous | 110.08 | |
| Postage | 1.56 | |
| **Other Charges** | **2,588.10** | |

| | | |
|---|---|---|
| **Total Disbursements and Other Charges** | | 21,840.58 |
| **Total Progress, Disbursements and Other Charges** | | 169,487.08 |

For the period ending 06/09/2010 there are 16 days of lawyer diaries missing for this matter:
RAFFERTY T G. - 7 Days
BROAD T - 3 Days
VALDES H J - 6 Days

The Associate to Partner Leverage is 2.06

279.10    B    L BENJAMIN
            3    PRC# 2367593

'Other Charges' must not be reflected on bills as 'Disbursements'. If the term 'Disbursements' or 'Costs' or something similar is used in a bill, such items must be stated separately from 'Other Charges.'
If you wish to combine all costs together, the 'Disbursement' items must not be referred to as such, but must be described as 'Other Charges.'

Page: 2

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 10011  LAZARD FRERES & CO LLC
Matter: 25  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr: WILSON RD

Work Thru: 06/09/2010
Practice: LHAL
Date Opened: 11/10/2008
Run date & time: 06/10/2010  1:22:34PM

## Matter Billing History

| Bill # | Date | Sending Partner | Amount | Last Payment Date | Amount Outstanding | Fees Billed | Progress Relieved | Real % | Period Billed Thru | Costs Billed | Costs Relieved |
|--------|------|-----------------|--------|-------------------|--------------------|-------------|-------------------|--------|--------------------|--------------|----------------|
| 137453 | 02/05/09 | TGR | 66,397.94 | 03/18/09 | 0.00 | 59,324.00 | 49,324.00 | 120.3 | 12/31/08 | 7,073.94 | 7,073.94 |
| 140262 | 11/25/09 | TGR | 460,343.16 | 12/28/09 | 0.00 | 415,685.50 | 400,685.50 | 103.7 | 11/24/09 | 44,657.66 | 44,657.66 |
| | | | 526,741.10 | | 0.00 | 475,009.50 | 450,009.50 | 105.6 | | 51,731.60 | 51,731.60 |

Includes full billing history from the date the matter was opened.

OPMC# 20678903

Page 3

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client   10811   LAZARD FRERES & CO. LLC
Matter   29   LEHMAN BROTHERS INVESTIGATION
Billing Ptnr   WILSON R D

Work Thru:   06/09/2010
Proof or:   U-AL
Date Opened:   11/18/008

Run date & time:   08/10/2010   4:22:37PM

## SUMMARY OF UNBILLED PROGRESS

### IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING PROGRESS.

As of 6/9/2010, no diaries were posted on any matter for the following dates:

| ID # | Name | Last Diary Date On This Matter | Last Diary Date In The Firm | Dept. | Hours | Rate | Amount | Total Days Missing | |
|---|---|---|---|---|---|---|---|---|---|
| 07486 | RAFFERTY T G | 03/12/10 | 05/20/10 | LIT | 65.60 | 967 | 62,760.00 | 7 | 06/01 06/02 06/03 06/04 06/07 06/08 06/09 |
| | Total PARTNER | | | | 65.60 | 957 | 62,760.00 | 7 | |
| 12122 | BROAD T | 01/21/10 | 06/04/10 | LIT | 43.50 | 345 | 15,007.50 | 3 | 06/07 06/08 06/09 |
| 09941 | VALDES H J | 04/13/10 | 06/01/10 | LIT | 92.90 | 606 | 56,305.00 | 6 | 06/02 06/03 06/04 06/07 06/08 06/09 |
| | Total ASSOCIATE | | | | 136.40 | 523 | 71,312.50 | 9 | |
| | Total Lawyer In System | | | | 202.00 | 664 | 134,072.50 | 16 | |
| 11430 | FAURE M | 12/07/09 | 06/05/10 | LEG | 4.70 | 175 | 822.50 | | |
| 05922 | LANGDALE C B | 04/16/10 | 06/04/10 | LEG | 37.80 | 193 | 7,294.00 | | |
| 12437 | MCCARTHY B | 12/11/09 | 06/04/10 | LEG | 1.50 | 175 | 262.50 | | |
| 12465 | PELISSIER G | 01/11/10 | 06/04/10 | LEG | 10.40 | 179 | 1,861.00 | | |
| 08771 | SPARKS S | 11/05/09 | 06/04/10 | LEG | 1.00 | 205 | 205.00 | | |
| 11302 | BARSKY S | 01/26/10 | 05/30/10 | TECH | 0.40 | 225 | 90.00 | | |
| 02936 | GONZALEZ L S | 04/21/10 | 06/05/10 | TECH | 6.30 | 251 | 1,584.00 | | |
| 04086 | GONZALEZ M A | 04/19/10 | 06/04/10 | TECH | 5.90 | 216 | 1,273.50 | | |
| 11972 | LIU A | 03/05/10 | 06/04/10 | TECH | 1.10 | 220 | 241.50 | | |
| | Total LEGAL ASS'T | | | | 69.10 | 196 | 13,574.00 | 0 | |
| | Total Progress in System | | | | 271.10 | | 147,646.50 | 16 | |

