KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

--------------------------------x

**SECOND INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

**FOR THE FIFTH INTERIM PERIOD**

| | |
|---|---|
| Name of Applicant: | KLEYR GRASSO ASSOCIES |
| Role in Case: | Special Counsel to Debtors and Debtors in Possession |
| Date of Retention: | June 1, 2009 |
| Period for which Compensation and Reimbursement are Sought: | February 1, 2010 to May 31, 2010 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 198,958.50 (being the equivalent amount of € 150,809.00[1]) |
| Amount of Disbursements and Expenses Reimbursement Sought as Actual, Reasonable and Necessary: | $ 4,706.27 (€ 3,595.88) |

---

[1] According to the Bankruptcy Court General Order 388 all amounts hereinafter are set out in U.S. dollars and additionally in the conversion amount in euro. Upon request of the Fee Committee all those amounts have already been converted into USD with respect to each of the invoices attached hereto as <u>Exhibit B</u>, at the exchange rate of the European Central Bank applicable at the date of the submission of the relevant monthly statement.

| | |
|---|---|
| Total Amount Sought: | $ 203,664.77 (€ 154,404.88) |
| This is an: | Interim Fee Application |
| Prior Applications: | First Interim Fee Application relating to the period June 1, 2009 through January 31, 2010 filed on April 12, 2010 |

Prior Amounts Requested

| | |
|---|---|
| Fees Previously Requested: | $ 244,551.06 (€ 180,015.50) |
| Fees Previously Awarded: | $ 0.00 (€ 0.00) |
| Disbursements and Expenses Previously Requested: | $ 3,981.74 (€ 2,930.98) |
| Disbursements and Expenses Previously Awarded: | $ 0.00 (€ 0.00) |
| Aggregate Amounts Paid to Date: | $ 0.00 (€ 0.00) |

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010

Below is a list of each individual at KLEYR GRASSO ASSOCIES who has performed work during the Interim Period, as defined later herein, on behalf of the Debtors, the position of each such individual in the Firm, the year of admittance to practice of each individual, his or her hourly billing rate, the aggregate time expended by each individual during the Interim Period, and the amount of KLEYR GRASSO ASSOCIES fees attributable to each individual during the Interim Period.

We wish to stress, in order to avoid any confusion, that internally, junior lawyers, although already admitted to the Luxembourg Bar Association *("avocats")* rank as (Junior) Associates, with the lowest billing rates applied by our firm.

After having passed and succeeded a "second" bar examination, they will become qualified lawyers *("avocats à la Cour")* and their internal status will be Associate, with a higher billing rate.

Accordingly, the trainee lawyers, Associates, ranking internally as Junior, can be distinguished from the qualified lawyers, Associates, using their billing rate of (€ 175.-), while the usual billing rate of (non Junior) Associates is (€ 235.-).

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 117:36 | $ 59,699.64 | € 45,276.- |
| Marc Kleyr, Managing Partner | 1991 | € 385.- | 18:42 | $ 9,556.19 | € 7,199.50 |
| Rosario Grasso, Partner | 1991 | € 385.- | 00:54 | $ 458,94 | € 346.50 |
| Jérôme Burel, Associate | 2005 | € 235.- | 223:12 | $ 68,521.69 | € 52,452.- |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 120:26 | $ 27,959.20 | € 21,105.- |

2

| | | | | | |
|---|---|---|---|---|---|
| Katia Bartholomé, Associate | 2009 | € 175.- | 139:36 | $ 32,762.84 | € 24,430.- |
| **TIME CHARGES TOTAL:** | | | 620:36 | $ 198,958.50 | € 150,809.- |

**Total Hours:**            620:36
**Total Fees:**             $ 198,958.50 (€ 150,809.-)
**Blended Hourly Rate:**     $ 311.53[2] (€ 243.-)

---

[2] As our hourly rates are normally expressed in euro, for the purpose of the present interim fee application, the blended hourly rate has been converted into USD at the exchange rate of the European Central Bank applicable as of August 16, 2010

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

————————————x

## SECOND INTERIM APPLICATION OF
## KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO
## THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF
## COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010

### FOR THE FIFTH INTERIM PERIOD

KLEYR GRASSO ASSOCIES ("Kleyr Grasso"), special counsel for Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively,

the "Debtors"), submits this second interim application (the "Second Interim Application")

seeking allowance of (a) compensation for professional services rendered by Kleyr Grasso to

the Debtors in the amount of $ 198,958.50 (€ 150,809.-), and (b) reimbursement of actual and

necessary expenses and disbursements incurred by Kleyr Grasso in the rendition of required

professional services on behalf of the Debtors in the amount of $ 4,706.27 (€ 3,595.88), in each

case for the period from February 1, 2010 through May 31, 2010 (the "Interim Period") pursuant

to section 330(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), General Order M-

389, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases (the "Local Guidelines"), the Third Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly Compensation of Professionals, entered in these cases on June 25, 2009 (the "Interim Compensation Order"), and the Fee Committee Guidelines (as defined below and, collectively with the UST Guidelines, the Local Guidelines and the Interim Compensation Order, the "Guidelines"). In support of this Second Interim Application, Kleyr Grasso respectfully represents as follows:

### Jurisdiction and Venue

1.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.        Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and the other Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.        On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.        On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate. On January 19, 2009, the U.S. Trustee appointed an examiner (the "Examiner") and on January 20, 2009, the Court approved the U.S. Trustee's appointment of the Examiner.

5.        On April 14, 2010, the Debtors filed a revised joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos. 8330 and 8332].

6.        This Second Interim Application is submitted in accordance with the Interim Compensation Order, which is annexed hereto as Exhibit A.

5

7.     On May 26, 2009, the Court entered an order appointing a fee committee (the "Fee Committee") and approving a fee protocol (the "Fee Protocol"). Pursuant to the Fee Protocol, on August 3, 2009, the Fee Committee submitted its Fee Committee Report Pertaining to the First Interim Fee Applications of All Retained Professionals, which provides, *inter alia,* additional guidelines regarding compensation procedures for professionals retained in these cases (the "Fee Committee Guidelines").

8.     On April 12, 2010, Kleyr Grasso filed its first interim fee application (the "First Interim Application", [Docket No. 8241]) in connection with the rendering of services from June 1, 2009 through January 31, 2010.

### Retention of Kleyr Grasso

9.     On March 2, 2010, the Debtors filed their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules for Authorization to Employ and Retain Kleyr Grasso as Special Counsel to LBHI, effective *nunc pro tunc* to June 1, 2009 (the "Engagement Date") with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein.

10.     On March 25, 2010, the Court entered the Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Kleyr Grasso as Special Counsel to the Debtors, *nunc pro tunc* to the Engagement Date (the "Retention Order", [Docket No. 7825]).

11.     Pursuant to the Retention Order, Kleyr Grasso has been retained to continue its engagement as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions which arise or may arise in relation to direct or indirect subsidiaries as well as affiliates for which it is likely that these are Luxembourg entities/undertakings of LBHI (the "Luxembourg Entities"); thus Kleyr Grasso provides legal services as to the Debtors in matters not directly related to these chapter 11 cases, but solely concerning the Luxembourg Entities and Luxembourg law (the "Luxembourg Matters"). Kleyr Grasso does not and will not represent the Lehman Entities with respect to matters pending or that may arise in this Court, other than matters pertaining to Kleyr Grasso's employment.

### Relief Requested

12.     Prefixed to this Second Interim Application is the cover sheet required

6

by the UST Guidelines, which includes a schedule setting forth the names of all Kleyr Grasso professionals who have performed services for which compensation is sought, the person's position in the Firm, and the year each lawyer was first admitted to practice law. In addition, the schedule sets forth for each person (a) the hourly rate(s) during the Interim Period, (b) the total hours billed during the Interim Period, and (c) the total compensation for such hours. The rate for each of the individuals listed in afore mentioned cover sheet is equal to the billing rate for such individual's time for similar services to clients in connection with other similar matters. Kleyr Grasso believes that these rates are equal to or less than the rates charged by professionals with similar experience.

13.    By this Second Interim Application, Kleyr Grasso seeks allowance in full of interim compensation for professional services rendered to the Debtors during the Interim Period in the aggregate amount of $ 198,958.50 (€ 150,809.-), and for reimbursement of actual, necessary expenses and disbursements incurred during the Interim Period in connection with such services in the aggregate amount of $ 4,706.27 (€ 3,595.88).

### Kleyr Grasso's Fees

14.    This Second Interim Application is filed in accordance with the Interim Compensation Order. The Debtors have incurred fees of $ 198,958.50  (€ 150,809.-) for services rendered over 620,5 hours by Kleyr Grasso during the Interim Period, resulting in a blended hourly rate of approximately $ 311.53 (€ 243.-).

15.    For services rendered for the period from and including February 1, 2010 through February 28, 2010 (the "February 2010 Statement Period"), Kleyr Grasso has been paid,  in accordance with the Interim Compensation Order $ 0.00 (€ 0.00), representing zero percent (0.00%) of the $ 79,874.36 (€ 58,796.-) total fees incurred by the Debtors for services rendered for the February 2010 Statement Period.

16.    For services rendered for the period from and including March 1, 2010 through March 31, 2010 (the "March 2010 Statement Period"), Kleyr Grasso has been paid , in accordance with the Interim Compensation Order $ 0.00 (€ 0.00), representing zero percent (0.00%) of the $ 82,545.50 (€ 62,322.-) total fees incurred by the Debtors for services rendered for the March 2010 Statement Period.

17.    For services rendered for the period from and including April 1, 2010 through April 30, 2010 (the "April 2010 Statement Period"), Kleyr Grasso has been paid , in

accordance with the Interim Compensation Order $ 0.00 (€ 0.00), representing zero percent (0.00%) of the $ 20,432.76 (€ 16,673.-) total fees incurred by the Debtors for services rendered for the April 2010 Statement Period.

18.    For services rendered for the period from and including May 1, 2010 through May 31, 2010 (the "May 2010 Statement Period"), Kleyr Grasso has been paid , in accordance with the Interim Compensation Order $ 0.00 (€ 0.00), representing zero percent (0.00%) of the $ 16,105.88 (€ 13,018.-) total fees incurred by the Debtors for services rendered for the May 2010 Statement Period.

19.    Kleyr Grasso has annexed to the Second Interim Application, as Exhibit B, a copy of the invoices for the February 2010 Statement Period, the March 2010 Statement Period, the April 2010 Statement Period, and the May 2010 Statement Period, together with the respective summary sheet belonging to each of the afore mentioned respective statement period. Attached to each invoice are the relevant daily time records broken down by matter and listing the name of the individual performing the services, the date on which the services were performed, and the amount of time spent performing the services. Additionally, annexed to this Second Interim Application, as Exhibit C, is a list of all of the matters for which services were rendered and the aggregate amount of hours and fees expended for such matters during the Interim Period.

20.    No objections have been submitted to Kleyr Grasso with respect to Kleyr Grasso's monthly statements relating to the periods mentioned under foregoing paragraph 19.

21.    By this Second Interim Application, Kleyr Grasso seeks allowance for payment of $ 198,958.50  (€ 150,809.-), which amount represents hundred percent (100%) of the total of Kleyr Grasso's requested fees during the Interim Period, as special counsel to the Debtors.

22.    During the Interim Period, Kleyr Grasso lawyers expended a total of roughly 620.5 hours for services provided in connection with the Luxembourg Matters (more precisely described below in section "Summary of Services by Categories"), and incurred fees in the total amount of $ 198,958.50   (€ 150,809.-) and disbursements and expenses in the total amount of $ 4,706.27 (€ 3,595.88) in connection with such services.

23.    The services performed and expenses incurred by Kleyr Grasso during

the Interim Period were provided only on behalf of and rendered a benefit to LBHI.

24.    In sum, pursuant to this Second Interim Application, Kleyr Grasso hereby seeks allowance and compensation from the Debtors' estates of the following:

(a)    Compensation for professional services rendered during the Interim Period in the aggregate amount of $ 198,958.50 (€ 150,809.00); and

(b)    Reimbursement of disbursements and expenses incurred during the Interim Period in connection with such services in the aggregate amount of $ 4,706.27 (€ 3,595.88).

25.    Annexed hereto, as Exhibit C, is a summary of all services rendered by Kleyr Grasso during the Interim Period by project category. Annexed hereto, as Exhibit D, is a summary of time charges and hourly rates by professional. Annexed hereto, as Exhibit E, is a summary of the types of expenses for which reimbursement is sought. Annexed hereto, as Exhibit F, is the certification of Rina Breininger, Partner of Kleyr Grasso, with respect to this Second Interim Application pursuant to the Local Guidelines.

26.    During the Interim Period, Kleyr Grasso encountered a variety of challenging legal issues, often requiring substantial research and negotiation. When possible, Kleyr Grasso delegated tasks to lower cost junior lawyers, being stressed that Kleyr Grasso, as a small sized law firm in Luxembourg, does not employ so-called "paralegals" often employed at the level of U.S. law firms. This approach has resulted in enhanced cost efficiency. Kleyr Grasso submits that the services it rendered were beneficial to the Debtors' estate and were performed efficiently, economically and effectively and in a manner commensurate with the complexity, importance and nature of the problems, issues and tasks involved. Moreover, the Firm's request for compensation is reasonable in light of the nature, extent, and value of its services to the Debtors. Accordingly, approval of the compensation for professional services sought herein is warranted.

27.    All services for which Kleyr Grasso seeks compensation were performed for and on behalf of the Debtors. No agreement or understanding exists between the Firm and any other person for the sharing of compensation to be received for the services rendered in connection with the Firm's representation of the Debtors. No action prohibited by Section 504 of the Bankruptcy Code has been, or will be, made by Kleyr Grasso; see hereto the Affidavit of Marc Kleyr, Esq., dated February 26, 2010, annexed to this Second Interim

Application as Exhibit G.

## Summary of Services Rendered

28.    The names of the partners and associates of Kleyr Grasso, who have rendered professional services in this case during the Interim Period, are set forth in the attached Exhibit D and in the cover sheet to this Second Interim Application.

29.    Kleyr Grasso, by and through the above-named persons, has prepared and assisted in the preparation of various documents, advised the Debtors on a regular basis with respect to the Luxembourg Matters, and performed all necessary professional services which are described and narrated in detail below and in the time sheets of the invoices attached hereto as Exhibit B.

## Summary of Services by Categories

30.    The services rendered by Kleyr Grasso during the Interim Period can be grouped into the categories set forth below. Kleyr Grasso, as a non-U.S. law firm, has been advised that, except as regards (a) the preparation of the documentation in order to be retained as special counsel in accordance with the applicable U.S. law requirements, and (b) the preparation of monthly statements and fee applications, which might be considered as "Administrative", all the services rendered by Kleyr Grasso with respect to the Luxembourg Matters, should be considered as being performed in relation with the project category "International Assets".

### A.    International Assets

31.    Time billed in this category relates to the services performed by Kleyr Grasso in connection with the Firms function as "interface" in between Alvarez & Marsal North America, LLC ("A&M"), the Debtors' Chief Restructuring Officers, WGM, the Debtors' general bankruptcy counsel, on one side, and the Luxembourg authorities on the other side. In this context, Kleyr Grasso assisted A&M during the Interim Period with Luxembourg audit firms in order to move forward with the preparation and the audit of the annual accounts of certain Luxembourg Entities and thereby prevent compulsory liquidation of these Luxembourg Entities. Furthermore Kleyr Grasso assisted A&M in negotiations in between A&M and the curators and/or the liquidators of certain Luxembourg Entities. During the Interim Period Kleyr Grasso was providing frequently information as regards the Luxembourg Entities. Moreover, Kleyr

Grasso provided - to the extent possible - all information relevant and necessary to gain and/or to maintain the assets of the Luxembourg Entities. Thereby, Kleyr Grasso provided information concerning the current and former managers and the registered offices of the Luxembourg Entities as well as, if possible, information as regards assets and real estate owned by the Luxembourg Entities. Within a further step, Kleyr Grasso advised A&M as regards the legal measures that are necessary to take over control of the Luxembourg Entities, and Kleyr Grasso assisted A&M as well in proceeding the required steps with respect to certain Luxembourg Entities. Some of the Luxembourg Entities have been involved in transactions outside Luxembourg; such as, but not limited to, "Marseille-Sun & Moon", the "Archstone Transaction", and the "Queensbridge House Joint Venture". During the Interim Period Kleyr Grasso assisted in these transactions as legal advisor with respect to the Luxembourg law issues. Kleyr Grasso reviewed and analyzed the transactional documents based on criteria set by the Debtors and its subsidiaries in making determinations whether such contracts and the underlying relationships are meeting the requirements of the Debtors and its subsidiaries. A more detailed identification of the actual services rendered in relation with the aforementioned transactions set forth hereinafter. Furthermore, Kleyr Grasso dealt with the Luxembourg Tax Authorities in order to get the Tax Authorities approval with respect to the extension of the deadline to pay tax liabilities of certain Luxembourg Entities.

32.    Kleyr Grasso performed services with respect to issues relating to a transaction referred to as "Archstone Transaction", a transaction in relation with a certain credit agreement and the transactions contemplated thereby. Kleyr Grasso's services were related to the proposed restructuring of the Archstone Transaction, and included researches as well as drawing of documents to get control over the Luxembourg Entities involved in the aforesaid transaction, giving advice, drafting, explanations, discussions and finalization on the corporate documentation to be signed; in particular Kleyr Grasso has drawn documentation for the replacement of several managers on the boards of the involved Luxembourg Entities, management contracts as well as documents to modify the articles of incorporation of one of the Luxembourg Entities.

33.    The services performed by Kleyr Grasso during the Interim Period were also related to issues with respect to intercompany promissory notes in the favor of LBHI that has to be signed by certain Luxembourg Entities (the "Promissory Notes"). More precisely, Kleyr Grasso assisted LBHI in order to move forward with the possible granting of security interests under Luxembourg law in order to secure intercompany loans granted by LBHI to certain Luxembourg Entities. Kleyr Grasso gave general advice with respect to potential issues that

11

may need to be considered, and the requirements under Luxembourg law to constitute such kind of security interests. Kleyr Grasso first liaised with the domiciliation agents of the subsidiaries in Luxembourg in order to get access to the corporate documents deposited with these domiciliation agents in order to assess the accurate assets/liabilities situation of the relevant Luxembourg Entities.

34.    Kleyr Grasso performed services with respect to issues relating to the audit of the annual accounts for certain of the Luxembourg Entities which have/had to prepare their annual accounts with respect to several years as soon as possible in order to avoid the risk of compulsory liquidation. Kleyr Grasso liaised with the auditors and made also available in its premises a data room for the auditors in order to facilitate their work.

35.    With respect to the "Marseille-Sun & Moon" transaction, Kleyr Grasso assisted the team of Weil, Gotshal & Manges LLP, Paris (the "French WGM Team") as regards Luxembourg law issues of the projected distressed debt purchase and new equity investments in the Luxembourg joint venture vehicle. Kleyr Grasso provided corporate documents relating to the Luxembourg Entities involved in such transaction, reviewed some underlying transactional documents, and gave an advice as regards Luxembourg law issues relating to the various memorandum / step list regarding the contemplated transaction.

36.    Additionally, Kleyr Grasso assisted Gibson, Dunn & Crutcher LLP, London, in relation with a contemplated joint venture, or more specifically LBHI intending to enter (together with Landmark) into a joint venture entity being one of the Luxembourg Entities (the "Queensbridge House JV Deal"). Especially Kleyr Grasso reviewed, analyzed and commented/amended the transactional documentation with respect to Luxembourg law issues of the Queensbridge House JV Deal.

Fees: $ 143,058.21 (€ 108,054.-)                    Total hours: 433:12

**B.    Administrative (Special Counsel Procedure)**

37.    Time billed in this category relates to the preparation of all the required documentation to be retained as special counsel to the Debtors.

38.    This category includes reviewing of legal applicable provisions (UST Guidelines, Local Guidelines, the Interim Compensation Order, Fee Protocol, OCP Order, etc...), drafting, revising and reviewing documents related to retention and obtaining court

approval of the application to retain Kleyr Grasso as special counsel in these cases.

39.    Kleyr Grasso lawyers had to spend a commensurate number of hours in relation with this category. Primarily caused by the fact that Kleyr Grasso lawyers are non – U.S. lawyers, and consequently they are not familiar with the proceedings in front of the U.S. Bankruptcy Court and the relevant U.S. law provisions. Kleyr Grasso lawyers had to verify which law provisions are applicable to them, to research and to study in detail these U.S. law provisions, which was very time-consuming.

Fees: $ 16,100.76 (€ 11,871.50)                    Total hours: 50:54

C.    Administrative (Preparation of monthly statements and fee applications)

40.    In connection with this matter, Kleyr Grasso prepared and served monthly fee statements in accordance with the Guidelines. Tasks included reviewing all expenses, timekeeper entries, and fee statement schedules and tables for accuracy and compliance with the Guidelines. As requested, Kleyr Grasso also provided excel versions of its invoices including the conversion of all amounts thereof in USD. Additionally, Kleyr Grasso prepared and served its First Interim Application. Finally, Kleyr Grasso responded to requests from the Fee Committee.

Fees: $ 39,799.53 (€ 30,883.30)                    Total hours: 136:30

### Expenses Incurred by Kleyr Grasso

41.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed under section 327 of the Bankruptcy Code. The total amount of the expenses is $ 2,525.39 (€ 1,891.74) and the total amount of the disbursements is $ 2,180.88 (€ 1,704.14) for the Interim Period, as detailed in the attached Exhibit E. As set forth above, Kleyr Grasso seeks reimbursement for expenses and disbursements incurred in rendering services to the Debtors during the Interim Period in the amount of $ 4,706.27 (€ 3,595.88).

42.    In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines, Kleyr Grasso maintains the following policies with respect to expenses for which reimbursement is sought herein:

13

(a) No amortization of the cost of any investment, equipment, or capital outlay is included in the expenses. In addition, for those items or services that Kleyr Grasso purchased or contracted from a third party (such as outside copy services), Kleyr Grasso seeks reimbursement only for the exact amount billed to Kleyr Grasso by the third party vendor and paid by Kleyr Grasso to the third party vendor; such costs being referred to as disbursements.

(b) Photocopying by Kleyr Grasso was charged at 16 $ cents (12 € cents) per page.

(c) Telecopying by Kleyr Grasso was charged to its clients at the cost of the long distance call required to send the facsimile. The firm did not impose any charge to its clients for local facsimiles, inbound facsimiles, interoffice facsimiles or facsimiles.

### The Requested Compensation Should Be Allowed

43.     Section 330 of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1). Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

44.     In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task

addressed; and

(E)    whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. 11 U.S.C. § 330(a)(3)(A).

45.    Kleyr Grasso respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein. The services described above, at the time they were provided, were necessary and beneficial to the administration of the Debtors' chapter 11 cases. Kleyr Grasso's services were consistently performed in a timely manner, commensurate with the complexity of the issues facing the Debtors and the nature and importance of the problems, issues, and tasks. Furthermore, the compensation sought by Kleyr Grasso is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy. Accordingly, approval of the compensation sought herein is warranted.

**Statements of Kleyr Grasso Pursuant to Bankruptcy Rule 2016(a)**

46.    After have been retained, *nunc pro tunc* to June 1, 2009, as special counsel to the Debtors by the Retention Order dated March 25, 2010, Kleyr Grasso has submitted monthly statements during the Interim Period. Kleyr Grasso submitted monthly statements with respect to (a) February 2010 (the "February Statement"), on March 31, 2010, (b) March 2010 (the "March Statement"), on April 28, 2010 (c) April 2010 (the "April Statement"), on May 27, 2010, and (d) May 2010 (the "May Statement"), on June 18, 2010.

47.    No agreement or understanding exists between Kleyr Grasso and any third person for the sharing of compensation, except as allowed by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation between and among partners of Kleyr Grasso. All of the services for which compensation is sought in this Second Interim Application were rendered at the request of, and solely on behalf of, the Debtors, and not at the request of, or on behalf of, any other person or entity.

**Notice**

48.    Notice of this Second Interim Application and its exhibits will be given to (a) the Debtors; (b) counsel to the Debtors; (c) the U.S. Trustee; (d) counsel to the Creditors' Committee; and (e) the Fee Committee. Kleyr Grasso respectfully submits that no other or

further notice is required.

WHEREFORE, Kleyr Grasso respectfully requests that the Court enter an order: (a) allowing interim compensation of $ 198,958.50 (€ 150,809.-) to Kleyr Grasso for professional services rendered as special counsel for the Debtors during the Interim Period, plus reimbursement of actual and necessary expenses and disbursements incurred in the sum of $ 4,706.27 (€ 3,595.88) in connection with Kleyr Grasso's services during the Interim Period; (b) authorizing and directing the Debtors to pay to Kleyr Grasso any and all unpaid amounts for the Interim Period in the amount of $ 203,664.77 (€ 154,404.88); and (c) granting to Kleyr Grasso such other and further relief as the Court may deem proper.

Dated: August 16, 2010                    KLEYR GRASSO ASSOCIES


By
Rina Breininger
122, rue Adolphe Fischer
L-1521 Luxembourg
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

**EXHIBIT A**

**INTERIM COMPENSATION ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :

| | |
|---|---|
| In re | :    Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | :    08-13555 (JMP) |
| | : |
| Debtors. | :    (Jointly Administered) |
| | : |

------------------------------------------------------------x

### THIRD AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

        Upon the proposed amended order filed June 13, 2009 (the "Third Amended Order"), of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "Professionals"), all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "Motion") [Docket No. 833] and the notice of presentment of the proposed Third Amended Order; and the Court having jurisdiction to consider the proposed Third Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the proposed Third Amended Order and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the proposed

Third Amended Order having been provided in accordance with the procedures set forth in the

amended order entered February 13, 2009 governing case management and administrative

procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New

York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for

the Southern District of New York; and (vi) all parties who have requested notice in these

chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court

having entered an amended order, dated March 13, 2009 (the "Second Amended Order")

[Docket No. 3102], governing the procedures for interim monthly compensation and

reimbursement of expenses of professionals; and the Court concluded that there is cause to make

certain amendments to the Second Amended Order; and the Court having found and determined

that the relief sought in the proposed Third Amended Order is in the best interests of the Debtors,

their estates and creditors, and all parties in interest and that the legal and factual bases set forth

in the Motion and the proposed Third Amended Order establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Second Amended Order is superseded in its entirety by this

Third Amended Order; and it is further

ORDERED that except as may otherwise be provided in orders of the Court

authorizing the retention of specific Professionals, all Professionals in these cases may seek

2

monthly compensation in accordance with the following procedures (the "Interim Compensation
Procedures"):

(a)    On or before the **thirtieth (30th)** day of each month following the month for
which compensation is sought, each professional seeking compensation, other
than a professional retained as an ordinary course professional, will serve a
monthly statement (the "Monthly Statement"), by hand or overnight delivery on
(i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor,
New York, New York, 10020 (Attn: John Suckow and David Coles); (ii) Weil,
Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153
(Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1
Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne,
Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors'
Committee; (iv) the Office of the United States Trustee for the Southern District
of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004
(Attn: Andy Velez-Rivera, Esq. and Tracy Hope Davis, Esq.); and (v) Feinberg
Rozen, LLP, The Willard Office Building, 1455 Pennsylvania Avenue, NW, Suite
390, Washington, DC 20004-1008 (Attn: Kenneth R. Feinberg, Esq.),
Chairperson of the Fee Committee (as defined in the Order Appointing a Fee
Committee and Approving a Fee Application Protocol, dated May 26, 2009
[Docket No. 3651]) (the "Notice Parties").

(b)    The Monthly Statement need not be filed with the Court and a courtesy copy need
not be delivered to chambers since this Motion is not intended to alter the fee
application requirements outlined in sections 330 and 331 of the Bankruptcy Code
and since professionals are still required to serve and file interim and final
applications for approval of fees and expenses in accordance with the relevant
provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules
for the United States Bankruptcy Court for the Southern District of New York
(the "Local Rules").

(c)    Each Monthly Statement must contain a list of the individuals and their respective
titles (e.g., attorney, paralegal, etc.) who provided services during the statement
period, their respective billing rates, the aggregate hours spent by each individual,
a reasonably detailed breakdown of the fees and expenses incurred (no
professional should seek reimbursement of an expense that would otherwise not
be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and
April 21, 1995 or the United States Trustee Guidelines for Reviewing
Applications for Compensation and Reimbursement of Expenses Filed under 11
U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time
entries for each individual in increments of tenths (1/10) of an hour or as close
thereto as practicable.

(d)    Each Notice Party shall have at least **fifteen (15)** days after receiving the Monthly
Statement to review the statement and, if the Notice Party objects to the
compensation or reimbursement sought in a particular statement, such Notice

3

Party shall, no later than **the forty-fifth (45th)** day following the month for which compensation is sought, serve upon the professional to whose Monthly Statement the Notice Party objects and the other Notice Parties a written "Notice of Objection to Fee Statement," setting forth the nature of the Notice Party's objection and the amount of fees or expenses at issue.

(e)     At the expiration of the **forty-five (45)** day period, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each Monthly Statement to which no objection has been served in accordance with paragraph (d) above.

(f)     If the Debtors object or receive an objection to a particular Monthly Statement, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (e).

(g)     If the parties to an objection resolve their dispute following the service of a Notice of Objection to Fee Statement and if the party whose Monthly Statement was objected to serves on all Notice Parties a statement indicating that the objection is withdrawn and describing the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (e), that portion of the Monthly Statement that is no longer subject to an objection.

(h)     All objections that the parties do not resolve shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (j) below.

(i)     The service of an objection in accordance with paragraph (d) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground regardless of whether the objecting party raised the ground in the objection or not. Furthermore, the decision by any party not to object to a Monthly Statement shall not waive or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code.

(j)     Commencing with the period ending January 31, 2009, and at four-month intervals thereafter, each of the professionals shall file with the Court, in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov), an application (an "Interim Fee Application") for interim Court approval and allowance pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the fee statements served during such period (the "Interim Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses. Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date

4

through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention, and otherwise in accordance with the procedures set forth in this Motion.

(k)    The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals. At least 30 days prior to such hearing, the Debtors' attorneys shall file a notice with the Court, with service upon the U.S. Trustee and all retained professionals, setting forth the time, date and location of the fee hearing, the Interim Fee Period applications cover and the objection deadline. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)    The pendency of an application or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)    Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)    Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; *provided, however*, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

; and it is further

ORDERED that the Debtors shall include all payments to Professionals on their

monthly operating reports, detailed by line item so as to state the amount paid to each of the

Professionals, and detailed so as to state the amount paid to ordinary course professionals (which

may be aggregated into one line item); and it is further

5

ORDERED that any party may object to requests for payments made pursuant to this Third Amended Order, or move to modify or vacate all or certain provisions of this Third Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; *provided, however*, that the inclusion in this Third Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that all time periods set forth in this Third Amended Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the Standard Parties entitled to notice pursuant to the Court's amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       June 25, 2009

                              s/ James M. Peck
                              UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

**INVOICES FEBRUARY 2010, MARCH 2010, APRIL 2010, MAY 2010**

**KLEYR GRASSO ASSOCIES**
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32
Office Email: mail@kckg.com

Summary Invoices February 2010

**I.    Itemization of Services Rendered by KCKG Personnel in the period from February 1, 2010 to February 28, 2010 (the "Invoice Period")**

The hours spent during the Invoice Period for which KCKG seeks compensation are set forth by the hourly billing rate for each attorney, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 40:24 | € 15,554.- | $ 21,130.11 |
| Marc Kleyr, Partner | 1991 | € 385.- | 04:54 | € 1,886.50 | $ 2,562.81 |
| Jérôme Burel, Associate | 2005 | € 235.- | 68:18 | € 16,050.50 | $ 21,804.60 |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 52:36 | € 9,205.- | $ 12,504.99 |
| Katia Bartholomé, Associate | 2009 | € 175.- | 92:00 | € 16,100.- | $ 21,871.85 |
| **TIME CHARGES TOTAL:** | | | 258:12 | € 58,796.- | $ 79,874.37 |

**II.    Itemization of Disbursements and Expenses Incurred and Reimbursement Sought.**

KCKG is seeking reimbursement for disbursements for the Invoice Period in the amount of € 229.89 / $ 312.31.

KCKG is seeking reimbursement for expenses for the Invoice Period in the amount of € 1,246.28 / $ 1,693.07.

