# EXHIBITS E1 - E4

## Invoices for February 1, 2010 through May 31, 2010

**EXHIBIT E-1**

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for February 1, 2010 through February 28, 2010**

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837
Matter No.: 30837.0001

Invoice No. 708211
Invoice Date: June 7, 2010

========================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 104.20 | 650.00 | 67,730.00 |
| S. Chandler | 42.80 | 400.00 | 17,120.00 |
| D. Gordon | 43.60 | 320.00 | 13,952.00 |
| F.L. Russell | 82.60 | 240.00 | 19,824.00 |
| M.S. Grycner | 8.20 | 215.00 | 1,763.00 |
| C. Everhart | 0.60 | 190.00 | 114.00 |
| L.D. Williams | 1.00 | 170.00 | 170.00 |
| Total | 283.00 | | 120,673.00 |

TOTAL FEES:                                    $120,673.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 35.80 |
| DELIVERY SERVICE/MESSENGER | 21.66 |
| LITIGATION SUPPORT VENDORS | 1,075.46 |
| LONG DISTANCE TELEPHONE | 132.02 |
| OUT OF TOWN TRAVEL | 1,646.10 |
| WESTLAW RESEARCH | 1,136.94 |

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010              PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


       TOTAL CHARGES:                              $  4,047.98

       T O T A L   T H I S   S T A T E M E N T:    $124,720.98

```
LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211
```

DESCRIPTION OF SERVICES

| 02/01/10 | D. Gordon<br>Task:  L320 | 1.50 | MESSAGE TO P. CROSBY REGARDING STATUS OF DOCUMENT PRODUCTION (0.1); CONFERENCE WITH P. CROSBY REGARDING SAME (0.9); CONFERENCE WITH F. RUSSELL REGARDING SAME (0.4); MESSAGES WITH S. CHANDLER REGARDING POTENTIAL INCLUSION OF ADDITIONAL DOCUMENTS IN SAME (0.1). |
|---|---|---|---|
| 02/01/10 | D. Gordon<br>Task:  L120 | .90 | REVIEW LETTER FROM P. BENVENUTTI TO WEIL GOTSHAL REGARDING SETTLEMENT AND STRATEGIC ISSUES. |
| 02/01/10 | L.D. Williams<br>Task:  L320 | 1.00 | ELECTRONICALLY PROCESS DOCUMENTS PRODUCED PRIOR TO 2007 FOR IMPORTING INTO THE SUMMATION DATABASE AND IMPORT SAME INTO THE DATABASE. |
| 02/01/10 | F.L. Russell<br>Task:  L390 | .20 | REVIEW AND RESPOND TO L. WILLIAMS' E-MAIL REGARDING PRODUCTION OF DOCUMENTS RECEIVED FROM JONES DAY. |
| 02/01/10 | F.L. Russell<br>Task:  L390 | 2.30 | REVIEW PRODUCTION OF DOCUMENTS PRIOR TO 2007 AND COMPARE WITH SUBSEQUENT PRODUCTIONS. |
| 02/01/10 | F.L. Russell<br>Task:  L390 | .70 | REVIEW 4 AREAS OF ADDITIONAL KONTRABECKI PRODUCTION AND D. GORDON CORRESPONDENCE REGARDING SUPPLEMENTAL PRODUCTION. |
| 02/01/10 | F.L. Russell<br>Task:  L390 | .20 | REVIEW AND RESPOND TO S. CHANDLER E-MAIL REGARDING PRODUCTION OF DOCUMENTS PROVIDED TO EXPERT. |
| 02/01/10 | F.L. Russell<br>Task:  L390 | 2.10 | REVIEW CORRESPONDENCE TO J. GASOWSKI REGARDING DOCUMENTS PROVIDED TO P. PIETKIEWICZ (0.1); REVIEW DOCUMENTS SENT TO J. GASOWSKI FOR PRODUCTION (2.0). |
| 02/01/10 | F.L. Russell<br>Task:  L390 | .10 | REVIEW AND RESPOND TO L. WILLIAMS' E-MAIL REGARDING CODING TO NEW DATABASE DOCUMENTS. |

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010                    PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


02/01/10   F.L. Russell        1.70   REVIEW P. CROSBY NOTATIONS FOR APPLIED
           Task:  L390                 DISCOVERY DOCUMENTS PRODUCED PRIOR TO 2007 FOR
                                       NEW PRODUCTION (0.9); PREPARE SUPPLEMENTAL
                                       DOCUMENT PRODUCTION (0.8).

02/01/10   F.L. Russell        1.20   REVIEW POLISH DOCUMENTS SENT TO EXPERT AND
           Task:  L390                 FORWARD TO J. GASOWSKI FOR REVIEW AND
                                       DISCUSSION REGARDING POTENTIAL PRODUCTION.

02/01/10   M. Kaufman          1.60   WORK ON LIKELY ISSUES TO BE RAISED BY
           Task:  L240                 KONTRABECKI IN RESPONSE TO LEHMAN'S MOTION
                                       SEEKING RECONSIDERATION.

02/01/10   S. Chandler          .70   CONFER WITH CO-COUNSEL REGARDING REVIEW OF
           Task:  L390                 DOCUMENTS PREVIOUSLY PROVIDED TO ESPERT FOR
                                       POTENTIAL PRODUCTION AND MATTERS RELATED TO
                                       SAME (0.2); REVIEW E-MAIL CORRESPONDENCE IN
                                       CONNECTION WITH SAME (0.3); CONFER WITH
                                       D.GORDON AND F.RUSSELL REGARDING MATTERS
                                       RELATED TO SAME (0.2).

02/01/10   M. Kaufman           .70   CONFER WITH P. BENVENUTTI REGARDING SETTLEMENT
           Task:  L160                 ISSUES AND CONSIDERATION OF ASPECTS THEREOF.

02/02/10   M. Kaufman           .50   WORK ON ISSUES RELATING TO KONTRABECKI'S
           Task:  L160                 SETTLEMENT MATTER (0.5).

02/02/10   M. Kaufman          1.50   WORK ON ANTICIPATED REPLY BRIEFING AND ISSUES
           Task:  L240                 TO BE ADVANCED IN OPPOSITION TO KONTRABECKI'S
                                       OPPOSITION TO MOTION FOR RECONSIDERATION.

02/02/10   M. Kaufman           .80   CONFER WITH P. BENVENUTTI REGARDING RESPONSES
           Task:  L240                 ON PROPOSED ORDERS RELATING TO PARTIAL SUMMARY
                                       JUDGMENT AND OTHER PENDING MATTERS AND
                                       POSITIONS OF KONTRABECKI THEREON.

02/02/10   F.L. Russell         .30   REVIEW COMMENTS FROM J. GASOWSKI REGARDING
           Task:  L390                 DRAFT OR FINAL VERSIONS OF DOCUMENTS PROVIDED
                                       TO EXPERT.

02/02/10   F.L. Russell        3.70   REVIEW DOCUMENTS SENT TO EXPERT FOR POSSIBLE
           Task:  L390                 PRODUCTION.

02/02/10   F.L. Russell        2.80   ANALYZE FTP SITE DOCUMENTS FOR PRIVILEGE AND
           Task:  L390                 POSSIBLE PRODUCTION.

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/02/10 | S. Chandler<br>Task:  L190 | 1.60 | PREPARE FOR AND ATTEND MEETING WITH A.ELKO REGARDING RETENTION OF EXPERT (0.3); REVIEW DRAFT RETENTION DOCUMENTS AND CORRESPONDENCE RELATED TO SAME (0.6); CONFER WITH EXPERT REGARDING ISSUES PERTAINING TO RETENTION (0.3); CONFER WITH M.KAUFMAN AND A.ELKO REGARDING RETENTION OF EXPERT (0.4). |
|---|---|---|---|
| 02/02/10 | S. Chandler<br>Task:  L390 | 1.20 | CONFER WITH J.GASOWSKI REGARDING DOCUMENT REVIEW PROJECT (0.3); CONFER WITH TEAM MEMBERS REGARDING ISSUES RELATED TO SAME (0.3); REVIEW DOCUMENTS IN CONNECTION WITH SAME (0.6). |
| 02/03/10 | S. Chandler<br>Task:  L190 | 2.70 | CONFERENCES WITH A.ELKO REGARDING RETENTION OF EXPERTS AND REQUIREMENTS WITH RESPECT TO SAME (0.6); REVIEW DRAFT AFFIDAVIT AND QUESTIONNAIRE (0.7): REVIEW CORRESPONDENCE REGARDING SAME (0.4); REVIEW ENGAGEMENT LETTER IN CONNECTION WITH SAME (0.3); CONFER WITH CMS REGARDING RETENTION (0.4); CONFER WITH M.KAUFMAN REGARDING SAME (0.3). |
| 02/03/10 | F.L. Russell<br>Task:  L390 | .30 | REVIEW E-MAILS FROM CO-COUNSEL, J. GASOWSKI, WITH ADDITIONAL DOCUMENTS SENT TO PAWEL PIETKIEWICZ FOR REVIEW AND ANALYSIS. |
| 02/03/10 | F.L. Russell<br>Task:  L390 | .30 | COMMUNICATION WITH LITIGATION SUPPORT AND IT DEPARTMENT REGARDING ACCESS TO POLISH DOCUMENTS. |
| 02/03/10 | F.L. Russell<br>Task:  L390 | 1.80 | REVIEW POLISH DOCUMENTS RECEIVED FROM J. GASOWSKI FOR POSSIBLE PRODUCTION. |
| 02/03/10 | M. Kaufman<br>Task:  L240 | 1.80 | CONTINUED WORK IN PREPARATION FOR RESPONSE REPLY TO KONTRABECKI'S OPPOSITION AND DEVELOPMENT OF ARGUMENTS AND PRELIMINARY WORK ON SAME (1.0); REVIEW OF VARIOUS APPLICABLE ORDERS AND PRIOR DECLARATIONS AND TRANSCRIPTS IN CONJUNCTION THEREWITH (0.8). |

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010                    PAGE    6
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211

02/04/10   M. Kaufman          2.40   REVIEW VARIOUS DRAFTS OF ORDERS PERTAINING TO
           Task:  L240                PRIOR MATTERS SUBMITTED TO OPPOSITION FOR
                                      REVIEW AND APPROVAL PERTAINING TO EARLIER
                                      ORDERS ENTERED BY COURT (0.6); PROVIDE COMMENTS
                                      THEREON AND DISCUSSION THEREOF WITH P.
                                      BENVENUTTI (0.5); CONTINUED PRELIMINARY WORK ON
                                      REPLY (1.3).

02/04/10   F.L. Russell         .20   REVIEW CORRESPONDENCE FROM P. CROSBY
           Task:  L390                REGARDING PRODUCTION OF DOCUMENTS FROM
                                      APPLIED DISCOVERY.

02/04/10   F.L. Russell         .20   REVIEW AND RESPOND TO J. GASOWSKI E-MAILS
           Task:  L390                REGARDING TRANSLATION AND CONTENT OF
                                      ADDITIONAL DOCUMENTS.

02/04/10   F.L. Russell        3.70   ANALYZE ADDITIONAL DOCUMENTS FOR POSSIBLE
           Task:  L390                PRODUCTION.

02/04/10   F.L. Russell         .50   PREPARE UPDATED SUMMARY OF CATEGORIES FOR
           Task:  L390                DOCUMENT PRODUCTION.

02/04/10   F.L. Russell         .30   REVIEW AND RESPOND TO S. CHANDLER E-MAILS
           Task:  L390                REGARDING RESPONSIVEMNESS AND CONTENT OF
                                      SUPPLEMENTAL PRODUCTION OF DOCUMENTS RECEIVED
                                      FROM J. GASOWSKI.

02/04/10   F.L. Russell         .20   REVIEW J. GASOWSKI E-MAILS REGARDING
           Task:  L390                TRANSLATION AND CONTENT OF DOCUMENTS FOR
                                      PRODUCTION.

02/04/10   S. Chandler         1.20   REVIEW OPEN ISSUES WITH RESPECT TO POTENTIAL
           Task:  L390                DOCUMENT PRODUCTION AND CONFER WITH F.RUSSELL
                                      REGARDING SAME (0.9); FOLLOW-UP
                                      CORRESPONDENCE WITH F.RUSSELL AND D.GORDON
                                      REGARDING SAME (0.3).

02/04/10   D. Gordon            .20   MESSAGES WITH S. CHANDLER, F. RUSSELL, & P.
           Task:  L320                CROSBY REGARDING STATUS OF DOCUMENT PRODUCTION.

02/04/10   D. Gordon            .30   CONFERENCE WITH M. KAUFMAN REGARDING
           Task:  L120                RECONSIDERATION ISSUES.

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    7
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


02/05/10   F.L. Russell        3.70   REVIEW AND VERIFY PRE-2007 DISCOVERY
           Task:  L390                DOCUMENTS PRODUCED BY HELLER EHRMAN AND JONES
                                      DAY.

02/05/10   D. Gordon            .70   CONFIRM PRODUCTION OF DOCUMENTS IN CONNECTION
           Task:  L320                WITH UPCOMING DOCUMENT PRODUCTION (0.4);
                                      CONFERENCE WITH F. RUSSELL REGARDING SAME
                                      (0.2); CONFERENCE WITH S. CHANDLER REGARDING
                                      STATUS OF SAME (0.1).

02/05/10   S. Chandler         1.10   REVIEW DOCUMENTS FOR POTENTIAL PRODUCTION AND
           Task:  L390                CONFER WITH F.RUSSELL REGARDING SAME.

02/05/10   S. Chandler          .60   REVIEW CORRESPONDENCE REGARDING CASE STATUS
           Task:  L190                AND DEVELOPMENTS.

02/05/10   S. Chandler          .50   CORRESPONDENCE WITH TEAM REGARDING
           Task:  L240                KONTRABECKI FILINGS ON MOTION FOR
                                      RECONSIDERATION AND RESPONSE THERETO.

02/05/10   F.L. Russell        4.30   ANALYZE ADDITIONAL TRANSLATED POLISH
           Task:  L390                DOCUMENTS FOR PREVIOUS PRODUCTION TO ADD TO
                                      SUPPLEMENTAL PRODUCTION.

02/05/10   M. Kaufman          1.70   DISCUSSION WITH W. OLSHAN WITH REGARD TO
           Task:  L160                APPROACH RELATING TO SETTLEMENT (0.5);
                                      FOLLOW-UP COMMUNICATION WITH P. BENVENUTTI
                                      REGARDING SAME AND TACTICAL ISSUES RELATING
                                      THERETO (1.2).

02/05/10   M. Kaufman          4.00   COMMENCE REVIEW OF KONTRABECKI'S RESPONSE IN
           Task:  L240                OPPOSITION TO LEHMAN'S MOTION FOR
                                      RECONSIDERATION AND BEGIN WORK ON DEVELOPING
                                      ARGUMENTS TO BE ADVANCED IN RESPONSE AND
                                      PREPARATION OF COMPREHENSIVE MEMORANDUM
                                      ADDRESSING ISSUES NEEDING TO BE RESPONDED TO
                                      (2.9); EXTENSIVE CONVERSATION WITH P.
                                      BENVENUTTI REGARDING SETTLEMENT IN PREPARATION
                                      FOR LATER DISCUSSION WITH W. OLSHAN (1.6).

02/06/10   M. Kaufman          5.70   EXTENSIVE WORK IN FURTHER REVIEW OF
           Task:  L240                KONTRABECKI'S OPPOSITION BRIEF AND WORK ON
                                      COMPREHENSIVE OUTLINE OF ISSUES TO BE DISCUSSED
                                      AND IN PREPARATION FOR AFTERNOON CONFERENCE
                                      CALL AMONG LEHMAN COUNSEL (3.8); ATTEND AND

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    8
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211

|            |              |       | PARTICIPATE IN CONFERENCE WITH LEHMAN COUNSEL TO ANALYZE APPROACH AND TO PRELIMINARILY ASSIGN RESPONSIBILITIES FOR HANDLING REPLY BRIEF (1.9). |
|------------|--------------|-------|---|
| 02/07/10 | M. Kaufman<br>Task:  L240 | 4.70 | CONTINUED WORK IN REGARD TO REPLY MEMORANDUM AND IN COMPLETION OF OUTLINE TO BE CIRCULATED OF ISSUES TO BE ADDRESSED IN REPLY. |
| 02/07/10 | S. Chandler<br>Task:  L240 | 1.00 | REVIEW KONTRABECKI FILINGS ON MOTION FOR RECONSIDERATION AND CONSIDER RESPONSE TO SAME. |
| 02/07/10 | D. Gordon<br>Task:  L240 | 1.50 | REVIEW AND ANALYSIS OF KONTRABECKI'S OPPOSITION TO LEHMAN'S MOTION FOR RECONSIDERATION. |
| 02/08/10 | D. Gordon<br>Task:  L240 | 4.40 | FURTHER REVIEW OF KONTRABECKI'S OPPOSITION TO LEHMAN'S MOTION FOR RECONSIDERATION (0.5); CONFERENCE WITH M. KAUFMAN REGARDING SAME (0.6); CONFERENCE WITH M. KAUFMAN, P. BENVENUTTI, P. CROSBY, AND S. CHANDLER REGARDING SAME (0.5); CONFERENCE WITH P. CROSBY REGARDING ADDITIONAL RESEARCH NEEDED FOR REPLY BRIEF AND ALLOCATION OF RESPONSIBILITY WITH RESPECT TO SAME (0.4); RESEARCH ISSUES RELEVANT TO REPLY BRIEF (2.4). |
| 02/08/10 | D. Gordon<br>Task:  L320 | .20 | CONFERENCE WITH P. CROSBY REGARDING STATUS OF DOCUMENT PRODUCTION PROJECT. |
| 02/08/10 | S. Chandler<br>Task:  L240 | 2.70 | REVIEW OUTLINE OF ISSUES TO ADDRESS IN RESPONSE TO KONTRABECKI FILINGS ON MOTION FOR RECONSIDERATION (0.5); PREPARE AND ATTEND CONFERENCE CALL WITH TEAM REGARDING RESPONDING TO SAME (2.2). |
| 02/08/10 | S. Chandler<br>Task:  L390 | .40 | FOLLOW-UP ON STATUS OF ADDRESSING DOCUMENT PRODUCTION MATTERS (0.2); CONFER WITH M.KAUFMAN REGARDING POTENTIAL DOCUMENT PRODUCTION (0.2). |
| 02/08/10 | F.L. Russell<br>Task:  L390 | 2.60 | REVIEW AND RESPOND TO S. CHANDLER E-MAILS REGARDING SUMMARIES OF POLISH DOCUMENTS FOR P. BENVENUTTI AND M. KAUFMAN (0.2); BEGIN SUMMARIZING POLISH DOCUMENTS (2.4). |

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    9
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


02/08/10  F.L. Russell        .80   DETERMINE DOCUMENTS MISSING FROM WHITE AND CASE
          Task:  L390               FTP SITE (0.5); PREPARE E-MAILS TO D. GORDON,
                                    J. GASOWSKI AND M. GRYCNER REGARDING STATUS OF
                                    MISSING DOCUMENTS (0.3).

02/08/10  F.L. Russell       2.80   REVIEW AND RESPOND TO D. GORDON E-MAIL
          Task:  L390               REGARDING SPREADSHEET WITH THE DATES OF ALL THE
                                    POLISH BANKRUPTCY DOCUMENTS (0.2); CONTINUE
                                    REVIEW OF ALL POLISH DOCUMENTS FOR SUPPLEMENTAL
                                    PRODUCTION (2.6).

02/08/10  M. Kaufman         6.40   REVIEW CERTAIN OF THE CASE AUTHORITIES
          Task:  L240               TRANSMITTED BY L. PAGE BURNS (0.6); WORK ON
                                    FURTHERANCE OF OUTLINE (2.0); PREPARATION FOR
                                    AND SUBSEQUENT ATTENDANCE AT CONFERENCE CALL
                                    AMONG ALL LEHMAN COUNSEL WORKING ON REPLY BRIEF
                                    TO ASSIGN RESPONSIBILITIES AND TO DISCUSS
                                    STRATEGIES AND ASPECTS OF REPLY (2.1); WORK ON
                                    ASPECTS OF REPLY (0.5); VARIOUS EMAILS RELATING
                                    TO PREPARATION OF RESPONSE (0.3); CONFER WITH
                                    P. BENVENUTTI REGARDING SETTLEMENT APPROACHES
                                    AND ISSUES (0.9).

02/09/10  M. Kaufman         5.80   CONTINUED EXTENSIVE WORK IN PREPARATION OF
          Task:  L240               ASPECTS OF REPLY BRIEF IN SUPPORT OF MOTION FOR
                                    RECONSIDERATION (3.1); NUMEROUS DISCUSSIONS
                                    WITH P. BENVENUTTI AND OTHER TEAM MEMBERS
                                    REGARDING SAME (1.5); WORK ON DRAFTING ASPECTS
                                    OF REPLY (1.2).

02/09/10  M.S. Grycner       2.50   FURTHER ANALYSIS OF SPREADSHEET DETAILING
          Task:  L390               WHITE & CASE FTP SITE DOCUMENTS FOCUSING ON
                                    THE DOCUMENTS NOT LOCATED IN THE PREVIOUS
                                    PRODUCTIONS, DETAILING DATE AND LANGUAGE FOR
                                    EACH DOCUMENT ON SPREADSHEET.

02/09/10  D. Gordon          5.00   RESEARCH ISSUES IN CONNECTION WITH REPLY
          Task:  L240               BRIEF IN SUPPORT OF MOTION FOR
                                    RECONSIDERATION (4.4); GATHER RECORD
                                    MATERIALS FOR M. KAUFMAN REGARDING SAME (0.6).

02/09/10  F.L. Russell       3.00   ANALYZE WHITE & CASE FTP SITE DOCUMENTS FOR
          Task:  L390               POSSIBLE PRODUCTION.

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010              PAGE   10
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/09/10 | F.L. Russell<br>Task:  L390 | 2.20 | REVIEW POLISH PRODUCTION DOCUMENTS TO ASCERTAIN STATUS OF TRANSLATED VERSION. |

02/09/10   F.L. Russell        2.20   REVIEW POLISH PRODUCTION DOCUMENTS TO ASCERTAIN
           Task:  L390                STATUS OF TRANSLATED VERSION.

02/09/10   M. Kaufman          1.60   EXTENSIVE CALL WITH W. OLSHAN WITH REGARD TO
           Task:  L160                SETTLEMENT AND TACTICS RELATING TO SAME AND
                                      SUBSEQUENT CONFERRAL WITH P. BENVENUTTI
                                      REGARDING SAME.

02/09/10   F.L. Russell         .30   E-MAIL COMMUNICATIONS WITH M. GRYCNER
           Task:  L390                REGARDING INSTRUCTIONS FOR POPULATING
                                      SPREADSHEET AND ANALYZING WHITE & CASE FTP
                                      SITE DOCUMENTS.

02/09/10   S. Chandler          .10   REVIEW CORRESPONDENCE REGARDING CASE
           Task:  L190                DEVELOPMENTS AND ANALYSIS OF MATTERS RELATED
                                      TO SAME.

02/10/10   S. Chandler          .20   REVIEW CORRESPONDENCE REGARDING RECENT
           Task:  L190                DEVELOPMENTS AND ANALYSIS REGARDING SAME.

02/10/10   M.S. Grycner         .70   FURTHER REVIEW OF DOCUMENTS PROVIDED BY WHITE
           Task:  L390                AND CASE FTP SITE TO CONFIRM 19 DOCUMENTS
                                      THAT ERRORED IN OPENING AND WERE PLACE
                                      HOLDERS WERE ACCURATELY SENT FOR
                                      VERIFICATION.

02/10/10   M.S. Grycner         .50   FURTHER REVIEW OF DOCUMENTS PROVIDED BY WHITE
           Task:  L390                AND CASE FTP SITE TO PRINT TO PDF ALL ENGLISH
                                      VERSION DOCUMENTS THAT WERE NOT LOCATED IN
                                      PRODUCTION DATABASE.

02/10/10   D. Gordon           5.70   CONTINUE TO RESEARCH RULE 37 ISSUES IN
           Task:  L240                CONNECTION WITH REPLY BRIEF IN SUPPORT OF
                                      MOTION FOR RECONSIDERATION (3.1); CONFERENCE
                                      WITH P. CROSBY REGARDING SAME (0.8); DRAFT
                                      MEMORANDUM SUMMARIZING AND DISTINGUISHING ALL
                                      CASES CITED BY KONTRABECKI IN OPPOSITION BRIEF
                                      IN CONNECTION WITH SAME (1.8)

02/10/10   M. Kaufman          1.60   CONFER WITH W. OLSHAN REGARDING SETTLEMENT
           Task:  L160                (0.6); REVIEW DRAFT OF PROPOSED SETTLEMENT
                                      LETTER AND DISCUSSION OF ISSUES RELATING TO
                                      SAME WITH P. BENVENUTTI (1.0).

