# EXHIBIT E-4

### Invoices, Expense Detail and Supplemental Information Sheets
### (with additional detail and supporting documentation for expenses)
### for May 1, 2010 through May 31, 2010

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                     Invoice No. 713306
Matter No.: 30837.0001                Invoice Date: July 13, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: KONTRABECKI NY BANKRUPTCY ACTION


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 102.60 | 650.00 | 66,690.00 |
| D. Gordon | 2.80 | 320.00 | 896.00 |
| Total | 105.40 | | 67,586.00 |

TOTAL FEES:                                    $ 67,586.00

CHARGES:

        COPY CHARGES                    2.00
        LOCAL TRAVEL                  154.35
        LONG DISTANCE TELEPHONE        88.27
        MEALS                         205.48
        OTHER                           8.00
        OUT OF TOWN TRAVEL          1,845.00
        PACER SEARCHES                  8.00

TOTAL CHARGES:                                 $  2,311.10

T O T A L   T H I S   S T A T E M E N T :      $ 69,897.10

LEHMAN BROTHERS HOLDINGS INC.               July 13, 2010               PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306


DESCRIPTION OF SERVICES


05/03/10  M. Kaufman          9.40   TRAVEL TO SAN FRANCISCO IN PREPARATION FOR
          Task:  4000                 TOMORROW'S MEETING WITH JUDGE LARSON WITH
                                      REGARD TO MEDIATION (2.7); WORK ON OUTLINE OF
                                      MATTERS TO BE ADDRESSED IN PRELIMINARY SESSION
                                      (5.2); MEET WITH P. BENVENUTTI TO PLAN
                                      TOMORROW'S PRESENTATION AND FURTHER WORK IN
                                      PREPARATION FOR AID HEARING (1.5).

05/04/10  M. Kaufman          6.80   CONTINUED WORK IN PREPARATION FOR HEARING
          Task:  4000                 BEFORE JUDGE LARSON (2.8); ATTEND AND
                                      PARTICIPATE AT PRELIMINARY SETTLEMENT MEDIATION
                                      SESSIONS (1.3); SUBSEQUENT REPORTING TO CLIENT
                                      WITH REGARD TO RESULTS OF HEARING AND
                                      PRELIMINARY WORK ON OUTLINE OF MATTERS TO BE
                                      CONTAINED IN SUBMISSION AND CONSIDERATION OF
                                      APPROACH TO BE TAKEN TO SUBMISSION IN LIGHT OF
                                      COMMENTS FROM JUDGE LARSON (2.4); REVIEW OF P.
                                      BENVENUTTI'S MESSAGE TO W. OLSHAN AND OTHERS
                                      REPORTING ON PRELIMINARY MEDIATION MEETING
                                      BEFORE JUDGE LARSON EARLIER TODAY (0.3).

05/05/10  M. Kaufman          7.20   RETURN TO ATLANTA FROM PRELIMINARY MEETING WITH
          Task:  4000                 JUDGE LARSON AND WORK ON DRAFTING OF MATTERS TO
                                      BE CONTAINED IN SETTLEMENT STATEMENT AND CONFER
                                      WITH P. BENVENUTTI UPON RETURN REGARDING SAME
                                      (6.4); WORK ON PRELIMINARY STRATEGIES RELATING
                                      THERETO (0.8).

05/06/10  M. Kaufman          4.20   CONFER WITH P. BENVENUTTI REGARDING TACTICS IN
          Task:  4000                 LIGHT OF JUDGE LARSON'S PRELIMINARY MEDIATION
                                      SESSION (1.1); COMMENCE WORK ON OUTLINE OF
                                      MATTERS TO BE CONTAINED IN PORTION OF MEDIATION
                                      STATEMENT TO BE DRAFTED BY ME (3.1).

05/07/10  M. Kaufman          5.10   WORK ON DRAFTING OF MEDIATION SETTLEMENT
          Task:  4000                 STATEMENT(4.2); CONFER WITH OTHER COUNSEL WITH
                                      REGARD TO APPROACH TO BE TAKEN IN RESPECT OF
                                      SETTLEMENT CONFERENCE SUBMISSION (0.9).

LEHMAN BROTHERS HOLDINGS INC.                July 13, 2010              PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306


05/17/10  M. Kaufman        5.20    WORK ON MATTERS RELATING TO MEET AND CONFER
          Task:  4000                SESSION WITH R. MOORE PERTAINING TO SETTLEMENT
                                     SUBMISSIONS (1.1); EXTENSIVE WORK ON DRAFTING
                                     OF SETTLEMENT SUBMISSION FOR LEHMAN AND
                                     INCORPORATION OF ASPECTS OF PRIOR RULINGS,
                                     ORDERS, TRANSCRIPTS AND EVIDENCE INTO PROPOSED
                                     SUBMISSION (4.1).


05/18/10  M. Kaufman        6.10    PREPARATION FOR A CALL WITH R. MOORE WITH
          Task:  4000                REGARD TO MEET AND CONFER ON SETTLEMENT
                                     CONFERENCE SUBMISSIONS (1.1); CONFER WITH P.
                                     BENVENUTTI PREPATORY TO CALL (0.3); PARTICIPATE
                                     IN TELEPHONIC CALL WITH R. MOORE (0.3);
                                     FOLLOW-UP CONFERENCE WITH P. BENVENUTTI
                                     REGARDING SAME (0.3); WORK ON DRAFT OF LEHMAN'S
                                     SETTLEMENT SUBMISSION (2.3); REVIEW OF P.
                                     BENVENUTTI DRAFT MEMORANDUM PERTAINING TO
                                     RESULTS OF AND COMMENT TO BENVENUTTI REGARDING
                                     SAME (0.3); REVIEW EMAIL FROM W. OLSHAN
                                     PROVIDING COPIES OF DOCUMENTS RECEIVED BY HIM
                                     RELATING TO KUKULKA'S REQUEST TO HAVE LEHMAN
                                     JOIN POLISH PROCEEDINGS (0.6); WORK ON TACTICAL
                                     ISSUES REGARDING SAME AND DRAFT MEMORANDUM TO
                                     CLIENT RELATING THERETO (0.3); CONFER WITH P.
                                     BENVENUTTI REGARDING SAME (0.2).


05/18/10  M. Kaufman        3.90    EXTENSIVE WORK DRAFTING OF SETTLEMENT
          Task:  4000                STATEMENT ON LEHMAN'S BEHALF.


05/19/10  M. Kaufman        4.10    FURTHER REVIEW OF MEMORANDUM ADDRESSING R.
          Task:  4000                OLINER'S MEETING AND RESULTS OF SETTLEMENT
                                     CONFERENCE (0.4); CONFER WITH P. BENVENUTTI AND
                                     REVIEW OF FINAL AS SENT EMAIL RELATING TO SAME
                                     (0.3); EMAIL TO LEVINE, R. OLSHAN, AND P.
                                     BENVENUTTI REGARDING RESPONSE TO ISSUES
                                     RELATING TO KUKULKA'S LATEST ENTREATY TO LEHMAN
                                     (0.4); DRAFT SETTLEMENT SUBMISSION (3.0).


05/19/10  D. Gordon          .40    CONFERENCE WITH P. CROSBY REGARDING
          Task:  4000                CALCULATION OF ADDITIONAL POTENTIAL CONTEMPT
                                     DAMAGES IN CONNECTION WITH SETTLEMENT
                                     CONFERENCE STATEMENT.

LEHMAN BROTHERS HOLDINGS INC.          July 13, 2010          PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306


05/21/10  M. Kaufman          4.00   WORK ON LEHMAN'S MEDIATION SUBMISSION (3.7);
          Task:   4000               REVIEW OF EMAIL FROM P. BENVENUTTI RELATING TO
                                     CONTACT BY HEITMAN'S COUNSEL AND STRATEGIES FOR
                                     ADDRESSING SAME (0.3).

05/24/10  D. Gordon            .30   CONFERENCE WITH M. KAUFMAN REGARDING
          Task:   4000               DOCUMENTS NEEDED FOR SETTLEMENT CONFERENCE
                                     STATEMENT (0.1); LOCATE AND TRANSMIT SAME
                                     (0.2).

