## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Examiner for February 1, 2010 - May 31, 2010</u>

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Examiner | Anton R. Valukas | 1968 | 975 | 158.0 | $154,050.00 |
| Partner | Stephen L. Ascher | 1991 | 775 | 65.6 | $50,840.00 |
| Partner | Matt D. Basil | 1997 | 600 | 160.6 | $96,360.00 |
| Partner | Robert L. Byman | 1970 | 850 | 453.0 | $385,050.00 |
| Partner | Timothy J. Chorvat | 1986 | 650 | 54.3 | $35,295.00 |
| Partner | David W. DeBruin | 1980 | 775 | 0.4 | $310.00 |
| Partner | Larry P. Ellsworth | 1973 | 725 | 2.9 | $2,102.50 |
| Partner | Jerome L. Epstein | 1986 | 725 | 56.7 | $41,107.50 |
| Partner | Gabriel A. Fuentes | 1993 | 590 | 13.3 | $7,847.00 |
| Partner | Marc B. Hankin | 1992 | 750 | 97.9 | $73,425.00 |
| Partner | Katya Jestin | 1996 | 700 | 28.6 | $20,020.00 |
| Partner | Carter H. Klein | 1972 | 675 | 8.8 | $5,940.00 |
| Partner | C. John Koch | 1981 | 775 | 1.5 | $1,162.50 |
| Partner | David C. Layden | 1993 | 600 | 89.8 | $53,880.00 |
| Partner | Vincent E. Lazar | 1990 | 750 | 91.2 | $68,400.00 |
| Partner | James T. Malysiak | 1973 | 650 | 172.3 | $111,995.00 |
| Partner | Ronald L. Marmer | 1977 | 925 | 29.3 | $27,102.50 |
| Partner | Heather D. McArn | 1992 | 575 | 151.7 | $87,227.50 |
| Partner | John J. Molenda | 1999 | 580 | 2.9 | $1,682.00 |
| Partner | Daniel R. Murray | 1970 | 850 | 348.3 | $296,055.00 |
| Partner | Thomas C. Newkirk | 1966 | 875 | 34.0 | $29,750.00 |
| Partner | Suzanne J. Prysak | 1997 | 600 | 8.1 | $4,860.00 |
| Partner | Catherine L. Steege | 1982 | 775 | 37.5 | $29,062.50 |
| Partner | Howard S. Suskin | 1983 | 775 | 0.3 | $232.50 |
| Partner | William L. Tolbert | 1988 | 925 | 3.1 | $2,867.50 |
| Partner | Seth A. Travis | 1996 | 575 | 15.0 | $8,625.00 |
| Partner | Patrick J. Trostle | 1992 | 750 | 183.1 | $137,325.00 |
| **Partner Total** | | | | **2,268.2** | **$1,732,574.00** |

_____
[1] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Of Counsel | Brent E. Kidwell | 1993 | 525 | 2.1 | $1,102.50 |
| Staff Attorney | Laura B. Duchesne | 2006 | 235 | 17.4 | $4,089.00 |
| Staff Attorney | Edward P. McKenna | 2003 | 315 | 75.9 | $23,908.50 |
| | **Of Counsel/Staff Attorney Total** | | | **95.4** | **$29,100.00** |
| Associate | Anne M. Alexander | 2008 | 370 | 122.1 | $45,177.00 |
| Associate | Angela M. Allen | 2008 | 370 | 74.2 | $27,454.00 |
| Associate | Thomas G. Appleman | 2009 | 325 | 20.0 | $6,500.00 |
| Associate | Anna L. Barreiro | 2009 | 325 | 24.7 | $8,027.50 |
| Associate | Chad E. Bell | 2006 | 445 | 26.6 | $11,837.00 |
| Associate | Christine P. Benavente | 2009 | 325 | 1.6 | $520.00 |
| Associate | Sofia E. Biller | 2008 | 370 | 143.2 | $52,984.00 |
| Associate | Kristen M. Boike | 2006 | 445 | 11.0 | $4,895.00 |
| Associate | Anthony B. Borich | 2009 | 325 | 61.6 | $20,020.00 |
| Associate | Eric P. Brown | 2009 | 370 | 33.0 | $12,210.00 |
| Associate | Stephen R. Brown | 2008 | 370 | 3.3 | $1,221.00 |
| Associate | Adam M. Caldwell | 2009 | 325 | 7.0 | $2,275.00 |
| Associate | Penelope P. Cambell | 2009 | 325 | 3.0 | $975.00 |
| Associate | Erin K. Cannon | 2009 | 370 | 3.0 | $1,110.00 |
| Associate | Walter H. Chen | 2010 | 370 | 34.4 | $12,728.00 |
| Associate | Anjan Choudhury | 2004 | 510 | 66.0 | $33,660.00 |
| Associate | Tiffany E. Clements | 2008 | 370 | 60.3 | $22,311.00 |
| Associate | Jonathan D. Conley | 2008 | 370 | 41.6 | $15,392.00 |
| Associate | Angela L. Davis | 2009 | 325 | 1.0 | $325.00 |
| Associate | Matthew R. Devine | 2004 | 510 | 272.2 | $138,822.00 |
| Associate | Irina Y. Dmitrieva | 2003 | 540 | 27.0 | $14,580.00 |
| Associate | Joseph R. Dunn | 2009 | 325 | 4.1 | $1,332.50 |
| Associate | Genevieve J. Essig | 2009 | 325 | 1.6 | $520.00 |
| Associate | Daniel T. Fenske | 2008 | 370 | 60.5 | $22,385.00 |
| Associate | Kristina Filipovich | 2008 | 400 | 72.9 | $29,160.00 |
| Associate | Grant R. Folland | 2008 | 370 | 27.1 | $10,027.00 |
| Associate | Ilya Fradkin | 2006 | 445 | 39.7 | $17,666.50 |
| Associate | Michelle A. Groman | 2006 | 490 | 48.2 | $23,618.00 |
| Associate | Gabriel A. Gutierrez | 2009 | 325 | 15.5 | $5,037.50 |
| Associate | Drew R. Haase | 2009 | 325 | 2.5 | $812.50 |
| Associate | Sarah E. Haddy | 2009 | 325 | 2.0 | $650.00 |
| Associate | Melissa M. Hinds | 2003 | 540 | 1.8 | $972.00 |
| Associate | Kaija K. Hupila | 2008 | 370 | 56.3 | $20,831.00 |

