# **EXHIBIT C**

Summary by Project Matters

<u>Exhibit C</u>
Summary by Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10012   CASE ADMINISTRATION

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 775 | 0.8 | $620.00 |
| Partner | Robert L. Byman | 850 | 2.8 | $2,380.00 |
| Partner | Daniel R. Murray | 850 | 4.5 | $3,825.00 |
| Partner | Patrick J. Trostle | 750 | 0.8 | $600.00 |
| Associate | Mark A. Lightner | 400 | 1.8 | $720.00 |
| Associate | Andrew J. Olejnik | 510 | 13.8 | $7,038.00 |
| Project Assistant | Emily A. Flores | 160 | 1.0 | $160.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 13.0 | $2,210.00 |
| **TOTAL** | | | 38.5 | $17,553.00 |
| **Less 10% Reduction** | | | | ($1,755.30) |
| **Total Fees at Reduced Rate** | | | | $15,797.70 |

MATTER NUMBER 10020   EXAMINER

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Examiner | Anton R. Valukas | 975 | 130.2 | $126,945.00 |
| **TOTAL** | | | 130.2 | $126,945.00 |
| **Less 10% Reduction** | | | | ($12,694.50) |
| **Total Fees at Reduced Rate** | | | | $114,250.50 |

MATTER NUMBER 10039   COURT HEARINGS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 850 | 3.0 | $2,550.00 |
| Partner | Heather D. McArn | 575 | 4.3 | $2,472.50 |
| Associate | Mark A. Lightner | 400 | 3.4 | $1,360.00 |
| Partner | Patrick J. Trostle | 750 | 7.5 | $5,625.00 |
| Partner | Robert L. Byman | 850 | 5.9 | $5,015.00 |
| **TOTAL** | | | 24.1 | $17,022.50 |
| **Less 10% Reduction** | | | | ($1,702.25) |
| **Total Fees at Reduced Rate** | | | | $15,320.25 |

