# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D<br>Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

|   | Description | Amount |
|---|---|---|
| 1 | Photocopy and Related Expenses | $122,236.07 |
| 2 | Network Printing | $4,834.97 |
| 3 | Teleconference Services | $566.00 |
| 4 | UPS/FedEx Overnight Delivery | $3,612.16 |
| 5 | In-City Transportation | $8,545.71 |
| 6 | Airfare | $7,934.02 |
| 7 | Hotel | $3,657.60 |
| 8 | Out of Town Travel - Miscellaneous Expenses | $1,380.55 |
| 9 | Business Meal Expenses | $6,490.57 |
| 10 | Lexis Research | $5,736.92 |
| 11 | Westlaw Research | $13,780.92 |
| 12 | Strategic Legal Solutions - Contract Attorney Wages | $101,090.14 |
| 13 | Court Reporter Charges | $35,883.20 |
| 14 | Other | $1,511.21 |
| 15 | Docket and Service Expenses | $44,794.79 |
| 16 | Special Messenger Service | $226.73 |
|   | **TOTAL EXPENSES** | **$362,281.56** |

Exhibit D
Schedule of Expense Categories

Additional Detail for Contract Attorney Wage Expenses

| Date of Disbursement | Disbursement Amount | Wages for Week Ending | Number of Contract Attorneys | Number of Regular Hours | Number of Overtime Hours |
|---|---|---|---|---|---|
| 1/3/2010 | $424.13 | 12/27/09 | 1 | 9.75 | 0 |
| 1/3/2010 | $100,666.01 | 1/2/10 | 61 | 2,225.50 | 60.50 |