LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/02/10 | EPB | 11.50 | Conferred with J. D'Almeida re Principal Transactions Group draft (1.3); reviewed J. D'Almeida edits to Principal Transactions Group draft (1.7); edited Principal Transactions Group facts section (1.9); edited Principal Transactions Group analysis section (2.0); proofread Principal Transactions Group section (1.3); conferred with E. McKenna re Principal Transactions Group draft (.2); conferred with M. Slachetka re Principal Transactions Group draft (.1); conferred with M. Hankin re drafts (.3); edited Commercial Book draft (1.8); conferred with G. Gutierrez re Commercial Book draft (.2); conferred with P. Marcus re Commercial Book draft (.2). | 4,255.00 |
| 2/02/10 | TGA | 1.00 | Cite-checked Examiner's interview of ███████. | 325.00 |
| 2/02/10 | GAG | 6.00 | Cite-checked Commercial Book Valuation document (version sent via email on February 2) and proofread and edited Commercial Book Valuation Analysis pages 627-639 (1.9); cite checked Commercial Book Valuation Analysis pages 640-642 (1.6); cite checked Commercial Book Valuation Analysis pages 643-644 (.5); cite checked Commercial Book Valuation Analysis pages 645-647 (1.2); proofread and edited Commercial Book Valuation Analysis pages 640-647 (.8). | 1,950.00 |
| 2/03/10 | DRM | 1.50 | Read H. McArn revised draft of avoidance analysis of LBHI affiliate payments to insider employees and discussed same with H. McArn. | 1,275.00 |
| 2/03/10 | MDB | 1.50 | Conferred with S. Biller re footnotes in Repo 105 Report (.3); conferred with S. Biller re colorable claims analysis of Repo 105 Report (.6); conferred with S. Biller re managing balance sheet section of Repo 105 Report (.6). | 900.00 |
| 2/03/10 | EXM | 16.50 | Drafted Report section on Principal Transactions Group valuation reasonableness analysis based on comments from M. Hankin (2.5); revised draft Report section on Principal Transactions Group valuation reasonableness analysis based on comments from M. Vitti of Duff & Phelps (4.7); revised cites in Report fact section on Principal Transactions Group valuation reasonableness analysis (3.6); proofread entire valuation section of Report (5.7). | 5,197.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/03/10 | SKS | 14.30 | Reviewed, cite-checked and revised Valuation - Archstone Analysis and Valuation - Archstone Facts sections and conferred with K. Vignarajah and W. Chen re variances with usage and citation style protocol and incomplete or incorrect citations (4.5); revised master Valuation section with all sections entered per usage and citation style protocol and to correct formatting errors and forwarded to R. Byman (2.0); reviewed witness interview memorandum for ▮▮▮▮▮ per C. Steege comment for ▮▮▮▮▮▮▮▮▮ and inserted requested language (.5); reviewed and prepared master table of contents for Valuation section to conform to style and formatting protocol and forwarded to M. Hankin (1.3); telephone conference with K. Vignarajah and K. Filipovich to discuss edits and editing protocol for Valuation - Archstone sections (.3); reviewed and conferred with T. Appleman re Examiner Name Protocol (.1); conferred with M. Devine re ▮▮▮▮▮▮ (.3); conferred with M. Vitti and S. Fliegler of Duff & Phelps re citation to data obtained by Duff & Phelps from its proprietary sources re ▮▮▮▮▮ (.3); conferred with K. Filipovich and K. Vignarajah re Valuation Master formatting issues (.4); conferred with J. Malysiak re master table of contents for purpose of entering correct cross references within Valuation section and Unreasonable Small Capital section (.1); entered correct cross-references to Valuation section and Unreasonable Small Capital section per revised master table of contents (1.0); revised Master Valuation document per E. McKenna edits to Valuation - Principal Transactions Group section (1.5); conferred with M. Vitti of Duff & Phelps re size of Principal Transactions Group portfolio (.3); reviewed and entered applicable edits and comments from A. Borich re Valuation - RWL, Valuation - CDO, and Valuation - CMBS sections of Valuation portion of Examiner's Report (1.0); created clean and blacklined versions of master Valuation section (.7). | 7,722.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/03/10 | KF | 16.40 | Participated in conference call with K. Vignarajah, S. Sato and E. McKenna (.5); conferred and emailed with K. Vignarajah re edits to Archstone section (.5); conferred with Z. Saeed re edits to Archstone section (1.5); conferred and emailed with M. Vitti re edits to commercial real estate valuation portions of Report (1.2); drafted and edited portion of Report re the Examiner's assessment of the reasonableness of Lehman's quarterly marks for Archstone (3.0); drafted and edited portion of Report re outside analysts' conclusions and observations re Archstone and its value (1.8); drafted and edited portion of Report re valuation-related representations made by Lehman during its quarterly earnings calls (2.3); drafted and edited portion of Report re Lehman's Product Control group's involvement in Archstone valuations (2.4); drafted and edited portion of Report re Standard & Poor's downgrade of Archstone (1.1); drafted and edited portion of Report re Lehman's valuation of Archstone between the commitment date and the closing date (2.1). | 6,560.00 |
| 2/03/10 | SEB | 15.60 | Revised and edited pages 800-853 of Repo 105 Report as per comments of A. Valukas and R. Byman (2.0); revised and edited pages 853-884 of Repo 105 Report as per comments of A. Valukas and R. Byman (2.0); revised and edited pages 884-913 of Repo 105 Report as per comments of A. Valukas and R. Byman (1.4); revised and edited pages 962-1053 of Repo 105 Report as per comments of A. Valukas and R. Byman (2.0); conferred with M. Basil throughout the day re Repo 105 Report and appendix (1.0); met with A. Valukas and R. Byman to discuss Repo 105 Report (.7); reviewed substitute for pages 1974-88 of Liquidity Pool section of Examiner's Report and discussed same with M. Basil (1.0); communicated with J. Leiwant of Duff & Phelps re commercial real estate securities (.9); revised formatting of footnotes in Repo 105 Report (1.0); wrote new footnotes re loss of liquidity and repo market deterioration and reviewed sources for same (2.0); fact-checked and revised as necessary footnotes to Repo 105 Report (1.6). | 5,772.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 154

| 2/03/10 | MLS | 4.90 | Proofread Principal Transactions Group fact and analysis section of valuation section of Examiner's Report (3.3); proofread introduction to valuation section of Examiner's Report (1.6). | 1,813.00 |
|---------|-----|------|---|---|
| 2/03/10 | TMW | 6.30 | Edited Repo 105 appendix sections re structure of repo transactions (1.3); edited Repo 105 appendix sections re description of Repo 105 transactions (1.2); edited Repo 105 appendix sections re illustration of Repo 105 transactions (2.0); edited Repo 105 appendix sections re Repo 105 journal entries (1.8). | 2,331.00 |
| 2/03/10 | TAP | 11.10 | Met with I. Fradkin re discussion of changes to draft Report with respect to Lehman's cash management (.5); revised draft Report re transfers of cash that may give rise to administrative claims (2.7); met with I. Fradkin to continue to discuss changes to draft Report re Lehman's foreign exchange transactions (3.0); revised draft Report re the Walt Disney Co.'s foreign exchange transactions with Lehman (2.1); revised draft Report re the transfer of Norwegian Kroner in connection with foreign exchange transactions (2.8). | 4,939.50 |
| 2/03/10 | IF | 8.00 | Attended meeting with T. Phillibert re final revisions to draft Report (.5); attended meeting with T. Phillibert re final revisions to draft Report (3.0); reviewed draft discussion of cash sweeps giving rise to administrative claims (1.5); reviewed discussion of Lehman foreign exchange transactions (2.0); reviewed discussion of Lehman's cash management system (1.0). | 3,560.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 2/03/10 | KV | 18.00 | Conferred with Duff & Phelps analysts and edited discussion of S&P's downgrading of Archstone's corporate rating (1.6); incorporated M. Hankin edits ███████████████ (1.3); worked Lehman's Product Control price testing of Archstone (1.0); conferred with Duff & Phelps on ████████████████████████ (2.0); incorporated M. Hankin edits to the sensitivity analysis Lehman performed in 2008 (1.2); discussed with Duff & Phelps ██████████ (2.0); discussed with Duff & Phelps about ████████████ (2.1); discussed ████████ with Duff & Phelps (1.4); studied methodology of ███████ and clarified the use of this source in analysis (1.2); worked on explaining use of ███████████ (1.3), edited description of ██████████ (2.2); conferred with K. Filipovich about master document and conforming section to Report's style protocol (.7). | 6,660.00 |
| 2/03/10 | WHC | 3.50 | Coordinated with M. Vitti and J. D'Almeida to find cite for accounting proposition in Archstone analysis section (1.9); cite-checked cites in Archstone section for K. Filipovich (1.6). | 1,295.00 |
| 2/03/10 | EPB | 2.10 | Conferred with P. Marcus re Commercial Book section (.4); conferred with G. Gutierrez re Commercial Book (.1); reviewed Commercial Book section of Report (1.1); conferred with S. Sato re drafts (.2); reviewed edits to management section (.3). | 777.00 |
| 2/03/10 | TGA | 10.50 | Cite checked updates to Valuation section pages 233-235 (1.2); cite checked updates to Valuation section pages 236-237 (1.5); cite checked updates to Valuation section pages 237-239 (1.4); cite checked updates to Valuation section pages 239-240 (.3); cite checked updates to Valuation section pages 240-245 (1.2); cite checked updates to Valuation section pages 246-250 (.7); cite checked updates to Valuation section pages (.9); searched Valuation section for clawed back documents (1.4); proofread Valuation section (1.9). | 3,412.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/04/10 | DRM | 1.80 | Telephone conferences with M. Hankin re valuation portion of Report (.3); studied valuation portion of Report as it relates to collateralized debt obligations and prepared memorandum re same to M. Hankin (1.2); reviewed changes in valuation section of Report (.3). | 1,530.00 |
| 2/04/10 | MDB | 4.40 | Conferred with S. Biller re factual section of Repo 105 Report (1.0); conferred with S. Biller re Repo 105 colorable claims analysis (1.0); conferred with A. Valukas re Repo 105 analysis and conclusions (.6); conferred with R. Byman re Repo 105 analysis and conclusions (.6); worked on Repo 105 Appendix (1.2). | 2,640.00 |
| 2/04/10 | EXM | 17.20 | Drafted Report section on Principal Transactions Group valuation reasonableness analysis based on comments from M. Hankin (3.7); revised draft Report section on Principal Transactions Group valuation reasonableness analysis based on comments from M. Vitti of Duff & Phelps (.8); revised cites in Report fact section on Principal Transactions Group valuation reasonableness analysis (.8); proofread entire valuation section of Report (7.3); drafted paragraphs for valuation reasonableness analysis introduction on relation of valuation issues to collateral calls, September bidders, and SpinCo (4.6). | 5,418.00 |

LAW OFFICES                                                                                    Page 157

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/04/10 | SKS | 12.60 | Conferred with J. Duvoisin and J. D'Almeida of Duff & Phelps re revised numbers to Commercial Real Estate overview in Valuation section of Lehman Examiner's Report (.6); conferred with M. Lightner re cite-checking questions to Unreasonably Small Capital section of Examiner's Report (.4); reviewed and cross-checked edits from A. Borich re Valuation - Archstone section (1.3); reviewed M. Slachetka table of Archstone-Smith Trust references throughout the Examiner's Report to confirm consistent reference and terminology and communicated findings to M. Hankin and made conforming changes throughout Valuation section (1.5); created revised Master Valuation section and blackline and forwarded to M. Hankin, K. Vignarajah, K. Filipovich, and E. McKenna (.8); conferred with K. Vignarajah and K. Filipovich re consistency of cross-references to Appendix re Valuation as cross-checked against revised Appendix Table (.5); created new working master version of Valuation section and forwarded to M. Hankin, K. Vignarajah and K. Filipovich for further editing and revisions on separate Archstone sections (2.3); provided final comments and suggested revisions to A. Olejnik and A. Allen re Unreasonably Small Capital section (.4); reviewed and entered applicable changes suggested by Duff & Phelps to Valuation - Commercial Book section of Examiner's Report (.3); reviewed and entered changes received from K. Vignarajah and K. Filipovich to Valuation Archstone section and further edits and comments received from A. Borich re proofreading and usage and citation style protocol (2.4); reviewed final versions of Fiduciary Duties and Survival Strategies sections of Examiner's Report per A. Valukas comments and suggested revisions to introduction to Valuation section and provided comment to M. Hankin (.9); created revised Master Valuation section and blackline and forwarded to R. Byman and Team 1 (.4); reviewed and forwarded draft Appendix sections re Valuation to K. Vignarajah, K. Filipovich, E. McKenna and M. Vitti of Duff & Phelps (.2); reviewed and provided comments and revisions to draft Appendix sections to J. Malysiak (.6). | 6,804.00 |

LAW OFFICES                                                        Page 158

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/04/10 | KF | 13.70 | Conferred with M. Hankin several times re edits to Archstone section (.3); conferred and emailed with M. Vitti and Z. Saeed re outstanding factual issues and edits to Archstone section (1.8); emailed and conferred with J. D'Almeida re outstanding factual issues and edits to Archstone section (.8); edited Executive Summary for Archstone section of Report and conferred with M. Hankin re his edits (.5); conferred and emailed with W. Chen re cite-checking (.2); emailed with J. Malysiak re editing Report (.1); emailed with E. Brown re editing Report (.2); worked with S. Sato on edits re Archstone section (.4); assisted with fact-checking and cite-checking portions of Report re commercial real estate valuation (2.0); added edits to Archstone section of Report from M. Hankin (2.9); added edits to Archstone section of Report from Duff & Phelps (1.5); drafted, reviewed and edited sections of Report re Lehman's quarterly valuation process of and marks for Archstone (2.6); edited Archstone appendix (.4). | 5,480.00 |
| 2/04/10 | JJM | .90 | Reviewed and organized files relating to portions of Examiner's Report concerning avoidance analysis and insider compensation (.4), the last 30 days prior to bankruptcy (.3), and non-cash transfers in stub period (.2). | 522.00 |
| 2/04/10 | MLS | 4.50 | Proofread recent edits to valuation working master for Examiner's Report (1.5); reviewed fiduciary duties section of Examiner's Report for Archstone references and created reference chart for S. Sato and M. Hankin (1.7); incorporated E. McKenna's edits to valuation working master for Examiner's Report (1.3). | 1,665.00 |
| 2/04/10 | TMW | 10.40 | Edited Repo 105 section re summary of Repo 105 (1.8); edited Repo 105 sections re mechanics of typical Repo 105 transactions (1.7); edited Repo 105 section re leverage and balance sheet management (2.0); edited Repo 105 section re reverse engineering (1.8); edited Repo 105 section re materiality of Repo 105 (1.9); edited Repo 105 section re knowledge of Repo 105 within Lehman (1.2). | 3,848.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 159

| 2/04/10 | TAP | 10.40 | Met with I. Fradkin to discuss changes in draft Report (2.5); reviewed interview memorandum of various Lehman's former personnel with respect to foreign exchange transactions (2.6); met with I. Fradkin to discuss final changes to draft Report (1.0); reviewed interview memoranda of ████████ and ████████ re Lehman's cash management system (1.3); reviewed Lehman's presentations re recording of intercompany cash transactions (.7); reviewed draft Report for final edits (2.3). | 4,628.00 |
| 2/04/10 | IF | 7.00 | Attended meeting with T. Phillibert re changes to draft Report (2.5); reviewed and revised draft Report in connection with Lehman foreign exchange transactions and cash sweeps (3.5); attended meeting with T. Phillibert re final revisions to draft Report (1.0). | 3,115.00 |
| 2/04/10 | KV | 18.00 | Edited discussion of Archstone's trophy properties (1.2); edited discussion of Archstone's publicly traded peers (1.5); edited discounted cash flow method analysis (2.1); edited and incorporated M. Hankin changes to discussion of how Lehman performed its sensitivity analysis during second and third quarters 2008 (2.0); edited and incorporated M. Hankin changes to discussion of Lehman's preparation for second quarter 2008 earnings conference call (1.8); conferred with Duff & Phelps and edited discussion of core portfolio and platform valuation (2.0); reviewed M. Hankin edits and edited discussion of ████████████████████ (1.7); edited discussion of Lehman's valuation by third parties and discussed how to cite to documentation supporting these valuations (1.5); compared valuation methods section to support in Appendix re discount rate analysis (1.2); conferred with Duff & Phelps and edited discussion of Standard & Poor's credit rating (1.4); conferred with K. Filipovich and M. Hankin about integrating fact and analysis sections and discussed final edits to reasonableness analysis of Lehman's 2008 valuations (1.0); reviewed bridge equity chapter and edited so that format fit style protocol for entire Report (.6). | 6,660.00 |
| 2/04/10 | WHC | 3.90 | Cite-checked Archstone facts section (1.9); cite-checked Archstone analysis section (2.0). | 1,443.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/04/10 | EPB | 2.60 | Reviewed sources for valuation sections (.6); formatted and reviewed valuation section (.9); revised LBHI Affiliate language in preferences section (1.1). | 962.00 |
| 2/05/10 | DRM | .50 | Read memorandum from J. Pimbley re comments on appendices and memorandum from A. Olejnik re same (.3); telephone conference with M. Hankin re ████████ ████████████████████ (.2). | 425.00 |
| 2/05/10 | MDB | 2.00 | Conferred with S. Biller re Repo 105 colorable claims analysis (1.0); conferred with S. Biller re Repo 105 factual findings (1.0). | 1,200.00 |
| 2/05/10 | EXM | 12.00 | Drafted Report section on valuation reasonableness analysis of all asset classes based on comments from M. Hankin (2.5); proofread entire valuation section of Report (6.2); revised draft Report section on Principal Transactions Group valuation reasonableness analysis based on comments from A. Besio of Duff & Phelps (3.3). | 3,780.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/05/10 | SKS | 9.90 | Worked with E. McKenna and M. Hankin to research, draft and revise portions for new valuation introduction section per comments from A. Valukas (1.5); reviewed and entered changes received from K. Vignarajah and K. Filipovich to Valuation Archstone section and further edits and comments received from A. Borich re proofreading and usage and citation style protocol (2.0); created and reviewed excerpted blacklines for Archstone sections and forwarded to K. Vignarajah and K. Filipovich re questions whether all edits and revisions were entered into Master Valuation section (2.8); telephone conference with M. Hankin, K. Filipovich and K. Vignarajah re formatting of Master Valuation section and whether all edits to Archstone section were received and entered (.3); reviewed witness interview of ███████ and forwarded relevant excerpt to M. Hankin re comments received from A. Valukas re introduction to valuation section (.7); provided correct citation to ████████ for Unreasonably Small Capital section (.2); created new Final Master Valuation section and blackline and forwarded to M. Hankin (1.0); reviewed and provided proofreading, citation style and substantive comments to J. Malysiak re Valuation section (1.4). | 5,346.00 |
| 2/05/10 | KF | 10.80 | Reviewed and edited appendices for section of Report re Lehman's commercial real estate valuations (1.2); conferred with M. Hankin and K. Vignarajah re final edits to Archstone section (.3); conferred and emailed with Z. Saeed re final edits to and fact checking of Archstone section of Report (1.5); conferred with S. Sato re edits to Archstone section (.3); conferred with M. Hankin re Archstone (.2); conferred with E. McKenna re editing of commercial real estate sections (.1); edited section of Report re Lehman's commercial real estate valuation to ensure compliance with style guide (2.0); performed final fact checking of outstanding issues related to the Examiner's conclusions re Lehman's marks for Archstone and the methodologies Lehman used to make these determinations (1.9); incorporated final edits from M. Hankin and Duff & Phelps into Archstone section (2.0); conducted final review of Archstone section prior to submission (1.3). | 4,320.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/05/10 | JJM | 1.50 | Reviewed and organized files relating to portions of Examiner's Report concerning avoidance analysis and insider compensation (1.0), the last 30 days prior to bankruptcy (.2), and non-cash transfers in stub period (.3). | 870.00 |
| 2/05/10 | HDM | 1.80 | Continued to work with Team 2 associates on data follow up with Duff & Phelps re foreign exchange productions (1.5); continued to address preferences data source issues (.3). | 1,035.00 |
| 2/05/10 | MLS | 3.80 | Responded to A. Besio of Duff & Phelps' inquiries re final witness interview memoranda for J. Cohen, K. Cohen, and M. Walsh (.4); conferred with E. McKenna re edits to collateralized debt obligation valuation appendix and residential whole loan valuation appendix (.1); conferred with E. McKenna re source documents for Principal Transactions Group fact section (.1); revised and edited headings and footnotes to latest version of introduction to valuation section of Examiner's Report (1.8); edited and proofread recent edits to Appendix 14, the collateralized debt obligation valuation appendix, and Appendix 16, the residential whole loan valuation (1.4). | 1,406.00 |
| 2/05/10 | TMW | 8.90 | Edited Repo 105 section re Ernst & Young's knowledge of Repo 105 (.8); edited Repo 105 section re Examiner's conclusions re disclosure (1.3); edited Repo 105 section re Examiner's conclusions re potential claims against ▉ (1.7); edited Repo 105 section re Examiner's conclusions re potential claims against ▉ (1.2); edited Repo 105 section re Examiner's conclusions re potential claims against ▉ (1.6); edited Repo 105 section re Examiner's conclusions re potential claims against ▉ (.7); edited Repo 105 section re Examiner's conclusions re potential claims against ▉ (.6); edited Repo 105 section re Examiner's conclusions re ▉ (1.0). | 3,293.00 |
| 2/05/10 | IF | 1.50 | Performed final review of draft Report in connection with Lehman foreign exchange transactions and cash sweeps. | 667.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/05/10 | KV | 12.50 | Worked on analysis of bridge and permanent equity valuation in May and August 2007 (1.7); worked on net operating income and sensitivity analysis (1.3); conferred with Duff & Phelps M. Vitti re platform value and how to explain annuitized income streams (.9); conferred with Duff & Phelps about estimated overvaluation ranges for 2008 (1.6); conferred with Duff & Phelps and edited discussion of exit capitalization rates and discount rate (1.7); reviewed ▮▮▮▮ interview summary and correspondence from Duff & Phelps analysts re ▮▮ ▮▮▮▮▮▮▮▮ (1.5); edited discussion of Archstone's publicly-traded peers (1.0); edited discussion of transactions Lehman used to calculate average going-in capitalization rate (1.7); reviewed blackline sent by J&B associate S. Sato and compared tables from draft and returned chapter for integration into master (1.1). | 4,625.00 |
| 2/05/10 | EPB | 1.30 | Conferred with E. McKenna re Principal Transactions Group (.1); reviewed Principal Transactions Group draft for September bidders language (.5); reviewed LBHI Affiliates solvency draft (.5); reviewed emails re LBHI Affiliates solvency draft (.2). | 481.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 164

| 2/06/10 | DRM | 4.30 | Telephone conference with V. Lazar concerning ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); telephone conference with V. Lazar concerning revisions to Report ▮▮▮▮▮▮▮▮▮▮ (.1); telephone conference with M. Hankin and V. Lazar concerning revisions to Report re same (.3); further telephone conferences with M. Hankin concerning same (.3); telephone conference with V. Lazar to review language of Report ▮▮▮▮▮▮▮ ▮▮▮ (.4); further telephone conferences with V. Lazar concerning ▮▮▮▮▮▮▮▮▮▮ (.4); reviewed language of preference Report as it relates to ▮▮▮▮▮ (1.5); telephone conference with M. Hankin concerning ▮▮▮▮▮ (.3); telephone conference with R. Byman concerning same (.1); further telephone conference with V. Lazar concerning ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ (.2); conference call with V. Lazar, M. Hankin, H. McArn, M. Lightner re changes in intercompany preferences portion of Report (.5). | 3,655.00 |
| 2/06/10 | MDB | 1.00 | Conferred with S. Biller re Repo 105 editing and status of Report (.3); conferred with S. Biller re colorable claims analysis (.3); conferred with S. Biller re Repo 105 factual section (.4). | 600.00 |
| 2/06/10 | SKS | 2.70 | Reviewed and entered comments from Duff & Phelps and per usage and style protocols to final versions of Valuation Appendices and forwarded to J. Malysiak. | 1,458.00 |
| 2/06/10 | KF | 2.90 | Reviewed and made final edits to appendices for section of Report re Lehman's commercial real estate valuation (2.3); emailed with S. Sato and J. Malysiak re edits to appendices (.5); emailed with M. Hankin and K. Vignarajah re edits to appendices (.1). | 1,160.00 |
| 2/06/10 | JJM | .50 | Conferred with M. Hankin and T.C. Fleming concerning non-cash transfers in stub period, and prepared email to M. Hankin re same. | 290.00 |
| 2/06/10 | KV | .80 | Reviewed Appendix for bridge equity chapter. | 296.00 |

LAW OFFICES                                                      Page 165

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | | | | |
|---|---|---|---|---|
| 2/06/10 | EPB | 1.80 | Reviewed LBHI Affiliates solvency draft (1.2); conferred with M. Hankin re LBHI Affiliates solvency draft (.4); conferred with M. Lightner re LBHI Affiliates solvency draft (.2). | 666.00 |
| 2/08/10 | MLS | 1.20 | Prepared notes from Examiner's interviews with ███ ███████████ for SharePoint (.3); organized documents used in preparation for Examiner's interviews with ████ ███████████ (.9). | 444.00 |
| 2/08/10 | KV | .50 | Organized files and correspondence from Duff & Phelps valuation section of Report. | 185.00 |
| 2/09/10 | MLS | .30 | Created Exhibit I for ██████ final interview memorandum from ████████████. | 111.00 |
| | | 662.20 | PROFESSIONAL SERVICES | 272,860.50 |

MATTER TOTAL              $ 272,860.50        LESS DISCOUNT              -27,286.05

NET PROFESSIONAL SERVICES                      245,574.45

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 166

BARCLAYS TRANSACTIONS                                    MATTER NUMBER -    10071

| | | | | |
|---|---|---|---|---|
| 2/01/10 | DRM | 1.50 | Read memoranda from V. Lazar, C. Klein and I. Dmitrieva re securities transfers conclusions (.5); read memorandum from M. Kelly re his revisions to Barclay's section of Report as respects securities transfers and attachment re same (.2); read memorandum from I. Dmitrieva re revisions to securities intermediary discussion (.2); read memoranda from C. Klein and V. Lazar re draft provisions to securities intermediary discussion (.3); read memorandum of I. Dmitrieva re revisions to securities transfers draft (.3). | 1,275.00 |
| 2/01/10 | CHK | 2.00 | Transmitted redrafted conclusions on Report on claims against Barclays to Lehman subteam (.5); numerous emails to and from V. Lazar and I. Dmitrieva re issues concerning Article 8 and claims against Barclays in reviewing revised language on parts of Report dealing with same (1.5). | 1,350.00 |

