# **EXHIBIT F-4**

Detailed Time Records - May 2010

LAW OFFICES                                                                                                           Page 7

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| CASE ADMINISTRATION | | | | | MATTER NUMBER - | 10012 |
|---|---|---|---|---|---|---|
| 5/07/10 | RLB | .80 | 4500 | Office conference with A. Valukas re status of wind-down and discharge process. | | 680.00 |
| 5/13/10 | DRM | .20 | 0100 | Read revised case management order and memorandum to A. Olejnik re same. | | 170.00 |
| 5/14/10 | RLB | .70 | 0100 | Reviewed revised case management order and changes in procedures. | | 595.00 |
| | | 1.70 | | PROFESSIONAL SERVICES | | 1,445.00 |

| MATTER TOTAL | | $ 1,445.00 | LESS DISCOUNT | -144.50 |
|---|---|---|---|---|
| NET PROFESSIONAL SERVICES | | 1,300.50 | | |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                          Federal Identification No. 36-2192554

LAW OFFICES                                                                                        Page 8

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

EXAMINER                                                                    MATTER NUMBER -    10020

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/04/10 | ARV | .50 | 4500 0700 | Reviewed memorandum re ▮▮▮▮▮ and prepared notes re same (.3); telephone conference with H. Miller re solvency and office conference with R. Byman re same (.2). | 487.50 |
| 5/05/10 | ARV | 1.40 | 4500 | Reviewed materials re debtors/creditors' request re solvency (1.2); office conference with R. Byman re H. Miller's request re same and discharge order (.2). | 1,365.00 |
| 5/06/10 | ARV | .70 | 4500 | Office conference with R. Byman re H. Miller request re solvency and Duff & Phelps appendix re same. | 682.50 |
| 5/07/10 | ARV | .60 | 4500 | Office conference with R. Byman re debtor request re Duff & Phelps solvency analysis. | 585.00 |
| 5/21/10 | ARV | 1.30 | 4500 | Reviewed testimony before Congress to confirm accuracy and determine whether any follow-up is needed. | 1,267.50 |
|  |  | 4.50 |  | PROFESSIONAL SERVICES | 4,387.50 |

MATTER TOTAL            $ 4,387.50     LESS DISCOUNT                                 -438.75

    NET PROFESSIONAL SERVICES                    3,948.75

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

GENERAL BANKRUPTCY MATTERS & RESEARCH     MATTER NUMBER - 10101

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/11/10 | AJO | .20 | 3800 | Reviewed recent docket filings re relevance to Examiner's investigation and Report, including SIPA Trustee third report (.1); emailed R. Byman and D. Murray re same (.1). | 102.00 |
| 5/12/10 | CRW | .20 | 0300 | Reviewed, filed and calendared deadline for filing proof of claim. | 51.00 |
| 5/13/10 | AJO | .20 | 4500 | Researched whether complete Examiner Report file was now available on Pacer due to earlier technical difficulties (.1); telephone call to Court technical desk re same (.1). | 102.00 |
| 5/20/10 | RLB | 5.00 | 4500 | Reviewed discharge orders in other cases for drafting ideas (1.7); drafted discharge motion and order (1.7); reviewed comments from M. Hankin and P. Trostle re draft discharge motion and revised same (1.6). | 4,250.00 |
| 5/20/10 | BEK | .50 | 4500 | Reviewed and revised draft discharge order. | 262.50 |
| 5/20/10 | AJO | .30 | 4500 | Emailed R. Byman re discharge orders from other examiner cases. | 153.00 |
| 5/20/10 | MZH | .80 | 4500 | Reviewed and provided initial comments on draft discharge motion. | 600.00 |
| 5/20/10 | HDM | .50 | 4500 | Reviewed draft discharge motion and discussed document repository section re same with B. Kidwell. | 287.50 |
| 5/20/10 | CRW | 1.50 | 4500 | Reviewed and filed correpondence and draft of discharge motion (.5); researched rules re ordinary course payment, and reported to M. Hankin for draft discharge motion (1.0). | 382.50 |
| 5/21/10 | MZH | 1.10 | 4500 | Revised motion and order for discharge. | 825.00 |
| 5/21/10 | CRW | 1.20 | 4500 | Reviewed docket for motions re ordinary course payments, and corresponding orders re same, then sent to M. Hankin for revisions to discharge motion (1.0); reviewed and filed correpondence re discharge motion and order (.2). | 306.00 |
| 5/22/10 | RLB | 2.80 | 4500 | Reviewed, edited and revised draft discharge motion and memorandum (2.5); correspondence with A. Valukas re same (.3). | 2,380.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Task | Description | Amount |
|---|---|---|---|---|---|
| 5/24/10 | RLB | 1.40 | 4500 | Reviewed and revised draft discharge motion (.7); correspondence with H. Miller re same (.4); correspondence with D. Adams re same (.3). | 1,190.00 |
| 5/27/10 | RLB | 2.60 | 4500 | Reviewed and revised discharge motion (.9); reviewed H. Miller comments on draft discharge motion and correspondence re same (1.7). | 2,210.00 |
| 5/27/10 | DRM | .10 | 4500 | Read memorandum from R. Byman to H. Miller re discharge motion. | 85.00 |
| 5/27/10 | AJO | .70 | 4500 | Conferred with Bankruptcy Court technical help desk re availability of Volume 9 of Examiner's Report which had been unavailable due to technical problems (.4); confirmed availability of same through Pacer (.2); emailed P. Trostle and D. Murray re same (.1). | 357.00 |
|  |  | 19.10 |  | PROFESSIONAL SERVICES | 13,543.50 |

