Susan Mary Pike
23412 Mobile St.
West Hills, CA 91307
818-346-7167
August 4, 2010
Claim Number 9135



United States Bankruptcy Court,
Southern District of New York
In Re Lehman Brothers Holdings Inc. et al., Debtors.
Chapter 11 Case No 08-13555 (JMP)

To whom it concerns,

I oppose the disallowance of my claim. Please find the supporting documents for my claim. As you can see, I purchased Twohundred shares of Lehman Brothers Capital Trust IV at Twentyfive dollars per share for a TOTAL of Five thousand dollars on October 13, 2003. I still own all twohundred shares of said stock. Please note I have partially blocked my account number on my statements for security reasons. I will provide it if necessary.

Thanking you,
Susan Mary Pike
Susan Mary Pike

CC The Honorable James M. Peck
Weil Gotshal & Manges LLP
Office of the United States Trustee for the Southern District of New York
Attorneys for the official Committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000055894 MAIL ID *** 0030505065 *** BSIUSE: 186

PIKE, SUSAN MARY
23412 MOBILE ST.
WEST HILLS, CA 91307


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>PIKE, SUSAN MARY<br>23412 MOBILE ST.<br>WEST HILLS, CA 91307 | Claim Number: | 9135 |
| | Date Filed: | 8/24/2009 |
| | Debtor: | No Debtor Asserted |
| | Classification and Amount: | UNSECURED: $ 5,000.00 |

   PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

   The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

   If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

   If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

       Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

       The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

       A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

       If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

       You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

       If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

       If you have any questions about this notice or the Objection, please contact Debtors' counsel, Aimée N. Blanchard, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
       New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# H&R BLOCK®
## financial advisors

1/1

Member NYSE, SIPC

| ACCOUNT NUMBER | TYPE | | | PLEASE PAY FOR, OR DELIVER SECURITIES NO LATER THAN | | |
|---|---|---|---|---|---|---|
| 75 | 1 | | | 10-31-03 | WH04 R.R. | 10-13-03 TRADE DATE | 10-31-03 SETTLEMENT DATE |

LEHMAN BROTHERS CAPITAL
TRUST IV 6.375%
PROSPECTUS MAILED UNDER SEPARATE COVER
ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST
SOLICITED

| B/S | QUANTITY | | TRANS. NO. | CUSIP | *EXCH |
|---|---|---|---|---|---|
| BUY | 200.00000 | | 2860005 | 52520B206 | 01 |

PRICE: $25.00000

| | |
|---|---|
| GROSS AMOUNT | $5,000.00 |
| INTEREST | |
| COMMISSION | |
| STATE TAX | |
| HANDLING SERVICE FEE | |
| SEC. FEE | |
| **TOTAL** | **$5,000.00** |

SYMBOL #LEC



THANK YOU FOR GIVING H&R BLOCK FINANCIAL ADVISORS, INC. THE OPPORTUNITY TO SERVICE YOUR BROKERAGE NEEDS. PAYMENT FOR, OR DELIVERY OF, SECURITIES MUST BE MADE ON, OR PRIOR TO, THE SETTLEMENT DATE INDICATED ABOVE. IF FUNDS HAVE NOT BEEN SENT, OR ARE NOT AVAILABLE IN YOUR ACCOUNT, IMMEDIATELY CONTACT YOUR FINANCIAL INSTITUTION TO HAVE FUNDS WIRED (SEE REVERSE SIDE FOR INSTRUCTIONS). IF YOUR SECURITIES ARE NOT HELD IN YOUR ACCOUNT AND YOU HAVE NOT DELIVERED THEM, YOU MUST DO SO IMMEDIATELY.

0002444 01 MB 0.309 **AUTO T7 0 1198 91307-332312   0001 003972 01

HRBFA CUSTODIAN OF IRA FBO:
SUSAN MARY PIKE
23412 MOBILE ST
WEST HILLS CA 91307-3323

Your H&R Block Financial Advisors
Branch Address:

5850 CANOGA AVE, SUITE 100
WOODLAND HILLS CA 91367
(818) 713-9200

hrblock.com                                         1-800-HRBLOCK

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE ARE PLEASED TO CONFIRM THE ABOVE TRANSACTION FOR YOUR ACCOUNT AND RISK SUBJECT TO TERMS LISTED ON REVERSE SIDE

**H&R BLOCK®**
financial advisors

Page 2 of 4

**Statement Period**
10/01/2003 - 10/31/2003
**Account Number**
/75 WH04

| Quantity | Description | Symbol | Estimated Market Price | Estimated Market Value | Purchase Value | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|
| 200.000 | LEHMAN BROTHERS CAPITAL | | 24.7500 | $4,950.00 | $5,000.00 | -$50.00 |
| **Totals** | | | | | | |

The Gain/Loss information is provided for informational purposes only and should not be used for tax purposes. Gain/Loss information, if shown, includes securities for which H&R Block Financial Advisors has original cost information. For securities purchased elsewhere, please provide your financial advisor with cost basis information. It is the account owner's responsibility to ensure the accuracy of this information. Unrealized Gain/Loss may not reflect your total return. For example, net cost may include dividend and capital gains distributions that have been reinvested.

**Account Activity**

| Date | Transaction | Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 10/13 | PURCHASE | 1 | 200.000 | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% | 25.0000 | -$5,000.00 |

June 1, 2010 - June 30, 2010

## Ameriprise Brokerage Account (continued)

AMERIPRISE TRUST COMPANY
C/O SUSAN M PIKE
AS CUSTD FOR THE SUSAN M PIKE IRA

Account #
75

### Account Holdings (continued)

| Symbol/Cusip Rating | Description | Beginning Value | Quantity | Ending Price | Ending Value | Cost Basis[1] | Estimated Unrealized Gain/Loss | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|
| LEHLQ Moodys – WR | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% | $20.00 | 200 | $0.0600 | $12.00 | $5,000.00 | -$4,988.00 | $0 | 0.00% |