9595 Red Bird Lane
Alpharetta, GA 30022
August 4, 2010

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Courtroom ~~604~~ 601

---

Re: Lehman Brothers Holdings, Inc., Chapter 11, Case No. 08-13555; (JMP) Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims). Claimant Name: William H. Smith, Claim No. 9187. Basis for claim: 155 shares of Lehman Brothers Capital Trust VI purchased through UBS Financial Services, Inc. on March 9, 2006 in the amount of $3,932.95.

---

Letters are being sent to the Debtors' Attorneys, who are listed at the end of this letter.

---

Dear Honorable Peck:

This is in response to Weil, Gotshal, and Manges LLP letter dated July 19, 2010 advising of claims to be disallowed and expunged.

Please be advised that I, William H. Smith, Claim No. 9187 in the amount of $3,932.95, **DO HEREBY OBJECT AND/OR DISAGREE WITH THE DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) CHAPTER 11, CASE No. 08-13555 (JMP)**

My original Claim No. 9187 covers Lehman Brothers Capital Trust VI sold to me by Lehman Brothers through the UBS Financial Services, Inc. **The only documentation I received was a Confirmation of Purchase, which I am enclosing.** Also enclosed is a copy of a UBS statement listing Lehman Brothers Capital Trust VI owned by me. After changing brokerage firms, the stock now appears on statements from Morgan Keegan, Inc., one of which is also enclosed. **This is the only documentation I have describing my Capital Trust VI bought on March 9, 2006 in the amount of $3,932.95.**

I would appreciate an early acknowledgement of this response.

Sincerely,

*William H. Smith*

William H. Smith

RECEIVED
AUG -9 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

The Honorable James M. Peck
August 4, 2010
Page 2.

Letters and documentation sent to attorneys as listed below:

Weil Gotshal & Manges, LLP
767 Fifth Avenue, New York, New York 10153
(Attn: Shai Waisman, Esq.)
Attorneys for Debtors

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,
Linda Riffkin, Esq., Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.,
Attorneys for the official committee of unsecured creditors appointed in these cases.)

Enclosures

UBS FINANCIAL SERVICES INC.
3455 PEACHTREE RD, NE
SUITE 1700
ATLANTA, GA 30326

D011021668 0000017860001127983901400 0001E

PAGE 1 OF 1

00011279

## Confirmation

Account Number AX 34374
Universal ID: 2999732100M
Your Financial Advisor
H TIMOTHY MCKANE
404-760-3000/

MR WILLIAM H. SMITH
9595 RED BIRD LANE
ALPHARETTA    GA  30022-7101

*Important. Please retain for your records.*

We confirm the following transaction(s):

| Trade activity | | Trade date | Date processed | | | Payment date/ Settlement date |
|---|---|---|---|---|---|---|
| BOUGHT | | 03/09/2006 | 03/09/2006 | | | 03/14/2006 |
| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-Up | Accrued interest | Other Fees and charges | Total amount |
| 35014 | 155 | LEHMAN CAP TRUST VI 6.2400% CALLABLE PFD YTC = 6.125 YTM = 6.214 | 24.8500000 CALLABLE 011810 @ 25.00 | $3,851.75 | $75.95 | | $5.25 | $3,932.95 |
| | | SYMBOL LEHPRN CUSIP NO. 52520X208 | | | | | | |
| | | Location of Execution: 01 Capacity: Agent | | | | | | |
| **Total:** | **155** | | | **$3,851.75** | **$75.95** | | **$5.25** | **$3,932.95** |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS Financial Services Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC.

