# RESPONSE IN OPPOSITION TO REJECTION OF CLAIM.

TO: United States Bankruptcy Court/ Southern District of New York

Debtors: Lehman Brothers Holdings Inc., et al
    Chapter 11
    Case No. 08-13555 (JMP)
    (Jointly Administered)

**Opposition To Disallowance of Claim Number 9021**

Claimant: Joseph J. Giordano
    772 WillowBrook Dr. Apt 908
    Naples, FL 34108  Tel: 617-694-7568

Basis of Claim: Ownership of Lehman Cap Tr. V1 6.24% Due 1/18/54

Amount of Claim: $34,167.18

**Reason for Opposition to Disallowance:**

Original support documentation from Charles Schwab was apparently misplaced. A copy of the original documentation supporting claim is hereby submitted along with up-to-date copy of statement as of 7/31/10 from Charles Schwab

Copies of this response are being sent to:
    Honorable James M. Peck, One Bowling Green, New York, NY, 10004, Courtroom 601; Weil Gotshal & Manges LLP, 767 Fifth Ave., New York, NY 10153 (Attn: Shai Waisman, Esq.); Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, New York 10004(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin Esq., and Tracy Hope Davis Esq.), Milbank, Tweed Hadley & McCloy LLP, Attorneys for the Unsecured Creditors, 1 Chase Manhattan Plaza, New York, New York 10005(Attn: Dennis F. Dunne Esq., Dennis O'Donnell Esq., and Evan Fleck, Esq.)



RECEIVED AUG -5 2010 U.S. BANKRUPTCY COURT, SDNY JMP

# RESPONSE IN OPPOSITION TO REJECTION OF CLAIM.

TO: United States Bankruptcy Court/ Southern District of New York

Debtors: Lehman Brothers Holdings Inc., et al
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

**Opposition To Disallowance of Claim Number 9021**

Claimant: Joseph J. Giordano
772 WillowBrook Dr. Apt 908
Naples, FL 34108  Tel: 617-694-7568

Basis of Claim: Ownership of Lehman Cap Tr. V1 6.24% Due 1/18/54

Amount of Claim: $34,167.18

**Reason for Opposition to Disallowance:**

Original support documentation from Charles Schwab was apparently misplaced. A copy of the original documentation supporting claim is hereby submitted along with up-to-date copy of statement as of 7/31/10 from Charles Schwab

Copies of this response are being sent to:
   Honorable James Peck, One Bowling Green, New York, NY, 10004, Courtroom 601; Weil Gotshal & Manges LLP, 767 Fifth Ave., New York, NY 10153 (Attn: Shai Waisman, Esq.); Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, New York 10004(Attn: Andy Velez, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin Esq., and Tracy Hope Davis Esq.), Milbank, Tweed Hadley & McCloy LLP, Attorneys for the Unsecured Creditors, 1 Chase Manhattan Plaza, New York, New York 10005(Attn: Dennis F. Dunne Esq., Dennis O'Donnell Esq., and Evan Fleck, Esq.)

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held / Case No. of Debtor

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Joseph J. Giordano
772 Willowbrook Dr.
Apt 908
Naples, FL 34108
617-694-7568    JJGNOJAFAN@AOL.COM

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 34167.18
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: PURCHASE OF LEHMAN CAP TR II 6.24% 54 DUE 01/18/54
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 8078
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____    Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____    Basis for perfection: _____
   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 8/19/09
Signature: [signed] Joseph J. Giordano

FOR COURT USE ONLY

FILED / RECEIVED
AUG 24 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*charles*SCHWAB

07/13/09

211 MAIN STREET
1ST FLOOR, M.S. 215FMT-03-375
SAN FRANCISCO, CA 94105

IMPORTANT INFORMATION
SECURITY DESCRIPTION: LEHMAN BROTHERS HLD CAP TR VI

CUSIP#:        52520X208
ACCOUNT#:              464R
QUANTITY:           1,350

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 341
JOSEPH JOHN GIORDANO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
772 WILLOWBROOK DR APT 908
NAPLES FL          34108

Dear Client,

We have been requested to forward you the enclosed material. If you have any questions pertaining to this notice, please contact your financial institution.

