Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
**MILBANK, TWEED, HADLEY & M$^c$CLOY** LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000


Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                     :

In re:                         :        Chapter 11 Case No.
                                       :

LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)
                                       :

          Debtors.         :        (Jointly Administered)
                                       :
------------------------------------------------------------ x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                         ) SS.:
COUNTY OF NEW YORK  )

        CHARMAINE M. THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 16th of August, 2010, I caused copies of the following document:

        Statement Of Official Committee Of Unsecured Creditors In Connection With Motion Of Lehman Commercial Paper Inc. Pursuant To Section 363 Of The Bankruptcy Code For Authority To Consent To The Terms Of A Plan Support Agreement Related To The Restructuring Of Innkeepers USA Trust And To Certain Transactions Contemplated Thereby (DI 10771)

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties listed on Exhibit <u>B</u> attached hereto by facsimile, and to be served upon the parties listed on Exhibit <u>C</u> attached hereto by United States Postal Service for delivery by first class mail.


   /s/ Charmaine M. Thomas
    CHARMAINE M. THOMAS


SWORN TO AND SUBSCRIBED before me this 16th day of August, 2010


  /s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

## Exhibit A

harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com;

davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com;
dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com;
dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com;
dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; douglas.bacon@lw.com; dove.michelle@dorsey.com;
dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com;
drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com;
dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com;
ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com;
egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com;
ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com;
ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com;
ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com;
feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com;
fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
gary.ticoll@cwt.com; george.davis@cwt.com; GGraber@HodgsonRuss.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com;
gmoss@riemerlaw.com; graumane@sullcrom.com; gravert@mwe.com;
gspilsbury@jsslaw.com; guzzi@whitecase.com; hanh.huynh@cwt.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@morganlewis.com; heim.steve@dorsey.com; heiser@chapman.com;
helmut.olivier@lehman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; ian.levy@kobrekim.com;
icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com;
info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com;
israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
jafeltman@wlrk.com; james.mcclammy@dpw.com; James.Sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-
law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net;
jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;

jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com;
jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com;
jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com;
jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjureller@klestadt.com;
jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtimko@shutts.com;
jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com;
jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com;
k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com;
klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com;
kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com;
MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com;
martin.bury@lehman.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov;
matthew.klepper@dlapiper.com; matthew.morris@lovells.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com;
meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com;

mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com;
michael.bonacker@lehman.com; michael.frege@cms-hs.com;
michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mmendez@hunton.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; mschonholtz@willkie.com;
mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com;
patrick.schmitz-morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-
law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;
ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com;
ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com;
rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; rnies@wolffsamson.com;
rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; Scott.Gibson@dubaiic.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com;
sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com;

sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; 'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

**Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931


Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

## **Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
      Harvey R. Miller, Esq..

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
      Paul Schwartzberg, Esq.
      Brian Masumoto, Esq.
      Linda Riffkin, Esq.
      Tracy Hope Davis, Esq.