BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P. M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**DECLARATION OF HAMISH P.M. HUME IN SUPPORT OF BARCLAYS CAPITAL INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DANIEL MCISAAC**

Pursuant to 28 U.S.C. § 1746, HAMISH P.M. HUME hereby declares:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, attorneys for Barclays Capital, Inc. ("Barclays"). I am an attorney duly admitted to practice in the state of New York, and in this Court. I make this declaration based on my personal knowledge.

2. I make this declaration in support of Barclays' Reply Memorandum in Support of its Motion to Exclude the Expert Testimony of Daniel McIsaac Relating to

Exchange Traded Derivatives ("ETDs") and ETD Margin, and for the purpose of introducing copies of documents that may be considered in connection therewith.

3. Attached hereto as Exhibit A is a true and correct copy of BCI Ex. 5, the Clarification Letter, dated September 20, 2008.

4. Attached hereto as Exhibit B is a true and correct copy of BCI Ex. 1, the Asset Purchase Agreement, dated September 16, 2008.

5. Attached hereto as Exhibit C are excerpts of a true and correct copy of the official transcript of proceedings before this Court held on April 28, 2010.

6. Attached hereto as Exhibit D are excerpts of a true and correct copy of the official transcript of proceedings before this Court held on Sept. 19, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 16, 2010.

_____
Hamish P.M. Hume