# EXHIBIT F

Case No.:  08-13555(JMP)

Case Name: In re Lehman Brothers
            Holdings, Inc., et al.

**CURRENT FEE PERIOD:**
**February 1, 2010 to May 31, 2010**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | August 16, 2010, Docket No. [--] | $3,480,537.09 | | $281,095.21 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE A(2)                    DATE:  8/10/10                    INITIALS: _____USBJ