**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>           Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>           Debtor. | Case No. 08-01420 (JMP) |

**INDEX TO APPENDIX TO REPLY MEMORANDUM IN FURTHER SUPPORT OF
MOTION *IN LIMINE* OF BARCLAYS CAPITAL INC. FOR AN ORDER EXCLUDING
THE EXERPT TESTIMONY OF JOSEPH SCHWABA, MARK E. SLATTERY,
PROFESSOR MARK E. ZMIJEWSKI, HARRISON J. GOLDIN, JOHN J. SCHNEIDER,
AND JOHN P. GARVEY**

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350
Jonathan D. Schiller
Hamish P. M. Hume
Jack G. Stern

*Attorneys for Barclays Capital Inc.*

August 16, 2010

| Exhibit No. | Description |
|---|---|
| | Volume I |
| BCI Ex. 1 | Asset Purchase Agreement |
| BCI Ex. 5 | Clarification Letter |
| BCI Ex. 9 | December 5, 2008 Settlement Agreement |
| BCI Ex. 29 | December 5, 2008 Motion for Entry of an Order Approving Settlement |
| BCI Ex. 30 | December 5, 2008 Declaration of S. Leventhal |
| BCI Ex. 39 | December 22, 2008 Order Approving Settlement |
| BCI Ex. 50 | December 22, 2008 Hearing Transcript |
| | Volume II |
| BCI Ex. 357 | January 26, 2010 Declaration of Gary Romain |
| BCI Ex. 380 | June 23, 2008 Debtor's Reply in Further Support of Motion under R. 2004 |
| BCI Ex. 443 | October 31, 2008 3:28 pm email from H. Novikoff to M. Karp *et al.* |
| BCI Ex. 607 | February 8, 2009 PwC Memo for Review of JPM Acquisition Valuation for CDOs and Corporate Bonds |
| BCI Ex. 736 | September 20, 2008 1:26 pm email from R. Miller to R. Messineo, *et al.* (attachment truncated) |
| BCI Ex. 737 | Email chain including September 21, 2008 6:11am email from P. Tonucci to R. Miller, *et al.* & September 21, 2008 5:17 am email from M. Forrest to I. Lowitt, *et al.* (attachment truncated) |
| BCI Ex. 738 | September 21, 2008 8:12 am email from R. Miller to A. Keller, *et al.* (attachment truncated) |
| BCI Ex. 740 | September 21, 2008 12:46 pm email from D. Murgio to B. Kelly, *et al.* (attachment truncated) |
| BCI Ex. 811 | September 22, 2008 9:34 pm email from S. Burian to M. Fazio, *et al.* |
| BCI Ex. 812 | September 28, 2008 6:15 am email from B. Geer to L. Despin, *et al.* |
| BCI Ex. 813a | October 10, 2008 2:11 pm email from C. Bell to L. Despins, *et al.* |
| BCI Ex. 823 | European Central Bank February Monthly Bulletin |
| BCI Ex. 870 | December 23, 2008 7:27 pm email from R. MacGooey to S. Teague |
| BCI Ex. 872 | International Accounting Standard 39 |

| Volume III | |
|---|---|
| M. 333 | February 9, 2009 1:19 pm email from R. McGoey to L. Gunn, *et al.* |
| BCI Ex. 873 | IASB Expert Advisory Panel, "Measuring and disclosing the fair value of financial instruments in markets that are no longer active," October 2008 |
| M. 381 | September 21, 2008 11:34 am from B. Kelly to A. McComiskey, *et al.* |
| M. 707 | September 28, 2008 6:15 am email from B. Geer to L. Despins, *et al.* |
| **Volume IV** | |
| Exhibit A | LBHI Rule 60 Motion (Excerpt) |
| Exhibit B | January 29, 2010 BCI Opposition Brief to Movants' Rule 60 Motion (Excerpt) |
| Exhibit C | April 28, 2010 Hearing Transcript (Excerpt) |
| Exhibit D | April 30, 2010 Hearing Transcript (Excerpt) |
| Exhibit E | May 3, 2010 Hearing Transcript (Excerpt) |
| Exhibit F | May 4, 2010 Hearing Transcript (Excerpt) |
| Exhibit G | May 6, 2010 Hearing Transcript (Excerpt) |
| Exhibit H | May 7, 2010 Hearing Transcript (Excerpt) |
| Exhibit I | June 25, 1010 Hearing Transcript (Excerpt) |
| Exhibit J | Examiner's Report Vol. II (Excerpt) |
| Exhibit K | February 6, 2009 Letter from T. Timothy Ryan, Jr., President and CEO Securities Industry and Financial Markets Association, to the Honorable Timothy Geithner, Secretary, U.S. Department of Treasury |
| Exhibit L | August 5, 2010 Randall Smith, UBS to Pay $81 Million in Auction-Rate Case, Wall Street Journal Online |
| Exhibit M | Kirk Dep. Transcript (Excerpt) |
| Exhibit N | Miller Dep. Transcripts (Excerpt) |
| Exhibit O | May 28, 2008 Indenture Excerpt §§ 5.1, 6.2 |
| Exhibit P | October 20, 2008 Notice of Event of Default |