## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc.,       Case Nos. 08-13555
                                           Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Eton Park Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |

Court Claim #: 66655 amending Claim No. 14212, ($94,500,000.00, the "Claim Amount")

Transferred Claim: 15.476190476% or $14,625,000.00 of the Claim Amount

Name and Address where notices to Transferee should be sent:

Eton Park Master Fund, Ltd.
399 Park Avenue, 10th Floor
New York, NY 10022
Attn: Serge Todorovich
Tel: (212) 756-5354
Email: Serge.Todorovich@etonpark.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Eton Park Master Fund, Ltd.
By: Eton Park Capital Management, L.P., its Investment Manager

By: _____        Date: August 13, 2010
Name: Serge Todorovich
Title: Associate General Counsel
       Eton Park Capital Management, L.P.

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Lending Partners LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Eton Park Master Fund, Ltd., with offices located at Eton Park Capital Management, L.P. 399 Park Ave, 10th Floor, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $14,625,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed at Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10666 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13th day of August, 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title: Nancy Y. Kwok
Authorized Signatory

ETON PARK MASTER FUND, LTD.
By: Eton Park Capital Management, L.P., its investment manager

By: _____
Name:
Title:

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Lending Partners LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Eton Park Master Fund, Ltd., with offices located at 399 Park Ave, 10th Floor, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $14,625,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10466 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13th day of August, 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

ETON PARK MASTER FUND, LTD.
By: Eton Park Capital Management, L.P., its investment manager

By: _____
Name: Serge Todorovich
Title: Associate General Counsel
Eton Park Capital Management, L.P.

15