# Exhibit B

# naked capitalism

**Is Your Bank Collapsing?**
Free list Of Banks Doomed To Fail.
The Banks and Brokers X List. Free!
www.MoneyAndMarkets.com

**Hedge Fund Directory**
Stay Ahead Of The Market With
Barclay's Hedge Fund Database!
www.BarclayHedge.com

**Bond Fund Fraud**
Attorneys represent investors
lost money to bond fund fraud
www.Stockbroker-Fraud.com/

Ads b

## Recent Items

- Links 8/16/10 - 08/16/2010 - Yves Smith
- More Signs of (Probably Futile) Labor Pushback in China - 08/16/2010 - Yves Smith
- Interview with Andrew Patterson in New Zealand - 08/16/2010 - Yves Smith
- Summer Rerun: How Bad Might It Get? - 08/16/2010 - Yves Smith
- Satyajit Das: Grecian Derivative - 08/15/2010 - Yves Smith

## Wednesday, June 18, 2008

### Bloomberg: Lehman Sold $5 Billion of Assets to Investee Hedge Fund

A Bloomberg article shed some light on a story passed to us, namely that some of the Lehman asset sales had been achieved via transfers to 2 funds in which Lehman retained an economic interest. While we indicated that our information fell in the category of a rumor, since it came from a single source and the information was not of the sort that could be readily corroborated, the Bloomberg article confirms many of the elements he presented.

Lehman did indeed sell $5 billion of assets to a fund in which the investment bank has an economic interest, R3 Capital Partners, and its founder was indeed the former head of Lehman's principal investing group. The disparity with our report was that the amount alleged to have been sold was much greater, $55 billion versus the $5 billion in the Bloomberg story. However, this $5 billion is material relative to the $70 billion of net asset sales Lehman reported for the last quarter and begs the question of whether it should have been disclosed in the supplemental information provided at the same time as the earnings press release. We hope that the 10-Q filing, which will contain the balance sheet and footnotes, will be more forthcoming.

The second fund mentioned in the earlier post, One William Street, is also run by a former Lehman staffer, as our source had indicated. However, the Bloomberg piece is silent on whether Lehman in an investor in this fund or not. The Bloomberg story says the assets sold by Lehman to that fund were a mere $5 million.

Note that while this information is very helpful, it still leaves unanswered the question of how Lehman achieved these sales, particularly since they were spread across a wide range of instrument types and credit qualities. The markets are still difficult; it is normally much easier to sell better rated paper at decent prices than lesser rated instruments. Even if Lehman's marks were reasonable assuming small transaction sizes, larger sales generally have a negative market impact and thus could lead to losses upon

disposition (and have the unfortunate side effect of forcing Lehman to mark down remaining positions similar in type). Other banks have financed sales of leveraged loans and some Alt-A portfolios. It isn't out of the question that some of the other assets sold by Lehman were financed or placed with entities in which the firm has an economic interest.

From Bloomberg:

> Lehman Brothers Holdings Inc. invested in former trader Rick Rieder's new hedge fund and sold it about $5 billion of assets, positioning the investment bank to profit from the stakes while shrinking its own balance sheet.

> Lehman, the fourth-biggest U.S. securities firm, is a minority investor in the fund, called R3 Capital Partners,…

> "These are assets we feel very comfortable with," Rieder, 46, said in an interview today. "They have terrific potential for great returns. Just like other shareholders, Lehman will benefit from the returns we'll make going forward."

> The 21-year Lehman veteran most recently ran the global principal strategies group, investing in credit arbitrage, aviation finance and private equity, and left the firm last month to start R3 in New York. Lehman, which reported a $2.8 billion second-quarter loss earlier this week, sold $147 billion of assets in the three months ended May 30 as it hunkered down to weather the credit crisis.

> Rieder said 75 percent of the assets his fund bought from Lehman were corporate bonds and loans. There were also some distressed debt and aviation stakes in the mix, two other areas he focused on while at Lehman. The fund will continue to acquire similar holdings in the marketplace, Rieder said….

> Among the assets sold during the past quarter were $26 billion of mortgage bonds and leveraged loans, which have plummeted in value during a credit-market contraction that has saddled banks and brokerages worldwide with about $396 billion of losses.

> R3 bought about $100 million of Lehman's so-called Level 3 assets, which are the hardest to value because market prices are scarce, according to people familiar with the matter. Most of the firm's mortgage-related holdings are categorized as Level 3, along with other distressed debt.

> Lehman sold $3.5 billion of Level 3 assets during the quarter, the firm's finance chief, Ian Lowitt, told analysts in a June 16 conference call.

