# EXHIBIT A

## Summary Of Fees Incurred For Services Provided For Benefit Of LCPI Only

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 02/16/10 | Appeals | SSC | Teleconference with P. Lianides re 9th Circuit briefing extension | 0.20 | 625.00 | $125.00 |
| 02/03/10 | Appeals | SSC | Teleconference with A. Blaustein re 9th Circuit appeal. | 0.20 | 625.00 | $125.00 |
| 02/04/10 | Appeals | SSC | Review 9th Circuit appeal notice. | 0.10 | 625.00 | $62.50 |
| 02/05/10 | Appeals | SSC | Teleconference with A. Blaustein re 9th docket entries. | 0.10 | 625.00 | $62.50 |
| 02/05/10 | Appeals | SSC | Review correspondence from 9th Circuit. | 0.10 | 625.00 | $62.50 |
| 02/05/10 | Stay Litigation | HDH | Review and analysis of Couchot letter re stay issues. | 0.40 | 625.00 | $250.00 |
| 02/12/10 | Stay Litigation | JVR | Review BAP opinion re: relief from stay to assert equitable subordination claims against Lehman Commercial Paper. | 0.30 | 825.00 | $247.50 |
| 02/24/10 | Stay Litigation | HDH | Review correspondence re stay violations. | 0.30 | 625.00 | $187.50 |
| 02/25/10 | Stay Litigation | JVR | Conference with relief from stay/informal proofs of claim re: SunCal equitable subordination claims. | 0.30 | 825.00 | $247.50 |
| **NonDerivalive Stay/Safe Harbor [Code 3000]** | | | | | | |
| 03/10/10 | 3000 | RMP | Analyze stay relief and Sub Con issues and review e-mails regarding same. | 1.90 | 925.00 | $1,757.50 |
| 03/22/10 | 3000 | RMP | Review stay issues and telephone conference with Soto regarding same. | 0.80 | 925.00 | $740.00 |
| **Appeals [Code 4200]** | | | | | | |
| 03/02/10 | 4200 | MB | Review docket regarding designation of record | 0.20 | 550.00 | $110.00 |
| 03/02/10 | 4200 | SSC | Review supplemental DOR filed by appellant and correspond with Weil re same. | 0.10 | 625.00 | $62.50 |
| 03/02/10 | 4200 | SSC | Correspond with Weil re appellate brief extension (9th cir. appeal). | 0.10 | 625.00 | $62.50 |
| 03/03/10 | 4200 | DAZ | Review Appellant's Opening 9th Circuit Brief. | 1.00 | 855.00 | $855.00 |
| 03/09/10 | 4200 | DAZ | Review BAP order re jurisdiction. | 0.30 | 855.00 | $256.50 |
| 03/09/10 | 4200 | SSC | Review BAP order re finality and voicemail to A. Blaustein re same. | 0.20 | 625.00 | $125.00 |
| 03/26/10 | 4200 | SSC | Teleconference with A. Blaustein re status of appeal and extension needed (9th cir. appeal). | 0.10 | 625.00 | $62.50 |
| 03/29/10 | 4200 | SSC | Teleconference with court clerk re extension (9th cir. appeal). | 0.20 | 625.00 | $125.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03/29/10 | 4200 | SSC | Teleconference with A. Blaustein re same extension (9th cir. appeal). | 0.20 | 625.00 | $125.00 |
| 03/29/10 | 4200 | SSC | Revise letter to P. Lianides re extension and correspond with P. Lianides re same (9th cir. appeal). | 0.20 | 625.00 | $125.00 |
| 03/31/10 | 4200 | DAZ | Review BAP brief re ripeness of appeal and telephone conference with Pace re same. | 0.50 | 855.00 | $427.50 |
| **NonDerivalive Stay/Safe Harbor [Code 3000]** | | | | | | |
| 04/01/10 | 3000 | DAZ | Office conferences with R. Pachulski and R. Orgel re LCPI stay issues strategy; confer with Soto re same. | 1.30 | 855.00 | $1,111.50 |
| 04/12/10 | 3000 | DAZ | Review files re financing stipulation re stay and conference with R. Pachulski re same. | 0.50 | 855.00 | $427.50 |
| 04/14/10 | 3000 | RMP | Various telephone conferences with Miller, Couchot and Soto regarding stay relief issues. | 1.60 | 925.00 | $1,480.00 |
