# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### Pre-March 1, 2010 Codes

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 6.90 | $ 6,382.50 |
| Bankruptcy Litigation | 491.10 | 318,490.00 |
| Case Administration | 10.70 | 9,087.50 |
| Claims Administration/Objections | 4.40 | 4,070.00 |
| Compensation of Professionals | 1.10 | 1,017.50 |
| Compensation of Professionals/Others | .30 | 277.50 |
| Financing | 12.30 | 10,737.50 |
| General Creditors Committee | .50 | 275.00 |
| Plan and Disclosure Statement | 24.00 | 21,855.50 |
| PSZJ Compensation | 16.80 | 7,822.50 |
| Retention of Professionals/Others | 4.30 | 3,977.50 |
| Stay Litigation | 10.80 | 8,295.00 |
| **Total:** | **583.20** | **$392,288.00** |

### Post-March 1, 2010 Codes

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Appeals [4200] | 59.90 | $ 43,015.50 |
| Calendar and Docket Maintenance [0300] | .90 | 495.00 |
| Cash Management [1200] | 1.00 | 855.00 |
| DIP Financing [3300] | 157.90 | 121,313.50 |
| Disclosure Statement/Voting [3600] | 1.60 | 1,392.00 |
| General Case Administration [0100] | 41.50 | 34,484.00 |
| General Case Strategy Meetings [0200] | 54.10 | 47,383.00 |
| Hearings and Court Communications [0400] | 15.70 | 13,214.00 |
| Loans/Investments [2600] | 44.65 | 37,572.75 |
| Non-Derivative Issues [3700] | 181.80 | 117,852.50 |
| Non-Derivative Litigation [3900] | 104.35 | 82,829.25 |
| Non-Derivative Stay/Safe Harbor [3000] | 93.65 | 71,346.75 |
| Other Motions and Matters [3800] | 359.30 | 235,092.00 |
| Plan of Reorganization [3500] | 94.00 | 82,628.00 |
| PSZJ Fees [4600] | 38.10 | 16,977.00 |

DOCS_NY:21481.5

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| PSZJ Retention [4700] | .10 | 55.00 |
| Real Estate Matters [2300] | 3.00 | 2,250.00 |
| Third Party Retention [4800] | 1.50 | 1,282.50 |
| Total: | 1,253.05 | $910,037.75 |
| **TOTAL SERVICES:** | **1,836.25** | **$1,302,325.75** |