# EXHIBIT C

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM FEBRUARY 1, 2010 THROUGH MAY 30, 2010

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $925.00 | 349.70 | $323,472.50 |
| Dean A. Ziehl, Partner | 1978 | 855.00 | 300.55 | 256,970.25 |
| Robert B. Orgel, Partner | 1981 | 825.00 | 152.50 | 125,812.50 |
| Jeremy V. Richards, Partner | 1982 | 825.00 | 2.60 | 2,145.00 |
| Henry C. Kevane, Partner | 1986 | 775.00 | .30 | 232.50 |
| Debra Grassgreen, Partner | 1992 | 775.00 | 1.10 | 852.50 |
| Stanley E. Goldich, Partner | 1980 | 750.00 | 2.20 | 1,650.00 |
| Richard J. Gruber, Partner | 1982 | 750.00 | 3.00 | 2,250.00 |
| Ellen M. Bender, Partner | 1984 | 695.00 | 3.70 | 2,571.50 |
| James K.T. Hunter, Of Counsel | 1988 | 695.00 | 63.40 | 44,063.00 |
| Daryl G. Parker, Of Counsel | 1970 | 695.00 | 103.10 | 71,654.50 |
| Bruce Grohsgal, Partner | 1984 | 675.00 | 5.60 | 3,780.00 |
| Victoria Newmark, Of Counsel | 1996 | 625.00 | 17.40 | 10,875.00 |
| Shirley S. Cho, Of Counsel | 1997 | 625.00 | 12.40 | 7,750.00 |
| Harry Hochman, Of Counsel | 1987 | 625.00 | 229.10 | 143,187.50 |
| Michael R. Seidel, Partner | 1996 | 575.00 | .10 | 57.50 |
| Gina Brandt, Of Counsel | 1976 | 575.00 | 89.80 | 51,635.00 |
| Jonathan J. Kim, Of Counsel | 1995 | 575.00 | 20.00 | 11,500.00 |
| Mary D. Lane, Of Counsel | 1976 | 550.00 | 30.50 | 16,775.00 |
| Robert M. Saunders, Of Counsel | 1984 | 550.00 | 9.60 | 5,280.00 |
| Jeffrey P. Nolan, Of Counsel | 1992 | 550.00 | .20 | 110.00 |
| Nina Hong, Partner | 1996 | 550.00 | 130.50 | 71,775.00 |
| Gabrielle A. Rohwer, Of Counsel | 1997 | 550.00 | 28.40 | 15,620.00 |
| Warner Disse, Of Counsel | 1986 | 515.00 | 34.10 | 17,561.50 |
| Miriam Khatiblou, Of Counsel | 1995 | 515.00 | 5.30 | 2,729.50 |
| Gillian N. Brown, Partner | 1999 | 515.00 | .10 | 51.50 |
| Erin Gray, Of Counsel | 1992 | 515.00 | 17.50 | 9,012.50 |
| Maria A Bove, Of Counsel | 2001 | 550.00 | 140.90 | 77,495.00 |
| Pamela E. Singer, Of Counsel | 1996 | 515.00 | 12.90 | 6,643.50 |
| Celine Guillou, Of Counsel | 1998 | 450.00 | 16.80 | 7,560.00 |
| Leslie A. Forrester, Paralegal | N/A | 260.00 | 1.10 | 286.00 |
| Denise A. Harris, Paralegal | N/A | 235.00 | 18.70 | 4,394.50 |
| Patricia J. Jeffries, Paralegal | N/A | 235.00 | .40 | 94.00 |

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Thomas J. Brown, Paralegal | N/A | 205.00 | 14.70 | 3,013.50 |
| Mike A. Matteo, Paralegal | N/A | 205.00 | 13.00 | 2,665.00 |
| Andrew Sahn, Paralegal | N/A | 160.00 | 5.00 | 800.00 |
| **TIME CHARGES TOTAL:** | | | **1,836.25** | **$1,302,325.75\*** |

**Total Hours:**  1,836.25

**Blended Hourly Rate:**  $709.23
(Attorneys and Paralegals)

**Blended Hourly Rate:**  $723.95
(Attorneys)

\* This amount represents all fees incurred by PSZJ during the Interim Period. As set forth in the Interim Application, PSZJ is seeking compensation from the Debtors' estates only for the portion of such amount incurred in connection with services provided for the benefit of the Debtors, and with the additional voluntary reductions set forth in the Interim Application.