# EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---|
| Court Call | $   167.00 |
| Transcript | 2,071.70 |
| Auto Travel Expense | 1,151.40 |
| Federal Express | 760.26 |
| Fax Transmittal | 2.00 |
| First Legal Atty/Messenger | 285.25 |
| Conference Call | 95.29 |
| Lexis/Nexis Legal Research | 425.35 |
| Overtime | 219.42 |
| Pacer – Court Research | 923.68 |
| Postage | 69.77 |
| Reproduction Expense | 1,658.40 |
| Reproduction/Scan Copy | 1,934.70 |
| Travel Expense | 100.00 |
| Westlaw Legal Research | 4,349.70 |
| Working Meals | 71.71 |
| **TOTAL DISBURSEMENTS:** | **$14,285.63**[*] |

---

[*] This amount is the total amount of disbursements made by PSZJ during the Interim Period. As set forth in paragraphs 15 and 16 of the Interim Application, PSZJ is seeking compensation for only 30% of such expenses and has voluntarily reduced the total expenses sought pursuant to the Interim Fee Application in the amount of $441.73.

DOCS_NY:21481.5