WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS – 6031)
Gerard Uzzi (GU – 2297)


Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------x


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         )     s.s.:
NEW YORK COUNTY          )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 13th day of August, 2010, I caused a copy of the following filings to be served Via Regular Mail on the parties shown on the attached Service List:

- Response and Reservation of Rights of Ad Hoc Group of Lehman Brothers Creditors with Respect to Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant To Section 363 of the Bankruptcy Code to Amend the Racers Transaction Documents and Terminate Certain Racers Transaction Documents [Docket No. 10752]

- Response and Reservation of Rights of Ad Hoc Group of Lehman Brothers Creditors with Respect to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code for an Order (I) Allowing LCPI to acquire Certain Loans Through a Joint Venture

and (II) Authorizing LCPI and LBHI to Provide Gap Funding Through
a Term Loan, Revolver, and Preferred Equity Investment [Docket No. 10753]

       */s/ Rashida Adams*
       Rashida Adams

Sworn to before me the 13th day of August, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# SERVICE LIST
# STANDARD PARTIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005