DAY PITNEY LLP
ONE AUDUBON STREET
NEW HAVEN, CT 06510
T: (203) 752-5000
F: (203) 752-5001
JOSHUA W. COHEN (JC-2978)
- and –
7 TIMES SQUARE
NEW YORK, NY 10036-7311
T: (212) 297-5800

Attorneys for Fidelity National Title Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al, | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Fidelity National Title Insurance Company, ("Fidelity National") appears herein through the undersigned attorney pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and request that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that this request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

>Joshua W. Cohen, Esq.
>Day Pitney LLP
>One Audubon Street
>New Haven, CT 06510
>T: (203) 752-5000
>F: (203) 752-5001
>E-mail: jwcohen@daypitney.com

PLEASE TAKE FURTHER NOTICE that Fidelity National does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Fidelity National for such purpose.

>DAY PITNEY LLP
>Attorneys for Fidelity National Title Insurance Company,
>
>By:   /s/ Joshua W. Cohen
>         JOSHUA W. COHEN

Dated: August 17, 2010
         New Haven, CT

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that the foregoing Notice of Appearance and Request for Notices and Service of Papers was electronically filed with this Court on this 17th day of August, 2010 and served through the Court's CM/ECF system upon all registered electronic filers. This is to further certify that on this date, copies of the aforementioned were transmitted to the parties and in the manner set forth below.

## **SERVICE LIST**

### **FIRST CLASS MAIL, POSTAGE PREPAID**

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

### **U.S. TRUSTEE**

Office of the United States Trustee
33 Whitehall Street , 21st Floor
New York, NY 10004              By:   /s/ Joshua W. Cohen
                                      JOSHUA W. COHEN (JC-2978)