# LAW OFFICES
## OF
## CURTIS V. TRINKO, LLP

16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036

TELEPHONE (212) 490-9550

FAX NO. (212) 986-0158
EMAIL: CTRINKO@TRINKO.COM

August 4, 2010

**By Hand**

Hon. James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 604
New York, New York 10004-1408

Attn: Lynda Calderon
       Courtroom Deputy

Re: **In re Lehman Brothers Holdings Inc., et al., 08-13555(JMP)**

**Motion Of Lawrence Fogarazzo, et al. Pursuant to Section 362 Of The Bankruptcy Code For Relief From Automatic Stay To Allow Advancement Under Insurance Policy Issued By Lloyd's Of London**

Dear Judge Peck:

This letter confirm's yesterday's telephone discussion with Your Honor's Chambers whereby our firm, on behalf of all parties, on consent, requested that the originally scheduled August 18, 2010 10:00 A.M. hearing of the above-described Motion be adjourned until the date advised by the Court, namely September 22, 2010 at 10:00 A.M.. In addition, all parties hereto, on consent, have further agreed to extent the time for opposition, or other response, to the aforesaid Motion, up to and included seven (7) days prior to the rescheduled hearing date.

Respectfully submitted,

Curtis V. Trinko

cc:  Barry S. Alexander, Esq.
     Clyde & Co US LLP
     The Chrysler Building
     405 Lexington Avenue
     New York, New York 10174
     (By Email)
     [Barry.Alexander@clydeco.us]