STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Constantine D. Pourakis
Email: cp@stevenslee.com

*Attorneys for 1301 Properties Owner, LP*
*c/o Paramount Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | ) ) ) | Case No. 08-13555 (JMP) |
| Debtor. | ) ) | |

**NOTICE OF WITHDRAWAL OF (I) LIMITED OBJECTION AND RESERVATION OF RIGHTS OF 1301 PROPERTIES OWNER, LP TO DEBTOR'S MOTION TO SELL ASSETS AND NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER AND
(II) SUPPLEMENTAL OBJECTION AND RESERVATION OF RIGHTS OF 1301 PROPERTIES OWNER, LP TO DEBTOR'S PROPOSED AMOUNTS NECESSARY TO CURE DEFAULTS UNDER LEASE**

**PLEASE TAKE NOTICE** that 1301 Properties Owner, LP, c/o Paramount Group, Inc. ("1301 Properties"), hereby withdraws its (I) *Limited Objection and Reservation of Rights to the Debtor's Motion to Sell Assets and Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser*, filed on September 19, 2008 [Docket No. 171], and (II) *Supplemental Objection and Reservation Of Rights of 1301 Properties Owner, LP to Debtor's Proposed Amounts Necessary To Cure Defaults Under Lease*, filed on October 13, 2008 [Docket No. 867].

SL1 1017025v1/104011.00001

| | |
|---|---|
| Dated:  August 17, 2010 | **STEVENS & LEE, P.C.** |
| | */s/ Constantine D. Pourakis* |
| | Constantine D. Pourakis |
| | 485 Madison Avenue, 20th Floor |
| | New York, New York  10022 |
| | Telephone: (212) 537-0409 |
| | Telecopier: (610) 371-1237 |
| | Email: cp@stevenslee.com |
| | |
| | *Counsel for 1301 Properties Owner, LP* |

2