Hearing Date and Time: August 18, 2010 at 10:00 a.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TO THE MOTION OF LEHMAN BROTHERS HOLDINGS INC. AND LEHMAN COMMERCIAL PAPER INC. PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE TO AMEND THE RACERS TRANSACTION DOCUMENTS AND TERMINATE CERTAIN RACERS TRANSACTION DOCUMENTS**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee and/or Owner Trustee in connection with two related transactions (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws its objection (the "*Objection*") [Docket No. 10706] to the Motion of Lehman Brothers Holdings Inc.

2860971.01.01.doc
1697028

and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code to Amend the RACERs Transaction Documents and Terminate Certain RACERs Transaction Documents (the "*Motion*") [Docket No. 10464].

Since filing the Objection on August 11, 2010, counsel for U.S. Bank has engaged in numerous discussions with counsel for the Debtors' estates to resolve the issues raised in the Objection. Pursuant to these discussions, the parties have reached an agreement and arrived at language contained in the revised Order being submitted by the Debtors that resolves all of the issues raised by U.S. Bank in its Objection. As a result, to the extent that such revised Order is entered by the Court, U.S. Bank hereby withdraws its Objection to the Motion.

August 17, 2010

                              Respectfully submitted,

                              U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By:    /s/ Franklin H. Top III          
            One of Its Attorneys

James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

Craig M. Price (CP-9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
(212) 655-6000