Original

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re :                                           Chapter 11
:
Lehman Brothers Holdings Inc., et al., :          Case No. 08-13555 (JMP)
:
Debtors.                              :           Jointly Administered

DESIGNATION OF RECORD AND ISSUES ON APPEAL

ISSUES

1) THAT THE SO CALLED BUSINESS JUDGEMENT RULE IS A REBUTABLE PRESUMTION AND ONCE CALLED INTO QUESTION THE DEBTOR'S TASK IS TO PROVIDE OVERWHELMING EVIDENCE.

2) THAT THE SO CALLED BUSINESS JUDGEMENT RULE IS NOT A AVAILABLE TO A DISFUNCTIONAL CORPORTATION, TO WHIT ONE WHICH HAS NOT HELD REGULAR CORPORATE MEETINGS AS SET FORTH UNDER THE LAW OF IT'S INCORPORATION.

3) THAT LEHMAN BROTHERS IS ONE OF THOSE DISFUNCTIONAL CORPORATIONS, AND ACCORDINGLY CANNOT PARTAKE OR PROCEED UNDER THE SO CALLED BUSINESS JUDGEMENT RULE.

Record -See ATTACHED

William Kuntz III
India St
PO Box 1801
Nantucket, MA 02554-1801
508-775-5221

Aug 12, 2010
Williams Mass. My

FILED
2010 AUG 17 A 8:38
U.S. BANKRUPTCY COURT
S.D. OF NY

Claim Question? Call: 646 282 2400

**epiq** SYSTEMS  debtorMatrix

Client Home     Claims     Docket     Key Documents

Home»Search Docket

# Search Docket

Criteria

| Docket # | Docket Text | Debtor | Start Date | E |
|---|---|---|---|---|
| | silk road | Lehman Brothers Holdings In | | |

Order By: Docket Date          Results Per Page: 50

Results

[1] Page 1 of 1 - 01 total items

| Docket # | Docket Date | Docket Text |
|---|---|---|
| 9921 | 6/28/2010 | Objection to Silk Road Giveaway filed by William Kuntz III. (Lopez, Mary) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS O
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the ac
the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents
the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this websi
AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data mai

| | | |
|---|---|---|
| 10378 | 7/16/2010 | Transcript regarding Hearing Held on 07/14/2010 RE: M( of JP Morgan Chase Bank, N.A for relief form the Autom: Stay; Debtor's Motion for Authorization to Sell its Limited Partnership Interest in New Silk Route PE Asia Fund, L.P.....et...al..... Remote electronic access to the transcri{ restricted until 10/14/2010. The transcript may be viewed the Bankruptcy Court Clerks Office. [Transcription Servic Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Sen Agency.). Notice of Intent to Request Redaction Deadline By 7/23/2010. Statement of Redaction Request Due By 8/6/2010. Redacted Transcript Submission Due By 8/16/. Transcript access will be restricted through 10/14/2010. (Villegas, Carmen) (Entered: 07/22/2010)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: none |
| 10221 | 7/15/2010 | Order Signed on 7/15/2010 Authorizing the Sale of Lehm Brothers Holdings Inc.s Limited Partnership Interest in N( Silk Route PE Asia Fund, L.P. (Related Doc # [9682]) (N Lynda)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: 9682 |
| 9714 | 6/21/2010 | Declaration of Christopher Mosher in Support of Motion ( Lehman Brothers Holdings Inc. Pursuant to Section 363 Bankruptcy Code and Bankruptcy Rule 6004 for Authoriz to Sell Its Limited Partnership Interest in New Silk Route Asia Fund, L.P. (related document(s)[9682]) filed by Lori Fife on behalf of Lehman Brothers Holdings Inc.. (Fife, L(<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: 9682 |
| 9682 | 6/18/2010 | Motion to Authorize : Motion of Lehman Brothers Holding Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Sell Its Limitec Partnership Interest in New Silk Route PE Asia Fund, L.F filed by Lori R. Fife on behalf of Lehman Brothers Holdin; Inc.. with hearing to be held on 7/14/2010 at 10:00 AM al Courtroom 601 (JMP) Responses due by 7/2/2010, (Attachments: # (1) Exhibit A - Transfer Agreement# (2) Exhibit B - Proposed Order) (Fife, Lori)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: none |

[1] Page 1 of 1 - 04 total items

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re :                                                              Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :                           08-13555 (JMP)
:
Debtors :                                                            (Jointly Administered)
:
------------------------------------------------------------------x

### Notice of Appeal

[RECEIVED JUL 26 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

The Undersigned, William Kuntz, III who appears here *Pro Se* does hereby Appeal the adverse Decision made in open Court on the 14th and Order of the 15th of July, 2010 with respect to the Silk Route Fund to the United States District Court for the Southern District of New York.

Respectfully,

William Kuntz, III

India St  PO Box 1801 Nantucket Island, Ma 02554-1801  508-775-5225


July 23, 2010

Elizabethtown, New York