WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x
                                                                          :
**In re**                                                                 :    **Chapter 11 Case No.**
                                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                              :    **08-13555 (JMP)**
                                                                          :
                    Debtors.                                              :    **(Jointly Administered)**
                                                                          :
--------------------------------------------------------------------------x
                                                                          :
**In re**                                                                 :
                                                                          :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                 :
                                                                          :    **08-01420 (JMP) (SIPA)**
                    Debtor.                                               :
                                                                          :
--------------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 18, 2010 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.  CONTESTED MATTERS:**

1.  LBHI's Motion for (i) Approval of Surrender Agreement in Connection With Surrender of Real Property Lease and (ii) Authorization to Abandon Certain Personal Property **[Docket No. 10517]**

    Response Deadline:  August 11, 2010 at 4:00 p.m.

    Responses Received:

    A.  Objection of William Kuntz **[Docket No. 10684]**

    Related Documents:

    B.  Declaration of William B. Gordon in Support of Motion **[Docket No. 10518]**

    Status: This matter is going forward.

2.  Debtors' Motion for an Order (i) Allowing LCPI to Acquire Certain Loans through a Joint Venture and (ii) Authorizing LCPI and LBHI to Provide Gap Funding through a Term Loan, Revolver, and Preferred Equity Investment **[Docket No. 10467]**

    Response Deadline:  August 11, 2010 at 4:00 p.m.

    Responses Received:

    A.  Objection of William Kuntz **[Docket No. TBD]**

    B.  Response and Reservation of Rights of Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 10753]**

    Related Documents:

    C.  Notice of Amended Order **[Docket No. 10762]**

    Status: This matter is going forward.

3. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. to Amend the Racers Transaction Documents **[Docket No. 10464]**

   Response Deadline:    August 11, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of U.S. Bank National Association as Trustee **[Docket No. 10706]**

   B. Response and Reservation of Rights of Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 10752]**

   Related Documents:

   C. Lehman Brothers Holdings Inc.'s and Lehman Commercial Paper Inc.'s Reply **[Docket No. 10766]**

   D. Notice of Filing of Revised Order **[Docket No. 10775]**

   E. Statement of the SIPA Trustee in Support of Debtors' Motion **[Docket No. 10742]**

   F. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 10747]**

   G. Notice of Filing of Second Revised Order **[Docket No. 10830]**

   H. Notice of Withdrawal of Objection of U.S. Bank National Association as Trustee **[Docket No. 10832]**

   Status: This matter is going forward.

4. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. for Authorization to Guarantee Payment of the Fees and Related Charges of Lazard Freres & Co. LLC **[Docket No. 10466]**

   Response Deadline:    August 11, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of William Kuntz **[Docket No. TBD]**

   Related Documents:

   B. Notice of Filing of Revised Order **[Docket No. 10780]**

  C. Declaration of Michael E. Lascher in Support of Motion **[Docket No. 10793]**

 Status: This matter is going forward.

5. Motion of Lehman Commercial Paper Inc. for Authority to (i) Consent to its Non-Debtor Affiliate Lehman ALI Inc. (a) Entry into Plan Support Agreement Related to the Restructuring of Innkeepers USA Trust; and (b) Consummation of the Transactions Set Forth in the Plan Term Sheet; and (ii) Provide Funds to Solar Finance Inc., a Non-Debtor Affiliate, to Provide Debtor-in-Possession Financing **[Docket No. 10465]**

 Response Deadline: August 11, 2010 at 4:00 p.m.

 Responses Received:

  A. Appaloosa Investment L.P. I's Limited Objection **[Docket No. 10704]**

 Related Documents:

  B. Lehman Commercial Paper Inc.'s Reply **[Docket No. 10765]**

  C. Statement of Official Committee of Unsecured Creditors **[Docket No. 10771]**

  D. Notice of Filing of Revised Order **[Docket No. 10777]**

  E. Notice of Filing of Supplemental Exhibit **[Docket No. 10580]**

 Status: This matter is going forward.

6. Motion of the Chapter 11 Trustee of the SunCal Master Debtors for Relief from the Automatic Stay **[Docket No. 9642]**

 Response Deadline: June 9, 2010 at 4:00 p.m.

 Responses Received:

  A. Debtors' Objection **[Docket No. 10106]**

  B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10121]**

Related Documents:

    C.    Declaration of Arthur J. Steinberg in Support of Debtors' Objection **[Docket No. 10107]**

    D.    Reply of Chapter 11 Trustee of SunCal Master Debtors **[Docket No. 10130]**

Status: This matter is going forward.

7.    Motion of Debtors and Debtors in Possession for Entry of an Order to Consolidate Certain Proceedings and Establish Related Procedures **[Case No. 08-13555; Docket No. 8614; Adv. Case No. 10-03228, Docket No. 2; Adv. Case No. 10-03229, Docket No. 2]**

Response Deadline:    June 9, 2010 at 4:00 p.m. (For Nomura Global Financial Products Inc.)

