# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-13555 |
| | § | (JOINTLY ADMINISTERED) |
| LEHMAN BROTHERS HOLDINGS, INC. | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## ORDER GRANTING TRAVIS COUNTY'S MOTION FOR LATE FILING AND ALLOWANCE OF PROOF OF CLAIM

Came on for consideration Travis County's Motion for Late Filing and Allowance of Proof of Claim in the above styled and numbered case. The Court finds that the motion was properly served and that no response was timely filed pursuant to Bankruptcy Rule 9014; therefore, it is

**ORDERED** that Travis County's Motion for Late Filing and Allowance of Proof of Claim is granted and the Proof of Claim in the amount of **$3,856.44**, along with any accrued statutory interest and penalties, is allowed as filed and paid through the plan at 12% per annum.

###

Dated:_____ __, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

236187-1