9595 Red Bird Lane
Alpharetta, GA 30022
August 4, 2010

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Courtroom 601

---

Re: Lehman Brothers Holdings, Inc., Chapter 11, Case No. 08-13555; (JMP) Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims). Claimant Name: Francis J. Hill, IRA, Claim No. 9974. Basis for claim: 866 shares of Lehman Brothers Capital Trust VI purchased through UBS Financial Services, Inc. on March 9, 2006 in the amount of $21,949.69.

---

Letters are being sent to the Debtors' Attorneys, who are listed at the end of this letter.

---

Dear Honorable Peck:

This is in response to Weil, Gotshal, and Manges LLP letter dated July 19, 2010 advising of claims to be disallowed and expunged.

Please be advised that I, Francis J. Hill, Claim No. 9974 in the amount of $21,949.69, **DO HEREBY OBJECT AND/OR DISAGREE WITH THE DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) CHAPTER 11, CASE No. 08-13555 (JMP)**

My original Claim No. 9974 covers Lehman Brothers Capital Trust VI sold to me by Lehman Brothers through the UBS Financial Services, Inc. **The only documentation I received was a Confirmation of Purchase, which I am enclosing.** Also enclosed is a copy of a UBS statement listing Lehman Brothers Capital Trust VI owned by me. After changing brokerage firms, the stock now appears on statements from Morgan Keegan, Inc., one of which is also enclosed. **This is the only documentation I have describing my Capital Trust VI bought on March 9, 2006 in the amount of $21,949.69.**

I would appreciate an early acknowledgement of this response.

Sincerely,

*Francis J. Hill*
Francis J. Hill

RECEIVED
AUG 12 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

The Honorable James M. Peck
August 4, 2010
Page 2.

Letters and documentation sent to attorneys as listed below:

Weil Gotshal & Manges, LLP
767 Fifth Avenue, New York, New York 10153
(Attn: Shai Waisman, Esq.)
Attorneys for Debtors

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,
Linda Riffkin, Esq., Tracy Hope Davis, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.,
Attorneys for the official committee of unsecured creditors appointed in these cases.)

Enclosures

UBS FINANCIAL SERVICES INC.
3455 PEACHTREE RD, NE
SUITE 1700
ATLANTA, GA 30326

D01102208Z 000001605000012532 AX3282320 0002

# Confirmation

PAGE 1 OF 1

Account Number AX 32823
Universal ID: 3561971100M
Your Financial Advisor
H TIMOTHY MCKANE
404-760-3000/

UBS-FINSVC CUST ROLLOVER IRA
FRANCIS JOHNSON HILL
ROLLOVER IRA
2125 PROSPECT MILL PLACE
LAWRENCEVILLE   GA 30043-2699

*Important. Please retain for your records.*

Handwritten notes:
21,520.10 × 6.240% =
1342.85/4 =
335.70

We confirm the following transaction(s):

| Trade activity | | | Trade date | Date processed | | Payment date/ Settlement date |
|---|---|---|---|---|---|---|
| BOUGHT | | | AS OF 03/09/2006 | 04/04/2006 | | 03/14/2006 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-Up | Accrued Interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 12110 | 866 | LEHMAN CAP TRUST VI 6.2400% CALLABLE PFD YTC = 6.125 YTM = 6.214 | 24.8500000 CALLABLE 011810 @ 25.00 | $21,520.10 | $424.34 | | $5.25 | $21,949.69 |

SYMBOL LEHPRN CUSIP NO. 52520X208
Location of Execution: 01 Capacity: Agent

| Total: | 866 | | | $21,520.10 | $424.34 | | $5.25 | $21,949.69 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS Financial Services Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC.

NZDA025233-X256
8987717 - 000004

# Retirement Account

Account Number: AX 32823 77
Universal ID: 3561971100M
Account Type: Individual Retirement Rollover Account

FRANCIS JOHNSON HILL
ROLLOVER IRA
2125 PROSPECT MILL PLACE
LAWRENCEVILLE    GA  30043-2699

**Account Instructions**
UBS Financial Services Inc. is your custodian.

**Bulletin Board**
CONSIDER MAKING YOUR IRA CONTRIBUTION TODAY. INDIVIDUALS CAN CONTRIBUTE $4,000 FOR 2005 AND ANOTHER $4,000 FOR 2006. SPEAK WITH YOUR FINANCIAL ADVISOR. VISIT OUR WEB SITE AT WWW.UBS.COM.

