MARV SCHNEIDER
2200 NORTH CENTRAL ROAD
APT 3R
FORT LEE, NJ 07024

August 9, 2010

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY, 10004

Re: Lehman Brothers Holdings Inc, Debtors
Chapter 11 case No. 08-13555 (JMP)

I respond in opposition to the Debtors objection which requests the Bankruptcy Court expunge and/or disallow my claim. I do not know for certain why my claim was included among the group to be expunged but there is mention in the second paragraph of the communication I received from your court of Docket No. 4271 and a reference to "claims that do not including supporting documentation..." etc.
If that is the case, it is my recollection that Smith Barney, through which I purchased the PFD stock in question, sent me the documentation of purchase and I forwarded it to Lehman Brothers. This took place in August 2009.
If this is the debtors excuse for attempting to expunge my claim, I am forwarding as evidence of my claim the Smith Barney statement of April 30, 2008 showing the purchase of the Lehman Brothers stock and the July 31, 2010 statement showing that I still hold the stock.
My account has since been moved to Merrill Lynch from Smith Barney.
My claim is valid and supported by the evidence and should not be expunged or disallowed.

Marvin Schneider
Claim Number 8774 date filed 8/20/2009 unsecured $6,222.

CC: Shai Weisman @ Weil, Gotshal & Manages
    Andy Velez-Rivera @Office US Trustee for Southern District New York
    Evan Fleck@ Milbank, Tweed, Hadley, McCloy.



RECEIVED AUG 1 2 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Ref: 00000652 00005032



WORKING WEALTH℠
AT SMITH BARNEY

# Client Statement
## April 1 - April 30, 2008

MARVIN SCHNEIDER

Account number 636-05425-15 381

Page 10 of 11

## EARNINGS DETAILS

*The tax status of earnings is reliable to the best of our knowledge. Taxable and non-taxable designations refer to the federal income tax status of your securities, not of your account.*

### Interest credited

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/01/08 | FORD MOTOR CO BONDS-BK/ENTRY DTD 9/30/1998 DUE 10/01/2028 RATE 6.625 | REG INT ON 14000 BND PAYABLE 04/01/08 | $ 463.75 | | $ 463.75 |
| 04/01/08 | GENERAL MOTORS CORP 7.50% PFD | REG INT ON 449 BND PAYABLE 04/01/08 | 210.66 | | 210.66 |
| 04/01/08 | MANALAPAN-ENGLISHTOWN REGL BD ED N J MBIA INSD B/E D12/15/03 F/C 10/1/04- DUE 10/01/2027 RATE 5.000 | REG INT ON 10000 BND PAYABLE 04/01/08 | | 250.00 | 250.00 |
| 04/30/08 | FEDERAL HOME LOAN MTG CORP MEDIUM TERM NOTES-BK/ENTRY DD 10/30/02 DUE 10/30/2017 RATE 5.550 | REG INT ON 10000 BND PAYABLE 04/30/08 | 277.50 | | 277.50 |

Total interest earned  $ 951.91  $ 250.00  $ 1,201.91

### Other dividends

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/01/08 | VORNADO REALTY TRUST 6.625% | CASH DIV ON 897.7399 SHS X/D 03/13/08 | $ 371.72 | | $ 371.72 |
| 04/15/08 | ING GROEP NV 6.125% PFD | CASH DIV ON 170.0000 SHS X/D 03/28/08 | 65.08 | | 65.08 |
| 04/16/08 | NATIONAL WESTMINSTER BK PLC CUM PFD SER C 8.625% | CASH DIV ON 1681.9380 SHS X/D 03/05/08 | 816.06 | | 816.06 |
| 04/25/08 | UTS UNCOMMON VALUES TR #2007 MONTHLY PMT SERIES | REG INT ON 9604 UNITS X/D 00/00/00 | 17.48 | | 17.48 |

Total other dividends earned  $ 1,270.34  $ 0.00  $ 1,270.34

### Bank Deposit Program℠ interest

*This section contains interest credited to your account. Accrued interest is not included. See Portfolio details section for accrued interest information.*

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/30/08 | CITIBANK NA SOUTH DAKOTA BANK DEPOSIT PROGRAM | REINVESTED FOR PERIOD 04/01/08-04/30/08 30 DAYS AVERAGE YIELD 1.33 % | $ 4.08 | | $ 4.08 |

Total Bank Deposit Program interest earned  $ 4.08  $ 0.00  $ 4.08



citi smith barney

# Client Statement
## April 1 – April 30, 2008

**WORKING WEALTH℠ AT SMITH BARNEY**

**MARVIN SCHNEIDER**

**Account number 636-05425-15 381**

## EARNINGS DETAILS

*The tax status of earnings is reliable to the best of our knowledge. Taxable and non-taxable designations refer to the federal income tax status of your securities, not of your account.*

### Interest credited

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/01/08 | FORD MOTOR CO BONDS-BK/ENTRY DTD 9/30/1998 DUE 10/01/2028 RATE 6.625 | REG INT ON 14000 BND PAYABLE 04/01/08 | $ 463.75 | | $ 463.75 |
| 04/01/08 | GENERAL MOTORS CORP 7.50% PFD | REG INT ON 449 BND | 210.66 | | 210.66 |
| 04/01/08 | MANALAPAN-ENGLISHTOWN REGL BD ED N J MBIA INSD B/E D12/15/03 F/C 10/1/04- DUE 10/01/2027 RATE 5.000 | REG INT ON 10000 BND PAYABLE 04/01/08 | | 250.00 | 250.00 |
| 04/30/08 | FEDERAL HOME LOAN MTG CORP MEDIUM TERM NOTES-BK/ENTRY DD 10/30/02 DUE 10/30/2017 RATE 5.550 | REG INT ON 10000 BND PAYABLE 04/30/08 | 277.50 | | 277.50 |
| **Total Interest earned** | | | **$ 951.91** | **$ 250.00** | **$ 1,201.91** |

