UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re                                                             : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    : 08-13555 (JMP)
                                    Debtors.                : (Jointly Administered)
----------------------------------------------------------X

*See attached*

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000055024 MAIL ID *** 0030504966 *** BSIUSE: 87

MARKOVITZ, BERNARD
600 GRANT ST., # 5454
PITTSBURGH, PA 15219

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** MARKOVITZ, BERNARD 600 GRANT ST., # 5454 PITTSBURGH, PA 15219 | **Claim Number:** 8334 |
| | **Date Filed:** 8/14/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 10,000.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



RECEIVED AUG 10 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Aimée N. Blanchard, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# Janney Montgomery Scott LLC
Member: NYSE • FINRA • SIPC

## Client Account Summary
July 1 - July 31, 2010

Page 1 of 12

Account number: 2458-3908
Investment Objective: Income/Moderate

Your Financial Consultant
ROBERT D GLEYZE

NNNNNN    KNGE
BERNARD MARKOVITZ (IRA)
JMS LLC CUST FBO
480 CHAPEL COURT
PITTSBURGH PA 15237-4828

### PORTFOLIO SUMMARY



Fixed Income 54.67%
Equities 32.38%

**Janney Advantage Insured Sweep balances are FDIC insured, are not covered by Janney or SIPC and are not available for margin purposes.

### INCOME AND EXPENSE SUMMARY

| | Current Period | Year-to-Date |
|---|---|---|
| Taxable Dividends | 854.42 | 7,571.71 |
| Tax-Exempt Dividends | 0.00 | 0.00 |
| Taxable Interest | 360.00 | 4,115.40 |
| Tax-Exempt Interest | 0.00 | 0.00 |
| Janney Advantage Insured Sweep Interest** | 8.81 | 68.35 |
| Capital Gain Distributions | 0.00 | 0.00 |
| Partnership Distributions | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 |
| **TOTAL INCOME** | **1,223.23** | **11,755.46** |
| Tax Withheld | (51.02) | (88.14) |
| Margin Interest Expense | 0.00 | 0.00 |
| Account Fees | 0.00 | 0.00 |
| **TOTAL EXPENSES** | **(51.02)** | **(88.14)** |

### CASH ACTIVITY SUMMARY

| | Current Period | Year-to-Date |
|---|---|---|
| Opening Credit/(Debit) Balance | 683.42 | 10,607.37 |
| Cash Deposits | 0.00 | 0.00 |
| Cash Withdrawals | 0.00 | (3,934.50) |
| Securities Bought | (232.30) | (233.82) |
| Securities Sold | 0.00 | 405.49 |
| Net Income (Expense) | 1,172.21 | (8,332.68) |
| Other Activity | 2.10 | 2.10 |
| Money Market Summary | 0.00 | 0.00 |
| Janney Advantage Insured Sweep Activity** | (1,418.28) | 1,693.19 |
| **CLOSING CREDIT/(DEBIT) BALANCE** | **207.15** | **207.15** |

