United States Bankrupcy Court
Southern District of New York

Names of Debtors: Lehman Brothers Holdings Inc., et al

Case Number: 08-13555 (JMP) (Jointly Administered)

Title of the Objection: Debtors' Thirty-First Omnibus to Claims ( Insufficient Documentation Claims)

Name of Claimant: Henry Frankenberg, Trustee
FBO Frankenberg Trust B
U/AD 01-11-2000

Description of the basis of the claim:

August 9, 2007 purchase of 2,600 shares of Lehman Brothers preferred stock, TR V issue, for $54,908.94 and retention of same to date.

Reasons why claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection:

My response to the July 2, 2009 order, which was dated August 10, 2009, did in fact provide supporting documentation for my claim.

Documentation or evidence of claim: See attached

Address to which Debtors should respond:

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274

Name, address, and telephone number of person with authority:

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274
(310) 377-0432


RECEIVED AUG 10 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Your Broker/Dealer is
**CITIGROUP GLOBAL MKTS INC.**
609 DEEP VALLEY DR.
ROLLING HILLS EST.
CA 90274

Page 1 of 1

Account Number: 569-70079-1-1-727
Financial Advisor: ERIC NICHOLS
310-544-3613

**citi smith barney**

ACCESS your Smith Barney
account online...Free. Enroll
now at smithbarney.com

221ND121 018879

HENRY FRANKENBERG TTEE          #452
FBO FRANKENBERG TRUST B
U/A/D 01-11-2000
16 HORSESHOE LANE
ROLLING HILLS ESTATES CA 90274

| Summary For Settlement Date | 08/14/2007 |
|---|---|
| Total Purchases | $ 54,908.94 |
| Total Sales | $ 54,532.77 |
| Net Amount | $ 376.17 Debit |

---

ou Bought 2,600 at a price of 21.1169

EHMAN BROTHERS HLDGS CAP
V 6% PFD SER M
TRIP YIELD = 7.133
.0000% DUE 04/22/2053
EXT CALL:04/22/09 AT 25.000
EE PREFERRED NOTE BELOW

ade Date: 08/09/2007    CUSIP#: 52520E-20-0    Solicited Order
arket: New York Stock Exch.    Security#: L278853    Cash Acct.
                               Symbol: LEHPRM      Ref #: 1851700

| Gross Amount | $ 54,903.94 |
|---|---|
| Transaction Fee | 5.00 |
| Amount | $ 54,908.94 |
| Settlement Date | 08/14/2007 |

HOLD SECURITIES

e acted as your agent in this transaction.

---

u Sold 861.225 at a price of 63.32

APITAL INCOME BUILDER FUND
LASS C
ONFIRM #500072210191452

ade Date: 08/09/2007    CUSIP#: 140193-30-1    Unsolicited Order
rket: Midwest Stock Exch.    Security#: C188709    Cash Acct.
                             Symbol: CIBCX        Ref #: 3015856

| Gross Amount | $ 54,532.77 |
|---|---|
| Redemption Proceeds | $ 54,532.77 |
| Settlement Date | 08/14/2007 |

HOLD PROCEEDS

e acted as your agent in this transaction.

---

eferred Securities
rtain preferred securities, hybrid securities, Trust Preferred Securities (TruPS), Real Estate Investment Trusts (REITs), and other securities
h call or other features can be called prior to maturity, may have extension risk or may be subject to other features or corporate restrictions,
/ of which may reduce yield or result in an investment loss if purchased at a premium. Prices may fluctuate reflecting market interest rates
d the issuer's credit status. You should be fully familiar with the features of the securities as to which this confirmation relates. Please contact
r Financial Advisor with any questions.

group Global Markets Inc., member NYSE, NASD, other principal exchanges, and the Securities Investor Protection Corporation (SIPC).
th Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the
ld. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates, and are used and registered
ithout the world

Ref: 00008296 00073921

# Smith Barney Reserved Client
## Financial Management Account

*August 1 - August 31, 2007*

HENRY FRANKENBERG TTEE

Account number 569-70079-11 727

Page 5 of 8

AT SMITH BARNEY

**WORKING WEALTH**

### Mutual funds *continued*

| Number of shares | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | Net Value Increase/Decrease | Yield | Anticipated income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LEGG MASON PARTNERS INTERMEDIATE MAT CA MUNI FD A | | | $458,756.00 | | | $456,651.61 | ($2,104.39) | 4,424.96 | 3.87 | |
| | **Total Purchases vs. Current Value** | | | **$458,756.00** | | | **$456,651.61** | **($2,104.39)** | | | |
| | **Total mutual funds (Tax-based)** | | | **$474,074.14** | | | | ($2,104.39) ST | **4,247.80** LT | | **$18,393.73** |
| | **Fund Value Increase/Decrease** | | | | | | | ($7,807.93) ST | **$8,672.56** | 7.22 | **$138,707.71** |
| | **Total portfolio value** | | | **$1,945,427.37** | | | **$1,919,764.04** | ($17,855.40) LT | | | |

### TRANSACTION DETAILS

*All transactions appearing are based on trade date.*

#### Investment activity

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 08/09/07 | Sold | CAPITAL INCOME BUILDER FUND CLASS C CONFIRM #50007221949452 | -861.225 | $63.32 | $54,532.77 |
| 08/09/07 | Bought | LEHMAN BROTHERS HLDGS CAP TR V 6% PFD SER M STRIP YIELD = 7.133 6.0000% DUE 04/22/2053 NEXT CALL 04/22/09 AT 25.000 | 2,600 | | -54,908.94 |
| | **Total securities bought and other subtractions** | | | | **$-54,908.94** |
| | **Total securities sold and other additions** | | | | **$54,532.77** |

#### Other security activity

| Date | Activity | Description | Quantity | Value |
|---|---|---|---|---|
| 08/28/07 | Journal | CAPITAL INCOME BUILDER FUND CLASS C FROM 569-11636-01 TO 569-70079-01 | 271.76 | $17,033.91 |
| | **Net value of securities deposited/(withdrawn) + capital contributions** | | | **$17,033.91** |

citi smith barney