August 5, 2010

Honorable James M. Peck
One Bowling Green
New York. New York 10004
Courtroom 601

RE: Chapter 11 Case No. 08-13555 (JMP)
    Lehman Brothers Holdings inc., et al

Claim no. 24121 ; filed 9/21/2009
Omnibus Objection to Claims (insufficient documentation claims)

Your Honor:

I am writing to you to object the request that my claim be disallowed and expunged.
I sent my claim form on time including a copy of the enclosed statement from UBS, where I purchased this security as I did not have a copy of the original confirmation, see attached.

I ask that you please consider accepting my aforementioned claim for $23,058.57.
I believe that I am rightly owed, and wish to continue in said hearing.

Respectfully,


Patricia A. Noriega