**McCAUSLAND KEEN & BUCKMAN**  *Attorneys for Creditor,*
By: Glenn S. Gitomer, Esquire  *Dr. Peter Berman*
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel hereby appears as counsel for **Dr. Peter Berman** ("Berman"), an interested party in the above-referenced case, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) if Title 11 of the United States Bankruptcy Code (the Bankruptcy Code"), that copies of all notices and pleadings or filed in this case be given and served upon counsel at the following mailing address, e-mail address and telephone number:

> Glenn S. Gitomer, Esquire
> McCausland, Keen & Buckman
> 11 Broadway, Suite 715
> New York, NY 10004
> (212) 401-0160 (telephone)
> (610) 341-1000 (telephone)
> (610) 341-1099 (facsimile)
> ggitomer@mkbattorneys.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

1

telephone, telegraph, e-mail, telex, or otherwise filed or made with regard to the referenced case and proceeding therein.

Neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Berman's, (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have reference withdrawn by the United States District court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Berman is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

McCAUSLAND KEEN & BUCKMAN

Date: August 17, 2010

By: _____
GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Creditor,
Dr. Peter Berman*

2