**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**ORDER RE: DEBTORS' OBJECTION TO THE PROOF OF CLAIM FILED BY DR. PETER BERMAN**

**AND NOW,** this __________ day of ________________, 2010, upon consideration of Debtors' Objection to the Proof of Claim (the Claim") filed by Dr. Peter Berman ("Claimant"), and Claimant's Response thereto, it is hereby **ORDERED** that Debtors' Objection to the Claim is hereby **OVERRULED** and Claimant's Amended Proof of Claim (and exhibits thereto), which is attached as Exhibit "B" to Claimant's Motion for Leave to Amend Proof of Claim which, in turn, is attached as Exhibit "A" to Claimant's Response to the Objection, is hereby **ACCEPTED AND DEEMED FILED**.

BY THE COURT:

______________________________
The Honorable James M. Peck
United States Bankruptcy Judge

**McCAUSLAND, KEEN & BUCKMAN**
By: Glenn S. Gitomer, Esquire
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,*
Dr. *Peter Berman*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**DR. PETER BERMAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTON TO CLAIMS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Dr. Peter Berman (hereinafter "Claimant"), by his attorneys, McCausland Keen & Buckman, hereby provides this response (hereinafter "Response") to the Debtors' Thirty-First Omnibus Objection to Claims (hereinafter "Objection') as follows:

1. Denied as conclusions of law to which no response is required. Furthermore, the Objection, the Bankruptcy Code, the Bankruptcy Rules, and the Procedures Order are documents that speak for themselves.

2. Admitted in part; denied in part. It is admitted that Claimant, a *pro se* claimant, inadvertently omitted supporting documentation when filing his Proof of Claim (Claim # 31104) (hereinafter the "Claim"). After reasonable investigation, Claimant is without knowledge or information to form a belief as to whether the Debtors have

examined any proofs of claim filed in this matter. The remainder is denied as

conclusions of law to which no response is required. Furthermore, simultaneously with

the filing of this Response, Claimant has filed a Motion for Leave to Amend Proof of

Claim (the "Motion") seeking to reduce his Claim from $1,000,000 to $100,000 (due to a

scrivener's error) and to attach necessary supporting documentation that was

inadvertently omitted. A true and correct copy of the Motion (with proposed Amended

Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimant requests

that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached

to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the

alternative only, Claimant requests that the Court hold Debtors' Objections in abeyance

until the Motion is heard and decided. The response date for the Motion is October 13,

2010 and the hearing date on the Motion is October 27, 2010.

3.      Denied. It is denied that Debtors have properly reserved the right to object

to any Insufficient Documentation Claim as to which the Court does not granted the relief

that it requests in its Objection, and whether Debtors may properly do so is denied as a

conclusion of law to which no response is required.

4.      Denied as conclusions of law to which no response is required.

5.      Denied as conclusions of law to which no response is required and on the

basis that the allegations are based on documents that speak for themselves.

6.      Denied as conclusions of law to which no response is required and on the

basis that the allegations are based on documents that speak for themselves.

7.      Denied as conclusions of law to which no response is required and on the

basis that the allegations are based on documents that speak for themselves.

8.      Denied as conclusions of law to which no response is required and on the basis that the Bar Date Order is a document that speaks for itself.  Furthermore, simultaneously with the filing of this Response, Claimant has filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to reduce his Claim from $1,000,000 to $100,000 (due to a scrivener's error) and to attach necessary supporting documentation that was inadvertently omitted.  A true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimant requests that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot.  In the alternative only, Claimant requests that the Court hold Debtors' Objections in abeyance until the Motion is heard and decided.  The response date for the Motion is October 13, 2010 and the hearing date on the Motion is October 27, 2010.

9.      Admitted in part; denied in part.  It is admitted that Claimant received notice of the Bar Date Order via mail only.  After reasonable investigation, Claimant is without knowledge or information sufficient to form a belief as to whether the Bar Date Notice was published in any newspaper.  Furthermore, the Bar Date Notice is a document that speaks for itself and, therefore, the remainder of this paragraph is denied.

10.      Denied as a conclusion of law to which no response is required and on the basis that the Procedures Order is a document that speaks for itself.

11.      Denied.  After reasonable investigation, Claimant is without knowledge or information sufficient to form a belief as to whether the Debtors have reviewed any claims.  Moreover, Exhibit "A" to the Objection is a document that speaks for itself.  The remainder of this paragraph is denied as conclusions of law to which no response is

required. Furthermore, simultaneously with the filing of this Response, Claimant has filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to reduce his Claim from $1,000,000 to $100,000 (due to a scrivener's error) and to attach necessary supporting documentation that was inadvertently omitted. A true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimant requests that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the alternative only, Claimant requests that the Court hold Debtors' Objections in abeyance until the Motion is heard and decided. The response date for the Motion is October 13, 2010 and the hearing date on the Motion is October 27, 2010.

12. Denied as conclusions of law to which no response is required.

13. Denied. The Bar Date Order is a document that speaks for itself. The remainder of this paragraph is denied as conclusions of law to which no response is required.

14. Admitted in part; denied in part. It is admitted that Claimant received notice of the Bar Date Order and that Claimant inadvertently omitted supporting documentation when filing his Claim. The remainder is denied on the basis that the Bar Date Order is a document that speaks for itself. Furthermore, simultaneously with the filing of this Response, Claimant has filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to reduce his Claim from $1,000,000 to $100,000 (due to a scrivener's error) and to attach necessary supporting documentation that was inadvertently omitted. A true and correct copy of the Motion (with proposed Amended

Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimant requests

that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached

to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the

alternative only, Claimant requests that the Court hold Debtors' Objections in abeyance

until the Motion is heard and decided. The response date for the Motion is October 13,

2010 and the hearing date on the Motion is October 27, 2010.

15.    Denied as conclusions of law to which no response is required.

16.    Denied. After reasonable investigation, Claimant is without knowledge or

information sufficient to form a belief as to whether Debtors have compared the

information in the Claim to the Debtors' schedules, and as to what Debtors may or may

not believe they have confirmed. The remainder is denied as conclusions of law to which

no response is required. Furthermore, simultaneously with the filing of this Response,

Claimant has filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking

to reduce his Claim from $1,000,000 to $100,000 (due to a scrivener's error) and to

attach necessary supporting documentation that was inadvertently omitted. A true and

correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto)

is attached hereto as Exhibit "A." Claimant requests that the Court accept the Amended

Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B,"

thereby rendering the Debtors' Objections moot. In the alternative only, Claimant

requests that the Court hold Debtors' Objections in abeyance until the Motion is heard

and decided. The response date for the Motion is October 13, 2010 and the hearing date

on the Motion is October 27, 2010.

17.    Denied as conclusions of law to which no response is required.

Furthermore, simultaneously with the filing of this Response, Claimant has filed a

Motion for Leave to Amend Proof of Claim (the "Motion") seeking to reduce his Claim

from $1,000,000 to $100,000 (due to a scrivener's error) and to attach necessary

supporting documentation that was inadvertently omitted.  A true and correct copy of the

Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto

as Exhibit "A."  Claimant requests that the Court accept the Amended Proof of Claim and

exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the

Debtors' Objections moot.  In the alternative only, Claimant requests that the Court hold

Debtors' Objections in abeyance until the Motion is heard and decided.  The response

date for the Motion is October 13, 2010 and the hearing date on the Motion is October

27, 2010.

18.      Denied as conclusions of law to which no response is required.

19.      Denied.  After reasonable investigation, Claimant is without knowledge or

information sufficient to form a belief as to the truth of Debtors' averments.

WHEREFORE, Claimant, Dr. Peter Berman, respectfully requests that the Court hold this matter in abeyance until such time as the Court hears and decides Claimant's Motion for Leave to File Amended Proof of Claim and, if Claimant's Motion is granted, deny the Debtors' Objection as moot.

Respectfully submitted,

McCAUSLAND KEEN & BUCKMAN

Date: August 18, 2010

By: ______________________________
GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,*
*Dr. Peter Berman*

# EXHIBIT "A"

**HEARING DATE AND TIME: October 27, 2010 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 13, 2010 at 4:00 p.m. (Eastern Time)**

**McCAUSLAND KEEN & BUCKMAN**
By: Glenn S. Gitomer, Esquire
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,*
Dr. *Peter Berman*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF HEARING ON CLAIMANT, DR. PETER BERMAN'S MOTION FOR LEAVE TO AMEND PROOF OF CLAIM**

PLEASE TAKE NOTICE, that Claimant, Dr. Peter Berman ("Claimant"), by his attorneys, McCausland Keen & Buckman, upon the attached Motion for Leave to Amend Proof of Claim ("Motion"), will move before the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, on **October 27, 2010 at 10:00 a.m.**, or as soon thereafter as the Claimant may be heard, in Courtroom 601 at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, for the entry of an order granting the Motion, a copy of which is attached to the Claimant's Motion.

PLEASE TAKE FURTHER NOTICE, that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (which a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Claimant, Dr. Peter Berman, McCausland Keen & Buckman, 11 Broadway, Suite 715 New York, NY 10004 (Attn: Glenn S. Gitomer, Esq.); (iii) attorneys for the Debtors, Weil, Gotshal & Manges, LLP, 767 fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (v) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Even Fleck, Esq.); so as to be so filed and received no later than **October 13, 2010 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no responses or objection to the Motion are timely filed and served, Claimant may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order

annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

PLEASE TAKE FURTHER NOTICE, that the hearing on the Motion may be adjourned from time to time without any other announcement other than as set forth in open Court.

McCAUSLAND KEEN & BUCKMAN

Date: August 17, 2010

By: ______________________

GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,*
*Dr. Peter Berman*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING CLAIMANT, DR. PETER BERMAN, LEAVE TO FILE AMENDED PROOF OF CLAIM**

**AND NOW,** this __________ day of ________________, 2010, upon consideration of the Motion of Claimant, Dr. Peter Berman, for Leave to Amend Proof of Claim, it is hereby **ORDERED** that said Motion is **GRANTED**. Claimant, Dr. Peter Berman is hereby granted leave to file the Amended Proof of Claim that is attached to his Motion as Exhibit "B," within ten (10) days of the entry of this Order. Furthermore, the Debtors' Objection to Claimant's original Proof of Claim is hereby **OVERRULED** as moot.

