**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|                                                                       :    **Chapter 11**
**In re:**                                                              :
|                                                                       :    **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :
|                                                                       :    **(Jointly Administered)**
|                                         **Debtors.**          :
|                                                                       :
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

      Georgia Faust, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age, and reside in New York, New York.

      2.    I served a true and correct copy of the Fifth Interim Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel, for the Debtors and Debtors in Possession for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period February 1, 2010 Through May 31, 2010 [Docket No. 10795] upon the parties listed on the appended <u>Exhibit A</u> by the delivery methods and on the specified dates listed respective to each party served.

                                                  /s/ Georgia Faust
                                                 Georgia Faust

Sworn to before me this
17th day of August 2010

/s/ James V. Drew
  Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires August 12, 2014**

# EXHIBIT A

**BY HAND DELIVERY ON 8/17/2010**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York 10004

**BY HAND DELIVERY ON 8/17/2010**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Andrew D. Velez-Rivera, Esq.
           Tracy Hope Davis, Esq.

**BY FEDERAL EXPRESS ON 8/16/2010**
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 390
Washington, DC 20004-1008
Attention: Rocco Sica
           Camille S. Biros
           Mary Pat Fox

**BY HAND DELIVERY ON 8/17/2010**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
           Dennis O'Donnell, Esq.
           Evan Fleck, Esq.

**BY HAND DELIVERY ON 8/17/2010**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Shai Y. Waisman, Esq.

**BY HAND DELIVERY ON 8/17/2010**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention: John Suckow
           David Coles

**BY E-Mail ON 8/16/2010**
Feinberg Rozen, LLP
kfeinberg@feinbergrozen.com
Attention: Kenneth Feinberg

**BY E-Mail ON 8/16/2010**
Brown Greer, PLC
bmdeal@browngreer.com
Attention: Brandon Deal