| | |
|---|---|
| **McCAUSLAND, KEEN & BUCKMAN**<br>By: Glenn S. Gitomer, Esquire<br>11 Broadway, Suite 715<br>New York, NY 10004<br>(212) 401-0160<br><br>Radnor Court, Suite 160<br>259 N. Radnor-Chester Road<br>Radnor, PA 19087-5257<br>(610) 341-1000 | *Attorneys for Claimant,*<br>Dr. *Peter Berman* |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Glenn S. Gitomer, Esquire, hereby certify that on August 18, 2010, I caused a true and correct copy of: (1) the **Entry of Appearance and Request for Notice of Glenn S. Gitomer, Esquire**; (2) **Dr. Peter Berman's Response to Debtors' Thirty-First Omnibus Objection to Claims**; (3) **Motion of Claimant, Dr. Peter Berman, For Leave to Amend Proof of Claim**; and (4) **Notice of Hearing** relating thereto, to be served by Federal Express upon the following:

| | |
|---|---|
| Honorable James M. Peck<br>Chambers<br>One Bowling Green<br>New York, NY 10004 | Weil, Gotshal & Manges, LLP<br>Attn: Shai Waisman, Esquire<br>767 Fifth Avenue<br>New York, NY 10153 |
| Office of the United States Trustee<br>For the Southern District of NY<br>Attn: Andy Velez-Rivera, Esq., Paul<br>Schwartzberg, Esq., Brian Masumoto,<br>Esq., Linda Riffkin, Esq., and Tracy<br>Hope Davis, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq., Dennis<br>O'Donnell, Esq., and Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

08-13555-mg    Doc 10854    Filed 08/18/10    Entered 08/18/10 14:44:21    Main Document
Pg 2 of 2
08-13555-mg    Doc 10854    Filed 08/18/10    Entered 08/18/10 14:44:21    Main Document
Pg 2 of 2

08-13555-mg    Doc 10854    Filed 08/18/10    Entered 08/18/10 14:44:21    Main Document
Pg 2 of 2

Electronically by the ECF Filing System on all parties who have requested notice in these Chapter 11 cases

McCAUSLAND KEEN & BUCKMAN

Date: August 18, 2010

By: _____
GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY  10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimant,
Dr. Peter Berman*