B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sabretooth Master Fund, L.P.
Name of Transferee

Merrill Lynch Credit Products, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Sabretooth Capital Management, LLC
405 Lexington Avenue, 50th Floor
New York, NY 10174
Attention: Benjamin Baker
Phone: (212) 542-9198
Fax: (212) 542-9181

Court Claim # (if known): 66800 (23.438% of such claim), which amends Court Claim #27943, which amends Court Claim #15734

Amount of Claim as Filed: $64,000,000.00

Amount of Claim Transferred: $15,000,000.00

Date Claim Filed: 6/7/10, 9/22/09 and 9/17/09, respectively

Debtor: Lehman Brothers Special Financing Inc.

Phone: (212) 542-9198
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 542-9198
Last Four Digits of Acct #: _____

615874.1/2801-00007

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    August 12, 2010_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

615874.1/2801-00007

## PARTIAL EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Merrill Lynch Credit Products, LLC ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Sabretooth Master Fund, L.P. ("Assignee") a pro rata portion to the extent of 15,000,000.00 (the "Claim") in Assignor's rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 66800 (amending proof of claim numbers 27943 and 16734) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Special Financing Inc., Chapter 11 Case No. 08-13888.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

ASSIGNOR

Merrill Lynch Credit Products, LLC

By: _____
Name: RON TOROK
Title: DIRECTOR

ASSIGNEE

Sabretooth Master Fund, L.P.

By: _____
Name: Benjamin Baker
Title: CFO

KL2 26027102