IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC**<br><br>**Lehman Brothers Holdings, Inc**<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-13555 (JMP) Jointly Administered<br><br>**Case No. 08-13555**<br><br><br><br>Claim No.: <u>66139</u> amends Claim No: 2895 |

### N<span>OTICE OF</span> T<span>RANSFER OF</span> C<span>LAIM</span> P<span>URSUANT TO</span> F.R.B.P. R<span>ULE</span> 3001 (<span>E</span>)(2) <span>FOR F</span> C<span>REDITOR,</span> B<span>OSQUE</span> P<span>OWER</span> C<span>OMPANY,</span> L<span>LC, IN THE</span>  A<span>MOUNT OF</span>  $52,669,390.90, <span>TO</span> C.V.I G.V.F. (LUX) M<span>ASTER</span> S.<span>A</span>.R.L.

**To Transferor:**    Bosque Power Company, LLC
c/o PurEnergy Management Services, LLC
Attn: Stephen Parker
1732 West Genese Street
Syracuse, NY  13204

PLEASE TAKE NOTICE that the transfer of <u>$52,669,390.90</u> of the above-captioned  general unsecured claim has been transferred to:

**Transferee:**    C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(F<span>OR</span> C<span>LERK'S</span> O<span>FFICE</span> U<span>SE</span> O<span>NLY</span>):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                            _____
                                            Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Bosque Power Company, LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $ 52,669,390.90 | 66139 |

were transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee") as of May 1, 2009. The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment to Assignee as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park, Fairmile Lane
Cobham, Surrey, KT11 2PD,
England

Signature: 
Name: C. BOTTOMLEY
Title: DIRECTOR
Date: 18TH AUGUST 2010

ASSIGNOR: Bosque Power Company, LLC
Address: c/o PurEnergy Management
Services, LLC
Attn: Stephen Parker
1732 West Genesee Street
Syracuse, NY 13204

Signature:
Name: Stephen Parker
Title: Chief Financial Officer
Date: August 16, 2010

DB1/65418157.2

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number: 08-13555 (JMP) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Bosque Power Company, LLC | X Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Bosque Power Company, LLC c/o Morgan, Lewis & Bockius LLP, Attn: William R. Parish, Jr. 1000 Louisiana Street, Suite 4000, Houston, TX 77002 Telephone number: (713) 890-5190 | Court Claim Number: 2895 (*If known*) Filed on: May 1, 2009 |
| Name and address where payment should be sent (if different from above): Stephen K. Parker Bosque Power Company, LLC c/o PurEnergy Management Services, LLC 1732 West Genesee Street, Syracuse, NY 13204 Telephone number: (315) 448-2266 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed: $52,669,390.90 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

X Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:** See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $_____ Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____    Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any d[ocuments that support the claim, such as promissory notes, purchase] orders, invoices, itemized statements of running a[ccounts, contracts, judgments, mortgages, and security agreem]ents. You may also attach a summary. Attach redacted [copies of documents providing evidence of perfection of] a security interest. You may also attach a summa[ry.]

DO NOT SEND ORIGINAL DOCUMENTS. A[TTACHED DOCUMENTS MAY BE DESTROYED AFTER] SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000066139

Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FILED / RECEIVED

JAN 20 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 1/15/10    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice
Stephen K. Parker address above. Attach copy of power of attorney, if any.
Chief Financial Officer of Bosque Power Company, LLC
1732 West Genesee Street, Syracuse, NY 13204

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Claim Question? Call: 646 282 2490 — Guest

**epiq** debtorMatrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home | Claims | Docket | Key Documents

Home » Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| | | |
|---|---|---|
| **Claim Number** | **Creditor Name** | **Scope** |
| 66139 | Name Starts With | Claims and schedules |
| **Schedule Number** | **Amount** | |
| | Total Claim Value   Equals | |
| | **Claim Date Range** | |
| | to | |
| **Debtor** | | |

Order By: Creditor Name    Results Per Page: 50

[Reset] [Search]

**Results**

Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 66139 | | BOSQUE POWER COMPANY, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: WILLIAM R. PARISH, JR.<br>1000 LOUISIANA STREET, SUITE 4000<br>HOUSTON, TX 77002 | 1/20/2010<br>Claimed Unsecured: | $52,669,390.90<br>$52,669,390.90 | Image |
| | | Debtor: Lehman Brothers Holdings Inc. | Remarks: Amends Claim 2895.<br>CLAIMED CONTINGENT, PARTIALLY UNLIQUIDATED | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.