## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## ORDER RE: DEBTORS' OBJECTION TO THE PROOF OF CLAIM
## FILED BY STEPHEN J. EDELMANN AND JACQUELINE W. EDELMAN

**AND NOW,** this _____ day of _____, 2010, upon

consideration of Debtors' Objection to the proof of claim (the "Claim") filed by Stephen

J. Edelmann and Jacqueline W. Edelmann ("Claimants"), and Claimants' Response

thereto, it is hereby **ORDERED** that Debtors' Objection to the Claim is hereby

**OVERRULED** and Claimants' Amended Proof of Claim (and exhibits thereto), which is

attached as Exhibit "B" to Claimants' Motion for Leave to Amend Proof of Claim which,

in turn, is attached as Exhibit "A" to Claimants' Response to the Objection, is hereby

**ACCEPTED AND DEEMED FILED.**


BY THE COURT:


_____
The Honorable James M. Peck
United States Bankruptcy Judge

**McCAUSLAND, KEEN & BUCKMAN**          *Attorneys for Claimant,*
By:  Glenn S. Gitomer, Esquire          *Stephen Edelmann and*
11 Broadway, Suite 715                  *Jacqueline W. Edelmann*
New York, NY  10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

### STEPHEN J. EDELMANN'S  AND JACQUELINE W. EDELMANN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTON TO CLAIMS

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Stephen J. Edelmann and Jacqueline W. Edelmann (hereinafter "Claimants"), by

their attorneys, McCausland Keen & Buckman, hereby provide this response (hereinafter

"Response") to the Debtors' Thirty-First Omnibus Objection to Claims (hereinafter

"Objection') as follows:

1.    Denied as conclusions of law to which no response is required.

Furthermore, the Objection, the Bankruptcy Code, the Bankruptcy Rules, and the

Procedures Order are documents that speak for themselves.

2.    Admitted in part; denied in part.  It is admitted that Claimants, who are

*pro se* claimants, inadvertently omitted supporting documentation when filing their Proof

of Claim (Claim #31084) (hereinafter the "Claim"). After reasonable investigation, Claimant is without knowledge or information to form a belief as to whether the Debtors have examined any proofs of claim filed in this matter. The remainder is denied as conclusions of law to which no response is required. Furthermore, simultaneously with the filing of this Response, Claimants have filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to attach necessary supporting documentation that was inadvertently omitted.[1] A true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimants request that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the alternative only, Claimants request that the Court hold Debtors' Objections in abeyance until the Motion is heard and decided. The response date for the Motion is October 13, 2010 and the hearing date on the Motion is October 27, 2010.

3.    Denied. It is denied that Debtors have properly reserved the right to object to any Insufficient Documentation Claim as to which the Court does not granted the relief that it requests in its Objection, and whether Debtors may properly do so is denied as a conclusion of law to which no response is required.

4.    Denied as conclusions of law to which no response is required.

5.    Denied as conclusions of law to which no response is required and on the basis that the allegations are based on documents that speak for themselves.

6.    Denied as conclusions of law to which no response is required and on the basis that the allegations are based on documents that speak for themselves.

---

[1] On Exhibit "A" to the Objection, the Debtors incorrectly set forth the amount of Claimants' Claim as $5,000 when, in fact, the Claimants clearly indicated on their Proof of Claim from that their Claim is for the sum of $5,000,000.

7.    Denied as conclusions of law to which no response is required and on the basis that the allegations are based on documents that speak for themselves.

8.    Denied as conclusions of law to which no response is required and on the basis that Bar Date Order is a document that speaks for itself. Furthermore, simultaneously with the filing of this Response, Claimants have filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to attach necessary supporting documentation that was inadvertently omitted. A true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimants request that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the alternative only, Claimants request that the Court hold Debtors' Objections in abeyance until the Motion is heard and decided. The response date for the Motion is October 13, 2010 and the hearing date on the Motion is October 27, 2010.

9.    Admitted in part; denied in part. It is admitted that Claimants received notice of the Bar Date Order via mail only. After reasonable investigation, Claimants are without knowledge or information sufficient to form a belief as to whether the Bar Date Notice was published in any newspaper. Furthermore, the Bar Date Notice is a document that speaks for itself and, therefore, the remainder of this paragraph is denied.

10.    Denied as a conclusion of law to which no response is required and on the basis that the Procedures Order is a document that speaks for itself.

11.    Denied. After reasonable investigation, Claimants are without knowledge or information sufficient to form a belief as to whether the Debtors have reviewed any

3

claims. Moreover, Exhibit "A" to the Objection is a document that speaks for itself. The remainder of this paragraph is denied as conclusions of law to which no response is required. Furthermore, simultaneously with the filing of this Response, Claimants have filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to attach necessary supporting documentation that was inadvertently omitted. A true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimants request that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the alternative only, Claimants request that the Court hold Debtors' Objections in abeyance until the Motion is heard and decided. The response date for the Motion is October 13, 2010 and the hearing date on the Motion is October 27, 2010.

12.    Denied as conclusions of law to which no response is required.

13.    Denied. The Bar Date Order is a document that speaks for itself. The remainder of this paragraph is denied as conclusions of law to which no response is required.

14.    Admitted in part; denied in part. It is admitted that Claimants received notice of the Bar Date Order and that Claimants inadvertently omitted supporting documentation when filing their Claim. The remainder is denied on the basis that the Bar Date Order is a document that speaks for itself. Furthermore, simultaneously with the filing of this Response, Claimants have filed a Motion for Leave to Amend Proof of Claim (the "Motion") seeking to attach necessary supporting documentation that was inadvertently omitted. A true and correct copy of the Motion (with proposed Amended

Proof of Claim and exhibits thereto) is attached hereto as Exhibit "A." Claimants request

that the Court accept the Amended Proof of Claim and exhibits thereto, which is attached

to the Motion as Exhibit "B," thereby rendering the Debtors' Objections moot. In the

alternative only, Claimants request that the Court hold Debtors' Objections in abeyance

until the Motion is heard and decided. The response date for the Motion is October 13,

2010 and the hearing date on the Motion is October 27, 2010.

15.    Denied as conclusions of law to which no response is required.

16.    Denied. After reasonable investigation, Claimants are without knowledge

or information sufficient to form a belief as to whether Debtors have compared the

information in the Claim to the Debtors' schedules, and as to what Debtors may or may

not believe they have confirmed. The remainder is denied as conclusions of law to which

no response is required. Furthermore, simultaneously with the filing of this Response,

Claimants have filed a Motion for Leave to Amend Proof of Claim (the "Motion")

seeking to attach necessary supporting documentation that was inadvertently omitted. A

true and correct copy of the Motion (with proposed Amended Proof of Claim and exhibits

thereto) is attached hereto as Exhibit "A." Claimants request that the Court accept the

Amended Proof of Claim and exhibits thereto, which is attached to the Motion as Exhibit

"B," thereby rendering the Debtors' Objections moot. In the alternative only, Claimants

request that the Court hold Debtors' Objections in abeyance until the Motion is heard and

decided. The response date for the Motion is October 13, 2010 and the hearing date on

the Motion is October 27, 2010.

17.    Denied as conclusions of law to which no response is required.

Furthermore, simultaneously with the filing of this Response, Claimants have filed a

Motion for Leave to Amend Proof of Claim (the "Motion") seeking to attach necessary

supporting documentation that was inadvertently omitted. A true and correct copy of the

Motion (with proposed Amended Proof of Claim and exhibits thereto) is attached hereto

as Exhibit "A."  Claimants request that the Court accept the Amended Proof of Claim and

exhibits thereto, which is attached to the Motion as Exhibit "B," thereby rendering the

Debtors' Objections moot.  In the alternative only, Claimants request that the Court hold

Debtors' Objections in abeyance until the Motion is heard and decided.  The response

date for the Motion is October 13, 2010 and the hearing date on the Motion is October

27, 2010.

      18.     Denied as conclusions of law to which no response is required.

      19.     Denied.  After reasonable investigation, Claimants are without knowledge

or information sufficient to form a belief as to the truth of Debtors' averments.

