UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                         Debtors.                              :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 10670-
                                                                    10673, 10675, 10678-10681,
                                                                    10685-10686, 10689-10698,
                                                                    10701 & 10703

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
16th day of August, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 10670-10673...10701 & 10703_Aff 08-12-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |          Chapter 11 Case No.
                                           |
                                           |          08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |          (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P.
          C/O HARBINGER CAPITAL PARTNERS
          ATTN: CORRINE GLASS
          450 PARK AVENUE, 30TH FLOOR
          NEW YORK NY 10022

Please note that your claim # 66654 in the above referenced case and in the amount of
    $8,000,000.00        has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS LENDING PARTNERS LLC                              GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P.    MANAGING CLERK
          ATTN: LAUREN DAY                                                RICHARDS KIBBE & ORBE LLP
          30 HUDSON STREET, 36TH FL                                       ONE WORLD FINANCIAL CENTER
          JERSEY CITY NJ 07302                                            NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10670    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/12/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 12, 2010.

**EXHIBIT B**

```
TIME: 19:51:38                                                LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 08/12/10                                                     CREDITOR LISTING

Name                                              Address
AG SUPER FUND INTERNATIONAL PARTNERS,             TRANSFEROR: BANC OF AMERICA SECURITIES LLC 245 PARK AVENUE NEW YORK NY 10167
 L.P.
BANC OF AMERICA SECURITIES LLC                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N. TRYON STREET NC1-027-14-01 CHARLOTTE NC 28255
BANCO BANIF, S.A.                                 ATTN: CRISTINA PORRES DE MATEO/ELENA DIAZ LATORRE PASEO DE LA CASTELLANA, 53 MADRID 28046 SPAIN
BANCO BANIF, S.A.                                 ATTN: MS. CRISTINA PORRES DE MATEO / MS. ELENA DIA LATORRE PASEO DE LA CASTELLANA, 53 MADRID 28046 SPAIN
BANCO BANIF, S.A.                                 WILLIAM M. GOLDMAN, ESQ., VINCENT J. ROLDAN DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BANCO BANIF, S.A.                                 WILLIAM M. GOLDMAN, ESQ. DLA PIPER LLP(US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BANCO BANIF, S.A.                                 MARIA SEGIMON, ESQ. DLA PIPER SPAIN S.L. PASEO DE LA CASTELLANA, 32-5 28046 MADRID SPAIN
BANCO BANIF, S.A.                                 MARIA SEGIMON, ESQ. DLA PIPER SPAIN S.L. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BERYL FINANCE LIMITED SERIES 2005-4               C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-4               MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BOTTICELLI, L.L.C.                                TRANSFEROR: BANC OF AMERICA SECURITIES LLC 245 PARK AVENUE NEW YORK NY 10167
CFIP MASTER FUND LTD                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606
CFIP MASTER FUND, LTD.                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606
CITIGROUP GLOBAL MARKETS INC                      DOUGLAS R. DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC                      TRANSFEROR: BANCO BANIF, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: BANCO BANIF, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN
                                                  KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. 30 HUDSON STREET, 36TH FL; ATTN: A. CADITZ JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS L.P. C/O Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS, L.P. 30 HUDSON STREET, 36TH FL; ATTN: A. CADITZ JERSEY CITY NJ 07302
HARBINGER CAPITAL PARTNERS SPECIAL                HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110
 SITUATIONS FUND, L.P.
HARBINGER CAPITAL PARTNERS SPECIAL                C/O HARBERT CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVE 30TH FL NEW YORK NY 10022
 SITUATIONS FUND, L.P.
HARBINGER CAPITAL PARTNERS SPECIAL                C/O HARBINGER CAPITAL PARTNERS ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022
 SITUATIONS FUND, L.P.
HARBINGER CAPITAL PARTNERS SPECIAL                C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022
 SITUATIONS FUND, L.P.
HARBINGER CAPITAL PARTNERS SPECIAL                BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110
 SITUATIONS FUND, L.P.
ICP PENDULUM FUND I, L.P.                         STROOCK & STROOCK & LAVAN LLP ATTN: DENISE K. WILDES 180 MAIDEN LANE NEW YORK NY 10038
ICP PENDULUM FUND I, L.P.                         STROOCK & STROOCK & LAVAN LLP ATTN: HAROLD OLSEN 180 MAIDEN LANE NEW YORK NY 10038
ICP PENDULUM FUND I, L.P.                         C/O INSTITUTIONAL CREDIT PARTNERS LLC 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-4 C/O LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS, 40TH FL
                                                  NEW YORK NY 10020
                                                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: ICP PENDULUM FUND I, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX LP                              TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                            TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                                 TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                             TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A LP                            TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B LP                           TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, LP                           TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD, STE 1500 MINNEAPOLIS MN 55437

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:51:38                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:    2
DATE: 08/12/10                                         CREDITOR LISTING

Name                                      Address
THE VARDE FUND X (MASTER) LP              TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
UBS AG                                    ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                    BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022
VARDE INVESTMENT PARTNERS (OFFSHORE)      TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
  MASTER LP
VARDE INVESTMENT PARTNERS LP              TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed      51
```

EPIQ BANKRUPTCY SOLUTIONS, LLC