UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.                        :
:
------------------------------------------------------------------x    Ref. Docket Nos. 10641,
10652, 10654, 10656-10657,
10659 & 10660

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                          */s/ Lauren Rodriguez*
10th day of August, 2010                         Lauren Rodriguez

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 10641, 10652, 10654, 10656-10657, 10659 & 10660_Aff 08-09-10.doc

# EXHIBIT A

08-13555-mg    Doc 10872    Filed 08/18/10    Entered 08/18/10 16:53:19    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____ |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE          CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE
      ATTN: PETER SOMOGYI & JENO PINTER                     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
      SZABADSAG TER 7                                       ATTN: DOUGLAS R. DAVIS
      BUDAPEST     H-1051                                   1285 AVENUE OF THE AMERICAS
      HUNGARY                                               NEW YORK NY 10019-6064
```

Please note that your claim # 55403-16 in the above referenced case and in the amount of
       $32,308,503.00       has been transferred **(unless previously expunged by court order)**

```
      CITIGROUP GLOBAL MARKETS INC.                          CITIGROUP GLOBAL MARKETS INC.
      TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE  PAUL WEILL RIFKIND WHARTON & GARRISON LLP
      ATTN: MARC HEIMOWITZ                                   ATTN: DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FL                           1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                                      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10641    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/09/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 9, 2010.

**EXHIBIT B**

```
TIME: 20:05:20                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 08/09/10                              CREDITOR LISTING

Name                                                Address
BRITISH AIRWAYS PLC                                 C/O MICHAEL T. CONWAY LECLAIRRYAN 830 THIRD AVENUE, FIFTH FLOOR NEW YORK NY 10022
CITIBANK EUROPE PLC. HUNGARIAN BRANCH               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
  OFFICE
CITIBANK EUROPE PLC. HUNGARIAN BRANCH               ATTN: PETER SOMOGYI & JENO PINTER SZABADSAG TER 7 BUDAPEST H-1051 HUNGARY
  OFFICE
CITIGROUP GLOBAL MARKETS INC.                       PAUL WEILL RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CONTRARIAN FUNDS, LLC                               TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CONTRARIAN FUNDS, LLC                               TRANSFEROR: UBS AG ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CREDIT SUISSE INTERNATIONAL                         TRANSFEROR: EUROVITA ASSICURAZIONI SPA ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010
GOLDMAN SACHS LENDING PARTNERS LLC                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: BRITISH AIRWAYS PLC C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: BRITISH AIRWAYS PLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GRUSS GLOBAL INVESTORS MASTER FUND                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065
  (ENHANCED) LTD.
GRUSS GLOBAL INVESTORS MASTER FUND                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE
  (ENHANCED), LTD.
GRUSS GLOBAL INVESTORS MASTER FUND, LTD.            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                    NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                    NEW YORK NY 10004
UBS AG                                              ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                              BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022

Total Number of Records Printed         18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC