UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (JMP)
                                                                       :
Debtors.                                                               :
                                                                       :
----------------------------------------------------------------------x   Ref. Docket Nos. 10663,
                                                                          10664, 10665 & 10667

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
Sworn to before me this                                  Lauren Rodriguez
12th day of August, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

08-13555-mg Doc 10874 Filed 08/18/10 Entered 08/18/10 16:54:48 Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
              Debtors.                     |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CREDIT SUISSE                              CREDIT SUISSE
          ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
          1 MADISON AVE                              ATTN: RICHARD LEVIN
          NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                     825 EIGHTH AVENUE
                                                     NEW YORK NY 10019
```

Please note that your claim # 55829-30 in the above referenced case and in the amount of
            $0.00         has been transferred **(unless previously expunged by court order)**

```
          DEUTSCHE BANK AG, LONDON BRANCH (UK)
          TRANSFEROR: CREDIT SUISSE
          ATTN: KAIRI JAMES
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON     EC2N 2DB
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10663      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/10/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 10, 2010.

**EXHIBIT B**

```
TIME: 18:52:57                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 08/10/10                                             CREDITOR LISTING

Name                                            Address
CITIBANK INTERNATIONAL PLC, GREECE              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
 BRANCH
CITIBANK INTERNATIONAL PLC, GREECE              ATTN: YIANNIS ZOGRAPHAKIS 8 OTHONOS STR. ATHENS    10557 GREECE
 BRANCH
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: CITIBANK INTERNATIONAL PLC, GREECE BRANCH ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CREDIT SUISSE                                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC              MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                JERSEY CITY NJ 07302
HARBINGER CAPITAL PARTNERS MASTER FUND I        C/O HARBINGER CAPITAL PARTNERS ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022
HARBINGER CAPITAL PARTNERS MASTER FUND I        HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110
 LTD
HARBINGER CAPITAL PARTNERS MASTER FUND I        HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE A BRENNAN BOSTON MA 02110
 LTD
HARBINGER CAPITAL PARTNERS MASTER FUND I        C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022
 LTD


Total Number of Records Printed        16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC