**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: 
In re                                                                    :    Chapter 11 Case No.
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**       :    08-13555 (JMP)
                                                                         :
      Debtors.                              :    (Jointly Administered)
                                                                         :
-----------------------------------------------------------------------x    Ref. Docket Nos. 10744-10745

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                          ) ss.:
COUNTY OF NEW YORK    )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2010, I caused to be served the:

    a. "Monthly Operating Report [March 2010 – Supplemental]," dated August 13, 2010 [Docket No. 10744], and

    b. "Monthly Operating Report [July 2010]," dated August 13, 2010 [Docket No. 10745],

    by causing true and correct copies to be:

    i. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
17th day of August, 2010

_____
Notary Public

_____
Sena Sengun

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**EXHIBIT B**

**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| BMiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| Brian.Corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

**Email Service List**

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | DPiazza@HodgsonRuss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

**Email Service List**

| | |
|---|---|
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | GGraber@HodgsonRuss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |

**Email Service List**

| | |
|---|---|
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | James.Sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | Jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |

Pg 11 of 19

**Email Service List**

| | |
|---|---|
| jfalgowski@reedsmith.com | jlscott@reedsmith.com |
| jfinerty@pfeiferlaw.com | jmaddock@mcguirewoods.com |
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |

**Email Service List**

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

**Email Service List**

| | |
|---|---|
| Lmay@coleschotz.com | mbenner@tishmanspeyer.com |
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| MAOFILING@CGSH.COM | mhopkins@cov.com |
| Marc.Chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| Marvin.Clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | MJR1@westchestergov.com |
| matthew.morris@lovells.com | mkjaer@winston.com |

**Email Service List**

| | |
|---|---|
| mlahaie@akingump.com | Nherman@morganlewis.com |
| MLandman@lcbf.com | nissay_10259-0154@mhmjapan.com |
| mmendez@hunton.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | paronzon@milbank.com |
| monica.lawless@brookfieldproperties.com | patrick.oh@freshfields.com |
| mpage@kelleydrye.com | patrick.schmitz-morkramer@lehman.com |
| mpfeifer@pfeiferlaw.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |

**Email Service List**

| | |
|---|---|
| ptrostle@jenner.com | RJones@BoultCummings.com |
| pwirt@ftportfolios.com | RLevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | Robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | Robin.Keller@Lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| RHS@mccallaraymer.com | russj4478@aol.co |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |

**Email Service List**

| | |
|---|---|
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| Schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| Scott.Gibson@dubaiic.com | SRee@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | Streusand@StreusandLandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |

**Email Service List**

| | |
|---|---|
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| TGoren@mofo.com | walter.stuart@freshfields.com |
| thomas.califano@dlapiper.com | wanda.goodloe@cbre.com |
| thomas.ogden@dpw.com | WBallaine@lcbf.com |
| Thomas_Noguerola@calpers.ca.gov | wbenzija@halperinlaw.net |
| thomaskent@paulhastings.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | wheuer@dl.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wiltenburg@hugheshubbard.com |
| tkiriakos@mayerbrown.com | wisotska@pepperlaw.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmayer@kramerlevin.com | wswearingen@llf-law.com |
| tnixon@gklaw.com | wtaylor@mccarter.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |

# EXHIBIT C

**Fax Service List**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |