# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Special Financing Inc.,   Case Nos. 08-13555
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrill Lynch Credit Products, LLC            Hewlett-Packard Company
_____            _____
Name of Transferee                              Name of Transferor

Court Claim #: 23859 ($65,328,889.00, the "Proof of Claim Amount")

Settled Amount: Claim 23859 has been settled in the amount of $63,400,000

Please note that on July 23, 2010, Hewlett-Packard Company entered into a Settlement Agreement with LBSF, in order to allow Claim 23859 in the amount of $63,400,000 (the "Settled Amount"). Accordingly, the Proof of Claim should also be revised to reflect the Settled Amount.

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Gary Cohen and Ron Torok
Tel: 646-855-7450
Email: g.cohen@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____        Date: __8/17/2010__
Name: Ron Torok
Title: Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Hewlett-Packard Company

Hewlett-Packard Company, a corporation organized under the laws of California, with offices located at 3000 Hanover Street, Palo Alto, CA 94304 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("LBSF") in the amount of $65,328,889.00, docketed as Claim No. 23859 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Please note that, on July 23, 2010, Seller entered into a settlement agreement with LBSF, in order to allow the Claim in the amount of $63,400,000 (the "Claim"). Accordingly, the Proof of Claim should be revised to reflect the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13 day of August, 2010.

WITNESS:  
(Signature)

Name: NITESH SHARAN  
Title: DIRECTOR TREASURY  
(Print name and title of witness)

HEWLETT-PACKARD COMPANY  
By: /s/ Scott Bilter  
(Signature of authorized corporate officer)  
Name: SCOTT BILTER  
Title: VP TREASURY  
Tel.: 650-857-8409

WITNESS:

(Signature)

Name:  
Title:  
(Print name and title of witness)

MERRILL LYNCH CREDIT PRODUCTS, LLC

By:  
(Signature of authorized corporate officer)  
Name:  
Title:  
Tel.:

B-1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Hewlett-Packard Company

Hewlett-Packard Company, a corporation organized under the laws of California, with offices located at 3000 Hanover Street, Palo Alto, CA 94304 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("LBSF") in the amount of $65,328,889.00, docketed as Claim No. 23859 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Please note that, on July 23, 2010, Seller entered into a settlement agreement with LBSF, in order to allow the Claim in the amount of $63,400,000 (the "Claim"). Accordingly, the Proof of Claim should be revised to reflect the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _____ day of August, 2010.

WITNESS:

_____
(Signature)

Name:
Title:
(Print name and title of witness)

WITNESS:

__/s/_____
(Signature)

Name: JEFF BENSON
Title: ASSOCIATE
(Print name and title of witness)

HEWLETT-PACKARD COMPANY

By:_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

MERRILL LYNCH CREDIT PRODUCTS, LLC

By:_____/s/_____
(Signature of authorized corporate officer)

Name: BRIAN CALLAHAN
Title: MANAGING DIRECTOR
Tel.: [redacted]

B-1

#12914326 v5
KL2 2662971.3