# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Special Financing Inc.,    Case Nos. 08-13555
                                                  Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrill Lynch Credit Products, LLC            Willow Re Ltd.
_____                   _____
Name of Transferee                             Name of Transferor

                                               Claim No.: 66800 (amending proof of claim numbers
                                               27943 and 15734)

                                               Transferred Amount: $64,000,000.00

Name and Address where notices to Transferee
should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Gary Cohen and Ron Torok
Tel: 646-855-7450
Email: g.cohen@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____          Date: 8/18/2010
Name: Ron Torok
Title: Director

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Willow Re Ltd. ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto MERRILL LYNCH CREDIT PRODUCTS, LLC ("Assignee") all rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 66800 (amending proof of claim numbers 27943 and 15734) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as in re Lehman Brothers Special Financing Inc., Chapter 11 Case No. 08-13888.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

**ASSIGNOR:**

WILLOW RE LTD.

_____

Name: L. HADDLETON
Title: DIRECTOR

**ASSIGNEE:**

MERRILL LYNCH CREDIT PRODUCTS, LLC

_____

NAME: RON TOROK
TITLE: DIRECTOR