MARTIN S. SIEGEL
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

STEVEN B. LEVINE
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Attorneys for the ad hoc group of LBT Noteholders (the "LBT Ad Hoc Group")

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) Hon. James M. Peck |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

1. PLEASE TAKE NOTICE that the law firm of Brown Rudnick LLP hereby appears on behalf of the LBT Ad Hoc Group. The members of the LBT Ad Hoc Group, whose names and addresses are set forth in Schedule A, attached hereto, or their managed fund entities, are beneficial holders of, or the holders or managers of various accounts with investment authority, contractual authority or voting authority over, notes (the "LBT Notes" and holders thereof, the "LBT Noteholders") issued by Lehman Brothers Treasury Co. B.V. ("LBT"), a non-Debtor, and guaranteed by Debtor Lehman Brothers Holdings, Inc. ("LBHI"). The members of the LBT Ad Hoc Group or their managed fund entities are collectively the beneficial holders of

The members of the LBT Ad Hoc Group or their managed fund entities collectively are the beneficial holders of approximately $1.7 billion in face amount of LBT Notes, and have corresponding claims against LBHI arising from LBHI's guarantee of the LBT Notes.[1]

Pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Brown Rudnick LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon it at the following offices, postal addresses and e-mail addresses:

| | |
|---|---|
| **MARTIN S. SIEGEL** | **STEVEN B. LEVINE** |
| **BROWN RUDNICK LLP** | **BROWN RUDNICK LLP** |
| Seven Times Square | One Financial Center |
| New York, NY 10036 | Boston, MA 02111 |
| Telephone: (212) 209-4800 | Telephone: (617) 856-8200 |
| Facsimile: (212) 209-4801 | Facsimile: (617) 856-8201 |
| E-mail: msiegel@brownrudnick.com | Email: slevine@brownrudnick.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rule and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivers, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these chapter 11 cases, including the LBT Ad Hoc Group; (ii) affects, or seeks to affect (a) the above-

---

[1] Although members of the LBT Ad Hoc Group or their managed fund entities may hold other claims against LBHI or its affiliates, Brown Rudnick represents such members only in their capacity as members of the LBT Ad Hoc Group unless otherwise indicated.

captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by the LBT Ad Hoc Group.

PLEASE TAKE FURTHER NOTICE that the LBT Ad Hoc Group does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions setoffs or recoupments to which the LBT Ad Hoc Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the LBT Ad Hoc Group expressly reserves.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  New York, New York                    Respectfully submitted,
        August 19, 2010
                                              **BROWN RUDNICK LLP**


                                              /s/ Steven B. Levine _____
                                              Martin S. Siegel
                                              Seven Times Square
                                              New York, NY 10036
                                              Telephone: (212) 209-4800
                                              Facsimile: (212) 209-4801

                                              Steven B. Levine
                                              One Financial Center
                                              Boston, MA 02111
                                              Telephone: (617) 856-8200
                                              Facsimile: (617) 856-8201

# 1767314

# Schedule A - Members of LBT Ad Hoc Group

**Aurelius Capital Management, LP**
535 Madison Avenue
22nd Floor
New York, NY 10022

**Citigroup Global Markets, Inc.**
390 Greenwich Street
New York, NY10013

**Cyrus Capital Partners LP**
399 Park Avenue
39th Floor
New York, NY 10022

**Fir Tree Partners LP**
505 Fifth Avenue
23rd Floor
New York, NY 10017

**Ore Hill Partners LLC**
650 Fifth Avenue
9th Floor
New York, NY 10019

**Monarch Alternative Capital LP**
535 Madison Avenue
New York, NY 10022

**The Royal Bank of Scotland plc**
135 Bishopsgate
London, UK
EC2M 3UR

**Silverpoint Capital LP**
2 Greenwich Plaza
Greenwich, CT 06830

**TPG Opportunity Fund I, LP**
345 California Street, Suite 3300
San Francisco, California 94104

**Värde Partners, Inc.**
8500 Normandale Lake Boulevard
Suite 1500
Minneapolis, MN 55437