**MARTIN S. SIEGEL**
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

**STEVEN B. LEVINE**
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Attorneys for the ad hoc group of LBT Noteholders (the "LBT Ad Hoc Group")

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) Hon. James M. Peck |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Peter J. M. Declercq, a partner at the law firm of Brown Rudnick LLP and a member in good standing of the New York State Bar Association, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the LBT Ad Hoc Group in the above referenced case, as described in the Verified Statement Of Brown Rudnick LLP Pursuant To Bankruptcy Rule 2019(a), filed August 19, 2010.  My office, e-mail address, and telephone and fax numbers are as follows:

> Peter J.M. Declercq
> Brown Rudnick LLP
> 8 Clifford Street
> London, UK W1S 2LQ

1

+44 207 851 6065 (Telephone)
+44 207 851 6100 (Facsimile)
pdeclercq@brownrudnick.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: August 19, 2010
London, UK

/s/ Peter J.M. Declercq\_\_\_\_
Peter J. M. Declercq

# 1767311

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2010, a true a correct copy of the foregoing was served on all registered ECF participants through the Court's ECF system at the email addresses registered with the Court.

                                                               /s/ Allison M. Savage
                                                               Allison M. Savage

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>., | ) Case No. 08-13555 (JMP) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) Hon. James M. Peck |
| | ) |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
<u>OF PETER J.M. DECLERCQ</u>**

Upon the motion of Peter J. M. Declercq, dated August 19, 2010, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Peter J. M. Declercq is admitted to practice *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE