**MARTIN S. SIEGEL**
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

**STEVEN B. LEVINE**
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Attorneys for the ad hoc group of LBT Noteholders (the "LBT Ad Hoc Group")

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 08-13555 (JMP) <br> ) Jointly Administered <br> ) <br> ) <br> ) Hon. James M. Peck <br> ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    I, Rebecca L. Fordon, an attorney at the law firm of Brown Rudnick LLP and a member in good standing of the bar in the Commonwealth of Massachusetts, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the LBT Ad Hoc Group in the above referenced case, as described in the Verified Statement Of Brown Rudnick LLP Pursuant To Bankruptcy Rule 2019(a), filed August 19, 2010. My office, e-mail address, and telephone and fax numbers are as follows:

        Rebecca L. Fordon
        Brown Rudnick LLP
        One Financial Center
        Boston, MA 02111

08-13555-mg    Doc 10886    Filed 08/19/10    Entered 08/19/10 11:02:10    Main Document
Pg 2 of 4

617-856-8200 Telephone
617-856-8201 Facsimile
rfordon@brownrudnick.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: August 19, 2010
      Boston, Massachusetts

/s/ Rebecca L. Fordon___
Rebecca L. Fordon

# 1767313

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2010, a true a correct copy of the foregoing was served on all registered ECF participants through the Court's ECF system at the email addresses registered with the Court.

    /s/ Allison M. Savage
    Allison M. Savage

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13555 (JMP)<br>) Jointly Administered<br>)<br>)<br>) Hon. James M. Peck<br>) |

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PETER J.M. DECLERCQ

Upon the motion of Rebecca L. Fordon, dated August 19, 2010, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Rebecca L. Fordon is admitted to practice *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE