UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

# VERIFIED STATEMENT OF BROWN RUDNICK LLP
# PURSUANT TO BANKRUPTCY RULE 2019(a)

The firm of Brown Rudnick LLP ("Brown Rudnick"), hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Brown Rudnick appears in these chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors in possession (collectively, the "Debtors") on behalf of several parties.

2. First, as described in the Verified Statement of Brown Rudnick LLP pursuant to Fed. R. Bankr. P. 2019(a) dated December 23, 2009 [Docket No. 6355], Brown Rudnick represents an ad hoc consortium (the "LBSF Consortium") of Debtor Lehman Brothers Special Financing Inc. ("LBSF") claimants, whose members are the beneficial owners of, or the holder or manager of various accounts with investment authority, contractual authority or voting authority over claims against and/or interests in LBSF arising out of applicable agreements, in law or equity. The current members of the LBSF Consortium are set forth in Schedule A, attached hereto.

3. The members of the LBSF Consortium, an unofficial consortium, are the beneficial owners of approximately $1.1 billion in aggregated claims against LBSF.

4. Certain of the members of the LBSF Consortium, affiliates thereof, or funds that they manage, are or may be the beneficial owner of claims against Lehman Brothers Holdings Inc., its affiliates or subsidiaries.

5. Brown Rudnick was approached by the members of the LBSF Consortium to discuss the treatment of LBSF claimants. The LBSF Consortium has also requested that Counsel represent it in connection with the Chapter 11 Cases.

6. Second, Brown Rudnick represents the LBT Ad Hoc Group, whose names and addresses are set forth in Schedule B, attached hereto. The members of the LBT Ad Hoc Group or their managed fund entities are beneficial holders of or the holders or managers of various accounts with investment authority, contractual authority or voting authority over notes (the "LBT Notes" and holders thereof, the "LBT Noteholders") issued by Lehman Brothers Treasury Co. B.V. ("LBT"), a non-Debtor that is the subject to Dutch insolvency proceedings, and guaranteed by LBHI.

7. The members of the LBT Ad Hoc Group or their managed fund entities collectively are the beneficial holders of approximately $1.7 billion in face amount of LBT Notes, and have corresponding claims against LBHI arising from LBHI's guarantee of the LBT Notes.

8. Brown Rudnick was initially approached by members of the LBT Ad Hoc Group to evaluate the treatment of claims held against LBT in connection with LBT's Dutch insolvency proceedings. The LBT Ad Hoc Group has also requested that Brown Rudnick represent it in connection with the Chapter 11 Cases.

9. While members of the LBT Ad Hoc Group, the LBSF Consortium, or their respective managed fund entities may hold other claims against LBHI or its affiliates, Brown

2

Rudnick represents such members only in their capacity as members of, respectively, the LBT Ad Hoc Group or LBSF Consortium, unless otherwise indicated.

10. As of the date hereof, Brown Rudnick does not hold a claim against LBSF, LBT, or any of the above-captioned Debtors.

11. Third, Brown Rudnick represents other creditors of the Debtors, as originally set forth in the First Amended Verified Statement pursuant to Fed. R. Bankr. P. 2019(a) dated September 29, 2008 [Docket No. 436]. Brown Rudnick currently represents the following entities (or their managed fund entities), each acting separate and apart from the LBSF Consortium, LBT Ad Hoc Group or any other group in connection with these cases.

   a. Altova, Inc.
      900 Cummings Center, Suite 314-T
      Beverly, MA 01915-6181

   b. Newport Global Advisors LP
      21 Waterway Avenue, Suite 150
      The Woodlands, TX 77380

   c. Providence Equity Partners
      50 Kennedy Plaza, 18th Floor
      Providence, RI 02903

   d. Goldentree Credit Opportunity Master Fund Ltd.
      300 Park Avenue, 21st Floor
      New York, NY 10022.

