**Lehman Brothers International (Europe) (in administration) Client Asset Portal**    

| | | |
|---|---|---|
| **Username:** F8T95DGB | **Legal Entity Name:** FHC MASTER FUND LTD | **Client Code:** 1744679    Home | User Guide |

It is important to read the **key notes and glossary** alongside this statement. This provides details of the way that your positions have been calculated and the valuation basis used. Please note figures are shown to 2 decimal places

After you have reviewed all of your Trust Asset positions, you will be able to submit these positions to LBIE to continue the reconciliation process.

### LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
### Updated Position & Balance Statement

The information contained in this document has been provided by Lehman Brothers International (Europe) (In Administration) ("LBIE"), solely to aid the reconciliation process and should not be relied on for any other purpose. This information is not an acknowledgement of any claim that a client may have against the company.

| 1 | **Client Name** | | **FHC MASTER FUND LTD** |
|---|---|---|---|
| 1.1 | Client Code | | 1744679 |
| 1.2 | Statement Date | | 30-Sep-2009 |
| 1.3 | Status | | Submitted |

The data has been submitted, Line items are now read only.

| 2 | **Trust Assets** | | | **Number of Lines left to review** |
|---|---|---|---|---|
| 2.1 | **Custody Long Positions** | | | |
| 2.1.1 | Within Administrator's Control | $ | - | 0 |
| 2.1.2 | Currently Outside Administrator's Control | $ | - | 0 |
| | | $ | - | |
| 2.2 | **Charge Long Positions** | | | |
| 2.2.1 | Within Administrator's Control | $ | - | 0 |
| 2.2.2 | Currently Outside Administrator's Control | $ | 468,267.21 | 0 |
| | | $ | 468,267.21 | |
| 2.3 | **Pledged/ Collateral Positions** | | | |
| 2.3.1 | Within Administrator's Control | $ | - | 0 |
| 2.3.2 | Currently Outside Administrator's Control | $ | - | 0 |
| | | $ | - | |
| 2.4 | **Post Administration Corporate Actions / Cash Receipts** | $ | - | 0 |
| 2.5 | **Total** | $ | 468,267.21 | |

After you have reviewed all of your Trust Asset positions, you will be able to submit these positions to LBIE to continue the reconciliation process.

For information purposes we have provided a provisional breakdown of your other positions:

| 3 | **Provisional Net Financial Claim/(Net Financial Liability)** | | |
|---|---|---|---|
| 3.1 | **Non Trust Assets** | | |
| 3.1.1 | Re-hypothecated Assets | $ | 1,963,282.00 |
| 3.1.2 | Shorts | $ | -35,192,528.35 |
| 3.1.3 | Assets Held Under Title By LBIE | $ | - |
| | | $ | -33,229,246.35 |
| 3.2 | **Cash Receivable / (Payable)** | | |
| 3.2.1 | Margin | $ | 47,251,049.65 |
| 3.2.2 | Short Sale Proceeds | $ | - |
| 3.2.3 | Other Cash | $ | - |
| 3.2.4 | Failed Trade Cash Adjustments | $ | - |
| 3.2.5 | CFD Gross Value At Termination / Notional Close | $ | - |
| | | $ | 47,251,049.65 |
| 3.3 | **Amounts Receivable / (Payable) Under Financing And Derivative Contracts** | | |
| | Positions Valued Using Client Valuations: | | |
| 3.3.1 | Financing Client Valuation | $ | - |
| 3.3.2 | OTC Derivative Client Valuation | $ | - |
| | Positions Valued Using LBIE Valuations: | | |
| 3.3.3 | Financing Positions (Repos / Reverse Repos / Stock Borrows / Stock Loans) | $ | - |
| 3.3.4 | Financing Collateral | $ | - |
| 3.3.5 | Fixed Income Derivatives (FX, Credit, Rates) | $ | - |

| | | | |
|---|---|---|---:|
| 3.3.6 | Equity Derivatives (Equity Swaps, Exotics, Vanilla Options & Variance Swaps) | $ | - |
| 3.3.7 | Derivatives Collateral | $ | - |
| | | $ | - |
| 3.4 | **Total** | $ | 14,021,803.30 |
| 4 | **Memo: Pre Administration Client Money** | | |
| 4.1 | Pre Administration Segregated Client Money | $ | - |
| 4.2 | Projected Client Money Adjustments | $ | - |
| | Total | $ | - |
| 5 | **Provisional Total** | $ | 14,490,070.51 |

If you have any questions on this Updated statement please contact **claimresolutionagreement@lbia-eu.com**

AV Lomas, SA Pearson, DY Schwarzmann and MJA Jervis were appointed as Joint Administrators of Lehman Brothers International (Europe) on 15 September 2008 to manage its affairs, business and property as agents without personal liability. AV Lomas, SA Pearson, DY Schwarzmann and MJA Jervis are licensed to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. Lehman Brothers International (Europe) registered in England and Wales with registered no. 02538254.

Privacy Statement | Legal Disclaimer