# CERTIFICATE OF SERVICE

      I, Craig M. Price, an attorney, hereby certify that prior to 4:00 pm EST on the 19th day of August 2010, I caused a true and correct copy of the foregoing **Response of U.S. Bank National Association as Trustee to The Debtors' Thirty-Fourth Omnibus Objection To Claims (Misclassified Claims)** for **Claim Nos. 19877, 20474 and 20484** to be served electronically through the Court's ECF System on parties requesting electronic service, by hand to the Court, by email to the Debtors and Committee, and by Federal Express to the U.S. Trustsee.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Shai Y. Waisman, Esq.<br>Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Jacqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>    Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

                                            /s/ Craig M. Price
                                          _____
                                                Craig M. Price