**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                             : Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,            : Case No. 08-13555 (JMP)
                                                   : Jointly Administered

               Debtors.

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Och-Ziff Capital Management Group, LLC, in the above-captioned Chapter 11 proceedings, that on the 17th day of August, 2010, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Och-Ziff Capital Management Group LLC's Reply Memorandum of Law in Support of its Objections to Debtor's Subpoena Duces Tecum Dated April 12, 2010 [Dkt. No. 10813].*

                                                              Nora E. Morales

Sworn to and subscribed before
me this 17th day of August 2010

Notary Public

JASON MILLER
Notary Public, State of New York
No. 02MI6163568
Qualified in Suffolk County
Commission Expires March 26, 2011

126121.00605/6943964v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL:** |
|---|
| Harvey Miller, Esq.<br>Lori R. Fife, Esq.<br>Richard P. Krasnow, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com<br>lori.fife@weil.com<br>Richard.krasnow@weil.com<br>Shai.waisman@weil.com<br>Jacqueline.marcus@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>DDunne@milbank.com<br>EFleck@milbank.com |

| **BY HAND DELIVERY:** |
|---|
| Honorable James M. Peck<br>USBC for the Southern District of NY<br>One Bowling Green<br>New York, NY 10004-1408 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |

126121.00605/6943964v.1