**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

----------------------------------------------------------------------x    Ref. Docket Nos. 10765 & 10777


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )


PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 16, 2010, I caused to be served the:

    a.  "Lehman Commercial Paper Inc.'s Reply to Objection of Appaloosa Investment L.P. I's Limited Objection to the Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to (I) Consent to its Non-Debtor Affiliate Lehman Ali Inc. (A) Entry Into Plan Support Agreement Related to the Restructuring of Innkeepers USA Trust; and (B) Consummation of the Transactions set Forth in the Plan Term Sheet; and (II) Provide Funds to Solar Finance Inc., a Non-Debtor Affiliate, to Provide Debtor-In-Possession Financing," dated August 16, 2010 [Docket No. 10765], (the "Appaloosa Objection"), and

    b.  "Notice of Filing of Revised Order Pursuant to Section 363 of the Bankruptcy Code Granting Authority to LCPI to (I) Consent to its Non-Debtor Affiliate Lehman Ali, Inc.'s (A) Entry into Plan Support Agreement Related to Restructuring of Innkeepers USA Trust and (B) Consummation of the Transactions set Forth in the Plan Term Sheet and (II) Provide Funds to Solar Finance Inc., a Non-Debtor Affiliate, to Provide Debtor-In-Possession Financing," dated August 16, 2010 [Docket No.10777], (the "Revised Order"),

by causing true and correct copies of the:

    i.    Appaloosa Objection and Revised Order, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Appaloosa Objection and Revised Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Appaloosa Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.    Appaloosa Objection and Revised Order, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit D</u>, and

    v.    Appaloosa Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit E</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   Pete Caris

Sworn to before me this
18th day of August, 2010

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-2-

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN, P.C. / PAUL M. BASTA / JENNIFER L. MARINES
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

KIRKLAND & ELLIS LLP
ATTN: ANUP SATHY, P.C. & MARC J. CARMEL
300 NORTH LASALLE
CHICAGO, IL 60654-3406

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG & LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**EXHIBIT B**

**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| BMiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| Brian.Corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

## Email Service List

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | DPiazza@HodgsonRuss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

## Email Service List

| | |
|---|---|
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | GGraber@HodgsonRuss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |

**Email Service List**

| | |
|---|---|
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | James.Sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | Jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |

## Email Service List

| | |
|---|---|
| jfalgowski@reedsmith.com | jlscott@reedsmith.com |
| jfinerty@pfeiferlaw.com | jmaddock@mcguirewoods.com |
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |

**Email Service List**

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

## Email Service List

| | |
|---|---|
| Lmay@coleschotz.com | mbenner@tishmanspeyer.com |
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| MAOFILING@CGSH.COM | mhopkins@cov.com |
| Marc.Chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| Marvin.Clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | MJR1@westchestergov.com |
| matthew.morris@lovells.com | mkjaer@winston.com |

## Email Service List

| | |
|---|---|
| mlahaie@akingump.com | Nherman@morganlewis.com |
| MLandman@lcbf.com | nissay_10259-0154@mhmjapan.com |
| mmendez@hunton.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | paronzon@milbank.com |
| monica.lawless@brookfieldproperties.com | patrick.oh@freshfields.com |
| mpage@kelleydrye.com | patrick.schmitz-morkramer@lehman.com |
| mpfeifer@pfeiferlaw.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |

## Email Service List

| | |
|---|---|
| ptrostle@jenner.com | RJones@BoultCummings.com |
| pwirt@ftportfolios.com | RLevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | Robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | Robin.Keller@Lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| RHS@mccallaraymer.com | russj4478@aol.co |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |

**Email Service List**

| | |
|---|---|
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| Schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| Scott.Gibson@dubaiic.com | SRee@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | Streusand@StreusandLandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |

## Email Service List

| | |
|---|---|
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| TGoren@mofo.com | walter.stuart@freshfields.com |
| thomas.califano@dlapiper.com | wanda.goodloe@cbre.com |
| thomas.ogden@dpw.com | WBallaine@lcbf.com |
| Thomas_Noguerola@calpers.ca.gov | wbenzija@halperinlaw.net |
| thomaskent@paulhastings.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | wheuer@dl.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wiltenburg@hugheshubbard.com |
| tkiriakos@mayerbrown.com | wisotska@pepperlaw.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmayer@kramerlevin.com | wswearingen@llf-law.com |
| tnixon@gklaw.com | wtaylor@mccarter.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |

**EXHIBIT C**

**Email Addresses**

jhardy2@willkie.com

rstrickland@willkie.com

**EXHIBIT D**

**Fax Service List**

INTERNAL REVENUE SERVICE                                    212-436-1931

OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA         212-668-2255

**EXHIBIT E**

**<u>Fax Service Additionals</u>**

WILLKIE AND FARR RACHEL STRICKLAND                    212-728-9544

WILLKIE AND FARR JENNIFER HARDY                    212-728-9126