UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :
           Debtors.                                               :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 10797 & 10798

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2010, I caused to be served the:

    a. "Debtors' Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Joint Motion Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for the SIPA Liquidation of the Business of Lehman Brothers Inc. to Enter into (I) Cost Sharing Agreement and (II) Transfer Agreement," dated August 16, 2010 [Docket No. 10797], and

    b. "Omnibus Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motions Scheduled for Hearing on August 18, 2010," dated August 16, 2010 [Docket No. 10798],

by causing a true and correct copy to be delivered via facsimile to Milbank, Tweed, Hadley & Mccloy LLP, Dennis Dunne, Dennis O'Donnell, Esq., Evan Fleck, Esq., (Counsel To The Official Committee Of Unsecured Creditors) : 212-530-5219.

                                                                      /s/ Samuel Garcia
                                                                      Samuel Garcia

Sworn to before me this
19th day of August, 2010

/s/ Eleni G Kossivas
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\CNO re Cost Sharing Agmt, CNO re Mtn to Schedule Hrg_ DI 10797 & 10798_AFF_8-16-10.doc