UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                              : Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           : 08-13555 (JMP)
                                                                   :
          Debtors.                                                 : (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x Ref. Docket No. 10749

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2010, I caused to be served the "Application of Latham & Watkins LLP for Allowance of Interim Compensation and Reimbursement of Expenses for the Fifth Interim Period," dated August 13, 2010 [Docket No. 10749], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, and

   c. copied to a CD and delivered via overnight mail to the United States Bankruptcy Court, Southern District of New York, Attn: the Honorable James M. Peck, One Bowling Green, Courtroom 601, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
18th day of August, 2010

_____
Notary Public

_____
Samuel Garcia

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Latham & Watkins Application_DI 10749_AFF_8-13-10.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adarwin@nixonpeabody.com | azylberberg@whitecase.com |
| adg@adorno.com | bankr@zuckerman.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bgraifman@gkblaw.com |
| agolianopoulos@mayerbrown.com | bguiney@pbwt.com |
| ahammer@freebornpeters.com | bhinerfeld@sbtklaw.com |
| aisenberg@saul.com | bill.freeman@pillsburylaw.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| alesia.pinney@infospace.com | bmanne@tuckerlaw.com |
| amarder@msek.com | BMiller@mofo.com |
| AMcMullen@BoultCummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | bpershkow@profunds.com |
| Andrew.Brozman@cliffordchance.com | Brian.Corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | brian.pfeiffer@friedfrank.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | broy@rltlawfirm.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | canelas@pursuitpartners.com |
| arlbank@pbfcm.com | carlsons@sullcrom.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| aseuffert@lawpost-nyc.com | cbrotstein@bm.net |
| ashaffer@mayerbrown.com | cgoldstein@stcwlaw.com |
| ashmead@sewkis.com | chammerman@paulweiss.com |

charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com

ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com

| | |
|---|---|
| efile@willaw.com | harveystrickon@paulhastings.com |
| efleck@milbank.com | hbeltzer@morganlewis.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | helmut.olivier@lehman.com |
| ehollander@whitecase.com | hirsch.robert@arentfox.com |
| ekbergc@lanepowell.com | hollace.cohen@troutmansanders.com |
| eli.mattioli@klgates.com | holsen@stroock.com |
| elizabeth.harris@klgates.com | howard.hawkins@cwt.com |
| ellen.halstead@cwt.com | hseife@chadbourne.com |
| eobrien@sbchlaw.com | hsnovikoff@wlrk.com |
| eric.johnson@hro.com | ian.levy@kobrekim.com |
| eschaffer@reedsmith.com | icatto@kirkland.com |
| eschwartz@contrariancapital.com | igoldstein@dl.com |
| esmith@dl.com | ilevee@lowenstein.com |
| ezujkowski@emmetmarvin.com | info2@normandyhill.com |
| ezweig@optonline.net | ira.herman@tklaw.com |
| fbp@ppgms.com | isgreene@hhlaw.com |
| feldsteinh@sullcrom.com | israel.dahan@cwt.com |
| ffm@bostonbusinesslaw.com | iva.uroic@dechert.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | James.Sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jar@outtengolden.com |
| gabriel.delvirginia@verizon.net | jason.jurgens@cwt.com |
| gary.ticoll@cwt.com | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.davis@cwt.com | Jbecker@wilmingtontrust.com |
| GGraber@HodgsonRuss.com | jbeemer@entwistle-law.com |
| giddens@hugheshubbard.com | jbird@polsinelli.com |
| gkaden@goulstonstorrs.com | jbromley@cgsh.com |
| glenn.siegel@dechert.com | jcarberry@cl-law.com |
| gmoss@riemerlaw.com | jchristian@tobinlaw.com |
| graumane@sullcrom.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |
| hanh.huynh@cwt.com | jeff.wittig@coair.com |
| harrisjm@michigan.gov | jeffrey.sabin@bingham.com |

jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com

joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@morritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

