UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x    Ref. Docket No. 10796

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2010, I caused to be served the "Declaration and Disclosure Statement of Rhett G. Campbell, on Behalf of Thompson & Knight LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," dated August 16, 2010 [Docket No. 10796] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit A, and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                 /s/ Herb Baer
                                                                 Herb Baer

Sworn to before me this
19th day of August, 2010

/s/ Notary
Notary Public

[Notary stamp: ELLI PETRIS, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01PE6175879, QUALIFIED IN NASSAU COUNTY, COMMISSION EXPIRES]

T:\Clients\LBH\Affidavits\OCP Thompson & Knight DI 10796 Aff_ 8-16-10.doc

# **Exhibit A**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL, ESQ.
333 CLAY STREET, SUITE 3300
HOUSTON, TEXAS 77002
EMAIL: Rhett.Campbell@tklaw.com