**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : | |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : | |

-----------------------------------------------------------------------x    **Ref. Docket Nos. 10766 & 10775**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK    )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2010, I caused to be served the:

   a. "Lehman Brothers Holdings Inc.'s and Lehman Commercial Paper Inc.'s Reply to Objection of U.S. Bank National Association as Trustee to the Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code to Amend the Racers Transaction Documents and Terminate Certain Racers Transaction Documents," dated August 16, 2010 [Docket No. 10766], (the "US Bank Objection Reply"), and

   b. "Notice of Filing of Revised Order Pursuant to Section 363 of the Bankruptcy Code Amending the Racers Transaction Documents and Terminating Certain Racers Transaction Documents," dated August 16, 2010 [Docket No.10775], (the "Racers Transaction Revised Order"),

by causing true and correct copies of the:

   i. US Bank Objection Reply and Racers Transaction Revised Order, enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii. US Bank Objection Reply and Racers Transaction Revised Order, delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    US Bank Objection Reply and Racers Transaction Revised Order, delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

    iv.    US Bank Objection Reply, delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.    US Bank Objection Reply, delivered via facsimile to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
18th day of August, 2010

_____
Notary Public

_____
Sena Sengun

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2013

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

CHAPMAN AND CUTLER LLP
111 WEST MONROE ST., 18TH FLOOR
CHICAGO, ILLINOIS 60603
ATTN: JAMES E. SPIOTTO

**EXHIBIT B**

## Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brian.corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

**Email Service List**

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

**Email Service List**

| | |
|---|---|
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | ggraber@hodgsonruss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |

**Email Service List**

| | |
|---|---|
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | james.sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |

**Email Service List**

| | |
|---|---|
| jfalgowski@reedsmith.com | jlscott@reedsmith.com |
| jfinerty@pfeiferlaw.com | jmaddock@mcguirewoods.com |
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | joseph.cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |

## Email Service List

| | |
|---|---|
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kostad@mofo.com |
| jtimko@allenmatkins.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kowens@foley.com |
| jtougas@mayerbrown.com | kpiper@steptoe.com |
| judy.morse@crowedunlevy.com | kressk@pepperlaw.com |
| jwallack@goulstonstorrs.com | kreynolds@mklawnyc.com |
| jwang@sipc.org | kristin.going@dbr.com |
| jweiss@gibsondunn.com | krosen@lowenstein.com |
| jwest@velaw.com | krubin@ozcap.com |
| jwh@njlawfirm.com | kstahl@whitecase.com |
| jwhitman@entwistle-law.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.ewart@wilmerhale.com |
| kkelly@ebglaw.com | lisa.kraidin@allenovery.com |
| klyman@irell.com | ljkotler@duanemorris.com |
| kmayer@mccarter.com | lmarinuzzi@mofo.com |
| kobak@hugheshubbard.com | lmay@coleschotz.com |

**Email Service List**

| | |
|---|---|
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| marvin.clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | mjr1@westchestergov.com |
| matthew.morris@lovells.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |

**Email Service List**

| | |
|---|---|
| mlandman@lcbf.com | nissay_10259-0154@mhmjapan.com |
| mmendez@hunton.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | paronzon@milbank.com |
| monica.lawless@brookfieldproperties.com | patrick.oh@freshfields.com |
| mpage@kelleydrye.com | patrick.schmitz-morkramer@lehman.com |
| mpfeifer@pfeiferlaw.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| nherman@morganlewis.com | ptrostle@jenner.com |

**Email Service List**

| | |
|---|---|
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | robin.keller@lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | rtrust@cravath.com |
| rhs@mccallaraymer.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |
| rjones@boultcummings.com | sabramowitz@velaw.com |

**Email Service List**

| | |
|---|---|
| sagolden@hhlaw.com | slerner@ssd.com |
| sally.henry@skadden.com | sloden@diamondmccarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| sara.tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| scott.gibson@dubaiic.com | sree@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | streusand@streusandlandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |

**Email Service List**

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

**Fax Service List**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

# EXHIBIT D

**<u>Email Service List</u>**

acker@chapman.com

cprice@chapman.com

heiser@chapman.com

spiotto@chapman.com

top@chapman.com

**EXHIBIT E**

**Fax Service List**

CHAPMAN AND CUTLER LLP ATTN: C M PRICE            212-697-7210
CHAPMAN AND CUTLER LLP ATTN: J E SPIOTTO          312-701-2361