Dear Honorable James Peck,

Enclosed is the information required and sufficient documentation showing the date of purchase and current holdings of the security.

Sincerely,

*Edith Brozgal*
Edith Brozgal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                                                    :
                                        Debtors.                      :    (Jointly Administered)
                                                                                    :
-----------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000054792 MAIL ID *** 0030504956 *** BSIUSE: 77

BROZGAL, EDITH J.
APT 4-D
531 S. TERRACE DRIVE
ALTOONA, PA 16602

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>BROZGAL, EDITH J.<br>APT 4-D<br>531 S. TERRACE DRIVE<br>ALTOONA, PA 16602 | Claim Number: 8063<br>Date Filed: 8/12/2009<br>Debtor: No Debtor Asserted<br>Classification and Amount: SECURED: $ 2,000.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

531 S. Terrace Drive
Apt. 4-D
Altoona, Pa. 16602
August 11, 2010

Re: Lehman Brothers Holdings, Inc.,
et al.,
Debtors

Brozgal, Edith J.
Apt. 4-D
531 S. Terrace Drive
Altoona, Pa. 16602

Claim Number: 8063
Date Filed: 8/12/2009
Debtor: No Debtor Asserted
Classification     Secured: $2,000
 & Amount

8/10/2010 10:13:05 PM                                                                                                                                    Page: 1

## Account Workbook
Open Tax Lots
Filter Set: Net Rows Only

| Account Name: | | | BROZGAL EDITH J | | | | | |
|---|---|---|---|---|---|---|---|---|
| Username: | | | ROBERT NEIDORFF | | Account Number: | | | 5030-5636 |

**Account Information**
5030-5636
Birthday                       VW41        09/10/1943
4C-Street Name-Hold/Hold All Funds
Investment Objective                       B-Growth & Income
EDITH J BROZGAL
APT 4-D
531 S TERRACE DRIVE
ALTOONA PA 16602-2957

**Contact Information**
Home Phone    814/944-6448    Business Phone    814/949-2460    Fax Phone                Other Phone

| Details | | |
|---|---|---|
| MMF Sweep | X-Sweep Purchases and Sales | |
| MMF Code | IBP-Insured Bank Product | |
| **Total Acct Val** | | **194,273.53** |
| MMF Bal | | 583.41 |
| Total Market Val | | 193,537.67 |
| Total Cash Bal | | |
| Div/Int | | 152.45 |
| Margin Bal | | |

| Balances | |
|---|---|
| **Funds Available** | **583.41** |
| Fed Call | |
| House Call | |
| SMA | |
| Buying Power | |
| *BORD* Restricted | N |
| Avg Price | X |

