Edward & Mary Alweis
7639 Tarpon Cove Circle
Lake Worth, FL 33467

August 10, 2010

Re: Lehman Brothers Holdings, Inc., et al
    Claim Number 8175
    Classification: Unsecured $5,000
    Bankruptcy Court, Southern District of New York
    Docket Number 4271

Hon. James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Dear Sir:

Enclosed please find copy of Statement of registered broker-dealer Banc of America Investment Services, Inc. for the month of January, 2005, Account Number W28-008699. In particular, I call your attention to Page 7 of 11 wherein it shows that we purchased 200 shares of Lehman Bros. Hldgs Cap Tr V1 TR Pfc Secs Ser N 6.24% Due 1/18/2054, etc., for we which we paid the sum of $5,000 on January 18, 2005.

We did not sell these shares at any time and, therefore, we feel we are entitled to a portion of whatever settlement is reached by your court and that our claim should not be disallowed, expunged, reduced or reclassified.

Respectfully,

Edward J. Alweis

Cc: Weil, Gotshal & Manges LLP Attn: Shai Waisman, Es.; Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., Tracy Hope Davis, Esq., Milbank, Tweed, Hadley & McCloy, LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.

# Banc of America Investment Services, Inc

Account Number: W28-008699
Account Name: ALWEIS E
Statement Date: 01/01/2005 to 01/31/2005

## MUTUAL FUNDS 8.83%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| OPPENHEIMER ROCHEST NATIONAL MUNI CL B | ORNBX CASH | 499.686 | $12.03 | $6,011.22 | unavailable | $381.87 |
| Estimated Yield 6.35% | | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |

**Total Mutual Funds** $6,011.22 $381.87

**Total Securities** $67,969.67 $3,724.80

**TOTAL PORTFOLIO VALUE** $68,063.65 $3,725.41

## ACCOUNT ACTIVITY

### TRADING
### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/18/05 | CASH | YOU BOUGHT | LEHMAN BROS HLDGS CAP TR VI TR PFD SECS SER N 6.24% DUE 01/18/2054 SOLICITED ORDER PROSPECTUS UNDER SEPARATE COVER @ 25 | 200 | ($5,000.00) |
| 01/24/05 | CASH | YOU BOUGHT | OPPENHEIMER ROCHEST NATIONAL MUNI CL B PROSPECTUS UNDER SEPARATE COVER CONF:X020953 @ 12.01 | 499.584 | ($6,000.00) |

Account carried with National Financial Services LLC, Member NYSE, SIPC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re                                                  :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :    **08-13555 (JMP)**
                                                       :
                           Debtors.                    :    **(Jointly Administered)**
                                                       :
-------------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000054905 MAIL ID *** 0030505027 *** BSI USE: 148

ALWEIS, EDWARD J. & MARY
7639 TARPON COVE CIRCLE
LAKE WORTH, FL 33467


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>ALWEIS, EDWARD J. & MARY<br>7639 TARPON COVE CIRCLE<br>LAKE WORTH, FL 33467 | **Claim Number:** | 8175 |
| | **Date Filed:** | 8/13/2009 |
| | **Debtor:** | No Debtor Asserted |
| | **Classification and Amount:** | UNSECURED: $ 5,000.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.