UNITED STATES BANKRUPTCY COURT    Hearing Date: September 1, 2010
SOUTHERN DISTRICT OF NEW YORK          @2:00 p.m.
-----------------------------------------------------x

In Re:

LEHMAN BROTHERS HOLDINGS INC., et al.,    Chapter 11
                                        Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------x

### OPPOSITION BY CLAIMANT SUSAN STASHOWER (CLAIM NO. 33326) TO THE DEBTORS' THIRTY-FIRST OMNIMUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

TO: THE HONORABLE JAMES M. PECK, U.S. BANKRUPTCY JUDGE:

     Susan Stashower, claimant number 33326 hereby opposes the Debtors' Thirty-First omnibus Objection to claims filed on July 19, 2010 wherein the Debtors' have sought to disallow or expunge my claim based upon insufficient documentation supporting the claim.

     1. I filed my initial proof of claim with the Bankruptcy Court on September 18, 2009 after my inquiry to my financial adviser, Charles Natt, at Morgan Stanley Smith Barney. He advised me that on January 16, 2008 I Purchased 700 shares of LEH.N at $22.84 for a total of $15,998.28. On September 11, 2008 he advised me that I sold 350 shares of LEH.N at $7.96 for a total of $2,780.73. The difference is $13,217.55 and this is the amount of my claim. I still own the other 350 shares. A copy of my original proof of claim together with the e-mail from my financial adviser is annexed hereto as Exhibit "A".

     2. I did not file the back-up documentation from Morgan Stanley with my original proof of claim but I have annexed it as Exhibit "B" to my Opposition to the Debtors' motion seeking to disallow or expunge my claim on the basis of insufficient

documentation of the claim and so the Court can readily confirm the aforementioned

facts. As a result, the Debtors' objection to my claim set forth as no. 167 on exhibit "A"

of the Omnibus motion should be denied and my claim allowed in full as I have supplied

clear back-up documentation supporting the claim. The stock purchase appears on page 4

of the statement for the month ending January 31, 2008 and the sale of the stock sale

appears on page 4 of the statement for the month ending September 30, 2008.

      WHEREFORE, the Debtors' motion to disallow or expunge my claim should be

denied in all respects and my claim allowed in all respects.

Dated: New York, New York
      August 10, 2010

                      _s/Susan Stashower_
                      SUSAN STASHOWER
                      300 West 72nd Street Apt. 6F
                      New York, N.Y. 10023
                      212-877-0326

UNITED STATES BANKRUPTCY COURT          Hearing Date: September 1, 2010
SOUTHERN DISTRICT OF NEW YORK                         @2:00 p.m.
-----------------------------------------------------------x
In Re:

LEHMAN BROTHERS HOLDINGS INC., et al.,        Chapter 11
                                              Case No. 08-13555 (JMP)

                              Debtors.        Affidavit of service
-----------------------------------------------------------x
State of New York)
County of New York)ss.:

    Susan Stashower, being duly sworn, states under the penalties of perjury:

    1.   That on August 10, 2006 I served a copy of my Opposition to the Debtors' Thirty-First Omnibus Motion seeking to disallow or expunge my claim upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, NY 10004, Courtroom 601; (ii)attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Aveneu, New York, NY 10153 (Attn: Shai Waisman, Esq,); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor, New York, NY 10004 (Att: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., and Tracy Hope Davis, Esq.); and (iv) the attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) by mailing a copy to each by regular first class mail.

                                      _s/Susan Stashower_
                                      SUSAN STASHOWER
                                      300 West 72nd Street Apt. 6F
                                      New York, N.Y. 10023
                                      212-877-0326

Sworn to before me this
10th day of August, 2010

_____
Notary Public

PAUL MILBAUER
NOTARY PUBLIC State of New York
No. 31-4854781
Qualified in New York County
Commission Expires 2/24/2014

# EXHIBIT A

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

Re:
Lehman Brothers Holdings Inc., et al. ,
                                    Debtors.

| | Chapter 11 |
| Name of Debtor Against Which Claim is Held | Case No. 08-13555 (JMP) (Jointly Administered) |
| | Case No. of Debtor |
| ~~Lehman Brothers Holdings Inc~~ | 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make claims for Lehman Program Securities. (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SUSAN STASHOWER
300 West 72 St #6F
New York, N.Y. 10003

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
    (If known)

Filed on:_____

Telephone number: 212-877-0396    Email Address: ssans.tashower@ya...

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:_____    Email Address:_____

1. Amount of Claim as of Date Case Filed: $ _12,915.48_
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: _STOCK PURCHASED 11/26/08 1750 @ 23.84 - 15,449.28,_
    (See instruction #2 on reverse side.)    _250 sold 11/1/8 @ 746 = 1,4 60.23_

3. Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:_____

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection:_____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
    (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

FILED
BANKRUPTCY COURT
AUG 18
N.Y. C
300

FOR COURT USE ONLY

Date:_____    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Paul Milbauer

**From:**    Natt, Charles [Charles.Natt@morganstanley.com]
**Sent:**    Tuesday, September 15, 2009 4:49 PM
**To:**    Paul Milbauer; Susan Stashower
**Subject:** Re: Lehman

Susan & Paul,

1/16/08:  We purchased 700 shares of LEH.N at $22.84 for a total of $15,998.28

9/11/08:  We sold 350 shares of LEH.N at $7.96 for a total of $2,780.73

We still own 350 shares.

Charles Natt, CFP®

Financial Advisor
Morgan Stanley Smith Barney
2 Penn Plaza, 22nd floor
New York, NY 10121
Direct: (212) 613-6742
Toll-Free: 800-573-7362
Fax: (646) 224-8519
Charles.Natt@morganstanley.com

Executive Assistant:
Shatavia K. Milton
Registered CSA
(Tel) 212-613-6845
(Fax) 212-613-6825
Shatavia.Milton@morganstanley.com

CFP® and CERTIFIED FINANCIAL PLANNER™ are certification mark owned by the Certified Financial Planner Board of Standards, Inc. These
marks are awarded to individuals who successfully complete the CFP Board's initial and ongoing certification requirements.

Investments and services offered through Morgan Stanley Smith Barney LLC, and accounts carried by Morgan Stanley & Co. Incorporated;
members SIPC.

