Linda Morris-Brogan

12434 Carriage Hill Drive

Houston, Texas 77077

August 13, 2010

RE: Claim # 25535

In re LEHMAN BROTHERS HOLDINGS INC., et al, Debtors

Honorable James M. Beck

One Bowling Green, Courtroom 601

New York, NY 10004

Dear Judge Beck:

I herein object that my claim be disallowed and expunged. My copy of my Affidavit and supporting documents are enclosed.

Respectfully,

*Linda Morris-Brogan*

CC: Weil Gotshal & Manges LLP

767 Fifth Avenue

New York, NY 10153

(Attn: Shai Waisman, Esq.)

Page II.

CC: Office of the United States Trustee

    For the Southern District of New York

    33 Whitehall Street, 21st Floor

    New York, NY 10004

    (Attn: Andy Velez-Rivera, Esq.)


CC: Millbank, Tweed, Hadley & McCloy LLP

    One Chase Manhattan Plaza

    New York, NY 10005

    (Attn: Dennis F. Dunne, Esq.)

## **AFFIDAVIT**

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, this day personally appeared **Linda Morris-Brogan** ("Affiant"), who being by me duly sworn, on oath says as follows:

IN WITNESS WHEREOF, Affiant has executed and delivered this Affidavit re: Ownership of 900 shares of Lehman Brothers Preferred Stock valued at $23,095.00 US Dollars on the 13th day of August 2010.

Affiant

By: _Linda Morris-Brogan_
Name: Linda Morris Brogan

STATE OF TEXAS

COUNTY OF HARRIS

Sworn to and subscribed before me this 13th day of AUGUST, 2010, by Barbara B. Labbe.

_Barbara B. Labbe_
Notary Public, State of Texas

BARBARA B. LABBE
Notary Public, State of Texas
My Commission Expires
June 14, 2012

## **EXHIBIT A**

RE: RBC Dain Rauscher Account # 1101-5704-1344

This account is listed as sole owner: Linda Morris-Brogan.

Recorded on 02/02/05 the purchase of 300 shares of Lehman Bros. Preferred issues. Value $7,755.00.

RE: RBC Dain Rauscher Account # 1101-2100-0093

This account is listed as sole owner: Linda Morris-Brogan

Recorded on 02/05/08 the purchase of 200 shares of Lehman Bros. Preferred issues. Value $5,000.00.

RE: RBC Dain Rauscher Account # 1101-2100-0093

This account is listed as sole owner: Linda Morris-Brogan

Recorded on 02/07/08 the purchase of 400 shares of Lehman Bros. Preferred issues. Value $10,340.00.

All above copies attached.

_Linda Morris-Brogan_
Linda Morris-Brogan

**RBC Dain Rauscher**
Member NYSE/SIPC

WEST PATERSON NJ
3 GARRET MOUNTAIN PLAZA
WEST PATERSON, NJ 07424

ORIGINAL

## CONFIRMATION NOTICE

| TRANSACTION DATE | ACCOUNT NUMBER |
|---|---|
| 02/07/2008 | 1101-2100-0093 |
| SETTLEMENT DATE | ACCOUNT TYPE |
| 02/12/2008 | CASH 4L |
| AS OF DATE | TRANSACTION TYPE |
|  | 01 |

LINDA MORRIS-BROGAN
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
12434 CARRIAGE HILL
HOUSTON TX    77077-2908

### WE CONFIRM THE FOLLOWING TRANSACTION(S):

| DESCRIPTION | SYMBOL / CUSIP | YOU BOUGHT |
|---|---|---|
|  | 52520W317 |  |

LEHMAN BROTHERS HOLDINGS 7.95% PERP NON-CUM PFD    MOODY A3   S&P A-
CALL 2/15/2013 @ $25

REPORTED PRICE 25.85        PROS UNDER SEP COVER

| QUANTITY | PRICE | PRINCIPAL/GROSS AMOUNT | ACCRUED INTEREST | COMMISSION/HANDLING | MARK UP/MARK DOWN | OTHER FEES | SALES CHARGE RATE |
|---|---|---|---|---|---|---|---|
| 400 | 25.85 | 10340.00 | 0.00 | 0.00 |  | 0.00 | 0.000% |
| 400 |  | 10340.00 | 0.00 | 0.00 |  | 0.00 |  |

