8-16-2010

Re: Claim # 7560

Lehman Brothers Holdings, Inc., et al.,
  Debtors
Chapter 11 Case # 08-13555 (JMP)
(Jointly Administered)

Enclosed Find:

1. Response to Debtor's Objection

2. Financial Statements showing Purchase and Ownership of 1700 Preferred Shares of Lehman Brothers Capital Trust IV 6.375% Purchased 9/30/05

3. "Proof of Service by Mail" and self addressed envelope. Please send "Conformed Copy".

If further information is required please contact me Ruth Malin. 858-274-1155 or E-MAIL: hmalin@san.rr.com

Thank you

Ruth Malin, trustee
5401 Bahia Ln
La Jolla, Ca, 92037

RECEIVED
AUG 18 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                                Debtors.       :    (Jointly Administered)
                                               :
-----------------------------------------------------------x

LBH OMNI31-07-16-2010 (MERGE2,TXNUM2) 4000054178 MAIL ID *** 0030505068 *** BSIUSE: 189

MALIN, RUTH
5401 BAHIA LANE
LA JOLLA, CA 92037

*[Handwritten: Amy Blanchard / Ruth Malin / (214) 746-8151]*

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>MALIN, RUTH<br>5401 BAHIA LANE<br>LA JOLLA, CA 92037 | **Claim Number:** 7560 |
| | **Date Filed:** 8/6/2009 |
| | **Debtor:** No Debtor Asserted |
| | **Classification and Amount:** UNSECURED: $ 42,785.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

In re LEHMAN BROTHERS HOLDINGS, INC., Case No. 08-13555 (JMP)

**PROOF OF SERVICE BY MAIL**

I, Ruth M. Malin, declare that: I am over the age of eighteen years; I am a resident of in the County of San Diego, California, where the mailing occurs; and my address is 5401 Bahia Lane, La Jolla, California 92037.

☒ I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following document(s): **CLAIMANT RUTH MALIN'S RESPONSE TO DEBTOR'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)** by placing a true copy of such document in a separate envelope provided by a standard overnight delivery service addressed to each addressee, respectively, as follows:

| | | |
|---|---|---|
| Weil Gotshal & Manges, LLP<br>Attorneys for Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Shai Waisman, Esq. | Office of the United States<br>Trustee for the Southern District<br>of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Milbank, Tweed, Hadley &<br>McCloy, LLP<br>Attorneys for Official Committee<br>of Unsecured Creditors<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. |

I then sealed each envelope and, with the delivery cost thereof fully prepaid, and

☐ I deposited each in the United States Postal Service at San Diego, California.

☒ I placed each for collection and overnight delivery at a regularly utilized drop box of the over night delivery carrier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 8/16/, 2010    Signature: _Ruth Malin_
Ruth M. Malin

# HD VEST FINANCIAL SERVICES®
A non-bank subsidiary of Wells Fargo & Company

Account number: [redacted]
H.D. Vest Consultant: SANFORD ROSENTHAL
(619) 285-1040
Local:

MALIN REVOCABLE FAMILY TRST-M
U/A DTD 09-30-83
RUTH M MALIN TTEE

EXHIBIT A

September 2005

| | Symbol | Transaction Price | Transaction Total | Market Price | Market Value | Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| BROTHERS CAPITAL /6.375% A2 S&P: BBB+ | LEH'L | $25.5319 | $43,404.31 | $25.18 | $42,806.00 | ($598.31) | $2,709 |
| Stocks Subtotal | | | $43,404.31 | | $42,806.00 | ($598.31) | $2,709 |

16%

Page 3 of 6

072743 3/4

# HD VEST
## FINANCIAL SERVICES®
A non-bank subsidiary of Wells Fargo & Company

Account number: 
H.D. Vest Consultant: SANFORD ROSENTHAL
Local: (619) 285-1040

MALIN REVOCABLE FAMILY TRST-M
U/A DTD 09-30-83
RUTH M MALIN TTEE

## Portfolio Value (continued)

| Transaction | Total Accrued Interest | Total Market Value | Gain/(Loss) | Total Estimated Annual Income |
|---|---|---|---|---|
| N/A | | | | |

**TOTAL PORTFOLIO VALUE**

## Activity Details

### PURCHASES AND SALES

### SETTLED TRADES

| Trade Date | Description | Symbol/CUSIP | Settle Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|

**TOTAL** $3,857.07

### UNSETTLED TRADES

| Trade Date | Description | Symbol/CUSIP | Settle Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% | LEHL | 10/05/05 | PURCHASE | 1,300 | 25.17 | (33,189.66) |
| 09/30/05 | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% | LEHL | 10/05/05 | PURCHASE | 400 | 25.16 | (10,214.65) |

**TOTAL**

### MONEY MARKET FUNDS

| Date | Description | Activity | Amount |
|---|---|---|---|

**TOTAL**

## Activity Details (continued)

**HD VEST FINANCIAL SERVICES**
A non-bank subsidiary of Wells Fargo & Company

Account number: 
H.D. Vest Consultant: SANFORD ROSENTHAL
Local: (619) 285-1040

MALIN REVOCABLE FAMILY TRST-M
U/A DTD 09-30-83
RUTH M MALIN TTEE

### CHRONOLOGICAL TRANSACTION SUMMARY

| Date | Description | Activity | Quantity | Price | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
|  | Beginning Cash Balance |  |  |  |  |  | $0.00 |
| 09/30/05 | LEHMAN BROTHERS CAPITAL | PURCHASE | 1,300 | 25.17 | (33,189.66) |  | (84,553.79) |
| 09/30/05 | LEHMAN BROTHERS CAPITAL | PURCHASE | 400 | 25.18 | (10,214.65) |  | (94,768.44) |

September 2005

Page 5 of 6

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered) | |
|---|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Ruth Malin
5401 Bahia Lane
La Jolla, CA 92037

Telephone number: (858) 274-1155    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 42,785
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Purchase of Preferred Stock on 9/30/05
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 9857 (Last 4 digits of SSN)
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $ 42,785

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ 0
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 0

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: 7/31/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/ Ruth Malin

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.