8-17-10

ATTENTION: HONORABLE JAMES M. PECK

Dear Sir,

"With regard to Chapter 11 Case No. 08-13555 (JMP) re: Lehman Brothers Holdings Inc., my claim (File Number 32535) should not be disallowed due to lack of proof or missing supporting documents. I have enclosed copies of those supporting documents which shows my purchase information and holding in the position in question. Please accept the attached as proof that validates my claim."

THANK YOU,

Robert J. Cagliero

ROBERT J. CAGLIERO

CC: WEIL GOTSHAL & MANGES,
    OFFICE OF THE US TRUSTEE FOR SOUTHERN DISTRICT OF N.Y.,
    MILBANK, TWEED, HADLEY + McCOY



RECEIVED
AUG 1 8 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

            Debtors. :

------------------------------------------------------------------X

**Chapter 11 Case No.**

**08-13555 (JMP)**

**(Jointly Administered)**

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000079140 MAIL ID *** 0050504989 *** BSIUSE: 110

CAGLIERO, ROBERT J.
5280 - 302 WEST HARBOR VILLAGE DR.
VERO BEACH, FL 32967-7362

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
| --- | --- |
| **Creditor Name and Address:**<br>CAGLIERO, ROBERT J.<br>5280 - 302 WEST HARBOR VILLAGE DR.<br>VERO BEACH, FL 32967-7362 | **Claim Number:** 32535 |
| | **Date Filed:** 9/22/2009 |
| | **Debtor:** No Debtor Asserted |
| | **Classification and Amount:** UNSECURED: $ 25,000.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# LEHMAN BROTHERS

**Premier client IRA account**
**831-95667**

**\*\*\* ROBERT J CAGLIERO SR**
August 1 - August 31, 2008

page   8 of   14

## Equities

| Preferred stock(symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORP (GMS)<br>7.5% SR NTS DUE 7/01/2044 | 4,000 | 25.00 | 100,003.85 | 11.54 | 46,160.00 | - 53,843.85 | 16.248 | 7,500.00 | In cash account |
| GEORGIA PWR CO (GAP)<br>SER 2007D SR NT | 2,000 | 25.00 | 50,001.92 | 25.96 | 51,920.00 | 1,918.07 | 6.140 | 3,188.00 | In cash account |
| LEHMAN BROS HLDGS INC (LEHPRJ)<br>DEP SH REPSTG 1/100TH 7.95%<br>PERP PFD SER J | 1,000 | 25.01 | 25,003.15 | 15.70 | 15,700.00 | - 9,305.15 | 12.656 | 1,987.00 | In cash account |
| METLIFE INC (METPRA)<br>FLOATING RATE NON CUM PFD<br>SER A | 4,000 | 25.00 | 100,003.85 | 17.00 | 68,000.00 | - 32,003.85 | 6.012 | 4,088.00 | In cash account |
| PUBLIC STORAGE (PSAPRH)<br>5.95% DEP SHS RPR 1/1000TH | 2,000 | 21.83 | 43,660.00 | - 6,343.86 | 7.957 | 3,474.00 | In cash account |
| CUM PERP PFD SER H | 2,000 | 25.00 | 50,003.86 | 21.83 | 43,660.00 | - 6,343.86 | 7.957 | 3,474.00 | In cash account |
| SL GREEN REALTY CORP 7.625% (SLGPRC)<br>SER C CUM RED PFD STOCK | 4,000 | 25.00 | 100,003.85 | 22.23 | 88,920.00 | - 11,083.85 | 8.574 | 7,624.00 | In cash account |
| LIQUIDATION PREF $25 PER SHR | | | | | | | | | |
| USB CAPITAL X (USBPRH)<br>6.50% TRUST PFD SECS | 4,000 | 25.00 | 100,003.85 | 21.53 | 86,120.00 | - 13,883.85 | 7.548 | 6,500.00 | In cash account |
| $25 USD Preferred stock | | | | | | | | | |
| | | | | | | **- $289,081.73** | | **$ 66,113.00** | |
| **Total Equities** | | | | | | **- $ 304,769.59** | | **$ 66,123.00** | |

# LEHMAN BROTHERS

| Premier client IRA account | *** ROBERT J CAGLIERO SR |
|---|---|
| 831-85667 | August 1 - August 31, 2008 |

## TAX LOTS

* Security price not readily available.
* Days Held: Either # of days if held one year or less or L if held for more than one year or S/L for Index Options.
# Please contact your Investment Representative to find out how to update your cost basis information.

## Equities

| Common stocks- long(Symbol) | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE (AHMIQ) INVESTMENT CORP | 1,000 | 15 Aug 2006 | $35.50 | $35,500.00 | $0.026 | $26.00 | -$35,474.00 | L |
| CTC COMMUNICATIONS GROUP INC (1284619) | 3,000 | Not available # | 25.18 | | * | 0.30 | | L |
| ENTERGY LOUISIANA LLC (EHL) 7.6% 1ST MTG BONDS DUE 4/1/32 | 2,000 | 10 Jan 2007 | 25.18 | 50,368.85 | 25.09 | 50,180.00 | -188.85 | L |
| GLOBAL TELESYSTEMS INC (376894) | 4,000 | Not available # | 44.00 | | | | | |
| VISA INC (V) CLA COMMON STOCK | 500 | 25 Mar 2008 | 44.00 | 22,000.00 | 75.90 | 37,950.00 | 15,950.00 | 164 |
| WILLIAMS COMMUNICATIONS GROUP (969455) INC-CLA | 5,000 | Not available # | | | | | | |
| XO COMMUNICATIONS INC (983764) CLA | 1,000 | Not available # | | | | | | |

| Preferred stocks- long(Symbol) | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| PRIMUS GUARANTY LTD (PRD) SR NT DUE 12/27/2008 | 4,000 | 27 Dec 2006 | $25.00 | $100,003.85 | $10.54 | $42,160.00 | -$57,843.85 | L |
| SCOTTISH RE GROUP LIMITED (SKRUF) 7.25% PERPETUAL PFD STOCK | 2,000 | 06 Jul 2005 | 25.00 | 50,003.85 | 2.05 | 4,100.00 | -45,903.85 | L |
| COUSINS PROPERTY INCORPORATED (CUZPRB) 7.5% PFD SER B | 4,000 | 10 Dec 2004 | 25.00 | 100,003.85 | 20.21 | 80,840.00 | -19,163.85 | L |
| FIFTH THIRD CAP TRUST VI (FTBPRB) 7.2500% GTD TR PFD SECS | 4,000 | 30 Oct 2007 | 25.00 | 100,003.85 | 16.10 | 64,400.00 | -35,603.85 | 311 |
| GENERAL MOTORS CORP (GMS) 7.5% SR NTS DUE 7/01/2044 | 4,000 | 23 Jun 2004 | 25.00 | 100,003.85 | 11.54 | 46,160.00 | -53,843.85 | L |
| GEORGIA PWR CO (GAR) SER 2007D SR NT | 2,000 | 17 Jul 2007 | 25.00 | 50,001.92 | 25.96 | 51,920.00 | 1,918.07 | L |
| LEHMAN BROS HLDGS INC (LEHPRJ) DEP SH REPSTG 1/100TH 7.95% PERP PFD SER J | 1,000 | 12 Feb 2008 | 25.01 | 25,005.15 | 15.70 | 15,700.00 | -9,305.15 | 205 |
| METLIFE INC (METPRA) FLOATING RATE NON CUM PFD SER A | 4,000 | 06 Jun 2005 | 25.00 | 100,003.85 | 17.00 | 68,000.00 | -32,003.85 | L |