PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000
Douglas I. Koff
Joshua M. Bennett
Anthony Antonelli

Attorneys for Debtor
Lehman Brothers Special Financing Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDING INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

   As required by the Order, debtor, Lehman Brothers Special Financing Inc., hereby files this notice of subpoena that was issued by it pursuant to the Order. The date the subpoena was served, the name of witness, and the date, time and place of any examination are set forth in "Exhibit A" attached hereto.

Dated: August 20, 2010       By: _/s/ Douglas J. Koff_____
   New York, New York         Douglas J. Koff
                Joshua M. Bennett
                Anthony Antonelli

                Paul, Hastings, Janofsky & Walker LLP
                75 East 55th Street
                New York, NY 10022-3205
                Telephone: (212) 318-6000
                Facsimile: (212) 319-4090

                Attorneys for Debtor
                Lehman Brothers Special Financing Inc.