## Exhibit A

### NOTICE OF SUBPOENA

| Name of Witness: | MBIA Insurance Corp. |
|---|---|
| Date of Service of Subpoena: | August 19, 2010 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be produced by September 20, 2010 at 10:00A.M. (EST) at Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022 |