JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
William R. Maguire
Seth D. Rothman
Neil J. Oxford

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     :
**In re**                                                            :   **Chapter 11 Case No.**
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                         :   **08-13555 (JMP)**
                                                                     :
            Debtors.                                                 :   **(Jointly Administered)**
---------------------------------------------------------------------x
                                                                     :
**In re**                                                            :
                                                                     :   **Case No.**
**LEHMAN BROTHERS INC.,**                                            :
                                                                     :   **08-01420 (JMP) (SIPA)**
            Debtor.                                                  :
---------------------------------------------------------------------x

# NOTICE OF CONTINUED EVIDENTIARY HEARING ON
# RULE 60(b) AND RELATED MOTIONS AND ADVERSARY PROCEEDINGS

PLEASE TAKE NOTICE that the Court has established the following schedule for the continued evidentiary hearing for (i) the Motion of Debtor to Modify the September 20, 2008 Sale Order and Granting Other Relief (Case No. 08-13555, Docket No. 5148); (ii) the Motion of the Trustee for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b) (Case No. 08-01420, Docket No. 1682); (iii) the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors and SIPA Trustees' Motions for an Order Under Rule 60(b) to Modify Sale Order (Case No. 08-13555, Docket No. 5169; Case No. 08-01420, Docket No. 1686); (iv) all joinders thereto and the related adversary proceedings;[1] and (v) the Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets (Case No. 08-13555, Docket No. 6814; Case No. 08-01420, Docket No. 2581):

- Live testimony of certain witnesses in these proceedings will occur on August 23, 2010, August 24, 2010, and August 27, 2010 at 9:30 a.m. (Prevailing Eastern Time), and on August 25, 2010 at 2:00 p.m. (Prevailing Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that continued hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

---

1. The adversary proceedings are: Adv. Pro. 09-01732 (JMP), Adv. Pro. 09-01731 (JMP), and Adv. Pro. 09-01733 (JMP), respectively.

Dated: August 20, 2010
      New York, New York

JONES DAY

/s/ William J. Hine
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Debtors
and Debtors in Possession

Dated: August 20, 2010
      New York, New York

HUGHES HUBBARD & REED LLP

/s/ Neil J. Oxford
William R. Maguire
Seth D. Rothman
Neil J. Oxford

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.