Douglas R. Davis
Rebecca R. Zubaty
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Citigroup Global Markets Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 |
| | (Jointly Administered) |
| Debtor. | **Ref. No. 10667** |

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Citigroup Global Markets Inc., by and through its undersigned counsel, hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 10667], dated August 9, 2010, filed in reference to Claim No. 55396, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York
August 20, 2010

PAUL, WEISS, RIFKIND & GARRISON LLP

By:  /s/ Douglas R. Davis
Douglas R. Davis
(ddavis@paulweiss.com)
Rebecca R. Zubaty
(rzubaty@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Citigroup Global Markets Inc.*

Doc#: US1:6540932v1