**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :   08-13555 (JMP)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x   Ref. Docket Nos. 10814 & 10840
In re:                                                     :
                                                           :   Case No.
                                                           :
LEHMAN BROTHERS INC.                                       :   08-01420 (JMP) (SIPA)
                                                           :
                    Debtor.                                :
                                                           :
-----------------------------------------------------------x   Ref. Docket Nos. 3568 & 3574
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2010, I caused to be served the:

    a. "Notice of Agenda of Matters Scheduled for Hearing on August 18, 2010 at 10:00 A.M.," dated August 17, 2010 [Docket No. 10814 in Case No. 08-13555 and 3568 in Case No. 08-01420], and

    b. "Notice of Amended Agenda of Matters Scheduled for Hearing on August 18, 2010 at 10:00 A.M.," dated August 17, 2010 [Docket No. 10840 in Case No. 08-13555 and 3574 in Case No. 08-01420],

by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the attached <u>Exhibit A</u>, and

    ii. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

_____
Pete Caris

Sworn to before me this
19th day of August, 2010

_____
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

Pg 3 of 17


**EXHIBIT A**

**Email Addresses**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

**Email Addresses**

bdk@schlamstone.com

bgraifman@gkblaw.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

Brian.Corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carlsons@sullcrom.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

**Email Addresses**

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

DPiazza@HodgsonRuss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

**Email Addresses**

| | |
|---|---|
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | GGraber@HodgsonRuss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| elizabeth.harris@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | graumane@sullcrom.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |
| esmith@dl.com | harrisjm@michigan.gov |
| ezujkowski@emmetmarvin.com | harveystrickon@paulhastings.com |
| ezweig@optonline.net | hbeltzer@morganlewis.com |
| fbp@ppgms.com | heim.steve@dorsey.com |
| feldsteinh@sullcrom.com | heiser@chapman.com |
| ffm@bostonbusinesslaw.com | helmut.olivier@lehman.com |

**Email Addresses**

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jafeltman@wlrk.com

james.mcclammy@dpw.com

James.Sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jfinerty@pfeiferlaw.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

**Email Addresses**

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

john.mcnicholas@dlapiper.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joseph.scordato@dkib.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

JPintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

**Email Addresses**

| | |
|---|---|
| jwh@njlawfirm.com | kurt.mayr@bgllp.com |
| jwhitman@entwistle-law.com | lacyr@sullcrom.com |
| k4.nomura@aozorabank.co.jp | Landon@StreusandLandon.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| KDWBankruptcyDepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | Lee.Stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| Ken.Coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.ewart@wilmerhale.com |
| kiplok@hugheshubbard.com | lisa.kraidin@allenovery.com |
| kkelly@ebglaw.com | LJKotler@duanemorris.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| kmayer@mccarter.com | Lmay@coleschotz.com |
| kobak@hugheshubbard.com | lmcgowen@orrick.com |
| korr@orrick.com | lml@ppgms.com |
| KOstad@mofo.com | lnashelsky@mofo.com |
| kovskyd@pepperlaw.com | loizides@loizides.com |
| kowens@foley.com | lromansic@steptoe.com |
| kpiper@steptoe.com | lscarcella@farrellfritz.com |
| kressk@pepperlaw.com | lschweitzer@cgsh.com |
| KReynolds@mklawnyc.com | lthompson@whitecase.com |
| kristin.going@dbr.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| krubin@ozcap.com | lwong@pfeiferlaw.com |
| kstahl@whitecase.com | mabrams@willkie.com |

**Email Addresses**

MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpfeifer@pfeiferlaw.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschonholtz@willkie.com

**Email Addresses**

| | |
|---|---|
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| ncoco@mwe.com | pnichols@whitecase.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| newyork@sec.gov | psp@njlawfirm.com |
| nfurman@scottwoodcapital.com | ptrostle@jenner.com |
| Nherman@morganlewis.com | pwirt@ftportfolios.com |
| nissay_10259-0154@mhmjapan.com | pwright@dl.com |
| nlepore@schnader.com | r.stahl@stahlzelloe.com |
| notice@bkcylaw.com | raj.madan@bingham.com |
| oipress@travelers.com | rajohnson@akingump.com |
| omeca.nedd@lovells.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.macdonald@wilmerhale.com | rfriedman@silvermanacampora.com |

**Email Addresses**

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

RHS@mccallaraymer.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

RJones@BoultCummings.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

RTrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

Scott.Gibson@dubaiic.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

**Email Addresses**

sgordon@cahill.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

shumaker@pursuitpartners.com

sidorsky@butzel.com

slerner@ssd.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

steele@lowenstein.com

stephanie.wickouski@dbr.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

**Email Addresses**

| | |
|---|---|
| ttracy@crockerkuno.com | wcurchack@loeb.com |
| twatanabe@mofo.com | wfoster@milbank.com |
| twheeler@lowenstein.com | wheuer@dl.com |
| ukreppel@whitecase.com | william.m.goldman@dlapiper.com |
| vdagostino@lowenstein.com | wiltenburg@hugheshubbard.com |
| Villa@StreusandLandon.com | wisotska@pepperlaw.com |
| vmilione@nixonpeabody.com | woconnor@crowell.com |
| vrubinstein@loeb.com | wsilverm@oshr.com |
| walter.stuart@freshfields.com | wswearingen@llf-law.com |
| wanda.goodloe@cbre.com | wtaylor@mccarter.com |
| WBallaine@lcbf.com | wzoberman@bermanesq.com |
| wbenzija@halperinlaw.net | yamashiro@sumitomotrust.co.jp |

**Additional Email Addresses**

cprice@chapman.com

Kuntzwm1@yahoo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| BROWN RUDNICK E WEISFELNER | 212-209-4801 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| JONES DAY CORINNE BALL | 212-755-7306 |
| KASOWITZ BENSON TORRES MARC KASOWITZ | 212-506-1800 |
| KELLEY DRYE WARREN LLP J CARR | 212-808-7897 |
| KING SPALDING LLP ARTHUR STEINBERG | 212-556-2222 |
| LAW OFFICE OF CURTIS V. TRINKO  CURTIS TRINKO | 212-986-0158 |
| MEISTER SEELIG FEIN LLP J M RINGER | 212-655-3535 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| PAUL BATISTA PC PAULL BATISTA | 212-344-7677 |
| SHEARMAN & STERLING LLP D BARTNER | 212-848-7179 |
| SHEPPARD MULLIN RICHTER HAMPTON LLP E TILLINGHAST | 212-653-8701 |
| SILLS CUMMIS GROSS PC ANDREW SHERMAN | 212-643-6500 |
| US ATTORNEY FOR SDNY R YALEN J CORDARO | 212-637-2717 |
| WHITE CASE LLP GERARD UZZI J CHRISTOPHER SHORE | 212-354-8113 |
| WILLKIE AND FARR JENNIFER HARDY | 212-728-9126 |
| WILLKIE AND FARR RACHEL STRICKLAND | 212-728-9544 |
| NORTON GOLDS FIELD LTD ATTN CEO | 7-3846-9203 |