Richard Fingard
Senior Counsel
Newedge USA, LLC
550 W. Jackson Blvd., Suite 500
Chicago, IL 60661
Telephone: (312) 441-4260
Facsimile: (312) 441-4681
Email: richard.fingard@newedge.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF NEWEDGE USA, LLC AND ITS AFFILIATED ENTITIES TO DEBTORS' PROPOSED CURE AMOUNT**

PLEASE TAKE NOTICE that Newedge USA, LLC and its Affiliated Entities hereby withdraw with prejudice their Limited Objection of Newedge USA, LLC and its Affiliated Entities to Debtors' Proposed Cure Amount filed on October 3, 2008 (Docket Item 604).

Dated:  Chicago, Illinois
        August 20, 2010

By: /s/ Richard Fingard
Richard Fingard
Senior Counsel
Newedge USA, LLC
550 W. Jackson Blvd., Suite 500
Chicago, IL 60661
Telephone: (312) 441-4260
Facsimile: (312) 441-4681