Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------------x
IN RE:                                              :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    Case No. 08-13555 (JMP)
                                                    :
        Debtors.                                    :    Jointly Administered
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                     :    ss.:    AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK   )

Steven Greer, being duly sworn, deposes and says:

1.  I am not a party to this proceeding, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2.  On the 19th day of August 2010, I served the **RESPONSE OF RBC CAPITAL MARKETS CORPORATION TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)** in this proceeding, upon the following, by delivering to and leaving true copies thereof at said attorneys indicated law offices:

Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005
*Attn: Dennis F. Dunne, Esq.*
     *Dennis O'Donnell, Esq.*
     *Evan Fleck, Esq.*

31098647.01
NYC01_84339949_1 2/25/2010

Office of The U.S. Trustee
Southern District of New York
33 Whitehall Street- 21st Floor
New York, NY 10004
*Attn: Andy Velez-Rivera, Esq.*
   *Paul Schwartzberg, Esq.*
   *Brian Masumoto, Esq.*
   *Tracy Hope Davis, Esq.*


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attn: Shai Y. Waisman, Esq.*

                                                          Steven Greer

Sworn to before me this
20th day of August, 2010

_____
Notary Public

**DARIEN PEREYRA**
NOTARY PUBLIC, State of New York
No. 01PE6175245
Qualified in New York County
Commission Expires October 09, 2011

31098647.01
NYC01_84339949_1 2/25/2010