| | |
|---|---|
| Cognome......BATTECCA | |
| Nome......GIUSEPPE | |
| nato il......62   I   A | |
| (atto n....... P.      S.     ) | |
| a......FIDENZA (PR) | |
| Cittadinanza......ITALIANA | |
| Residenza......FIDENZA | |
| Via......VIA CADUTI DI CEFALONIA n. 16 | esp. A |
| Stato civile......coniugato | |
| Professione......AGENTE DI COMMERCIO | |

CONNOTATI E CONTRASSEGNI SALIENTI

| | |
|---|---|
| Statura | 170 |
| Capelli | CASTANI |
| Occhi | CASTANI |
| Segni particolari | N.N. |

Firma del titolare...... 

FIDENZA — 19/07/2005

Impronta del dito indice sinistro

IL SINDACO





AK 4230392

- Scade il 18/07/2010 -