UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re                                                :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,  :       08-13555 (JMP)

                            Debtors.    :       (Jointly Administered)

-------------------------------------------------------------x



LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000070322 MAIL ID *** 0030504899 *** BSIUSE 20

GIUSEPPE, BATTECCA
C/O STUDIO LEGALE GIAMBRONE
VIA P. ARAGONA 82
PALERMO, 90141 ITALY

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| Creditor Name and Address:<br>GIUSEPPE, BATTECCA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141 ITALY | Claim Number: 24236<br>Date Filed: 9/21/2009<br>Debtor: 08-13555<br>Classification and Amount: UNSECURED: $ 23,175.00 |

       PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

       The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

       If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

       If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
                                         :
----------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2.TXNUM2) 4000070315 MAIL ID *** 0030504898 *** BSIUSE: 19

GIUSEPPE, BATTECCA
C/O STUDIO LEGALE GIAMBRONE
VIA P. ARAGONA 82
PALERMO, 90141 ITALY

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address: GIUSEPPE, BATTECCA C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO, 90141 ITALY | Claim Number: 24235 |
| | Date Filed: 9/21/2009 |
| | Debtor: 08-13555 |
| | Classification and Amount: UNSECURED: $ 34,080.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.