**CARIPARMA & PIACENZA**

| CODICE | DIPENDENZA | AREA |
|---|---|---|
| 511 | AG. FIDENZA 2 | 10/07/2007 |
| NUMERO DOSSIER TITOLI | | REGOLAMENTO OPERAZIONE |
| 511/04625630 | C/EURO | 511/056624781 |

| 6230 | 2 MADRE |

BATTECCA GIUSEPPE 511

FISSATO BOLLATO N. 8951334

VIA CADUTI DI CEFALONIA 16/A

LA CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.a.
VENDE AL

43036 FIDENZA PR

NOMINATIVO A LATO INDICATO IL TITOLO SEGUENTE
CON GODIMENTO REGOLARE AL PREZZO SOTTORIPORTATO
CONSEGNA E PAGAMENTO PER CONTANTI:

| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD.-DESCRIZIONE-SCADENZA) | | DIVISA TITOLO |
|---|---|---|---|
| 14.000 | 2507523/00 LEHMAN 5.4.11 FRN 05/04/2011 | | EURO |

| NUMERO ORDINE | DATA ESEC. ORD. | | VALORE | IMPORTO |
|---|---|---|---|---|
| 1568752 | 10/07/2007 | Prezzo netto scarto | 100,63929 | 14.089,500 |
| DATA ASS. ORDINE | ORA ESEC. ORDINE | Scarto d'emissione | 0,06071 | 8,500 |
| 10/07/2007 | 15.58.29 | Corso Secco | 100,70000 | 14.098,000 |
| ORA ASS. ORDINE | | Rateo Interessi | 0,10071 | 14,100 |
| 15.56.34 | | Prezzo totale | 100,80071 | 14.112,100 |

Bolli 1,270
Imp.12,5% interessi 1,760
Imp.12,5% scarto 1,060
Spese

Totale reg. EUR 14.110,550

Data Valuta 13/07/2007

| IMPORTO CEDOLA INTERMEDIA | SCADENZA CEDOLA | IMP. NOMINALE RIMBORSABILE A SCADENZA |
|---|---|---|
| | | |

Il titolo viene IMMESSO NEL sovrariportato dossier titoli. L'importo dell'operazione trovera' regolamento contabile sul conto sopra indicato.

Il titolo fa parte dell'elenco delle obbligazioni a basso rischio-rendimento "PATTICHIARI" pubblicato alla data odierna.

N.B.: In base agli andamenti di mercato il titolo negoziato potra' uscire dall'elenco successivamente ad oggi. Il cliente sara' tempestivamente informato qualora il titolo in oggetto subisca una variazione significativa del livello di rischio

CASSA DI RISPARMIO
DI PARMA E PIACENZA

TASSA PER I CONTRATTI DI TRASFERIMENTO
DI TITOLI O VALORI ASSOLTA IN MODO VIRTUALE
DEC. MIN. N.V.10.1370.94 DEL 29-9-1994

CONTRATTO DI BORSA PER CONTANTI
SOGGETTO ALLE DISPOSIZIONI DEL
R.D.L. DEL 20-12-1932 N.1607

COPIA PER IL CLIENTE

TOTALE P.07

# CARIPARMA & PIACENZA

Cassa di Risparmio di Parma e Piacenza S.p.A.
Sede legale Via Università 1 - 43100 Parma
Capitale Sociale € 600.000.000,00 i.v.
Registro Imprese PR / Codice Fiscale / P.IVA  02113530345
Aderente al Fondo Interbancario di Tutela dei Depositi
Aderente all'Albo Banche e appartenente al "Gruppo Intesa"
Iscritto all'Albo dei Gruppi bancari

| CODICE | DIPENDENZA | DATA |
|---|---|---|
| 511 | AG. FIDENZA 2 | 05/07/2006 |

| NUMERO DOSSIER TITOLI | | REGOLAMENTO OPERAZIONE |
|---|---|---|
| 511/04625630 | C/EURO | 511/056624781 |

| 6230 | NOTA INFORMATIVA AI SENSI ART.61 DELIBERA CONSOB N. 11522 DEL 1 LUGLIO 1998 |

OPERAZIONE N. 8471739

ABBIAMO PER VS. CONTO   ACQUISTATO

OPERAZIONE ESEGUITA  Fuori mercato

CONTROPARTE: CABOTO HOLDING SIM SPA

BATTECCA GIUSEPPE                    511

VIA CADUTI DI CEFALONIA 16/A

43036 FIDENZA                         PR

| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD. DESCRIZIONE SCADENZA) | DIVISA TITOLO |
|---|---|---|
| 50.000 | 000002507796/00  LEHMAN 21.5.09 FRN   21/05/2009 | EURO |

