316

Cognome   GHIRETTI

Nome      ILARIA

nato il

(atto n.   1601    P    T    S    A

a         PARMA (PR)

Cittadinanza   ITALIANA

Residenza   FIDENZA

Via   VIA CADUTI DI CEFALONIA   n. 16   esp. A

Stato civile   coniugata

Professione   IMPIEGATA

CONNOTATI E CONTRASSEGNI SALIENTI

Statura   170

Capelli   CASTANI

Occhi   CASTANI

Segni particolari.....   N.N.



Firma del titolare

FIDENZA   10/03/2007

Impronta del dito
indice sinistro



D. Fisso   0,10 euro

D. Segr.   0,26 euro



