11:01    UFF.CONTABILITA'& FINAN40      +39 0521 914986    P.06/07

**CARIPARMA**
**& PIACENZA**

Sede legale Via Universita' 1 - 43100 Parma - tel. 0471/xxxxx
Telex 50087 CARIP I   Telex 51043 RIOPAR I -
Capitale Sociale Nota €10.662.xxx.xx L.u. -
Iscritto al R.I. di Pr, C.F., P.I. n. 00112345678
Aderente al Fondo interbancario di Tutela dei Depositi -
Iscritto all'Albo delle banche

| CODICE | DIPENDENZA | DATA |
|---|---|---|
| 452 | SEDE DI PARMA 1 | 10/07/2007 |

| NUMERO DOSSIER TITOLI | REGOLAMENTO OPERAZIONE | |
|---|---|---|
| 452/09702936 | C/EURO | 452/012336459 |

| 6230 | 2 MADRE |
|---|---|

452

FURIA CLAUDIA GHIRETTI ILARIA
C/O UFFICIO RAGIONERIA

**FISSATO BOLLATO N.** 8951333

00000

**LA CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.a.**
**VENDE AL**
NOMINATIVO A LATO INDICATO IL TITOLO SEGUENTE
CON GODIMENTO REGOLARE AL PREZZO SOTTORIPORTATO
CONSEGNA E PAGAMENTO PER CONTANTI:



| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD. DESCRIZIONE SCADENZA) | | DIVISA TITOLO |
|---|---|---|---|
| 10.000 | 2507523/00   LEHMAN 5.4.11 FRN | 05/04/2011 | EURO |

| NUMERO ORDINE | DATA ESEC. ORD. |
|---|---|
| 1568750 | 10/07/2007 |

| DATA ASS. ORDINE | ORA ESEC. ORDINE |
|---|---|
| 10/07/2007 | 15.57.32 |

| ORA ASS. ORDINE |
|---|
| 15.55.51 |

| | VALORE | IMPORTO |
|---|---|---|
| Prezzo netto scarto | 100,63930 | 10.063,930 |
| Scarto d'emissione | 0,06070 | 6,070 |
| Corso Secco | 100,70000 | 10.070,000 |
| Rateo Interessi | 0,10071 | 10,070 |
| Prezzo totale | 100,80071 | 10.080,070 |
| Bolli | | 0,910 |
| Imp.12,5% interessi | | 1,260 |
| Imp.12,5% scarto | | 0,760 |
| Spese | | |

| Totale reg. EUR | 10.078,960 |
|---|---|
| Data Valuta | 13/07/2007 |

| IMPORTO CEDOLA INTERMEDIA | SCADENZA CEDOLA | IMP. NOMINALE RIMBORSABILE A SCADENZA |
|---|---|---|
| | | |

Il titolo viene    IMMESSO NEL   sovrariportato dossier titoli. L'importo   dell'operazione trovera' regolamento contabile   sul conto sopra indicato.

Il titolo fa parte dell'elenco delle obbligazioni a basso rischio-rendimento 'PATTICHIARI'
pubblicato alla data odierna.

N.B.: in base agli andamenti di mercato il titolo negoziato    potra' uscire  dall'elenco
successivamente ad oggi. Il cliente sara' tempestivamente    informato  qualora il titolo in
oggetto subisca una variazione significativa del livello di rischio.

**CASSA DI RISPARMIO**
**DI PARMA E PIACENZA**

TASSA PER I CONTRATTI DI TRASFERIMENTO
DI TITOLI O VALORI ASSOLTA IN MODO VIRTUALE
DEC. MIN. N. V.10.1370.94 DEL 23-9-1994

