UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

### AMENDED VERIFIED STATEMENT OF STRADLEY RONON STEVENS & YOUNG, LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

Stradley Ronon Stevens & Young, LLP ("Stradley"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the Chapter 11 cases of Lehman Brothers Holdings, Inc., and its related subsidiaries and affiliates (collectively, the "Debtors"), makes the following statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1. Stradley is counsel or special counsel to the Entities in the above-captioned cases. The address of Stradley for purposes of this Statement is 2600 One Commerce Square, Philadelphia, PA 19103-7098.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors.

4. The specific nature and amounts of the claims held by the Entities have been set forth in the proofs of claims or interests, as applicable, filed against the Debtors' estates.

B # 1197833 v.1

5.  Each of the Entities separately requested that Stradley represent them in connection with the Debtors' Chapter 11 cases. Stradley may also represent the Entities on matters unrelated to the cases.

6.  The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Stradley's representation of such entities.

7.  Stradley also represents or advises, or may have represented or advised, other parties in interest with respect to the cases that have not been included in the Statement because the parties that Stradley represents do not currently intend to appear in the cases for such other parties in interest, or such representations have been concluded.

8.  This statement is filed strictly to comply with Federal Rule of Bankruptcy Procedure 2019, and nothing contained herein is with prejudice to any right, remedy or claim of the represented Entities. All such rights, remedies and claims are expressly reserved.

9.  Stradley reserves the right to supplement or amend this Statement, including the attached Exhibit A, at any time in the future.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated: August 23, 2010

By: /s/ Mark J. Dorval
Mark J. Dorval, Esquire
Paul A. Patterson, Esquire
David H. Joseph, Esquire
Julie M. Murphy, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
Fax: (215) 564-8120

B # 1197833 v.1

## **VERIFICATION**

I, Mark J. Dorval, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

Dated: August 23, 2010          By: /s/ Mark J. Dorval
                                    Mark J. Dorval, Esquire

B # 1197833 v.1

# EXHIBIT A

**Attorneys For:**

Delaware Management Holdings, Inc.
 and its Subsidiaries and Affiliates
2005 Market Street
Philadelphia, PA 19103

Saint Joseph's University
5600 City Avenue
Philadelphia, PA 19131-1395

Nationwide Fund Advisors
1200 River Road, Suite 1000
Conshohocken, PA 19428

Aberdeen Asset Management, Inc.
1735 Market Street, 37th Floor
Philadelphia, PA 19103

Fulton Bank
One Penn Center
PO Box 4887
Lancaster, PA 17604

AIM V.I. High Yield Fund
AIM High Yield Fund
AIM Libor Alpha Fund
AIM V.I. Diversified Income Fund
AIM V.I. Basic Balanced Fund
AIM Core Bond Fund
AIM Short Term Bond Fund
AIM Income Fund
AIM Basic Balanced Fund
Invesco Aim Advisors, Inc.
 c/o Invesco Aim Management Group, Inc.
11 Greenway Plaza. Suite 100
Houston, Texas 77046-1173

Carlyle Mortgage Capital, LLC
BNC 2007-4, LLC
SASC 2007-BC4 A4, LLC
SASC 2007-BNC1 LLC
SASC 2007-BC4 A4 II, LLC
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

B # 1197833 v.1