Estimated Missing & Post-closing Progress

There are 16 days of lawyer & legal assist. diaries missing from this report.

OPR.C# 2067593

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 19011 LAZARD FRERES & CO LLC
Matter: 25 LEHMAN SECURITIES INVESTIGATION
Billing Prtr: WILSON R D

Work Thru: 06/30/2010
Practice: LI-AL
Date Opened: 11/10/2008

Run date & time: 06/10/2010 4:23:47PM

Page 4

## SUMMARY OF UNBILLED COSTS

Costs Posted Through:*

IF BILLING AT CLOSING, YOU SHOULD ANTICIPATE POST-CLOSING COSTS.

### Disbursements

| | | |
|---|---|---|
| Special Disbursements | 19,025.79 | 05/07/2010 |
| Local Transportation | 173.68 | 01/19/2010 |
| Courier/Mail Services | 40.92 | 12/23/2009 |
| Business Meals | 12.09 | 12/04/2009 |
| **Total Disbursements** | **19,252.48** | |

Estimated Anticipated Disbursements

Revised Disbursements

### Other Charges

| | | |
|---|---|---|
| Duplicating | 1,639.04 | 05/12/2010 |
| Duplicating | 1,160.55 | 03/02/2010 |
| Local Printing | 476.49 | 05/12/2010 |
| Binding/Graphics/Video | 671.50 | 03/02/2010 |
| Long Distance Telephone | 2.05 | 11/30/2009 |
| Computerized Legal Research/Database Research | 156.87 | 03/31/2010 |
| Messenger-Firm/Bulk Deliveries | 7.00 | 01/11/2010 |
| Miscellaneous | 110.08 | 02/16/2010 |
| Postage | 1.56 | 11/25/2009 |
| **Total Other Charges** | **2,598.10** | |

Estimated Anticipated Other Charges

Revised Other Charges

*This is the date of the latest cost within the cost category. If this is a final bill, an amount should be added, as appropriate, as an estimate of costs expected to come in later (such as bound volumes or our services) for which the Firm has not yet been invoiced.

CRBC# 20677693

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:      18011    LAZARD FRERES & CO LLC
Matter:      25    LEHMAN SECURITIES INVESTIGATION
Billing Pwr:    WALSOM R D

Work Thru:    06/09/2010
Partner:      LI-AL
Date Opened:  11/10/2008
Run date & time:   06/10/2010  4:23:52PM

## LAWYER HOURS SUMMARY

| Lawyer | Title | Hours |
|--------|-------|-------|
| RAFFERTY T G | PARTNER | 65.60 |
| VALDES H J | ASSOCIATE | 92.90 |
| BROAD T | ASSOCIATE | 43.50 |