**III.    Total Fees, Disbursements and Expenses Sought for the Statement Period.**

The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Invoice Period is as follows:

Total Fees: € 58,796.- / $ 79,874.37

Total Disbursements: € 229.89 / $ 312.31

Total Expenses: € 1,246.28 / $ 1,693.07

TOTAL: € 60,272.17 / $ 81,879.74

|  |  | from February 1, 2010 |  |  |  |
|  |  | to February 28, 2010 |  |  |  |
|  |  | **Services provided** |  |  |  |
| **Date** | **Person** | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** |
|---|---|---|---|---|---|
| 01/02/2010 | JEB | Drawing amendments to first draft manager's appointment letter agreement received from Mr. Hellers (to be appointed as Independent Manager of Luxembourg Residential Properties Loan Finance 2 Sàrl, further to John's request) | 78 | 305,50 | 415,02 |
| 01/02/2010 | JEB | Drawing draft board of managers circular resolution approving the amendments to the articles of association of Luxembourg Residential Properties Loan Finance 2 Sàrl -re: special purpose vehicle provisions | 48 | 188,00 | 255,40 |
| 01/02/2010 | JEB | Drawing draft notary deed (English version) with respect to the amendments of the articles of Luxembourg Residential Properties Loan Finance 2 Sàrl -re: special purpose vehicle provisions | 90 | 352,50 | 478,87 |
| 01/02/2010 | JEB | Drawing proxy for the Extraordinary shareholder's meeting of Luxembourg Residential Properties Loan Finance 2 Sàrl to be held before pblic notary - re: amendments of the articles of association -re: special purpose vehicle provisions | 18 | 70,50 | 95,77 |
| 01/02/2010 | JEB | Drawing amendments/updates to Abeer's list of documents to be executed with respect to the various managers' replacments and board resolutions at the level of Luxembourg Trading Finance Sàrl and its subsidiaries | 24 | 94,00 | 127,70 |
| 01/02/2010 | JEB | Correspondance with Mr. Hellers (GT Fiduciaires) - Re: manager's appointment letter agreement as Independent Manager | 18 | 70,50 | 95,77 |
| 01/02/2010 | JEB | Drawing long email to John Keen and WGM London - re: explanations as to the proposed procedure and timing with respect to the contemplated managers' repalcements and bylaws amendments - | 72 | 282,00 | 383,10 |
| 01/02/2010 | JEB | Study of the email of Mr. Hellers - Re: approval of the draft manager's appointment letter agreement - re: missing information - | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Study of the file : several e-mails of John and Blandine in relation to the manager's appointment letter agreement and enclosed comments | 18 | 70,50 | 95,77 |
| 01/02/2010 | JEB | Study of the file : emails of John and Blandine confirming the amendments of the articles of Luxembourg Residential Properties Loan Finance 2 S.àr.l. - | 18 | 70,50 | 95,77 |
| 01/02/2010 | JEB | Drawing /finalization of draft notary deed (French version) -re: amendments to the articles of assication of Luxembourg Residential Properties Laon Finance 2 Sàrl | 30 | 117,50 | 159,62 |
| 01/02/2010 | JEB | Study of the file email of Blandine - Re: Schedule 1 of board reolsution of Luxembourg Residential Properties Loan Finance 2 Sàrl | 6 | 23,50 | 31,92 |
| 01/02/2010 | JEB | Drawing /updating manager's appointment letter agreement further to comments from John and Blandine | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Correspondance with Blandine - Re: Schedule 1 of board reolsution of Luxembourg Residential Properties Loan Finance 2 Sàrl | 6 | 23,50 | 31,92 |
| 01/02/2010 | KB | Drawing draft French translation of the notary deed relating to the amendment of the articles of association of Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 138 | 402,50 | 546,80 |
| 01/02/2010 | KB | Drawing extract and registration form for the filing with the Luxembourg Trade and Companies Register of the meeting of shareholders of Luxembourg Residential Properties Loan Finance 2 Sàrl - re: revocation of Fogarty and appontment of new managers | 48 | 140,00 | 190,19 |
| 01/02/2010 | RB | Drawing /finalization of the manager's agreement to be signed with Mr Hellers as Independent Manager of Luxembourg Residential Properties Loan Finance 2 S.àr.l. further to the comments of John Keen | 48 | 308,00 | 418,42 |
| 01/02/2010 | RB | Study of the file : short review of the documents list transmitted by Abeer - re: documents to be executed with respect to the various managers' replacements and board resolutions at the level of Luxembourg Trading Finance Sàrl and its subsidiaries | 18 | 115,50 | 156,91 |
| 01/02/2010 | RB | Drawing / finalization of the documents to be sent to the client in relation with Luxembourg Trading Finance Sàrl , Luxembourg Residential Properties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 Sàrl | 78 | 500,50 | 679,93 |
| 02/02/2010 | JEB | Transfer to public notary premises in Esch/Alzette with John Keen in order to hold the extraordinary shareholder's meeting of Luxembourg Relsdential Properties Loan Finace 2 Sàrl | 108 | 423,00 | 574,65 |
| 02/02/2010 | JEB | Préparation of a complete set of executed documents - re: Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 Sàrl | 48 | 188,00 | 255,40 |
| 02/02/2010 | JEB | Correspondance with Mr. Hellers (GT Fiducaires) - re: his appointment as Independent Manager in Luxembourg Residential Properties Loan Finance 2 Sàrl | 12 | 47,00 | 63,85 |
| 02/02/2010 | JEB | Correspondance with Abeer - re: executed documents - re: Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 Sàrl | 42 | 164,50 | 223,47 |
| 02/02/2010 | KB | Drawing extract and register form with respect to the meeting of shareholders of Luxembourg Residential Properties Loan Finance Sàrl in relation to the revocation of Fogarty and the appointment of new managers | 48 | 140,00 | 190,19 |
| 02/02/2010 | KB | Transfer to the Luxembourg Register of Commerce and Companies in order to file extracts with respect to the revocation and the nomination of new manager in Luxembourg Residential Properties Loan Finance Sàrl and in Luxembourg Residential Properties Loan | 102 | 297,50 | 404,15 |
| 02/02/2010 | RB | Study of the file : review of the various emails exchange regarding replacement of managers in Lehman Lux entities (Luxembourg Trading Finance Sàrl , Luxembourg Residential Properties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 Sàrl) | 42 | 269,50 | 366,12 |
| 03/02/2010 | JEB | Study of the file : quick review of the resignation letter as Independent manager of Luxembourg Residential Properties Loan Finance 2 S.à r.l. received from Mr. Hellers (GT Fiduciaires) | 6 | 23,50 | 31,92 |
| 03/02/2010 | JEB | Correspondance with Abeer Garousha regarding the resignation of Mr. Hellers as Independent Manager of Luxembourg Residential Properties Loan Finance 2 Sàrl | 12 | 47,00 | 63,85 |
| 03/02/2010 | JEB | Correspondance with Mr. Hellers - re: filing of his resignation as Independent Manager of Luxembourg Residential Properties Loan Fiannce 2 Sàrl | 12 | 47,00 | 63,85 |

08-03255-mg ... Doc 4 Filed 08/16/10 ... Entered 08/16/10 13:02:41 ... Main Document Pg 27 of 120

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Luxembourg Trading Finance Sàrl | | | |
| 03/02/2010 | JEB | Correspondance with Abeer - re: clarification as regards the sending of written consultations to the shareholders of Luxembourg Trading Finance Sàrl | 12 | 47,00 | 63,85 |
| 03/02/2010 | KB | Transfer transfer to the Luxembourg Register of Commerce and Companies in order to file the resignation of Mr Hellers as Independent Manager of Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 72 | 210,00 | 285,29 |
| 03/02/2010 | RB | Tel. conversation with Mr Decaen (MAZARS) - - Re: audit of Luxembourg Trading Finance Sàrl, Luxembourg Finance Sàrl, Residential Proeprties Loan Finance Sàrl and Residential Properties Loan Finance 2 Sàrl -re: data room | 42 | 269,50 | 366,12 |
| 03/02/2010 | RB | Correspondance with MAZARS - re: data room - Re: audit of Luxembourg Trading Finance Sàrl, Luxembourg Finance Sàrl, Residential Proeprties Loan Finance Sàrl and Residential Properties Loan Finance 2 Sàrl | 12 | 77,00 | 104,60 |
| 03/02/2010 | RB | Study of the file : review emails exchange with Blandine Davies regarding the contemplated managers and bylaws changes | 24 | 154,00 | 209,21 |
| 03/02/2010 | RB | Study of the file : email of Abeer regarding written shareholders'resolution at level of Luxembourg Trading Finance Sàrl | 12 | 77,00 | 104,60 |
| 04/02/2010 | JEB | Study of the file email of Blandine - Re:Archstone - comments to draft board resolution | 6 | 23,50 | 31,92 |
| 04/02/2010 | JEB | Tel. conversation with Blandine/Abeer and Rina- re: amended draft BoM resolution (Archstone Restructuring) - re: amendments | 12 | 47,00 | 63,85 |
| 04/02/2010 | JEB | Study of the file emails of Blandine and David Herman - Re: Archstone - amended board resolutions and execution thereof | 12 | 47,00 | 63,85 |
| 04/02/2010 | JEB | Correspondance with Blandine - Re: Archstone - amended board resolutions and execution thereof | 12 | 47,00 | 63,85 |
| 04/02/2010 | JEB | Correspondance with Blandine - Re: Archstone - re: note to the attention of the managers (liability risk) | 18 | 70,50 | 95,77 |
| 04/02/2010 | KB | Drawing extract for publication and register for with respect to Luxembourg Trading Finance Sàrl for the revocation of managers and nomination of new managers | 36 | 105,00 | 142,64 |
| 04/02/2010 | KB | Verification of signature pages of documents signed on 2 February 2010 | 72 | 210,00 | 285,29 |
| 04/02/2010 | RB | Study of the file : email of Blandine Davies with amended draft BoM resolution (Archstone Restructuring) | 18 | 115,50 | 156,91 |
| 04/02/2010 | RB | Correspondance with Blandine Davies -re :amended draft BoM resolution (Archstone Restructuring) | 12 | 77,00 | 104,60 |
| 04/02/2010 | RB | Tel. conversation with Blandine/Abeer and Jérôme - re: amended draft BoM resolution (Archstone Restructuring) - re: amendments | 12 | 77,00 | 104,60 |
| 08/02/2010 | JEB | Study of the file : several mails of Abeer Garousha - Re: Independent manager replacment at the level of Luxembourg Residential Properties Loan Finance 2 Sàrl | 12 | 47,00 | 63,85 |
| 08/02/2010 | JEB | Internal meeting between / with Jacqueline - re: preparation of a data room for MAZARS - re: audit of annual accounts of Luxembourg Trading Finance S.à r.l., Luxembourg Finance S.à r.l., Luxembourg Residential Properties Loan Finance S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 12 | 47,00 | 63,85 |
| 08/02/2010 | JEB | Drawing several emails to Abeer Garousha - Re: Independent manager replacment at the level of Luxembourg Residential Properties Loan Finance 2 Sàrl | 18 | 70,50 | 95,77 |
| 08/02/2010 | JG | Internal meeting between / with Jérôme - re: preparation of a data room for MAZARS - re: audit of annual accounts of Luxembourg Trading Finance S.à r.l., Luxembourg Finance S.à r.l., Luxembourg Residential Properties Loan Finance S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 12 | 35,00 | 47,55 |
| 08/02/2010 | JG | Preparation Inventory lists for the data room- re: preparation of a data room for MAZARS - re: audit of annual accounts of Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 12 | 35,00 | 47,55 |
| 09/02/2010 | JEB | working in relation to the preparation of a data room for the meeting with MAZARS on 9 February: quick review of folders prepared by Jacqueline - re: audit of Luxembourg Trading Finance Sàrl, Luxembourg Finance Sàrl, Residential Proeprties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 54 | 211,50 | 287,32 |
| 09/02/2010 | JEB | Preparation of the meeting with MAZARS: quick review of current situation of the concerned entities - Re: audit of Lux. Trading Sàrl and subsidiaries accounts | 30 | 117,50 | 159,62 |
| 09/02/2010 | JEB | Meeting with MAZARS (morning meeting and several further discussions during the day) Re: audit of Lux. Trading Sàrl and subsidiaries accounts | 90 | 352,50 | 478,87 |
| 09/02/2010 | JEB | Preparation of supplemental files and informations requested by MAZARS | 138 | 540,50 | 734,27 |
| 09/02/2010 | JG | Preparation of a folder to be remitted to MAZARS containing all documents relevant for the preparation of the audited annual accounts with respect to Luxembourg Residential Properties Loan Finance S.à r.l., which we received after the transfer of the registered office of said company - re: audit of annual accounts by MAZARS | 72 | 210,00 | 285,29 |
| 09/02/2010 | JG | Preparation preparation of a folder to be remitted to MAZARS containing all documents relevant for the preparation of the audited annual accounts with respect to Luxembourg Residential Properties Loan Finance 2 S.à r.l., which we received after the transfer of the registered office of said company - re: audit of annual accounts by MAZARS | 72 | 210,00 | 285,29 |
| 09/02/2010 | JG | Preparation preparation of a folder to be remitted to MAZARS containing all documents relevant with respect to Luxembourg Residential Properties Loan Finance S.à r.l., which we received after the transfer of the registered office of said company - re: audit of annual accounts by MAZARS | 72 | 210,00 | 285,29 |
| 09/02/2010 | JG | working in relation to preparation of a folder to be remitted to MAZARS containing all documents relevant for the preparation of the audited annual accounts with respect to Luxembourg Trading Finance S.à r.l., which we received after the transfer of the registered office of said company - re: audit of annual accounts by MAZARS | 72 | 210,00 | 285,29 |
| 09/02/2010 | RB | working in relation to meeting with Mazars : quick review of inventory lists | 42 | 269,50 | 366,12 |
| 09/02/2010 | RB | Meeting with MAZARS - Re: audit of Lux. Trading Sàrl and subsidiaries accounts | 60 | 385,00 | 523,02 |
| 10/02/2010 | JG | Review/Analysis of of a letter sent by PWC to Luxembourg Trading Finance S.à r.l. as regards LBIE (in administration), update master file | 6 | 17,50 | 23,77 |
| 10/02/2010 | JG | Review/Analysis of statements of account for Luxembourg Residential Properties Loan Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l., update master file | 6 | 17,50 | 23,77 |

Pg 28 of 120

| | | | | | |
|---|---|---|---|---|---|
| 10/02/2010 | KB | Transfer transfer to the Luxembourg Register of Commerce and Companies in order to file the appointment of new managers and revocation of old ones in Luxembourg Trading Finance Sàrl and its subsidiaries | 60 | 175,00 | 237,74 |
| 11/02/2010 | JEB | Study of the file : quick review of registered extract and updated Companies Register excerpt relating to Luxembourg Trading Finance Sàrl | 12 | 47,00 | 63,85 |
| 15/02/2010 | JEB | Study of the file : email of Abeer  - re: circular resolutions of the managers of Luxembourg Trading Finance Sàrl | 6 | 23,50 | 31,92 |
| 15/02/2010 | JEB | Study of the file : quick review of updated excerpts from the Luxembourg Trade and Companies Register with respect to Luxembourg Trading Finance Sàrl  and its subsidiaries | 12 | 47,00 | 63,85 |
| 15/02/2010 | JEB | Correspondance with Blandine Davis - Re: updated excerpts from the Luxembourg Trade and Companies Register with respect to Luxembourg Trading Finance Sàrl  and its subsidiaries | 12 | 47,00 | 63,85 |
| 15/02/2010 | JEB | Correspondance with  Abeer  - re: circular resolutions of the managers of Luxembourg Trading Finance Sàrl | 6 | 23,50 | 31,92 |
| 15/02/2010 | RB | Review/Analysis of the updated excerpts of the register of commerce and companies regarding Luxembourg Trading Finance and its subsidiaries | 24 | 154,00 | 209,21 |
| 16/02/2010 | JEB | Study of the file : e-mail of Laurent Decaen (MAZARS) - Re: audit of LTF and subsidiaries | 6 | 23,50 | 31,92 |
| 18/02/2010 | JEB | Study of the file : review further e-mails of John Keen and Laurent Deacan (MAZARS) - re: audit of Luxembourg Trading Finance S.à r.l. and its subsidiaries | 12 | 47,00 | 63,85 |
| 18/02/2010 | JEB | Study of the file : e-mail of Juliette Beicht (GT Fiduciaires) - re: bank statements for Luxembourg Residential Properties Loan Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 6 | 23,50 | 31,92 |
| 18/02/2010 | JEB | Study of the file : quick review of bank statements from CITI bank in relation to Luxembourg Residential Properties Loan Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 6 | 23,50 | 31,92 |
| 18/02/2010 | RB | Study of the file : review of the mail exchange between John Keen and Mazars regarding the review of the annual accounts 2008 & 2009 for Luxembourg Trading Finance S.à r.l. and its subsidiaries | 18 | 115,50 | 156,91 |
| 24/02/2010 | JEB | Study of the file : email of John Keen - re: Independent Manager for Luxembourg Residential Properties Loan Finance 2 Sàrl  - re: confirmation/agreement and timing | 6 | 23,50 | 31,92 |
| 24/02/2010 | JEB | Correspondance with John Keen - re: Independent Manager for Luxembourg Residential Properties Loan Finance 2 Sàrl  - re: confirmation/agreement and timing | 6 | 23,50 | 31,92 |
| 24/02/2010 | JEB | Correspondance with John Keen - re: Independent Manager for Luxembourg Residential Properties Loan Finance 2 Sàrl  - re: confirmation/agreement and timing | 6 | 23,50 | 31,92 |
| | | **Total fee** | | **10.401,00** | **14.129,76** |
| | | | | | |
| | | **Paid expenses** | | | |
| | | Printing and photocopying - 850 pages at 0,12€ / page | | 102,00 | 138,57 |
| | | Long distance calls, facsimile and others telecommunication services costs | | 8,50 | 11,55 |
| | | **Total paid expenses** | | **110,50** | **150,11** |
| | | | | | |
| | | **Paid disbursements** | | | |
| | | Registre de Commerce du 02/02/2010 | | 95,52 | 129,76 |
| | | Registre de Commerce du 03/02/2010 | | 47,76 | 64,88 |
| | | Demande d'extrait au Registre de Commerce du 09/02/2010 | | 23,98 | 32,58 |
| | | Registre de Commerce du 10/02/2010 | | 47,76 | 64,88 |
| | | Demande d'extrait au Registre de Commerce du 11/02/2010 | | 11,99 | 16,29 |
| | | **Total paid disbursements** | | **227,01** | **308,39** |
| | | | | | |
| | | **TOTAL FEE NOTE** | | **10.738,51** | **14.588,27** |

|  |  | from | February 1, 2010 |  |  |  |
|---|---|---|---|---|---|---|
|  |  | to | February 28, 2010 |  |  |  |
|  |  |  | **Services provided** |  |  |  |
| **Date** | **Person** |  | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** |
| 03/02/2010 | JEB |  | Correspondence with Matt Bergman (WGM US) - Re: follow-up e-mail | 12 | 47,00 | 63,85 |
| 03/02/2010 | JEB |  | Study of the file : e-mail of Brandon  Cherry (WGM US) - re: follow-up | 6 | 23,50 | 31,92 |
| 03/02/2010 | KB |  | Research research in the documents of the company Brasstown Mansfield I SCA of all tax related documents | 120 | 350,00 | 475,48 |
| 03/02/2010 | KB |  | Research research in the documents of the company Brasstown Entrada I SCA all tax related documents | 120 | 350,00 | 475,48 |
| 03/02/2010 | RB |  | Study of the file summary review of the memo in relation with Entrada SCA | 102 | 654,50 | 889,14 |
| 04/02/2010 | JEB |  | Internal meeting between / with Rina (open items regarding Brasstown entities, LB LUX RE Holding Sàrl and LBS Holdings Sàrl) | 78 | 305,50 | 415,02 |
| 04/02/2010 | JEB |  | Review/Analysis of of about 400 emails relating to the Brasstown entities in order to identify any and all information relating to the tax liability issue and to the current assets identification issue at the level of Brasstown Entrada I SCA and Brasstown Mansfield I SCA and quick review of the tax calculations for the years 2005 and 2006 | 240 | 940,00 | 1.276,99 |
| 04/02/2010 | KB |  | Drawing memo /cross-check between the transfers under the share purchase agreement between Brasstown and Commonwealth and in the transfer agreement and the substitution agreement (object of the transfer, price, effective date, conditions precedents) in order to assess intercompany loans | 162 | 472,50 | 641,89 |
| 04/02/2010 | KB |  | Research  if for the company Entrada II Sàrl  there is a deed of capital increase by a contribution of a claim | 12 | 35,00 | 47,55 |
| 04/02/2010 | RB |  | Internal meeting between /Jérôme (open items regarding Brasstown entities, LB LUX RE Holding Sàrl and LBS Holdings Sàrl) | 78 | 500,50 | 679,93 |
| 04/02/2010 | RB |  | Study of the file summary review of Share Purchase -/Transfer - and Substitution Agreement with respect to Brasstown entities in order to assess certain assets / intercompany loans | 60 | 385,00 | 523,02 |
| 05/02/2010 | JEB |  | Tel. conversation with with Mrs. Caviglia (Interconsult) - re: meeting at their premises to copy all their files with respect to the Brasstwon entities in oder to try to find out supplemental information relating to tax liability and/or assets thereof | 6 | 23,50 | 31,92 |
| 05/02/2010 | JEB |  | Drawing memo/email to Matt and Brandon as regards the possibility for each of LBS Holdigns Sàrl, LB Lux Re Holdings Sàrl, Brasstown Entrada I SCA and Brasstown Mansfield I SCA, to enter into promissory notes and to grant securities - explanantions as to the available options and current situation of each entity - | 210 | 822,50 | 1.117,37 |
| 05/02/2010 | JEB |  | Correspondence with  Mrs. Caviglia (Interconsult) - re: meeting at their premises to copy all their files with respect to the Brasstwon entities in oder to try to find out supplemental information relating to tax liability and/or assets thereof | 12 | 47,00 | 63,85 |
| 05/02/2010 | KB |  | Drawing  of a memo with the informations of the transfer agreement between  Brasstown Entrada I SCA and 314 Commonwealth of if 314 Commonwealth Ave. Inc. | 162 | 472,50 | 641,89 |
| 05/02/2010 | KB |  | Research and identification discrepancies/issues in the transfer agreement and in the report of the liquidator | 114 | 332,50 | 451,70 |
| 05/02/2010 | RB |  | Review/Analysis of mail exchanges regarding financial accounts since 2006 to be established | 324 | 2.079,00 | 2.824,32 |
| 08/02/2010 | JEB |  | Review/Analysis of the tax ruling dated 28 avril 2004 in relating to the Entrada transaction | 120 | 470,00 | 638,50 |
| 08/02/2010 | JEB |  | Tel. conversation with Mrs. Caviglia (Interconsult) - Re: Brasstown entities/files and possible furhter meeting with Interconsult as liquidator | 12 | 47,00 | 63,85 |
| 08/02/2010 | JG |  | Transfer  at Interconsult's premises  in order to collect and copy all the documents related to Brasstown Entrada I SCA held the registered offices of said company for further transmission to John and his team in order to further assess the situation of the company | 300 | 875,00 | 1.188,69 |
| 08/02/2010 | KB |  | Drawing of a note about the discrepancies  in the Brasstown documents (transfer agreement, report of the liquidator, audited annual accounts 2006) | 210 | 612,50 | 832,08 |
| 09/02/2010 | KB |  | Drawing of an inventory of all documents for Brasstown Entrada I SCA to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 420 | 1.225,00 | 1.664,16 |
| 09/02/2010 | RB |  | Study of the file : email of Matt Bergmann regarding LBS Holdings Sàrl - re: signature of promissory note | 12 | 77,00 | 104,60 |
| 10/02/2010 | JEB |  | Drawing long email to Matt Bergman (WGM US) addressing his queries relating to the signature of a promissory note by LBS Holdings Sàrl and the possibility to grant securities in a further stage from a corporate law pont of view and from an insolvency law point of view - re: the 2005 law on financial collateral agreements | 72 | 282,00 | 383,10 |
| 10/02/2010 | JEB |  | Drawing updated draft  board resolution for LBS Holdings taking into account further security requirements | 60 | 235,00 | 319,25 |
| 10/02/2010 | JG |  | Transfer  at Interconsult's premises copies  in order to collect and copy all the documents related to Entrada II S. àr.l held at the registered offices of said company for further transmission to John and his team in order to further assess the situation of the company | 300 | 875,00 | 1.188,69 |
| 10/02/2010 | KB |  | Transfer  at Interconsult's premises  in order to collect and copy all the documents related to Entrada II S. àr.l held at the registered offices of said company for further transmission to John and his team in order to further assess the situation of the company | 300 | 875,00 | 1.188,69 |
| 10/02/2010 | KB |  | Drawing of an inventory of all documents for Brasstown Entrada I SCA (1st part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 180 | 525,00 | 713,21 |
| 10/02/2010 | RB |  | Review/Analysis of the terms and conditions of the Draft Intercompany Promissory Note te be signed between LBS Holdings Sàrl as Obligor and LBHI as Payee | 90 | 577,50 | 784,53 |
| 10/02/2010 | RB |  | Drawing /finalisation of draft circular resolution of LBS Holdings Sàrl board of managers | 48 | 308,00 | 418,42 |
| 11/02/2010 | JG |  | Transfer  at Interconsult's premises copies  in order to collect and copy all the documents related to Mansfield II S.à r.l. and Brasstown Mansfield I S.C.A. held the registered offices of said company for further transmission to John and his team in order to further assess the situation of the company | 240 | 700,00 | 950,95 |

| Date | Init. | Description | | | |
|---|---|---|---|---|---|
| 08/02/2010 | RB | Drawing of an inventory of all documents for Brasstown Entrada I SCA (1st part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 66 | | 261,51 |
| 11/02/2010 | KB | Drawing of an inventory of all documents for Entrada II Sàrl (1st part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 390 | 1.137,50 | 1.545,29 |
| 12/02/2010 | JEB | Tel. conversation with Mrs Trapani (EY Lux) - Re: information to be provided by EY Lux. to KCKG in relation with the annual accounts of Lehman Brothers Luxembourg Investments Sàrl - | 6 | 23,50 | 31,92 |
| 12/02/2010 | JEB | Correspondance with John Keen - Re: information to be provided by EY Lux. to KCKG in relation with the annual accounts of Lehman Brothers Luxembourg Investments Sàrl - re: request for approval | 6 | 23,50 | 31,92 |
| 12/02/2010 | JG | Transfer at Interconsult's premises copies in order to collect and copy all the documents related to Brasstown Mansfield II S.C.A. and Brasstown Mansfield I S.C.A. held the registered offices of said company for further transmission to John and his team in order to further assess the situation of the company | 270 | 787,50 | 1.069,82 |
| 12/02/2010 | KB | Drawing / updating of an inventory of all documents for Entrada II Sàrl (2nd part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 390 | 1.137,50 | 1.545,29 |
| 12/02/2010 | RB | Tel. conversation with Catherine Trapani (EY Lux ) regarding mandate of liquidation auditor (commissaire à la liquidation) for Brasstown Mansfield I SCA and Brasstown Entrada I SCA | 36 | 231,00 | 313,81 |
| 12/02/2010 | RB | Drawing internal memo with open items to be solved under the liquidation process | 48 | 308,00 | 418,42 |
| 15/02/2010 | JEB | Tel. conversation with Mr. Lhoest (EY) - re: annual accounts of Lehman Brothers Luxembourg Investments Sàrl | 6 | 23,50 | 31,92 |
| 15/02/2010 | KB | Drawing of an inventory of all documents for Brasstown Mansfield II Sérl (1st part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 480 | 1.400,00 | 1.901,90 |
| 16/02/2010 | KB | Drawing of an inventory of all documents for Brasstown Mansfield I SCA (1st part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 456 | 1.330,00 | 1.806,81 |
| 17/02/2010 | KB | Drawing / updating of an inventory of all documents for Brasstown Mansfield I SCA (2nd part) to be submitted to the client | 420 | 1.225,00 | 1.664,16 |
| 17/02/2010 | KB | Drawing / updating of an inventory of all documents for Brasstown Entrada I SCA (3rd part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 60 | 175,00 | 237,74 |
| 18/02/2010 | KB | Drawing / updating of an inventory of all documents for Brasstown Entrada I SCA (4th part) to be submitted to Alvarez & Marsal in order to further assess the various intercompany loans between 314 Commonwealth Ave. Inc. / LB UK RE Holdings Ltd / the Brasstown SCA's in liquidation | 360 | 1.050,00 | 1.426,43 |
| 19/02/2010 | KB | Drawing / updating of an inventory of all documents for Brasstown Entrada I SCA (final part) to be submitted to the client | 204 | 595,00 | 808,31 |
| 19/02/2010 | KB | Research in the various e-mail elements in order to understand/clarify certain points of the report of the liquidator of the Company Brasstown Entrada I SCA | 120 | 350,00 | 475,48 |
| 23/02/2010 | RB | Drawing / finalisation of inventory regarding Mansfield SCA and S.à. r.l. | 72 | 462,00 | 627,63 |
| 24/02/2010 | RB | Drawing / finalization of the inventories of Brasstown Entrada SCA / Mansfield II S.à r.l. / Entrada II S.à r.l. | 24 | 154,00 | 209,21 |
| 24/02/2010 | RB | Correspondance with John Keen -re: transmission of the various inventories | 6 | 38,50 | 52,30 |
| 26/02/2010 | JEB | Study of the file : email of Christie Cleuet (Interconsult) and quick review of enclosed notice given by the Luxembourg tax administration to Brasstown Entrada I SCA | 12 | 47,00 | 63,85 |
| | | **Total fee** | | **26.215,50** | **35.613,76** |
| | | | | | |
| | | **Paid expenses** | | | |
| | | Printing and photocopying - 6380 pages at 0,12€ / page | | 765,60 | 1.040,07 |
| | | Long distance calls, facsimile and others telecommunication services costs | | 9,80 | 13,31 |
| | | **Total paid expenses** | | **775,40** | **1.053,38** |
| | | | | | |
| | | **TOTAL FEE NOTE** | | **26.990,90** | **36.667,14** |

note

| | | | from February 1, 2010 | | | |
| | | | to February 28, 2010 | | | |

| Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|
| | | **Services provided** | | | |
| 01/02/2010 | JEB | Study of the file : e-mail of Juliette Beicht (GT Fiduciaires) and quick review of attached bank statements for Luxembourg Residential Properties Loan Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Study of the file : e-mail of Juliette Beicht (GT Fiduciaires) and quick review of attached invoice for Lehman Brothers Luxembourg Investments Sàrl | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Study of the file  e-mail of Juliette Beicht (GT Fiduciaires) and quick review of attached letter from PWC for Luxembourg Trading Finance Sàrl | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Study of the file : e-mail of Juliette Beicht (GT Fiduciaires) and quick review of attached bank statements for Lehman Brothers Holdings Holdings | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Internal meeting between / with Marc with respect to the visit of John in Luxembourg and the current status of our outstanding invoices and Special Counsel Procedure | 12 | 47,00 | 63,85 |
| 01/02/2010 | JEB | Study of the file : various emails of Blandine - Re: information request as to the exsitence of a company named Lehman Brothers Helsinki Investments Sàrl - | 6 | 23,50 | 31,92 |
| 01/02/2010 | JEB | Correspondance with  Blandine Davies - Re: information request as to the exsitence of a company named Lehman Brothers Helsinki Investments Sàrl - | 12 | 47,00 | 63,85 |
| 01/02/2010 | MK | Internal meeting between / with Jérôme with respect to the visit of John in Luxembourg and the current status of our outstanding invoices and Special Counsel Procedure | 12 | 77,00 | 104,60 |
| 02/02/2010 | JEB | working in relation to the preparation of the meeting with John Keen : review and preparation of documents in relation to the various items on the agenda | 150 | 587,50 | 798,12 |
| 02/02/2010 | JEB | Meeting with John Keen (in Luxembourg) | 180 | 705,00 | 957,74 |
| 02/02/2010 | JG | Review/Analysis of an e-mail received from Kevin Woolford regarding a request to provide him with documents to evidence the sale (and subsequent settlement) of UK RE notes from Brasstown Mansfield I S.C.A. and Entrada I S.C.A. to 314 Commonwealth. | 6 | 17,50 | 23,77 |
| 02/02/2010 | KB | Research of the documents of the "List of documents to be executed" | 54 | 157,50 | 213,96 |
| 02/02/2010 | RB | Preparation of the meeting with John Keen (review of outstanding issues and items on the agenda) | 120 | 770,00 | 1.046,05 |
| 02/02/2010 | RB | Meeting with John Keen (in Luxembourg) | 180 | 1.155,00 | 1.569,07 |
| 03/02/2010 | JEB | Study of the file : review of 2 emails of John regarding the payment of our invoices | 12 | 47,00 | 63,85 |
| 03/02/2010 | JEB | Correspondance with John - Re: email address to send invoices and query as to the VAT status of LBHI | 12 | 47,00 | 63,85 |
| 03/02/2010 | RB | Study of the file mail of John | 6 | 38,50 | 52,30 |
| 08/02/2010 | JEB | Correspondance with Jenifer Sapp  (WGM US) - Re :VAT Statute of LBHI | 6 | 23,50 | 31,92 |
| 08/02/2010 | JEB | Study of the file email of Mrs Beicht (GT Fiduciaire) and quick review of attached letter of public notary Frieders - Re: Lehman Brothers Helsinki Holdings Sàrl | 12 | 47,00 | 63,85 |
| 08/02/2010 | JEB | Correspondance with Jennifer Sapp (WGM New York)  - Re: VAT statute of LBHI | 12 | 47,00 | 63,85 |
| 08/02/2010 | JG | Consultation and printing of e-mails dated 01/01/2010 to 15/01/2010 (included), checking of raised / addressed issues, check of amendments and update made and new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez & Marsal | 60 | 175,00 | 237,74 |
| 08/02/2010 | JG | Review/Analysis of two letters received from Interconsult as regards tax returns 2009 to be filed for Brasstown Mansfield I SCA and Brasstown Entrada I SCA, update master file as well as internal data base. | 6 | 17,50 | 23,77 |
| 08/02/2010 | JG | Drawing e-mail to John Keen to forward to him pdf copies of the two letters received from Interconsult as regards tax returns 2009 to be filed for Brasstown Mansfield I SCA and Brasstown Entrada I SCA. | 6 | 17,50 | 23,77 |
| 08/02/2010 | RB | Study of the file : letter of public notary Frieders - re:  Lehman Brothers Helsinki Holdings sàrl | 12 | 77,00 | 104,60 |
| 09/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires as regards Lehman Brothers Helsinki Holdings S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 09/02/2010 | RB | Study of the file review of the internal memo regarding meeting with John Keen in Luxembourg | 18 | 115,50 | 156,91 |
| 10/02/2010 | JEB | Correspondance with Mr. Ciongoli and Mr. Steinberg (LBHI - tax dept) - Re: VAT statue of LBHI | 12 | 47,00 | 63,85 |
| 10/02/2010 | JEB | Drawing updated summary /action point / open items list further to meeting with John Keen on 2 Feb. | 24 | 94,00 | 127,70 |
| 10/02/2010 | JEB | Correspondance with Mr. Ciongoli and Mr. Steinberg (LBHI - tax dept) - re: LBHI VAT issue | 12 | 47,00 | 63,85 |
| 10/02/2010 | JG | Consultation and printing of e-mails dated 16/01/2010 to 29/01/2010 (included), checking of raised / addressed issues, check of amendments and update made and new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez & Marsal | 102 | 297,50 | 404,15 |
| 11/02/2010 | MK | working in relation to Lehman Brothers Luxembourg Equity Finance S.A. // review letters dated 26/01/2010 from the bankruptcy receivers to Daniel Ehrmann and analyse letter from the bankruptcy receivers dated 9 Febr 2010 | 24 | 154,00 | 209,21 |
| 11/02/2010 | MK | working in relation to Lehman Brothers Luxembourg Equity Finance S.A. : analyse e-mail from John Keen / re.: creditors meeting for LBEF dated 1st of March 2010 | 6 | 38,50 | 52,30 |
| 11/02/2010 | MK | Drawing email memo to John Keen - re: Lehman Brothers Luxembourg Equity Finance S.A. | 30 | 192,50 | 261,51 |
| 11/02/2010 | MK | working in relation to Lehman Brothers Luxembourg Equity Finance S.A. : sending email to John Keen / re.: creditors meeting for LBEF dated 1st of March 2010 | 6 | 38,50 | 52,30 |
| 11/02/2010 | RB | Study of the file : email exchange with John Keen (regarding open items) | 24 | 154,00 | 209,21 |
| 11/02/2010 | RB | Study of the file : email of Daryll Steinberg (LBHI) - re: LBHI VAT issue | 12 | 77,00 | 104,60 |
| 12/02/2010 | JEB | Study of the file : e-mails of Abeer requesting information as to authorized signatories of Lux. entities esp. Lehman Brothers Merchant Banking Associates IV (Europe) Sarl | 12 | 47,00 | 63,85 |
| 12/02/2010 | JEB | Correspondance with Abeer - Re: authorized signatories | 6 | 23,50 | 31,92 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Review/Analysis of the articles of incorporation of Lehman Brothers Merchant Banking Associates IV (Europe) Sarl in order to address Abeer's issue | | 159,62 | |
| 12/02/2010 | JEB | Drawing memo/email to Abeer addressing her queries - re: Lehman Brothers Merchant Banking Associates IV (Europe) Sarl | 60 | 235,00 | 319,25 |
| 12/02/2010 | JG | Review/Analysis of e-mails Abeer Garousha as regards authorized signatories of (i) Lehman Brothers Merchant Banking Associates IV (Europe) S.à r.l., (ii) Lehman Brothers (Luxembourg) Equity Finance S.A., (iii) Lehman Brothers (Luxembourg) S.A. | 12 | 35,00 | 47,55 |
| 12/02/2010 | JG | Review/Analysis of articles of incorporation of Lehman Brothers Merchant Banking Associates IV (Europe) S.à r.l. (provisions as regards management of the company) in order to answer question of Abeer Garousha. | 18 | 52,50 | 71,32 |
| 15/02/2010 | JG | Review/Analysis of documents received as regards Lehman Brothers Helsinki Holdings S.à r.l. (bank statements), update master file | 6 | 17,50 | 23,77 |
| 15/02/2010 | JG | Consultation and printing of e-mails dated 01/02/2010, checking of raised / addressed issues, check of amendments and update made and new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez & Marsal | 66 | 192,50 | 261,51 |
| 18/02/2010 | JG | Drawing /updating draft application to employ and retain kckg as special counsel | 18 | 52,50 | 71,32 |
| 18/02/2010 | JG | Review/Analysis of documents received with respect to Lehman Brothers Luxembourg S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 18/02/2010 | JG | Review/Analysis of the documents received with respect to Lehman Brothers Luxembourg S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 18/02/2010 | JG | Review/Analysis of statements of account received for Luxembourg Residential Properties Loan Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 22/02/2010 | JEB | Correspondence with Catherine Trapani (EY Lux) - re: annual accounts and audit report 2007 of LBLI - re: contact details of GT Fiduciaires - re: documents | 12 | 47,00 | 63,85 |
| 22/02/2010 | JG | Préparation of documents (pdf copies) related to Lehman Brothers Luxembourg Investments S.à r.l. in order to forward these documents to E&Y (for preparation of audited annual accounts of said entity). | 24 | 70,00 | 95,10 |
| 24/02/2010 | JG | Consultation and printing of e-mails dated 02/02/2010 checking of raised / addressed issues, check of amendments and update made and new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities and to deal with further queries of Alvarez & Marsal | 72 | 210,00 | 285,29 |
| 24/02/2010 | JG | Review/Analysis of the documents which have been executed on February 2, 2010 , update master file | 30 | 87,50 | 118,87 |
| 24/02/2010 | JG | Review/Analysis of letter sent by the bankruptcy receivers of Lehman Brothers (Luxembourg) Equity Finance S.A. to Lehman Brothers Investment Management Company Ltd. / re: convocation of creditors' meeting 1 March 2010 | 6 | 17,50 | 23,77 |
| 24/02/2010 | JG | Drawing draft proxy for John Keen to participate in the creditors' meeting of Lehman Brothers (Luxembourg) Equity Finance S.A. to be held on 1 March 2010 in Luxembourg. | 18 | 52,50 | 71,32 |
| 24/02/2010 | JG | Drawing e-mail to John Keen to forward to him the draft proxy and to ask him to initiate the execution of such proxy. | 6 | 17,50 | 23,77 |
| 24/02/2010 | JG | Internal meeting between / with Marc/ re. proxy for the Lehman Brothers Luxembourg Equity Finance SA meeting on 1 March 2010 | 6 | 17,50 | 23,77 |
| 24/02/2010 | MK | Drawing e-mail to J Keen / re.: meeting 1st of March in the Lehman Brothers Luxembourg Equity Finance S.A. matter in the Luxembourg court | 12 | 77,00 | 104,60 |
| 24/02/2010 | MK | Internal meeting between / with Jacqueline / re. proxy for the Lehman Brothers Luxembourg Equity Finance SA meeting on 1 March 2010 | 6 | 38,50 | 52,30 |
| 24/02/2010 | MK | Review/Analysis of e-mails received from the receivers of Lehman Brothers Luxembourg Equity Finance S.A. | 12 | 77,00 | 104,60 |
| 24/02/2010 | MK | Correspondance with John Keen - re: e-mails received from the receivers of Lehman Brothers Luxembourg Equity Finance S.A. | 6 | 38,50 | 52,30 |
| 25/02/2010 | JEB | Study of the file : quick review of several emails of Mrs. Del Degan (GT Fiduciaires) and enclosed reminders relating to Luxembourg Lehman entities domiciled with them - re: outstanding invoices | 12 | 47,00 | 63,85 |
| 25/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires for Luxembourg Residential Properties Loan Finance S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 25/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires for Luxembourg Residential Properties Loan Finance 2 S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 25/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires for Lehman Brothers Luxembourg Investments S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 25/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires for Luxembourg Finance S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 25/02/2010 | JG | Review/Analysis of a document received from GT Fiduciaires for Lehman Brothers Helsinki Holdings S.à r.l., update master file | 6 | 17,50 | 23,77 |
| 26/02/2010 | MK | Review/Analysis of the Lehman Brothers Luxembourg Equity Finance SA file, documents in relation to the proof of debt, letters from the official bankruptcy receivers of Jan and Febr 2010 // in view of conf call to discuss creditors meeting for Lehman Brothers Luxembourg Equity Finance SA to be held on 01/03/2010 // | 66 | 423,50 | 575,32 |
| 26/02/2010 | MK | Tel. conversation with / conf call with John Keen and the Weil team to discuss the participation of Lehman Mgt Co Mauritius at the creditors meeting for LBLEF to be held on 01/03/2010 // | 72 | 462,00 | 627,63 |
| 26/02/2010 | MK | Preparation of a draft letter to be sent to the court / supervisory judge of Lehman Brothers Luxembourg Equity Finance SA in view of the creditors meeting for Lehman Brothers Luxembourg Equity Finance SA to be held on 01/03/2010 // | 12 | 77,00 | 104,60 |
| 26/02/2010 | MK | Drawing e-mails to John Keen / re: Lehman Brothers Luxembourg Equity Finance SA | 12 | 77,00 | 104,60 |
| 27/02/2010 | MK | Review/Analysis of e-mails in relation to the 1st March meeting in Luxembourg on Lehman Brothers Luxembourg Equity Finance SA | 12 | 77,00 | 104,60 |
| 27/02/2010 | MK | Tel. conversation with John Keen / re.: meeting on Lehman Brothers Luxembourg Equity Finance SA in Luxembourg on 1st of march | 6 | 38,50 | 52,30 |
| | | **Total fee** | | **8.450,50** | **11.480,00** |
| | | **Paid expenses** | | | |
| | | Printing and photocopying - 854 pages at 0,12€ / page | | 102,48 | 139,22 |