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE   11
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/10/10 | F.L. Russell<br>Task:  L390 | 1.70 | REVISE SUMMARY OF POLISH DOCUMENTS FOR PRODUCTION UPDATE. |
| 02/10/10 | F.L. Russell<br>Task:  L390 | .20 | PREPARE CORRESPONDENCE TO J. GASOWSKI REGARDING STATUS OF DOCUMENTS WHICH WERE MISSING FROM FTP SITE. |
| 02/10/10 | F.L. Russell<br>Task:  L390 | 1.60 | REVIEW POLISH FTP DOCUMENTS FOR DATE OF EXECUTION OR FILING. |
| 02/10/10 | F.L. Russell<br>Task:  L390 | .20 | REVIEW D. GORDON CORRESPONDENCE REGARDING J. GASOWSKI REVIEW OF POLISH DOCUMENTS NOT PREVIOUSLY PRODUCED. |
| 02/10/10 | M. Kaufman<br>Task:  L240 | 4.90 | CONTINUED EXTENSIVE WORK ON REPLY BRIEF AND DRAFTING (3.5); NUMEROUS DISCUSSIONS WITH P. BENVENUTTI AND OTHER TEAM MEMBERS REGARDING SAME (1.4). |
| 02/11/10 | M. Kaufman<br>Task:  L240 | 5.80 | CONTINUED EXTENSIVE WORK IN PREPARATION OF REPLY (2.1); REVIEW DRAFT AS PREPARED BY L. PEARLMAN AND COMMENCE WORK ON REVISIONS AND SUGGESTED EDITS AND ADDITIONS TO SAME (1.7); CONFER WITH P. BENVENUTTI REGARDING ASPECTS THEREOF (0.7); CONTINUED WORK ON DRAFTING AND EDITING PORTIONS I AM PREPARING (0.7); WORK ON ADDITION TO BRIEF DEALING WITH MISCAST CONTAINED IN KONTRABECKI'S OPPOSITION (0.9); EMAIL REGARDING PORTION OF BRIEF TO W. OLSHAN (0.2). |
| 02/11/10 | F.L. Russell<br>Task:  L390 | 1.60 | REVISE SUMMARY OF FTP POLISH DOCUMENTS (1.5); FORWARD SUMMARIES TO P, CROSBY AND D. GORDON (0.1). |
| 02/11/10 | F.L. Russell<br>Task:  L390 | 2.70 | CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/11/10 | M. Kaufman<br>Task:  L160 | .50 | CONTINUED WORK ON EDITS AND REVISIONS TO SETTLEMENT PROPOSAL. |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE   12
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211

| 02/11/10 | F.L. Russell<br>Task:  L390 | 2.30 | REVIEW AND RESPOND TO S. CHANDLER E-MAIL REGARDING DOCUMENTS PROVIDED TO EXPERT (0.2); CONTINUE REVIEW AND SUMMARY OF DOCUMENTS PROVIDED TO EXPERT PAWEL PIETKIEWICZ (2.0); FORWARD DOCUMENTS TO S. CHANDLER (0.1). |
|---|---|---|---|
| 02/11/10 | D. Gordon<br>Task:  L240 | 1.30 | REVIEW AND REVISE KAUFMAN DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION (0.4); REVIEW DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION (0.7); CONFERENCE WITH P. CROSBY REGARDING ADDITIONAL RESEARCH NEEDED IN CONNECTION WITH SAME (0.2). |
| 02/11/10 | D. Gordon<br>Task:  L320 | .30 | MESSAGES WITH P. BENVENUTTI AND L. GILICINSKI REGARDING SUPPLEMENTAL DOCUMENT PRODUCTION (0.1); CONFERENCE WITH P. CROSBY REGARDING SAME (0.2). |
| 02/11/10 | S. Chandler<br>Task:  L390 | .30 | REVIEW CORRESPONDENCE REGARDING DOCUMENT PRODUCTION MATTERS (0.1); CONFER WITH F.RUSSELL REGARDING ISSUES RELATED TO POTENTIAL DOCUMENT PRODUCTION (0.2). |
| 02/11/10 | S. Chandler<br>Task:  L240 | .50 | REVIEW PORTION OF BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION (0.3); REVIEW DRAFT DECLARATION IN SUPPORT OF SAME (0.2). |
| 02/12/10 | F.L. Russell<br>Task:  L390 | 1.60 | REVIEW AND RESPOND TO S. CHANDLER E-MAILS REGARDING EXPERT DOCUMENTS RECEIVED FROM J. GASOWSKI (0.5); CONTINUE REVIEW OF POLISH DOCUMENTS TO SUPPLEMENT INDEX OF EXPERT DOCUMENTS RECEIVED FORM J. GASOWSKI (0.8); REVIEW INDEX RECEIVED FROM S. CHANDLER AND NOTES REGARDING ADDITIONAL INFORMATION REQUESTED (0.3). |
| 02/12/10 | D. Gordon<br>Task:  L240 | 2.60 | RESEARCH ISSUES IN CONNECTION WITH LEHMAN'S REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION. |
| 02/12/10 | D. Gordon<br>Task:  L120 | .10 | REVIEW REVISED SETTLEMENT PROPOSAL. |

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010                    PAGE   13
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/12/10 | S. Chandler<br>Task:  L240 | 1.80 | THOROUGH REVIEW OF DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION FOR UNSUPPORTED ASSERTIONS (1.2); REVIEW DRAFT DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION (0.3); REVIEW REVISIONS TO BRIEF AND CORRESPONDENCE REGARDING SAME (0.3). |
| 02/12/10 | S. Chandler<br>Task:  L390 | .70 | REVIEW AND REVISE INDEX OF INFORMATION PERTAINING TO POTENTIAL DOCUMENT PRODUCTION (0.4); CONFER WITH F.RUSSELL REGARDING MATTERS RELATED TO POTENTIAL DOCUMENT PRODUCTION (0.3). |
| 02/12/10 | M. Kaufman<br>Task:  L160 | .80 | REVIEW REVISED DRAFT OF PROPOSED SETTLEMENT LETTER FROM L. R. LEVINE AND CONFER WITH P. BENVENUTTI AND RESPONSE TO SAME. |
| 02/12/10 | M. Kaufman<br>Task:  L240 | 6.40 | CONTINUED DRAFTING, EDITING AND COORDINATING ASPECTS OF PREPARATION OF REPLY MEMORANDUM. IN SUPPORT OF LEHMAN'S MOTION FOR RECONSIDERATION (5.1); CONFER WITH CO-COUNSEL DURING VARIOUS POINTS IN DAY WITH REGARD TO SAME (1.3). |
| 02/15/10 | M. Kaufman<br>Task:  L240 | 5.50 | CONTINUED EXTENSIVE DRAFTING AND REVISIONS AND WORK ON REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION (3.0); CONFERENCES WITH CO-COUNSEL WITH REGARD TO SAME (1.3); REVIEW RED-LINE DRAFTS OF VARIOUS VERSIONS OF BRIEF AND EDITS THERETO (1.2). |
| 02/15/10 | M. Kaufman<br>Task:  L320 | .40 | REVIEW COMMUNICATIONS WITH REGARD TO DOCUMENT PRODUCTION MATTERS (0.4). |
| 02/15/10 | S. Chandler<br>Task:  L240 | 2.00 | WORK ON RESEARCH REGARDING STRIKING STATEMENTS FROM FILINGS (1.5); SKIM REVISED DRAFT BRIEF IN SUPPORT OF MOTION OF RECONSIDERATION (0.5). |
| 02/15/10 | D. Gordon<br>Task:  L320 | .30 | REVIEW CHART FROM J. GASOWSKI REGARDING PRODUCTION OF POLISH BANKRUPTCY DOCUMENTS (0.2); MESSAGE TO P. BENVENUTTI REGARDING SAME (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE   14
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| | | | |
|---|---|---|---|
| 02/16/10 | D. Gordon<br>Task: L320 | .30 | CONFERENCE WITH J. GASOWSKI REGARDING PRODUCTION OF POLISH BANKRUPTCY DOCUMENTS (0.1); MEMORANDUM TO P. BENVENUTTI & P. CROSBY REGARDING SAME AND STEPS GOING FORWARD (0.2). |
| 02/16/10 | D. Gordon<br>Task: L240 | 6.20 | REVIEW DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION (1.2); LOCATE NUMEROUS RECORD CITES IN CONNECTION WITH SAME AND REVISE SAME (4.8); LOCATE ADDITIONAL MATERIALS FOR M. KAUFMAN IN CONNECTION WITH DRAFTING OF SAME (0.2). |
| 02/16/10 | S. Chandler<br>Task: L240 | 2.40 | WORK ON MOTION TO STRIKE, INCLUDING RESEARCH RELATED THERETO AND REVIEW OF TRANSCRIPT FOR CITATIONS AND RELEVANT INFORMATION. |
| 02/16/10 | M. Kaufman<br>Task: L160 | 1.60 | REVIEW EMAIL FROM LEVINE AND COMMENT ON SETTLEMENT PROPOSAL (0.4); CONFER WITH P. BENVENUTTI REGARDING SAME AND ADDITIONAL ISSUES OF CONSIDERATION WITH REGARD TO STRUCTURE OF SETTLEMENT AND ANALYSIS OF SAME (1.2). |
| 02/16/10 | M. Kaufman<br>Task: L240 | 3.80 | REVIEW EMAIL FROM P. BENVENUTTI REGARDING PINNING DOWN ASPECTS TO BE INCLUDED IN REPLY BRIEF REGARDING HISTORICAL CIRCUMSTANCES (0.4); CONTINUED WORK ON REPLY BRIEF AND EXTENSIVE EDITING AND DRAFTING AND REVISION OF ASPECTS PROVIDED BY P. BENVENUTTI (3.0); RESPOND TO P. BENVENUTTI'S INQUIRY AND REVIEW RECORD WITH REGARD TO SAME (0.4). |
| 02/16/10 | F.L. Russell<br>Task: L390 | 2.70 | CONTINUE REVIEW AND ANALYSIS OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/16/10 | F.L. Russell<br>Task: L390 | .20 | REVIEW AND RESPOND TO J. GASOWSKI E-MAILS REGARDING TECHNICAL ISSUES WITH RESPECT TO MISSING DOCUMENTS. |
| 02/16/10 | F.L. Russell<br>Task: L390 | 3.20 | REVIEW S. CHANDLER E-MAIL REGARDING COURT'S ORAL RULING AT 12/18/2009 HEARING (0.2); REVIEW TRANSCRIPT OF HEARING AND FORWARD RELEVANT TEXT TO S. CHANDLER (3.0). |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE  15
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| | | | |
|---|---|---|---|
| 02/17/10 | F.L. Russell<br>Task: L390 | .20 | REVIEW AND RESPOND TO J. GASOWSKI E-MAILS REGARDING TECHNICAL ISSUES WITH MISSING DOCUMENTS. |
| 02/17/10 | M. Kaufman<br>Task: L240 | 5.90 | REVIEW AND EDIT AND REVISE ASPECTS OF BRIEF AND DRAFTING OF ADDITIONAL PORTIONS IN REPLY AND IN SUPPORT OF LEHMAN'S MOTION FOR RECONSIDERATION (3.4); CONFER WITH P. BENVENUTTI REGARDING VARIOUS ASPECTS OF COMPLETION OF LEHMAN'S REPLY BRIEF AND TACTICAL ISSUES RELATING TO SAME (0.9); WORK ON COMPLETION AND REVISIONS TO MY DECLARATION IN SUPPORT OF LEHMAN'S MOTION FOR RECONSIDERATION (1.1); FURTHER COMMUNICATIONS REGARDING HISTORIC FACTS FOR INCLUSION IN BRIEF (0.5). |
| 02/17/10 | M. Kaufman<br>Task: L160 | .50 | RESPOND TO LEVINE'S INQUIRY WITH REGARD TO SETTLEMENT (0.3); REVIEW EMAIL FROM P. BENVENUTTI TO LEVINE WITH REGARD TO ASPECTS OF SETTLEMENT (0.2). |
| 02/17/10 | S. Chandler<br>Task: L240 | 5.50 | RESEARCH ON STRIKING STATEMENTS IN PLEADINGS (3.8); REVIEW CORRESPONDENCE REGARDING FILINGS (0.3);  REVIEW TRANSCRIPT AND ORDERS IN CONNECTION WITH DRAFTING MOTION TO STRIKE (0.6); REVISE MOTION TO STRIKE (0.8). |
| 02/17/10 | M.S. Grycner<br>Task: L390 | .50 | RAN SEARCHES IN SUMMATION FOR SELECT POLISH DOCUMENTS TO CONFIRM PRODUCTION OF SAME. |
| 02/17/10 | D. Gordon<br>Task: L240 | 6.30 | CONFERENCE WITH M. KAUFMAN REGARDING ADDITIONAL MATERIALS NEEDED FOR REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION (0.3); GATHER SAME (1.2); ASSIST P. CROSBY IN PERFORMING ADDITIONAL RESEARCH FOR REPLY BRIEF (3.4); REVIEW REVISED REPLY BRIEF (0.4); REVIEW REVISED KAUFMAN DECLARATION AND CONFIRM ACCURACY OF STATEMENTS MADE THEREIN (0.4); REVIEW BENVENUTTI DECLARATION AND CONFIRM ACCURACY OF STATEMENTS MADE THEREIN (0.6). |
| 02/18/10 | M.S. Grycner<br>Task: L390 | .50 | ASSISTED F. RUSSELL IN LOCATING SOURCE OF DOCUMENT REVIEW PROJECT RELATING TO 109 NON-SEARCHABLE DOCUMENTS FROM LEXIS ADI. |

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE  16
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


02/18/10   D. Gordon          .70   REVIEW MOTION TO STRIKE TO BE FILED IN SUPPORT
           Task:  L240              OF REPLY BRIEF IN SUPPORT OF MOTION FOR
                                    RECONSIDERATION (0.4); REVIEW MESSAGES FROM S.
                                    CHANDLER REGARDING SAME (0.1); ASSIST B. STONE
                                    IN REVISIONS TO REPLY BRIEF (0.2).

02/18/10   M. Kaufman         .40   FURTHER COMMENTS WITH REGARD TO EDITS TO DRAFT
           Task:  L120              OF SETTLEMENT LETTER.

02/18/10   M. Kaufman        7.80   REVIEW COMPREHENSIVE DRAFT OF REPLY BRIEF IN
           Task:  L240              SUPPORT OF MOTION FOR RECONSIDERATION AS
                                    TRANSMITTED TO W. OLSHAN PREVIOUS EVENING AND
                                    WORK ON SUBSTANTIAL EDITS AND DRAFTS AND
                                    ADDITIONAL PIECES TO BE INCLUDED IN BRIEF
                                    (3.8); CONFER WITH P. BENVENUTTI REGARDING SAME
                                    (1.4); REVIEW COMMUNICATIONS WITH REGARD TO
                                    LEHMAN FILING OF OVER-LENGTH BRIEF (0.1);
                                    DISCUSSION OF MOTION TO STRIKE V. OPPOSITION TO
                                    NON-SUPPORTED FACTUAL STATEMENT IN REPLY BRIEF
                                    AND CONFERRAL WITH P. BENVENUTTI REGARDING SAME
                                    (0.3); FURTHER WORK ON MODIFICATION TO DRAFT OF
                                    MY DECLARATION AND COMMENTS UPON P.
                                    BENVENUTTI'S DECLARATION AND OTHER DECLARATIONS
                                    AND CONFER WITH P. BENVENUTTI WITH REGARD TO
                                    SAME (1.4); WORK ON ASPECTS OF DECLARATION TO
                                    BE FILED BY J. BROGAN AND REVIEW FINANCIAL
                                    SPREADSHEETS AND OTHER ANALYSES TO CONFIRM
                                    MATTERS TO BE INCLUDED IN SAID DECLARATION
                                    (0.8).

02/18/10   F.L. Russell      3.50   CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL
           Task:  L390              PRODUCTION.

02/18/10   S. Chandler       6.30   FURTHER RESEARCH ON STRIKING STATEMENTS IN
           Task:  L240              PLEADINGS AND ON VARIOUS EVIDENTIARY
                                    STANDARDS (4.9); CORRESPONDENCE REGARDING
                                    SAME (0.3); REVIEW DRAFTS OF REPLY BRIEF AND
                                    DECLARATIONS (1.1).

02/19/10   F.L. Russell      1.70   CONTINUE REVIEW OF DOCUMENTS FOR POTENTIAL
           Task:  L390              SUPPLEMENTAL PRODUCTION.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                PAGE  17
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


02/19/10  M. Kaufman          6.10    WORK ON VARIOUS ASPECTS OF REPLY BRIEF IN
          Task:  L240                 SUPPORT OF MOTION FOR RECONSIDERATION AND WORK
                                      TOWARD COMPLETION AND FILING OF SAID MOTION BY
                                      LATE TODAY (3.3); CONFER WITH P. BENVENUTTI
                                      REGARDING VARIOUS EDITS AND WITH OTHER TEAM
                                      MEMBERS WITH REGARD TO EDITS AND ADJUSTMENTS TO
                                      BRIEF (1.2); REVIEW COMMENTS FROM LEVINE WITH
                                      REGARD TO MOTION FOR RECONSIDERATION (0.3);
                                      CONTINUED WORK ON FINALIZING MY DECLARATION AND
                                      THAT OF J. BORGAN AND P. BENVENUTTI AND CONFER
                                      WITH P. BENVENUTTI WITH REGARD TO SAME (0.5);
                                      CONTINUED FINAL EDITS AND ARGUMENTS TO BE
                                      CONTAINED IN BRIEF IN SUPPORT OF MOTION FOR
                                      RECONSIDERATION (0.5); VARIOUS COMMUNICATIONS
                                      WITH W. OLSHAN WITH REGARD TO BRIEF AND
                                      APPROACH BEING TAKEN (0.3).

02/19/10  D. Gordon           2.20    ASSIST IN LOCATING RECORD CITES IN ORDER TO
          Task:  L240                 FINALIZE REPLY BRIEF IN SUPPORT OF MOTION FOR
                                      RECONSIDERATION (0.7); MESSAGES WITH M.
                                      KAUFMAN REGARDING SAME (0.2); REVIEW BROGAN
                                      DEPOSITION TRANSCRIPTS TO LOCATE INFORMATION
                                      TO USE IN ADDITIONAL ARGUMENT IN SUPPORT OF
                                      REPLY (1.2); MESSAGE TO P. BENVENUTTI
                                      REGARDING SAME (0.1).

02/19/10  S. Chandler         1.40    REVIEW CORRESPONDENCE REGARDING MOTION TO
          Task:  L240                 STRIKE AND BRIEF IN SUPPORT OF MOTION FOR
                                      RECONSIDERATION (0.3); REVIEW REVISIONS TO
                                      BRIEF (0.3); REVIEW CORRESPONDENCE FOR ISSUES
                                      RELATED TO REPLY IN SUPPORT OF MOTION FOR
                                      RECONSIDERATION (0.8).

02/22/10  D. Gordon            .70    REVIEW MESSAGE FROM M. KAUFMAN REGARDING
          Task:  L240                 STRATEGY ON HEARING ON MOTION FOR
                                      RECONSIDERATION (0.1); CONFERENCE WITH M.
                                      KAUFMAN REGARDING PREPARATION FOR HEARING ON
                                      SAME (0.6).

02/22/10  S. Chandler          .20    REVIEW CORRESPONDENCE REGARDING FILINGS ON
          Task:  L240                 MOTION FOR RECONSIDERATION.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE  18
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/22/10 | S. Chandler<br>Task:  L390 | .80 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS FOR POTENTIAL PRODUCTION (0.2); REVIEW INDEX OF DOCUMENTS FOR POTENTIAL PRODUCTION (0.3); CONFER WITH F.RUSSELL REGARDING SAME AND REGARDING ADDITIONAL WORK WITH RESPECT TO SAME (0.3). |
| --- | --- | --- | --- |
| 02/22/10 | F.L. Russell<br>Task:  L390 | 4.30 | CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/22/10 | M. Kaufman<br>Task:  L240 | 3.00 | WORK ON PREPARATION FOR ARGUMENT ON MOTION FOR RECONSIDERATION AND PREPARATION OF ASPECTS REGARDING SCHEDULING IF MOTION IS GRANTED. |
| 02/23/10 | M. Kaufman<br>Task:  L240 | 2.00 | MEETING WITH D. GORDON REGARDING MOTION FOR RECONSIDERATION STRATEGIES (0.4); WORK ON MOTION PREPARATION FOR HEARING (1.6) |
| 02/23/10 | F.L. Russell<br>Task:  L390 | 3.50 | CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/23/10 | S. Chandler<br>Task:  L240 | 1.90 | READ AS-FILED REPLY AND RELATED FILINGS IN SUPPORT OF MOTION FOR RECONSIDERATION (1.6); CONFER WITH M.KAUFMAN REGARDING SAME AND REGARDING POSSIBLE NEXT STEPS (0.3). |
| 02/23/10 | M.S. Grycner<br>Task:  L390 | 2.00 | RAN SEARCHES FOR ADDITIONAL POLISH LANGUAGE DOCUMENTS IN SUMMATION TO CONFIRM PRODUCTION STATUS OF SAME. |
| 02/23/10 | D. Gordon<br>Task:  L320 | .10 | MESSAGES WITH P. CROSBY REGARDING SUPPLEMENTAL DOCUMENT PRODUCTION. |
| 02/23/10 | D. Gordon<br>Task:  L240 | .40 | CONFERENCE WITH M. KAUFMAN REGARDING STRATEGY WITH RESPECT TO HEARING ON MOTION FOR RECONSIDERATION. |
| 02/23/10 | S. Chandler<br>Task:  L390 | .50 | CONFER WITH F.RUSSELL REGARDING ADDITIONAL WORK NEEDED WITH RESPECT TO DOCUMENT REVIEW PROJECT (0.3); REVIEW CORRESPONDENCE RELATED TO SAME (0.2). |
| 02/24/10 | S. Chandler<br>Task:  L240 | .30 | REVIEW SUPPLEMENTAL BROGAN DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION. |

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                    PAGE   19
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211

| 02/24/10 | S. Chandler Task: L390 | 2.10 | PREPARE SUMMARY DESCRIPTION OF DOCUMENT REVIEW PROJECT (1.1); CONFER WITH F.RUSSELL REGARDING STATUS OF SAME (0.4); PREPARE MESSAGE TO TEAM REGARDING SAME AND REGARDING DOCUMENTS FOR POTENTIAL PRODUCTION (0.4); CONFER WITH D.GORDON REGARDING SAME (0.2). |
| 02/24/10 | D. Gordon Task: L240 | .10 | REVIEW SUPPLEMENTAL BROGAN DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION. |
| 02/24/10 | D. Gordon Task: L320 | .90 | MESSAGES WITH P. CROSBY AND J. GASOWSKI REGARDING PRODUCTION OF POLISH BANKRUPTCY DOCUMENTS (0.3); CONFERENCE WITH P. CROSBY REGARDING SAME (0.2); REVIEW DOCUMENTS SUPPLIED TO LEHMAN BY WHITE & CASE (0.4). |
| 02/24/10 | F.L. Russell Task: L390 | 3.00 | CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/24/10 | M. Kaufman Task: L320 | 3.00 | CONSIDER DOCUMENT PRODUCTION ISSUES (0.3); WORK ON PREPARATION FOR RECONSIDERATION HEARING (2.7). |
| 02/25/10 | M. Kaufman Task: L240 | 3.00 | WORK ON RECONSIDERATION HEARING PREPARATION. |
| 02/25/10 | F.L. Russell Task: L390 | 2.70 | CONTINUE REVIEW OF DOCUMENTS FOR POTENTIAL SUPPLEMENTAL PRODUCTION. |
| 02/25/10 | S. Chandler Task: L390 | .60 | CONFER WITH D.GORDON REGARDING SUPPLEMENTAL DOCUMENT PRODUCTION (0.2); CONFER WITH F.RUSSELL REGARDING SAME (0.3); REVIEW FOLLOW-UP CORRESPONDENCE PERTAINING TO SAME (0.1). |
| 02/25/10 | M.S. Grycner Task: L390 | .50 | ASSISTED F. RUSSELL WITH ADDITIONAL REVIEW OF 19 DOCUMENTS FROM WHITE AND CASE FTP SITE IN ORDER TO IDENTIFY AND LOAD IMAGES TO SUMMATION. |
| 02/25/10 | D. Gordon Task: L320 | .60 | CONFERENCE WITH P. CROSBY AND J. GASOWSKI REGARDING SUPPLEMENTAL PRODUCTION OF DOCUMENTS (0.5); MESSAGES WITH F. RUSSELL REGARDING SAME (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010              PAGE   20
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


| 02/25/10 | M.S. Grycner<br>Task: L390 | 1.00 | CODED ALL DOCUMENTS IN SUMMATION DATABASE "WHITE & CASE REVIEW" FOR ALL DOCUMENTS TO BE PRODUCED, REVIEWED AND NOT PRODUCED PER F. RUSSELL'S REQUEST. |
| --- | --- | --- | --- |
| 02/25/10 | C. Everhart<br>Task: L140 | .60 | DOWNLOAD DOCUMENTS FROM FTP SITE, CROSS REFERENCE DISCOVERY TO FTP IDENTIFICATION, AND PROCESS TO TIFF IN PREPARATION FOR LOAD TO SUMMATION. |
| 02/26/10 | D. Gordon<br>Task: L320 | .10 | MESSAGES WITH F. RUSSELL AND P. BENVENUTTI REGARDING STATUS OF DOCUMENT PRODUCTION. |
| 02/26/10 | F.L. Russell<br>Task: L390 | 3.20 | CONTINUE REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 02/26/10 | M. Kaufman<br>Task: L240 | 2.00 | WORK ON PREPARATION FOR RECONSIDERATION HEARING. |
| 02/26/10 | S. Chandler<br>Task: L390 | .70 | ADDITIONAL CORRESPONDENCE WITH F.RUSSELL REGARDING DOCUMENT PRODUCTION (0.3); REVIEW ADDITIONAL CORRESPONDENCE REGARDING SAME (0.1); FINALIZE SUMMARY REGARDING PROCESS WITH RESPECT TO SAME (0.3). |
| 02/28/10 | S. Chandler<br>Task: L420 | .80 | SKIM EXPERT REPORT AND PREPARE DRAFT OF CHART FOR ORGANIZATION OF DOCUMENTS CITED THEREIN. |