05/24/10  M. Kaufman          4.90   WORK ON LEHMAN'S MEDIATION SUBMISSION.
          Task:   4000

05/25/10  M. Kaufman          5.60   WORK ON LEHMAN'S MEDIATION SUBMISSION.
          Task:   4000

05/26/10  M. Kaufman          5.40   WORK ON LEHMAN'S MEDIATION SUBMISSION.
          Task:   4000

05/27/10  M. Kaufman          3.20   WORK ON LEHMAN'S MEDIATION SUBMISSION.
          Task:   4000

05/28/10  M. Kaufman          3.80   WORK ON LEHMAN'S MEDIATION SUBMISSION.
          Task:   4000

4000  Non-Bankruptcy Litigation
      D. Gordon                          2.80    320.00     $896.00
      M. Kaufman                       102.60    650.00  $66,690.00

         TOTAL 4000                    105.40              $67,586.00

Billed Recap Of Cost Detail - [Invoice: 711759 Date: 06/ 25/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/01/2010 | 4003 | DAVID GORDON | 411S | 3.00 | 2.67 | 8.00 | PACER SEARCHES | 26515241 |
| 06/25/2010 | | Invoice=711759 | | 3.00 | 2.67 | 8.00 | | |
| | | | | | | | | |
| 05/05/2010 | 0681 | SUMMER CHANDLER | 101S | 11.00 | 0.15 | 1.65 | COPY CHARGES | 26430618 |
| 06/25/2010 | | Invoice=711759 | | 11.00 | 0.10 | 1.10 | | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 111Z | 1.00 | 205.48 | 205.48 | MEALS | 26439057 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 205.48 | 205.48 | MISCELLANEOUS FOOD/MEALS (SOME RECEIPTS MISSING) | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 531.60 | 531.60 | OUT OF TOWN TRAVEL | 26439058 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 531.60 | 531.60 | OMNI HOTEL | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 124Z | 1.00 | 8.00 | 8.00 | OTHER | 26439059 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 8.00 | 8.00 | TIPS AT HOTEL | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 127.35 | 127.35 | LOCAL TRAVEL | 26439060 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 127.35 | 127.35 | TAXI FROM AND TO SAN FRANCISCO AIRPORT AND AROUN | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 27.00 | 27.00 | LOCAL TRAVEL | 26439061 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 27.00 | 27.00 | PARKING AT THE ATLANTA AIRPORT | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 899.43 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:38 1-415-875-5826 | 26447057 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.72 | 0.72 | 74120 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 16:42 1-503-740-0935 | 26455562 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 3.63 | 3.63 | 74120 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 15.99 | 15.99 | LONG DISTANCE TELEPHONE 17:04 1-415-875-5826 | 26455564 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 15.99 | 15.99 | 74120 | |
| | | | | | | | | |
| 05/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 12.72 | 12.72 | LONG DISTANCE TELEPHONE 15:16 1-415-773-6697 | 26447150 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 12.72 | 12.72 | 74120 | |
| | | | | | | | | |
| 05/12/2010 | 0034 | MARK S. KAUFMAN | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26442446 |
| 06/25/2010 | | Invoice=711759 | | 9.00 | 0.10 | 0.90 | | |
| | | | | | | | | |
| 05/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:05 1-415-875-5826 | 26447297 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 12:11 1-415-875-5826 | 26447313 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 5.08 | 5.08 | 74120 | |
| | | | | | | | | |
| 05/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 27.26 | 27.26 | LONG DISTANCE TELEPHONE 11:04 1-503-322-2758 | 26455665 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 27.26 | 27.26 | 74120 | |
| | | | | | | | | |
| 05/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:06 1-415-875-5826 | 26455837 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 16:27 1-415-875-5826 | 26455857 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 11:24 1-415-875-5826 | 26455915 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.45 | 1.45 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:04 1-503-740-0935 | 26455918 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 14:16 1-415-875-5826 | 26455952 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 9.81 | 9.81 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 15:30 1-415-875-5826 | 26455973 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 3.27 | 3.27 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 18:01 1-510-655-6691 | 26456007 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 05/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:05 1-503-740-0935 | 26493006 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 17:03 1-415-875-5826 | 26485673 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 4.72 | 4.72 | 74120 | |

Billed Recap Of Cost Detail - [Invoice: 711759 Date: 06/ 25/ 2010] Pg 7 of 45

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 1,313.40 | 1,313.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26487798 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1,313.40 | 1,313.40 | COMPANY**** AMERICAN EXPRESS INV #052910PTREE | |
| | | Voucher=1778912 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00  Amount= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 2,312.10 | 25 records | |
| | | BILLED TOTALS:    BILL: | | | | 2,311.10 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 2,312.10 | 25 records | |
| | | GRAND TOTAL:    BILL: | | | | 2,311.10 | | |

**Supplemental Information Sheet**
**May 2010**

Expenses for Kontrabecki (30837.0001)
Timekeeper: M. Kaufman

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 5/5/10 | $205.48 | MEALS - Miscellaneous Food/Meals | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Meals on hotel bill included with reimbursement for meals in the amount of $128.50 | Attached |
| 5/5/10 | $531.60 | OUT OF TOWN TRAVEL - Omni Hotel | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Two night stay at hotel $230/night (excluding taxes and other charges). Meals on hotel bill included with reimbursement for meals in the amount of $128.50. | Attached |
| 5/5/10 | $8.00 | OTHER - Tips at Omni Hotel | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Tips at Omni Hotel. | Attached |
| 5/5/10 | $127.35 | LOCAL TRAVEL-Taxi | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Taxis from/to airport and around San Francisco | Attached |
| 5/5/10 | $27.00 | LOCAL TRAVEL - Parking at Atlanta Airport | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Parking at Hartsfield-Jackson Atlanta International Airport. | Attached |

| 5/29/10 | $1,313.40 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for July 13, 2010 to July 16, 2010 for settlement. | Attached |
|---------|-----------|-----------------------------------------------------|----------------------------------------------------------------------------|----------|

ATLANTA:5243327.1

ExpenseEntireFormPrinting

Page 1 of 1

This expense form has not yet been submitted to the accounting department.

Form Tracking ID    81680

Created For          0034 KAUFMAN, MARK S.

Created By           Murphy, Judy K.

Title                Travel to San Francisco for meeting with Mediating Judge

Expense Type         CLIENT CHARGEABLE

Client Name          30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name          0001

Description          Travel to San Francisco for meeting with mediating Judge

| Type Of Expense | Date Of Expense | Amount | Description |
| --- | --- | --- | --- |
| Food / Meal | 5/5/2010 | 205.48 | Miscellaneous food/meals (some receipts missing) |
| Hotel | 5/5/2010 | 531.60 | Omni Hotel |
| Other Expense | 5/5/2010 | 8.00 | Tips at hotel |
| Taxi (Local Travel) | 5/5/2010 | 127.35 | Taxi from and to San Francisco airport and around town |
| Parking | 5/5/2010 | 27.00 | Parking at the Atlanta Airport |

Total $          899.43

**PRINT THIS FORM**

**CLOSE**

X Mark S Kaufman

# OMNI ❀ HOTELS®

OMNI SAN FRANCISCO HOTEL
500 CALIFORNIA STREET
SAN FRANCISCO    CA    94104
**Tele-** (415) 677-9494    **Fax-** (415) 273-3038

KAUFMAN, MARK
LAWYERS TRAVEL
303 PEACHTREE ST
ATLANTA          GA    30308

Room Number: 1407
Daily Rate: 230
Room Type: KN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|-----------|-----------|---------|
| 05/03/10 | 05/05/10 | | LAWTVL | ESP | 17100559837 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 05/03/10 | 1407 | ROOM CHARGE | #1407 KAUFMAN, MARK | $230.00 |
| 05/03/10 | 1407 | ROOM TAX | ROOM TAX | $32.20 |
| 05/03/10 | 1407 | TOURISM TAX | TOURISM TAX | $0.15 |
| 05/03/10 | 1407 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.45 |
| 05/03/10 | 1407 | REFRESHMENT CENTER | 1407/159931/16:06/REFRESHMENT CENTER | $10.74 |
| 05/04/10 | 1407 | ROOM CHARGE | #1407 KAUFMAN, MARK | $230.00 |
| 05/04/10 | 1407 | ROOM TAX | ROOM TAX | $32.20 |
| 05/04/10 | 1407 | TOURISM TAX | TOURISM TAX | $0.15 |
| 05/04/10 | 1407 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.45 |
| 05/05/10 | 1407 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($542.34) |

FOOD / DRINK
$ 10.74  Hotel
190.10  All Other
9.50 5/4 Lunch – no receipt
$ 205.48

Hotel
$ 531.60

Tips (hotel)
8.00

**TOTAL DUE:**          $0.00

ASH   3-6563



**R & G LOUNGE**
**631 KEARNY STREET**
**SAN FRANCISCO, CA 94108**
**(415)982-7877**

Monday 5/3/2010 9:12:06 PM

### Check #: 6421

**Merchant #:** 000000032003
**Table #:** S10
**User Code:** DAN
**Transaction ID:** 080124149644598
**Authorization Code:** 092527
**Card Type:** V
**Cardholder:** KAUFMAN/ MARK S
**Card #:** #####1050

**AMOUNT:**    $ 49.55

**Gratuity:**    11

**TOTAL:**    60.58

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown above and agrees to perform the
obligat...        ...the Cardholder Agreement with the seller

**Cust·**

---

```
      ** TGI FRIDAY'S #1935 **
         ATLANTA AIRPORT, GA
Date:           May03'10 10:39AM
Card Type:      VISA
Acct #:         XXXXXXXXXXXX1050
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      BIB0005? 436143
Auth Code:      394145
Check:          14
Table:          24/1
      er:       103 MICHELLE

ubtotal:        10.00

TIP         $    3

TOTAL       $   13.46
```

---

```
      THANK YOU FOR DINING AT MAX'S
      A GREAT PLACE FOR A DIET!
            555 California
               94104
            415-788-6297

Server: Cashier1        05/04/2010
Fast Close/1               9:59 AM
Guests: 1                    10293

COFFEE                        1.00
BAGEL WITH CREAM CHEESE       2.25
ODWALLA                       3.75

Subtotal                      7.00
Tax                           0.57

Total                         7.57

1025 CASH                    20.00
Change                       12.43

       Top Copy = Maxs        tip  1.00
     Bottom Copy = Customer

      --- Check Closed ---
```