2

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Associate | David E. Hutchinson | 2009 | 325 | 6.6 | $2,145.00 |
| Associate | Precious S. Jacobs | 2009 | 325 | 19.1 | $6,207.50 |
| Associate | Omar Jafri | 2008 | 370 | 48.0 | $17,760.00 |
| Associate | Stacy S. Jakobe | 2003 | 540 | 21.2 | $11,448.00 |
| Associate | Marc A. Katz | 2009 | 325 | 15.1 | $4,907.50 |
| Associate | Michael J. Kelly | 2006 | 445 | 29.2 | $12,994.00 |
| Associate | Andrew D. Kennedy | 2008 | 370 | 81.2 | $30,044.00 |
| Associate | Travis A. Kennedy | 2009 | 325 | 73.1 | $23,757.50 |
| Associate | Michael W. Khoo | 2009 | 370 | 8.5 | $3,145.00 |
| Associate | Gregory S. Knudsen | 2008 | 370 | 23.7 | $8,769.00 |
| Associate | Andrew Kopelman | 2006 | 445 | 11.6 | $5,162.00 |
| Associate | Rodney L. Lewis | 2005 | 445 | 54.4 | $24,208.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 400 | 110.5 | $44,200.00 |
| Associate | Mark A. Lightner | 2007 | 400 | 83.0 | $33,200.00 |
| Associate | Matthew J. Mason | 2008 | 370 | 21.5 | $7,955.00 |
| Associate | Alexander J. May | 2009 | 325 | 31.3 | $10,172.50 |
| Associate | Sarah R. McNally | 2008 | 370 | 103.9 | $38,443.00 |
| Associate | Christopher V. Meservy | 2008 | 370 | 82.5 | $30,525.00 |
| Associate | Deanne B. Millison | 2008 | 370 | 37.3 | $13,801.00 |
| Associate | David A. Newman | 2007 | 445 | 16.9 | $7,520.50 |
| Associate | Andrew J. Olejnik | 2004 | 510 | 330.8 | $168,708.00 |
| Associate | Andrea C. Otto-Classon | 2008 | 370 | 44.9 | $16,613.00 |
| Associate | William E. Parker | 2007 | 400 | 4.7 | $1,880.00 |
| Associate | Brij B. Patnaik | 2009 | 325 | 19.5 | $6,337.50 |
| Associate | Laura E. Pelanek | 2004 | 510 | 64.3 | $32,793.00 |
| Associate | Tarsha A. Phillibert | 2006 | 445 | 57.7 | $25,676.50 |
| Associate | Keith V. Porapaiboon | 2002 | 540 | 68.3 | $36,882.00 |
| Associate | John M. Power | 2008 | 370 | 44.7 | $16,539.00 |
| Associate | Landon S. Raiford | 2008 | 370 | 11.4 | $4,218.00 |
| Associate | Jonathan W. Riley | 2009 | 325 | 5.0 | $1,625.00 |
| Associate | Adam C.G. Ringguth | 2008 | 370 | 30.5 | $11,285.00 |
| Associate | Aaron-Michael H. Sapp | 2008 | 370 | 70.9 | $26,233.00 |
| Associate | Shorge K. Sato | 2002 | 540 | 58.6 | $31,644.00 |
| Associate | David P. Saunders | 2007 | 400 | 1.3 | $520.00 |
| Associate | Trevor F. Schrage | 2008 | 370 | 62.8 | $23,236.00 |
| Associate | Ashley M. Schumacher | 2008 | 370 | 12.5 | $4,625.00 |
| Associate | Eric J. Schwab | 2007 | 400 | 45.2 | $18,080.00 |