Exhibit C
Summary by Project Matters

MATTER NUMBER 10047   REPORT PREPARATION AND DRAFTING

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 775 | 0.3 | $232.50 |
| Partner | Matt D. Basil | 600 | 104.3 | $62,580.00 |
| Partner | Robert L. Byman | 850 | 151.8 | $129,030.00 |
| Partner | Larry P. Ellsworth | 725 | 2.9 | $2,102.50 |
| Partner | Jerome L. Epstein | 725 | 30.8 | $22,330.00 |
| Partner | Marc B. Hankin | 750 | 75.9 | $56,925.00 |
| Partner | David C. Layden | 600 | 1.9 | $1,140.00 |
| Partner | Vincent E. Lazar | 750 | 4.2 | $3,150.00 |
| Partner | James T. Malysiak | 650 | 172.3 | $111,995.00 |
| Partner | Ronald L. Marmer | 925 | 0.7 | $647.50 |
| Partner | Heather D. McArn | 575 | 58.6 | $33,695.00 |
| Partner | Daniel R. Murray | 850 | 120.5 | $102,425.00 |
| Partner | Thomas C. Newkirk | 875 | 7.2 | $6,300.00 |
| Partner | Patrick J. Trostle | 750 | 66.5 | $49,875.00 |
| Associate | Angela M. Allen | 370 | 72.2 | $26,714.00 |
| Associate | Chad E. Bell | 445 | 26.6 | $11,837.00 |
| Associate | Sofia E. Biller | 370 | 52.3 | $19,351.00 |
| Associate | Anthony B. Borich | 325 | 61.6 | $20,020.00 |
| Associate | Matthew R. Devine | 510 | 144.5 | $73,695.00 |
| Associate | Michael J. Kelly | 445 | 16.0 | $7,120.00 |
| Associate | Travis A. Kennedy | 325 | 73.1 | $23,757.50 |
| Associate | Rodney L. Lewis | 445 | 53.1 | $23,629.50 |
| Associate | Mark A. Lightner | 400 | 57.3 | $22,920.00 |
| Associate | Alexander J. May | 325 | 20.1 | $6,532.50 |
| Associate | Sarah R. McNally | 370 | 12.3 | $4,551.00 |
| Associate | Christopher V. Meservy | 370 | 64.3 | $23,791.00 |
| Associate | Andrew J. Olejnik | 510 | 76.5 | $39,015.00 |
| Associate | William E. Parker | 400 | 4.7 | $1,880.00 |
| Associate | Landon S. Raiford | 370 | 3.6 | $1,332.00 |
| Associate | Trevor F. Schrage | 370 | 59.8 | $22,126.00 |
| Associate | Ashley M. Schumacher | 370 | 12.5 | $4,625.00 |
| Associate | Nicholas O. Stephanopoulos | 445 | 6.6 | $2,937.00 |
| Associate | Sarah F. Terman | 370 | 17.0 | $6,290.00 |
| Associate | Chelsea L. Warren | 325 | 60.4 | $19,630.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 204.3 | $52,096.50 |
| Paralegal | Lamia K. Azize | 270 | 29.7 | $8,019.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Paralegal | Wenette Belcher | 255 | 57.1 | $14,560.50 |
| Paralegal | Jeanne C. Haske | 255 | 25.3 | $6,451.50 |
| Paralegal | Micah B. Horan | 270 | 24.2 | $6,534.00 |
| Paralegal | W. Michael Hughes | 230 | 29.9 | $6,877.00 |
| Paralegal | Jessica M. Merkouris | 275 | 21.8 | $5,995.00 |
| Paralegal | Cleopatra S. Murray | 230 | 79.6 | $18,308.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 20.1 | $4,623.00 |
| Paralegal | Aubrey L. Rettig | 255 | 52.2 | $13,311.00 |
| Paralegal | Shannon R. Roberts | 220 | 54.9 | $12,078.00 |
| Paralegal | Mark R. Scholl | 270 | 92.0 | $24,840.00 |
| Paralegal | Julie H. Shaw | 255 | 14.3 | $3,646.50 |
| Project Assistant | Catherine L. Chu | 160 | 29.7 | $4,752.00 |
| Project Assistant | Emily A. Flores | 160 | 92.4 | $14,784.00 |
| Project Assistant | Yong Joon Lee | 160 | 35.5 | $5,680.00 |
| Project Assistant | Alexander S. Malson | 160 | 1.4 | $224.00 |
| Project Assistant | Gretchen J. Pinnick | 160 | 56.3 | $9,008.00 |
| Project Assistant | Panagiota Ramos | 170 | 43.1 | $7,327.00 |
| Project Assistant | Alexander M. Righi | 160 | 89.3 | $14,288.00 |
| Project Assistant | Jonathan W. Striegel | 170 | 89.6 | $15,232.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 7.1 | $1,136.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 45.5 | $7,735.00 |
| Project Assistant | Lauren E. Wang | 160 | 19.0 | $3,040.00 |
| | **TOTAL** | | 2,906.7 | $1,204,727.00 |
| | **Less 10% Reduction** | | | ($120,472.70) |
| | **Total Fees at Reduced Rate** | | | $1,084,254.30 |