## JENNER & BLOCK LLP
### ONE IBM PLAZA
### CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | VEL | 16.40 | Office conferences with I. Dmitrieva and M. Kelly re additions to securities law and 542 sections and legal conclusions (.5); reviewed appendices and schedules from T.C. Fleming (.4); reviewed protected purchaser analysis re certificate of securities and emails with C. Klein re analysis (.5); follow up emails with ███████ re ██████████ (.3); office conference with D. Fenske re incorporating ██████ into Report (.3); reviewed T.C. Fleming comments and office conference with I. Dmitrieva re incorporating same (.5); edited Table of Contents and transmitted same to Team 1 (.5); follow up emails with ███████ re █████████t (.2); skimmed legal appendix and emails with T. Chorvat and D. Murray re preference sections (.5); reviewed legal conclusion comparison from C. Klein and office conference with I. Dmitrieva re incorporating same (.5); office conference with L. Raiford re inserts to legal conclusions sections and research (.3); follow up with M. Kelly re revisions to Article 8 Section (.3); reviewed follow up comments from C. Klein and office conferences with I. Dmitrieva re missing information and work around (.6); reviewed proof readers comments (1.0); prepared ██████ and ███████ inserts for D. Layden's section of Report (1.0); reviewed ██████ interview memoranda and ██████ transcript re Barclays sale and long position issues (1.0); reviewed case law re ██████████ and office conference with L. Raiford re same (1.0); worked on clearing bank and clearing organization section of Report (4.0); edited fiduciary duty conclusion section (1.0); reviewed and commented on D. Fenske, J. Zipfel and K. Hupila revisions to Team 5 sections of Report (2.0). | 12,300.00 |
| 2/01/10 | DCL | 14.70 | Reviewed R. Byman emails re Report appendices (.2); reviewed J. Malysiak emails re Report protocols (.3); revised section of Report re disclosure to Committee and consent (1.8); revised discount section (2.0); conferred with V. Lazar, K. Hupila, J. Zipfel, and D. Fenske re Report drafting (1.6); further revised Committee section (2.0); further revised discount section (2.0); revised intangible asset transfer analysis (1.4); conferred with K. Hupila re same (.4); further revised Committee section (1.7); revised replacement transaction section (1.3). | 8,820.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | IYD | 10.00 | Performed comparison of documents containing V. Lazar's, D. Murray's and C. Klein's revisions to section of Report containing legal conclusions re securities transfers to Barclays and analyzed same (1.0); discussed UCC law and Bankruptcy safe harbors with M. Kelly (.5); corresponded with V. Lazar re Bankruptcy Code's safe harbors and how they apply to securities transfers to Barclays (.5); analyzed Bankruptcy Code and related case law on transfers of certificated vs. uncertificated securities and treatises re same (1.5); revised legal conclusions concerning Lehman's securities transfers to Barclays (3.5); revised discussion of case law in Legal Appendix (1.0); proofread and edited fiduciary duties section of Team 5 conclusions and corresponded with V. Lazar re same (2.0). | 5,400.00 |
|---|---|---|---|---|
| 2/01/10 | KMB | 11.00 | Met with K. Hupila re cite checking assignment of Barclay's section (.5); read cite checking manual re same (.5); worked on cite-checking page 2635 of Barclays section to conform to cite checking protocols (2.0); cite-checked page 2636 of Barclays section to conform to cite checking protocols (2.0); cite-checked page 2637 of Barclays section to conform to cite checking protocols (2.0); cite-checked page 2638 of Barclays section to conform to cite checking protocols (2.0); cite-checked page 2639 of Barclays section to conform to cite checking protocols (1.0); sent and received email correspondence re same (1.0). | 4,895.00 |
| 2/01/10 | JQC | 11.20 | Reviewed body of Team 5 draft of sub-section re transfers between Barclays and Lehman (1.8); reviewed footnotes of same for substantive accuracy (1.9); reviewed footnotes of same for form accuracy (2.0); reviewed and organized recommended edits to body of sub-section and footnotes (1.8); reviewed body of Team 5 revised sub-section re the Court's consideration of the proposed transaction (1.8); reviewed footnotes of same for form accuracy (1.9). | 4,144.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/01/10 | DTF | 15.40 | Edited sections of Report re transfer of excess OCC margin (2.0),15c3-3 assets (1.9), LBHI's post-petition clearing agents and lenders (2.1), Barclays-JPMorgan settlement (2.0), and whether LBHI affiliate officers and directors breached their fiduciary duties for allowing affiliate assets to be improperly transferred to Barclays (1.8); cite-checked footnotes of sections re excess OCC margin (1.2), 15c3-3 assets (1.3), post-petition clearing agents lenders (.8), Barclays-JPMorgan settlement (1.0), and whether LBHI affiliate officers and directors breached their fiduciary duties for allowing affiliate assets to be improperly transferred to Barclays (1.3). | 5,698.00 |
| 2/01/10 | KKH | 15.90 | Coordinated cite-checking of Team 5 Report (3.9); revised analysis of proprietary software transfers (3.8); revised customer-related intangible asset conclusions section (3.5); cite-checked portion of Team 5 Report (1.2); finalized appendices (2.1); incorporated other teams' comments into asset transfer Report section (1.4). | 5,883.00 |
| 2/01/10 | GSK | 1.40 | Reviewed and cite-checked Report section re the discount dispute for Team 5. | 518.00 |
| 2/01/10 | DBM | 11.20 | Proofread the Original APA section of the Report for Team 5 (1.9); cite checked same for form compliance (1.7); cite checked same for substantive accuracy (1.8); Proofread Additional Assets Transferred to Barclays section of the Report for Team 5 (1.7); cite checked same for form compliance (1.9); cite checked same for substantive accuracy (1.9); proofread Transactions Between Lehman and Barclays Prior to the September 19 Sale Hearing of the Report for Team 5 (.3). | 4,144.00 |
| 2/01/10 | ACO | 13.20 | Proofread Analysis of Intangible Asset Transfers section of the Report for Team 5 (2.0); cite checked same for form compliance (1.8); cite checked same for substantive accuracy (1.9); proofread Bankruptcy Code Claims section of the Report for Team 5 (1.9); cite checked same for form compliance (1.7); cite checked same for substantive accuracy (2.0); proofread Common Law Claims section of the Report for Team 5 (1.9). | 4,884.00 |

| 2/01/10 | JPZ | 17.60 | Reworked Committee section of Barclays draft (3.9); added cites into Committee section of Barclays draft (3.4); added footnotes for discount section of Barclays draft (2.8); added footnotes for JPMorgan section of Barclays draft (2.5); added footnotes for clarification letter section of Barclays draft (.8); reviewed Barclays documents for additional balance sheets for Barclays draft (4.2). | 6,512.00 |
| 2/01/10 | MWK | 8.50 | Telephone conference with K. Hupila and K. Boike re cite-checking Lehman Report (.2); cite-checked Section C.1 (1.9); cite-checked C.7.b.3.a (1.8); cite-checked Section C.7.b.3.b (1.2); cite-checked Section C.7.b.3.c (1.8); cite-checked Section D.8 (1.6). | 3,145.00 |
| 2/02/10 | DRM | 2.40 | Read memoranda from C. Klein and V. Lazar re securities transfers conclusions (.3); memoranda to and from V. Lazar re inclusion of APA in list of appendices (.2); read memorandum from C. Klein, V. Lazar and I. Dmitrieva re securities transfers analysis and conclusions (.2); reviewed and commented upon revised draft of Barclays section forwarded by K. Hupila (.5); memoranda from R. Byman, M. Hankin, J. Malysiak and C. Ward re ██████████████████ (.2); read memorandum from I. Dmitrieva re revised conclusion section and reviewed same (.4); read memorandum from C. Klein with proposed changes and conclusions (.2); read memorandum and revised conclusions re securities transfers prepared by I. Dmitrieva incorporating C. Klein revisions and C. Klein response thereto (.3); read memorandum from V. Lazar to J. Malysiak re status of Barclays portion of draft (.1). | 2,040.00 |
| 2/02/10 | CHK | 3.00 | Reviewed and redlined legal analysis and conclusion section on claims against Barclays (1.7); prepared emails explaining changes, follow-up and areas of inquiry (.5); conference calls with M. Kelly and I. Dmitrieva re limits on authorization to sell under 363 order and APA (.5); reviewed source materials re same (.3). | 2,025.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/02/10 | VEL | 13.80 | Followed up with C. Klein, I. Dmitrieva and D. Murray re securities transfers section, LBI claims, and related matters (1.0); reviewed sections concerning lenders, risk and Repo 105 sections re conformity and conclusions (2.5); further follow up with C. Klein re securities transfer conclusions (.3); reviewed emails re NY Fed documents and follow up with P. Trostle re same (.4); reviewed inserts to legal appendix (.4); prepared rewrite of ▆▆ section (2.0); skimmed glossary of terms re consistency (.3); updated securities section re undelivered portion and Barclays position (1.0); reviewed securities cite-checks and follow up with I. Dmitrieva and T.C. Fleming re support for propositions (1.5); worked on editing cite-checking and open issues with Team 5 sections (4.0); office conference with D. Layden re ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (.4). | 10,350.00 |
| 2/02/10 | DCL | 14.10 | Emailed C. Ward re draft Report (.1); reviewed D. Murray and V. Lazar emails re appendices and re definition of colorable claim (.2); revised replacement transaction section (2.0); conferred with J. Zipfel re additional citations re same (.4); revised $15.8 billion repo section (2.0); emailed J. Zipfel re supporting documents re same (.3); revised section re securities to be transferred to Barclays (1.9); conferred with D. Murray re comments on draft Report (.4); worked on incorporating same (1.2); conferred with P. Trostle re FRBNY documents (.2); reviewed P. Trostle email re same (.1); further revised replacement transaction section (1.3); proofread and revised tangible and intangible asset transfer sections (1.8); proofread and revised Barclays section (2.2). | 8,460.00 |

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/02/10 | IYD | 8.80 | Analyzed correspondence from C. Klein re legal conclusions concerning Lehman's securities transfers to Barclays (.5); telephone conference with C. Klein and M. Kelly re same (.5); revised legal conclusions re securities transfers to Barclays and corresponded with V. Lazar and C. Klein re same (2.0); analyzed Bankruptcy Court's Sale Order and corresponded with V. Lazar, D. Murray and C. Klein re same (1.0); proofread and cite-checked revised securities transfers section of Team 5 Report (2.0); corresponded with Duff & Phelps re providing record citations for Report (.5); discussed cite-checking of fiduciary duties section with K. Hupila (.3); drafted section on protected purchaser rule for Legal Appendix and revised same (1.5); corresponded with C. Warren re legal conclusions concerning securities intermediary defense (.5). | 4,752.00 |
| 2/02/10 | JQC | 11.70 | Reviewed body of team 5 draft of sub-section re the Court's consideration and approval of the proposed transaction (1.7); reviewed footnotes for same for form accuracy (2.0); reviewed footnotes for same for substantive accuracy (2.0); conferred with K. Hupila re same (.5); researched ███████████ ██████████████████████ (1.8); reviewed edited version of original subsection re the Court's consideration and approval of the proposed transaction to ensure edits had been incorporated (1.9); reviewed body of Team 5 draft of sub-section re transfers between Barclays and Lehman (1.8). | 4,329.00 |
| 2/02/10 | DTF | 12.20 | Incorporated team member comments into Barclays section of Report re post-petition clearing agents and lenders (1.9), Barclays-JPMorgan settlement (1.5), fiduciary duties of affiliate officers and directors (1.6), and asset transfers (1.3); reviewed footnotes to ensure conformity with Report style guide in sections re assets transfers (1.9) and Barclays' transaction (2.0); substantively edited footnotes to Barclays section of Report (2.0). | 4,514.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 173

| 2/02/10 | KKH | 14.80 | Coordinated cite-checking of Team 5 Report (3.5); proofread and revised asset transfer analyses (5.1); met with D. Murray and D. Layden to discuss asset transfer Report sections (.3); incorporated comments from D. Murray into Team 5 draft (2.9); cite-checked content of Team 5 draft (2.5); coordinated gathering of sources from Duff & Phelps for inclusion in the Report (.5). | 5,476.00 |
| 2/02/10 | GSK | 8.80 | Reviewed body of Team 5 draft of sub-section re transfers between Lehman and Barclays prior to the sale hearing (1.7); reviewed footnotes of same for substantive accuracy (1.9); reviewed footnotes of same for form accuracy (1.7); compiled and reviewed recommended edits to body and footnotes (1.8); delivered edits to K. Hupila for review and conferred re same (.5); began review of body of Team 5 revised sub-section re the Court's consideration and approval of the proposed transaction (1.2) | 3,256.00 |
| 2/02/10 | DBM | 7.50 | Cite checked Inclusion of Excess OCC Margin and 15c3-3 Securities in Assets Purchased by Barclays section of the Report for Team 5 for substantive accuracy (1.8); proofread Facts section of the Report for Team 5 (1.3); cite checked same for form compliance (2.0); cite checked same for substantive accuracy (1.8); cite checked same for substantive accuracy (.6). | 2,775.00 |
| 2/02/10 | ACO | 14.80 | Cite checked Common Law Claims section of the Report for Team 5 for form compliance (1.8); cite checked same for substantive accuracy (2.0); proofread Claims Against LBHI Affiliate Officers and Directors section of the Report for Team 5 (1.7); cite checked same for form compliance (1.6); cite checked same for substantive accuracy (1.9); proofread Barclays Transaction Pre-Bankruptcy Negotiations section of the Report for Team 5 (1.9); cite checked same for form compliance (1.9); cite checked same for substantive accuracy (2.0). | 5,476.00 |

LAW OFFICES                                                                Page 174

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 2/02/10 | JPZ | 14.10 | Reviewed cite-checks from other team members on the Replacement Transaction section (2.0); reviewed cite-checks from other team members on the Closing Weekend section (.6); reviewed cite-checks from other team members on the Committee section (1.8); reviewed cite-checks from other team members on the remaining sections of the Barclays draft (1.9); reviewed substantive edits from other team members on the Replacement Transaction section (1.8); reviewed substantive edits from other team members on the Closing Weekend section (1.2); reviewed substantive edits from other team members on the Committee section (1.5); revised replacement transaction section of Barclays draft (1.3); incorporated footnotes changes into Barclays draft (2.0). | 5,217.00 |
| 2/03/10 | DRM | 3.00 | Worked with V. Lazar and D. Layden in finalizing Barclays portion of Report for submission to A. Valukas and reviewed drafts of same (2.0); reviewed comments of C. Ward on Barclays draft and discussed same with him (.5); read memorandum from V. Lazar and discussed his concerns re legal appendix and analysis of bankruptcy issues (.3); memoranda to and from V. Lazar and C. Klein re safe harbor and bankruptcy issues (.2). | 2,550.00 |
| 2/03/10 | CHK | .30 | Emails to and from V. Lazar re property of the estate and claims against Barclays. | 202.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/03/10 | VEL | 12.20 | Email with ███ re confirmation of ownership and follow up re same (.3); reviewed ███ ███ and office conference with D. Fenske re working into Report (.4); office conference with I. Dmitrieva re legal conclusions and finalizing securities section and follow up with T.C. Fleming re same (.8); office conference with D. Layden re incorporation of ███ notes (.4); office conference with J. Malysiak and C. Ward re table of contents and appendices for cross cites (.3); followed up office conferences with I. Dmitrieva re comments to legal section and line edited same (.4); office conference with I. Dmitrieva re 15c3 references and refining cites (.5); prepared revised table of contents with new numbering system (.4); communicated with CME re redaction of information (.3); reviewed SIPA trustee analysis of sample CUSIPs, and emails and office conferences incorporating latest analysis into Report (1.0); reviewed rework of securities section re latest information from SIPA trustee (1.0); reviewed law, emails with T. Chorvat and L. Pelanek re coordination of legal appendix, and rewrote 542, 548 and securities law interaction sections (3.5); emails with C. Klein re certificated securities entitlement section and analysis (.4); reviewed and commented on reworked sections from K. Hupila, D. Fenske and J. Zipfel (2.5). | 9,150.00 |
| 2/03/10 | DCL | 13.70 | Reviewed V. Lazar email re closing weekend issue, and emailed response (.1); conferred with V. Lazar, J. Zipfel, D. Fenske re review of recent depositions (.5); revised tangible asset transfer analysis (1.2); revised pre-September 15 negotiations section (1.7); revised APA negotiations section (2.0); revised replacement transaction section (1.3); conferred with D. Murray re comments to draft (.5); worked on incorporating changes (.8); revised intangible asset transfer analysis (2.0); revised $15.8 billion repo section (1.2); revised executive summary (.8); revised legal entity descriptions (1.1); conferred with V. Lazar, K. Hupila re changes to tangible and intangible asset transfer sections (.5). | 8,220.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 176

| 2/03/10 | IYD | 7.70 | Met with V. Lazar to discuss Securities Transfers Section of Team 5 Report (.5); revised discussion of Bankruptcy Law safe harbors and researched pertinent statutory provisions (1.5); corresponded with V. Lazar re same (.3); analyzed and implemented Duff & Phelps' comments on draft Team 5 Report and corresponded with V. Lazar re same (2.0); analyzed whether discussion of case law in Legal Appendix is complete with respect to law cited in Securities Transfers Conclusion section (1.0); analyzed SEC Rules 15c3-1 and 15c3-3 and confirmed that their discussion in Team 5 Report is accurate and corresponded with V. Lazar re same (.7); analyzed correspondence from SIPA Trustee's counsel re analysis of CUSIPs transferred to Barclays' and drafted insert for Report re same (.7); corresponded with V. Lazar, T. Chorvat, L. Pelanek and C. Warren re citations to UCC and researched when pertinent UCC sections cited in Report were updated (.5); analyzed correspondence from C. Klein and V. Lazar re application of Bankruptcy Code's safe harbors to Lehman's securities transfers to Barclays (.5). | 4,158.00 |
| 2/03/10 | JQC | 11.10 | Reviewed body of Team 5 draft of sub-section re transfers between Barclays and Lehman (1.6); reviewed footnotes of same for substantive accuracy (2.0); reviewed footnotes of same for form accuracy (2.0); reviewed and organized recommended edits to body of sub-section and footnotes (1.7); reviewed body of Team 5 revised sub-section re the Court's consideration of the proposed transaction (2.0); reviewed footnotes of same for form accuracy (1.8). | 4,107.00 |
| 2/03/10 | DTF | 14.60 | Edited sections of Report re transfer of excess OCC margin (1.8), 15c3-3 assets (2.1), LBHI's post-petition clearing agents and lenders (2.0), Barclays-JPMorgan settlement (2.0), whether LBHI affiliate officers and directors breached their fiduciary duties for allowing affiliate assets to be improperly transferred to Barclays (1.8), and section describing factual background of assets transfers (2.3); substantively cite-checked portion of Barclays section re Barclays-JPMorgan settlement (1.0) and transfer of OCC margin (1.6). | 5,402.00 |

| 2/03/10 | KKH | 18.00 | Revised tangible asset transfer section of the Report (2.0); edited same (1.0); proofread same (1.0); revised intangible asset transfer section of the Report (2.0); edited same (1.0); proofread same (1.0); revised Report section re description of Lehman's business lines (1.0); edited same (.8); proofread same (.4); revised Report section re description of debtor entities (1.7); edited same (.9); proofread same (1.5); coordinated cite-checking of Team 5 Report draft (1.9); reviewed interview summaries to evaluate applicability to Team 5 Report (1.8). | 6,660.00 |
|---|---|---|---|---|
| 2/03/10 | GSK | 10.40 | Reviewed body of team 5 draft of sub-section re the Court's consideration and approval of the proposed transaction (1.9); reviewed footnotes of same for substantive accuracy (1.7); reviewed footnotes of same for form accuracy (1.8); reviewed and compiled recommended edits to body and footnotes of sub-section (1.4); conferred with K. Hupila re same (.4); conferred with V. Lazar re legal research re ability to transfer title under situations of mistake under New York case law (.2); researched same (1.5); conferred with V. Lazar re results of research (.2); reviewed edited version of original sub-section to ensure edits had been incorporated (.8); submitted new edits re same (.4); conferred with K. Hupila re same (.1). | 3,848.00 |
| 2/03/10 | DBM | 16.40 | Cite checked Pre-Bankruptcy Negotiations section of the Report for Team 5 for substantive accuracy (1.8); proofread Negotiations Leading to APA section of the Report for Team 5 (1.3); cite checked same for form compliance (2.0); cite checked same for substantive accuracy (1.8); proofread Transactions Described to the Court on September 17 for Team 5 (1.7); cite checked same for form compliance (1.5); cite checked Transaction Closing section of the Report for Team 5 for substantive accuracy (1.8); proofread Court's Consideration and Approval of Proposed Transaction section of the Report for Team 5 (1.3); cite checked same for form compliance (2.0); cite checked same for substantive accuracy (1.2) | 6,068.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/03/10 | ACO | 15.80 | Proofread Barclays Transaction Negotiations Before September 15 section of the Report for Team 5 (1.9); cite checked same for form compliance (1.6); cite checked same for substantive accuracy (1.5); proofread Negotiations Regarding Securities Positions to be Purchased section of the Report for Team 5 (1.8); cite checked same for form compliance (1.7); cite checked same for substantive accuracy (2.0); proofread Negotiations Regarding Contract Cure and Employee Compensation Liabilities section of the Report for Team 5 (1.8); cite checked same for form compliance (1.5); cite checked same for substantive accuracy (2.0). | 5,846.00 |
| 2/03/10 | JPZ | 14.20 | Reviewed exhibits to Debtors' Rule 60 motion (2.0); conducted final review of Debtors' Rule 60 motion (.7); checked Replacement Transaction section for grammatical errors (1.8); checked Replacement Transaction section for spelling errors (.5); checked Replacement Transaction section for cite errors (1.9); reviewed emails in Case Logistix and Stratify for inclusion in Committee section (1.8); reviewed emails in Case Logistix and Stratify for inclusion in pre-bankruptcy negotiations section (1.5); reviewed emails in Case Logistix and Stratify for inclusion in Cure section (1.6); reviewed emails in Case Logistix and Stratify for inclusion in Compensation section (1.2); cite-checked Barclays section (1.2). | 5,254.00 |
| 2/04/10 | DRM | 1.20 | Telephone conference with V. Lazar concerning Barclays portion of Report (.2); memorandum from V. Lazar concerning issues re securities entitlement (.1); memorandum from T. Chorvat re changes in discussion of insolvency law as it applies to Barclays and conferred with V. Lazar re same (.5); read further memoranda from V. Lazar and C. Klein re securities entitlement issues and discuss same with V. Lazar (.4). | 1,020.00 |
| 2/04/10 | CHK | .80 | Numerous emails to and from V. Lazar discussing issue with property of the estate and claim against Barclays (.4); reviewed source materials re same (.4). | 540.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 2/04/10 | VEL | 15.40 | Reviewed legal appendix re conformity (.5); follow up with CME re redaction question (.3); office conference with D. Murray re A. Valukas and R. Byman comments and incorporated changes to human capital and technologies sections of Report (3.5); reviewed CME designated sections (.3); prepared line edits and questions re tangible asset analysis and conclusions about human capital conclusions and reviewed underlying emails and documents to verify conclusions (6.0); follow up with C. Klein re custodial issue and analysis of safe harbors (.3); finalized proof of securities section and okayed same for printing (2.0); reviewed latest transcripts in Barclays litigation re potential additional issues and follow up with D. Layden re no need for additional citations (2.5). | 11,550.00 |
| 2/04/10 | DCL | 17.80 | Revised common law claims section (2.0); conferred with V. Lazar re same (.2); further revised common law claims section (1.8); revised breach of fiduciary duty claims section (1.9); further revised common law claims section (1.2); further revised breach of fiduciary duty claims section (.8); revised intangible asset transfer analysis (1.2); conferred with J. Zipfel and D. Fenske re revisions to draft Report (.5); worked on revising and finalizing interview memoranda (2.0); conferred with V. Lazar, J. Zipfel, K. Hupila re same (.8); reviewed key documents re intangible asset transfer analysis (1.2); conferred with D. Murray re changes to draft (.3); incorporated D. Murray revisions to draft (1.2); emailed V. Lazar re draft Report and reviewed responses (.3); reviewed additional documents re LBCS and LBCC (1.3); proofread and revised Report (1.1). | 10,680.00 |
| 2/04/10 | AJO | 1.10 | Reviewed and prepared revised cover pages for Appendices to Barclays section of Report. | 561.00 |
| 2/04/10 | MJK | .70 | Researched re UCC-8 section of Barclay's section. | 311.50 |
| 2/04/10 | JQC | 4.10 | Reviewed body of team 5 draft of sub-section re the Court's consideration and approval of the proposed transaction (1.0); reviewed footnotes for same for form accuracy (1.5); reviewed footnotes for same for substantive accuracy (1.6). | 1,517.00 |

### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/04/10 | DTF | 14.50 | Edited sections of Report re transfer of unencumbered assets (2.0), Barclays agreement to buy LBI's long positions (1.7), negotiations over Barclays assumption of cure liabilities (1.9), Barclays assumption of compensation liabilities (1.9), approval of sale by LBHI Board (1.5), and approval of sale by Court (1.4); reviewed footnotes to ensure conformity with Report style guide in sections re transfer of unencumbered assets (.4), Barclays agreement to buy LBI's long positions (1.0), negotiations over Barclays assumption of cure liabilities (.6), Barclays assumption of compensation liabilities (1.0), approval of sale by LBHI Board (.6) and approval of sale by Court (.5). | 5,365.00 |
| 2/04/10 | KKH | 2.00 | Researched Lehman trade name ownership and publication (1.2); finalized appendix cover sheets (.8). | 740.00 |
| 2/04/10 | GSK | 3.10 | Continued research re ███████ (2.9); conferred with V. Lazar re findings re same (.2). | 1,147.00 |
| 2/04/10 | ACO | 1.10 | Reviewed, proofread and cite-checked Barclays Transaction section of the Report. | 407.00 |
| 2/04/10 | JPZ | 14.00 | Reviewed emails in Case Logistix and Stratify for inclusion in Replacement Transaction section (1.6); reviewed emails in Case Logistix and Stratify for inclusion in Closing Weekend section (.9); cite-checked Replacement Transaction section (1.7); cite-checked Closing Weekend section (1.2); cite-checked remaining sections of Barclays draft (1.8); reviewed text of Replacement Transaction section and corrected typos and formatting and style errors (6.8). | 5,180.00 |
| 2/05/10 | DRM | .60 | Memoranda to and from V. Lazar, M. Kelly re revisions to portion of Barclays Report concerning Section 542 of the Bankruptcy Code (.2); memoranda to and from C. Steege and telephone conference with C. Steege re ███████ in the Barclays section of the Report (.3); telephone conference with V. Lazar concerning status (.1). | 510.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/05/10 | CHK | 2.70 | Worked on review of Examiner's Report as to claims against Barclays (1.5); reviewed source materials re same (.3); email correspondence to and from V. Lazar re same (.3); prepared and transmitted tracked changes version of conclusions section (.6). | 1,822.50 |
|---|---|---|---|---|
| 2/05/10 | VEL | 9.90 | Office conference with D. Layden re updated information from Alvarez & Marsal on asset transfers and reworked asset transfer sections of Report (3.0); reviewed line edits from editors re changes impacting conclusions and prepared further edits to same (1.0); emails to C. Klein and M. Kelly re revised securities intermediary section and final edits (.3); reviewed witness interview spreadsheet and office conference with A. Olejnik re updating interviews (.3); revised and submitted ██████ and ██████████ memorandum (.3); reviewed and incorporated C. Klein colorable claim legal section comments (.5); prepared final revisions, edits and proofs and okayed same for transmission to Team 1 for filing, including review of proofreaders edits and last minute changes (4.5). | 7,425.00 |
| 2/05/10 | DCL | 8.10 | Conferred with V. Lazar, K. Hupila, J. Zipfel, D. Fenske re revisions to Report (1.4); reviewed same (.8); revised and finalized tangible asset analysis (1.8); conferred with V. Lazar re same (.4); proofread draft Report (2.0); worked on revising and finalizing interview summaries (1.7). | 4,860.00 |
| 2/05/10 | AJO | 6.10 | Reviewed in detail Appendices for Barclays section of Report re cover pages, compliance with Report protocols, and potential errors (1.8); emailed K. Hupila re same (.1); emailed D. Murray re same (.2); met with D. Murray re finalizing same (.2); began reading Barclays section of Report for conformity with Report protocols and substantive edits (1.9); reviewed summaries of recent Team 5 witness interviews cited in Report (.2); met with V. Lazar and J. Zipfel re same (.2); reviewed list of names cited in Barclays section of Report for inclusion in key individuals and witness interview appendices (1.2); emailed V. Lazar and D. Layden re same (.3). | 3,111.00 |
| 2/05/10 | MJK | 2.50 | Revised UCC-8 law section and section 542 law section. | 1,112.50 |

LAW OFFICES
### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/05/10 | EZS | 5.50 | Performed final proofreading of Barclays section of Examiner's Report, covering sub-sections re transaction description (1.5), securities positions acquired (1.5), court's approval of transaction (1.0) and transaction closing (1.5). | 2,200.00 |
|---|---|---|---|---|
| 2/05/10 | DTF | 3.80 | Drafted, edited, and cite-checked Barclays section of Examiner Report (2.0); proofread footnotes and text of final version of Team 5 section of Examiner Report (1.8). | 1,406.00 |
| 2/05/10 | KKH | 5.60 | Proofread Team 5 Report section (1.8); cross-checked information cited in Team 5 Report against appendices (1.8); verified citation consistency in Team 5 Report (2.0). | 2,072.00 |
| 2/05/10 | DBM | 2.20 | Reviewed and cite-checked Team 5 Barclays section of the Examiner's Report. | 814.00 |
| 2/05/10 | JPZ | 6.40 | Reviewed the Replacement Transaction section for any errors, omissions, or inconsistencies (1.8); reviewed the Closing Weekend section for any errors, omissions, or inconsistencies (1.6); reviewed the pre-bankruptcy negotiations section for any errors, omissions, or inconsistencies (1.5); reviewed the Committee section for any errors, omissions, or inconsistencies (1.5). | 2,368.00 |
| 2/05/10 | EXL | 5.30 | Proofread Barclays section of Report re transfer of assets to Barclays (1.9); proofread Barclays section of Report re Lehman ALI transaction (1.8); proofread Barclays section of Report re Lehman conclusions (1.6). | 2,120.00 |
| 2/06/10 | VEL | 5.00 | Reviewed preference section, telephone conferences with D. Murray re ███████████, and follow up telephone conferences with M. Hankin, D. Murray and M. Lightner re same (2.0); prepared draft language for preference section (2.0); emails and telephone conferences with D. Layden re final edits to Team 5 sections (.5); prepared citation excerpts and emails with M. Hankin re same (.5). | 3,750.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/06/10 | DCL | 5.50 | Proofread and revised Barclays section (2.0); emailed and conferred with V. Lazar re same (.5); further proofreading and revision to Barclays section (1.2); revised ███████ interview memorandum (.2); revised and finalized draft ██████ interview memorandum (.7); revised and finalized ████████ follow up interview memorandum (.8); emailed V. Lazar re same (.1). | 3,300.00 |
| 2/06/10 | AJO | 4.50 | Read several hundred page Barclays section of Report re edits to conform to Report protocols, substantive issues, and final review (3.8); finalized edits to Barclays section of Report (.5); emailed same to D. Lamken for final processing (.2). | 2,295.00 |
| 2/07/10 | VEL | 1.10 | Completed remaining witness interviews for files (.7); reviewed final form of preference section for Word Processing from D. Murray (.4). | 825.00 |
| 2/07/10 | DCL | .40 | Revised ██████ follow up interview memorandum (.2); reviewed V. Lazar email re same (.1); reviewed R. Byman email re distribution of Report (.1). | 240.00 |
| 2/08/10 | VEL | .50 | Office conferences re document retention, storage of notes, and related matters. | 375.00 |
| 2/10/10 | VEL | 2.30 | Office conference with D. Murray re final revisions for clerical errors (.3); telephone conference with L. Dunsky re negotiation of CME confidentiality position (.3); reviewed motion re unsealing procedures and follow up with L. Dunsky, CME, re same (.3); reviewed introduction and executive summary (1.0); reviewed materials for storage (.4). | 1,725.00 |
| 2/11/10 | JPZ | .50 | Reviewed ██████ interview memorandum. | 185.00 |
| | | 567.70 | PROFESSIONAL SERVICES | 270,638.00 |