MATTER TOTAL        $ 13,543.50        LESS DISCOUNT        -1,354.35

NET PROFESSIONAL SERVICES        12,189.15

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

COMMUNICATIONS & MEETINGS WITH PARTIES          MATTER NUMBER -     10128
PARTIES IN INTEREST

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/03/10 | CRW | 2.00 | 4500 | Pulled Congressional testimonies and transcripts re Lehman 2008 failure, and loaded to SharePoint. | 510.00 |
| 5/04/10 | RLB | 1.80 | 4500 | Reviewed materials re solvency analysis re request from Debtors. | 1,530.00 |
| 5/04/10 | DRM | .30 | 4500 | Read memorandum from R. Byman re request from H. Miller to review back-up documents on solvency (.1); memoranda to and from M. Hankin re solvency document request (.2). | 255.00 |
| 5/04/10 | MZH | 1.50 | 4500 | Telephone call with J. Leiwant and M. Vitti re Lehman request for solvency work papers (.8); reviewed examples of same in preparation for call with A. Valukas (.7). | 1,125.00 |
| 5/05/10 | RLB | 3.00 | 4500 4400 | Reviewed materials re solvency analysis re request from Debtors (1.3); reviewed and revised form protective order for use by U.S. Trustee (1.2); correspondence with ▇▇▇▇▇▇▇ re meeting with NY Fed (.5). | 2,550.00 |
| 5/05/10 | DRM | .30 | 4500 | Read memorandum from M. Hankin re solvency documents (.1); read memorandum from R. Byman reporting on conversation with H. Miller concerning his request for additional documents (.2). | 255.00 |
| 5/05/10 | MZH | 1.00 | 4500 | Reviewed Duff & Phelps work papers for LBHI solvency in preparation for meeting with A. Valukas re same (.7); telephone call with J. Leiwant re same (.3). | 750.00 |
| 5/06/10 | DRM | .10 | 4500 | Read memorandum from M. Hankin concerning solvency. | 85.00 |
| 5/07/10 | RLB | .30 | 4500 | Correspondence with A. Wolfe re document access. | 255.00 |
| 5/07/10 | DRM | 1.50 | 4500 | Reviewed material circulated by M. Hankin concerning solvency of various debtor entities (.5); conferred with A. Valukas, R. Byman, M. Hankin, A. Pfeiffer and J. Leiwant re request of H. Miller for Duff & Phelps materials on solvency and follow-up concerning same (1.0). | 1,275.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 12