# Morgan Keegan — A Regions Company

50 N. Front Street | Memphis, TN 38103 | 901.524.4100

**ACCOUNT STATEMENT**
JUNE 01 – JUNE 30, 2010

ACCOUNT | WILLIAM H SMITH | 30990469

## ACCOUNT HOLDINGS

### Cash — 0.17%

| DESCRIPTION | CURRENT VALUE | EST ANNUAL INCOME | YIELD % |
|---|---|---|---|
| Cash | $325.67 | N/A | N/A |
| REGIONS FDIC | $18.88 | N/A | 0.05% |
| **Total Cash & Margin** | **$344.55** | **N/A** | **N/A** |

### Fixed Income — 51.88%

**Preferred Trust Securities — 51.88%**

| DESCRIPTION | SYMBOL / CUSIP | QUANTITY | CURRENT PRICE | CURRENT VALUE | AVERAGE COST | TOTAL COST BASIS | UNREALIZED GAIN (LOSS) | EST ANNUAL INCOME | YIELD % |
|---|---|---|---|---|---|---|---|---|---|
| BAC CAPITAL TR V 6% 11/03/34 SERIES CUML PRD/QRTLY PAY B/E CALL 11/3/09 @25.00 BAA3/BB- Acquired: Various | 055184204 | 650.000 | $19.920 | $12,948.00 | $25.47 | $16,556.75 | ($3,608.75) LT | $975.00 | 7.53% |
| BAC CAPITAL TRUST X 6.25% 3/29/55 QRTLY PAY 1ST CALL 3/29/11 @25 NYSE Acquired: 01/13/2010 | 055189203 | 611.000 | $20.520 | $12,537.72 | $20.45 | $12,494.95 | $42.77 ST | $954.68 | 7.61% |
| CORPORATE ASSET BACKED CORP 6% CLA CERTF. GOLDMAN SACHS CAPITAL Acquired: Various | 12679Q206 | 488.000 | $20.450 | $9,979.60 | $23.92 | $4,976.26 / $6,700.00 | ($477.26) ST / ($1,219.40) LT | $732.00 | 7.33% |
| CITIGROUP CAPITAL XX 7.875% PFD DUE 12/15/67-QRTLY PAY CALL 121512 @25.00 Acquired: 11/19/2007 | 173085200 | 200.000 | $24.000 | $4,800.00 | $25.00 | $5,000.00 | ($200.00) LT | $393.75 | 8.20% |
| CITIGROUP CAPITAL XVII 6.35% DUE 3/15/67 PRFD/QRTLY PAY CALL 3/15/12 @25.00 Acquired: 02/28/2007 | 17311H209 | 160.000 | $19.500 | $3,120.00 | $25.00 | $4,000.00 | ($880.00) LT | $254.00 | 8.14% |
| GENERAL ELEC CAP CORP 6.05% 02/06/2047 QUARTERLY PAY NYSE 1ST CALL 2/6/12 @25 Acquired: 01/30/2007 | 369622469 | 400.000 | $25.110 | $10,044.00 | $25.00 | $10,000.00 | $44.00 LT | $605.00 | 6.02% |
| JPM CHASE CAP XXIV 6.875% 8/1/2047 QRTLY PAY CALL 080112 @25/EXT MTY: 2077 Acquired: 07/26/2007 | 48123W209 | 160.000 | $25.180 | $4,028.80 | $25.00 | $4,000.00 | $28.80 LT | $275.00 | 6.82% |
| LEHMAN CAP TR VI 6.24% 1/18/54 SERIES PFD/QRTLY PAY/CALLABLE 1/18/10 @25.00 (CAA2/BBB+) Acquired: 03/09/2006 | 52520X208 | 155.000 | $0.052 | $8.06 | $25.37 | $3,932.95 | ($3,924.89) LT | N/A | N/A |
| MORGAN STANLEY CP IV 6.25% QTRLY PFD 1ST PAY 7/1/03 CALL 4/21/08 @ 25 Acquired: 07/22/2004 | 617482205 | 200.000 | $21.320 | $4,264.00 | $24.81 | $4,963.25 | ($699.25) LT | $312.49 | 7.32% |