FOR INFORMATION CALL:        SCHWAB AT (800) 435-4000

JOB NUMBER: E47813 164        CONTROL#: 328094826390

---

*charles*SCHWAB

211 MAIN STREET
1ST FLOOR, M.S. 215FMT-03-375
SAN FRANCISCO, CA 94105

000019845


10

**DO NOT MAIL**

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 341
JOSEPH JOHN GIORDANO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
772 WILLOWBROOK DR APT 908
NAPLES FL          34108

Charles Schwab Client Center                                                                                       Page 1 of 1

**SCHWAB**   Messages   My Consultant   Log Out  [Enter keyword]   Search

Accounts  Trade  Research  Products  Guidance  Service         Symbol Lookup            Quote
Summary   Balances  Positions  History  Portfolio Analysis  Transfers & Payments  Message Center

## Positions

Export | Feedback | Print | Help | A A A

Market Value    Unrealized Gain / Loss    Positions Monitor

Values as of: 07/21/09 08:21 AM ET
Trades made today will not appear until tomorrow.

**Lot Details:** LEHNQ LEHMAN CAP TR VI 6.24%54 DUE 01/18/54 SUBJ TO XTRO REDEMPTION

Rules & Assumptions

Contributory 4123-2464

| Acquired/Opened | Quantity | Price | Cost Per Share | Market Value | Cost Basis | Gain/Loss | Holding Period |
|---|---|---|---|---|---|---|---|
| 03/17/2006 | 1,350 | $0.15 | $25.31 | $202.50 | $34,167.18 ⊞ | -$33,964.68 | Long Term |
| Total | 1,350 | | | $202.50 | $34,167.18 | -$33,964.68 | |

Back to Overview

⊟ Data for this holding has been edited.
⊞ The total Unrealized Gain/Loss for this account includes values for Short Positions held in the account. For more information on summary totals when there are Short Positions, please see the Help Section.

: The value reported for this security may not reflect the current market price.
[U] Total for Market Value excludes un-priced securities.
N/A Not Available

# charles SCHWAB

Contributory IRA of
**JOSEPH JOHN GIORDANO**
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Account Number: 4123-2464
Statement Period: July 1-31, 2010

## Investment Detail - Mutual Funds (continued)

Accounting Method
Mutual Funds: Average

| Equity Funds (continued) | Quantity | Market Price | Market Value | % of Account Assets | Average Cost Basis | Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| PERKINS MID CAP VALUE FD CL T SYMBOL: JMCVX | 2,305.0340 | 19.9000 | 45,870.18 | 5% | 22.70 | 52,328.54 | (6,458.36) |
| ROYCE 100 FUND SVC CL ° SYMBOL: RYOHX | 6,084.4060 | 8.1800 | 49,770.44 | 5% | 8.30 | 50,523.35 | (752.91) |
| SCHWAB HEALTH CARE FUND ° SYMBOL: SWHFX | 1,186.3900 | 13.8200 | 16,395.91 | 2% | 17.22 | 20,430.64 | (4,034.73) |
| VANGUARD INTL VALUE FUND ° SYMBOL: VTRIX | 486.6870 | 29.0500 | 14,138.26 | 1% | 45.64 | 22,211.80 | (8,073.54) |
| WASATCH GLOBAL SCIENCE AND TECHNOLOGY FUND SYMBOL: WAGTX | 1,820.8650 | 12.6800 | 23,088.57 | 2% | 14.22 | 25,896.60 | (2,808.03) |
| **Total Mutual Funds** | | | 166,280.93 | 17% | | 192,352.52 | (26,072.41) |
| **Total Equity Funds** | | | 279,183.51 | 29% | | 297,289.35 | (17,782.09) |

## Investment Detail - Other Assets

Accounting Method
Other Assets: First In First Out (FIFO)

| Other Assets | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets Acquired | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|
| LEHMAN CAP TR VI 6.24%54 TR PFD SECS DUE 01/18/54 SUBJ TO XTRO REDEMPTION SYMBOL: LEHNQ | 1,350.0000 / 1,350.0000 | 0.0800 / 25.3090 | 108.00 / 34,167.18 | <1% / 03/17/06 | (34,059.18) / (34,059.18) |

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-244) STP25266/R1-01
C77HS806-007304   458284

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 6 of 10

SIPC