> David Sherr, another former Lehman executive who set up his own hedge fund, bought less than $5 million of assets from Lehman, according to people with knowledge of the transaction. His New York-based fund, One William Street Capital Management, has about $500 million under management.

> Sherr, who headed Lehman's securitization division until he left the firm in December, didn't reply to a phone call seeking comment.

**More on this topic** (What's this?)

Advanced Distressed Debt Lesson - Double Dip (Distressed Debt Investing, 8/9/10)

Och Ziff Refuses To Cooperate With Investigation Into Whether It Sunk Lehman (Phil's Stock World - Members S..., 8/12/10)

More Deals Gone Bad (Robert Salomon's Blog, 8/13/10)

    Read more on **Lehman Brothers**, at **Wikinvest**

Topics: Investment banks

Email This Post Posted by Yves Smith at 11:01 pm

8 Comments » Links to this post

`C BOOKMARK` ▸ ᴇ ⊠ ⌄

# 8 Comments:

-    *etc* says:
June 18, 2008 at 9:07 pm

"It isn't out of the question that some of the other assets sold by Lehman were financed or placed with entities in which the firm has an economic interest."

Exactly, the question is whether there was LEH sold at prices above intrinsic value and bears the risk of the inflated sale price by having provided nonrecourse financing or bearing risk of loss through a guarantee, CDS, or otherwise.

-    *Anonymous* says:
June 18, 2008 at 9:49 pm

Yves, have you heard whether the other $65 billion(70- $5 that went into Rieder's fund)of net assets were sold for cash or other non-liquid asset? Just wondering if LEH was able to arrange exchanges with counterparties where they possibly received illiquid high risk assets in return for the high risk assets they gave up. It could allow them to still treat the transactions as sales and also allow them establish valuation benchmarks(subject to manipulation) for other assets they still hold. Could be a takeoff on the artificial "round-trip" revenue transactions employed by Enron and others in earlier years. Just wondering…

-    *stuart* says:
June 18, 2008 at 10:01 pm

as a firm believer in the cockroach theory, the $5B could've been just one sale transaction with many others yet to be reported on, that in aggregate is close to $55B. Given that so many other details are so similar, I somewhat expect the totals to be similar in the end story as well.

-    *Anonymous* says:

June 18, 2008 at 10:05 pm

Did they sell, get cash and independently pay down debt(without quid-pro quo). Or did they exchange gross asset + piece of debt in exchange for a similarly risky "net asset". (Which could also give the appearance of de-leverging)

- *tomd* says:
June 18, 2008 at 10:20 pm

If I were a "buyer" with no personal liability, I would be liberal with the "price" I paid if LEH were liberal with the financing of the deal.

A huge clue was in that arrogant posting by what appeared to be a LEH BSD last week. His/her "explanation" consisted of capitalizing the word SOLD rather than providing a single detail. In other words, "tiger", the assets were SOLD because I said so. Now go away, stop bothering me.

That alone tells me the deals are full of BS. Totally consistent with LEh's focus on managing the PR rather than dealing with their problems.

TomD

- *eh* says:
June 19, 2008 at 3:18 am

*Totally consistent with LEh's focus on managing the PR rather than dealing with their problems.*

If the Fed can do it, why not LEH? Still no word that I have heard on what the end game for those assets traded for treasuries will be, other than some recent emphasis that the 'alphabet soup' would go cold sometime. Does anyone really believe that paper will fetch a better mark later this year? The Fed has given these creeps a modus operandi.

- *Anonymous* says:
June 19, 2008 at 4:09 am

Wow, Yves, fantastic! Not only does Charlie G and his Murdoch crew monitor your blog, this shows that many other large media types do too. Who started the basis for this article? Don't you find it eerily odd that a bbrg article pops up the day after your article with the counterpoint spin?

- *Richard Kline* says:
June 19, 2008 at 5:40 am

So stuart, that does seem an astute read, yes. The overall similarity of the article to the earlier source position is quite suggestive, even while the timing and size of the numbers suggest spin as anon of 5:09 says. It doesn't sound likely that LEH would have moved $55-70B in a bundle, but rather in packets. And recall that the LEH official numbers on how much they have 'sold' don't fully jibe with their remaining stated obligations, suggesting that many of the so-designated 'sold' assets may be _on-going

transactions_, i.e. earmarked for sale rather than actually transferred. More and more this sounds like the Lehman's statements of recent weeks are explictly to manage reporting and market response so they could 'beat the number' rather than to give a clear picture of their PRESENT FULL EXPOSURE. . . . If so, isn't that illegal as materially misleading information even if LEH manages to actually complete any such 'sales in progress'? . . . Do the laws have any force if the Center Banker cannot fold??


learn more


learn more


learn more


learn more

Subscribe to: Post Comments
| Subscribe | Blogroll | Topics | Archives | Videos | Contributors | Search |