| 04/15/10 | 3000 | MB | Telephone conference with D. Ziehl regarding stay issues (equitable subordination action) | 0.20 | 550.00 | $110.00 |
| 04/15/10 | 3000 | DAZ | Telephone conference with Couchot, Friedman and R. Pachulski re SunCal proposal re lift stay. | 1.00 | 855.00 | $855.00 |
| 04/15/10 | 3000 | RMP | Negotiations with SunCal and various calls regarding relief from stay and Fenway. | 2.50 | 925.00 | $2,312.50 |
| 04/20/10 | 3000 | RMP | Telephone conferences with Couchot, Miller and Friedman regarding stay issues and follow-up with Soto and conference with D. Ziehl regarding same. | 1.90 | 925.00 | $1,757.50 |
| 04/21/10 | 3000 | DAZ | Review SunCal relief from stay motion. | 1.00 | 855.00 | $855.00 |
| 04/21/10 | 3000 | RMP | Review SunCal stay relief motion and telephone conference with Soto and conference with D. Ziehl regarding same. | 1.30 | 925.00 | $1,202.50 |
| 04/23/10 | 3000 | DAZ | Review SunCal motion and declarations re stay not applying. | 1.00 | 855.00 | $855.00 |
| 04/26/10 | 3000 | DAZ | Telephone conference with clients and Weil lawyers re LCPI lift stay issues. | 0.30 | 855.00 | $256.50 |
| 04/26/10 | 3000 | DAZ | Review outline re objection to SunCal lift stay. | 0.30 | 855.00 | $256.50 |
| 04/26/10 | 3000 | HDH | Review and analysis of NY stay motion | 0.90 | 625.00 | $562.50 |
| 04/26/10 | 3000 | HDH | Conference with Dean A. Ziehl re stay motion | 0.40 | 625.00 | $250.00 |
| 04/26/10 | 3000 | HDH | Conference call with Weil re stay motion | 0.50 | 625.00 | $312.50 |
| 04/26/10 | 3000 | RMP | Prepare for and participate in call regarding NY stay relief hearing. | 1.10 | 925.00 | $1,017.50 |
| 04/27/10 | 3000 | DAZ | Review authorities re lift stay issues and contempt damages. | 2.00 | 855.00 | $1,710.00 |
| 04/27/10 | 3000 | HDH | Review documents re relief from stay | 3.30 | 625.00 | $2,062.50 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 04/27/10 | 3000 | HDH | Research and drafting of opposition to stay motion | 7.80 | 625.00 | $4,875.00 |
| 04/27/10 | 3000 | RMP | Review stay issues regarding New York court. | 0.60 | 925.00 | $555.00 |
| 04/28/10 | 3000 | DAZ | Telephone conferences with Weil team re issues re SunCal stay lift request. | 0.50 | 855.00 | $427.50 |
| 04/28/10 | 3000 | DAZ | Office conferences with H. Hochman re issues for opposition to lift stay. | 0.50 | 855.00 | $427.50 |
| 04/28/10 | 3000 | HDH | Research and draft opposition to NY motion for relief from stay re adversary | 9.60 | 625.00 | $6,000.00 |
| 04/29/10 | 3000 | HDH | Analyze issues for stay opposition re E.S. Action | 0.50 | 625.00 | $312.50 |
| 04/29/10 | 3000 | HDH | Research E.S. stay issues | 2.20 | 625.00 | $1,375.00 |
| 04/29/10 | 3000 | HDH | Review NY pleadings re E.S. stay issues | 1.00 | 625.00 | $625.00 |
| 04/30/10 | 3000 | DAZ | Review and revise opposition to lift stay motion and review case authorities re same. | 2.20 | 855.00 | $1,881.00 |
| 04/30/10 | 3000 | HDH | Research auto stay issues | 2.30 | 625.00 | $1,437.50 |
| 04/30/10 | 3000 | HDH | Research and drafting of section of automatic stay opposition re ES action | 4.50 | 625.00 | $2,812.50 |
| **Appeals [Code 4200]** | | | | | | |
| 04/06/10 | 4200 | SSC | Analysis re extension of time request and briefing schedule. | 0.80 | 625.00 | $500.00 |
| 04/06/10 | 4200 | RMP | Prepare for and participate on jurisdiction related call. | 1.40 | 925.00 | $1,295.00 |