Responses Received:

    A.    Objection of Nomura Global Financial Products, Inc. **[Docket No. 9481]**

Related Documents:

    B.    Debtors and Debtors in Possession's Reply Memorandum of Law in Support of Motion of Debtors and Debtors in Possession for Entry of an Order, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 1001, 7042 and 9014, to Consolidate Certain Proceedings and Establish Related Procedures **[Docket No. 10764]**

    C.    Order to Consolidate Certain Proceedings and Establish Related Procedures **[Docket No. 9103]**

Status: This motion has been granted with respect to Nomura International plc and Nomura Securities Co., Ltd., and is going forward with respect to Nomura Global Financial Products Inc.

8.    Och-Ziff Capital Management's Objection to Debtors' Subpoena Duces Tecum **[Docket No. 9382]**

Response Deadline: August 11, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Response **[Docket No. 10708]**

      Related Documents:

           B.    Declaration of Michael J. Bowe in Support of Debtors' Response **[Docket No. 10707]**

           C.    Och-Ziff Capital Management Group LLC's Reply **[Docket No. 10813]**

      Status:  This matter is going forward.

## II. MATTERS TO BE HEARD AT 2:00 P.M.

### A. Adversary Proceedings:

9.    Lehman Brothers Holdings Inc. v. USA **[Case No. 10-03211]**

      **Pre-Trial Conference**

      Related Documents:

           A.    Adversary Complaint **[Docket No. 1]**

           B.    Answer of United States of America to Complaint **[Docket No. 15]**

      Status: This matter is going forward.

## III. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

10.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

      Response Deadline:    September 15, 2010 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:  None.

      Status: This matter has been adjourned to September 22, 2010.

11.    Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

      Response Deadline:    September 15, 2010 at 4:00 p.m.

      Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to September 22, 2010.

12. Motion of Carolyn Fogarazzo, et al. for Relief from the Automatic Stay **[Docket No. 10279]**

Response Deadline:   September 15, 2010 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to September 22, 2010.

13. Motion of Lehman Brothers Holdings Inc. for Authority to Enter into Settlement Related to, and Assign Interest in Heritage Fields Property **[Docket No. 9739]**

Response Deadline:   July 7, 2010 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to September 22, 2010.

14. Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

Response Deadline: December 1, 2009 at 4:00 p.m.

Responses Received:

    A.   Objection of Norton Gold Fields Limited **[Docket No. 6062]**

Related Documents:

    B.   Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6063]**

    C.   Debtors' Reply in Support of Motion **[Docket No. 7012]**

    D.   Declaration of James K. Goldfarb in Support of Debtors' Reply **[Docket No. 7013]**

    E.   Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion **[Docket No. 7527]**

        F.    Sur-Reply of Norton Gold Fields Limited to Debtors' Reply **[Docket No. 7679]**

        G.    Debtors' Response to the Sur-Reply of Norton Gold Fields Limited **[Docket No. 8219]**

        H.    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 8961]**

Status: This matter has been adjourned to September 22, 2010.

15. Debtors' Motion Requesting Extensions of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 7966]**

Response Deadline:    May 7, 2010 at 4:00 p.m.

Responses Received:

        A.    Objection of Somerset Properties SPE, LLC **[Docket No. 8107]**

Related Documents:

        B.    Bridge Order **[Docket No. 8106]**

        C.    Order Granting Debtors' Motion with Respect to Merit, LLC **[Docket No. 8348]**

Status: This matter has been adjourned to September 22, 2010.

**B.    Adversary Proceedings**

16. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

Status: This matter has been adjourned to October 20, 2010.

17. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

    **Pre-Trial Conference**

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    B.  Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    Status: This matter has been adjourned to October 20, 2010.

18. Turnberry, et al v. Lehman Brothers Holdings Inc., et al. **[Case No. 09-01062]**

    **Pre-Trial Conference**

    Related Documents:

    A.  Adversary Complaint **[Docket No. 1]**

    B.  Amended Answer and Counterclaims of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB to Complaint **[Docket No. 30]**

    Status: This matter has been adjourned to October 20, 2010.

C.  **Lehman Brothers Inc.:**

19. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

    Response Deadline:    September 15, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608, 2796, 2993, 3217, 3359, 3440]**

    Status:  This matter is adjourned until September 22, 2010.

20. Motion of Unclaimed Property Recovery Service, Inc. for an Order Directing Payment into Court of Unclaimed Funds by the New York State Comptroller **[Docket No. 3363]**

    Response Deadline:    August 13, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

     A. Declaration of Bernard Gelb in Support of the Motion **[Docket No. 3363]**

     B. Notice of Hearing **[Docket No. 3364]**

     C. Notice of Proposed Order Granting the Motion **[Docket No. 3365]**

     D. Notice of Adjournment **[Docket No. 3377]**

    Status: A proposed stipulation resolving this matter will be submitted to the Court.

**IV.　WITHDRAWN MATTERS:**

21. Motion of Rosslyn Investors I, LLC for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Special Financing, Inc. and Other Entities **[Docket No. 8221]**

    Response Deadline:    May 7, 2010 at 4:00 p.m.

    Responses Received:

     A. Debtors' Objection **[Docket No. 8938]**

Related Documents:

B. Notice of Withdrawal **[Docket No. 10760]**

Status: This matter been withdrawn.

Dated: August 17, 2010
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: August 17, 2010
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.