**Investment objectives**
The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of these alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:    Capital appreciation
Risk profile:    Primary:    Moderate
    Secondary: None selected

March 06/ AX 32823 77

---

UBS FINANCIAL SERVICES INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

NZDA025233-X256  •  0306 - AX - 0

**Your Financial Advisor**
H TIMOTHY MCKANE
404-760-3000/800-234-9928

## March 2006

### This month at a glance
Value on February 28
Value on March 31
Money fund and other sweep option balance in 03/31 value

*UBS Bank deposit balances are FDIC-insured in accordance with FDIC rules, p...
See the back of the first page for details and information regarding deposit bala...

### Earnings summary
Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.

|  | Current period | Year-to-date |
|---|---|---|
| Dividends | $ .00 | $ 351.08 |
| Interest | 36.40 | 100.49 |
| **Total current year security earnings** | $ 36.40 | $ 451.57 |
| Prior year(s) entries and adjustments | .00 | .36 |
| **Net security earnings** | $ 36.40 | $ 451.93 |

### Asset summary
Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

|  | % of portfolio | Value |
|---|---|---|
| Equities | 21.20 | 13,580.82 |
| Money funds/sweep options | .03 | 21.92 |
| Preferred securities | 78.77 | 50,452.26 |
| **Net invested assets** | 100.00 | $ 64,055.00 |
| **Value on March 31** |  | $ 64,055.00 |

*handwritten:* Cash Acct Bal lab  43,714.58

# Retirement Account

Account Number: AX 32823 77
Your Financial Advisor
H TIMOTHY MCKANE
404-760-3000/800-234-9928

Statement Period: March 2006

NZDA025231X25E
8987717 - 010005

## Asset portfolio
*Prices, income and current values may be approximate. Refer to the disclosure on the back of the first page.*

| Quantity/face value | Description | Contract premium | Price | Current value | Est. income |
|---|---|---|---|---|---|
| 418 | MASCO CORP | | 32.490 | 13,580.82 | 368 |
| 21.920 | UBS BANK USA DEP ACCT | | | 21.92 | |
| | Opening balance $     43,714.58 Avg yield 1.52% Int period 02/22 - 03/26 | | | | |
| 859 | HSBC HOLDINGS 6.20% SERIES A CALLABLE | | 24.740 | 21,251.66 | 1,031 |
| 866 | LEHMAN CAP TRUST VI 6.24% CALLABLE PFD | | 24.640 | 21,338.24 | 1,351 |
| 334 | NATL RURAL UTILITIES 5.9500% DUE 02/15/45 CALLABLE | | 23.540 | 7,862.36 | 197 |
| | **Total** | | | **$ 64,055.00** | **$ 3,547** |

## Research opinions
*Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them. Research ratings are as of the end of the statement period. For cases where UBS dropped coverage on a company, ratings are as of the date coverage was dropped. Independent research will continue to be available for 18 months after UBS dropped coverage. Please consult the independent research website for the most current rating information. § indicates the rating for this stock may have been placed Under Review by the analyst, may be subject to a Rating/Return divergence or may have an exception to the core rating bands. ± indicates recommendation and price target information temporarily suspended pending review. For further information please refer to the "Research Rating Exceptions" daily report or contact your Financial Advisor.*

| | | |
|---|---|---|
| MASCO CORP | | |
| UBS | ARGUS FUNDAMENTAL | |
| BUY/HIGHER PREDICTABILITY | SELL | |

## Activity
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 02/28 | | Balance forward | | | $         .00 |
| 03/14 | WITHDRAWAL | UBS BANK USA DEPOSIT ACCOUNT | -43,714.580 | | 43,714.58 |
| 03/14 | BOUGHT | LEHMAN CAP TRUST VI 6.2400% CALLABLE PFD CALLABLE 011810 @ 25.00 YTC = 6.125 YTM = 6.214 | 880.000 | 24.8500000 | -22,304.45 |
| 03/14 | BOUGHT | HSBC HOLDINGS 6.20% SERIES A CALLABLE | 875.000 | 24.8300000 | -22,160.25 |
| 03/14 | INTEREST | UBS BANK USA DEPOSIT ACCOUNT | | | 36.40 |
| 03/23 | SOLD | LEHMAN CAP TRUST VI 6.2400% CALLABLE PFD YTM = 6.339 | -14.000 | 24.9100000 | 343.47 |
| 03/23 | SOLD | HSBC HOLDINGS 6.20% SERIES A CALLABLE | -16.000 | 24.8400000 | 392.17 |
| 03/24 | DEPOSIT | UBS BANK USA DEPOSIT ACCOUNT | 21.920 | | -21.92 |