### Other dividends

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/01/08 | VORNADO REALTY TRUST 6.625% | CASH DIV ON 897.7399 SHS X/D 03/13/08 | $ 371.72 | | $ 371.72 |
| 04/15/08 | ING GROEP NV 6.125% PFD | CASH DIV ON 170.0000 SHS X/D 03/28/08 | 65.08 | | 65.08 |
| 04/16/08 | NATIONAL WESTMINSTER BK PLC CUM PFD SER C 8.625% | CASH DIV ON 1681.9380 SHS X/D 03/05/08 | 816.06 | | 816.06 |
| 04/25/08 | UTS UNCOMMON VALUES TR #2007 MONTHLY PMT SERIES | REG INT ON 9604 UNITS X/D 00/00/00 | 17.48 | | 17.48 |
| **Total other dividends earned** | | | **$ 1,270.34** | **$ 0.00** | **$ 1,270.34** |

## Bank Deposit Program℠ interest

*This section contains interest credited to your account. Accrued interest is not included. See Portfolio details section for accrued interest information.*

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 04/30/08 | CITIBANK NA SOUTH DAKOTA BANK DEPOSIT PROGRAM | REINVESTED FOR PERIOD 04/01/08-04/30/08 30 DAYS AVERAGE YIELD 1.33 % | $ 4.08 | | $ 4.08 |
| **Total Bank Deposit Program interest earned** | | | **$ 4.08** | **$ 0.00** | **$ 4.08** |





citi smith barney

# MorganStanley SmithBarney

## Client Statement
### July 1 - July 31, 2010

MARVIN SCHNEIDER

Account number 636-05425-15 310

Page 4 of 13

Ref: 00000369 00002879

### Preferred stocks *continued*

| Quantity | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | Average % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|
| 485 | GOLDMAN SACHS GROUP INC 6.20% Rated BBB Next call on 10/31/10 | GSPRB | 10/21/05 | $ 12,125.00 | $ 25.00 | $ 24.83 | $ 12,042.55 | ($ 82.45) LT | | |
| 66.0888 | Reinvestments to date | | | 1,542.17 | 23.334 | 24.83 | 1,640.98 | 98.81 LT | | |
| 551.0888 | | | | 13,667.17 | 24.80 | | 13,683.53 | 16.36 | 6.242 | 854.19 |
| 170 | ING GROEP NV 6.125% PFD Rated BB Next call on 01/15/11 | ISG | 10/12/07 | 3,878.55 | 22.815 | 18.71 | 3,180.70 | (697.85) LT | | |
| 13.5603 | Reinvestments to date | | | 189.64 | 13.984 | 18.71 | 253.71 | 64.07 LT | | |
| 183.5603 | | | | 4,068.19 | 22.163 | | 3,434.41 | (633.78) | 6.184 | 281.08 |
| 140 | ING GROEP NV 6.375% PFD PERPETUAL Rated BB Next call on 06/15/12 | ISF | 06/06/07 | 3,500.00 | 25.00 | 19.38 | 2,713.20 | (786.80) LT | | |
| 78.6128 | Reinvestments to date | | | 853.80 | 10.86 | 19.38 | 1,523.52 | 669.72 LT | | |
| 2,162.6128 | | | | 23,333.89 | 20.07 | | 22,531.44 | (802.45) | 8.223 | 1,852.91 |
| 130 | JP MORGAN CHASE CAP XI 5.875% PFD Rated A- | JPMPRK | 03/17/06 | 3,137.55 | 24.135 | 24.00 | 3,120.00 | (17.55) LT | | |
| 17.8048 | Reinvestments to date | | | 381.59 | 21.431 | 24.00 | 427.32 | 45.73 LT | | |
| 147.8048 | | | | 3,519.14 | 23.809 | | 3,547.32 | 28.18 | 6.119 | 217.09 |
| 320 | KEYCORP CAPITAL X 8% ENHANCED TRUST PREFERRED Rated BB Next call on 03/15/13 | KEYPRF | 02/20/08 | 8,000.00 | 25.00 | 25.45 | 8,144.00 | 144.00 LT | 7.858 | 640.00 |
| 290 | LEHMAN BROS HLDGS CAP 6.24% TR VI | LEHNQ | 04/30/08 | 6,114.65 | 21.085 | .08 | 23.20 | (6,091.45) LT | | |
| 7.0689 | Reinvestments to date | | | 107.80 | 15.249 | .08 | .57 | (107.23) LT | | |
| 297.0689 | | | | 6,222.45 | 20.946 | | 23.77 | (6,198.68) | | |
| 250 | MORGAN STANLEY CAP TR VI 6.60% Rated BBB Next call on 02/01/11 | MSJ | 01/19/06 | 6,250.00 | 25.00 | 24.39 | 6,097.50 | (152.50) LT | | |
| 1,000 | | | 05/08/06 | 24,975.00 | 24.975 | 24.39 | 24,390.00 | (585.00) LT | | |
| 181.4058 | Reinvestments to date | | | 3,818.80 | 21.051 | 24.39 | 4,424.49 | 605.69 LT | | |
| 1,431.4058 | | | | 35,043.80 | 24.482 | | 34,911.99 | (131.81) | 6.765 | 2,361.82 |