### ACCOUNT VALUE COMPARISON

| 12/09 | 06/10 | 07/10 |
|---|---|---|
| 634,264 | 616,408 | 638,845 |

KNGE

# Janney Montgomery Scott LLC

Member NYSE • FINRA • SIPC

**BERNARD MARKOVITZ (IRA)**

ACCOUNT NUMBER: 2458-3908

## Client Account Summary
July 1 - July 31, 2010

Page 7 of 12

### PORTFOLIO DETAILS

#### PREFERRED SECURITIES

| Description | Symbol/CUSIP | Quantity | Purchase Date | Cost Amount | Unit Cost | Current Price | Current Value | Unrealized Tax Gain/(Loss) Term | Accrued Interest | Est. Ann. Income | Est. Yield | % of Port. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBS CORP NEW SENIOR RETAIL DEB PFD 7.25% | RBV | 300 | 6/25/01 | 7,500.00 | 25.0000 | 24.9900 | 7,497.00 | (3.00) LT | 543.75 | 7.25% | 1.2% |
| CITIGROUP CAPITAL XVII ENHANCED TRUST PFD 6.35% 03/15/67 | CE | 400 | 2/28/07 | 10,000.00 | 25.0000 | 21.9500 | 8,780.00 | (1,220.00) LT | 635.00 | 7.23% | 1.4% |
| COMCAST SENIOR UNSECURED NOTES 7% 05/15/2055 | CCT | 200 | 5/4/06 | 5,000.00 | 25.0000 | 25.8200 | 5,164.00 | 164.00 LT | 350.00 | 6.77% | 0.8% |
| COUNTRYWIDE CAP V NEW TRUST PREFERRED 7% 11/01/36 | CFCB | 600 | 11/2/06 | 15,000.00 | 25.0000 | 23.6200 | 14,172.00 | (828.00) LT | 1,050.00 | 7.40% | 2.2% |
| DUKE REALTY CORP SER M CUMULATIVE PFD PERPETUAL 6.95% DEP SHS REPSTG1/10 | DREM | 400 | 1/9/06 | 10,000.00 | 25.0000 | 22.7500 | 9,100.00 | (900.00) LT | 695.00 | 7.63% | 1.4% |
| FPL GROUP CAPITAL INC JUNIOR SUB DEBENTURE SER E 09/01/67 7.45% | FGE | 400 | 9/12/07 | 10,000.00 | 25.0000 | 27.1000 | 10,840.00 | 840.00 LT | 745.00 | 6.87% | 1.7% |
| GENERAL ELECTRIC CAPITAL CORP PINES 6.625% | GEA | 125 | 6/14/02 | 3,125.00 | 25.0000 | 25.5800 | 3,197.50 | 72.50 LT | 207.02 | 6.47% | 0.5% |
| J P MORGAN CHASE CAP X TR PFD 7% | JPMJ | 100 | 1/28/02 | 2,500.00 | 25.0000 | 26.0400 | 2,604.00 | 104.00 LT | 175.00 | 6.72% | 0.4% |
| JP MORGAN CHASE & CO DEP SHS NON CUML SER J REPST 1/400TH PERPTL 8.625% | JPMI | 500 | 8/14/08 | 12,500.00 | 25.0000 | 27.4700 | 13,735.00 | 1,235.00 LT | 1,078.10 | 7.84% | 2.2% |
| LEHMAN BROTHERS CAPITAL TRUST IV 6.375% | LEHLQ | 400 | 10/10/03 | 10,000.00 | 25.0000 | 0.0500 | 20.00 | (9,980.00) LT | | | 2.2% |

KNGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                              Debtors.             :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

*See Attached*

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000055025 MAIL ID *** 0030504965 *** BSIUSE: 86

MARKOVITZ, ANNE
600 GRANT ST., 3 5454
PITTSBURGH, PA 15219

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.

NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>MARKOVITZ, ANNE<br>600 GRANT ST., 3 5454<br>PITTSBURGH, PA 15219 | **Claim Number:** | 8335 |
| | **Date Filed:** | 8/14/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 22,345.25 |

       PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

       The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

       If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

       If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

RECEIVED AUG 10 2010 U.S. BANKRUPTCY COURT, SDNY JMP



# Janney
Janney Montgomery Scott LLC
Member NYSE • FINRA • SIPC

## Client Account Summary
July 1 - July 31, 2010
Page 1 of 19

Account number: 4569-6391
Investment Objective: Income/Moderate

Your Financial Consultant
ROBERT D GLEYZE

NNNNNN  KNGE
ANNE MARKOVITZ
480 CHAPEL COURT
PITTSBURGH PA  15237-4828

### PORTFOLIO



Other Investments 3.82%
Janney Advantage Insured Sweep 11.12%
Equities 16.94%
Fixed Income 68.12%

### ACCOUNT
Janney Adva
Credit/(Debit)
Equities - Sto
Equities - Mu
Fixed Income
Other Investr
TOTAL ACCO
Accrued Inter

### INCOME AND EXPENSE SUMMARY

| | Current Period | Year-to-Date |
|---|---:|---:|
| Taxable Dividends | 640.16 | 7,126.25 |
| Tax-Exempt Dividends | 22.50 | 157.50 |
| Taxable Interest | 0.00 | 188.54 |
| Tax-Exempt Interest | 3,020.46 | 16,763.90 |
| Janney Advantage Insured Sweep Interest** | 16.53 | 105.87 |
| Capital Gain Distributions | 0.00 | 0.00 |
| Partnership Distributions | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 |
| TOTAL INCOME | 3,699.65 | 24,342.06 |
| Tax Withheld | 0.00 | 0.00 |
| Margin Interest Expense | 0.00 | 0.00 |
| Account Fees | 0.00 | 0.00 |
| TOTAL EXPENSES | 0.00 | 0.00 |