BY THE COURT:

______________________________
The Honorable James M. Peck
United States Bankruptcy Judge

**HEARING DATE AND TIME: October 27, 2010 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 13, 2010 at 4:00 p.m. (Eastern Time)**

**McCAUSLAND KEEN & BUCKMAN**
By: Glenn S. Gitomer, Esquire
11 Broadway, Suite 715
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,*
Dr. *Peter Berman*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**MOTION OF CLAIMANT, DR. PETER BERMAN,**
**FOR LEAVE TO AMEND PROOF OF CLAIM**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Dr. Peter Berman (hereinafter "Claimant"), by his attorneys, McCausland Keen & Buckman, hereby moves the Court, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, for leave to amend his Proof of Claim based upon the following:

1. Claimant filed a Proof of Claim (Claim # 31104) (the "Original Claim") in the above-referenced matter *pro se* on September 22, 2009, which was the deadline for filing Proofs of Claim pursuant to the Bar Date Order entered by the Court. A true and correct copy of the Original Claim is attached hereto as Exhibit "A."

2. In the Original Claim, Claimant indicated that the claim relates to

securities "Purchased on 5/23/2007" in an IRA account.  See Original Claim at Sections 2 and 3.

3.      As a result of his *pro se* status, Claimant inadvertently omitted a more specific description of the securities in question and the supporting documentation that he had in his possession.

4.      Furthermore, due to a scrivener's error, the "Amount of Claim" on Claimant's Original Claim form was inadvertently entered as $1,000,000 instead of $100,000.  See Original Claim at Section 1.

5.      As a result of the foregoing, on July 19, 2010, the Debtors filed an Omnibus Objection to Claimant's Original Claim ("Objection"), alleging that Claimant did not provide sufficient documentation.

6.      Simultaneously with the filing of this Motion, Claimant filed a Response to Debtors' Objection, requesting that any decision on the Objection be held in abeyance until the resolution of this Motion because, if this Motion is granted, it would moot the Objection.

7.      Claimant proposes to file the Amended Proof of Claim that is attached hereto as Exhibit "B."

8.      The Amended Proof of Claim states the correct amount of claim of $100,000 and makes reference to the Lehman Brothers Principal Protected Notes purchased by Claimant for that sum.

9.      Moreover, the Amended Proof of Claim includes the necessary supporting documentation, including, Claimant's May 2007 UBS Financial Services Account Statement showing Claimant's May 23, 2007 purchase of the Lehman Brothers Principal

Protected Notes (the "Notes") for the sum of $100,000, and Claimant's most recent

Deutsche Bank Securities Account Statement for July 2010 showing Claimant's current

holding of the Notes showing a cost basis of $100,000.

10.     Although it is admitted that the Original Claim does not specifically

comply with the Court's Bar Date Order because of the inadvertent omission of

supporting documentation, a bankruptcy court has the power to allow amendment of a

defectively filed proof of claim, even after expiration of the deadline for filing such

claims.  In re Gibraltar Amusements, Ltd., 315 F.2d 210 (2d. Cir. 1963); Matter of Best

Refrigerated Exp., Inc., 192 B.R. 503 (Bankr. D. Neb. 1996); See also In re Ridgewood

Apartments of DeKalb County, Ltd., 174 B.R. 712 (Bankr. S.D. Ohio 1994) (amendment

of proof of claim allowed where amendment relates back to and merely supplements

original proof of claim and there would be no undue prejudice to debtor and other

creditors.)

11.     Furthermore, filings made by pro se creditors who do not understand the

bankruptcy process should be treated with a degree of latitude – in precisely the same

way that pleadings filed by pro se litigants are broadly construed.  In re Brooks, 370 B.R.

194, 202 (Bankr. C.D.Ill. 2007).

12.     Where a creditor seeks to amend a previously and timely filed, albeit

defective, proof of claim, the court must balance the equities to determine whether to

allow the amendment, looking to such factors as:  (1) undue prejudice to the opposing

party; (2) bad faith or dilatory behavior on the part of the claimant; (3) whether other

creditors would receive a windfall if the amendment were not allowed; (4) whether other

claimants might be harmed or prejudiced; and (5) the justification for the inability to file

the amended claim at the time the original claim was filed. In re Macmillan, Inc., 186

B.R. 35, 49 (Bankr. S.D.N.Y. 1995) (citing Integrated Resources, Inc. v. Ameritrust Co.

Nat. Assoc. (In re Integrated Resources, Inc.), 157 B.R. 66, 70 (S.D.N.Y. 1993).

13.   Applying the five above-referenced factors to this matter: (1) there will be

no prejudice to the Debtors because they had notice of the Original Claim and no

distribution has yet been made to unsecured creditors and, in fact, Claimant is likely to

suffer severe prejudice in the form of a complete loss of his claim if the amendment is not

permitted; (2) there has been no bad faith or dilatory behavior on part of Claimant since

the defects with the Original Claim were the result of mere inadvertency by a *pro se*

claimant; (3) other unsecured creditors would receive a inequitable windfall if the

amendment were not allowed because Claimant's share would be redistributed to the

other creditors; (4) no other unsecured creditors will be harmed or prejudiced by the

proposed amendment since no distribution has yet been made; and (5) the defective claim

was the result of inadvertency and Claimant's *pro se* status. As such, four, if not all five,

of the above factors weigh in favor of allowing the amendment.

14.   In fact, a court must allow a creditor to amend its proof of claim where the

creditor merely omitted supporting documentation from original claim. Matter of

Stoecker, 5 F.3d 1022 (7th Cir. 1993).

15.   Because the legal points and authorities upon which this Motion relies are

specifically stated herein, Claimant respectfully requests that the requirement of service

and filing of a separate memorandum of law pursuant to Rule 9013-1(b) of the Local

Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of

New York be deemed satisfied.

16. Claimant has provided notice of this Motion pursuant to the Amended Order Implementing Certain Notice and Case Management Procedures entered in this case (Dkt. No. 2837). Claimant submits that no other or further notice need be given.

17. No prior motion for the relief requested herein has been made to this Court or any other court.

WHEREFORE, Claimant, Dr. Peter Berman respectfully requests that the Court enter the attached Order granting his Motion for Leave to File Amended Proof of Claim and directing that Claimant file and serve his Amended Proof of Claim within ten (10) days of the entry of such Order.

Respectfully submitted,

McCAUSLAND KEEN & BUCKMAN

Date: August 17, 2010

By: ______________________
GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY 10004
212.401.0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257

*Attorneys for Claimant,*
*Dr. Peter Berman*

# EXHIBIT "A"

United States Bankruptcy Court/Southern District of New York

# PROOF OF CLAIM

Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings, Inc. | Case No. of Debtor<br>08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000031104

||||||| BARCODE |||||||

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Peter Berman
105 South 12th Street, Unit 305
Philadelphia, PA 19107

Telephone number: (215) 732-8699    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  **Amount of Claim as of Date Case Filed:** $ 1,000,000
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.  **Basis for Claim:** Purchased on 5/23/2007
(See instruction #2 on reverse side.)

3.  **List four digits of any number by which creditor identifies debtor:** 3582
3a. Debtor may have scheduled account as: IRA FBO Peter Berman DBSecuritiesCu☐
(See instruction #3a on reverse side.)

4.  **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6.  **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7.  **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 22 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Peter H. Berman* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Ecres ProcessEngine - FedEx Page 1 of 1

FROM: Jacqueline Kerlin (215)854-1544
Deutsche Bank
1735 Market Street
24
Philadelphia, PA 191037501

FedEx Revenue Barcode

TO: **Lehman Brothers Holdings Claims Pro (212)310-8040**
**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**3rd Floor**
**New York, NY 10017**

CAD#: 1675863
SHIP DATE: 21SEP09
WEIGHT: 1 LB

Ref: 6420408061

DELIVERY ADDRESS (FedEx-EDR)

PRIORITY OVERNIGHT

TUE
A1
Deliver by:
22SEP09

TRK # 7906 8007 6896

FORM
0201

EWR

10017 -NY-US

**EB OGSA**

CLS092009061!

# EXHIBIT "B"

AMENDED

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: Lehman Brothers Holdings, Inc. | Case No. of Debtor: 08-13555 |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Dr. Peter Berman
c/o GLenn S. Gitomer, Esquire
McCausland Keen & Buckman
11 Broadway, Suite 715
New York, NY 10004

Telephone number: 212.401.0160 Email Address: ggitomer@mkbattorneys.com

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 31104 (*If known*)

Filed on: 9/22/09

Name and address where payment should be sent (if different from above)

Dr. Peter Berman
105 S. 12th Street, Unit 305
Philadelphia, PA 19107

Telephone number: 212.401.0160 Email Address: ggitomer@mkbattorneys.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

1. Amount of Claim as of Date Case Filed: $ 100,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: see attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 2781
3a. Debtor may have scheduled account as: N/A
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ____________
Value of Property: $____________ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$____________ Basis for perfection: ____________
Amount of Secured Claim: $____________ Amount Unsecured: $____________

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$____________

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $____________
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: 8/17/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## SUMMARY OF AMENDED PROOF OF CLAIM BY DR. PETER BERMAN

Dr. Peter Berman's claim is based on his purchase, in his Individual Retirement Account ("IRA") held with UBS Financial Services, Inc. ("UBS") (Account No. PY 16022 2B), of Lehman Brothers Principal Protected Notes ("PPNs") on May 23, 2007 at a cost of $100,000, per the attached UBS Account Statement for May 2007.

Dr. Berman continues to hold the Lehman Brothers PPNs as shown by his attached July 2010 Deutsche Bank Securities Inc. IRA Statement (Account No. 5XP-808671).

# EXHIBIT "A"

**UBS Financial Services Inc.**
1735 MARKET STREET
36TH FLOOR
PHILADELPHIA, PA 19103-7501

PZBA017889-X46 - 0507 - PY - 0

**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

H

PZBA017889-X46
- 000015S

**Account Number:** PY 16022 2B

**Account Type:** Individual Retirement Rollover Account

```
0002376 02 AV     0.530 016PZBA
PETER BERMAN
ROLLOVER IRA
2128 SPRUCE STREET
PHILADELPHIA      PA 19103-6596
```

## May 2007

### Asset allocation

*This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification*

| | Total asset value | % of total |
|---|---|---|
| Cash * | $ 6,453.55 | 0.53 % |
| Cash alternatives | 9,006.24 | 0.74 % |
| Equities | 727,530.90 | 59.56 % |
| Fixed income | 179,593.01 | 14.70 % |
| Balanced | .00 | 0.00 % |
| Alternative strategies | .00 | 0.00 % |
| Other | 298,890.00 | 24.47 % |
| **Total** | **$ 1,221,473.70** | **100.00 %** |

* *UBS Bank deposit balances are included in the "Cash" total value, and are not protected by SIPC. See the "This month at a glance" and "Cash" sections below, and the back of the first page of this statement for details regarding those balances.*

### Total value comparison

*This graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.*

(in $ Thousands)
$1,600
$800
$0
1,205.3
1,221.5
Apr07
May07

**Account instructions**
UBS Financial Services Inc. is your custodian.

**Bulletin board**
A current Form ADV Disclosure Document describing advisory programs and related fees is available upon request from your Financial Advisor without charge.