WHEREFORE, Claimants, Stephen J. Edelmann and Jacqueline W. Edelmann,

respectfully requests that the Court hold this matter in abeyance until such time as the

Court hears and decides Claimants' Motion for Leave to File Amended Proof of Claim

and, if Claimants' Motion is granted, deny the Debtors' Objection as moot.


Respectfully submitted,

McCAUSLAND KEEN & BUCKMAN

Date: <u>August 18, 2010</u>                    By: _____

GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY  10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

*Attorneys for Claimants,*
*Stephen Edelmann and*
*Jacqueline W. Edelmann*

# EXHIBIT "A"

**HEARING DATE AND TIME: October 27, 2010 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 13, 2010 at 4:00 p.m. (Eastern Time)**

| | |
|---|---|
| **McCAUSLAND KEEN & BUCKMAN** | *Attorneys for Claimant,* |
| By: Glenn S. Gitomer, Esquire | *Stephen J. Edelmann and* |
| 11 Broadway, Suite 715 | *Jacqueline W. Edelmann* |
| New York, NY 10004 | |
| (212) 401-0160 | |

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF HEARING ON CLAIMANTS, STEPHEN J. EDELMAN'S AND JACQUELINE W. EDELMANN'S MOTION FOR LEAVE TO AMEND PROOF OF CLAIM

PLEASE TAKE NOTICE, that ClaimantS, Stephen J. Edelmann and Jacqueline

W. Edelmann ("Claimants"), by their attorneys, McCausland Keen & Buckman, upon the

attached Motion for Leave to Amend Proof of Claim ("Motion"), will move before the

Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of

New York, on **October 27, 2010 at 10:00 a.m.**, or as soon thereafter as the Claimants

may be heard, in Courtroom 601 at the United States Bankruptcy Court, One Bowling

Green, New York, New York 10004-1408, for the entry of an order granting the Motion,

a copy of which is attached to the Claimants' Motion.

PLEASE TAKE FURTHER NOTICE, that any responses or objections to the

Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and

(b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format

(which a hard copy delivered directly to Chambers), in accordance with General Order

M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with

General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One

Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the

Claimants, Stephen J. Edelmann and Jacqueline W. Edelmann, McCausland Keen &

Buckman, 11 Broadway, Suite 715, New York, NY 10004 (Attn: Glenn S. Gitomer,

Esq.); (iii) attorneys for the Debtors, Weil, Gotshal & Manges, LLP, 767 fifth Avenue,

New York, New York 10153 (Attn: Shai Waisman, Esq.); (iv) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor,

New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,

Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (v)

attorneys for the official committee of unsecured creditors appointed in these cases,

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New

York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Even Fleck,

Esq.); so as to be so filed and received no later than **October 13, 2010 at 4:00 p.m.**
**(Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no responses or objection to the

Motion are timely filed and served, Claimants may, on or after the Response Deadline,

submit to the Bankruptcy Court an order substantially in the form of the proposed order

annexed to the Motion, which order may be entered with no further notice or opportunity

to be heard offered to any party.

PLEASE TAKE FURTHER NOTICE, that the hearing on the Motion may be

adjourned from time to time without any other announcement other than as set forth in

open Court.

McCAUSLAND KEEN & BUCKMAN

Date: August 17, 2010                    By: _____
                                              GLENN S. GITOMER
                                              11 Broadway, Suite 715
                                              New York, NY 10004
                                              (212) 401-0160

                                              Radnor Court, Suite 160
                                              259 N. Radnor-Chester Road
                                              Radnor, PA 19087-5257
                                              (610) 341-1000

                                              *Attorneys for Claimants,*
                                              *Stephen Edelmann and*
                                              *Jacqueline W. Edelmann*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## ORDER GRANTING CLAIMANTS, STEPHEN J. EDELMANN AND JACQUELINE W. EDELMANN, LEAVE TO FILE AMENDED PROOF OF CLAIM

**AND NOW,** this _____ day of _____, 2010, upon consideration of the Motion of Claimants, Stephen J. Edelmann and Jacqueline W. Edelmann, for Leave to Amend Proof of Claim, it is hereby **ORDERED** that said Motion is **GRANTED**. Claimants, Stephen J. Edelmann and Jacqueline W. Edelmann are hereby granted leave to file the Amended Proof of Claim that is attached to his Motion as Exhibit "B," within ten (10) days of the entry of this Order. Furthermore, the Debtors' objection to Claimants' original Proof of Claim is hereby **OVERRULED** as moot.

BY THE COURT:

_____
The Honorable James M. Peck
United States Bankruptcy Judge

**HEARING DATE AND TIME: October 27, 2010 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 13, 2010 at 4:00 p.m. (Eastern Time)**

McCAUSLAND KEEN & BUCKMAN                    *Attorneys for Claimants,*
By: Glenn S. Gitomer, Esquire                *Stephen J. Edelmann and*
11 Broadway, Suite 715                       *Jacqueline W. Edelmann*
New York, NY 10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257
(610) 341-1000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## MOTION OF CLAIMANTS, STEPHEN J. EDELMANN AND
## JACQUELINE W. EDELMANN, FOR LEAVE TO AMEND PROOF OF CLAIM

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Stephen J. Edelmann and Jacqueline W. Edelmann (hereinafter "Claimants"), by

their attorneys, McCausland Keen & Buckman, hereby move the Court, pursuant to Rule

9006(b)(1) of the Federal Rules of Bankruptcy Procedure, for leave to amend their Proof

of Claim based upon the following:

1.       Claimants filed a Proof of Claim (Claim # 31084) (the "Original Claim")

in the above-referenced matter *pro se* on September 22, 2009, which was the deadline for

filing Proofs of Claim pursuant to the Bar Date Order entered by the Court.  A true and

correct copy of the Original Claim is attached hereto as Exhibit "A."

2.      In the Original Claim, Claimants indicated that the claim relates to securities "Purchased on 5/7/2008" in a joint account. <u>See</u> Original Claim at Sections 2 and 3.

3.      As a result of their *pro se* status, Claimants inadvertently omitted a more specific description of the securities in question and the supporting documentation that they had in their possession.

4.      As a result of the foregoing, on July 19, 2010, the Debtors filed an Omnibus Objection to Claimants' Original Claim ("Objection"), alleging that Claimants did not provide sufficient documentation.[1]

5.      Simultaneously with the filing of this Motion, Claimants filed a Response to Debtors' Objection, requesting that any decision on the Objection be held in abeyance until the resolution of this Motion because, if this Motion is granted, it would moot the Objection.

6.      Claimants propose to file the Amended Proof of Claim that is attached hereto as Exhibit "B."

7.      The Amended Proof of Claim includes the necessary supporting documentation, including, Claimants' May 2008 UBS Financial Services Account Statement showing Claimants' May 7, 2008 purchase of the Lehman Brothers Principal Protected Notes (the "Notes") for the sum of $5,000,000, and Claimants' most recent UBS Financial Services joint Account Statement for July 2010 showing Claimants' current holding of the Notes showing a cost basis of $5,000,000.

8.      Although it is admitted that the Original Claim does not specifically

---

[1] On Exhibit "A" to the Objection, the Debtors incorrectly set forth the amount of Claimants' Claim as $5,000 when, in fact, the Claimants clearly indicated on their Proof of Claim from that their Claim is for the sum of $5,000,000.

comply with the Court's Bar Date Order because of the inadvertent omission of supporting documentation, a bankruptcy court has the power to allow amendment of a defectively filed proof of claim, even after expiration of the deadline for filing such claims. In re Gibraltar Amusements, Ltd., 315 F.2d 210 (2d. Cir. 1963); Matter of Best Refrigerated Exp., Inc., 192 B.R. 503 (Bankr. D. Neb. 1996); See also In re Ridgewood Apartments of DeKalb County, Ltd., 174 B.R. 712 (Bankr. S.D. Ohio 1994) (amendment of proof of claim allowed where amendment relates back to and merely supplements original proof of claim and there would be no undue prejudice to debtor and other creditors.)

9.      Furthermore, filings made by pro se creditors who do not understand the bankruptcy process should be treated with a degree of latitude – in precisely the same way that pleadings filed by pro se litigants are broadly construed. In re Brooks, 370 B.R. 194, 202 (Bankr. C.D.Ill. 2007).