12. Brown Rudnick may also represent or advise, or may have represented or advised, other parties in interest in these cases that have not been included in this statement because (a) such parties have not appeared in these cases; (b) such representations have been concluded; and/or (c) Brown Rudnick represents or represented such parties in interest individually, separate and apart from any other party in interest, and has filed no substantive pleadings on behalf of such parties. These parties in interest may include commercial and investment banks, private

equity and hedge funds, foreign municipalities, and other financial institutions, exchanges and clearing organizations.

13. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Brown Rudnick reserves the right to revise and supplement this statement.

Dated: August 19, 2010                    Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ William R. Baldiga _____
William R. Baldiga
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

# 1767308

## **SCHEDULE A**

| | **LBSF Consortium Member Name and Address** |
|---|---|
| 1. | Anchorage Advisors<br>610 Broadway<br>Sixth Floor<br>New York, NY 10012 |
| 2. | Blue Angel Claims LLC<br>65 East 55th Street<br>New York, NY 10022 |
| 3. | Canyon Capital Advisors LLC<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 |
| 4. | CBW LLC<br>c/o Ashurst LLP<br>1 Penn Plaza<br>36th Floor<br>New York, NY 10119 |
| 5. | CFIP Master Fund, Ltd.<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 6. | Fir Tree, Inc.<br>505 Fifth Avenue<br>23rd Floor<br>New York, NY 10017 |
| 7. | GFA I LLC<br>c/o Ashurst LLP<br>1 Penn Plaza<br>36th Floor<br>New York, NY 10119 |
| 8. | Longacre Fund Management, LLC<br>810 Seventh Avenue<br>33rd Floor<br>New York, NY 10019 |
| 9. | Monarch Alternative Capital LP<br>535 Madison Avenue |

|     |                                                                                         |
| --- | --------------------------------------------------------------------------------------- |
|     | New York, NY 10022                                                                      |
| 10. | Serengeti Asset Management LP<br>1115 Broadway<br>12th Floor<br>New York, NY 10010      |
| 11. | Silver Point Capital LP<br>Two Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830-6353 |
| 12. | Stone Lion Capital Partners LP<br>461 Fifth Avenue<br>14th Floor<br>New York, NY 10017  |
| 13. | Stonehill Capital Management LLC<br>885 Third Avenue<br>Suite 3010<br>New York, NY 10022 |
| 14. | TSO LLC<br>c/o Ashurst LLP<br>1 Penn Plaza<br>36th Floor<br>New York, NY 10119          |
| 15. | Värde Partners, Inc.<br>8500 Normandale Lake Blvd<br>Suite 1500<br>Minneapolis, MN 55437 |

## **SCHEDULE B**

| | **LBT Ad Hoc Group Member Name and Address** |
|---|---|
| 1. | Aurelius Capital Management, LP<br>535 Madison Avenue<br>22nd Floor<br>New York, NY 10022 |
| 2. | Citigroup Global Markets, Inc.<br>390 Greenwich Street<br>New York, NY10013 |
| 3. | Cyrus Capital Partners LP<br>399 Park Avenue<br>39th Floor<br>New York, NY 10022 |
| 4. | Fir Tree Partners LP<br>505 Fifth Avenue<br>23rd Floor<br>New York, NY 10017 |
| 5. | Ore Hill Partners LLC<br>650 Fifth Avenue<br>9th Floor<br>New York, NY 10019 |
| 6. | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 |
| 7. | The Royal Bank of Scotland plc<br>135 Bishopsgate<br>London, UK<br>EC2M 3UR |
| 8. | Silverpoint Capital LP<br>2 Greenwich Plaza<br>Greenwich, CT 06830 |
| 9. | TPG Opportunity Fund I, LP<br>345 California Street, Suite 3300<br>San Francisco, California 94104 |
| 10. | Värde Partners, Inc.<br>8500 Normandale Lake Boulevard<br>Suite 1500<br>Minneapolis, MN  55437 |