| | |
|---|---|
| mpfeifer@pfeiferlaw.com | ptrostle@jenner.com |
| mpucillo@bermanesq.com | pwirt@ftportfolios.com |
| mrosenthal@gibsondunn.com | pwright@dl.com |
| mruetzel@whitecase.com | r.stahl@stahlzelloe.com |
| mschimel@sju.edu | raj.madan@bingham.com |
| mschonholtz@willkie.com | rajohnson@akingump.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| mspeiser@stroock.com | ranjit.mather@bnymellon.com |
| mstamer@akingump.com | rbeacher@daypitney.com |
| mvenditto@reedsmith.com | rbernard@bakerlaw.com |
| mwarren@mtb.com | rbyman@jenner.com |
| ncoco@mwe.com | rchoi@kayescholer.com |
| neal.mann@oag.state.ny.us | rdaversa@orrick.com |
| ned.schodek@shearman.com | relgidely@gjb-law.com |
| newyork@sec.gov | rfleischer@pryorcashman.com |
| nfurman@scottwoodcapital.com | rfrankel@orrick.com |
| Nherman@morganlewis.com | rfriedman@silvermanacampora.com |
| nissay_10259-0154@mhmjapan.com | rgmason@wlrk.com |
| nlepore@schnader.com | rgraham@whitecase.com |
| notice@bkcylaw.com | rhett.campbell@tklaw.com |
| oipress@travelers.com | RHS@mccallaraymer.com |
| omeca.nedd@lovells.com | richard.lear@hklaw.com |
| paronzon@milbank.com | richard.levy@lw.com |
| patrick.oh@freshfields.com | richard.tisdale@friedfrank.com |
| patrick.schmitz-morkramer@lehman.com | ritkin@steptoe.com |
| paul.turner@sutherland.com | RJones@BoultCummings.com |
| pbattista@gjb-law.com | RLevin@cravath.com |
| pbosswick@ssbb.com | rmatzat@hahnhessen.com |
| pdublin@akingump.com | rnetzer@willkie.com |
| peisenberg@lockelord.com | rnies@wolffsamson.com |
| peter.gilhuly@lw.com | rnorton@hunton.com |
| peter.macdonald@wilmerhale.com | robert.bailey@bnymellon.com |
| peter.simmons@friedfrank.com | robert.dombroff@bingham.com |
| peter@bankrupt.com | robert.henoch@kobrekim.com |
| pfeldman@oshr.com | robert.malone@dbr.com |
| phayden@mcguirewoods.com | Robert.yalen@usdoj.gov |
| pmaxcy@sonnenschein.com | robertdakis@quinnemanuel.com |
| pnichols@whitecase.com | Robin.Keller@Lovells.com |
| ppascuzzi@ffwplaw.com | ronald.silverman@bingham.com |
| ppatterson@stradley.com | rqureshi@reedsmith.com |
| psp@njlawfirm.com | rreid@sheppardmullin.com |

| | |
|---|---|
| rroupinian@outtengolden.com | sory@fdlaw.com |
| rrussell@andrewskurth.com | spiotto@chapman.com |
| rterenzi@stcwlaw.com | splatzer@platzerlaw.com |
| RTrust@cravath.com | squigley@lowenstein.com |
| russj4478@aol.com | SRee@lcbf.com |
| rwasserman@cftc.gov | sselbst@herrick.com |
| rwyron@orrick.com | sshimshak@paulweiss.com |
| s.minehan@aozorabank.co.jp | steele@lowenstein.com |
| sabin.willett@bingham.com | stephanie.wickouski@dbr.com |
| sabramowitz@velaw.com | stephen.cowan@dlapiper.com |
| sagolden@hhlaw.com | steve.ginther@dor.mo.gov |
| Sally.Henry@skadden.com | steven.wilamowsky@bingham.com |
| sandyscafaria@eaton.com | Streusand@StreusandLandon.com |
| Sara.Tapinekis@cliffordchance.com | susan.schultz@newedgegroup.com |
| sbernstein@hunton.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | swolowitz@mayerbrown.com |
| schannej@pepperlaw.com | szuch@wiggin.com |
| Schepis@pursuitpartners.com | tannweiler@greerherz.com |
| schnabel.eric@dorsey.com | tarbit@cftc.gov |
| schristianson@buchalter.com | tbrock@ssbb.com |
| Scott.Gibson@dubaiic.com | tduffy@andersonkill.com |
| scottshelley@quinnemanuel.com | teresa.oxford@invescoaim.com |
| scousins@armstrongteasdale.com | TGoren@mofo.com |
| sdnyecf@dor.mo.gov | thomas.califano@dlapiper.com |
| sehlers@armstrongteasdale.com | thomas.ogden@dpw.com |
| sfelderstein@ffwplaw.com | Thomas_Noguerola@calpers.ca.gov |
| sfineman@lchb.com | thomaskent@paulhastings.com |
| sfox@mcguirewoods.com | timothy.brink@dlapiper.com |
| sgordon@cahill.com | timothy.palmer@bipc.com |
| sgubner@ebg-law.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkarcher@dl.com |
| shari.leventhal@ny.frb.org | tkiriakos@mayerbrown.com |
| shgross5@yahoo.com | tlauria@whitecase.com |
| shumaker@pursuitpartners.com | tmacwright@whitecase.com |
| sidorsky@butzel.com | tmayer@kramerlevin.com |
| slerner@ssd.com | tnixon@gklaw.com |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov |
| smayerson@ssd.com | tony.davis@bakerbotts.com |
| smillman@stroock.com | tslome@msek.com |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com |
| snewman@katskykorins.com | twatanabe@mofo.com |

twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Email Addresses**
aaron.singer@lw.com
bmdeal@browngreer.com
cbiros@feinbergrozen.com