| # | Quantity | Held | Description 1 | Symbol | Open Date | Mkt Price | Unit Cost | Cost Amount | Unrealized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 124,956.8900 | | | | | | | 197,862.0200 | -20,241.43 | |
| 2 | 49 On | ABERDEEN EMERGING MKTS | ETF | | 04/08/1998 | 17.4000 | | Incomplete | | LONG |
| 3 | 535 On | BLACKROCK LTD DURATION * | BLW | 07/06/2006 | 18.6887 | | 9,998.4800 | -1,024.39 | LONG |
| 4 | 250 On | EATON VANCE TAX MANAGED* | ETW | 11/27/2006 | 16.7740 | 19.4022 | 4,950.5700 | -1,745.56 | LONG |
| 5 | 1,000 On | EATON VANCE TAX * | EXG | 02/22/2007 | 12.4200 | 19.5891 | 20,000.0000 | -8,529.14 | LONG |
| 6 | 827.4400 On | EATON VANCE LIMITED | EVV | 07/03/2006 | 11.0600 | 16.5575 | 13,783.1300 | -353.83 | MULT |
| 7 | 80 On | LEHMAN BROTHERS CAPITAL | LEHLQ | 10/10/2003 | 16.2300 | 25.0000 | 2,000.0000 | -1,996.00 | LONG |
| 8 | 120 On | MOTOROLA INC | MOT | 04/08/1998 | 0.0501 | | Incomplete | | LONG |
| 9 | 599.7470 On | NFJ DIVIDEND INTEREST | NFJ | 02/23/2005 | 8.0400 | 23.4278 | 14,050.7900 | -4,952.64 | MULT |
| 10 | 700 On | NUVEEN QUALITY PREFERRED | JTP | 01/26/2007 | 15.1700 | 14.2787 | 9,995.1300 | -4,486.20 | LONG |
| 11 | 282 On | PIONEER HIGH INCOME | PHT | 07/03/2006 | 7.8699 | 17.7119 | 4,994.7700 | -423.55 | LONG |
| 12 | 221.7020 On | PUTNAM FD FOR GROWTH &-- | PGRWX | 01/01/1500 | 16.2100 | | Incomplete | | OTHER |
| 13 | 234 On | PUTNAM HIGH INCOME | PCF | 04/08/1998 | 11.9900 | 8.3900 | Incomplete | | MULT |
| 14 | 587.3360 On | PUTNAM HIGH YIELD ¬ | PHIGX | 01/01/1500 | 7.5100 | | Incomplete | | OTHER |
| 15 | 470.6650 On | PUTNAM TAX-FREE HI YLD-- | PTHAX | 01/01/1500 | 11.8300 | | Incomplete | | OTHER |
| 16 | 10,000 On | CAPITAL ONE BANK USA NA | | 04/29/2008 | 107.0660 | 100.0000 | 10,000.0000 | 706.60 | LONG |
| 17 | 20,000 On | DOW CHEMICAL COMPANY | | 06/10/2009 | 100.8880 | 100.0000 | 20,000.0000 | 177.60 | LONG |
| 18 | 10,000 On | GENERAL ELECTRIC CAPITAL | | 02/17/2010 | 100.4700 | 93.4250 | 9,342.5000 | 704.50 | SHORT |
| 19 | 9,000 On | GENL MOTORS ACCEPT CORP | | 01/08/2003 | 99.2570 | 100.0000 | 9,000.0000 | -66.87 | LONG |
| 20 | 5,000 On | GOLDMAN SACHS BANK USA | | 11/05/2008 | 109.1260 | 100.0000 | 5,000.0000 | 456.30 | LONG |
| 21 | 5,000 On | GENL ELECTRIC CAP CORP | | 06/10/2009 | 107.2660 | 100.0000 | 5,000.0000 | 363.30 | LONG |
| 22 | 10,000 On | PENN DELCO PA SCHOOL | | 04/18/2006 | 100.2810 | 97.4665 | 9,746.6500 | 281.45 | LONG |
|    | 50,000 On | SOUTHWEST BANK | | 06/10/2009 | 101.2940 | 100.0000 | 50,000.0000 | 647.00 | LONG |

This valuation reflects securities owned by you on our records resulting from transactions processed through Stifel Nicolaus or supplemental information supplied by you. The prices indicated are obtained from sources we consider reliable but are not guaranteed. Please rely on your confirmations and monthly statements for more accurate information.

# Account Workbook
## Positions

| Account Name: | | | BROZGAL EDITH J | | Account Number: | | 5030-5636 |
|---|---|---|---|---|---|---|---|
| Username: | | | ROBERT NEIDORFF | | | | |

| Account Information | | **Details** | | **Balances** | |
|---|---|---|---|---|---|
| 5030-5636 | | MMF Sweep | X-Sweep Purchases and Sales | **Funds Available** | **583.41** |
| Birthday | 09/10/1943 | MMF Code | IBP-Insured Bank Product | Fed Call | |
| 4C-Street Name-Hold/Hold All Funds | | **Total Acct Val** | **194,273.53** | House Call | |
| Investment Objective | B-Growth & Income | MMF Bal | 583.41 | SMA | |
| EDITH J BROZGAL | | Total Market Val | 193,537.67 | Buying Power | N |
| APT 4-D | | Total Cash Bal | | *BORD* Restricted | N |
| 531 S TERRACE DRIVE | | Div/Int | | Avg Price | X |
| ALTOONA PA 16602-2957 | | Margin Bal | 152.45 | | |
| **Contact information** | | | | | |
| Home Phone | 814/944-6448 | Business Phone | | Fax Phone | |
| | | | 814/949-2460 | Other Phone | |