This report has been generated from information that Morgan Stanley Smith Barney LLC and its Financial Advisors and Investment
Representatives (collectively "we" or "us") believe to be reliable and accurate. We do not, however, represent or warrant the accuracy or
completeness of the information contained in this report. You, the client, have provided us the data from which this report has been
generated. The report has been calculated from software and formulas that were not developed by us. As such, all calculations, estimates
and opinions included in this report constitute our best judgment as of this date and upon the information you have provided us and may be
subject to change. It is your responsibility to do your own evaluation, check and calculations to determine the accuracy of the information
contained in this report. Neither we nor our affiliates will be responsible for the consequences of your reliance upon any opinion, calculation
or other information contained herein or for any omission.

# EXHIBIT B

Your Financial Advisor
CHARLES NATT
MORGAN STANLEY
2 PENN PLAZA  22ND FLOOR
NEW YORK, NY
10121
(212) 613-6700

RETIREMENT ACCOUNT
FOR MONTH ENDING JANUARY 31, 2008

PAGE 1 OF 9

Account Number
[illegible]

IRA Rollover
Dated 07/13/06
Householding Anniv. Date:
05/02/2006

Access Your Account at:
www.morganstanley.com/online

10023
(10023266860)
SUSAN C STASHOWER
300 W 72ND STREET APT 6F
NEW YORK NY 10023-2668

## Asset Summary

| | Value | % of Assets |
|---|---|---|
| MMF and Bank Deposits* | $7,614.49 | 4.9% |
| Stocks | 95,940.00 | 62.1 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 16,219.00 | 10.5 |
| Government Securities | 0.00 | 0.0 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 34,835.17 | 22.5 |
| Asset Value | $154,608.66 | 100.0% |
| Cash | 16,233.00 | |
| **Total Asset Value** | **$170,841.66** | |

## Activity Summary

**Total Asset Value December 31 2007** — $131,889.97

### Cash/Money Market Funds/Bank Deposits* Activity for January

| | |
|---|---|
| Closing Balance 12/31 | $79,939.00 |
| **Credits To Your Account** | |
| Dividends and Interest | 589.43 |
| Deposits | 36,280.09 |
| Sales Proceeds/Redemptions | 0.00 |
| Other Credits | 0.00 |
| Total Credits | 36,869.52 |
| **Debits To Your Account*** | |
| Withdrawals | 0.00 |
| Funds to Purchase Securities | -92,961.03 |
| Other Debits | 0.00 |
| Total Debits | -92,961.03 |
| Closing Balance 1/31 | 23,847.49 |

**Net Change Cash/Money Market Funds/Bank Deposits* Activity** — -56,091.51

### Changes In Asset Value for January

| | |
|---|---|
| Value of Priced Assets 12/31 | $51,950.97 |
| Securities Bought | 92,961.03 |
| Securities Received | 0.00 |
| Securities Sold/Redeemed | 0.00 |
| Securities Delivered | 0.00 |
| Transactions at Fund Company | 0.00 |
| Change in Value of Priced Assets | 2,082.17 |
| Value of Priced Assets 1/31 | 146,994.17 |

**Net Change in Asset Value** — 95,042.20

**Total Asset Value as of January 31 2008** — $170,841.66

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| MMF and Bank Deposits* | $105.63 | $105.63 |
| Stocks | 483.80 | 483.80 |
| Municipal | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| **Total Income** | **$589.43** | **$589.43** |

*Eligible for FDIC insurance; FDIC rules apply; Not SIPC insured.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

Please see page 5 for your Account's Retirement Recap.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

# ASSET DETAILS

## Cash/Money Market Funds/Bank Deposits

| | Amount | Pct of Assets | Est Yrly Income | APY | Annualized 30 Day Yields |
|---|---|---|---|---|---|
| CASH | 16,233.00 | --- | --- | --- | --- |
| BANK DEPOSITS # | | | | | |
| MORGAN STANLEY BANK | 7,614.49 | 4.9% | 152 | 2.00% | --- |
| **Total Bank Deposits** | 7,614.49 | 4.9% | 152 | | --- |
| **Total Cash and Money Market Funds** | $23,847.49 | 4.9% | $152 | | --- |

Net Change Since Last Statement    -$6,091.51

# Bank deposits are at Morgan Stanley Bank and Morgan Stanley Trust bank (Members FDIC), affiliates of Morgan Stanley & Co. Incorporated.
Bank deposits are eligible for FDIC insurance up to applicable limits. Not SIPC insured.

## Stocks

| | Current Price | Value | Pct of Assets | Est Yrly Income | Dividend Yield | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|
| **Common Stocks** | | | | | | | |
| 1,000   MS EMERGING MKTS DOMESTIC DEBT | 18.00 | 18,000.00 | 11.6% | 1,592 | 8.84% | EDD | Next Dividend Payable 03/08 |
| **Preferred Stocks** | | | | | | | |
| 1,000   FANNIE MAE 8.25% | 26.42 | 26,420.00 | 17.1% | 2,063 | 7.80% | FNM S | MOODY AA3    S&P AA- |
| 1,000   FREDDIE MAC 8.375% SERIES 2 | 26.85 | 26,850.00 | 17.4% | 2,054 | 7.79% | FRE 2 | MOODY AA3    S&P AA- |
| 1,000   ING GROUP NV 7.0500% SER PFD | 24.67 | 24,670.00 | 16.0% | 1,762 | 7.14% | IND | MOODY N.A.    S&P A  Next Dividend Payable 03/08 |
| **Total Preferred Stocks** | | 77,940.00 | 50.5% | 5,919 | 7.59% | | |
| **Total Stocks** | | $95,940.00 | 62.1% | $7,511 | 7.82% | | |