**THANK YOU**

IMPORTANT TAX INFORMATION
PLEASE RETAIN FOR YOUR RECORDS

| NET AMOUNT |
|---|
| 10340.00 |

*YOUR FINANCIAL CONSULTANT:*

TIMOTHY C. BROGAN
WP94
800-322-3240



**RBC Dain Rauscher**
Member NYSE/SIPC

WEST PATERSON NJ
3 GARRET MOUNTAIN PLAZA
WEST PATERSON, NJ 07424

ORIGINAL

## CONFIRMATION NOTICE

| TRANSACTION DATE | ACCOUNT NUMBER |
|---|---|
| 02/05/2008 | 1101-2100-0093 |
| SETTLEMENT DATE | ACCOUNT TYPE |
| 02/12/2008 | CASH 4L |
| AS OF DATE | TRANSACTION TYPE |
| 02/07/2008 | 01 |

LINDA MORRIS-BROGAN
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
12434 CARRIAGE HILL
HOUSTON TX    77077-2908

### WE CONFIRM THE FOLLOWING TRANSACTION(S):

| DESCRIPTION | CUSIP | | YOU BOUGHT |
|---|---|---|---|
| | 52520W317 | | |

LEHMAN BROTHERS HOLDINGS 7.95% PERP NON-CUM PFD    MOODY A3   S&P A-
CALL 2/15/2013 @ $25

** CORRECTED **        PROS UNDER SEP COVER

| QUANTITY | PRICE | PRINCIPAL/ GROSS AMOUNT | ACCRUED INTEREST | COMMISSION/ HANDLING | MARK UP/ MARK DOWN | OTHER FEES | SALES CHARGE RATE |
|---|---|---|---|---|---|---|---|
| 200 | 25.00 | 5000.00 | 0.00 | 0.00 | | 0.00 | 0.000 % |
| 200 | | 5000.00 | 0.00 | 0.00 | | 0.00 | |

**NET AMOUNT**
5000.00

**THANK YOU**

IMPORTANT TAX INFORMATION
PLEASE RETAIN FOR YOUR RECORDS

*YOUR FINANCIAL CONSULTANT:*

TIMOTHY C. BROGAN
WP94
800-322-3240



**RBC Dain Rauscher**
Member NYSE/SIPC

FLORHAM PARK BRANCH
25 HANOVER ROAD
FLORHAM PARK  NJ 07932

ORIGINAL

## CONFIRMATION NOTICE

| TRANSACTION DATE | ACCOUNT NUMBER |
|---|---|
| 02/02/2005 | 1101-5704-1344 |
| SETTLEMENT DATE | ACCOUNT TYPE |
| 02/07/2005 | CASH 4L |
| AS OF DATE | TRANSACTION TYPE |
|  | 01 |

LINDA MORRIS BROGAN
12434 CARRIAGE HILL DR
HOUSTON TX     77077-2908

**WE CONFIRM THE FOLLOWING TRANSACTION(S):**

| | | |
|---|---|---|
| DESCRIPTION | 52620X208 | YOU BOUGHT |

LEHMAN BROS CAP TR VI  6.24% CPN 1/18/54 MAT
CALLABLE 1/18/10 @ $25

MOODY A2   S&P BBB+

REPORTED PRICE  25.85          PROS UNDER SEP COVER

| QUANTITY | PRICE | PRINCIPAL/GROSS AMOUNT | ACCRUED INTEREST | COMMISSION/HANDLING | MARK UP/MARK DOWN | OTHER FEES | SALES CHARGE RATE |
|---|---|---|---|---|---|---|---|
| 300 | 25.85 | 7755.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 % |
| 300 |  | 7755.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |

| NET AMOUNT |
|---|
| 7755.00 |

**THANK YOU**

IMPORTANT TAX INFORMATION
PLEASE RETAIN FOR YOUR RECORDS

*YOUR FINANCIAL CONSULTANT:*

TIMOTHY C. BROGAN
FM94
800-322-3240