| NUMERO ORDINE | DATA ESEC. ORD. |
|---|---|
| 2453124 | 05/07/2006 |

| DATA ASS. ORDINE | ORA ESEC. ORDINE |
|---|---|
| 05/07/2006 | 10.21.12 |

| ORA ASS. ORDINE | DIVISA MERCATO |
|---|---|
| 10.21.04 | EUR |

| | VALORE | IMPORTO |
|---|---|---|
| Prezzo netto scarto | 100,09834 | 50.049,170 |
| Scarto d'emissione | 0,10166 | 50,830 |
| Corso Secco | 100,20000 | 50.100,000 |
| Commis. intermediario | | |
| Ns. commis. intermed. | 0,30060 | 150,300 |
| Rateo Interessi | 0,42780 | 213,900 |
| Prezzo totale | 100,92840 | 50.464,200 |
| Bolli | | |
| Imp.12,5% interessi | | 4,530 |
| Imp.12,5% scarto | | 26,740 |
| Spese | | 6,350 |
| Spese intermediario | | 10,130 |
| Totale EUR | | 50.445,770 |
| Data Valuta | | 10/07/2006 |

CAMBIO

Il titolo viene  IMMESSO NEL  sovrariportato dossier titoli. L'importo  dell'operazione troverà regolamento contabile  sul conto sopra indicato.

Il titolo fa parte dell'elenco delle obbligazioni a basso rischio-rendimento 'PATTICHIARI' pubblicato alla data odierna.

N.B.: In base agli andamenti di mercato il titolo negoziato  potrà uscire dall'elenco successivamente ad oggi. Il cliente sarà tempestivamente  informato qualora il titolo in oggetto subisca una variazione significativa del livello di rischio

CASSA DI RISPARMIO
DI PARMA E PIACENZA s.p.a.

COPIA PER LA DIPENDENZA

**CARIPARMA & PIACENZA**

UFF. CONTABILITA' & FINANZA

| CODICE | DIPENDENZA | DATA |
|---|---|---|
| 511 | AG. FIDENZA 2 | 29/05/2007 |

| NUMERO DOSSIER TITOLI | REGOLAMENTO OPERAZIONE | |
|---|---|---|
| 511/04625630 | C/EURO | 511/056624781 |

| 6230 | 2 MADRE |

BATTECCA GIUSEPPE       511

FISSATO BOLLATO N. 8938912

VIA CADUTI DI CEFALONIA 16/A

LA CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.A.
VENDE AL

43036 FIDENZA    PR

NOMINATIVO A LATO INDICATO IL TITOLO SEGUENTE
CON GODIMENTO REGOLARE AL PREZZO SOTTORIPORTATO
CONSEGNA E PAGAMENTO PER CONTANTI:

| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD. DESCRIZIONE SCADENZA) | DIVISA TITOLO |
|---|---|---|
| 20.000 | 2507523/00  LEHMAN S.4.11 FRN   05/04/2011 | EURO |

| NUMERO ORDINE | DATA ESEC. ORD. | | VALORE | IMPORTO |
|---|---|---|---|---|
| 1300429 | 29/05/2007 | Prezzo netto scarto | 100,72140 | 20.144,280 |
| DATA ASS. ORDINE | ORA ESEC. ORDINE | Scarto d'emissione | 0,05860 | 11,720 |
| 29/05/2007 | 15.16.48 | Corso Secco | 100,78000 | 20.156,000 |
| ORA ASS. ORDINE | | Rateo Interessi | 0,67862 | 135,720 |
| 15.00.09 | | Prezzo totale | 101,45862 | 20.291,720 |

Bolli                                1,830
Imp.12,5% interessi                 16,970
Imp.12,5% scarto                     1,470
Spese                                6,000

Totale reg. EUR         20.281,110

Data Valuta             01/06/2007

| IMPORTO CEDOLA INTERMEDIA | SCADENZA CEDOLA | IMP. NOMINALE RIMBORSABILE A SCADENZA |
|---|---|---|
| | | |

Il titolo viene   IMMESSO NEL  sovrariportato dossier titoli. L'importo dell'operazione troverà regolamento contabile sul conto sopra indicato.

Il titolo fa parte dall'elenco delle obbligazioni a basso rischio-rendimento 'PATTICHIARI' pubblicato alla data odierna.

N.B.: In base agli andamenti di mercato il titolo negoziato potrà uscire dall'elenco successivamente ad oggi. Il cliente sarà tempestivamente informato qualora il titolo in oggetto subisca una variazione significativa del livello di rischio.

TASSA PER I CONTRATTI DI TRASFERIMENTO DI TITOLI O VALORI ASSOLTA IN MODO VIRTUALE DEC. MIN. N.V.10.1370.94 DEL 29-9-1994

CONTRATTO DI BORSA PER CONTANTI SOGGETTO ALLE DISPOSIZIONI DEL R.D.L. DEL 20-12-1932 N.1607

COPIA PER IL CLIENTE

CASSA DI RISPARMIO
DI PARMA E PIACENZA

ARIPARMA S.P.A.