CONTRATTO DI BORSA PER CONTANTI
SOGGETTO ALLE DISPOSIZIONI DEL
R.D.L. DEL 20-12-1932 N.1607

**COPIA PER IL CLIENTE**

MOD. 50.C.23180-36

11:00    UFF.CONTABILITA' & DINING46    +39 0521 914986    P.04/07

**PARMA & PIACENZA**

452FL    54B    98P    FOGLIO    1/ 1

| CODICE | DIPENDENZA | DATA |
|---|---|---|
| 452 | SEDE DI PARMA 1 | 05/07/2006 |

| NUMERO DOSSIER TITOLI | REGOLAMENTO OPERAZIONE | |
|---|---|---|
| 452/09702936 | C/EURO | 452/012336459 |

Risparmio di Parma e Piacenza S.p.A
e Via Università' 1 - 43100 Parma
. Sociale € 500.000.000,00 i.v.
o Imprese PR / Codice Fiscale / P.IVA   02113830345
renta al Fondo Interbancario di Tutela dei   Depositi
itta Albo Banche e appartenente al 'Gruppo   Intesa'.
scritta all'Albo dei Gruppi bancari

**NOTA INFORMATIVA AI SENSI ART.61 DELIBERA**

6230    **CONSOB N. 11522 DEL 1 LUGLIO 1998**

452

FURIA CLAUDIA GHIRETTI ILARIA
C/O UFFICIO RAGIONERIA

OPERAZIONE N.  8471737

ABBIAMO PER VS. CONTO   ACQUISTATO                    00000

OPERAZIONE ESEGUITA   Fuori mercato

CONTROPARTE:   CABOTO HOLDING SIM SPA

| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD. DESCRIZIONE SCADENZA) | | DIVISA TITOLO |
|---|---|---|---|
| 39.000 | 000002507796/00   LEHMAN 21.5.09 FRN | 21/05/2009 | EURO |

| NUMERO ORDINE | DATA ESEC. ORD. |
|---|---|
| 2453121 | 05/07/2006 |

| DATA ASS. ORDINE | ORA ESEC. ORDINE |
|---|---|
| 05/07/2006 | 10.19.36 |

| ORA ASS. ORDINE | DIVISA MERCATO |
|---|---|
| 10.19.26 | EUR |

| | VALORE | IMPORTO |
|---|---|---|
| Prezzo netto scarto | 100,09833 | 39.038,350 |
| Scarto d'emissione | 0,10167 | 39,650 |
| Corso Secco | 100,20000 | 39.078,000 |
| Commis.intermediario | | |
| Ns.commis.intermed. | 0,20041 | 78,160 |
| Rateo Interessi | 0,42780 | 166,840 |
| Prezzo totale | 100,82821 | 39.323,000 |

| | |
|---|---|
| Bolli | 3,530 |
| Imp.12,5% interessi | 20,860 |
| Imp.12,5% scarto | 4,960 |
| Spese | |
| Spese intermediario | |

| Totale EUR | 39.300,710 |
|---|---|
| Data Valuta | 10/07/2006 |

| CAMBIO |
|---|

Il titolo viene  IMMESSO NEL   sovrariportato dossier titoli. L'importo  dell'operazione trovera' regolamento contabile   sul conto sopra indicato.

Il titolo fa parte dell'elenco delle obbligazioni a basso rischio-rendimento 'PATTICHIARI'
pubblicato alla data odierna.
  N.B.: In base agli andamenti di mercato il titolo negoziato   potra' uscire dall'elenco
successivamente ad oggi. Il cliente sara' tempestivamente   informato  qualora il titolo in
oggetto subisca una variazione significativa del livello di rischio

CASSA DI RISPARMIO
DI PARMA E PIACENZA S.p.a.

COPIA PER LA DIPENDENZA

MOD. Sc.C.23820-36

11:00  UFF.CONTABILITA' & ...  +39 0521 914506  P.05/07

**ARIPARMA**
**.G PIACENZA**

*(testo intestazione banca illeggibile)*

| CODICE | DIPENDENZA | DATA |
|---|---|---|
| 452 | SEDE DI PARMA 1 | 12/06/2007 |

| NUMERO DOSSIER TITOLI | REGOLAMENTO OPERAZIONE | |
|---|---|---|
| 452/09702936 | C/EURO | 452/012336459 |

452FL    B7B    102P    FOGLIO  1/ 1

| 6230 | 2 MADRE |
|---|---|

452

FURIA CLAUDIA GHIRETTI ILARIA
C/O UFFICIO RAGIONERIA

**FISSATO BOLLATO N. 8942414**

00000

**LA CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.a.**
                   **VENDE AL**
NOMINATIVO A LATO INDICATO IL TITOLO SEGUENTE
CON GODIMENTO REGOLARE AL PREZZO SOTTORIPORTATO
CONSEGNA E PAGAMENTO PER CONTANTI:

| QUANTITA/VALORE NOMINALE | SPECIE DEL TITOLO (COD. DESCRIZIONE SCADENZA) | | DIVISA TITOLO |
|---|---|---|---|
| 10.000 | 2507523/00  LEHMAN 5.4.11 FRN | 05/04/2011 | EURO |

| | | VALORE | IMPORTO |
|---|---|---|---|
| Prezzo netto scarto | | 100,72070 | 10.072,070 |
| Scarto d'emissione | | 0,05930 | 5,930 |
| Corso Secco | | 100,78000 | 10.078,000 |
| Rateo Interessi | | 0,84529 | 84,530 |
| Prezzo totale | | 101,62529 | 10.162,530 |

| NUMERO ORDINE | DATA ESEC. ORD. |
|---|---|
| 1405273 | 12/06/2007 |

| DATA ASS. ORDINE | ORA ESEC. ORDINE |
|---|---|
| 12/06/2007 | 16.50.32 |

| ORA ASS. ORDINE |
|---|
| 16.03.43 |

Bolli                         0,920
Imp.12,5% interessi          10,570
Imp.12,5% scarto              0,740
Spese

Totale reg. EUR          10.152,140

Data Valuta              15/06/2007

| IMPORTO CEDOLA INTERMEDIA | SCADENZA CEDOLA | IMP. NOMINALE RIMBORSABILE A SCADENZA |
|---|---|---|
| | | |

Il titolo viene    IMMESSO NEL  sovrariportato dossier titoli. L'importo  dell'operazione trovera' regolamento contabile   sul conto sopra indicato.

Il titolo fa parte dell'elenco delle obbligazioni a basso rischio-rendimento 'PATTICHIARI'
pubblicato alla data odierna.
  N.B.: in base agli andamenti di mercato il titolo negoziato    potra' uscire dall'elenco
successivamente ad oggi. Il cliente sara' tempestivamente    informato  qualora il titolo in
oggetto subisca una variazione significativa del livello di rischio

**CASSA DI RISPARMIO**
**DI PARMA E PIACENZA**

| TASSA PER I CONTRATTI DI TRASFERIMENTO DI TITOLI O VALORI ASSOLTA IN MODO VIRTUALE DEC. MIN. N. V.10.1370.94 DEL 28-9-1994 | CONTRATTO DI BORSA PER CONTANTI SOGGETTO ALLE DISPOSIZIONI DEL R.D.L. DEL 20-12-1932 N.1807 |
|---|---|

COPIA PER IL CLIENTE

MOD. SO.C.2316D-36

08 Da: BATTECCH GIUSEPPE      HiFax      P.6/6

A S.P.A.                    *      ;          .        :        * 14:26  22/10/2008

---------------------------------------------------------------

ÓINE    1568750 assunto il 10/07/2007 alle 15.55.51 Tipo COMPRAVENDITA
        da 452 SEDE DI PARMA 1    Sportellista    972 GRISENTI    Area 964
Segno ACQ.CLI. Qta'/Val.Nom              10.000,000 Prz.prop.
Data valuta all'assunzione 13/07/2007    Ordine proveniente dal GPM NO
Titolo      2507523/00 LEHMAN 5.4.11 PRN
Divisa EUR EURO              ' Cambio proposto
Dossier 452/09702936  NDG          FURIA CLAUDIA GHIRETTI ILARIA
Tipo regolamento CONTO CORRENTE
    C/C Euro      452/012336459
    C/C Valutario
                Divisa regolamento EUR EURO
Contrattazione CONTANTE            Mercato TERZO MERCATO
Tip.norm.SIM NEGOZIAZIONE          Tip.Ord.interno C/V Tit.Est. C/Dir.
Ordine SCRITTO DECENTR.            Stato ESEGUITO
Richiesta annullo/revoca del        alle        da
Annullo/revoca        del          alle        da
Numero totale eseguiti   1   Libro Fidi SI   Confl.Int.
------   -----------------------------------------------  -----------(Pagina 1)
CLEAR=fine   F4=menu'   F5=ritorno     F8=pag.successiva  Fine consultaz. : **
F9=coll. cum. Gpm  F11=storia dell'ordine  F12=dati estens.1  F10=dati estens.2
Conferma la fine della consultazione