CPAcr 2067503

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:   10011  LAZARD FRERES & CO LLC
Matter:   28  LEHMAN; SECURITIES INVESTIGATION
Billing Prtnr:  WILSON R D

Work Thru     05/03/2010
Pract(c)      LHAL
Date Opened   11/11/2008
Run date & time  05/10/2010  4:23:56PM

## TIME DETAIL REPORT

| Name | id | Title | Work Date | Task Code | Description | Hours | Index |
|---|---|---|---|---|---|---|---|
| RAFFERTY T | 07486 | PARTNER | 12/01/09 | ATT | Attention to discovery issues; various conferences with Hoffman, Valdes. | 3.20 | 18514024 |
| | | | 12/05/09 | PF | Prep for Rydings deposition. | 4.10 | 18576962 |
| | | | 12/06/09 | PF | Prep for Rydings deposition. | 3.20 | 18576963 |
| | | | 12/07/09 | PF | Prep for Rydings deposition. | 2.50 | 18576966 |
| | | | 12/08/09 | RV | Review of document production. | 2.10 | 18576966 |
| | | | 12/09/09 | VAR | Various conferences re discovery. | 1.20 | 18576971 |
| | | | 12/16/09 | ATT | Attention to discovery issues; various conferences | 3.60 | 18576981 |
| | | | 12/22/09 | ATT | Attention to discovery issues; various conferences | 4.10 | 18611173 |
| | | | 01/04/10 | ATT | Attention to discovery issues; conference with Valdes. | 4.20 | 18742520 |
| | | | 01/05/10 | RV | Review of documents. | 3.10 | 18742524 |
| | | | 01/06/10 | RV | Review of documents. | 4.20 | 18742526 |
| | | | 01/11/10 | MW | Meeting with B. Ridings re: 30(b)(6) disposition. | 3.80 | 18742532 |
| | | | 01/12/10 | RV | Review of document production. | 2.00 | 18742535 |
| | | | 01/14/10 | VAR | Various conferences with preparation for 30(b)(6) deposition. | 4.50 | 18742539 |
| | | | 01/15/10 | AT | Attendance at Lazard 30(b)(6) deposition; various conferences with Ridings, Peast, Hoffman, Valdes | 6.80 | 18742542 |
| | | | 01/19/10 | ATT | Attention to requests for parties; conference with Valdes. | 1.70 | 18742546 |
| | | | 01/22/10 | RV | Review of depositions and documents; conference with Valdes | 4.10 | 18742554 |
| | | | 02/02/10 | VAR | Various conferences, review of records | 2.60 | 18742570 |
| | | | 03/12/10 | RV | Review of Examiner's report; various conferences with Zwillich, Hoffman. | 4.50 | 18902662 |
| BROAD T | 12122 | ASSOCIATE | 11/23/09 | ATT | Attention to files; review of complaint. | 1.50 | 18506593 |
| | | | 11/24/09 | DISC | Discussion with Hector Valdes regarding Depo of Barry Ridings. Read and reviewed complaint. | 6.00 | 18506595 |
| | | | 11/25/09 | RV | Review of emails from Lazard regarding Lehman's sale of Barclays for Deposition of Barry Ridings | 5.70 | 18506597 |
| | | | 11/27/09 | RV | Review of emails from Lazard regarding Lehman's sale of Barclays for Deposition of Barry Ridings | 2.50 | 18506598 |
| | | | 11/28/09 | RV | Review of emails from Lazard regarding Lehman's sale of Barclays for Deposition of Barry Ridings. | 3.00 | 18506599 |
| | | | 11/30/09 | RV | Review of emails for Barry Ridings deposition. Drafting/revising deposition prep. outline for Barry Ridings | 8.00 | 19518180 |
| | | | 12/01/09 | DR | Drafting/revising - Deposition outline for Barry Ridings. | 5.50 | 18522887 |
| | | | 12/02/09 | DR | Drafting/revising - Deposition outline for Barry Ridings. | 4.30 | 18522889 |
| | | | 12/03/09 | DR | Drafting/revising - Binder for Barry Ridings deposition | 6.00 | 18522892 |
| | | | 01/21/10 | ATT | Attention to files - Reviewed Ridings Dep. transcript for errata. | 1.00 | 19667692 |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client: 19001 LAZARD FRERES & CO. LLC
Matter: 25 LEHMAN SECURITIES INVESTIGATION
Billing Prtr: WALKER R D