| | | | | | |
|---|---|---|---|---|---|
| | | Total paid expenses | | 102,43 | 139,22 |
| | | **Paid disbursements** | | | |
| | | Demande d'extrait au Registre de Commerce du 05/02/2010 | | 2,88 | 3,91 |
| | | **Total paid disbursements** | | 2,88 | 3,91 |
| | | | | | |
| | | **TOTAL FEE NOTE** | | 8.555,86 | 11.623,14 |

File 08-13555-jmp   Doc 10774   Filed 08/16/10   Entered 08/16/10 13:22:41   Main Document
LBHI Lux Investments S.à r.l.   INTERNATIONAL ASSETS
Pg 34 of 120
Detail of our fee note

| | | | Time | Amount | Amount |
|---|---|---|---|---|---|
| | | from February 1, 2010 | | | |
| | | to February 28, 2010 | | | |
| | | **Services provided** | | | |
| **Date** | **Person** | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** |
| 01/02/2010 | JEB | Study of the file : email of Fauzan relating to Lehman Brothers Luxembourg Investments Sàrl - Re: tax notice | 6 | 23,50 | 31,92 |
| 03/02/2010 | JEB | Internal meeting between / with Jacqueline as regards "Woori" entities and contemplated dividend payment to with Lehman Brothers Luxembourg Investments S.à r.l. | 12 | 47,00 | 63,85 |
| 03/02/2010 | JG | Internal meeting between / with Jérôme  as regards "Woori" entities and contemplated dividend payment to with Lehman Brothers Luxembourg Investments S.à r.l. | 12 | 35,00 | 47,55 |
| 03/02/2010 | JG | Research and print out e-mails related to the "Woori" entities in order to prepare a specific folder to be submitted to the partner in charge | 66 | 192,50 | 261,51 |
| 03/02/2010 | RB | Study of the file : review of the injunction letter from the Luxembourg Tax Authorities | 12 | 77,00 | 104,60 |
| 03/02/2010 | RB | Tel. conversation with the responsible at the Luxembourg Tax Authorities -re: injunction letter addressed to Lehman Brothers Luxembourg Investments Sàrl | 24 | 154,00 | 209,21 |
| 03/02/2010 | RB | Study of the file : review of the email of Fauzan and the email attached thereto | 18 | 115,50 | 156,91 |
| 03/02/2010 | RB | Correspondance with Fauzan - re: filing of annual accounts  - re:  tax injunction | 24 | 154,00 | 209,21 |
| 12/02/2010 | JEB | Tel. conversation with Mr. Hamouche (EY Lux) - Re: tax returns 2005 for Lehman Brothers Luxembourg Investments Sàrl | 12 | 47,00 | 63,85 |
| 12/02/2010 | JEB | Correspondence with John Keen - Re: tax returns 2005 for Lehman Brothers Luxembourg Investments Sàrl | 12 | 47,00 | 63,85 |
| 12/02/2010 | RB | Tel. conversation with Catherine Trapani (EY Lux) - re: audit and annual accounts 2006 & 2007 | 42 | 269,50 | 366,12 |
| 12/02/2010 | RB | Study of the file : email of Catherine Trapani (EY Lux) - re: audit and annual accounts 2006 & 2007 | 12 | 77,00 | 104,60 |
| 12/02/2010 | RB | Correspondance with EY Lux - re: written request for transmission of draft 2007 accounts | 12 | 77,00 | 104,60 |
| 12/02/2010 | RB | Drawing email to Catherine Trapani (EY Lux) relating to items discussed during our phone call | 18 | 115,50 | 156,91 |
| 12/02/2010 | RB | Correspondance with John Keen regarding phone call with EY Lux | 12 | 77,00 | 104,60 |
| 15/02/2010 | JEB | Tel. conversation with Mr. Lhoest (EY Lux.) -re: annual accounts and audit report 2007 | 6 | 23,50 | 31,92 |
| 15/02/2010 | JEB | Study of the file : email of Amar Hamouche (EY Lux.), enclosed emails and quick review of attached tax returns 2004 & 2005 and transmittal letter - Re: injunction of tax authorities relating to tax returns 2005 | 48 | 188,00 | 255,40 |
| 15/02/2010 | JG | Review/Analysis of document received as regards Lehman Brothers Luxembourg Investments S.à r.l. (invoice NautaDutilh), update master | 6 | 17,50 | 23,77 |
| 15/02/2010 | RB | Study of the file : short review of the tax declarations 2004 / 2005 | 18 | 115,50 | 156,91 |
| 16/02/2010 | RB | Study of the file : short review of the draft accounts 2007 and of the notes to the accounts | 48 | 308,00 | 418,42 |
| 16/02/2010 | RB | Study of the file : review of the tax provisions 2007 of Lehman Brothers Luxembourg Investments Sàrl | 12 | 77,00 | 104,60 |
| 16/02/2010 | RB | Review/Analysis of the answers of Mrs Trapani (EY LUX.)  to the questions raised in relation with the 2007 draft accounts | 18 | 115,50 | 156,91 |
| 17/02/2010 | JEB | Study of the file : quick review of the emails of Mrs. Trapani (EY Lux) and enclosed documents - Re: audit of 2007 accounts for LBLI | 18 | 70,50 | 95,77 |
| 18/02/2010 | JEB | Study of the file : e-mail of Juliette Beicht (GT Fiduciaires) - Re: bank statement and invoice relating to Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 23,50 | 31,92 |
| 18/02/2010 | JEB | Study of the file : invoice of GT Fiduciares in relation to services rendered to Lehman Brothers Luxembourg Investments Sàrl | 6 | 23,50 | 31,92 |
| 19/02/2010 | JEB | Correspondance with Catherine Trapani (EY Lux) - re: annual accounts and audit report 2007 of LBLI - re: comments from LBHI | 6 | 23,50 | 31,92 |
| 19/02/2010 | RB | Study of the file : quick review of email exchange between Jérôme and Catherine Trapani (EY) regarding the 2007 accounts | 12 | 77,00 | 104,60 |
| 22/02/2010 | JEB | Study of the file : email of Catherine Trapani (EY Lux) - re: annual accounts and audit report 2007 of LBLI - re: comments from LBHI - re: next steps re: contact details GT Fiduciaires | 6 | 23,50 | 31,92 |
| 25/02/2010 | JEB | Study of the file : quick review of John Keen and enclosed proxy - re: Lehman Brothers Luxembourg Investments S.à r.l. | 12 | 47,00 | 63,85 |
| | | **Total fee** | | **2.642,00** | **3.589,16** |
| | | | | | |
| | | **Paid expenses** | | | |
| | | Printing and photocopying - 285 pages at 0,12€ / page | | 28,20 | 38,31 |
| | | Long distance calls, facsimile and others telecommunication services costs | | 4,50 | 6,11 |
| | | **Total paid expenses** | | **32,70** | **44,42** |
| | | | | | |
| | | **TOTAL FEE NOTE** | | **2.674,70** | **3.633,58** |

| | | | from February 1, 2010 | | | |
| | | | to February 28, 2010 | | | |
| | | | **Services provided** | | | |
| Date | Person | | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 10/02/2010 | JEB | | Correspondance with John Keen - Re: open items ( invoices and conf. call Special Counsel Procedure) | 12 | 47,00 | 63,85 |
| 11/02/2010 | JEB | | Study of the file : email of John -  and further email exchange with him - Re: outstanding/paid invoices / conf. call Special Counsel Procedure | 30 | 117,50 | 159,62 |
| 11/02/2010 | JEB | | Correspondance with Jennifer Sapp - Re: conf. call Special Counsel Procedure | 6 | 23,50 | 31,92 |
| 11/02/2010 | JEB | | Préparation of conf. call with Jennifer Sapp and John Keen: review open items/issues - Re: Special Counsel Procedure | 30 | 117,50 | 159,62 |
| 11/02/2010 | JEB | | Tel. conversation with / conf. call with Jennifer Sapp, John Keen and Rina - Re: Special Counsel Procedure | 30 | 117,50 | 159,62 |
| 11/02/2010 | RB | | Study of the file : short review of the mail and the documents sent to Jennifer in relation with conf call on Special Counsel Procedure | 30 | 192,50 | 261,51 |
| 11/02/2010 | RB | | Tel. conversation with con.call with Jennifer Sapp, John Keen and Jérôme- Special Counsel Procedure (SCP) | 30 | 192,50 | 261,51 |
| 12/02/2010 | JEB | | Internal meeting between / with Rina -  Re: Special Counsel Procedure further to conf. cal with Jennifer | 24 | 94,00 | 127,70 |
| 12/02/2010 | RB | | Internal meeting between / with Jérôme-  Re: Special Counsel Procedure further to conf. cal with Jennifer | 24 | 154,00 | 209,21 |
| 12/02/2010 | RB | | Correspondance with Jennifer Sapp (SCP) - re: conference call - re: invoicing process - re : monthly statements | 66 | 423,50 | 575,32 |
| 16/02/2010 | JG | | Review/Analysis of documents and provisions relating to the preparation of invoices under the Special Counsel Procedure in order to prepare an internal memo for the partner in charge | 318 | 927,50 | 1.260,01 |
| 17/02/2010 | JG | | Drawing draft internal memo for the partner in charge re: new requirements for the preparation of invoices under the Special Counsel Procedure | 420 | 1.225,00 | 1.664,16 |
| 18/02/2010 | JEB | | Study of the file : email of Jennifer Sapp - Re: Special Counsel Procedure - re: billing process - re: draft documentation | 12 | 47,00 | 63,85 |
| 18/02/2010 | JEB | | Review/Analysis of the comments made by Jennifer Sapp on the draft documentation prepared with respect to the Special Counsel Procedure | 60 | 235,00 | 319,25 |
| 18/02/2010 | JEB | | Correspondance with Jennifer Sapp - re: Special counsel procedure  - re: draft documentation and further steps | 12 | 47,00 | 63,85 |
| 18/02/2010 | JG | | Drawing updated declaration of Me Kleyr in support of the application to employ and retain kckg as special counsel | 18 | 52,50 | 71,32 |
| 18/02/2010 | RB | | Review/Analysis of the comments and explanations of Jennifer Sapp to the special counsel procedure documentation | 42 | 269,50 | 366,12 |
| 19/02/2010 | JEB | | Tel. conversation with Jennifer Sapp - re: Special counsel procedure - re: position of the US Trustee - re: required amendments to our invoices | 24 | 94,00 | 127,70 |
| 19/02/2010 | JG | | Drawing amendments and finalization of internal memo for the partner in charge re: new requirements for the preparation of invoices under the Special Counsel Procedure | 360 | 1.050,00 | 1.426,43 |
| 22/02/2010 | JEB | | Review/Analysis of the draft documentation in relation to the special counsel procedure (Affidavit, Application and Schedule 2) | 48 | 188,00 | 255,40 |
| 22/02/2010 | JEB | | Drawing amendments, update and comments to the draft documentation in relation to the special counsel procedure (Affidavit, Application and Schedule 2) | 54 | 211,50 | 287,32 |
| 22/02/2010 | JEB | | Correspondance with Candace Arthur - re : restatement of invoices under the SCP - re: query as to clumped multiple tasks - | 12 | 47,00 | 63,85 |
| 22/02/2010 | RB | | Study of the file : final review of the documents under special counsel procedure | 30 | 192,50 | 261,51 |
| 23/02/2010 | JEB | | working in relation to the Special Counsel Procedure - Re: several telephone conversations with various  public notary offices in order to try to get an appointment  with respect to the Affidavit that must be drawn before public notary and explanations inrelation thereto | 24 | 94,00 | 127,70 |
| 23/02/2010 | JEB | | Correspondance with Candace and Zaw (WGM US) - re: Special Counsel Procedure - re: updated draft documentation - re: remaining queries and request for final approval - | 30 | 117,50 | 159,62 |
| 23/02/2010 | JEB | | working in relation to the Special Counsel Procedure - re: preparation of the Affidavit / Luxembourg notary deed to be executed before public notary - re: start drafting the mandatorily required French version of the deed | 180 | 705,00 | 957,74 |
| 23/02/2010 | RB | | Review/Analysis of the summary memo regarding provisions to be respected under Special Counsel procedure with respect to the billing proceedings | 48 | 308,00 | 418,42 |
| 24/02/2010 | JEB | | working in relation to the Special Counsel Procedure - re: preparation of the Affidavit / Luxembourg notary deed to be executed before public notary - re: continue drafting the mandatorily required French version of the deed | 408 | 1.598,00 | 2.170,88 |
| 24/02/2010 | RB | | Study of the file short review of the email exchange with Arthur Candace (WGM) regarding SCP submission and comments WGM | 12 | 77,00 | 104,60 |
| 25/02/2010 | JEB | | Study of the file : email of Candace with explanations regarding the invoicing of overhead expenses under the Special Counsel Procedure | 12 | 47,00 | 63,85 |
| 25/02/2010 | JEB | | Tel. conversation with Mr. Dostert (Public notary offices) with respect to the Declaration to be made before public notary - re: Special Counsel Procedure | 6 | 23,50 | 31,92 |
| 25/02/2010 | JEB | | Review/Analysis of of the email of Candace and quick review of enclosed comments to draft documentation relating to the Special Counsel Procedure | 42 | 164,50 | 223,47 |
| 25/02/2010 | JEB | | Review/Analysis of the researches relating to the professional secrecy of the lawyer and authorized disclosures -re: required Declaration under Special Counsel Procedure | 30 | 117,50 | 159,62 |
| 25/02/2010 | JEB | | Drawing / updating the draft documentation in relation to the Special Counsel Procedure | 24 | 94,00 | 127,70 |
| 25/02/2010 | JEB | | Correspondance with Candace Arthur - re: Special Counsel Procedure | 18 | 70,50 | 95,77 |
| 25/02/2010 | KB | | Research concerning case-law in relation to professionnal secrecy of lawyers (scope of eventually permitted disclosure) -re: special counsel procedure - re: disclosure requirements | 144 | 420,00 | 570,57 |
| 25/02/2010 | RB | | Drawing / finalization of the French version of the affidavit/declaration to be submitted to the US Bankruptcy Court -re: Special Counsel Procedure | 42 | 269,50 | 366,12 |
| 25/02/2010 | RB | | Study of the file review of the mail exchange with Candace Arthur (WGM)-regarding Special counsel procedure-filing-procedure | 18 | 115,50 | 156,91 |

| Date | Init. | Description | | | |
|---|---|---|---|---|---|
| 26/02/2010 | JEB | Study of the file : email of Candace Arthur (WGM) - re: request for a conf. call in relation to the professional secrecy issue - Special Counsel Procedure | 6 | 23,50 | 31,92 |
| 26/02/2010 | JEB | Tel. conversation with WGM (application SCP)-public disclosure | 18 | 70,50 | 95,77 |
| 26/02/2010 | JEB | Tel. conversation with with Luxembourg public notary offices -re: Declaration under Special Counsel Procedure | 6 | 23,50 | 31,92 |
| 26/02/2010 | JEB | Drawing draft email in relation to the professional secrecy / required disclosure issue, further to the conf. call - re: Special Counsel Procedure | 48 | 188,00 | 255,45 |
| 26/02/2010 | JEB | Drawing updated Schedule 2 to the Declaration - re: Special Counsel Procedure | 12 | 47,00 | 63,85 |
| 26/02/2010 | JEB | Correspondance with Candace and Zaw (WGM) - re: summary of Luxembourg issue in relation to the professional secrecy / required disclosure issue - re: Special Counsel Procedure | 6 | 23,50 | 31,92 |
| 26/02/2010 | RB | Correspondance with Arthur Candace (WGM) - re: organization of conf call | 12 | 77,00 | 104,60 |
| 26/02/2010 | RB | Tel. conversation with WGM (application SCP)-public disclosure | 18 | 115,50 | 156,91 |
| 26/02/2010 | RB | Drawing / finalization of email to be adressed to WGM (SCP) in relation to public disclosure and Luxembourg professional secrecy local provisions | 18 | 115,50 | 156,91 |
| | | **Total fee** | | **11.087,00** | **15.061,69** |
| | | **Paid expenses** | | | |
| | | Printing and photocopying - 1395 pages at 0,12€ / page | | 167,40 | 227,41 |
| | | Online legal research (LexisNexis, Dalloz, Legicorp...) | | 48,00 | 65,21 |
| | | Long distance calls, facsimile and others telecommunication services costs | | 9,80 | 13,31 |
| | | **Total paid expenses** | | **225,20** | **305,93** |
| | | **TOTAL FEE NOTE** | | **11.312,20** | **15.367,62** |

**Re:    Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with
respect to the matters arising in relation with the Luxembourg Entities, as defined later
herein, for the period March 1, 2010 through March 31, 2010 (the "Statement Period").**

In accordance with the Third Amended Interim Compensation Order by the United States
Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated June 25,
2009, establishing procedures for monthly compensation and reimbursement of expenses for
professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009,
appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"),
KLEYR GRASSO ASSOCIES ("KCKG"), appointed as special counsel to Lehman Brothers
Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated
March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the
employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009
[Docket No. 7825], hereby submits its monthly statement for the period March 1, 2010 through
March 31, 2010 (the "March Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars
and additionally in the conversion amount in euros, at the official exchange rate of the European
Central Bank as of April 28, 2010.

## I.    Itemization of Services Rendered by KCKG Personnel for the Statement Period.

A.    The hours spent during the Statement Period for which KCKG seeks compensation are
set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 54:54 | € 21,136.50 | $ 27,995.29 |
| Marc Kleyr, Partner | 1991 | € 385.- | 12:30 | € 4,812.50 | $ 6,374.16 |
| Rosario Grasso, Partner | 1991 | € 385.- | 00:54 | € 346.50 | $ 458.94 |
| Jérôme Burel, Associate | 2005 | € 235.- | 87:24 | € 20,539.- | $ 27,203.91 |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 50:00 | € 8,750.- | $ 11,589.38 |
| Katia Bartholomé, Associate | 2009 | € 175.- | 38:30 | € 6,737.50 | $ 8,923.82 |
| **TIME CHARGES TOTAL:** | | | 244:12 | € 62,322.- | $ 82,545.49 |

B.    The time records, in the form of formal invoices, of KCKG are attached hereto as Exhibit
A (the "Invoices"). KCKG has been retained as local counsel in Luxembourg in relation to
insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or
may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are
Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of
each task performed by KCKG professionals associated with such services.

C.    The March Statement contains inter alia records of the work performed by KCKG
lawyers in relation with the preparation of KCKG's monthly statement relating to February 2010
(the "February Statement"). We would like to point out that such February Statement concerns
the period June 1, 2009 through February 28, 2010, thus invoices relating to a period over nine
months, including a total of 27 invoices.

As already explained in the February Statement, resulting from delayed payment of our invoices
starting May 2009, and the growing number of invoices outstanding during the second half of
the year 2009, we were not in a position to identify our invoices exceeding the 1 Mio. USD cap,
as mentioned in the order authorizing the Debtors to employ professionals utilized in the

ordinary course of business dated November 5, 2008 [Docket No. 1394] (the "OCP Order"). Due to this impossibility to assess the cap, there was an issue for KCKG also with respect to the finalization of the Debtors' application to employ and retain KCKG as special counsel in the Debtors' chapter 11 proceedings. This explains also why the Debtors filed their application to employ and retain KCKG as special counsel to the Debtors *nunc pro tunc* to June 1, 2009 and the Debtors have been authorized to employ and retain KCKG as special counsel *nunc pro tunc* to June 1, 2009 (the "Retention").

As a consequence of the Retention, all invoices of KCKG starting June 1, 2009 had to be in line with the special counsel provisions (for example: reporting time entries in six minutes increments and supplemental description of services), which was not the case before the Retention. Consequently, by implication of the orders and guidelines applicable to a special counsel, KCKG had to comply with formalities that were not applicable to KCKG while it has been performing as an ordinary course professional in the Debtors' chapter 11 proceedings. Following such new rules, KCKG had to restate all its invoices belonging to the February Statement, i.e. 27 invoices. Therefore, the compliance with the special counsel provisions, and the retroactively application of the new billing procedures associated therewith, have required significant efforts on part of KCKG.

D.    During the Statement Period KCKG lawyers also prepared and served the first interim fee application. Primarily caused by the fact that KCKG lawyers are non - U.S. lawyers, and consequently they are not familiar with the U.S. law provisions, KCKG lawyers had to verify which law provisions are applicable to them, to research and to study in detail these U.S. law provisions, which was very time - consuming. Accordingly, KCKG lawyers have spent a commensurate number of hours for the preparation of the first interim fee application, being considered that such first interim fee application involved consolidating KCKG's fees and expenses over eight months as well as explaining the services performed by KCKG lawyers during such a long period.

E.    Ultimately, we would like to stress that, as a matter of courtesy, we voluntarily reduced by one-third the number of hours invoiced with respect to the file number 301778, file as regards the preparation of the monthly statements and the interim fee application.

## II.    Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.

KCKG is seeking reimbursement for disbursements for the Statement Period in the amount of € 585.75 / $ 775.83.

KCKG is seeking reimbursement for expenses for the Statement Period in the amount of € 403.56 / $ 534.52.

## III.    Total Fees, Disbursements and Expenses Sought for the Statement Period.

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 62,322.- / $ 83,869.99
Total Disbursements: € 585.75 / $ 775.83
Total Expenses: € 403.56 / $ 534.52

**TOTAL:** € 63,311.31 / $ 82,545.49

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KCKG for the Statement Period, after adjusting for the twenty percent (20%) holdback, is € 50,846.91 / $ 67,346.73.

File    **301057**
          11205

**LBHI - Luxembourg Trading Finance Sà r.l. & Subsidiaries**

Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 252 | 987,00 | 1 307,28 |
| JG | Jacqueline GELESCHUS | 618 | 1 802,50 | 2 387,41 |
| KB | Katia BARTHOLOME | 48 | 140,00 | 185,43 |
| RB | Rina BREININGER | 204 | 1 309,00 | 1 733,77 |
| | | 1122 | 4 238,50 | 5 613,89 |

| File | 301057 | | LBHI - Luxembourg Trading Finance Sà r.l. & Subsidiaries | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 16/03/2010 | RB | Study of the file short review of the various engagement letters of Mazars regarding the entities Luxembourg Trading Finance S:à r.l., Luxembourg Finance S.à r.l., Luxembourg Residential Properties Loan Finance S. àr.l. and Luxembourg Residential properties loan Finance 2 S.à r.l. | 48 | 308,00 | 407,95 |
| 1900 | 16/03/2010 | RB | Study of the file mail of John Keen to Mazars ( mandate given to Mazars) | 12 | 77,00 | 101,99 |
| 1900 | 18/03/2010 | RB | Study of the file mail of Mazars (regarding organization of audit review for the entities of Lux Trading Finance and subsidiaries) | 12 | 77,00 | 101,99 |
| 1900 | 18/03/2010 | RB | Correspondance with Mazars (suggesting meeting at our offices with respect to organization of audit) | 6 | 38,50 | 50,99 |
| 1900 | 18/03/2010 | RB | Study of the file mail of Mazars (confimation of meeting and discussions to take place) | 12 | 77,00 | 101,99 |
| 1900 | 23/03/2010 | JG | Drawing inventory for the KCKG folder relating to Luxembourg Residential Properties Loan Finance S.à r.l. in order to prepare the audit by MAZARS | 156 | 455,00 | 602,65 |
| 1900 | 24/03/2010 | JEB | Internal meeting between with Rina - preparation of the meeting with Mazars (status of the 4 Luxembourg companies/organization) | 60 | 235,00 | 311,26 |
| 1900 | 24/03/2010 | JEB | Meeting with Mr Decaen (Mazars) - re: organization of the audit work for Luxembourg Trading Finance Sàrl and its subsidiaries | 48 | 188,00 | 249,01 |
| 1900 | 24/03/2010 | JEB | Study of the file : quick review of the statute of the securitization statute of Luxembourg Trading Finance S.àr.l. and its subsidiaries | 12 | 47,00 | 62,25 |
| 1900 | 24/03/2010 | JEB | Correspondance with Mr. Decaen (Mazars) - :  securitization statute of Luxembourg Trading Finance S.àr.l. and its subsidiaries  - re: non-regulated entities | 18 | 70,50 | 93,38 |
| 1900 | 24/03/2010 | JEB | Drawing email to John Keen further to meeting with Mazars - re: organization and further steps | 24 | 94,00 | 124,50 |
| 1900 | 24/03/2010 | RB | Internal meeting between with Jérôme - preparation of the meeting with Mazars (status of the 4 Luxembourg companies/organization) | 60 | 385,00 | 509,93 |
| 1900 | 24/03/2010 | RB | Meeting with Mr Decaen (Mazars) - re: organization of the audit work for Luxembourg Trading Finance Sàrl and its subsidiaries | 48 | 308,00 | 407,95 |
| 1900 | 25/03/2010 | JEB | Drawing draft undertaking letter to be signed by Mazars in view of remittance of corporate files of Luxembourg Trading Finance Sàrl and subsidiaries - re: audit of annual accounts 2008 & 2009 | 90 | 352,50 | 466,89 |
| 1900 | 25/03/2010 | JG | Drawing inventory for the KCKG folder relating to Luxembourg Residential Properties Loan Finance 2 S.à r.l. in order to prepare the audit by MAZARS | 144 | 420,00 | 556,29 |
| 1900 | 25/03/2010 | JG | Drawing inventory for the KCKG folder relating to Luxembourg Trading Finance S.à r.l. in order to prepare the audit by MAZARS | 156 | 455,00 | 602,65 |
| 1900 | 25/03/2010 | JG | Drawing inventory for the KCKG folder relating to Luxembourg  Finance S.à r.l. in order to prepare the audit by MAZARS | 162 | 472,50 | 625,83 |
| 1900 | 25/03/2010 | KB | Review/Analysis of the inventory of Luxembourg Residential Properties Loan Finance S.àr.l. | 12 | 35,00 | 46,36 |
| 1900 | 25/03/2010 | KB | Review/Analysis of the inventory of Luxembourg Residential Properties Loan Finance 2 S.àr.l. | 12 | 35,00 | 46,36 |
| 1900 | 26/03/2010 | KB | Review/Analysis of the inventory of Luxembourg Trading Finance S.àr.l. | 12 | 35,00 | 46,36 |
| 1900 | 26/03/2010 | KB | Review/Analysis of the inventory of Luxembourg Finance | 12 | 35,00 | 46,36 |
| 1900 | 30/03/2010 | RB | Study of the file doc received fromBank of America (US tax return documents for Luxembourg Trading Finance Sàrl and subsidiaries) | 6 | 38,50 | 50,99 |
| | | | Total fee | | 4 238,50 | 5 613,89 |
| | | | Paid expenses | | | |
| | | | Printing and photocopying - 140 pages at 0,12€ / page | | 16,80 | 22,25 |
| | | | Total paid expenses | | 16,80 | 22,25 |
| | | | TOTAL FEE NOTE | | 4 255,30 | 5 636,14 |