L120  Analysis/Strategy

|  |  |  |  |
| --- | --- | --- | --- |
| D. Gordon | 1.30 | 320.00 | $416.00 |
| M. Kaufman | .40 | 650.00 | $260.00 |
| TOTAL L120 | 1.70 | | $676.00 |

L140  Document/File Management

|  |  |  |  |
| --- | --- | --- | --- |
| C. Everhart | .60 | 190.00 | $114.00 |
| TOTAL L140 | .60 | | $114.00 |

L160  Settlement/Non-Binding

|  |  |  |  |
| --- | --- | --- | --- |
| M. Kaufman | 9.50 | 650.00 | $6,175.00 |
| TOTAL L160 | 9.50 | | $6,175.00 |

L190  Oth Case Assessment, Deve. &  Admin

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE   21
MATTER NUMBER: 30837.0001
INVOICE NO.: 708211


|  | | | |
|---|---|---|---|
| S. Chandler | 5.20 | 400.00 | $2,080.00 |
| TOTAL L190 | 5.20 | | $2,080.00 |
| **L240  Dispositive Motions** | | | |
| D. Gordon | 37.10 | 320.00 | $11,872.00 |
| M. Kaufman | 90.90 | 650.00 | $59,085.00 |
| S. Chandler | 26.50 | 400.00 | $10,600.00 |
| TOTAL L240 | 154.50 | | $81,557.00 |
| **L320  Document Production** | | | |
| D. Gordon | 5.20 | 320.00 | $1,664.00 |
| L.D. Williams | 1.00 | 170.00 | $170.00 |
| M. Kaufman | 3.40 | 650.00 | $2,210.00 |
| TOTAL L320 | 9.60 | | $4,044.00 |
| **L390  Other Discovery** | | | |
| F.L. Russell | 82.60 | 240.00 | $19,824.00 |
| M.S. Grycner | 8.20 | 215.00 | $1,763.00 |
| S. Chandler | 10.30 | 400.00 | $4,120.00 |
| TOTAL L390 | 101.10 | | $25,707.00 |
| **L420  Expert Witnesses** | | | |
| S. Chandler | .80 | 400.00 | $320.00 |
| TOTAL L420 | .80 | | $320.00 |

Billed Recap Of Cost Detail - [Invoice: 708211 Date: 06/ 07/ 2010]                                                      Page 1
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| 01/20/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 290.22 | 290.22 | LITIGATION SUPPORT VENDORS - - PAYEE: IKON | 26352371 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 290.22 | 290.22 | OFFICE SOLUTIONS*** | |
| | | Voucher=1768300 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS*** Balance= .00 Amount= | |
| | | | | | | | | |
| 01/21/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 33.70 | 33.70 | LITIGATION SUPPORT VENDORS - - PAYEE: IKON | 26352373 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 33.70 | 33.70 | OFFICE SOLUTIONS*** | |
| | | Voucher=1768302 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS*** Balance= .00 Amount= 33.70 | |
| | | | | | | | | |
| 01/25/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 289.54 | 289.54 | LITIGATION SUPPORT VENDORS - - PAYEE: IKON | 26352372 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 289.54 | 289.54 | OFFICE SOLUTIONS*** | |
| | | Voucher=1768301 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS*** Balance= .00 Amount= | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.08 | 2.08 | LONG DISTANCE TELEPHONE 10:01 011- 48-225-2056 | 26286452 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 2.08 | 2.08 | 78517 | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 22.88 | 22.88 | LONG DISTANCE TELEPHONE 10:02 011- 48-225-2056 | 26286453 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 22.88 | 22.88 | 78517 | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 11:19 1-212-891-3910 | 26339260 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 2.90 | 2.90 | 74120 | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:33 1-510-655-6691 | 26339261 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.72 | 0.72 | 74120 | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 15:36 1-518-580-9891 | 26339262 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 2.18 | 2.18 | 74120 | |
| | | | | | | | | |
| 02/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 15:53 1-630-594-2972 | 26339263 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 1.81 | 1.81 | 74120 | |
| | | | | | | | | |
| 02/04/2010 | 3354 | FRAN L. RUSSELL | 101S | 81.00 | 0.15 | 12.15 | COPY CHARGES | 26283699 |
| 06/07/2010 | | Invoice=708211 | | 81.00 | 0.10 | 8.10 | | |
| | | | | | | | | |
| 02/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:50 1-415-875-5826 | 26293521 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 02/05/2010 | 3354 | FRAN L. RUSSELL | 101S | 18.00 | 0.15 | 2.70 | COPY CHARGES | 26285142 |
| 06/07/2010 | | Invoice=708211 | | 18.00 | 0.10 | 1.80 | | |
| | | | | | | | | |
| 02/05/2010 | 3354 | FRAN L. RUSSELL | 101S | 16.00 | 0.15 | 2.40 | COPY CHARGES | 26285143 |
| 06/07/2010 | | Invoice=708211 | | 16.00 | 0.10 | 1.60 | | |
| | | | | | | | | |
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:44 1-415-875-5826 | 26293750 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 16:25 1-828-389-8847 | 26339264 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 1.45 | 1.45 | 74120 | |
| | | | | | | | | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:33 1-415-875-5753 | 26291707 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74117 | |
| | | | | | | | | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:47 1-415-875-5753 | 26291734 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74117 | |
| | | | | | | | | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 27.98 | 27.98 | LONG DISTANCE TELEPHONE 13:31 1-415-875-5826 | 26297011 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 27.98 | 27.98 | 74120 | |
| | | | | | | | | |
| 02/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:59 1-415-875-5826 | 26304763 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 02/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 10:48 1-415-875-5826 | 26315341 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 4.72 | 4.72 | 74120 | |
| | | | | | | | | |
| 02/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:35 1-415-875-5826 | 26315354 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.72 | 0.72 | 74120 | |
| | | | | | | | | |
| 02/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:16 1-415-875-5826 | 26315357 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 02/16/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 111.25 | 111.25 | WESTLAW RESEARCH | 26318892 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 111.25 | 111.25 | | |
| | | | | | | | | |
| 02/16/2010 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 69.11 | 69.11 | WESTLAW RESEARCH | 26318893 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 69.11 | 69.11 | | |
| | | | | | | | | |
| 02/16/2010 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 82.39 | 82.39 | WESTLAW RESEARCH | 26328892 |

Billed Recap Of Cost Detail - [Invoice: 708211 Date: 06/ 07/ 2010]

Client: -

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/07/2010 | | Invoice=708211 | | 1.00 | 82.39 | 82.39 | | |
| 02/16/2010 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 32.84 | 32.84 | WESTLAW RESEARCH | 26328893 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 32.84 | 32.84 | | |
| 02/17/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 | LONG DISTANCE TELEPHONE 14:44 1-415-875-5826 | 26315814 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 6.17 | 6.17 | 74120 | |
| 02/17/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 16:09 1-415-875-5826 | 26315817 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 2.90 | 2.90 | 74120 | |
| 02/17/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 | LONG DISTANCE TELEPHONE 16:48 1-415-875-5826 | 26315820 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 6.17 | 6.17 | 74120 | |
| 02/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 7.99 | 7.99 | LONG DISTANCE TELEPHONE 15:21 1-415-875-5826 | 26316022 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 7.99 | 7.99 | 74120 | |
| 02/18/2010 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 775.24 | 775.24 | WESTLAW RESEARCH | 26318966 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 775.24 | 775.24 | | |
| 02/18/2010 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 66.11 | 66.11 | WESTLAW RESEARCH | 26318967 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 66.11 | 66.11 | | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 09:56 1-415-875-5826 | 26319223 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 1.81 | 1.81 | 74120 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 10:01 1-415-875-5826 | 26319225 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 3.63 | 3.63 | 74120 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 11:13 1-415-875-5826 | 26319230 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 3.63 | 3.63 | 74120 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 13.08 | 13.08 | LONG DISTANCE TELEPHONE 12:02 1-415-875-5826 | 26319247 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 13.08 | 13.08 | 74120 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 12:55 1-415-875-5826 | 26319253 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 1.09 | 1.09 | 74120 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 14:00 1-415-875-5826 | 26319275 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 5.08 | 5.08 | 74120 | |
| 02/19/2010 | 0034 | MARK S. KAUFMAN | 107S | 1.00 | 21.66 | 21.66 | DELIVERY SERVICE/MESSENGER | 26321215 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 21.66 | 21.66 | RCVD:JONES DAY/PETER J. BENVENUTTI, ESQ | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:24 1-415-875-5826 | 26323116 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 7.27 | 7.27 | LONG DISTANCE TELEPHONE 16:17 1-415-875-5826 | 26323137 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 7.27 | 7.27 | 74120 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:40 1-415-875-5826 | 26323139 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:40 1-415-875-5753 | 26323140 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:13 1-775-224-0076 | 26339305 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 02/24/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:34 1-415-875-5753 | 26313089 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.36 | 0.36 | 74117 | |
| 02/25/2010 | 0034 | MARK S. KAUFMAN | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26313441 |
| 06/07/2010 | | Invoice=708211 | | 4.00 | 0.10 | 0.40 | | |
| 02/25/2010 | 3354 | FRAN L. RUSSELL | 101S | 238.00 | 0.15 | 35.70 | COPY CHARGES | 26313442 |
| 06/07/2010 | | Invoice=708211 | | 238.00 | 0.10 | 23.80 | | |
| 02/26/2010 | 0681 | SUMMER CHANDLER | 101S | 1.00 | 0.15 | 0.15 | COPY CHARGES | 26316335 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.10 | 0.10 | | |
| 02/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:21 1-415-875-5826 | 26330139 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 02/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:47 1-312-951-5700 | 26339365 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 0.72 | 0.72 | 74120 | |

Billed Recap Of Cost Detail - [Invoice: 708211 Date: 06/ 07/ 2010] Pg 26 of 94

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/28/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 1,497.40 | 1,497.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26340937 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 1,497.40 | 1,497.40 | COMPANY**** AMERICAN EXPRESS INV #022810PTREE - | |
| | | Voucher=1766999 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00  Amount= | |
| 02/28/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 148.70 | 148.70 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26340938 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 148.70 | 148.70 | COMPANY**** AMERICAN EXPRESS INV #022810PTREE - | |
| | | Voucher=1766999 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00  Amount= | |
| 02/28/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 462.00 | 462.00 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26352367 |
| 06/07/2010 | | Invoice=708211 | | 1.00 | 462.00 | 462.00 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1768296 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | BILLED TOTALS:    WORK: | | | | 4,065.88 | 53 records | |
| | | BILLED TOTALS:    BILL: | | | | 4,047.98 | | |
| | | GRAND TOTAL:    WORK: | | | | 4,065.88 | 53 records | |
| | | GRAND TOTAL:    BILL: | | | | 4,047.98 | | |

**Supplemental Information Sheet**
**February 2010**

Expenses for Kontrabecki (30837.0001)
Timekeeper: M. Kaufman

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 1/20/10 | $290.22 | Litigation Support Vendors - IKON Office Solutions | Discovery - CD, Image Conversion, Bates Capture, OCR | Attached |
| 1/21/10 | $33.70 | Litigation Support Vendors - IKON Office Solutions | Discovery - Image Conversion, E-OCR, CD | Attached |
| 1/25/10 | $289.54 | Litigation Support Vendors - IKON Office Solutions | Discovery - CD, Image Conversion, Bates Capture, OCR | Attached |
| 2/28/10 | $1,497.40 | OUT OF TOWN TRAVEL Invoice No. 708211 Voucher 176699 | Travel for hearing in San Francisco on motion for reconsideration. Please see attached Affidavit of Mark S. Kaufman in Support of Travel Expense regarding class of service. | Attached |
| 2/28/10 | $148.70 | OUT OF TOWN TRAVEL Invoice No. 708211 Voucher 176699 | Travel for hearing in San Francisco on motion for reconsideration. Please see attached Affidavit of Mark S. Kaufman in Support of Travel Expense regarding class of service. | Attached |
| 2/28/10 | $462.00 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |

Page 1 of 1

**Document Efficiency**
at work

A RICON COMPANY

IKON Office Solutions -    Atlanta, GA
Phone: (404) 879-2600    Fax: (404) 879-2625
Federal ID:    230334400

# INVOICE

| | |
|---|---|
| Invoice # | ATL10010118 |
| Invoice Date: | 01/20/2010 |
| Due Date: | 01/30/2010 |
| Terms: | Net 10 Days |
| Customer Code: | ATL-MCKS |
| Natl ID: | 40522 |

**BILL TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

**SHIP TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308
Attn: LATANDRA WILLIAMS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 30837.0001 | | | Corinne Archambault |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1001-0118 | 01/19/2010 | LATANDRA WILLIAMS - MCKENNA, LONG & ALDRIDGE | | | |
| 721 | | CD - Master(s) | 1.00 | 20.0000 | 20.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 3,260.00 | 0.0200 | 65.20 |
| 791 | | Bates Capture | 3,260.00 | 0.0300 | 97.80 |
| *717 | | OCR | 3,260.00 | 0.0300 | 97.80 |

1768300

MAR 2010
PD

Mark S. Kauffman

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 117.80 |
| | Sales Tax: | 9.42 |
| | * Non-Taxable: | 163.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | 290.22 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

| **Amount Enclosed** |
|---|
| $ |

Invoice: ATL10010118
Invoice Date: 01/20/2010
Due Date: 01/30/2010
Customer Code: ATL-MCKS
Natl ID: 40522

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $  290.22

Page 1 of 1

**Document Efficiency**
AN IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | ATL10010140 |
| Invoice Date: | 01/21/2010 |
| Due Date: | 01/31/2010 |
| Terms: | Net 10 Days |
| Customer Code: | ATL-MCKS |
| Natl ID: | 40522 |

IKON Office Solutions -    Atlanta, GA
Phone:  (404) 879-2600        Fax:  (404) 879-2625
Federal ID:   230334400

BILL TO:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

SHIP TO:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308
Attn:  FRAN RUSSELL

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 30837.0001 | | | Corinne Archambault |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1001-0145 | 01/21/2010 | FRAN RUSSELL - MCKENNA, LONG & ALDRIDGE | 242.00 | 0.0200 | 4.84 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 242.00 | 0.0300 | 7.26 |
| *4071 | E-OCR | | 1.00 | 20.0000 | 20.00 |
| 4009 | CD - Master Burn | | | | |

MAR ?? 2010
PW
1768302

*Mark S. Kaufman*

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 20.00 |
| | Sales Tax: | 1.60 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | * Non-Taxable: | 12.10 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | 33.70 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                                    Date:

Please pay from this copy.  The party named on this bill is held responsible for payment.

Payment From:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

| Amount Enclosed |
|---|
| $ |

Invoice:  ATL10010140
Invoice Date:  01/21/2010
Due Date:  01/31/2010
Customer Code:  ATL-MCKS
Natl ID:  40522

Please Remit To:
IKON Office Solutions
LDS Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT**  $  33.70

Page 1 of 1

**Document Efficiency**
AT WORK
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | ATL10010176 |
| Invoice Date: | 01/25/2010 |
| Due Date: | 02/04/2010 |
| Terms: | Net 10 Days |
| Customer Code: | ATL-MCKS |
| Nat'l ID: | 40522 |

IKON Office Solutions -    Atlanta, GA
Phone:   (404) 879-2600    Fax:  (404) 879-2625
Federal ID:    230334400

**BILL TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

**SHIP TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308
Attn:  LATANDRA WILLIAMS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 30837.0001 | | | Corinne Archambault |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1001-0161 | 01/22/2010 | LATANDRA WILLIAMS - MCKENNA, LONG & ALDRIDGE | | | |
| 721 | | CD - Master(s) | 1.00 | 20.0000 | 20.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 3,260.00 | 0.0200 | 65.20 |
| 791 | | Bates Capture | 3,249.00 | 0.0300 | 97.47 |
| *717 | | OCR | 3,249.00 | 0.0300 | 97.47 |

17468301

MAR 2010

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 117.47 |
| Sales Tax: | 9.40 |
| * Non-Taxable: | 162.67 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **289.54** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

**Amount Enclosed**

$

Invoice: **ATL10010176**
Invoice Date: **01/25/2010**
Due Date: **02/04/2010**
Customer Code: **ATL-MCKS**
Nat'l ID: **40522**

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ **289.54**

### AFFIDAVIT OF MARK S. KAUFMAN IN SUPPORT OF TRAVEL EXPENSES

I, Mark S. Kaufman, being duly sworn, deposes and says:

1.      I am a partner in the firm of McKenna Long & Aldridge LLP ("McKenna") and submit this affidavit in support of travel expenses incurred in connection with my representation of Lehman Brothers Holdings Inc. (the "Debtor") and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), as special counsel.

2.      I currently represent the Debtors in litigation pending in the United States Bankruptcy Court in the Northern District of California styled Aron M. Oliner, as Chapter 11 Trustee of the Kontrabecki Group Limited Partnership, and Lehman Brothers Holdings Inc. v. John Kontrabecki, et al., Adversary Proceeding No. 03-3264 (the "Kontrabecki Matter").[1]

3.      I travel from Atlanta, Georgia to San Francisco, California for hearings, conferences, depositions and meetings related to the Kontrabecki Matter.

4.      Attached to this Affidavit is an invoice for an "upgraded to first class" ticket, called a "Y Class Upgrade," that I purchased through a travel agent. This ticket allows me to purchase a first class seat at no additional cost to the Estate because it cost less than the then available lowest cost coach ticket that was available to purchase at the time I booked the flight. As is often the case, I need to book flights shortly before the date of travel because hearings are generally not set significantly in advance. Therefore, the purchase of discounted coach tickets, which require substantial advance booking, is not feasible.

5.      To the best of my knowledge, and according to my secretary and my travel agent, who have handled my flight bookings since before Lehman filed Chapter 11, it is my understanding that except on perhaps one occasion, I have not purchased first class tickets except

---

[1]  This matter is referred to as Kontrabecki in NY Bankruptcy Action, Client/Matter No. 30837.0001.

where the lowest cost for coach seating has been at a higher price than the cost of a Y Class

upgraded first class ticket. Frequently, too, I am able to travel in first, at coach seating prices in

first class, because my Gold Medallion status allows me to travel in first class for no additional

cost over of the price coach ticket. In these instances, the statements attached to our billing

reflect my grade of travel as first class although I paid for a coach ticket and obtained a first class

seat because of my Medallion status.


Dated:  Atlanta, Georgia
       April 15, 2010

By: *Mark S. Kaufman*
      Mark S. Kaufman  *with express permisson*

Sworn to before me on this
15th day of April, 2010
*Pamela G. Matthews*
PAMELA G. MATTHEWS
Notary Public, State of Georgia
Commission Expires November 18, 2013

GEORGIA
NOV. 16, 2013
PUBLIC
COBB COUNTY

# TRAVEL  LEADERS

**Travel Leaders**
101 Corporate Plaza Drive, La Grange, GA  30241
Phone: (706) 882-9381 • Toll-Free: (800) 544-2307

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

## PASSENGER INFORMATION

Company Name: ONE PEACHTREE CENTER
Account No.: 2266
Date Issued: February 23, 2010
Agent: BK-IA/PI3
First Name: MARK.S

Company Number: 30837.0001
Agency Confirmation: 7XRACJ
Invoice #: 762688
Last Name: KAUFMAN

## CONFIRMATION INFORMATION

TICKET CONFIRMATION FOR DELTA IS DS40DA

## FLIGHT ▲DELTA

**Sunday March 7, 2010**
Air Vendor: DELTA
From: ATLANTA
To: SAN FRANCISCO
Seat: 05-B

Aircraft: 767
Operated By: DELTA

Flight Number: 1071
Departs: 04:50 PM
Arrives: 07:25 PM
Ticket DS40DA
Confirmation:
Class of Service: [ A ] FIRST CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | MEAL- DINNER | FLIGHT DURATION 5.35 HRS | MILES 2139 | SEAT 05-B **RESERVED** |
KAUFMAN/MARK.S

## FLIGHT ▲DELTA

**Wednesday March 17, 2010**
Air Vendor: DELTA
From: PORTLAND ORE
To: ATLANTA
Seat: 03-B

Aircraft: 757
Operated By: DELTA

Flight Number: 2041
Departs: 06:15 AM
Arrives: 01:53 PM
Ticket DS40DA
Confirmation:
Class of Service: [ A ] FIRST CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | MEAL- BREAKFAST | FLIGHT DURATION 4.38 HRS | MILES 2172 | SEAT 03-B **RESERVED** |
KAUFMAN/MARK.S

## Miscellaneous

**Wednesday March 17, 2010**
Start Date: March 17, 2010
Description: SERVICE FEE CONFIRMED
ITEM COST:40.00

## INVOICE INFORMATION

Invoice #: 762688
Air Fare: $ 1335.82
Tax: $ 121.58
Total Taxes: $ 121.58
Total Air Fare: $ 1457.40
Service Charge: $ 40.00
Total: $ 1497.40
Total Payment: $ 1497.40

## PAYMENT HISTORY

| Date | Form of Payment | Credit Card Number/Type | Amount |
|------|-----------------|-------------------------|--------|

| 02/23/10 | Credit Card | XXXX XXXXXX X1009/AX | $ 1497.40 |

## GENERAL INFORMATION

TICKET NUMBER(S):   E0067466542564
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S    DL0215556416

## REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
*********************************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
*************TRAVEL ADVISORY***************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN NO LESS THAN 1.5 HR PRIOR
CHANGES MAY MAKE TICKET VALUELESS
MOST AIRLINES REQUIRE 1 HOUR TO 24 HOUR NOTICE
FOR CANCELLATION OR TICKET VALUE WILL BE FORFEITED
NEW CHECKED BAGGAGE POLICIES VARY BY AIRLINE
GO TO WWW.APTWCT.COM FOR POLICIES AND FEES
NONREFUNDABLE FARE ** CHANGE/STANDBY FEES APPLY
MOST AIRLINES ARE CHARGING FOR 1ST AND 2ND CHECKED BAGS
YOUR NAME ON YOUR AIRLINE TICKET MUST MATCH YOUR
NAME ON YOUR DRIVER LICENSE OR PASSPORT.
U88/5555

OnQueue™ - © 2010 MagnaTech - all rights reserved  -  Travel Agency Systems by Magnatech


# TRAVEL LEADERS

Travel Leaders
101 Corporate Plaza Drive, La Grange, GA  30241
Phone: (706) 882-9381 • Toll-Free: (800) 544-2307

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

## PASSENGER INFORMATION

Company Name: ONE PEACHTREE CENTER
Account No.: 2266
Date Issued: February 23, 2010
Agent: BK-IA/PI3
First Name: MARK.S

Company Number: 30837.0001

Agency Confirmation: 7XRACJ
Invoice #: 762689
Last Name: KAUFMAN

## CONFIRMATION INFORMATION

TICKET CONFIRMATION FOR DELTA OPERATED BY HORIZON AIR - AS2500 IS DS40DA

## FLIGHT                                                    ▲ DELTA

**Wednesday March 10, 2010**

Air Vendor: DELTA
From: SAN FRANCISCO
To: PORTLAND ORE
Seat: 04-B

Aircraft: CR7
Operated By: HORIZON AIR - AS2500

Flight Number: 7603
Departs: 10:00 AM
Arrives: 11:45 AM
Ticket DS40DA
Confirmation:
Class of Service: [ L ] ECONOMY CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | FLIGHT DURATION 1.45 HRS | MILES 550 | SEAT 04-B **RESERVED** | KAUFMAN/MARK.S | NOT
VALID FOR TRAVEL BEFORE 10MAR/AFTER 10MAR

## INVOICE INFORMATION

Invoice #: 762689
Air Fare: $ 128.37
Tax: $ 20.33
Total Air Fare: $ 148.70
Total: $ 148.70
Total Payment: $ 148.70

## PAYMENT HISTORY

| Date | Form of Payment | Credit Card Number/Type | Amount |
|------|-----------------|-------------------------|--------|
| 02/23/10 | Credit Card | XXXX XXXXXX X1009/AX | $ 148.70 |

## GENERAL INFORMATION

TICKET NUMBER(S):    E0067466542565
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S    DL0215556416

## REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
**********************************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
*************TRAVEL ADVISORY****************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN NO LESS THAN 1.5 HR PRIOR
CHANGES MAY MAKE TICKET VALUELESS
MOST AIRLINES REQUIRE 1 HOUR TO 24 HOUR NOTICE

FOR CANCELLATION OR TICKET VALUE WILL BE FORFEITED
NEW CHECKED BAGGAGE POLICIES VARY BY AIRLINE
GO TO WWW.APTWCT.COM FOR POLICIES AND FEES
NONREFUNDABLE FARE ** CHANGE/STANDBY FEES APPLY
MOST AIRLINES ARE CHARGING FOR 1ST AND 2ND CHECKED BAGS
YOUR NAME ON YOUR AIRLINE TICKET MUST MATCH YOUR
NAME ON YOUR DRIVER LICENSE OR PASSPORT.
U88/5555

OnQueue™ - © 2010 MagnaTech - all rights reserved  -  Travel Agency Systems by Magnatech



**LexisNexis™**
**Applied Discovery®**

REMIT TO:
Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA  98005
(877) 613-3010  Ext:  3526

**TIN:  91-1955281**

| | |
|---|---|
| Page: | 1 |
| Number: | 0000103622 |
| Date: | 2/28/2010 |
| Due Date: | 3/30/2010 |
| Customer: | MCKEAT |

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA |

**Matter Name**

Warsaw v. Lehman Bros.