---

```
        www.victoriccusi.com
              550 Green St
            415-433-5800

Server: FRANCESCO       DOB: 05/04/2010
09:28 PM                05/04/20..0
Table 2/1                   1/10001

VISA                       1048581
Card #XXXXXXXXXXXX1050
Magnetic card present: KAUFMAN  MARK S
Approva`  330959

         Amount:        77.20

       + Tip:           20.

       = Total:         97.20


X_____

         THANK YOU!
```

THANK YOU FOR
RIDING LUXOR CAB
05/03/10  15:56
05/03/10  16:20
TRIP #    21656
DIST    15.07 mi
FARE    $ 38.65
EXTRAS    $ 2.00
TOTAL    $ 40.65
(415)282-4141
SAN FRANCISCO CA

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date _____

Amount of Fare $ _____

Other Charges $ _____

Total . . . . $ _____

Driver's Name _____

Cab number _____

Fare $ _____ To airport

From _____

To _____

Date _____

Cab No. _____

Driver _____

Fare $ _____

From _____

To _____

Date _____

Cab No. _____

Driver _____

Total Taxi: # 127.35

Check 169
Suan M.                      5/5/2010
Dine In                      6:31 AM

    Raspberry Muffin            2.95
    MD Coffee                   2.05

Subtotal                        5.00
Sales Tax                       0.46

TOTAL                           5.46

Cash                          -20.00
CHANGE DUE                     14.54

HAVE A GREAT DAY

H J ATLANTA INT'L
AIRPORT

PO Box 20786
Atlanta, GA 30320
Customer Service:
404-530-6725

Card Account : XXXXXXXXXXX1050
Card Type : VISA
Authorization Code : 431708

Cashier : 190    Seq # 48319
License Plate : NO-PLATE
Ent : 09:30 05/03/10 Lane 3
Exit: 14:43 05/05/10 Lane 25
Duration: 2D(s) 5H(s) 13M(s)
Rate Code: 9

| | | |
|---|---|---|
| FEE $ | | 27.00 |
| AMOUNT TEND $ | | 27.00 |
| CASH $ | | 0.00 |
| CREDIT CARD $ | | 27.00 |
| CHECK $ | | 0.00 |
| CHANGE CALC $ | | 0.00 |
| PAID AT CI $ | | 27.00 |

Taxes Included
*** Thank You ***

**Murphy, Judy**

| | |
|---|---|
| From: | ianderson@travelleaders.com |
| Sent: | Thursday, May 27, 2010 2:14 PM |
| To: | Murphy, Judy |
| Subject: | Travel Itinerary/Invoice for MARK.S KAUFMAN - Travel Date July 13, 2010 |
| Attachments: | AIR_FLT_2349_1413077.ics; AIR_FLT_589_1413077.ics |

Travel Leaders
101 Corporate Plaza Dr.
LaGrange, GA 30240
706-882-9381
706-882-7171

Please click here to view your itinerary online.

If receiving on a PDA, please scroll down to view itinerary.

Note: The attached .ics file(s) contain(s) ~~~~~~~~~~~~~~~~~ endar. Please disregard if not applicable.

If you can't click on the link ~~~~~~~~~~~~~~~ from below and paste it into your browser
window's address field.

Online itinerary: [http://mag
If the itinerary is still not app

*Note re: 7/13-7/16 trip to*
*San Francisco*

*Regular Refundable Coach*
*$1,945.40*

*Apr 1st → 1,273.40*

Travel Leaders
101 Corporate Plaza
LaGrange GA 30240
706-882-9381
706-882-7171

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

*Save for Expense Report*

Passenger Information

Company Name: ONE PEACHT
Company Number: 30837.00C
Account No.: 2266
Date Issued: May 27, 2010
Agency Confirmation: 3QRVI
Agent: BK-IA/PI3
Invoice #: 775168
First Name: MARK.S
Last Name: KAUFMAN
CONFIRMATION INFORMATION
TICKET CONFIRMATION FOR DEI

FLIGHT

Tuesday July 13, 2010
http://www.flightstats.com/g
http://magna.magnatech.com/G
http://www.delta.com/traveli                                    epartureDate=2010-07-13
Air Vendor: DELTA
Flight Number: 2349
From: ATLANTA
Departs: 03:00 PM
To: SAN FRANCISCO
Arrives: 05:10 PM
Seat: 02-D
Ticket Confirmation: CSNDIC
Aircraft: 763
Class of Service: [ A ] FIRST CLASS
Operated By: DELTA

Flight Type: NON-STOP
BAGGAGE FEES MAY APPLY
MEAL- LUNCH
FLIGHT DURATION  5.10 HRS
MILES  2139
SEAT    02-D  **RESERVED**
KAUFMAN/MARK.S
NOT VALID FOR TRAVEL-BEFORE 13JUL/AFTER 13JUL


FLIGHT

Friday July 16, 2010
http://www.flightstats.com/go/FlightStatus/flightStatusByFlight.do?airline=DL&flightNumber=589&departureDate=2010-07-16
http://magna.magnatech.com/GetMap.html?ATL%20airport
http://www.delta.com/traveling_checkin/index.jsp
Air Vendor: DELTA
Flight Number: 589
From: SAN FRANCISCO
Departs: 08:35 AM
To: ATLANTA
Arrives: 04:22 PM
Seat: 05-D
Ticket Confirmation: CSNDIC
Aircraft: 757
Class of Service: [ D ] BUSINESS CLASS
Operated By: DELTA
Flight Type: NON-STOP
BAGGAGE FEES MAY APPLY
MEAL- BREAKFAST
FLIGHT DURATION  4.47 HRS
MILES  2139
SEAT    05-D  **RESERVED**
KAUFMAN/MARK.S
NOT VALID FOR TRAVEL-BEFORE 16JUL/AFTER 16JUL


Miscellaneous

Friday July 16, 2010
Start Date: July 16, 2010
Description: SERVICE FEE
CONFIRMED
ITEM COST:40.00


INVOICE INFORMATION

Invoice #:775168
Air Fare:$ 1164.64
Tax:$ 108.76
Total Taxes:$ 108.76
Total Air Fare:$ 1273.40
Service Charge:$ 40.00
Total:$ 1313.40
Total Payment:$ 1313.40


PAYMENT HISTORY

05/27/10
Credit Card
XXXX XXXXXX X1009/AX
$ 1313.40


GENERAL INFORMATION

TICKET NUMBER(S):    E0068605962324
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S       DL0215556416


REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
********************************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
************TRAVEL ADVISORY***************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN * 2 * HR PRIOR TO DEPARTURE

5/27/2010

DO NOT CHECK IN ONLINE IF YOU PLAN TO CHANGE
ALL FLIGHTS CLOSE OUT 30MIN PRIOR TO DEPARTURE
MOST AIRLINES REQUIRE 1 HOUR TO 24 HOUR NOTICE
FOR CANCELLATION OR TICKET VALUE WILL BE FORFEITED
NEW CHECKED BAGGAGE POLICIES VARY BY AIRLINE
GO TO WWW.APTWCT.COM FOR POLICIES AND FEES
NONREFUNDABLE FARE ** CHANGE/STANDBY FEES APPLY
MOST AIRLINES ARE CHARGING FOR 1ST AND 2ND CHECKED BAGS
DOMESTIC CHECKED BAG CHARGE RANGE FROM $25-50 FOR
50LB OR LESS EACH WAY TRIPLE FOR OVER WEIGHT/SIZE
THANK YOUR FOR USING TRAVEL LEADERS INC.
****************BE ADVISED**************************
TSA WILL START TO IMPLEMENT THE NO INFORMATION
NO BOARDING PASS RULE LATER THIS YEAR
***************************************************
YOUR NAME ON YOUR TICKET MUST MATCH YOUR ID
U88/5555

5/27/2010

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 713307
Matter No.: 30837.0002               Invoice Date: July 13, 2010
====================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| S. Chandler | 0.50 | 400.00 | 200.00 |
| A. Elko | 8.30 | 335.00 | 2,780.50 |
| Total | 8.80 | | 2,980.50 |

TOTAL FEES:                                      $  2,980.50

T O T A L   T H I S   S T A T E M E N T :        $  2,980.50

LEHMAN BROTHERS HOLDINGS INC.                July 13, 2010              PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 713307


                        DESCRIPTION OF SERVICES


05/05/10  S. Chandler          .20    REVISE TIME ENTRIES IN THE KONTRABECKI MATTER
          Task:  4600                  TO ADD FURTHER DETAIL REGARDING TASKS
                                       PERFORMED.

05/19/10  A. Elko              .40    CONFER AND CORRESPOND WITH M. HOFFMAN
          Task:  4600                  REGARDING FEE COMMITTEE AND BILLING PROTOCOL
                                       FOR LEHMAN MATTERS.