Exhibit B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Associate | Anwar T. Shatat | 2006 | 445 | 11.5 | $5,117.50 |
| Associate | Michele L. Slachetka | 2008 | 370 | 30.8 | $11,396.00 |
| Associate | Nicholas O. Stephanopoulos | 2008 | 445 | 6.6 | $2,937.00 |
| Associate | Sarah F. Terman | 2008 | 370 | 17.0 | $6,290.00 |
| Associate | Adam G. Unikowsky | 2008 | 400 | 1.2 | $480.00 |
| Associate | Andrew W. Vail | 2003 | 540 | 40.6 | $21,924.00 |
| Associate | Krishanti Vignarajah | 2009 | 370 | 85.8 | $31,746.00 |
| Associate | Richard M. Wallace | 2008 | 370 | 29.3 | $10,841.00 |
| Associate | Chelsea L. Warren | 2009 | 325 | 60.4 | $19,630.00 |
| Associate | Daniel I. Weiner | 2006 | 490 | 8.4 | $4,116.00 |
| Associate | Benjamin P. Wieck | 2006 | 445 | 21.2 | $9,434.00 |
| Associate | Thomas M. Winegar | 2008 | 370 | 67.4 | $24,938.00 |
| Associate | Jacob P. Zipfel | 2008 | 370 | 66.8 | $24,716.00 |
| **Associate Total** | | | | **3,627.7** | **$1,502,860.50** |
| **Total Attorney Time** | | | | **5,991.3** | **$3,264,534.50** |
| **Less 10% Reduction** | | | | | **($326,453.45)** |
| **Total Attorney Time at Reduced Rate** | | | | | **$2,938,081.05** |
| **Blended Hourly Rate for Attorneys** | | | | | **$490.39** |

PARAPROFESSIONALS

| Position | Name | Rate[2] | Hours | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 275 | 89.7 | $24,667.50 |
| Senior Paralegal | Christopher R. Ward | 255 | 448.0 | $114,240.00 |
| Technology Ass't | Kelly A. Laughran | 275 | 10.0 | $2,750.00 |
| Technology Ass't | Lory I. Manheimer | 275 | 69.9 | $19,222.50 |
| Technology Ass't | Zulaikha Master | 275 | 177.0 | $48,675.00 |
| Paralegal | Lamia K. Azize | 270 | 34.5 | $9,315.00 |
| Paralegal | Wenette Belcher | 255 | 133.5 | $34,042.50 |
| Paralegal | Jeanne C. Haske | 255 | 27.0 | $6,885.00 |
| Paralegal | Micah B. Horan | 270 | 157.3 | $42,471.00 |
| Paralegal | W. Michael Hughes | 230 | 57.3 | $13,179.00 |
| Paralegal | Jessica M. Merkouris | 275 | 21.8 | $5,995.00 |
| Paralegal | Cleopatra S. Murray | 230 | 134.9 | $31,027.00 |

---

[2] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.

4

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Rate[2] | Hours | Amount |
|---|---|---|---|---|
| Paralegal | Jeffrey K. Phillips | 230 | 117.0 | $26,910.00 |
| Paralegal | Aubrey L. Rettig | 255 | 140.6 | $35,853.00 |
| Paralegal | Shannon R. Roberts | 220 | 61.9 | $13,618.00 |
| Paralegal | Mark R. Scholl | 270 | 185.7 | $50,139.00 |
| Paralegal | Julie H. Shaw | 255 | 31.3 | $7,981.50 |
| Project Assistant | Catherine L. Chu | 160 | 31.5 | $5,040.00 |
| Project Assistant | Emily A. Flores | 160 | 397.5 | $63,600.00 |
| Project Assistant | Casey J. Gioielli | 170 | 4.0 | $680.00 |
| Project Assistant | Yong Joon Lee | 160 | 80.0 | $12,800.00 |
| Project Assistant | Alexander S. Malson | 160 | 10.2 | $1,632.00 |
| Project Assistant | Gretchen J. Pinnick | 160 | 135.6 | $21,696.00 |
| Project Assistant | Panagiota Ramos | 170 | 109.6 | $18,632.00 |
| Project Assistant | Alexander M. Righi | 160 | 180.8 | $28,928.00 |
| Project Assistant | Jonathan W. Striegel | 170 | 89.6 | $15,232.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 7.1 | $1,136.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 126.8 | $21,556.00 |
| Project Assistant | Lauren E. Wang | 160 | 46.9 | $7,504.00 |
| **Total Paraprofessional Time** | | | **3,117.0** | **$685,407.00** |
| **Less 10% Reduction** | | | | **($68,540.70)** |
| **Total Paraprofessional Time at Reduced Rate** | | | | **$616,866.30** |

5