MATTER NUMBER 10055 GOVERNANCE AND FIDUCIARY DUTIES

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 775 | 35.0 | $27,125.00 |
| Partner | Timothy J. Chorvat | 650 | 54.3 | $35,295.00 |
| Partner | David W. DeBruin | 775 | 0.4 | $310.00 |
| Partner | Gabriel A. Fuentes | 590 | 13.3 | $7,847.00 |
| Partner | C. John Koch | 775 | 1.5 | $1,162.50 |
| Partner | Ronald L. Marmer | 925 | 26.0 | $24,050.00 |
| Partner | Daniel R. Murray | 850 | 5.6 | $4,760.00 |
| Partner | Thomas C. Newkirk | 875 | 14.2 | $12,425.00 |
| Partner | Suzanne J. Prysak | 600 | 8.1 | $4,860.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Howard S. Suskin | 775 | 0.3 | $232.50 |
| Associate | Anne M. Alexander | 370 | 84.7 | $31,339.00 |
| Associate | Tiffany E. Clements | 370 | 60.3 | $22,311.00 |
| Associate | Jonathan D. Conley | 370 | 3.5 | $1,295.00 |
| Associate | Irina Y. Dmitrieva | 540 | 0.5 | $270.00 |
| Associate | Omar Jafri | 370 | 48.0 | $17,760.00 |
| Associate | Stacy S. Jakobe | 540 | 21.2 | $11,448.00 |
| Associate | Andrew D. Kennedy | 370 | 81.2 | $30,044.00 |
| Associate | Elizabeth L. Liebschutz | 400 | 37.8 | $15,120.00 |
| Associate | Matthew J. Mason | 370 | 21.5 | $7,955.00 |
| Associate | Christopher V. Meservy | 370 | 2.9 | $1,073.00 |
| Associate | David A. Newman | 445 | 16.9 | $7,520.50 |
| Associate | Laura E. Pelanek | 510 | 64.3 | $32,793.00 |
| Associate | Keith V. Porapaiboon | 540 | 58.1 | $31,374.00 |
| Associate | John M. Power | 370 | 44.7 | $16,539.00 |
| Associate | Adam C.G. Ringguth | 370 | 30.5 | $11,285.00 |
| Associate | Aaron-Michael H. Sapp | 370 | 70.9 | $26,233.00 |
| Associate | Trevor F. Schrage | 370 | 3.0 | $1,110.00 |
| Associate | Eric J. Schwab | 400 | 39.7 | $15,880.00 |
| Associate | Andrew W. Vail | 540 | 40.6 | $21,924.00 |
| Associate | Richard M. Wallace | 370 | 29.3 | $10,841.00 |
| **TOTAL** | | | 918.3 | $432,181.50 |
| **Less 10% Reduction** | | | | ($43,218.15) |
| **Total Fees at Reduced Rate** | | | | $388,963.35 |

MATTER NUMBER 10063   INTERCOMPANY TRANSACTIONS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Matt D. Basil | 600 | 22.7 | $13,620.00 |
| Partner | Heather D. McArn | 575 | 10.9 | $6,267.50 |
| Partner | John J. Molenda | 580 | 2.9 | $1,682.00 |
| Partner | Daniel R. Murray | 850 | 14.2 | $12,070.00 |
| Partner | William L. Tolbert | 925 | 3.1 | $2,867.50 |
| Staff Attorney | Edward P. McKenna | 315 | 75.9 | $23,908.50 |
| Associate | Thomas G. Appleman | 325 | 20.0 | $6,500.00 |
| Associate | Sofia E. Biller | 370 | 51.6 | $19,092.00 |
| Associate | Eric P. Brown | 370 | 33.0 | $12,210.00 |
| Associate | Walter H. Chen | 370 | 34.4 | $12,728.00 |

4

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Associate | Kristina Filipovich | 400 | 72.9 | $29,160.00 |
| Associate | Ilya Fradkin | 445 | 39.7 | $17,666.50 |
| Associate | Gabriel A. Gutierrez | 325 | 15.5 | $5,037.50 |
| Associate | Andrew Kopelman | 445 | 11.6 | $5,162.00 |
| Associate | Alexander J. May | 325 | 5.6 | $1,820.00 |
| Associate | Tarsha A. Phillibert | 445 | 51.8 | $23,051.00 |
| Associate | Jonathan W. Riley | 325 | 5.0 | $1,625.00 |
| Associate | Shorge K. Sato | 540 | 58.6 | $31,644.00 |
| Associate | Michele L. Slachetka | 370 | 30.8 | $11,396.00 |
| Associate | Krishanti Vignarajah | 370 | 85.8 | $31,746.00 |
| Associate | Thomas M. Winegar | 370 | 25.6 | $9,472.00 |
| **TOTAL** | | | 671.6 | $278,725.50 |
| **Less 10% Reduction** | | | | ($27,872.55) |
| **Total Fees at Reduced Rate** | | | | $250,852.95 |