MATTER TOTAL          $ 270,638.00          LESS DISCOUNT          -27,063.80

NET PROFESSIONAL SERVICES                    243,574.20

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

BANK AND OTHER THIRD PARTY TRANSACTIONS                    MATTER NUMBER -    10080

| 2/01/10 | DRM | 6.50 | Telephone conference with M. Lightner and A. Allen re revisions to preference portion of Report (.1); memoranda to and from P. Trostle re discussion with Citigroup re a colorable claim (.1); conference call with P. Trostle, M. Hankin, M. Lightner, A. Allen, C. Steege and J. Epstein and others re changes in avoidance action portion of Report and discussion of process of preparation of final drafts (1.0); memoranda to and from J. Epstein re his review of documents (.2); read memorandum from P. Trostle re avoidance section of Reports and comments thereon (.1); read memorandum from J. Epstein re ███████████████ ████████████████████ (.1); memoranda from C. Steege, P. Trostle and S. McNally re ██████ and discussed same with C. Steege and A. Allen (.7); read memoranda from J. Epstein re comments on draft Report concerning JPMorgan and Citigroup avoidance claims (.5); reviewed avoidance/preference section of Report and prepare comments thereon and memoranda to team re same (.5); memoranda from A. Allen to J. Epstein re ████████████████████ (.1); memorandum from K. Jestin re ████████████████ (.1); read memorandum from J. Epstein re █████████████ (.1); read memorandum from J. Epstein and C. Steege re ███████████ and A. Valukas comments thereon (.2); memorandum from M. Groman re the analysis of ████████████████ (.1); reviewed draft prepared by C. Steege of analysis of avoidance action ████████████████ (.8); reviewed further edits supplied by P. Trostle and J. Epstein in avoidance section (.3); reviewed edits supplied by M. Groman in JPMorgan avoidance section (.5); read additional comments of J. Epstein on August agreement discussion (.3); read further edits supplied by M. Groman in JPMorgan avoidance section (.2); read memorandum from M. Groman re ██████████ ████████████████ and memorandum from M. Hinds re same (.2); read memoranda from C. Steege | 5,525.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | re ▮▮▮▮▮▮ section and revisions to same (.2); confirmed with A. Allen re ▮▮▮▮▮▮ agreements (.1). |  |
| 2/01/10 | CS | 15.00 | Office conference with D. Murray re JPMorgan analysis (1.0); reviewed JPMorgan ISDA Agreements (1.0); revised JPMorgan Avoidance Analysis re same (2.0); reviewed LBHI Board Resolutions (1.9); reviewed memorandum re same (1.5); revised JPMorgan Avoidance Analysis re same (2.0); revised Citigroup Avoidance Analysis re same (1.0); reviewed and revised HSBC Avoidance Analysis (1.2); reviewed and revised Citigroup Avoidance Analysis re analysis of reasonably equivalent value (.9); reviewed and revised same re Citigroup claims analysis (1.5); attended Team 4 meeting re Report revisions (1.0). | 11,625.00 |
| 2/01/10 | MMH | 1.80 | Researched and drafted insert to avoidance action section of Report. | 972.00 |
| 2/01/10 | MXG | 15.50 | Reviewed Team 4 emails re Report drafting status and projects (.7); revised Freddie Mac section of draft Report (.2); reviewed chronology appendix to Report (1.5); participated in Team 2 teleconference re Preferences section (1.0); reviewed draft avoidance section (2.3); reviewed draft liquidity section (2.1); conferred with A. Allen re Report drafting (.5); conferred with S. McNally re same (.5); conferred with A. Choudhury re same (.5); reviewed and revised Lender Claims section of Report based on edits from J. Epstein (2.5); reviewed and revised Lender Claims section of Report based on edits from J. Malysiak (1.5); emailed J. Pimbley re same (.2); reviewed and revised JPMorgan section of Report based on own proofreading (2.0). | 7,595.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | AC | 11.50 | Reviewed all subsequently cited cases for legal authority in Lender Claims section (4.5); conferred multiple times with M. Groman re edits to Lender Claims section (.5); edited draft Chronology appendix (1.3); revised Lender Claims section to insure consistency with usage protocols of entire Examiner Report re witness names (2.4); reviewed J. Epstein edits to draft good faith and fair dealing analysis (.2); researched legal question of ██████████████ (.6); reviewed draft survival strategies section for discussion of JPMorgan and third-party lenders (2.0). | 5,865.00 |
| 2/01/10 | KJ | 9.00 | Reviewed Duff & Phelps' draft analysis of reasonably equivalent value in avoidance claim re Citigroup (.9); reviewed and revised avoidance section of Report re JPMorgan (2.0); reviewed and revised section re ████ ██████████████ (1.0); reviewed and revised appendices to secured lenders section of the Report (1.5); reviewed and revised avoidance analysis re Citigroup and HSBC (2.5); reviewed and revised avoidance section of Report related to Standard Bank, Bank of New York Mellon, Bank of America and CME (2.0); sent email to HSBC counsel re confidentiality designation of documents (.1) | 6,300.00 |
| 2/01/10 | PJT | 3.40 | Emails to and from █████████ re ██████████ (.2); conference call with D. Murray and C. Steege to discuss avoidance analysis and related sections of Report (1.0); analysis of Citigroup avoidance claims and related issues involving reasonably equivalent value (1.2); sent email to JPMorgan's counsel re ██████████ (.3); reviewed emails from J. Epstein re preemption analysis and related legal appendix (.4); email to and from R. Byman re █ ██████████████ (.2); read email from D. Murray re edits to Report introduction (.1). | 2,550.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | GRF | 16.90 | Revised liquidity section of the Report per edits from T. Borich (2.2); gathered additional citations for same in light of certain edits (1.5); reviewed earnings call transcripts in the course of cite-checking the liquidity section of the Report (.8); reviewed documents relevant to liquidity, forwarded by M. Devine (.9); input edits from C. Warren into Report section re Lehman's interactions with the government (1.4); corresponded with J. Malysiak, P. Trostle, and T. Winegar re uniform citation methods for the Report section re Lehman's interactions with the government (.6); provided P. Trostle and R. Byman with comments and edits to the Report's introductory section (1.6); edited appendix re narrative of events leading to Lehman's bankruptcy in order to make it consistent with other sections of the Report (1.5); discussed edits to the appendix with S. McNally and M. Groman (.3); added edits to Report section on Lehman's secured lenders to incorporate revised language re Lehman's interactions with the NY Fed (1.2); revised section of the Report re Lehman's interactions with the government to account for points raised by the SEC (1.9); made edits to Report appendix re knowledge of senior Lehman executives about Lehman's liquidity pool (.5); searched the liquidity section of the Report to delete references to clawed-back documents (.4); revised Report section re liquidity, and culpability for statements made on the Lehman's third quarter earnings call to incorporate guidance from A. Valukas (2.1). | 6,253.00 |
| 2/01/10 | SRM | 14.60 | Edited and formatted appendices to conform to R. Byman's formatting protocol (4.7); drafted summary email re Lehman's line utilization at Citigroup in September 2008 (.3); edited Liquidity Pool draft section re footnote citations (2.4); edited draft section re interaction with the government (2.2); cite-checked and verified draft section re Freddie Mac analysis (1.9); reviewed Citigroup documents re September 9 Guaranty Amendment negotiations (3.1). | 5,402.00 |

LAW OFFICES

### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | TMW | 8.10 | Telephone conference with S. McNally re finalizing Report (.2); telephone conference with G. Folland re changes to Report re interaction with government (.1); edited Report section re SEC oversight in response to comments by J. Malysiak (2.0); edited Report section re FRBNY oversight in response to comments by J. Malysiak (1.6); edited Report section re liquidity pool monitoring in response to comments by J. Malysiak (1.8); edited Report section re Lehman's dealings with HSBC in response to comments by J. Malysiak (1.1); edited Report section re analysis of potential claims against HSBC in response to comments by J. Malysiak (1.0); drafted email to K. Coleman re confidentiality review (.3). | 2,997.00 |
|---|---|---|---|---|
| 2/01/10 | MAL | .30 | Worked with A. Allen re statute of limitations issue. | 120.00 |
| 2/02/10 | DRM | 6.00 | Reviewed revised avoidance action section prepared by A. Allen (.3); read memorandum from S. McNally and associated memoranda from C. Steege re her review of Citigroup documents (.2); read memorandum from J. Epstein re JPMorgan guarantee (.1); read memorandum and reviewed attachments from S. McNally re analysis of avoidance actions against Citigroup (.2); read memorandum from P. Trostle re same (.1); read memorandum from K. Jestin re Citigroup avoidance analysis and responded to same (.2); read memorandum from A. Allen re avoidance analysis concerning Citigroup (.1); read memorandum from P. Trostle re same and A. Allen response thereto (.2); read memorandum from P. Trostle, K. Jestin re Citigroup avoidance analysis and respond to same (.3); read memoranda from P. Trostle and A. Allen re ███████ ███████████████ and respond thereto (.3); read memoranda from J. Epstein and K. Jestin re ██████████████████ (.2); read memorandum from S. McNally re █████████ ████████████ (.1); memorandum to S. McNally and response from her re ████████████ (.2); read draft of analysis of Citigroup avoidance claim and reasonably equipment value prepared by J. Pimbley (.2); read memorandum from P. Trostle reporting on his call with Citigroup counsel concerning confidentiality issues and waiver of same (.1); memorandum from P. Trostle | 5,100.00 |

and response from R. Byman re combining lenders' and liquidity sections (.2); conference call with J. Epstein and P. Trostle concerning schedule for production of avoidance action portion of Report and conference with R. Byman concerning same (.6); read memorandum from J. Epstein to R. Byman re scheduling of filing of Report (.1); conference call with P. Trostle, J. Epstein, K. Jestin, C. Steege, A. Allen re conclusions with respect to Citigroup avoidance claim (1.0); telephone conferences with M. Lightner to arrange for additional editing by various teams on preference/avoidance claim section (.4); memoranda to and from R. Byman and C. Ward re additional appendices (.3); worked with C. Steege and A. Allen on revisions to avoidance analysis respecting JPMorgan, Citigroup and other lending institutions (.5); read memorandum from A. Olejnik and associated edits to Appendix 17-Duff & Phelps Data Systems Access (.1).

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/02/10 | CS | 8.50 | Revised JPMorgan Avoidance Analysis re applicability of the safe harbor provisions of the bankruptcy code to guaranties (1.5); revised JPMorgan Avoidance Analysis re applicability of the safe harbor provisions of the bankruptcy code to transfers in connection with guaranties (1.8); revised JPMorgan Avoidance Analysis re ███████████████████ (1.6); revised JPMorgan Avoidance Analysis re LBHI guaranties (1.0); revised JPMorgan Avoidance Analysis re ISDA guaranties (.9); revised JPMorgan Avoidance Analysis re preference analysis (1.7). | 6,587.50 |
| 2/02/10 | MXG | 10.80 | Reviewed and revised lender claims section of Report to account for name and title protocol (1.0); reviewed and revised lender claims section of Report to incorporated J. Epstein changes (2.5); emailed J. Epstein re same (.5); coordinated with other Team 4 associates re same (.5); proofread JPMorgan section of Report (2.0); proofread other lender claims subsections of Report (.8); reviewed liquidity section of Report (.8); reviewed avoidance section of Report (.3); reviewed glossary for Report (.4); conferred with A. Allen re avoidance section of Report (.5); reviewed and revised JPMorgan section of Report to account for clawed-back documents (1.5). | 5,292.00 |

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/02/10 | MJK | 10.00 | Revised LBHI Affiliate fiduciary duty section (2.0); revised Barclay LBHI Associates section (2.0); researched safe harbors for securities intermediaries under UCC-8 (2.0); researched property interest of securities entitlement holder under UCC-8 (2.0); drafted and revised inserts for Barclays section relating to UCC-8 law for securities intermediaries (2.0). | 4,450.00 |
| 2/02/10 | AC | 11.30 | Corresponded and reviewed correspondence with P. Trostle and M. Groman re ISDA agreements (.2); revised draft Secured Lenders section for consistency of usage protocols including names of witnesses (3.3); corresponded with M. Groman and A. Olejnik re same (.3); reviewed draft of Survival Strategies section re discussion of JPMorgan in September 2008 (1.4); corresponded with J. Epstein and L. Pelanek re same (.2); reviewed draft Examiner Report discussion re interview summary of ▓▓▓▓ (.4); proofed JPMorgan discussion of Secured Lenders section of draft Examiner Report (4.8); reviewed secondary source material for incorporation into draft Examiner Report re industry practices re collateral (.5); reviewed J. Pimbley edits to draft Glossary for Examiner Report (.2). | 5,763.00 |
| 2/02/10 | KJ | 3.20 | Conferred with P. Trostle, S. McNally and others re avoidance analysis of Citigroup guaranty (1.3); reviewed and revised draft Report (1.4); participated in conference call with D. Murray and others re Citigroup avoidance analysis (.5). | 2,240.00 |
| 2/02/10 | PJT | 1.00 | Emails from A. Allen re ▓▓▓▓▓▓▓ ▓▓▓▓ (.3); email to ▓▓▓▓ re ▓▓▓ (.2); telephone conference from Citigroup's counsel re confidentiality issues re Citigroup documents (.1); emails to and from NY Fed re confidentiality issue re produced documents (.2); conference call with D. Murray and J. Epstein re avoidance analysis re JPMorgan and Citigroup (.2). | 750.00 |

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 2/02/10 | GRF | 10.20 | Completed inputting edits from A. Valukas and A. Borich into the Report section re liquidity (1.9); corresponded with C. Ward and M. Devine re redactions to SEC documents and proper citation protocol for certain NY Fed documents (.7); fixed typos in interview memoranda (.5); discussed citation protocol for cross-references in the Report with J. Malysiak, M. Groman, and S. McNally (.7); reviewed and provided edits to glossary appendix (.8); input line-edits from M. Groman into the Report section re liquidity (1.8); revised liquidity section per edits and comments from S. McNally and circulated revised section to P. Trostle (.8); participated in a conference call re proofreading sections of the Report with M. Devine, T. Winegar, S. McNally, E. Liebschutz, and others (.5); participated in follow-up conference call with S. McNally, T. Winegar, and E. Liebschutz re proofreading logistics (.2); began proofreading hard copies of the first half of the Report section re Lehman's interactions with the government (2.5). | 3,774.00 |
| 2/02/10 | SRM | 13.70 | Reviewed Lehman documents re September 9 Guaranty Amendment negotiations (2.8); reviewed ███████ ███████████████████ re draft Report (.7); drafted section re Citigroup Guaranty Amendment (3.1); edited Citigroup draft section re September 2008 cash transfers between Lehman entities (.6); reviewed Team 4 appendices re formatting errors during conversion of documents (.8); discussed Citigroup avoidance analysis with various members of Teams 2 and 4 (.6); reviewed interview memoranda re borrowing from NY Fed facilities (.6); telephone conference with J. Pimbley re Citigroup reasonably equivalent value analysis (.5); reviewed and drafted emails re Citigroup avoidance analysis (.6); reviewed chart of relevant people's names for accuracy and completeness (.2); reviewed avoidance section re reasonably equivalent value discussion (.6); participated in Team 4 conference call re avoidance analysis (.3); proofread and reviewed Government draft section (1.4); participated in conference call re proofreading Government section (.5); telephone conference with G. Folland and T. Winegar re dividing Government section for proofreading (.2); proofread Government section (.2). | 5,069.00 |

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/02/10 | TMW | 10.00 | Proofread Report section re summary of potential claims against secured lenders (.2); proofread Report section re Lehman's dealings with JPMorgan (2.0); proofread Report section re analysis of potential claims against JPMorgan (1.1); proofread Report section re Lehman's dealings with Citigroup (1.5); proofread Report section re analysis of potential claims against Citigroup (.2); proofread Report section re Lehman's dealings with HSBC (.7); proofread Report section re analysis of potential claims against HSBC (.9); proofread Report section re Lehman's dealings with Bank of America (.8); proofread Report section re Lehman's dealings with Bank of New York Mellon (.2); proofread Report section re Lehman's dealings with Standard Bank (.1); proofread Report section re Lehman's dealings with the FRBNY (1.2); reviewed documents re ISDA guaranty (1.1). | 3,700.00 |
| 2/02/10 | AGU | 1.20 | Reviewed revisions to FAS 157 section of Legal Appendix (.5); composed emails proposing further revisions to FAS 157 section of Legal Appendix (.7). | 480.00 |
| 2/03/10 | DRM | 2.70 | Discussed editing of avoidance/preference portion of Report with M. Lightner and A. Allen and reviewed drafts of same (.6); conference call with ███████ K. Jestin, C. Steege and A. Allen concerning ███████ (.6); met with C. Steege to discuss same (.1); read memorandum from M. Lightner re proposed changes in avoidance draft, including changes to address comments of A. Valukas (.5); read memorandum from S. McNally re concerns over use of Citigroup emails and possible redactions (.1); met with C. Steege to discuss further changes in Citigroup and JPMorgan avoidance action analyses (.2); memoranda to and from G. Folland re liquidity edits (.1); read memorandum from ███████ re ███████ re ███████ and discuss same with P. Trostle and A. Allen (.3); telephone conference with C. Steege re safe harbor issues (.1); read memorandum from A. Olejnik re comments on draft of Appendix 16-LBHI Solvency (.1). | 2,295.00 |

LAW OFFICES

Page 193

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/03/10 | CS | 10.00 | Reviewed and revised Citigroup Avoidance Analysis (2.0); reviewed and revised HSBC Avoidance Analysis (1.5); reviewed and revised Standard Bank Avoidance Analysis (1.2); reviewed and revised FRBNY Avoidance Analysis (.8); reviewed and revised JPMorgan headings and organization (1.5); reviewed and revised introduction to lender avoidance analysis (2.0); met second time with Examiner re avoidance analysis conclusions (.5); met with Examiner re avoidance analysis conclusions (.5). | 7,750.00 |
| 2/03/10 | MHM | 1.50 | Reviewed list of Citigroup entity claims and prepared spreadsheet of certain class of claims. | 412.50 |
| 2/03/10 | AJO | .30 | Conferred with C. Steege re inquiry re ███████████ ████████████████. | 153.00 |
| 2/03/10 | MXG | 10.60 | Reviewed Team 4 emails re avoidance section of Report (.3); proofread secured lenders section of Report (2.5); teleconference with C. Steege and A. Allen re avoidance section of Report (.4); conferred with J. Epstein re same (.2); emailed M. Basil re citation protocols (.5); proofread and revised Freddie Mac section of Report (1.0); researched Guaranteed Subsidiaries issue for avoidance section of report (1.0); reviewed J. Epstein edits to avoidance section (.5); reviewed avoidance of JPMorgan September Agreements section of Report (2.4); reviewed avoidance of JPMorgan August Agreements section of Report (1.8). | 5,194.00 |

LAW OFFICES

Page 194

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/03/10 | AC | 13.50 | Reviewed correspondence from J. Epstein and M. Groman re review of chronology (.2); corresponded and reviewed correspondence re JPMorgan redacted documents (.3); reviewed correspondence re internal cross references and uniform usage protocol in editing draft Examiner Report (.4); reviewed JPMorgan witness statements re financial state of Lehman in mid-September 2008 (.9); corresponded with J. Epstein re same (.2); proofread and revised Secured Lenders section of draft Examiner Report re JPMorgan duress claim (1.9);  proofread and revised Secured Lenders section of draft Examiner Report re JPMorgan breach of contract claim (1.5); proofread and revised Secured Lenders section of draft Examiner Report re Citibank (1.8); proofread and revised Secured Lenders section of draft Examiner Report re implied covenant of good faith and fair dealing (1.6); proofread and revised draft Appendix re knowledge of Lehman liquidity pool (1.4); proofread and revised Liquidity section of draft Examiner Report re Lehman liquidity pool tests and market reaction (1.6); proofread and revised Liquidity section of draft Examiner Report re use of Lehman securities posted to JPMorgan in Lehman liquidity pool (1.7). | 6,885.00 |
| 2/03/10 | KJ | 12.00 | Participated in telephone conference with ▮▮▮▮▮ and D. Murray and others re ▮▮▮▮▮ (.5); reviewed and revised summary in avoidance section (1.0); reviewed and revised ABP, Cash Disbursement, and Pledged Collateral Accounts analysis in avoidance section of draft Report (1.5); reviewed and revised JPMorgan avoidance analysis (2.5); reviewed and revised Citigroup avoidance analysis (2.5); reviewed and revised HSBC and FRBNY avoidance analysis (2.5); reviewed and revised avoidance analysis re Standard Bank, Bank of New York Mellon, Bank of America, and CME (1.5). | 8,400.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/03/10 | PJT | 1.60 | Reviewed notes from ███████████ interview (.2); office conference with K. Jestin re conference call with ███████████ to discuss ███████████ (.2); telephone conference from ███████████ re confidential documents (.1) email from S. McNally re Citigroup confidential documents and customer information concerns (.1); telephone conference from ███████████ re ███████████ (.1); emails to and from S. Prysak re Bank of New York documents cited in Report (.2); reviewed statement from ███████████ re ███████████ (.5); emails to D. Murray re colorable claim issues (.2). | 1,200.00 |
| 2/03/10 | SRM | 12.60 | Proofread Lender Section executive summary (1.4); proofread and edited footnotes in Liquidity Section to conform to J. Malysiak protocols (2.0); edited Lender Section re stress testing by NY Fed and internal Lehman stress tests (1.6); proofread and edited Lender section re Lehman's public liquidity pool statements (1.7); participated in conference call with ███████████ re ███████████ (.5); proofread Government section re interaction with government agencies (2.0); edited Government section to conform to J. Malysiak protocols (1.6); conferred with Team 4 associates re edits to Lender section and proofreading process (1.1); proofread appendix re Lehman collateral chart (.7). | 4,662.00 |
| 2/03/10 | TMW | 3.00 | Proofread Report section re summary of Lehman's liquidity pool (1.3); proofread Report sections re deposits included in Lehman's liquidity pool (1.7). | 1,110.00 |
| 2/03/10 | ASM | 6.30 | Reviewed Lender Claims section of Examiner's Report for cites to clawed back documents. | 1,008.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/03/10 | JKP | 11.00 | Prepared cite edit log for Fiduciary Duties section of Report to assist attorney cite-checking (2.0); proofread cite edit log for Fiduciary Duties section of Report to assist attorney cite-checking (.3); corresponded with A. Choudhury re request for clawback check of draft Report sections (.1); completed clawback check of Introduction and Fiduciary Duties sections of Report (1.8); completed clawback check of Valuation section of Report (1.9); met with A. Malson re clawback check of Lenders sections of Report (.2); completed clawback check of Survival and Repo 105 sections (2.0); completed clawback check of Liquidity Pool section (.7); completed clawback check of Government section (.5); completed clawback check of Barclays and Transfers sections (1.5). | 2,530.00 |
| 2/04/10 | DRM | .70 | Telephone conference with P. Trostle concerning further suggestions on avoidance action portion of Report (.1); memorandum from P. Trostle concerning response of Citigroup on issue of confidential documents and read letter from counsel to Citigroup concerning same (.2); read memorandum from P. Trostle re safe harbor citations (.2); read additional memorandum from P. Trostle on safe harbor cases (.2). | 595.00 |
| 2/04/10 | CS | 3.00 | Reviewed and revised JPMorgan Avoidance Analysis (1.0); reviewed and revised Citigroup Avoidance Analysis (.8); reviewed and revised Avoidance Analysis of HSBC, FRBNY, and Standard Bank (1.2). | 2,325.00 |
| 2/04/10 | MXG | 2.30 | Reviewed avoidance section of Report (2.2); reviewed glossary of Report (.1). | 1,127.00 |

Page 197

### JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/04/10 | AC | 8.80 | Proofread and revised Liquidity section of draft Examiner Report re Lehman agreements with JPMorgan (1.6); proofread and revised Liquidity section of draft Examiner Report re knowledge of Lehman officers on Liquidity pool (1.7); proofread and revised Liquidity section of draft Examiner Report re posting of deposits to Citibank and Bank of America (1.5); proofread and revised Liquidity section of draft Examiner Report re cumulative impact of clearing bank collateral and Lehman disclosures (1.9); reviewed and incorporated final cite-check edits to Secured Lender and Liquidity sections of draft Examiner Report (.6); reviewed correspondence and corresponded with Team 4 associates re same (.3); proofread and edited draft Glossary for terms related to JPMorgan (.8); conferred and corresponded with M. Basil and S. McNally re citation of Lehman earnings call (.2); conferred multiple times with M. Groman, G. Folland, and S. McNally re status of final proof and edits to Secured Lender section of draft Examiner Report (.2). | 4,488.00 |
| 2/04/10 | KJ | .90 | Reviewed edits to avoidance section. | 630.00 |
| 2/04/10 | PJT | 2.60 | Reviewed several late-produced documents re liquidity issues (.8); telephone conference with C. Hammerman re confidential Citigroup documents (.1); email to Team 1 re resolution of Citigroup confidentiality issues (.3); telephone conference from ███████████ re ██████ ███████████████ (.1); email to and from Team 1 re ████████████████████ (.2); analyzed $500 in Citigroup transfer issue and conference call with S. McNally and M. Groman re same (.3); emails to T. Winegar and K. Jestin re Bank of New York documents (.2); reviewed letter from NY Fed re confidentiality procedures (.1); reviewed letter from Citigroup re waiver of confidentiality except for one document concerning customer information (.1); email to Team 1 re resolution of NY Fed document confidentiality issues (.2); emails with C. Ward re bates number for redacted Citigroup document (.2). | 1,950.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/04/10 | SRM | 7.30 | Proofread Liquidity Pool section (1.9); edited footnotes in Liquidity Pool section to conform to J. Malysiak protocols (1.4); corrected appendix references per new appendix list (.4); conferred with Team 4 attorneys re proofreading and editing issues (.7); reviewed edit suggestions to Lender claims document (.3); reviewed citation correction list re Citigroup section corrections (.4); reviewed and proofread glossary appendix (1.8); reviewed Team 4 email correspondence re citation protocol and draft process (.4). | 2,701.00 |
|---|---|---|---|---|
| 2/04/10 | TMW | 4.30 | Proofread Report sections re disclosures of contents of Lehman's liquidity pool (2.0); proofread Report sections re rating agencies knowledge of contents of liquidity pool (.7); proofread Report sections re government regulators' awareness of contents of Lehman's liquidity pool (1.6). | 1,591.00 |
| 2/05/10 | DRM | .50 | Memoranda from C. Steege and J. Epstein re operation of September guarantee to JPMorgan and collateralization and conferred with C. Steege re same. | 425.00 |
| 2/05/10 | CS | 1.00 | Prepared email to J. Epstein re JPMorgan Report issue (.5); conferred with J. Epstein re Report issue (.5). | 775.00 |
| 2/05/10 | MXG | .20 | Reviewed emails re Report status (.1); conferred with G. Folland re same (.1). | 98.00 |
| 2/05/10 | PJT | 1.00 | Emails to and from J. Epstein re JPMorgan section of avoidance claim discussion (.3); reviewed file re confidentiality agreements with rating agencies (.5); reviewed emails re confidentiality of Bank of New York documents (.2). | 750.00 |
| 2/05/10 | TMW | 1.10 | Reviewed liquidity section of Report re final proofread. | 407.00 |
| 2/05/10 | ALD | 1.00 | Cite-checked Preferences and Avoidable Transfers section of Report. | 325.00 |
| 2/06/10 | DRM | .80 | Memoranda to and from P. Trostle, K. Jestin, M. Lightner, T. Winegar, A. Allen concerning correct conversion numbers in HSBC portion of avoidance action Report and reviewed and edited language of same. | 680.00 |
| 2/06/10 | TMW | .70 | Reviewed Report subsections re transfers to HSBC. | 259.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/08/10 | JE | .20 | Reviewed correspondence re new document production from JPMorgan. | 145.00 |
| 2/08/10 | KJ | .20 | Reviewed submission from HSBC counsel re confidentiality issues (.1); exchanged emails with T. Winegar re same (.1). | 140.00 |
| 2/08/10 | PJT | 1.60 | Answered questions from Team 4 associates re confidentiality issues involving sealed final Report (.8); reviewed emails from K. Jestin re HSBC's confidential documents (.3); reviewed protective order with HSBC (.5). | 1,200.00 |
| 2/09/10 | MXG | 1.00 | Organized files in accordance with emailed protocol. | 490.00 |
| 2/09/10 | AC | .50 | Drafted correspondence to J. Epstein re JPMorgan redacted documents (.3); corresponded with J. Epstein and C. Ward re documents produced by JPMorgan in response to SIPA trustee request (.2). | 255.00 |
| 2/09/10 | KJ | .90 | Conferred with T. Winegar re resolving confidentiality issues with HSBC and reviewed related documents (.5); emailed counsel to HSBC re confidentiality issues (.1); emailed R. Byman re status of HSBC confidentiality issues (.3). | 630.00 |
| 2/09/10 | PJT | 1.00 | Read emails from S. Cave, R. Byman and J. Epstein re JPMorgan documents and resolution of document confidentiality matters with SIPA trustee (.5); read emails from K. Jestin and J. Grant re HSBC document confidentiality (.4); read email from FSA re final Report (.1). | 750.00 |
| 2/09/10 | TMW | .80 | Telephone conference with K. Jestin re confidentiality designations (.6); drafted email to R. Byman re confidentiality designations (.1); sent documents to paraprofessional team for retention and filing (.1). | 296.00 |
| 2/10/10 | JE | .20 | Reviewed procedures re confidentiality of Report and emailed A. Choudhury re JPMorgan confidentiality issues. | 145.00 |
| 2/10/10 | KJ | .10 | Emailed counsel for PWC re confidentiality issues with LBIE documents. | 70.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/10/10 | PJT | .60 | Emails to R. Byman and G. Choyce re response to FSA question re final Report (.3); reviewed emails from K. Jestin re status of HSBC document confidentiality (.3). | 450.00 |
|---------|-----|-----|---|--------|
| 2/10/10 | TMW | 1.10 | Redacted documents from HSBC production to comply with protective orders. | 407.00 |
| 2/11/10 | KJ | 1.10 | Conferred with counsel for HSBC re confidentiality issues (.4); conferred with T. Winegar re proposed redactions to HSBC-produced documents (.2); reviewed proposed redactions on HSBC documents (.5). | 770.00 |
| 2/11/10 | TMW | 2.30 | Redacted documents to comply with protective orders. | 851.00 |
| 2/12/10 | KJ | .50 | Reviewed proposed redactions on HSBC documents. | 350.00 |
| 2/12/10 | PJT | .50 | Read emails from K. Jestin and J. Grant and related documents re confidentiality issues involving HSBC. | 375.00 |
| 2/12/10 | TMW | 1.60 | Archived Lehman work product. | 592.00 |
| 2/15/10 | PJT | 1.00 | Reviewed numerous HSBC documents re remaining confidentiality issues. | 750.00 |
| 2/15/10 | TMW | .30 | Emailed C. Ward and E. Flores re HSBC document production. | 111.00 |
| 2/16/10 | JE | .30 | Reviewed A. Choudhury draft email to JPMorgan re confidentiality issues and responded to same. | 217.50 |
| 2/16/10 | AC | .50 | Corresponded with C. Ward re JPMorgan redacted documents cited in Examiner Report (.2); reviewed chart of JPMorgan confidential information cited in draft Examiner Report (.3). | 255.00 |
| 2/16/10 | PJT | .90 | Reviewed protective order list re remaining confidentiality issues (.5); emails to and from D. Murray re confidentiality issues with government entities (.2); read letter from Fitch's counsel re confidentiality issues (.2). | 675.00 |
| 2/17/10 | JE | 1.70 | Analyzed files, binders, memoranda to determine non-duplicates to preserve and documents needed for confidentiality issues. | 1,232.50 |
| 2/17/10 | MXG | .30 | Reviewed and retrieved final witness interview outlines for case file. | 147.00 |