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/07/10 | MZH | 1.00 | 4500 | Telephone call with A. Valukas, R. Byman, D. Murray and A. Pfeiffer re Lehman request for solvency mark papers. | 750.00 |
| 5/10/10 | RLB | 2.70 | 0700 4500 | Telephone conference with H. Miller re cooperation with Debtors on Duff & Phelps work (.4); reviewed Duff & Phelps materials re same (1.3); prepared memorandum to A. Valukas re same (.4); correspondence with A. Pfeiffer re Alvarez & Marsal meeting (.6). | 2,295.00 |
| 5/10/10 | MRS | .70 | 4400 | Prepared additional interview materials for review by NY District Attorney's office personnel (.5); corresponded by email with ▉ of NY District Attorney's office re same (.2). | 189.00 |
| 5/11/10 | HDM | .40 | 0700 | Communicated with Alvarez & Marsal and Team 3 re witness location information. | 230.00 |
| 5/11/10 | MRS | .50 | 4400 | Provided interview materials to ▉ of NY District Attorney's office for review (.3); discussed document review scheduling with ▉ (.2). | 135.00 |
| 5/12/10 | MRS | .50 | 4400 | Prepared additional interview materials for review by ▉ of NY District Attorney's office (.3); corresponded by email with ▉ and ▉ re same (.2). | 135.00 |
| 5/13/10 | RLB | .50 | 4500 | Correspondence with parties re requests for non-public documents. | 425.00 |
| 5/14/10 | RLB | 3.00 | 0700 | Met with H. Miller, J. Suckow, A. Pfeiffer, et al. re cooperation with Debtors and making Duff & Phelps materials available. | 2,550.00 |
| 5/14/10 | MZH | 2.50 | 0700 | Met with R. Byman re meeting with Lehman advisors with respect to production of Duff & Phelps work papers (.3); met with Weil Gotshal, Duff & Phelps, Alvarez & Marsal re same (partial) (2.2). | 1,875.00 |
| 5/14/10 | HDM | .30 | 4500 | Communicated with Team 1 and with Alvarez & Marsal re solvency team meeting logistics. | 172.50 |
| 5/14/10 | MRS | .50 | 4400 | Prepared additional interview materials for review by ▉ of NY District Attorney's office (.3); corresponded by with ▉ and ▉ re same (.2). | 135.00 |
| 5/16/10 | RLB | 1.40 | 4500 | Drafted letter to H. Miller re Duff & Phelps cooperation (1.3); office conference with A. Valukas re same (.1). | 1,190.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 13

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/17/10 | RLB | 1.50 | 4500 | Correspondence with H. Miller re Duff & Phelps cooperation (.9); reviewed Duff & Phelps documents re same (.6). | 1,275.00 |
| 5/18/10 | RLB | 1.50 | 4400 | Reviewed correspondence with New York District Attorney's office re requests for information (.8); office conferences with S. Biller and M. Basil re responses to New York District Attorney (.7). | 1,275.00 |
| 5/18/10 | RLB | .70 | 4500 | Reviewed Duff & Phelps materials for Alvarez & Marsal cooperation. | 595.00 |
| 5/18/10 | MRS | .60 | 4400 | Organized interview materials from recent NY District Attorney's office review. | 162.00 |
| 5/19/10 | RLB | 1.40 | 4500 | Reviewed Duff & Phelps materials for transmission to Alvarez & Marsal in response to requests for cooperation. | 1,190.00 |
| 5/19/10 | MZH | 3.10 | 4500 | Reviewed Duff & Phelps materials for distribution to Debtors (2.1); drafted memorandum to Duff & Phelps and R. Byman re same (1.0). | 2,325.00 |
| 5/19/10 | SEB | .80 | 4400 | Conferred with Manhattan District Attorney, M. Scholl, re ▮▮▮▮▮▮ (.4); drafted summary of conversation re same (.4). | 296.00 |
| 5/21/10 | MRS | .30 | 4400 | Prepared additional interview materials for review by ▮ ▮ of NY District Attorney's office (.2); corresponded by email with ▮ re same (.1). | 81.00 |
| 5/24/10 | MRS | .20 | 4400 | Met with ▮ of NY District Attorney's office re interview material review. | 54.00 |
| 5/25/10 | MRS | .40 | 4400 | Prepared interview materials for review by ▮ of NY District Attorney's office (.2); corresponded by email with ▮ re same (.1). corresponded by email with ▮ re same (.1). | 108.00 |
| 5/26/10 | RLB | .70 | 4500 | Reviewed status of Duff & Phelps coordination with Alvarez & Marsal in response to requests for information. | 595.00 |
| 5/27/10 | RLB | 1.50 | 4500 | Reviewed Duff & Phelps materials for proposed transmission to Alvarez & Marsal and correspondence with Duff & Phelps re same. | 1,275.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/27/10 | MZH | 2.20 | 4500 | Reviewed Duff & Phelps materials for redaction and drafted e-mail re same (2.1); telephone call with J. Leiwant re same (.1). | 1,650.00 |
| 5/27/10 | MRS | .30 | 4400 | Prepared additional interview materials for review by ▓ ▓ of NY District Attorney's office (.2); corresponded by email with ▓ and ▓ re same (.1). | 81.00 |
| 5/28/10 | MRS | .50 | 4400 | Prepared for interview material review by NY District Attorney's office (.3); corresponded by email with ▓ ▓ and ▓ re same (.2). | 135.00 |
|  |  | 41.50 |  | PROFESSIONAL SERVICES | 29,768.50 |