**MOR account**

CUSTOMER NAME: WILLIAM H SMITH
STATEMENT PERIOD: 01/01/2007 - 01/31/2007
ACCOUNT NUMBER: 30990469

Page 4 of 7

## ACCOUNT STATEMENT

### ACCOUNT HOLDINGS

#### Cash & Cash Equivalents 0.93 %

| DESCRIPTION | MARKET VALUE 01/31/2007 | EST. ANNUAL INCOME | YIELD % |
|---|---|---|---|
| CASH | $389.19 | N/A | |
| REGIONS FDIC | $75.01 | $3.38 | 4.51 |
| ESCROW BALANCE | $0.01 | N/A | |
| **Total Cash & Cash Equivalents** | **$464.21** | **$3.38** | |

#### Other Securities 99.07 %

| DESCRIPTION | CUSIP | QUANTITY | EST. PRICE ON 01/31/2007 | EST. VALUE ON 01/31/2007 | AVERAGE COST | TOTAL COST BASIS | UNREALIZED GAIN(LOSS) | EST. ANNUAL INCOME | YIELD % |
|---|---|---|---|---|---|---|---|---|---|
| BAC CAPITAL TR V 6% 11/03/34 SERIES CUML PRD/QRTLY PAY CALL 11/3/09 @25.00 (AA3/A-) | BACPRY | 650.000 | $24.460 | $15,899.00 | N/A | N/A * | $0.00 | $975.00 | 6.13 |
| CORPORATE ASSET BACKED CORP 6% CLA CERTF. GOLDMAN SACHS CAPITAL | GYA | 268.000 | $23.880 | $6,399.84 | N/A | N/A * | $0.00 | $402.00 | 6.28 |
| LEHMAN CAP TR VI 6.24% 1/18/54 SERIES PFD/QRTLY PAY/CALLABLE 1/18/10 @25.00 (A2/BBB+) | LEHPRN | 155.000 | $24.870 | $3,854.85 | N/A | N/A * | $0.00 | $241.80 | 6.27 |
| MORGAN STANLEY CP IV 6.25% QTRLY PFD 1ST PAY 7/1/03 CALL 4/21/08 @ 25 (A1/A-) | MWG | 200.000 | $25.050 | $5,010.00 | N/A | N/A * | $0.00 | $312.49 | 6.23 |
| MORGAN STANLEY CAP TRUST 6.60% 10/15/66 SERIES PFD/QRTLY PAY CALL 10/15/11 @25 (A2/A-) | MSZ | 160.000 | $25.360 | $4,057.60 | N/A | N/A * | $0.00 | $272.83 | 6.72 |
| NATL RURAL UTILITY CFC CALL 02/15/10 @25.00 (BBB+/A3) QTRLY PAY/NEW ISS PFDS | NRU | 213.000 | $24.140 | $5,141.82 | N/A | N/A * | $0.00 | $316.83 | 6.16 |

MORGAN KEEGAN

# Investment Account

**UBS Financial Services Inc.**
3455 PEACHTREE RD, NE
SUITE 1700
ATLANTA, GA 30326

**Your Financial Advisor**
MODICA, ANTHONY J.
404-760-3000/800-234-9928

Account Number: AX 34374 11
Universal ID: 2999732100M

MR WILLIAM H. SMITH
9595 RED BIRD LANE
ALPHARETTA    GA    30022-7101

## December 2006

### This month at a glance

| | | |
|---|---:|---|
| Value on November 30 | $ | 49,480.61 |
| Value on December 29 | $ | 49,614.33 |
| Cash/Money fund and other sweep option balance in 12/29 value | $ | 257.26* |

* UBS Bank deposit balances are FDIC-insured in accordance with FDIC rules, and are not protected by SIPC.
See the back of the first page for details and information regarding deposit balances.

### Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | | Year-to-date | |
|---|---:|---|---:|---|
| **Taxable** | | | | |
| Dividends | $ | 151.52 | $ | 2,415.95 |
| Interest | | .22 | | 2.48 |
| Total taxable security earnings | $ | 151.74 | $ | 2,418.43 |
| Total current year security earnings | $ | 151.74 | $ | 2,418.43 |
| Net security earnings | $ | 151.74 | $ | 2,418.43 |

### Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective: Current income & capital appreciation
Risk profile:    Primary: Moderate    Secondary: Conservative

### Bulletin board

BE PREPARED FOR 2007. THIS MONTH'S INVESTMENT
INTELLIGENCE CONTAINS OUR MARKET OUTLOOK FOR
THE NEW YEAR AS WELL AS KEY INFORMATION FOR
TAX-YEAR 2006. CALL YOUR FA TO DISCUSS.
VISIT OUR WEB SITE AT WWW.UBS.COM.

### Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary*

| | % of portfolio | | Value |
|---|---:|---|---:|
| Money funds/sweep options | .21 | | 105,74.79 |
| Preferred securities | 99.79 | | 49,357.07 |
| Net invested assets | 100.00 | $ | 49,462.81 |
| Plus cash balance | | | 151.52 |
| Value on December 29 | | $ | 49,614.33 |

December 06/ AX 34374 11

# Investment Account

Account Number: AX 34374 11
Your Financial Advisor
MODICA, ANTHONY J.
404-760-3000/800-234-9928

Statement Period: December 2006

## Asset portfolio

Prices, income and current values may be approximate. Refer to the disclosure on the back of the first page.

| Quantity/face value | Description | Contract premium | Price | Current value | Est. income |
|---|---|---|---|---|---|
| 105.740 | UBS BANK USA DEP ACCT | | | 105.74 | |
| | Opening balance $ 105.52 Avg yield 1.08% Int period 11/07 - 12/06 | | | | |
| 268 | CABCO GOLDMAN SACHS 6.0000% DUE 02/15/34 CALLABLE | | 24.590 | 6,590.12 | 402 |
| 650 | BAC CAPITAL TRUST V 6% TRUST PFD DUE 11/03/34 CALLABLE | | 24.830 | 16,139.50 | 975 |
| 155 | LEHMAN CAP TRUST VI 6.24% CALLABLE PFD | | 25.190 | 3,904.45 | 242 |
| 200 | MORGAN STANLEY CAP IV 6.2500% DUE 04/01/33 CALLABLE | | 25.050 | 5,010.00 | 312 |
| 160 | MORGAN STANLEY 6.6000% DUE 10/15/66 CALLABLE 10/15/11@25.00 | | 25.270 | 4,043.20 | 264 |
| 213 | NATL RURAL UTILITIES 5.9500% DUE 02/15/45 CALLABLE | | 24.150 | 5,143.95 | 312 |
| 131 | ROYAL BANK OF SCOTLAND PLC SER Q 6.750% PREFERRED CLBL PAR VALUE - 25.00 USD | | 26.350 | 3,451.85 | 221 |
| 200 | USB CAPITAL 6.6000% DUE 09/15/66 CALLABLE 09/15/11@25.00 | | 25.370 | 5,074.00 | 330 |
| | **Total** | | | **$ 49,462.81** | **$ 2,892** |

## Notice of availability

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Activity

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | $ | .00 |
| 12/07 | DEPOSIT | UBS BANK USA DEPOSIT ACCOUNT AS OF 12/06/06 | .220 | | -.22 |
| 12/07 | INTEREST | UBS BANK USA DEPOSIT ACCOUNT AS OF 12/06/06 | | | .22 |
| 12/15 | DIVIDEND | USB CAPITAL 6.6000% DUE 09/15/66 CALLABLE 09/15/11@25.00 | | ON 200 | 96.25 |
| 12/18 | DEPOSIT | UBS BANK USA DEPOSIT ACCOUNT | 96.250 | | -96.25 |
| 12/28 | WITHDRAWAL | UBS BANK USA DEPOSIT ACCOUNT | -96.250 | | 96.25 |

Continued on page 3

Page 2 of 3                                                                 December 06/ AX 34374 11