Order at:
Amazon | Barnes & Noble | Borders
Powell's Books | IndieBound

## Tip Jar

Donation Amount:
50               (Currency: USD)

Donate

Bloomberg: Lehman Sold $5 Billion of Assets to Invested Hedge Fund « naked capitalism « naked capitalism Exhibit 6 of 10

08-13555-jmp   Doc 10818-3   Filed 08/17/10   Entered 08/17/10 11:32:08   Exhibit 6

Pg 7 of 12

# Search this Blog

[                              ] [ Search ]

## ⚛ thinkorswim Subscribe to this Blog

- ⌄ ⬚ Posts
- ⌄ ⬚ All Comments

## Other Subscription Options

⬚ Subscribe via Email
⬚ Subscribe to Podcast
⬚ Follow on Twitter

www.securitiesarbitration.com

**Mortgage Risk Valuation**
Pipeline Management
& Valuation Software
& Consulting Solutions
www.MIACAnalytics.com

**Stone & Youngberg LLC**
Municipal Bonds
Specialists Since
1931. (800) 447-8663
www.syllc.com

# Recent comments

Derivatives can distort reality. Bingo! What a t - 08/16/2010 - Bruce Krasting
I've been using firefox for years to read this b - 08/16/2010 - anonymous
Here's the missing paper.. http://www.zerohed - 08/16/2010 - spc
No worries, Foxxconn is moving inland for cheape - 08/16/2010 - purple
Turkey has a lot of cards to play. They also blo - 08/16/2010 - purple

# Blogroll

- Abnormal Returns
- Across the Curve
- Alea
- Angry Bear
- ataxingmatter
- Beat The Press
- Blog Flux Directory
- BlogCatalog – Finance Blogs
- Brad DeLong
- Calculated Risk
- Cassandra Does Tokyo
- Clusterstock
- Credit Slips
- Credit Writedowns
- Dani Rodrik's weblog
- Econbrowser
- Economic Dreams – Economic Nightmares
- Economic Policy Institute
- Economist's View
- Eschaton
- Eurointelligence
- Felix Salmon
- Financial Armageddon
- FT Alphaville

- Global Economic Analysis
- Global Economy Matters
- Greg Mankiw's Blog
- Gristmill
- Guardian Unlimited
- Jesse's Café Américain
- John Quiggin
- Marginal Revolution
- Michael Pettis
- Mish's Global Economic Analysis
- Paul Krugman
- Pension Pulse
- RGE Monitor (Nouriel Roubini)
- Rolfe Winkler
- Steve Waldman
- The Baseline Scenario
- The Big Picture
- The Economic Populist
- The Prudent Investor
- Thomas Palley
- VoxEU
- Wall Street Journal – MarketBeat
- Willem Buiter
- Zero Hedge

# Archives

- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008

- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- January 2000

| Subscribe | Blogroll | Topics | Archives | Videos | Contributors | Search |

- **Topics**

- Australia (33)
- Auto industry (29)
- Banana republic (318)
- Banking industry (1795)
- CEO compensation (114)
- China (263)
- Commodities (227)
- Corporate governance (170)
- Credit cards (68)
- Credit markets (1825)
- Curiousities (132)
- Currencies (355)
- Derivatives (377)
- Doomsday scenarios (187)
- Dubious statistics (111)
- ECONNED (32)
- Economic fundamentals (901)
- Energy markets (89)
- Environment (135)
- Federal Reserve (700)
- Free markets and their discontents (284)
- Global warming (127)
- Globalization (375)

- Guest Post (833)
- Health care (83)
- Hedge funds (283)
- Income disparity (103)
- Investment banks (633)
- Investment management (177)
- Investment outlook (453)
- Japan (74)
- Legal (386)
- Links (825)
- Macroeconomic policy (219)
- Market inefficiencies (117)
- Media appearances (26)
- Media watch (323)
- moral hazard (97)
- Notices (58)
- Politics (986)
- Private equity (120)
- Real estate (617)
- Regulations and regulators (1488)
- Risk and risk management (308)
- Russia (28)
- Science and the scientific method (63)
- Social policy (88)
- Social values (374)
- Species loss (28)
- Summer rerun (16)
- Taxes (65)
- Technology and innovation (111)
- The destruction of the middle class (112)
- The dismal science (268)

Copyright © 2006, 2007, 2008, 2009 Aurora Advisors Incorporated

All Rights Reserved



share**BUILDER**®

# Stock up for less with

## **ShareBuilder** Advantage.
Just $12/month

- $7.95 market and limit orders
- First 12 automatic investments FREE
- Free stock grades & reports

**Try it free**

**ING DIRECT**