| 04/07/10 | 4200 | RBO | SunCal Authority order appeal: Review Roesch draft and prepare message to Dean A. Ziehl | 0.60 | 825.00 | $495.00 |
| 04/07/10 | 4200 | RMP | Review and analyze jurisdictional brief and cases cited. | 1.40 | 925.00 | $1,295.00 |
| 04/08/10 | 4200 | RBO | SunCal: Review and prepare comments to reply brief to Jurisdictional questions of BAP and circulate comments and prepare message to Dean A. Ziehl | 1.90 | 825.00 | $1,567.50 |
| 04/08/10 | 4200 | DAZ | Review and revise BAP drafts re jurisdiction. | 1.00 | 855.00 | $855.00 |
| 04/08/10 | 4200 | RMP | Review revised draft of jurisdiction brief. | 0.60 | 925.00 | $555.00 |
| 04/08/10 | 4200 | RMP | Review follow-up comments to jurisdictional brief. | 0.40 | 925.00 | $370.00 |
| 04/09/10 | 4200 | DAZ | Review revised drafts of BAP jurisdictional briefs. | 1.00 | 855.00 | $855.00 |
| 04/09/10 | 4200 | SSC | Review reply brief for filing. | 0.30 | 625.00 | $187.50 |
| 04/09/10 | 4200 | SSC | Correspond with C. Roesch re filing of reply brief. | 0.10 | 625.00 | $62.50 |
| 04/15/10 | 4200 | HDH | Conferences with Shirley S. Cho re 9th Cir. appeal | 0.30 | 625.00 | $187.50 |
| 04/15/10 | 4200 | HDH | Review status and requirements re appeal | 0.70 | 625.00 | $437.50 |
| 04/15/10 | 4200 | HDH | Work on appeal | 1.00 | 625.00 | $625.00 |
| 04/15/10 | 4200 | DAZ | Review draft 9th Circuit brief re stay. | 1.00 | 855.00 | $855.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 04/15/10 | 4200 | SSC | Correspond with A. Blaustein re excerpts of record. | 0.10 | 625.00 | $62.50 |
| 04/15/10 | 4200 | SSC | Review scheduling orders re 9th Circuit filing. | 0.20 | 625.00 | $125.00 |
| 04/15/10 | 4200 | SSC | Meet and confer with H. Hochman re 9th Circuit filing. | 0.20 | 625.00 | $125.00 |
| 04/16/10 | 4200 | HDH | Review and revise 9th cir. brief; review and comment re new versions; work on record; final prep. of brief & record | 7.80 | 625.00 | $4,875.00 |
| 04/16/10 | 4200 | HDH | Research re prep, filing & service of 9th Circuit brief | 0.50 | 625.00 | $312.50 |
| 04/16/10 | 4200 | SSC | Meet and confer with H. Hochman re status. | 0.20 | 625.00 | $125.00 |
| 04/16/10 | 4200 | SSC | Coordinate filing of 9th Circuit Brief. | 0.60 | 625.00 | $375.00 |
| 04/16/10 | 4200 | SSC | Teleconference with H. Hochman re filings. | 0.20 | 625.00 | $125.00 |
| 04/16/10 | 4200 | SSC | Coordinate filing of brief. | 0.60 | 625.00 | $375.00 |
| 04/19/10 | 4200 | DAZ | Review Reply brief re jurisdictional issues and authorities. | 1.50 | 855.00 | $1,282.50 |
| 04/21/10 | 4200 | HDH | Review notices re appeal and coordinate | 0.20 | 625.00 | $125.00 |
| 04/21/10 | 4200 | SSC | Review 9th Circuit Order re briefing certification. | 0.10 | 625.00 | $62.50 |
| 04/21/10 | 4200 | SSC | Teleconference with court clerk re 9th cir. order re. briefing cert. | 0.10 | 625.00 | $62.50 |
| 04/21/10 | 4200 | SSC | Follow up re certification needed. | 0.10 | 625.00 | $62.50 |
| 04/21/10 | 4200 | SSC | Correspond with A. Blaustein re certification. | 0.10 | 625.00 | $62.50 |
| 04/27/10 | 4200 | SSC | Correspond with L. Seavey re excerpts of record. | 0.20 | 625.00 | $125.00 |
| 04/29/10 | 4200 | SSC | Teleconference with L. Seavey re pending appeal deadlines. | 0.20 | 625.00 | $125.00 |
| 04/29/10 | 4200 | SSC | Analysis re pending appeal deadlines. | 0.10 | 625.00 | $62.50 |