Continued on page 3

March 06/ AX 32823 77                                        Page 2 of 3

**MorganKeegan** *A Regions Company*     50 N. Front Street | Memphis, TN 38103 | 901.524.4100

MOR account

ACCOUNT STATEMENT

JULY 01 - JULY 31, 2010

ACCOUNT | FRANCIS J HILL - IRA | 7787921

## ACCOUNT HOLDINGS

### Cash — 1.66%

| DESCRIPTION | | | | | | CURRENT VALUE | EST ANNUAL INCOME | YIELD % |
|---|---|---|---|---|---|---|---|---|
| REGIONS FDIC | | | | | | $2,014.73 | $1.00 | 0.05% |
| **Total Cash & Margin** | | | | | | **$2,014.73** | **$1.00** | **N/A** |

### Fixed Income — 78.88%

#### Preferred Trust Securities — 78.88%

| DESCRIPTION | SYMBOL / CUSIP | QUANTITY | CURRENT PRICE | CURRENT VALUE | AVERAGE COST | TOTAL COST BASIS | UNREALIZED GAIN (LOSS) | EST ANNUAL INCOME | YIELD % |
|---|---|---|---|---|---|---|---|---|---|
| CITIGROUP CAP XV 6.50% 9/15/66 SERIES PFD "TRUPS"/QRTLY PAY CALL 9/15/11 @ 100 Acquired: 09/08/2006 | 17310G202 | 600.000 | $22.550 | $13,530.00 | $25.00 | $15,000.00 | ($1,470.00) LT | $975.00 | 7.20% |
| CITIGROUP CAPITAL XIX 7.25% DUE 12/31/67 PFD/QRTLY PAY CALL 8/15/12 @25.00 Acquired: 08/08/2007 | 17311U200 | 640.000 | $24.130 | $15,443.20 | $25.00 | $16,000.00 | ($556.80) LT | $1,160.00 | 7.51% |
| COMCAST CORP 6.625% 5/15/56 PFD SERIES F/QRTLY PAY CALL 05/15/12 @ 25.00 (BAA2/BBB+) Acquired: 05/03/2007 | 20030N507 | 485.000 | $25.030 | $12,139.55 | $25.00 | $12,125.00 | $14.55 LT | $803.28 | 6.61% |
| LEHMAN CAP TR VI 6.24% 1/18/54 SERIES PFD/QRTLY PAY/CALLABLE 1/18/10 @ 25.00 (CAA2/BBB+) Acquired: 03/09/2006 | 52520X208 | 866.000 | $0.080 | $69.28 | $25.34 | $21,949.69 | ($21,880.41) LT | N/A | N/A |
| ML CAP TRII PFD 6/15/87, 6.45% TO 061562;T/A 3MOLIB+107BP/QTR CALL 061512 @25-MW +25BP Acquired: Various | 590247203 | 732.000 | $22.210 | $16,257.72 | $20.81 | $11,060.14 $4,175.00 | $1,488.51 ST ($465.93) LT | $1,180.35 | 7.26% |
| NAT'L RURAL UTILITY CFC CALL 02/15/10 @25.00, (BBB+/A3) QTRLY PAY/NEW ISS PFDS Acquired: 02/10/2005 | 637432873 | 334.000 | $24.840 | $8,296.56 | $25.00 | $8,350.00 | ($53.44) LT | $496.82 | 5.98% |
| USB CAPITAL XI 8.60% 9/15/66 A1/A QRTLY PAY CUMULATIVE 1ST CALL 9/15/2011 AT PAR Acquired: 08/24/2006 | 903300200 | 1,000.000 | $25.440 | $25,440.00 | $25.00 | $25,000.00 | $440.00 LT | $1,650.00 | 6.48% |
| WELLS FARGO CAPITAL XII 7.875% DUE 3/15/68 "TRUPS" PFD/QRTLY CALL 03/15/13 @25.00 Acquired: 03/05/2008 | 94985V202 | 165.000 | $26.320 | $4,342.80 | $25.00 | $4,125.00 | $217.80 LT | $324.84 | 7.48% |
| **Total Preferred Trust Securities** | | | | **$95,519.11** | | **$117,784.83** | **($22,265.72)** | **$6,590.29** | **N/A** |