### CASH ACTIVITY SUMMARY

| | Current Period | Year-to-Date |
|---|---:|---:|
| Opening Credit/(Debit) Balance | 518.50 | 837.50 |
| Cash Deposits | 0.00 | 0.00 |
| Cash Withdrawals | 0.00 | (3,000.00) |
| Securities Bought | (423.02) | (12,822.17) |
| Securities Sold | 0.00 | 10,000.00 |
| Net Income (Expense) | 3,699.65 | 24,342.06 |
| Other Activity | 0.00 | 0.00 |
| Money Market Summary | 0.00 | 0.00 |
| Janney Advantage Insured Sweep Activity** | (3,772.63) | (19,334.89) |
| CLOSING CREDIT/(DEBIT) BALANCE | 22.50 | 22.50 |

### ACCOUNT VALUE COMPARISON



12/09  1,299,780
06/10  1,327,152
07/10  1,367,057

**Janney Advantage Insured Sweep balances are FDIC insured, are not covered by Janney or SIPC and are not available for margin purposes.

**Janney Montgomery Scott LLC**
Member NYSE • FINRA • SIPC

**Client Account Summary**
July 1 - July 31, 2010
Page 14 of 19

ANNE MARKOVITZ

ACCOUNT NUMBER: 4569-6391

## PORTFOLIO DETAILS

### FIXED INCOME - BONDS & PREFERREDS
#### MUNICIPAL BONDS - TAX EXEMPT

| Description | Symbol/CUSIP | Quantity | Purchase Date | Cost Amount | Unit Cost | Current Price | Current Value | Unrealized Gain/(Loss) | Tax Term | Accrued Interest | Est. Ann. Income | Est. Yield | % of Port. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELAWARE CNTY PA AUTH REV RFDG CABRINI COLLEGE RADIAN B/E OID @97.871 CPN 5.000% DUE 07/01/33 DTD 10/01/03 FC 01/01/04 CALL 07/01/13 @ 100.000 MOODY'S: NR /S&P: NR | 246003HM2 | 10,000 | 10/14/03 | 9,979.45 | 99.7945 | 90.8650 | 9,086.50 | (892.95) | LT | 40.28 | 500.00 | 5.50% | 0.7% |
| DENVER CO CITY & CNTY AIRPORT REV RFDG SER B B/E SYNCORA CPN 5.000% DUE 11/15/33 DTD 05/01/03 FC 11/15/03 CALL 11/15/13 @ 100.000 MOODY'S: A1 /S&P: A+ | 249181U97 | 10,000 | 11/13/03 | 10,005.25 | 100.0525 | 100.5930 | 10,059.30 | 54.05 | LT | 104.17 | 500.00 | 4.97% | 0.7% |
| **TOTAL MUNICIPAL BONDS - TAX EXEMPT** | | **1,075,000** | | | | | | | | | | | **64.7%** |
| **TOTAL BONDS** | | **1,075,000** | | | | | | | | | | | **64.7%** |

### PREFERRED SECURITIES

| Description | Symbol/CUSIP | Quantity | Purchase Date | Cost Amount | Unit Cost | Current Price | Current Value | Unrealized Gain/(Loss) | Tax Term | Accrued Interest | Est. Ann. Income | Est. Yield | % of Port. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARCLAYS BANK PLC PFD NON CUMULATIVE SERIES 3 ADR PERPETUAL 7.1% | BCS'A | 600 | 9/7/07 | 15,000.00 | 25.0000 | 24.2500 | 14,550.00 | (450.00) | LT | 1,065.00 | 7.31% | 1.1% |
| GOLDMAN SACHS GROUP INC NON CUMULATIVE FLOATING RATE PERP PFD A | GS'A | 400 | 4/14/05 | 10,000.00 | 25.0000 | 19.7800 | 7,912.00 | (2,088.00) | LT | 375.00 | 4.73% | 0.6% |
| HSBC HOLDINGS PLC ADR SERIES A PERPETUAL NON CUML REP 1/40 6.2% | HBC'A | 400 | 9/16/05 | 10,000.00 | 25.0000 | 22.4200 | 8,968.00 | (1,032.00) | LT | 620.00 | 6.91% | 0.7% |
| LEHMAN BROTHERS CAPITAL | LEHLQ | 1,000 | 10/31/07 | 22,345.25 | 22.3452 | 0.0500 | 50.00 | (22,295.25) | LT | | | | |

KNGE

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Aimée N. Blanchard, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

GOT AN ASST WHO WILL E-MAIL AIMEE.

8/3/2010  10:15  AIMEE BLANCHARD
- SUPPORTING DOCUMENTATION
- BANKRUPCY 9/2008