VISIT OUR WEB SITE AT WWW.UBS.COM.

# Retirement Account

H

Account Number: PY 16022 2B
**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

**Statement Period:** May 2007

PZBA017890-X46
- 000002

## This month at a glance

| | | |
|---|---|---|
| Value on April 30 | $ | 1,205,310.69 |
| **Value on May 31** | **$** | **1,221,473.70** |
| Money fund and other sweep option balance in 05/31 value | $ | 6,453.55 * |

** UBS Bank deposit balances are FDIC-insured in accordance with FDIC rules, and are not protected by SIPC.*
*See the back of the first page for details and information regarding deposit balances.*

## Account summary

| | | *Current period* | | *Year-to-date* |
|---|---|---|---|---|
| **Net portfolio opening value** | **$** | **1,205,310.69** | **$** | **.00** |
| **Cash activity** | | | | |
| **Opening cash / money fund / sweep balance** | **$** | **.00** | **$** | **.00** |
| **Credits to your account** | | | | |
| Net security earnings | | 2,818.18 | | 2,989.97 |
| Deposits | | .00 | | 1,205,138.90 |
| Sales proceeds/redemptions/exchanges | | 1,205,310.69 | | 1,205,310.69 |
| Total credits | $ | 1,208,128.87 | $ | 2,413,439.56 |
| **Debits to your account** | | | | |
| Professional management fees and related services | | -1,232.88 | | -1,232.88 |
| Funds to purchase securities | | -1,200,442.44 | | -2,405,753.13 |
| Total debits | $ | -1,201,675.32 | $ | -2,406,986.01 |
| Credit/debit net change | $ | 6,453.55 | $ | 6,453.55 |
| **Closing cash / money fund / sweep balance** | **$** | **6,453.55** | **$** | **6,453.55** |

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

## Portfolio activity

| | Current period | Year-to-date |
|---|---|---|
| **Opening value of priced assets** | $ 1,205,310.69 | $ .00 |
| Securities purchased | 1,200,442.44 | 2,405,753.13 |
| Securities sold/redeemed/exchanged | -1,205,310.69 | -1,205,310.69 |
| Change in value of investments | 14,577.71 | 14,577.71 |
| Net change in value of priced assets | $ 9,709.46 | $ 1,215,020.15 |
| **Closing value of priced assets** | $ 1,215,020.15 | $ 1,215,020.15 |
| **Net portfolio closing value as of May 31** | $ 1,221,473.70 | $ 1,221,473.70 |

## Contribution summary

*We have categorized deductible and non-deductible contributions based on information you have provided. To ensure accuracy, please provide the most current information.*

| | Current period | Tax year 2007 | Tax year 2006 |
|---|---|---|---|
| Transfers | 1,205,138.90 | 1,205,138.90 | .00 |
| Rollovers | -1,205,138.90 | .00 | .00 |
| **Total** | $ .00 | $ 1,205,138.90 | $ .00 |

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Dividends | $ 2,802.71 | $ 2,974.50 |
| Interest | 15.47 | 15.47 |
| **Net security earnings** | $ 2,818.18 | $ 2,989.97 |

# Retirement Account

PZBA017891-X46
- 000003

**Statement Period:** May 2007

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you choose one return objective, one primary risk profile, and, if applicable, a secondary risk profile. For accounts holding an investment in the PACE Program, the primary objective and risk profile summary indicated on your PACE Investor Profile Questionnaire are also displayed below. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Overall account**

**Return objective:** Capital appreciation
**Risk profile:** Primary: Moderate
Secondary: Aggressive/Speculative

**PACE Investments**

**Return objective:** Capital appreciation
**Risk profile:** Moderately aggressive

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

Statement Period: May 2007

PZBA017892-X46
- 000004

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

## Cash

### Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| Cash | -144,932.27 | .00 | | | | |

### UBS Bank deposits

*UBS Bank deposits balances are FDIC-insured in accordance with FDIC rules, are not protected by SIPC. See the back of the first page of this statement for details and information regarding the deposit balances.*

| Description | Opening balance | Closing balance | Average rate | Interest period | Days in period |
|---|---|---|---|---|---|
| UBS BANK USA DEP ACCT | 144,932.27 | 6,453.55 | 1.08% | 04/09 - 05/06 | 28 |

## Cash alternatives

### PACE portfolio

*"Aggregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends are reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggregate adjusted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realized gain or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.*

| Description | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| UBS PACE MONEY MARKET INVESTMENT FUND CLASS P | | | | | | | | | | |
| Trade date: 05/04/07 | 3,000.000 | 1.000 | 3,000.00 | 1.000 | 3,000.00 | 3,000.00 | | | | ST |
| Trade date: 05/08/07 | 3,000.000 | 1.000 | 3,000.00 | 1.000 | 3,000.00 | 3,000.00 | | | | ST |
| Trade date: 05/10/07 | 3,000.000 | 1.000 | 3,000.00 | 1.000 | 3,000.00 | 3,000.00 | | | | ST |
| Aggregated reinvestment | 6.240 | 1.000 | 6.24 | 1.000 | | 6.24 | | 6.24 | | |
| Security total | 9,006.240 | | 9,006.24 | | 9,000.00 | 9,006.24 | | 6.24 | 6.24 | |

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

H

PZBA017893-X46
- 000005

Statement Period: May 2007

Equities

## PACE portfolio

*"Aggregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends are reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggregate adjusted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realized gain or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.*

| Description | | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COLUMBIA MARSICO 21ST CENTURY FUND CLASS A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 2,550.687 | 15.680 | 39,994.77 | 15.290 | 39,000.00 | 39,000.00 | 994.77 | | | ST |
| Trade date: 05/08/07 | | 2,547.355 | 15.680 | 39,942.52 | 15.310 | 39,000.00 | 39,000.00 | 942.52 | | | ST |
| Trade date: 05/10/07 | | 2,574.257 | 15.680 | 40,364.35 | 15.150 | 39,000.00 | 39,000.00 | 1,364.35 | | | ST |
| Estimated annual income: | $713 | | | | | | | | | | |
| Current yield: .59% | | | | | | | | | | | |
| Security total | | 7,672.299 | | 120,301.64 | | 117,000.00 | 117,000.00 | 3,301.64 | | 3,301.64 | |
| DAVIS NEW YORK VENTURE FD CL A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 1,096.224 | 41.920 | 45,953.71 | 41.050 | 45,000.00 | 45,000.00 | 953.71 | | | ST |
| Trade date: 05/08/07 | | 1,098.633 | 41.920 | 46,054.69 | 40.960 | 45,000.00 | 45,000.00 | 1,054.69 | | | ST |
| Trade date: 05/10/07 | | 1,107.556 | 41.920 | 46,428.75 | 40.630 | 45,000.00 | 45,000.00 | 1,428.75 | | | ST |
| Estimated annual income: | $892 | | | | | | | | | | |
| Current yield: .64% | | | | | | | | | | | |
| Security total | | 3,302.413 | | 138,437.15 | | 135,000.00 | 135,000.00 | 3,437.15 | | 3,437.15 | |
| IVY GLOBAL NATURAL RESOURCES FUND CLASS A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 435.540 | 35.930 | 15,648.95 | 34.440 | 15,000.00 | 15,000.00 | 648.95 | | | ST |
| Trade date: 05/08/07 | | 436.808 | 35.930 | 15,694.51 | 34.340 | 15,000.00 | 15,000.00 | 694.51 | | | ST |
| Trade date: 05/10/07 | | 440.399 | 35.930 | 15,823.53 | 34.060 | 15,000.00 | 15,000.00 | 823.53 | | | ST |
| Estimated annual income: | $210 | | | | | | | | | | |
| Current yield: .45% | | | | | | | | | | | |
| Security total | | 1,312.747 | | 47,166.99 | | 45,000.00 | 45,000.00 | 2,166.99 | | 2,166.99 | |

Continued on page 6

## PACE portfolio - continued

| Description | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHN HANCOCK CLASSIC VALUE FUND CLASS A | | | | | | | | | | |
| Trade date: 05/04/07 | 1,521.298 | 29.900 | 45,486.81 | 29.580 | 45,000.00 | 45,000.00 | 486.81 | | | ST |
| Trade date: 05/08/07 | 1,518.219 | 29.900 | 45,394.75 | 29.640 | 45,000.01 | 45,000.01 | 394.74 | | | ST |
| Trade date: 05/10/07 | 1,528.533 | 29.900 | 45,703.14 | 29.440 | 45,000.01 | 45,000.01 | 703.13 | | | ST |
| Estimated annual income: $886 | | | | | | | | | | |
| Current yield: .65% | | | | | | | | | | |
| Security total | 4,568.050 | | 136,584.69 | | 135,000.02 | 135,000.02 | 1,584.68 | | 1,584.68 | |
| NUVEEN TRADEWINDS VALUE OPPORTUNITIES FUND CLASS A | | | | | | | | | | |
| Trade date: 05/04/07 | 747.431 | 32.780 | 24,500.79 | 32.110 | 24,000.00 | 24,000.00 | 500.79 | | | ST |
| Trade date: 05/08/07 | 745.805 | 32.780 | 24,447.49 | 32.180 | 24,000.00 | 24,000.00 | 447.49 | | | ST |
| Trade date: 05/10/07 | 753.532 | 32.780 | 24,700.78 | 31.850 | 24,000.00 | 24,000.00 | 700.78 | | | ST |
| Estimated annual income: $647 | | | | | | | | | | |
| Current yield: .88% | | | | | | | | | | |
| Security total | 2,246.768 | | 73,649.05 | | 72,000.00 | 72,000.00 | 1,649.06 | | 1,649.06 | |
| OPPENHEIMER MAIN STREET SMALL CAP FUND A | | | | | | | | | | |
| Trade date: 05/04/07 | 619.323 | 24.690 | 15,291.08 | 24.220 | 15,000.00 | 15,000.00 | 291.08 | | | ST |
| Trade date: 05/08/07 | 619.579 | 24.690 | 15,297.41 | 24.210 | 15,000.00 | 15,000.00 | 297.41 | | | ST |
| Trade date: 05/10/07 | 626.305 | 24.690 | 15,463.47 | 23.950 | 15,000.00 | 15,000.00 | 463.47 | | | ST |
| Security total | 1,865.207 | | 46,051.96 | | 45,000.00 | 45,000.00 | 1,051.96 | | 1,051.96 | |
| THORNBURG INTERNATIONAL VALUE FUND CLASS A | | | | | | | | | | |
| Trade date: 05/04/07 | 1,238.882 | 32.200 | 39,892.00 | 31.480 | 39,000.00 | 39,000.00 | 892.00 | | | ST |
| Trade date: 05/08/07 | 1,244.813 | 32.200 | 40,082.98 | 31.330 | 39,000.00 | 39,000.00 | 1,082.98 | | | ST |
| Trade date: 05/10/07 | 1,249.199 | 32.200 | 40,224.21 | 31.220 | 39,000.00 | 39,000.00 | 1,224.21 | | | ST |
| Estimated annual income: $843 | | | | | | | | | | |
| Current yield: .70% | | | | | | | | | | |
| Security total | 3,732.894 | | 120,199.18 | | 117,000.00 | 117,000.00 | 3,199.19 | | 3,199.19 | |