10.     Where a creditor seeks to amend a previously and timely filed, albeit defective, proof of claim, the court must balance the equities to determine whether to allow the amendment, looking to such factors as:  (1) undue prejudice to the opposing party; (2) bad faith or dilatory behavior on the part of the claimant; (3) whether other creditors would receive a windfall if the amendment were not allowed; (4) whether other claimants might be harmed or prejudiced; and (5) the justification for the inability to file the amended claim at the time the original claim was filed. In re Macmillan, Inc., 186 B.R. 35, 49 (Bankr. S.D.N.Y. 1995) (citing Integrated Resources, Inc. v. Ameritrust Co. Nat. Assoc. (In re Integrated Resources, Inc.), 157 B.R. 66, 70 (S.D.N.Y. 1993).

11.     Applying the five above-referenced factors to this matter:  (1) there will be

no prejudice to the Debtors because they had notice of the Original Claim and no

distribution has yet been made to unsecured creditors and, in fact, Claimants are likely to

suffer severe prejudice in the form of a complete loss of their claim if the amendment is

not permitted; (2) there has been no bad faith or dilatory behavior on part of Claimants

since the defects with the Original Claim were the result of mere inadvertency by *pro se*

claimants; (3) other unsecured creditors would receive a inequitable windfall if the

amendment were not allowed because Claimants' share would be redistributed to the

other creditors; (4) no other unsecured creditors will be harmed or prejudiced by the

proposed amendment since no distribution has yet been made; and (5) the defective claim

was the result of inadvertency and Claimants' *pro se* status.  As such, four, if not all five,

of the above factors weigh in favor of allowing the amendment.

12.     In fact, a court must allow a creditor to amend its proof of claim where the

creditor merely omitted supporting documentation from original claim.  Matter of

Stoecker, 5 F.3d 1022 (7th Cir. 1993).

13.     Because the legal points and authorities upon which this Motion relies are

specifically stated herein, Claimants respectfully request that the requirement of service

and filing of a separate memorandum of law pursuant to Rule 9013-1(b) of the Local

Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of

New York be deemed satisfied.

14.     Claimants have provided notice of this Motion pursuant to the Amended

Order Implementing Certain Notice and Case Management Procedures entered in this

case (Dkt. No. 2837).  Claimants submit that no other or further notice need be given.

15.     No prior motion for the relief requested herein has been made to this Court

4

or any other court.

WHEREFORE, Claimants, Stephen J. Edelmann and Jacqueline W. Edelmann, respectfully requests that the Court enter the attached Order granting his Motion for Leave to File Amended Proof of Claim and directing that Claimants file and serve his Amended Proof of Claim within ten (10) days of the entry of such Order.

Respectfully submitted,

McCAUSLAND KEEN & BUCKMAN

Date: August 17, 2010                By:

GLENN S. GITOMER
11 Broadway, Suite 715
New York, NY  10004
(212) 401-0160

Radnor Court, Suite 160
259 N. Radnor-Chester Road
Radnor, PA 19087-5257

*Attorneys for Claimants,*
*Stephen Edelmann and*
*Jacqueline W. Edelmann*

# EXHIBIT "A"

| | **PROOF OF CLAIM** |
|---|---|

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al.<br>Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered) |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| **Lehman Brothers Holdings, Inc.** | 08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000031084

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Stephen and Jacqueline Edelmann
896 Tyner Street
Incline Village, NV  89451

Telephone number: (775) 832-5391    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)
Stephen and Jacqueline Edelmann
PO Box 4914
Incline Village, NV  89450

Telephone number: (775) 832-5391    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 5,000,000
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Purchased on 5/7/2008
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 1992
3a. Debtor may have scheduled account as: Stephen and Jacqueline Edelmann JNTH
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ _____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____  Basis for perfection: _____
Amount of Secured Claim: $ _____  Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

Amount entitled to priority:

$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (*See definition of "redacted" on reverse side.*) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FROM: Jacqueline Kerlin (215)854-1544
Deutsche Bank
1735 Market Street
24
Philadelphia, PA 191037501

FedEx Revenue Barcode

TO: **Lehman Brothers Holdings Claims Pro (212)310-8040**
**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**3rd Floor**
**New York, NY 10017**

CAD#: 1675863
SHIP DATE: 21SEP09
WEIGHT: 1 LB

Ref: 6420408061

SEP 2 3 2009

DELIVERY ADDRESS (FedEx-EDR)

**PRIORITY OVERNIGHT**

TUE
A1
Deliver by:
22SEP09

TRK # 7906 8007 6896     FORM
0201

EWR

10017  -NY-US

# EB OGSA

CLS092009051

# EXHIBIT "B"

**PROOF OF CLAIM**

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Holdings, Inc. | 08-13555 |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Stephen J. Edelmann and Jacqueline W. Edelmann
c/o Glenn S. Gitomer, Esquire
McCausland Keen & Buckman
11 Broadway, Suite 715
New York, NY  10004

Telephone number: 212.401.0160    Email Address: ggitomer@mkbattorneys.com

☒ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 31084
(If known)

Filed on: 9/22/09

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above):

Stephen J. Edelmann and Jacqueline W. Edelmann
P.O. Box 4914
Incline Village, NV  89450

Telephone number: 212.401.0160    Email Address: ggitomer@mkbattorneys.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  Amount of Claim as of Date Case Filed: $  5,000,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.  Basis for Claim:    see attached
(See instruction #2 on reverse side.)

3.  Last four digits of any number by which creditor identifies debtor:    2782
3a. Debtor may have scheduled account as:    N/A
(See instruction #3a on reverse side.)

4.  Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 8/17/10 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

### SUMMARY OF AMENDED PROOF OF CLAIM BY STEPHEN EDELMANN

Stephen J. Edelmann and Jacqueline W. Edelmann's (the "Edelmanns") claim is based on their purchase, in their joint account held with UBS Financial Services, Inc. ("UBS") (Account No. PY 19194 RK), of Lehman Brothers Principal Protected Notes ("PPNs") on May 7, 2008 at a cost of $5,000,000, per their UBS joint Account Statement for May 2007, a copy of which is attached hereto as Exhibit "A."

The Edelmanns continue to hold the Lehman Brothers PPNs as shown by their Second Quarter (April-June 2010) UBS joint Account Statement (Account No. PY 19194 BD), a copy of which is attached hereto as Exhibit "B."

# EXHIBIT "A"

# ❄ UBS

**UBS Financial Services Inc.**
1735 MARKET STREET
36TH FLOOR
PHILADELPHIA, PA  19103-7501

APZ3002168927 0508 X15 PY  0

# Resource Management Account

May 2008

**Account name:** STEPHEN J. EDELMANN
JACQUELINE W EDELMANN JTWROS

**Account number:**  PY  19194 RK

**Your Financial Advisor:**
KENNEY,RANTANEN,KAPLAN,BERNHAR
Phone: 215-496-2000/800-345-7941

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account 555019194.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Planning for retirement? Ask your
Financial Advisor about the numerous
financial strategies we offer and how they
can help you pursue the retirement you
envision.

STEPHEN J. EDELMANN
JACQUELINE W EDELMANN JTWROS
PO BOX 4914
INCLINE VILLAGE  NV 89450-4914



## Value of your account

| | on April 30 ($) | on May 30 ($) |
|---|---|---|
| Your assets | 52,918,973.21 | 52,713,694.15 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$52,918,973.21** | **$52,713,694.15** |

## Tracking the value of your account

$ Millions

52.9 ●

52.7 ●

Apr 2008                                    May 2008

## Sources of your account growth during 2008

| | |
|---|---|
| Value of your account at year end 2007 | $0.00 |
| Net amount you invested | $52,881,201.48 |
| Your investment return: | |
| Dividend and interest income | $117,492.67 |
| Change in market value | -$285,000.00 |
| **Value of your account on May 30, 2008** | **$52,713,694.15** |


UBS

# Your account balance sheet

## Summary of your assets

| | | Value on May 30 ($) | Percentage of your account |
|---|---|---|---|
| A | Cash and money balances | 906,585.05 | 1.72% |
| B | Cash alternatives | 37,092,109.10 | 70.37% |
| C | Equities | 9,850,000.00 | 18.68% |
| D | Fixed income | 0.00 | 0.00% |
| E | Alternative strategies | 0.00 | 0.00% |
| F | Broad commodities | 4,865,000.00 | 9.23% |
| G | Real estate | 0.00 | 0.00% |
| H | Other | 0.00 | 0.00% |
| **Total assets** | | **$52,713,694.15** | **100.00%** |