| | Quantity | Security Description | Symbol | CUSIP | Mkt Price | Value | Account Type | Loc | Mgn |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 49 | ABERDEEN EMERGING MKTS TELECOMMUNICATIONS FUND INC | ETF | 00301T-10-2 | 17.4000 | 852.60 | 1 | SEG | Yes |
| 2 | 535 | BLACKROCK LTD DURATION * INCOME TRUST | BLW | 09249W-10-1 | 16.7740 | 8,974.09 | 1 | SEG | Yes |
| 3 | 250 | EATON VANCE TAX MANAGED* GLOBAL BUY WRITE OPPORTUNITIES FUND | ETW | 278295C-10-5 | 12.4200 | 3,105.00 | 1 | SEG | Yes |
| 4 | 1,000 | EATON VANCE TAX * MANAGED GBL DIVERSIFIED EQUITY INCOME FUND | EXG | 27829F-10-8 | 11.0600 | 11,060.00 | 1 | SEG | Yes |
| 5 | 827.4400 | EATON VANCE LIMITED DURATION INCOME FUND | EVV | 27828H-10-5 | 16.2300 | 13,429.35 | 1 | DRP | Yes |
| 6 | 80 | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% CPN 6.375% DUE 10/31/52 DTD 10/31/03 FC 01/31/04 | LEHLQ | 52520B-20-6 | 0.0501 | 4.01 | 1 | SEG | No |
| 7 | 120 | MOTOROLA INC | MOT | 620076-10-9 | 8.0400 | 964.80 | 1 | SEG | Yes |
| 8 | 599.7470 | NFJ DIVIDEND INTEREST & PREMIUM STRATEGY FUND | NFJ | 65337H-10-9 | 15.1700 | 9,098.16 | 1 | DRP | Yes |
| 9 | 700 | NUVEEN QUALITY PREFERRED INCOME FUND | JTP | 67071S-10-1 | 7.8699 | 5,508.93 | 1 | SEG | Yes |
| 10 | 282 | PIONEER HIGH INCOME TRUST | PHT | 72365H-10-6 | 16.2100 | 4,571.22 | 1 | SEG | Yes |

This valuation reflects securities owned by you on our records resulting from transactions processed through Stifel Nicolaus or supplemental information supplied by you. The prices indicated are obtained from sources we consider reliable but are not guaranteed. Please rely on your confirmations and monthly statements for more accurate information.

8/10/2010 10:13:30 PM

# Account Workbook
## Positions

Account Name: BROZGAL EDITH J
Username: ROBERT NEIDORFF
Account Number: 5030-5636