Net Change Since Last Statement    $78,730.00

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

RETIREMENT ACCOUNT
FOR MONTH ENDING JANUARY 31, 2008

PAGE 3 OF 9

Account Number

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

| | Current Price | Value | Pct of Assets | Est Yld Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| *Corporate Fixed Income* | | | | | | | |
| *Fixed-Rate Capital Securities* | | | | | | | |
| 700    LEHMAN BROS HLDGS CAP TR VI   6.240% QTRLY APR   DUE 01/18/54   CALLABLE   $25.00 ON 01/18/10 | 23.17 | 16,219.00 | 10.5% | 1,092 | 6.73% | MOODY A2 | S&P A- |
| *Total Corporate Fixed Income* | | $16,219.00 | 10.5% | $1,092 | 6.73% | 0.00 | |
| Net Change Since Last Statement | | $16,219.00 | | | | | |
| | Est NAV | Valuation Est. | Pct of Assets | Fund Number | Date | | |
| *Managed Futures* | | | | | | | |
| *Other* | | | | | | | |
| 1,569,859   MS CHARTER   GRAHAM   (EST.VAL.) | 22.19 | 34,835.17 | 22.5% | 0 | 01/30 | | |
| *Total Other* | | $34,835.17 | 22.5% | | | | |
| Net Change Since Last Statement | | $94.20 | | | | | |
| | | Value | | Est Yld Income | | | |
| *Asset Summary* | | | | | | | |
| *Total Asset Value* | | $170,841.66 | | $8,755 | | | |
| Total Net Change In Priced Assets Since Last Statement | | $95,043.20 | | | | | |

\*\*The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect
the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

RETIREMENT ACCOUNT
FOR MONTH ENDING JANUARY 31, 2008

Account Number
XXX-XXXXXX71

PAGE 4 OF 9

# CREDITS TO YOUR ACCOUNT

## Dividends and Interest

| Date | Activity | Description | Amount | Income Category |
|------|----------|-------------|--------|-----------------|
| 01-07 | Dividend | MS EMERGING MKTS DOMESTIC DEBT | 463.80 | Stocks |
| 01-30 | Interest | MORGAN STANLEY BANK (Period 12/29-01/30) | 105.63 | MMF and Bank Deposits |
| | | Total Dividends and Interest | 569.43 | |

*See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.*

## Deposits

| Date | Activity | Description | Amount | Additional Information |
|------|----------|-------------|--------|------------------------|
| 01-15 | Transfer | FUNDS TRANSFERRED | 20,047.09 | FROM 601-094079-000 |
| 01-31 | Transfer | FUNDS TRANSFERRED | 16,233.00 | FROM 601-094079-000 |
| | | Total Deposits | $36,280.09 | Year-To-Date $36,280.09 |

**Total Credits To Your Account**    $36,869.52    Year-To-Date    $36,869.52

# DEBITS TO YOUR ACCOUNT

## Funds to Purchase Securities

| Trade Date | Settle Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|------------|-------------|----------|----------|-------------|-------|--------|------------------------|
| 01-16 | 01-22 | Bought | 700 | LEHMAN BR HLDG VI 6240 #543A16 | 22.8429 | 15,995.20 | ACCRUED INTEREST 3.0% |
| 01-16 | 01-22 | Bought | 1,000 | ING GROUP NV 7.0500% SER PPD | 24.3200 | 24,575.25 | PREFERENTIAL RATE |
| 01-16 | 01-22 | Bought | 1,000 | FREDDIE MAC 8.375% SERIES 2 | 26.3500 | 26,505.25 | PREFERENTIAL RATE |
| 01-16 | 01-22 | Bought | 1,000 | FANNIE MAE 8.25% | 25.7300 | 25,885.25 | PREFERENTIAL RATE |
| | | | | Total Funds to Purchase Securities | | -92,961.03 | Year-To-Date -92,961.03 |

**Total Debits To Your Account**    -92,961.03    Year-To-Date    -92,961.03

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

# ADDITIONAL ACCOUNT INFORMATION

## MMF and Bank Deposits

| Date | Description | Amount | Additional Information |
|---|---|---|---|
| 12-31 | BANK DEPOSITS | 79,929.00 | |
| 12-31 | TOTAL Closing Balance | 79,929.00 | |

### Closing Balances

## Transactions

| Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|
| 01-08 | Automatic Deposit | BANK DEPOSIT PROGRAM | 463.80 | |
| 01-16 | Automatic Deposit | BANK DEPOSIT PROGRAM | 20,067.09 | |
| 01-18 | Automatic Withdrawal | BANK DEPOSIT PROGRAM | -92,961.03 | |
| 01-30 | Automatic Deposit | BANK DEPOSIT PROGRAM | 105.63 | |

### Closing Balances

| Date | Description | Amount | Additional Information |
|---|---|---|---|
| 01-31 | BANK DEPOSITS | 7,614.49 | |
| 01-31 | TOTAL Closing Balance | 7,614.49 | |

## Retirement Recap

| Account Valuation | 2008 | 2007 |
|---|---|---|
| Account Valuation | 170,841.66 | 131,889.97 |

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

RETIREMENT ACCOUNT
FOR MONTH ENDING JANUARY 31, 2008

PAGE 6 OF 9

Account Number
████████-████████

SUSAN C STASHOWER
360 W 72ND STREET APT 6F

Messages

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

Please note: As of February 5, 2008 interest rate tiers for the Bank Deposit Program were changed and your interest rate may have been affected. The new interest rate tiers are $100,000-$249,999,$250,000-$499,999and $500,000-$999,999.These new tiers and corresponding interest rates will be posted on the following link once effective:
http://www.morganstanleyindividual.com/accountoptions/activeassets/investmentfeatures/

Save up to 30% on TurboTax this tax season.

This year, we are pleased to offer you a simple way to do taxes through our relationship with TurboTax. And as a Morgan Stanley client, you can take advantage of 30% off the listed price of online federal versions or 20% off the listed price of the downloadable versions of TurboTax.

Whether you need basic tax guidance or have a more complicated tax situation, TurboTax has the product to meet your individual needs.

For more information, visit ClientServ.

Turbo Tax is not an agent of, nor affiliated with, Morgan Stanley. TurboTax and TurboTax Online are registered trademarks and/or service marks of Intuit Inc. in the United States and other countries. Morgan Stanley does not render advice on tax and tax accounting matters.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

Your Financial Advisor
CHARLES NATT
MORGAN STANLEY
2 PENN PLAZA  22ND FLOOR
NEW YORK, NY    10121
(212) 613-6700

(1002326686601)
SUSAN C STASHOWER
300 W 72ND STREET APT 6F
NEW YORK, NY 10023-2638

RETIREMENT ACCOUNT
FOR MONTH ENDING JANUARY 31, 2008

PAGE 7 OF 9

Account Number
~~XXX-XXXXXXX~~

IRA Rollover
Dated 07/13/06
Householding Anniv. Date:
05/02/2006

Access Your Account at:
www.morganstanley.com/online

# GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss Summary is not a substitute 1099 form (or any other appropriate tax form) and should not be filed with your taxes. The Total Cost, Unit Cost and Proceeds of eligible equity and options transactions with Choice SelectSM pricing do not include commissions paid on your purchases or sales and therefore may not equal the acquisition price or principal amount of the sale. The figures should be independently verified. Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as the existence of hedging transactions, constructive sales or marked-to-market pricing adjustments on certain options held at year-end. Please note that although Morgan Stanley makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of unlisted stock options; securities deemed to have been sold and simultaneously repurchased; receipt of cash in lieu of fractional shares; or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley, for example, securities purchased elsewhere and later transferred to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution or Morgan Stanley, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information. Please contact your Financial Advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemptions, please see applicable offering document.