* 14:24  22/10/2008

ORDINE    2453124 assunto il 05/07/2006 alle 10.21.04 Tipo ORD. DI BORSA A FERMO
         da 452 SEDE DI PARMA 1    Sportellista    972 GRISENTI        Area 964
Segno ACQ.CLI. Qta'/Val.Nom        50.000.000 Prz.prop.            100,2000000
Data valuta all'assunzione 10/07/2006    Ordine proveniente dal GPM NO
Titolo      2507796/00 LEHMAN 21.5.09 PRN
Divisa EUR EURO                  Cambio proposto
Dossier 511/04625630   NDC           BATTECCA GIUSEPPE
Tipo regolamento CONTO CORRENTE
   C/C Euro      511/056624781
   C/C Valutario
              Divisa regolamento EUR EURO
Contrattazione CONTANTE
Tip.norm.SIM RACCOLTA ORDINI       Mercato MERCATO TELEMATICO CABOTO
Ordine SCRITTO DECENTR. N.reg      Tip.Ord.interno REX Caboto
Richiesta annullo/revoca del       Stato ESEGUITO
Annullo/revoca        del          alle            da
Numero totale eseguiti   1    Libro Fidi SI  Confl.Int.

CLEAR=fine   F4=menu'    F5=ritorno      F8=pag.successiva   Fine consultaz. ; **    (Pagina 1)
F9=coll. cum. Gpm  F11=storia dell'ordine  F12=dati estens.1  F10=dati estens.2

CARIPARMA S.P.A.

* 14:25 22/10/2008

ORDINE    1300429 assunto il 29/05/2007 alle 15.00.09 Tipo COMPRAVENDITA
          da 452 SEDE DI PARMA 1        Sportellista    972 GRISENTI      Area 964
Segno ACQ.CLI. Qta'/Val.Nom          20.000,000  Prz.prop.
Data valuta all'assunzione 01/06/2007         Ordine proveniente dal GPM NO
Titolo      2507523/00 LEHMAN 5.4.11 FRN
Divisa EUR EURO                   Cambio proposto
Dossier 511/04625630  NDG                BATTECCA GIUSEPPE
Tipo regolamento CONTO CORRENTE
   C/C Euro         511/056624781
   C/C Valutario

          Divisa regolamento EUR EURO
Contrattazione CONTANTE
Tip.norm.SIM NEGOZIAZIONE           Mercato TERZO MERCATO
Ordine SCRITTO DECENTR.          Tip.Ord.interno C/V Tit.Est. C/Dir.
Richiesta annullo/revoca del         Stato ESEGUITO
Annullo/revoca             del       alle           da
Numero totale eseguiti     1          alle           da
                                Libro Fidi SI  Confl.Int.

CLEAR=fine    F4=menu'    F5=ritorno                    (Pagina 1)
F9=coll. cum. Gpm  F11=storia dell'ordine  F8=pag.successiva  Fine consultaz. : **
Conferma la fine della consultazione     F12=dati estens.1   F10=dati estens.2

```
ARIPARMA S.P.A.
                                                          * 14:25  22/10/2008
-----------------------------                 -----------------------------------
ORDINE   1568752 assunto il 10/07/2007 alle 15.56.34 Tipo COMPRAVENDITA
         da 452 SEDE DI PARMA 1    Sportellista    972 GRISENTI      Area 964
Segno ACQ.CLI. Qta'/Val.Nom       14.000,000 Prz.prop
Data valuta all'assunzione 13/07/2007   Ordine proveniente dal GPM NO
Titolo      2507523/00 LEHMAN 5.4.11 PRN
Divisa EUR EURO          Cambio proposto
Dossier 511/04625630  NDG          BATTECCA GIUSEPPE
Tipo regolamento CONTO CORRENTE
  C/C Euro        511/056624781
  C/C Valutario
              Divisa regolamento EUR EURO
Contrattazione CONTANTE          Mercato TERZO MERCATO
Tip.norm.SIM NEGOZIAZIONE   Tip.Ord.interno C/V Tit.Est. C/Dir.
Ordine SCRITTO DECENTR.            Stato ESEGUITO
Richiesta annullo/revoca del        alle         da
Annullo/revoca            del       alle         da
Numero totale eseguiti    1  Libro Fidi SI  Confl.Int.
----------                ----       ------------------------------(Pagina 1)
CLEAR=fine   F4=menu'   F5=ritorno   F8=pag.successiva  Fine consultaz. : **
F9=coll. cum. Gpm F11=storia dell'ordine   F12=dati estens.1  F10=dati estens.2
Conferma la fine dalla consultazione
```