416

```
 S.P.A.                                              * 14:27  22/10/2008

------------------           ----------------------------------------------
 INE   1405273 assunto il 12/06/2007 alle 16.03.43 Tipo ORD. DI BORSA A FERMO
      da 452 SEDE DI PARMA 1    Sportellista    972 GRISENTI       Area 964
 Segno ACQ.CLI. Qta'/Val.Nom          10.000,000 Prz.prop.        100,5800000
 Data valuta all'assunzione 15/06/2007   Ordine proveniente dal GPM NO
 Titolo    2507523/00 LEHMAN 5.4.11 FRN
 Divisa EUR EURO                 Cambio proposto
 Dossier 452/09702936  NDG         FURIA CLAUDIA GHIRETTI ILARIA
 Tipo regolamento CONTO CORRENTE
    C/C Euro      452/012336459
    C/C Valutario
            Divisa regolamento EUR EURO
 Contrattazione CONTANTE          Mercato TERZO MERCATO
 Tip.norm.SIM NEGOZIAZIONE     Tip.Ord.interno Reddito Fisso
 Ordine SCRITTO DECENTR.           Stato ESEGUITO
 Richiesta annullo/revoca del      alle        da
 Annullo/revoca        del         alle        da
 Numero totale eseguiti   1   Libro Fidi SI  Confl.Int.
----------------------------     -------------------------------------(Pagina 1)
 CLEAR=fine   F4=menu'   F5=ritorno    F8=pag.successiva  Fine consultaz. : **
 F9=coll. cum. Gpm  F11=storia dell'ordine  F12=dati estens.1  F10=dati estens.2
 Conferma la fine della consultazione
```

56

S.P.A.                                    *                          * 14:26  22/10/2008
                                          *      ---               *
                                          *                        *

-----------------------------------------------------------------------
NE   2453121 assunto il 05/07/2006 alle 10.19.26 Tipo ORD. DI BORSA A FERMO
   da 452 SEDE DI PARMA 1    Sportellista    972 GRISENTI        Area 964
Segno ACQ.CLI. Qta'/Val.Nom        39.000.000 Prz.prop.          100,2000000
Data valuta all'assunzione 10/07/2006    Ordine proveniente dal GPM NO
Titolo      2507796/00 LEHMAN 21.5.09 FRN
Divisa EUR EURO                    ' Cambio proposto
Dossier 452/09702936  NDG          FURIA CLAUDIA GHIRETTI ILARIA
Tipo regolamento CONTO CORRENTE
   C/C Euro     452/012336459
   C/C Valutario
              Divisa regolamento EUR EURO
Contrattazione CONTANTE          Mercato MERCATO TELEMATICO CABOTO
Tip.norm.SIM RACCOLTA ORDINI     Tip.Ord.interno REX Caboto
Ordine SCRITTO DECENTR.               Stato ESEGUITO
Richiesta annullo/revoca del          alle        da
Annullo/revoca         del            alle        da
Numero totale eseguiti   1   Libro Fidi SI  Confl.Int.
------------------------------------------------------------(Pagina 1)
-----------------------------------------------------------------------
CLEAR=fine   F4=menu'   F5=ritorno     F8=pag.successiva  Fine consultaz. : **
F9=coll. cum. Gpm  F11=storia dell'ordine  F12=dati estens.1  F10=dati estens.2
Conferma la fine della consultazione