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| VALDES H | 08841 | ASSOCIATE | 11/25/09 | DISC | Discussion with T. Broad re: Ridings prep; call with S. Pearl; call with B. Gaffey, sending documents to B. Ridings. | 2.00 | 18513314 |
| | | | 11/26/09 | READ | Reading Lehman's motion to modify sale order in preparation for Ridings deposition. | 4.20 | 18513316 |
| | | | 11/30/09 | TC | Call with B. Ridings, D. Descoteaux, M. Whiting and A. Brutmuller re: Lehman, preparation for same. | 1.90 | 18513319 |
| | | | 12/01/09 | DISC | Discussion with T. Broad re: Ridings prep; calls with J. Stern (Boies Schiller) and B. Gaffey (Jones Day). | 1.40 | 18513321 |
| | | | 12/02/09 | DISC | Discussion with T. Broad re: Ridings prep | 0.80 | 18576586 |
| | | | 12/03/09 | RV | Reviewing and making edits to B. Ridings prep binder. | 5.10 | 18576588 |
| | | | 12/04/09 | RE | Edits to B. Ridings prep binder; meeting with Barclays' counsel and prep for same. | 4.50 | 18576589 |
| | | | 12/05/09 | RV | Reviewing Barclays documents for Ridings prep; edits to prep outline. | 6.30 | 18576591 |
| | | | 12/07/09 | DISC | Discussion with paralegals re: edits to Ridings binder; call with B. Gaffey. | 0.50 | 18576594 |
| | | | 12/07/09 | TC | Telephone call with J. Stern re: Ridings deposition, reviewing Barclays' points for Ridings deposition. | 1.60 | 18576595 |
| | | | 12/09/09 | RE | Edits to B. Ridings prep binder | 1.80 | 18576601 |
| | | | 12/20/09 | DR | Drafting confidentiality agreement for Official Committee. | 3.80 | 18576622 |
| | | | 12/21/09 | OTH | Finalizing Ridings prep binder. | 1.00 | 18576625 |
| | | | 12/22/09 | OTH | Negotiating confidentiality agreement with Creditors' Committee; finalizing and signing same. | 3.40 | 18612424 |
| | | | 12/23/09 | ATT | Attention to sending production to Creditors' Committee and drafting cover letter re: same. | 1.20 | 18612427 |
| | | | 12/27/09 | RV | Reviewing J. Stern email; email to B. Ridings re: same. | 1.50 | 18612431 |
| | | | 12/31/09 | READ | Reading Unsecured Creditors' Committee's Rule 60 brief. | 2.10 | 18612439 |
| | | | 01/01/10 | READ | Reading Unsecured Creditors' Committee's Rule 60 brief. | 2.90 | 18612440 |
| | | | 01/03/10 | DE | Ridings deposition preparation. | 5.20 | 18612442 |
| | | | 01/04/10 | DE | Ridings deposition preparation; call with H. Hurm of Boies Schiller; call with D. Carden of Jones Day. | 5.60 | 18612444 |
| | | | 01/05/10 | PF | Preparation for Ridings Deposition. | 2.10 | 18742643 |
| | | | 01/06/10 | PP | Preparation for Ridings Deposition. | 4.30 | 18742647 |
| | | | 01/07/10 | PP | Preparation for Ridings Deposition. | 1.90 | 18742649 |
| | | | 01/08/10 | PP | Preparation for Ridings Deposition. | 4.30 | 18742652 |
| | | | 01/09/10 | PP | Preparation for Ridings deposition; reading transcript of H. Miller deposition. | 6.70 | 18742653 |
| | | | 01/11/10 | MW | Meeting with B. Ridings to prepare for deposition, travel to/from and preparation for same. | 5.80 | 18742655 |
| | | | 01/12/10 | MW | Meeting with Boies Schiller re: Ridings deposition; email to B. Ridings re: same. | 2.90 | 18742658 |