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 798 | 3 125,50 | 4 139,72 |
| JG | Jacqueline GELESCHUS | 48 | 140,00 | 185,43 |
| KB | Katia BARTHOLOME | 600 | 1 750,00 | 2 317,88 |
| MK | Marc KLEYR | 66 | 423,50 | 560,93 |
| RB | Rina BREININGER | 1242 | 7 969,50 | 10 555,60 |
| RG | Rosario GRASSO | 54 | 346,50 | 458,94 |
| | | 2808 | 13 755,00 | 18 218,50 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1800 | 01/03/2010 | JEB | Correspondance with John Keen -re: letter of the Luxembourg tax authorities -re: tax injunction against Brasstown Entrada I SCA | 12 | 47,00 | 62,25 |
| 1800 | 01/03/2010 | JEB | Meeting with John Keen and Rina (injunction of tax administratin/further measures to be undertaken) | 36 | 141,00 | 186,75 |
| 2000 | 01/03/2010 | JEB | Correspondance with Kevin Woolford -re: Brasstown entities -re: set up conference call further to meeting with John Keen | 12 | 47,00 | 62,25 |
| 2000 | 01/03/2010 | JEB | Study of the file : email of  Kevin -re: Brasstown entities -re: conference call | 6 | 23,50 | 31,13 |
| 1800 | 01/03/2010 | RB | Review/Analysis of injonction of the Lux Tax administration as of 24 February 2010 regarding Brasstown Entrada I SCA | 18 | 115,50 | 152,98 |
| 1800 | 01/03/2010 | RB | Meeting with John Keen and Jérôme (injunction of tax administratin/further measures to be undertaken) | 36 | 231,00 | 305,96 |
| 1800 | 01/03/2010 | RB | Tel. conversation with Lux Tax Authorities (Brasstown tax injunction) | 12 | 77,00 | 101,99 |
| 1800 | 02/03/2010 | JEB | Study of the file : email of Christie Cleuet (Interconsult) -re: update with respect to tax claim against Brasstown Entrada I SCA | 6 | 23,50 | 31,13 |
| 1900 | 02/03/2010 | JEB | Study of the file : several emails of Fauzan regarding request for documents relating to Brasstown entities | 12 | 47,00 | 62,25 |
| 1900 | 02/03/2010 | JEB | Drawing several emails to Fauzan -re: transmission of the requested documents with respect to the various Brasstown entities | 30 | 117,50 | 155,63 |
| 1900 | 02/03/2010 | JEB | Study of the file : email of Kevin Woolford -re: rescheduling of conf call -re: Brasstown entities | 6 | 23,50 | 31,13 |
| 2600 | 02/03/2010 | JEB | Study of file : email of Matt Bergman (WGM US) -re: agreement to move forward with granting of securities -re: request for conference call | 6 | 23,50 | 31,13 |
| 1800 | 02/03/2010 | MK | working in relation to Brasstown Entrada I SCA  / tax payment notice from  tax authorities / | 18 | 115,50 | 152,98 |
| 1800 | 02/03/2010 | RB | Tel. conversation with the Head of Tax Department having sent out the injunction in oder to get a delay of palement | 48 | 308,00 | 407,95 |
| 1800 | 02/03/2010 | RB | Tel. conversation with discussion of an eventual arrangement with the Head of Enforcement Department of the Lux Tax Administration regarding Brasstown tax injunction | 72 | 462,00 | 611,92 |
| 1800 | 02/03/2010 | RB | Study of the file mail of Interconsult (liquidator) regarding Brasstown tax injunction) | 12 | 77,00 | 101,99 |
| 1800 | 02/03/2010 | RB | Correspondance with mail to Interconsult informing them about the oral arrangement found with the Enforcement Department of Lux Tax Administration | 12 | 77,00 | 101,99 |
| 1800 | 02/03/2010 | RB | Drawing letter in French to be submitted to Prosecution Department of Lux Tax Administration (relating to Brasstown fiscl injunction) | 42 | 269,50 | 356,95 |
| 1800 | 02/03/2010 | RB | Drawing free English translation of letter to be submitted to Enforcement Department of Tax Ad. (for review and approval by John Keen) | 30 | 192,50 | 254,97 |
| 1800 | 02/03/2010 | RB | Drawing engagement/declaration of sole shareholder 314 (requested by Luxembourg Tax Ad. in relation with Brasstown tax injunction) | 48 | 308,00 | 407,95 |
| 1800 | 02/03/2010 | RB | Correspondance with John Keen (explanatory mail with respect to documents to be sent out to Enforcement Department of Tax Ad. (in relation with Brasstown injunction) | 36 | 231,00 | 305,96 |
| 1800 | 02/03/2010 | RB | Tel. conversation with John Keen (regarding oral arrangement found with Prosecution Department of Tax Ad. regarding Brasstown tax injunction) | 18 | 115,50 | 152,98 |
| 1800 | 02/03/2010 | RB | Correspondance with John Keen (liquidator Interconsult informed about oral arrangement with Enforcement Department of Tax Ad. regarding Brasstown tax injunction) | 6 | 38,50 | 50,99 |
| 1800 | 02/03/2010 | RB | Study of the file mail of John (what about further tax liabilities) | 6 | 38,50 | 50,99 |
| 1800 | 02/03/2010 | RB | Correspondance with mail to John (solve eminent problem and go back to them) | 6 | 38,50 | 50,99 |
| 1900 | 03/03/2010 | JEB | Correspondance with John and Fauzan -re: Brasstown entities -re: scheduled call with respect to further steps | 6 | 23,50 | 31,13 |
| 1900 | 03/03/2010 | JEB | Study of the file : email of Kevin Woolford -re: request for minutes of EGM 27/12/07 of Brasstown Entrada I SCA | 6 | 23,50 | 31,13 |
| 1900 | 03/03/2010 | JEB | Correspondance with Kevin Woolford -re: transmission of minutes of EGM 27/12/07 of Brasstown Entrada I SCA | 6 | 23,50 | 31,13 |
| 2800 | 03/03/2010 | JEB | Internal meeting between /Rina (consequences of an eventual  bankrupty of Brasstown Entrada for 314) | 42 | 164,50 | 217,88 |
| 1800 | 03/03/2010 | JEB | Tel. conversation with / conf. call with John Keen/Kevin Woolword/Fauzan Muhammed -re: update with respect to Brasstown entities -re: tax claim and risk of bankruptcy -re: further steps and suitable solutions for LBHI 314 Commonwealth) | 48 | 188,00 | 249,01 |
| 1800 | 03/03/2010 | JEB | Review/Analysis of email of Fauzan -re: follow-up questions regarding the tax claim against Brasstown Entrada I SCA -re: does the  indemnity between 314 and Brasstown come into play? -re: liability of  314 under article 15 of the Basstowns' Articles of Association for the tax liabilities since they arose in 2006/07 when the Brasstown entities were active and when 314 was a shareholder | 12 | 47,00 | 62,25 |
| 1800 | 03/03/2010 | JEB | Drawing long email / explanations to Fauzan addressing his questions -re: follow-up questions regarding the tax claim against Brasstown Entrada I SCA | 48 | 188,00 | 249,01 |
| 1800 | 03/03/2010 | JEB | Drawing further email to Fauzan in order to specify the question of the opposability of the indemnity agreement -re: Brasstown entities and tax claim | 12 | 47,00 | 62,25 |
| 1800 | 03/03/2010 | JG | Drawing of a structure chart BRASSTOWN ENTRADA I S.C.A. for explanations to be made against the Luxembourg tax authorities as regards a tax liability of said entity. | 12 | 35,00 | 46,36 |
| 2800 | 03/03/2010 | JG | Research / check on the "epiq" website whether shareholder of BRASSTOWN ENTRADA I S.C.A. and/ or shareholder thereof is a related debtor in the LBHI Chapter 11 case. | 6 | 17,50 | 23,18 |
| 2800 | 03/03/2010 | KB | Legal research re: joint and several liability of the "commandités" in a "société en commandite par actions" (SCA) after the liquidation thereof -re: Brasstown SCAs in liquidation -re: liability of 314 Common. Ave. Inc. as unlimited partner | 144 | 420,00 | 556,29 |
| 1900 | 03/03/2010 | RB | Review/Analysis of mail of Fauzan (regarding reasons behind point 6 of liquidators report Brasstown Entrada SCA and Brasstown Mansfield SCA) | 18 | 115,50 | 152,98 |
| 1900 | 03/03/2010 | RB | Review/Analysis of the Liquidator's report of Brasstown Entrada SCA and Mansfield Entrada SCA | 42 | 269,50 | 356,95 |
| 1900 | 03/03/2010 | RB | Review/Analysis of the Indemnity Agreement signed between 314 and liquidator of Brasstown Entrada SCA | 72 | 462,00 | 611,92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1800 | 03/03/2010 | RB | Tel. conversation with / conf. call with John Keen/Kevin Wyckford/Fauzan Muhammed -re: update with respect to Brasstown entities - re: tax claim and risk of bankruptcy - re: further steps and suitable solutions for LBHI (314 Commonwealth) | 48 | 308,00 | 407,95 |
| 1800 | 03/03/2010 | RB | Tel. conversation with Lux Tax Administration (regarding Brasstown injunction-delay) | 12 | 77,00 | 101,99 |
| 1800 | 03/03/2010 | RB | Correspondence with Luxembourg Tax Administration (Brasstown injunction) | 6 | 38,50 | 50,99 |
| 2800 | 03/03/2010 | RB | Internal meeting between / with Jérôme (consequences of an eventual bankrupty of Brasstown Entrada for 314) | 42 | 269,50 | 356,95 |
| 1800 | 08/03/2010 | JEB | Study of the file : email John Keen -re: follow up as regards tax claim against Brasstown Entrada I SCA | 6 | 23,50 | 31,13 |
| 1800 | 09/03/2010 | JEB | Study of the file : email of John -re: update as regards tax claim against Brasstown Entrada I SCA and further steps | 6 | 23,50 | 31,13 |
| 1800 | 09/03/2010 | KB | Review/Analysis of financial figures set forth in the liquidator's report | 132 | 385,00 | 509,93 |
| 2600 | 10/03/2010 | JEB | Study of the file : email of Matt Bergman (WGM US) - re: status and next steps with respect to securities to be granted by LBS Holdings and other Lux. entities - re: set up of conf. call | 6 | 23,50 | 31,13 |
| 2600 | 10/03/2010 | JEB | Review/Analysis of latest emails exchanges with Matt Bergman and Brandon Cherry regarding the drafting of security documentation with respect to certain Luxembourg entities and quick review of the latest published annual accounts with respect to LBS Holdings S.à r.l. and LB LUX RE Holding S.à r.l. | 42 | 164,50 | 217,88 |
| 2600 | 10/03/2010 | JEB | Internal meeting between / with Rina (preparation of the conference call with Bruce Matthew - WGM NY) re: drafting of security documentation with respect to Luxembourg entities | 60 | 235,00 | 311,26 |
| 1800 | 10/03/2010 | JEB | Correspondance with John Keen - re: follow-up with respect to further steps to be undertaken with Lux. tax authorities and Lux. liquidator in relation to the tax claim against Brasstown Entrada I SCA | 12 | 47,00 | 62,25 |
| 1800 | 10/03/2010 | JEB | Tel. conversation with John Keen - re: current position of the US directors of 314 with respect to the steps to be undertaken in realtion to the tax claim against Brasstown Entrada I SCA - re: discussing various options and further steps | 42 | 164,50 | 217,88 |
| 2600 | 10/03/2010 | JEB | Tel. conversation with / conf. call with WGM (NY) Matthew Bruce & Brandon Cherry regarding next steps required with respect to eventual securities to be taken over assets of LB LUX RE Holding S.à r.l. and LBS Holdings S.à r.l. | 18 | 70,50 | 93,38 |
| 1800 | 10/03/2010 | JEB | Study of the file : emails of John Keen and Richard Krasnow - re: Brasstown entities - re: tax claim - re: alternative to an engagement letter of 314 and potential issue to be checked | 6 | 23,50 | 31,13 |
| 2000 | 10/03/2010 | KB | Transfer to the Luxembourg Register of Commerce and Companies in order to check if the report of liquidator has been filed for the company Brasstown Entrada I SCA and for the company Brassotan Mansfield I SCA | 114 | 332,50 | 440,40 |
| 1800 | 10/03/2010 | MK | Internal meeting between / with Jerome in relation to the Brasstown entities and draft letter to be sent to the tax authorities | 48 | 308,00 | 407,95 |
| 2600 | 10/03/2010 | RB | Study of the file review of the mail exchange with WGM London and WGM NY regarding LBS S.à r.l, LB Lux RE Holdings S.à r.l.and the Brasstown/Mansfield entities (in liquidation) with respect to promissory notes and securities | 48 | 308,00 | 407,95 |
| 2600 | 10/03/2010 | RB | Internal meeting between / with Jérôme (preparation of the conference call with Bruce Matthew - WGM NY) - re: drafting of security documentation with respect to Luxembourg entities | 60 | 385,00 | 509,93 |
| 2800 | 10/03/2010 | RB | Study of the file short review of the LB Lux RE participation in Italy (possible securities to be granted over assets held by LB LUX RE Holding S.A.) | 36 | 231,00 | 305,96 |
| 1800 | 10/03/2010 | RB | Tel. conversation with John Keen - re: current position of the US directors of 314 with respect to the steps to be undertaken in relation to the tax claim against Brasstown Entrada I SCA - re: discussing various options and further steps | 42 | 269,50 | 356,95 |
| 2600 | 10/03/2010 | RB | Tel. conversation with / conf. call with WGM (NY) Matthew Bruce & Brandon Cherry regarding next steps required with respect to eventual securities to be taken over assets of LB LUX RE Hoding S.à r.l. and LBS Holdings S.à r.l. | 18 | 115,50 | 152,98 |
| 1800 | 11/03/2010 | JEB | Tel. conversation with Interconsult in order to delay the expected call with respect to the situation of the Luxembourg Brasstown entities - re: tax claim | 6 | 23,50 | 31,13 |
| 1800 | 11/03/2010 | JEB | Correspondence with John Keen and Interconsult - re: Brasstown entities - re: tax claim - re: organisation of conf. call and dial-in | 12 | 47,00 | 62,25 |
| 1800 | 11/03/2010 | JEB | Review/Analysis of US notions of "detrimental reliance" and "promissory estoppel" in order to addres R. Krasnow concerns with respect to the Brasstown entities and the Luxembourg tax claim - re: potential consequences against 314 - | 30 | 117,50 | 155,63 |
| 1800 | 11/03/2010 | JEB | Internal meeting between / with Rina (discussions of alternatives regarding letter to Tax Administration in relation with tax the injunction Entrada SCA) | 60 | 235,00 | 311,26 |
| 1800 | 11/03/2010 | RB | Internal meeting between / with Rosario Grasso (criminal lawyer regarding eventual criminal aspects of bankruptcy) re: Brasstown Entrada I SCA - tax injunction letter | 54 | 346,50 | 458,94 |
| 1800 | 11/03/2010 | RB | Study of the file mail exchange between John/WGM and us regarding tax injunction of Entrada SCA and letter to be adressed to Tax Administration | 42 | 269,50 | 356,95 |
| 1800 | 11/03/2010 | RB | Review/Analysis of provisions of e-mail to John Keen, notices of call with the Luxembourg tax authorities and draft letter to Tax Administration | 36 | 231,00 | 305,96 |
| 1800 | 11/03/2010 | RB | Internal meeting between / with Jérôme (discussions of alternatives regarding letter to be adressed to Tax administration regarding tax injuction Entrada SCA) | 60 | 385,00 | 509,93 |
| 1800 | 11/03/2010 | RG | Internal meeting between / with Rina regarding eventual criminal aspects of bankruptcy- re: Brasstown Entrada I SCA - tax injunction letter | 54 | 346,50 | 458,94 |
| 1800 | 12/03/2010 | RB | Study of the file : email of John Keen (to tax administration proposal) | 6 | 38,50 | 50,99 |
| 1800 | 12/03/2010 | RB | Tel. conversation with John Keen (regarding letter to tax administration in relation with Entrada SCA) | 24 | 154,00 | 203,97 |
| 1800 | 12/03/2010 | RB | Tel. conversation with Interconsult and John Keen (update) | 30 | 192,50 | 254,97 |
| 2000 | 15/03/2010 | KB | Legal research with respect to recent case law on validity of hold harmless clause (Brasstown Entrada indemnnity agreement) | 180 | 525,00 | 695,36 |
| 2600 | 16/03/2010 | JEB | Correspondence with Brandon Cherry - re: LBS Holdings S.àr.l. and LB LUX RE Holding S.à r.l. - re: drafting of security documents - re: preliminary steps and required authorizations | 42 | 164,50 | 217,88 |
| 1900 | 16/03/2010 | JG | Drawing draft special proxy for KCKG with respect to LB LUX RE Holding S.à r.l., to get access to and copies of all corporate documents of the company. | 18 | 52,50 | 69,54 |
| 1900 | 16/03/2010 | JG | Drawing draft special proxy for KCKG with respect to LBS HOLDINGS, S.à r.l., to get access to and copies of all corporate documents of the company. | 12 | 35,00 | 46,36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2000 | 16/03/2010 | KB | Drawing a memo on the validity of an hardship clause() | 30 | 87,50 | 115,89 |
| 2600 | 16/03/2010 | RB | Study of the file: short review of the mail exchange between Cherry Brandon (WGM) and Jérôme regarding required steps in relation with the collection of informations with respect to securities to be taken on assets of LB Lux RE Holding S à r.i. and LBS Holding S. à.r.i. | 18 | 115,50 | 152,98 |
| 1800 | 23/03/2010 | JEB | Correspondance with John Keen - re: Brasstown entities - re: meeting requested by Interconsult re: tax claim and letter sent to tax authorities | 12 | 47,00 | 62,26 |
| 1800 | 23/03/2010 | RB | Review/Analysis of mail exchange between interconsult and KCKG (regarding meeting with their lawyer) | 12 | 77,00 | 101,99 |
| 1800 | 25/03/2010 | JEB | Tel. conversation with Danielle Caviglia (interconsult) with respect to the meeting to scheduled at their premises next week - re: Brasstown entities | 6 | 23,50 | 31,13 |
| 1800 | 25/03/2010 | JEB | Correspondance with interconsult - re: transmission of letter sent to the tax authorities - re: Brasstown entities | 6 | 23,50 | 31,13 |
| 1800 | 29/03/2010 | JEB | Study of the file : email of Danielle Caviglia (interconsult) with respect to the agenda of the meeting of 30 March at their premises - re: Brasstown SCAs in liquidation | 6 | 23,50 | 31,13 |
| 1800 | 29/03/2010 | JEB | Correspondance with John Keen - re: agenda of the meeting with interconsult -re: tel. dial in - re: Brasstown SCAs in liquidation | 6 | 23,50 | 31,13 |
| 1800 | 29/03/2010 | JEB | Review/Analysis of the letter received from the Luxembourg tax authorities - re: tax claim against Brasstown Entrada I SCA | 6 | 23,50 | 31,13 |
| 1800 | 29/03/2010 | JEB | Correspondance with John Keen - re: translation of the letter received from the Luxembourg tax authorities - re: tax claim against Brasstown Entrada I SCA | 12 | 47,00 | 62,25 |
| 1800 | 29/03/2010 | JEB | Correspondance with John Keen - re: translation of the letter received from the Luxembourg tax authorities - re: tax claim against Brasstown Entrada I SCA | 12 | 47,00 | 62,25 |
| 1800 | 29/03/2010 | RB | Tel. conversation with Luxembourg tax Administration (Mr Reuter) regarding Brasstown Entrada injunction and request adressed to Tax administration | 18 | 115,50 | 152,98 |
| 1800 | 30/03/2010 | JEB | Meeting with Mr. Kamarowsky, Mrs Caviglia, Mr. De Baty (interconsult, as liquidator), Me Lutgen (interconsult's lawyer) and John Keen (per phone, for a part of the meeting) - re: Brasstown Entrada I SCA and Brasstown Mansfield I SCA - re: tax claim and position of the Luxembourg tax authorities - re: interconsult's assignment as liquidator - re: Financial accounts and tax declarations of both entities - re: replacement of the liquidation's auditors - re: further steps | 72 | 282,00 | 373,51 |
| 1800 | 30/03/2010 | RB | Meeting with Mr. Kamarowsky, Mrs Caviglia, Mr. De Baty (interconsult, as liquidator), Me Lutgen (interconsult's lawyer) and John Keen (per phone, for a part of the meeting) - re: Brasstown Entrada I SCA and Brasstown Mansfield I SCA - re: tax claim and position of the Luxembourg tax authorities - re: interconsult's assignment as liquidator - re: Financial accounts and tax declarations of both entities - re: replacement of the liquidation's auditors - re: further steps | 72 | 462,00 | 611,92 |
| 1800 | 30/03/2010 | RB | Study of the file review of Lux Tax Administration regarding injunction Brasstown Entrada SCA | 18 | 115,50 | 152,98 |
| 1900 | 31/03/2010 | JEB | Study of the file : email of Danielle Caviglia - re: Brasstown entities in liquidation - re: confirmation of absence of engagement letter with EY | 6 | 23,50 | 31,13 |
| 1900 | 31/03/2010 | RB | Study of the file mail of interconsult (no engagement letter signed with EY) | 6 | 38,50 | 50,99 |
| | | | Total fee | | 13 755,00 | 18 218,50 |
| | | | | | | |
| | | | Paid expenses | | | |
| | | | Printing and photocopying - 260 pages at 0,12€ / page☐ | | 31,20 | 41,32 |
| | | | Long distance calls, facsimile and others telecommunication services costs | | 5,00 | 6,62 |
| | | | Online legal research (LexisNexis, Dalloz, Legicorp…) | | 28,00 | 37,09 |
| | | | Total paid expenses | | 64,20 | 85,03 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 13 819,20 | 18 303,53 |

File    **301207**
        **11202**

LBHI - March 2010
Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 318 | 1 245,50 | 1 649,86 |
| JG | Jacqueline GELESCHUS | 648 | 1 890,00 | 2 503,31 |
| KB | Katia BARTHOLOME | 588 | 1 715,00 | 2 271,52 |
| MK | Marc KLEYR | 866 | 4 273,50 | 5 660,26 |
| RB | Rina BREININGER | 402 | 2 579,50 | 3 416,55 |
| | | 2822 | 11 703,50 | 15 501,29 |

| File | 301207 | | LBHI - General Querles 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 2000 | 01/03/2010 | JEB | Internal meeting between /Jérôme Burel/Katia Bartholome/Jacqueline Geleschus regarding measures to be undertaken in relation with the LBLI-Brasstown/Mansfield-files | 120 | 470,00 | 622,52 |
| 2000 | 01/03/2010 | JG | Internal meeting between Rina Breininger /Jérôme Burel / Katia Bartholome and Jacqueline Geleschus regarding measures to be undertaken in relation on the LBHI - Brasstown Mansfield and Brasstown Entrada - files. | 120 | 350,00 | 463,58 |
| 2000 | 01/03/2010 | JG | Consultation and printing of e-mails exchanged during the period  February 1, 2010 to February 27, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez  & Marsal. | 180 | 525,00 | 695,36 |
| 2000 | 01/03/2010 | KB | Internal meeting between Rina Breininger /Jérôme Burel / Katia Bartholome and Jacqueline Geleschus regarding measures to be undertaken in relation with the LBHI - Brasstown Mansfield and Brasstown Entrada - files. | 120 | 350,00 | 463,58 |
| 2800 | 01/03/2010 | MK | Review/Analysis of e-mails from John Keen in view of the meeting in court in the LBLEF matter and letter dated 1st March 2010 from David Ehrmann to J Delvaux and L Flach addressing the points made by them on 24 and 26 Febr 2010 // | 54 | 346,50 | 458,94 |
| 2800 | 01/03/2010 | MK | Meeting with / John Keen in our offices prior to the LBLEF creditors meeting in court // | 60 | 385,00 | 509,93 |
| 2800 | 01/03/2010 | MK | going to the commercial court with John Keen and attending the LBLEF creditors meeting // | 168 | 1 078,00 | 1 427,81 |
| 2800 | 01/03/2010 | MK | File LBLEF - subsequent meeting in our offices with John Keen , discuss follow up issues | 60 | 385,00 | 509,93 |
| 2000 | 01/03/2010 | RB | Preparation meeting to be held with other lawyers working on the LBLI and Brasstown/Mansfield -files (status quo and further measures to be undertaken) | 54 | 346,50 | 458,94 |
| 2000 | 01/03/2010 | RB | Internal meeting between /Jérôme Burel/Katia Bartholome/Jacqueline Gelleschuss regarding measures to be undertaken in relation with the LBLI-Brasstone/Mansfield-files | 120 | 770,00 | 1 019,87 |
| 1900 | 02/03/2010 | JEB | Study of the file : email of J. Beicht (GT Fiduciaires) and enclosed writ of summons - re: Lehman Brothers Helsinki Holdings S.à r.l. - re: outstanding invoice of public notary Frieders | 30 | 117,50 | 155,63 |
| 1900 | 02/03/2010 | JEB | Drawing explanations' email to John and Fauzan regarding the writ of summons (in French) addressed to Lehman Brothers Helsinki Holdings S.à r.l. - re: outstanding invoice of public notary | 30 | 117,50 | 155,63 |
| 2000 | 02/03/2010 | KB | Preparation of the documents requested by A&M (Fauzan) with respect to the Brasstown entities | 90 | 262,50 | 347,68 |
| 2800 | 02/03/2010 | MK | Drawing letter to Jacques Delvaux / re.: breakdown of 38,8 mio open positions LBLEF with LBIM / | 12 | 77,00 | 101,99 |
| 1800 | 03/03/2010 | JG | Review/Analysis of an e-mail received from Christie Cleuet (Interconsult) as regards tax liability of BRASSTOWN ENTRADA I S.C.A. | 6 | 17,50 | 23,18 |
| 1900 | 03/03/2010 | MK | Study of the file / study of the writ of summons served on Lehman Brothers Helsinki | 18 | 115,50 | 152,98 |
| 1900 | 03/03/2010 | RB | Study of the file review of court action introduced against Lehman Brothers Helsinki Holdings S.à r.l. before Lux. Court | 12 | 77,00 | 101,99 |
| 1900 | 04/03/2010 | JEB | Study of the file : email of Fauzan - re: directors of Lehman Brothers Helsinki Holdings S.à r.l. | 6 | 23,50 | 31,13 |
| 1900 | 04/03/2010 | JEB | Correspondance with Fauzan -re: settlement of claim and cessation of judicial proceedings against Lehman Brothers Helsinki Holdings S.à r.l. -re: outstanding invoice of public notary | 6 | 23,50 | 31,13 |
| 1900 | 04/03/2010 | JG | Research / check websites of the Luxembourg register of commerce and companies with respect to publications as regards Lehman Brothers Helsinki Holdings S.à r.l. in order to verify who are the current managers of the aforesaid company. | 6 | 17,50 | 23,18 |
| 1900 | 04/03/2010 | JG | Drawing of an e-mail to Fauzan to inform him about the current managers of Lehman Brothers Helsinki Holdings S.à r.l. | 6 | 17,50 | 23,18 |
| 1900 | 05/03/2010 | JEB | Correspondance with Fauzan - re: explanations as regards the position of the public notary Me Frieders with respect to his claim against Lehman Brothers Helsinki Holdings S.àr.l. and is court action | 18 | 70,50 | 93,38 |
| 1900 | 05/03/2010 | JEB | Study of the file : email of Fauzan and quick review of enclosed draft letter to be sent to KBL bank with respect to the accounts of Lehman Brothers Helsinki Holdings S.àr.l. - re: query as regards replacement of Fogarty as manager | 12 | 47,00 | 62,25 |
| 1900 | 05/03/2010 | JEB | Correspondance with Fauzan addressing his question as regards  the replacement of Fogarty as manager of Lehman Brothers Helsinki Holdings S.àr.l. | 12 | 47,00 | 62,25 |
| 2000 | 05/03/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 1, 2010 to March 5, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez  & Marsal. | 66 | 192,50 | 254,97 |
| 1900 | 05/03/2010 | RB | Tel. conversation with Me Tonia Frieders Scheiffer (having served the writ of summons to LB Helsinki S. à.r.l.) | 18 | 115,50 | 152,98 |
| 1900 | 05/03/2010 | RB | Correspondance with Me Tonia Frieders-Scheiffer (confirming our phone conversation in order to avoid condemnation of LB entity in court) | 6 | 38,50 | 50,99 |
| 2100 | 08/03/2010 | MK | Drawing draft letter to be sent to the receivers for LBLEF, in order to ask them to withdraw their 38,8 mio payment request // sent to John for comments | 30 | 192,50 | 254,97 |
| 1900 | 09/03/2010 | JEB | Study of the file : email of Fauzan - re: Lehman Brothers Helsinki Holdings S.à r.l. - re: removing Fogarty as manager and question as regards minimum number of managers required | 6 | 23,50 | 31,13 |
| 1900 | 09/03/2010 | JEB | Drawing / finalisation of draft shareholders' resolution - re: Lehman Brothers Helsinki Holdings S.à r.l. - re: revocation of Fogarty as manager | 12 | 47,00 | 62,25 |
| 1900 | 09/03/2010 | JEB | Correspondance with Fauzan -re: : email of Fauzan - re: Lehman Brothers Helsinki Holdings S.à r.l. - re: replacement of Fogarty and number of managers' requirement | 12 | 47,00 | 62,25 |
| 1900 | 09/03/2010 | JEB | Study of the file : email of Abeer Garousha and quick review of attachments- re: Luxembourg ELN Securitization Sàrl | 12 | 47,00 | 62,25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 09/03/2010 | JEB | Correspondance with Abeer Garousha regarding Luxembourg ELN Securitization S.àr.l. | 6 | 23,50 | 31,13 |
| 1900 | 09/03/2010 | RB | Study of the file mail exchange with Fauazen (regarding replacement of revocation/managers for Lehman Brothers Helsinki Holdings S.à. r.l.) | 18 | 115,50 | 152,98 |
| 1900 | 09/03/2010 | RB | Study of the file short review of draft shareholder's resolution for Lehman Brothers Helsinki Holdings regarding dismissal of Mr. Foggerty as manager | 12 | 77,00 | 101,99 |
| 2800 | 10/03/2010 | KB | Legal research in order to prepare a memo in relation to the responsability of creditors in case of bankruptcy, that authorize the take out a new loan by the curator -re: Lehman Brothers Luxembourg Equity Finance S.àr.l. | 114 | 332,50 | 440,40 |
| 1900 | 10/03/2010 | KB | Drawing extract to be filed with the Trade and Companies Register and requisition form with respect to the revocation of Fogarty -re: Lehman Brothers Helsinki Holdings Sàrl | 30 | 67,50 | 115,89 |
| 2800 | 10/03/2010 | MK | Review/Analysis of letter from Daniel Ehrman to Jacques Delvaux and Laurent Fisch dated 8 March 2010 / reply to 38,6 payment request from LBXP to LBIM / | 12 | 77,00 | 101,99 |
| 2800 | 10/03/2010 | MK | Drawing e-mail to John Keen re.: LBXP and LBIM | 6 | 38,50 | 50,99 |
| 2800 | 10/03/2010 | MK | Review/Analysis of letter of reply from J Delvaux and L Fisch in the LBXP / LBIM matter | 12 | 77,00 | 101,99 |
| 2800 | 10/03/2010 | MK | Tel. conversation with Jacques Delvaux in the LBXP / LBIM matter | 18 | 115,50 | 152,98 |
| 1900 | 10/03/2010 | RB | Study of the file mail exchange regarding Luxembourg ELN Securitization S. à.r.l. between WGM (NY) et KCKG | 12 | 77,00 | 101,99 |
| 1900 | 10/03/2010 | RB | Study of the file fax of Me Scheiffer -re: Lehman Brothers Helsinki holdings S.à.r.l. | 6 | 38,50 | 50,99 |
| 1900 | 10/03/2010 | RB | Correspondance with John Keen (regarding fax of Me Scheifer claim settled) -re: Lehman Brothers Helsinki holdings S.à.r.l. | 12 | 77,00 | 101,99 |
| 1900 | 10/03/2010 | RB | Study of the file mail of Fauzan regarding replacement of managers for Lehman Brothers Helsinki holdings S.à.r.l. (to be registered) | 6 | 38,50 | 50,99 |
| 1900 | 11/03/2010 | KB | Transfer transfer to the Luxembourg Register of Commerce and Companies in order to file for Lehman Brothers Helsinki Holdings the revocation of Fogarty | 72 | 210,00 | 278,15 |
| 1900 | 11/03/2010 | KB | Review/Analysis of the shareholder's meeting, the board of managers and the manager's report for the approval of the annual accounts 2007 | 12 | 35,00 | 46,36 |
| 2800 | 11/03/2010 | KB | Drawing of a memo in relation to the responsability of creditors in case of bankruptcy, that authorize the bankruptcy reivers to enter into a new loan by the bankrupt company / re.: LB Lux Equity Finance | 150 | 437,50 | 579,47 |
| 2800 | 11/03/2010 | RB | Study of the file : summary review of the memo regarding liability of creditors in case of credits made by appointed Court bankruptcy receiver / re.: LB Lux Equity Finance | 30 | 192,50 | 254,97 |
| 2000 | 12/03/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 8, 2010 to March 12, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez  & Marsal. | 72 | 210,00 | 278,15 |
| 2800 | 15/03/2010 | MK | Review/Analysis of e-mail from the receivers of LB Lux Equity Finance | 12 | 77,00 | 101,99 |
| 2800 | 16/03/2010 | MK | Tel. conversation with Jacques Delvaux re.: LB lux Equity Finance | 12 | 77,00 | 101,99 |
| 2800 | 16/03/2010 | MK | Review/Analysis of e-mails from John Keen re.: LB Lux Equity Finance | 6 | 38,50 | 50,99 |
| 2800 | 16/03/2010 | MK | Review/Analysis of e-mails from John Keen dated 10, 11, 12 and 15 March / re.: Lehman Brothers Lux Equity Finance // | 48 | 308,00 | 407,95 |
| 2800 | 16/03/2010 | MK | Drawing e-mail memo to John Keen // re.: LB Lux Equity Finance - question of personal liability of creditors approving the funding /  borrowing of funds for the continuation of the operations of the bankrupt debtor // | 72 | 462,00 | 611,92 |
| 2800 | 16/03/2010 | MK | John Keen - re.: LB Lux Equity Finance | 6 | 38,50 | 50,99 |
| 2000 | 17/03/2010 | RB | Study of the file review of the open/done tasks and steps to be undertaken by us as discussed with John Keen during our meeting in Luxembourg on 2 Februray 2010 | 72 | 462,00 | 611,92 |
| 2800 | 18/03/2010 | MK | Review/Analysis of e-mail from the bankruptcy receivers of LB Lux Equity Finance / continued with question to J Keen | 6 | 38,50 | 50,99 |
| 2800 | 18/03/2010 | MK | e-mail with question to J Keen further to email received from the bankruptcy receivers of LB Lux Equity Finance | 6 | 38,50 | 50,99 |
| 2000 | 22/03/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 15, 2010 to March 19, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez & Marsal. | 72 | 210,00 | 278,15 |
| 1900 | 24/03/2010 | JEB | Study of the file : email of Fauzan - re: Lehman Brothers Helsinki Holdings Sàrl - re: filing of managers' revocation | 6 | 23,50 | 31,13 |
| 1900 | 24/03/2010 | JEB | Review/Analysis of update excerpt from the Luxembourg Trade and Comapnies Register - re: Lehman Brothers Helsinki Holdings Sàrl - re: filing of managers' revocation | 6 | 23,50 | 31,13 |
| 1900 | 24/03/2010 | JEB | Correspondance with Fauzan - re: Lehman Brothers Helsinki Holdings Sàrl - re: filing of managers' revocation and updated excerpt | 6 | 23,50 | 31,13 |
| 2800 | 24/03/2010 | MK | working in relation to  e-mail to joint liquidatorsLBL Equity Finance : review LBIN derivatives termination agreement | 24 | 154,00 | 203,97 |
| 2800 | 24/03/2010 | MK | Drawing e-mail to joint liquidators - re: LBL Equity Finance / -re: LBIN derivatives termination agreement | 12 | 77,00 | 101,99 |
| 2800 | 24/03/2010 | RB | Study of the file mail exchange with Marc with liquidators of Lehman Brothers (Luxembourg) Equity Finance in bankruptcy | 12 | 77,00 | 101,99 |
| 1900 | 24/03/2010 | RB | Study of the file mail exchange with Fauzan regarding replacement of managers at level of Lehman Helsinki S.à.r.l. | 12 | 77,00 | 101,99 |
| 2800 | 25/03/2010 | MK | Review/Analysis of e-mail questions from liquidators for LBL Equity Finance | 12 | 77,00 | 101,99 |
| 2000 | 26/03/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 22, 2010 to March 26, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entities in order to update accordingly our master file of Luxembourg Lehman entities in order to deal with further queries of Alvarez & Marsal. | 84 | 245,00 | 324,50 |
| 2000 | 26/03/2010 | JG | Review/Analysis of documents received as regards Lehman Brothers Luxembourg Investments S.à r.l. (invoice from NautaDutilh, registered letter from TOBAM Holding Company). | 6 | 17,50 | 23,18 |
| 2000 | 26/03/2010 | JG | working in relation to update master file and internal data base with respect to Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 17,50 | 23,18 |
| 1900 | 29/03/2010 | JG | Review/Analysis of a letter received from Piero Ricci as regards his resignation as a manager of Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 17,50 | 23,18 |

| 2000 | 29/03/2010 | JG | working in relation to update master file and internal data sheet / re: letter received from Piero Ricci as regards his resignation as a manager of Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 17,50 | 23,18 |
|------|-----------|-----|---|----|----|----|
| 2800 | 29/03/2010 | JG | Review/Analysis of a letter addressed to the joint curateurs of Lehman Brothers (Luxembourg) Equity Finance S.A. (en faillite) as regards request to withdraw the curateurs' payment request against Lehman Brothers Investment Management. | 6 | 17,50 | 23,18 |
| 2000 | 29/03/2010 | JG | working in relation to update master file and internal data sheet / re: a letter addressed to the joint curateurs of Lehman Brothers (Luxembourg) Equity Finance S.A. (en faillite) as regards request to withdraw the curateurs' payment request against Lehman Brothers Investment Management. | 6 | 17,50 | 23,18 |
| 1900 | 31/03/2010 | JEB | Study of the file : email of Juliette Beicht (GT Fiduciaires) and quick review of the enclosed outstanding invoices with respect to the Lehman entities domiciled with them | 12 | 47,00 | 62,25 |
| 1900 | 31/03/2010 | JEB | Correspondance with John Keen - re: outstanding invoices - re: risks of denunciation of registered offices and court actions | 6 | 23,50 | 31,13 |
| | | | **Total fee** | | **11 703,50** | **15 501,29** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 695 pages at 0,12€ / page▢ | | 83,40 | 110,46 |
| | | | Online legal research (LexisNexis, Dalloz, Legicorp...) | | 17,50 | 23,18 |
| | | | **Total paid expenses** | | **100,90** | **133,64** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Registre de Commerce du 04/03/2010 | | 48,50 | 64,24 |
| | | | Demande d'extrait au Registre de Commerce du 05/03/2010 | | 11,99 | 15,88 |
| | | | Registre de Commerce du 11/03/2010 | | 47,76 | 63,26 |
| | | | **Total paid disbursements** | | **108,25** | **143,38** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **11 912,65** | **15 778,30** |

File   301208
11200

LBHI - Lehman Brothers Luxembourg Investments S.à r.l.

Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--------------------|------|----------|----------|
| JEB | Jérôme BUREL | 132 | 517,00 | 684,77 |
| JG | Jacqueline GELESCHUS | 120 | 350,00 | 463,58 |
| KB | Katia BARTHOLOME | 720 | 2 100,00 | 2 781,45 |
| MK | Marc KLEYR | 18 | 115,50 | 152,98 |
| RB | Rina BREININGER | 588 | 3 773,00 | 4 997,34 |
| | | 1578 | 6 855,50 | 9 080,11 |

| File | 301208 | | LBHI - Lehman Brothers Luxembourg Investments S.à r.l. | | | |
|------|--------|--|------------------------------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 01/03/2010 | JEB | Drawing email to John Keen - re: appointment of Mr. Hellers as category B manager of Lehman Brothers Luxembourg Investments S.à r.l. -re: change of categoy of John keen with respect to urgent matters -re: first thoughts of Mr. Hellers | 30 | 117,50 | 155,63 |
| 2000 | 01/03/2010 | JG | Review/Analysis of files with respect to Lehman Brothers Luxembourg Investments S.à r.l. in order to prepare a memorandum as regards issues and transactions respective to Lehman Brothers Luxembourg Investments S.à r.l., dealt with by KCKG since the commencement of LBHI's Chapter 11 case, for further submission to partner in charge | 60 | 175,00 | 231,79 |
| 2000 | 01/03/2010 | JG | Drawing drawing of a memorandum as regards issues and transactions respective to Lehman Brothers Luxembourg Investments S.à r.l., dealt with by KCKG since the commencement of LBHI's Chapter 11 case, for further submission to partner in charge | 60 | 175,00 | 231,79 |
| 1900 | 01/03/2010 | KB | Drawing draft shareholder's resolution and extract for the publication in relation to the change of category of manager of John Keen in Lehman Brothers Luxembourg Investments Sàrl | 54 | 157,50 | 208,61 |
| 1900 | 01/03/2010 | RB | Study of the file review of email sent out to John Keen regarding appointment of new B Managers/time constraint/tax filing 2005 to be signed urgently due to injunction | 12 | 77,00 | 101,99 |
| 1900 | 01/03/2010 | RB | Tel. conversation with Mr Hellers (GT Fiduciaires-regarding mandate of B Manager) | 18 | 115,50 | 152,98 |
| 1900 | 02/03/2010 | JEB | Study of the file : email of John Keen - re: agreement to change of managers' category in Lehman Brothers Luxembourg Investments Sàrl | 6 | 23,50 | 31,13 |
| 1900 | 02/03/2010 | JEB | Drawing / finalisation of draft shareholder's resolution - re: change of managers' category in Lehman Brothers Luxembourg Investments Sàrl | 12 | 47,00 | 62,25 |
| 1900 | 02/03/2010 | JEB | Correspondence with John Keen - re: draft shareholder's resolution for change of managers' category in Lehman Brothers Luxembourg Investments Sàrl and explanations as regards way to proceed | 12 | 47,00 | 62,25 |
| 1900 | 02/03/2010 | MK | Internal meeting between / internal discussions with Rina on LB Lux investments SARL | 18 | 115,50 | 152,98 |
| 1900 | 02/03/2010 | RB | Study of the file summary review of the mail of John Keen (accepting at board level of LBLI the change of category of manager from A to B /draft resolution providing for the change) | 12 | 77,00 | 101,99 |
| 1900 | 02/03/2010 | RB | Tel. conversation with secretary of Mr Hellers (regarding eventual LBLI mandate) | 12 | 77,00 | 101,99 |
| 1900 | 02/03/2010 | RB | Internal meeting between / with Marc (regarding critical points in the accounts of Lehman Brothers Luxembourg Investments Sàrl) | 18 | 115,50 | 152,98 |
| 1900 | 03/03/2010 | JEB | Study of the file : email of John and quick review of attached executed shareholder's resolution for change of managers' category in Lehman Brothers Luxembourg Investments Sàrl | 12 | 47,00 | 62,25 |
| 1900 | 03/03/2010 | JEB | Correspondence with John Keen - re: query as to the validity of sole signature on shareholder's resolution of Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 23,50 | 31,13 |
| 1900 | 03/03/2010 | KB | Etude du dossier review of the management agreement transmitted by GTF | 222 | 647,50 | 857,61 |
| 2600 | 03/03/2010 | RB | Review/Analysis of LBLI/LB Subordination Agreement and Memo of WGM (UK) relating thereto | 54 | 346,50 | 458,94 |
| 1900 | 04/03/2010 | KB | Transfer to the Luxembourg Register of Commerce and Companies in order to file the change of category of manager of John Keen | 90 | 262,50 | 347,68 |
| 1900 | 04/03/2010 | KB | Drawing requisition form with respect to the change of category of manager of John Keen | 18 | 52,50 | 69,54 |
| 1900 | 05/03/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduclaires) and enclosed resignation letter of Mr. Ricci as manager of Lehman Brothers Luxembourgs Investments S.à r.l. | 12 | 47,00 | 62,25 |
| 1900 | 05/03/2010 | RB | Tel. conversation with GT Fiduciaires (regarding further explanations requested by them in relation to eventual acceptance of management mandate for LBLI ) | 42 | 269,50 | 356,95 |
| 1900 | 08/03/2010 | JEB | Correspondance with John Keen with respect to the resignation of Mr. Ricci as A manager of the company and his change of category from A manager to B manager of the company | 12 | 47,00 | 62,25 |
| 1900 | 09/03/2010 | JEB | Correspondance with John Keen - re: resignation of Mr. Ricci - re: further steps | 12 | 47,00 | 62,25 |
| 1900 | 09/03/2010 | RB | Study of the file review of the management agreement transmitted by GTF | 90 | 577,50 | 764,90 |
| 1900 | 09/03/2010 | RB | Study of the file review of the signature power provision in the management contract | 54 | 346,50 | 458,94 |
| 1900 | 09/03/2010 | RB | Tel. conversation with Mr Hellers (call discussion of current activity of the company, state of accounts, legal publications,.... of eventual management mandate | 102 | 654,50 | 866,89 |
| 1900 | 09/03/2010 | RB | Correspondance with GTF (regarding management contract to be signed between GTF, LBLI and its Shareholder) | 12 | 77,00 | 101,99 |
| 1900 | 09/03/2010 | RB | Study of the file resignation letter of Mr Ricci and the complaints set forth therein | 18 | 115,50 | 152,98 |
| 1900 | 10/03/2010 | KB | Drawing draft shareholder's resolution, board meeting minutes and report of the manager for the approval of annual accounts 2007 for Lehman Brothers Luxembourg Investments Sàrl | 138 | 402,50 | 533,11 |
| 1900 | 10/03/2010 | KB | Drawing draft shareholder's resolution - re:Lehman Brothers Luxembourg Investments Sàrl - re: change of managers | 36 | 105,00 | 139,07 |
| 1900 | 10/03/2010 | RB | Correspondance with EY Lux (Catherine Trapani) regarding finalization of accounts 2007 | 12 | 77,00 | 101,99 |
| 1900 | 10/03/2010 | RB | Tel. conversation with GT Fiduciaires (Thierry Hellers) regarding eventual acceptance of management mandate of LBLI | 42 | 269,50 | 356,95 |
| 1900 | 10/03/2010 | RB | Study of the file mail of Catherine Trapani (EY Lux) re: annual accounts 2007 of Lehman Brothers Luxembourg Investments Sàrl | 6 | 38,50 | 50,99 |
| 1900 | 10/03/2010 | RB | Study of the file review of the malls of John Keen (instructions regarding managers to be revoked/to be appointed in LBLI) | 12 | 77,00 | 101,99 |
| 1900 | 11/03/2010 | KB | Legal research with respect to the requirement to appoint a permanent representative in a S.à r.l. - re: possible appointment of GT Fiduciaires as B manager of Lehman Brothers Luxembourg Investments Sàrl | 42 | 122,50 | 162,25 |
| 1900 | 11/03/2010 | RB | Drawing finalization of draft report of board of managers and subsequent draft resolution (board of managers and shareholders'resolution) regarding approval of 2007 accounts | 24 | 154,00 | 203,97 |
| 1900 | 11/03/2010 | RB | Correspondance with John Keen (transmission of draft documents in relation with approval 2007 accounts-open items) | 12 | 77,00 | 101,99 |
| 1900 | 11/03/2010 | RB | Correspondance with John Keen (regarding Shareholders'resolution- replacement of managers) | 6 | 38,50 | 50,99 |
| 1900 | 11/03/2010 | RB | Study of the file summary review of draft accounts 2007 transmitted by EY Lux. | 12 | 77,00 | 101,99 |
| 1900 | 15/03/2010 | RB | Study of the file mail exchange between John and Jérôme regarding urgently requested registration of change of managers in LBLI | 18 | 115,50 | 152,98 |

| 1900 | 16/03/2010 | KB | Drawing extract to be filed with the Luxembourg Register of Commerce and Companies and requisition form in relation to the change of managers dated 15 March 2010 | 36 | 105,00 | 139,07 |
|---|---|---|---|---|---|---|
| 1900 | 16/03/2010 | KB | Transfer to the Luxembourg Register of Commerce and Companies in order to file for Lehman Brothers Luxembourg Investments the change of managers dated 15 March 2010 | 84 | 245,00 | 324,50 |
| 1900 | 24/03/2010 | JEB | Study of the file : quick review of the email of Juliette Beicht (GT Fiduciaires) and enclosed documents ( Invoice from NautaDutilh and a communication from TOBAM Holding Company) addressed to Lehman Brothers Luxembourg investments Sàrl () | 18 | 70,50 | 93,38 |
| | | | | | | |
| | | | **Total fee** | | **6 855,50** | **9 080,11** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 120 pages at 0,12€ / page | | 14,40 | 19,07 |
| | | | Online legal research (LexisNexis, Dalloz, Legicorp...) | | 6,50 | 8,61 |
| | | | **Total paid expenses** | | **20,90** | **27,68** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Demande d'extrait au Registre de Commerce du 09/03/2010 | | 14,87 | 19,70 |
| | | | Registre de Commerce du 16/03/2010 | | 47,76 | 63,26 |
| | | | **Total paid disbursements** | | **62,63** | **82,95** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **6 939,03** | **9 190,75** |

File    **301682**
    11209

LBHI - Queensbridge Project - Joint Venture Agreement -
Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| KB | Katia BARTHOLOME | 354 | 1 032,50 | 1 367,55 |
| RB | Rina BREININGER | 438 | 2 810,50 | 3 722,51 |
| | | 792 | 3 843,00 | 5 090,05 |

| File | 301682 | | LBHI - Queensbridge House - Joint Venture Agreement - | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 2300 | 22/03/2010 | KB | Review/Analysis of the articles of incorporation of the company Lower Thames and the extract RCS of this company in order to verify if the company is good incorporated | 90 | 262,50 | 347,68 |
| 2300 | 22/03/2010 | RB | Study of the file : email of Milena requesting assistance in relation with incorporation, good standing, provisions (legal and contractual) of the Luxembourg company Lower Thames S.à r.l. (JV to be entered into) (Gibson Dunn& Crutcher London) | 48 | 308,00 | 407,95 |
| 2300 | 22/03/2010 | RB | Study of the file draft JV Agreement in relation with Lux JV entity in which LBHI wants to acquire 33%) | 150 | 962,50 | 1 274,83 |
| 2300 | 22/03/2010 | RB | Tel. conversation with AMMC Law (Lux Counsel of Lux JV entity in which LBHI wants to acquire 33%) | 24 | 154,00 | 203,97 |
| 2300 | 22/03/2010 | RB | Study of the file : email of Milena (regarding further question on JV entity) | 12 | 77,00 | 101,99 |
| 2300 | 22/03/2010 | RB | Study of the file summary review of the publications of corporate documents of the JV entity with the Luxembourg register of commerce and companies | 18 | 115,50 | 152,98 |
| 2300 | 22/03/2010 | RB | Correspondance with Milena (first "legal" impression on JV entity) | 12 | 77,00 | 101,99 |
| 2300 | 23/03/2010 | KB | Review/Analysis of the certified copy of the deed of incorporation, certificate of incorporation, extract of the Trade and Companies Register dated January 28, 2010 and certified copy of the noarial deed in relation tino the increase of the share capital | 60 | 175,00 | 231,79 |
| 2300 | 23/03/2010 | KB | Review/Analysis of the corporate governance/transfer provisions of the joint venture agreement in relation with the contemplated update of the articles of the Luxembourg JV entity | 150 | 437,50 | 579,47 |
| 2300 | 23/03/2010 | RB | Correspondance with Milena (regarding general remarks in relation with draft JV Agreement and Luxembourg law provisions in relation with private limited liability companies and possibility of delegation of day to day management) | 72 | 462,00 | 611,92 |
| 2300 | 23/03/2010 | RB | Study of the file summary review of the mail of Luxembourg counsel to Joint venture entity and the deed of increase of corporate capital | 24 | 154,00 | 203,97 |
| 2300 | 24/03/2010 | RB | Correspondance with AMMC (Luxemborg counsel of JV entity/request of further DD documents) | 12 | 77,00 | 101,99 |
| 2300 | 24/03/2010 | RB | Study of the file mail of Milena (regarding received information) | 6 | 38,50 | 50,99 |
| 2300 | 24/03/2010 | RB | Correspondance with mail to Milena (regarding request to Lux counsel of JV entity) | 6 | 38,50 | 50,99 |
| 2300 | 25/03/2010 | KB | Review/Analysis of the shareholder's register of Lower Thames Sàrl | 12 | 35,00 | 46,36 |
| 2300 | 25/03/2010 | KB | Drawing reqquested draft certificate of good standing with respect to Lower Thames Sàrl | 42 | 122,50 | 162,25 |
| 2300 | 25/03/2010 | RB | Tel. conversation with AMMC | 24 | 154,00 | 203,97 |
| 2300 | 26/03/2010 | RB | Study of the file mail of AMMC and of non bankruptcy certificate | 18 | 115,50 | 152,98 |
| 2300 | 26/03/2010 | RB | Correspondance with Milena (regarding information received) | 6 | 38,50 | 50,99 |
| 2300 | 31/03/2010 | RB | Study of the file mail of Milena asking us not to proceed at the current stage to the updating of the articles with respect to the Joint venture agreement | 6 | 38,50 | 50,99 |
| | | | Total fee | | 3 843,00 | 5 090,05 |
| | | | | | | |
| | | | Paid expenses | | | |
| | | | Printing and photocopying - 168 pages at 0,12€ / page | | 20,16 | 26,70 |
| | | | Total paid expenses | | 20,16 | 26,70 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Demande d'extrait au Registre de Commerce du 22/03/2010 | | 14,87 | 19,70 |
| | | | Total paid disbursements | | 14,87 | 19,70 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 3 878,03 | 5 136,45 |

File    **301684**
        11207

LBHI - Marsh & Mcon 2010
Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| RB | Rina BREININGER | 264 | 1 694,00 | 2 243,70 |
| | | 264 | 1 694,00 | 2 243,70 |

| File | 301684 | | LBHI - Marseille - Sun & Moon 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2600 | 18/03/2010 | RB | Study of the file mail of Jean-Christophe David (WGM Paris) and quick review of enclosed term sheet - re: acquisition of old debt and refinancing - re: PIK interest on unpaid interests and Luxembourg law requirements | 30 | 192,50 | 254,97 |
| 2600 | 22/03/2010 | RB | Tel. conversation with J.C. David (WGM) - re: acquisition of old debt and refinancing - re: PIK interest on unpaid interests and Luxembourg law requirements | 24 | 154,00 | 203,97 |
| 2600 | 23/03/2010 | RB | Review/Analysis of the Atoz memo as of 11 March 2010 | 120 | 770,00 | 1 019,87 |
| 2600 | 23/03/2010 | RB | Study of the file summary review of the draft R2 Transfer Agreement between Lehman Brothers Bankhaus Aktiengesellschaft in Insolvenz (Trasnferor) LB Europe Holdings S.à r.l. (Transferee), Lehman Brothers Bankhaus Aktiengesellschaft in Insolv. (Resigning Transfer and Security Agent) and New Transfer and Security Agent transmitted to us by WGM Paris in relation with debt/equity restructuring of Sun & Moon | 90 | 577,50 | 764,90 |
| | | | **Total fee** | | 1 694,00 | 2 243,70 |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 120 pages at 0,12€ / page□ | | 14,40 | 19,07 |
| | | | | | | |
| | | | **Total paid expenses** | | 14,40 | 19,07 |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | 1 708,40 | 2 262,78 |

File    **301702**
        **11204**

LBHI - Special Counsel Procedure
Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 102 | 399,50 | 529,14 |
| RB | Rina BREININGER | 60 | 385,00 | 509,93 |
| | | 162 | 784,50 | 1 039,07 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | March 1, 2010 | | | | |
| | to | March 31, 2010 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4700 | 01/03/2010 | JEB | Study of the file : email of Candace Arthur (WGM US) - re: note to Schedule 2 of draft Declaration - re: special counsel procedure | 6 | 23,50 | 31,13 |
| 4700 | 01/03/2010 | JEB | Correspondance with Candace Arthur (WGM US) - re: updated draft documentation - re: special counsel procedure | 12 | 47,00 | 62,25 |
| 4700 | 01/03/2010 | JEB | Study of the file email of Zaw Win (WGM US) - re: clarification with respect to Schedule 2 of Declaration | 6 | 23,50 | 31,13 |
| 4700 | 01/03/2010 | JEB | Correspondance with Zaw - re: sending updated Schedule 2 | 6 | 23,50 | 31,13 |
| 4700 | 01/03/2010 | RB | Study of the file review of the mail of WGM setting forth further information with respect to public disclosure | 18 | 115,50 | 152,98 |
| 4700 | 01/03/2010 | RB | Correspondance with WGM (Candace Arthur) acknolwedging new precisions in relation with public disclosure | 6 | 38,50 | 50,99 |
| 4700 | 01/03/2010 | RB | Review/Analysis of check of the documents sent out to WGM (regarding  special counsel procedure) | 6 | 38,50 | 50,99 |
| 4700 | 01/03/2010 | RB | Correspondance with WGM (regarding replacement of Schedule 2 under special counsel procedure regarding public disclosure) | 6 | 38,50 | 50,99 |
| 4700 | 02/03/2010 | JEB | Study of the file : email of Zaw - re: outstanding issues regarding documentation for special counsel procedure | 6 | 23,50 | 31,13 |
| 4700 | 02/03/2010 | JEB | Correspondance with  Zaw - re: answers to raised issues regarding documentation for special counsel procedure | 12 | 47,00 | 62,25 |
| 4700 | 03/03/2010 | JEB | Study of the file : email of Samuel Garcia (Epiq System) and quick review of attachments -re: filed documentation in relation to the special counsel procedure | 24 | 94,00 | 124,50 |
| 4700 | 05/03/2010 | JEB | Study of the file : email of Jennifer Sapp - re: Creditors' Committe inquiry with respect to our currently outstanding fees & expenses | 6 | 23,50 | 31,13 |
| 4700 | 05/03/2010 | JEB | Study of the file : quick review of our currently outstanding invoices and status of not yet invoiced services in roder to answer the question of the Creditor's Committee | 18 | 70,50 | 93,38 |
| 4700 | 05/03/2010 | JEB | Correspondance with Jennifer Sapp - re: answer to the Creditors' Committee as regards our fees & expenses | 6 | 23,50 | 31,13 |
| 4700 | 29/03/2010 | RB | Review/Analysis of review of the mail of Arthur Candace (WGM) and the court order retaining KCKG as Special Counsel | 24 | 154,00 | 203,97 |
| | | | **Total fee** | | **784,50** | **1 039,07** |
| | | | | | | 0,00 |
| | | | | | | 0,00 |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 60 pages at 0,12€ / page☐ | | 7,20 | 9,54 |
| | | | | | | |
| | | | **Total paid expenses** | | **7,20** | **9,54** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Frais de notaire SECKLER du 15/03/2010 | | 400,00 | 529,80 |
| | | | **Total paid disbursements** | | **400,00** | **529,80** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **1 191,70** | **1 578,41** |

Detail of our fee note

from March 1, 2010
to March 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 3642 | 14 264,50 | 18 893,33 |
| JG | Jacqueline GELESCHUS | 1566 | 4 567,50 | 6 049,65 |
| RB | Rina BREININGER | 96 | 616,00 | 815,89 |
| | | 5304 | 19 448,00 | 25 758,88 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | March 1, 2010 | | | |
| | | to | March 31, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 05/03/2010 | JEB | Study of the file : email of Jennifer Sapp (WGM US) - re: request for a conf. call - re: monthly statement and restatement of invoices | 6 | 23,50 | 31,13 |
| 4600 | 05/03/2010 | JEB | Correspondance with Jennifer Sapp (WGM US) - re: request for a conf. call - re: monthly statement and restatement of invoices | 6 | 23,50 | 31,13 |
| 4600 | 05/03/2010 | JEB | Drawing email to Zaw Win (WGM US) as regards the restatement requirements of our invoices and the monthly statement under the special counsel procedure | 12 | 47,00 | 62,25 |
| 4600 | 05/03/2010 | RB | Study of the file mail exchange with Jennifer Sapp regarding invoicing under special counsel procedure | 12 | 77,00 | 101,99 |
| 4600 | 08/03/2010 | JEB | Tel. conversation with Jennifer Sapp as regards restatement of invoices and issuance of credit notes - re: new billing requirements under the special counsel procedure | 24 | 94,00 | 124,50 |
| 4600 | 08/03/2010 | JEB | Drawing short memo with respect to conversation with Jennifer to the partner in charge - re: new billing requirements under the special counsel procedure | 12 | 47,00 | 62,25 |
| 4600 | 08/03/2010 | JEB | Review/Analysis of of third interim compensation order sent by Jennifer -re: special counsel procedure | 24 | 94,00 | 124,50 |
| 4600 | 10/03/2010 | JEB | Study of the file : various emails of Jennifer Sapp - re: Interim Fee Applications - re: examples of required documentation - | 6 | 23,50 | 31,13 |
| 4600 | 11/03/2010 | JEB | amending former invoices (22) in order to comply with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) - first part | 390 | 1 527,50 | 2 023,17 |
| 4600 | 11/03/2010 | JG | Research on the epiq website / examples of Interim Fee Applications in order to study these and to draw up KCKG's First Interim Fee Application | 72 | 210,00 | 278,15 |
| 4600 | 11/03/2010 | JG | Review/Analysis of other Interim Fee Applications (examples) in order to draw up KCKG's First Interim Fee Application. | 108 | 315,00 | 417,22 |
| 4600 | 12/03/2010 | JEB | amending former invoices (22) in order to comply with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) - second part | 360 | 1 410,00 | 1 867,55 |
| 4600 | 12/03/2010 | JG | Drawing of a first "basic draft" of KCKG's First Interim Fee Application respective to the period from June 1, 2009 through January 31, 2010. | 162 | 472,50 | 625,83 |
| 4600 | 12/03/2010 | JG | Review/Analysis of all Lehman files dealt with by KCKG during the period from June 1, 2009 to January 31, 1010 in order to summarize KCKG's work relating to each period (information to be included in the Interim Fee Application). | 198 | 577,50 | 764,90 |
| 4600 | 15/03/2010 | JEB | amending former invoices (22) in order to comply with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) - third part | 420 | 1 645,00 | 2 178,80 |
| 4600 | 15/03/2010 | JG | Drawing KCKG's First Interim Fee Application for the period from June 1, 2009 through January 31, 2010 | 462 | 1 347,50 | 1 784,76 |
| 4600 | 16/03/2010 | JEB | amending former invoices (22) in order to comply with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) - fourth part | 366 | 1 433,50 | 1 898,67 |
| 4600 | 16/03/2010 | RB | Study of the file review of the draft of the first interim mapplication to be sent out to WGM for comments | 84 | 539,00 | 713,91 |
| 4600 | 17/03/2010 | JEB | amending former invoices (22) in order to comply with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) - fifth part | 492 | 1 927,00 | 2 552,31 |
| 4600 | 17/03/2010 | JG | Drawing draft cover sheet for KCKG's monthly statement relating to February 2010. | 66 | 192,50 | 254,97 |
| 4600 | 23/03/2010 | JEB | Préparation of new invoices (5) with respect to February 2010 services in accordance with new Special Counsel Procedure billing requirements (time entries in 6 minutes increments and supplemental description of services) | 378 | 1 480,50 | 1 960,92 |
| 4600 | 24/03/2010 | JEB | Review/Analysis of first draft February monthly statement cover letter prepared by Jacqueline | 12 | 47,00 | 62,25 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to June 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to July 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to September 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to October 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to November 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to December 2009 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to January 2010 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 24/03/2010 | JG | Drawing summary sheet for the invoices relating to February 2010 to be included in the February Statement. | 12 | 35,00 | 46,36 |
| 4600 | 25/03/2010 | JEB | finalization of 27 invoices to be included in the February Monthly Statement (first monthlystatement under new Special Counsel Procedure | 474 | 1 856,50 | 2 458,93 |
| 4600 | 29/03/2010 | JEB | Tel. conversation with Candace Arthur (WGM US) - several tel. conversations regarding the February monthly statement - re: deadlines to follow | 12 | 47,00 | 62,25 |
| 4600 | 29/03/2010 | JEB | Review/Analysis of the draft February monthly statement | 390 | 1 527,50 | 2 023,17 |
| 4600 | 29/03/2010 | JEB | Correspondence with Candace Arthur (WGM US) - re: February monthly statement | 12 | 47,00 | 62,25 |
| 4600 | 29/03/2010 | JG | Drawing revised version of KCKG's Monthly Statement Summary Sheet for the monthly statement of February 2010, including explanation as regards the extension of the statement period. | 66 | 192,50 | 254,97 |
| 4600 | 31/03/2010 | JEB | Drawing / finalization of the February Monthly Statement for sending out to the Notice Parties | 240 | 940,00 | 1 245,03 |

| 4600 | 31/03/2010 | JEB | Tel. conversation with Candace Arthur (W&G) re: interim fee application - re: certification under private seal | 6 | 23,50 | 31,13 |
|------|------------|-----|------|------|------|------|
| 4600 | 31/03/2010 | JG | Drawing updates/amendments to KCKG's First Interim Fee Application relating to the period from June 1, 2009 trough January 31, 2010. | 336 | 980,00 | 1 298,01 |
| | | | **Total fee** | | **19 448,00** | **25 758,88** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 1280 pages at 0,12€ / page | | 153,60 | 203,44 |
| | | | Long distance calls, facsimile and others telecommunication services costs | | 5,40 | 7,15 |
| | | | **Total paid expenses** | | **159,00** | **210,60** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **19 607,00** | **25 959,47** |

**Re:** **Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period April 1, 2010 through April 30, 2010 (the "Statement Period").**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), KLEYR GRASSO ASSOCIES ("KCKG"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period April 1, 2010 through April 30, 2010 (the "April Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of May 27, 2010.

**I.    Itemization of Services Rendered by KCKG Personnel for the Statement Period.**

A.    The hours spent during the Statement Period for which KCKG seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 10:36 | € 4,081.- | $ 5,001.27 |
| Jérôme Burel, Associate | 2005 | € 235.- | 40:42 | € 9,564.50 | $ 11,721.29 |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 15:48 | € 2,765.- | $ 3,388.51 |
| Katia Bartholomé, Associate | 2009 | € 175.- | 1:30 | € 262.50 | $ 321.69 |
| **TIME CHARGES TOTAL:** | | | 68:36 | € 16,673.- | $ 20,432.76 |

B.    The time records, in the form of formal invoices, of KCKG are attached hereto as Exhibit A (the "Invoices"). KCKG has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of each task performed by KCKG professionals associated with such services.

**II.    Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.**

KCKG is seeking reimbursement for disbursements for the Statement Period in the amount of € 556.49 / $ 681.98.

KCKG is seeking reimbursement for expenses for the Statement Period in the amount of € 127.08 / $ 155.74.

III.    **Total Fees, Disbursements and Expenses Sought for the Statement Period.**

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 16,673.- / $ 20,432.76
Total Disbursements: € 556.49 / $ 681.98
Total Expenses: € 127.08 / $ 155.74

**TOTAL:** € 17,356.57 / $ 21,270.48

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KCKG for the Statement Period, after adjusting for the twenty percent (20%) holdback, is € 14,021.97 / $ 17,183.92.