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.000 | 33.000 | 462.00 |
| Monthly Data Hosting Fee | | | | |

LAST ITEM

*30837.0000*

*MAR 2010  PW*

*1966296*

AR Contact:    Accounts Receivable
Email:    billing@applieddiscovery.com
Phone:    (877) 613-3010    Ext:  3526

*Applied Discovery now offers clients the ability to pay by credit card. Please use the AR
contact information above to initiate.

| | |
|---|---|
| Subtotal | 462.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **462.00** |

# Production Report

Report for Month of:                February 2010

Client Name:                       McKenna Long
Case Name:                         Warsaw
Matter No.:
ADI Case No.:                      E300.0010
Product:                           Online Review

| Data Hosting Fees | | | Qty | Rate | Subtotal |
|---|---|---|---|---|---|
| Monthly Data Hosting Fee | | | 14 | $ 33.00 | $ 462.00 |
| | | | | Subtotal $ | 462.00 |
| Total Billable | | | | $ | 462.00 |

# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 700349
Matter No.: 30837.0002               Invoice Date: April 13, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 0.20 | 760.00 | 152.00 |
| G. Marsh | 1.00 | 500.00 | 500.00 |
| S. Chandler | 5.30 | 355.00 | 1,881.50 |
| A. Elko | 62.00 | 335.00 | 20,770.00 |
| F.L. Russell | 3.20 | 240.00 | 768.00 |
| Total | 71.70 | | 24,071.50 |

TOTAL FEES:                                   $ 24,071.50

CHARGES:

    COPY CHARGES                      260.10
    DELIVERY SERVICE/MESSENGER        343.55

TOTAL CHARGES:                            $    603.65

T O T A L   T H I S   S T A T E M E N T :    $ 24,675.15

LEHMAN BROTHERS HOLDINGS INC.                April 13, 2010          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


DESCRIPTION OF SERVICES


02/01/10   G. Marsh         1.00   REVIEW E-MAILS WITH RESPECT TO ISSUES WITH FEE
           Task: B160              APPLICATION (0.3); PREPARE FOR HEARING IN
                                   INTERIM FEE APPLICATIONS (0.7).

02/01/10   A. Elko           .40   CONFER WITH G. MARSH REGARDING LEHMAN BILLING
           Task: B160              ISSUES AND DECEMBER 2009 MONTHLY STATEMENT
                                   (0.2); CORRESPOND WITH M. KAUFMAN AND S.
                                   CHANDLER REGARDING DECEMBER MONTHLY INVOICE
                                   (0.1); CONFER AND CORRESPOND WITH S. CHANDLER
                                   REGARDING RETENTION OF CMS CAMERON MCKENNA AS
                                   ORDINARY COURSE PROFESSIONAL (0.1).

02/02/10   A. Elko           .50   CONFER WITH S. CHANDLER AND M. KAUFMAN
           Task: B170              REGARDING RETENTION OF EXPERTS AS ORDINARY
                                   COURSE PROFESSIONALS AND RESPONSE TO FEE
                                   COMMITTEE'S REPORT AND RECOMMENDATION (0.3);
                                   REVIEW CORRESPONDENCE WITH CMS CAMERON
                                   MCKENNA WITH RESPECT THERETO (0.1);
                                   CORRESPOND AND CONFER WITH S. CHANDLER WITH
                                   RESPECT THERETO (0.1).

02/04/10   A. Elko           .90   REVIEW SECOND CORRECTED FEE COMMITTEE REPORT
           Task: B170              AND GATHER INFORMATION FOR ADDRESSING
                                   OBJECTIONS (0.5); BEGIN DRAFTING LETTER
                                   RESPONDING TO FEE COMMITTEE REPORT (0.4).

02/07/10   A. Elko          4.00   REVIEW THIRD INTERIM FEE APPLICATION EXPENSE
           Task: B170              DETAIL FOR POTENTIAL FEE COMMITTEE OBJECTION
                                   (1.2); WORK ON LEHMAN FEE COMMITTEE LETTER
                                   REGARDING FEE COMMITTEE REPORT AND THIRD
                                   INTERIM FEE APPLICATION (2.7); CORRESPOND
                                   WITH G. MARSH WITH RESPECT THERETO (0.1).

02/08/10   C.F. Graham       .20   E-MAILS REGARDING ADJOURNMENT OF WEDNESDAY'S
           Task: B110              FEE APPLICATION HEARINGS (0.1);  E-MAILS
                                   REGARDING LETTER TO FEE COMMITTEE (0.1).

LEHMAN BROTHERS HOLDINGS INC.                April 13, 2010          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


02/08/10   S. Chandler          .30    REVIEW TIME ENTRIES AND FOLLOW-UP WITH A.
           Task: B160                  PEARSON TO ENSURE ADEQUATE DESCRIPTIONS OF
                                       SAME.

02/08/10   S. Chandler          .90    CONFER WITH A.ELKO REGARDING RESPONSE TO FEE
           Task: B170                  OBJECTIONS (0.3); REVIEW LETTER RESPONSE TO
                                       SAME AND REVISE SAME (0.6).

02/08/10   A. Elko            5.20     CONFER WITH G. MARSH WITH RESPECT TO LETTER
           Task: B160                  TO FEE COMMITTEE REGARDING FEE COMMITTEE
                                       REPORT AND THIRD INTERIM FEE APPLICATION
                                       (0.3); REVIEW AND REVISE LETTER TO FEE
                                       COMMITTEE (2.5); GATHER AND REVIEW SUPPORTING
                                       DOCUMENTATION FOR EXPENSE DETAIL (0.7);
                                       CORRESPOND WITH M. KAUFMAN, S. CHANDLER, AND
                                       J. MURPHY WITH RESPECT TO KONTRABECKI
                                       EXPENSES (0.3); REVIEW NOTICE OF ADJOURNMENT
                                       OF HEARING ON THIRD INTERIM FEE APPLICATION
                                       (0.1); CORRESPOND WITH G. MARSH AND C. GRAHAM
                                       REGARDING ADJOURNMENT OF HEARING (0.1);
                                       REVIEW DECEMBER 2009 PRO FORMAS AND WORK ON
                                       MONTHLY STATEMENT (1.2).

02/08/10   F.L. Russell        1.20    REVIEW AND RESPOND A. PEARSON E-MAIL REGARDING
           Task: B120                  LITIGATION SUPPORT PERSONNEL FOR DOCUMENTS
                                       PRODUCTION (0.2); PREPARE SUMMARY OF TIME SPENT
                                       BY LITIGATION SUPPORT (1.0).

02/09/10   A. Elko            2.30     REVIEW AND EDIT PRO FORMAS AND INVOICES FOR
           Task: B160                  DECEMBER 2009 MONTHLY STATEMENT (1.3);
                                       REVIEW, REVISE AND PREPARE TO SEND LETTER TO
                                       FEE COMMITTEE REGARDING FEE COMMITTEE REPORT
                                       AND THIRD INTERIM FEE APPLICATION (0.3);
                                       REVIEW CORRESPONDENCE FROM FEE COMMITTEE AND
                                       ANALYSIS OF THIRD INTERIM FEE APPLICATION
                                       (0.5); CORRESPOND WITH TEAM REGARDING BUDGETS
                                       (0.2).

02/10/10   A. Elko            3.80     RESEARCH KONTRABECKI AIRFARE EXPENSES FOR
           Task: B160                  LEHMAN FEE COMMITTEE OBJECTION (0.2); WORK ON
                                       RESPONSE TO LEHMAN FEE OBJECTION (1.0);
                                       REVIEW AND REVISE DECEMBER 2009 PRO FORMAS
                                       AND INVOICES FOR MONTHLY STATEMENT (2.4);
                                       CORRESPONDENCE WITH C. CHIN REGARDING EDITS
                                       (0.2).

LEHMAN BROTHERS HOLDINGS INC.                April 13, 2010            PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


02/12/10   S. Chandler          .40    REVISE TIME ENTRIES TO PROVIDE MORE DETAIL
           Task: B160                  REGARDING TASKS PERFORMED.

02/12/10   A. Elko             3.00    DRAFT SPREADSHEETS FOR TIMEKEEPERS TO ADDRESS
           Task: B170                  FEE COMMITTEE OBJECTIONS (1.5); CORRESPOND
                                       WITH EACH TIMEKEEPER (G. MARSH, M. KAUFMAN,
                                       P. MCGEEHAN, C. WEISS, C. GRAHAM, H. SEWELL,
                                       S. CHANDLER, A. REDICK, D. GORDON, S.
                                       PLUNKETT, R. GEE, F. RUSSELL) REGARDING
                                       INDIVIDUAL OBJECTIONS AND RESOLUTION THEREOF
                                       (0.7); REVIEW AND RESEARCH EXPENSES (0.3);
                                       SUMMARIZE FEE COMMITTEE'S INDIVIDUAL SUMMARY
                                       SHEET AND CORRESPOND WITH G. MARSH, M.
                                       KAUFMAN, P. MCGEEHAN, C. WEISS, C. GRAHAM AND
                                       S. CHANDLER WITH RESPECT THERETO (0.5).

02/15/10   S. Chandler          .40    PREPARE PROJECTED BUDGET FOR MARCH FOR
           Task: B110                  KONTRABECKI MATTER.

02/15/10   S. Chandler          .30    SKIM COMMITTEE ANALYSIS OF THIRD INTERIM FEE
           Task: B170                  APPLICATION AND CORRESPONDENCE REGARDING SAME.

02/15/10   A. Elko              .40    REVIEW FEE COMMITTEE CORRESPONDENCE (0.2);
           Task: B160                  CORRESPOND WITH G. MARSH, M. KAUFMAN, C.
                                       WEISS, P. MCGEEHAN, C. GRAHAM, D. GEIGER, A.
                                       KAUFMAN AND S. CHANDLER REGARDING BUDGET
                                       (0.2).

02/16/10   A. Elko              .50    CONFER WITH A. KAUFMAN REGARDING MARCH BUDGET
           Task: B160                  FOR AZ 72 LLC (0.1); CORRESPOND WITH TEAM
                                       REGARDING MARCH BUDGETS (0.2); REVIEW AND
                                       WORK ON BUDGETS (0.2).

02/16/10   S. Chandler          .20    FINALIZE PROJECTED BUDGET FOR KONTRABECKI
           Task: B110                  MATTER.

02/17/10   S. Chandler          .30    REVIEW REVISED BILLING GUIDELINES AND
           Task: B110                  PROCEDURES.

02/17/10   A. Elko             3.20    WORK ON RESPONSE TO FEE COMMITTEE'S INDIVIDUAL
           Task: B170                  SUMMARY SHEET INCLUDING ADDRESSING OBJECTIONS
                                       TO ALLEGED INSUFFICIENT DETAIL DESCRIBING
                                       SERVICES (1.3); CORRESPOND AND CONFER WITH M.
                                       KAUFMAN, S. CHANDLER AND J. MURPHY REGARDING
                                       OBJECTIONS TO TRAVEL EXPENSES (0.5); CORRESPOND

LEHMAN BROTHERS HOLDINGS INC.                April 13, 2010          PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


                                    WITH M. KAUFMAN, H. SEWELL, R. GEE AND F.
                                    RUSSELL REGARDING OBJECTION TO FEES (0.5);
                                    CONFER WITH R. GEE REGARDING OBJECTION TO FEES
                                    (0.1); CORRESPOND AND CONFER WITH S. CHANDLER
                                    REGARDING KONTRABECKI EXPERTS (0.3); WORK ON
                                    LETTER REGARDING FEE COMMITTEE'S INDIVIDUAL
                                    SUMMARY SHEET, REPORT AND CORRESPONDENCE DATED
                                    FEBRUARY 9, 2010 REGARDING NEW PROCEDURES
                                    (0.5).

02/17/10   A. Elko           1.90   WORK ON DECEMBER 2009 MONTHLY STATEMENT
           Task: B160               (0.4); CORRESPOND WITH C. CHIN REGARDING
                                    EDITS TO INVOICES (0.2); REVIEW, ANALYZE AND
                                    SUMMARIZE FEE COMMITTEE'S NEW BILLING
                                    PROCEDURES (0.5); CORRESPOND WITH G. MARSH,
                                    M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C.
                                    GRAHAM WITH RESPECT THERETO (0.2); REVIEW,
                                    ANALYZE AND SUMMARIZE FEE COMMITTEE'S REVISED
                                    GUIDELINES (0.4); CORRESPOND WITH G. MARSH,
                                    M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C.
                                    GRAHAM WITH RESPECT THERETO (0.2).

02/17/10   F.L. Russell      2.00   REVISE JANUARY TIME ENTRIES TO PROVIDE FURTHER
           Task: B120               DETAIL REGARDING TASKS PERFORMED.

02/18/10   A. Elko           7.40   WORK ON RESPONSE TO FEE COMMITTEE'S INDIVIDUAL
           Task: B170               SUMMARY SHEET INCLUDING ADDRESSING OBJECTIONS
                                    TO ALLEGED ADMINISTRATIVE FEES AND INSUFFICIENT
                                    DETAIL (3.5); CORRESPOND WITH S. CHANDLER, H.
                                    SEWELL, C. GRAHAM, D. GORDON AND R. GEE
                                    REGARDING FEES (0.6); CORRESPOND AND CONFER
                                    WITH M. KAUFMAN, S. CHANDLER, D. GORDON AND S.
                                    BROOKS REGARDING KONTRABECKI EXPERTS (0.5);
                                    DRAFT SUMMARY WITH RESPECT TO KONTRABECKI
                                    EXPERTS (0.3); WORK ON LETTER REGARDING FEE
                                    COMMITTEE'S INDIVIDUAL SUMMARY SHEET, REPORT
                                    AND CORRESPONDENCE DATED FEBRUARY 9, 2010
                                    REGARDING NEW PROCEDURES (1.0); REVIEW, ANALYZE
                                    AND EXPLAIN SERVICES NOT RELATED TO REVIEWING
                                    AND EDITING MONTHLY STATEMENTS FEE APPLICATIONS
                                    (1.5).

LEHMAN BROTHERS HOLDINGS INC.                 April 13, 2010          PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


| 02/18/10 | A. Elko<br>Task:  B160 | .60 | REVIEW UNIFORM TASK CODES (0.2); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C. GRAHAM REGARDING CODES (0.2); CORRESPOND WITH L. STIPANCIC, L. GREEN, L. HATFIELD AND C. CHIN REGARDING SETTING UP TASK CODES (0.2). |
|---|---|---|---|
| 02/18/10 | S. Chandler<br>Task:  B170 | .70 | REVIEW CORRESPONDENCE REGARDING OBJECTIONS TO EXPENSES (0.2); REVIEW DETAILS REGARDING SAME AND PREPARE EXPLANATION OF SAME (0.5). |
| 02/19/10 | A. Elko<br>Task:  B170 | 6.20 | REVIEW AND RESEARCH FEES AND EXPENSES OBJECTED TO BY FEE COMMITTEE (1.5); CONFER AND CORRESPOND WITH M. KAUFMAN, K. ROHLING AND J. MURPHY WITH RESPECT THERETO (0.5); CONTINUE TO WORK ON RESPONSE TO FEE COMMITTEE'S INDIVIDUAL SUMMARY SHEET, INCLUDING LINE-BY-LINE RESPONSE (0.7); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, C. GRAHAM AND S. CHANDLER WITH RESPECT THERETO (0.2); WORK ON LETTER RESPONDING TO FEE COMMITTEE'S INDIVIDUAL SUMMARY SHEET, REPORT AND FEBRUARY 9, 2010 CORRESPONDENCE REGARDING NEW BILLING PROCEDURES (3.2); CORRESPOND WITH M. KAUFMAN, S. CHANDLER AND D. GORDON WITH RESPECT THERETO (0.1). |
| 02/20/10 | A. Elko<br>Task:  B160 | 1.80 | REVIEW DECEMBER 2009 INVOICES FOR MONTHLY STATEMENT (1.2); CORRESPOND WITH C. CHIN REGARDING CERTAIN INVOICES (0.3); CORRESPOND WITH G. WALLING REGARDING RESEARCH EXPENSE (0.1); WORK ON SUMMARY OF FEES AND EXPENSES (0.2). |
| 02/21/10 | A. Elko<br>Task:  B170 | .70 | REVIEW AND REVISE LETTER RESPONDING TO FEE COMMITTEE'S INDIVIDUAL SUMMARY SHEET, REPORT AND FEBRUARY 9, 2010 CORRESPONDENCE REGARDING NEW BILLING PROCEDURES. |
| 02/22/10 | A. Elko<br>Task:  B170 | 5.60 | CORRESPOND WITH M. KAUFMAN, S. CHANDLER AND D. GORDON WITH RESPECT TO RESPONSE TO FEE COMMITTEE'S REQUEST REGARDING KONTRABECKI EXPERTS (0.2); REVIEW AND REVISE LINE-BY-LINE RESPONSE TO FEE COMMITTEE'S INDIVIDUAL SUMMARY SHEET (0.5); WORK ON LETTER RESPONDING TO FEE |

LEHMAN BROTHERS HOLDINGS INC.          April 13, 2010          PAGE    7
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


COMMITTEE'S INDIVIDUAL SUMMARY SHEET, REPORT
AND FEBRUARY 9, 2010 CORRESPONDENCE REGARDING
NEW BILLING PROCEDURES (4.5); CONFER WITH G.
MARSH WITH RESPECT THERETO (0.2); CORRESPOND
WITH FEE COMMITTEE WITH RESPECT THERETO (0.1);
CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
MCGEEHAN, C. WEISS, C. GRAHAM AND S. CHANDLER
WITH RESPECT THERETO (0.1).

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/22/10 | S. Chandler<br>Task: B160 | .30 | READ REVISED BILLING CODES AND INFORMATION RELATED TO SAME (0.2); CONFER WITH TEAM REGARDING SAME (0.1). |
| 02/23/10 | S. Chandler<br>Task: B170 | .30 | READ RESPONSE TO FEE COMMITTEE OBJECTIONS. |
| 02/23/10 | S. Chandler<br>Task: B160 | .40 | CONFER WITH A.ELKO REGARDING INVOICE FOR KONTRABECKI MATTER (0.2); CONFER WITH M.KAUFMAN REGARDING SAME (0.2). |
| 02/23/10 | A. Elko<br>Task: B160 | 2.80 | REVIEW AND REVISE DECEMBER 2009 INVOICES (1.0); CORRESPOND WITH M. KAUFMAN, C. CHIN AND S. CHANDLER REGARDING KONTRABECKI INVOICES (0.2); CORRESPOND WITH A. KAUFMAN REGARDING MIDDLE MOUNTAIN EXPENSES (0.1); CONFER WITH G. MARSH WITH RESPECT TO DECEMBER MONTHLY STATEMENT (0.2); CONFER AND CORRESPOND WITH C. WEISS WITH RESPECT TO MARCH 2010 BUDGET (0.2); DRAFT MARCH BUDGET (1.0); CORRESPOND WITH J. SUCKOW AND J. HALPERIN REGARDING MARCH 2010 BUDGET (0.1). |
| 02/24/10 | A. Elko<br>Task: B160 | 3.30 | CONFER WITH S. CHANDLER AND C. CHIN REGARDING KONTRABECKI DECEMBER INVOICE (0.3); CONFER WITH C. GRAHAM REGARDING AZ 72 LLC PRO FORMA (0.2); REVIEW AND REVISE DECEMBER 2009 INVOICES (0.5); RESEARCH EXPENSES FOR DECEMBER 2009 MONTHLY STATEMENT (0.4); DRAFT SUMMARY OF EXPENSES BY MATTER (0.3); REVIEW AND REVISE JANUARY 2010 PRO FORMAS (0.8); CONFER WITH C. CHIN REGARDING DECEMBER 2009 AND JANUARY 2010 INVOICES (0.3); CORRESPOND WITH J. MURPHY REGARDING KONTRABECKI EXPENSES (0.2); CORRESPOND WITH L. STIPANCIC, L. GREEN, L. HATFIELD AND C. CHIN REGARDING NEW TASK CODES (0.3). |

LEHMAN BROTHERS HOLDINGS INC.                April 13, 2010            PAGE    8
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


02/24/10   S. Chandler        .40    CONFER WITH A.ELKO REGARDING EXPENSE DETAIL
           Task:  B160               FOR SUBMISSION WITH INVOICES (0.2); CALL TO
                                     C.CHIN REGARDING SAME (0.2).

02/25/10   S. Chandler        .20    CONFER WITH A.ELKO REGARDING ADDRESSING
           Task:  B170               QUESTIONS WITH RESPECT TO CERTAIN EXPENSES ON
                                     THE KONTRABECKI MATTER.

02/25/10   A. Elko           6.20    CONFER AND CORRESPOND WITH J. MURPHY AND M.
           Task:  B160               KAUFMAN REGARDING DECEMBER 2009 KONTRABECKI
                                     EXPENSES (0.3); WORK ON DECEMBER MONTHLY
                                     STATEMENT, INCLUDING PREPARING COVER LETTER,
                                     EXPLANATIONS FOR EXPENSES AND SUMMARIES OF
                                     FEES AND EXPENSES (3.8); REVIEW AND REVISE
                                     PRO FORMAS AND INVOICES FOR JANUARY MONTHLY
                                     STATEMENT (1.4); CONFER AND CORRESPOND WITH
                                     C. CHIN REGARDING DECEMBER AND JANUARY
                                     MONTHLY STATEMENTS (0.5); CONFER WITH G.
                                     MARSH REGARDING DECEMBER MONTHLY STATEMENT
                                     (0.2).

02/26/10   S. Chandler        .20    READ CORRESPONDENCE REGARDING REVISED TASK
           Task:  B160               CODES AND BILLING GUIDELINES.

02/26/10   A. Elko           1.30    REVIEW, FINALIZE AND SEND OUT DECEMBER MONTHLY
           Task:  B160               STATEMENT (0.3); SUBMIT MONTHLY STATEMENT TO
                                     FEE COMMITTEE VIA E-MAIL (0.1); CORRESPOND WITH
                                     L. STIPANCIC REGARDING CONVERSION OF DECEMBER
                                     INVOICES TO ELECTRONIC FORMAT (0.1); CORRESPOND
                                     WITH TIMEKEEPERS REGARDING NEW TASK CODES
                                     (0.2); CORRESPOND WITH G. MARSH, M. KAUFMAN, C.
                                     WEISS, P. MCGEEHAN AND C. GRAHAM REGARDING TASK
                                     CODES (0.2); CORRESPOND WITH TIMEKEEPERS
                                     REGARDING FEE COMMITTEE'S BILLING GUIDELINES
                                     (0.3); CORRESPOND WITH P. MCGEEHAN REGARDING
                                     JANUARY INVOICES (0.1).