05/25/10  A. Elko             3.80    REVIEW AND EDIT PRO FORMAS FOR FEBRUARY,
          Task:  4600                  MARCH AND APRIL (2.5); DRAFT MONTHLY
                                       STATEMENT FOR FEBRUARY (0.5); REVIEW
                                       ACCOUNTING ISSUES WITH FOURTH INTERIM FEE
                                       APPLICATION TRANSMITTED BY B. DEAL AT BROWN
                                       GREER (0.8).

05/26/10  S. Chandler          .30    REVISE TIME ENTRIES FOR KONTRABECKI MATTER TO
          Task:  4600                  PROVIDE ADDITIONAL DETAILS REGARDING WORK
                                       PERFORMED.

05/26/10  A. Elko             2.20    REVIEW AND EDIT FEBRUARY INVOICES (0.5);
          Task:  4600                  REVISE FEBRUARY MONTHLY STATEMENT INCLUDING
                                       SUMMARIES OF FEES AND EXPENSES (0.5); REVIEW
                                       AND EDIT PRO FORMAS FOR MARCH AND APRIL
                                       (1.2).

05/27/10  A. Elko             1.90    REVIEW AND EDIT PRO FORMAS AND INVOICES FOR
          Task:  4600                  MARCH AND APRIL (0.8); REVIEW EXPENSES (0.3);
                                       WORK ON MONTHLY STATEMENTS (0.8).

4600  Firm's Own Billing/Fee Applications
      A. Elko                          8.30    335.00   $2,780.50
      S. Chandler                       .50    400.00    $200.00

        TOTAL 4600                     8.80             $2,980.50

# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 716296
Matter No.: 30837.0003               Invoice Date: July 29, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 4.50 | 760.00 | 3,420.00 |
| A.F. Kaufman | 2.20 | 425.00 | 935.00 |
| M.B. Hoffman | 20.90 | 350.00 | 7,315.00 |
| A. Pearson | 1.90 | 240.00 | 456.00 |
| R.M. Gee | 20.80 | 225.00 | 4,680.00 |
| H.T. Moore | 2.20 | 225.00 | 495.00 |
| Total | 52.50 | | 17,301.00 |

TOTAL FEES:                                    $ 17,301.00

T O T A L   T H I S   S T A T E M E N T :      $ 17,301.00

LEHMAN BROTHERS HOLDINGS INC.              July 29, 2010              PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


                    DESCRIPTION OF SERVICES


05/03/10   A.F. Kaufman         .30    FINALIZE AND SEND LETTER TO E. SHERMAN (0.2);
           Task:   4000                COORDINATE DOCUMENT PRODUCTION ISSUES (0.1).

05/03/10   H.T. Moore          1.00    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
           Task:   4000                FILES FOR ATTORNEY REVIEW AND ANALYSIS.

05/03/10   C.F. Graham          .30    READ EMAIL ABOUT ELECTRONIC DISCOVERY ISSUES.
           Task:   4000

05/04/10   H.T. Moore           .50    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
           Task:   4000                FILES FOR ATTORNEY REVIEW AND ANALYSIS.

05/04/10   A.F. Kaufman         .40    COORDINATE DOCUMENT PRODUCTION ISSUES.
           Task:   4000

05/04/10   R.M. Gee             .60    ATTEND TO REVIEW OF GREAT AMERICAN CAPITAL
           Task:   4000                PRODUCED DOCUMENTS (0.4);   CALL WITH VENDOR
                                       REGARDING MISSING IMAGES (0.1); CONFER WITH A.
                                       KAUFMAN REGARDING SAME (0.1).

05/04/10   R.M. Gee            4.20    REVIEW SUPPLEMENTAL ELECTRONIC DOCUMENT FROM
           Task:   4000                LEHMAN BROTHERS FOR RESPONSIVENESS AND
                                       PRIVILEGE (0.3); CALL WITH A. PEARSON AND A.
                                       KAUFMAN REGARDING REVIEW (0.2); ATTEND TO
                                       PROCESSING OF DEFENDANTS' DATA AND
                                       COMMUNICATIONS WITH VENDOR REGARDING CONVERTING
                                       CONCORDANCE LOAD FILES TO SUMMATION AND MISSING
                                       IMAGES (3.7).

05/04/10   C.F. Graham          .30    REVIEW EMAILS REGARDING DOCUMENT PRODUCTION
           Task:   4000                FROM J. CHORMANSKI.

05/05/10   R.M. Gee            4.80    REVIEW SUPPLEMENTAL DOCUMENTS FROM LEHMAN
           Task:   4000                BROTHERS FOR RESPONSIVENESS AND PRIVILEGE
                                       (4.3); ATTEND TO TECHNICAL PROBLEMS WITH
                                       DEFENDANTS' DOCUMENT PRODUCTION (0.5).

05/05/10   A.F. Kaufman         .20    COORDINATE DOCUMENT PRODUCTION ISSUES.
           Task:   4000

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


| 05/06/10 | A.F. Kaufman | .20 | TELEPHONE CALL WITH A. PEARSON REGARDING |
|          | Task:  4000  |     | DOCUMENT REVIEW/PRODUCTION. |

05/06/10  A.F. Kaufman        .20   TELEPHONE CALL WITH A. PEARSON REGARDING
          Task:  4000               DOCUMENT REVIEW/PRODUCTION.

05/06/10  R.M. Gee           2.40   REVIEW LEHMAN SUPPLEMENT PRODUCTION FOR
          Task:  4000               RESPONSIVENESS AND PRIVILEGE (2.3); EMAIL WITH
                                    A. PEARSON REGARDING REVIEW (0.1).

05/07/10  R.M. Gee           2.10   REVIEW DOCUMENTS FROM BARSANTI  FOR
          Task:  4000               RESPONSIVENESS AND PRIVILEGE.

05/07/10  C.F. Graham         .40   REVIEW DISCOVERY ISSUES WITH R. GEE (0.3);
          Task:  4000               EMAIL CORRESPONDENCE WITH A. PEARSON REGARDING
                                    DOCUMENT PRODUCTION FORMAT(0.1).

05/08/10  C.F. Graham        1.00   PRIVILEGE ISSUES.
          Task:  4000

05/10/10  C.F. Graham         .60   REVIEW DISCOVERY ISSUES WITH A. KAUFMAN AND R.
          Task:  4000               GEE.

05/10/10  R.M. Gee           4.20   FINALIZE REVIEW OF DOCUMENTS FROM BARSANTI FOR
          Task:  4000               RESPONSIVENESS AND PRIVILEGE.

05/10/10  A.F. Kaufman        .10   CONFER WITH A. PEARSON AND B. MARKOWITZ
          Task:  4000               REGARDING DOCUMENT REVIEW/PRODUCTION.

05/17/10  R.M. Gee            .10   REVIEW DOCKET UPDATE AND DISTRIBUTED NEW
          Task:  4000               JUDGE'S INDIVIDUAL RULES TO TEAM.

05/17/10  C.F. Graham         .50   READ ORDER RE-ASSIGNING CASE TO JUDGE
          Task:  4000               JONES(0.1);   READ JUDGE JONES CHAMBERS
                                    RULES(0.4).

05/19/10  A.F. Kaufman        .60   TELEPHONE CALL WITH M. HOFFMAN REGARDING
          Task:  4000               DOCUMENT REVIEW (0.4); TELEPHONE CALL WITH A.
                                    PEARSON REGARDING DOCUMENT REVIEW (0.2).

05/19/10  M.B. Hoffman       1.10   CONFERENCE WITH A. KAUFMAN REGARDING AV 72
          Task:  4000               HOLDINGS MATTER IN PREPARATION FOR REVIEW OF
                                    DEFENDANTS' DOCUMENT PRODUCTION FOR SUBSTANCE
                                    AND RESPONSIVENESS AND DRAFTING OF MOTION FOR
                                    SUMMARY JUDGMENT (0.4); CONFERENCE WITH B.
                                    MARKOWITZ AND R. GEE REGARDING ORGANIZATION AND

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


                                        LOCATION OF DOCUMENT PRODUCTION BY DEFENDANTS
                                        AND STATUS OF ANY REVIEW IN PREPARATION FOR
                                        REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION FOR
                                        SUBSTANCE AND RESPONSIVENESS (0.3); BEGIN
                                        GENERALLY REVIEWING DEFENDANTS' DOCUMENT
                                        PRODUCTION TO ASCERTAIN TYPES OF DOCUMENTS
                                        PRODUCED AND ORGANIZATION TO DETERMINE STAFFING
                                        AND TIME REQUIRED FOR SUBSTANTIVE REVIEW (0.4).

05/19/10   M.B. Hoffman         .60     CONFERENCE WITH A. ELKO REGARDING LEHMAN
           Task:  4000                  MATTER, FEE COMMITTEE, AND TIME-KEEPING
                                        PRACTICES (0.3); REVIEW AND ANALYZE VARIOUS
                                        MEMORANDA PROVIDING ADDITIONAL INFORMATION
                                        REGARDING LEHMAN BILLING PROCEDURES (0.3).

05/19/10   A. Pearson           .60     REVIEW REDACTED DOCUMENTS FOR SUPPLEMENTAL
           Task:  4000                  PRODUCTION.