MATTER NUMBER 10071   BARCLAYS TRANSACTIONS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Carter H. Klein | 675 | 8.8 | $5,940.00 |
| Partner | David C. Layden | 600 | 84.0 | $50,400.00 |
| Partner | Vincent E. Lazar | 750 | 83.2 | $62,400.00 |
| Partner | Daniel R. Murray | 850 | 8.7 | $7,395.00 |
| Associate | Kristen M. Boike | 445 | 11.0 | $4,895.00 |
| Associate | Jonathan D. Conley | 370 | 38.1 | $14,097.00 |
| Associate | Irina Y. Dmitrieva | 540 | 26.5 | $14,310.00 |
| Associate | Daniel T. Fenske | 370 | 60.5 | $22,385.00 |
| Associate | Kaija K. Hupila | 370 | 56.3 | $20,831.00 |
| Associate | Michael J. Kelly | 445 | 3.2 | $1,424.00 |
| Associate | Michael W. Khoo | 370 | 8.5 | $3,145.00 |
| Associate | Gregory S. Knudsen | 370 | 23.7 | $8,769.00 |
| Associate | Elizabeth L. Liebschutz | 400 | 5.3 | $2,120.00 |
| Associate | Deanne B. Millison | 370 | 37.3 | $13,801.00 |
| Associate | Andrew J. Olejnik | 510 | 11.7 | $5,967.00 |
| Associate | Andrea C. Otto-Classon | 370 | 44.9 | $16,613.00 |
| Associate | Eric J. Schwab | 400 | 5.5 | $2,200.00 |
| Associate | Jacob P. Zipfel | 370 | 66.8 | $24,716.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| **TOTAL** | | | 584.0 | $281,408.00 |
| **Less 10% Reduction** | | | | ($28,140.80) |
| **Total Fees at Reduced Rate** | | | | $253,267.20 |

MATTER NUMBER 10080   BANK AND OTHER THIRD PARTY TRANSACTIONS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Jerome L. Epstein | 725 | 7.1 | $5,147.50 |
| Partner | Katya Jestin | 700 | 28.6 | $20,020.00 |
| Partner | Daniel R. Murray | 850 | 20.9 | $17,765.00 |
| Partner | Catherine L. Steege | 775 | 37.5 | $29,062.50 |
| Partner | Patrick J. Trostle | 750 | 22.4 | $16,800.00 |
| Associate | Angela M. Allen | 370 | 2.0 | $740.00 |
| Associate | Anjan Choudhury | 510 | 66.0 | $33,660.00 |
| Associate | Angela L. Davis | 325 | 1.0 | $325.00 |
| Associate | Grant R. Folland | 370 | 27.1 | $10,027.00 |
| Associate | Michelle A. Groman | 490 | 48.2 | $23,618.00 |
| Associate | Melissa M. Hinds | 540 | 1.8 | $972.00 |
| Associate | Michael J. Kelly | 445 | 10.0 | $4,450.00 |
| Associate | Mark A. Lightner | 400 | 0.3 | $120.00 |
| Associate | Sarah R. McNally | 370 | 60.6 | $22,422.00 |
| Associate | Andrew J. Olejnik | 510 | 0.3 | $153.00 |
| Associate | Adam G. Unikowsky | 400 | 1.2 | $480.00 |
| Associate | Thomas M. Winegar | 370 | 41.8 | $15,466.00 |
| Senior Paralegal | Michael H. Matlock | 275 | 1.5 | $412.50 |
| Paralegal | Jeffrey K. Phillips | 230 | 11.0 | $2,530.00 |
| Project Assistant | Alexander S. Malson | 160 | 6.3 | $1,008.00 |
| **TOTAL** | | | 395.6 | $205,178.50 |
| **Less 10% Reduction** | | | | ($20,517.85) |
| **Total Fees at Reduced Rate** | | | | $184,660.65 |