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/17/10 | AC | .50 | Conferred with J. Phillips, J. Epstein, and M. Groman multiple times re JPMorgan witness preparation materials (.2); gathered and reviewed JPMorgan witness interview preparation materials (.3). | 255.00 |
| 2/18/10 | AC | 5.70 | Reviewed documents produced on February 8 by JPMorgan in response to SIPA Trustee subpoena (3.2); drafted summary of review re same (.3); reviewed and analyzed use of JPMorgan highly confidential information from redacted documents in draft Examiner Report (1.8); drafted summary email re same (.4). | 2,907.00 |
| 2/18/10 | PJT | .80 | Read emails from S. Cave and R. Byman re SIPA documents and related confidentiality matters (.3); telephone conference with D. Gunton re confidentiality issues (.2); emails from K. Jestin re HSBC document confidentiality (.3). | 600.00 |
| 2/19/10 | JE | 1.20 | Reviewed A. Choudhury summary of newly produced JPMorgan documents and sent email to R. Byman and V. Lazar re same (.3); reviewed new letter from JPMorgan and emailed R. Byman re same (.2); continued review of files and notes for preservation (.7). | 870.00 |
| 2/19/10 | AC | 1.40 | Corresponded with J. Epstein re new set of redacted documents from JPMorgan (.2); conferred with M. Groman and E. Flores re use of redacted documents and highly confidential documents in Examiner Report (.3); reviewed and analyzed new set of redacted documents from JPMorgan (.6); drafted summary correspondence to J. Epstein re same (.3). | 714.00 |
| 2/19/10 | PJT | .50 | Reviewed email from JPMorgan re confidential documents and newly redacted documents. | 375.00 |
| 2/22/10 | PJT | .50 | Emails from Citigroup's counsel re treatment of confidential documents. | 375.00 |
| 2/23/10 | KJ | .40 | Conferred with T. Winegar re confidentiality issues re HSBC documents (.1); reviewed and revised email to HSBC counsel re confidentiality issues and emailed P. Trostle re same (.1); conferred via email with R. Byman re confidentiality issues and HSBC documents (.1); sent email to K. Coleman, counsel for HSBC, re confidentiality issues (.1). | 280.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/23/10 | PJT | 1.20 | Emails to and from P. Windle re S&P confidentiality issues (.2); reviewed status of confidentiality discussions with HSBC's counsel re documents cited in Report (.5); reviewed redacted FRBNY documents (.5). | 900.00 |
| 2/23/10 | TMW | 1.10 | Drafted internal summary of open issues re confidentiality. | 407.00 |
| 2/24/10 | KJ | .10 | Emailed counsel for HSBC re confidentiality issues. | 70.00 |
| 2/24/10 | PJT | 2.10 | Read FRBNY documents re confidentiality issues for documents cited in final Report (.7); telephone conference and email to G. Fail re question re Aurora assets (.2); read draft response to HSBC and related emails from K. Coleman re confidentiality of documents cited in Report (1.0); telephone conference with P. Windle re S&P document confidentiality (.2). | 1,575.00 |
| 2/24/10 | TMW | .20 | Emailed K. Jestin and C. Ward re redaction of documents. | 74.00 |
| 2/25/10 | DRM | 3.30 | Read motion to approve partial settlement with JPMorgan filed by Debtors, studied same and prepared memorandum to A. Valukas, et al. re impact of motion on Report (1.2); memoranda from R. Byman and J. Epstein re same (.2); telephone conference with A. Valukas re same (.1); read memoranda from R. Byman and J. Epstein re discussions with Wachtell concerning release of confidential documents and resolution of issues (.3); extensive revisions to pleadings re clarification of seal order and discussed same with A. Olejnik (1.0); reviewed prior orders and relevant precedent re same (.5). | 2,805.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 2/25/10 | JE | 3.00 | Analyzed all remaining confidentiality issues with JPMorgan and prepared summary and recommendation to R. Byman re same and email to C. Steege re one remaining issue (.8); conferred with A. Allen re remaining confidentiality issue and exchanged messages with A. Allen, A. Choudhury, C. Steege re same (.5); exchanged messages with C. Ward, A. Choudhury re resolution and action items from confidentiality designations (.4); prepared message to JPMorgan counsel re resolving remaining confidentiality issues (.3); reviewed JPMorgan new response on confidentiality issues and corresponded with R. Byman re same (.2); reviewed JPMorgan motion to approve partial settlement for potential impact on draft report (.6); conferred with J. Pimbley re comparing data in JPMorgan motion to numbers reflected in report (.2). | 2,175.00 |
| 2/25/10 | MXG | .10 | Emailed J. Epstein re background of document over which JPMorgan claimed confidentiality. | 49.00 |
| 2/25/10 | AC | 1.80 | Corresponded multiple times with J. Epstein, C. Steege, M. Groman and A. Allen re confidentiality of JPMorgan documents cited in Examiner Report (.6); conferred with A. Lees of Wachtell Lipton re confidential treatment of JPMorgan documents (.4); conferred with A. Allen re confidential treatment of JPMorgan collateral claim document (.3); reviewed JPMorgan documents cited in Examiner Report for confidential treatment (.5). | 918.00 |
| 2/25/10 | KJ | .20 | Conferred via email re confidentiality issues with team and counsel for HSBC. | 140.00 |
| 2/25/10 | PJT | 1.30 | Emails to R. Byman re FRBNY documents (.3); reviewed emails from J. Epstein and status of confidentiality documents involving JPMorgan (.5); emails from HSBC's counsel re confidentiality issues (.5). | 975.00 |
| 2/25/10 | AMA | 2.00 | Email correspondence with J. Epstein, C. Steege and A. Choudhury re confidentiality of JPMorgan document (.5); telephone conferences with J. Epstein, A. Choudhury and C. Ward re same (.5); reviewed final Report re same (1.0). | 740.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/26/10 | DRM | .40 | Memorandum to J. Epstein re JPMorgan partial settlement (.1); read memorandum from J. Leiwant and J. Epstein re same (.2); telephone conference with J. Epstein re same (.1). | 340.00 |
| 2/26/10 | JE | .50 | Reviewed email analysis from J. Pimbley on consistency of Debtors' motion to approve settlement with core facts in Examiner's Report and discussed same with D. Murray (.3); exchanged emails with M. Groman re facts in Debtors' motion re Lehman collateral (.2). | 362.50 |
| 2/26/10 | MXG | 1.10 | Reviewed motion re JPMorgan settlement (.8); emailed J. Epstein re same (.2); emailed C. Ward re same (.1). | 539.00 |
| | | 358.40 | PROFESSIONAL SERVICES | 188,884.50 |

MATTER TOTAL            $ 188,884.50        LESS DISCOUNT            -18,888.45

NET PROFESSIONAL SERVICES                    169,996.05

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

GENERAL BANKRUPTCY MATTERS & RESEARCH                    MATTER NUMBER -    10101

| 2/01/10 | KW | 1.50 | Gathered and organized court filings for attorney review. | 255.00 |
|---|---|---|---|---|
| 2/01/10 | HDM | .70 | Participated in logistics meeting with Team 1 (.5); discussed same with N. Conway (.1); contacted chambers re same (.1). | 402.50 |
| 2/01/10 | LSR | 7.80 | Researched ███████ ███████ (2.5); drafted summary re same (1.3); researched ███████ (1.0); researched ███████ (3.0). | 2,886.00 |
| 2/02/10 | DRM | .20 | Read memorandum from H. McArn re details of submission of Report to court chambers and discussed same with R. Byman. | 170.00 |
| 2/02/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/02/10 | AJO | 1.70 | Conferred with H. McArn re process for filing seal motion, Report under seal, notice of filing, and motion to unseal the Report (.4); drafted motion to file Report under seal, including list of parties with confidentiality agreements (1.3). | 867.00 |
| 2/02/10 | HDM | 3.40 | Communicated with Team 1 re production of Report and other logistical issues (1.9); communicated with A. Olejnik (.3) and N. Conway (1.0) re filing logistics; contacted clerk's office re same (.1); conferred with clerk's office re same (.1). | 1,955.00 |
| 2/03/10 | KW | 1.50 | Gathered and organized court filings for attorney review. | 255.00 |
| 2/03/10 | PJT | 1.90 | Reviewed bankruptcy safe harbor provisions and related case law (1.0); reviewed 2005 amendments re protected transaction definitions and legislative history (.9). | 1,425.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/03/10 | HDM | 4.00 | Worked with New York and Chicago paraprofessionals re filing including internal and external copies (1.0); notice parties and receipt by same (2.0) and timing of filing and discs re same (1.0). | 2,300.00 |
|---|---|---|---|---|
| 2/04/10 | RLB | 1.60 | Drafted motions to seal and unseal Report. | 1,360.00 |
| 2/04/10 | DRM | 1.40 | Conferred with R. Byman re procedures in filing Report (.2); memorandum from A. Valukas and R. Byman re confidentiality (.3); read A. Olejnik drafts of motion to seal and unseal report and discussed same with A. Olejnik (.9). | 1,190.00 |
| 2/04/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/04/10 | MHM | .30 | Reviewed docket and Epiq website for pleadings related to remand of case to determine settlement (.2); corresponded with A. Olejnik re same (.1). | 82.50 |
| 2/04/10 | AJO | 5.40 | Revised draft motion for filing Report under seal, including list of parties with confidentiality agreements (1.0); drafted motion to unseal Report (2.2); researched case law to support same (1.5); emailed R. Byman drafts of motions (.2); reviewed recent docket filings re relevance to Examiner's investigation (.1); emailed H. McArn re process of filing Report and accompanying motions with Court (.4). | 2,754.00 |
| 2/04/10 | PJT | 2.90 | Reviewed safe harbor cases and summarized same (2.4); reviewed NY AG complaint re Bank of America re liquidity issues (.5). | 2,175.00 |
| 2/04/10 | HDM | 2.80 | Attended to Team 1 logistics issues surrounding filing including form (1.7) and production (1.0); contacted chambers re filing (.1). | 1,610.00 |
| 2/05/10 | RLB | 1.80 | Drafted motions to seal and unseal Report. | 1,530.00 |
| 2/05/10 | DRM | 1.80 | Memorandum from R. Byman re preparation of motions related to filing, reviewed draft of same and conferred with R. Byman and A. Olejnik re same (.9); telephone conference with R. Byman re same (.1); conferred with R. Byman concerning procedures re Report (.8). | 1,530.00 |
| 2/05/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/05/10 | AJO | .70 | Emailed H. McArn re preparation of documents and labels for filing Report under seal (.1); reviewed R. Byman's revised draft seal motion and motion to establish procedures to unseal the Report (.4); read email from C. Ward re draft cover pages for filing Report under seal (.1); emailed C. Ward re same (.1). | 357.00 |
|---|---|---|---|---|
| 2/05/10 | PJT | 1.00 | Reviewed draft ex parte motion, proposed order and motion to unseal (.8); office conferences with H. McArn re same (.2). | 750.00 |
| 2/05/10 | EAF | 4.00 | Updated calendar on SharePoint with newly received hearing and objection deadline dates (.2); updated case file service list (3.8). | 640.00 |
| 2/06/10 | RLB | 1.50 | Drafted motions to seal and unseal Report. | 1,275.00 |
| 2/06/10 | DRM | 1.80 | Met with R. Byman, H. McArn, J. Malysiak, M. Basil, M. Devine, A. Olejnik, and C. Ward re motion to unseal report and procedure to be adopted re same, final editing and proofing of text and preparation of text for production (.8); reviewed draft of motions prepared by A. Olejnik and R. Byman concerning unsealing report and sealing it and discussed same with R. Byman and A. Olejnik (1.0). | 1,530.00 |
| 2/06/10 | AJO | 1.10 | Reviewed and commented on revised draft motion to file Report under seal (.3); reviewed and commented on revised draft motion to establish procedures to unseal Report (.5); emailed R. Byman re service list for motion to establish procedures to unseal Report (.3). | 561.00 |
| 2/06/10 | HDM | 2.60 | Discussed motions re sealing and unsealing with Team 1 (.6); revised and reviewed drafts of same (2.0). | 1,495.00 |
| 2/06/10 | EAF | .10 | Updated calendar on SharePoint with previously received hearing and objection deadline dates. | 16.00 |
| 2/07/10 | RLB | .90 | Drafted motions to seal and unseal Report. | 765.00 |
| 2/07/10 | DRM | .50 | Memoranda to and from R. Byman and A. Olejnik re preparation of motion to unseal report and review text of motions in draft form. | 425.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/07/10 | AJO | .80 | Read and commented on draft motion to file Report under seal, notice of filing, and motion to establish procedures to unseal the Report. | 408.00 |
|---|---|---|---|---|
| 2/08/10 | RLB | 1.40 | Reviewed and revised motions to seal and unseal Report. | 1,190.00 |
| 2/08/10 | DRM | 1.80 | Conferred with R. Byman and M. Devine re return of documents and organization of depository (.2); reviewed revised versions of motion to seal and motion to unseal and related pleadings and discussed same with R. Byman and A. Olejnik (.9); conferred with R. Byman, P. Trostle, and H. McArn re filing of Report under seal and mechanics of further filings (.2); reviewed docket sheet concerning sequence of filings and discussed same and actual electronic filing with A. Olejnik (.3); memoranda to and from R. Byman and discussed with R. Byman distribution of Report to Duff & Phelps and J&B (.2). | 1,530.00 |
| 2/08/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/08/10 | MHM | .70 | Prepared transmittal letter and word order for motion on unsealing procedures (.4); corresponded with Epiq re service of same along with notice of filing of Examiner's Report (.3). | 192.50 |
| 2/08/10 | AJO | 3.30 | Emailed H. McArn re filing of notice of filing Report and motion to establish procedures to unseal Report (.2); emailed R. Byman and H. McArn re edits to same and motion to file Report under seal (.4); reviewed and revised same (.6); conferred with M. Lightner re order allowing Examiner to file Report under seal (.1); conferred with D. Murray re finalization of Report, tables of contents, and volume cover pages (.3); emailed M. Matlock re preparation of service of notice of filing Report and motion to unseal Report (.2); conferred with M. Matlock re same and service list (.2); conferred with D. Murray and P. Trostle re filing Report under seal, notice of filing, and motion to unseal Report (.3); finalized and filed notice of filing Report under seal (.4); finalized and filed motion to establish procedures to unseal Report (.6). | 1,683.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 209

| 2/08/10 | PJT | 2.60 | Reviewed and revised cover letters to Court and form of ex parte order to file final Report under seal (.4); reviewed final Report before delivery to Court for filing under seal (.3); discussed with D. Murray, R. Byman and H. McArn procedures for filing final Report under seal (.4); discussed procedures for filing final Report under seal with Judge Peck's chambers and Court's Deputy Clerk (.3); reviewed form of motion and order for procedures to unseal final Report (.4); reviewed signed ex parte order and as-filed motion to establish procedures to unseal Report (.4); telephone conferences with Creditors' Committee counsel re filing final Report under seal (.2); conference call with R. Byman and D. Murray re procedures to unseal Report (.2). | 1,950.00 |
| 2/08/10 | HDM | 2.50 | Drafted cover letters re Report filing (1.0); reviewed Report disc production with M. Scholl and M. Lightner (.5); attended to delivery of sealing motion, order and Examiner's Report to Bankruptcy Court (.5); communicated re same to Team 1 (.5). | 1,437.50 |
| 2/08/10 | MAL | .70 | Reviewed motions to be filed with Court and provided comments re same. | 280.00 |
| 2/09/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/09/10 | AJO | .20 | Reviewed recent docket filings re relevance to Examiner's investigation (.1); emailed R. Byman re supplemental notice of motion to establish procedures to unseal Report (.1). | 102.00 |
| 2/09/10 | HDM | 1.20 | Reviewed correspondence re Examiner's Report and internal distribution re same (.4) and discussed same with paraprofessional team (.5); communicated re same with C. Ward (.3). | 690.00 |
| 2/10/10 | DRM | .30 | Read memorandum from A. Olejnik re appointment of members of Creditors' Committee (.1); read memoranda from R. Byman and A. Olejnik re service of various pleadings filed by Examiner (.2). | 255.00 |
| 2/10/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/10/10 | MHM | .20 | Reviewed and e-filed affidavit of service re motion to establish procedures and notice of filing of Examiner's Report. | 55.00 |

LAW OFFICES

### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/10/10 | AJO | .40 | Reviewed recent docket filings re amended appointment of Creditors' Committee (.1); emailed R. Byman and D. Murray re same (.1); emailed R. Byman re service of procedures motion on recently identified party and counsel (.2). | 204.00 |
| 2/11/10 | KW | 1.00 | Gathered and organized court filings for attorney review. | 170.00 |
| 2/12/10 | KW | .50 | Gathered and organized court filings for attorney review. | 85.00 |
| 2/12/10 | AJO | .20 | Reviewed recent docket filings re relevance to Examiner's investigation and emailed R. Byman and D. Murray re revised deadlines for Barclays litigation. | 102.00 |
| 2/15/10 | PJT | .30 | E-mails to and from S. Ascher and H. McArn re unsealing final report. | 225.00 |
| 2/16/10 | AJO | .20 | Conferred with D. Murray re interpretation of order permitting Examiner to file Report under seal. | 102.00 |
| 2/17/10 | MAL | 1.80 | Discussed with D. Murray and A. Olejnik so-ordered stipulations and procedure for approving such stipulations and redacted copies of the Examiner's Report (.5); discussed with D. Murray, A. Olejnik and H. McArn so-ordered stipulations and procedure for approving such stipulations and redacted copies of the Examiner's Report (.3); reviewed case management order and local rules re notice for stipulation re redacted copy of Examiner's Report (.6); reviewed letters to potential recipients of redacted copy of the Examiner's Report (.2); conferred with M. Hankin re order to show cause on redaction stipulation (.2). | 720.00 |
| 2/18/10 | KW | 2.00 | Gathered and organized court filings for attorney review. | 340.00 |
| 2/18/10 | HDM | 1.30 | Discussed motion and stipulation re redacted Report with Team 1 (.3); reviewed and revised draft pleadings re same (1.0). | 747.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 211

| 2/18/10 | MAL | 5.40 | Met with D. Murray, H. McArn and A. Olejnik (twice) re production of redacted version of Examiner Report (.5); drafted Order to Show Cause (1.4), declaration in support of order to show cause (1.0), motion to shorten time for production of redacted version (1.0), and stipulations between parties seeking redacted version of Examiner Report (1.0); made corrections to the pleadings based on comments from H. McArn and D. Murray (.5). | 2,160.00 |
| 2/18/10 | EAF | .50 | Updated calendar on SharePoint with newly received discovery deadlines and court hearing dates. | 80.00 |
| 2/19/10 | RLB | 1.00 | Reviewed and revised pleadings to allow transmission of redacted Report to government. | 850.00 |
| 2/19/10 | AJO | .30 | Conferred with P. Trostle re edits to stipulation with government re sharing redacted copy of Report (.2); conferred with D. Murray re same (.1). | 153.00 |
| 2/19/10 | PJT | 1.80 | Reviewed draft stipulation, declaration and motion re clarifying examination order (1.5); telephone conference with A. Olejnik re comments to stipulation and related documents (.3). | 1,350.00 |
| 2/19/10 | HDM | .30 | Reviewed revised pleadings re sealing order. | 172.50 |
| 2/19/10 | MAL | .40 | Emailed with D. Murray and P. Trostle re redacted version of Examiner Report. | 160.00 |
| 2/22/10 | HDM | 1.00 | Discussed and revised draft 9018 Motion. | 575.00 |
| 2/23/10 | HDM | .50 | Discussed and revised draft Motion to Clarify Orders. | 287.50 |
| 2/24/10 | HDM | .20 | Finalized Motion to Clarify Orders. | 115.00 |
| 2/24/10 | MAL | .30 | Reviewed motion to clarify and related documents. | 120.00 |
| 2/25/10 | RLB | 1.00 | Drafted motion to clarify orders re transmission of Report to government. | 850.00 |
| 2/25/10 | AJO | 1.30 | Commented on draft motion to clarify orders (.5); conferred with H. McArn re same (.2); updated order to show cause, supporting declaration and motion to clarify order (.3); emailed D. Murray and H. McArn re same (.2); emailed D. Murray re recently filed settlement between Debtors and JPMorgan (.1). | 663.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/25/10 | MAL | .30 | Emailed with H. McArn re motion to clarify. | 120.00 |
| 2/26/10 | AJO | .10 | Emailed D. Murray and H. McArn re timing of filing motion to clarify. | 51.00 |
| 2/26/10 | CRW | 1.20 | Reviewed docket for various motions, orders and related documents re upcoming unsealing hearing and objections re same (.5); updated docket tracking chart for week of February 19 through February 26 (.7). | 306.00 |
| | | 99.90 | PROFESSIONAL SERVICES | 52,062.50 |

MATTER TOTAL       $ 52,062.50      LESS DISCOUNT      -5,206.25

NET PROFESSIONAL SERVICES       46,856.25

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

COMMUNICATIONS & MEETINGS WITH PARTIES                 MATTER NUMBER -        10128
PARTIES IN INTEREST

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | RLB | .50 | Telephone conference with ▮▮▮▮ re ▮▮▮▮ and Repo 105 (.4); telephone conference with D. Adams re status of Report (.1). | 425.00 |
| 2/01/10 | DRM | .10 | Read letter of R. Byman to ▮▮▮ at ▮▮▮▮ re possible claims. | 85.00 |
| 2/01/10 | MRS | .60 | Prepared interview memoranda for review by B. Jonas of the U.S. Attorney's Office. | 162.00 |
| 2/02/10 | DRM | .50 | Read memoranda from J. Remer of FRBNY and response of R. Byman concerning confidentiality (.2); read memorandum from M. Devine re new claw back claim with respect to assertions of attorney client privilege by Weil Gotshal and R. Byman response thereto (.2); read memorandum from R. Byman re his conversation with G. Tsougarakis of Hughes, Hubbard re waiver of confidentiality by SIPA Trustee (.1). | 425.00 |
| 2/03/10 | MRS | .30 | Forwarded production CD received from Federal Reserve Bank of NY to L. Manheimer for uploading and transmitted production letter to team (.4); reviewed and replied to emails from S. Binger of the SEC re interview memoranda requested (.3). | 81.00 |
| 2/04/10 | RLB | 1.90 | Telephone conference with ▮▮▮▮ re ▮▮▮▮ (.4); telephone conference with ▮▮▮▮ re ▮▮▮▮ (.2); telephone conference with ▮▮▮▮ re ▮▮▮▮ (.3); telephone conference with ▮▮▮▮ re ▮▮▮▮ (.3); telephone conference with ▮▮▮▮ re ▮▮▮▮ (.4); telephone conference with ▮▮▮▮ re ▮▮▮▮ (.3). | 1,615.00 |
| 2/04/10 | MRS | .50 | Forwarded production CD received from Federal Reserve Bank of New York to L. Manheimer for uploading and transmitted production letter to team (.4); assembled interview memoranda for review by B. Jonas of U.S. Attorney's Office and S. Binger of the SEC (.5). | 135.00 |
| 2/08/10 | DRM | .40 | Memoranda to and from R. Byman and A. Pfeiffer re document databases cited in Report and process of clearing confidentiality concerns with Barclays (.2); discussed process of clearing confidentiality issues with R. Byman (.2). | 340.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/08/10 | CRW | 1.00 | Prepared and sent notice of filing letters for colorable claims witnesses. | 255.00 |
|---|---|---|---|---|
| 2/09/10 | RLB | .20 | Telephone conference with D. Adams re Report logistics. | 170.00 |
| 2/09/10 | DRM | .70 | Memorandum from R. Byman concerning request for assistance from SIPA Trustee (.1); memoranda from R. Byman and A. Pfeiffer re working out datasets for further discussions with Barclays (.2); telephone conference with R. Byman re confidentiality issues and memorandum from R. Byman re same (.3); read memorandum from S. Prysak to R. Byman re same (.1). | 595.00 |
| 2/09/10 | MRD | .80 | Drafted correspondence to the SEC re Repo 105 documents. | 408.00 |
| 2/09/10 | CRW | .50 | Began preparing electronic copies of documents to be delivered to third parties re confidentiality resolution. | 127.50 |
| 2/10/10 | DRM | .40 | Read memoranda from V. Lazar and R. Byman re unsealing procedure and discussed with V. Lazar related confidentiality issues and his discussions with counsel for CME. | 340.00 |
| 2/11/10 | RLB | .70 | Telephone conferences with J. Remer and J.D. Barnea re Report access. | 595.00 |
| 2/12/10 | DRM | .60 | Met with A. Valukas re his conversation with D. Adams and telephone conference with A. Valukas and D. Massie re cooperation with Government (.3); telephone conference with R. Byman re follow-up to D. Massie conversation and memorandum to R. Byman and A. Valukas re same (.3). | 510.00 |
| 2/12/10 | CRW | 5.90 | Prepared correspondence re cited documents for distribution to third parties to release confidentiality designations (2.1); performed quality controls on media to be sent to third parties (1.4); prepared final media of cited documents to be distributed to third parties for release of confidentiality designations (2.4). | 1,504.50 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 2/14/10 | CRW | 9.00 | Began to redact volume 2 final report for Ernst & Young and Barclays material before distribution to government (2.0); reviewed volume 3 and redacted portions involving parties not providing government confidentiality waiver (1.5); conferred with M. Devine and R. Byman re redaction of appendices for government distribution (.5); performed redactions of JPMorgan, Federal Reserve Bank of New York and HSBC material with volume 4 for distribution to government (2.5); reviewed volume 5 for portions relating to Barclays that needed redaction, before submission to government (2.5). | 2,295.00 |
| 2/15/10 | RLB | 1.70 | Reviewed redacted Report for government (1.4); drafted transmittal correspondence re same (.3). | 1,445.00 |
| 2/15/10 | MRD | 1.60 | Prepared Repo 105 materials for transmission to SEC (.8); drafted cover letter to J. Polkes enclosing Repo 105 materials (.8). | 816.00 |
| 2/15/10 | CRW | 7.00 | Redacted Volumes 1 and 2 of Examiner's Report in preparation for delivery to government (2.1); reviewed correspondence sent to third parties re document citations to ensure accuracy of cites listed in same (.5); performed further redactions of Repo 105 section of Examiner's Report (2.0); confirmed delivery of documents sent to third parties for confidentiality release (.2); completed redactions of final two sections of Examiner's Report to be sent to government (2.2). | 1,785.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 216

| 2/16/10 | DRM | 1.50 | Telephone conference with W. Sugbey of Alston & Byrd representing Bank creditor re inquiry on hearing to unseal Report (.1); memoranda from R. Byman and C. Ward re communications with parties in interest re resolution of protective order issues (.2); read draft letter of R. Byman to D. Massie and S. Binger re Report and memorandum to R. Byman re same (.2); telephone conference with R. Byman re next steps vis-à-vis Government request to review Report with redactions (.1); telephone conferences with C. Ward re same (.3); telephone conference with H. McArn re meaning of order of Court permitting filing of Report under seal (.2); office conference with A. Valukas re Court order on sealing and follow-up with A. Olejnik re same (.3); memorandum from H. McArn and to R. Byman re discussion with Court's clerk re scheduling (.1). | 1,275.00 |
| 2/16/10 | HDM | .50 | Discussed government cooperation issues with Team 1 leaders (.4); discussed same with chambers (.1). | 287.50 |
| 2/16/10 | CRW | 6.50 | Coordinated logistics of delivery of redacted versions of final report to government agencies (.6); drafted correspondence to government agencies re redacted versions of final report for review by R. Byman (1.4); reviewed and filed daily correspondence from Federal Reserve Bank of New York, Office of Thrift Supervisions and Debtor's counsel re documents cited in final report (.5); determined which documents sent to Federal Reserve Bank of New York were newly cited and which had been previously cited, then reported to M. Devine (1.1); pulled footnote cites and page numbers for Office of Thrift Supervisions documents cited in final report (.9); determined footnote, report section, and page numbers of documents cited, and were provided by Debtors (2.0). | 1,657.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 217

| | | | | |
|---|---|---|---|---|
| 2/17/10 | DRM | 1.20 | Telephone conference with H. McArn re approach to be taken vis-à-vis request of Government to view redacted version of Report (.1); brief office conference with A. Valukas re same (.1); telephone conference with H. McArn and R. Byman re follow-up to discussion with A. Valukas (.2); conferred with H. McArn and M. Lightner re form of motion to J. Peck re possible review of redacted version of Report by U.S. Attorney for the Southern District of New York and SEC counsel (.2); conferred with A. Olejnik and M. Lightner re preparation of motion to permit access to Report by Government (.5); telephone conference with H. McArn and M. Lightner re mechanics of motion (.1). | 1,020.00 |
| 2/17/10 | AJO | .70 | Conferred with D. Murray and H. McArn re sharing Report with government (.2); conferred with D. Murray and M. Lightner re sharing Report with government (.5). | 357.00 |
| 2/17/10 | HDM | 1.40 | Communicated with chambers re Report sharing (.1); communicated with Team 1 re drafting of same (1.3). | 805.00 |
| 2/18/10 | RLB | .50 | Corresponded with S. Shuler (SEC) re Repo 105 documents. | 425.00 |
| 2/18/10 | DRM | 2.00 | Memoranda to and from E. Flores re chart on confidentiality waivers (.2); memoranda to and from A. Valukas, R. Byman re inquiry of U.S. Attorney's office (.3); memoranda to and from R. Byman and M. Lightner re preparation of motion and stipulation to allow Government access to materials and revised motion draft (1.0); telephone conferences with R. Byman, H. McArn and M. Lightner re same (.5). | 1,700.00 |
| 2/18/10 | VEL | .20 | Reviewed joint statement of reservation of rights of Bank of Tokyo, Mitsubishi and Lloyds TSB re confidentiality issues re data. | 150.00 |
| 2/18/10 | AJO | .30 | Conferred with D. Murray, M. Lightner, and H. McArn re process for sharing copy of Report with government. | 153.00 |
| 2/19/10 | RLB | 2.00 | Telephone conference with D. Gross re NY Fed redactions (.3); reviewed redacted Report for government (1.1); correspondence re redacted Report (.6). | 1,700.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/19/10 | DRM | 4.00 | Memoranda to and from R. Byman, P. Trostle, H. McArn and M. Lightner re draft of motion to permit governmental access to Report (.8); telephone conferences with R. Byman and H. McArn re same and office conference with A. Olejnik re P. Trostle's comments on same (.7); revised draft of motions, stipulations and order and prepared stipulation for U.S. Attorney's office (1.5); further revisions to draft documents to incorporate comments of P. Trostle, R. Byman and H. McArn (.8); read letters to Government and SEC from R. Byman re same (.2). | 3,400.00 |
| 2/22/10 | RLB | .50 | Telephone conferences with D. Massey and B. Jonas re draft Report access. | 425.00 |
| 2/22/10 | DRM | .50 | Read P. Trostle memorandum re letter from Citigroup on proposed redactions (.1); read memorandum from C. Ward re status of consents on use of confidential documents (.1); telephone conferences with R. Byman and H. McArn re request of Government concerning access to Report and possible resolution of same (.3). | 425.00 |
| 2/22/10 | JE | 1.00 | Reviewed messages re confidentiality issues (.3); continued review of notebooks and notes for preservation (.7). | 725.00 |
| 2/22/10 | VEL | .20 | Reviewed email from L. Dunsky, CME, re position on confidential documents and email to R. Byman re same. | 150.00 |
| 2/22/10 | CRW | 2.00 | Reviewed third party correspondence re waiver status for documents cited in final report (.5); composed chart to track all waiver status releases of third parties and submitted to R. Byman for review (1.5). | 510.00 |
| 2/23/10 | DRM | .20 | Telephone conference with R. Byman re status of government request to access Report and memoranda to and from H. McArn re same. | 170.00 |
| 2/23/10 | VEL | .50 | Reviewed R. Byman letter to L. Dunsky, responded to email, and telephone conference with R. Byman re CME confidentiality position and recommendation for Examiner. | 375.00 |