MATTER TOTAL            $ 29,768.50        LESS DISCOUNT                        -2,976.85

    NET PROFESSIONAL SERVICES                    26,791.65

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | | | |
|---|---|---|---|---|---|---:|
| NONWORKING TRAVEL TIME | | | | | MATTER NUMBER - | 10136 |
| 5/14/10 | RLB | 5.00 | 0500 | Non-working travel time to and from New York, NY for Alvarez & Marsal and Duff & Phelps meeting. | | 4,250.00 |
| | | 5.00 | | PROFESSIONAL SERVICES | | 4,250.00 |
| MATTER TOTAL | | $ 4,250.00 | | LESS DISCOUNT | | -425.00 |
| | NET PROFESSIONAL SERVICES | | | 3,825.00 | | |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

DOCUMENT MANAGEMENT AND REVIEW                                       MATTER NUMBER -    10144

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/03/10 | SEB | 4.10 | 4500 | Conferred with P. Trostle re FRBNY document production (.1); reviewed FRBNY April 2010 document production and drafted description of same (4.0). | 1,517.00 |
| 5/03/10 | CRW | 1.50 | 4500 | Reviewed emails and documents re redaction issues within Report documents, and ensured all issues were properly addressed (1.2); participated in conference call with Pitney Bowes to ensure all hard drives would contain redacted supporting documents (.3). | 382.50 |
| 5/04/10 | RLB | .70 | 4500 | Reviewed recently produced NY Fed documents re relevance to Examiner's Report. | 595.00 |
| 5/04/10 | DRM | .10 | 4500 | Read report from S. Biller re new documents produced by FRBNY. | 85.00 |
| 5/04/10 | CRW | 2.00 | 4500 | Updated third party harddrive, with redacted Ernst & Young, Federal Reserve Bank of New York and Barclays documents. | 510.00 |
| 5/05/10 | RLB | 2.00 | 4500 | Reviewed recently produced NY Fed documents re relevance to Examiner's Report (1.2); reviewed protective order status re same (.8). | 1,700.00 |
| 5/05/10 | CRW | 1.20 | 4500 | Reviewed, filed and loaded to SharePoint productions and declaration exhibits from Barclays. | 306.00 |
| 5/06/10 | DRM | .20 | 4500 | Read memorandum from S. Biller re additional newly produced documents from FRBNY. | 170.00 |
| 5/06/10 | SEB | 1.60 | 4500 | Reviewed second half of FRBNY April 2010 document production (1.3); drafted summary of same (.3). | 592.00 |
| 5/06/10 | CRW | .50 | 4500 | Reviewed and filed correspondence and summaries re Federal Reserve Bank of New York, Repo 105 documents. | 127.50 |
| 5/07/10 | RLB | 1.20 | 4500 | Reviewed and prepared documents for possible transition work after discharge in response to parties' requests for cooperation. | 1,020.00 |
| 5/11/10 | RLB | .80 | 4500 | Correspondence with third parties re requests to the Examiner for access to non-public documents. | 680.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 17

| Date | Atty | Hours | Task | Description | Amount |
|---|---|---|---|---|---|
| 5/12/10 | EAF | .50 | 4500 | Telephone conference with K. Blasko re location of previously re-redacted production documents (.1); telephone conference and drafted email to D. Collier requesting disk of all previously re-redacted production documents for delivery to C. Ward (.2); telephone conferences with C. Ward re same (.1); telephone conference with C. Ward re previously uploaded report documents to hard drive (.1). | 80.00 |
| 5/12/10 | CRW | 2.80 | 4500 | Pulled together third party document collection correpondence and related documents for archiving (1.4); began archiving electronic files for delivery to third parties upon request and for reference (1.4). | 714.00 |
| 5/13/10 | CRW | 1.60 | 4500 | Completed archiving of electronic files of third party productions, interview summaries and supporting Report documents. | 408.00 |
| 5/18/10 | CRW | .80 | 4500 | Pulled emails and supporting documents re ▮▮▮▮ ▮▮▮▮ for S. Biller. | 204.00 |
| 5/19/10 | EAF | .50 | 4500 | Emailed S. Biller document requested from Stratify re Repo 105. | 80.00 |
| 5/19/10 | CRW | .50 | 4500 | Reviewed, filed, and calendared correspondence and upcoming meetings with third parties re Report (.3); reviewed and filed internal memorandum re Repo 105 (.2). | 127.50 |
| 5/21/10 | CRW | .80 | 4500 | Reviewed, logged, and filed liquidity pool report materials provided by Barclays. | 204.00 |
| 5/24/10 | CRW | 2.00 | 4500 | Reviewed third party document collection log, and entered missing bates ranges for necessary productions, to reference going forward in response to third party requests. | 510.00 |
| 5/25/10 | EAF | .70 | 4500 | Performed search queries in Stratify for documents with key terms ▮▮▮▮ and ▮▮▮▮ for S. Biller (.5); emailed S. Biller document requested from Stratify re same (.2). | 112.00 |
| 5/25/10 | CRW | .70 | 4500 | Conferred with M. Scholl and B. Zakrzewski re organization of A. Valukas' case materials (.2); reviewed ▮▮▮▮ materials for information relating to ▮▮▮▮, and filed accordingly (.5). | 178.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 18