| 04/30/10 | 4200 | DAZ | Review SunCal Appellant 9th Circuit Reply Brief and Request for Judicial Notice. | 0.70 | 855.00 | $598.50 |
| **Non-Derivative Stay/Safe Harbor [Code 3000]** | | | | | | |
| 05/02/10 | 3000 | DAZ | Review draft objection to Suncal relief stay motion. | 1.00 | 855.00 | $855.00 |
| 05/03/10 | 3000 | DAZ | Review and revise drafts of objection to SunCal stay relief motion. | 2.50 | 855.00 | $2,137.50 |
| 05/03/10 | 3000 | HDH | Review and analyze draft of opposition to SunCal stay relief motion. | 0.80 | 625.00 | $500.00 |
| 05/03/10 | 3000 | HDH | Draft portion of opposition to SunCal stay relief motion. | 1.40 | 625.00 | $875.00 |
| 05/03/10 | 3000 | HDH | Conferences with Dean A. Ziehl re opposition to SunCal stay relief motion. | 0.30 | 625.00 | $187.50 |
| 05/03/10 | 3000 | HDH | Correspondence to counsel re brief in opposition to SunCal stay relief motion. | 0.20 | 625.00 | $125.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05/03/10 | 3000 | RMP | Various telephone conferences regarding SunCal stay relief and review briefs regarding same. | 1.30 | 925.00 | $1,202.50 |
| 05/04/10 | 3000 | HDH | Extensive revisions to opposition to SunCal lift stay motion | 5.80 | 625.00 | $3,625.00 |
| 05/04/10 | 3000 | RMP | Telephone conferences and conferences regarding SunCal stay relief and review revised drafts. | 1.30 | 925.00 | $1,202.50 |
| 05/04/10 | 3000 | DAZ | Review and revise objection to SunCal lift stay motion and office conferences with H. Hochman re same. | 1.75 | 855.00 | $1,496.25 |
| 05/05/10 | 3000 | DAZ | Review pleadings and correspondence re Suncal relief stay motion and confer with Blaustein re same. | 2.00 | 855.00 | $1,710.00 |
| 05/07/10 | 3000 | HDH | Review stay brief (re SunCal motion for stay relief). | 0.30 | 625.00 | $187.50 |
| 05/10/10 | 3000 | DAZ | Office conferences re Peck hearing re stay relief motion and Fenway 9019 motion. | 0.40 | 855.00 | $342.00 |
| 05/10/10 | 3000 | DAZ | Review pleadings re lift stay opposition and SunCal Reply. | 1.00 | 855.00 | $855.00 |
| 05/10/10 | 3000 | DAZ | Review standing issues (re SunCal stay relief motion). | 1.00 | 855.00 | $855.00 |
| 05/10/10 | 3000 | DAZ | Telephone conference and email re filing withdrawal of support for SunCal stay relief and review of documents. | 0.40 | 855.00 | $342.00 |
| 05/10/10 | 3000 | HDH | Review analysis of reply brief re SunCal stay relief motion. | 0.60 | 625.00 | $375.00 |
| 05/11/10 | 3000 | RMP | Telephone conferences regarding stay relief and plan related issues and conferences with D. Ziehl regarding same. | 1.40 | 925.00 | $1,295.00 |
| 05/11/10 | 3000 | MB | Telephone conference with D. Ziehl and Weil regarding Trustee's withdrawal of support for SunCal stay relief motion. | 0.20 | 550.00 | $110.00 |
| 05/12/10 | 3000 | MB | Review SunCal lift stay motion filed in NY Court. | 0.40 | 550.00 | $220.00 |
| 05/12/10 | 3000 | DAZ | Telephone conferences with Camerick and Soto re impact of stay. | 0.40 | 855.00 | $342.00 |
| 05/13/10 | 3000 | DAZ | Review authorities re stay relief. | 0.50 | 855.00 | $427.50 |
| 05/13/10 | 3000 | DAZ | Review hearing transcript (re SunCal stay relief motion). | 1.00 | 855.00 | $855.00 |
| 05/13/10 | 3000 | DAZ | Office conference with E. Soto re stay issue complaint and response to Peck ruling re stay relief. | 0.50 | 855.00 | $427.50 |
| 05/13/10 | 3000 | HDH | Review transcript of stay hearing in NY. | 0.50 | 625.00 | $312.50 |