*Continued on page 7*

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

Statement Period: May 2007

PZBA017895-X46
- 000007

## PACE portfolio - continued

| Description | | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UBS PACE GLOBAL REAL ESTATE SECURITIES INVESTMENT FUND CLASS A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 1,399.254 | 10.740 | 15,027.99 | 10.720 | 15,000.00 | 15,000.00 | 27.99 | | | ST |
| Trade date: 05/08/07 | | 1,399.254 | 10.740 | 15,027.99 | 10.720 | 15,000.00 | 15,000.00 | 27.99 | | | ST |
| Trade date: 05/10/07 | | 1,404.494 | 10.740 | 15,084.27 | 10.680 | 15,000.00 | 15,000.00 | 84.27 | | | ST |
| Estimated annual income: | $177 | | | | | | | | | | |
| Current yield: .39% | | | | | | | | | | | |
| Security total | | 4,203.002 | | 45,140.24 | | 45,000.00 | 45,000.00 | 140.25 | | 140.25 | |
| **Estimated annual income:** | **$4,368** | | | | | | | | | | |
| **PACE portfolio total** | | **28,903.380** | | **727,530.94** | | **711,000.02** | **711,000.02** | **16,530.92** | | **16,530.92** | |

## Fixed income

### PACE portfolio

*"Aggregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends are reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggregate adjusted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realized gain or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.*

| Description | | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DWS CORE FIXED INCOME FUND CLASS A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 1,397.950 | 10.610 | 14,832.25 | 10.730 | 15,000.00 | 15,000.00 | -167.75 | | | ST |
| Trade date: 05/08/07 | | 1,397.950 | 10.610 | 14,832.25 | 10.730 | 15,000.00 | 15,000.00 | -167.75 | | | ST |
| Trade date: 05/10/07 | | 1,399.254 | 10.610 | 14,846.08 | 10.720 | 15,000.00 | 15,000.00 | -153.92 | | | ST |
| Aggregated reinvestment | | 8.303 | 10.610 | 88.09 | 10.629 | | 88.26 | -.17 | 88.26 | | |
| Estimated annual income: | $2,030 | | | | | | | | | | |
| Current yield: 4.55% | | | | | | | | | | | |
| Security total | | 4,203.457 | | 44,598.67 | | 45,000.00 | 45,088.26 | -489.59 | 88.26 | -401.33 | |

Continued on page 8

Page 7 of 15

May 07/ PY 16022 2B

**Account Number:** PY 16022 2B
**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

**Statement Period:** May 2007

PZBA017896-X46
- 000008

## PACE portfolio - continued

| Description | | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT TEMPLETON GLOBAL BOND A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 1,315.789 | 11.460 | 15,078.94 | 11.400 | 15,000.00 | 15,000.00 | 78.94 | | | ST |
| Trade date: 05/08/07 | | 1,314.636 | 11.460 | 15,065.73 | 11.410 | 15,000.00 | 15,000.00 | 65.73 | | | ST |
| Trade date: 05/10/07 | | 1,315.789 | 11.460 | 15,078.94 | 11.400 | 15,000.00 | 15,000.00 | 78.94 | | | ST |
| Aggregated reinvestment | | 15.564 | 11.460 | 178.36 | 11.410 | | 177.59 | .77 | 177.59 | | |
| Estimated annual income: | $2,139 | | | | | | | | | | |
| Current yield: 4.71% | | | | | | | | | | | |
| Security total | | 3,961.778 | | 45,401.97 | | 45,000.00 | 45,177.59 | 224.38 | 177.59 | 401.97 | |
| LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | | | | | | | | | | | |
| Trade date: 05/04/07 | | 987.492 | 15.200 | 15,009.88 | 15.190 | 15,000.00 | 15,000.00 | 9.88 | | | ST |
| Trade date: 05/08/07 | | 986.193 | 15.200 | 14,990.13 | 15.210 | 15,000.00 | 15,000.00 | -9.87 | | | ST |
| Trade date: 05/10/07 | | 988.142 | 15.200 | 15,019.76 | 15.180 | 15,000.00 | 15,000.00 | 19.76 | | | ST |
| Estimated annual income: | $2,346 | | | | | | | | | | |
| Current yield: 5.21% | | | | | | | | | | | |
| Security total | | 2,961.827 | | 45,019.77 | | 45,000.00 | 45,000.00 | 19.77 | | 19.77 | |
| MANAGERS BOND FUND | | | | | | | | | | | |
| Trade date: 05/04/07 | | 598.086 | 24.760 | 14,808.61 | 25.080 | 15,000.00 | 15,000.00 | -191.39 | | | ST |
| Trade date: 05/08/07 | | 597.372 | 24.760 | 14,790.93 | 25.110 | 15,000.01 | 15,000.01 | -209.08 | | | ST |
| Trade date: 05/10/07 | | 597.848 | 24.760 | 14,802.71 | 25.090 | 15,000.00 | 15,000.00 | -197.29 | | | ST |
| Aggregated reinvestment | | 6.880 | 24.760 | 170.35 | 24.760 | | 170.35 | | 170.35 | | |
| Estimated annual income: | $2,052 | | | | | | | | | | |
| Current yield: 4.60% | | | | | | | | | | | |
| Security total | | 1,800.186 | | 44,572.60 | | 45,000.01 | 45,170.36 | -597.76 | 170.35 | -427.41 | |
| **Estimated annual income:** | **$8,567** | | | | | | | | | | |
| **PACE portfolio total** | | **12,927.248** | | **179,593.01** | | **180,000.01** | **180,436.21** | **-843.20** | **436.20** | **-407.00** | |

## Other

### Structured products

*Structured products generally are highly illiquid. Prices are estimated values obtained from third parties, issuers, general partners or sponsors. Actual market value may vary and thus gains/losses may not be accurately reflected.*
*See the back of the first page for additional information.*

| Description | Quantity/ Face value | Price | Current value | Est. annual income/ Current yield | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| LB 100% PPN-CSDAN 30Y-2Y SWAP SPRD 5/31/2022 Symbol: A1 | 100,000.000 | 98.890 | 98,890.00 | 8,090 / 8.18 % | 05/23/07 | 100.000 | 100,000.00 | -1,110.00 | ST |
| DB 100% PPN-ABS RTN BAR RUSSELL 2000 11/28/2008 Symbol: GMJTF Exchange: OTC | 10,000.000 | 10.000 | 100,000.00 | | 05/24/07 | 10.000 | 100,000.00 | | ST |
| DB 100% PPN GLOBAL INDEX BASKET 05/31/2011 Symbol: FINTF Exchange: OTC | 10,000.000 | 10.000 | 100,000.00 | | 05/24/07 | 10.000 | 100,000.00 | | ST |
| **Total** | **120,000.000** | | **298,890.00** | **8,090** | | | **300,000.00** | **-1,110.00** | |

## Notice of availability

*Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.*

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

Statement Period: May 2007

PZBA017898-X46
- 000010

## Monthly activity

### Cash flow

| Date | Activity | Description | | Amount |
|---|---|---|---|---|
| 04/30 | | **Balance forward** | $ | **-144,932.27** |
| 05/07 | INTEREST | UBS BANK USA DEPOSIT ACCOUNT | | 15.47 |
| 05/16 | DIVIDEND | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P AS OF 05/15/07 | | 6.24 |
| 05/18 | DIVIDEND | FT TEMPLETON GLOBAL BOND A | | 177.58 |
| 05/29 | FEE CHARGED | INITIAL FEE | | -1,232.88 |
| 05/29 | DIVIDEND | DWS CORE FIXED INCOME FUND CLASS A AS OF 05/24/07 | | 88.26 |
| 05/29 | DIVIDEND | MANAGERS BOND FUND AS OF 05/25/07 | | 170.36 |
| 05/29 | DIVIDEND | UBS SELECT MONEY MARKET FUND INSTITUTIONAL SHARES | | 2,360.27 |
| | | **Proceeds from security transactions** | $ | **1,205,310.69** |
| | | **Funds used for security transactions** | $ | **-1,200,442.44** |
| | | **Proceeds from money fund/sweep trans.** | $ | **489,932.27** |
| | | **Funds used for money fund/sweep trans.** | $ | **-351,453.55** |
| **05/31** | | **Closing balance** | $ | **.00** |

### Security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value | | Amount |
|---|---|---|---|---|---|---|
| 05/07 | BOUGHT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P INITIAL DEPOSIT BATCH # PY-045370 | 3,000.000 | 1.000 | $ | 3,000.00 |
| 05/07 | BOUGHT | UBS PACE GLOBAL REAL ESTATE SECURITIES INVESTMENT FUND CLASS A INITIAL DEPOSIT BATCH # PY-045370 | 1,399.254 | 10.720 | | 15,000.00 |
| 05/07 | BOUGHT | IVY GLOBAL NATURAL RESOURCES FUND CLASS A FBOID 71241516452 INITIAL DEPOSIT BATCH # PY-045370 | 435.540 | 34.440 | | 15,000.00 |
| 05/07 | BOUGHT | JOHN HANCOCK CLASSIC VALUE FUND CLASS A FBOID 71241516528 INITIAL DEPOSIT BATCH # PY-045370 | 1,521.298 | 29.580 | | 45,000.00 |
| 05/07 | BOUGHT | MANAGERS BOND FUND FBOID 71241516437 INITIAL DEPOSIT BATCH # PY-045370 | 598.086 | 25.080 | | 15,000.00 |