## Value of your account

$52,713,694.15

## Your current asset allocation

## Eye on the markets

| Index | May 2008 | Year to date |
|---|---|---|
| S&P 500 | 1.29% | -3.80% |
| Russell 3000 | 2.05% | -3.05% |
| MSCI - Europe, Australia & Far East | 1.16% | -2.64% |
| Lehman Brothers Aggregate Bond Index | -1.87% | -1.18% |

**Interest rates on May 30, 2008**
3-month Treasury bills: 1.82%
One-month LIBOR: 2.46%

APZ30003002168928 PZ300017291S 00001 0508X15 0000000 0 PY RK



**UBS**

Resource Management Account
May 2008

Account name:        STEPHEN J. EDELMANN
Account number:      PY 19194 RK

Your Financial Advisor:
KENNEY,RANTANEN,KAPLAN,BERNHAR
215-496-2000/800-345-7941

# Change in the value of your account

| | May 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | $52,918,973.21 | $0.00 |
| Deposits, including securities transferred in | 0.00 | 54,881,201.48 |
| Withdrawals and fees, including securities transferred out | 0.00 | -2,000,000.00 |
| Dividend and interest income | 79,720.94 | 117,492.67 |
| Change in market value | -285,000.00 | -285,000.00 |
| **Closing account value** | **$52,713,694.15** | **$52,713,694.15** |

# Dividend and interest income earned

| | May 2008 ($) | Year to date ($) |
|---|---|---|
| Tax-exempt dividends | 59,212.77 | 92,164.83 |
| Taxable interest | 20,508.17 | 25,327.84 |
| **Total** | **$79,720.94** | **$117,492.67** |

# Summary of gains and losses

Values reported below exclude gains and losses from security tax lots that have been averaged due to dividend reinvestments and products for which gains and losses are not calculated, such as zero coupon investments.

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | May 2008 ($) | Year to date ($) | gains and losses ($) |
| Short term | 0.00 | 0.00 | -285,000.00 |

# Cash activity summary

See the section *Account activity this month* for details. UBS Bank USA deposit account balances are included in the *opening and closing balances* value, and are insured by the FDIC within applicable limits, but are not protected by SIPC. See *Important Information about your statement* on the last two pages of this statement for details about those balances.

| | May 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$886,021.15** | **$0.00** |
| *Additions* | | |
| Deposits and other funds credited | 0.00 | 54,881,201.48 |
| Dividend and interest income | 79,720.94 | 117,492.67 |
| Proceeds from security transactions | 5,000,000.00 | 5,000,000.00 |
| *Total additions* | $5,079,720.94 | $59,998,694.15 |
| *Subtractions* | | |
| Other funds debited | 0.00 | -2,000,000.00 |
| Funds withdrawn for securities bought | -5,059,157.04 | -57,092,109.10 |
| *Total subtractions* | **-$5,059,157.04** | **-$59,092,109.10** |
| **Net cash flow** | **$20,563.90** | **$906,585.05** |
| **Closing balances** | **$906,585.05** | **$906,585.05** |

# UBS Bank USA Deposit Account APY

*Interest period Apr 7 - May 6*

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Apr 7 | $46,914,127.04 |
| Closing UBS Bank USA Deposit balance May 6 | $905,785.55 |
| Number of days in interest period | 30 |
| Average daily balance | $20,619,354.48 |
| Interest earned | $19,764.40 |
| Annual percentage yield earned | 1.17% |

## UBS

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* on the last two pages of this statement.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary - Aggressive/Speculative
Secondary - Moderate

APZ30003002168930 PZ30017Z2915 00001 0508X15 0000000 0 PY RK



# UBS

**Resource Management Account**
May 2008

**Account name:** STEPHEN J. EDELMANN
**Account number:** PY 19194 RK

Your Financial Advisor:
KENNEY, RANTANEN/KAPLAN, BERNHAR
215-496-2000/800-345-7941

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. Gains and losses for zero-coupon investments are not shown. See *Important information about your statement* on the last two pages of this statement for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on May 1 ($) | Closing balance on May 30 ($) | Price per share on May 30 ($) | Average interest rate | Interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA TAX-FREE FUND INC | 0.00 | 906,585.05 | 1.00 | 1.57% | Apr 24 to May 22 | 29 |
| UBS BANK USA DEP ACCT | 886,021.15 | 0.00 | | | | |
| **Total** | **$886,021.15** | **$906,585.05** | | | | |

## Cash alternatives

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized gain or loss* is the difference between the current value and the cost basis. The unrealized gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include any cash dividends that were not reinvested.

## Mutual funds

| Holding | Number of shares | Purchase price per share ($) | Client investment ($) | Cost basis ($) | Price per share on May 30 ($) | Value on May 30 ($) | Unrealized gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| UBS SELECT TAX-FREE INSTITUTIONAL FUND | 37,092,109.100 | | | | 1.000 | 37,092,109.10 | | | |

EAI: $667,658 Current yield: 1.80%

# ❊ UBS

## Your assets (continued)

## Equities

### Structured products

There may be little or no secondary market for structured products. Prices are estimated values obtained from third parties or issuers and do not reflect adjustments taken by such third parties or issuers for financial reporting purposes arising from changes in the market value of such transactions. The value at which you would be able to purchase, sell, enter into, assign or terminate any instrument will be impacted by other factors, such as hedging and transaction costs, credit considerations, bid-ask spreads and market liquidity.

| Holding | Trade date | Quantity | Purchase price per share ($) | Cost basis ($) | Price per share on May 30 ($) | Value on May 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| UBS 100% PPN-ABS RTN BAR RUSSELL 2000 4/09/2009 RULE 144A Symbol: QRTFII  Exchange: OTC | Apr 21, 08 | 500,000,000 | 10.000 | 5,000,000.00 | 9,840 | 4,920,000.00 | -80,000.00 | ST |
| UBS 100% PPN-ABS RTN BAR S&P 500 4/09/2009 RULE 144A Symbol: QFII  Exchange: OTC | Apr 21, 08 | 500,000,000 | 10.000 | 5,000,000.00 | 9,860 | 4,930,000.00 | -70,000.00 | ST |
| **Total** | | | | **$10,000,000.00** | | **$9,850,000.00** | **-$150,000.00** | |

## Broad commodities

### Structured Products

There may be little or no secondary market for structured products. Prices are estimated values obtained from third parties or issuers and do not reflect adjustments taken by such third parties or issuers for financial reporting purposes arising from changes in the market value of such transactions. The value at which you would be able to purchase, sell, enter into, assign or terminate any instrument will be impacted by other factors, such as hedging and transaction costs, credit considerations, bid-ask spreads and market liquidity.

| Holding | Trade date | Quantity | Purchase price per share ($) | Cost basis ($) | Price per share on May 30 ($) | Value on May 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| LB RTN OPTNMZ SEC-PP S&P GSCI ER 5/12/2010 Symbol: QMTTII  Exchange: OTC | May 7, 08 | 500,000.000 | 10.000 | 5,000,000.00 | 9,730 | 4,865,000.00 | -135,000.00 | ST |

## Availability of independent research

Independent third-party research on certain companies covered by UBS Research is available to customers of UBS in the US at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

# ❀ UBS

## Resource Management Account
May 2008

| | |
|---|---|
| **Account name:** | STEPHEN J. EDELMANN |
| **Account number:** | PY 19194 RK |

**Your Financial Advisor:**
KENNEY,RANTANEN,KAPLAN,BERNHAR
215-496-2000/800-345-7941

## Your total assets

### Your assets (continued)

| | Value on May 30 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | 1.72% | | | |
| Cash and money balances | 906,585.05 | | 906,585.05 | | |
| **Cash alternatives** | 37,092,109.10 | 70.37% | | | |
| Mutual funds | | | 667,658.00 | | |
| **Equities** | 9,850,000.00 | 18.68% | 10,000,000.00 | -150,000.00 | |
| Structured products | 4,865,000.00 | 9.23% | 5,000,000.00 | -135,000.00 | |
| **Broad commodities** | | | | | |
| Structured products | | | | | |
| **Total** | **$52,713,694.15** | **100.00%** | **$15,906,585.05** | **$667,658.00** | **-$285,000.00** |