Page: 2

| | Quantity | Security Description | Symbol | CUSIP | Mkt Price | Value | Account Type | Loc | Mgn |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 193,527.52 | | | |
| 11 | 221.7020 | PUTNAM FD FOR GROWTH & INCOME CL A SHS | PGRWX | 746761-10-5 | 11.9900 | 2,658.21 | 1 | SKF | Yes |
| 12 | 234 | PUTNAM HIGH INCOME SECURITIES FUND | PCF | 746779-10-7 | 8.3900 | 1,963.26 | 1 | SEG | Yes |
| 13 | 587.3360 | PUTNAM HIGH YIELD TRUST SBI A | PHIGX | 746782-10-1 | 7.5100 | 4,410.89 | 1 | SKF | Yes |
| 14 | 470.6650 | PUTNAM TAX-FREE HI YLD FUND CL A | PTHAX | 746872-40-7 | 11.8300 | 5,567.97 | 1 | SKF | Yes |
| 15 | 10,000 | CAPITAL ONE BANK USA NA GLEN ALLEN VA CTF DEP FDIC ACT/365 SEMI CPN 4.550% DUE 05/07/13 DTD 05/07/08 FC 11/07/08 | | 14041A-V4-8 | 107.0660* | 10,706.60 | 1 | SEG | No |
| 16 | 20,000 | DOW CHEMICAL COMPANY INTERNOTES B/E SEMI SURVIVOR OPTION CPN 7.200% DUE 06/15/14 DTD 06/18/09 FC 12/15/09 CALL1 12/15/10 @ 100.000 CALL2 06/15/11 @ 100.000 | | 260540-GJ-6 | 100.8880 | 20,177.60 | 1 | SEG | Yes |
| 17 | 10,000 | GENERAL ELECTRIC CAPITAL CORP MEDIUM TERM NOTES B/E CPN 5.875% DUE 01/14/38 DTD 01/14/08 FC 07/14/08 | | 36962G-3P-7 | 100.4700 | 10,047.00 | 1 | SEG | Yes |
| 18 | 9,000 | GENL MOTORS ACCEPT CORP SMARTNOTES B/E SEMI SURVIVOR OPTION CPN 7.100% DUE 01/15/13 DTD 01/14/03 FC 07/15/03 CALL1 01/15/11 @ 100.000 CALL2 07/15/11 @ 100.000 | | 37042G-S5-6 | 99.2570 | 8,933.13 | 1 | SEG | No |
| 19 | 5,000 | GOLDMAN SACHS BANK USA SALT LAKE CITY UT CD FDIC ACT/365 MONTHLY CPN 5.050% DUE 11/12/13 DTD 11/12/08 FC 12/12/08 | | 381426-TC-9 | 109.1260* | 5,456.30 | 1 | SEG | No |

This valuation reflects securities owned by you on our records resulting from transactions processed through Stifel Nicolaus or supplemental information supplied by you. The prices indicated are obtained from sources we consider reliable but are not guaranteed. Please rely on your confirmations and monthly statements for more accurate information.

8/10/2010 10:13:30 PM                                                                                           Page: 3

# Account Workbook
## Positions

Account Name:              BROZGAL EDITH J
Username:                  ROBERT NEIDORFF           Account Number:    5030-5636

| | Quantity | Security Description | Symbol | CUSIP | Mkt Price | Value | Account Type | Loc | Mgn |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 5,000 | GENL ELECTRIC CAP CORP INTERNOTES B/E SEMI SURVIVOR OPTION CPN 5.400% DUE 06/15/15 DTD 06/18/09 FC 12/15/09 | | 36966R-3K-0 | 107.2660 | 5,363.30 | 1 | SEG | Yes |
| 21 | 10,000 | PENN DELCO PA SCHOOL DISTRICT DE CNTY AMBAC SER B/E OID97.645 4.45 CPN 4.250% DUE 02/15/23 DTD 04/25/06 FC 08/15/06 CALL1 02/15/11 @ 100.000 | | 707332-KK-7 | 100.2810* | 10,028.10 | 1 | SEG | No |
| 22 | 50,000 | SOUTHWEST BANK ST LOUIS MO CTF DEP FDIC ACT/365 MNTHLY CLLB CPN 4.000% DUE 12/26/14 DTD 06/26/09 FC 07/26/09 CALL1 12/26/10 @ 100.000 CALL2 03/26/11 @ 100.000 | | 844776-GS-7 | 101.2940* | 50,647.00 | 1 | SEG | Yes |

193,527.52

This valuation reflects securities owned by you on our records resulting from transactions processed through Stifel Nicolaus or supplemental information supplied by you. The prices indicated are obtained from sources we consider reliable but are not guaranteed. Please rely on your confirmations and monthly statements for more accurate information.