With respect to estimated gains and losses for listed equity options, Morgan Stanley has taken into account option premiums paid or received. Still, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions are intended to off-set each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurance can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

*This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.*

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

RETIREMENT ACCOUNT
*FOR MONTH ENDING JANUARY 31, 2008*

PAGE 8 OF 9

Account Number
[redacted]

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

Unrealized Gain/(Loss)

| | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Common Stocks** | | | | | | | |
| *Stocks* | | | | | | | |
| MS EMERGING MKTS DOMESTIC DEBT | 1,000 | 04-23-07 | 20.00000 | 20,000.00 | 18,000.00 | (2,000.00) | Short Term |
| **Preferred Stocks** | | | | | | | |
| *Stocks* | | | | | | | |
| FANNIE MAE 8.25% | 1,000 | 01-16-08 | 25.88525 | 25,885.25 | 26,420.00 | 534.75 | Short Term |
| FREDDIE MAC 8.375% SERIES Z | 1,000 | 01-16-08 | 26.50525 | 26,505.25 | 26,850.00 | 344.75 | Short Term |
| TNS GROUP NV 7.0500% SER PFD | 1,000 | 01-16-08 | 24.57525 | 24,575.25 | 24,670.00 | 94.75 | Short Term |
| *Total Preferred Stocks* | | | | 76,965.75 | 77,940.00 | 974.25 | |
| *Total Stocks* | | | | 96,965.75 | 95,940.00 | (1,025.75) | |
| **Corporate Fixed Income**** | | | | | | | |
| *Fixed-Rate Capital Securities* | | | | | | | |
| LEHMAN BR HLDG VI   6.240   1-18-54 | 700 | 01-16-08 | 22.84607 / 22.84607 | 15,992.25 / 15,992.25 | 16,219.00 | 226.75 | Short Term |
| *Total Corporate Fixed Income* | | | | 15,992.25 / 15,992.25 | 16,219.00 | 226.75 | |
| *Total Corporate Fixed Income* | | | | | | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investment and services are offered through Morgan Stanley & Co. Incorporated, member SIPC

RETIREMENT ACCOUNT

FOR MONTH ENDING JANUARY 31, 2008

PAGE 9 OF 9

Account Number
6011-9XXXXX-XXX

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

| | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| Unrealized Gain/(Loss) | | | | | | | |
| *Other* | | | | | | | |
| *Managed Futures* | | | | | | | |
| MᵒCHARTER GRAHAM | 1,569.859 | 08-01-06 | 19.11000 | 30,000.00 | 34,835.17 | 4,835.17 | See K-1 for tax information |
| **Total Other** | | | | 30,000.00 | 34,835.17 | 4,835.17 | |
| **Totals for positions with cost data available** | | | | $142,958.00 | $146,994.17 | $4,036.17 | |
| **Total Market Value for all positions** | | | | | $146,994.17 | | |

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

**Summary**

| | Short Term | Long Term | Total |
|---|---|---|---|
| **Unrealized gain............** | $1,201.00 | $4,835.17 | $6,036.17 |
| **Unrealized (loss)...........** | ($2,000.00) | $0.00 | ($2,000.00) |
| **Realized gain YTD...........** | $0.00 | $0.00 | $0.00 |
| **Realized (loss) YTD..........** | $0.00 | $0.00 | $0.00 |

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

**Account Valuation**

This figure represents the approximate value of your account on a settlement date basis and is based on information provided by quotation services and other sources, which we believe to be reliable. Generally, all securities and other deposit balances are shown. Please note, the valuation may be adjusted for the net change in priced and assets by adding any credit or subtracting any debit to your closing cash, or money market fund and/or bank deposit balance. Your closing cash, money market fund and/or bank balances during the statement period. Your closing cash, money market fund and/or bank balance reflects the net month end available balance. The Bank Deposit Annual Percentage Yield ("APY") represents the annualized rate that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/AccountOptions/ActiveAssetsInvestment/Features/

**Availability of Free Credit**

Under the customer protection rules of the SEC (17 CFR §240.15c3-2 & -3), Morgan Stanley & Co. Incorporated may use free credit balances in your account, unless we are otherwise instructed, in the ordinary course of business. We are obligated to return these funds to you on demand. Incorporated, solely as a service to you are and are not responsible for information (including valuation) derived from any other external source. Generally, any.

**Certain Assets Not Held at a Morgan Stanley & Co. Incorporated**

You may purchase certain assets through Morgan Stanley & Co. Incorporated that may be held at a financial institution other than Morgan Stanley & Co. Incorporated Assets reporting (1099s) and separate periodic statements. In the case of Morgan Stanley, Van Kampen and external networked mutual funds, Morgan Stanley & Co. Incorporated performs all tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley & Co. Incorporated performs all tax reporting.

**Client's Investment Objectives and Financial Situation**

It is essential to advise your Financial Advisor immediately if there is a material change in your investment objectives or financial situation.

**Dividend/Interest (liquid/YTD)**

These figures represent dividends and/or interest on securities received by Morgan Stanley and credited to your account during the calendar year as required by law. Morgan Stanley reports to the Internal Revenue Service dividend distributions and taxable bond interest credited to your account. Interest figures are indicated as the year-to-date (YTD) of financial institution trusts, since these are taxable.

**Errors and Inquiries**

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). We will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand.

**Estimated Annual Income and Yield**

Estimated annual income and yields are calculated by annualizing the most recent distribution and do not reflect historic experience or projected future results. Since the rates are subject to change at any time, they should not be solely relied upon for making investment or trading decisions. You should consult with your Financial Advisor to obtain accurate, current information so you can make an informed decision.