Work Thru: 05/09/2315
Proctor: LUAL
Date Opened: 11/10/2008
Run Date & Time: 06/15/2010 4:23:59PM

Page 2

CPKG# 2087593

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:        10011  LAZARD FRERES & CO. LLC
Matter:              28  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr:  WILSON B D

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| VALDES H | 08941 | ASSOCIATE | 01/13/10 | TC | Call with D. Carden and J. Schiller re Ridings deposition | 0.90 | 18742663 |
| | | | 01/14/10 | DISC | Discussion with J. Schiller and preparation for Ridings deposition | 1.50 | 19742865 |
| | | | 01/15/10 | DE | Ridings deposition and travel to/from, conversation with J. Krisberg re: testimony, email to T. Rafferty re: same. | 3.50 | 18742667 |
| | | | 02/26/10 | DISC | Discussion with S. Pearl and H. Amedmaisam re: confidentiality designations, email to R. Byman re: same. | 0.60 | 18784218 |
| | | | 03/11/10 | READ | Reading submissions to bankruptcy court re: confidentiality issues. | 1.10 | 18985459 |
| | | | 04/13/10 | ATT | Attention to request for de-designation of certain confidential documents. | 0.50 | 18986505 |
| FAURE M | 11430 | LEGAL ASST | 11/18/09 | ATT | Attention to processing and shipping production per request of H. Valdes. | 1.20 | 18497699 |
| | | | 12/07/09 | ATT | Attention to auditing and updating B. Ridings deposition preparation binder per request of H. Valdes. | 3.50 | 18573883 |
| LANGDALE C | 05922 | LEGAL ASST | 11/18/09 | ATT | Attention to prepared production materials for production per H. Valdes's request | 1.40 | 18492538 |
| | | | 12/02/09 | ATT | Attention to prepared binder for deposition preparation of Barry Ridings per T. Broad's request | 2.70 | 18557467 |
| | | | 12/02/09 | ATT | Attention to prepared binder for deposition preparation of Barry Ridings per T. Broad's request | 2.10 | 18557468 |
| | | | 12/03/09 | ATT | Attention to prepared binder for deposition preparation of Barry Ridings per T. Broad's request | 2.30 | 18557471 |
| | | | 12/04/09 | ATT | Attention to prepared binder for deposition preparation of Barry Ridings per H. Valdes's request | 3.70 | 18557475 |
| | | | 12/28/09 | ATT | Attention to preparing documents to be added to electronic distribution database, indexing pleadings and correspondence and creating electronic records for attorney review | 1.30 | 18519316 |
| | | | 12/29/09 | ATT | Attention to reviewed Barclays documents for presentation slide and prepared documents for production per H. Valdes's request | 2.40 | 18619320 |
| | | | 12/29/09 | ATT | Attention to reviewed Barclays documents for presentation slide and prepared documents for production per H. Valdes's request | 0.40 | 18619321 |
| | | | 01/05/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 1.20 | 18541690 |
| | | | 01/12/10 | ATT | Attention to preparing documents to be added to electronic distribution database | 1.30 | 18559849 |
| | | | 01/12/10 | ATT | Attention to preparing documents to be added to electronic distribution database | 1.00 | 18659850 |
| | | | 02/09/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 5.20 | 18732618 |

Work Thru :
Practice:  LHAL
Date Opened:  11/10/2008
Run date & time:  06/10/2010  4:23:56PM