LBHI - Luxembourg Trading Finance S.à r.l. & Subsidiaries
Detail of our fee note

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 210 | 822,50 | 1 007,97 |
| JG | Jacqueline GELESCHUS | 198 | 577,50 | 707,73 |
| KB | Katia BARTHOLOME | 90 | 262,50 | 321,69 |
| RB | Rina BREININGER | 114 | 731,50 | 896,45 |
| | | 612 | 2 394,00 | 2 933,85 |

| File | 301057 | | LBHI - Luxembourg Trading Finance S.à r.l. & Subsidiaries | | | |
|------|--------|---|--------------------------------------------------------|---|---|---|
| | | | Detail of our fee note | | | |
| | from | April 1, 2010 | | | | |
| | to | April 30, 2010 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 02/04/2010 | JEB | Review/Analysis of the several original executed copies of the board of managers resolutions received in relation to Archstone transaction with respect to Luxembourg Trading Finance Sàrl, Luxembourg Residential Properties Loan Finance Sàrl and Luxembourg Residential Properties Loan Finance 2 S.àr.l. | 30 | 117,50 | 144,00 |
| 1900 | 06/04/2010 | RB | Drawing finalization of draft letter to be submitted to Mazar prior to consulting of the corporate documents for Lux Trading Finance and its subsidiaries (audit 2008/2009) | 18 | 115,50 | 141,55 |
| 1900 | 07/04/2010 | RB | Study of the file review of the mail of Joint administrator adressed to Lux Trading Finance | 18 | 115,50 | 141,55 |
| 1900 | 14/04/2010 | KB | Legal research in relation to the appointment of the independent auditor - review of the articles of Luxembourg Trading Finance S.à r.l., Luxembourg Finance, Luxembourg Residential Properties Loan Finance e.àr.l. and Luxembourg Residential Properties Loan Finance 2 s.à r.l. and law of 2004 on securitization and relevant parliament works | 90 | 262,50 | 321,69 |
| 1900 | 22/04/2010 | JEB | Study of the file : email of Fauzan and enclosed emails of Emilly Critchett (LBHI) - re: request for various Companies Register excerpts (Luxembourg Trading Finance Sàrl, Luxembourg Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 Sàrl) | 12 | 47,00 | 57,60 |
| 1900 | 23/04/2010 | JEB | Correspondance with Fauzan - re: transmission of requested documents (Companies Register excerpts relating to Luxembourg Trading Finance Sàrl, Luxembourg Finance S.à r.l. and Luxembourg Residential Properties Loan Finance 2 Sàrl) | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Study of the file of Abeer requesting English translation of the Companies Register excerpts transmitted to Fauzan -re: original documents needed | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Drawing emails to Abeer : re: translation of the Companies Register excerpts transmitted to Fauzan -re: original documents needed -re: explanations as regards original electronic documents VS original hard copies -re: certified copies by public notary in Luxembou | 18 | 70,50 | 86,40 |
| 1900 | 23/04/2010 | JEB | Study of the file : various emails of Abeer and Susan Pikus -re: need for original documents of the Companies Register / re: certified copies | 12 | 47,00 | 57,60 |
| 1900 | 23/04/2010 | JEB | Correspondance with John and Abeer -re: Archstone transaction - re: board circular resolutions - re: signature pages and effective date | 12 | 47,00 | 57,60 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of Abeer :-re: Archstone transaction - re: board circular resolutions - re: signature pages and effective date | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | RB | Review/Analysis of review of the mail exchange between Fauzan (AM), Abeer (WGM) John and Jérome regarding updated corporate documents and tax letters | 30 | 192,50 | 235,91 |
| 1900 | 26/04/2010 | JG | Drawing draft English version (translation) of an extract issued by the Luxembourg register of commerce and companies with respect to the company Luxembourg Trading Finance S.à r.l., Luxembourg Finance Sàrl and Luxembourg Resiential Properties Loan Finance 2 Sàrl | 120 | 350,00 | 428,93 |
| 1900 | 27/04/2010 | JEB | Correspondance with Abeer Garousha - re: Archstone resolution - re: effective date and retroactive effect | 12 | 47,00 | 57,60 |
| 1900 | 27/04/2010 | JEB | Study of the file : email of Abeer -re: Archstone resolution - re: effective date and retroactive effect -re: alternative solution | 6 | 23,50 | 28,80 |
| 1900 | 27/04/2010 | JEB | Study of the file : further emails of John and Abeer -re: Archstone resolution - re: request for call -re: further queries of Abeer | 6 | 23,50 | 28,80 |
| 1900 | 27/04/2010 | JEB | Tel. conversation with Mr. Dacaen (MAZARS Luxembourg)  - re: mandate as auditor for Luxembourg Trading Finance Sàrl and it subsidiaries | 12 | 47,00 | 57,60 |
| 1900 | 27/04/2010 | JG | Drawing / finalisation of English version (translation) of an extract issued by the Luxembourg register of commerce and companies with respect to the company Luxembourg Trading Finance S.à r.l., Luxembourg Finance Sàrl and Luxembourg Resiential Properties Loan F | 72 | 210,00 | 257,36 |
| 1900 | 29/04/2010 | JEB | Study of the file : email exchange regarding the original excerpts of the Companies Register and related translations with respect to LTF, LF and LRPLF2, for further submission to Citi Bank | 6 | 23,50 | 28,80 |
| 1900 | 29/04/2010 | JG | Drawing of an e-mail to Abeer Garousha to forward to her the pdf copies of original extracts prepared by the Luxembourg register of commerce and companies in relation with Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance S.à r.l. | 6 | 17,50 | 21,45 |
| 1900 | 29/04/2010 | RB | Study of the file mail exchange between Mazars and John (no allowance to execute audit mandate/suggestion of new auditor to be named) | 12 | 77,00 | 94,36 |
| 1900 | 29/04/2010 | RB | Study of the file actual stage of the file regarding documents requested by Citi bank with respect to Luxembourg accounts | 12 | 77,00 | 94,36 |
| 1900 | 30/04/2010 | JEB | Correspondance with John Keen -re: outstanding invoice of public notary | 6 | 23,50 | 28,80 |
| 1900 | 30/04/2010 | JEB | Correspondance with John and Fauzan - re: audit of Luxembourg Trading Finance Sàrl and subs. - re: need to find another auditor -re: contact details received from Mazars | 12 | 47,00 | 57,60 |
| 1900 | 30/04/2010 | JEB | Study of the file emails of John and Fauzan - re: request to get supplemental/backgrounf information regarding new suggested (by Mazars) auditor | 6 | 23,50 | 28,80 |
| 1900 | 30/04/2010 | JEB | Research supplemental/backgrounf information regarding new suggested (by Mazars) auditor further to John and Fauzan' queries | 24 | 94,00 | 115,20 |
| 1900 | 30/04/2010 | JEB | Drawing email to John and Fauzan emails of John and Fauzan - re: supplemental/backgrounf information regarding new suggested (by Mazars) auditor | 18 | 70,50 | 86,40 |
| 1900 | 30/04/2010 | RB | Study of the file mail exchange between John,Fauzan and Jérome regarding auditing of accounts further to Mazar's denial | 24 | 154,00 | 188,73 |
| | | | **Total fee** | | **2 394,00** | **2 933,85** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 168 pages at 0,12€ / page | | 20,16 | 24,71 |
| | | | **Total paid expenses** | | **20,16** | **24,71** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Demande d'extrait au Registre de Commerce du 22/04/2010 | | 53,22 | 65,22 |
| | | | Demande d'extrait au Registre de Commerce du 26/04/2010 | | 56,67 | 69,45 |

| | | | Total paid disbursements | | | | | 108,89 | 134,87 |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL FEE NOTE | | | | | 2 524,05 | 3 093,22 |

LBHI - Promissory Notes/Securities
Detail of our fee note

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--|-------------|------------|------------|
| JEB | Jérôme BUREL | 126 | 493,50 | 604,78 |
| JG | Jacqueline GELESCHUS | 24 | 70,00 | 85,79 |
| RB | Rina BREININGER | 36 | 231,00 | 283,09 |
| | | 186 | 794,50 | 973,66 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1800 | 02/04/2010 | JEB | Préparation draft email to John Keen - re: Brasstown entities re: meeting with Interconsult and further steps | 12 | 47,00 | 57,60 |
| 1800 | 06/04/2010 | RB | Correspondance with John Keen-further steps to be undertaken in relation with Brasstown entities | 12 | 77,00 | 94,36 |
| 1900 | 08/04/2010 | RB | Study of the file review of bank statements delivered by Interconsult in relation with Brasstown entities | 12 | 77,00 | 94,36 |
| 1800 | 13/04/2010 | JEB | Tel. conversation with D. Caviglia (Interconsult) - re: Brasstown Entrada I SCA - re: tax authorities reminder with respect to wage income tax declaration | 6 | 23,50 | 28,80 |
| 1800 | 13/04/2010 | JG | Legal research concerning wage income tax (law 4 December 1967 and law of 19 December 2008) in order to analyze a letter addressed to Brasstown Entrada I S.C.A. | 24 | 70,00 | 85,79 |
| 1800 | 14/04/2010 | JEB | Study of the file : email from the tax administration - re: request for submission of declaration for wages withholding tax | 12 | 47,00 | 57,60 |
| 1900 | 15/04/2010 | JEB | Study of the file : email of C. Cleuet (Interconsult) and quick review of enclosed bank statement - re: Brasstown | 6 | 23,50 | 28,80 |
| 1800 | 16/04/2010 | JEB | Study of the file : email of C. Cleuet (Interconsult) and quick review of enclosed tax statements in relation to Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 12 | 47,00 | 57,60 |
| 1800 | 20/04/2010 | RB | Study of the file review of tax statements received in relation with Brasstown entities | 12 | 77,00 | 94,36 |
| 1800 | 22/04/2010 | JEB | Tel. conversation with Luxembourg tax authorities - re: request for declaration with respect to wages withholding tax | 12 | 47,00 | 57,60 |
| 1800 | 22/04/2010 | JEB | Tel. conversation with D. Caviglia (liquidator / Interconsult) of Brasstown Entrada I SCA - re: request of Lux. tax authorities to get declarations regarding wages withholding tax | 12 | 47,00 | 57,60 |
| 1800 | 22/04/2010 | JEB | Correspondance with D. Caviglia - re: details of contact person of tax administration to send clarification letter -re: Brasstown Entrada I SCA | 6 | 23,50 | 28,80 |
| 1800 | 22/04/2010 | JEB | Study of the file : email of Christie Cleuet (Interconsult) and quick review of enclosed letter sent to the Lux. tax authorities -re: Brasstown Entrada I SCA - re: wages withholding tax | 12 | 47,00 | 57,60 |
| 2600 | 22/04/2010 | JEB | Study of the file : email of Brian Drozda (WGM US) - re: queries as regards need for proxies to get in touch with Lux. CSP with respect to LBS Holdings Sàrl and LB Lux Re Holding Sàrl - re: securities of the assets of those companies to secure loans granted to them  by LBH | 6 | 23,50 | 28,80 |
| 1800 | 23/04/2010 | JEB | Drawing email to John Keen -re: Brasstown Entrada I SCA - re: explanations with respect to Lux. tax authorities request t oget a declaration relating to wages withholding tax | 12 | 47,00 | 57,60 |
| 2600 | 26/04/2010 | JEB | Drawing email to Brian Drozda - re: explanations as regards need for proxies to get in touch with Lux. CSP with respect to LBS Holdings Sàrl and LB Lux Re Holding Sàrl - re: securities of the assets of those companies to secure loans granted to them  by LBHI | 18 | 70,50 | 86,40 |
| | | | Total fee | | 794,50 | 973,66 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 794,50 | 973,66 |

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|-----------------------|-----|--------|----------|
| JEB | Jérôme BUREL | 222 | 869,50 | 1 065,57 |
| JG | Jacqueline GELESCHUS | 318 | 927,50 | 1 136,66 |
| RB | Rina BREININGER | 48 | 308,00 | 377,45 |
| | | 588 | 2 105,00 | 2 579,68 |

Detail of our fee note

| File | 301207 | | LBHI - General Querles 2010 | | | |
|------|--------|--|------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2000 | 01/04/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 27, 2010 to March 30, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entitles in order to update accordingly our master file of Luxembourg Lehman entitles in order to deal with further queries of Alvarez  & Marsal. | 54 | 157,50 | 193,02 |
| 2000 | 01/04/2010 | JG | Review/Analysis of a letter received from the Luxembourg Tax Authorities with respect to Brasstown Entrada I S.C.A. in order to update the master file and the data base. | 6 | 17,50 | 21,45 |
| 2000 | 06/04/2010 | JG | working in relation to update of the master file with respect to Luxembourg Trading Finance S.à r.l. | 18 | 52,50 | 64,34 |
| 2000 | 08/04/2010 | JG | working in relation to update master file and data base with respect to bank statements for Brasstown Entrada I S.C.A. and Brasstown Mansfield I S.C.A. | 6 | 17,50 | 21,45 |
| 2000 | 08/04/2010 | JG | Drawing e-mail to John Keen to forward to him the bank statements for Brasstown Entrada I S.C.A. and Brasstown Mansfield I S.C.A. | 6 | 17,50 | 21,45 |
| 1900 | 15/04/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduciaires) and quick review of enclosed invoices - re: outstanding invoices with respect to Lehman entitles domiciled with them | 6 | 23,50 | 28,80 |
| 1900 | 20/04/2010 | JEB | Study of the file : email of Ken Schiff and enclosed emails of Cath. Webster and Bruce Henry - re: LB River Sàrl / LB Imp Sàrl - re: agreements with corporate services provider | 12 | 47,00 | 57,60 |
| 1900 | 20/04/2010 | JEB | Correspondance with Ken Schiff -re: LB River Sàrl / LB Imp Sàrl - re: agreements with corporate services provider | 6 | 23,50 | 28,80 |
| 1900 | 20/04/2010 | JEB | Study of the file : summary review of the draft / pdf agreements received from Ken Schiff re: LB River Sàrl / LB Imp Sàrl - | 108 | 423,00 | 518,39 |
| 1900 | 20/04/2010 | JG | Drawing e-mail to John Keen to forward to him bank statements for Brasstown Entrada I S.C.A. | 6 | 17,50 | 21,45 |
| 1800 | 20/04/2010 | JG | Drawing e-mail to John Keen to forward to him statements of the Luxembourg tax authorities (Administration des Contributions Directes) as regards tax liabilities of Brasstown Entrada I S.C.A. and Brasstown Mansfield I S.C.A. | 6 | 17,50 | 21,45 |
| 2000 | 20/04/2010 | JG | working in relation to update of the master file and the data base / re: documents relating to tax liabilities of Brasstown Entrada I S.C.A. and Brasstown Mansfield I S.C.A. | 6 | 17,50 | 21,45 |
| 1900 | 20/04/2010 | RB | Review/Analysis of summary review of the mail of Ken Schiff (WGM) and the attachments thereto (draft domiciliation agreement and intertrust agreements-management..) | 42 | 269,50 | 330,27 |
| 2000 | 21/04/2010 | JG | Study of the file / a letter addressed to Luxembourg Trading Finance S.à r.l. in relation with Lehman Brothers International (Europe) (in administration) | 6 | 17,50 | 21,45 |
| 2000 | 21/04/2010 | JG | Consultation and printing of e-mails exchanged during the period  March 27, 2010 to April 16, 2010 / checking of raised, addressed issues, and of amendments as well as new information received in relation to Luxembourg Lehman entitles in order to update accordingly our master file of Luxembourg Lehman entitles in order to deal with further queries of Alvarez  & Marsal. | 126 | 367,50 | 450,37 |
| 1900 | 22/04/2010 | JG | Review/Analysis of the corporate documents of LB IMP S.à r.l. as well as publications respective such entity on the website of the register of commerce and companies. | 18 | 52,50 | 64,34 |
| 2000 | 22/04/2010 | JG | working in relation to update of the master file and the data base by including new information as regards LB IMP S.à r.l. | 6 | 17,50 | 21,45 |
| 1900 | 22/04/2010 | JG | Drawing of a summary sheet which contains information with respect to LB IMP S.à r.l. | 12 | 35,00 | 42,89 |
| 1900 | 22/04/2010 | JG | Review/Analysis of the corporate documents of LB River S.à r.l. as well as publications respective such entity on the website of the register of commerce and companies. | 18 | 52,50 | 64,34 |
| 2000 | 22/04/2010 | JG | working in relation to update of the master file and the data base by including new information as regards LB River S.à r.l. | 6 | 17,50 | 21,45 |
| 1900 | 22/04/2010 | JG | Drawing of a summary sheet which contains information with respect to LB River S.à r.l. | 12 | 35,00 | 42,89 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of Abeer Garousha (WGM)- request for document relating to Lux ELN Securitization Sarl | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of Abeer Garousha (WGM)- request for document relating to Lux ELN Securitization Sarl. | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of Fauzen - re: ELN Securitization Sàrl - re: no need for further documents | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of C. Clauet and quick review of enclosed PWC report (re: LB UK RE Holdings Ltd) | 18 | 70,50 | 86,40 |
| 1900 | 23/04/2010 | JEB | Study of the file : email of Ken Schiff -re: review of draft CSP agreements - expected timing: email of Ken Schiff -re: review of draft CSP agreements - expected timing re: LB River Sàrl / LB Imp Sàrl | 6 | 23,50 | 28,80 |
| 1900 | 23/04/2010 | JEB | Correspondence with Ken Schiff- re: request for clarification as regards scope of work in relation to the  review of draft CSP agreements re: LB River Sàrl / LB Imp Sàrl | 12 | 47,00 | 57,60 |
| 1900 | 23/04/2010 | JG | Study of the file / correspondence in relation with the bank accounts of Luxembourg Residential Properties Loan Finance S.à r.l., Luxembourg Residential Properties Loan Finance 2 S.à r.l., Luxembourg Finance S.à r.l. with Citibank | 6 | 17,50 | 21,45 |
| 1900 | 28/04/2010 | RB | Study of the file review ofmail of Ken Schiff (regarding high level of Domiciliation/mandate agreements to be signed by LB River / LB Imp) | 6 | 38,50 | 47,18 |
| 1900 | 29/04/2010 | JEB | Study of the file : email of Kevin Woolford - re: query with respect to available financials of Captain Holdings Sarl | 6 | 23,50 | 28,80 |
| 1900 | 29/04/2010 | JEB | Research available financials/annual accounts with respect to Captain Holdings Sarl - re: Kevin's query | 6 | 23,50 | 28,80 |
| 1900 | 29/04/2010 | JEB | Drawing email to Kevin addressing his questions and transmission of 2007 accounts of Captain Holdings Sarl | 6 | 23,50 | 28,80 |
| 1900 | 29/04/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduciaires) - transmission of several documents by the domiciliation agent of Lehman Luxembourg entities | 6 | 23,50 | 28,80 |
| 1900 | 30/04/2010 | JEB | Study of the file : email of K. Woolford -re: queries as regards denunciation of registered offices of Captain Holdings Sàrl | 6 | 23,50 | 28,80 |
| 1900 | 30/04/2010 | JEB | Correspondence with Kevin - re: answer to possible consequences of denunciation of registered offices of Captain Holdings Sàrl | 6 | 23,50 | 28,80 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Total fee | 2 106,60 | 2 679,98 |
| | | | **Paid expenses** | | |
| | | | Printing and photocopying - 388 pages at 0,12€ / page | 46,56 | 57,06 |
| | | | **Total paid expenses** | **46,56** | **57,06** |
| | | | | | |
| | | | **Paid disbursements** | | |
| | | | Frais d'envoi TNT du 31/03/2010 | 401,99 | 492,64 |
| | | | Demande d'extrait au Registre de Commerce du 22/04/2010 | 23,96 | 29,39 |
| | | | Demande d'extrait au Registre de Commerce du 30/04/2010 | 2,88 | 3,53 |
| | | | Demande d'extrait au Registre de Commerce du 30/04/2010 | 17,75 | 21,75 |
| | | | **Total paid disbursements** | **446,60** | **547,31** |
| | | | | | |
| | | | **TOTAL FEE NOTE** | **2 598,16** | **3 184,05** |

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 12 | 47,00 | 57,60 |
| RB | Rina BREININGER | 54 | 346,50 | 424,64 |
| | | 66 | 393,50 | 482,23 |

| File | 301206 | | LBHI - Lehman Brothers Luxembourg Investments S.à r.l. | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 13/04/2010 | JEB | Study of the file : email of Juliette Belcht (GT Fiduciaires) and enclosed email of Laura Delfavero (assistant of M. Ricci) - re: resignation of P. Ricci as manager of Lehman Brothers Luxembourg Investments S.à r.l. | 6 | 23,60 | 28,80 |
| 1900 | 20/04/2010 | RB | Study of the file mail of EY Lux (regarding actual stage of 2007 accounts) | 12 | 77,00 | 94,36 |
| 1900 | 30/04/2010 | JEB | Correspondance with John Keen - re: outstanding invoice of Ernst & Young | 6 | 23,50 | 28,80 |
| 1900 | 30/04/2010 | RB | Study of the file documents (tax reminders/invoices) transmitted to us by domiciliatary agent | 18 | 115,50 | 141,55 |
| 1900 | 30/04/2010 | RB | Correspondance with EY Luxembourg asking confirmation by EY that 2007 accounts and EY report are actually ready and to be submitted immediately after payment of EY invoice | 12 | 77,00 | 94,36 |
| 1900 | 30/04/2010 | RB | Study of the file mail of EY Luxembourg (regarding status of 2007 accounts and audit report) | 12 | 77,00 | 94,36 |
| | | | **Total fee** | | 393,50 | 482,23 |
| | | | **TOTAL FEE NOTE** | | 393,50 | 482,23 |

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 132 | 517,00 | 633,58 |
| RB | Rina BREININGER | 18 | 115,50 | 141,55 |
| | | 150 | 632,50 | 775,13 |

| File | 301682 | | LBHI - Queensbridge House - Joint Venture Agreement Detail of our fee note | | | |
|------|--------|---|------|---|---|---|
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2300 | 12/04/2010 | JEB | Study of the file : email of Milena Radoycheva (Gibson Dunn) requesting a review of two draft Luxembourg law governed share sale and purchase agreements in relation to the Luxembourg JV entity | 6 | 23,50 | 28,80 |
| 2300 | 12/04/2010 | JEB | Study of the file : quick review of the actual stage of the file (quick review of emails and documents exchanged) - re: review of two draft Luxembourg law governed share sale and purchase agreements in relation to the Luxembourg JV entity | 72 | 282,00 | 345,59 |
| 2300 | 12/04/2010 | JEB | Drawing comments/amendments to both draft Luxembourg law governed share sale and purchase agreements in relation to the Luxembourg JV entity | 48 | 188,00 | 230,39 |
| 2300 | 12/04/2010 | JEB | Correspondance with Milena - re: transmission of comments/amendments to both Luxembourg law governed SPA | 6 | 23,50 | 28,80 |
| 2300 | 12/04/2010 | RB | Review/Analysis of amendments to both Luxembourg law governed SPA in relation to the Luxembourg JV entity | 18 | 115,50 | 141,55 |
| | | | **Total fee** | | **632,50** | **775,13** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **632,50** | **775,13** |

File  301684
      11446

LBHI - Marseille - Sun & Moon 2010
Detail of our fee note

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 6 | 23,50 | 28,80 |
| RB | Rina BREININGER | 180 | 1 155,00 | 1 415,45 |
| | | 186 | 1 178,50 | 1 444,25 |

| File | 301684 | | LBHI - Marseille - Sun & Moon 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2600 | 07/04/2010 | RB | Study of the file review of mail of WGM Paris and latest draft term sheet | 42 | 269,50 | 330,27 |
| 2600 | 07/04/2010 | RB | Tel. conversation with WGM Paris | 18 | 115,50 | 141,55 |
| 2600 | 07/04/2010 | RB | Study of the file mail of WGM Paris asking for a conf call | 6 | 38,50 | 47,18 |
| 2600 | 07/04/2010 | RB | Correspondance with WGM Paris - re:confirmation of conf call | 6 | 38,50 | 47,18 |
| 2600 | 08/04/2010 | RB | Tel. conversation with WGM Paris and Catherine Webster (regarding securities to be taken under financing) | 24 | 154,00 | 188,73 |
| 2600 | 09/04/2010 | RB | Study of the file mail of WGM Paris | 6 | 38,50 | 47,18 |
| 2600 | 09/04/2010 | RB | Correspondance with WGM Paris | 6 | 38,50 | 47,18 |
| 2600 | 09/04/2010 | RB | Study of the file review of the explanatory mail sent by Catherine further to call | 18 | 115,50 | 141,55 |
| 2600 | 09/04/2010 | RB | Study of the file mail of WGM Paris regarding their understanding of the mail of Catherine | 12 | 77,00 | 94,36 |
| 2600 | 09/04/2010 | RB | Tel. conversation with WGM Paris (regarding one level/two level securities structure) | 42 | 269,50 | 330,27 |
| 2600 | 23/04/2010 | JEB | Study of the file : email of JC David -re: cost to set up a securitization vehicule in Luxembourg | 6 | 23,50 | 28,80 |
| | | | **Total fee** | | 1 178,50 | 1 444,25 |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 78 pages at 0,12€ / page | | 9,36 | 11,47 |
| | | | Total paid expenses | | 9,36 | 11,47 |
| | | | **TOTAL FEE NOTE** | | 1 187,86 | 1 455,72 |

from April 1, 2010
to April 30, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1734 | 6 791,50 | 8 322,98 |
| JG | Jacqueline GELESCHUS | 408 | 1 190,00 | 1 458,35 |
| RB | Rina BREININGER | 186 | 1 193,50 | 1 462,63 |
| | | 2328 | 9 175,00 | 11 243,96 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2010 | | | |
| | | to | April 30, 2010 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 01/04/2010 | JEB | Drawing draft explanations email to Brandon Deal (BrownGreer) as regards our assignment/firm/billing procedure... | 54 | 211,50 | 259,19 |
| 4600 | 01/04/2010 | JEB | Review/Analysis of draft first interim fee application (including all calculations therein) | 300 | 1 175,00 | 1 439,96 |
| 4600 | 01/04/2010 | JEB | Drawing /updating and finalising interim fee application | 180 | 705,00 | 863,98 |
| 4600 | 01/04/2010 | JEB | Tel. conversation with Candace Arthur and Jennifer Sapp (WGM US) - re: interim fee application - re: filing and serving issue and way to proceed for a non US firm | 12 | 47,00 | 57,60 |
| 4600 | 01/04/2010 | JEB | Correspondance with Candace - re: draft interim fee application | 12 | 47,00 | 57,60 |
| 4600 | 01/04/2010 | RB | Drawing finalisation of email to be addressed to Brandon Deal (BrownGreer) and sending out | 18 | 115,50 | 141,55 |
| 4600 | 02/04/2010 | JEB | Study of the file : email of Candace - re: draft interim fee application - re: USD issue | 6 | 23,50 | 28,80 |
| 4600 | 02/04/2010 | JEB | Review/Analysis of of the Bankruptcy General Order 388 further to Candace email | 18 | 70,50 | 86,40 |
| 4600 | 02/04/2010 | JEB | Correspondance with  Candace - re: draft interim fee application - re: USD issue | 12 | 47,00 | 57,60 |
| 4600 | 08/04/2010 | RB | Study of the file email exchange with Candace Arthur (WGM ) regarding application and contact to be made with Fee Committee | 36 | 231,00 | 283,09 |
| 4600 | 08/04/2010 | JG | Drawing /updating  First Interim Fee Application relating to the period from June 1, 2009 trough January 31, 2010 further to information that all amounts requested therein must be converted in USD in accordance with Bankruptcy General Order 388 | 180 | 525,00 | 643,39 |
| 4600 | 09/04/2010 | RB | Correspondence with Camille Biros (LBHI Fee Committee) regarding our introduction as Special Counsel of LBHI | 18 | 115,50 | 141,55 |
| 4600 | 12/04/2010 | JEB | Review/Analysis of all the USD converted amounts in the Interim Fee Application in view of finalization and sending out of the document | 66 | 258,50 | 316,79 |
| 4600 | 12/04/2010 | JEB | Correspondence with Candace Arthur - re: interim fee application - re: transmission of executed version for filing | 6 | 23,50 | 28,80 |
| 4600 | 13/04/2010 | JEB | Study of the file :email of Camille Biros (Fee Committe) - re: Fee Committee requirements for the purposes of fee application review (request to have all fees&expenses entries converted into USD - Uniform Billing Codes) | 6 | 23,50 | 28,80 |
| 4600 | 14/04/2010 | JEB | Correspondence with Fee Committee (C. Biros) - re: time & expenses in Excel format - re: Uniform Billing Codes - re: applicability to KCKG | 12 | 47,00 | 57,60 |
| 4600 | 16/04/2010 | JG | Drawing draft of the summary page to KCKG's monthly statement as regards March 2010 | 90 | 262,50 | 321,69 |
| 4600 | 19/04/2010 | RB | Study of the file mail exchange regarding final (submitted) first interim application | 18 | 115,50 | 141,55 |
| 4600 | 20/04/2010 | JEB | Préparation and finalisation of the 27 invoices (relating to February monthly statement) in excel format as epr Fee Committe's request | 258 | 1 010,50 | 1 238,37 |
| 4600 | 20/04/2010 | JEB | Correspondence with C. Biros (Fee Committee) - transmission of 27 invoices in the requested excel format | 6 | 23,50 | 28,80 |
| 4600 | 22/04/2010 | JEB | Préparation of the invoices to be included in the March monthly statement | 318 | 1 245,50 | 1 526,36 |
| 4600 | 23/04/2010 | JEB | Study of the file : email of Brandon Deal (BrownGreer) - re: request to get all amounts of fees&expenses  in the invoices converted in USD | 6 | 23,50 | 28,80 |
| 4600 | 23/04/2010 | JEB | Drawing email to Brandon Deal -re: conversion of invoices into USD -re: exchnage rates to be used -re : issue as regards applicability to February monthly statement | 24 | 94,00 | 115,20 |
| 4600 | 23/04/2010 | JEB | Study of the file : email of C. Biros (Fee Committe) - re: confirmation of exchange rates to be used | 6 | 23,50 | 28,80 |
| 4600 | 23/04/2010 | JG | Drawing modified version of the cover sheet for KCKG's monthly statement respective to March 2010 further to Brandon Deal's request to have all fees&expenses entries converted into USD | 72 | 210,00 | 257,36 |
| 4600 | 23/04/2010 | RB | Review/Analysis of review of the mail exchange between Jérôme, Brandon Deal and Camille Biros reagrding exchange rate to be retained in various submission of fee applications | 18 | 115,50 | 141,55 |
| 4600 | 26/04/2010 | JEB | Drawing /amending the 27 invoices of February Statement in order to include the USD conversion further to Fee Committee's request // | 90 | 352,50 | 431,99 |
| 4600 | 26/04/2010 | JEB | Correspondence with Fee Committee - re: February Monthly Statement invoices USD converted | 6 | 23,50 | 28,80 |
| 4600 | 27/04/2010 | RB | Review/Analysis of review of March statements and invoices | 24 | 154,00 | 188,73 |
| 4600 | 28/04/2010 | JEB | Drawing /finalising March invoices / monthly statement (including task codes and USD converted amounts) | 330 | 1 292,50 | 1 583,96 |
| 4600 | 28/04/2010 | JEB | Correspondence with C. Biros and B. Deal - re: March monthly statement | 6 | 23,50 | 28,80 |
| 4600 | 28/04/2010 | JG | Drawing /finalising cover sheet of KCKG's monthly statement respective to March 2010 | 66 | 192,50 | 235,91 |
| 4600 | 28/04/2010 | RB | Review/Analysis of of amending new task codes to be referred to in our March invoices | 48 | 308,00 | 377,45 |
| 4600 | 29/04/2010 | RB | Study of the file mail to Camille Biros and Brandon Deal regarding March 2010 invoicing | 6 | 38,50 | 47,18 |
| | | | Total fee | | 9 175,00 | 11 243,98 |
| | | | Paid expenses | | | |
| | | | Printing and photocopying - 425 pages at 0,12€ / page | | 51,00 | 62,50 |
| | | | Total paid expenses | | 51,00 | 62,50 |
| | | | TOTAL FEE NOTE | | 9 226,00 | 11 306,46 |

<u>Re:</u>    **Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period May 1, 2010 through May 31, 2010 (the "Statement Period").**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), KLEYR GRASSO ASSOCIES ("KCKG"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period May 1, 2010 through May 31, 2010 (the "May Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of June 18, 2010.

I.    **Itemization of Services Rendered by KCKG Personnel for the Statement Period.**

A.    The hours spent during the Statement Period for which KCKG seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 11:42 | € 4,504.50 | $ 5,572,97 |
| Marc Kleyr Partner | 1991 | € 385.- | 1:18 | € 500.50 | $ 619.22 |
| Jérôme Burel, Associate | 2005 | € 235.- | 26:48 | € 6,298.- | $ 7,791.89 |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 2:12 | € 385.- | $ 476.32 |
| Katia Bartholomé, Associate | 2009 | € 175.- | 7:36 | € 1,330.- | $ 1,645.48 |
| **TIME CHARGES TOTAL:** | | | 49:36 | € 13,018.- | $ 16,105.87 |

B.    The time records, in the form of formal invoices of KCKG are attached hereto as Exhibit A (the "Invoices"). KCKG has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of each task performed by KCKG professionals associated with such services.

II.    **Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.**

KCKG is seeking reimbursement for disbursements for the Statement Period in the amount of € 332.01/ $ 410.76.

KCKG is seeking reimbursement for expenses for the Statement Period in the amount of € 114.82/ $ 142.06

III.    **Total Fees, Disbursements and Expenses Sought for the Statement Period.**

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements incurred for the Statement Period is as follows:

Total Fees: € 13,018.-/ $ 16,105.87
Total Disbursements: € 332.01/ $ 410.76
Total Expenses: € 114.82/ $ 142.06

**TOTAL:** € 13,464.83/ $ 16,658.69

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KCKG for the Statement Period, after adjusting for the twenty percent (20%) holdback, is € 10,861.23/ $ 13,437.51.

LBM - Luxembourg Trading Finance S.à.r.l. / Subsidiaries

from May 1, 2010
to May 31, 2010

**Total per lawyer**

Detail of our fee 1.20
Pg 81 of 120

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--|------|------|------|
| JEB | Jérôme BUREL | 54 | 211,50 | 261,67 |
| RB | Rina BREININGER | 12 | 77,00 | 95,26 |
| | | 66 | 288,50 | 356,93 |

| File | | | Doc 18M/4 Luxembourg Finance Scrl 03/30/10 18:02:11 | | | Main Document |
|---|---|---|---|---|---|---|

Details for period
from May 1, 2010
to May 31, 2010

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| | | | **Services provided** | | | |
| 1900 | 04/05/2010 | JEB | Correspondance with John and Abeer - re: date issue with respect to LTF, LRPLF1 and LRPLF2 board circular resolutions relating to Archstone transaction - re: effective date of the Luxembourg board circular resolutions with respect to the Archstone transaction - re: retroactive effect | 18 | 70,50 | 87,22 |
| 1900 | 04/05/2010 | JEB | Study of the file : email of Abeer Garousha and attached draft cover letter to be signed by John - re: Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance 1 S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. board circular | 12 | 47,00 | 58,15 |
| 1900 | 04/05/2010 | JEB | Drawing comments/amendments to draft cover letter - re: Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance 1 S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. board circular resolutions | 12 | 47,00 | 58,15 |
| 1900 | 04/05/2010 | JEB | Correspondance with Abeer and John - re :Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance 1 S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l. board circular resolutions | 6 | 23,50 | 29,07 |
| 1900 | 04/05/2010 | JEB | Correspondance with Abeer and John -re :Luxembourg Trading Finance S.à r.l., Luxembourg Residential Properties Loan Finance 1 S.àr.l. and Luxembourg Residential Properties Loan Finance 2 S.à r.l.board circular resolutions | 6 | 23,50 | 29,07 |
| 1900 | 05/05/2010 | RB | Study of the file review of the email-exchange between Abeer and Jérome regarding Archstone resolutions and of the letter to be signed by John Keen in his capacity as manager | 12 | 77,00 | 95,26 |
| | | | **Total fee** | | 288,50 | 356,93 |
| | | | **Paid disbursements** | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of original documents to Citi Bank NY (Att. Y. Brown) with respect to (i) Luxembourg Trading Finance S.à r.l., (ii) Luxembourg Finance S.à r.l. and (iii) Luxembourg Residential Properties Loan Finance 2 S.à r.l. | | 53,34 | 65,99 |
| | | .. | **Total paid disbursements** | | 53,34 | 65,99 |
| | | | **TOTAL FEE NOTE** | | 341,84 | 422,92 |

from May 1, 2010
to May 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 102 | 399,50 | 494,26 |
| RB | Rina BREININGER | 96 | 616,00 | 762,12 |
| | | 198 | 1 015,50 | 1 256,38 |

| File | 301162 | | | | | |
|------|--------|--|--|--|--|--|
| | | | | | | |
| | from | May 1, 2010 | | | | |
| | to | May 31, 2010 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2600 | 06/05/2010 | JEB | Study of the file : email of Bryan Drozda (WGM US) and quick review of enclosed executed proxies aimed to grant us access to the corporate files of the domiciliation agents of LB LUX RE Holding Sàrl and LBS Holdings S.à r.l. - in order to further assess their assets / liab | 12 | 47,00 | 58,15 |
| 1800 | 06/05/2010 | JEB | Study of the file : email of Christie Cleuet (Interconsult) and quick review of enclosed statements/invoices from the Lux. tax authorities with respect to Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 12 | 47,00 | 58,15 |
| 2600 | 06/05/2010 | RB | Study of the file mail exchange with Brian (WGM) regarding informations to be received from domiciliatary agents in relation with advances to Lux entities | 12 | 77,00 | 95,26 |
| 1800 | 06/05/2010 | RB | Study of the file short review of letters received from Lux Tax Administration with respect to the Brasstown entities | 12 | 77,00 | 95,26 |
| 1900 | 06/05/2010 | RB | Study of the file letter of PWC (regarding on-line availability of LB UK Re-liquidation report) | 6 | 38,50 | 47,63 |
| 1900 | 07/05/2010 | JEB | Study of the file : email of C. Cleuet (Interconsult) - re:letter from PWC addressed to Brasstown Mansfield I SCA | 6 | 23,50 | 29,07 |
| 2600 | 10/05/2010 | JEB | Correspondance with Alter Domus Luxembourg as domiciliation agent of LBS Holdings Sàrl in order to request a meeting with them in view to get access to their corporate files (for assessment of possibility to put securities in place over the assets of the company) | 12 | 47,00 | 58,15 |
| 2600 | 10/05/2010 | JEB | Tel. conversation with P. Murphy (Alter Domus) - re: request for supplemental information further to my email to her, in order to set a meeting in their offices - re: granting of promissory notes/securities by LBS Holdings S.à r.l. | 6 | 23,50 | 29,07 |
| 2600 | 10/05/2010 | RB | Study of the file mail exchange with Alter Domus (domiciliatary agent of LBS Holding) | 12 | 77,00 | 95,26 |
| 1900 | 19/05/2010 | JEB | Study of the file : email of Kevin requesting some documents in relation to Entrada II S.à r.l. | 6 | 23,50 | 29,07 |
| 2600 | 25/05/2010 | JEB | Tel. conversation with Mrs Murphy (Alter Domus) - re: meeting in order to discuss/inspect files of LBS Holdings Sàrl | 6 | 23,50 | 29,07 |
| 1900 | 25/05/2010 | JEB | Study of the file : email of Kevin Woolford regarding several queries with respect to Entrada II S.à r.l. and Luxembourg law requirements (tax creditors ranking, legal reserve,...) | 12 | 47,00 | 58,15 |
| 2600 | 25/05/2010 | JEB | Tel. conversation with Mrs. Murphy (Alter Domus) in order to arrange a meeting in their offices for review of their files regarding LBS Holdings Sàrl | 6 | 23,50 | 29,07 |
| 2600 | 26/05/2010 | JEB | Correspondance with P. Murphy (Alter Domus) - re: appointment with Alter Domus to check corporate files of LBS Holdings S.à r.l. | 6 | 23,50 | 29,07 |
| 1800 | 27/05/2010 | RB | Review/Analysis of letter and statement of accounts received from Lux Tax Administration in relation with Brasstown Mansfield I SCA in liquidation | 12 | 77,00 | 95,26 |
| 1800 | 27/05/2010 | RB | Drawing draft letter to be adressed to Lux Tax Administration- in order to avoid any enforcement measures in relation with their fiscal claim | 18 | 115,50 | 142,90 |
| 1800 | 27/05/2010 | RB | Correspondance with mail to John Kean (requesting authorization to sent out the letter to Lux Tax Administration) | 12 | 77,00 | 95,26 |
| 2600 | 31/05/2010 | JEB | Correspondance with Alter Domus (domiciliation agent of LBS Holdings S.à r.l.) - re: appointment of 4 June at their premises - re: purposes and requested documents | 18 | 70,50 | 87,22 |
| 1800 | 31/05/2010 | RB | Study of the file mail exchange between Katia and Kevin (LB) regarding privilige of tax administration and other questions.... | 12 | 77,00 | 95,26 |
| | | | Total fee | | 1 015,50 | 1 256,38 |
| | | | | | | |
| | | | Paid expenses | | | |
| | | | Printing and photocopying - 124 pages at 0,08€ / page | | 9,92 | 12,27 |
| | | | Total paid expenses | | 9,92 | 12,27 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 1 025,42 | 1 268,65 |

from May 1, 2010
to May 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|----------------------|------|----------|----------|
| JEB | Jérôme BUREL | 466 | 1 833,00 | 2 267,79 |
| JG | Jacqueline GELESCHUS | 132 | 385,00 | 476,32 |
| KB | Katia BARTHOLOME | 308 | 892,50 | 1 104,20 |
| MK | Marc KLEYR | 78 | 500,50 | 619,22 |
| RB | Rina BREININGER | 90 | 577,50 | 714,48 |
| | | 1074 | 4 188,50 | 5 182,01 |