B110   Case Administration
       C.F. Graham                     .20     760.00      $152.00
       S. Chandler                     .90     355.00      $319.50

           TOTAL B110                 1.10                 $471.50

LEHMAN BROTHERS HOLDINGS INC.          April 13, 2010          PAGE    9
MATTER NUMBER: 30837.0002
INVOICE NO.: 700349


B120   Asset Analysis and Recovery
       F.L. Russell                       3.20     240.00     $768.00

           TOTAL B120                     3.20                $768.00

B160   Fee/Employment Applications
       A. Elko                           30.50     335.00  $10,217.50
       G. Marsh                           1.00     500.00     $500.00
       S. Chandler                        2.00     355.00     $710.00

           TOTAL B160                    33.50             $11,427.50

B170   Fee/Employment Objections
       A. Elko                           31.50     335.00  $10,552.50
       S. Chandler                        2.40     355.00     $852.00

           TOTAL B170                    33.90             $11,404.50

Bill#2 Recap Of Cost Detail - [Invoice: 700349 Date: 04/ 15/ 2010]    Pg 48 of 94
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/28/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.29 | 17.29 | DELIVERY SERVICE/MESSENGER | 26313820 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 17.29 | 17.29 | RCVD:WEIL GOTSHAL & MANGES, LLP/JENNIFER SAPP, | |
| 02/07/2010 | 4981 | ALISON ELKO | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26285144 |
| 04/13/2010 | | Invoice=700349 | | 12.00 | 0.10 | 1.20 | | |
| 02/08/2010 | 4981 | ALISON ELKO | 101S | 326.00 | 0.15 | 48.90 | COPY CHARGES | 26286835 |
| 04/13/2010 | | Invoice=700349 | | 326.00 | 0.10 | 32.60 | | |
| 02/09/2010 | 4981 | ALISON ELKO | 101S | 38.00 | 0.15 | 5.70 | COPY CHARGES | 26288212 |
| 04/13/2010 | | Invoice=700349 | | 38.00 | 0.10 | 3.80 | | |
| 02/10/2010 | 4981 | ALISON ELKO | 101S | 116.00 | 0.15 | 17.40 | COPY CHARGES | 26288956 |
| 04/13/2010 | | Invoice=700349 | | 116.00 | 0.10 | 11.60 | | |
| 02/18/2010 | 4981 | ALISON ELKO | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 26298405 |
| 04/13/2010 | | Invoice=700349 | | 6.00 | 0.10 | 0.60 | | |
| 02/22/2010 | 4981 | ALISON ELKO | 101S | 431.00 | 0.15 | 64.65 | COPY CHARGES | 26306749 |
| 04/13/2010 | | Invoice=700349 | | 431.00 | 0.10 | 43.10 | | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 27.56 | 27.56 | DELIVERY SERVICE/MESSENGER | 26321216 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 27.56 | 27.56 | RCVD:FEINBERG ROZEN, LLP/KENNETH FEINBERG- CO | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 40.18 | 40.18 | DELIVERY SERVICE/MESSENGER | 26321217 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 40.18 | 40.18 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.64 | 30.64 | DELIVERY SERVICE/MESSENGER | 26321218 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 30.64 | 30.64 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.64 | 30.64 | DELIVERY SERVICE/MESSENGER | 26321219 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 30.64 | 30.64 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.64 | 30.64 | DELIVERY SERVICE/MESSENGER | 26321220 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 30.64 | 30.64 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 02/23/2010 | 4981 | ALISON ELKO | 101S | 475.00 | 0.15 | 71.25 | COPY CHARGES | 26308754 |
| 04/13/2010 | | Invoice=700349 | | 475.00 | 0.10 | 47.50 | | |
| 02/24/2010 | 4981 | ALISON ELKO | 101S | 375.00 | 0.15 | 56.25 | COPY CHARGES | 26310274 |
| 04/13/2010 | | Invoice=700349 | | 375.00 | 0.10 | 37.50 | | |
| 02/25/2010 | 0945 | KRISTIN C. ROHLING | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26313443 |
| 04/13/2010 | | Invoice=700349 | | 12.00 | 0.10 | 1.20 | | |
| 02/25/2010 | 4981 | ALISON ELKO | 101S | 583.00 | 0.15 | 87.45 | COPY CHARGES | 26313444 |
| 04/13/2010 | | Invoice=700349 | | 583.00 | 0.10 | 58.30 | | |
| 02/26/2010 | 4981 | ALISON ELKO | 101S | 227.00 | 0.15 | 34.05 | COPY CHARGES | 26316336 |
| 04/13/2010 | | Invoice=700349 | | 227.00 | 0.10 | 22.70 | | |
| 02/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.88 | 33.88 | DELIVERY SERVICE/MESSENGER | 26338934 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 33.88 | 33.88 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 02/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.88 | 33.88 | DELIVERY SERVICE/MESSENGER | 26338935 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 33.88 | 33.88 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 02/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.88 | 33.88 | DELIVERY SERVICE/MESSENGER | 26338936 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 33.88 | 33.88 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 02/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.88 | 33.88 | DELIVERY SERVICE/MESSENGER | 26338937 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 33.88 | 33.88 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 02/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.08 | 31.08 | DELIVERY SERVICE/MESSENGER | 26338938 |
| 04/13/2010 | | Invoice=700349 | | 1.00 | 31.08 | 31.08 | RCVD:FEINBERG ROZEN, LLP/KENNETH FEINBERG | |
| | | BILLED TOTALS:    WORK: | | | | 733.70 | 22 records | |
| | | BILLED TOTALS:    BILL: | | | | 603.65 | | |
| | | GRAND TOTAL:    WORK: | | | | 733.70 | 22 records | |
| | | GRAND TOTAL:    BILL: | | | | 603.65 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 708112
Matter No.: 30837.0003               Invoice Date: June 7, 2010
=====================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 9.20 | 760.00 | 6,992.00 |
| C. Weiss | 4.90 | 525.00 | 2,572.50 |
| A.F. Kaufman | 13.70 | 425.00 | 5,822.50 |
| T. Hall | 0.30 | 425.00 | 127.50 |
| J.M. Mayes | 7.90 | 415.00 | 3,278.50 |
| R.M. Gee | 3.60 | 225.00 | 810.00 |
| H.T. Moore | 1.00 | 225.00 | 225.00 |
| Total | 40.60 | | 19,828.00 |

TOTAL FEES:                                          $ 19,828.00

CHARGES:

        LOCAL TRAVEL                      10.30
        LONG DISTANCE TELEPHONE            8.36
        MEALS                            40.00

TOTAL CHARGES:                             $      58.66

T O T A L   T H I S   S T A T E M E N T :   $ 19,886.66

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 708112


DESCRIPTION OF SERVICES


| 02/01/10 | A.F. Kaufman<br>Task:  B110 | .80 | EXCHANGE E-MAILS REGARDING DISCOVERY STATUS (0.2); TELEPHONE CALL WITH J. RHODES (0.6). |

02/01/10  A.F. Kaufman        .80   EXCHANGE E-MAILS REGARDING DISCOVERY STATUS
          Task:  B110               (0.2); TELEPHONE CALL WITH J. RHODES (0.6).

02/01/10  C. Weiss            .20   REVIEW E-MAILS REGARDING DOCUMENT PRODUCTION
          Task:  B120               REQUIREMENTS.

02/01/10  R.M. Gee           1.60   ATTEND TO PROCESSING OF CLIENT FILES TO BE
          Task:  B110               LOADED TO SUMMATION IN CONNECTION WITH ATTORNEY
                                    REVIEW.

02/03/10  J.M. Mayes         2.10   RESEARCH REGARDING APPROPRIATE SCOPE OF
          Task:  B120               DISCOVERY AND COUNTERCLAIMS (1.5);
                                    CORRESPONDENCE WITH A. KAUFMAN REGARDING SAME
                                    (0.6).

02/03/10  C. Weiss           2.10   REVIEW AND REPLY TO E-MAILS REGARDING
          Task:  B120               ADDITIONAL PROPOSED DEPOSITIONS (0.4); REVIEW
                                    LETTER FROM BORROWER'S COUNSEL REGARDING
                                    DISCOVERY ISSUES (0.3); REVIEW PRIOR
                                    CORRESPONDENCE FROM BORROWER, 11/18/08 LETTER
                                    TO BORROWER AND PRENEGOTIATION AGREEMENT AND
                                    CONSIDER ISSUES REGARDING DISCOVERY
                                    LIMITATION (1.0); WORK WITH A. KAUFMAN
                                    REGARDING SAME (0.4).

02/03/10  A.F. Kaufman       2.60   REVIEW LETTER FROM E. SHERMAN (0.4); DRAFT AND
          Task:  B110               SEND E-MAIL TO CLIENT REGARDING SAME (0.1);
                                    DRAFT RESPONSE TO SAME (2.1).

02/04/10  A.F. Kaufman        .60   CONTINUE DRAFTING OF LETTER TO E. SHERMAN.
          Task:  B110

02/04/10  C.F. Graham        1.30   REVIEW AND REVISE LETTER TO ERIC SHERMAN (0.4);
          Task:  B120               WORK ON DISCOVERY RESPONSES (0.7);  OFFICE
                                    CONFERENCE WITH A. KAUFMAN REGARDING DISCOVERY
                                    ISSUES (0.2).

LEHMAN BROTHERS HOLDINGS INC.                     June 7, 2010                PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 708112


| 02/04/10 | C. Weiss<br>Task:  B120 | .40 | REVIEW E-MAILS AND COMMUNICATIONS WITH A. KAUFMAN REGARDING PNA (0.2); E-MAILS WITH A. KAUFMAN REGARDING WITNESS LIST ISSUES (0.2). |
| 02/05/10 | J.M. Mayes<br>Task:  B120 | .80 | REVIEW DISCOVERY REQUESTS AND INITIAL DISCLOSURE (0.5); PREPARE RESPONSE TO SAME (0.3). |
| 02/05/10 | A.F. Kaufman<br>Task:  B110 | .60 | REVIEW AND REVISE LETTER TO E. SHERMAN (0.5); TELEPHONE CALL TO J. NASTASI (0.1). |
| 02/05/10 | C.F. Graham<br>Task:  B120 | 1.10 | WORK ON DISCOVERY RESPONSES AND PREPARING FOR CASE CONFERENCE THIS MONTH (0.7); E-MAIL REVIEW/REPLY WITH RESPECT TO DISCOVERY RESPONSES (0.2); EDIT CORRESPONDENCE WITH SHERMAN (0.2). |
| 02/08/10 | C. Weiss<br>Task:  B120 | .30 | REVIEW E-MAILS REGARDING WITNESS LIST AND DOCUMENT PRODUCTION ISSUES. |
| 02/08/10 | C.F. Graham<br>Task:  B120 | .40 | E-MAILS REGARDING DISCOVERY WITH J. NASTASI AND W. ANTONIEWICZ. |
| 02/09/10 | C. Weiss<br>Task:  B120 | .50 | REVIEW E-MAILS REGARDING WITNESS LIST AND DISCOVERY ISSUES (0.3); TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING SAME (0.2). |
| 02/09/10 | A.F. Kaufman<br>Task:  B110 | 1.40 | CONFERENCE CALL WITH LEHMAN AND TRIMONT REGARDING DISCOVERY (0.6); REVISE LETTER TO E. SHERMAN (0.8). |
| 02/09/10 | R.M. Gee<br>Task:  B110 | .70 | ATTEND TO DISCOVERY DEMANDS AND PREPARATION OF DATABASE FOR DOCUMENT REVIEW. |
| 02/10/10 | A.F. Kaufman<br>Task:  B110 | .80 | REVIEW AND REVISE LETTER TO E. SHERMAN (0.6); CONFER WITH J. RHODES WITH RESPECT THERETO (0.2). |
| 02/11/10 | A.F. Kaufman<br>Task:  B110 | 1.20 | TELEPHONE CALL WITH TRIMONT REGARDING DISCOVERY (0.4); REVIEW, REVISE, FINALIZE AND SEND LETTER TO E. SHERMAN (0.8). |
| 02/11/10 | C. Weiss<br>Task:  B120 | .40 | REVIEW LETTER TO BORROWER'S COUNSEL REGARDING EVASIVE DISCOVERY TACTICS AND E-MAIL TO A. KAUFMAN REGARDING SAME. |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010          PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 708112


| Date | Name | Hours | Description |
|---|---|---|---|
| 02/11/10 | T. Hall<br>Task: B120 | .30 | REVIEW NOTES WITH RESPECT TO JOINT DEVELOPMENT AGREEMENT STATUS AND PLACE CALL TO J. RHODES. |
| 02/11/10 | R.M. Gee<br>Task: B110 | .60 | PREPARE INDEX OF AZ 72 LOAN DOCUMENTS LOADED ON SUMMATION FOR REVIEW. |
| 02/11/10 | J.M. Mayes<br>Task: B120 | 2.00 | PREPARE OBJECTIONS TO DISCOVERY REQUESTS. |
| 02/11/10 | C.F. Graham<br>Task: B120 | 1.30 | REVIEW AND REVISE LETTER TO DEFENSE COUNSEL (0.9); E-MAILS EXCHANGED REGARDING DISCOVERY WITH A. KAUFMAN, LEHMAN, TRIMONT AND C. WEISS (0.4). |
| 02/12/10 | C.F. Graham<br>Task: B120 | .60 | REVIEW E-MAILS FROM TRIMONT REGARDING DISCOVERY SEARCHES (0.3);  ANALYZE DOCUMENTS AND SEARCH TERMS (0.3). |
| 02/15/10 | A.F. Kaufman<br>Task: B110 | .90 | REVIEW AND REVISE NOTICES OF DEPOSITION (0.4): REVIEW AND REVISE RESPONSES TO DOCUMENT DEMANDS (0.5). |
| 02/16/10 | C.F. Graham<br>Task: B120 | 1.20 | TWO CONFERENCES WITH A. KAUFMAN REGARDING DISCOVERY ISSUES (0.3);  REVISE DRAFT LETTER TO JUDGE CHIN (0.5); READ/REPLY TO E-MAILS FROM A. KAUFMAN TO E. SHERMAN, J. RHODES AND J. CHOMANSKI REGARDING DOCUMENT DISCOVERY (0.4). |
| 02/16/10 | H.T. Moore<br>Task: B110 | 1.00 | EXTRACT, MANIPULATE AND PROCESS VENDOR DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 02/16/10 | C. Weiss<br>Task: B120 | .50 | REVIEW LETTER TO JUDGE CHIN REGARDING DISCOVERY PROBLEMS (0.3); COMMUNICATIONS WITH A. KAUFMAN AND C. GRAHAM REGARDING SAME (0.2). |
| 02/16/10 | A.F. Kaufman<br>Task: B110 | 4.80 | DRAFT, REVISE, FINALIZE AND SEND LETTER TO COURT (2.3); REVIEW AND REVISE NOTICES OF DEPOSITION (0.3): REVIEW AND REVISE RESPONSES TO DOCUMENT DEMANDS (1.7); DRAFT AMENDED DISCLOSURES (0.5). |
| 02/17/10 | C.F. Graham<br>Task: B130 | .40 | READ E-MAIL FROM SARAH BELL AND ATTACHED LETTER FROM ERIC SHERMAN TO JUDGE CHIN REGARDING FRIDAY'S STATUS CONFERENCE. |

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 708112


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/17/10 | R.M. Gee<br>Task: B110 | .50 | ATTEND TO PROCESSING ADDITIONAL CLIENT FILES ON DISC FOR DOCUMENT REVIEW. |
| 02/18/10 | R.M. Gee<br>Task: B110 | .20 | MULTIPLE CALLS WITH CHAMBERS REGARDING ADJOURNMENT OF STATUS CONFERENCE. |
| 02/18/10 | C. Weiss<br>Task: B120 | .30 | REVIEW LETTER FROM E. SHERMAN REGARDING DISCOVERY ISSUES. |
| 02/19/10 | J.M. Mayes<br>Task: B120 | 1.00 | TELEPHONE DISCUSSIONS AND CONFERENCE CALLS WITH C. GRAHAM, A. KAUFMAN AND R. GEE REGARDING REVIEW OF DOCUMENTS PROVIDED BY CLIENT FOR PRODUCTION (0.6); PRELIMINARILY REVIEW DOCUMENTS (0.4). |
| 02/22/10 | J.M. Mayes<br>Task: B120 | .90 | COORDINATE DOCUMENT REVIEW IN CONNECTION WITH PRODUCTION OF DOCUMENTS IN RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS (0.5); TELEPHONE DISCUSSIONS AND CORRESPONDENCE WITH C. GRAHAM AND A. KAUFMAN REGARDING SCOPE OF DOCUMENT REVIEW (0.4). |
| 02/22/10 | C. Weiss<br>Task: B120 | .20 | REVIEW AND REPLY TO E-MAILS REGARDING DOCUMENT PRODUCTION AND PRIVILEGE MATTERS. |
| 02/23/10 | C.F. Graham<br>Task: B120 | .60 | READ AND REVISE DISCOVERY REPLIES. |
| 02/24/10 | C.F. Graham<br>Task: B120 | 1.00 | REVIEW AND REVISE NOTICES OF DEPOSITION AND RESPONSE TO DOCUMENT DEMANDS. |
| 02/24/10 | J.M. Mayes<br>Task: B120 | 1.10 | REVIEW DOCUMENTS IN CONNECTION WITH PRODUCTION OF DOCUMENTS IN RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS. |
| 02/25/10 | C.F. Graham<br>Task: B120 | 1.30 | REVIEW AND REVISE DOCUMENT DISCOVERY AND PRIVILEGE ITEMS (1.2); CORRESPONDENCE WITH A. KAUFMAN AND J. MAYES WITH RESPECT THERETO (0.1). |

B110   Case Administration

| | | | |
|---|---|---|---|
| A.F. Kaufman | 13.70 | 425.00 | $5,822.50 |
| H.T. Moore | 1.00 | 225.00 | $225.00 |
| R.M. Gee | 3.60 | 225.00 | $810.00 |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 708112


          TOTAL B110              18.30              $6,857.50

B120  Asset Analysis and Recovery
      C. Weiss                    4.90     525.00   $2,572.50
      C.F. Graham                 8.80     760.00   $6,688.00
      J.M. Mayes                  7.90     415.00   $3,278.50
      T. Hall                      .30     425.00     $127.50

          TOTAL B120              21.90             $12,666.50

B130  Asset Disposition
      C.F. Graham                  .40     760.00     $304.00

          TOTAL B130               .40               $304.00

Billed Recap Of Cost Detail - [Invoice: 708112 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/03/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.30 | 10.30 | LOCAL TRAVEL | 26285557 |
| 06/07/2010 | | Invoice=708112 | | 1.00 | 10.30 | 10.30 | | |
| | | Voucher=1761790 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 30.82 | |
| | | | | | | | | |
| 02/03/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.52 | 20.52 | MEALS | 26285558 |
| 06/07/2010 | | Invoice=708112 | | 1.00 | 20.00 | 20.00 | | |
| | | Voucher=1761790 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 30.82 | |
| | | | | | | | | |
| 02/09/2010 | 5084 | ALAN F. KAUFMAN | 105Z | 1.00 | 8.36 | 8.36 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26432189 |
| 06/07/2010 | | Invoice=708112 | | 1.00 | 8.36 | 8.36 | GLOBAL SERVICES CONFERENCE CALL | |
| | | Voucher=1774346 Paid | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= .00 | |
| | | | | | | | | |
| 02/16/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 27.15 | 27.15 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26341285 |
| 06/07/2010 | | Invoice=708112 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. MENDY'S AT ROCK CENTER | |
| | | Voucher=1767078 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 66.33 | 4 records | |
| | | BILLED TOTALS:    BILL: | | | | 58.66 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 66.33 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 58.66 | | |

## Supplemental Information Sheet
### February 2010

**Expenses for AZ 72 LLC (30837.0003)**
**Timekeeper: A. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 2/3/10 | $10.30 | LOCAL TRAVEL | Taxi | Attached |
| 2/3/10 | $20.52 Reduced to $20.00 | MEALS | Overtime Meal | Attached |
| 2/16/10 | $27.15 Reduced to $20.00 | MEALS - SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC., MENDY'S AT ROCK CENTER | Overtime Meal | Attached |

ExpenseEntireFormPrinting                                          Page 1 of 1

This expense form was submitted to the accounting department on 2/8/2010 at 2:51 PM.

| | |
|---|---|
| Form Tracking ID | 77621 |
| Created For | 5084 KAUFMAN, ALAN F. |
| Created By | Vargas, Jenny I. |
| Title | AFK - February 3, 2010 30837.0003 dinner and transportation. |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | February 3, 2010 - Dinner and transportation. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 2/3/2010 | 10.30 | 2/3/10 - Transportation. |
| Food / Meal | 2/3/2010 | 20.52 | 2/3/10 - Meal at Pinkberry. |

Total $        30.82



```
        I ♡ NEW YORK
     HACK #  05174156
     MED #         5K7T
     TRIP #        3922
     DATE: 02/03/2010
     START TIME 21:05
     END TIME   21:13
     RATE No.       1
     STAND. CITY RATE
     MILES R1    2.11
     FARE1 $     7.30
     SURCHARGE   0.50
     TOTAL $     7.80
     ST. SUR     0.50
     Tip/Other   2.00
     GR.TOT.    10.30

     Contact TLC Dial
         3-1-1

     CARDNUMBER: 2454
     AUTHOR.:  003031
```

```
          PINKBERRY
         2041 Broadway
        New York, NY 10023

    1067 Jonatha

  Chk 4820          ALAN        Gst 0
              Feb03'10 09:45PM

        TOGO
  1 LG POM W/TOP              8.85
  1 ORIG PARFAIT Granola      3.95
    Strawberry Pineapple
    Blueberry
  1 ORIGNAL SMOOTHIE          6.05
    Strawberry Raspberry
    Blueberry Blackberry
    *CHOICE*
  XXXXXXXXXXX2454 XX/XX
    DISCOVER                 20.52

    YOGURT                   12.80
    BEVERAGES                 5.25
    TOPPINGS                  0.80
    TAX                       1.67
    PAYMENT                  20.52

  ***************************
    We love to hear from you!
```

ORDER# 142503099          GRAND TOTALPAYMENT = $25.86          TIP AMOUN... Page 1 of 1

**Elko, Alison**

| | |
|---|---|
| **From:** | Kaufman, Alan |
| **Sent:** | Tuesday, July 06, 2010 1:03 PM |
| **To:** | Elko, Alison |
| **Subject:** | FW: SeamlessWeb Order 142503099 ESTIMATED DELIVERY TIME: 30 - 45 MINUTES |

**From:** confirmation@seamlessweb.com [mailto:confirmation@seamlessweb.com]
**Sent:** Tuesday, February 16, 2010 6:04 PM
**To:** Kaufman, Alan
**Subject:** SeamlessWeb Order 142503099 ESTIMATED DELIVERY TIME: 30 - 45 MINUTES

### ▦ SeamlessWeb® SeamlessWeb House Account          ORDER#: 142503099

### Mendy's at Rock Center
Phone: (212) 262-9600

## Estimated Delivery Time : 30 - 45 minutes

**DELIVER TO:**                                          **DELIVERY INSTRUCTIONS:**

**Alan Kaufman**
**McKenna Long & Aldridge LLP (NY)**
**230 Park Avenue**
**Phone: (212) 905-8348**
**Cross Streets: 46/Park**
**Apt/Flat/Suite/Floor #: 17**

| | | | | | |
|---|---|---|---|---|---|
| **1** | **Chicken Gumbo** | | **x 1** | **=** | $5.50 |
| | • 16 oz. | $5.50 | | | |
| **1** | **Marinated Grilled Breast of Chicken Entrée** | $15.95 | **x 1** | **=** | $15.95 |
| | • Mashed Potato | | | | |
| | • Fat-Free Italian Dressing | | | | |

| | | | |
|---|---|---|---|
| **Order Placed:** Tuesday, February 16, 2010 6:02 PM | | Product Total: | $21.45 |
| **Allocated Member Expense Code** | **Amount** | Sales Tax: | $1.91 |
| Alan Kaufman    30837.0003 | $25.86 | **TIP AMOUNT:** | **$2.50** |
| **Payment Information** | **Amount**    **Order Type** | **Grand Total:** | **$25.86** |
| Line of Credit | $25.86    Firm | | |

For food or delivery/pickup related issues, please contact Mendy's at Rock Center at (212) 262-9600
For billing questions or assistance, please contact SeamlessWeb at  (212) 944-7755

7/6/2010

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                Invoice No. 708114
Matter No.: 30837.0005           Invoice Date: June 7, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
    RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| G. Walling | 45.90 | 430.00 | 19,737.00 |
| S. Plunkett | 2.10 | 210.00 | 441.00 |
| Total | 48.00 | | 20,178.00 |

TOTAL FEES:                                      $ 20,178.00

CHARGES:

    COPY CHARGES                      73.20
    DELIVERY SERVICE/MESSENGER       167.53
    LONG DISTANCE TELEPHONE           36.68
    OTHER                             33.00

TOTAL CHARGES:                          $    310.41

T O T A L   T H I S   S T A T E M E N T:    $ 20,488.41

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010           PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114

DESCRIPTION OF SERVICES

02/01/10  G. Walling          1.70   CALL WITH M. DEV-SIDHU REGARDING UT RATE CAP
          Task:  B130                DOCUMENTS EXECUTION STATUS (0.2); FOLLOW-UP
                                     COMMUNICATIONS TO M. DEV-SIDHU REGARDING SAME
                                     (0.2); WORK WITH E. STEPHENSON TO COORDINATE
                                     RATE CAP DOCUMENTS DELIVERY TO M. DEV-SIDHU
                                     (0.1); WORK ON WALKER SQUARE PUBLIC OFFERING
                                     STATEMENT (1.2).

02/02/10  G. Walling          3.00   WORK WITH E. STEPHENSON TO COORDINATE DOCUMENT
          Task:  B130                DELIVERIES TO M. DEV-SIDHU (0.1); WORK ON
                                     WALKER SQUARE PUBLIC OFFERING STATEMENT (2.9).

02/03/10  G. Walling          4.50   WORK WITH WALKER SQUARE PUBLIC OFFERING
          Task:  B130                STATEMENT (3.7); CALL WITH M. MARTINEZ
                                     REGARDING REMEDY EXERCISE/SENIOR LOAN
                                     MODIFICATION RELATED MATTERS AND PUBLIC
                                     OFFERING STATEMENT (0.4); COMMUNICATIONS WITH
                                     M. DEV-SIDHU AND M. MARTINEZ REGARDING RATE CAP
                                     DOCUMENTS EXECUTION/DELIVERY STATUS (0.2);
                                     COMMUNICATIONS WITH BANK OF NEW YORK/MELON
                                     REGARDING SAME (0.2).