05/19/10   C.F. Graham          .70     READ CORRESPONDENCE FROM A. KAUFMAN TO SHERMAN
           Task:  4000                  REGARDING DISCOVERY DISPUTE (0.3);  OFFICE
                                        CONFERENCE WITH  M. HOFFMAN REGARDING SUMMARY
                                        JUDGMENT MOTION (0.2); OFFICE CONFERENCE WITH
                                        A. KAUFMAN REGARDING SUMMARY JUDGMENT MOTION
                                        (0.2).

05/20/10   M.B. Hoffman        1.50     CONTINUE TO REVIEW DEFENDANTS' DOCUMENT
           Task:  4000                  PRODUCTION TO ASCERTAIN TYPES OF DOCUMENTS
                                        PRODUCED AND ORGANIZATION TO DETERMINE STAFFING
                                        AND TIME REQUIRED FOR SUBSTANTIVE REVIEW (0.4);
                                        CONFER WITH A. KAUFMAN REGARDING DEFENDANTS'
                                        DOCUMENT PRODUCTION, TYPES OF DOCUMENTS, AND
                                        ORGANIZATION THEREIN TO DETERMINE LEVEL OF
                                        REVIEW REQUIRED (0.2); REVIEW AND ANALYZE
                                        COMPLAINT, ANSWER, AFFIRMATIVE DEFENSES,
                                        PLAINTIFF'S AND DEFENDANTS' RULE 26 STATEMENTS
                                        IN ANTICIPATION OF SUBSTANTIVELY REVIEWING
                                        DEFENDANTS' DOCUMENT PRODUCTION FOR MOTION FOR
                                        SUMMARY JUDGMENT (0.9).

05/20/10   A.F. Kaufman         .20     TELEPHONE CALL WITH M. HOFFMAN REGARDING
           Task:  4000                  DOCUMENT REVIEW.

05/20/10   R.M. Gee           1.10      ATTEND TO PRIVILEGE REVIEW.
           Task:  4000

LEHMAN BROTHERS HOLDINGS INC.              July 29, 2010          PAGE   5
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


05/21/10  A.F. Kaufman        .20   TELEPHONE CALL WITH A. PEARSON REGARDING
          Task:  4000               DOCUMENT REVIEW.

05/21/10  M.B. Hoffman       3.60   REVIEW AND ANALYZE GAC DOCUMENT PRODUCTION TO
          Task:  4000               ASCERTAIN SUPPORT OF CLAIMS AND AFFIRMATIVE
                                    DEFENSES IN ANTICIPATION OF MOTION FOR SUMMARY
                                    JUDGMENT.

05/23/10  M.B. Hoffman       1.60   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
          Task:  4000               PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                    DEFENSES.

05/24/10  M.B. Hoffman       4.50   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
          Task:  4000               PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                    DEFENSES (4.4); DRAFT CORRESPONDENCE TO A.
                                    KAUFMAN REGARDING ANY EXISTING SUMMARY
                                    OUTLINING THE PARTIES' DISPUTES FOR PURPOSES OF
                                    DOCUMENT REVIEW (0.1).

05/25/10  R.M. Gee            .80   ATTEND TO REVIEW OF DEFENDANTS' DOCUMENT
          Task:  4000               PRODUCTION (0.6); CONFERENCE WITH M. HOFFMAN
                                    REGARDING SAME (0.2).

05/25/10  A. Pearson         1.30   REVIEW AND REDACT ADDITIONAL DOCUMENTS
          Task:  4000               IDENTIFIED AS POTENTIALLY PRIVILEGED OR
                                    CONTAINING PARTIALLY NON-RESPONSIVE
                                    INFORMATION.

05/25/10  M.B. Hoffman        .70   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
          Task:  4000               PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                    DEFENSES (0.6); DRAFT FOLLOW UP CORRESPONDENCE
                                    TO A. KAUFMAN REGARDING ANY EXISTING SUMMARY
                                    OUTLINING THE PARTIES' DISPUTES FOR PURPOSES OF
                                    DOCUMENT REVIEW (0.1).

05/26/10  M.B. Hoffman       3.30   REVIEW AND ANALYZE LETTER FROM DEFENDANTS'
          Task:  4000               COUNSEL TO JUDGE REGARDING THE UNDERLYING
                                    ACTION FOR CONTEXT FOR SUBSTANTIVE REVIEW OF
                                    DOCUMENTS PRODUCED BY DEFENDANTS (0.3);
                                    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
                                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                    DEFENSES (3.0).

05/26/10  C.F. Graham         .70   WORK ON OUTLINE OF SUMMARY JUDGMENT MOTION.
          Task:  4000

LEHMAN BROTHERS HOLDINGS INC.            July 29, 2010            PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


05/26/10   R.M. Gee             .50    REVIEW CORRESPONDENCE FILE AND SEND KEY
           Task:  4000                 DOCUMENTS TO M. HOFFMAN IN CONNECTION WITH
                                       REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION.

05/30/10   M.B. Hoffman        1.10    CONTINUE TO REVIEW AND ANALYZE GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN CLAIMS AND ANY SUPPORT
                                       OF AFFIRMATIVE DEFENSES.

05/31/10   M.B. Hoffman        2.90    CONTINUE TO REVIEW AND ANALYZE GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN CLAIMS AND ANY SUPPORT
                                       OF AFFIRMATIVE DEFENSES.


4000   Non-Bankruptcy Litigation
       A. Pearson                        1.90    240.00      $456.00
       A.F. Kaufman                      2.20    425.00      $935.00
       C.F. Graham                       4.50    760.00    $3,420.00
       H.T. Moore                        1.50    225.00      $337.50
       M.B. Hoffman                     20.90    350.00    $7,315.00
       R.M. Gee                         20.80    225.00    $4,680.00

       TOTAL 4000                       51.80             $17,143.50

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | | San Francisco |
| Los Angeles | | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                 Invoice No. 713308
Matter No.: 30837.0005            Invoice Date: July 13, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C. Weiss | 0.90 | 525.00 | 472.50 |
| G. Walling | 30.20 | 430.00 | 12,986.00 |
| Total | 31.10 | | 13,458.50 |

TOTAL FEES:                                      $ 13,458.50

CHARGES:

    COPY CHARGES                          6.90
    DELIVERY SERVICE/MESSENGER           16.64

TOTAL CHARGES:                              $      23.54

T O T A L   T H I S   S T A T E M E N T :   $ 13,482.04

LEHMAN BROTHERS HOLDINGS INC.             July 13, 2010          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

DESCRIPTION OF SERVICES

05/03/10    G. Walling          .70    CALLS WITH M. MARTINEZ REGARDING CIC BOARD
            Task: 2300                 SURETY BOND REQUIREMENTS (0.4); WORK WITH E.
                                       STEPHENSON REGARDING PROVIDING OF CONTACT
                                       INFORMATION FOR T. PERRY (CIC BOARD ) TO M.
                                       MARTINEZ (0.3).

05/04/10    G. Walling          4.40   COMMUNICATIONS WITH M. MARTINEZ REGARDING
            Task: 2300                 RIVERBEND REPLACEMENT LETTER OF CREDIT OR
                                       SURETY BOND AND INCREASED RIVERBEND BUDGET
                                       (0.2); REVIEW AND REVISE RIVERBEND SURETY BOND
                                       (0.3); COMMUNICATIONS WITH M. MARTINEZ
                                       REGARDING SAME (0.1); COMMUNICATIONS WITH T.
                                       PERRY AND B. JONES AT CIC BOARD REGARDING
                                       RIVERBEND SURETY BOND (0.2); COMMUNICATIONS
                                       WITH M. DEV-SIDHU REGARDING RIVERBEND REVISED
                                       BUDGET (0.2); COMMUNICATIONS WITH E. RAMANA AND
                                       R. JACOBS REGARDING H. FATEH CERTIFICATION
                                       ABOUT RETRIEVAL OF RIVERBEND $100,000
                                       CERTIFICATE OF DEPOSIT (0.2); WORK ON REVISION
                                       OF LB CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC
                                       CERTIFICATION REGARDING RIVERBEND $100,000
                                       CERTIFICATE OF DEPOSIT (0.5); COMMUNICATIONS
                                       WITH E. RAMANA REGARDING H. FATEH CERTIFICATION
                                       ABOUT RIVERBEND $100,000 CERTIFICATE OF DEPOSIT
                                       (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                       REGARDING RIVERBEND SURETY BOND (0.2); REVIEW
                                       RIVERBEND SURETY BOND (0.3); WORK ON REVISION
                                       OF CERTIFICATIONS REGARDING RIVERBEND LETTER OF
                                       CREDIT AND CERTIFICATE OF DEPOSIT (2.0).