MATTER NUMBER 10101   GENERAL BANKRUPTCY MATTERS & OTHER RESEARCH

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 22.2 | $18,870.00 |
| Partner | Marc B. Hankin | 750 | 1.9 | $1,425.00 |
| Partner | Heather D. McArn | 575 | 36.5 | $20,987.50 |

6

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 850 | 15.3 | $13,005.00 |
| Partner | Patrick J. Trostle | 750 | 21.6 | $16,200.00 |
| Of Counsel | Brent E. Kidwell | 525 | 0.5 | $262.50 |
| Associate | Matthew R. Devine | 510 | 0.3 | $153.00 |
| Associate | Mark A. Lightner | 400 | 19.6 | $7,840.00 |
| Associate | Andrew J. Olejnik | 510 | 41.3 | $21,063.00 |
| Associate | Landon S. Raiford | 370 | 7.8 | $2,886.00 |
| Senior Paralegal | Michael H. Matlock | 275 | 6.1 | $1,677.50 |
| Senior Paralegal | Christopher R. Ward | 255 | 5.1 | $1,300.50 |
| Paralegal | Mark R. Scholl | 270 | 4.9 | $1,323.00 |
| Project Assistant | Emily A. Flores | 160 | 6.3 | $1,008.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 26.0 | $4,420.00 |
| **TOTAL** | | | 215.4 | $112,421.00 |
| **Less 10% Reduction** | | | | ($11,242.10) |
| **Total Fees at Reduced Rate** | | | | $101,178.90 |

MATTER NUMBER 10128  COMM'CNS AND MEETINGS WITH PARTIES IN INTEREST

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 775 | 29.3 | $22,707.50 |
| Partner | Matt D. Basil | 600 | 33.6 | $20,160.00 |
| Partner | Robert L. Byman | 850 | 158.2 | $134,470.00 |
| Partner | Jerome L. Epstein | 725 | 18.8 | $13,630.00 |
| Partner | Marc B. Hankin | 750 | 20.1 | $15,075.00 |
| Partner | David C. Layden | 600 | 1.2 | $720.00 |
| Partner | Vincent E. Lazar | 750 | 2.9 | $2,175.00 |
| Partner | Ronald L. Marmer | 925 | 1.5 | $1,387.50 |
| Partner | Heather D. McArn | 575 | 19.3 | $11,097.50 |
| Partner | Daniel R. Murray | 850 | 92.0 | $78,200.00 |
| Partner | Thomas C. Newkirk | 875 | 12.6 | $11,025.00 |
| Partner | Patrick J. Trostle | 750 | 51.9 | $38,925.00 |
| Associate | Anne M. Alexander | 370 | 37.4 | $13,838.00 |
| Associate | Sofia E. Biller | 370 | 33.6 | $12,432.00 |
| Associate | Matthew R. Devine | 510 | 90.1 | $45,951.00 |
| Associate | Elizabeth L. Liebschutz | 400 | 67.4 | $26,960.00 |
| Associate | Mark A. Lightner | 400 | 0.6 | $240.00 |
| Associate | Sarah R. McNally | 370 | 25.7 | $9,509.00 |
| Associate | Christopher V. Meservy | 370 | 15.3 | $5,661.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Associate | Andrew J. Olejnik | 510 | 3.6 | $1,836.00 |
| Associate | Tarsha A. Phillibert | 445 | 5.9 | $2,625.50 |
| Associate | Keith V. Porapaiboon | 540 | 10.2 | $5,508.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 88.4 | $22,542.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 4.7 | $1,081.00 |
| Paralegal | Mark R. Scholl | 270 | 21.4 | $5,778.00 |
| Project Assistant | Emily A. Flores | 160 | 53.5 | $8,560.00 |
| **TOTAL** | | | 899.2 | $512,094.00 |
| **Less 10% Reduction** | | | | ($51,209.40) |
| **Total Fees at Reduced Rate** | | | | $460,884.60 |