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 2/23/10 | CRW | 4.90 | Determined which documents were incorrectly sent to SEC, but not originally produced by SEC, then reported to R. Byman (1.1); responded to emails re documents cited by CME Group, Barclays and JPMorgan and communications involving same (.4); determined which documents cited in report, overlapped in notifications to third parties and SEC, then reported to R. Byman re same (2.0); pulled documents cited in final Report, and sent to Bank of America, SEC, Citigroup and Jones Day for R. Byman to reference in calls with said parties (1.4). | 1,249.50 |
| 2/24/10 | DRM | 1.20 | Reviewed motion to clarify draft prepared by R. Byman and made initial modifications (.5); telephone conferences with H. McArn and M. Lightner re same (.4); telephone conferences with R. Byman re same (.3). | 1,020.00 |
| 2/24/10 | VEL | .40 | Office conference with D. Layden re review of JPMorgan settlement with estate (.2); telephone conference with R. Byman re contested confidentiality designation by CME (.2). | 300.00 |
| 2/24/10 | CRW | 4.50 | Conferred with R. Byman and M. Devine re procedures for unsealing documents and obtaining remaining waivers of confidentiality from third parties (.5); responded to emails re documents cited by Citigroup, Debtors, HSBC and Ernst & Young and communications involving same (.6); reviewed SIPA Trustee's release and waiver of confidentiality correspondence, and pulled documents cited in same (1.3); updated third party confidentiality waiver chart with responses from Debtors, Ernst & Young and Bank of America (.5); reviewed Ernst & Young response to release of confidentiality, and redacted specific documents cited within same (1.6). | 1,147.50 |
| 2/25/10 | DRM | .80 | Telephone conferences with R. Byman re authority for motion to clarify and revisions to same (.3); telephone conferences with H. McArn and M. Lightner re same (.5). | 680.00 |

LAW OFFICES                                                Page 220

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/25/10 | CRW | 4.50 | Redacted ABN-AMRO documents cited in Report, per instruction of counsel for same (1.3); responded to emails re documents cited by Citigroup, Barclays, HSBC and JPMorgan and communications involving same (.5); reviewed HSBC release and waiver of confidentiality correspondence, then redacted specific documents cited in same (2.2); updated third party confidentiality waiver chart with responses form ABN-AMRO, HSBC, Ernst & Young, Tishman Speyer and SIPA Trustee (.5). | 1,147.50 |
| 2/26/10 | DRM | .50 | Memoranda to and from H. McArn, A. Olejnik and M. Lightner re filing of motion to clarify and office conference with A. Olejnik re same. | 425.00 |
| 2/26/10 | CRW | 3.30 | Responded to emails re documents cited by Federal Reserve Board, Federal Reserve Bank of New York, Debtors, Ernst & Young and Lazard (.6); reviewed Ernst & Young and Federal Reserve Bank of New York release and waiver of confidentiality correspondence, and ensured all documents cited were accounted for in same (2.0); updated third party confidentiality waiver chart with responses form Federal Reserve Board, Federal Reserve Bank of New York, Debtors, Ernst & Young and Lazard (.7). | 841.50 |
| 2/27/10 | DCL | .30 | Reviewed R. Byman email re confidentiality issues (.1); emailed R. Byman and TSG re confidentiality issues (.1); emailed J. Stern re same (.1). | 180.00 |
| 2/28/10 | CRW | 1.50 | Responded to emails re documents cited by Federal Reserve Bank of New York, Debtors, and Lazard (.5); reviewed Lazard and Federal Reserve Bank of New York release and waiver of confidentiality correspondence, and ensured all documents cited were accounted for in same (.5); updated third party confidentiality waiver chart with responses form Federal Reserve Bank of New York, Debtors, and Lazard (.5). | 382.50 |
| | | 82.50 | PROFESSIONAL SERVICES | 37,197.50 |

MATTER TOTAL                    $ 37,197.50        LESS DISCOUNT                    -3,719.75

NET PROFESSIONAL SERVICES                    33,477.75

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

NONWORKING TRAVEL TIME                                    MATTER NUMBER -      10136

| | | | | |
|---|---|---|---|---|
| 2/08/10 | PJT | .70 | Non-working travel to and from Bankruptcy Court to deliver final Report and ex parte motion to Judge Peck. | 525.00 |
| 2/08/10 | HDM | .70 | Non-working travel to and from Bankruptcy Court to deliver Report under seal. | 402.50 |
| 2/11/10 | SRM | 5.30 | Non-working travel time during return from New York to Chicago following Report drafting. | 1,961.00 |
| | | 6.70 | PROFESSIONAL SERVICES | 2,888.50 |

MATTER TOTAL            $ 2,888.50     LESS DISCOUNT                -288.85

       NET PROFESSIONAL SERVICES              2,599.65

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

DOCUMENT MANAGEMENT AND REVIEW                          MATTER NUMBER -     10144

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | RLB | 2.70 | Reviewed document review status (.4); reviewed document Appendix (.5); corresponded re clawback documents (.4); reviewed SEC documents (.2); reviewed documents selected by new reviewers (1.2). | 2,295.00 |
| 2/01/10 | DRM | .20 | Memoranda from R. Byman, C. Meservy and M. Devine re assertion of attorney-client privilege by Debtors' counsel and Examiners' response thereto (.1); read memorandum from R. Byman to J. Polkes of Weil Gotshal re assertions of attorney-client privilege and response thereto (.1). | 170.00 |
| 2/01/10 | SAT | 4.50 | Worked on issues re review of recently produced documents (.3); email with A. Righi, staffing agency, R. Byman and others re recently produced documents (.4); edited and revised Appendix to Report (1.9); reviewed and edited exhibits re Appendix to Report (1.1); conferred with R. Byman, M. Devine, A. Righi and M. Basil re exhibits (.5); reviewed email re Report drafting (.3). | 2,587.50 |
| 2/01/10 | ATS | 4.50 | Reviewed emails produced by Debtors, including emails of ▮▮▮▮ and ▮▮ (1.8); reviewed emails produced by Debtors, including emails of ▮▮▮▮ ▮▮▮▮ (1.9); reviewed emails of ▮▮▮▮ produced by Debtors (.8). | 2,002.50 |
| 2/01/10 | BPW | 5.30 | Reviewed emails produced by Debtors, including emails from ▮▮▮▮ (1.9); reviewed emails produced by Debtors re ▮▮▮▮ (1.6); reviewed emails and attachments of Lehman personnel produced by Debtors, including ▮▮▮▮ (1.8). | 2,358.50 |
| 2/01/10 | DIW | 2.40 | Participated in emergency review of emails produced by Debtors, including for example emails related to ▮▮▮▮ ▮▮▮▮ (1.2); participated in emergency document review of documents produced by Debtors, including ▮▮▮▮ ▮▮ (1.2). | 1,176.00 |

LAW OFFICES
### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/01/10 | ALB | 11.00 | Checked citations for portions of the Report, including citations to Delaware cases (1.9); researched secondary sources cited in the Report, including sources addressing the Delaware Law of Corporations and Business Organizations (1.8); reviewed ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.6); reviewed various emails and corresponding attachments produced by Debtors re ▮▮ ▮▮▮▮▮▮ (1.9); read multiple emails produced by Debtors from ▮▮▮▮▮ ▮▮▮▮▮▮ (1.9); read multiple emails produced by Debtors from ▮▮▮▮▮ ▮▮▮▮▮▮ (1.9). | 3,575.00 |
| 2/01/10 | CPB | 1.60 | Reviewed emails produced by Debtors, including emails of ▮▮▮▮▮▮ (.4); read ▮▮▮▮▮▮ (1.2). | 520.00 |
| 2/01/10 | SRB | 3.30 | Reviewed email produced by Debtors, including ▮▮▮▮▮▮ (.9); reviewed emails and attachments produced by Debtors on subjects including ▮▮▮▮▮▮ (.7); reviewed email correspondence produced by Debtors, including emails covering ▮▮▮▮▮▮ (.8); reviewed email produced by Debtors, including email related to ▮▮▮▮▮▮ (.9). | 1,221.00 |
| 2/01/10 | AMC | 7.00 | Read ▮▮▮▮▮▮, as well as correspondence from ▮▮▮▮▮▮ produced by Debtors (1.5); read emails produced by Debtors from ▮▮▮▮▮▮ (1.5); read messages produced by Debtors from ▮▮▮▮▮ (.8); read messages produced by Debtors from ▮▮▮▮▮▮ (1.2); read messages produced by Debtors from ▮▮▮▮▮▮ (1.5); finished emergency document review with emails from ▮▮▮▮▮▮ (.5). | 2,275.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | EKC | 3.00 | Reviewed emails produced by Debtors, including emails of ███████████████████████ (1.6); read emails, attachments, and other correspondence produced by Debtors relating to ████████████████████████████████ (1.4). | 1,110.00 |
|---|---|---|---|---|
| 2/01/10 | JRD | 4.10 | Conducted document review of ██████████████ ███████████ produced by Debtors (1.5); conducted document review of ██████████████████████ █████ produced by Debtors (1.9); conducted document review of ██████████████████████████ █████████ produced by Debtors (.7). | 1,332.50 |
| 2/01/10 | GJE | 1.60 | Analyzed and tagged Lehman emails and documents from September 2008 produced by Debtors, including emails to/from ████████████████████████. | 520.00 |
| 2/01/10 | SEH | 2.00 | Finalized cite-checking of spreadsheets in Archstone Report (1.8); email correspondence with W. Chen re same (.2). | 650.00 |
| 2/01/10 | DEH | 3.10 | Prepared materials and summary of Lehman officer's email produced by Debtors re ████████████ (.3); reviewed ████████ emails produced by Debtors from ██████████████████████ (1.7); reviewed emails produced by Debtors from ██████████████████ (.4); reviewed ███████████ emails produced by Debtors re ████████████ (.4); reviewed ████████ emails produced by Debtors re ████████████ports (.3). | 1,007.50 |
| 2/01/10 | PSJ | 9.90 | Read and sent emails re document review (.2); reviewed emails produced by Debtors from various Lehman employees including ████████████████████ ████████ (1.6); reviewed ████████████ produced by Debtors from ██████████████████ (1.9); reviewed emails produced by Debtors re ██████████████ (1.7); reviewed ███████████ updates produced by Debtors (1.9); reviewed emails produced by Debtors ███████████████ (1.4); reviewed updates produced by Debtors from ██████████████████ ██████████ (1.2). | 3,217.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | MAK | 5.80 | Reviewed emails produced by Debtors, including re ███ (1.5); reviewed emails produced by Debtors, including of ███ (1.8); reviewed emails produced by Debtors, including ███ (1.3); reviewed emails produced by Debtors from ███ (1.2). | 1,885.00 |
| 2/01/10 | AJM | 5.60 | Reviewed emails produced by Debtors, including emails of ███ (1.7); reviewed emails produced by Debtors related to ███ (.4); reviewed emails produced by Debtors from ███ (1.8); read emails produced by Debtors re ███ (1.7). | 1,820.00 |
| 2/01/10 | BMP | 7.90 | Reviewed documents produced by Debtors, including emails and documents of ███ (1.5); reviewed emails produced by Debtors, including emails of ███ (2.2); reviewed emails produced by Debtors, including emails of ███ (.8); reviewed documents produced by Debtors re ███ (1.8); reviewed documents produced by Debtors from ███ (1.6). | 2,567.50 |
| 2/01/10 | LBD | 8.70 | Reviewed emails and related documents produced by Debtors re ███ (1.7); read emails produced by Debtors, including emails of ███ (1.9); reviewed ███ produced by Debtors re various clients (1.9); read emails and other correspondence produced by Debtors re ███ (1.5); reviewed emails produced by Debtors re ███ (1.7). | 2,044.50 |
| 2/01/10 | EAF | .50 | Obtained requested news articles from internet and uploaded to public domain on SharePoint. | 80.00 |

LAW OFFICES                                                    Page 226
### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/01/10 | ALR | 3.30 | Prepared document assignments in Stratify for associate reviewers (.7); conferred with associates re questions re tagging and documents review (1.4); conferred with Stratify re questions relating to document review and password protected documents (.5); conferred with M. Basil and M. Devine re status of document review (.7). | 841.50 |
| 2/01/10 | CSM | .20 | Pulled key documents from Stratify for T. Clements. | 46.00 |
| 2/01/10 | LIM | 6.30 | Coordinated with data team bates numbering of documents cited in Examiner's Report (2.0); searched and located documents for case team (4.3). | 1,732.50 |
| 2/01/10 | KZL | 3.00 | Prepared data for loading into Case Logistix review platform. | 825.00 |
| 2/01/10 | ZM | 5.40 | Prepared volumes to load into Case Logistix (2.7); performed quality checks on same volumes (.7); coordinated with L. Manheimer re status of same loads and next priority loads (.5); continued to prepare documents for production (1.5). | 1,485.00 |
| 2/02/10 | DRM | .30 | Read memoranda from R. Byman, C. Ward re additional documents added by Debtors' counsel to Stratify system and analysis of same (.2); read memorandum from M. Devine to team leaders re claw back requests made by Debtors' counsel (.1). | 255.00 |
| 2/02/10 | SAT | 4.70 | Edited and revised Appendix to Report (1.9); reviewed and revised exhibits to Appendix (1.6); conferred with R. Byman, C. Ward, M. Devine, and A. Righi re exhibits to Appendix (.5); worked on issues and assignments re recently produced documents (.4); reviewed emails re Report drafting (.3). | 2,702.50 |
| 2/02/10 | RLL | 1.30 | Edited and proofed privilege log chart (1.0); added entries from second section of Volume 12 (.3). | 578.50 |
| 2/02/10 | ATS | 5.20 | Reviewed emails produced by Debtors, including emails of ███████████████████ (1.9); reviewed ███████████████ produced by Debtors (1.5); reviewed emails produced by Debtors, including emails of ████████████████ (1.8). | 2,314.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 227

| | | | | |
|---|---|---|---|---|
| 2/02/10 | BPW | 8.90 | Reviewed emails produced by Debtors, including emails from ▇▇▇▇ (1.8); reviewed emails produced by Debtors, including ▇▇▇▇▇▇ (1.7); reviewed emails from Lehman personnel, including from ▇ ▇▇▇▇▇▇ (1.7); reviewed emails produced by Debtors from ▇▇▇▇▇ (1.9); reviewed emails produced by Debtors from ▇▇▇▇▇▇ (1.8). | 3,960.50 |
| 2/02/10 | DXS | 1.30 | Reviewed email produced by Debtors, including emails related to ▇▇▇▇▇▇ (.8); reviewed email produced by Debtors, including email related ▇▇▇▇ (.5). | 520.00 |
| 2/02/10 | DIW | 2.60 | Participated further in emergency document review of documents produced by Debtors, including review of ▇▇▇▇▇▇▇▇▇. | 1,274.00 |
| 2/02/10 | PPC | 3.00 | Reviewed emails produced by Debtors re ▇▇▇▇▇ (1.9); reviewed emails produced by Debtors re ▇▇ (1.1). | 975.00 |
| 2/02/10 | PSJ | 9.20 | Read and sent emails re document review (.1); reviewed emails re ▇▇▇▇▇ (.6); reviewed emails produced by Debtors from various Lehman employees including ▇ ▇▇▇▇▇▇ (1.1); reviewed emails and documents produced by Debtors, including projects re ▇▇▇▇▇▇▇ (1.9); reviewed emails produced by Debtors re ▇▇▇▇▇▇▇▇ (1.5); reviewed emails produced by Debtors re ▇▇▇▇▇▇ otices (.4); reviewed email market updates produced by Debtors from ▇▇▇▇▇▇ (.5); reviewed documents and spreadsheets produced by Debtors re ▇▇▇▇▇▇▇ (1.9); reviewed emails produced by Debtors re ▇▇▇▇▇▇ (1.2). | 2,990.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/02/10 | LBD | 8.70 | Read emails and related documents produced by Debtors re ████████████ (1.9); reviewed powerpoint presentations produced by Debtors relating to ████ ██████████████ (1.7); read emails and other correspondence produced by Debtors re ██████ ██████ (1.7); reviewed emails produced by Debtors, including emails of ████████████ (1.5); read emails produced by Debtors re ████████████ (1.9). | 2,044.50 |
| 2/02/10 | ALR | 2.20 | Prepared document assignments in Stratify for associate reviewers (.9); conferred with associates re questions re tagging and documents review (1.3). | 561.00 |
| 2/02/10 | LIM | 8.60 | Coordinated with data team bates numbering of documents cited in Examiner's Report (3.3); searched and located documents re same for case team (5.3). | 2,365.00 |
| 2/02/10 | KZL | 2.00 | Prepared data for loading into Case Logistix review platform. | 550.00 |
| 2/02/10 | ZM | 7.00 | Continued converting documents to tiff format (1.5); prepared volumes to load into Case Logistix (2.5); started to load same into Case Logistix (2.0); performed quality checks on same volumes (1.0). | 1,925.00 |
| 2/03/10 | SAT | 1.50 | Worked on issues re newly produced documents (.3); email with A. Righi, R. Byman, and M. Basil re newly produced documents (.4); worked on issues re Appendix to Report (.2); email with R. Lewis, M. Devine, and A. Righi re Appendix (.3); reviewed email re Report (.3). | 862.50 |
| 2/03/10 | ATS | 1.80 | Reviewed emails produced by Debtors, including emails of ████████████ (1.5); discussed ████████ email with M. Devine (.3). | 801.00 |
| 2/03/10 | BPW | 6.30 | Reviewed emails produced by Debtors, including emails from ████████ (1.7); reviewed emails produced by Debtors, including emails from ████████ (1.5); reviewed emails from Lehman personnel produced by Debtors, including from ██████ (1.8); reviewed emails produced by Debtors from ██████ (1.3). | 2,803.50 |
| 2/03/10 | DIW | 1.70 | Participated further in emergency document review of documents produced by Debtors, including for example review of ████████████. | 833.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350



| 2/03/10 | ALB | 9.50 | Reviewed various documents produced by Debtors, including ████ (1.9); reviewed list documents produced by Debtors, including ████ (1.4); read various emails produced by Debtors, including those from ████ (1.2); reviewed ████ produced by Debtors (.8); read correspondence from ████ (1.8); reviewed PowerPoint covering ████ (1.8); reviewed draft letter to client addressing ████ (.6). | 3,087.50 |
| 2/03/10 | DEH | 3.50 | Reviewed status of clawback revisions from privilege log in final Report (1.9); reviewed status of clawback revisions from JPMorgan and Barclays productions in final Report (1.6). | 1,137.50 |
| 2/03/10 | MAK | 7.80 | Reviewed emails including re ████ e (1.7); reviewed emails produced by Debtors, including re ████ (1.1); reviewed emails produced by Debtors, including re ████ (1.9); reviewed emails produced by Debtors, including of ████ (1.8); reviewed emails including re ████ (1.3). | 2,535.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/03/10 | BMP | 8.10 | Read emails produced by Debtors of P. Tonucci and due diligence documents related to proposed Lehman transactions (2.1); read emails produced by Debtors from ███████████████ (1.9); read emails produced by Debtors from ████████████████ (1.7); read emails produced by Debtors from ████████ (1.3); read emails and attached documents produced by Debtors from █████████████ (1.1). | 2,632.50 |
| 2/03/10 | MRS | .40 | Forwarded production CD received from Federal Reserve Bank of New York to L. Manheimer for uploading and transmitted production letter to team. | 108.00 |
| 2/03/10 | ALR | 1.70 | Conferred with M. Devine re associate review in Stratify (.3); answered questions posed by associates re review and tagging in Stratify (.9); prepared additional document review folders in Stratify for associates (.5). | 433.50 |
| 2/03/10 | LIM | 6.30 | Coordinated with data team bates numbering of documents cited in Examiner's Report (2.0); searched and located documents for case team (2.0); coordinated with data team loading of documents in Case Logistix review platform (2.3). | 1,732.50 |
| 2/03/10 | ZM | 4.00 | Prepared volumes to load into Case Logistix (2.5); performed quality checks on same volumes (1.5). | 1,100.00 |
| 2/04/10 | SAT | .30 | Worked on issues re recently produced documents (.2); email with A. Righi re same (.1). | 172.50 |
| 2/04/10 | BPW | .70 | Finished reviewing emails produced by Debtors (.5); sent relevant emails to M. Basil and M. Devine (.2). | 311.50 |
| 2/04/10 | ALB | 4.20 | Reviewed various documents produced by Debtors, including ████████████████████ (1.1); reviewed various emails produced by Debtors, including ██████████████████████ (1.7); read emails produced by Debtors between ██████████████████ (1.4). | 1,365.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 2/04/10 | BMP | 3.50 | Reviewed emails and attached documents produced by Debtors from ███████████ (1.9); reviewed emails and attached documents produced by Debtors from ███████████ (1.6). | 1,137.50 |
|---|---|---|---|---|
| 2/04/10 | EAF | .60 | Deleted various news article alerts previously set up for public domain documents (.4); drafted email to S. McNally re completion of requested responses uploaded to SharePoint (.1); telephone conference with C. Murray re newly uploaded 10-K and 10-Q forms on SharePoint (.1). | 96.00 |
| 2/04/10 | MRS | .40 | Forwarded production CD received from Federal Reserve Bank of New York to L. Manheimer for uploading and transmitted production letter to team. | 108.00 |
| 2/04/10 | ALR | 2.70 | Conferred with associates re remaining document review in Stratify (.6); conferred with M. Basil and M. Devine re particulars re remaining documents to tag (.3); responded to requests received by the paraprofessional team (1.8). | 688.50 |
| 2/04/10 | CSM | 1.20 | Reviewed and uploaded 8-K and 10-K forms to SharePoint. | 276.00 |
| 2/04/10 | LIM | 2.20 | Coordinated with data team bates numbering of documents cited in Examiner's Report (1.0); searched and located documents for case team (1.2). | 605.00 |
| 2/04/10 | ZM | 5.00 | Continued converting documents to tiff format (1.5); prepared volumes to load into Case Logistix (2.5); performed quality checks on same volumes (1.0). | 1,375.00 |
| 2/05/10 | SAT | 1.50 | Worked on issues re recently produced documents (.2); reviewed agreements re document production (.5); email with M. Devine, A. Olejnik, and C. Ward re additions to document Appendix (.3); email with M. Devine re revisions to Appendix (.2); worked on revisions to Appendix (.3). | 862.50 |
| 2/05/10 | ALR | .30 | Contacted Stratify re access to password protected documents (.2); discussed same with M. Devine (.1). | 76.50 |
| 2/05/10 | LIM | 5.20 | Coordinated with data team bates numbering of documents cited in Examiner's Report (1.0); searched and located documents for case team (4.2). | 1,430.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 232

| | | | | |
|---|---|---|---|---|
| 2/05/10 | ZM | 4.50 | Prepared volumes to load into Case Logistix (3.0); performed quality checks on same volumes (1.5). | 1,237.50 |
| 2/06/10 | SAT | 2.00 | Email with C. Ward re recently produced documents (.3); email with A. Olejnik re document productions (.2); email with A. Righi re document status (.2); edited and revised Appendix re document collection and review (1.0); email with R. Byman and A. Righi re revisions to Appendix (.3). | 1,150.00 |
| 2/06/10 | DIW | 1.50 | Participated further in emergency document review of documents produced by Debtors, including review of ▮▮ ▮▮▮▮ emails. | 735.00 |
| 2/06/10 | HAA | 2.50 | Reviewed emails produced by Debtors, including emails from ▮▮▮▮▮▮▮▮▮▮ (1.7); reviewed emails and documents produced by Debtors, including ▮▮▮▮▮▮▮▮▮▮▮▮ (.8). | 812.50 |
| 2/06/10 | MAK | 1.50 | Reviewed emails of ▮▮▮▮▮▮▮ produced by Debtors. | 487.50 |
| 2/06/10 | ALR | 3.20 | Prepared additional assignment folders in Stratify for newly loaded documents to be reviewed (.8); conferred with associates re status of their documents being reviewed (.9); performed searches within Stratify database re tech issues, foreign language and password protected documents (.6); reviewed emails received of the paraprofessional team (.5); conferred with A. Righi and C. Ward re status of document outstanding in Stratify (.4). | 816.00 |
| 2/06/10 | ZM | 1.50 | Prepared volumes to load into Case Logistix (1.0); performed quality checks on same volumes (.5). | 412.50 |
| 2/07/10 | DIW | .20 | Completed participation in emergency review of documents produced by Debtors by searching for unreviewed documents in assigned review sets. | 98.00 |
| 2/08/10 | RLB | 1.60 | Reviewed protective order issues, confidentiality re Barclays and SEC documents. | 1,360.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/08/10 | KW | 6.00 | Reviewed Appendix 22 to Examiner's Report re preferences and created a document tracking log for production documents cited in same per W. Belcher's instructions (2.0); reviewed Appendix 22 to Examiner's Report re preferences and created a document tracking log for witness interview memoranda cited in same per W. Belcher's instructions (1.0); reviewed Appendix 22 to Examiner's Report re preferences and created a document tracking log for docket entries cited in same per W. Belcher's instructions (1.0); reviewed Appendix 22 to Examiner's Report re preferences and created a document tracking log for case cites cited in same per W. Belcher's instructions (1.0); reviewed Appendix 22 to Examiner's Report re preferences and created a document tracking log for public domain documents cited in same per W. Belcher's instructions (1.0). | 1,020.00 |
| 2/08/10 | SAT | .50 | Office conference with C. Ward re filing (.3); office conference with M. Devine re filing (.2). | 287.50 |
| 2/08/10 | MRD | 3.00 | Prepared Lehman files for filing and preservation of investigation materials (2.5); discussed document retention issues with R. Byman, D. Murray (.5). | 1,530.00 |
| 2/08/10 | WXH | 8.30 | Logged documents, memoranda, case law, news articles, and other materials cited in Appendix 24 (2.3); pulled documents, memoranda, case law, news articles, and other materials cited in Appendix 24 (1.5); pulled documents, memoranda, case law, news articles, and other materials cited in Appendix 25 (2.5); logged documents, memoranda, case law, news articles, and other materials cited in Appendix 25 (2.0). | 1,909.00 |
| 2/08/10 | PXR | 1.50 | Reviewed Appendices 8, 10, and 11 to the Examiner's Report (.5); searched and retrieved documents cited in same (.4); indexed documents cited on tracking log (.6). | 255.00 |
| 2/08/10 | EAF | .30 | Telephone conferences with K. Waldmann re final Appendices document log. | 48.00 |
| 2/08/10 | LEW | 2.50 | Cite-checked Appendix 23 of Examiner's Report and pulled and logged documents referenced in same (1.5); collected and organized witness interview files and coordinated delivery to C. Ward (1.0). | 400.00 |