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/26/10 | CRW | 1.00 | 4500 | Reviewed, filed and logged materials received from Barclays (.3); updated bates ranges within third party tracking log for materials received from Lehman Live (.7). | | 255.00 |
| 5/27/10 | CRW | 2.00 | 4500 | Assisted in narrowing master chronology to include incontrovertible facts and pulled documents re same. | | 510.00 |
| | | 29.80 | | PROFESSIONAL SERVICES | | 11,068.00 |

MATTER TOTAL         $ 11,068.00        LESS DISCOUNT                               -1,106.80

NET PROFESSIONAL SERVICES                    9,961.20

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                            Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 19

BILLING AND FEE APPLICATIONS                                         MATTER NUMBER -    10152

| Date | Atty | Hours | Task | Description | Amount |
|---|---|---|---|---|---|
| 5/10/10 | AJO | .30 | 4600 | Reviewed first draft of April invoice. | 153.00 |
| 5/14/10 | MHM | 3.60 | 4600 | Gathered pleadings and worksheets for preliminary preparation of exhibits for filing fee application. | 990.00 |
| 5/14/10 | AJO | 1.10 | 4600 | Reviewed and edited first draft of April invoice. | 561.00 |
| 5/15/10 | AJO | 2.10 | 4600 | Began to review and edit first draft of April invoice (.8); continued to review time entries in April invoice to comply with guidelines (.9); emailed K. Anderson re edits to time entries (.2). emailed K. Anderson re edits to time entries (.2). | 1,071.00 |
| 5/16/10 | AJO | .30 | 4600 | Emailed C. Hudy re edits to April invoice (.2); briefly reviewed second draft of April invoice (.1). | 153.00 |
| 5/18/10 | MHM | 1.30 | 4600 | Continued compilation of all fees to date for final fee application. | 357.50 |
| 5/19/10 | MHM | 1.80 | 4600 | Worked on combining data for final fee application. | 495.00 |
| 5/20/10 | MHM | 3.60 | 4600 | Continued compiling and verifying data for fee exhibits. | 990.00 |
| 5/20/10 | AJO | .60 | 4600 | Edited second draft of April invoice. | 306.00 |
| 5/21/10 | MHM | 1.60 | 4600 | Worked on compiling disbursements listings. | 440.00 |
| 5/23/10 | AJO | .90 | 4600 | Reviewed and edited second draft of Lehman April invoice. | 459.00 |
| 5/24/10 | MHM | 4.30 | 4600 | Reviewed and verified service of documents and pre-approved billing from Epiq re same (.3); continued review and proofreading of all prior fee applications for final fee application (4.0). | 1,182.50 |
| 5/27/10 | DRM | .10 | 4600 | Office conference with A. Olejnik re monthly bill. | 85.00 |
| 5/27/10 | AJO | 2.00 | 4600 | Reviewed and edited third draft of Lehman invoice (1.8); drafted cover letters for same (.2). | 1,020.00 |
| 5/28/10 | DRM | .10 | 4600 | Finalized monthly invoice and transmitted to Fee Committee. | 85.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/28/10 | AJO | 3.40 | 4600 | Reviewed and edited final draft of April invoice (.8); assigned task codes to time entries to comply with Fee Committee requirement (1.0); redacted April invoice to preserve confidentiality of investigation and work product (.9); finalized cover letters to accompany April invoice (.2); emailed D. Murray re MS Excel version of April invoice to send to Fee Committee (.2); finalized and issued April invoice (.3). | 1,734.00 |

| | | | |
|---|---|---|---|
| | 27.10 | PROFESSIONAL SERVICES | 10,082.00 |
| MATTER TOTAL | $ 10,082.00 | LESS DISCOUNT | -1,008.20 |
| | NET PROFESSIONAL SERVICES | 9,073.80 | |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 21