| 05/13/10 | 3000 | RMP | Review transcript of hearing on SunCal stay relief motion and conferences with D. Ziehl regarding same. | 1.20 | 925.00 | $1,110.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05/13/10 | 3000 | DAZ | Telephone conferences with Bridges re status of inquiry and update re Peck ruling on SunCal stay relief motion. | 0.20 | 855.00 | $171.00 |
| 05/14/10 | 3000 | DAZ | Review correspondence re Miller letter re stay issues and conference with Weisman and Yancy re same. | 0.30 | 855.00 | $256.50 |
| 05/19/10 | 3000 | DAZ | Review and revise draft letter re stay issue. | 1.20 | 855.00 | $1,026.00 |
| 05/20/10 | 3000 | DAZ | Review revised letter to Bridges re stay issues. | 1.70 | 855.00 | $1,453.50 |
| 05/20/10 | 3000 | DAZ | Telephone conference with Yancy and Soto re Bridges letter (re automatic stay issues). | 0.20 | 855.00 | $171.00 |
| 05/24/10 | 3000 | HDH | Review correspondence re stay issues | 0.30 | 625.00 | $187.50 |
| 05/27/10 | 3000 | DAZ | Draft correspondence re stay issues and conference with R. Pachulski re same. | 1.00 | 855.00 | $855.00 |
| 05/28/10 | 3000 | DAZ | Telephone conferences with re stay of Peck ruling on SunCal stay motion pending appeal. | 0.70 | 855.00 | $598.50 |
| 05/28/10 | 3000 | DAZ | Review and revise letter to Bridges re. automatic stay issues. | 0.50 | 855.00 | $427.50 |
| 05/28/10 | 3000 | RMP | Prepare for and participate on team call regarding stay pending appeal of Judge Peck Order, review pleadings and numerous calls with Couchot and team regarding continuance and review and respond to numerous e-mails regarding same. | 3.90 | 925.00 | $3,607.50 |
| **Appeals [Code 4200]** | | | | | | |
| 05/03/10 | 4200 | SSC | Analysis re 9th circuit appeal deadlines. | 0.10 | 625.00 | $62.50 |
| 05/10/10 | 4200 | SSC | Analysis re revised appeal briefing schedule. | 0.20 | 625.00 | $125.00 |
| 05/10/10 | 4200 | SSC | Teleconference with L. Seavey and A. Blaustein re 9th circuit appeal briefing schedule. | 0.20 | 625.00 | $125.00 |
| 05/10/10 | 4200 | SSC | Teleconference with BAP clerk re 9th circuit appeal briefing schedule. | 0.20 | 625.00 | $125.00 |
| 05/13/10 | 4200 | DAZ | Review draft 9th Circuit Opposition to Request for Judicial Notice. | 0.50 | 855.00 | $427.50 |
| 05/13/10 | 4200 | DAZ | Review and revise draft Motion to Strike 9th Circuit Reply. | 1.20 | 855.00 | $1,026.00 |
| 05/13/10 | 4200 | SSC | Analysis re form of appellate brief re opposition to request for judicial notice (re. 9th circuit appeal). | 0.40 | 625.00 | $250.00 |
| 05/13/10 | 4200 | SSC | Teleconference with A. Yancy re appellate brief. | 0.20 | 625.00 | $125.00 |
| 05/13/10 | 4200 | SSC | Coordinate filing of opposition to request for judicial notice (9th circuit appeal). | 0.20 | 625.00 | $125.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05/14/10 | 4200 | DAZ | Review and revise revisions to Motion to Strike 9th circuit reply (.6) and conference with H. Hochman re same (.4). | 1.00 | 855.00 | $855.00 |
| 05/14/10 | 4200 | HDH | Review and revise motion to strike 9th circuit reply. | 2.80 | 625.00 | $1,750.00 |
| 05/14/10 | 4200 | HDH | Review and respond to correspondence re record on appeal (.8); research 9th Circuit rules excerpts (.9). | 1.70 | 625.00 | $1,062.50 |