Continued on page 11

# Retirement Account

**Statement Period:** May 2007

PZBA017899-X46
- 000011

## Security transactions - continued

| Date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|
| 05/07 | BOUGHT | COLUMBIA MARSICO 21ST CENTURY FUND CLASS A FBOID 71241516502 INITIAL DEPOSIT BATCH # PY-045370 | 2,550.687 | 15.290 | $ 39,000.00 |
| 05/07 | BOUGHT | THORNBURG INTERNATIONAL VALUE FUND CLASS A FBOID 71241516429 INITIAL DEPOSIT BATCH # PY-045370 | 1,238.882 | 31.480 | 39,000.00 |
| 05/07 | BOUGHT | OPPENHEIMER MAIN STREET SMALL CAP FUND A FBOID 71241516403 INITIAL DEPOSIT BATCH # PY-045370 | 619.323 | 24.220 | 15,000.00 |
| 05/07 | BOUGHT | DWS CORE FIXED INCOME FUND CLASS A FBOID 71241516494 INITIAL DEPOSIT BATCH # PY-045370 | 1,397,950 | 10.730 | 15,000.00 |
| 05/07 | BOUGHT | NUVEEN TRADEWINDS VALUE OPPORTUNITIES FUND CLASS A FBOID 71241516460 INITIAL DEPOSIT BATCH # PY-045370 | 747.431 | 32.110 | 24,000.00 |
| 05/07 | BOUGHT | LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A FBOID 71241516536 INITIAL DEPOSIT BATCH # PY-045370 | 987.492 | 15.190 | 15,000.00 |
| 05/07 | BOUGHT | DAVIS NEW YORK VENTURE FD CL A FBOID 71241516510 INITIAL DEPOSIT BATCH # PY-045370 | 1,096.224 | 41.050 | 45,000.00 |
| 05/07 | BOUGHT | FT TEMPLETON GLOBAL BOND A FBOID 71241516411 INITIAL DEPOSIT BATCH # PY-045370 | 1,315.789 | 11.400 | 15,000.00 |
| 05/09 | BOUGHT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P CONTRIBUTION BATCH # PY-070164 | 3,000.000 | 1.000 | 3,000.00 |

*Continued on page 12*

**Account Number:** PY 16022 2B
**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

**Statement Period:** May 2007

PZBA017900-X46
- 000012

## Security transactions - continued

| Date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|
| 05/09 | BOUGHT | UBS PACE GLOBAL REAL ESTATE SECURITIES INVESTMENT FUND CLASS A CONTRIBUTION BATCH # PY-070164 | 1,399.254 | 10.720 | $ 15,000.00 |
| 05/09 | BOUGHT | IVY GLOBAL NATURAL RESOURCES FUND CLASS A FBOID 71281538085 CONTRIBUTION BATCH # PY-070164 | 436.808 | 34.340 | 15,000.00 |
| 05/09 | BOUGHT | JOHN HANCOCK CLASSIC VALUE FUND CLASS A FBOID 71281538192 CONTRIBUTION BATCH # PY-070164 | 1,518.219 | 29.640 | 45,000.00 |
| 05/09 | BOUGHT | MANAGERS BOND FUND FBOID 71281538069 CONTRIBUTION BATCH # PY-070164 | 597.372 | 25.110 | 15,000.00 |
| 05/09 | BOUGHT | COLUMBIA MARSICO 21ST CENTURY FUND CLASS A FBOID 71281538168 CONTRIBUTION BATCH # PY-070164 | 2,547.355 | 15.310 | 39,000.00 |
| 05/09 | BOUGHT | THORNBURG INTERNATIONAL VALUE FUND CLASS A FBOID 71281538051 CONTRIBUTION BATCH # PY-070164 | 1,244.813 | 31.330 | 39,000.00 |
| 05/09 | BOUGHT | OPPENHEIMER MAIN STREET SMALL CAP FUND A FBOID 71281538028 CONTRIBUTION BATCH # PY-070164 | 619.579 | 24.210 | 15,000.00 |
| 05/09 | BOUGHT | DWS CORE FIXED INCOME FUND CLASS A FBOID 71281538143 CONTRIBUTION BATCH # PY-070164 | 1,397.950 | 10.730 | 15,000.00 |
| 05/09 | BOUGHT | NUVEEN TRADEWINDS VALUE OPPORTUNITIES FUND CLASS A FBOID 71281538093 CONTRIBUTION BATCH # PY-070164 | 745.805 | 32.180 | 24,000.00 |

Continued on page 13

**Account Number:** PY 16022 2B
**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

**Statement Period:** May 2007

PZBA017901-X46
- 000013

## Security transactions - continued

| Date | Activity | Description | Quantity | Price / Value | | Amount |
|---|---|---|---|---|---|---|
| 05/09 | BOUGHT | LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A FBOID 71281538200 CONTRIBUTION BATCH # PY-070164 | 986.193 | 15.210 | $ | 15,000.00 |
| 05/09 | BOUGHT | DAVIS NEW YORK VENTURE FD CL A FBOID 71281538184 CONTRIBUTION BATCH # PY-070164 | 1,098.633 | 40.960 | | 45,000.00 |
| 05/09 | BOUGHT | FT TEMPLETON GLOBAL BOND A FBOID 71281538044 CONTRIBUTION BATCH # PY-070164 | 1,314.636 | 11.410 | | 15,000.00 |
| 05/10 | SOLD | UBS SELECT MONEY MARKET FUND INSTITUTIONAL SHARES | -900,000.000 | | | 900,000.00 |
| 05/11 | BOUGHT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P CONTRIBUTION BATCH # PY-084047 | 3,000.000 | 1.000 | | 3,000.00 |
| 05/11 | BOUGHT | UBS PACE GLOBAL REAL ESTATE SECURITIES INVESTMENT FUND CLASS A CONTRIBUTION BATCH # PY-084047 | 1,404.494 | 10.680 | | 15,000.00 |
| 05/11 | BOUGHT | IVY GLOBAL NATURAL RESOURCES FUND CLASS A FBOID 71301729490 CONTRIBUTION BATCH # PY-084047 | 440.399 | 34.060 | | 15,000.00 |
| 05/11 | BOUGHT | JOHN HANCOCK CLASSIC VALUE FUND CLASS A FBOID 71301729565 CONTRIBUTION BATCH # PY-084047 | 1,528.533 | 29.440 | | 45,000.00 |
| 05/11 | BOUGHT | MANAGERS BOND FUND FBOID 71301729482 CONTRIBUTION BATCH # PY-084047 | 597.848 | 25.090 | | 15,000.00 |
| 05/11 | BOUGHT | COLUMBIA MARSICO 21ST CENTURY FUND CLASS A FBOID 71301729540 CONTRIBUTION BATCH # PY-084047 | 2,574.257 | 15.150 | | 39,000.00 |

*Continued on page 14*

**Account Number:** PY 16022 2B
**Your Financial Advisor**
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

**Statement Period:** May 2007

PZBA017902-X46
- 000014

## Security transactions - continued

| Date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|
| 05/11 | BOUGHT | THORNBURG INTERNATIONAL VALUE FUND CLASS A FBOID 71301729474 CONTRIBUTION BATCH # PY-084047 | 1,249.199 | 31.220 | $ 39,000.00 |
| 05/11 | BOUGHT | OPPENHEIMER MAIN STREET SMALL CAP FUND A FBOID 71301729458 CONTRIBUTION BATCH # PY-084047 | 626.305 | 23.950 | 15,000.00 |
| 05/11 | BOUGHT | DWS CORE FIXED INCOME FUND CLASS A FBOID 71301729532 CONTRIBUTION BATCH # PY-084047 | 1,399.254 | 10.720 | 15,000.00 |
| 05/11 | BOUGHT | NUVEEN TRADEWINDS VALUE OPPORTUNITIES FUND CLASS A FBOID 71301729508 CONTRIBUTION BATCH # PY-084047 | 753.532 | 31.850 | 24,000.00 |
| 05/11 | BOUGHT | LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A FBOID 71301729573 CONTRIBUTION BATCH # PY-084047 | 988.142 | 15.180 | 15,000.00 |
| 05/11 | BOUGHT | DAVIS NEW YORK VENTURE FD CL A FBOID 71301729557 CONTRIBUTION BATCH # PY-084047 | 1,107.556 | 40.630 | 45,000.00 |
| 05/11 | BOUGHT | FT TEMPLETON GLOBAL BOND A FBOID 71301729466 CONTRIBUTION BATCH # PY-084047 | 1,315.789 | 11.400 | 15,000.00 |
| 05/16 | REINVESTMENT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P DIVIDEND REINVESTED AT 1.00 NAV ON 05/15/07 AS OF 05/15/07 | 6.240 | | 6.24 |
| 05/18 | REINVESTMENT | FT TEMPLETON GLOBAL BOND A DIVIDEND REINVESTED AT 11.41 NAV ON 05/16/07 | 15.564 | | 177.58 |
| 05/29 | REINVESTMENT | DWS CORE FIXED INCOME FUND CLASS A DIVIDEND REINVESTED AT 10.63 NAV ON 05/24/07 AS OF 05/24/07 | 8.303 | | 88.26 |

Continued on page 15

Account Number: PY 16022 2B
Your Financial Advisor
BRIAN BERNHARDT
215-496-2000/800-345-7941

# Retirement Account

H

PZBA017903-X46
- 000015E

Statement Period: May 2007

## Security transactions - continued

| Date | Activity | Description | Quantity | Price / Value | | Amount |
|---|---|---|---|---|---|---|
| 05/29 | REINVESTMENT | MANAGERS BOND FUND DIVIDEND REINVESTED AT 24.76 NAV ON 05/25/07 AS OF 05/25/07 | 6.880 | | $ | 170.36 |
| 05/29 | SOLD | UBS SELECT MONEY MARKET FUND INSTITUTIONAL SHARES | -305,310.690 | | | 305,310.69 |
| 05/31 | BOUGHT | DB 100% PPN GLOBAL INDEX BASKET 05/31/2011 RETURN VARIES WITH INDEX BASKE T | 10,000.000 | 10.0000000 | | 100,000.00 |
| 05/31 | BOUGHT | DB 100% PPN-ABS RTN BAR RUSSELL 2000 11/28/2008 RETURN VARIES WITH INDEX | 10,000.000 | 10.0000000 | | 100,000.00 |
| 05/31 | BOUGHT | LB 100% PPN-CSDAN 30Y-2Y SWAP SPRD 5/31/2022 RETURN VARIES WITH SWAP RATES | 100,000.000 | 100.0000000 | | 100,000.00 |
| | | **Securities purchased** | | | **$** | **1,200,442.44** |
| | | **Securities sold** | | | **$** | **1,205,310.69** |

## Money funds and other sweep options

*The UBS Bank USA Deposit Account is your primary sweep option.*

| Date | Activity | Money fund/sweep option | Amount |
|---|---|---|---|
| **04/30** | | **Opening UBS Bank USA Deposit Account $** | **144,932.27** |
| 05/01 | WITHDRAWAL | UBS BANK USA DEPOSIT ACCOUNT AS OF 04/30/07 | -144,932.27 |
| 05/11 | DEPOSIT | UBS BANK USA DEPOSIT ACCOUNT | 45,015.47 |
| 05/14 | WITHDRAWAL | UBS BANK USA DEPOSIT ACCOUNT AS OF 05/11/07 | -45,000.00 |
| 05/30 | DEPOSIT | UBS BANK USA DEPOSIT ACCOUNT | 306,438.08 |
| 05/31 | WITHDRAWAL | UBS BANK USA DEPOSIT ACCOUNT | -300,000.00 |
| **05/31** | | **Closing UBS Bank USA Deposit Account $** | **6,453.55** |
| | | **Sweep option purchased/deposited $** | **351,453.55** |
| | | **Sweep option sold/withdrawn $** | **-489,932.27** |

Page 15 of 15

May 07/ PY 16022 2B

UBS Financial Services Inc. (the "Firm" or "UBS Financial Services"), member of all principal security, commodity and options exchanges. Executive offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your UBS Financial Services account. Other records, except official tax documents, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account. **Any oral communications should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). If the financial institution on the front of this statement is not UBS Financial Services, UBS Financial Services is carrying your account as clearing broker by arrangement with the indicated institution, which you were informed of when you opened this account. In these cases, a report must be made to both firms.** All account statements shall be deemed complete and accurate if not objected to in writing within 60 days of the statement postmark.