## Account activity this month

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Dividend and interest income** | | | |
| *Tax-exempt dividends* | | | |
| May 23 | Dividend | RMA TAX-FREE FUND INC AS OF 05/22/08 | 55.73 |
| May 30 | Dividend | UBS SELECT TAX-FREE INSTITUTIONAL FUND | 59,157.04 |
| | **Total tax-exempt dividends** | | **$59,212.77** |
| *Taxable interest* | | | |
| May 7 | Interest | UBS BANK USA DEPOSIT ACCOUNT AS OF 05/06/08 | 19,764.40 |
| May 21 | Interest | UBS BANK USA DEPOSIT ACCOUNT | 743.77 |
| | **Total taxable interest** | | **$20,508.17** |
| | **Total dividend and interest income** | | **$79,720.94** |

**Resource Card items for your Attention:**
Simplify your life with 24/7 help from your UBS Concierge. Your concierge is always at your service to assist you with reservations to the hottest restaurant in town, finding the perfect birthday gift or securing tickets to a sold-out event. Refer to your Benefits and Rewards Guide for details.

### UBS Visa Signature credit card summary

| Credit line | Available balance | Outstanding balance | Minimum payment | Payment due date |
|---|---|---|---|---|
| $50,000.00 | $50,000.00 | $0.00 | $0.00 | Jun 15, 2008 |

We provide this information on your UBS Visa Signature credit cards solely as a courtesy to you. The UBS Visa Signature credit card and account are issued by Barclays Bank Delaware. Barclays Bank Delaware sends you the official statement for this account and you should make your payment according to their instructions.

We do not include your card balance in your total account value.

# ✻ UBS

## Account activity this month (continued)

### Security transactions

For more information about the price/value shown for restricted securities, see *Important information about your statement* on the last two pages.

| Date | Activity | Description | Quantity | Value ($) | Price ($) | Proceeds from securities transactions ($) | Funds withdrawn for securities bought ($) | Accrued interest ($) |
|---|---|---|---|---|---|---|---|---|
| May 9 | Sold | UBS SELECT TAX-FREE INSTITUTIONAL FUND | -5,000,000.000 | | | 5,000,000.00 | | |
| May 12 | Bought | L8 RTN OPTIM2 SEC-FP S&P GSCI ER 5/12/2010 | 500,000.000 | | 10.0000000 | | -5,000,000.00 | |
| May 30 | Reinvestment | UBS SELECT TAX-FREE INSTITUTIONAL FUND DIVIDEND REINVESTED AT 1.00 NAV ON 05/30/08 | 59,157.040 | | | | -59,157.04 | |
| **Total** | | | | | | **$5,000,000.00** | **-$5,059,157.04** | |

### Money balance activities

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Apr 30** | **Balance forward** | | **$0.00** |
| May 21 | Bought | RMA TAX-FREE FUND INC | 905,785.55 |
| May 22 | Bought | RMA TAX-FREE FUND INC | 743.77 |
| May 23 | Bought | RMA TAX-FREE FUND INC AS OF 05/22/08 | 55.73 |
| **May 30** | **Closing RMA Tax-Free Fund Inc** | | **$906,585.05** |

The RMA Tax-Free Fund is your primary sweep option.

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Apr 30** | **Balance forward** | | **$886,021.15** |
| May 7 | Deposit | UBS BANK USA DEPOSIT ACCOUNT AS OF 05/06/08 | 19,764.40 |
| May 21 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT | -905,785.55 |
| **May 30** | **Closing UBS Bank USA Deposit Account** | | **$0.00** |

# Important information about your statement

UBS Financial Services Inc. (the "Firm" or "UBS Financial Services"), member of all principal security, commodity and option exchanges. Corporate offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your UBS Financial Services Inc. account. Other records, including instructions affecting your account, should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account.

Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If at the financial institution on the top left at the front of this statement is not UBS Financial Services Inc., UBS Financial Services Inc. is carrying your account as a clearing broker pursuant to a clearing agreement with that other institution, which you were informed of when you opened this account, and your funds and securities are located at UBS Financial Services Inc., and not the introducing broker. All account statements shall be deemed both Firm. All account statements shall be deemed complete and accurate if not objected to in writing within 60 days of the statement postmark.

Customer complaints or inquiries may be directed to the Firm's Client Relations Department at 800-354-9103, 8:00 A.M. to 8:00 P.M. ET Monday through Friday.

**UBS Bank Deposits**

Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, maintains control over the deposit accounts established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $100,000 per depositor, in accordance with the FDIC rules. Further information regarding current yields on the Bank deposits, as well as more information regarding the Deposit Account Sweep Program and alternatives can be found in Program are available at www.ubs.com/sweepyields. More information regarding FDIC insurance is available upon request, or by visiting www.fdic.gov. Deposits at the Bank are not guaranteed by the Firm or any affiliate of the

Firm, and against any pledged by SIPC (see "UBS Financial Services Inc. Account Protection" below).

**UBS Financial Services Inc. Account Protection**

The Firm is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for accountholders of the Firm for up to $500,000, including $100,000 for free cash balances at the Firm in the unlikely event that the Firm fails financially. The SIPC asset protection limits apply to all securities and cash held in your account. For example, if you hold asset held in a particular account by both an accountholder and at the Firm where you are a joint account holder and at the Firm where you are the sole account holder, the two accounts combined with SIPC up to $100,000 for cash balances and your account is protected under SIPC up to $500,000, including $100,000 for cash balances.

The Firm, together with certain affiliates, has also purchased supplemental protection. The maximum amount of protection available for your account, when combined with SIPC protection is up to $1 million in the aggregate for all your account held in a particular capacity at UBS Financial Services Inc. The SIPC account and the supplemental protection is both SIPC protection and the supplemental protection included in your account protection apply to securities and cash in your account, and do not include non-commodity contracts (e.g., foreign exchange and commodities contracts), including futures contracts and precious metal contracts. Note: SIPC and the supplemental protection do not protect against a decline in the value of your securities, even if they otherwise appear on your statements. The supplemental protection do not apply to these assets (e.g., certain (i) cash at UBS Bank USA; (ii) "UBS Bank Deposits" above), (ii) insurance products including variable annuities, and (iii) mutual funds where such shares are registered directly in the name of the account holder on the books and records of the applicable issuer or transfer agent; (iv) limited partnerships and private placements that are not registered under the Securities Act of 1933; and (v) commodities and futures contracts (e.g., foreign currencies, precious metals and other commodities). For more information please contact your Financial Advisor. Also SIPC protection for account(s) maintained by you in different capacities (whether as a result of market movement, otherwise discussed, securities and or their investments in the same capacity) for this purpose because they have owners who also maintain joint account relationships in other accounts. You may obtain more information about SIPC, including the SIPC Brochure, by contacting SIPC. The SIPC website at www.sipc.org. SIPC's telephone number is (202) 371-8300 or by visiting SIPC website at www.sipc.org.

**International Deposit Account ("IDA")**

IDA is an interest-bearing account through UBS AG, UBS Financial Services Inc.'s parent company, at the Client's International Resource Management Account ("IRMA") is automatically "swept" or invested on a daily basis. These automatic deposits made into the IDA are not guaranteed by UBS Financial Services Inc., nor

**Dividend Reinvestment Program ("DRIP")**

The price reflected is an average price and the actual price may be obtained from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares

will be sold and the cash credited to your account. There may be a time difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the shares are sold.

**Cash-in-lieu**

Only whole shares may be held in your account. If you are entitled to a partial (or as a result of a reverse stock split), the partial unit will either sell whole units as unpriced securities at the end of the prior and certain statements providing a partial (and any payment, market price or an amount determined by a registered clearing agency, and credit your account in cash.

**Investment objectives**

The investment objectives you select reflect the overall goals you have for this account and should take into account, not to specific investments within the account. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account's objective, you choose one return objective and one risk profile. The following lists the applicable, secondary risk profile. The following lists the alternatives.

Return objectives
- Conservative – Seeks generation of current income.
- Current income and capital appreciation – Investments seeking both capital appreciation of income and growth of principal.