# STIFEL NICOLAUS

# STIFEL PRESTIGE® ACCOUNT STATEMENT

July 1 - July 31, 2010
Account Number: VW41 5030-5636
Page 1 of 12

EDITH J BROZGAL
APT 4-D
531 S TERRACE DRIVE
ALTOONA PA 16602-2957

Your Financial Advisor:
ROBERT NEIDORFF/CHRISTOPHER MERL
Telephone: (800)533-6401

Office Servicing Your Account:
180 CHARLOTTE DRIVE
SUITE 100
ALTOONA, PA 16601

## YOUR STIFEL ACCOUNT SUMMARY

|  | July 31 | June 30 |
|---|---|---|
| Cash Equivalents ** | 667.67 | 765.14 |
| Net Portfolio Assets held at Stifel | 192,079.76 | 188,194.33 |
| Net Portfolio Assets not held at Stifel |  |  |
| **Net Portfolio Value** | **$192,747.43** | **$188,959.47** |

## YOUR CHANGE IN PORTFOLIO VALUE

|  | July 31 | June 30 |
|---|---|---|
| Net Cash Flow (Inflows/Outflows)[1] | -1,077.03 | -1,605.04 |
| Securities Transferred In/Out |  |  |
| Income and Distributions | 1,074.68 | 1,508.86 |
| Change in Securities Value | 3,790.31 | 309.09 |
| **Net Change in Portfolio Value** | **$3,787.96** | **$212.91** |

[1] Beginning in January 2010, does not include cost or proceeds for buy or sell transactions.

** See Insured Bank Deposit Program Section for additional information.

## YOUR ASSET SUMMARY



- Net Cash Equivalents Less Than 1%
- Equities Less Than 1%
- Municipal Bonds 5%
- Corporate/Government Bonds 58%
- Mutual Funds 36%
- Preferreds Less Than 1%

### PRIMARY INVESTMENT OBJECTIVE: GROWTH & INCOME

Please see www.stifel.com, IMPORTANT DISCLOSURES, for a full definition of this objective, including the use of margin, or contact your Financial Advisor. If you have any questions concerning your investment objective, or wish to make a change, please contact your Financial Advisor, or the Branch Manager for this office.

### INVESTOR UPDATE

Some investors make retirement planning mistakes that could prevent them from living the retirement they've dreamed of. This month's Investment Strategist examines ten common mistakes. For more information, contact your Financial Advisor today.

### ACCOUNT PROTECTION

Stifel, Nicolaus & Company, Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1 million may be in cash deposits. Ask your Financial Advisor for more details.



Thank you for allowing Stifel Nicolaus to serve you. In order to protect your rights, including rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in this account or statement to the Compliance Department of Stifel Nicolaus at the address below. If you have any questions regarding your account or this statement, please contact your Financial Advisor or the Branch Manager for this office. Please refer to the Client Agreement and the enclosed Investment Strategist newsletter for important disclosure information about your account.

STIFEL, NICOLAUS & COMPANY, INCORPORATED | ONE FINANCIAL PLAZA | 501 NORTH BROADWAY | ST LOUIS, MISSOURI 63102
MEMBER SIPC AND MEMBERS, NEW YORK STOCK EXCHANGE, INC., CHICAGO, AND AMERICAN STOCK EXCHANGES
INVESTMENT SERVICES SINCE 1890 | WWW.STIFEL.COM

# STIFEL NICOLAUS

EDITH J BROZGAL

July 1 –
July 31, 2010
Account Number:

Page 2 of 12
VW41 5030-5636

## ASSET SUMMARY

Value as of July 31, 2010

| | At Stifel | Not at Stifel | Total | % of assets * | Gains/(-)Losses Unrealized | Realized This Period | Year-to-date |
|---|---|---|---|---|---|---|---|
| Cash | 84.26 | | 84.26 | 0.04% | | | |
| Money Market Funds | 583.41 | | 583.41 | 0.30% | | | |
| Margin Balance | | | | | | | |
| **Net Cash Equivalents** | **$667.67** | | **$667.67** | **0.35%** | | | |
| Equities | 898.80 | | 898.80 | 0.47% | | | |
| Preferreds | 4.00 | | 4.00 | 0.00% | | | |
| Municipal Bonds | 10,023.30 | | 10,023.30 | 5.20% | -1,996.00 | | |
| Corporate/Government Bonds | 111,260.01 | | 111,260.01 | 57.72% | 276.65 | | |
| Mutual Funds | 69,893.65 | | 69,893.65 | 36.26% | 2,917.51 | | |
| Unit Investment Trusts | | | | | -22,667.68 | | |
| Annuities | | | | | | | |
| Other/Alternative Investments | | | | | | | |
| **Net Portfolio Assets** | **$192,079.76** | **$0.00** | **$192,079.76** | **99.65%** | **-$21,469.52** | | |
| **Net Portfolio Value** | **$192,747.43** | **$0.00** | **$192,747.43** | **100.00%** | **-$21,469.52** | **$0.00** | **$0.00** |

## INCOME & DISTRIBUTION SUMMARY

| | | Year-to-date | This period |
|---|---|---|---|
| Dividends | Tax-Exempt | 171.69 | 26.59 |
| | Taxable | 2,908.10 | 249.68 |
| Interest | Tax-Exempt | 212.50 | |
| | Taxable | 3,322.66 | 798.41 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| **Total Income & Distributions** | | **$6,614.95** | **$1,074.68** |

\* Please note "% of assets" figures are shown gross of any amounts owed to Stifel and/or net short positions.

## TAX INFORMATION SUMMARY

| | | Year-to-date | This period |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | 62.01 |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

# STIFEL NICOLAUS

EDITH J BROZGAL

July 1 -
July 31, 2010
Account Number: VW41 5030-5636

Page 3 of 12

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. Prices obtained from outside sources are considered reliable but are not guaranteed by Stifel. Actual prices may vary and you may receive more or less than your original purchase price. Contact your Financial Advisor for current price quotes. Gain/Loss is provided for informational purposes only. Cost basis may be adjusted for, but not limited to, amortization, accretion, principal paydowns, capital changes, or listed option premiums. The Gain/Loss information should not be used for tax preparation without the assistance of your tax advisor.

## NET CASH EQUIVALENTS

| | Current value | Cost Basis | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|
| CASH | 84.26 | 84.26 | | |
| INSURED BANK PROGRAM | 583.41 | 583.41 | 0.35 | 0.06% |
| **Total Net Cash Equivalents** | **$667.67** | **$667.67** | **$0.35** | **0.05%** |

Insured Bank Program deposits may be held at multiple banks. For information regarding specific banks visit IMPORTANT DISCLOSURES on www.stifel.com. The deposits are not covered by the Securities Investor Protection Act (SIPC). Balances in the Program are insured up to the FDIC limit in each bank.

## PORTFOLIO ASSETS

### Equities

| | Symbol | Quantity | Current Price/ Current Value | Average Unit Cost/ Cost Basis | Unrealized Gain/(-)Loss* | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|---|---|---|
| MOTOROLA INC | MOT | 120 | 7.4900 | N/A | N/A | N/A | N/A |
| CUSIP: 62007G109 | | | 898.80 | N/A | | | |
| **Total Equities** | | | **$898.80** | **$0.00** | **$0.00** | **$0.00** | **0.00%** |

### Preferreds

| | Symbol | Quantity | Current Price/ Current Value | Average Unit Cost/ Cost Basis | Unrealized Gain/(-)Loss* | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS CAPITAL | LEHLQ | 80 | 0.0500 | 25.0000 | -1,996.00 | N/A | N/A |
| TRUST IV 6.375% | | | 4.00 | 2,000.00 | | | |
| CUSIP: 52520B206 | | | | | | | |
| **Total Preferreds** | | | **$4.00** | **$2,000.00** | **-$1,996.00** | **$0.00** | **0.00%** |