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

**Margin Interest Charges**

Morgan Stanley calculates interest charges on margin loans as follows: (1) multiply the applicable interest rate by the daily close of business net settled debit balance; (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley adds the accrued interest and starts a new calculation each time the applicable margin interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerservice/disclosures/IM

**Margin Privileges**

If you have margin privileges, you may borrow money from Morgan Stanley in exchange for interest and the pledge of eligible securities in your margin account. The amount you may borrow is based on the value of the eligible securities in your margin account, which are identified by us an asterisk(*) on your statement.

**Pricing of Securities**

The prices of securities displayed on your statement are derived from various sources and may not reflect the prices at which the securities could have been bought or sold. In some cases, the prices are derived from automated pricing services. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy or reliability. Similarly, some annually for securities listed on an exchange or trading continually in an active marketplace, the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are identified by N/A (not available). For bonds trading less frequently, we rely on an outside pricing service, or a computerized pricing model, which cannot always give us actual market values. When exposed to verify, the values provided may vary from actual market values. Similarly, some the amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless Morgan Stanley has obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current market values. Furthermore, limited partnerships and non-traded REITs are illiquid and have no public market, so the amounts showing on this statement may not equal the amounts you would receive if you sold the shares. The net asset value (NAV) for a limited partnership is determined by multiplying the number of shares or units held, as reported to Morgan Stanley by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

**Security Measures**

To help keep your Morgan Stanley account information safe, we have safeguarded to authenticity and confidentiality. One is a unique security mask—a blue rectangle with the letters MS printed in heat-sensitive blue ink on the back of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

**SIPC Protection**

Securities and cash held in Morgan Stanley & Co. Incorporated accounts are protected up to their full net equity value by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC) and an Excess of SIPC policy. SIPC Protection is provided free of charge. The aggregate amount of SIPC and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). Excess Coverage provides additional protection up to the full net equity value of each account including unlimited coverage for unvested cash. SIPC protects up to $500,000 (including up to $100,000 for cash) and SIPC protects securities up to $100,000. The Excess Coverage applies only to securities and cash in the exclusive possession and control of Morgan Stanley & Co. Incorporated and do not protect against market fluctuations.

**Taxes**

Under federal Income Tax law, Morgan Stanley is required to report the gross proceeds of sales transactions (including entering into a short sale) to you on Form 1099-B by January 31 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the calendar year should be exclusively relied upon for the purpose of filing your tax return. Under U.S. Internal Revenue Service regulations, if you have not provided us with your certified Social Security or an appropriate Form W-9 or W-8, your account may be subject to either 28% backup withholding or 30% nonresident alien withholding, on payments made to your account.

**Transaction Dates and Conditions**

All transaction dates on this statement are the transactions' settlement dates. In the case of unsettled trades, we list the trade date instead of the settlement date with a notation that the trade is unsettled. Upon written request, Morgan Stanley will promptly provide you with the name of the other party to a transaction, the date and time of a transaction, and the source and amount of any remuneration received. Details regarding these benefits and the source and amount of any remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

# RETIREMENT ACCOUNT
## FOR MONTH ENDING SEPTEMBER 30, 2008

PAGE 1 OF 10

Your Financial Advisor
CHARLES NATT
MORGAN STANLEY
2 PENN PLAZA  22ND FLOOR
NEW YORK, NY  10121
(212) 613-6700

Account Number
~~(redacted)~~

IRA Rollover
Dated 07/13/06
Householding Anniv. Date:
05/02/2006

10023
(100232668660)
SUSAN C STASHOWER
300 W 72ND STREET APT 6F
NEW YORK NY 10023-2668

Access Your Account at:
www.morganstanley.com/online

## Asset Summary

| | Value | % of Assets |
|---|---|---|
| MMkF and Bank Deposits* | $47,728.94 | 46.0% |
| Stocks | 16,990.00 | 16.4 |
| Municipal Bonds | 38.50 | 0.0 |
| Corporate Fixed Income | 0.00 | 0.0 |
| Government Securities | 0.00 | 0.0 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 38,995.29 | 37.6 |
| Asset Value | $103,662.73 | 100.0% |
| Cash | $15.60 | |
| Total Asset Value | $104,178.33 | |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| MMkF and Bank Deposits* | $47.79 | $379.93 |
| Stocks | 956.23 | 5,665.16 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 546.00 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| Total Income | $1,004.02 | $6,591.09 |

*Eligible for FDIC insurance; FDIC rules apply. Not SIPC insured.

## Activity Summary

Total Asset Value August 31 2008 | $143,218.65
Cash/Money Market Funds/Bank Deposits* Activity for September
Closing Balance 8/31 | $44,463.79

Credits To Your Account
Dividends and Interest | 1,004.02
Deposits | 0.00
Sales Proceeds/Redemptions | 2,780.73
Other Credits | 0.00
Total Credits | 3,784.75

Debits To Your Account
Withdrawals | 0.00
Funds to Purchase Securities | 0.00
Other Debits | 0.00
Total Debits | 0.00

Net Change Cash/Money Market Funds/Bank Deposits* Activity | 3,784.75
Closing Balance 9/30 | 48,256.54

Changes in Asset Value for September
Value of Priced Assets 8/31 | $98,748.86
Securities Bought | 0.00
Securities Received | 0.00
Securities Sold/Redeemed | -2,780.73
Securities Delivered | 0.00
Transactions at Fund Company | 0.00
Change in Value of Priced Assets | -40,044.34
Value of Priced Assets 9/30 | 55,923.79

Net Change in Asset Value | -42,825.07
Total Asset Value as of September 30 2008 | $104,178.33

Please see page 5 for your Account's Retirement Recap.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

# ASSET DETAILS

## RETIREMENT ACCOUNT
### FOR MONTH ENDING SEPTEMBER 30, 2008

PAGE 2 OF 10

Account Number
XXXXXXXXX

| Cash/Money Market Funds/Bank Deposits | Current Price | Amount | Pct of Assets | Est Yrly Income | APY | 7-Day Current Yield |
|---|---|---|---|---|---|---|
| CASH | | 515.60 | --- | --- | --- | |
| BANK DEPOSITS # | | | | | | |
| MORGAN STANLEY BANK | | 47,738.94 | 46.0% | 573 | 1.20% | --- |
| Total Bank Deposits | | 47,738.94 | 46.0% | 573 | --- | --- |
| Total Cash and Money Market Funds | | $48,254.54 | 46.0% | $573 | --- | --- |