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:        10011  LAZARD FRERES & CO. LLC
Matter:        26  LEHMAN SECURITIES INVESTIGATION
Billing Ptnr:  WILSON R D

## TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| LANGDALE C | 05922 | LEGAL ASS'T | 02/09/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 1.00 | 18732619 |
| | | | 02/17/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 4.50 | 18749876 |
| | | | 02/17/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 0.50 | 18749877 |
| | | | 02/22/10 | ATT | Attention to preparing documents to be added to electronic distribution database | 2.70 | 18778002 |
| | | | 02/22/10 | ATT | Attention to preparing documents to be added to electronic distribution database | 0.50 | 18778003 |
| | | | 03/05/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 2.90 | 18791010 |
| | | | 04/16/10 | ATT | Attention to indexing pleadings and correspondence and creating electronic records for attorney review | 0.70 | 18917590 |
| MCCARTHY B | 12437 | LEGAL ASS'T | 12/11/09 | ATT | Attention to auditing photocopies of Barry Ridings Deposition Prep binder as per the request of H. Valdes | 1.50 | 18562785 |
| PELISSIER G | 12465 | LEGAL ASS'T | 12/04/09 | ATT | Attention to delivering binder of materials for Ridding Dep Prep as per the request of H. Valdes | 0.30 | 18546597 |
| | | | 12/07/09 | ATT | Attention to making a binder of selected materials for Ridding Deposition Prep as per the request of H. Valdes | 2.70 | 18546602 |
| | | | 12/10/09 | ATT | Attention to meeting with H. Valdes regarding certain changes to be made to Barry Ridings Dep Prep binder  Attention to making specified changes to Barry Ridings Dep Prep binder as per the request of H. Valdes. | 2.00 | 19562925 |
| | | | 12/10/09 | ATT | Attention to reviewing changes made to Barry Ridings Dep Prep binder with H. Valdes | 0.50 | 18562926 |
| | | | 12/21/09 | ATT | Attention to delivering Barry Ridings Deposition Preparation binder and inserting edited deposition outlines into other copies of similar binders | 0.40 | 18586139 |
| | | | 12/30/09 | ATT | Attention to searching for a particular document for H. Valdes' review | 0.40 | 18620019 |
| | | | 01/04/10 | ATT | Attention to delivering Barry Ridings Dep Prep binders to H. Valdes | 0.20 | 18642560 |
| | | | 01/05/10 | ATT | Attention to delivering Barry Ridings Dep prep binder to H. Valdes. | 0.20 | 18642569 |
| | | | 01/07/10 | ATT | Attention to picking up Barry Ridings Dep Prep binders and transcribing specific highlighting as per the request of H. Valdes. | 0.80 | 18642572 |
| | | | 01/07/10 | ATT | Attention to picking up Barry Ridings Dep Prep binders and transcribing specific highlighting as per the request of H. Valdes | 1.20 | 18642573 |
| | | | 01/08/10 | ATT | Attention to delivering highlighted copies of Barry Ridings Dep Prep binders to H. Valdes | 0.20 | 18642577 |

Work Time:
Proofer:
Date Opened:
Run date & time:        06/03/2010
LI-AL
11/10/2008
06/10/2010  4:23:56PM

Page 9

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011 LAZARD FRERES & CO LLC
Matter:    26 LEHMAN SECURITIES INVESTIGATION
Billing Prtr:    YH SON RD

Work Thru :    05/29/2010
Practice:    LHAL
Date Opened    11/10/2008
Run date & time    06/10/2010  4:23:56PM