Detail of Services

from May 1, 2010
to May 31, 2010

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| | | | Services provided | | | |
| 1900 | 04/05/2010 | JEB | Drawing long email to Kevin Woolford - re: explanations with respect to the various documents transmitted to him with respect to Captain Holdings S.à r.l. | 42 | 164,50 | 203,52 |
| 1900 | 04/05/2010 | JEB | Study of the file : email of Ken Schiff -re: follow-up domiciliation agrement for LB River S.à r.l. | 6 | 23,50 | 29,07 |
| 1900 | 04/05/2010 | KB | Legal research re: date of the effect of the termination of a contract of domiciliation | 60 | 175,00 | 216,51 |
| 1900 | 05/05/2010 | JEB | Study of the file : email of J. Belcht (GT Fiducaire) and enclosed correspondance from PWC with respect to the Administration of Lehman Brothers International (Europe) | 6 | 23,50 | 29,07 |
| 1900 | 05/05/2010 | JEB | Review/Analysis of in details of certain points of the draft domiciliation and services agreements received from Ken with respect to specific Lux. law requirements for domiciliation of companies | 96 | 376,00 | 465,19 |
| 1900 | 05/05/2010 | RB | Review/Analysis of review of the mail-exchange between Kevin, Fauzan and Jérôme regarding accessing of Luxembourg accounts | 18 | 115,50 | 142,90 |
| 1900 | 06/05/2010 | JEB | Drawing email to Ken Schiff (WGM London) - re: domiciliation agreements - re: explanations with respect to persons authorized under Luxembourg law to domicile companies | 24 | 94,00 | 116,30 |
| 1900 | 06/05/2010 | JEB | Study of the file : email of Abeer Garouscha (WGM London) - re: chart list of the A&M / Lehman directors on the board of several European Lehman companies -re: request for check and confirmation regarding Lux. companies | 6 | 23,50 | 29,07 |
| 1900 | 06/05/2010 | JG | Study of the file / recheck correspondence 2009 to deal with John's query as regards LBAM SGR: BoD of Lehman Brothers Luxembourg Investment S.a r.l. | 18 | 52,50 | 64,95 |
| 1900 | 06/05/2010 | JG | Study of the file / an e-mail from Abeer Garousha / re: chart that lists the A&M Lehman directors on the board of several European Lehman companies | 6 | 17,50 | 21,65 |
| 1900 | 06/05/2010 | JG | Review/Analysis of the available publications with the Luxembourg register of commerce and companies to re-check information as regards managers/directors of the Luxembourg entities included in the chart sent to us by Abeer Garousha | 66 | 192,50 | 238,16 |
| 1900 | 06/05/2010 | JG | Drawing / modified version of the chart sent to us by Abeer Garousha (update as regards Luxembourg entities) | 12 | 35,00 | 43,30 |
| 1900 | 06/05/2010 | JG | Drawing e-mail to Abeer Garousha in reply to her question with respect to chart that lists the A&M Lehman directors on the board of several European Lehman companies | 6 | 17,50 | 21,65 |
| 1900 | 06/05/2010 | RB | Study of the file mail exchange with Ken Schiff (regarding domiciliation agreements to be signed by Lux Lehman entities (LBRiver...) | 24 | 154,00 | 190,53 |
| 1900 | 06/05/2010 | RB | Study of the file review of updated LB Active European entity chart | 18 | 115,50 | 142,90 |
| 1900 | 07/05/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduclaire) - re: request to John Keen to inform third party contacts of the transfer of th registered offices of Lehman Brothers Helsinki Holdings sàrl, Luxembourg Trading Finance sàrl,Luxembourg Residential Properties Loan Finan | 6 | 23,50 | 29,07 |
| 1900 | 07/05/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduclaire) - re: request to John Keen to inform third party contacts of the transfer of th registered offices of Lehman Brothers Helsinki Holdings sàrl, Luxembourg Trading Finance sàrl,Luxembourg Residential Properties Loan Finan | 6 | 23,50 | 29,07 |
| 1900 | 11/05/2010 | JEB | Study of the file email of Kevin Woolfrod -re: queries regarding current situation of Lehman Brothers Captain No1 Luxembourg S.à r.l. - registered office - management | 6 | 23,50 | 29,07 |
| 1900 | 11/05/2010 | JEB | Review/Analysis of our files and recently published information in relation to Lehman Brothers Captain No1 Luxembourg S.à r.l. in order to deal with Kevin's request | 18 | 70,50 | 87,22 |
| 1900 | 11/05/2010 | JEB | Drawing email to Kevin - re: answer to his queries regarding Lehman Brothers Captain No1 Luxembourg S.à r.l. | 12 | 47,00 | 58,15 |
| 2800 | 11/05/2010 | MK | Tel. conversation with Jacques Delvaux and Laurent Fisch / re.: termination agreement for the positions between LBIN and LBLEF / | 18 | 115,50 | 142,90 |
| 2800 | 11/05/2010 | MK | Drawing e-mail to J Keen / re.: termination agreement for the positions between LBIN and LBLEF / | 6 | 38,50 | 47,63 |
| 1900 | 12/05/2010 | RB | Study of the file e-mail exchange with Kevin Woolford regarding LB Captain 1 S.à r.l. | 12 | 77,00 | 95,26 |
| 1900 | 17/05/2010 | JEB | Study of the file : email of Rae Parsons (LBHI) and quick review of enclosed Partnership agreemnt -re: Coeur Defense transaction - re: amendment to GP Holding Partnership | 18 | 70,50 | 87,22 |
| 1900 | 17/05/2010 | JEB | Correspondence with Rae Parsons (LBHI) -re: Coeur Defense transaction - re: amendment to GP Holding Partnership | 12 | 47,00 | 58,15 |
| 2000 | 17/05/2010 | JEB | Study of the file : email of J. Belcht (GT Fiduclaire) and quick review of enclosed Debtor's motion in relation to Archstone restructuring | 18 | 70,50 | 87,22 |
| 1900 | 17/05/2010 | JEB | Study of the file : emails of Blendine Davies (WGM London) and Rae Parsons and quick review of numerous enclosed documents in relation to River and Impact restructuring (structure chart, step plan, US new entity approval form...) | 72 | 282,00 | 348,89 |
| 2000 | 17/05/2010 | JEB | Study of the file :further email of Rae Parsons requesting a fee estimate for River & Impact restructuring | 6 | 23,50 | 29,07 |
| 2000 | 18/05/2010 | JEB | Study of the file email of Rae Parsons - re: request for a call in reaition to possible amendments to US new entity approval form | 6 | 23,50 | 29,07 |
| 2000 | 18/05/2010 | JEB | Correspondence with Rae - re: request for a call in reaition to possible amendments to US new entity approval form | 6 | 23,50 | 29,07 |
| 2000 | 18/05/2010 | JEB | Drawing comments to the US new entity approval form provided for by Rae Parsons | 12 | 47,00 | 58,15 |
| 2000 | 18/05/2010 | JEB | Drawing long explanation email to Rae - re: scope of work, US new entity approval form adapted to Lux. enlitees | 24 | 94,00 | 116,30 |
| 2000 | 18/05/2010 | RB | Study of the file email exchange between Davies, Rae and Jérôme regarding Project River & Impact | 18 | 115,50 | 142,90 |
| 2000 | 19/05/2010 | JEB | Correspondance with Rae Parsons - re: requested fee estimate in relation to review work on River / Impact restructuring | 12 | 47,00 | 58,15 |
| 1800 | 19/05/2010 | JEB | Study of the file : email of Kevin Woolford - re: Lehman Brothers Captain No 2 Luxembourg Sarl - queries as regards need to file tax declaration and annual accounts | 12 | 47,00 | 58,15 |
| 1800 | 19/05/2010 | JEB | Study of the file : further email of Rae and quick review of enclosed documents (revised new entity approval form, PoA, EGM, SPA for Luxembourg company..) | 30 | 117,50 | 145,37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2800 | 19/05/2010 | MK | Review/Analysis of e-mail from J Delvaux dated 18 May 2010 re.: termination agreement for the positions between LBIN and LBLEF /e-mail from J Delvaux dated 18 May 2010 re.: termination agreement for the positions between LBIN and LBLEF / | 6 | 38,50 | 47,63 |
| 2800 | 19/05/2010 | MK | Drawing e-mail to J Keen / re.: termination agreement for the positions between LBIN and LBLEF / | 6 | 38,50 | 47,63 |
| 1900 | 20/05/2010 | JEB | Study of the file : emails of J. Belcht and John Keen regarding outstanding invoices | 6 | 23,50 | 29,07 |
| 1900 | 20/05/2010 | JG | Study of the file / e-mail Fauzan re: Lehman Brothers Luxembourg Investments Sàrl - bank account with Citibank Korea - transfer of funds | 6 | 17,50 | 21,65 |
| 2000 | 20/05/2010 | JG | Study of the file / e-mail Jean-Christophe David (WGM France) re: Dame Luxembourg Sàrl - tierce opposition Eurotitrisation | 6 | 17,50 | 21,65 |
| 1800 | 20/05/2010 | KB | Legal research re: necessity to file a tax return by a company voluntary dissolved prior to the end of the fiscal year | 66 | 192,50 | 238,16 |
| 1900 | 25/05/2010 | JG | Study of the file / e-mail from John Keen/ re: Lehman Brothers Luxembourg Investments Sàrl - publication of the resignation of Piero Ricci | 6 | 17,50 | 21,65 |
| 1900 | 25/05/2010 | JG | Drawing e-mail to John Keen to answer his question regarding Lehman Brothers Luxembourg Investments Sàrl - publication of the resignation of Piero Ricci | 6 | 17,50 | 21,65 |
| 2800 | 25/05/2010 | MK | Review/Analysis of e-mail from J Keen dated 20 May 2010 // re.: termination agreement for the positions between LBIN and LBLEF / | 6 | 38,50 | 47,63 |
| 2800 | 25/05/2010 | MK | Drawing e-mail response to J Keen // re.: termination agreement for the positions between LBIN and LBLEF / | 12 | 77,00 | 95,26 |
| 1800 | 26/05/2010 | KB | Research re in all the tax documents of Entrada II if there was eventually an exchange rate agreed with Luxembourg Tax Administration further to Kevin's request | 90 | 262,50 | 324,77 |
| 1900 | 26/05/2010 | KB | Legal research re: necessity to approve the annual accounts if a company is voluntary dissolved before the end of the accounting year | 90 | 262,50 | 324,77 |
| 2800 | 26/05/2010 | MK | Review/Analysis of e-mail from J Keen dated 26 May 2010 and e-mail response // re.: termination agreement for the positions between LBIN and LBLEF / | 6 | 38,50 | 47,63 |
| 2800 | 26/05/2010 | MK | Drawing e-mail letter to the bankruptcy receiver of LBLEF // re.: termination agreement for the positions between LBIN and LBLEF / copy J Keen | 18 | 115,50 | 142,90 |
| 2000 | 27/05/2010 | JEB | Study of the file : email of Rae Parsons (LBHI) - re: Project River & Impact | 6 | 23,50 | 29,07 |
| | | | **Total fee** | | **4 188,50** | **5 182,01** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Online legal research (LexisNexis, Dalloz, Legicorp...) | | 8,50 | 10,52 |
| | | | Printing and photocopying - 390 pages at 0,08€ / page | | 31,20 | 38,60 |
| | | | **Total paid expenses** | | **39,70** | **49,12** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **4 228,20** | **5 231,13** |

from May 1, 2010
to May 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 324 | 1 269,00 | 1 570,01 |
| RB | Rina BREININGER | 324 | 2 079,00 | 2 572,14 |
| | | 648 | 3 348,00 | 4 142,15 |

from May 1, 2010
to May 31, 2010

**Services provided**

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1900 | 06/05/2010 | JEB | Study of the file email of John Keen and quick review of enclosed minutes of board of managers of LBLI - re: necessity to held a new board meeting with respect to the acknowledgement of the moral requirements of new managers in LBLI - requirement pursuant to Italian law (as | 12 | 47,00 | 58,15 |
| 1900 | 06/05/2010 | JEB | Correspondance with John Keen - re: necessity to held a new board meeting with respect to the acknowledgement of the moral requirements of new managers in LBLI - requirement pursuant to Italian law (as LBLI holds LBAM Sgr shares) - explanations as to the way it has been dealt | 18 | 70,50 | 87,22 |
| 1900 | 06/05/2010 | RB | Study of the file mail exchange between Jérôme and Ken (regarding appointment of managers in LBAM and required Lux resolutions) | 12 | 77,00 | 95,26 |
| 1900 | 17/05/2010 | RB | Study of the file mail of domiciliatary agent (regarding mandate of independent manager) | 12 | 77,00 | 95,26 |
| 1900 | 17/05/2010 | RB | Correspondance with domiciliatary agent (regarding mandate of independent manager) | 6 | 38,50 | 47,63 |
| 1900 | 18/05/2010 | JEB | Study of the file : email of J. Bolchi (GT Fiduciaire) and quick review of enclosed letter of Bank of America Merrill Lynch, adddressed to Lehman Brothers Luxembourg Investments S.à r.l. | 12 | 47,00 | 58,15 |
| 1900 | 19/05/2010 | JEB | Study of the file : email of John requesting urgent review of draft board minutes and quick review thereof - re: Acknowledgement of the moral requirements of the of the members of the Board of managers - | 12 | 47,00 | 58,15 |
| 1900 | 19/05/2010 | RB | Study of the file mail of Domiciliatary agent and letter of Bank of Amnerica (distressed debt purchase) | 6 | 38,50 | 47,63 |
| 1900 | 20/05/2010 | JEB | Drawing comments/changes to draft board minutes - re: Acknowledgement of the moral requirements the of the members of the Board of managers - | 18 | 70,50 | 87,22 |
| 1900 | 20/05/2010 | JEB | Study of the file : email of Fauzan requesting requisite documentation authorising the transfer of 45Mio owned by LBLI out of Citi Bank Korea account | 6 | 23,50 | 29,07 |
| 1900 | 20/05/2010 | JEB | Study of the file : email of Fauzan requesting requisite documentation authorising the transfer of 45Mio owned by LBLI out of Korea | 6 | 23,50 | 29,07 |
| 1900 | 25/05/2010 | JEB | Study of the file : email of John - re: resignation of Mr. Ricci as manager and relevant publication | 6 | 23,50 | 29,07 |
| 1900 | 25/05/2010 | JEB | Study of the file : email of John and quick review of enclosed drafts (shareholder's resolution, management report, board minutes) - re: 2007 annual accounts | 24 | 94,00 | 116,30 |
| 1900 | 26/05/2010 | JEB | Drawing amendments to draft shareholder's resolution and board minutes - re: annual accounts 2007 | 6 | 23,50 | 29,07 |
| 1900 | 26/05/2010 | JEB | Correspondance with Fauzan - re: annual accounts 2007 re: draft documentation and filing formalities | 12 | 47,00 | 58,15 |
| 1900 | 26/05/2010 | JEB | Study of the file : emails of Fauzan and Janet Birney -re: request for documents in relation to the opening of a new account in the US for Lehman Brothers Luxembourg Investments Sàrl | 6 | 23,50 | 29,07 |
| 1900 | 26/05/2010 | JEB | Study of the file : email of Fauzan - re: urgent request to transfer funds held in LBLI account out of Korea | 6 | 23,50 | 29,07 |
| 1900 | 26/05/2010 | JEB | Drawing updated email/documents for Fauzan in order to take into account the urgent need to transfer the funds out of Korea | 18 | 70,50 | 87,22 |
| 1900 | 26/05/2010 | JEB | Study of the file email of Fauzan - re: transfer of the funds from LBLI to LBHI as a short term loan - re: request for draft board minutes | 6 | 23,50 | 29,07 |
| 1900 | 26/05/2010 | JEB | Drawing draft board minutes further to Fauzan's request email of Fauzan - re: transfer of the funds from LBLI to LBHI as short term loan - | 54 | 211,50 | 261,67 |
| 1900 | 26/05/2010 | JEB | Drawing draft email to Fauzan - re: transfer of the funds as short term loan - | 24 | 94,00 | 116,30 |
| 1900 | 26/05/2010 | RB | Review/Analysis of review of mail exchange between Jérôme and Fauzan (regarding approval of 2007 accounts and transfer from Korea to LBHI trust account) and the draft resolutions referring thereto | 24 | 154,00 | 190,53 |
| 1900 | 26/05/2010 | RB | Study of the file mail exchange with Fauzan regrading opening of new account | 12 | 77,00 | 95,26 |
| 1900 | 27/05/2010 | JEB | Internal meeting between / with Rina - re: transfer of funds out of Korea -re: eventual loan to LBHI - re: issues | 12 | 47,00 | 58,15 |
| 1900 | 27/05/2010 | JEB | Drawing draft board resolution with respect to opening of account with Citi US and provisional transfer of funds to Citi US third party account | 48 | 188,00 | 232,59 |
| 1900 | 27/05/2010 | JEB | Study of the file : emails exchange regarding issue with funds to be transferred out of Korea | 18 | 70,50 | 87,22 |
| 1900 | 27/05/2010 | RB | Study of the file mail of John regarding transfer of funds out of Korea | 12 | 77,00 | 95,26 |
| 1900 | 27/05/2010 | RB | Correspondance with John - Korean transfer | 6 | 38,50 | 47,63 |
| 1900 | 27/05/2010 | RB | Internal meeting between /Jérôme regarding transfer from Korea | 12 | 77,00 | 95,26 |
| 1900 | 27/05/2010 | RB | Review/Analysis of review of the subordinated loan Luxinvest/LBHI and balance sheet 2007 (debt UK RE) | 42 | 269,50 | 333,43 |
| 1900 | 27/05/2010 | RB | Tel. conversation with Fauzan (transfer from Korea/Lux aspects) | 18 | 115,50 | 142,90 |
| 1900 | 27/05/2010 | RB | Correspondance with John Keen (suggestions regarding Korean transfer) | 48 | 308,00 | 381,06 |
| 1900 | 27/05/2010 | RB | Study of the file various mails of John/Fauzan regarding Korean transfer | 42 | 269,50 | 333,43 |
| 1900 | 27/05/2010 | RB | Drawing draft resolution of Lux Investment based on explanations recieved from John/Fauzan | 48 | 308,00 | 381,06 |
| 1900 | 27/05/2010 | RB | Correspondance with client (Korean transfer) | 12 | 77,00 | 95,26 |
| 1900 | 28/05/2010 | RB | Study of the file mail of Fauzan (Korean transfer) | 6 | 38,50 | 47,63 |
| 1900 | 31/05/2010 | RB | Study of the file mail of John Keen (conf call) -re: issue with the trasnfer of funds out of Korea | 6 | 38,50 | 47,63 |
| | | | **Total fee** | | 3 348,00 | 4 142,15 |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 275 pages at 0,08€ / page | | 22,00 | 27,22 |
| | | | **Total paid expenses** | | 22,00 | 27,22 |
| | | | **Paid disbursements** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Invoice Luxembourg Trade and Companies Register... Willowbridge... Enterprises Luxembourg Investments S.à r.l. has been registered for transmission to Citi Bank US (opening of new account for the company) | | 11,99 | 14,83 |
| | | | Total paid disbursements | | 11,99 | 14,83 |
| | | | TOTAL FEE NOTE | | 3 381,99 | 4 184,20 |

from May 1, 2010
to May 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 132 | 517,00 | 639,63 |
| KB | Katia BARTHOLOME | 150 | 437,50 | 541,28 |
| RB | Rina BREININGER | 150 | 962,50 | 1 190,81 |
| | | 432 | 1 917,00 | 2 371,71 |

File Doc 10774 Filed 06/16/10 Entered 06/16/10 13:02:11 Main Document

| File | 08-13555-mg | Doc 10774 | | | | |
|---|---|---|---|---|---|---|
| | | | from May 1, 2010 | | | |
| | | | to May 31, 2010 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2600 | 06/05/2010 | RB | Study of the file summary review of mail of WGM Paris and updated term sheet | 18 | 115,50 | 142,90 |
| 2600 | 07/05/2010 | KB | Legal research regarding exclusiv mandate to a third party for the exclusive management of a bank account/provisions to be respected (as foreseen in the revised term sheet) | 150 | 437,50 | 541,28 |
| 2600 | 11/05/2010 | JEB | Study of the file : emails of Christina Iliescu (WGM Paris) and Paul Coles (LBHI) - re: amended term sheet (new Hedging Loan) | 6 | 23,50 | 29,07 |
| 2600 | 11/05/2010 | JEB | Review/Analysis of revised term sheet | 48 | 188,00 | 232,59 |
| 2600 | 11/05/2010 | JEB | Study of the file : quick review of WGM comments/amendments to revised term sheet and various emails/additional comments of them in relation to the revised term sheet | 24 | 94,00 | 116,30 |
| 2600 | 11/05/2010 | JEB | Study of the file : several emails of Cath Webster and Nellie Camerik - re: deadline and approval procedure with respect to the term sheet | 18 | 70,50 | 87,22 |
| 2600 | 12/05/2010 | JEB | Correspondance with Cath Webster  and group - re: comments on revised term sheet | 6 | 23,50 | 29,07 |
| 2600 | 12/05/2010 | RB | Review/Analysis of review of the updated Sun&Moon term sheets transmitted by WGM Paris | 60 | 385,00 | 476,32 |
| 2600 | 12/05/2010 | RB | Study of the file mail exchange between WGM Paris/Paull Coles/Nellie Camerik and Catherine Webster regarding term sheet and dead line for filing of motion in relation with S&M term sheet | 42 | 269,50 | 333,43 |
| 2600 | 18/05/2010 | JEB | Study of the file : email of Cristina (WGM Paris) and quick review of enclosed revised term sheet | 12 | 47,00 | 58,15 |
| 2600 | 18/05/2010 | JEB | Correspondance with C. Iliescu (WGM Paris) -re: Luxembourg law provisions in relation to the capitalization of accrued interest | 12 | 47,00 | 58,15 |
| 2600 | 18/05/2010 | JEB | Study of the file : email of E. Henry (WGM Paris) -re: comments on the latest version of the term sheet | 6 | 23,50 | 29,07 |
| 2600 | 18/05/2010 | RB | Study of the file summary review of the mail of WGM and updated term sheets | 18 | 115,50 | 142,90 |
| 2600 | 18/05/2010 | RB | Study of the file mail exchange between WGM Paris and Jérôme regarding computation of Interest (art.1154 Civil Code) | 12 | 77,00 | 95,26 |
| | | | **Total fee** | | 1 917,00 | 2 371,71 |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 180 pages at 0,08€ / page | | 14,40 | 17,82 |
| | | | **Total paid expenses** | | 14,40 | 17,82 |
| | | | **TOTAL FEE NOTE** | | 1 931,40 | 2 389,53 |

LBH / Preparation Monthly Statements & Fee Applications
Detail of Paul fee note

from May 1, 2010
to May 31, 2010

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--------------------|-------------|------------|------------|
| JEB | Jérôme BUREL | 528 | 2 068,00 | 2 558,53 |
| RB | Rina BREININGER | 30 | 192,50 | 238,16 |
| | | 558 | 2 260,50 | 2 796,69 |

08-13555-mg    Doc 10774    Filed 08/16/10    Entered 08/16/10 13:02:11    Main Document

| File | 361776 | | Exh. 7 - Preparation Monthly Statements & Fee Applications <br> Detail of 34r fee note | | | |
|------|--------|--|------------------------------------------|--|--|--|
| | | | from May 1, 2010 | | | |
| | | | to May 31, 2010 | | | |
| | | | **Services provided** | | | |
| **Task Code** | **Date** | **Person** | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** |
| 4600 | 04/05/2010 | JEB | Correspondance with Arthur Candace - re: objection deadlines and payment requiremetns - payment under special counsel procedure in case no objection has been served - re: interpretation of US legal provisions | 24 | 94,00 | 116,30 |
| 4600 | 04/05/2010 | RB | Review/Analysis of mail to Candace (regarding 3rd Interim Compensation Order/monthly statements) | 12 | 77,00 | 95,26 |
| 4600 | 26/05/2010 | JEB | Préparation of April Invoices, in accordance with US Special Counsel Procedure requirements, excel format, including task codes, USD converted amounts,.... (start) | 108 | 423,00 | 523,34 |
| 4600 | 27/05/2010 | JEB | Préparation of April Invoices, in accordance with US Special Counsel Procedure requirements, excel format, including task codes, USD converted amounts,.... (rest and end) | 330 | 1 292,50 | 1 599,08 |
| 4600 | 27/05/2010 | JEB | Drawing Cover Sheet including all calculations for April monthly statement | 54 | 211,50 | 261,67 |
| 4600 | 27/05/2010 | RB | working in relation to finalisation of invoices- April 2010 Statement | 18 | 115,50 | 142,90 |
| 4600 | 28/05/2010 | JEB | Correspondance with C. Biros and B. Deal - re: April monthly statement | 12 | 47,00 | 58,15 |
| | | | **Total fee** | | **2 260,50** | **2 796,69** |
| | | | | | | |
| | | | **Paid expenses** | | | |
| | | | Printing and photocopying - 360 pages at 0,08€ / page | | 28,80 | 35,63 |
| | | | **Total paid expenses** | | **28,80** | **35,63** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of April Monthly Statement to all the Notice Parties in accordance with the Third Amended Interim Compensation Order | | 266,68 | 329,94 |
| | | | **Total paid disbursements** | | **266,68** | **329,94** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **2 555,98** | **3 162,26** |

**EXHIBIT C**

**LIST OF ALL OF THE MATTERS FOR WHICH SERVICES WERE RENDERED AND THE
AGGREGATE AMOUNT OF HOURS AND FEES EXPENDED FOR SUCH MATTERS
DURING THE INTERIM PERIOD**

| Project Category | Total Hours | Total Fees Requested in USD | Total Fees Requested in EUR |
|---|---|---|---|
| International Assets | 433:12 | $ 143,058.21 | € 108,054.- |
| Administrative (Special Counsel Procedure) | 50:54 | $ 16,100.76 | € 11,871.50 |
| Administrative (Preparation of Monthly Statements and Fee Applications) | 136:30 | $ 39,799.53 | € 30,883.50 |

**EXHIBIT D**

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL**
**FOR PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 385.- | 117:36 | $ 59,699.64 | € 45,276.- |
| Marc Kleyr, Managing Partner | 1991 | € 385.- | 18:42 | $ 9,556.19 | € 7,199.50 |
| Rosario Grasso, Partner | 1991 | € 385.- | 00:54 | $ 458,94 | € 346.50 |
| Jérôme Burel, Associate | 2005 | € 235.- | 223:12 | $ 68,521.69 | € 52,452.- |
| Jacqueline Geleschus, Associate | 2008 | € 175.- | 120:26 | $ 27,959.20 | € 21,105.- |
| Katia Bartholomé, Associate | 2009 | € 175.- | 139:36 | $ 32,762.84 | € 24,430.- |
| **TIME CHARGES TOTAL:** | | | 620:36 | $ 198,958.50 | € 150,809.- |

**Total Hours:**            620:36
**Total Fees:**             $ 198,958.50 (€ 150,809.00)
**Blended Hourly Rate:**    $ 311.53 (€ 243.00)

**EXHIBIT E**

**SUMMARY OF THE TYPES OF DISBURSEMENTS AND EXPENSES
FOR WHICH REIMBURSEMENT IS SOUGHT**

| February 2010 | in USD | in EUR |
|---|---|---|
| Printing and photocopying | $ 1,583.58 | € 1,165.68 |
| Long distance calls, facsimile and others telecommunication services costs | $ 44.28 | € 32.60 |
| Online Legal Research | $ 48.00 | € 65.21 |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 312.30 | € 229.89 |
| Total Disbursements and Expenses Billed: | $ 2,005.37 | € 1,476.17 |
| **March 2010** | | |
| Printing and photocopying | $ 451.85 | € 341.16 |
| Long distance calls, facsimile and others telecommunication services costs | $ 13.77 | € 10.40 |
| Online Legal Research | $ 68.88 | € 52.00 |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 246.03 | € 185.75 |
| Disbursements incurred with a Luxembourg public notary | $ 529.80 | € 400.00 |
| Total Disbursements and Expenses Billed: | $ 1,310.33 | € 989.31 |
| **April 2010** | | |
| Printing and photocopying | $ 155.74 | € 127.08 |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 189.34 | € 154.50 |
| Disbursements incurred with TNT (express delivery charges) | $ 492.64 | € 401.99 |
| Total Disbursements and Expenses Billed: | $ 837.72 | € 683.57 |
| **May 2010** | | |
| Printing and photocopying | $ 131.54 | € 106.32 |
| Online Legal Research | $ 10.52 | € 8.50 |

21

| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 11.99 | € 14.83 |
|---|---|---|
| Disbursements incurred with TNT (express delivery charges) | $ 395.93 | € 320.02 |
| Total Disbursements and Expenses Billed: | $ 552.82 | € 446.83 |
| **Total Interim Period** | | |
| Printing and photocopying | $ 2,322.71 | € 1,740.24 |
| Long distance calls, facsimile and others telecommunication services costs | $ 58.05 | € 43.00 |
| Online Legal Research | $ 144.61 | € 108.50 |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 762.50 | € 582.13 |
| Disbursements incurred with a Luxembourg public notary | $ 529.80 | € 400.00 |
| Disbursements incurred with TNT (express delivery charges) | $ 888.57 | € 722.01 |
| Total Disbursements and Expenses Billed: | $ 4,706.24 | € 3,595.88 |

**<u>EXHIBIT F</u>**

**CERTIFICATION OF Rina Breininger**

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

------------------------------x

**CERTIFICATION UNDER**
**GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONALS IN RESPECT OF SECOND INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

I, Rina Breininger, hereby certify that:

1.    I am a partner of the applicant firm of KLEYR GRASSO ASSOCIES ("Kleyr
Grasso"), special counsel to the debtors and debtors in possession in above-captioned chapter
11 cases. I submit this certification with respect to Kleyr Grasso's compliance with the United
States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of
Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"),
General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in
Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009
(the "Local Guidelines"), the Third Amended Order Pursuant to Sections 105( a) and 331 of the
Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly
Compensation of Professionals, entered in these cases on June 25, 2009 (the "Interim
Compensation Order"), and the fee committee guidelines established pursuant to the Fee
Committee Report Pertaining to the First Interim Fee Applications of All Retained Professionals
entered on August 3, 2009 (the "Fee Committee Guidelines" and, collectively with the Interim

Compensation Order, the UST Guidelines and the Local Guidelines, the "Guidelines").

2.      This Certification is made in connection with the Second Interim Application of Kleyr Grasso for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors (the "Second Interim Application") for the Period from and including February 1, 2010 through May 31, 2010 (the "Interim Period"), in accordance with the Guidelines.

3.      In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor to the best of my knowledge any lawyer of my firm has entered into any agreement, written or oral, express or implied, with the Office of the United States Trustee, with the Debtors, any creditor or any other party in interest, or any lawyer of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors.

4.      In accordance with section 504 of the Bankruptcy Code, to the best of my knowledge no agreement or understanding exists between me, my firm or any lawyer thereof or any person for the division of such compensation as my firm may receive for services rendered in connection with this case, nor will any division or fees prohibited by section 504 of the Bankruptcy Code be made by me or any partner, counselor associate of my firm.

5.      I certify that: (a) I have read the Second Interim Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines; (c) the fees and disbursements sought are billed at rates in accordance with those customarily charged by Kleyr Grasso and generally accepted by Kleyr Grasso's clients; and (d) in providing a reimbursable service, Kleyr Grasso does not make a profit on that service, whether the service is performed by Kleyr Grasso in-house or through a third party.

6.      I certify that the Debtors, counsel for the Debtors, counsel for the statutory creditors' committee, the United States Trustee for the Southern District of New York, and the Fee Committee are being provided with a copy of the Second Interim Application.

[signature page to CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SECOND INTERIM APPLICATION OF KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010]

Dated: August 16, 2010                                KLEYR GRASSO ASSOCIES


By
Rina Breininger
122, rue Adolphe Fischer
L-1521 Luxembourg
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

26

**EXHIBIT G**

**AFFIDAVIT OF Marc Kleyr**

**NUMERO**

**DECLARATION SUR L'HONNEUR DU 26 FEVRIER 2010**

In the year two thousand and ten, on the twenty-sixth of February.

Before M$^e$ Jean **SECKLER**, notary residing in Junglinster, (Grand-Duchy of Luxembourg), undersigned;

**APPEARED:**

M$^e$ Marc **KLEYR**, attorney-at-law (*avocat à la Cour*), residing professionally in L-1521 Luxembourg, 122, rue Adolphe Fischer, (Grand-Duchy of Luxembourg).