02/05/10  G. Walling          1.50   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  B120                OPENING WALKER SQUARE UNIT SALE (0.2); REVIEW
                                     WALKER SQUARE UNIT SALE CLOSING DOCUMENTS
                                     (0.5); CALLS WITH G. MCELWAIN REGARDING WALKER
                                     SQUARE UNIT SALE CLOSING DOCUMENTS AND CHANGES
                                     TO SAME (0.6); FOLLOW-UP COMMUNICATIONS WITH G.
                                     MCELWAIN REGARDING CHANGES TO UNIT SALE CLOSING
                                     DOCUMENTS (0.2).

02/08/10  G. Walling          2.20   CALLS FROM/TO L. MCELWAIN AND G. MCELWAIN
          Task:  B120                (0.1); CALL WITH L. MCELWAIN REGARDING MEZZ
                                     REMEDY EXERCISE AND RESTRUCTURING OF OCTOPUS
                                     PROPERTY LLC (0.6); COMMUNICATIONS WITH C.
                                     FERGUSON, M. MARTINEZ REGARDING CALL WITH L.
                                     MCELWAIN REGARDING OCTOPUS ORGANIZATIONAL

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114


                              STRUCTURE (0.1); COMMUNICATIONS FROM M.
                              MARTINEZ AND G. MCELWAIN REGARDING SALE
                              DOCUMENTS FOR WALKER SQUARE UNIT SALE (0.2);
                              COMMUNICATIONS WITH M. MARTINEZ REGARDING
                              VIRGINIA COUNSEL ADVICE REGARDING TIMING OF
                              SALE CONTRACT EXECUTION AND UNIT CLOSINGS
                              (0.3); REVIEW OF PENDING WALKER SQUARE SALE
                              CONTRACT AND RELATED CONVEYANCING DOCUMENTS
                              (0.6); CORRESPONDENCE TO M. MARTINEZ AND G.
                              MCELWAIN REGARDING COMMENTS ON AND CORRECTIONS
                              TO CONVEYANCING DOCUMENTS (0.3).

02/09/10  G. Walling        2.30   CORRESPONDENCE WITH M. MARTINEZ REGARDING
          Task:  B130              REVISED WALKER SQUARE UNIT SALE DOCUMENTS
                                   (0.1); REVIEW WALKER SQUARE SALE DOCUMENTS AND
                                   RELATED SALES CONTRACT (0.2); LENGTHY CALL WITH
                                   G. MCELWAIN REGARDING SETTLEMENT STATEMENT
                                   QUESTIONS AND COMMENTS ON UNIT SALE CLOSING
                                   DOCUMENTS (1.0); PREPARE MEMO TO M. MARTINEZ
                                   AND G. MCELWAIN REGARDING UNIT SALE CLOSING
                                   PROCEDURE AND LOCAL PRACTICE ASPECTS OF UNIT
                                   SALE CLOSING STATEMENTS (0.8); CORRESPONDENCE
                                   FROM M. MARTINEZ REGARDING UNIT SALE DOCUMENTS
                                   AND CLOSING STATEMENT QUESTIONS (0.2).

02/10/10  S. Plunkett        .20   COMMUNICATIONS WITH G. WALLING REGARDING
          Task:  B120              FILING OF OCTOPUS PROPERTY LLC AMENDED AND
                                   RESTATED CERTIFICATE OF FORMATION WITH
                                   DELAWARE SECRETARY OF STATE.

02/10/10  S. Plunkett        .70   ATTEND TO FILING OF OCTOPUS PROPERTY LLC
          Task:  B120              AMENDED AND RESTATED CERTIFICATE OF FORMATION
                                   WITH DELAWARE SECRETARY OF STATE BY CORPORATION
                                   SERVICE CORPORATION.

02/10/10  S. Plunkett        .10   EMAILS WITH D. NICKELSEN REGARDING
          Task:  B120              CORPORATION SERVICE CORPORATION FILING
                                   OCTOPUS PROPERTY LLC AMENDED AND RESTATED
                                   CERTIFICATE OF FORMATION.

02/10/10  G. Walling        3.80   COMMUNICATIONS WITH G. MCELWAIN AND M. MARTINEZ
          Task:  B130              REGARDING REVISED WALKER SQUARE UNIT SALE
                                   DOCUMENTS (0.2); CALL FROM C. FERGUSON
                                   REGARDING EVERGREEN/AUTOMATIC RENEWAL OF
                                   LETTERS OF CREDIT IN FAVOR OF HOAS (0.1); WORK
                                   WITH S. PLUNKETT REGARDING FILING OF OCTOPUS

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114

                                    PROPERTY AMENDED/RESTATED CERTIFICATE OF
                                    FORMATION IN DELAWARE (0.2); COMMUNICATIONS
                                    FROM S. PLUNKETT AND D. NICHELSON REGARDING
                                    FILING OF OCTOPUS PROPERTY AMENDED/RESTATED
                                    CERTIFICATE OF FORMATION  IN DELAWARE (0.2);
                                    WORK ON TRANSACTION CLOSING BOOKS (2.1);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    CLOSING DOCUMENTS FOR WALKER SQUARE UNIT SALE
                                    (0.2); REVIEW REVISED WALKER SQUIRE UNIT SALE
                                    DOCUMENTS (0.3); COMMUNICATIONS WITH M.
                                    MARTINEZ AND G. MCELWAIN REGARDING COMMENTS ON
                                    WALKER SQUARE UNIT CLOSING DOCUMENTS (0.2);
                                    CALL WITH M. MARTINEZ REGARDING SETTLEMENT
                                    STATEMENT CALCULATIONS FOR WALKER SQUARE UNIT
                                    SALE (0.3).

02/11/10   G. Walling        .80    CALL WITH M. MARTINEZ REGARDING STATUS OF
           Task:  B120               TITLE, TITLE AFFIDAVITS AND TITLE CHECKDOWN
                                    (0.2); MADE RELATED REVIEW OF FILE (0.3);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    EVIDENCE OF LIEN-FREE TITLE (0.3).

02/12/10   S. Plunkett       .20    RECEIVE AND REVIEW CONFIRMATION OF FILED, BUT
           Task:  B120               NOT APPROVED, AMENDED AND RESTATED
                                    CERTIFICATE OF FORMATION WITH DELAWARE
                                    SECRETARY OF STATE FROM CSC REPRESENTATIVE.

02/12/10   S. Plunkett       .10    FORWARD INFORMATION FROM CSC REPRESENTATIVE
           Task:  B120               REGARDING CONFIRMATION OF FILED, BUT NOT
                                    APPROVED, AMENDED AND RESTATED CERTIFICATE OF
                                    FORMATION WITH DELAWARE SECRETARY OF STATE TO
                                    G. WALLING.

02/12/10   G. Walling       1.90    WORK WITH S. PLUNKETT REGARDING FILING OCTOPUS
           Task:  B130               PROPERTY LLC REVISED CERTIFICATE OF FORMATION
                                    IN DELAWARE (0.1); COMMUNICATIONS TO M.
                                    MARTINEZ AND C. FERGUSON REGARDING SAME (0.2);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    INVOICES FOR ANNUAL FEE FOR REGISTERED AGENT
                                    AND INDEPENDENT MANAGERS' ANNUAL FEES (0.2);
                                    CALL WITH M. MARTINEZ REGARDING REGISTERED
                                    AGENT, INDEPENDENT MANAGERS' INVOICES AND
                                    DISPOSITION OF SAME (0.2); CALL WITH M.
                                    MARTINEZ REGARDING BROKER AGREEMENTS (0.2);

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114

|           |                |      |                                                                 |
|-----------|----------------|------|-----------------------------------------------------------------|
|           |                |      | REVIEW INVOICES FROM REGISTERED AGENT AND INDEPENDENT MANAGERS (0.2); REVIEW OF DRAFT BROKER AGREEMENTS (0.6); COMMUNICATIONS WITH M. MARTINEZ AND M. CZERVIONKE REGARDING SAME (0.2). |
| 02/15/10  | G. Walling Task: B130 | 8.50 | WORK ON WALKER SQUARE PUBLIC OFFERING STATEMENT (5.2); WORK ON RIVERBEND PUBLIC OFFERING STATEMENT (1.7); WORK ON RIVERBEND REGISTRATION APPLICATION (0.5); COMMUNICATIONS WITH R. BRUSCO, M. CZERVIONKE, C. FERGUSON AND M. MARTINEZ REGARDING SAME (0.3); COMMUNICATIONS WITH P. CRAIN AND R. JACOBS REGARDING DRAFT PUBLIC OFFERING STATEMENTS AND PRO FORMA REGISTRATION APPLICATION (0.2); COMMUNICATIONS WITH R. JACOBS REGARDING OPERATING EXPENSE STATEMENTS AND HOA OPERATING STATEMENTS (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING HOA BUDGETS (0.2); COMMUNICATIONS WITH B. LUBKEMAN REGARDING REVISED PUBLIC OFFERING STATEMENTS AND REGISTRATION APPLICATION (0.2). |
| 02/16/10  | G. Walling Task: B120 | 1.50 | CALLS WITH M. CZERVIONKE REGARDING SUBSTITUTION OF REAL ESTATE BROKER (0.2); CALL WITH M. MARTINEZ REGARDING AFTERNOON CONFERENCE CALL (0.1); CONFERENCE CALL WITH R. BRUSCO, M. CZERVIONKE, M. MARTINEZ AND C. FERGUSON REGARDING BROKERAGE AND AMENDED VIRGINIA CONDOMINIUM REGISTRATION MATTERS (0.5); WORK WITH S. PLUNKETT REGARDING FILING STATUS OF OCTOPUS PROPERTY LLC AMENDED/RESTATED CERTIFICATE OF FORMATION (0.1); MEMO TO M. MARTINEZ REGARDING SAME (0.1); CALL FROM M. CZERVIONKE REGARDING LEHMAN EXECUTION OF AGREEMENT REGARDING EXPIRATION OF EXCLUSIVE AUTHORIZATION TO SELL (0.2); COMMUNICATION FROM M. CZERVIONKE REGARDING SAME (0.1); COMMUNICATIONS WITH J. GAFFNEY AND C. SPRANGEL REGARDING AGREEMENT REGARDING EXPIRATION OF EXCLUSIVE AUTHORIZATION TO SELL (0.2). |
| 02/16/10  | S. Plunkett Task: B120 | .30  | RECEIVE AMENDED AND RESTATED CERTIFICATE OF FORMATION AS FILED WITH DELAWARE SECRETARY OF STATE (0.1); REVIEW EXTRAORDINARY CONDITIONS WAIVER FOR OFFICE CLOSING FROM SECRETARY OF STATE OF DELAWARE ATTACHED TO FILING (0.2). |

LEHMAN BROTHERS HOLDINGS INC.      June 7, 2010      PAGE  6
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114


02/17/10  G. Walling      1.70  CORRESPONDENCE FROM M. CZERVIONKE REGARDING
        Task: B130             AGREEMENT REGARDING EXPIRATION OF EXCLUSIVE
                                    AUTHORIZATION TO SELL (0.1); CORRESPONDENCE TO
                                    J. GAFFNEY REGARDING DELIVERY OF SAME (0.2);
                                    CORRESPONDENCE TO J. GAFFNEY REGARDING OCTOPUS
                                    PROPERTY REJECTION TO OFFER TO ENTER NEW
                                    BROKERAGE AGREEMENTS (0.7); COMMUNICATIONS WITH
                                    M. CZERVIONKE REGARDING SAME (0.2);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    REJECTION LETTER TO J. GAFFNEY (0.1);
                                    COMMUNICATIONS WITH R. BRUSCO REGARDING DELAY
                                    IN TRANSMITTAL OF BROKERAGE OFFER REJECTION
                                    LETTER (0.2); COMMUNICATION FROM M. CZERVIONKE
                                    REGARDING NEW PROPOSED BROKERAGE AGREEMENTS
                                    (0.2).


02/18/10  G. Walling      1.10  COMMUNICATIONS WITH M. MARTINEZ REGARDING T.
        Task: B120             BOYD INVOICE FOR TENANT WATER DAMAGE CLAIM
                                    (0.2); CORRESPONDENCE REGARDING COURIER
                                    DELIVERY TO J. GAFFNEY (0.1); COMMUNICATIONS
                                    WITH M. MARTINEZ REGARDING MOVEMENT OF HOA BANK
                                    ACCOUNTS (0.2); RELATED REVIEW OF NEW ACCOUNT
                                    AGREEMENT DOCUMENTS (0.5); CALL FROM M.
                                    CZERVIONKE REGARDING REVIEW OF NEW REAL ESTATE
                                    BROKERAGE AGREEMENT (0.1).


02/19/10  G. Walling       .80  CALL FROM M. CZERVIONKE REGARDING BROKERAGE
        Task: B130             AGREEMENTS (0.2); COMMUNICATIONS FROM M.
                                      CZERVIONKE REGARDING NEST BROKERAGE PROPOSAL
                                    (0.2); COMMUNICATIONS WITH C. SPRANGEL
                                    REGARDING EXECUTION STATUS OF PROPOSED NEW REAL
                                    ESTATE III BROKERAGE AGREEMENTS (0.3);
                                    COMMUNICATIONS WITH R. BRUSCO, M. CZERVIONKE,
                                    M. MARTINEZ AND C. FERGUSON REGARDING SAME
                                    (0.1).


02/21/10  G. Walling       .20  COMMUNICATIONS FROM J. GAFFNEY REGARDING
        Task: B130             EXECUTION STATUS OF NEW BROKERAGE AGREEMENT
                                      (0.1); COMMUNICATIONS WITH R. BRUSCO REGARDING
                                    SAME (0.1).

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    7
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114


02/22/10   G. Walling       1.00    CALL FROM B. CZERVIONKE REGARDING NEW NEST
           Task: B130               DRAFT BROKERAGE AGREEMENTS (0.1); REVIEW NEST
                                    RESUMES, MARKETING INFORMATION AND SUMMARY OF
                                    SERVICES TO BE PROVIDED (0.4); REVIEW DRAFT
                                    REAL ESTATE III PROPOSED BROKER AGREEMENTS
                                    (0.2); COMMUNICATIONS WITH M. CZERVIONKE AND R.
                                    BRUSCO REGARDING DRAFT NEST BROKER AGREEMENTS
                                    (0.3).

02/23/10   S. Plunkett       .50    ONLINE RESEARCH ON VIRGINIA STATE CORPORATION
           Task: B120               COMMISSION WEBSITE REGARDING NEST REALTY
                                    GROUP, LLC.

02/23/10   G. Walling       3.70    COMMUNICATIONS WITH M. SCHULMAN AND P. CRAIN
           Task: B130               REGARDING CLOSING BOOKS (0.2); WORK WITH E.
                                    STEPHENSON COORDINATING REPRODUCTION OF CLOSING
                                    BOOKS (0.1); PRELIMINARY REVIEW OF DRAFT NEST
                                    BROKERAGE AGREEMENTS (0.3); COMMUNICATIONS WITH
                                    M. CZERVIONKE AND M. MARTINEZ REGARDING SAME
                                    (0.2); WORK ON MODIFICATION OF NEST BROKER
                                    AGREEMENTS (2.1); COMMUNICATIONS WITH M.
                                    MARTINEZ AND M. CZERVIONKE REGARDING REJECTION
                                    STATUS OF REAL ESTATE III BROKER AGREEMENT
                                    OFFERS (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    AND M. CZERVIONKE REGARDING REVISED NEST BROKER
                                    AGREEMENTS (0.2); REVISE REJECTION LETTER TO J.
                                    GAFFNEY (0.1); COMMUNICATIONS FROM R. BRUSCO
                                    REGARDING LETTER TO J. GAFFNEY (0.1);
                                    CORRESPONDENCE TO J. GAFFNEY REGARDING
                                    REJECTION OF NEW BROKER AGREEMENT OFFERS (0.1);
                                    CORRESPONDENCE FROM J. GAFFNEY REQUESTING
                                    RECONSIDERATION OF BROKERAGE OFFERS (0.1).

02/24/10   G. Walling       3.10    WORK WITH E. STEPHENSON REGARDING STATUS OF
           Task: B130               CLOSING BOOK CDS (0.1); COMMUNICATIONS WITH M.
                                    MARTINEZ REGARDING WALKER SQUARE UNIT RESALE
                                    AND REQUEST FOR WAIVER OF DECLARANT SHARE OF
                                    RESALE PROFIT (0.2); RELATED REVIEW OF ORIGINAL
                                    SALE CONTRACT (0.2); CALL WITH M. MARTINEZ
                                    REGARDING DECLARANT 50% PROFIT PARTICIPATION ON
                                    UNIT RESALE AND PROPOSED NEST BROKERAGE
                                    AGREEMENTS (0.5); COMMUNICATIONS WITH M.
                                    MARTINEZ REGARDING NEW WALKER SQUARE UNIT SALE
                                    CONTRACT (0.2); CALL WITH M. MARTINEZ REGARDING

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE    8
MATTER NUMBER: 30837.0005
INVOICE NO.: 708114

|  |  |  |  |
|---|---|---|---|
|  |  |  | NEW WALKER SQUARE UNIT SALE CONTRACT AND NEED FOR DOCUMENTATION REGARDING TERMINATION OF PRIOR CONTRACT ON SAME UNIT, AND WAIVER OF DECLARANT 50% PROFIT PARTICIPATION ON WALKER SQUARE UNIT RESALE (0.3); WORK WITH M. MARTINEZ REGARDING WALKER SQUARE OFFER FROM BARTH (0.3); REVIEW AND REVISE NEW BARTH UNIT OFFER (0.4); CORRESPONDENCE TO P. CRAIN, R. JACOBS, C. FERGUSON AND R. BRUSCO REGARDING DISTRIBUTION OF MEZZ REMEDY EXERCISE, MORTGAGE LOAN EXTENSION/MODIFICATION CLOSING BOOKS (0.6); COORDINATE DISTRIBUTION DELIVERY OF CLOSING BOOK CDS (0.3). |
| 02/25/10 | G. Walling Task:  B130 | .90 | COMMUNICATIONS WITH M. MARTINEZ REGARDING EARNEST MONEY REFUND ON WALKER SQUARE UNIT SALE CONTRACT (0.2); MADE RELATED REVIEW OF WALKER SQUARE SALE CONTRACT (0.2); CALL WITH M. MARTINEZ REGARDING EARNEST MONEY REFUND AND SUBSTITUTED SALE CONTRACT ON SAME UNIT (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING NEW NEXT BROKERAGE AGREEMENTS (0.3). |
| 02/26/10 | G. Walling Task:  B120 | 1.70 | COMMUNICATIONS WITH M. MARTINEZ REGARDING PROPOSED NEST BROKERAGE AGREEMENTS (0.2); CALL WITH M. MARTINEZ REGARDING BROKERAGE AGREEMENTS (0.4); REVISE NEST BROKERAGE AGREEMENTS (0.9); FOLLOW-UP COMMUNICATIONS WITH M. MARTINEZ REGARDING REVISED NEST BROKERAGE AGREEMENTS (0.2). |

B120  Asset Analysis and Recovery

|  |  |  |  |
|---|---|---|---|
| G. Walling | 8.80 | 430.00 | $3,784.00 |
| S. Plunkett | 2.10 | 210.00 | $441.00 |
| TOTAL B120 | 10.90 |  | $4,225.00 |

B130  Asset Disposition

|  |  |  |  |
|---|---|---|---|
| G. Walling | 37.10 | 430.00 | $15,953.00 |
| TOTAL B130 | 37.10 |  | $15,953.00 |

Billed Recap Of Cost Detail - (Invoice: 708114 Date: 06/ 07/2010)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/04/2010 | 0351 | GERALD WALLING | 101S | 132.00 | 0.15 | 19.80 | COPY CHARGES | 26483055 |
| 06/07/2010 | | Invoice=708114 | | 132.00 | 0.10 | 13.20 | | |
| 01/04/2010 | 0351 | GERALD WALLING | 101S | 500.00 | 0.15 | 75.00 | COPY CHARGES | 26483056 |
| 06/07/2010 | | Invoice=708114 | | 500.00 | 0.10 | 50.00 | | |
| 01/28/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.03 | 18.03 | DELIVERY SERVICE/MESSENGER | 26313821 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 18.03 | 18.03 | RCVD:REAL ESTATE III/CHERYL SPRANGEL | |
| 02/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 13.04 | 13.04 | DELIVERY SERVICE/MESSENGER | 26313822 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 13.04 | 13.04 | RCVD:KILPATRICK STOCKTON LLP/MEENA DEV-SIDHU | |
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:32 1-434-973-3331 | 26293135 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 1.09 | 1.09 | 78564 | |
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:47 1-434-973-3331 | 26293144 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 12:43 1-434-973-3331 | 26293158 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 13.08 | 13.08 | LONG DISTANCE TELEPHONE 11:06 1-434-973-3331 | 26293239 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 13.08 | 13.08 | 78564 | |
| 02/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 17.08 | 17.08 | LONG DISTANCE TELEPHONE 11:53 1-434-973-3331 | 26293384 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 17.08 | 17.08 | 78564 | |
| 02/10/2010 | 0351 | GERALD WALLING | 101S | 16.00 | 0.15 | 2.40 | COPY CHARGES | 26288957 |
| 06/07/2010 | | Invoice=708114 | | 16.00 | 0.10 | 1.60 | | |
| 02/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.99 | 3.99 | LONG DISTANCE TELEPHONE 10:15 1-646-285-9020 | 26304861 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 3.99 | 3.99 | 78564 | |
| 02/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.34 | 16.34 | DELIVERY SERVICE/MESSENGER | 26314646 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 16.34 | 16.34 | RCVD:REAL ESTATE III/JEFF GAFFNEY | |
| 02/17/2010 | 0351 | GERALD WALLING | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26296117 |
| 06/07/2010 | | Invoice=708114 | | 7.00 | 0.10 | 0.70 | | |
| 02/17/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.34 | 16.34 | DELIVERY SERVICE/MESSENGER | 26321221 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 16.34 | 16.34 | RCVD:REAL ESTATE III/JEFF GAFFNEY | |
| 02/23/2010 | 0351 | GERALD WALLING | 101S | 52.00 | 0.15 | 7.80 | COPY CHARGES | 26308755 |
| 06/07/2010 | | Invoice=708114 | | 52.00 | 0.10 | 5.20 | | |
| 02/23/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.95 | 17.95 | DELIVERY SERVICE/MESSENGER | 26321222 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 17.95 | 17.95 | RCVD:REAL ESTATE III/MR. JEFF GAFFNEY | |
| 02/24/2010 | 0351 | GERALD WALLING | 101S | 11.00 | 0.15 | 1.65 | COPY CHARGES | 26310275 |
| 06/07/2010 | | Invoice=708114 | | 11.00 | 0.10 | 1.10 | | |
| 02/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.94 | 18.94 | DELIVERY SERVICE/MESSENGER | 26338939 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 18.94 | 18.94 | RCVD:LEHMAN BROTHERS HOLDINGS INC/MS MARGET | |
| 02/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.95 | 17.95 | DELIVERY SERVICE/MESSENGER | 26338940 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 17.95 | 17.95 | RCVD:DUPONT FABROS TECHNOLOGY/MS REBECCA JACOBS | |
| 02/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.95 | 17.95 | DELIVERY SERVICE/MESSENGER | 26338941 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 17.95 | 17.95 | RCVD:COOLEY GODWARD KRANOL/MR PETER CRAIN | |
| 02/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.95 | 17.95 | DELIVERY SERVICE/MESSENGER | 26338942 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 17.95 | 17.95 | RCVD:REZNICK GROUP PC/MS SUE O'SHEA | |
| 02/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 13.04 | 13.04 | DELIVERY SERVICE/MESSENGER | 26338988 |
| 06/07/2010 | | Invoice=708114 | | 1.00 | 13.04 | 13.04 | RCVD:TYIMONT REAL ESTATE ADVIORS IN/MR MARIO | |
| 02/24/2010 | 0999 | MLA MLA | 124S | 11.00 | 3.00 | 33.00 | OTHER - INVOICE DATE 02/24/2010   CD/DVD | 26340931 |
| 06/07/2010 | | Invoice=708114 | | 11.00 | 3.00 | 33.00 | | |
| 02/26/2010 | 0351 | GERALD WALLING | 101S | 14.00 | 0.15 | 2.10 | COPY CHARGES | 26316337 |
| 06/07/2010 | | Invoice=708114 | | 14.00 | 0.10 | 1.40 | | |
| | | BILLED TOTALS:   WORK: | | | | 347.01 | 24 records | |
| | | BILLED TOTALS:   BILL: | | | | 310.41 | | |
| | | GRAND TOTAL:   WORK: | | | | 347.01 | 24 records | |

Billed Recap Of Cost Detail - [Invoice: 708114 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
|      |          | GRAND TOTAL:    BILL: |     |          |      | 310.41 |             |           |

# McKenna Long
# &Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                     Invoice No. 700351
Matter No.: 04406.0113                Invoice Date: April 13, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| G. Walling | 2.90 | 410.00 | 1,189.00 |
| Total | 2.90 | | 1,189.00 |

TOTAL FEES:                              $  1,189.00

CHARGES:

        DELIVERY SERVICE/MESSENGER         17.21
        LONG DISTANCE TELEPHONE            13.81

TOTAL CHARGES:                           $     31.02

T O T A L   T H I S   S T A T E M E N T:   $  1,220.02

LEHMAN BROTHERS HOLDINGS INC.              April 13, 2010          PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 700351


DESCRIPTION OF SERVICES


02/12/10   G. Walling          .70   CALL FROM J. NASTASI ABOUT BROKERAGE AGREEMENT
           Task:  B130               AND OWNER CONSTITUENTS SIGNATURE BLOCK (0.1);
                                     REVIEW FILES REGARDING OWNER POST TAKE-BACK
                                     STRUCTURE (0.3); COMMUNICATIONS WITH J. NASTASI
                                     REGARDING OWNER SIGNATURE BLOCK, ORGANIZATION
                                     CHARTS, AND AGREEMENT REGARDING LOAN (0.3).