05/05/10    G. Walling          4.80   COMMUNICATIONS WITH M. MARTINEZ REGARDING
            Task: 2300                 RIVERBEND SURETY BOND (0.2); COMMUNICATIONS
                                       WITH T. PERRY REGARDING SAME (0.1); REVIEW
                                       CORRESPONDENCE REGARDING WALKER SQUARE
                                       DECLARANT ANNUAL REPORTS TO CIC BOARD (0.3);
                                       COMMUNICATIONS WITH M. CZERVIONKE REGARDING

LEHMAN BROTHERS HOLDINGS INC.                July 13, 2010              PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

|  |  |  |  |
|---|---|---|---|
|  |  |  | COORDINATION OF EXECUTION OF RIVERBEND SURETY BOND (0.2); PREPARE ACKNOWLEDGMENT OF PRINCIPAL FOR SURETY BOND (0.2); COMMUNICATIONS WITH M. CZERVIONKE REGARDING SAME (0.1); REVIEW AND REVISE WALKER SQUARE DECLARANT ANNUAL REPORT TO CIC BOARD (0.4); MADE RELATED REVIEW OF CONDOMINIUM REGULATIONS (0.6); COMMUNICATIONS WITH M. MARTINEZ AND M. CZERVIONKE REGARDING REVISED WALKER SQUARE DECLARANT ANNUAL REPORT (0.2); PREPARE DEMAND LETTER TO B. GAUTHIER/WELLS FARGO REGARDING RIVERBEND LETTER OF CREDIT AND $100,000 CERTIFICATE OF DEPOSIT (1.1); REVIEW RELATED PRIOR COMMUNICATIONS (0.2); REVISE REGISTRATION APPLICATIONS (1.0); COMMUNICATIONS WITH M. CZERVIONKE AND M. MARTINEZ REGARDING SAME (0.1); COMMUNICATIONS WITH M. CZERVIONKE AND M. MARTINEZ REGARDING REVISED WALKER SQUARE DECLARANT ANNUAL REPORT (0.1). |
| 05/05/10 | C. Weiss<br>Task: 2300 | .50 | REVIEW MEMO AND EMAILS REGARDING RELEASE OF COLLATERAL CD'S (0.3); WORK WITH G. WALLING REGARDING SAME (0.2). |
| 05/06/10 | G. Walling<br>Task: 2300 | .30 | COMMUNICATIONS WITH B. GAUTHIER REGARDING COORDINATION OF WELLS FARGO RELEASE OF RIVERBEND CERTIFICATE OF DEPOSIT (0.1); COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME (0.1); WORK WITH C. WEISS ABOUT WELLS FARGO RESPONSE REGARDING RELEASE OF RIVERBEND CERTIFICATE OF DEPOSIT (0.1). |
| 05/07/10 | G. Walling<br>Task: 2300 | .50 | REVIEW OF FILES RECEIVED FROM E. RAMANA IN CONNECTION WITH EQUITY TRANSFER (0.4); COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME (0.1). |
| 05/10/10 | G. Walling<br>Task: 2300 | .40 | COMMUNICATIONS WITH B. LUBKEMAN AND M. MARTINEZ REGARDING MCGUIREWOODS ACCRUED FEES (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING EXECUTION STATUS OF RIVERBEND SURETY BOND (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010              PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


05/11/10   G. Walling        1.20   WORK WITH M. MARTINEZ REGARDING RIVERBEND
           Task: 2300               ASSESSMENT SURETY BOND  (0.4); COMMUNICATIONS
                                    WITH M. WIKFORS REGARDING RELEASE OF RIVERBEND
                                    $100,000 CERTIFICATE OF DEPOSIT (0.4);
                                    COMMUNICATIONS WITH T. PERRY REGARDING
                                    RIVERBEND ASSESSMENT SURETY BOND DELIVERY
                                    STATUS (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING RIVERBEND CERTIFICATE OF DEPOSIT AND
                                    ASSESSMENT BOND (0.2).

05/12/10   G. Walling        3.30   CALLS WITH M. MARTINEZ REGARDING NEW RIVERBEND
           Task: 2300               SURETY BOND (0.1); COMMUNICATIONS WITH B.
                                    GAUTHIER REGARDING LIQUIDATION OF WACHOVIA
                                    $100,000 CERTIFICATE OF DEPOSIT (0.2);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME
                                    (0.1); COMMUNICATIONS WITH T. PERRY  (CIC
                                    BOARD)/M. MARTINEZ  REGARDING DELIVERY STATUS
                                    OF RIVERBEND ASSESSMENT BOND (0.3); REVIEW
                                    COMMUNICATIONS WITH WACHOVIA REGARDING
                                    CONDITIONS TO RELEASE OF $100,000 CERTIFICATE
                                    OF DEPOSIT (0.3); MADE RELATED REVIEW OF
                                    OCTOPUS PROPERTY LLC AND LB CHARLOTTESVILLE
                                    CONDOMINIUM HOLDINGS LLC ORGANIZATIONAL
                                    DOCUMENTS (1.3); COMMUNICATIONS WITH M.
                                    MARTINEZ REGARDING SAME (0.1); COMMUNICATIONS
                                    WITH M. WIKFORS, B. GAUTHIER, E. RAMANA AND R.
                                    JACOBS REGARDING OCTOPUS PROPERTY/LB
                                    CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC
                                    ORGANIZATIONAL DOCUMENTS (0.3); COMMUNICATIONS
                                    WITH M. MARTINEZ REGARDING CT CORPORATION
                                    INVOICES (0.2);  MADE RELATED FILE REVIEW
                                    (0.4).

05/13/10   G. Walling        2.00   CALL  FROM M. MARTINEZ REGARDING CT CORPORATION
           Task: 2300               INVOICES (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING CT CORPORATION INVOICE AND RIVERBEND
                                    $100,000 CERTIFICATE OF DEPOSIT RELEASE STATUS
                                    (0.1); REVIEW OF FILE REGARDING CT CORPORATION
                                    INVOICES (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING CT CORPORATE STAFFING INVOICE FOR LB
                                    CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC (0.2);
                                    REVIEW OF CORPORATE STAFFING INDEPENDENT
                                    MANAGER AGREEMENTS (0.2);  CALL WITH M.
                                    MARTINEZ REGARDING INDEPENDENT MANAGERS

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010                    PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

|  |  |  |  |
|---|---|---|---|
|  |  |  | AGREEMENTS, RIVERBEND CERTIFICATE OF DEPOSIT AND LEHMAN EXECUTION STATUS OF AMENDED REGISTRATION APPLICATIONS (0.6); RELATED REVIEW OF SENIOR LOAN AGREEMENT AND MEZZ LOAN AGREEMENT REQUIREMENTS REGARDING INDEPENDENT MANAGERS (0.4); CALL WITH M. MARTINEZ REGARDING SAME (0.2). |
| 05/14/10 | C. Weiss | .40 | REVIEW E-MAILS REGARDING RELEASE OF WACHOVIA CD (0.2); WORK WITH G. WALLING REGARDING SAME (0.2). |
|  | Task: 2300 |  |  |
| 05/14/10 | G. Walling | 1.10 | COMMUNICATIONS WITH T. PERRY (CIC BOARD) REGARDING RIVERBEND ASSESSMENT SURETY BOND (0.1); REVIEW TRAVELERS' SURETY BOND (0.2); COMMUNICATIONS WITH B. JONES, T. PERRY AND M. MARTINEZ REGARDING EXECUTION/DELIVERY STATUS OF TRAVELERS' SURETY BOND (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING RIVERBEND SURETY BOND (0.1); COMMUNICATIONS WITH R. LUSK REGARDING SAME (0.1); FOLLOW UP REPORT TO T. PERRY REGARDING RIVERBEND SURETY BOND (0.1); COMMUNICATIONS WITH B. GAUTHIER, ET AL., REGARDING LIQUIDATION STATUS OF RIVERBEND $100,000 CERTIFICATE OF DEPOSIT (0.2); COMMUNICATIONS WITH M. MARTINEZ AND M. CZERVIONKE REGARDING SAME (0.1). |
|  | Task: 2300 |  |  |
| 05/17/10 | G. Walling | 1.30 | COMMUNICATIONS WITH M. MARTINEZ REGARDING RIVERBEND SURETY BOND (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING LIQUIDATION OF WACHOVIA $100,000 CERTIFICATE OF DEPOSIT AND EXECUTION STATUS OF RELATED CERTIFICATION FROM J. FITTS (0.3); COMMUNICATIONS WITH T. PERRY REGARDING DELIVERY STATUS OF RIVERBEND SURETY BOND (0.2); PREPARE REVISED CERTIFICATION BY OCTOPUS PROPERTY REGARDING LIQUIDATION INSTRUCTION RELATED TO WACHOVIA $100,000 CERTIFICATE OF DEPOSIT (0.3); COMMUNICATIONS WITH B. GAUTHIER REGARDING OCTOPUS LIQUIDATION CERTIFICATION (0.1); COMMUNICATIONS WITH M. CZERVIONKE REGARDING COORDINATION OF EXECUTION OF OCTOPUS LIQUIDATION CERTIFICATION BY J. FITTS (0.2). |
|  | Task: 2300 |  |  |

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010                PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


05/18/10  G. Walling          2.10   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300                 MASTER SERVICER EXPENSES CHARGED TO OCTOPUS
                                      PROPERTY (0.4); MADE RELATED REVIEW OF SENIOR
                                      LOAN DOCUMENTS (0.8); PREPARE MEMO TO M.
                                      MARTINEZ REGARDING MORTGAGE LOAN BORROWER
                                      LIABILITY TO REIMBURSE SENIOR LENDER EXPENSES,
                                      DURATION OF UCC FINANCING STATEMENTS, AND TIME
                                      PERIODS IN WHICH SAME MAY BE CONTINUED (0.5);
                                      CALL FROM M. MARTINEZ REGARDING FINANCING
                                      STATEMENT CONTINUATIONS, ETC. (0.4).