MATTER NUMBER 10136   NON-WORKING TRAVEL TIME

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Examiner | Anton R. Valukas | 975 | 27.8 | $27,105.00 |
| Partner | Robert L. Byman | 850 | 32.3 | $27,455.00 |
| Partner | Heather D. McArn | 575 | 0.7 | $402.50 |
| Partner | Daniel R. Murray | 850 | 4.5 | $3,825.00 |
| Partner | Patrick J. Trostle | 750 | 0.7 | $525.00 |
| Associate | Sarah R. McNally | 370 | 5.3 | $1,961.00 |
| **TOTAL** | | | 71.3 | $61,273.50 |
| **Less 10% Reduction** | | | | ($6,127.35) |
| **Total Fees at Reduced Rate** | | | | $55,146.15 |

MATTER NUMBER 10144   DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 775 | 0.2 | $155.00 |
| Partner | Robert L. Byman | 850 | 74.2 | $63,070.00 |
| Partner | David C. Layden | 600 | 2.7 | $1,620.00 |
| Partner | Vincent E. Lazar | 750 | 0.9 | $675.00 |
| Partner | Ronald L. Marmer | 925 | 0.8 | $740.00 |
| Partner | Heather D. McArn | 575 | 16.1 | $9,257.50 |
| Partner | Daniel R. Murray | 850 | 3.9 | $3,315.00 |
| Partner | Seth A. Travis | 575 | 15.0 | $8,625.00 |
| Partner | Patrick J. Trostle | 750 | 2.9 | $2,175.00 |
| Of Counsel | Brent E. Kidwell | 525 | 1.6 | $840.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Staff Attorney | Laura B. Duchesne | 235 | 17.4 | $4,089.00 |
| Associate | Anna L. Barreiro | 325 | 24.7 | $8,027.50 |
| Associate | Christine P. Benavente | 325 | 1.6 | $520.00 |
| Associate | Sofia E. Biller | 370 | 5.7 | $2,109.00 |
| Associate | Stephen R. Brown | 370 | 3.3 | $1,221.00 |
| Associate | Adam M. Caldwell | 325 | 7.0 | $2,275.00 |
| Associate | Penelope P. Cambell | 325 | 3.0 | $975.00 |
| Associate | Erin K. Cannon | 370 | 3.0 | $1,110.00 |
| Associate | Matthew R. Devine | 510 | 37.3 | $19,023.00 |
| Associate | Joseph R. Dunn | 325 | 4.1 | $1,332.50 |
| Associate | Genevieve J. Essig | 325 | 1.6 | $520.00 |
| Associate | Drew R. Haase | 325 | 2.5 | $812.50 |
| Associate | Sarah E. Haddy | 325 | 2.0 | $650.00 |
| Associate | David E. Hutchinson | 325 | 6.6 | $2,145.00 |
| Associate | Precious S. Jacobs | 325 | 19.1 | $6,207.50 |
| Associate | Marc A. Katz | 325 | 15.1 | $4,907.50 |
| Associate | Rodney L. Lewis | 445 | 1.3 | $578.50 |
| Associate | Alexander J. May | 325 | 5.6 | $1,820.00 |
| Associate | Andrew J. Olejnik | 510 | 2.7 | $1,377.00 |
| Associate | Brij B. Patnaik | 325 | 19.5 | $6,337.50 |
| Associate | David P. Saunders | 400 | 1.3 | $520.00 |
| Associate | Anwar T. Shatat | 445 | 11.5 | $5,117.50 |
| Associate | Daniel I. Weiner | 490 | 8.4 | $4,116.00 |
| Associate | Benjamin P. Wieck | 445 | 21.2 | $9,434.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 140.9 | $35,929.50 |
| Technology Ass't | Kelly A. Laughran | 275 | 10.0 | $2,750.00 |
| Technology Ass't | Lory I. Manheimer | 275 | 69.9 | $19,222.50 |
| Technology Ass't | Zulaikha Master | 275 | 177.0 | $48,675.00 |
| Paralegal | Lamia K. Azize | 270 | 4.8 | $1,296.00 |
| Paralegal | Wenette Belcher | 255 | 76.4 | $19,482.00 |
| Paralegal | Jeanne C. Haske | 255 | 1.7 | $433.50 |
| Paralegal | Micah B. Horan | 270 | 4.2 | $1,134.00 |
| Paralegal | W. Michael Hughes | 230 | 27.4 | $6,302.00 |
| Paralegal | Cleopatra S. Murray | 230 | 49.5 | $11,385.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 81.2 | $18,676.00 |
| Paralegal | Aubrey L. Rettig | 255 | 88.4 | $22,542.00 |
| Paralegal | Shannon R. Roberts | 220 | 7.0 | $1,540.00 |
| Paralegal | Mark R. Scholl | 270 | 67.4 | $18,198.00 |