LAW OFFICES

### JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/08/10 | AMR | 7.00 | Corresponded with A. Rettig and J. Haske re Appendix 7 citation log composition (.7); recorded public domain news articles in Appendix 7 document log (2.0); recorded public domain speeches and congressional hearings in Appendix 7 document log (1.9); searched for and downloaded news articles cited in Appendix 7 (1.5); searched for and downloaded speeches and congressional hearings cited in Appendix 7 (.9). | 1,120.00 |
|---|---|---|---|---|
| 2/08/10 | GJP | 7.30 | Indexed productions documents cited in Appendix 8 (2.0); indexed public domain documents cited in Appendix 8 (2.0); indexed interview summaries cited in Appendix 8 (2.0); indexed and pulled case cites cited in Appendix 8 (1.3). | 1,168.00 |
| 2/08/10 | LKA | 2.80 | Cite-checked Appendix 23 of Examiner's Report and pulled and logged documents referenced in same. | 756.00 |
| 2/08/10 | JXH | .20 | Worked on logging documents cited in Bibliography Appendix of Report. | 51.00 |
| 2/08/10 | JKP | 6.20 | Corresponded with A. Lee re log projects (.1); prepared log of produced documents cited in Appendices 16 and 17 of final Report (2.0); prepared log of public domain and other non-production documents cited in Appendices 16 and 17 of final Report (1.7); prepared log of case cites and docket items cited in Appendices 16 and 17 of final Report (.3); prepared log of interviews cited in Appendices 16 and 17 of final Report (.3); gathered missing copies of documents cited in Appendices 16 and 17 (1.8). | 1,426.00 |
| 2/08/10 | MRS | 5.10 | Reviewed citations in Appendix 13 (Survival Strategies Supplement) of Examiner's Report (1.3); located and collected electronic versions of documents cited in Appendix 13 of Report (2.2); entered information re documents cited in Appendix 13 of Report into document log (1.6). | 1,377.00 |
| 2/08/10 | ALR | 8.00 | Reviewed Appendix 2 for all citations (2.4); performed searches within L drive and N drive for documents cited in Appendix 2 (1.6); began preparing spreadsheet of all documents cited in Appendix 2 (2.9); conferred with A. Righi and C. Ward re particulars re searching for and logging cited documents (1.1). | 2,040.00 |

LAW OFFICES                                                             Page 235
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/08/10 | CRW | 7.00 | Began organization of files for preservation of investigation materials (1.2); began reviewing and pulling of documents cited in volumes 1 and 2 of final Report for dissemination to third parties in order to resolve confidentiality issues (2.1); uploaded document log on SharePoint with materials received from third parties (.8); participated in teleconference with Pitney Bowes re hyper linking of supporting documents cited in Report (.6); continued pulling documents cited in volume 2 of final Report for dissemination to third parties (2.3). | 1,785.00 |
| 2/08/10 | WB | 11.00 | Reviewed pages 1 through 63 of the Legal Issues Appendix of the Examiner's Report (2.1); searched Lexis-Nexis and retrieved cases cited (1.9); searched Westlaw and retrieved cases cited (2.5); searched Pacer and retrieved court pleadings cited in the Report (2.3); indexed additional documents on master tracking log (2.2). | 2,805.00 |
| 2/08/10 | CSM | 2.20 | Met with E. Flores re Appendix and final Report indexing and document pull (.8); began pulling documents cited in final Appendices (1.4). | 506.00 |
| 2/08/10 | LIM | 3.40 | Coordinated with data team bates numbering of documents for production to third parties (1.0); searched and located documents for case team (2.4). | 935.00 |
| 2/08/10 | ZM | 4.00 | Prepared volumes to load into Case Logistix (2.3); performed quality checks on same volumes (1.7). | 1,100.00 |
| 2/09/10 | RLB | 1.40 | Reviewed confidentiality agreement status. | 1,190.00 |
| 2/09/10 | KW | 4.50 | Completed review and log of documents re Appendix 22 re preferences per W. Belcher's instructions (2.5); worked on preparation of document log re portions of Volume 4 of Examiner's Report per W. Belcher's instructions (2.0). | 765.00 |
| 2/09/10 | WXH | 6.10 | Pulled and logged documents, memoranda, case law, news articles, and other materials cited in Appendix 24 (1.2); Pulled and logged documents, memoranda, case law, news articles, and other materials cited in Appendix 25 (1.7); reviewed and logged documents and memoranda cited in Volume 5 of final Report (2.3); reviewed and logged case law, news articles, and other materials cited in Volume 5 of final Report (.9). | 1,403.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/09/10 | PXR | 9.20 | Read and reviewed Appendices 8, 10 and 11 to the Examiner's Report (1.5); searched and retrieved documents cited in Appendix 8 (2.0); searched and retrieved documents cited in Appendix 10 (1.9); searched and retrieved documents cited in Appendix 11 (1.8); indexed documents cited in Appendices on tracking log (2.0). | 1,564.00 |
| 2/09/10 | EAF | 12.60 | Telephone conferences with W. Belcher re status of final Report and Appendices document pull project (.6); telephone conference with W. Belcher and C. Ward re final Report and Appendices document pull project (.1) and meeting with C. Ward re same (.2); reviewed final Report and Appendices processes memorandum for clarification purposes (.8); created individual final Report document logs for each Volume of final Report in preparation for final Report document pull and confirmation project (.7); updated master document log with newly received documents for Appendix 16 (.7), Appendix 17 (1.1), Appendix 18 (1.0), Appendix 19 (1.3), Appendix 20 (1.1), Appendix 21 (.9), Appendix 22 (1.4), Appendix 23 (1.2), Appendix 24 (.8), Appendix 25 (.7). | 2,016.00 |
| 2/09/10 | YJL | 7.00 | Pulled missing bates stamped documents for Appendices 16 and 17 per J. Phillips request (2.0); cite-checked Volume 3 of the final Report (2.0); logged cited documents in Volume 3 of the final Report (2.0); discussed logistics in cite checking, reviewing, and logging Volume 3 of the final Report with J. Phillips (1.0). | 1,120.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/09/10 | LEW | 8.40 | Cite-checked Appendix 23 of Examiner's Report and pulled and logged documents referenced in same (.4); cite-checked Appendix 15 of Examiner's Report and pulled and logged Stratify documents referenced in same (2.0); cite-checked Appendix 15 of Examiner's Report and pulled and logged public domain documents referenced in same (2.0); cite-checked Appendix 15 of Examiner's Report and pulled and logged Case Logistix documents referenced in same (2.0); cite-checked Volume 2 of Examiner's Report and pulled and logged court documents and memoranda referenced in same (1.5); bates stamped Stratify documents referenced in Appendix 15 of Examiner's Report (.5). | 1,344.00 |
| 2/09/10 | AMR | 14.00 | Corresponded with A. Rettig re Appendix 7 document log (.8); corresponded and worked with Word Processing to help finish Appendix 7 document log (.5); recorded public domain news articles citations in Appendix 7 document log (2.2); recorded public domain congressional hearings transcripts in Appendix 7 document log (1.5); recorded public domain books in Appendix 7 document log (.7); searched for and downloaded public domain news articles in support of Appendix 7 of final Report (2.1); searched for and downloaded congressional hearings transcripts in support of Appendix 7 of final Report (1.9); searched for and downloaded scholarly research in support of Appendix 7 of final Report (2.1); searched for and downloaded earnings calls transcripts in support of Appendix 7 of final Report (1.5); corresponded with J. Haske, C. Murray and E. Flores re steps to complete appendices document logs (.7). | 2,240.00 |
| 2/09/10 | GJP | 8.50 | Pulled production documents cited in Appendix 8 (2.0); pulled interview summaries and dockets cited in Appendix 8 (2.0); pulled case cites cited in Appendix 8 (2.0); pulled public domain documents cited in Appendix 8 (2.0); logged additional documents to the Appendix 8 log (.5). | 1,360.00 |
| 2/09/10 | LKA | 2.00 | Cite-checked Appendix 23 of Examiner's Report and pulled and logged documents referenced in same. | 540.00 |

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/09/10 | JPS | 4.00 | Logged and performed final review of documents cited in Narrative section re Sept. 4-7, 2008 (.8); logged and performed final review of documents cited in Narrative section re Sept. 8-12, 2008 (1.7); logged and performed final review of documents cited in Narrative section re Sept. 13-15, 2008 (1.5). | 1,020.00 |
|---|---|---|---|---|
| 2/09/10 | JKP | 8.70 | Met with A. Lee re gathering documents cited in final report Appendices (.4); finalized and forwarded to W. Belcher log of documents cited in Appendices 16 and 17 of final Report (2.1); prepared log of produced documents cited in pages 748-763 of final Report (1.8); prepared log of non-production documents cited in pages 748-763 of final Report (1.5); prepared log of produced documents cited in pages 764-778 of final Report (2.0); prepared log of non-production documents cited in pages 764-778 of final Report (.9). | 2,001.00 |
| 2/09/10 | MRS | 9.50 | Reviewed citations on pages 24-36 of Appendix 13 (Survival Strategies Supplement) of Examiner's Report (1.1); located and collected electronic versions of documents cited on pages 24-36 of Appendix 13 of Report (2.2); entered information re documents cited on pages 24-36 of Appendix 13 of Report into document log (1.8); reviewed citations on pages 37-49 of Appendix 13 of Report (.9); located and collected electronic versions of documents cited on pages 37-49 Appendix 13 of Report (1.9); entered information re documents cited on pages 37-49 of Appendix 13 of Report into document log (1.6). | 2,565.00 |
| 2/09/10 | ALR | 13.10 | Continued reviewing Appendix 2 for all citations (1.7); performed searches within L drive and N drive for documents cited in Appendix 2 (1.3); continued preparing spreadsheet of all documents cited in Appendix 2 (3.1); conferred with A. Righi re particulars re searching for and logging cited documents in Appendix 2 and Appendix 7 (.9); assisted A. Righi with reviewing Appendix 7 for all citations (2.1); performed searches within L drive and N drive for documents cited in Appendix 7 (2.2); prepared spreadsheet of all documents cited in Appendix 7 (1.8). | 3,340.50 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/09/10 | CRW | 6.00 | Continued to pull documents cited volume 3 of final Report for dissemination to third parties in order to resolve confidentiality issues (2.3); pulled and bates stamped documents from Lehman Live that were cited in final Report (1.0); completed pulling documents cited in volume 4 of Report for dissemination to third parties (2.0); responded to emails and telephone calls re draft letters to third parties re supporting documents cited in Report (.3); made minor suggestive edits to draft letter to third parties re supporting documents cited in Report (.4). | 1,530.00 |
| 2/09/10 | WB | 11.80 | Reviewed pages 75 through 138 of the Legal Issues Appendix of the Examiner's Report (2.5); searched Lexis-Nexis and retrieved cases cited (1.8); searched Westlaw and retrieved cases cited (2.2); searched Pacer and retrieved court pleadings cited in the Report (1.9); searched Case Logistix and Stratify for production documents cited in Report (1.1); indexed additional documents on master tracking log (2.3). | 3,009.00 |
| 2/09/10 | CSM | 12.30 | Assisted with pulling and logging documents cited in final Appendices (2.0); and Bibliography section pages 61-70 (1.4); pages 71-80 (1.9); pages 81-90 (1.6); pages 91-100 (1.8); pages 101-110 (1.9); pages 111-120 (1.5); updated SharePoint with recent deposition transcripts (.2). | 2,829.00 |
| 2/09/10 | LIM | 5.30 | Coordinated with data team bates numbering of documents for productions to third parties (1.3); searched and located documents for case team (4.0). | 1,457.50 |
| 2/09/10 | ZM | 3.70 | Continued converting documents to tiff format (1.0); prepared volumes to load into Case Logistix (2.0); performed quality checks on same volumes (.7). | 1,017.50 |
| 2/10/10 | RLB | 1.40 | Telephone conference with C. Green re Barclays data (.3); reviewed confidentiality agreement status (.8); corresponded with M. Kaeder re Trimont production (.3). | 1,190.00 |
| 2/10/10 | DRM | .20 | Read memorandum from M. Devine re document issues raised by Debtors' counsel and R. Byman response thereto. | 170.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 240

| | | | | |
|---|---|---|---|---|
| 2/10/10 | KW | 6.50 | Continued preparation of production document log for revised or missing documents re portion of Volume 4 of Examiner's Report per W. Belcher's instructions (2.0); continued preparation of public domain document log for missing or revised documents re portion of Volume 4 of Examiner's Report per W. Belcher's instructions (1.0); continued preparation of docket entry log for missing or revised documents re portion of Volume 4 of Examiner's Report per W. Belcher's instructions (1.0); continued preparation of witness interview summary log for missing or revised documents re portion of Volume 4 of Examiner's Report per W. Belcher's instructions (1.0); continued preparation of case cite log for missing or revised documents re portion of Volume 4 of Examiner's Report per W. Belcher's instructions (1.0); revised Appendix 22 (preferences) document log per E. Flores' request (.5). | 1,105.00 |
| 2/10/10 | WXH | 5.50 | Logged documents cited in Volume 5 of final Report (1.8); logged memoranda cited in Volume 5 of final Report (1.5); logged case law cited in Volume 5 of final Report (.8); logged news articles and other materials cited in Volume 5 of final Report (1.4). | 1,265.00 |
| 2/10/10 | PXR | 8.70 | Searched and retrieved documents cited in Appendices 8, 10, and 11 to Examiner's Report (2.0); indexed documents cited in Appendices on tracking log (2.0); read and reviewed Volume 5 of Examiner's Report (1.5); searched and retrieved documents cited in Volume 5 (2.0); indexed production documents and interview summaries on tracking log (1.2). | 1,479.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/10/10 | EAF | 15.90 | Telephone conference with C. Ward re issues with various teams' document logs (.1); telephone conference with W. Belcher re current status with various teams' document logs for Appendices and final Report (.7); drafted email to L. Azize re missing citations referenced in Appendix 12 (.5); drafted email to K. Waldmann re missing citations referenced in Appendix 22 (.8); met with C. Murray re bibliography Appendix document log (.1); updated master document log with newly received documents for Appendix 12 (1.9), Appendix 8 (1.3), and Appendix 10 (.9); brief meeting with A. Righi and A. Rettig re bibliography Appendix documents (.1); telephone conference with P. Ramos re document log for Appendices 8, 10 and 11 (.1); logged Volume 2 final Report documents cited on pages 662-672 (2.0), pages 673-684 (1.8), pages 685-695 (1.7), pages 696-710 (1.9), and pages 711-726 (2.0). | 2,544.00 |
| 2/10/10 | YJL | 9.30 | Cite-checked Volume 3 of the final Report (2.0); logged bates stamped documents cited in Volume 3 of the final Report (2.0); logged witness interview memoranda cited in Volume 3 of the final Report (2.0); logged public domain documents cited in Volume 3 of the final Report (2.0); logged case law cited in Volume 3 of the final Report (1.3). | 1,488.00 |
| 2/10/10 | LEW | 3.00 | Reviewed archives to locate miscellaneous documents referenced in Appendix 15 of Examiner's Report (1.5); cite-checked Appendix 12 of Examiner's Report and pulled and logged documents referenced in same (1.5). | 480.00 |
| 2/10/10 | AMR | 9.00 | Corresponded with Word Processing re completion of Appendix 7 document log (.2); corresponded with A. Rettig, C. Ward, W. Belcher, C. Murray and E. Flores re assistance with searching for and downloading documents in support of Appendix 7 of final Report (1.3); searched for and downloaded news articles in support of Appendix 7 of final Report (2.2); searched for and downloaded congressional hearings transcripts in support of Appendix 7 of final Report (2.0); searched for and downloaded earnings calls transcripts in support of Appendix 7 of final Report (1.8); searched for and downloaded government studies and Reports in support of Appendix 7 of final Report (1.5). | 1,440.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 242

| | | | | |
|---|---|---|---|---|
| 2/10/10 | GJP | 6.50 | Reviewed finalized documents cited Appendix 8 (1.5); indexed production and interview summaries cited in Volume 5 of the final Report within pages 548-683 (2.0); indexed case cites cited in Volume 5 of the final Report within pages 1-137 (2.0); indexed case cites cited in Volume 5 of the final Report within pages 548-683 (1.0). | 1,040.00 |
| 2/10/10 | JXH | 1.50 | Retrieved citations in Bibliography section of Appendix. | 382.50 |
| 2/10/10 | JPS | 2.00 | Logged and performed final review of documents cited in Volume 4 of the final Report. | 510.00 |
| 2/10/10 | JKP | 9.50 | Continued to update log of documents cited in pages 764-778 of final Report (.4); prepared log of produced documents cited in pages 779-793 of final Report (2.0); prepared log of non-production documents cited in pages 779-793 of final Report (2.0); prepared log of produced documents cited in pages 810-824 of final Report (1.5); prepared log of non-production documents cited in pages 810-824 of final Report (1.0); prepared log of produced documents cited in pages 825-839 of final Report (1.8); prepared log of non-production documents cited in pages 825-839 of final Report (.8). | 2,185.00 |
| 2/10/10 | MRS | 12.50 | Reviewed citations on pages 50-66 of Appendix 13 (Survival Strategies Supplement) of Examiner's Report (1.6); located and collected electronic versions of documents cited on pages 50-66 of Appendix 13 of Report (1.8); entered information re documents cited on pages 50-66 of Appendix 13 of Report into document log (1.6); cross-referenced citations on pages 203-242 of Valuation section of Report with collection of electronic documents and cited document log (1.5); added documents cited on pages 203-242 of Valuation section of Report to electronic repository where necessary (1.6); cross-referenced citations on pages 243-284 of Valuation section of Report with collection of electronic documents and cited document log (1.7); added documents cited on pages 243-284 of Valuation section of Report to electronic repository where necessary (1.9); assembled interview memoranda for review by S. Binger of the SEC (.4); reviewed and responded to emails re Report citation review and log project (.4). | 3,375.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/10/10 | ALR | 9.20 | Finalized spreadsheet of all documents cited in Appendix 2 (2.7); contacted Library re obtaining new cases cited in Appendix 2 (.4); conferred with A. Righi re particulars re searching for and logging cited documents from Appendix 2 and 7 (1.4); continued assisting A. Righi with locating and logging documents cited in Appendix 7 (2.9); continued preparing log of documents cited in Appendix 7 (1.8). | 2,346.00 |
|---|---|---|---|---|
| 2/10/10 | CRW | 9.50 | Continued to pull documents cited in volume 5 of final Report for dissemination to third parties in order to resolve confidentiality issues (2.3); uploaded document log on SharePoint with materials received from third parties (.5); reviewed appendices 1-8 and pulled supporting documents cited in same for dissemination to third parties (2.0); bates stamped documents from Lehman Live that were cited in final Report (1.9); responded to emails and telephone calls re hyper linking of supporting documents cited within Report (.4); pulled documents cited in volume 5 of final Report for dissemination to third parties in order to resolve confidentiality issues (2.4). | 2,422.50 |
| 2/10/10 | SRR | 2.50 | Teleconference re assignment and follow-up questions (.5); searched and located documents re Appendix Volume A footnotes (2.0). | 550.00 |
| 2/10/10 | WB | 18.00 | Reviewed pages 139 through 204 of the Legal Issues Appendix of the Examiner's Report (2.0); searched Lexis-Nexis and retrieved cases cited (1.7); searched Westlaw and retrieved cases cited (2.4); searched Pacer and retrieved court pleadings cited in the Report (1.6); searched Case Logistix and Stratify for production documents cited in Report (2.2); indexed additional documents on master tracking log (2.1); searched SEC website and retrieved additional prospectus cited in Report (1.3); organized and assembled additional Appendices document tracking chart (2.1); edited and updated master document tracking log to reflect additional documents cited (2.6). | 4,590.00 |

LAW OFFICES                                                         Page 244
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/10/10 | CSM | 11.00 | Assisted with pulling and logging documents cited in Bibliography section of final Appendices (1.6); communications with E. Flores re Bibliography section document pull (.2); assisted with pulling and logging documents cited in final Report, including pages 98-109 (1.9); 110-127 (1.8); 128-136 (1.9); 137-149 (1.7); 150-159 (1.9). | 2,530.00 |
| 2/10/10 | LIM | 6.60 | Coordinated with data team bates numbering of documents for production to third parties (1.3); searched and located documents for case team and Duff & Phelps (5.3). | 1,815.00 |
| 2/10/10 | ZM | 4.00 | Prepared volumes to load into Case Logistix (2.5); performed quality checks on same volumes (1.5). | 1,100.00 |
| 2/11/10 | RLB | 1.50 | Reviewed confidentiality orders (.9); reviewed waiver status (.6). | 1,275.00 |
| 2/11/10 | KW | 11.50 | Completed review of portion of Volume 4 of Examiner's Report and production document section of document log re same per C. Ward's instructions (2.0); completed review of portion of Volume 4 of Examiner's Report and public domain section of document log re same per C. Ward's instructions (2.0); completed review of portion of Volume 4 of Examiner's Report and docket entry section of document log re same per C. Ward's instructions (2.0); completed review of portion of Volume 4 of Examiner's Report and witness interview summary section of document log re same per C. Ward's instructions (2.0); completed review of portion of Volume 4 of Examiner's Report and case cite section of document log re same per C. Ward's instructions (2.0); telephone conferences with J. Shaw and J. Striegel re issues concerning assignment logging cites to section of Volume 4 of Examiner's Report (1.5). | 1,955.00 |
| 2/11/10 | HDM | .50 | Reviewed and discussed production and confidentiality issues re Lehman Live with J. Leiwant and C. Ward. | 287.50 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/11/10 | WXH | 7.50 | Reviewed and logged documents cited in Volume 5 of final Report (2.7); reviewed and logged memoranda cited in Volume 5 of final Report (1.8); reviewed and logged case law and news articles cited in Volume 5 of final Report (2.3); reviewed and logged miscellaneous other materials cited in Volume 5 of final Report (.7). | 1,725.00 |
| 2/11/10 | PXR | 16.90 | Searched and retrieved various production documents cited in pages 1-137 of Volume 5 of Examiner's Report (2.3); indexed same on tracking log (2.2); searched and retrieved various production documents cited in pages 548-683 of Volume 5 (2.3); indexed same on tracking log (2.2); searched and retrieved interview summaries and public domain documents cited in Volume 5 (1.6); indexed same on tracking log (1.4); searched and retrieved case citations and docket entries cited in Volume 5 (1.3); indexed same on tracking log (1.6); searched and retrieved documents cited in Appendices 8, 10, and 11 to Examiner's Report (1.0); indexed documents cited in Appendices on tracking log (1.0). | 2,873.00 |

LAW OFFICES                                                      Page 246
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/11/10 | EAF | 17.30 | Corresponded with M. Ruddy from library to obtain requested document cited in Volume two of final Report (.1); corresponded with C. Ward re deletion of previously cited Report documents from electronic file (.1); corresponded with L. Azize and L. Wang re additional missing citations referenced in Appendix 23 (.2); corresponded with G. Pinnick re whereabouts of newly referenced documents in Appendices 8, 10 and 11 (.2); updated master document log with newly received final Report document logs (1.3); reviewed newly received document log questions for Appendix 23 from L. Wang (.2); drafted email response re same (.2); reviewed Appendix 10 to ensure accuracy of newly received document log citations (1.7); updated master document log with Appendix 4 document additions (1.6); drafted emails to G. Pinnick and P. Ramos requesting missing Appendix 10 documents (1.0); drafted email to C. Ward re current updates to master document log (.4); reviewed Appendix 10 to ensure accuracy of newly received document log citations (1.4); updated master document log with Appendix 4 document additions (1.7); updated master document log with newly received corrections (.6); telephone conferences with C. Ward re current status of final Report document logs (.4); telephone conference with W. Belcher re missing documents and Volume 1 document log status (.6); assisted W. Belcher in obtaining missing Volume 1 final Report documents (2.0); confidentiality and bates stamped Volume 1 final Report documents obtained from Stratify (1.8); reviewed document log for missing Case Logistix documents (.5); assisted P. Ramos in obtaining missing Volume 5 of final Report documents (1.3). | 2,768.00 |
| 2/11/10 | YJL | 9.80 | Cite-checked Volume 3 of the final Report (2.0); logged bates stamped documents cited in Volume 3 of the final Report (2.0); logged witness interview memoranda cited in Volume 3 of the final Report (2.0); logged public domain documents cited in Volume 3 of the final Report (1.5); logged case law cited in Volume 3 of the final Report (1.5); quality checked folders on the network for electronic copies of all documents cited in Volume 3 of the final Report per J. Phillips request (.8). | 1,568.00 |

LAW OFFICES                                                                              Page 247