CONSULTATION WITH FINANCIAL ADVISORS          MATTER NUMBER -   10160

| Date | Atty | Hours | Task | Description | Amount |
|---|---|---|---|---|---|
| 5/03/10 | HDM | 2.20 | 4500 | Reviewed Duff & Phelps' comments to Alvarez & Marsal clarification requests and reviewed Report re same (2.0); discussed same with J. Molenda (.2). | 1,265.00 |
| 5/10/10 | HDM | 1.00 | 4500 | Prepared for and participated in call with Alvarez & Marsal re intercompany transfers data clarification. | 575.00 |
| 5/12/10 | HDM | .20 | 4500 | Reviewed Duff & Phelps clarifications re Alvarez & Marsal outstanding issues. | 115.00 |
| | | 3.40 | | PROFESSIONAL SERVICES | 1,955.00 |

MATTER TOTAL           $ 1,955.00     LESS DISCOUNT                  -195.50

NET PROFESSIONAL SERVICES              1,759.50

Page 22

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

WITNESS INTERVIEWS                                               MATTER NUMBER -   10187

| Date | Atty | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/03/10 | EAF | 3.40 | 4500 | Reviewed master document log and electronic file for all witness interview memoranda still needed (.6); drafted email to C. Ward and C. Murray re same (.2); updated master document log with completed interview memoranda information (.1); updated SharePoint interview summary chart re same (.2); created bookmarked electronic file and uploaded to witness file on SharePoint site exhibits referenced in full interview memoranda of ▓▓▓ (1.1) and ▓▓▓ (.8); updated ▓▓▓ interview memoranda to include exhibit tab reference numbers (.4). | 544.00 |
| 5/04/10 | EAF | 6.10 | 4500 | Created bookmarked electronic files and uploaded to witness file on SharePoint site exhibits 1-27 (2.2) and 28-47 (1.3) of ▓▓▓ interview memorandum; created bookmarked electronic file and uploaded to witness file on SharePoint site exhibits referenced in full interview memoranda of ▓▓▓ (.4), ▓▓▓ (1.4), and ▓▓▓ (.8). | 976.00 |
| 5/04/10 | CRW | 1.00 | 4500 | Determined missing interviews summaries cited in Report and advised R. Byman of same. | 255.00 |
| 5/05/10 | EAF | 6.40 | 4500 | Created bookmarked electronic files and uploaded to witness file on SharePoint site documents exhibits referenced in ▓▓▓, ▓▓▓, ▓▓▓, ▓▓▓, and ▓▓▓ interview memoranda (2.2); telephone conferences with E. Brown to discuss same (.1); created bookmarked electronic file and uploaded to witness file on SharePoint site exhibits 1-18 (1.9) and 19-33 (2.2) referenced in full interview memorandum of ▓▓▓. | 1,024.00 |
| 5/05/10 | EAF | .10 | 4500 | Corresponded with L. Wang re information for assistance in creating electronic files of referenced interview exhibits for ▓▓▓ and ▓▓▓. | 16.00 |
| 5/06/10 | EAF | 7.20 | 4500 | Created electronic files and uploaded to witness file on SharePoint site exhibits 1-26 (2.0) and 27-39 (1.4) from interview memorandum of ▓▓▓; created electronic files and uploaded to witness file on SharePoint site exhibit documents 1-25 (1.9) and 26-52 (1.9) from interview memorandum of ▓▓▓. | 1,152.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | | |
|---|---|---|---|---|---:|
| 5/06/10 | CRW | 1.00 | 4500 | Pulled emails from ▮▮▮ to ▮▮▮ re ▮▮▮, then loaded to SharePoint witness file for same. | 255.00 |
| 5/07/10 | EAF | .20 | 4500 | Updated SharePoint interview summary chart. | 32.00 |
| 5/11/10 | CRW | .50 | 4500 | Reviewed tracking logs, interview summaries and correpondence for contact information for ▮▮▮, then reported to H. McArn re same. | 127.50 |
| | | 25.90 | | PROFESSIONAL SERVICES | 4,381.50 |

| | | | |
|---|---:|---|---:|
| MATTER TOTAL | $ 4,381.50 | LESS DISCOUNT | -438.15 |
| NET PROFESSIONAL SERVICES | 3,943.35 | | |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554