| 05/14/10 | 4200 | SSC | Analysis re motion to strike 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/14/10 | 4200 | SSC | Coordinate filing of motion to strike 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/14/10 | 4200 | SSC | Correspond with A. Blaustein re motion to strike 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/14/10 | 4200 | RMP | Review motion to strike 9th circuit reply. | 0.40 | 925.00 | $370.00 |
| 05/19/10 | 4200 | DAZ | Review response to motion to strike and 9th Circuit Appeal. | 0.40 | 855.00 | $342.00 |
| 05/19/10 | 4200 | SSC | Review and analysis re reply deadline to motion to strike 9th circuit reply and teleconference with A. Blaustein re same. | 0.30 | 625.00 | $187.50 |
| 05/21/10 | 4200 | HDH | Review BAP brief re agency | 0.50 | 625.00 | $312.50 |
| 05/21/10 | 4200 | DAZ | Review Opening Brief re agency in 9th Circuit. | 1.00 | 855.00 | $855.00 |
| 05/21/10 | 4200 | DAZ | Telephone conferences re trustee participation in 9th circuit appeal. | 0.30 | 855.00 | $256.50 |
| 05/21/10 | 4200 | RMP | Review Appellant's brief (9th circuit appeal). | 0.40 | 925.00 | $370.00 |
| 05/24/10 | 4200 | DAZ | Conference re motion to dismiss 9th circuit appeal and correspondence re same. | 0.40 | 855.00 | $342.00 |
| 05/24/10 | 4200 | SSC | Analysis re reply deadline to motion to strike 9th circuit reply. | 0.40 | 625.00 | $250.00 |
| 05/24/10 | 4200 | SSC | Teleconference with A. Blaustein and BAP clerk re deadline to file motion to strike 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/24/10 | 4200 | SSC | Teleconference with A. Blaustein and Ninth Circuit clerk re deadline to file motion to strike 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/25/10 | 4200 | HDH | Review and analyze SunCal motion to expedite appeal (.4); correspondence to counsel re same (.4). | 1.80 | 625.00 | $1,125.00 |
| 05/25/10 | 4200 | HDH | Review and revise letter re supplemental authority re BAP appeal and correspondence re same | 0.70 | 625.00 | $437.50 |
| 05/25/10 | 4200 | DAZ | Review motion to expedite Ninth Circuit appeal. | 0.50 | 855.00 | $427.50 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05/26/10 | 4200 | HDH | Review 9th circuit supplemental authority letter and comments (re 9th circuit appeal). | 0.30 | 625.00 | $187.50 |
| 05/26/10 | 4200 | HDH | Review and revise reply re motion to strike 9th circuit appeal. | 1.80 | 625.00 | $1,125.00 |
| 05/26/10 | 4200 | DAZ | Review final draft 9th Circuit Notice of Supplemental Authority and exhibits for filing. | 0.50 | 855.00 | $427.50 |
| 05/26/10 | 4200 | SSC | Teleconference with A. Blaustein re Ninth Circuit filing. | 0.20 | 625.00 | $125.00 |
| 05/26/10 | 4200 | RMP | Review pleadings and e-mails regarding motion to expedite appeal. | 0.80 | 925.00 | $740.00 |
| 05/27/10 | 4200 | DAZ | Review motion to strike 9th circuit appeal and response. | 0.40 | 855.00 | $342.00 |
| 05/27/10 | 4200 | HDH | Review and revise reply re motion to expedite 9th circuit appeal. | 1.80 | 625.00 | $1,125.00 |
| 05/27/10 | 4200 | DAZ | Review revised 9th Circuit Notice of Supplemental Authority. | 0.50 | 855.00 | $427.50 |
| 05/27/10 | 4200 | SSC | Correspond with A. Blaustein re motion to expedite 9th circuit appeal. | 0.20 | 625.00 | $125.00 |
| 05/27/10 | 4200 | SSC | Coordinate filing of 9th circuit reply. | 0.20 | 625.00 | $125.00 |
| 05/28/10 | 4200 | HDH | Revise response to motion to expedite appeal (.2); Telephone conference with Dean A. Ziehl re same (.2). | 2.40 | 625.00 | $1,500.00 |
| **TOTAL February 2010 – May 2010:** | | | | **150.85** | | **$112,472.75** |