Customer complaints may be directed to the Firm's Client Relations Department at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday. In case of errors or questions about an electronic funds transfer (EFT), bill payment, or a UBS American Express Card transaction, call 800-762-1000, or write to UBS Financial Services Incorporated 1000 Harbor Blvd. 5th floor Weehawken, NJ 07086 Attn: RMA/BSA Services.

All checks should be made payable to the Firm, or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases, and charges for unpaid amounts in cash accounts. Accounts transferring to other institutions may be subject to a transfer fee.

**UBS Bank Deposits**
Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, maintains control over the deposit accounts established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $100,000 per depositor, in accordance with FDIC rules. Further information regarding current yields on the Bank deposits, and important disclosures regarding the Deposit Account Sweep Program and alternatives to that Program, are available at www.ubs.com/sweepyields. More information regarding FDIC insurance is available upon request, or by visiting the FDIC website at www.FDIC.gov. Deposits at the Bank are not guaranteed by the Firm or any affiliate of the Firm, and are not protected by SIPC (see "UBS Financial Services Account Protection" below).

**UBS Financial Services Account protection**
The Firm is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account(s) at the Firm for up to $500,000, including $100,000 for free cash balances at the Firm in the unlikely event that the Firm fails financially. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity. For example, if you have two accounts at the Firm where you are the sole account holder and a third account where you are a joint account holder, the two accounts are protected under SIPC up to a combined $500,000 (not $500,000 each), and the joint account is protected under SIPC separately for $500,000. The Firm, together with certain affiliates, has also purchased supplemental protection. The maximum amount payable under the policy is $800 million. Subject to this policy limit, cash at the Firm is protected up to $1 million in the aggregate for all your accounts held in a particular capacity at UBS Financial Services. The SIPC protection and the supplemental protection both do not apply to (a) certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services (e.g., certain (i) cash at UBS Bank USA (see "UBS Bank Deposits", above), (ii) insurance products, including variable annuities, and (iii) shares of mutual funds where such shares are registered directly in the name of the account holder on the books and records of the applicable issuer or transfer agent); (b) certain investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933; and (c) commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts. The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise). More information is available upon request, or by visiting the SIPC website at www.sipc.org.
UBS Financial Services is not a bank. Unless otherwise disclosed, securities and other investments held through UBS Financial Services ARE NOT FDIC-INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

**International Deposit Account ("IDA")**
IDA is an interest-bearing account maintained by UBS AG, UBS Financial Services Inc.'s parent company, at the Cayman Island Branch where the uninvested cash in the client's International Resource Management Account ("IRMA") is automatically "swept" or invested on a daily basis. These automatic deposits made into the IDA are not guaranteed by UBS Financial Services Inc., nor insured by FDIC.
**Dividend Reinvestment Program ("DRIP")**
The price reflected is an average price and the actual price may be obtained from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash credited to your account. There may be a small difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the partial shares are sold.
**Cash-in-lieu**
Only whole units may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell whole units at market price or accept an amount determined by a registered clearing agency, and credit your account in cash.

**Investment objectives**
The investment objectives you select reflect the overall goals you have for this account and apply to the whole account, not to specific investments within the account. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. The following lists the alternatives.
**Return objectives**
*Current income* - Investments seeking generation of income.
*Capital appreciation* - Investments seeking growth of principal rather than generation of income.
*Current income and capital appreciation* - Investments seeking both generation of income and growth of principal.
**Risk profiles**
*Conservative* - Seeks securities most likely to preserve principal with low risk.
*Moderate* - Seeks greater potential returns; willing to accept higher risk of loss of principal.
*Aggressive/Speculative* - Seeks potential for significant appreciation; willing to accept high degree of risk of loss of principal.

**Statement "Householding"**
As a convenience to you, in some instances we may consolidate all related account statements with the same address in the same envelope. Accounts may be related for this purpose because they have owners who also maintain joint account relationships with other clients at the same address. This practice is known as "householding." If you do not wish to have all of your statements bundled together that is, you prefer to receive individual statements mailed in separate envelopes you may decline householding by calling your Financial Advisor at the toll-free number listed on your account statements.

**Account overview**

- **Closing values.** Total net equity value (assets minus debt) of your account includes uninvested cash, money amounts, values for restricted security (est.), and Global Time Deposits, short account balance, unrealized marks to market, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, nor values for insurance products and private investments.
- **Cash/Money funds.** Total of uninvested cash credit balance plus money fund money market fund sweep option (but not UBS Bank deposit account) balances at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other cash balances and the Firm may use any such funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.
- **UBS Bank deposits.** Total of cash on deposit at the UBS Bank USA through the UBS Deposit Account Sweep Program at the close of the statement period. For more information see the section titled "UBS Bank Deposits," above.
- **Debit balance.** Total of debit balance at the close of the statement period. This total is included in the current period closing value.
- **Restricted securities value (est.).** Value presented is for informational purposes only and may not represent the price at which the security may be sold due to illiquidity or restrictions on resale/surrender of the security.
- **Other items not in closing value.** Estimates of values for items excluded from your account's current period closing value including: insurance values listed on your statement and pending returns of principal. Positions and values are for informational purposes only and obtained from sources considered reliable; however, accuracy cannot be guaranteed.
- **Value plus other items.** Totals the current period closing value and estimates of values for other items described above.
- **Private investment values (est.).** Total of estimated values for private investments based on third party estimated values, if any, supplied by independent valuation Firms rather than those provided by issuers (general partners).

**Loan summary**
For detailed information on the Firm's truth in lending practices, refer to the Firm's Statement of Credit Practices. The Firm reserves the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements.

**Asset portfolio**
Itemizes securities/assets (grouped by category) held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period. In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services has relied on information obtained from sources other than UBS Financial Services, including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services. In addition, although UBS Financial Services generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, you should not rely on this information in making purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm will reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.

- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.
- **Certificates of Deposit (CDs).** CDs are FDIC insured up to $100,000 in principal and accrued interest per depositor and per depository institution, in accordance with FDIC rules.
- **Price/Value.** The closing prices and/or mean bid and ask prices of the last recorded transaction of all listed securities, options and OTC NASDAQ securities, when available. Less actively traded securities may be priced using a computerized valuation model and may not reflect an actual market price or value. This information is obtained from third parties and its accuracy is not guaranteed. Restricted securities generally are not eligible for public sale. For purposes of this statement, the Firm uses the market prices of the unrestricted stock of the same issuer as an imputed value for the restricted stock. This imputed value may be substantially less than the actual prices received if these securities are resold or surrendered. All CD prices are derived using a computerized valuation model and therefore represent an estimated market value. Values presented for insurance products are provided by the insurance company or sponsor (sources considered reliable). The accuracy is not guaranteed. Surrender charges may apply. Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date. Prices may or may not represent current or future market value. To obtain current quotations, when available, contact your Financial Advisor. Structured products may not have been registered with the Securities and Exchange Commission or under any state securities laws. The market for such structured products will generally be highly illiquid and subjectively valued, and as such, valuation may not be provided.
- **Private Investments and Structured Products.** Private investment securities and structured products generally are highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We are providing estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed. These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value are as of a certain date and are supplied to UBS Financial Services Inc. by an independent valuation firm. Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values. Both third party and issuer, general partner or sponsor estimated values, where available, are generally updated on a regular (monthly, quarterly, annual or semi-annual) basis. You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information which is the basis for the estimate by calling (800) 320-9951 from within the U.S.; for calls from outside the U.S. please call collect at (201) 272-7383. Third party estimated valued may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign any such value, when we become aware that a material event has occurred which may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security. In any instance where neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price. "Distributions to date" may include return of capital, income or both. "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
- **Est. (estimated) Income.** Estimate of annual income based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.
- **Current yields and Rates.** An estimate of annualized income (dividend and/or interest) divided by the current market value. This estimate is based on the last dividend or interest payment made by the issuer and assumes the securities will be held for one year from the statement date or until maturity; accuracy and continued yield are not guaranteed. Information regarding current yields and rates payable on the available cash sweep options (including bank deposits and money market mutual funds) can be viewed at www.ubs.com/sweepyields or obtained by contacting your Financial Advisor or calling 1-800-762-1000.
- **Assets not held by UBS Financial Services.** Certain assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement, these assets are displayed on your statement for informational purposes only, and are not included in your account value. Positions and values presented are provided by the issuing firm, and the Firm is not responsible for this information, nor guarantees its accuracy. These assets are not protected by the Firm's SIPC coverage.
- **Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients, we receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of new sales of the mutual funds of a particular fund family; and (ii) the amount of mutual fund assets of that particular fund family held by our clients. We also receive networking fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family. In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute. Our affiliates also receive trading commissions and other compensation from mutual funds and insurance companies whose products we distribute. We receive from UBS Bank USA a fee of up to .50% per annum of amounts deposited with UBS Bank USA under the bank deposit account sweep program.
- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges, nor security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade data" column shows the date the securities were traded.

**Activity**
Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you on request.
**Open orders**
Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders are reduced by the amount of dividends or rights on ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely only on year-end tax forms, (i.e. form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, and net proceeds on sale transactions.