Risk profiles
- Conservative – Seeks securities most likely to preserve principal; less potential for return.
- Moderate – Seeks greater potential returns; willing to accept higher risk of loss of principal.
- Aggressive/Speculative – Seeks potential for significant appreciation; willing to accept high degree of risk of loss of principal.

**Statement "Householding"**

As a convenience to our clients, the Firm may consolidate all related account statements with the same address in the same envelope. This process is known as "householding." If you do not wish to have all of your envelopes bundled together that is, you prefer to receive individual statements mailed in separate envelopes, you may decline householding by calling your Financial Advisor at the toll-free number listed on your account statements.

**Friendly account name**

The Friendly account name reflects information that you provided to us on the Firm's online services website. It is customizable "nickname" chosen by you to assist you and does not impact the official legal status of your account. Your Financial Advisor(s) does have access to your friendly account name. If you would like to change your friendly account name, please contact your Financial Advisor or access your account information online.

**Account overview**

- **Value of your account/portfolio.** Net of assets and liabilities. Includes uninvested cash, money balances, values for restricted security (est.), and Global Time Deposits, unrealized marks to market, and certain assets not held by the Firm. Does not include accrued securities/interest at the end of the prior and certain statements providing a partial and any payment, unvested stock options and exercisable stock options.
- **Liabilities.** Includes debit balances, outstanding margin loans, credit line, short account balances.
- **Cash/Money balances.** Total of uninvested cash, sweep option and UBS Bank deposit balances at the close of the statement period. Non-commodity free credit balances in your account are not segregated from the Firm's own funds and may be used in the ordinary course of this business. These funds are payable upon your demand. This total is included in the current period closing value.

**Loan summary**

For detailed information on the firm's truth in lending requirements and financial statements, please contact your Financial Advisor. The Firm reserves the right to alter loan purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with firm's guidelines, market conditions and regulatory margin requirements.

Your assets/classes (grouped by category) held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities that are held on margin by paying any balance due on them. All fully paid securities that are held in margin accounts and short sales and to alter its margin transferred to the Firm during the statement period are listed at market value as of the end of the statement period, which may not be the actual purchase price. In determining the cost basis of the securities included in 1:1 cash holdings, the Firm uses the number of shares held or otherwise. This information obtained from sources other than UBS Financial Services Inc., including information from another firm or that you may have provided to us. Financial Services Inc. does not independently verify or guarantee the accuracy of any information provided by sources other than UBS Financial Services Inc. In addition, although UBS Financial Services Inc. has reviewed the information, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, you should not rely on this information in making investment decisions, for tax purposes or otherwise. Accounts transferred to the firm will reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.

- **Callable securities.** Bonds and preferred stock that the issuer can call for early redemption will be selected impartially by lot from among all securities of that issue held at our name or in nominee name for our clients. Call feature information is obtained from third parties and is accurate. Other call features may exist which could affect yield; complete information will be provided upon request.

# Important Information about your statement (continued)

- **Certificates of Deposit (CDs).** CDs are FDIC insured up to $100,000 in principal and accrued interest per depositor per agency or depository institution, in accordance with FDIC rules.

- **Price/Value.** The closing prices and/or mean bid and ask prices of the last recorded transaction of all listed securities, options and OTC NASDAQ securities, when available. Less actively traded securities may be priced using a computerized valuation model and may not reflect an actual market price or value. This information is obtained from third parties and is not guaranteed. Listed and restricted securities generally are not eligible for public sale. For certain pricing and/or quantity (face value) may have been adjusted to facilitate proper valuation for certain purposes of these securities, options, and warrants, the unrestricted stock of the same issuer as an imputed value. Values presented for insurance products are derived using a computerized valuation model and therefore represent an estimated market value. Values presented for insurance products are derived using a computerized valuation model and therefore represent an estimated value. All CD prices are based upon an estimated value for the restricted stock. This imputed value may be substantially less than the actual prices received in connection with a public sale or private sale of these securities. Prices may or may not represent current or future market value. To obtain current quotations, when available, contact your Financial Advisor.

- **Private Investments and Structured Products.** These investment securities and structured products generally are highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We are providing estimated values for informational purposes only. Accuracy is not guaranteed. These values may differ substantially from the value of the securities if they were to be bought or sold. Certain structured product may be bought or sold and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value may not be available at the time you liquidate your position. If any, are supplied to the Firm by the issuer, general partner or sponsor estimated value on different information from that used by third parties to derive their estimated values. Both issuer and third party estimated valued may be reflected on a regular, quarterly, annual or semi-annual basis. You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information which is the basis for the estimate by calling (800) 320-9551 from within the U.S. or from outside the U.S. please call collect at (201) 272-7383. Third party estimated valued may be reflected as "Not priced" in several situations when an independent valuation firm has not supplied or is unable to assign any such value, when we become aware that a material event has occurred which may call a previously reported value into question, or when of a value of the security. In any instance where neither an issuer, general partner or sponsor estimated value nor a third party estimated value is provided, the value of the security will be different from its purchase price. "Distributions in kind" may include return of capital, income or both. "Original unit size" represents the cost basis. The "Trade date" column shows the date the securities were traded.

- **Est. (estimated) Income.** Estimate of annual income based on current dividend and interest rates, assuming the securities will be held for one year from the current statement date or until maturity. This estimate is based on the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the current statement date. Yields are not guaranteed. Information regarding current yields and rates is available. Current money balances (including bank deposits and money market mutual funds) can be viewed at the website. Prices are reflected at the current market value/average current value. This information is based upon the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the current statement date. Yields are not guaranteed.

- **Current yields and Rates.** An estimate of annualized income (dividend and/or interest) divided by the current market value/average current value. This estimate is based on the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the current statement date. Yields are not guaranteed. Information regarding current yields and rates is available.

- **Assets** not held by UBS Financial Services Inc. Certain assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement, these assets are displayed on your statement for informational purposes only. Positions and values represented are for this information, nor guarantees its accuracy. These assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement, these assets are displayed on your statement for informational purposes only. Positions and values represented are for this information, nor guarantees its accuracy. These assets are not covered by the Firm's SIPC coverage.

- **Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees generally payable by the company whose mutual funds we sell, we receive revenue sharing funds to our clients, we receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on the number of accounts at the broker-dealer level and/or the amount of mutual funds of a particular fund family; and (i) the amount of mutual fund assets held by our clients. We also agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family. In addition to commissions received in connection with the sale or distribution of annuity contracts and from investment trust units to our clients, we receive revenue sharing fees in consideration for transfer contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute. Our affiliates also receive trading commissions and insurance or other compensation from mutual funds and insurance companies whose products we distribute. We receive estimated remuneration from UBS Bank USA, a fee of up to 0.50% per annum of amounts deposited with UBS Bank USA under the bank deposit account sweep program.

- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual lots may or may not reflect commissions, charges, nor security reorganization events. Dividend and other reinvestment lots and systematic purchase effect a reduction to display each current lot. The "Trade date" column shows the date the securities were traded.

## Activity

Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you upon request.

- **Open orders.** Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders are reduced only by the amount of any dividends on ex-dividends date unless instructed otherwise by you, or are responsible for orders that are executed due to your failure to cancel existing open orders. Although all types of orders are intended to be accurate, statement data should not be used for tax purposes. Rely only on year-end tax forms, (i.e. form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, and net income on sale transactions.

### Foreign Transactions

American Express converts transactions in foreign currencies into U.S. dollars. Unless a particular rate is required by applicable law, the conversion rate is selected by American Express as a wholesale interbank rate selected on the business day prior to the day on which the transactions are processed by American Express. The currency conversion rate used on the date you used your UBS Select American Express Card. If you are a UBS Select American Express Cardholder, the conversion rate may be different than the rate in effect on the date you used your Card account or to United States, the Card Issuer shall charge a foreign Country Transaction Fee of one-half of one percent (0.50%) of the U.S. dollar amount. The Card Issuer's Foreign Country Transaction Fee is calculated after the conversion process discussed in the previous paragraph.