Net Change Since Last Statement $3,784.75

# Bank deposits are at Morgan Stanley Bank and Morgan Stanley Trust (Members FDIC), affiliates of Morgan Stanley & Co. Incorporated.
Bank deposits are eligible for FDIC insurance up to applicable limits. Not SIPC insured.

| Stocks | Current Price | Value | Pct of Assets | Est Yrly Income | Dividend Yield | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|
| **Preferred Stocks** | | | | | | | |
| 1,000   FANNIE MAE 8.25% | 2.18 | 2,180.00 | 2.2% | 2,063 | 94.63% | FNM.S | S&P C |
| | | | | | | | Next Dividend Payable 12/08 |
| | | | | | | | MOODY CA |
| 1,000   FREDDIE MAC 8.375% SERIES Z | 1.60 | 1,600.00 | 1.6% | 154 | 9.68% | FRE.Z | S&P C |
| | | | | | | | MOODY CA |
| 1,010   ING GROUP NV 7.0500% SER PFD | 13.11 | 13,130.00 | 12.6% | 1,762 | 13.44% | IND | S&P A |
| | | | | | | | Next Dividend Payable 12/08 |
| Total Stocks | | $16,890.00 | 16.4% | $3,979 | 23.56% | | |

Net Change Since Last Statement -32,860.00

| Fixed-Rate Capital Securities | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| **Corporate Fixed Income**\*\* | | | | | | | |
| 250   LEHMAN BROS HLDGS CAP TR VI | .11 | 38.50 | N/A | 3 | 0.00% | 0.00 | MOODY CAA2 (-) |
| 6.240% QTRLY APR  DUE 01/18/54 | | | | | | | CUSIP 52520X208 |
| CALLABLE  $25.00 ON 01/18/10 | | | | | | | |

\*\*The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect
the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

**RETIREMENT ACCOUNT**
FOR MONTH ENDING SEPTEMBER 30, 2008

Account Number
[redacted]

PAGE 3 OF 10

## Corporate Fixed Income

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|

**Total Corporate Fixed Income**

| | | $38.50 | N/A | 0 | 0.00% | 0.00 | |

Net Change Since Last Statement    -10,671.50

*Watchlist and CreditWatch Indicators (\*) = developing/uncertain  (+) = On Watchlist/CreditWatch Upgrade  (-) = On Watchlist/CreditWatch Downgrade*
*For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings.*

## Other

| | Est. NAV | Valuation Est. | Pct of Assets | Fund Number | Date | Additional Information |
|---|---|---|---|---|---|---|

## Managed Futures

| | Est. NAV | Valuation Est. | Pct of Assets | Fund Number | Date | Additional Information |
|---|---|---|---|---|---|---|
| 1,569.859  MS CHARTER  GRAHAM  (EST. VAL) | 24.84 | 38,995.29 | 37.6% | 0 | 39/29 | |

**Total Other**

| | | $38,995.29 | 37.6% | | | |

Net Change Since Last Statement    $706.43

## Asset Summary

| | Value | Est Yrly Income |
|---|---|---|

**Total Net Asset Value**    $104,178.33    $4,552

**Total Asset Value**    $104,178.33

Total Net Change In Priced Assets Since Last Statement    -42,425.07

If you hold Auction Rate Securities, please see the **Message Center for important information regarding the pricing of these securities.**

*\*\*The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.*

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

# CREDITS TO YOUR ACCOUNT

## Dividends and Interest

| Date | Activity | Description | Amount | Income Category |
|------|----------|-------------|--------|-----------------|
| 09-15 | Dividend | ING GROUP NV 7.05004% SER PFD | 440.63 | Stocks |
| 09-29 | Interest | MORGAN STANLEY BANK (Period 08/29-09/29) | 47.79 | MMF and Bank Deposits |
| 09-30 | Dividend | FANNIE MAE 8.25% | 515.60 | Stocks |
| | | Total Dividends and Interest | 1,004.02 | |

*See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.*

## Sales Proceeds/Redemptions

| Trade Date | Settle Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|------------|-------------|----------|----------|-------------|-------|--------|------------------------|
| 09-11 | 09-16 | Sold | 350 | LEHMAN BR HLDG VT 6240 *54JJA1B | 7.9600 | 2,780.73 | ACCRUED INTEREST 84.93 |
| | | | | Total Sales Proceeds/Redemptions | | $2,780.73 | Year-To-Date $18,405.39 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| | | | Total Credits To Your Account | | | $3,784.75 | Year-To-Date $61,276.57 |

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

RETIREMENT ACCOUNT
FOR MONTH ENDING SEPTEMBER 30, 2008

Account Number
[redacted]

PAGE 5 OF 10

# ADDITIONAL ACCOUNT INFORMATION

## MMF and Bank Deposits

### Closing Balances

| Date | Description | Amount | Additional Information |
|------|-------------|--------|------------------------|
| 08-31 | BANK DEPOSITS | 44,469.79 | |
| 08-31 | TOTAL Closing Balance | 44,469.79 | |

### Transactions

| Date | Activity | Description | Amount | Additional Information |
|------|----------|-------------|--------|------------------------|
| 09-16 | Automatic Deposit | BANK DEPOSIT PROGRAM | 440.63 | |
| 09-17 | Automatic Deposit | BANK DEPOSIT PROGRAM | 2,760.73 | |
| 09-29 | Automatic Deposit | BANK DEPOSIT PROGRAM | 67.79 | |

### Closing Balances

| Date | Description | Amount | Additional Information |
|------|-------------|--------|------------------------|
| 09-30 | BANK DEPOSITS | 47,738.94 | |
| 09-30 | TOTAL Closing Balance | 47,738.94 | |

## Retirement Recap

| | 2008 | 2007 |
|--|------|------|
| Account Valuation | 104,378.33 | 131,889.97 |

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

RETIREMENT ACCOUNT
FOR MONTH ENDING SEPTEMBER 30, 2008

Account Number
█████████████071

PAGE 6 OF 10

Messages

*********************
*********************
*********************
**Important Notice**
***"Please Read"***
*********************
*********************
*********************

The following message has been added to all client account statements but applies only to holders of Auction Rate Securities.
Depending on your current holdings, this message may/may not be applicable to you.