Page 19

# TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| PELUSSER G | 12465 | LEGAL ASST | 01/11/10 | ATT | Attention to delivering box of photocopies of Barry Ridings Dep Prep Binders to H. Valdes Attention to transcribing highlight marks to transcripts in preparation for the deposition of Barry Ridings deposition | 1.50 | 18662085 |
| SPARKS S | 03771 | LEGAL ASST | 11/06/09 | ATT | Attention to arranging for temp attorney review on E-Direct for weekend | 1.00 | 18489853 |
| BARSKY S | 11302 | LIT. TECH. SUPP | 01/26/10 | ATT | Attention to modification to edistribution database (C Langdale) | 0.40 | 18752964 |
| GONZALEZ L | 02966 | LIT. TECH. SUPP | 11/16/09 | ATT | Attention to - Discuss production specs with H. Valdes, prepare specs and coordinate with vendor | 1.00 | 18515081 |
| | | | 12/02/09 | ATT | Attention to - coordinate user access to database and assist with set up | 0.50 | 18561283 |
| | | | 03/21/10 | ATT | Attention to - Combine audit database with main production database for attorney and paralegal searching, QC and audit | 1.00 | 18673174 |
| | | | 04/05/10 | ATT | Attention to - Coordinate hosting invoice with H. Valdes and prepare archival plan | 0.80 | 18917169 |
| | | | 04/09/10 | ATT | Attention to - Discuss database record keeping options with H. Valdes and preparation of supporting files for priv log, coordinate with vendor | 1.50 | 18917179 |
| | | | 04/13/10 | ATT | Attention to - Respond to vendor and H. Valdes inquiry, provide plan | 0.50 | 18920181 |
| | | | 04/21/10 | ATT | Attention to - Provide field level info, update and direct vendor to new archive option per H. Valdes | 1.00 | 18992224 |
| GONZALEZ M | 04086 | LIT. TECH. SUPP | 11/17/09 | ATT | Attention to create Lazard LAZ-C Concordance and IPRO databases at request of associate Hector Valdes Prepare and load data and images files of Lazard Lehman Production documents into retrieval database for attorney/paralegal searching and retrieval. Auditing data image records loaded into retrieval database for duplicates or missing document records. Quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals. | 1.50 | 18492456 |
| | | | 11/17/09 | ATT | Attention to Lazard Lehman LAZ-C production at request of associate Hector Valdes Preparing documents for electronic production to 3 Audit CD's to insure document images are in accordance with production request | 1.60 | 18492457 |
| | | | 12/02/09 | ATT | Attention to Quality control of EDistribution data records to insure data loaded properly and is searchable by attorneys and paralegals at request of Christina Langdale | 0.50 | 18557179 |
| | | | 01/20/10 | ATT | Attention to create Lazard Lehman LiveNote database at request of Christina Langdale | 0.50 | 19692629 |
| | | | 01/21/10 | ATT | Attention to modify LiveNote database for Hector Valdes access at request of Christina Langdale | 0.20 | 19692643 |

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:       10091  LAZARD FRERES & CO. LLC
Matter:       25  LEHMAN SECURITIES INVESTIGATION
Billing Prtnr:     WILSON R D

## TIME DETAIL REPORT

| Name | Id | Title | Work Date | Task Code | Description | Hours | Index |
|------|-----|-------|-----------|-----------|-------------|-------|-------|
| GONZALEZ M | 04006 | LIT. TECH. SUPP | 03/05/10 | ATT | Attention to quality control of Lazard Lehman Securities EDIstribution documents at request of Christina Langdale | 0.50 | 15817302 |
| | | | 04/19/10 | ATT | Attention to Prepare and load data and images files of Lazard Lehman Privilege Log documents into retrieval database for attorney/paralegal searching and retrieval at request of Hector Valdes Auditing data/image records loaded into retrieval database for duplicates or missing document records. Quality control of data records to insure data loaded properly and is searchable by attorneys and paralegals | 1.10 | 15954458 |
| LIU A | 11972 | LIT. TECH. SUPP | 11/18/09 | ATT | Attention to quality control disks for production. | 0.40 | 18516533 |
| | | | 03/05/10 | ATT | Attention to assist Christina Langdale in accessing documents within Lotus Notes document management database | 0.70 | 18804339 |

Grand Total:  271.10

Work Thru:
Practice:
Date Opened:
Run date & time:

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:   10001   LAZARD FRERES & CO LLC
Matter:   25   LEHMAN SECURITIES INVESTIGATION
Billing Prtr:   WILSON R D

Work Thru:   08/09/2010
Practice:   LI-AL
Date Opened:   11/13/2008
Run date & time:   08/10/2010  4:24:07PM

Page 12

## COST DETAIL REPORT

| Cost Category | Cost Code | Work Date | Vendor Name/Cost Incurred By Transaction Detail | | Cost Amount |
|---|---|---|---|---|---|
| Special Disbursements | 1001 | 11/05/09 | PETTAR IS M SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 681.29 |
| | | 12/09/09 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 10,920.45 |
| | | 01/08/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 1,065.83 |
| | | 02/12/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 1,065.83 |
| | | 03/10/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 1,065.83 |
| | | 04/09/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 1,065.83 |
| | | 05/07/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 1,148.62 |
| | | 05/07/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: ALPHA SYSTEMS | | 357.65 |
| | | | **Subtotal for ALPHA SYSTEMS** | 17,371.33 | |
| | | 12/09/09 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: NEW YORK STATE SALES TAX ALPHA | | 861.62 |
| | | | **Subtotal for NEW YORK STATE SALES TAX** | 861.62 | |
| | | 12/31/09 | NOVICK R E SPECIAL DISBURSEMENTS - VENDOR: PACER SERVICE CENTER | | 4.80 |
| | | | **Subtotal for PACER SERVICE CENTER** | 4.80 | |
| | | 03/19/10 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: TSG REPORTING, INC. | | 725.50 |
| | | | **Subtotal for TSG REPORTING** | 725.50 | |
| | | 11/19/09 | RAFFERTY T G SPECIAL DISBURSEMENTS - VENDOR: UPDATE LEGAL | | 62.54 |
| | | | **Subtotal for UPDATE LEGAL** | 62.54 | |
| | | | **Total Special Disbursements Costs:** | | 19,025.79 |
| Duplicating | 1008 | 12/04/09 | FAURE M 1570 copies, made on floor 38 in room 50 19:13:16 | | 235.59 |
| | | 01/05/10 | PELISSIER G 1596 copies, made on floor 38 in room 50 01:17:21 | | 239.40 |
| | | 01/05/10 | PELISSIER G 1596 copies, made on floor 38 in room 50 01:17:21 | | 239.40 |
| | | 01/05/10 | PELISSIER G 1596 copies, made on floor 38 in room 50 01:17:21 | | 239.40 |

CPRC# 2067993

Page 13

CRAVATH, SWAINE & MOORE LLP Progress and Cost Report

Client:    10011    LAZARD FRERES & CO. LLC
Matter:    26    LEHMAN SECURITIES INVESTIGATION
Billing Pttr:    WILSON R D

Work Thru:        05/31/2010
Practice:         LI-AL
Date Opened:      11/10/2008
Run date & time:  06/10/2010  4:24:0 PM

## COST DETAIL REPORT

| Cost Category | Cost Code | Work Date | Vendor Name/Cost Incurred By / Transaction Detail | Cost Amount |
|---|---|---|---|---|
| | | | Total Duplicating Costs over $200.00: | 474.90 |
| Binding/Graphics/Video | 1029 | 12/07/09 | VALDES H J | 200.00 |
| | | | 4 copies, made on floor 38 in room 50 09 53:43 | |
| | | 12/07/09 | VALDES H J | 250.00 |
| | | | 5 copies, made on floor 38 in room 50 10:03:04 | |
| | | 12/23/09 | LANGDALE C B | 210.00 |
| | | | 7 copies, made on floor 38 in room 50 04:11:55 | |
| | | | Total Duplicating Costs over $200.00: | 660.00 |
| | | | Total Other Costs: | 1,679.89 |
| | | | Grand Total: | 21,840.58 |

CRAVZ# 2087593