In relation with the matter LEHMAN BROTHERS HOLDINGS INC., et al., Debtors, Chapter 11 Case No. 08-13555 (JMP), (Jointly Administered), the said appearing person deposes and states under oath the following:

1. I am a lawyer admitted to the Luxembourg Bar Association and managing partner of **KLEYR GRASSO ASSOCIES**, located at 122, rue Adolphe Fischer, L-1521 Luxembourg, Grand-Duchy of Luxembourg ("Kleyr Grasso").

2. I submit this Declaration (the "Declaration") pursuant to Luxembourg law, and in support of the application, dated on or about March 1st, 2010 (the "Application") (Any capitalized term not defined herein shall have the meaning given in the Application), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman") seeking authorization to employ Kleyr Grasso as special counsel to the Debtors with respect to the Luxembourg Matters nunc pro tunc to June 1st, 2009 (the "Engagement Date"), as described in greater detail below and in the Application, and to provide the disclosures required under Bankruptcy Rules 2014(a) and 2016(b). All facts set forth below in this Declaration are based upon information from, and discussions I or other Kleyr Grasso personnel reporting to me have had with certain of my colleagues. The facts below are also based on a review performed by

- 1 -

the persons within Kleyr Grasso responsible for maintaining records of
our representations, with the assistance of attorneys at Kleyr Grasso,
of the list provided to Kleyr Grasso by Weil, Gotshal and Manges LLP
("WGM"), the Debtors' general bankruptcy counsel, on October 21,
2009 (the "Master Conflicts Checklist") (**Schedule 1**). The Master
Conflicts Checklist sets forth certain of the creditors and other parties
in interest (collectively, the "Interested Parties") of the Debtors. Based
on the foregoing, if I were called upon to testify, I could and would
testify competently to the facts set forth herein. I am authorized to
submit this Declaration on behalf of Kleyr Grasso.

### Services Performed by Kleyr Grasso

3. The Debtors seek to retain Kleyr Grasso as special counsel
pursuant to section 327(e) of the Bankruptcy Code, *nunc pro tunc* to
the Engagement Date, to perform legal services in connection with
Luxembourg Matters set forth below and in the Application.

4. As an Ordinary Course Professional, Kleyr Grasso has been
acting as "interface" between Alvarez & Marsal North America, LLC
("A&M"), the Debtors' Chief Restructuring Officers, and WGM, the
Debtors' general bankruptcy counsel, on one side, and the
Luxembourg authorities on the other side. In this context, Kleyr
Grasso assisted A&M in discussions with the Luxembourg public
prosecutor to prevent compulsory liquidation of certain Luxembourg
Entities. Furthermore Kleyr Grasso assisted A&M in negotiations
between A&M and the curators and/or the liquidators of certain
Luxembourg Entities. From the Commencement Date on, Kleyr
Grasso has been advising with respect to determining the legal
entities in Luxembourg, which are affiliates of Lehman. To date, Kleyr
Grasso provided information with respect to 177 Luxembourg Entities,
as defined in the Application, which are likely affiliates of Lehman.
Some of the Luxembourg Entities have been involved in transactions
outside Luxembourg; such as, but not limited to, "Coeur Défense",
"Sun & Moon", "VIM & VIS Merger", "Project Fortezza", "Project
Newday", and the "Archstone Transaction". Kleyr Grasso assisted in
these transactions as legal advisor with respect to the Luxembourg
law issues. Moreover, Kleyr Grasso provided - to the extent possible -
all information relevant and necessary to gain and/or to maintain the
assets of the Luxembourg Entities. In connection therewith, Kleyr
Grasso provided information concerning the current and former
managers and the registered offices of the Luxembourg Entities as
well as, where possible, information regarding assets and real estate

- 2 -

owed by the Luxembourg Entities. Further, Kleyr Grasso advised A&M with respect to the legal measures and required steps necessary to take over control of the Luxembourg Entities. In addition, Kleyr Grasso assisted in filing of proofs of claim for an aggregate amount of USD 1,168,090,883.00 against two of the Luxembourg Entities which are currently in liquidation/bankruptcy proceedings.

5. As a result, Kleyr Grasso is intimately familiar with Lehman's businesses in Luxembourg, its internal organization and its structuring. Consequently, assigning new counsel at this time would be inefficient.

6. For these reasons, appointment of Kleyr Grasso as special counsel will inure to benefit of the Debtors both in terms of our particular expertise as well as in cost savings to the Debtors and theirs estates.

7. Kleyr Grasso's work has heretofore been and hereafter will be comprised of continuing to represent the Debtors solely in connection with the Luxembourg Matters. Accordingly, the services rendered and functions to be performed by Kleyr Grasso will not be duplicative of any bankruptcy-related work performed by WGM or any of the other law firms retained by the Debtors. As a result of the foregoing, I believe that Kleyr Grasso is qualified to represent the Debtors as special counsel pursuant to section 327(e) of the Bankruptcy Code.

8. Following the Commencement Date, Kleyr Grasso, at the Debtors' request, assisted the Debtors in connection with Luxembourg Matters as one of the Debtors' Ordinary Course Professionals. In its capacity as an Ordinary Course Professional, Kleyr Grasso applied for and has been awarded compensation and reimbursement of expenses in the aggregate amount of $ 998,715.00.

**"Connections" of Kleyr Grasso**

9. To check and clear potential conflicts of interest in these cases, as well as to determine all "connections' to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee, Kleyr Grasso researched its client database for the past two (2) years to determine whether it had any relationships with the Interested Parties. To the extent that Kleyr Grasso's research of its relationships with the Interested Parties indicates that Kleyr Grasso has represented in the past two years, or currently represents, any of these entities, the identities of these entities and such entities' relationship to the Debtors and connection to Kleyr Grasso are set

- 3 -

forth below and in **Schedule 2**.

10. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Kleyr Grasso, nor any partner or associate thereof, has any connection with the Debtors, their creditors, the U.S. Trustee or any other parties with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below.

11. Further, to the best of my knowledge, Kleyr Grasso does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Luxembourg Matters.

12. The Debtors are a large global enterprise with thousands of parties in interest. Kleyr Grasso (a) may from time to time have represented, (b) may currently represent, and (c) may in the future represent many entities that are parties in interest in these cases in matters unrelated to the Debtors.

13. I understand that the Debtors will retain various professionals during the pendency of these cases to aid in the prosecution of the Debtors chapter 11 cases. I have been advised that the Debtors have retained, among others, the following professionals: Allen & Overy LLP; Baker & McKenzie LLP; Bonelli Erede Pappalardo; Cadwalader, Wickersham & Taft LLP; DLA Piper; Ernst & Young LLP; Freshfields Bruckhaus Deringer; Gianni, Origoni Grippo & Partners; Gibson, Dunn & Crutcher LLP; Herbert Smith Ltd.; Hogan & Hartson; Houlihan Lokey Howard & Zukin Capital, Inc.; Jones Day; Latham & Watkins LLP; McDermott Will & Emery LLP; Milbank, Tweed, Hadley & McCloy LLP; Morrison & Foerster LLP; Natixis Capital Markets; Paul, Hastings, Janofsky & Walker LLP; PricewaterhouseCoopers; Richard Sheldon QC; Schulte, Roth, & Zabel LLP; Sidley Austin LLP; Simpson Thacher & Bartlett LLP; Skadden, Arps, Slate, Measgher & Flom LLP; White & Case and Willkie Farr & Gallagher LLP. Over the past years, attorneys at Kleyr Grasso have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests.

14. In addition, during the course of the Debtors' chapter 11 cases, the Debtors may retain additional or different professionals, not all of which are or can currently be identified. Further, the Master Conflicts Checklist does not disclose the identities of all of the various professionals that have been retained, or are being considered for retention by the various parties in interest. Therefore, we are unable to determine if Kleyr Grasso has a client or other relationship with

-4-

such as yet unidentified advisors or their affiliates. However, I believe it is likely that many of the professionals who may appear in these cases are trustees, witnesses, advisors or counsels, as the case may be, in transactions or cases in which Kleyr Grasso also represents a client. Kleyr Grasso may retain various such professionals or affiliates thereof to provide forensic, litigation support and financial advisory services to Kleyr Grasso or Kleyr Grasso's clients in a variety of past, present or future engagements. Current employees at Kleyr Grasso may be former employees of, or related to employees of, one or more of the other professionals in this case. In addition, attorneys at Kleyr Grasso belong to professional organizations to which other professionals who may appear in these cases may also belong.

15. Kleyr Grasso currently represents several clients that, according to the Debtors' Master Conflicts Checklist, have connections to the Debtors (the "Connected Entities"). Kleyr Grasso does not, however, to the best of my knowledge, represent the Connected Entities in matters related to the Debtors' chapter 11 cases or the Luxembourg Matters. A schedule sets forth the interested parties that currently employ or have formerly employed Kleyr Grasso in matters unrelated to the Debtors (Schedule 2); Kleyr Grasso expects to continue to represent these Connected Entities in their current matters within the limits of section 327(e) of the Bankruptcy Code.

16. Kleyr Grasso also may represent from time to time other clients that are co-defendants with one or more of the Debtors, but I do not believe that there is any adversity between such co-defendants and the Debtors.

17. In addition, Kleyr Grasso may have represented, may currently represent, or may in the future represent, a borrower, issuer of securities, financial advisor, underwriter of securities, lead bank or other client financing transactions, merger and acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters unrelated to these cases in which one or more parties in interest (or an affiliate) or a professional involved in these cases, including, but not limited to those listed on the Master Conflicts Checklist, happens to be involved, although not as Kleyr Grasso's client.

18. Kleyr Grasso may also represent, in matters unrelated to the Debtors, competitors of the Debtors.

19. I do not understand Bankruptcy Rule 2014(a), or other

- 5 -

applicable law to require disclosure of each present or future
engagement Kleyr Grasso receives from a party in interest as long as
it is unrelated to these cases. Kleyr Grasso intends to accept
engagements from other parties in interest (whether existing or new
clients). As described above, Kleyr Grasso has undertaken a detailed
search to determine whether it represents, or has represented in the
last two (2) years, any of the Interested Parties listed on the Master
Conflicts Checklist, and the identities of such entities and such
entities' relationship to the Debtors and connection to Kleyr Grasso is
set forth herein. Kleyr Grasso, however, does not and will not
represent any of the Interested Parties with respect to the matters for
which Kleyr Grasso is being retained hereunder.

20. Despite the efforts described above to identify and disclose
connections with parties in interest in these cases, because the
Debtors are a large enterprise with many creditors and other
relationships, Kleyr Grasso is unable to state with certainty that every
client connection of Kleyr Grasso has been disclosed. In this regard, if
Kleyr Grasso discovers additional information that requires disclosure,
Kleyr Grasso will file supplemental disclosures with the Court.

### Securities Ownership

21. Certain individual attorneys at Kleyr Grasso may own, or have
beneficial interests in trusts owning, shares in the Debtors and
securities of related entities and may own shares in other parties in
interest.

22. Kleyr Grasso notes, however, that a large number of the
Debtors' debt and equity securities are held by various mutual funds,
trusts and portfolios and accounts that are managed by various
advisors. Kleyr Grasso does not know the ultimate beneficial owners
of the funds, although it is believed they are widely held. Similarly,
many of the Debtors' securities are registered in the name of
Depositary Trust Company or its nominee, and securities entitlements
to such securities are held through securities accounts maintained by
brokers, investment advisors and other securities intermediaries. The
ultimate owners of the securities entitlements are unknown to Kleyr
Grasso, except for those reported on the Master Conflicts Checklist. It
is possible that some of such holders may be clients of Kleyr Grasso.

### Various Commercial Relationships with Parties in Interest

23. Some attorneys at or employees of Kleyr Grasso may receive
services from the Debtors, other parties in interest or professionals
involved in these cases. Attorneys at or other employees at Kleyr

- 6 -

Grasso or their spouses or relatives may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, other parties in interest. Attorneys at Kleyr Grasso may have relatives or spouses who are members of professional firms involved in these cases or employed by parties in interest. We have conducted no investigation of our colleagues' banking, insurance, brokerage or investment activities or familial connections in preparing this Declaration.

**Fees and Engagement**

24. Upon its retention as special counsel, Kleyr Grasso intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of the Bankruptcy Court and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Kleyr Grasso.

25. Kleyr Grasso's hourly rates and billing policies are based on market conditions among certain firms of a size, location and practice comparable to Kleyr Grasso. The current hourly billing rates for Kleyr Grasso professionals expected to spend significant time on the Luxembourg Matters range from EUR 385 for partners, EUR 275 for senior associates, EUR 235 for associates, and EUR 175 for junior associates (Such hourly rates may change from time to time in accordance with Kleyr Grasso's established billing practices and procedures).

26. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopy toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, travel expenses, expenses for "working meals", computerized research, and transcription costs. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

27. Kleyr Grasso maintains contemporaneous records of the time

-7-

expended and out-of- pocket expenses incurred in connection with providing services to its clients in accordance with sections 330 and 331 of the Bankruptcy Rules, the Local Rules and Orders of the Court, and guidelines established by the U.S. Trustee.

28. Kleyr Grasso recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of the Court. Kleyr Grasso has reviewed the fee application guidelines promulgated by the U.S. Trustee, and will comply with them.

29. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor Kleyr Grasso, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code. Kleyr Grasso has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Kleyr Grasso's partners.

## STATEMENT

The undersigned notary, who understands and speaks English and French, states herewith that, on request of the above appearing person, the present deed is worded in English followed by a French version; on request of the same appearing person, and in case of discrepancies between the English and the French text, the English version will prevail.

**WHEREOF** the present notarial deed was drawn up in Luxembourg, on the day named at the beginning of this document.

The document having been read and interpretation given to the appearing person, the latter has signed with Us, the notary, the present deed.

### *suit la version française de ce qui précède:*

L'an deux mille dix, le vingt-six février.

Pardevant Maître Jean **SECKLER**, notaire de résidence à Junglinster, (Grand-Duché de Luxembourg), soussigné;

### A COMPARU:

Maître Marc **KLEYR**, avocat à la Cour, demeurant professionnellement à L-1521 Luxembourg, 122, rue Adolphe Fischer

- 8 -

(Grand-Duché de Luxembourg).

En relation avec l'affaire *LEHMAN BROTHERS HOLDINGS INC., et al., Debtors, Chapter 11 Case No. 08-13555 (JMP), (Jointly Administered),* ledit comparant dépose et déclare sous serment ce qui suit:

1. Je suis avocat à la Cour inscrit au Barreau de Luxembourg et *managing partner* de **KLEYR GRASSO ASSOCIES**, établie au 122, rue Adolphe Fisher, L-1521 Luxembourg, Grand-Duché de Luxembourg (« Kleyr Grasso »).

2. Je soumets cette Déclaration (la « Déclaration ») conformément au droit Luxembourgeois, et à l'appui de *l'application* datée du ou aux alentours du 1$^{er}$ mars 2010 (l' « Application ») (Tout terme commençant par une lettre majuscule, non défini dans la présente, aura la signification lui donné dans l'*Application*), déposée par Lehman Brothers Holdings Inc. (« LBHI ») et ses débiteurs affiliés dans les affaires relatives au *Chapter 11* susmentionnées, en tant que *debtors* et *debtors in possession* (ensemble, les *"Debtors"* et, collectivement avec leurs affiliés non débiteurs, "Lehman") demandant l'autorisation d'employer Kleyr Grasso en tant que *special counsel* des *Debtors* en relation avec les *Luxembourg Matters nunc pro tunc* au 1$^{er}$ juin 2009 (la « Date d'Engagement »), tel que décrit plus amplement ci-dessous et dans l' *Application*, et de fournir les divulgations requises par les *Bankruptcy Rules* 2014(a) et 2016(b). Tous les faits exposés ci-dessous dans cette Déclaration sont basés sur des informations provenant de, et des discussions que moi-même j'ai eues ou que d'autres membres du personnel de Kleyr Grasso m'ont rapporté avoir eues, avec certains de mes collègues. Les faits ci-dessous sont aussi basés sur une revue, par les personnes en charge au sein de Kleyr Grasso de l'archivage de nos dossiers, en cela assistées par des avocats de Kleyr Grasso, de la liste fournie à Kleyr Grasso par *Weil, Gotshal and Manges LLP* (« WGM »), le *Debtor's general bankruptcy counsel* en date du 21 octobre 2009 (la "Master Conflicts Checklist") (**Annexe 1**). La *Master Conflicts Checklist* indique certains créanciers et autres *parties in interest* (ensemble, les « Interested Parties ») des *Debtors*. Sur base de ce qui précède, si j'étais appelé à témoigner, je pourrais témoigner et je témoignerais, de manière capable, des faits ici exposés. Je suis autorisé à fournir cette Déclaration pour le compte de Kleyr Grasso.

**Prestations Effectuées par Kleyr Grasso**

3. Les *Debtors* demandent de retenir, *nunc pro tunc* à la Date

d'Engagement, Kleyr Grasso en tant que *special counsel* conformément à la section 327(e) du *Bankruptcy Code*, afin de fournir des services juridiques en relation avec des *Luxembourg Matters* exposées ci-dessous dans la Déclaration.

4. En tant que *Ordinary Course Professional*, Kleyr Grasso a agi comme « interface » entre *Alvarez & Marsal North America, LLC* (« A&M »), les *Debtors' Chief Restructuring Officers*, et WGM, le *Debtors' general bankruptcy counsel* d'une part, et les autorités luxembourgeoises d'autre part. Dans ce contexte, Kleyr Grasso a assisté A&M dans des discussions avec le procureur d'Etat luxembourgeois afin d'éviter la liquidation judiciaire de certaines *Luxembourg Entities*. En outre, Kleyr Grasso a assisté A&M dans des négociations entre A&M et les curateurs et/ou liquidateurs de certaines *Luxembourg Entities*. Depuis la *Commencement Date*, Kleyr Grasso a presté des conseils aux fins d'identifier les entités juridiques au Luxembourg qui sont des filiales de Lehman. A ce jour, Kleyr Grasso a fourni des informations concernant 177 *Luxembourg Entities*, tel que définies dans l'*Application*, pour lesquelles il est probable qu'elles soient des filiales de Lehman. Certaines des *Luxembourg Entities* ont été impliquées dans des transactions en dehors du Luxembourg ; telles que, sans être limitées à, « Cœur Défense », "*Sun & Moon*", "*VIM & VIS Merger*", "*Project Fortezza*", "*Project Newday*", et "*Archstone Transaction* ». Kleyr Grasso est intervenu dans des ces transactions en qualité de conseil juridique relativement aux questions de droit luxembourgeois. De plus, Kleyr Grasso a fourni, dans la mesure du possible, toutes informations pertinentes et nécessaires pour accroître et/ou maintenir l'actif des *Luxembourg Entities*. A cet égard, Kleyr Grasso a fourni des informations concernant les actuels et anciens gérants et les sièges sociaux des *Luxembourg Entities* de même que, lorsque cela a été possible, des informations relatives à l'actif et aux propriétés immobilières détenus par les *Luxembourg Entities*. Ensuite, Kleyr Grasso a conseillé A&M en ce qui concerne les mesures et démarches juridiques nécessaires pour prendre le contrôle des *Luxembourg Entities*. De plus, Kleyr Grasso a fourni son assistance dans le dépôt de déclarations de créance contre deux *Luxembourg Entities* qui sont actuellement en procédure de liquidation/faillite, pour un montant total de 1.168.090.883,00 USD.

5. En conséquence, Kleyr Grasso est intimement familier des affaires de Lehman au Luxembourg, de son organisation interne et de

- 10 -

sa structure. Partant, désigner un nouveau conseil à ce stade serait inefficace.

6. Pour ces raisons, la nomination de Kleyr Grasso comme *special counsel* profitera aux *Debtors* tant au regard de son expérience spécifique qu'en termes d'économie de coûts pour les *Debtors* et leurs patrimoines.

7. Le travail de Kleyr Grasso a jusqu'alors compris et continuera à comprendre la représentation des *Debtors* en ce qui concerne les *Luxembourg Matters* uniquement. En conséquence, les services rendus et les fonctions à exercer par Kleyr Grasso ne seront pas identiques à un quelconque travail *bankruptcy-related* fourni par WGM ou une quelconque des autres études d'avocats retenues par les *Debtors*. Il résulte de ce qui précède que je pense que Kleyr Grasso est qualifié pour représenter les *Debtors* en tant que *special counsel* conformément à la section 327(e) du *Bankruptcy Code*.

8. Après la *Commencement Date*, Kleyr Grasso a, à la demande des *Debtors*, assisté les *Debtors* en relation avec des *Luxembourg Matters* en tant que l'un des *Debtors' Ordinary Course Professionals*.

En sa qualité de *Ordinary Course Professional*, Kleyr Grasso a demandé et reçu paiement d'honoraires et le remboursement de frais pour un montant total de 998.715,00 USD.

## « Connexions » de Kleyr Grasso

9. Afin de vérifier et de régler d'éventuels conflits d'intérêts dans ces affaires, de même qu'à fin d'identifier toutes les « connexions » aux *Debtors*, leurs créanciers, d'autres *parties in interest*, leurs avocats et comptables respectifs, le *U.S. Trustee* ou toute personne employée par le *U.S. Trustee*, Kleyr Grasso a recherché dans sa base de donnée de clients, sur les deux dernières années, toute relation qu'ils avaient avec les *Interested Parties*. Pour autant qu'il résulte de la recherche de ses relations avec les *Interested Parties* que Kleyr Grasso a représenté au cours des deux dernières années, ou représente actuellement, l'une de ces entités, l'identité de ces entités, la relation entre ces entités et les *Debtors* et la connexion à Kleyr Grasso sont énoncées ci-dessous et dans l'**Annexe 2**.

10. A ma meilleure connaissance et croyance, et dans la mesure de ce que j'ai été capable de déterminer après investigation raisonnable, ni moi-même, ni Kleyr Grasso, ni aucun de ses associés ou collaborateurs, n'avons une quelconque connexion avec les *Debtors*, leurs créanciers, le *U.S. Trustee* ou une quelconque autre partie ayant un intérêt actuel ou potentiel dans ces affaires de

- 11 -

*Chapter* 11, ou leurs avocats ou comptables respectifs, à l'exception
de ce qui est énoncé ci-dessous.

11. De plus, à ma meilleure connaissance, Kleyr Grasso ne
représente ni ne détient d'intérêts, en relation avec les *Luxembourg
Matters*, qui pourraient être contraires aux intérêts des *Debtors* ou de
leurs patrimoines.

12. Les *Debtors* sont une grande entreprise mondiale avec des
milliers de *parties in interest*. Il se peut que Kleyr Grasso (a) ait de
temps à autre représenté, (b) représente actuellement, et (c) ait à
l'avenir à représenter de nombreuses entités qui sont des *parties in
interest* dans ces affaires, dans des matières non liées aux *Debtors*.

13. Je comprends que les *Debtors* engageront divers
professionnels pendant la durée de ces affaires pour aider dans la
poursuite des affaires de *Chapter* 11 des *Debtors*. J'ai été informé
que les *Debtors* avaient engagé, entre autres, les professionnels
suivants : Allen & Overy LLP; Baker & McKenzie LLP; Bonelli Erede
Pappalardo; Cadwalader, Wickersham & Taft LLP; DLA Piper; Ernst
& Young LLP; Freshfields Bruckhaus Deringer; Gianni, Origoni Grippo
& Partners; Gibson, Dunn & Crutcher LLP; Herbert Smith Ltd.; Hogan
& Hartson; Houlihan Lokey Howard & Zukin Capital, Inc.; Jones Day;
Latham & Watkins LLP; McDermott Will & Emery LLP; Milbank,
Tweed, Hadley & McCloy LLP; Morrison & Foerster LLP; Natixis
Capital Markets; Paul, Hastings, Janofsky & Walker LLP;
PricewaterhouseCoopers; Richard Sheldon QC; Schulte, Roth, &
Zabel LLP; Sidley Austin LLP; Simpson Thacher & Bartlett LLP;
Skadden, Arps, Slate, Measgher & Flom LLP; White & Case et Willkie
Farr & Gallagher LLP. Au cours des dernières années, des avocats
de Kleyr Grasso ont travaillé avec certains de ces professionnels sur
diverses affaires, représentant soit les mêmes parties, soit des parties
avec des intérêts similaires soit des parties avec des intérêts
opposés.

14. De plus, pendant la durée des affaires de *Chapter* 11 des
*Debtors*, il se peut que les *Debtors* engagent des professionnels
supplémentaires ou différents, l'ensemble desquels ne sont pas ni ne
peuvent être identifiés actuellement. En outre, la *Master Conflicts
Checklist* ne divulgue pas les identités de tous les divers
professionnels qui ont été engagés, ou que les diverses *parties in
interest* envisagent d'engager. C'est pourquoi, nous sommes
incapables d'identifier si Kleyr Grasso a un client ou une autre relation
avec de tels conseillers ou leurs membres, actuellement non

- 12 -

identifiés. Cependant, je pense qu'il est probable que grand nombre de ces professionnels qui pourraient apparaître dans ces affaires sont des *trustees*, *witnesses*, *advisors* ou *counsels*, selon les cas, dans des transactions ou affaires dans lesquelles Kleyr Grasso représente également un client. Il se peut que Kleyr Grasso engage plusieurs de ces professionnels ou leurs membres pour fournir à Kleyr Grasso ou aux clients de Kleyr Grasso des services judiciaires, de support contentieux et de conseils financiers, dans divers mandats passés, actuels ou à venir. Il se peut que des employés actuels de Kleyr Grasso soient d'anciens employés de, ou liés à des employés de, l'un ou plusieurs des autres professionnels dans cette affaire. De plus, des avocats chez Kleyr Grasso appartiennent à des organisations professionnelles auxquelles il se peut qu'appartiennent également d'autres professionnels qui pourraient apparaître dans ces affaires.

15. Kleyr Grasso représente actuellement plusieurs clients, qui, suivant la *Master Conflicts Checklist*, ont des connexions avec les *Debtors* (les « Entités Connectées »). Kleyr Grasso ne représente cependant pas, à ma meilleure connaissance, des Entités Connectées dans des matières liées aux affaires de *Chapter* 11 ou dans les *Luxembourg Matters*. Une annexe expose les *interested parties* qui emploient actuellement ou qui ont employé par le passé Kleyr Grasso dans des affaires non liées aux *Debtors* (Annexe 2) ; Kleyr Grasso entend continuer à représenter ces Entités Connectées dans leurs affaires actuelles, dans les limites de la section 327(e) du *Bankruptcy Code*.

16. Il se peut que Kleyr Grasso représente de temps à autre d'autres clients qui sont codéfendeurs avec un ou plusieurs des *Debtors*, mais je ne pense pas qu'il y ait une opposition d'intérêts entre de tels codéfendeurs et les *Debtors*.

17. De plus, il se peut que Kleyr Grasso ait représenté, représente actuellement, ou représente à l'avenir, un emprunteur, émetteur de titres, conseiller financier, souscripteur de titres, banque principale ou autre client finançant des transactions, fusions et transactions d'acquisition, affaires judiciaires ou arbitrales, affaires d'insolvabilité ou autres matières non liées à ces affaires, et dans lesquelles pourraient être impliquées, quoi que non clientes de Kleyr Grasso, une ou plusieurs *parties in interest* (ou un affilié de celles-ci) ou un professionnel impliqué dans ces affaires, incluant, mais sans y être limités, ceux listés dans la *Master Conflicts Checklist*.

18. Il se peut que Kleyr Grasso représente également, dans des

- 13 -

affaires non liées aux *Debtors*, des concurrents des *Debtors*.

19. Je ne comprends pas la *Bankruptcy Rule* 2014(a), ou toute autre loi applicable, comme requérant la divulgation de chaque mandat présent ou à venir confié à Kleyr Grasso par une *party in interest* aussi longtemps qu'il n'est pas lié à ces affaires. Kleyr Grasso entend accepter des mandats d'autres *parties in interest* (soit existantes soit de nouveaux clients). Ainsi que cela a été décrit ci-dessus, Kleyr Grasso a entrepris une recherche détaillée pour déterminer s'ils représentent, ou ont représenté durant les deux (2) dernières années, l'une des *Interested Parties* listées dans la *Master Conflicts Checklist*, et les identités de telles entités, leur relation avec les *Debtors* et leur connexion à Kleyr Grasso sont exposées dans le présent acte. Kleyr Grasso, cependant, ne représente ni ne représentera aucune des *Interested Parties* en relation avec des matières pour lesquelles Kleyr Grasso est engagée sous les présentes.

20. En dépit des efforts décrits ci-dessus pour identifier et divulguer les connexions avec des *parties in interest* dans ces affaires, et en raison du fait que les *Debtors* sont une grande entreprise avec de nombreux créanciers et d'autres relations, Kleyr Grasso est incapable d'affirmer avec certitude que chaque connexion client de Kleyr Grasso a été dévoilée. A cet égard, si Kleyr Grasso découvre des informations additionnelles qui requièrent d'être divulguées, Kleyr Grasso déposera des déclarations additionnelles auprès de la *Court*.

### Propriété de Titres

21. Il se peut que certains avocats chez Kleyr Grasso, individuellement, détiennent ou aient des participations dans des trusts détenant, des actions des *Debtors*, des titres d'entités liées et des actions d'autres *parties in interest*.

22. Kleyr Grasso note cependant qu'un grand nombre des titres de capital et de dette des *Debtors* appartiennent à divers fonds communs de placement, trusts et portefeuilles et comptes qui sont gérés par divers conseillers. Kleyr Grasso ne connaît pas le bénéficiaire économique ultime des fonds, quoi que d'avis qu'ils sont largement répartis. De la même façon, nombre des titres des *Debtors* sont enregistrés au nom de *Depositary Trust Company* ou son *nominee*, et des titres ouvrant droit à ces titres sont détenus pas le biais de comptes titres tenus par des courtiers, conseillers en investissement et autres intermédiaires financiers. Les détenteurs

- 14 -

ultimes des ces droits aux titres sont inconnus de Kleyr Grasso,
excepté ceux signalés dans la *Master Conflicts Checklist*. Il est
possible que certains de ces détenteurs soient clients de Kleyr
Grasso.

### Diverses Relations Commerciales avec des *Parties in Interest*

23. Il se peut que certains avocats ou employés de Kleyr Grasso
reçoivent des services des *Debtors*, d'autres *parties in interest* ou de
professionnels impliqués dans ces affaires. Il se peut que des avocats
ou employés de Kleyr Grasso ou leurs épouses ou parents soient les
bénéficiaires économiques de titres émis par, respectivement par
l'intermédiaire de banques, assurances, courtiers ou gestionnaires de
fortune, d'autres *parties in interest*. Il se peut que des avocats chez
Kleyr Grasso aient des parents ou épouses qui sont membres de
cabinets professionnels impliqués dans ces affaires ou employés par
des *parties in interest*. Pour la préparation de cette Déclaration, nous
n'avons mené aucune investigation concernant les activités bancaire,
d'assurance, de courtage ou d'investissement ou les connexions
familiales de nos collègues.

### Honoraires et Engagement

24. A compter de son engagement en tant que *special counsel*,
Kleyr Grasso entend demander rémunération pour les prestations
professionnelles rendues en relation avec ces affaires de *Chapter* 11,
sous réserve d'approbation par la *Bankruptcy Court* et en conformité
avec les dispositions applicables du *Bankruptcy Code*, sur une base
horaire, plus le remboursement des dépenses actuelles et
nécessaires encourues par Kleyr Grasso.

25. Les taux horaires et pratiques de facturation de Kleyr Grasso
sont basés sur les conditions de marché entre certaines études, de
taille, d'implantation et de pratique comparables à Kleyr Grasso. Les
taux horaires actuels des professionnels de chez Kleyr Grasso qui
devraient passer un temps significatif sur les *Luxembourg Matters*
varient entre 385 EUR pour des associés, 275 EUR pour des
collaborateurs senior, 235 EUR pour des collaborateurs et 175 EUR
pour des collaborateurs junior (il se peut que ces taux horaires
changent de temps à autre en conformité avec les pratiques et
procédures de facturation établies chez Kleyr Grasso).

26. Les taux horaires ci-dessus énoncés sont les taux horaires
standard de l'Etude pour un travail de ce type. Ces taux sont établis à
un niveau destiné à honnêtement rétribuer l'Etude pour le travail de
ses avocats. Il est de la pratique de l'Etude de facturer à ses clients,

- 15 -

en toutes matières, toutes autres dépenses encourues en relation avec le dossier du client. Les dépenses imputées aux clients incluent, entre autres choses, appels téléphoniques longue distance, télécopies et autres frais, frais de courrier et d'envoi recommandé, frais pour envoi spécial ou par coursier, recherches documentaires, frais de photocopie, frais de déplacement, dépenses pour « déjeuner de travail », recherches informatiques, et coûts de transcription. L'Etude facturera les *Debtors* pour ces dépenses d'une manière et à des taux cohérents par rapports aux frais généralement facturés aux autres clients de l'Etude. L'Etude pense qu'il est plus équitable de mettre ces frais à la charge des clients pour lesquels ils ont été exposés plutôt que d'augmenter les taux horaires et de répartir les frais entre tous les clients.

27. Kleyr Grasso maintient des enregistrements contemporains du temps presté et des dépenses effectuées en relation avec la prestation de services à ces clients, conformément aux sections 330 et 331 du *Bankruptcy Code*, les *Bankruptcy Rules* applicables, les *Local Rules* et *Orders* de la *Court*, et les lignes directrices établies par le *U.S. Trustee*.

28. Kleyr Grasso reconnaît qu'il sera requis de soumettre des *applications* pour obtenir l'obtention de rémunérations intérimaires / finale conformément aux sections 330 et 331 du *Bankruptcy Code* et des règles et décisions de la *Court*. Kleyr Grasso a revu les lignes directrices promulguées par le *U.S. Trustee* en relation avec les *fee applications* et s'y conformera.

29. A ma meilleure connaissance et croyance, et dans la mesure de ce que j'ai été capable de déterminer après investigation raisonnable, ni moi-même, ni Kleyr Grasso, ni aucun de ses associés ou collaborateurs, n'avons reçu, ni ne bénéficions d'aucune promesse de recevoir, une quelconque rémunération pour les services juridiques prestés ou à prester en relation avec les affaires de *Chapter* 11 des *Debtors*, en quelque qualité que ce soit, autre que ce qui est autorisé par le *Bankruptcy Code*. Kleyr Grasso n'a pas convenu de partager la rémunération reçue en relation avec ces affaires avec quiconque, excepté ce qui est autorisé par la section 504(b) du *Bankruptcy Code* et la *Bankruptcy Rule* 2016(b) en relation avec le partage de la rémunération entre les associés de Kleyr Grasso.

## DECLARATION

Le notaire soussigné, qui comprend et parle l'anglais et le

- 16 -

français, déclare par les présentes, qu'à la requête du comparant le présent acte est rédigé en anglais suivi d'une version française; à la requête du même comparant, et en cas de divergences entre le texte anglais et français, la version anglaise prévaudra.

**DONT ACTE**, le présent acte a été passé à Luxembourg, à la date indiquée en tête des présentes.

Après lecture du présent acte au comparant, agissant comme dit ci-avant, connu du notaire par son nom, prénom, état civil et domicile, ledit comparant a signé avec Nous notaire le présent acte.



Pour copie conforme
Junglinster, le
2 6 -02- 2010
Jean SECKLER
Notaire