02/17/10   G. Walling          .40   CORRESPONDENCE FROM J. NASTASI REGARDING PHASE
           Task:  B130               II/1106 PARTIAL RELEASE (0.1); COMMUNICATIONS
                                     WITH S. JACKSON, J. ARRIETA AND S. MARSHALL
                                     REGARDING SAME (0.2); LETTER TO S. JACKSON
                                     REGARDING DELIVERY OF PHASE II/1106 PARTIAL
                                     RELEASE (0.1).

02/18/10   G. Walling          .10   CORRESPONDENCE REGARDING DELIVERY OF PARTIAL
           Task:  B120               RELEASE TO S. JACKSON REGARDING PHASE II/1106.

02/25/10   G. Walling          .30   COMMUNICATIONS WITH J. ARRIATA REGARDING
           Task:  B120               PARTIAL RELEASE FOR A PHASE II UNIT RESALE
                                     (0.1); MADE RELATED FILE REVIEW OF 2007 SALE OF
                                     SUBJECT UNIT (0.2).

02/26/10   G. Walling         1.40   COMMUNICATIONS WITH J. ARRIATA REGARDING RESALE
           Task:  B120               OF PHASE II/UNIT 703 AND NEED FOR RELEASE FROM
                                     LEHMAN (0.2); MADE RELATED FILE REVIEW OF LOAN
                                     ASSIGNMENT DOCUMENTS AND OF PHASE II/UNIT 703
                                     SALE RELATED DOCUMENTS (0.5); CONFERENCE PHONE
                                     CALL WITH J. ARRIATA AND S. WEST OF FIDELITY
                                     NATIONAL TITLE REGARDING LOAN ASSIGNMENT
                                     BACKGROUND AND PARTIAL RELEASE ISSUE RELATED TO
                                     PHASE II/UNIT 703 (0.6); COMMUNICATIONS WITH J.
                                     NASTASI REGARDING QUITCLAIM DEED FOR PHASE
                                     II/UNIT 703 (0.1).

B120   Asset Analysis and Recovery
       G. Walling                    1.80     410.00     $738.00

       TOTAL B120                    1.80               $738.00

LEHMAN BROTHERS HOLDINGS INC.          April 13, 2010          PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 700351


B130  Asset Disposition
      G. Walling                    1.10    410.00    $451.00

         TOTAL B130                 1.10              $451.00

Billed Recap Of Cost Detail - [Invoice: 700351 Date: 04/ 13/ 2010]    Pg 72 of 94

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/17/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.21 | 17.21 | DELIVERY SERVICE/MESSENGER | 26321141 |
| 04/13/2010 | | Invoice=700351 | | 1.00 | 17.21 | 17.21 | RCVD:FIDELITY NATIONAL TITLE AGENCY/MS. SUE | |
| | | | | | | | | |
| 02/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 13.81 | 13.81 | LONG DISTANCE TELEPHONE 12:50 1-972-770-2131 | 26328378 |
| 04/13/2010 | | Invoice=700351 | | 1.00 | 13.81 | 13.81 | 78564 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 31.02 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 31.02 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 31.02 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 31.02 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

Lehman Commercial Paper Inc
Attn: Mr. Christopher Epes
745 Seventh Avenue, 19th Floor
New York, NY 10019

Client No.: 04406                Invoice No. 697324
Matter No.: 04406.0189           Invoice Date: March 19, 2010
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: LEHMAN COMMERCIAL PAPER INC./PETROLEUM REALTY
    INVESTMENT PARTNERS, L.P.
    GENB20072315

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| D. Flaum | 0.70 | 335.00 | 234.50 |
| Total | 0.70 | | 234.50 |

TOTAL FEES:                                    $    234.50

T O T A L   T H I S   S T A T E M E N T :     $    234.50

Lehman Commercial Paper Inc                  March 19, 2010          PAGE    2
MATTER NUMBER: 04406.0189
INVOICE NO.: 697324


DESCRIPTION OF SERVICES


02/26/10  D. Flaum          .70    CONFER AND CORRESPOND WITH P. LEONARD
          Task:  B120              REGARDING TAX NOTICE (0.3); CONFER WITH
                                   CHEROKEE COUNTY TAX OFFICE REGARDING SAME
                                   (0.4).

B120  Asset Analysis and Recovery
      D. Flaum                      .70    335.00      $234.50

      TOTAL B120                    .70               $234.50

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE  PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                Invoice No. 697326
Matter No.: 04406.0205           Invoice Date: March 19, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: EB DEVELOPERS INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| K. Lewis | 0.80 | 430.00 | 344.00 |
| D. Flaum | 10.90 | 335.00 | 3,651.50 |
| S. Plunkett | 0.40 | 210.00 | 84.00 |
| Total | 12.10 | | 4,079.50 |

TOTAL FEES:                                $  4,079.50

CHARGES:

    LONG DISTANCE TELEPHONE          15.96

TOTAL CHARGES:                             $    15.96

T O T A L   T H I S   S T A T E M E N T :  $  4,095.46

LEHMAN BROTHERS HOLDINGS INC.                    March 19, 2010          PAGE    2
MATTER NUMBER: 04406.0205
INVOICE NO.: 697326


DESCRIPTION OF SERVICES


02/01/10  D. Flaum            1.10   CONFER AND CORRESPOND WITH LEHMAN, TRIMONT,
          Task:  B120                BUYER'S COUNSEL AND ESCROW AGENT REGARDING
                                     RIVIERA CLOSING MATTERS.

02/02/10  S. Plunkett          .40   RECEIVE ORIGINAL FLORIDA CERTIFICATE OF STATUS
          Task:  B120                AND DELIVER TO D. FLAUM (0.2); RECEIVE ORIGINAL
                                     FLORIDA CERTIFIED QUALIFICATION OF FOREIGN
                                     ENTITY AND DELIVER TO D. FLAUM (0.2).

02/02/10  D. Flaum             .60   CORRESPOND AND CONFER WITH TRIMONT AND ESCROW
          Task:  B120                AGENT REGARDING DISBURSEMENT OF CLOSING
                                     FUNDS.

02/05/10  D. Flaum            1.50   CONFER AND CORRESPOND WITH K. OLSON AND
          Task:  B120                BUYER'S COUNSEL REGARDING ESCROWS.

02/08/10  D. Flaum             .30   CONFER AND CORRESPOND WITH K. OLSON REGARDING
          Task:  B120                ESCROW FUNDS.

02/24/10  D. Flaum             .70   REVIEW CORRESPONDENCE FROM AND CORRESPOND
          Task:  B120                WITH THE RIVIERA PALMS CONDO ASSOCIATION
                                     COUNSEL REGARDING THE AUDIT (0.5); CONFER
                                     WITH AUDITOR REGARDING SAME (0.2).

02/25/10  D. Flaum            5.40   REVIEW CORRESPONDENCE FROM AND CORRESPOND
          Task:  B120                WITH AUDITOR AND K. OLSON OF TRIMONT
                                     REGARDING AUDIT RECORDS (1.5); REVIEW
                                     MATERIALS FROM AUDITOR REGARDING SAME (0.7);
                                     DRAFT CONFIDENTIALITY AND NON-DISCLOSURE
                                     AGREEMENTS AND RELEASE LETTERS REGARDING
                                     AUDIT PAPERS (2.5); CORRESPOND WITH D.
                                     ETHERIDGE REGARDING AUDIT ISSUES (0.3);
                                     CONFER AND CORRESPOND WITH K. LEWIS REGARDING
                                     AUDIT (0.4).

02/25/10  K. Lewis             .30   REVIEW OF AND REVISIONS TO DRAFT
          Task:  B130                CORRESPONDENCE REGARDING RELEASE OF AUDITORS'
                                     SUPPORTING MATERIALS.

LEHMAN BROTHERS HOLDINGS INC.                March 19, 2010              PAGE    3
MATTER NUMBER: 04406.0205
INVOICE NO.: 697326


```
02/25/10   K. Lewis              .30   MEETING WITH D. FLAUM REGARDING HOMEOWNERS'
           Task:  B130                 ASSOCIATION REQUEST FOR ADDITIONAL AUDITOR
                                       INFORMATION, AND RELATIONSHIP OF SAME TO
                                       FUNDS ESCROWED AT PROPERTY SALE CLOSING.

02/26/10   K. Lewis              .20   DISCUSSION WITH D. FLAUM REGARDING PROPOSED
           Task:  B130                 RELEASE OF AUDITORS' MATERIALS TO HOMEOWNERS'
                                       ASSOCIATION.

02/26/10   D. Flaum             1.30   CONFER AND CORRESPOND WITH TRIMONT REGARDING
           Task:  B120                 AUDIT RELEASE (0.5); REVIEW AND COMMENT ON
                                       AUDITOR'S LETTER AGREEMENT TO ASSOCIATION CPA
                                       (0.5); REVIEW CORRESPONDENCE FROM TRIMONT AND
                                       AUDITOR REGARDING AUDIT ISSUES (0.3).
```

```
B120   Asset Analysis and Recovery
       D. Flaum                       10.90    335.00    $3,651.50
       S. Plunkett                      .40    210.00       $84.00

          TOTAL B120                  11.30              $3,735.50

B130   Asset Disposition
       K. Lewis                         .80    430.00      $344.00

          TOTAL B130                    .80                $344.00
```

Billed Recap Of Cost Detail - [Invoice: 697326 Date: 03/ 19/2010]
Pg 78 of 94
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 13:27 1-305-933-2000 | 26291564 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 02/24/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.90 | 6.90 | LONG DISTANCE TELEPHONE 16:34 1-305-825-1123 | 26313180 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 6.90 | 6.90 | 78569 | |
| 02/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 14:08 1-813-227-7421 | 26328992 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 3.63 | 3.63 | 78569 | |
| 02/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:18 1-305-825-1123 | 26328993 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 02/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 16:28 1-813-223-7474 | 26328999 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 2.90 | 2.90 | 78569 | |
| 02/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:03 1-305-825-1123 | 26329000 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 02/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:31 1-305-825-1123 | 26330148 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 02/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:54 1-305-825-1123 | 26330154 |
| 03/19/2010 | | Invoice=697326 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | BILLED TOTALS:   WORK: | | | | 15.96 | 8 records | |
| | | BILLED TOTALS:   BILL: | | | | 15.96 | | |
| | | GRAND TOTAL:   WORK: | | | | 15.96 | 8 records | |
| | | GRAND TOTAL:   BILL: | | | | 15.96 | | |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 708113
Matter No.: 04406.0222               Invoice Date: June 7, 2010
================================================================

     FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
     RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| C. Weiss | 4.40 | 525.00 | 2,310.00 |
| G. Marsh | 2.00 | 500.00 | 1,000.00 |
| G. Walling | 2.70 | 430.00 | 1,161.00 |
| D.A. Geiger | 31.10 | 425.00 | 13,217.50 |
| D. Gordon | 24.50 | 320.00 | 7,840.00 |
| Total | 64.70 | | 25,528.50 |

TOTAL FEES:                                   $ 25,528.50

CHARGES:

        COPY CHARGES                    2.70
        DELIVERY SERVICE/MESSENGER     31.55
        LONG DISTANCE TELEPHONE        46.17
        WESTLAW RESEARCH              281.80

TOTAL CHARGES:                            $     362.22

T O T A L  T H I S  S T A T E M E N T :    $ 25,890.72

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE   2
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


DESCRIPTION OF SERVICES


02/01/10  D.A. Geiger          .20   REVIEW CORRESPONDENCE FROM AND PREPARE
          Task:  B120                CORRESPONDENCE TO B. HENRY REGARDING ADOT
                                     BRIEFING SCHEDULE ON BEUS MOTION FOR
                                     ATTORNEYS FEES.

02/01/10  D.A. Geiger          .40   CONFERENCE WITH D. GORDON REGARDING PREPARING
          Task:  B120                RULE 11 LETTER TO BEUS GILBERT AND RESPONSE
                                     TO FEE MOTION IN ADOT ACTION.

02/01/10  D.A. Geiger          .60   REVIEW EXHIBITS TO BEUS FEE MOTION IN ADOT
          Task:  B120                ACTION.

02/01/10  D.A. Geiger          .20   PREPARE CORRESPONDENCE TO AND REVIEW
          Task:  B120                CORRESPONDENCE FROM CLIENT REGARDING BEUS FEE
                                     MOTION.

02/01/10  D.A. Geiger          .20   PREPARE CORRESPONDENCE TO AND REVIEW
          Task:  B120                CORRESPONDENCE FROM B. HENRY REGARDING RULE
                                     11 ISSUES REGARDING BEUS FEE MOTION.

02/01/10  C. Weiss             .40   REVIEW BEUS GILBERT MOTION AND RELATED
          Task:  B120                E-MAILS IN CONNECTION WITH ADOT MATTER.

02/01/10  D. Gordon            .80   CONFERENCE WITH D. GEIGER REGARDING BEUS
          Task:  B120                GILBERT SANCTIONS ISSUES AND WORK TO BE
                                     PERFORMED IN CONNECTION WITH SAME.

02/02/10  G. Walling           .20   COMMUNICATION FROM B. OLSHAN REGARDING APS
          Task:  B130                EASEMENT CONDEMNATION SETTLEMENT STATUS (0.1);
                                     COMMUNICATION FROM C. WEISS TO B. OLSHAN
                                     REGARDING SAME (0.1).

02/02/10  C. Weiss             .40   E-MAIL TO B. OLSHAM AND REPLY REGARDING
          Task:  B120                POSSIBLE APS SETTLEMENT.

02/02/10  G. Marsh            1.00   WORK ON APS AND ADOT CONDEMNATION ACTIONS
          Task:  B120                INCLUDING REVIEWING AND COMMENTING ON E-MAILS
                                     AND PLEADINGS.

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010              PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


02/03/10   D. Gordon         1.20   REVIEW OF COMPLAINT DEMANDING ATTORNEYS FEES BY
           Task:  B120              BEUS GILBERT (0.4); WORK IN CONNECTION WITH
                                    RULE 11 LETTER IN CONNECTION WITH SAME (0.8).

02/04/10   D. Gordon         3.00   RESEARCH ISSUES PERTAINING TO RULE 11 LETTER IN
           Task:  B120              RESPONSE TO BEUS GILBERT MOTION FOR ATTORNEYS
                                    FEES (1.4); CONTINUED DRAFTING OF RULE 11
                                    LETTER (1.6).

02/05/10   D. Gordon         2.00   COMPLETE RESEARCH AND INITIAL DRAFTING OF
           Task:  B120              RULE 11 LETTER TO BE SENT TO BEUS GILBERT.

02/05/10   C. Weiss           .20   REVIEW E-MAILS REGARDING APS NEGOTIATIONS
           Task:  B120              STATUS.

02/05/10   D.A. Geiger        .20   REVIEW CORRESPONDENCE FROM M. OHRE AND
           Task:  B120              ATTACHED ORDER FROM COURT GRANTING CLIENT'S
                                    MOTION FOR RECONSIDERATION REGARDING LAWYERS
                                    TITLE DISCOVERY DISPUTE.

02/05/10   D.A. Geiger        .20   PREPARE CORRESPONDENCE TO AND REVIEW
           Task:  B120              CORRESPONDENCE FROM CLIENT REGARDING APS
                                    SETTLEMENT NEGOTIATION STATUS.

02/08/10   D. Gordon          .80   CONFERENCE WITH D. GEIGER REGARDING RULE 11
           Task:  B120              LETTER WITH RESPECT TO BEUS GILBERT MOTION
                                    FOR ATTORNEYS FEES (0.3); REVISIONS TO SAME
                                    (0.5).

02/08/10   G. Walling         .30   COMMUNICATIONS WITH J. MCVEY REGARDING
           Task:  B120              PARTICIPANT'S INTEREST IN CONDEMNATION PROCEEDS
                                    (0.2); COMMUNICATIONS FROM J. RHODES AND C.
                                    WEISS REGARDING SAME (0.1).

02/08/10   D.A. Geiger        .60   TELEPHONE CONFERENCE WITH B. HENRY REGARDING
           Task:  B120              RESPONSE TO BEUS GILBERT FEE MOTION IN ADOT
                                    ACTION.

02/08/10   D.A. Geiger        .20   REVIEW ARIZONA RULE 11.
           Task:  B120

02/08/10   D.A. Geiger        .20   REVIEW CORRESPONDENCE FROM AND PREPARE
           Task:  B120              CORRESPONDENCE TO J. MCVEY REGARDING IMH
                                    PARTICIPATION

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                PAGE   4
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113

| | | | |
|---|---|---|---|
| 02/08/10 | D.A. Geiger<br>Task: B120 | .80 | REVIEW AND REVISE RULE 11 LETTER TO BEUS GILBERT. |
| 02/08/10 | D.A. Geiger<br>Task: B120 | .20 | CONFERENCE WITH D. GORDON REGARDING RULE 11 LETTER TO BEUS GILBERT. |
| 02/08/10 | C. Weiss<br>Task: B120 | .40 | REVIEW AND REPLY TO E-MAILS REGARDING ADOT SETTLEMENT AND IMH INTEREST IN PROCEEDS. |
| 02/09/10 | C. Weiss<br>Task: B120 | .40 | REVIEW E-MAILS REGARDING APS LITIGATION AND SETTLEMENT STATUS (0.2); REVIEW AND REPLY TO E-MAILS REGARDING BEUS GILBERT FEE DISPUTE IN ADOT MATTER (0.2). |
| 02/09/10 | G. Walling<br>Task: B130 | 1.70 | WORK WITH G. MARSH REGARDING LENDER KNOWLEDGE OF BORROWER ENGAGEMENT OF BEUS GILBERT TO WORK ON DOT CONDEMNATION ACTION (0.2); MADE RELATED FILE REVIEW (1.4); WORK WITH C. WEISS REGARDING SAME. (0.1). |
| 02/09/10 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH B. HENRY REGARDING RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | 1.40 | ANALYZE RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | 1.80 | PREPARE FACT BACKGROUND FOR RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | .10 | PREPARE CORRESPONDENCE TO CLIENT REGARDING FACT ISSUES FOR RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | .10 | REVIEW CORRESPONDENCE FROM CLIENT REGARDING FACT ISSUES FOR RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | .10 | PREPARE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM CLIENT REGARDING LAWYER TITLE NEGOTIATIONS. |
| 02/09/10 | D.A. Geiger<br>Task: B120 | .30 | TELEPHONE CONFERENCE WITH M. OHRE REGARDING APS DISCOVERY ISSUES. |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    5
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


| | | | |
|---|---|---|---|
| 02/09/10 | D.A. Geiger<br>Task: B120 | .40 | PREPARE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. MCVEY (IMH) REGARDING FACT ALLEGATIONS REGARDING IMH CONTAINED IN BEUS GILBERT FEE MOTION. |
| 02/10/10 | C. Weiss<br>Task: B120 | .50 | REVIEW E-MAILS AND FORM OF JUDGMENT REGARDING ADOT SETTLEMENT (0.3); REVIEW E-MAILS REGARDING IMH POSITION VIS BEUS GILBERT FEE DISPUTE (0.2). |
| 02/10/10 | D.A. Geiger<br>Task: B120 | .70 | PREPARE DECLARATION OF SHANE ALBERS ISO RESPONSE TO BEUS FEE MOTION. |
| 02/11/10 | D.A. Geiger<br>Task: B120 | .20 | CONFERENCE WITH D. GORDON REGARDING PREPARATION OF IMH DECLARATIONS OF ISO RESPONSE TO BEUS GILBERT FEE MOTION IN ADOT ACTION. |
| 02/11/10 | D.A. Geiger<br>Task: B120 | .40 | TELEPHONE CONFERENCE WITH B. HENRY REGARDING STRATEGY ON BEUS GILBERT FEE MOTION. |
| 02/11/10 | C. Weiss<br>Task: B120 | .30 | REVIEW AND REPLY TO E-MAILS REGARDING ADOT JUDGMENT AND PAYMENT TIMING AND MECHANICS. |
| 02/11/10 | D. Gordon<br>Task: B120 | 6.00 | CONFERENCE WITH D. GEIGER REGARDING OPPOSITION TO BEUS GILBERT MOTION FOR ATTORNEYS FEES (0.2); REVISE ALBERS DECLARATION (0.2); DRAFT DECLARATION FOR ADDITIONAL IMH PERSONNEL (0.5); DRAFT DECLARATIONS FOR COLLINS AND KECKER (0.7); RESEARCH EQUITABLE ESTOPPEL ISSUES UNDER ARIZONA LAW (3.0); BEGIN DRAFTING INSERT TO OPPOSITION TO MOTION FOR ATTORNEYS FEES IN CONNECTION WITH SAME (1.4). |
| 02/12/10 | D. Gordon<br>Task: B120 | 2.60 | REVISE DECLARATIONS FOR TRIMONT PERSONNEL IN SUPPORT OF OPPOSITION TO BEUS GILBERT MOTION FOR ATTORNEYS FEES (0.4); ADDITIONAL RESEARCH REGARDING EQUITABLE ESTOPPEL ARGUMENT IN CONNECTION WITH SAME (1.5); REVISE INSERT TO OPPOSITION TO MOTION FOR ATTORNEYS FEES (0.7). |
| 02/12/10 | D.A. Geiger<br>Task: B120 | 1.30 | REVIEW AND REVISE EQUITABLE ESTOPPEL ARGUMENT INSERT TO RESPONSE TO BEUS GILBERT'S MOTION FOR FEES IN ADOT ACTION. |

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010              PAGE    6
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


02/16/10   G. Walling          .50    WORK WITH D. GEIGER REGARDING ORGANIZATIONAL
           Task:  B120                STRUCTURE OF MM ARIZONA HOLDINGS LLC (0.2);
                                      MADE RELATED FILE REVIEW (0.1); PREPARE
                                      ORGANIZATIONAL STRUCTURE CHART FOR D. GEIGER
                                      (0.2).

02/16/10   D.A. Geiger         .30    COMMUNICATE WITH CLIENT REGARDING EXPERT
           Task:  B120                WITNESS FOR APS ACTION.

02/16/10   D.A. Geiger         .10    TELEPHONE CONFERENCE WITH J. RHODES REGARDING
           Task:  B120                EXPERT WITNESS FOR APS ACTION.

02/16/10   D.A. Geiger         .30    REVIEW CORRESPONDENCE FROM B. HENRY REGARDING
           Task:  B120                DRAFT ADOT JUDGMENT.

02/16/10   D. Gordon           .10    REVIEW MESSAGES FROM W. ANTONIEWICZ AND N.
           Task:  B120                MEHTA REGARDING DECLARATIONS IN OPPOSITION TO
                                      BEUS GILBERT MOTION FOR ATTORNEYS FEES.

02/17/10   D.A. Geiger         .10    TELEPHONE CONFERENCE WITH B. HENRY REGARDING
           Task:  B120                PREPARATION OF RESPONSE TO BEUS GILBERT FEE
                                      MOTION IN ADOT ACTION.

02/17/10   D.A. Geiger         .20    REVIEW AND PREPARE CORRESPONDENCE TO P.
           Task:  B120                JOHNSON REGARDING APS APPRAISAL SERVICES.

02/17/10   D.A. Geiger         .10    REVIEW AND PREPARE CORRESPONDENCE TO M. OHRE
           Task:  B120                REGARDING APS DOCUMENT PRODUCTION.

02/17/10   D. Gordon           .30    REVIEW FINAL DECLARATIONS FROM TRIMONT
           Task:  B120                PERSONNEL IN SUPPORT OF OPPOSITION TO BEUS
                                      GILBERT MOTION FOR FEES (0.2); MESSAGE TO B.
                                      HENRY REGARDING SAME (0.1).

02/18/10   D. Gordon          3.00    CONFERENCE WITH D. GEIGER REGARDING BRIEF IN
           Task:  B120                OPPOSITION TO BEUS GILBERT MOTION FOR FEES
                                      (0.3); REVIEW AND REVISE SAME (2.2); REVIEW
                                      DECLARATION OF B. HENRY AND REVISE SAME (0.5).

02/18/10   G. Marsh           1.00    WORK ON APS SETTLEMENT OF CONDEMNATION ACTION.
           Task:  B120

02/18/10   D.A. Geiger        2.20    PREPARE GEIGER DECLARATION IN SUPPORT OF
           Task:  B120                RESPONSE TO BEUS GILBERT MOTION FOR FEES IN
                                      ADOT ACTION.