05/20/10  G. Walling          2.90   CALL FROM M. MARTINEZ REGARDING WALKER SQUARE
          Task:  2300                 UNIT PURCHASE OFFER (0.1); CALL WITH M.
                                      MARTINEZ REGARDING WALKER SQUARE UNIT PURCHASE
                                      OFFER, AMENDED REGISTRATION APPLICATIONS
                                      STATUS, AND MINIMUM RELEASE PRICE/MAXIMUM SALE
                                      TRANSACTION EXPENSE CAP (0.5); REVIEW OF WALKER
                                      SQUARE PURCHASE OFFER (0.3); REVIEW OF LOAN
                                      AGREEMENT EXPENSE CAP (0.3); CALL TO M.
                                      MARTINEZ REGARDING SAME (0.3); CORRESPONDENCE
                                      TO M. MARTINEZ REGARDING WALKER SQUARE OFFER
                                      AND EXCESSIVE TRANSACTION EXPENSES (0.3);
                                      COMMUNICATIONS WITH M. MARTINEZ AMENDED
                                      REGISTRATION APPLICATIONS AND NEW LEHMAN ASSET
                                      MANAGERS FOR RIVERBEND/WALKER SQUARE (0.3);
                                      COMMUNICATIONS WITH B. LUBKEMAN REGARDING
                                      PAYMENT STATUS OF MCGUIREWOODS FEES (0.1);
                                      COMMUNICATIONS WITH M. MARTINEZ REGARDING UNIT
                                      SALE EXPENSE CAP ISSUE (0.3); CALL WITH M.
                                      MARTINEZ REGARDING EXECUTION STATUS OF FITTS'
                                      CERTIFICATION RELATED TO LIQUIDATION OF
                                      WACHOVIA $100,000 CERTIFICATE OF DEPOSIT (0.2);
                                      COMMUNICATIONS WITH B. GAUTHIER, M. WIKFORS
                                      REGARDING LIQUIDATION OF $100,000 CERTIFICATE
                                      OF DEPOSIT (0.2).


05/21/10  G. Walling          2.30   REVIEW PRIOR COMMUNICATIONS REGARDING AMENDED
          Task:  2300                 REGISTRATION APPLICATIONS (0.5); REVIEW PRIOR
                                      CORRESPONDENCE REGARDING WALKER SQUARE ANNUAL
                                      DECLARANT REPORT TO COMMON INTERESTS
                                      COMMUNITIES BOARD (0.2); COMMUNICATIONS WITH M.
                                      MARTINEZ REGARDING COORDINATION OF EXECUTION BY

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010              PAGE    7
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

|           |                         |       | J. FITTS OF AMENDED REGISTRATION APPLICATIONS AND DECLARANT ANNUAL REPORTS TO CIC (0.2); PREPARED ANNUAL DECLARANT REPORT TO CIC FOR RIVERBEND (0.5); MADE RELATED FILE REVIEW (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING RIVERBEND DECLARANT ANNUAL REPORT AND COORDINATION OF EXECUTION OF SAME (0.2); CALL WITH M. MARTINEZ REGARDING AMENDED REGISTRATION APPLICATIONS AND MEZZANINE LOAN FINANCING STATEMENT CONTINUATION FILINGS (0.4). |
|-----------|-------------------------|-------|---|
| 05/24/10  | G. Walling<br>Task:  2300 | 1.00  | COMMUNICATIONS WITH N. HORSFIELD REGARDING OCTOPUS PROPERTY CERTIFICATION TO WACHOVIA CONCERNING $100,000 CERTIFICATE OF DEPOSIT LIQUIDATION (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME AND RECEIPT OF CERTIFICATE OF DEPOSIT PROCEEDS (0.2); COMMUNICATIONS WITH B. GAUTHIER REGARDING REQUEST FOR ACCOUNTING OF WACHOVIA FEES/CHARGES DEDUCTED FROM CERTIFICATE OF DEPOSIT PROCEEDS (0.2); COMMUNICATIONS WITH M. MARTINEZ  ABOUT CERTIFICATE OF DEPOSIT PROCEEDS, ACCOUNTING REGARDING SAME AND EFFORT TO SEEK REIMBURSEMENT FOR SEVERAL MONTHS' INTEREST DISBURSEMENTS TO DUPONT/FABROS (0.4). |
| 05/25/10  | G. Walling<br>Task:  2300 |  .70  | COMMUNICATIONS WITH M. MARTINEZ REGARDING MCGUIREWOODS FEE STATUS (0.3); COMMUNICATIONS WITH B. JONES (CIC BOARD) AND M. MARTINEZ REGARDING CIC RECEIPT OF RIVERBEND ASSESSMENT SURETY BOND (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING FOLLOW UP ABOUT MCGUIREWOODS FEE PAYMENT STATUS (0.1). |
| 05/26/10  | G. Walling<br>Task:  2300 |  .10  | COMMUNICATIONS WITH M. MARTINEZ REGARDING WACHOVIA EXPLANATION OF CHARGES, FEES RELATED TO LIQUIDATION OF $100,000 CERTIFICATE OF DEPOSIT. |
| 06/24/10  | G. Walling<br>Task:  0100 | 1.10  | COMMUNICATIONS WITH M. MARTINEZ REGARDING NEW SALES CONTRACTS AND RESERVE AGREEMENT STATUS (0.3); COMMUNICATIONS WITH M. PLANER AND E. RAMANA REGARDING RESERVE AGREEMENT (0.2); COMMUNICATIONS FROM T. PERRY REGARDING RIVERBEND AND WALKER SQUARE DECLARANT ANNUAL |

LEHMAN BROTHERS HOLDINGS INC.           July 13, 2010            PAGE    8
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


REPORTS (0.2); COMMUNICATIONS WITH M. MARTINEZ
REGARDING RESERVE AGREEMENT (0.2) ;
COMMUNICATIONS WITH A. WEBB AND M. MARTINEZ
REGARDING BROKER VALUE CONCLUSIONS FOR
RIVERBEND INVENTORY UNITS (0.2).

| | | | |
|---|---|---|---|
| 0100  General Case Administration | | | |
| G. Walling | 1.10 | 430.00 | $473.00 |
| TOTAL 0100 | 1.10 | | $473.00 |
| 2300  Real Estate Matters | | | |
| C. Weiss | .90 | 525.00 | $472.50 |
| G. Walling | 29.10 | 430.00 | $12,513.00 |
| TOTAL 2300 | 30.00 | | $12,985.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/05/2010 | 0351 | GERALD WALLING | 101S | 31.00 | 0.15 | 4.65 | COPY CHARGES | 26430619 |
| 07/13/2010 | | Invoice=713308 | | 31.00 | 0.10 | 3.10 | | |
| | | | | | | | | |
| 05/21/2010 | 0351 | GERALD WALLING | 101S | 38.00 | 0.15 | 5.70 | COPY CHARGES | 26467449 |
| 07/13/2010 | | Invoice=713308 | | 38.00 | 0.10 | 3.80 | | |
| | | | | | | | | |
| 05/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.64 | 16.64 | DELIVERY SERVICE/MESSENGER | 26497692 |
| 07/13/2010 | | Invoice=713308 | | 1.00 | 16.64 | 16.64 | RCVD:WELLS FARGO BANK, N.A./MR. BRUCE GAUTHIER, | |
| | | | | | | | | |
| | | BILLED TOTALS:     WORK: | | | | 26.99 | 3 records | |
| | | BILLED TOTALS:     BILL: | | | | 23.54 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 26.99 | 3 records | |
| | | GRAND TOTAL:     BILL: | | | | 23.54 | | |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 713314
Matter No.: 04406.0113               Invoice Date: July 13, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| G. Walling | 2.40 | 410.00 | 984.00 |
| Total | 2.40 | | 984.00 |

TOTAL FEES:                                    $    984.00

CHARGES:

    COPY CHARGES                          0.30

TOTAL CHARGES:                                 $      .30

T O T A L  T H I S  S T A T E M E N T :        $    984.30

LEHMAN BROTHERS HOLDINGS INC.         July 13, 2010       PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 713314