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Paralegal | Julie H. Shaw | 255 | 17.0 | $4,335.00 |
| Project Assistant | Catherine L. Chu | 160 | 1.8 | $288.00 |
| Project Assistant | Emily A. Flores | 160 | 182.9 | $29,264.00 |
| Project Assistant | Yong Joon Lee | 160 | 44.5 | $7,120.00 |
| Project Assistant | Alexander S. Malson | 160 | 2.5 | $400.00 |
| Project Assistant | Gretchen J. Pinnick | 160 | 79.3 | $12,688.00 |
| Project Assistant | Panagiota Ramos | 170 | 66.5 | $11,305.00 |
| Project Assistant | Alexander M. Righi | 160 | 91.5 | $14,640.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 42.3 | $7,191.00 |
| Project Assistant | Lauren E. Wang | 160 | 27.9 | $4,464.00 |
| **TOTAL** | | | 1,705.8 | $474,958.00 |
| **Less 10% Reduction** | | | | ($47,495.80) |
| **Total Fees at Reduced Rate** | | | | $427,462.20 |

MATTER NUMBER 10152  BILLING AND FEE APPLICATIONS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 1.4 | $1,190.00 |
| Partner | Daniel R. Murray | 850 | 53.6 | $45,560.00 |
| Partner | Patrick J. Trostle | 750 | 8.8 | $6,600.00 |
| Associate | Andrew J. Olejnik | 510 | 176.8 | $90,168.00 |
| Senior Paralegal | Michael H. Matlock | 275 | 82.1 | $22,577.50 |
| Paralegal | Micah B. Horan | 270 | 128.9 | $34,803.00 |
| Project Assistant | Casey J. Gioielli | 170 | 4.0 | $680.00 |
| **TOTAL** | | | 455.6 | $201,578.50 |
| **Less 10% Reduction** | | | | ($20,157.85) |
| **Total Fees at Reduced Rate** | | | | $181,420.65 |

MATTER NUMBER 10160  CONSULTATIONS WITH FINANCIAL ADVISORS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 3.7 | $3,145.00 |
| Partner | Heather D. McArn | 575 | 5.3 | $3,047.50 |
| Partner | Daniel R. Murray | 850 | 1.6 | $1,360.00 |
| Associate | Andrew J. Olejnik | 510 | 1.7 | $867.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 2.3 | $586.50 |

Exhibit C
Summary by Project Matters

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| **TOTAL** | | | 14.6 | $9,006.00 |
| **Less 10% Reduction** | | | | ($900.60) |
| **Total Fees at Reduced Rate** | | | | $8,105.40 |

MATTER NUMBER 10187   WITNESS INTERVIEWS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 0.5 | $425.00 |
| Partner | Ronald L. Marmer | 925 | 0.3 | $277.50 |
| Associate | Andrew J. Olejnik | 510 | 2.4 | $1,224.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 7.0 | $1,785.00 |
| Paralegal | Cleopatra S. Murray | 230 | 5.8 | $1,334.00 |
| Project Assistant | Emily A. Flores | 160 | 61.4 | $9,824.00 |
| **TOTAL** | | | 77.4 | $14,869.50 |
| **Less 10% Reduction** | | | | ($1,486.95) |
| **Total Fees at Reduced Rate** | | | | $13,382.55 |

11