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/11/10 | LEW | 9.50 | Cite-checked Appendix 23 of Examiner's Report and pulled documents referenced in same (1.0); cite-checked Volume 2 of Examiner's Report and pulled and logged Stratify documents referenced in same (2.0); cite-checked Volume 2 of Examiner's Report and pulled and logged Case Logistix documents referenced in same (2.0); cite-checked Volume 2 of Examiner's Report and pulled and logged public domain documents referenced in same (2.0); cite-checked Volume 2 of Examiner's Report and pulled and logged court documents and memoranda referenced in same (2.0); bates stamped Stratify documents referenced in Appendix 15 of Examiner's Report (.5). | 1,520.00 |
| 2/11/10 | AMR | 18.00 | Corresponded with A. Rettig, C. Ward and E. Flores re instructions for searching within Volume 5 of final Report (1.1); corresponded with G. Pinnick, C. Ward and P. Ramos re completion of Volume 5 document log (.8); worked with A. Rettig to coordinate delegation of responsibilities for completing log of Volume 5 of final Report (1.0); reviewed Volume 5 for public domain documents (2.0); searched for and downloaded public domain documents in support of Volume 5 of final Report (1.2); reviewed Volume 5 for bates labeled documents (1.7); searched for and downloaded bates labeled documents in support of Volume 5 of final Report (1.8); reviewed Volume 5 for case law (2.0); searched for and downloaded case law in support of Volume 5 of final Report (1.5); reviewed Volume 5 for docket citations and interview summaries (1.1); searched for and downloaded docket citations and interview summaries in support of Volume 5 of final Report (2.0); worked with G. Pinnick, P. Ramos, A. Rettig and C. Ward to compile Volume 5 document log (1.8). | 2,880.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/11/10 | GJP | 17.20 | Indexed production documents cited in Volume 5 of the final Report within pages 1-137 (2.0); indexed interview summaries cited in Volume 5 of the final Report within pages 1-137 and 548-683 (2.0); reviewed production documents cited in Volume 5 of the final Report for confidentiality (2.0); reviewed production documents cited in Volume 5 of the final Report for bates stamps (2.0); pulled production documents from Case Logistix cited in Volume 5 of the final Report within pages 1-137 (2.0); pulled production documents from Case Logistix cited in Volume 5 of the final Report within pages 548-683 (2.0); pulled production documents from stratify cited in Volume 5 of the final Report (1.1); bates stamped and confidentiality stamped the produced documents pulled from Stratify (1.0); quality control checked the document cited log (1.1); organized and updated the document cited log (2.0); ran quality control check. | 2,752.00 |
| 2/11/10 | JPS | 7.00 | Logged and performed final review of documents cited in Volume 4, section III.A.5 re Secured Lenders, subsections (f) - (g) (.7); logged and performed final review of documents cited in Volume 4, section III.A.5 re Secured Lenders, subsections (h) - (i) (1.6); logged and performed final review of documents cited in Volume 4, section III.A.6 re Government, subsections (a) - (b) (1.2); logged and performed final review of documents cited in Volume 4, section III.A.6 re Government, subsections (c) - (e) (1.0); logged and performed final review of documents cited in Volume 4, section III.A.6 re Government, subsections (f) - (g) (.8); logged and performed final review of documents cited in Volume 4, section III.A.6 re Government, subsections (h) - (i) (1.7). | 1,785.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/11/10 | JKP | 15.00 | Prepared log of produced documents cited in pages 871-885 of final Report (1.2); prepared log of non-production documents cited in pages 871-885 of final Report (.8); prepared log of produced documents cited in pages 886-900 of final Report (2.0); prepared log of non-production documents cited in pages 886-900 of final Report (1.0); prepared log of produced documents cited in pages 901-915 of final Report (.5); prepared log of non-production documents cited in pages 901-915 of final Report (.4); prepared log of produced documents cited in pages 916-930 of final Report (1.0); prepared log of non-production documents cited in pages 916-930 of final Report (.2); emailed C. Ward re status of logging documents cited in Volume 3 of final Report (.1); logged produced documents in final pages of Volume 3 of final Report (3.3); consolidated Volume 3 produced document log with log updates from A. Lee (1.0); consolidated Volume 3 produced document log with log updates from J. Striegel (.5); gathered pdf copies of bates stamped documents cited in Volume 3 of final Report (1.8); finalized and corrected highlighting of entries in log of produced documents cited in Volume 3 of final Report (1.2). | 3,450.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/11/10 | MRS | 13.50 | Cross-referenced citations on pages 285-319 of Valuation section of Report with collection of electronic documents and cited document log (1.5); added documents cited on pages 285-319 of Valuation section of Report to electronic repository where necessary (1.7); cross-referenced bates numbered citations on pages 320-368 of Valuation section of Report with collection of electronic documents and cited document log (1.4); added bates numbered documents cited on pages 320-368 of Valuation section of Report to electronic repository where necessary (1.8); cross-referenced bates numbered citations on pages 369-418 of Valuation section of Report with collection of electronic documents and cited document log (1.7); added bates numbered documents cited on pages 369-418 of Valuation section of Report to electronic repository where necessary (2.0); cross-referenced bates numbered citations on pages 419-465 of Valuation section of Report with collection of electronic documents and cited document log (1.3); added bates numbered documents cited on pages 419-465 of Valuation section of Report to electronic repository where necessary (1.4); reviewed Valuation section cited document log prepared by L. Wang (.2); reviewed and responded to emails re Report section citation project (.5). | 3,645.00 |
| 2/11/10 | ALR | 14.70 | Reviewed Volume 5 of final Report for all public domain and docket citations (2.2); reviewed Volume 5 of final Report for all bates labeled documents (2.9); performed searches within L drive and N drive for all public domain and docket cited documents in Volume 5 of the final Report (2.8); performed searches within the L drive and N drive for all bates labeled document cited (2.7); began preparing spreadsheet of all documents cited in Volume 5 (2.9); conferred with A. Righi and C. Ward re particulars re searching for and logging cited documents (1.2). | 3,748.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/11/10 | CRW | 18.00 | Completed pulling documents cited in appendices 9-16 of final Report for dissemination to third parties in order to resolve confidentiality issues (2.3); reviewed each document to be distributed to Barclays, to ensure correct supporting materials were sent for release of confidentiality (2.2); completed review of Debtors documents, and signed off on bates prefix sets to be sent to J. Polkes re same (2.5); uploaded document log on SharePoint with materials received from third parties (.5); pulled bates stamped documents re Ernst & Young that were produced to SEC, in order to receive waiver of same (1.0); responded to emails and telephone calls re media of supporting documents to be sent for confidentiality waiver (.5); reviewed SEC supporting documents to ensure proper bates stamping and confidentiality designation (2.1); confirmed proper bates prefix and confidentiality stamping on each document produced by Federal Reserve Bank of New York (2.3); completed review of documents distributed to HSBC for waiver of confidentiality (1.9); performed full review of JPMorgan supporting documents and ensured correct bates and confidentiality re same before asking for waiver (2.5); conferred with R. Byman re dissemination of third party documents (.2). | 4,590.00 |
| 2/11/10 | SRR | 4.50 | Reviewed for accuracy documents cited in the footnotes of Appendix A (1.7); searched and recovered missing documents cited in footnotes and placed in correct folder for production (2.0); created detailed log of all documents listed in footnotes noting status (1.8). | 990.00 |
| 2/11/10 | WB | 15.80 | Finalized reviewing pages 205 through 250 of the Legal Issues Appendix of the Examiner's Report (2.2); searched Lexis-Nexis and retrieved cases cited (2.0); searched Westlaw and retrieved cases cited (2.3); searched Pacer and retrieved court pleadings cited in the Report (1.6); reviewed Introduction and Executive Summary of Examiner's Report (2.5); searched Case Logistix and Stratify for production documents cited in Report (3.3); indexed additional documents on master tracking log for distribution to opposing counsel (1.9). | 4,029.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/11/10 | CSM | 6.40 | Assisted with pulling and logging documents cited in final Report, including pages 160-169 (1.4); 170-179 (1.6); 180-187 (1.9); 188-195 (1.5). | 1,472.00 |
| 2/11/10 | LIM | 6.70 | Coordinated with data team bates numbering of documents for production to third parties (2.4); searched and located documents for case team (4.3). | 1,842.50 |
| 2/11/10 | ZM | 2.20 | Prepared volumes to load into Case Logistix (1.7); performed quality checks on same volumes (.5). | 605.00 |
| 2/12/10 | RLB | 1.00 | Reviewed confidentiality waiver status (.8); reviewed correspondence re documents for government (.2). | 850.00 |
| 2/12/10 | KW | 7.00 | Worked on comparing production documents cited in Volume 3 of Examiner's Report against those found in folder containing documents gathered for Volume 3 for completeness and accuracy per C. Ward's instructions (2.0); prepared list of production documents cited in Volume 3 of Examiner's Report and not saved in case related database and sent same to C. Ward per his instructions (1.0); completed document log for Volume 4 docket entries and sent same to C. Ward for merging into logs for other Report Volumes (1.0); completed document log for Volume 4 case cites and sent same to C. Ward for merging into logs for other Report Volumes (1.0); completed document log for Volume 4 witness interviews and sent same to C. Ward for merging into logs for other Report Volumes (1.0); completed document log for Volume 4 public domain documents and sent same to C. Ward for merging into logs for other Report Volumes (1.0). | 1,190.00 |
| 2/12/10 | HDM | .40 | Reviewed C. Ward's list of confidential documents and discussed same with Team 1. | 230.00 |
| 2/12/10 | PXR | 7.30 | Reviewed tracking log of production documents cited in Volume 1 of Examiner's Report (2.0); reviewed and compared all documents currently listed on tracking log to those saved in Volume 1 folder (2.3); searched and retrieved all production documents listed on tracking log not found in Volume 1 folder (2.0); removed all documents not listed on tracking log from Volume 1 documents folder (1.0). | 1,241.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/12/10 | EAF | 8.50 | Assisted C. Ward in pulling missing Volume 5 documents (2.0); telephone conferences with A. Righi re his inability to locate missing Case Logistix Volume 5 documents (1.2); telephone conference with W. Belcher re previously sent final Report Volume logs (.3); created list of producing parties document logs for master document log referenced in rows 1-431 (1.6), rows 432-862 (1.2), rows 863-1294 (1.4) and rows 1295-1724 (.8). | 1,360.00 |
| 2/12/10 | CZCX | 1.80 | Reviewed chart of Proof Outline Appendix documents and compared to file. | 288.00 |
| 2/12/10 | YJL | 3.80 | Logged public domain documents cited in Volume 3 of the final Report (1.8); quality checked folders on the network for electronic copies of all documents cited in Volume 4 and Volume 5 of the final Report (2.0). | 608.00 |
| 2/12/10 | LEW | 4.00 | Cite-checked Volume 2 of Examiner's Report and pulled and logged documents referenced in same (1.2); reviewed Appendix document log and corresponding folder for discrepancies (2.8). | 640.00 |
| 2/12/10 | AMR | 8.00 | Worked with E. Flores to locate and download outstanding bates labeled documents for Volume 5 (2.0); worked with L. Wang and C. Chu to check Appendices document log against documents in folder for transmittal (2.3); worked with W. Belcher, E. Flores, and C. Ward to prepare letters for transmittal to opposing counsel (1.7); reviewed within and searched for public domain and interview documents in support of Volume 5 of final Report (2.0). | 1,280.00 |
| 2/12/10 | GJP | 9.50 | Reviewed documents cited in Volume 2 of the final Report (2.0); logged additional documents cited in Volume 2 of the final Report (1.5); pulled documents cited in Volume 2 of the final Report (2.0); reviewed documents cited in Volume 5 of the final Report (1.0); logged additional documents cited in Volume 5 of the final Report (1.0); pulled additional documents cited in Volume 5 of the final Report (2.0). | 1,520.00 |
| 2/12/10 | JPS | 3.00 | Logged and performed final review of documents cited in Volume 4 of the final Report. | 765.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/12/10 | JKP | 7.30 | Updated log of interviews cited in footnotes on pages 900-1053 of final Report (1.8); quality checked for completeness folders of electronic documents cited in Volume 5 of final Report (1.4); prepared Report of discrepancies between index of cited documents from Volume 5 of final Report and the collection of electronic documents pulled for Volume 5 of final Report and emailed C. Ward re same (2.6); removed from collection of electronic documents extra copies of documents and documents no longer cited in Volume 5 of final Report (1.5). | 1,679.00 |
| 2/12/10 | MRS | 6.30 | Cross-referenced non-bates-numbered citations on pages 320-393 of Valuation section of Report with collection of electronic documents and cited document log (1.3); added documents cited on pages 320-393 of Valuation section of Report to electronic repository where necessary (1.5); cross-referenced non-bates-numbered citations on pages 394-465 of Valuation section of Report with collection of electronic documents and cited document log (1.2); added documents cited on pages 394-465 of Valuation section of Report to electronic repository where necessary (1.4); reviewed non-bates-numbered document log prepared by L. Wang (.4); reviewed and responded to emails re Report section citation project (.5). | 1,701.00 |
| 2/12/10 | ALR | 5.60 | Spot checked all documents cited in Volume 4 against all documents contained in L drive folder (2.9); prepared email to C. Ward re discrepancies in same (1.8); conferred with C. Ward and A. Righi re ongoing assignments (.9). | 1,428.00 |
| 2/12/10 | CRW | 5.60 | Pulled documents cited in valuation and survival sections of final Report for dissemination to third parties in order to resolve confidentiality issues (2.1); met with paralegal team to discuss expedition of pulling of supporting documents cited in Report (.5); continued pulling supporting documents cited in Report from survival section (3.0). | 1,428.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 2/12/10 | WB | 11.00 | Finalized reviewing Introduction and Executive Summary of Examiner's Report (2.2); searched Case Logistix and Stratify for production documents cited in Report (1.9); indexed additional documents on master tracking log for distribution to opposing counsel (2.1); reviewed Repo 105 section of the final Report (1.0); searched Stratify and retrieved additional documents cited in final Report (1.6); indexed re same on master document tracking log (1.7); prepared transmittal letters re distribution of electronic copies of production documents cited in final Report (.5). | 2,805.00 |
| --- | --- | --- | --- | --- |
| 2/12/10 | CSM | 9.00 | Assisted with pulling additional third party documents for cited document disks (1.1); assisted with pulling and logging documents cited in final Report (1.9); reviewed log of production documents cited in final Report and Appendices and prepared charts of same for sending to third parties (3.6); reviewed and revised charts of third party documents (2.4). | 2,070.00 |
| 2/12/10 | LIM | 8.60 | Coordinated with data team bates numbering of documents for production to third parties (2.3); searched and located documents for case team and Duff & Phelps (6.3). | 2,365.00 |
| 2/12/10 | ZM | 7.50 | Continued converting documents to tiff format (1.5); prepared volumes to load into Case Logistix (2.5); started to load same into Case Logistix (2.0); performed quality checks on same volumes (1.0); coordinated with L. Manheimer re status of same loads and next priority loads (.5). | 2,062.50 |
| 2/13/10 | CRW | 3.50 | Finalized index of third party cited documents within final Report and confidentiality release tracking chart for R. Byman and H. McArn. | 892.50 |
| 2/15/10 | RLB | .80 | Reviewed confidentiality status. | 680.00 |
| 2/15/10 | HDM | .60 | Discussed production issues and confidentiality with Team 1 (.5); discussed same with Team 3 leaders (.1). | 345.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 256

| 2/15/10 | PXR | 6.50 | Searched and retrieved interview summaries and public domain documents cited in Volume 5 of Examiner's Report (1.3); indexed same on tracking log (1.5); searched and retrieved case citations and docket entries cited in Volume 5 (1.7); indexed same on tracking log (2.0). | 1,105.00 |
|---|---|---|---|---|
| 2/15/10 | EAF | 3.80 | Updated master document log with Appendix 10 interview summaries, public domain, docket and case cites document log (2.0); updated master document log with Appendix 11 interview summaries, public domain, docket and case cites document log (1.8). | 608.00 |
| 2/15/10 | YJL | 7.30 | Cite-checked Volume 3 of the final Report (2.0); logged public domain documents cited in Volume 3 of the final Report (2.0); logged missing documents cited in Volume 3 of the final Report (2.0); quality checked folders on the network for electronic copies of public domain documents cited in Volume 3 of the final Report (1.3). | 1,168.00 |
| 2/15/10 | LEW | .50 | Cite-checked non-produced documents in Volume 2 of Examiner's Report. | 80.00 |
| 2/15/10 | AMR | 6.00 | Reviewed Volume 5 of final Report and logged case law cited in footnotes into master chart (2.1); reviewed Volume 5 of final Report and logged public domain documents cited in footnotes into master chart (1.9); reviewed Volume 5 of final Report and logged docket entries cited in footnotes into master chart (2.0). | 960.00 |
| 2/15/10 | GJP | 7.50 | Reviewed cited documents in Volume 5 of the final Report (2.0); gathered interview summaries cited in Volume 5 of final Report (2.0); gathered dockets that were cited in Volume 5 of final Report (2.0); gathered declarations that were cited in Volume 5 of the final Report (1.5). | 1,200.00 |
| 2/15/10 | JPS | 1.00 | Logged and performed final review of documents cited in Volume 4 of the final Report. | 255.00 |
| 2/15/10 | JKP | 3.90 | Corresponded with C. Ward re updating log of non-production documents cited in Volume 3 of final Report (.1); reviewed citations in footnotes of final Report and updated log of interviews cited in Volume 3 of final Report (3.8). | 897.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/15/10 | ALR | .50 | Conferred with A. Righi and C. Ward re completing log of documents cited in Volume 5 of the final Report. | 127.50 |
| 2/15/10 | CRW | 2.00 | Made edits to final document index of third party materials cited in final Report (1.1); began preparing files for off-site storage and destruction (.9). | 510.00 |
| 2/15/10 | WB | 2.00 | Reviewed pages 10 through 25 of Introduction and Executive Summary Section of Examiner's Report (.8); searched and retrieved memoranda cited in Report (1.2). | 510.00 |
| 2/15/10 | CSM | 1.90 | Continued logging and pulling documents cited in final Report. | 437.00 |
| 2/16/10 | RLB | .30 | Reviewed and revised correspondence re Goldman Sach's confidential documents. | 255.00 |
| 2/16/10 | MRD | 2.00 | Worked on ensuring that clawed back materials were not cited in the Report with C. Ward (1.5); reviewed CD from C. Brown enclosing Board materials (.5). | 1,020.00 |
| 2/16/10 | EAF | 3.30 | Reviewed Volume 4 of final Report document log to ensure accuracy of document cited on pages 1066-1099 (1.4), and pages 1100-1138 (1.9). | 528.00 |
| 2/16/10 | AMR | 7.80 | Corresponded with C. Ward re document production shipment tracking (.5); corresponded with A. Rettig re delegation of responsibilities for completing Volume 5 document log (.5); reviewed Volume 5 of final Report for outstanding documents and marked documents already logged as complete (1.5); logged case law cited in Volume 5 footnotes into master chart (1.6); entered public domain document information cited in Volume 5 footnotes into master chart (1.7); logged docket entries and checked produced document citations from Volume 5 in master chart (2.0). | 1,248.00 |
| 2/16/10 | GJP | 8.00 | Gathered the deposition transcripts that were cited in Volume 5 of the final Report (2.0); indexed the interview summaries that were cited in Volume 5 of the final Report (2.0); indexed the dockets and deposition transcripts that were cited in Volume 5 of the final Report (2.0); indexed the declarations that were cited in Volume 5 of the final Report (2.0). | 1,280.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/16/10 | ASM | 2.50 | Searched for and prepared pdf copies from Westlaw and Lexis-Nexis of Lehman Brother's Examiner case cites for attorney review. | 400.00 |
| 2/16/10 | JKP | 3.60 | Corresponded with A. Lee re document log tasks (.2); integrated log notes provided by A. Lee into log of Volume 3 cited documents (.5); reviewed footnotes of final Report and logged public domain and other non-production documents cited in Volume 3 of final Report (2.9). | 828.00 |
| 2/17/10 | RLB | .70 | Reviewed and revised correspondence re Fitch confidential documents (.3); reviewed and revised materials re Barclays confidential document status (.4). | 595.00 |
| 2/17/10 | MRD | 2.60 | Worked on confidentiality waivers for Fitch Ratings (.3); worked on confidentiality waivers for Barclays (1.0); worked on confidentiality waivers for the Federal Reserve Board (1.3). | 1,326.00 |
| 2/17/10 | PXR | 3.40 | Searched and retrieved public domain documents cited in Volume 5 of Examiner's Report (1.0); indexed same on tracking log (.7); searched and retrieved case citations and docket entries cited in Volume 5 (1.3); indexed same on tracking log (.4). | 578.00 |

LAW OFFICES                                                          Page 259
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/17/10 | EAF | 2.20 | Corresponded with M. Devine re inconsistencies with Fitch, Inc. production list sent to third party on February 12 (.2); telephone conference with C. Ward re whereabouts and possible locations of previously sent correspondence re third party production cited in Examiner's Report (.2); reviewed electronic file for previously sent correspondence to Fitch, Inc. (.3); drafted email to R. Byman and M. Devine re UPS delivery notifications for third party productions cited in Examiner's Report (.1); corresponded with G. Pinnick re location of new interview summaries (.1); corresponded with L. Manheimer re HBUS production request (.2); telephone conference with M. Devine re clarification of inconsistencies with Fitch, Inc. production list (.1); telephone conference with A. Rettig re LBEX prefix documents (.1); assisted M. Devine in reviewing document production lists for Fitch, Inc. (.5); telephone conferences with A. Rettig re Fed production documents cited in Examiner's Report (.2); corresponded and met with T. Winegar re requested HSBC production document (.2). | 352.00 |
| 2/17/10 | AMR | 4.20 | Corresponded with A. Rettig re completion of document log for Volume 5 of final Report (.5); reviewed Volume 5 of final Report for outstanding cited documents and marked logged documents as complete (1.3); logged public domain documents cited in Volume 5 of final Report in master chart (2.0); logged case law cited in Volume 5 of final Report in master chart (.4). | 672.00 |
| 2/17/10 | GJP | 4.50 | Continued indexing the remaining interview summaries cited in Volume 5 of the final Report (.7); indexed deposition transcripts and hearings cited in Volume 5 of the final Report (1.8); quality control checked the documents cited in the Volume 5 final Report and the index (2.0). | 720.00 |
| 2/17/10 | JKP | .40 | Met with A. Choudhury and M. Groman re preparing set of attorney binders from interviews of JPMorgan witnesses (.3); emailed A. Choudhury and M. Groman re interview binders (.1). | 92.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/17/10 | ALR | 4.40 | Responded to requests received of the paraprofessional team (.8); conferred with E. Flores and M. Devine re charts provided re additional bates labeled documents cited in final Report (.9); conferred with A. Righi re cited documents chart for Volume 5 (.3); revised chart and reviewed Volume 5 for cited documents to include (2.4). | 1,122.00 |
| 2/17/10 | CRW | 2.00 | Participated in teleconference with M. Devine re Barclays document prefixes and to clarify which data systems documents cited to were produced (.4); pulled interview memoranda for S. Biller in preparation of A. Valukas meeting with government (.3); drafted chart of JPMorgan cited documents for A. Choudhury (1.3). | 510.00 |
| 2/18/10 | RLB | .80 | Reviewed and revised correspondence re Perella confidential documents (.3); reviewed correspondence from S. Cave re SIPA documents (.2); reviewed materials re OTS confidential documents (.3). | 680.00 |
| 2/18/10 | MRD | 2.00 | Discussed OTS concerns re confidentiality with J. Davis (.3); discussed confidentiality issues with paralegals (.2); drafted email to R. Byman summarizing status of certain confidentiality issues (.7); drafted response to email from J. Davis of OTS re confidentiality (.8). | 1,020.00 |
| 2/18/10 | EAF | 6.40 | Corresponded with D. Murray re confidentiality waivers chart (.1); corresponded with C. Murray re confidentiality waiver chart (.1); reviewed electronic file for requested confidentiality waiver chart (.2); drafted email to D. Murray re attached chart on progress in obtaining confidentiality waivers (.2); searched electronic file for production documents sent to the Office of Thrift Supervision on January 19 and February 12 to clarify issues re producing party document lists and production documents on disc (.8), and drafted emails to M. Devine re same (.3); met with C. Murray to clarify issues re producing party document lists and production documents sent to counsel on February 12 (.4); reviewed Volume 4 of final Report document log to ensure accuracy of document cited on pages 1140-1182 (2.0), pages 1183-1202 (.6), and pages 1203-1234 (1.7). | 1,024.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/18/10 | YJL | 7.30 | Cite-checked Volume 3 of the final Report (2.0); logged public domain documents cited in Volume 3 of the final Report (2.0); logged missing documents cited in Volume 3 of the final Report (2.0); quality checked folders on the network for electronic copies of public domain documents cited in Volume 3 of the final Report (1.3). | 1,168.00 |
| 2/18/10 | CSM | .60 | Attended to status chart re confidentiality waivers for third party documents (.1); communicated with E. Flores re same (.1); met with E. Flores re third party document charts sent out on February 12 (.4). | 138.00 |
| 2/18/10 | ZM | 4.00 | Prepared volumes to load into Case Logistix (2.3); performed quality checks on same volumes (1.7). | 1,100.00 |
| 2/19/10 | RLB | 1.20 | Reviewed materials re Barclays confidential document status (.7); reviewed materials re JPMorgan confidential documents (.5). | 1,020.00 |
| 2/19/10 | VEL | .20 | Reviewed email from J. Eberhard re JPMorgan supplemental production and forwarded same to D. Layden with comments. | 150.00 |
| 2/19/10 | MRD | .30 | Reviewed report to locate where it cited OTS documents. | 153.00 |
| 2/19/10 | PXR | 1.50 | Searched and retrieved case citations cited in Volume 5 of Examiner's Report (.6); indexed same on tracking log (.9). | 255.00 |
| 2/19/10 | EAF | 7.70 | Corresponded with A. Rettig re final Report citations to Office of Thrift Supervision references (.1); reviewed Volume 4 of final Report document log to ensure accuracy of document cited on pages 1235-1289 (2.0), pages 1290-1324 (1.5), pages 1325-1363 (1.7), and pages 1364-1392 (1.5); telephone conference with P. Jones requesting team list of various attorneys and drafted email attaching same (.1); telephone conference to L. Manheimer requesting native file of document from Case Logistix (.1); obtained requested JPMorgan documents from electronic file for per A. Choudhury's request (.1); reviewed master document log for JPMorgan clawback documents per A. Choudhury's request (.6). | 1,232.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/19/10 | ALR | 5.20 | Reviewed sections of Volume 5 of the final Report and logged interview summaries and public domain documents cited (2.1); reviewed sections of Volume 5 of the final Report and logged case cites and docket entries cited (1.8); prepared sections of final Report citing OTS documents for review by M. Devine and R. Byman (1.3). | 1,326.00 |
| 2/19/10 | WB | 3.00 | Reviewed Introduction and Executive Summary Section of final Report (1.2); searched and retrieved memoranda cited in Report (1.8). | 765.00 |
| 2/19/10 | CSM | 2.30 | Logged and pulled non-production documents referenced in Volume I of final Report. | 529.00 |
| 2/20/10 | ALR | 2.00 | Reviewed sections of Volume 5 of the final Report and logged interview summaries and public domain documents cited (.7); reviewed sections of Volume 5 of the final Report and logged case cites and docket entries cited (1.3). | 510.00 |
| 2/22/10 | RLB | 2.60 | Reviewed materials re OTS documents (.7); conference call with D. Roberts, J. Davis and M. Devine re OTS documents (.6); corresponded with SEC re documents (.4); reviewed materials re CME documents (.6); reviewed NY Fed documents (.3). | 2,210.00 |
| 2/22/10 | RLB | 2.90 | Reviewed and revised chart of confidentiality agreement status (2.1); reviewed Report re SEC request re redactions (.8). | 2,465.00 |
| 2/22/10 | MRD | 1.40 | Prepared for call with OTS counsel re confidentiality issues (.6); telephone conference re confidentiality issues with R. Byman, D. Roberts of OTS and J. Davis of OTS (.5); drafted summary of call with D. Roberts, J. Davis for file (.3). | 714.00 |
| 2/22/10 | PXR | 5.00 | Searched and retrieved case citations cited in Volume 5 of Examiner's Report (1.2); indexed same on tracking log (1.5); searched and retrieved public domain documents cited in Volume 5 (1.1); indexed same on tracking log (1.2). | 850.00 |

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/22/10 | EAF | 8.50 | Corresponded with L. Manheimer re requested native file of document on Case Logistix (.1); reviewed Volume 4 of final Report document log to ensure accuracy of document cited on pages 1393-1399 (.3), pages 1400-1480 (1.9), and pages 1481-1536 (1.7); updated master document log with new Volume 4 final Report additions (1.3); combined Volume 2 document logs received from M. Scholl and L. Wang (.3); reviewed Volume 2 of final Report document log to ensure accuracy of document cited on pages 203-265 (1.6), pages 266-330 (1.3). | 1,360.00 |
|---|---|---|---|---|
| 2/22/10 | JKP | 6.30 | Organized collection of attorney interview notebooks from Team 3 witness interviews (1.0); updated log of non-production documents cited in Volume 3 of final Report (1.8); updated log of interviews cited in Volume 3 of final Report (2.0); pulled missing electronic copies of documents cited in Volume 3 of final Report (1.5). | 1,449.00 |
| 2/22/10 | ALR | 4.10 | Revised spreadsheet containing all cited material in Volume 5 of final Report (2.3); spot checked sections of Volume 5 of final Report for all cited material (1.8). | 1,045.50 |
| 2/22/10 | ZM | 3.20 | Prepared volumes to load into Case Logistix (2.5); performed quality checks on same volumes (.7). | 880.00 |
| 2/23/10 | RLB | 6.50 | Reviewed and revised confidentiality agreement status chart (1.5); reviewed documents claimed by parties to be confidential (1.5); reviewed Standard & Poors documents re confidentiality agreements (.4); reviewed NY Fed documents re confidentiality issues (.6); reviewed USB documents re confidentiality agreements (.5); reviewed Ernst & Young documents re confidentiality agreements (1.5); reviewed CME documents re confidentiality agreements (.5). | 5,525.00 |
| 2/23/10 | MRD | 1.00 | Prepared summary of confidentiality issues re OTS. | 510.00 |

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/23/10 | EAF | 8.50 | Reviewed Volume 2 of final Report document log to ensure accuracy of document cited on pages 331-355 (.9), pages 356-420 (1.4), pages 421- 570 (1.8), pages 571-596 (.6), pages 662-726 (2.0); drafted email to C. Ward re current status of master document log and awaiting receipt of remaining Volume logs (.1); telephone conference with A. Righi re current status of Volume 5 non-production document log (.1); drafted email to Lehman paralegal team requesting completion of non-production document logs to additional to master log (.3); corresponded with Lehman paralegal team members re non-production document logs (.3); reviewed previously sent emails re Barclays data cited, per C. Ward's request (.1); updated master document log with new Volume 2 document log additions (.9). | 1,360.00 |
| 2/23/10 | AMR | 4.00 | Added public domain documents to Volume 5 Master chart (1.5); added case law citations and interview summaries to Volume 5 master chart (1.8); worked with A. Rettig to finalize portion of Volume 5 master chart (.7). | 640.00 |
| 2/23/10 | JKP | 1.60 | Updated log of interview memoranda cited in Volume 3 of final Report. | 368.00 |
| 2/23/10 | MRS | 3.40 | Organized case materials following filing of Report (2.4); corresponded with C. Ward re organization of materials (.4); processed production CD received from Federal Reserve Bank of New York and forwarded contents to P. Trostle and original CD to C. Ward (.6). | 918.00 |
| 2/23/10 | ALR | 1.00 | Revised spreadsheet containing all cited material in sections of Volume 5 of final Report. | 255.00 |
| 2/23/10 | CRW | 2.50 | Reviewed JPMorgan's, Citigroup's and SEC's responses to February 12 letter re cited documents in Examiner's Report (.4); logged Citigroup's and SEC's responses to confidentiality waivers of documents cited in final Report (.9); updated confidentiality waiver response chart with daily responses from third parties (.5); uploaded document responses to SharePoint and logged accordingly materials received from Barclays (.7). | 637.50 |

| 2/24/10 | RLB | 5.80 | Reviewed Barclays documents re confidentiality agreements (1.4); reviewed SON document re confidentiality issues (.3); reviewed Ernst & Young documents re confidentiality agreements (1.8); conference call with Ernst & Young documents re confidentiality agreements (1.1); reviewed CME documents re confidentiality agreements (.5); telephone conference with L. Dunsky re CME documents (.3); telephone conference with E. Frejka re CME documents (.4). | 4,930.00 |
| 2/24/10 | MRD | .80 | Office conference with R. Byman and C. Ward re status of confidentiality waivers. | 408.00 |
| 2/24/10 | EAF | 7.10 | Drafted email response to M. Devine's email re Barclays data cited (.1); reviewed final Report Volumes 2 and 4 to ensure all website references were added to master document log (.8); drafted email to W. Belcher re citation corrections (.1), and telephone conference with W. Belcher re same (.1); drafted email to A. Rettig and A. Righi re completion of Volume 5 of Examiner's Report document log (.1); met with C. Murray to discuss current progress of second half of Volume 1 of Examiner's Report non-production log to assist in pulling and logging remaining documents (.3); corresponded with J. Phillips re current status of Volume 3 of Examiner's Report non-production document log (.2); assisted C. Murray in logging and obtaining all non-production documents referenced in second half of Volume 1 of Examiner's Report on pages 99-111 (1.8), pages 112-128 (1.6), pages 129-149 (1.4), and pages 150-163 (.6). | 1,136.00 |
| 2/24/10 | AMR | 6.00 | Compiled M. Hughes', P. Ramos' and G. Pinnick's public domain portion of Volume 5 document log into Volume 5 master chart (2.2); entered M. Hughes', P. Ramos' and G. Pinnick's case citation portion of Volume 5 document log into Volume 5 master chart (2.0); added M. Hughes', P. Ramos' and G. Pinnick's interview summary portion of Volume 5 document log into Volume 5 master chart (1.7); sent Volume 5 master chart to E. Flores for further compilation (.1). | 960.00 |
| 2/24/10 | JKP | 3.70 | Pulled missing electronic copies of documents cited in Volume 3 of final Report. | 851.00 |

LAW OFFICES

Page 266

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/24/10 | MRS | 3.90 | Reviewed and organized accumulated case materials and binders, segregating for destruction and shipment to C. Ward (2.8); reviewed extra sets of production documents and located corresponding cover letters and indices (.8); drafted emails to C. Ward re collecting documents following filing of Report (.3). | 1,053.00 |
| 2/24/10 | CSM | .20 | Met with E. Flores re logging of additional documents in Volume 1 of final Report. | 46.00 |
| 2/24/10 | ZM | 6.20 | Prepared volumes to load into Case Logistix (2.5); started to load same into Case Logistix (1.2); performed quality checks on same volumes (.5); coordinated with L. Manheimer re status of same loads and next priority loads (.5); continued to prepare documents for production (1.5). | 1,705.00 |
| 2/25/10 | RLB | 5.00 | Reviewed Ernst & Young documents re confidentiality agreements (1.6); reviewed Barclays documents re confidentiality issues (1.4); reviewed Alvarez & Marsal documents re confidentiality agreements (1.5); telephone conference with J. Remers re NY Fed documents (.5). | 4,250.00 |
| 2/25/10 | MRD | .80 | Reviewed emails and spreadsheets re confidentiality waivers (.5); office conference with R. Byman re status of confidentiality waivers (.3). | 408.00 |
| 2/25/10 | PXR | 6.50 | Searched and retrieved case citations cited in Volume 5 of Examiner's Report (2.3); indexed same on tracking log (2.2); searched and retrieved public domain documents cited in Volume 5 (1.0); indexed same on tracking log (1.0). | 1,105.00 |
| 2/25/10 | EAF | 10.60 | Reviewed Volume 5 of final Report document log to ensure accuracy of document cited on pages 1537-1569 (.7), pages 1570-1647 (1.8), pages 1648-1699 (1.9), pages 1700-1726 (1.6), pages 1727-1757 (1.2), pages 1758-1793 (1.5), pages 1794-1828 (.8), and pages 1829-1868 (.7); telephone conference with A. Righi re newly received Volume 5 of final Report document log from P. Ramos and G. Pinnick with updates (.3); telephone conference with P. Ramos re newly pulled documents from Volume non-production log (.1). | 1,696.00 |