**Foreign Transactions**
American Express converts transactions in foreign currencies into U.S. dollars. Unless a particular rate is required by applicable law, the conversion rate used by American Express is a wholesale interbank rate selected on the business day prior to the day on which the transactions are processed by American Express, increased by 1.5%. The currency conversion rate used on the conversion date may differ from the rate in effect on the date you used your UBS American Express Card.
If you are a UBS Select American Express Cardholder, and you use your UBS American Express Card or account to effect a transaction with a party located outside of the United States, the Card Issuer will charge a Foreign Country Transaction Fee of one-half of one percent (0.50%) of the U.S. dollar amount. The Card Issuer's Foreign Country Transaction Fee is calculated after the conversion process discussed in the previous paragraph.

**Tax Withholding on Distributions from UBS Financial Services Inc. IRAs**
Federal tax law requires UBS Financial Services Inc. to withhold income tax from your taxable IRA distributions(s), but you may elect NOT to have income tax withheld or instead you may elect to have tax withheld at a rate or in a fixed amount as you choose. Your election will remain in effect until revoked by you. You may revoke your election at any time by making a new election. If you do not have enough income tax withheld from your distributions(s), you may be responsible for the payment of estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to your tax obligation.

Rev 01/07

# EXHIBIT "B"

Deutsche Bank Alex. Brown
A Division of Deutsche Bank Securities Inc.
P.O. Box 1776, Baltimore, MD 21203

Philadelphia
1735 Market Street, 24th Floor
Philadelphia, PA 19103
(215) 563-2300, (800) 443-7500

# Rollover Individual Retirement
## Account Statement

**Account Number: 5XP-808671**
**Statement Period: 07/01/2010 - 07/31/2010**

IRA FBO PETER BERMAN
DB SECURITIES INC CUSTODIAN
ROLLOVER ACCOUNT
DTD 02/02/09
105 SOUTH 12TH ST UNIT 305
PHILADELPHIA PA 19107-4826

**Your Client Advisor:**
R.KENNEY/J.RANTANEN/B.BERNHARDT
(215) 854-2300

## Valuation at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$155,545.61** | **$228,490.89** |
| Net Cash Deposits and Withdrawals | 0.00 | -77,000.00 |
| **Adjusted Previous Account Value** | **155,545.61** | **151,490.89** |
| Dividends, Interest and Other Income | 123.88 | 2,629.97 |
| Net Other Activity | 0.00 | -35.00 |
| Net Change in Portfolio | 1,697.57 | 3,281.20 |
| **Ending Account Value** | **$157,367.06** | **$157,367.06** |
| **Estimated Annual Income** | **$1,032.62** | |

## Asset Allocation

| | Prior Year-End | Last Period | This Period | % Allocation |
|---|---|---|---|---|
| USD Cash, Money Funds, and FDIC Deposits | 52,197.39 | 27,321.26 | 27,399.59 | 17.41% |
| USD Fixed Income | 68,316.97 | 20,120.33 | 20,295.75 | 12.90% |
| USD Equities | 11,816.53 | 11,262.02 | 12,589.72 | 8.00% |
| Non-USD Equities | 96,160.00 | 96,842.00 | 97,082.00 | 61.69% |
| **Account Total (Pie Chart)** | **$228,490.89** | **$155,545.61** | **$157,367.06** | **100.00%** |

See page 2 of this statement for important information regarding the Asset Allocation section.

Pie Chart allocation excludes all asset classes which net to a liability.

PER-DBAB-ROLL A0091215CSF30027

go paperless
Ask about e-delivery

#1 Brokerage Statement, 2009, 2010
DALBAR RATED FOR COMMUNICATION

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

## Asset Allocation Disclosure and Footnotes

**NOTE:** Unpriced securities in your account may cause the total brokerage account assets to be understated.
All values are displayed in U.S. dollars based on interbank exchange rates as of 07/31/2010. Exchange rates can vary.
Fixed Income contains Fixed Income Mutual Funds.

## Summary of Gains and Losses

| | Realized | | |
|---|---|---|---|
| | This Period | Year-to-Date | Unrealized |
| Short-Term Gain/Loss | 0.00 | -4.50 | 20.71 |
| Long-Term Gain/Loss | 0.00 | 0.00 | -14,518.76 |
| **Net Gain/Loss** | **0.00** | **-4.50** | **-14,498.05** |

This summary excludes transactions where cost basis information is not available.

## Required Minimum Distribution Summary

| | Calculated Amount |
|---|---|
| Prior Year-end Fair Market Value ("FMV"): | $228,490.89 |
| Calculation Factor: | 19.5 |
| Participant DOB: 12/1931 Beneficiary DOB: 00/0000 | |
| Beneficiary Relationship: NON-PERSON | |
| Amount Required to be Withdrawn for 2010: | $11,717.48 |
| Amount Withdrawn Year to Date: | $0.00 |
| **The Remaining Amount You Are Required to Withdraw for 2010:** | **$11,717.48** |

**Disclaimers and Other Important Information Regarding Your Required Minimum Distribution Summary**

According to our records, you are required under federal tax law to take an annual minimum distribution from your retirement account. These required minimum distributions (RMDs) usually begin in the year you reach the age of 70 1/2. Failure to take the RMD when required may result in a 50% excise tax imposed on the amount you did not take.

You are allowed to take your RMD in cash or securities. For a distribution to be made, sufficient cash or securities must be available in your retirement account when we receive your distribution request and for subsequent distributions. If you changed your beneficiary after January 1 of this year and your new or prior beneficiary is your spouse who is more than ten years younger than you, you may need to recalculate the RMD amount stated above.

If you have more than one traditional individual retirement account (IRA), including SEP and SIMPLE IRAs, the RMD for these accounts can be aggregated and removed from a single traditional IRA. This exception does not apply to multiple qualified retirement plans (QRPs) such as profit sharing, money purchase pension, 401(k), and defined benefit plans. RMDs for QRPs must be removed from each QRP account.

**NOTE:** Any outstanding rollovers or recharacterizations that were not in your account on December 31 of the prior year should be added to your year-end fair market value for the previous year to calculate your RMD for the current year. Also, when taking your RMD, please consider any scheduled distribution amounts you have established which may allow you to automatically meet all or part of your RMD. Please contact us if you are interested in establishing instructions.

Using the information on our files, your RMD was determined by dividing your fair market value by a calculation factor determined by the Internal Revenue Service (IRS). The factor is based on your age at the end of the year and the age and relationship of your beneficiary(ies). We Strongly suggest that you verify this calculation with your tax professional, as there may be other pertinent information that could impact your RMD amount. To withdraw your RMD, contact your investment professional for the appropriate withdrawal form.

go paperless Ask about e-delivery
#1 Brokerage Statement, 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

Deutsche Bank Alex. Brown
A Division of Deutsche Bank Securities Inc.
P.O. Box 1776, Baltimore, MD 21203

Philadelphia
1735 Market Street, 24th Floor
Philadelphia, PA 19103
(215) 563-2300, (800) 443-7500

**Rollover**
**Individual Retirement**
**Account Statement**

Statement Period: 07/01/2010 - 07/31/2010

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| DBAB CASH RESERVE PRIME SERIES | | | | |
| Account Number: 0000174420 Current Yield: 0.01% Activity Ending: 07/30/10 | | | | |
| 07/01/10 | Opening Balance | | 27,321.26 | 27,321.26 |
| 07/27/10 | Deposit | MONEY FUND PURCHASE | 78.10 | 27,399.36 |
| 07/30/10 | Deposit | INCOME REINVEST | 0.23 | 27,399.59 |
| 07/30/10 | Closing Balance | | | $27,399.59 |
| **Total All Money Market Funds** | | | | $27,399.59 |

## Income and Expense Summary

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| Dividend Income | | |
| Equities | 123.65 | 627.07 |
| Money Market | 0.23 | 2.90 |
| Interest Income | | |
| Bond Interest | 0.00 | 2,000.00 |
| Total Dividends, Interest, Income and Expenses | $123.88 | $2,629.97 |

## Portfolio Holdings

| Quantity | Opening Date | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Cash, Money Funds, and FDIC Deposits** 17.00% of Portfolio | | | | | | | | | |
| Money Market | | | | | | | | | |
| DBAB CASH RESERVE PRIME SERIES | | | | | | | | | |
| 27,399.590 | 07/01/10 | 0000174420 | 07/30/10 | 27,321.26 | 27,399.59 | 0.01 | 2.90 | 0.01% | 0.01% |
| Total Money Market | | | | $27,321.26 | $27,399.59 | $0.01 | $2.90 | | |
| **Total Cash, Money Funds, and FDIC Deposits** | | | | $27,321.26 | $27,399.59 | $0.01 | $2.90 | | |

go paperless
Ask about e-delivery
#1 Brokerage Statement. 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** 0.00% of Portfolio *(In Maturity Date Sequence)* | | | | | | | | | |
| Corporate Bonds | | | | | | | | | |
| 3 5LEHMAN BROTHERS HLDGS INC | | | *Security Identifier:* 52517PY62 | | | | | | |
| MEDIUM TERM NTS 0.000% 05/31/22 B/E | | | | | | | | | |
| DTD 05/31/07 CALLABLE 08/31/10 @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 08/31/07 CPN PMT QUARTERLY | | | | | | | | | |
| ON F,M,A,N 28 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| 100,000.000 | 05/23/07 | 100.0000 | 100,000.00 | N/A | N/A | N/A | 0.00 | | |
| Original Cost Basis: 100,000.00 | | | | | | | | | |
| **Total Corporate Bonds** 100,000.000 | | | $100,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Total Fixed Income** 100,000.000 | | | $100,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Equities** 70.00% of Portfolio | | | | | | | | |
| Common Stocks | | | | | | | | |
| 3GENERAL ELECTRIC CO COM | | | *Security Identifier:* GE | | | | | |
| Dividend Option: Cash | | | | | | | | |
| 781.000 | 12/18/08 | 27.6410 | 21,587.71 | 16.1200 | 12,589.72 | -8,997.99 | 374.88 | 2.97% |
| **Total Common Stocks** | | | $21,587.71 | | $12,589.72 | -$8,997.99 | $374.88 | |
| Preferred Stocks *(Listed by expiration date)* | | | | | | | | |
| 3DEUTSCHE BK AG LONDON 100% PRIN | | | *Security Identifier:* 25152C411 | | | | | |
| PROTECTION NT MAT 5/31/11 | | | | | | | | |
| Dividend Option: Cash | | | | | | | | |
| 10,000.000 | 05/24/07 | 10.0000 | 100,000.00 | 9.7082 | 97,082.00 | -2,918.00 | | |
| **Total Preferred Stocks** | | | $100,000.00 | | $97,082.00 | -$2,918.00 | $0.00 | |
| **Total Equities** | | | $121,587.71 | | $109,671.72 | -$11,915.99 | $374.88 | |

go paperless
Ask about e-delivery
#1 Brokerage Statement, 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