### Tax Withholding on Distributions from UBS Financial Services Inc. IRA

Federal tax law requires UBS Financial Services Inc. to withhold income tax from your IRA taxable distributions, but you may elect NOT to have income tax withheld or to have income tax withheld at a rate or in a fixed amount as you choose. Your election will remain in effect until revoked by you. You may revoke your election at any time by making a new election. If you do not have enough income tax withheld from UBS Bank USA, a fee of up to .50%, per annum from your distributions, you may be responsible for the payment of estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to your tax obligation.

UBS Financial Services Inc.

Rev   3/08

# EXHIBIT "B"



# UBS

UBS Financial Services Inc.
1735 MARKET STREET
36TH FLOOR
PHILADELPHIA PA 19103-7500

AN23000984979 0610 X12 PY 0

**Account name:** STEPHEN J. EDELMANN

JACQUELINE W EDELMANN JTWROS

**Account number:** PY 19194 BD

**Your Financial Advisor:**
WILLIAM DOUGHERTY
Phone: 215-496-2000/800-345-7941

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ If you use UBS Online Services, consider
changing your User Name and Password
regularly to protect your personal data.
Not enrolled? Go to
ubs.com/onlineservices.

STEPHEN J. EDELMANN
JACQUELINE W EDELMANN JTWROS
PO BOX 4914
INCLINE VILLAGE NV 89450-4914

# Investment Account

Apr. 2010 - Jun. 2010

## Value of your account

| | on March 31 ($) | on June 30 ($) |
|---|---|---|
| Your assets | 0.00 | 0.00 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$0.00** | **$0.00** |

## Tracking the value of your account

$



| Dec 2008 | Dec 2009 | Mar 2010 | Jun 2010 |
|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 |

AN23000300984979 N23000126131 00001 0610X12 00629647O 0 PY BD

# ✻ UBS

## Your account balance sheet

**Account name:** STEPHEN J. EDELMANN
**Account number:** PY 19194 BD

### Summary of your assets

| | | Value on June 30 ($) |
|---|---|---|
| A | Cash and money balances | 0.00 |
| B | Cash alternatives | 0.00 |
| C | Equities | 0.00 |
| D | Fixed income | 0.00 |
| E | Alternative strategies | 0.00 |
| F | Broad commodities | 0.00 |
| G | Real estate | 0.00 |
| H | Other | 0.00 |
| **Total assets** | | **$0.00** |

**Value of your account** $0.00

### Eye on the markets

| Index | June 2010 | Percentage change Year to date |
|---|---|---|
| S&P 500 | -5.24% | -6.66% |
| Russell 3000 | -5.75% | -6.05% |
| MSCI – Europe, Australia & Far East | -1.19% | -12.93% |
| Barclays Capital Aggregate Bond Index 10+ Yrs. | 3.98% | 9.47% |

**Interest rates on June 30, 2010**
3-month Treasury bills: 0.18%
One-month LIBOR: 0.35%

## UBS

Investment Account
Apr. 2010 - Jun. 2010

**Account name:**
**Account number:**

STEPHEN J. EDELMANN
PY 19194 BD

**Your Financial Advisor:**
WILLIAM DOUGHERTY
215-496-2000/800-345-7941

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Capital appreciation
**Your risk profile:**
Primary - Aggressive/Speculative
Secondary - Moderate

✻ UBS

Your notes

# ❄ UBS

**Investment Account**
Apr. 2010 - Jun. 2010

**Account name:** STEPHEN J. EDELMANN
**Account number:** PY 19194 BD

**Your Financial Advisor:**
WILLIAM DOUGHERTY
215-496-2000/800-345-7941

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Broad commodities

## Structured Products

There may be little or no secondary market for structured products. Prices are estimated values obtained from third parties or issuers and do not reflect adjustments taken by such third parties or issuers for financial reporting purposes arising from changes in the market value of such transactions. The value at which you.

would be able to purchase, sell, enter into, assign or terminate any instrument will be impacted by other factors, such as hedging and transaction costs, credit considerations, bid-ask spreads and market liquidity.

| Holding | Trade date | Quantity | Purchase price per share ($) | Value on Jun 30 ($) | Cost basis ($) | Price per share on Jun 30 ($) | Value on Jun 30 ($) | Unrealized gain or loss ($) | Holding period |
|---------|-----------|----------|------------------------------|---------------------|----------------|-------------------------------|---------------------|------------------------------|----------------|
| LB RTN OPTMZ SEC-PP S&P GSCI ER 5/12/2010 IN DEFAULT Symbol: QMTFI Exchange: OTC | | 500,000.000 | | ----This information was unavailable---- | | -------Price was unavailable------- | | | |

## Your total assets

| Broad commodities | * Structured products | Value on Jun 30 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|-------------------|------------------------|---------------------|----------------------------|----------------|------------------------------|------------------------------|
| **Total** | | | | | | |

* Missing cost basis information.

ANZ3000300098498383 NZ3000126131 0001 0610X12 008236470 0 PY BD

⧉ UBS

Your notes

# Important information about your statement

**UBS Bank Deposits**

Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, maintains records concerning the deposit accounts established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $250,000 in accordance with FDIC rules. On October 3, 2008 FDIC deposit insurance temporarily increased from $100,000 per depositor to $250,000 per depositor in the aggregate across various principal and interest combined through December 31, 2013. FDIC insurance coverage changes will apply to funds sweeping into cash USA under the program offered through

**Customer complaints or inquiries may be directed to UBS Financial Services Inc., Client Relations Department, P.O. Box 766 Union City, NJ 07087.** In case of an error or omission in your account, call (877) 528-2977 (toll-free at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday, or written to UBS Financial Services Inc., Client Relations Department at (201) 352-1699 or toll-free at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday, and via email cash at the Firm's back office. It is a good idea to keep the original of your account statements postmark.

All checks should be made payable to the Firm, or the financial institution indicated on the front of this statement. All account statements shall be deemed complete and correct if not objected to in writing within 60 days of the statement postmark.

UBS Financial Services Inc. (the "Firm" or "UBS Financial Services"), a provider of financial, brokerage, security, commodity and options exchanges. Executive offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your UBS Financial Services Inc. account. From our records, executed transactions and account balances should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account. Any oral communications should be re-confirmed in writing to further protect your rights.

**If the indicated institution or entity with the account name and address is other than UBS Financial Services Inc. is carrying your account as clearing broker by arrangement with the Introducing broker, and your funds and securities are located at UBS Financial Services Inc. and not the Introducing broker. In these cases, a report must be made to UBS Financial Services Inc.**

## UBS Financial Services Inc. Account protection

The Securities Investor Protection Corporation (SIPC) provides protection for your account up to $500,000, per customer, including a maximum of $100,000 for claims of cash in accordance with its rules. The SIPC asset protection applies only to the custody of securities held at the Firm where you are the sole account holder and a third account where you are a joint holder, the two accounts are protected under separate a total up to $500,000 (with $100,000 for cash). The Firm, together with certain affiliates, has also purchased supplemental protection. The maximum amount payable to all clients collectively under the supplemental protection is currently limited to $1.9 million in the aggregate for all your accounts held in a particular capacity at UBS Financial Services Inc.

The SIPC protection and the supplemental protection do not apply to (a) certain financial assets controlled by (and included in your account value) but held away from the Firm (e.g., variable annuities, insurance products, including variable annuities, and (ii) shares of mutual funds which such shares are registered directly in the name of the account holder on the books and records of the account's transfer agent); (b) precious metals; and (c) certain other assets. In addition, both SIPC protection and the supplemental protection do not apply to certain investment products that are not registered under the Securities Act of 1933; and (c) limited partnerships and private placements) that are not registered under the applicable rules.

SIPC protection and the supplemental protection do not protect against the decline in value of your securities. For details regarding SIPC protection and commodity option contracts. The SIPC protection and commodity option contracts. More information is available upon request. You may obtain more information about UBS Financial Services Inc. by contacting SIPC, including SIPC brochure, by writing SIPC at 805 15th Street NW, Suite 800, Washington, DC 20005-2215 or via www.sipc.org.

UBS Financial Services Inc. is not a bank. Unless otherwise disclosed, securities and other investments held through UBS Financial Services Inc. **ARE NOT FDIC-INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.**

The Resource Management Accounts (RMA®), Business IDA is an interest-bearing account maintained by UBS AG. UBS Financial Services Inc.'s parent company, at the Cayman Island Branch where the uninvested cash in the Deposit Account Sweep Program and alternatives to that client's International Resource Management Account Deposit Account Sweep Program are held. Further information regarding current yields on the Bank deposits, and important disclosures regarding the Deposit Account Sweep Program and alternatives to that Program is available upon request. More information regarding FDIC insurance is available upon request, or by visiting the FDIC website at www.FDIC.gov. Deposits at the Bank are not protected by SIPC (see "UBS Financial Services Inc. Account Protection" below).

## International Deposit Account ("IDA")

## Dividend Reinvestment Program ("DRIP")

The price reflected is an average price and the actual price may be obtained from your Financial Advisor. When shares are purchased through DRIP, the dividends will be paid and the cash credited to your account. There may be a small difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the partial shares are sold.

## Account overview

- **Value of your account/portfolio.** Net of assets and liabilities.

- **Assets.** Includes uninvested cash, money balances, values for restricted security (etc.), and Global Time Deposits, and shares held by the Firm in street name. Assets not held by the Firm are also displayed but unpriced securities/assets at the end of the price and market price or accept an amount determined by a current statement periods, nor private investments, unvested stock options and exercisable stock options.

- **Liabilities.** Loans, outstanding balances and debit balances (e.g. short and margin).

- **Cash/Money balances.** Total of uninvested cash credit balance plus money fund money market fund sweep option and UBS Bank deposit balances at the close of the statement period. Non-commodity margin purchases and short sales and to clear any margin requirements and due dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements.

## Investment objectives

The investment objectives you select reflect the overall goals you have for this account and apply to the whole account. The Firm will offer will select the account, please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account you hold, you choose one return objective and primary and, if applicable, secondary risk profile. The following lists the alternatives.

## Return objectives

- **Current Income** - Investments seeking generation of income.

- **Capital appreciation** - Investments seeking growth of principal rather than generation of income.

- **Current income and capital appreciation** - Investments seeking both generation of income and growth of principal.

## Risk profiles

- **Conservative** - Seeks securities most likely to preserve principal with low risk.

- **Moderate** - Seeks a greater potential returns, willing to accept higher risk of loss of principal.

- **Aggressive/Speculative** - Seeks potential for significant appreciation, willing to accept high degree of risk of loss of principal.

## Statement "Householding"

As a convenience to you, in some instances we may consolidate all related account statements with the same address in the same envelope. Accounts may be related for this purpose because they have owners who also maintain joint account relationships with other clients at the same address. This practice is known as "householding." If you do not wish to have all of your statements householded together - that is, mailed in separate statements mailed in separate

**Friendly account name**

The friendly account name reflects information that you provided as a "nickname" chosen by you to assist you and your recordkeeping processes. It has no legal effect and does not impact the official legal status of your account. Your Financial Advisor(s) does have access to this friendly account name. If you would like to contact your Financial Advisor or access your account information online.

envelopes - you may decline householding by calling your Financial Advisor at the toll-free number listed on your account statements.

**Your assets**

Itemizes securities/assets (grouped by category) held in your account. For delivery of funds, if you would like to ask for delivery of funds, contact your Financial Advisor at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period. In determining the cost basis of the securities included in this statement, where indicated with the number "1", UBS Financial Services Inc. has relied on information obtained from sources other than UBS Financial Services Inc., including information provided by another firm or that you may have provided your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services Inc. In addition, although UBS Financial Services Inc. generally updates this information as it is received, the

**Loan summary**

For detailed information on the Firm's truth in lending practices, refer to the Firm's Statement of Credit terms provided under separate cover.

# Important information about your statement (continued)

Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, you should not rely on this information in making purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm will reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.

**Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected on a pro rata basis from among those securities held in our name or in nominee name for our clients. Call feature information is obtained from third parties and is accuracy is not guaranteed. Other call features may exist which could affect yield, complete features may exist which could affect yield, complete.

**Certificate of Deposit (CDs).** CDs are FDIC insured up to $250,000 in principal and accrued interest per depositor and per depository institution, in accordance with FDIC rules. On October 3, 2008, FDIC insurance increased temporarily from $100,000 per depositor to $250,000 per depositor for the aggregate (including principal and interest combined) through December 31, 2013.

**Price/Value.** The closing prices above mean bid and ask prices of the last business day or trade price, or may not represent actual transaction of our securities trading in non-conforming denominations, pricing and/or quantity (face value) may have been adjusted to reflect. Less actively traded securities may be unable to assign any such value, when we become aware that a material event has occurred which may call a previously reported value into question, we aware that a material event has occurred which may third-party estimated value is provided, the value of the security will be different from its purchase price at issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security. In any instance where neither an initial reflecting price per unit and may not reflect your cost basis.

**Restricted securities.** Restricted securities generally are not available for public sale. Restricted securities in Financial Services Inc. includes restricted securities in your account for illustrative purposes only. UBS unrestricted stock of the same issuer as an impured value may be substantially less than the actual market statement only. To the extent that restricted securities are eligible for sale, actual current prices received on the resale or surrender of the restricted securities may be substantially less than the imputed value.

**Est. (estimated) income, current yield and current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline, accuracy and continued income are not guaranteed. Income estimates could include a return of principal or capital gains in which case the est. income (and current yield) would be overstated. Est. annual income and current yield in which the accrual basis might be lower or higher than the estimated amounts. An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance.

and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value as of a certain date are supplied to UBS Financial Services Inc. by an independent valuation firm, issuer or sponsor. These values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by your statement for informational purposes only. Both positions and values presented are provided by the issuing firm, and the Firm is not responsible for this information, nor guarantees its accuracy. These assets are not protected by the Firm's SIPC coverage.

**Assets not held by UBS Financial Services Inc.** Certain assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement, these assets are displayed on your statement for informational purposes only.

**Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) particular mutual fund family; and (ii) the amount of mutual fund assets invested through the Firm. We and/or our affiliate also receive networking fees in consideration for transfer agent, the number of accounts at the broker-dealer holding fees generally are paid from investor assets in the trust units to our clients, we and/or our affiliate receive revenue sharing compensation from many of other compensation from mutual funds and insurance sponsors of the unit investment trusts we distribute. Our affiliates also receive trail commissions and unit investment of amounts deposited with UBS Bank USA under the insurance companies underwriting the annuity for amounts deposited with UBS Bank USA under the bank deposit account sweep program.

**Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual lots may not reflect commissions, Dividends and/or reinvestment loss and systematic purchase loss and column presents the average annual column presents the average loss and original transaction trade date.

**Activity**
Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you on request.

**Open orders**
Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders are reduced by the amount of dividends or rights

and money market mutual funds) can be viewed at www.ubs.com/sweepyields or obtained by contacting your Financial Advisor or calling 1-800-762-1000.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely only on year-end tax forms, (i.e. form 1099, 5498, 10425, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest, and taxable securities held in your account, and net proceeds on sale transactions.

on ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for any orders that are executed due to your failure to cancel existing open orders.

**Foreign Transactions**
American Express converts transactions in foreign currencies into U.S. dollars using the trade/service marks of UBS Financial Services Inc. American Express is a federally registered service mark of American Express and is used by UBS pursuant to a license. The UBS American Express Card is issued and administered by Barclays Bank Delaware.

**Tax Withholding on Distributions from UBS Financial Services Inc., IRAs**
UBS Financial Services Inc. is required to withhold Federal tax (and possibly state taxes) on certain distributions from your taxable IRA distribution), but you may elect NOT to have income tax withheld or instead you may elect to have tax withheld at a rate or in a fixed amount as you choose. Your election to withhold tax or at a rate up to 30% per annum revoke your election at any time by making a new election. If you do not have enough income tax withheld from your distributions, you may be responsible for payment of estimated tax. You may incur penalties under the amount elected. The overall amount of estimated tax payments are not equal to your tax obligation.

To obtain a copy of our current Client Privacy Notice, please contact your Financial Advisor or visit our website at http://financialservicesinc.ubs.com/web/PrivacyPolicy.html

The RMA is a brokerage account. Resource Management Account and RMA are registered service marks of UBS Financial Services Inc., American Express is

UBS Financial Services Inc.                                    Rev   1/10