***********************************************

Morgan Stanley recently mailed to eligible clients an offer to purchase certain Auction Rate Securities. If you did not receive
the materials but believe you may be eligible to participate; or, if you received the materials and have questions, please contact
the Morgan Stanley Auction Rate Securities Call Center (800) 566-2273 or visit our website for more information about eligible
securities: http://www.morganstanleyindividual.com/Markets/bondcenter/AuctionRateSecurities/

Please note due to recent market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore,
the price(s) for any auction rate securities shown on this statement may not reflect the price(s) you would receive upon a sale
at auction or in a secondary market transaction. There can be no assurance that a successful auction will occur or that a
secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement
are derived from various sources, and may differ from prices provided to Morgan Stanley by outside pricing services and/or from
Morgan Stanley's own internal bookkeeping valuations. Please contact your Financial Advisor with any questions. To learn more
about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for
more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

***********************************************

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office
where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at
(800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 or Morgan Stanley & Co. Incorporated,
Legal and Compliance Division, 2000 Westchester Avenue, Purchase, New York 10577 with any account-related concerns.

Reminder to Traditional IRA owners: This statement contains your 2008 Required Minimum Distribution (RMD) information on the following
page. Clients over age 70 1/2 must withdraw by 12/31/08. Clients attaining age 70 1/2 in 2008 must withdraw by 4/1/09. If you need
additional information, contact your Financial Advisor or phone our Customer Interaction Center toll-free at 1-800-844-6119.

For certain brokerage AAA, BSA, IRA and ERISA accounts that started sweeping cash to the Bank Deposit Program on or about
May 19, 2008: Effective on or after December 2, 2008 the Bank Deposit Program interest rates for those brokerage accounts will
be tiered based on eligible household assets. Please contact your Financial Advisor to learn more about householding. For
current Bank Deposit Program Rates, go to: http://www.morganstanleyindividual.com/accountoptions/activeassets/investmentfeatures/

RETIREMENT ACCOUNT
FOR MONTH ENDING SEPTEMBER 30, 2008

Account Number

PAGE 7 OF 10

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

Messages:

*Protecting Your Assets is Our Priority*

*At Morgan Stanley, we believe it is our responsibility not only to help you achieve your investment goals, but also to protect your assets. In markets like these, we understand that the safety of your assets is your primary concern and you should know that they are protected in many ways. To learn more about regulatory protections for client accounts, as well as insurance safeguards afforded through SIPC, CAPCO and the FDIC, log on to ClientServ to view the brochure "Protection For Your Assets". To enroll in ClientServ go to: www.morganstanleyclientserv.com/welcome.*

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

Your Financial Advisor
CHARLES NATT
MORGAN STANLEY
2 PENN PLAZA   22ND FLOOR
NEW YORK, NY   10121
(212) 613-6700

(10023266860)
SUSAN C STASHOWER
300 W 72ND STREET APT 6F
NEW YORK NY 10023-2668

Account Number
█████████████

IRA Rollover
Dated 07/13/06
Householding Anniv. Date:
05/02/2006

Access Your Account at:
www.morganstanley.com/online

# GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss Summary is not a substitute 1099 form (or any other appropriate tax form) and should not be filed with your taxes. The Total Cost, Unit Cost and Proceeds of eligible equity and options transactions with Choice SelectSM pricing do not include commissions paid on your purchases or sales and therefore may not equal the acquisition price or principal amount of the sale. The figures should be independently verified. Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as the existence of hedging transactions, constructive sales or marked-to-market pricing adjustments on certain options held at year-end. Please note that although Morgan Stanley makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of unlisted stock options; securities deemed to have been sold and simultaneously repurchased; receipt of cash in lieu of fractional shares; or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley, for example, securities purchased elsewhere and later transferred to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution or Morgan Stanley, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information. Please contact your Financial Advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemptions, please see applicable offering document.

With respect to estimated gains and losses for listed equity options, Morgan Stanley has taken into account option premiums paid or received in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. Morgan Stanley has made calculations using what appear to be off-setting positions; no assurance can be given that these positions are intended to offset each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurance can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

RETIREMENT ACCOUNT
FOR MONTH ENDING SEPTEMBER 30, 2008

PAGE 9 OF 10

Account Number
[redacted]

## Unrealized Gain/(Loss)

### Stocks

#### Preferred Stocks

| | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| FANNIE MAE 8.25% | 1,000 | 01-16-08 | 25.88525 | 25,885.25 | 2,180.00 | (23,705.25) | Short Term |
| FREDDIE MAC 8.375% SERIES Z | 1,000 | 01-16-08 | 26.50525 | 26,505.25 | 1,600.00 | (24,905.25) | Short Term |
| LNG GROUP NV 7.0500% SER PFD | 1,000 | 01-16-08 | 24.57525 | 24,575.25 | 13,110.00 | (11,465.25) | Short Term |
| **Total Preferred Stocks** | | | | 76,965.75 | 16,890.00 | (60,075.75) | |
| **Total Stocks** | | | | 76,965.75 | 16,890.00 | (60,075.75) | |

### Corporate Fixed Income™

#### Fixed-Rate Capital Securities

| | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| LEHMAN BR HLDG VI    6.240    1-18-54 | 350 | 01-16-08 | 22.84607 / 22.84607 | 7,996.13 / 7,996.13 | 38.50 | (7,957.63) | Short Term |
| **Total Corporate Fixed Income** | | | | 7,996.13 / 7,996.13 | 38.50 | (7,957.63) | |

### Managed Futures

| | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| ING CHARTER GRAHAM | 1,569,859 | 08-01-06 | 19.11000 | 30,000.00 | 38,995.29 | 8,995.29 | See K-1 for tax information |
| **Total Other** | | | | 30,000.00 | 38,995.29 | 8,995.29 | |
| **Totals for positions with cost data available** | | | | $114,961.88 | $55,923.79 | ($59,038.09) | |
| **Total Market Value for all positions** | | | | | $55,923.79 | | |

This summary is not part of your account statement. It is for information purposes only, and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

The Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

# RETIREMENT ACCOUNT
## FOR MONTH ENDING SEPTEMBER 30, 2008

Account Number
601 094706 077

PAGE 10 OF 10

SUSAN C STASHOWER
300 W 72ND STREET APT 6F

## Unrealized Gain/(Loss)

| | Quantity | Date Acquired | Date Sold | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | | | |
| LEHMAN BR HLDG V1 | 350 | 01-16-04 | 09-11-08 | 6.240 | 7,996.12 | 2,695.80 | (5,300.32) | | Short Term |
| **Sub Total Short Term** | | | | | $7,996.12 | $2,695.80 | (5,300.32) | | |
| **Long Term** | | | | | | | | | |
| MS EMERGING MKTS DOMESTIC DEBT | 1,000 | 04-23-07 | 07-22-08 | | 20,000.00 | 15,624.66 | (4,375.34) | | Long Term |
| **Sub Total Long Term** | | | | | $20,000.00 | $15,624.66 | ($4,375.34) | | |
| **Totals for closing transactions with cost data available** | | | | | $27,996.12 | $18,320.46 | ($9,675.66) | | |
| **Total Proceeds** | | | | | | | | $18,320.46 | |

## Summary

| | Short Term | Long Term | Total |
|---|---|---|---|
| **Unrealized gain**......... | $0.00 | $8,995.29 | $8,995.29 |
| **Unrealized (loss)**...... | ($568,033.38) | $0.00 | ($568,033.38) |
| **Realized gain YTD**..... | $0.00 | $0.00 | $0.00 |
| **Realized (loss) YTD**... | ($5,300.32) | ($4,375.34) | ($9,675.66) |

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

**Account Valuation**

This figure represents the approximate value of your account on a settlement date basis and represents (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for certain positions, and is provided by adding any credit or subtracting any debit to your closing cash, or money market fund and/or bank deposit balance. Please note, this value may be adjusted (for the market charge in price values for securities held over the net change in money market fund and/or bank deposit balance). Your closing cash, money market fund and/or bank deposit balance represents the cash, money market funds and/or bank deposits and reflects the net month end available balance. The Bank Deposit Annual Percentage Yield ("APY") represents the applicable rate in effect on the last day of the statement period. The APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/Account/Options/ActiveAssets/InvestmentFeatures/

**Availability of Free Credit Balances and Financial Statements**

Under the customer protection rules of the SEC (17 CFR §240.15c3-2 & -3), Morgan Stanley & Co. Incorporated may use free credit balances in your account. Morgan Stanley & Co. Incorporated does not pay interest on these assets on your Morgan Stanley & Co. Incorporated financial statements is available to you semiannually; copies are also available on request, by mail.

**Certain Assets and Morgan Stanley & Co. Incorporated**

You may purchase certain assets through Morgan Stanley & Co. Incorporated that may be held as a financial institution other than Morgan Stanley & Co. Incorporated. We may include information about these assets on your Morgan Stanley & Co. Incorporated statement, solely as a service to you and are not responsible for information (including valuations) that these periodic statements, which may vary from our information reporting (1099s) and separate periodic statements. In the case of Morgan Stanley, Van Kampen and external networked mutual funds, Morgan Stanley & Co. Incorporated performs the trade and tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley & Co. Incorporated performs all tax reporting (1099).

**Clients' Investment Objectives and Financial Situation**

It is essential to advise your Financial Advisor immediately if there is a material change in your investment objectives or financial situation.

**Dividend Interest (Month/YTD)**

These figures represent dividends and/or interest on securities received by Morgan Stanley & Co. Incorporated during the calendar year. As required by law, Morgan Stanley reports to the Internal Revenue Service dividend distributions and taxable bond interest credited to your account. The totals reported are indicated as a mix of dividend and interest income. Currently, dividends are shown in a money market fund.

**Errors and Inquiries**

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Securities involving an inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to correct information promptly and to seek immediate clarification about entries that you do not understand.

**Estimated Annual Income and Yields**

Estimated annual income and yields are calculated by annualizing the most recent distribution and do not reflect historic experience or projected future results. Since the rates are subject to change at any time, they should not be solely relied upon for making investment or trading decisions. You should consult with your Financial Advisor to obtain accurate, current information so you can make an informed decision.

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

**Margin Interest Charges**

Morgan Stanley calculates interest charges on margin loans as follows: (1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance. (2) Divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. Your margin interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/ or ask your Financial Advisor. If you have margin privileges and you borrow money from Morgan Stanley in exchange for pledging assets in your account as collateral for an outstanding margin loan, The amount you may borrow is based on the value of the eligible securities in your margin account, which are identified by an asterisk(*) on your statement.

**Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts)

The prices of securities displayed on your statement are derived from various sources and may not reflect the value at which you would actually receive if the position were sold in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy.

**Pricing of Securities**

For securities where no price is available or for pricing or tracing continually in an active marketplace, the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For bonds, prices frequently, we rely on outside pricing services or a computerized pricing model, which cannot always give us actual market values. Similarly, some estimated values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party pricing source, which are not always current and may not be available. These are indicated by N/A (not available). Since many partnership valuations are provided only annually, they do not always represent current values. Furthermore, limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts showing on this statement may not equal the amount you would receive if you sold your investment. The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley by the correspondent/custodian. If we cannot obtain a price or estimate, N/A (not available) will appear.

**Security Measures**

Your Morgan Stanley statement features several embedded security elements to safeguard its authenticity. One is a unique security mark—a blue rectangle with the letters MS printed in heat-sensitive blue ink on the front side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

**SIPC Protection**

Securities and cash in your Morgan Stanley & Co. Incorporated accounts are protected up to applicable limits by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). Excess coverage is additional protection. SIPC protects up to $500,000 of each client's securities, of which up to $100,000 may be in unvested cash. SIPC and Excess Coverage apply only to securities and cash in the exclusive possession and control of Morgan Stanley. Neither coverage protects against loss of market value of securities. Please ask your Financial Advisor for information, or visit www.sipc.org.

**Taxes**

Under Federal Income Tax law, Morgan Stanley is required to report the gross proceeds of all sales transactions (including entering into short sales) to you on Form 1099-B by January 31 of the year following the calendar year during which the transaction occurred. The information reported on Form 1099-B for the calendar year should be used for the purpose of filing your tax return. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9 or W-8, your account may be subject to either 28% backup withholding or 30% nonresident alien withholding (as applicable) on payments made to your account.

**Transaction Dates and Conditions**

All transaction dates on this statement are the settlement date. In the case of unsettled trades, we list the trade date instead of the settlement date with a notation that the trade is unsettled. Upon written request, Morgan Stanley will furnish the date and time of a transaction and the source and amount of any other remuneration received or to be received by us in connection with any transaction, will be furnished upon written request.

57500tm
Revised 10/2007