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE   7
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


| | | | |
|---|---|---|---|
| 02/18/10 | D.A. Geiger<br>Task:  B120 | 4.40 | REVIEW AND REVISE RESPONSE TO BEUS GILBERT'S MOTION FOR FEES IN ADOT ACTION. |
| 02/19/10 | D. Gordon<br>Task:  B120 | 4.70 | CONFERENCES WITH D. GEIGER REGARDING FINAL REVISIONS TO BRIEF IN OPPOSITION TO BEUS GILBERT FEES (0.2); REVIEW AND REVISE SAME (0.9); RESEARCH ISSUES IN CONNECTION WITH SAME (1.0); EXTENSIVE REVISION TO DECLARATION OF D. GEIGER IN SUPPORT OF SAME (2.4); FINAL CITE-CHECKING OF BRIEF (0.2). |
| 02/19/10 | C. Weiss<br>Task:  B120 | .20 | REVIEW E-MAILS REGARDING APS POSITION AND POSSIBLE SETTLEMENT MEETING. |
| 02/19/10 | D.A. Geiger<br>Task:  B120 | 4.10 | REVIEW AND REVISE RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/19/10 | D.A. Geiger<br>Task:  B120 | .50 | REVIEW AND REVISE GEIGER DECLARATION IN SUPPORT OF TO BEUS GILBERT FEE MOTION. |
| 02/19/10 | D.A. Geiger<br>Task:  B120 | .40 | TELEPHONE CONFERENCES WITH B. HENRY REGARDING RESPONSE TO BEUS GILBERT FEE MOTION. |
| 02/19/10 | D.A. Geiger<br>Task:  B120 | .20 | TELEPHONE CONFERENCE WITH M. OHRE AND G. BRANDON REGARDING EXPERT WITNESS ITEMS IN APS ACTION. |
| 02/19/10 | D.A. Geiger<br>Task:  B120 | .50 | REVIEW APPRAISER'S DRAFT DISCLOSURE STATEMENT FOR APS ACTION. |
| 02/22/10 | D.A. Geiger<br>Task:  B120 | .20 | TELEPHONE CONFERENCE WITH W. OLSHAN REGARDING APS EXPERT DISCLOSURES. |
| 02/22/10 | D.A. Geiger<br>Task:  B120 | .10 | TELEPHONE CONFERENCE WITH M. OHRE REGARDING APS EXPERT DISCLOSURES. |
| 02/22/10 | D.A. Geiger<br>Task:  B120 | .30 | TELEPHONE CONFERENCE WITH M. OHRE REGARDING DISCOVERY DISPUTE WITH LAWYERS TITLE IN APS ACTION. |
| 02/22/10 | D.A. Geiger<br>Task:  B120 | .40 | ANALYZE DISCOVERY DISPUTE WITH LAWYERS TITLE IN APS ACTION. |
| 02/23/10 | D.A. Geiger<br>Task:  B120 | .50 | REVIEW ADOT COMMENTS TO STIPULATED JUDGMENT. |

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    8
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


02/23/10   D.A. Geiger        .20   TELEPHONE CONFERENCE WITH B. HENRY REGARDING
           Task: B120               ADOT'S COMMENTS TO STIPULATED JUDGMENT.

02/23/10   D.A. Geiger        .10   CONFERENCE WITH C. WEISS REGARDING ADOT'S
           Task: B120               COMMENTS TO STIPULATED JUDGMENT.

02/23/10   D.A. Geiger        .30   REVIEW CORRESPONDENCE FROM AND PREPARE
           Task: B120               CORRESPONDENCE TO M. OHRE REGARDING JUDICIAL
                                    TELECONFERENCE ON LAWYERS TITLE DISCOVERY
                                    DISPUTE.

02/23/10   C. Weiss           .50   REVIEW ADOT COMMENTS TO STIPULATED JUDGMENT
           Task: B120               AND CONSIDER RESPONSE (0.2); WORK WITH D.
                                    GEIGER REGARDING SAME (0.2); E-MAILS
                                    REGARDING SAME (0.1).

02/24/10   C. Weiss           .50   REVIEW AND REPLY TO E-MAILS REGARDING APS
           Task: B120               LITIGATION AND SETTLEMENT MATTERS (0.2);
                                    REVIEW E-MAILS AND TELEPHONE CONFERENCE WITH
                                    D. GEIGER REGARDING ADOT COMMENTS TO
                                    STIPULATED JUDGMENT (0.3).

02/24/10   D.A. Geiger        .60   TWO TELEPHONE CONFERENCES WITH M. OHRE IN
           Task: B120               PREPARATION FOR FEBRUARY 24, 2010 JUDICIAL
                                    TELECONFERENCE ON LAWYERS TITLE DISCOVERY
                                    DISPUTE.

02/24/10   D.A. Geiger        .20   TELEPHONE CONFERENCE WITH A. ABRAHAM AND R.
           Task: B120               MOON REGARDING APS ACTION DISCLOSURE SCHEDULE.

02/24/10   D.A. Geiger        .20   PREPARE CORRESPONDENCE TO CLIENT REGARDING
           Task: B120               APS DISCOVERY DISPUTE AND DISCLOSURE ISSUES.

02/24/10   D.A. Geiger        .10   TELEPHONE CONFERENCE WITH B. HENRY REGARDING
           Task: B120               ADOT STIPULATED JUDGMENT FINALIZATION.

02/24/10   D.A. Geiger        .20   PREPARE CORRESPONDENCE TO CLIENT REGARDING ADOT
           Task: B120               STIPULATED JUDGMENT FINALIZATION AND AUTHORITY.

02/24/10   D.A. Geiger        .20   REVIEW CORRESPONDENCE FROM AND PREPARE
           Task: B120               CORRESPONDENCE TO CLIENT REGARDING APS
                                    SETTLEMENT DISCUSSIONS.

02/24/10   D.A. Geiger        .50   REVIEW AND REVISE ADOT STIPULATED JUDGMENT TO
           Task: B120               ADDRESS ADOT'S COMMENTS.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    9
MATTER NUMBER: 04406.0222
INVOICE NO.: 708113


02/25/10   C. Weiss              .60    REVIEW E-MAILS REGARDING APS SETTLEMENT
           Task:  B120                  POSITION AND RESULTS OF DISCOVERY CONFERENCE
                                        (0.2); REVIEW E-MAIL AND REVISED FORM OF ADOT
                                        STIPULATED JUDGMENT AND REPLY TO D. GEIGER
                                        REGARDING SAME (0.4).

02/25/10   D.A. Geiger           .40    REVIEW CORRESPONDENCE FROM L. PHELPS (LAWYERS
           Task:  B120                  TITLE) REGARDING DISCOVERY DISPUTE IN APS.

02/25/10   D.A. Geiger           .60    REVIEW LEGAL RESEARCH REGARDING APS DISCOVERY
           Task:  B120                  DISPUTE.

02/25/10   D.A. Geiger           .50    TWO TELEPHONE CONFERENCES WITH M. OHRE
           Task:  B120                  REGARDING APS DISCOVERY DISPUTE.

02/25/10   D.A. Geiger           .50    PREPARE FOR AND PARTICIPATE IN TELEPHONE
           Task:  B120                  CONFERENCE WITH LAWYERS TITLE AND CLIENT
                                        REGARDING SETTLEMENT NEGOTIATIONS.

02/25/10   D.A. Geiger           .20    REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION OF
           Task:  B120                  LAWYERS TITLE IN APS ACTION.

02/26/10   D.A. Geiger           .40    REVIEW REVISED ADOT STIPULATED JUDGMENT AND
           Task:  B120                  PREPARE CORRESPONDENCE TO B. HENRY REGARDING
                                        SAME.

| B120   Asset Analysis and Recovery | | | |
|---|---|---|---|
| C. Weiss | 4.40 | 525.00 | $2,310.00 |
| D. Gordon | 24.50 | 320.00 | $7,840.00 |
| D.A. Geiger | 31.10 | 425.00 | $13,217.50 |
| G. Marsh | 2.00 | 500.00 | $1,000.00 |
| G. Walling | .80 | 430.00 | $344.00 |
| TOTAL B120 | 62.80 | | $24,711.50 |

| B130   Asset Disposition | | | |
|---|---|---|---|
| G. Walling | 1.90 | 430.00 | $817.00 |
| TOTAL B130 | 1.90 | | $817.00 |

Billed Recap Of Cost Detail - [Invoice: 708113 Date: 06/ 07/ 2010 ]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/25/2010 | 0999 | MLA MLA | 107S | 1.00 | 13.10 | 13.10 | DELIVERY SERVICE/MESSENGER | 26313578 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 13.10 | 13.10 | RCVD:TRIMONT REAL ESTATE ADVISORS,/AMIT RUSTGI | |
| 01/29/2010 | 0999 | MLA MLA | 105Z | 1.00 | 6.96 | 6.96 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26353001 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 6.96 | 6.96 | GLOBAL SERVICES | |
| | | Voucher=1764806 Paid | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 12.35 | 12.35 | LONG DISTANCE TELEPHONE 17:42 1-602-448-9900 | 26291760 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 12.35 | 12.35 | 74118 | |
| 02/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:50 1-480-840-8402 | 26291854 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 0.36 | 0.36 | 74118 | |
| 02/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:41 1-602-528-4840 | 26291887 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 0.36 | 0.36 | 74118 | |
| 02/11/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 132.00 | 132.00 | WESTLAW RESEARCH | 26296787 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 132.00 | 132.00 | | |
| 02/12/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 60.00 | 60.00 | WESTLAW RESEARCH | 26296795 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 60.00 | 60.00 | | |
| 02/16/2010 | 0351 | GERALD WALLING | 101S | 1.00 | 0.15 | 0.15 | COPY CHARGES | 26294415 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 0.10 | 0.10 | | |
| 02/16/2010 | 4356 | DAVID A. GEIGER | 101S | 8.00 | 0.15 | 1.20 | COPY CHARGES | 26294416 |
| 06/07/2010 | | Invoice=708113 | | 8.00 | 0.10 | 0.80 | | |
| 02/17/2010 | 4003 | DAVID GORDON | 101S | 11.00 | 0.15 | 1.65 | COPY CHARGES | 26295951 |
| 06/07/2010 | | Invoice=708113 | | 11.00 | 0.10 | 1.10 | | |
| 02/17/2010 | 4003 | DAVID GORDON | 107S | 1.00 | 18.45 | 18.45 | DELIVERY SERVICE/MESSENGER | 26321142 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 18.45 | 18.45 | RCVD:SNELL & WILMER LLP/ROBERT A. HENRY | |
| 02/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 18:43 1-602-382-6259 | 26312320 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 2.18 | 2.18 | 74118 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 16:49 1-602-382-6259 | 26312465 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 1.81 | 1.81 | 74118 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 17:44 1-602-528-4176 | 26312483 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 4.36 | 4.36 | 74118 | |
| 02/19/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 68.75 | 68.75 | WESTLAW RESEARCH | 26319005 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 68.75 | 68.75 | | |
| 02/22/2010 | 4003 | DAVID GORDON | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26306565 |
| 06/07/2010 | | Invoice=708113 | | 7.00 | 0.10 | 0.70 | | |
| 02/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 13:49 1-602-382-6259 | 26312595 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 1.45 | 1.45 | 74118 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.45 | 5.45 | LONG DISTANCE TELEPHONE 14:09 1-646-285-9795 | 26312613 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 5.45 | 5.45 | 74118 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:04 1-602-528-4840 | 26312664 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 0.36 | 0.36 | 74118 | |
| 02/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.36 | 8.36 | LONG DISTANCE TELEPHONE 16:27 1-602-528-4840 | 26312684 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 8.36 | 8.36 | 74118 | |
| 02/23/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 18:09 1-602-382-6259 | 26312962 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 1.81 | 1.81 | 74118 | |
| 02/24/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:23 1-602-528-4840 | 26313078 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 0.36 | 0.36 | 74118 | |
| 02/25/2010 | 4356 | DAVID A. GEIGER | 406S | 1.00 | 21.05 | 21.05 | WESTLAW RESEARCH | 26319119 |
| 06/07/2010 | | Invoice=708113 | | 1.00 | 21.05 | 21.05 | | |
| | | BILLED TOTALS:    WORK: | | | | 363.57 | 23 records | |
| | | BILLED TOTALS:    BILL: | | | | 362.22 | | |
| | | GRAND TOTAL:    WORK: | | | | 363.57 | 23 records | |
| | | GRAND TOTAL:    BILL: | | | | 362.22 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: EVANTHE  PAPASTATHIS
TRIMONT REAL ESTATE ADVISORS, INC.
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406              Invoice No. 697338
Matter No.: 04406.0238        Invoice Date: March 19, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
RE: TELLURIDE FORECLOSURE

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| P. McGeehan | 0.90 | 550.00 | 495.00 |
| K. Lewis | 6.60 | 430.00 | 2,838.00 |
| D. Flaum | 18.40 | 335.00 | 6,164.00 |
| D. Flaum | 1.00 | 305.00 | 305.00 |
| Total | 26.90 | | 9,802.00 |

TOTAL FEES:                          $  9,802.00

CHARGES:

    LONG DISTANCE TELEPHONE              17.06

TOTAL CHARGES:                       $     17.06

T O T A L   T H I S   S T A T E M E N T:    $  9,819.06

LEHMAN BROTHERS HOLDINGS INC.                   March 19, 2010          PAGE    2
MATTER NUMBER: 04406.0238
INVOICE NO.: 697338


DESCRIPTION OF SERVICES


02/01/10   D. Flaum            .80   CORRESPOND WITH K. LEWIS, TRIMONT AND LOCAL
           Task:  B120                COUNSEL REGARDING ASSOCIATION ASSESSMENTS
                                      (0.2); CONFER WITH K. LEWIS REGARDING
                                      ASSOCIATION ASSESSMENTS (0.4); REVIEW FILE
                                      REGARDING ASSOCIATION ASSESSMENTS (0.2).

02/02/10   D. Flaum            .50   REVIEW AND REVISE TRANSMITTAL LETTER FOR
           Task:  B120                ASSESSMENT PAYMENTS (0.3); CORRESPOND WITH
                                      TRIMONT REGARDING  TRANSMITTAL LETTER FOR
                                      ASSESSMENT PAYMENTS (0.2).

02/05/10   D. Flaum           2.70   CONFER AND CORRESPOND WITH TRIMONT AND LOCAL
           Task:  B120                COUNSEL REGARDING STATUS OF ASSOCIATION
                                      ASSESSMENTS AND RELATED ISSUES (1.3); REVIEW
                                      FILE REGARDING ASSOCIATION ASSESSMENT ISSUES
                                      (1.4).

02/08/10   D. Flaum           2.20   REVIEW FILE REGARDING SPE ORGANIZATIONAL, SPE
           Task:  B120                ASSIGNMENT AND FORECLOSURE DOCUMENTS (0.5);
                                      CORRESPOND WITH J. RHODES AND LOCAL COUNSEL
                                      REGARDING SPE ORGANIZATIONAL, SPE ASSIGNMENT
                                      AND FORECLOSURE DOCUMENTS (0.5); CONFER WITH
                                      LOCAL COUNSEL AND K. LEWIS REGARDING HOA
                                      ASSESSMENTS (0.7); REVIEW FILE REGARDING HOA
                                      ASSESSMENTS (0.5).

02/08/10   K. Lewis            .30   COMMUNICATIONS WITH D. FLAUM REGARDING
           Task:  B130                CALCULATION OF CAPPED HOMEOWNERS ASSOCIATION
                                      DUES, AND REGARDING AFFIDAVITS/APPLICATION
                                      MATERIALS  IN SUPPORT OF SAME.

02/09/10   D. Flaum            .80   REVIEW CORRESPONDENCE FROM AND CONFER WITH
           Task:  B120                TRIMONT AND LOCAL COUNSEL REGARDING
                                      ASSESSMENTS AND RETA EXEMPTIONS.

LEHMAN BROTHERS HOLDINGS INC.                March 19, 2010              PAGE   3
MATTER NUMBER: 04406.0238
INVOICE NO.: 697338


02/10/10  D. Flaum           1.00   CONFER AND CORRESPOND WITH J. RHODES
          Task:  B120               REGARDING DECLARATION PROVISIONS, ASSESSMENT
                                    STRATEGY, SPE ORGANIZATIONAL DOCUMENTS AND
                                    ASSIGNMENT DOCUMENTS (0.6); REVIEW FILE
                                    REGARDING DECLARATION PROVISIONS, ASSESSMENT
                                    STRATEGY, SPE ORGANIZATIONAL DOCUMENTS AND
                                    ASSIGNMENT DOCUMENTS (0.4).

02/11/10  D. Flaum           3.60   REVIEW FILE AND REVIEW CORRESPONDENCE FROM
          Task:  B120               AND CORRESPOND WITH LOCAL COUNSEL, TRIMONT
                                    AND K. LEWIS REGARDING TAX ASSESSMENT ISSUES
                                    (1.1); CONFER WITH S. ABELMAN, K. LEWIS AND
                                    J. RHODES REGARDING TAX ASSESSMENT ISSUES
                                    (2.5).

02/11/10  K. Lewis            .30   CONFERENCE CALL WITH J. RHODES ET AL.
          Task:  B130               REGARDING HOA CLAIMS FOR PAYMENT OF TRANSFER
                                    FEE.

02/11/10  K. Lewis            .70   CONFERENCE CALL AND CORRESPONDENCE WITH LOCAL
          Task:  B130               COUNSEL REGARDING STATUTORY OBJECTIONS TO
                                    HOMEOWNER ASSOCIATION'S CLAIMS FOR PAYMENT OF
                                    TRANSFER FEE.

02/11/10  K. Lewis           1.40   REVIEW AND ANALYSIS OF AMENDED AND RESTATED
          Task:  B130               DECLARATION OF COVENANTS AND RESTRICTIONS,
                                    SPECIFICALLY THOSE PROVISIONS RELATING TO
                                    PAYMENTS OF TRANSFER FEE.

02/12/10  K. Lewis            .40   EXTENSIVE COMMUNICATIONS WITH LOCAL COUNSEL
          Task:  B130               REGARDING CALCULATION AND PAYMENT OF
                                    HOMEOWNERS' ASSOCIATION DUES IN LIGHT OF
                                    STATE STATUTORY CAP ON SAME.

02/12/10  K. Lewis            .50   COMMUNICATIONS WITH J. RHODES AND J. HERMAN
          Task:  B130               REGARDING AMENDED AND RESTATED DECLARATION
                                    AFFECTING PROPERTY, AND REGARDING
                                    TRANSFER-FEE PROVISIONS FOR SAME.

02/12/10  D. Flaum           3.60   CONFER AND CORRESPOND WITH LOCAL COUNSEL,
          Task:  B120               TRIMONT AND K. LEWIS REGARDING TRANSMITTAL
                                    DOCUMENTS TO HOAS REGARDING ASSESSEMNTS
                                    (2.1); REVIEW, REVISE AND BLACKLINE TAX
                                    EXEMPTION FORMS (1.5).

LEHMAN BROTHERS HOLDINGS INC.                 March 19, 2010             PAGE    4
MATTER NUMBER: 04406.0238
INVOICE NO.: 697338

02/13/10  D. Flaum            .50   REVIEW AND REVISE RETA ASSESSMENT DOCUMENTS
          Task: B120                AND TERMINATIONS OF LIENS.

02/14/10  D. Flaum           1.00   REVIEW, REVISE AND BLACKLINE APPLICATIONS AND
          Task: B120                AFFIDAVITS FOR RETA EXEMPTION (0.5);
                                    CORRESPOND WITH LOCAL COUNSEL AND TRIMONT
                                    REGARDING APPLICATIONS AND AFFIDAVITS FOR
                                    RETA EXEMPTION  (0.5).

02/16/10  D. Flaum           1.20   CONFER AND CORRESPOND WITH LOCAL COUNSEL AND
          Task: B120                K. LEWIS REGARDING ASSESSMENTS.

02/16/10  K. Lewis            .50   CONFERENCE CALL AND RELATED CORRESPONDENCE
          Task: B130                WITH LOCAL COUNSEL REGARDING HOMEOWNERS
                                    ASSOCIATION ASSESSMENTS AND OBJECTIONS TO
                                    ALLEGED TRANSFER FEES.

02/17/10  D. Flaum            .30   REVIEW AND REVISE TRANSMITTAL LETTER
          Task: B120                REGARDING RETA EXEMPTIONS (0.2); CORRESPOND
                                    WITH TRIMONT REGARDING RETA EXEMPTIONS (0.1).

02/18/10  D. Flaum            .70   REVIEW COMPLAINT (0.5); CONFER AND CORRESPOND
          Task: B120                WITH TRIMONT AND K. LEWIS REGARDING COMPLAINT
                                    AND ASSESSEMENT ISSUES (0.2).

02/18/10  P. McGeehan         .60   REVIEW COMPLAINT FILED BY ST. SOPHIA;
          Task: L120                TELEPHONE CALL WITH MS. LEWIS REGARDING SAME.

02/18/10  K. Lewis            .20   COMMUNICATIONS WITH J. RHODES REGARDING ST.
          Task: B130                SOPHIA LAWSUIT ON PARKING AGREEMENT.

02/18/10  K. Lewis            .20   COMMUNICATIONS WITH P. MCGEEHAN REGARDING ST.
          Task: B130                SOPHIA LAWSUIT ON PARKING AGREEMENT.

02/18/10  K. Lewis            .90   REVIEW OF ST. SOPHIA COMPLAINT ON PARKING
          Task: B130                AGREEMENT AND REQUESTS FOR SERVICE WAIVER
                                    (.3); BRIEF REVIEW OF EXISTING PARKING
                                    AGREEMENT MATERIALS AND PRIOR ST. SOPHIA
                                    CORRESPONDENCE ALLEGING DEFAULTS (.6).

02/19/10  K. Lewis            .50   COMMUNICATIONS WITH S. STIGLIANO (.2) AND J.
          Task: B130                RHODES (.3) REGARDING ST. SOPHIA LAWSUIT ON
                                    PARKING AGREEMENT, AND ACCEPTANCE OF SERVICE
                                    FOR SAME.

LEHMAN BROTHERS HOLDINGS INC.            March 19, 2010            PAGE    5
MATTER NUMBER: 04406.0238
INVOICE NO.: 697338


| Date | Name | Hours | Description |
|---|---|---|---|
| 02/19/10 | K. Lewis<br>Task: B130 | .20 | COMMUNICATIONS WITH D. FLAUM REGARDING ST. SOPHIA LAWSUIT AND DEFENDANTS' COLORADO REGISTRATION MATERIALS. |
| 02/19/10 | P. McGeehan<br>Task: L120 | .30 | COORDINATE COMMUNICATIONS REGARDING ST. SOPHIA CASE. |
| 02/19/10 | D. Flaum<br>Task: B120 | .10 | CONFER AND CORRESPOND WITH K. LEWIS REGARDING STATUS. |
| 02/22/10 | D. Flaum<br>Task: B120 | .40 | REVIEW CORRESPONDENCE FROM AND CORRESPOND WITH TRIMONT REGARDING ASSESSMENT TRANSMITTALS. |
| 02/22/10 | K. Lewis<br>Task: B130 | .20 | COMMUNICATIONS WITH P. MCGEEHAN AND D. FLAUM REGARDING STATUS OF ST. SOPHIA PARKING COVENANT LITIGATION. |
| 02/26/10 | K. Lewis<br>Task: B130 | .30 | COMMUNICATIONS WITH J. RHODES REGARDING ST. SOPHIA LAWSUIT ON PARKING COVENANT. |

| | | | | |
|---|---|---|---|---|
| B120  Asset Analysis and Recovery | | | | |
| D. Flaum | 1.00 | 305.00 | $305.00 | |
| D. Flaum | 18.40 | 335.00 | $6,164.00 | |
| TOTAL B120 | 19.40 | | $6,469.00 | |
| B130  Asset Disposition | | | | |
| K. Lewis | 6.60 | 430.00 | $2,838.00 | |
| TOTAL B130 | 6.60 | | $2,838.00 | |
| L120  Analysis/Strategy | | | | |
| P. McGeehan | .90 | 550.00 | $495.00 | |
| TOTAL L120 | .90 | | $495.00 | |

Billed Recap Of Cost Detail - [Invoice: 697338 Date: 03/ 19/ 2010] Pg 94 of 94

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:59 1-303-223-1314 | 26293304 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 0.36 | 0.36 | 74658 | |
| 02/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:00 1-303-223-1102 | 26293305 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 0.36 | 0.36 | 74658 | |
| 02/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 12:18 1-303-223-1102 | 26291810 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 2.18 | 2.18 | 78569 | |
| 02/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 09:46 1-303-223-1314 | 26297173 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 02/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:31 1-303-223-1102 | 26297394 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 02/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.45 | 9.45 | LONG DISTANCE TELEPHONE 18:05 1-303-223-1102 | 26297771 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 9.45 | 9.45 | 78569 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.54 | 2.54 | LONG DISTANCE TELEPHONE 11:14 1-303-223-1102 | 26315423 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 2.54 | 2.54 | 74658 | |
| 02/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:33 1-646-285-9068 | 26319281 |
| 03/19/2010 | | Invoice=697338 | | 1.00 | 0.72 | 0.72 | 74970 | |
| | | BILLED TOTALS:    WORK: | | | | 17.06 | 8 records | |
| | | BILLED TOTALS:    BILL: | | | | 17.06 | | |
| | | GRAND TOTAL:    WORK: | | | | 17.06 | 8 records | |
| | | GRAND TOTAL:    BILL: | | | | 17.06 | | |