### DESCRIPTION OF SERVICES


| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/04/10 | G. Walling<br>Task: 2300 | 1.50 | COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT (0.2); COMMUNICATIONS WITH J. NASTASI AND D. KAPLAN REGARDING EXECUTION STATUS OF II/1102 SELLER STATEMENT (0.2); COMMUNICATIONS WITH S. MARSHALL AND J. NASTASI REGARDING SAME (0.2); PREPARE PARTIAL RELEASE FOR II/1102 (0.3); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1701 PARTIAL RELEASE EXECUTION STATUS (0.1); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1102 PARTIAL RELEASE (0.1); COMMUNICATIONS WITH J. ARRIETA AND S. JACKSON, REGARDING II/1701 AND II/1102 PARTIAL RELEASES (0.2); COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT (0.1); COMMUNICATIONS WITH D. KAPLAN REGARDING SAME (0.1). |
| 05/05/10 | G. Walling<br>Task: 2300 | .30 | COMMUNICATIONS WITH D. KAPLAN REGARDING II/1102 SELLER STATEMENT (0.1); COMMUNICATIONS WITH J. ARRIETA, S. WEST AND S. JACKSON REGARDING SAME (0.1); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1102 SELLER STATEMENT (0.1). |
| 05/06/10 | G. Walling<br>Task: 2300 | .10 | COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT. |
| 05/27/10 | G. Walling<br>Task: 2300 | .50 | COMMUNICATIONS WITH S. MARSHALL REGARDING NEW BULK SALE PURCHASE OFFER (0.1); REVIEWED BULK SALE OFFER (0.3); COMMUNICATION WITH S. MARSHALL REGARDING NEED TO PROVIDE ALL EXHIBITS FOR REVIEW (0.1). |

| 2300  Real Estate Matters | | | | |
|---|---|---|---|---|
| G. Walling | | 2.40 | 410.00 | $984.00 |
| TOTAL 2300 | | 2.40 | | $984.00 |

Billed Recap Of Cost Detail - [Invoice: 713314 Date: 07/ 15/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/04/2010 | 0351 | GERALD WALLING | 101S | 3.00 | 0.15 | 0.45 | COPY CHARGES | 26429318 |
| 07/13/2010 | | Invoice=713314 | | 3.00 | 0.10 | 0.30 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 0.45 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 0.30 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 0.45 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 0.30 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 713310
Matter No.: 04406.0204               Invoice Date: July 13, 2010
================================================================

     FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
     RE: NORTH BEACH PLANTATION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Walling | 0.90 | 430.00 | 387.00 |
| Total | 0.90 | | 387.00 |

TOTAL FEES:                                    $    387.00

T O T A L   T H I S   S T A T E M E N T :       $    387.00

LEHMAN BROTHERS HOLDINGS INC.          July 13, 2010          PAGE    2
MATTER NUMBER: 04406.0204
INVOICE NO.: 713310


### DESCRIPTION OF SERVICES

05/12/10  G. Walling          .70   COMMUNICATIONS WITH A. LONG REGARDING SALE OF
                                    (2300) (0.3); MADE RELATED FILE REVIEW (0.4).

05/13/10  G. Walling          .20   WORK WITH A. LONG REGARDING ASSIGNMENT OF
                                    AGREEMENT (2300).

   G. Walling                      .90    430.00    $387.00

      TOTAL                        .90             $387.00

# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE  PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406
Matter No.: 04406.0205

Invoice No. 709089
Invoice Date: June 16, 2010

==================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: EB DEVELOPERS INC.

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| D. Flaum | 1.10 | 335.00 | 368.50 |
| Total | 1.10 | | 368.50 |

TOTAL FEES:                                     $    368.50

CHARGES:

        COPY CHARGES                      0.20
        DELIVERY SERVICE/MESSENGER       16.64
        LONG DISTANCE TELEPHONE           2.54

TOTAL CHARGES:                                  $     19.38

T O T A L   T H I S   S T A T E M E N T :       $    387.88

LEHMAN BROTHERS HOLDINGS INC.            June 16, 2010            PAGE    2
MATTER NUMBER: 04406.0205
INVOICE NO.: 709089


DESCRIPTION OF SERVICES


05/03/10   D. Flaum            .60   CONFER WITH RIVIERA AUDITOR (0.2); REVIEW AND
           Task:  2300               REVISE RIVIERA AUDIT LETTERS (0.2);
                                     CORRESPOND WITH LEHMAN, D. ETHERIDGE AND
                                     TRIMONT REGARDING RIVIERA AUDIT ISSUES (0.2).

05/04/10   D. Flaum            .50   CONFER AND CORRESPOND WITH RIVIERA AUDITOR,
           Task:  2300               LEHMAN AND TRIMONT REGARDING RIVIERA AUDIT.

2300   Real Estate Matters
       D. Flaum                       1.10     335.00      $368.50

         TOTAL 2300                   1.10                 $368.50

Billed Recap Of Cost Detail - [Invoice: 709089 Date: 06/15/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:21 1-305-825-1123 | 26433979 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 05/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 14:25 1-305-926-5301 | 26433990 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 2.18 | 2.18 | 78569 | |
| | | | | | | | | |
| 05/04/2010 | 4392 | DOUGLAS FLAUM | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 26429319 |
| 06/16/2010 | | Invoice=709089 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 05/04/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.64 | 16.64 | DELIVERY SERVICE/MESSENGER | 26471150 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 16.64 | 16.64 | RCVD:HANNA ZAKI & COMPANY, LLP/MIRA H. ZAKI | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 19.48 | 4 records | |
| | | BILLED TOTALS:    BILL: | | | | 19.38 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 19.48 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 19.38 | | |

# McKenna Long
# &Aldridge LLP

### Attorneys at Law

Albany · Atlanta · Brussels · Denver · Los Angeles

New York · Philadelphia · San Diego · San Francisco · Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 713309
Matter No.: 04406.0222               Invoice Date: July 13, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|----------|----------|
| C. Weiss | 3.80 | 525.00 | 1,995.00 |
| G. Marsh | 0.50 | 500.00 | 250.00 |
| D.A. Geiger | 1.10 | 425.00 | 467.50 |
| Total | 5.40 | | 2,712.50 |

TOTAL FEES:                                $  2,712.50

T O T A L   T H I S   S T A T E M E N T:   $  2,712.50

LEHMAN BROTHERS HOLDINGS INC.          July 13, 2010          PAGE   2
MATTER NUMBER: 04406.0222
INVOICE NO.: 713309


                    DESCRIPTION OF SERVICES


05/04/10  C. Weiss           .20   REVIEW E-MAILS REGARDING CLOSING OF ADOT
          Task:  4000               SETTLEMENT.

05/04/10  D.A. Geiger        .10   PREPARE CORRESPONDENCE TO CLIENT REGARDING
          Task:  4000               W-9 REQUIRED FOR ADOT SETTLEMENT.

05/05/10  C. Weiss           .30   REVIEW AND REPLY TO E-MAILS REGARDING REMAINING
          Task:  4000               STEPS TO COMPLETE ADOT SETTLEMENT.

05/10/10  D.A. Geiger        .10   PREPARE CORRESPONDENCE TO B. HENRY REGARDING
          Task:  4000               COMPLETED W-9 FOR ADOT SETTLEMENT.

05/10/10  C. Weiss           .20   REVIEW E-MAILS REGARDING COMPLETION OF ADOT
          Task:  4000               SETTLEMENT.

05/13/10  D.A. Geiger        .20   E-MAILS WITH B. HENRY REGARDING ADOT PAYMENT
          Task:  4000               ON SETTLEMENT.

05/14/10  C. Weiss           .40   REVIEW AND REPLY TO E-MAILS REGARDING
          Task:  4000               CONSUMMATION OF ADOT SETTLEMENT (0.2);
                                    COMPILE MATERIALS FOR REVIEW OF APS JUDGMENT
                                    AND EASEMENT AGREEMENT (0.2).

05/20/10  C. Weiss           .50   REVIEW AND SEND E-MAILS REGARDING ADOT
          Task:  4000               SETTLEMENT PAYMENT AND DISTRIBUTION OF SAME
                                    (0.3); REVIEW FINAL JUDGMENT REGARDING
                                    CALCULATION OF SAME (0.2).

05/21/10  C. Weiss           .40   COMMUNICATIONS WITH J. RHODES REGARDING ADOT
          Task:  4000               SETTLEMENT PAYMENT (0.3); E-MAILS WITH D.
                                    GEIGER AND B. HENRY REGARDING SAME (0.1).

05/24/10  C. Weiss           .40   E-MAILS WITH TRIMONT AND ARIZONA COUNSEL
          Task:  4000               REGARDING PAYMENT OF ADOT SETTLEMENT PROCEEDS
                                    AND DISTRIBUTION OF SAME.

05/25/10  D.A. Geiger        .10   REVIEW COURT ORDER DENYING BEUS GILBERT FEE
          Task:  4000               MOTION.

LEHMAN BROTHERS HOLDINGS INC.              July 13, 2010              PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 713309


| Date | Name | Hours | Description |
|---|---|---|---|
| 05/26/10 | C. Weiss | 1.40 | WORK ON APS JUDGMENT AND EASEMENT REVISIONS (1.2); REVIEW AND REPLY TO E-MAILS REGARDING ADOT SETTLEMENT PAYMENT (0.2). |
| | Task:  4000 | | |
| 05/28/10 | G. Marsh | .50 | REVIEW E-MAILS REGARDING ADOT CONDEMNATION SETTLEMENT. |
| | Task:  4000 | | |
| 05/31/10 | D.A. Geiger | .60 | REVIEW AND REVISE STIPULATED JUDGMENT FOR APS SETTLEMENT. |
| | Task:  4000 | | |

| 4000   Non-Bankruptcy Litigation | | | |
|---|---|---|---|
| C. Weiss | 3.80 | 525.00 | $1,995.00 |
| D.A. Geiger | 1.10 | 425.00 | $467.50 |
| G. Marsh | .50 | 500.00 | $250.00 |
| TOTAL 4000 | 5.40 | | $2,712.50 |