LAW OFFICES                                                          Page 267

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/25/10 | AMR | 1.20 | Worked with A. Rettig and E. Flores to resolve issues with portion of Volume 5 master chart prior to document log compilation by E. Flores. | 192.00 |
| 2/25/10 | JKP | 4.20 | Pulled from Westlaw and Lexis legal authority cited in Volume 3 of final Report that was previously missing from network folder of cited documents (.9); searched for and pulled missing electronic copies of documents cited in Volume 3 of final Report (3.3). | 966.00 |
| 2/25/10 | MRS | 5.00 | Reviewed and organized accumulated case materials, segregating for archiving by C. Ward (3.3); drafted email to C. Ward outlining details of case materials (.8); corresponded with D. Fair and L. Wang re case materials sent from New York to Chicago records department (.3); coordinated preparation of binder containing Ernst & Young documents for review by R. Byman (.6). | 1,350.00 |
| 2/25/10 | ALR | 3.30 | Conferred with A. Righi and P. Ramos re spreadsheet of all cited documents in Volume 5 of the final Report (.5); reviewed spreadsheet prepared by P. Ramos and G. Pinnick (.3); performed searches in N and L drive for documents cited in Volume 5 of final Report (1.8); saved case law cited in Appendix 2 to L drive folders (.7). | 841.50 |
| 2/25/10 | LIM | 3.20 | Coordinated with data team processing and loading supplemental productions received from various third parties for Case Logistix review platform. | 880.00 |
| 2/25/10 | ZM | 4.50 | Prepared volumes to load into Case Logistix (2.3); started to load same into Case Logistix (1.2); performed quality checks on same volumes (1.0). | 1,237.50 |
| 2/26/10 | RLB | .30 | Telephone conference with D. Bohan re UBS documents. | 255.00 |

LAW OFFICES                                                    Page 268
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/26/10 | EAF | 7.30 | Assisted C. Ward in ensuring all Ernst & Young production documents are created in hard copy and placed in a binder for delivery to R. Byman (1.7); saved requested public domain documents cited in Volume 1 of final Report to electronic file (.2); reviewed Volume 5 of final Report document log to ensure accuracy of documents cited on pages 1869-1880 (.7) and pages 1881-1902 (1.9); drafted emails to A. Righi and A. Rettig re non-production documents not listed in document log of Volume 5 of Examiner's Report (.2); updated case cites section of master document log with correct citations (.2); telephone conference with A. Righi re non-production documents not listed in Volume 5 document log (.2); telephone conference with C. Murray re previous assistance with non-production citations in Volume 1 to obtain and log (.2); reviewed Volume 1 of final Report document log to ensure accuracy of documents cited on pages 727-767 (1.5); telephone conference with A. Rettig to discuss new non-production document additions (.1); updated Volume 5 non-production master document log with newly received additions (.3); corresponded with A. Rettig re obtaining new Volume 5 non-production documents (.1). | 1,168.00 |
| 2/26/10 | AMR | 3.00 | Worked with A. Rettig to correctly enter public domain documents, case citations and interview summary footnotes into Volume 5 master chart for E. Flores (2.1); corresponded with A. Rettig and E. Flores re issues with master chart completion (.9). | 480.00 |
| 2/26/10 | JKP | 3.80 | Prepared and forwarded to E. Flores final proofread log of the non-production documents cited in Volume 3 of final Report. | 874.00 |
| 2/26/10 | MRS | 2.60 | Reviewed and responded to emails re preparation and filing of Motion to Clarify Orders (.5); coordinated preparation of revised binder of Ernst & Young documents for review by R. Byman (.4); organized remaining case materials (1.7). | 702.00 |
| 2/26/10 | ALR | 3.90 | Reviewed sections of Volume 5 of the final Report for cited documents (1.9); revised spreadsheet of all cited materials (1.6); conferred with A. Righi and E. Flores re same (.4). | 994.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/26/10 | CSM | 2.20 | Logged and pulled non-production documents referenced in Volume I of final Report (2.0); communicated with E. Flores re same (.1); communicated with W. Belcher re same (.1). | 506.00 |
| 2/26/10 | ZM | 2.00 | Started to load volumes into Case Logistix (1.5); performed quality checks on same volumes (.5). | 550.00 |
| 2/27/10 | ZM | 3.00 | Prepared volumes to load into Case Logistix (2.0); performed quality checks on same volumes (.5); continued loading documents into Case Logistix (.5). | 825.00 |
| 2/28/10 | RLB | 1.00 | Reviewed and revised document confidentiality chart. | 850.00 |
| 2/28/10 | WB | 3.80 | Reviewed Introduction and Executive Summary of Examiner's Report (.8); searched and retrieved memoranda (.5); searched and retrieved case cites (1.0); searched and retrieved docket and court pleadings (.2); edited and updated document tracking log re same of citations in footnote (1.3). | 969.00 |
| 2/28/10 | ZM | 3.50 | Prepared volumes to load into Case Logistix (1.7); performed quality checks on same volumes (.5); continued loading documents into Case Logistix (1.3). | 962.50 |
| | | 1,313.30 | PROFESSIONAL SERVICES | 340,856.50 |

MATTER TOTAL          $ 340,856.50          LESS DISCOUNT          -34,085.65

NET PROFESSIONAL SERVICES                    306,770.85

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

BILLING AND FEE APPLICATIONS                    MATTER NUMBER -    10152

| | | | | |
|---|---|---|---|---|
| 2/01/10 | AJO | .50 | Began preparing timeline for preparation of January invoice (.2); emailed K. Anderson and D. Murray re preparation of January invoice re rates (.3). | 255.00 |
| 2/05/10 | MBH | 5.80 | Reviewed and organized documents re January expense Report materials for attorney review (2.4); revised January disbursement invoice to conform to Fee Committee's guidelines (3.4). | 1,566.00 |
| 2/08/10 | CJG | 4.00 | Reviewed and organized documents re January expense Report materials (2.0); revised January disbursement invoice to conform to Fee Committee's guidelines (2.0). | 680.00 |
| 2/08/10 | MBH | 4.60 | Reviewed and organized documents re January expense Report materials for attorney review (.8); revised January disbursement invoice to conform to Fee Committee's guidelines (3.8). | 1,242.00 |
| 2/09/10 | DRM | 1.80 | Read memoranda from A. Olejnik re status of preparation of January invoice, reviewed Excel spreadsheet re same and discussed same with A. Olejnik (.8); studied Report of Fee Committee, conferred with A. Olejnik re same and prepared memorandum to A. Valukas and R. Byman summarizing Committee Report (.8); memoranda from A. Valukas and C. Steege re same (.2). | 1,530.00 |
| 2/09/10 | AJO | .60 | Reviewed Fee Committee correspondence re recommended deductions for J&B fees in the Third Interim Fee Application (.2); conferred with D. Murray re same (.4). | 306.00 |
| 2/09/10 | MBH | 3.40 | Reviewed and organized documents re January expense Report materials for attorney review (.5); revised January disbursement invoice to conform to Fee Committee's guidelines (2.9). | 918.00 |
| 2/10/10 | DRM | .50 | Read memoranda from A. Olejnik re January invoice and discussed further required notifications with A. Olejnik. | 425.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/10/10 | AJO | 3.60 | Conferred with K. Anderson re additional information needed for Third Interim Fee Application expense entries as requested by Fee Committee (.2); conferred with D. Murray re process for reviewing January invoice and revisions to comply with Fee Committee and U.S. Trustee guidelines (.5); reviewed thousands of January time entries re compliance with Fee Committee and U.S. Trustee guidelines (2.9). | 1,836.00 |
|---|---|---|---|---|
| 2/10/10 | MBH | 5.10 | Reviewed and organized documents re January expense Report materials for attorney review (.3); revised January disbursement invoice to conform to Fee Committee's guidelines (4.8). | 1,377.00 |
| 2/11/10 | DRM | .40 | Read memoranda from A. Olejnik and telephone conference with A. Olejnik re preparation of January invoice and follow up re same. | 340.00 |
| 2/11/10 | AJO | 3.50 | Reviewed and flagged January invoice time entries re compliance with Fee Committee and U.S. Trustee guidelines (2.2); emailed D. Murray re same (.2); conferred with D. Murray re same (.1); emailed K. Anderson re meeting with Pitney representatives to obtain additional detail for photocopy and related expenses (.2); researched U.S. Trustee guidelines, Fee Committee guidelines, J&B retention application, and A. Valukas declaration re process for notifying parties of changes in billing rates (.4); emailed D. Murray re same (.2); emailed K. Anderson re process for editing January invoice (.2). | 1,785.00 |
| 2/11/10 | MBH | 3.60 | Reviewed and organized documents re January expense Report materials for attorney review (.2); revised January disbursement invoice to conform to Fee Committee's guidelines (3.4). | 972.00 |
| 2/12/10 | DRM | 1.00 | Reviewed fee bill material with A. Olejnik for compliance with Fee Committee guidelines (.5); telephone conference with A. Valukas re Fee Committee Report and recommendations with respect thereto (.3); met with A. Olejnik re same (.2). | 850.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/12/10 | AJO | 3.40 | Conferred with K. Anderson re obtaining details re fee expenses to respond to Fee Committee Report (.3); reviewed Fee Committee Report re recommended reductions for J&B's third interim fee application (.5); prepared comments re same (.4); analyzed January invoice for possible write-offs (.3); reviewed January invoice re time entries requiring follow-up information from timekeepers (.3); reviewed and analyzed January invoice time entries re mathematical errors (.8); met with D. Murray re Fee Committee's recommended reductions and preparation of January invoice (.8). | 1,734.00 |
| --- | --- | --- | --- | --- |
| 2/12/10 | MBH | 3.70 | Reviewed and organized documents re January expense Report materials for attorney review (.4); revised January disbursement invoice to conform to Fee Committee's guidelines (3.3). | 999.00 |
| 2/13/10 | AJO | .90 | Reviewed and revised time entries for January invoice re compliance with Fee Committee guidelines (.4); emailed C. Hudy re same (.1); updated spreadsheet re write-offs for January invoice (.3); emailed K. Anderson re write-offs for January invoice (.1). | 459.00 |
| 2/14/10 | MBH | 3.20 | Reviewed and organized documents re January expense Report materials for attorney review (.4); revised January disbursement invoice to conform to Fee Committee's guidelines (2.8). | 864.00 |
| 2/15/10 | DRM | 3.70 | Read memorandum from A. Olejnik concerning request for reimbursement of expenses and discussed same with A. Olejnik (.2); reviewed various time entries for compliance with Fee Committee guidelines and prepared memoranda to attorneys re same (1.5); telephone conferences with S. Ascher, C. Ward, C. Steege, K. Jestin, M. Hankin re same (.5); follow-up memoranda to attorneys re compliance with Fee Committee guidelines (.5); conferred with C. Steege re same (.2); memoranda to R. Byman, et al. re follow-up with respect to compliance with Fee Committee guidelines (.8). | 3,145.00 |

LAW OFFICES                                                    Page 273

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/15/10 | AJO | 6.60 | Reviewed U.S. Trustee and Bankruptcy Court guidelines re expense reimbursements (.2); emailed D. Murray re same (.2); drafted letter to Fee Committee re response to J&B third interim fee application (1.5); met with D. Murray re January invoice (.2); drafted and revised memorandum to timekeepers re additional information needed for January time entries (.9); met with D. Murray re same (.2); reviewed second draft of January invoice to identify entries needing additional information (1.1); conferred with D. Murray re same (.3); prepared emails to timekeepers re same (.5); conferred with K. Anderson re preparation of January invoice (.1); emailed team members re information needed for entries (.1); began reviewing and editing other entries in January invoice (1.3). | 3,366.00 |
| 2/15/10 | PJT | .50 | Reviewed memorandum from D. Murray re fee application for January 2010 time. | 375.00 |
| 2/15/10 | MBH | 3.20 | Reviewed and organized documents re January expense Report materials for attorney review (.4); revised January disbursement invoice to conform to Fee Committee's guidelines (2.8). | 864.00 |
| 2/16/10 | DRM | 1.80 | Telephone conference with K. Filipovich re compliance with Fee Committee guidelines (.1); telephone conference with W. Chen re same (.1); telephone conference with A. Ringguth re same (.1); extensive review of responses to memorandum on compliance with guidelines and reviewed same with A. Olejnik (1.5). | 1,530.00 |
| 2/16/10 | MHM | .60 | Reviewed and revised time entries for conformance with fee guidelines established in case. | 165.00 |
| 2/16/10 | AJO | 1.90 | Edited January invoice re D. Murray and A. Valukas time entries to comply with guidelines (.5); emailed C. Hudy re edits to individuals' names (.2); emailed G. Ahearn re January invoice project (.3); reviewed revised January time entries (.1); emailed team members re revisions to time entries (.3); conferred with R. Wallace re same (.1); continued to edit January time entries to comply with guidelines (.4). | 969.00 |

LAW OFFICES                                         Page 274
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/16/10 | MBH | 3.90 | Reviewed and organized documents re January expense Report materials for attorney review (.3); revised January disbursement invoice to conform to Fee Committee's guidelines (3.6). | 1,053.00 |
|---|---|---|---|---|
| 2/17/10 | DRM | 1.50 | Telephone conference with J. Molenda re compliance with Fee Committee guidelines (.2); met with A. Olejnik and K. Anderson re response to Fee Committee objections and review materials re same (.8); read memoranda from J. Molenda, K. Filipovich, W. Chen re compliance with guidelines (.5). | 1,275.00 |
| 2/17/10 | AJO | 8.10 | Reviewed and revised January invoice time entries from A. Valukas to H. Suskin (.5); reviewed and edited January time entries from J. Epstein to A. Choudhury (2.0); met with D. Murray re status of invoice preparation (.2); reviewed and edited January invoice time entries from J. Malysiak to J. Molenda (1.0); reviewed January time entries re time in excess of 18.0 hours in a single day (.3); reviewed and edited January invoice from A. Allen to T. Phillibert (1.5); met with K. Anderson re responding to Fee Committee's Report on J&B's third interim fee application (.4); met with K. Anderson and D. Murray re same and expense detail for UPS charges and photocopy related expenses (.3); reviewed and edited January time entries from T. Phillibert to M. Duchesne (1.0); reviewed and edited January time entries from P. Ramonas to D. Biemer (.9). | 4,131.00 |
| 2/17/10 | MBH | 3.80 | Reviewed and organized documents re January expense Report materials for attorney review (.2); revised January disbursement invoice to conform to Fee Committee's guidelines (3.6). | 1,026.00 |
| 2/18/10 | DRM | 1.50 | Memoranda to and from A. Olejnik, J. Riley, B. Wilson, G. Pinnick, A. Lee, C. Meservy, H. McArn re compliance with Fee Committee guidelines (.3); memoranda to and from A. Sapp, O. Jafri, S. Terman, K. Waldmann, E. Liebschutz, A. Malson, D. Millison re same (.2); memoranda to and from J. Phillips, I. Dmitrieva, M. Slachetka, S. Prysak, J. Shaw, D. Layden, C. Bell, W. Wallenstein, A. Alexander, J. Conley, V. Lazar re same (.3); memoranda to and from A. Olejnik re billing issues (.2); met with K. Anderson re same and reviewed materials sent by her (.5). | 1,275.00 |

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/18/10 | AJO | 6.60 | Reviewed proposed billing task codes (.1); emailed D. Murray re same (.1); emailed K. Anderson re write-offs for January invoice (.1); emailed K. Anderson and M. Horan re edits to expenses on January invoice (.1); reviewed and edited several hundred time entries for January invoice to comply with U.S. Trustee and Fee Committee guidelines (2.7); emailed D. Murray re same (.1); emailed G. Ahearn re same (.1); emailed K. Anderson re same (.1); emailed team members re revisions to January time entries (.2); drafted response letter to Fee Committee re fees and expenses in question from J&B third interim fee application (2.5); met with D. Murray re same (.5). | 3,366.00 |
| 2/18/10 | MBH | 4.10 | Reviewed and organized documents re January expense Report materials for attorney review (.5); revised January disbursement invoice to conform to Fee Committee's guidelines (3.6). | 1,107.00 |
| 2/19/10 | DRM | 1.80 | Memorandum to A. Valukas re response to Fee Committee letter (.2); reviewed and revised draft of submission to Fee Committee with A. Olejnik and finalized same (1.3); memoranda to and from J. Sapp re Fee Committee billing codes and discussed same with A. Olejnik (.3). | 1,530.00 |
| 2/19/10 | AJO | 7.20 | Began to review and revise January time entries returned by timekeepers to ensure compliance with Fee Committee and U.S. Trustee guidelines (1.9); continued reviewing and revising hundreds of January time entries re information sufficient for guidelines (3.6); revised letter to Fee Committee responding to questions re J&B's third interim fee application fees and expenses (1.1); met with D. Murray re same (.2); met with D. Murray re proposed task codes (.2); telephone conference with M. O'Donnell re finalizing data for January invoice and response letter to Fee Committee re third interim fee application (.2). | 3,672.00 |
| 2/19/10 | MBH | 3.40 | Reviewed and organized documents re January expense Report materials for attorney review (.1); revised January disbursement invoice to conform to Fee Committee's guidelines (3.3). | 918.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/21/10 | DRM | .20 | Read memorandum from B. Eisen re Fee Committee submission and memorandum to A. Olejnik re same. | 170.00 |
| 2/21/10 | AJO | 1.40 | Reviewed detail re photocopy and related charges expenses for response to Fee Committee's requirements on J&B's third interim fee application (.5); emailed K. Anderson re same (.2); reviewed detail re UPS/FedEx expenses for response to Fee Committee's requirements on J&B's third interim fee application (.4); emailed K. Anderson re same (.2); emailed M. Matlock re same (.1). | 714.00 |
| 2/22/10 | DRM | 3.50 | Extensive work with A. Olejnik on response to Fee Committee Report on Third Interim Fee Application (2.0); reviewed and finalized Report on expenditures per request of Fee Committee and reviewed backup in connection with same (1.5). | 2,975.00 |
| 2/22/10 | MHM | 3.60 | Reviewed and compared list of items from Fee Committee requiring additional detail and list of detailed expenses (.3); worked on calculating itemized detail for selected photocopy expenses (1.1); revised and updated list of detailed expenses for response to Fee Committee (2.2). | 990.00 |
| 2/22/10 | AJO | 7.70 | Reviewed and revised third draft of January invoice re fees (1.0); met with M. Matlock re processing photocopy expense details to respond to Fee Committee's questions (.2); conferred with K. Anderson re same and UPS charges (.2); reviewed and analyzed details re photocopy and related expenses for third interim fee period (.3); revised letter to Fee Committee responding to questions re J&B's third interim fee application (.3); reviewed and revised time entries for January invoice (1.2); drafted table re details for photocopy and related expenses details (2.2); met with D. Murray re same (.2); reviewed draft table re UPS charges (.3); met with D. Murray re same (.2); incorporated details for photocopy and UPS expenses in response to Fee Committee (.5); finalized letter to Fee Committee responding to inquiries re certain fees and expenses in J&B's third interim fee application (1.1). | 3,927.00 |
| 2/23/10 | DRM | 3.00 | Extensive review of January bill and prepared comments on same (2.5); conferred with A. Olejnik re January bill (.5). | 2,550.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/23/10 | AJO | 4.40 | Reviewed and edited third draft of Lehman invoice (2.6); met with D. Murray re same (.3); incorporated D. Murray's proposed edits to January invoice (.3); met with D. Murray re same (.2); reviewed and analyzed online research charges in excess of $1,000 (.3); began revising final draft of Lehman invoice (.4); emailed M. Matlock re redaction process for final invoice (.3). | 2,244.00 |
|---|---|---|---|---|
| 2/24/10 | DRM | .40 | Read memorandum from Fee Committee re implementation of uniform billing codes and memoranda to and from A. Olejnik re same. | 340.00 |
| 2/24/10 | MHM | 7.00 | Reviewed December fee statement for universal redaction items (3.9); read fee statement text and proofread expenses detail for January fee statement (3.1). | 1,925.00 |
| 2/24/10 | AJO | 1.50 | Reviewed reformatted January invoice to prepare for redaction process (.5); emailed D. Murray and M. Matlock re same (.4); emailed M. Matlock re beginning redaction process (.1); emailed D. Murray re use of billing codes per Fee Committee's instructions (.1); emailed M. Matlock re answers to questions re redaction process (.2); emailed K. Anderson re January expense questions (.2). | 765.00 |
| 2/25/10 | DRM | 1.50 | Memoranda to and from A. Olejnik and conferred with A. Olejnik re progress of January statement (1.0); reviewed expense reimbursement backup materials (.5). | 1,275.00 |
| 2/25/10 | MHM | 13.20 | Continued reading January monthly fee statement to identify redactions to confidentiality of investigation (4.1); prepared redactions of same (3.9); proofread redactions on monthly fee statement and revised accordingly (5.2). | 3,630.00 |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/25/10 | AJO | 3.50 | Revised expense entry descriptions to explain online research charges in excess of $1,000 (.9); edited final version of expenses for January 2010 invoice (.5); emailed K. Anderson re same (.2); conferred with K. Anderson re invoice process (.2); drafted list of remaining tasks for finalizing January invoice (.2); met with M. Matlock re same (.2); inserted time entries for R. DeKoven into invoice (.2); drafted cover letters for redacted and unredacted versions of January invoice (.5); reviewed and revised expenses for January invoice (.4); emailed K. Anderson re same (.2). | 1,785.00 |
| 2/26/10 | DRM | 1.80 | Reviewed and redacted portions of January fee statement (1.5); discussed same with A. Olejnik (.2); telephone conference with A. Valukas re same (.1). | 1,530.00 |
| 2/26/10 | MHM | 1.40 | Reviewed and redacted revised list of expenses for December invoice. | 385.00 |
| 2/26/10 | AJO | 7.20 | Began reviewing and redacting several hundred page invoice to preserve confidentiality of Examiner's investigation and Report (5.4); conferred with J. Leiwant re same (.3); reviewed expense entries for final version of invoice (.5); finalized cover letters for January invoice (.2); revised spreadsheet for final January invoice to submit to Fee Committee (.6); conferred with K. Anderson re same (.2). | 3,672.00 |
| 2/27/10 | DRM | .30 | Memoranda to and from A. Olejnik re January bill and telephone conference with A. Olejnik re same. | 255.00 |
| 2/27/10 | AJO | 4.50 | Finalized redactions for several hundred page January invoice to preserve confidentiality of investigation and Report (2.9); finalized January invoice for distribution to notice parties (.4); conferred with D. Murray re same (.1); revised spreadsheet re edits to final version of January invoice to send to Fee Committee (1.0); emailed D. Murray re same (.1). | 2,295.00 |
| | | 175.90 | PROFESSIONAL SERVICES | 79,332.00 |

| | | | | |
|---|---|---|---|---|
| MATTER TOTAL | | $ 79,332.00 | LESS DISCOUNT | -7,933.20 |
| | NET PROFESSIONAL SERVICES | | 71,398.80 | |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CONSULTATION WITH FINANCIAL ADVISORS        MATTER NUMBER -    10160

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | RLB | .60 | Telephone conference with J. Leiwant re S&P issue (.3); telephone conferences with correspondence with M. Hankin re S&P issue (.3). | 510.00 |
| 2/02/10 | DRM | .10 | Read memorandum from J. Pimbley re ███████ report and R. Byman response. | 85.00 |
| 2/08/10 | RLB | .40 | Memoranda to Duff & Phelps re Report confidentiality. | 340.00 |
| 2/08/10 | HDM | .90 | Discussed document production and confidentiality issues with J. Leiwant of Duff & Phelps (.1); reviewed Barclays document production re same (.8). | 517.50 |
| 2/09/10 | DRM | .50 | Read memoranda from J. Leiwant, A. Pfeiffer, R. Byman, M. Devine, C. Ward re coordination on systems data and further follow up. | 425.00 |
| 2/09/10 | HDM | 1.00 | Reviewed and discussed production and confidentiality issues with J. Leiwant, C. Ward and Team 1. | 575.00 |
| 2/09/10 | CRW | .50 | Assisted Duff & Phelps in determining data systems cited within final Report. | 127.50 |
| 2/12/10 | DRM | .10 | Telephone conference with J. Leiwant re follow-up issues. | 85.00 |
| | | 4.10 | PROFESSIONAL SERVICES | 2,665.00 |

MATTER TOTAL       $ 2,665.00     LESS DISCOUNT       -266.50

       NET PROFESSIONAL SERVICES       2,398.50

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

WITNESS INTERVIEWS                                          MATTER NUMBER -    10187

| | | | | |
|---|---|---|---|---|
| 2/01/10 | RLB | .50 | Reviewed interview summaries. | 425.00 |
| 2/01/10 | AJO | .20 | Read ██████ interview memorandum. | 102.00 |
| 2/01/10 | EAF | 2.90 | Uploaded newly revised ████████████ ███████████████████████████ interview memoranda to witness folders and main full summary folders on J&B and Duff & Phelps SharePoint sites. | 464.00 |
| 2/01/10 | CSM | .10 | Communicated with A. Olejnik re witness interview spreadsheet. | 23.00 |
| 2/02/10 | AJO | 1.10 | Updated and revised witness and interview list to track recent witness interview information and interview summaries. | 561.00 |
| 2/03/10 | EAF | 2.70 | Met with C. Murray re newly received and newly revised witness interview memoranda (.4); uploaded newly received ███████████████ interview memoranda to witness folders and main full summary folders on J&B and Duff & Phelps SharePoint sites (.5); uploaded newly received correspondences to respective witness folders on SharePoint (1.0); created witness folders for ████████████ and uploaded newly received interview memorandum to witness folders and main summary folders on J&B and Duff & Phelps SharePoint sites (.8). | 432.00 |
| 2/03/10 | CSM | 1.00 | Met with E. Flores re newly received and newly revised witness interview memoranda (.4); reviewed and updated SharePoint and case file with witness interview memoranda (.6). | 230.00 |
| 2/04/10 | AJO | 1.10 | Updated and revised witness interview spreadsheet re new names from recent interviews for Barclays portion of investigation. | 561.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 2/04/10 | EAF | 7.00 | Updated list of Examiner flash and full interview summaries completed to date for submission to SEC (.5); telephone conference with C. Murray re newly received interview memoranda and updates to various interview lists (.2); updated interview summary binder chart (.3); updated SharePoint interview summary chart (1.7); updated pending and completed interview list (.9); reviewed previously received emails for interview summaries with exhibits (.5); obtained referenced exhibit documents, created electronic file of ███████ ███████ memoranda with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (2.9). | 1,120.00 |
| 2/04/10 | CSM | .20 | Communications with E. Flores re recent interview memoranda. | 46.00 |
| 2/05/10 | EAF | 2.80 | Obtained referenced exhibit documents cited in ███████ ███████ interview memoranda. | 448.00 |
| 2/05/10 | CSM | .30 | Communications with E. Flores re updates to witness interview charts. | 69.00 |
| 2/06/10 | EAF | .90 | Created electronic file of ███████ interview memoranda with bookmarked exhibits and uploaded to witness folders on J&B SharePoint site. | 144.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 2/08/10 | EAF | 7.80 | Obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (1.4); obtained referenced exhibit documents, created electronic file of ▮ ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (.5); obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memoranda with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (2.0); obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (1.8); obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (1.6); obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folders on J&B SharePoint site (.5). | 1,248.00 |
| 2/08/10 | CSM | .80 | Updated SharePoint and case file with witness interview memoranda. | 184.00 |
| 2/09/10 | EAF | 2.20 | Uploaded newly received ▮▮▮▮ interview memorandum to witness folder and main full summary folders on J&B and Duff & Phelps SharePoint sites (.3); obtained referenced exhibit documents, created electronic file of ▮▮▮▮ interview memorandum with accompanying exhibits and uploaded to witness folder on J&B SharePoint site (1.4); drafted email to E. Brown re referenced exhibits to various interview memoranda (.1); corresponded with M. Slachetka and E. McKenna re missing ▮▮▮▮ interview memorandum exhibit (.1); telephone conference with K. Waldmann re ▮▮▮▮ interview exhibit (.1); uploaded ▮▮▮▮ interview memorandum with bookmarked exhibits to witness folder on J&B SharePoint site (.2). | 352.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/11/10 | EAF | .70 | Drafted email to J. Zipfel requesting full interview memorandum for ███████████ interview (.1); drafted email to G. Folland requesting full interview memorandum for ███████████ interview (.1); updated master document log with newly received appendices and final report document additions and deletions (.2); uploaded newly received ██████ interview memorandum to witness folder and full summary folders on J&B and Duff & Phelps SharePoint sites (.3). | 112.00 |
| 2/17/10 | EAF | .10 | Telephone conferences with A. Choudhury re interview binders. | 16.00 |
| 2/17/10 | CSM | .70 | Updated SharePoint with revised interview memoranda. | 161.00 |
| 2/22/10 | CSM | 2.20 | Updated SharePoint and case file with deposition transcripts and exhibits of ███████████ ███████████. | 506.00 |
| | | 35.30 | PROFESSIONAL SERVICES | 7,204.00 |

MATTER TOTAL          $ 7,204.00          LESS DISCOUNT                    -720.40

NET PROFESSIONAL SERVICES                    6,483.60