Deutsche Bank Alex. Brown
A Division of Deutsche Bank Securities Inc.
P.O. Box 1776, Baltimore, MD 21203

Philadelphia
1735 Market Street, 24th Floor
Philadelphia, PA 19103
(215) 563-2300, (800) 443-7500

**Rollover Individual Retirement**
**Account Statement**

Statement Period: 07/01/2010 - 07/31/2010

## Portfolio Holdings *(continued)*

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** 13.00% of Portfolio | | | | | | | | |
| Mutual Funds | | | | | | | | |
| 3DWS CORE FIXED INCOME FUND CLASS A | | | *Security Identifier:* SFXAX | | | | | |
| Open End Fund | | | | | | | | |
| Dividend Option: Reinvest; Capital Gains Option: Reinvest | | | | | | | | |
| 359.253 | 05/08/07 | 10.7300 | 3,854.78 | 9.3700 | 3,366.20 | -488.58 | 108.61 | 3.22% |
| 1,399.254 | 05/10/07 | 10.7200 | 15,000.00 | 9.3700 | 13,111.01 | -1,888.99 | 423.03 | 3.22% |
| 8.303 | 05/24/07 | 10.6300 | 88.26 | 9.3700 | 77.80 | -10.46 | 2.51 | 3.22% |
| 17.366 | 06/25/07 | 10.5200 | 182.69 | 9.3700 | 162.72 | -19.97 | 5.25 | 3.22% |
| 16.236 | 07/25/07 | 10.5400 | 171.13 | 9.3700 | 152.13 | -19.00 | 4.91 | 3.22% |
| 18.027 | 08/27/07 | 10.5900 | 190.91 | 9.3700 | 168.91 | -22.00 | 5.45 | 3.22% |
| 15.405 | 09/24/07 | 10.6000 | 163.29 | 9.3700 | 144.34 | -18.95 | 4.66 | 3.22% |
| 16.609 | 10/25/07 | 10.7400 | 178.38 | 9.3700 | 155.63 | -22.75 | 5.02 | 3.22% |
| 17.413 | 11/26/07 | 10.8100 | 188.23 | 9.3700 | 163.16 | -25.07 | 5.26 | 3.22% |
| 18.766 | 12/31/07 | 10.7100 | 200.98 | 9.3700 | 175.84 | -25.14 | 5.67 | 3.22% |
| 14.179 | 01/25/08 | 10.8100 | 153.27 | 9.3700 | 132.86 | -20.41 | 4.29 | 3.22% |
| 16.536 | 02/25/08 | 10.5200 | 173.96 | 9.3700 | 154.94 | -19.02 | 5.00 | 3.22% |
| 16.007 | 03/25/08 | 10.4900 | 167.91 | 9.3700 | 149.99 | -17.92 | 4.84 | 3.22% |
| 17.536 | 04/24/08 | 10.2900 | 180.45 | 9.3700 | 164.31 | -16.14 | 5.30 | 3.22% |
| 18.816 | 05/23/08 | 10.4600 | 196.82 | 9.3700 | 176.31 | -20.51 | 5.69 | 3.22% |
| 13.116 | 06/24/08 | 10.2600 | 134.57 | 9.3700 | 122.90 | -11.67 | 3.97 | 3.22% |
| 9.129 | 07/25/08 | 10.0200 | 91.47 | 9.3700 | 85.54 | -5.93 | 2.76 | 3.22% |
| 8.156 | 08/25/08 | 9.9710 | 81.32 | 9.3700 | 76.42 | -4.90 | 2.47 | 3.22% |
| 8.803 | 09/24/08 | 9.7800 | 86.09 | 9.3700 | 82.48 | -3.61 | 2.66 | 3.22% |
| 10.371 | 10/27/08 | 9.2500 | 95.93 | 9.3700 | 97.18 | 1.25 | 3.14 | 3.22% |
| 9.702 | 11/21/08 | 8.4900 | 82.37 | 9.3700 | 90.91 | 8.54 | 2.93 | 3.22% |
| 12.660 | 12/31/08 | 8.7100 | 110.27 | 9.3700 | 118.62 | 8.35 | 3.83 | 3.22% |
| 8.312 | 01/26/09 | 8.7200 | 72.48 | 9.3700 | 77.88 | 5.40 | 2.51 | 3.22% |
| 9.596 | 02/23/09 | 8.7100 | 83.58 | 9.3700 | 89.91 | 6.33 | 2.90 | 3.22% |
| 106.484 | Reinvestments to Date | 8.9090 | 948.67 | 9.3700 | 997.76 | 49.09 | 32.19 | 3.22% |
| **2,166.035** | **Total** | | **$22,877.81** | | **$20,295.75** | **-$2,582.06** | **$654.84** | |
| Total Mutual Funds | | | $22,877.81 | | $20,295.75 | -$2,582.06 | $654.84 | |
| **Total Mutual Funds** | | | **$22,877.81** | | **$20,295.75** | **-$2,582.06** | **$654.84** | |

go paperless
Ask about e-delivery
#1 Brokerage Statement, 2009, 2010
DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings *(continued)*

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $271,865.11 | $157,367.06 | -$14,498.05 | $0.00 | $1,032.62 |

Footnotes

Cost Basis on fixed income securities is adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the portfolio system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving continuously callable bonds, foreign bonds, variable rates, bonds in default, index-linked bonds, bonds sold short or bonds that have a negative yield. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns..

3 The cost basis of securities positions acquired prior to the availability of the PORTFOLIO EVALUATION SERVICE for this account, or delivered into this account, has been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

5 Unrealized gains and losses are not reported for securities for which cost basis or market value is not available.

## Messages

**Although a money market mutual fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market mutual fund . Please see the money market mutual fund's prospectus or contact your investment professional for additional information.**

To: Clients who have selected the Deutsche Bank Alex. Brown Insured Deposit Program for Sweep Program investments

Changes in Program Banks have taken place which require your attention.

Please review the Insured Deposit Program documents at www.alexbrown.db.com (where you should click on "Legal Resources" at the bottom of the page and select the link to "DBAB Insured Deposit Program") with particular attention to the List of Program Banks.

You should advise us of Program Banks with whom you carry deposit accounts outside of the Insured Deposit Program, instructing us to exclude them from accepting deposits for your account in the Program, in order to maintain the maximum protection under terms of FDIC coverage.

ADV PART II IS AVAILABLE UPON REQUEST TO YOUR DEUTSCHE BANK SECURITIES INC. CLIENT ADVISOR.

For any position noted as a restricted security, the Market Price reflected is the market price for the unrestricted and freely tradeable security. An investor holding a restricted security may not be able to sell that security at the price indicated, if at all.

## Retirement Account Transactions

| | Tax Year - 2010 | | Tax Year - 2009 | |
|---|---|---|---|---|
| | This Period | Year-to-Date | This Period | Year-to-Date |
| Distributions | | | | |
| Normal | 0.00 | 0.00 | 0.00 | -44,108.65 |
| Total Distributions | $0.00 | $0.00 | $0.00 | -$44,108.65 |
| Federal Tax Withheld on Distributions | | | | |
| Normal | 0.00 | 0.00 | 0.00 | -13,232.60 |
| Total Federal Tax Withheld | $0.00 | $0.00 | $0.00 | -$13,232.60 |

go paperless Ask about e-delivery
#1 Brokerage Statement, 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

Deutsche Bank Alex. Brown
A Division of Deutsche Bank Securities Inc.
P.O. Box 1776, Baltimore, MD 21203

Philadelphia
1735 Market Street, 24th Floor
Philadelphia, PA 19103
(215) 563-2300, (800) 443-7500

**Rollover**
**Individual Retirement**
**Account Statement**

Statement Period: 07/01/2010 - 07/31/2010

## Retirement Account Transactions *(continued)*

| | Tax Year - 2010 This Period | Tax Year - 2010 Year-to-Date | Tax Year - 2009 This Period | Tax Year - 2009 Year-to-Date |
|---|---|---|---|---|
| Total Tax Withheld on Distributions | $0.00 | $0.00 | $0.00 | -$13,232.60 |

NOTE: The amounts shown in the Year-to-Date columns are aggregate amounts of all transactions conducted for a particular transaction type.

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|
| Securities Bought and Sold | | | | | | | |
| 07/28/10 | REINVEST CASH INCOME | DWS CORE FIXED INCOME FUND CLASS A SHRS PURCH. AT $9.33000 FOR ACCRUAL PERIOD ENDING 07/26/10 | 4.882 | | | -45.55 | USD |
| Total Securities Bought and Sold - UNITED STATES DOLLAR | | | | | 0.00 | -45.55 | |
| Dividends and Interest | | | | | | | |
| 07/26/10 | CASH DIVIDEND RECEIVED | 781 SHRS GENERAL ELECTRIC CO COM RD 06/21 PD 07/26/10 | | | | 78.10 | USD |
| 07/28/10 | CASH DIVIDEND RECEIVED | DWS CORE FIXED INCOME FUND CLASS A FOR ACCRUAL PERIOD ENDING 07/26/10 | | | | 45.55 | USD |
| 07/30/10 | MONEY MARKET FUND INCOME RECEIVED | DBAB CASH RESERVE | | | | 0.23 | USD |
| Total Dividends and Interest - UNITED STATES DOLLAR | | | | | 0.00 | 123.88 | |
| Total Value of All Transactions | | | | | 0.00 | 78.33 | |

The price and quantity displayed may have been rounded.

## Customer Service Information

| Your Client Advisor: GG6 | Contact Information |
|---|---|
| R.KENNEY/J.RANTANEN/B.BERNHARDT<br>1735 MARKET STREET<br>24TH FLOOR<br>PHILADELPHIA PA 19103 | Telephone Number: (215) 854-2300<br>Fax Number: (215) 854-1583 |

Prior Year-End Fair Market Value: $228,490.89 will be furnished to the Internal Revenue Service.

go paperless
Ask about e-delivery

#1 Brokerage Statement, 2009, 2010
DALBAR RATED FOR COMMUNICATION

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

# Important Information and Disclosures

### Pricing

Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

The Estimated Price as of Date only appears when the price date does not equal the statement date.

### Reinvestment

The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

### Options

Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Proxy Vote

Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. T he Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Foreign Currency Transactions

Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

▸ go paperless
Ask about e-delivery

#1 Brokerage Statement, 2009, 2010
DALBAR RATED FOR COMMUNICATION

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC