**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of August, 2010, I caused a true and correct copy of the Amended Verified Statement of Stradley Ronon Stevens & Young, LLP Pursuant to Bankruptcy Rule 2019(a) (the "Statement") to be served via electronic transmission on the parties set forth on list attached hereto.

STRADLEY RONON STEVENS & YOUNG, LLP

/s/ Mark J. Dorval
Mark J. Dorval, Esquire
Paul A. Patterson, Esquire
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
aalfonso@willkie.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

D. Sam Anderson on behalf of Unknown Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, angelich.george@arentfox.com;lane.katie@arentfox.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com, chandy@whdlaw.com

John R. Ashmead on behalf of Creditor Breen Investors International Fund L.P.
ashmead@sewkis.com

Lee Stein Attanasio on behalf of Attorney Sidley Austin LLP
emcdonnell@sidley.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association

douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Donald M. Badaczewski on behalf of Interested Party Russell Investment Group, Inc.
donald.badaczewski@dechert.com

Ingrid Bagby on behalf of Foreign Representative Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.
ingrid.bagby@cwt.com, betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com

Katrina Lynne Baker on behalf of Defendant Lehman Brothers Holdings Inc.
kbaker@kramerlevin.com, mattorney@kramerlevin.com

Helen Ball on behalf of Creditor Wellmont Health System
hball@ba-boult.com, mtaylor@ba-boult.com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

Jean-David Barnea on behalf of Defendant United States Of America
jean-david.barnea@usdoj.gov

David L. Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.
pbasta@kirkland.com, jacob.goldfinger@kirkland.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc.
batista007@aol.com

Ronald Scott Beacher on behalf of Creditor Silver Point Capital, LP
rbeacher@daypitney.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com, lehmanbros@fklaw.com

Martin Beeler on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
mbeeler@cov.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc.
sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@morganlewis.com

Evan J. Benanti on behalf of Defendant State Street Bank & Trust Company
evan.benanti@bingham.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw.net

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Defendant Fontainebleau Resorts, LLC
jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman Brothers Holdings Inc.
ronit.berkovich@weil.com

Mark N. Berman on behalf of Creditor Metropolitan Transportation Authority
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@bakerlaw.com

Scott Howard Bernstein on behalf of Creditor CATOC VIDA, Sociedad Anonima de Seguros
sbernstein@hunton.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bernsted@lbitrustee.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Riyaz G. Bhimani on behalf of Creditor Merchantil Commercebank, N.A.
rbhimani@eckertseamans.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com

Laurie R. Binder on behalf of Trustee/Not Bankrupt Deutsche Bank Trust Company Americas, as Indenture Trustee
binder@sewkis.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com

Joshua R. Blackman on behalf of Creditor The Foundation of the Catholic Diocese of Columbus Ohio
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as Indenture Trustee
dbleck@mintz.com

Anthony D. Boccanfuso on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Maria A. Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, ghertzberg@curtis.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Mark A. Broude on behalf of Creditor Bundesverband deutscher Banken e.V.
mark.broude@lw.com, peter.gilhuly@lw.com

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Robert W. Brundige on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
brundige@hugheshubbard.com

Martin G. Bunin on behalf of Creditor Dell Global B.V.
marty.bunin@alston.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust
dcahn@cahnlaw.com

Aaron R. Cahn on behalf of Unknown GFI Group, Inc
cahn@clm.com

Carollynn H.G. Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com;mcosbny@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital, Inc.
dcampbell@ghclaw.com

Matthew Allen Cantor on behalf of Interested Party Normandy Hill Capital, L.P.
info2@normandyhill.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Scott Cargill on behalf of Creditor Lehman Brothers GTAA Unit Trust 1
scargill@lowenstein.com, msavetsky@lowenstein.com

Roy H. Carlin on behalf of Unknown PT Bank Negara Indonesia
carlin@thshlaw.com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees' Retirement System
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
icatto@kirkland.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com

Thomas E. Chase on behalf of Unknown Malayan Banking Berhad
tchase@rlrpclaw.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Jennifer A. Christian on behalf of Creditor Terry Foundation
jennifer.christian@tklaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jeffrey Chubak on behalf of Creditor The Boston Company Asset Management, LLC
jchubak@dl.com

Bruce E. Clark on behalf of Creditor Giants Stadium LLC
clarkb@sullcrom.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Joshua W. Cohen on behalf of Creditor Fidelity National Title Insurance Company
jwcohen@daypitney.com

Hollace T. Cohen on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association, Inc.
kurt.vellek@allenovery.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Jeffrey R. Coleman on behalf of Unknown James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
coleman@hugheshubbard.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd.
pcollins@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc.
ccombest@quarles.com, fbf@quarles.com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw.com

Joseph N. Cordaro on behalf of Defendant United States Of America
joseph.cordaro@usdoj.gov

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc.
pcostello@vectislawgroup.com

Patrick M. Costello on behalf of Interested Party Sun Microsystems, Inc.
pcostello@bbslaw.com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
david.crichlow@pillsburylaw.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC

mao-ecf@debevoise.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Avaya Inc.
vdagostino@lowenstein.com, jbecht@lowenstein.com

Robert K. Dakis on behalf of Creditor Committee Official Committee of Unsecured Creditors
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@rgrdlaw.com

Paul R. DeFilippo on behalf of Plaintiff Sola Ltd.
pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003
ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;sodavis@schiffhardin.com;mcurro@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

John Dellaportas on behalf of Unknown National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants
bdempsey@faegre.com, cwilds@faegre.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Interested Party Carret P.T., L.P. #2
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida Power & Light Company
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com

Gianni Dimos on behalf of Creditor CPMG, Inc.
gianni.dimos@pillsburylaw.com

Sara Discepolo on behalf of Creditor Simeon Moreno
Sara_Discepolo@verizon.net

Christopher R. Donoho on behalf of Creditor Standard Chartered Bank
chris.donoho@lovells.com, scao@centerbridge.com

Joshua Dorchak on behalf of Creditor CRS Fund, Ltd.
joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management, Inc.
mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

adoshi@daypitney.com

Mary Joanne Dowd on behalf of Interested Party Georgetown University
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy on behalf of Unknown South Mississipi Electric Power Association and Coast Electric Power Association
tduffy@andersonkill.com, dnolan@andersonkill.com

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Attorney Patterson Belknap Webb & Tyler LLP
mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann on behalf of Creditor Rutger Schimmelpenninck and Frederic Verhoeven as Trustees for Lehman Brothers Treasury Co. B.V.
deggermann@kramerlevin.com, mmakinde@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@state.mn.us

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekbergc@lanepowell.com, jagows@lanepowell.com

Robert F. Elgidely on behalf of Interested Party Coscan Construction, LLC
relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com, basargent@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg on behalf of Creditor FXCM Holdings, LLC
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc.
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Charles R. Eskridge on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
ceskridge@susmangodfrey.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
metkin@lowenstein.com, mseymour@lowenstein.com

William J. Factor on behalf of Creditor City of Chicago
wfactor@wfactorlaw.com, slorber@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc.
farrisw@sullcrom.com

Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc.
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
sfink@orrick.com, nymao@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Gabriel Fischbarg on behalf of Plaintiff Margaret Bennett
fis123@yahoo.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fishere@butzel.com, richarda@butzel.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party CD Representative, L.C.
rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox on behalf of Unknown McGuireWoods LLP
sfox@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Roger Nagioff
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested Party CME Group Inc.
efrejka@kramerlevin.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
mmyles@friedumspring.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com, efrasiolas@manatt.com.

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems, Inc.
tgaa@bbslaw.com, catherine@bbslaw.com

Amanda J. Gallagher on behalf of Defendant Harrier Finance Limited, a.k.a. Rathgar Capital Corporation
amanda.gallagher@linklaters.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com

Samir Gebrael on behalf of Creditor Tensor Opportunity Limited
sgebrael@klestadt.com

Barry S. Gedan on behalf of Unknown Michael Berland as Beneficiary, Penn, Schoen & Berland Associates, M/P/P FBO Michael Berland
gedanman@gedanlaw.com

Karl Geercken on behalf of Creditor Aozora Bank, Ltd.
kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

Lawrence V. Gelber on behalf of Creditor Auriel Currency 2X Fund
lawrence.gelber@srz.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp.
agiacobbe@zeklaw.com

Christopher J. Giaimo on behalf of Creditor Transaction Network Services, Inc.
giaimoc@arentfox.com

Steven D. Ginsburg on behalf of Unknown GMAC LLC
sdg@adorno.com, ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Glenn S. Gitomer on behalf of Creditor Jacqueline Edelmann
ggitomer@mkbattorneys.com

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc.
eglas@mccarter.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovi@skadden.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Thomas D. Goldberg on behalf of Plaintiff Jonathan Keeney
tdgoldberg@dbh.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, pabelson@dl.com

Stephanie J. Goldstein on behalf of Plaintiff HWA 555 Owners, LLC
stephanie.goldstein@friedfrank.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Andrew R. Gottesman on behalf of Broker SecondMarket, Inc.
agottesman@secondmarket.com, gsalamone@secondmarket.com

Christopher F. Graham on behalf of Spec. Counsel McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com

Brian D. Graifman on behalf of Creditor Mark Glasser
bgraifman@gkblaw.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.
lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;

Ira S. Greene on behalf of Attorney Hogan & Hartson L.L.P.
isgreene@hhlaw.com, david.spinley@hoganlovells.com

Carl M. Greenfeld on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
cgreenfeld@lowenstein.com

Brian E. Greer on behalf of Unknown Dechert LLP
brian.greer@dechert.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Securities, Ltd.
howard.j.grossman@chase.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund
philg@klgates.com, rhonda.hinman@klgates.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com

Thomas J. Hall on behalf of Creditor GLG Absolute Return Bond Fund
thall@chadbourne.com

Terry E. Hall on behalf of Creditor Indiana State Teachers Retirement Fund
tehall@bakerd.com, sarah.laughlin@bakerd.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

William Hao on behalf of Creditor Dell Global B.V.
william.hao@alston.com

Lee Harrington on behalf of Interested Party BANK OF AMERICA, N.A.
lharrington@nixonpeabody.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov, holcombm@michigan.gov

Christopher Harris on behalf of Interested Party Veyance Technologies, Inc.
Christopher.harris@lw.com

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com,
jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com;jpizzurro@curtis.com;mmoscato@curtis.com;ndelaney@curtis.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com;diana.perez@cwt.com;anthony.moore@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School Employees' Retirement System
phheer@duanemorris.com, odmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska
cheinrich@hslegalfirm.com

Jay Heinrich on behalf of Transferee Credit Suisse Loan Funding LLC
jheinrich@mkbllp.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

Jay S. Hellman on behalf of Plaintiff Ceradyne, Inc.
jsh@spallp.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman on behalf of Creditor Chevron Natural Gas
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Jennifer B. Herzog on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A.
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

William Heuer on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor MTR Corporation Limited
ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Finlandia Group plc
pholleman@sandw.com

Robert Neil Holtzman on behalf of Defendant Lehman Brothers Holdings Inc.
rholtzman@kramerlevin.com

Jonathan Hook on behalf of Creditor Parties Listed on Exhibit "A"
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Plaintiff Carolina First Bank
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc.
hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@bsfllp.com

Stephen C. Hunt on behalf of Creditor Sofia Frankel
shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD.
ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State Housing Development Authority
jacksonj5@michigan.gov

Steve Jakubowski on behalf of Unknown Robert A. Schoellhorn Trust
sjakubowski@colemanlawfirm.com

Michael E. Johnson on behalf of Counter-Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy Power Marketing, Inc.
rajohnson@akingump.com

Eric E. Johnson on behalf of Creditor National CineMedia
eric.johnson@hro.com, alicia.berry@hro.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

John E. Jureller on behalf of Creditor Fisher Investments
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor Belmont Insurance Company

wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc.
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com

Martin H. Kaplan on behalf of Creditor Mark Glasser
mkaplan@gkblaw.com

Gary Kaplan on behalf of Interested Party The 144A Master Fund, LP
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

David J. Karp on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l.
david.karp@srz.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc.
ekates@bakerlaw.com

Jordan Kaye on behalf of Defendant Lehman Brothers Holdings Inc.
jkaye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor QVT Financial LP
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley on behalf of Creditor Merit Floors, Inc.
craig@kelleylawoffice.com, sarah@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc.
kellyjm@cooley.com

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
tomkent@paulhastings.com

Christopher K. Kiplok on behalf of Defendant Lehman Brothers Inc.
kiplok@hugheshubbard.com

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com, jkramer@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Douglas Koff on behalf of Unknown Lehman Brothers Special Financing Inc.
douglaskoff@paulhastings.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc.
, dcunsolo@winston.com

Alan Kolod on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
dkick@mosessinger.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc.
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB

kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Greg T. Kupniewski on behalf of Creditor The TAARP Group, LLP
greg.kupniewski@flastergreenberg.com

Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Suntrust Banks, Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P.
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership
lawallf@pepperlaw.com

James N. Lawlor on behalf of Unknown Sistema Universitario Ana G. Mendez
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M. LeMay on behalf of Creditor Amber Capital Investment Management
dlemay@chadbourne.com

Mark G. Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of America, N.A.
dlee@nixonpeabody.com

Robert J. Lemons on behalf of Debtor Lehman Brothers Holdings Inc.
matthew.schoenfeld@weil.com;andrew.lyon@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
slerner@ssd.com

Ira M. Levee on behalf of Unknown Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc.
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com

Jonathan Levine on behalf of Unknown EPCO Holdings
jlevine@andrewskurth.com, jlevine@akllp.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

Richard Levy on behalf of Creditor Credito Privato Commerciale SA
rlevy@pryorcashman.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co.
iliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd.
mliberman@ebglaw.com, nyma@ebglaw.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

Sarah E. Lieber on behalf of Defendant Lehman Brothers Special Financing Inc.
selieber@jonesday.com

David Liebov on behalf of Interested Party Barclays Capital, Inc.
liebovd@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Douglas J. Lipke on behalf of Creditor Newedge USA, LLC and Affiliated Entities
dlipke@vedderprice.com, ecfdocket@vedderprice.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerkuno.com, ttracy@crockerkuno.com;karly@crockerkuno.com

Judy G.Z. Liu on behalf of Creditor The Bank of New York Mellon
judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com

Joli A. Lofstedt on behalf of Creditor Ironbridge Property Owners Association
joli@crlpc.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber on behalf of Creditor City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc.
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

William R. Maguire on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
maguire@hugheshubbard.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc.
gebmaguire@debevoise.com, mao-ecf@debevoise.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Creditor Clayton Fixed Income Services, Inc.
cmajor@rc.com, tgorrell@rc.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com, jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Interested Party BRM Group, Ltd.
lmarinuzzi@mofo.com

D. Ross Martin on behalf of Creditor Stanford Hospital and Clinics
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
james.mcclammy@davispolk.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
brian.mcdermott@skadden.com

Hugh M. McDonald on behalf of Creditor Hudson City Savings Bank

hmcdonald@sonnenschein.com, mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Daniel J. McGarry on behalf of Unknown Daniel McGarry
dmcgarry@whdlaw.com, dkarns@whdlaw.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Michelle McMahon on behalf of Unknown Gotham Technology Group, LLC
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;christopher.thomson@dlapiper.com;jeremy.johnson@

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc.
msteen@foxrothschild.com, mlsecf@gmail.com

Robert N. Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
rmichaelson@klgates.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee
lmilas@rosicki.com, ecfnotice@rosicki.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc.
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc.
harvey.miller@weil.com, garrett.fail@weil.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista
dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

W. Timothy Miller on behalf of Unknown The Federal Home Loan Bank of Cincinnati
miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1
rocbkcourt@logs.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc.
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

David Molton on behalf of Creditor Providence Equity Partners VI L.P.
dmolton@brownrudnick.com, jelstad@brownrudnick.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
morsej@hbdlawyers.com

Seth A. Moskowitz on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Monique J. Mulcare on behalf of Creditor The Northern Trust Company
mmulcare@mayerbrown.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

Michael F. Murphy on behalf of Plaintiff Michigan State Housing Development Authority
murphym2@michigan.gov

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule I
jnagi@polsinelli.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp.
kjm@lnbyb.com, tma@lnbyb.com

David Neier on behalf of Creditor Pentwater Capital Management, LP
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc.
mneier@ibolaw.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of
Investment William G. Clark
lneish@zuckerman.com

Roger David Netzer on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A.
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
rnorthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A.
hsnovikoff@wlrk.com, calert@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Oppenheimer Value Fund
maosbny@willkie.com, boconnor@willkie.com

Sean A. O'Neal on behalf of Interested Party AB Svensk Exportkredit
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com

Carl W. Oberdier on behalf of Unknown Northern Indiana Public Service Company and NiSource Finance Corp.
coberdier@schiffhardin.com, lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Patrick D. Oh on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG; SLB Leasing-Fonds GmbH & Co Odin KG; SLB Leasing-Fonds GmbH & Co Thor KG; SLB Leasing-Fonds GmbH & Co Uranus KG
patrick.oh@freshfields.com

Sean A. Okeefe on behalf of Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc.
kostad@mofo.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
aostrow@beckerglynn.com, lmueller@beckerglynn.com;jholdridge@beckerglynn.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
oxford@hugheshubbard.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
deryck.palmer@cwt.com, allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
merritt.pardini@kattenlaw.com,
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@wei

Robert E. Pershes on behalf of Creditor Camilo Kuri Con
rpershes@bdblaw.com, sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdblaw.com;cedwards@bdblaw.com

Gregory M. Petrick on behalf of Foreign Representative Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.
gregory.petrick@cwt.com, diana.perez@cwt.com;allison.dipasqua@cwt.com

Olya Petukhova on behalf of Unknown Libyan Arab Foreign Investment Company
opetukhova@foley.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@hodgsonruss.com, syoon@hodgsonruss.com

Douglas J. Pick on behalf of Unknown JPMORGAN CHASE BANK, N.A.
dpick@picklaw.net, ezabicki@picklaw.net

Andrea Pincus on behalf of Interested Party State of Hawaii Employees' Retirement System
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate Education, Inc.
lml@ppgms.com

Dana Post on behalf of Unknown Avenue Investments, L.P.
dpost@kramerlevin.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
poulos@hugheshubbard.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp.
wprice@mcguirewoods.com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com, maosbny@kayescholer.com

Jeffrey D. Prol on behalf of Interested Party Fubon Insurance Co., Ltd.
jprol@lowenstein.com

Jacob S. Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com, garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd.
prachmuth@gerstensavage.com

Jack A. Raisner on behalf of Plaintiff ALEXANDER LEYTMAN
jar@outtengolden.com

Kiara L. Rankin on behalf of Plaintiff Lehman Brothers Holdings Inc.
kiara.rankin@bingham.com, angela.owens@bingham.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Craig V. Rasile on behalf of Unknown HBK Master Fund L.P.
crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Russell Lowell Reid on behalf of Creditor The Bank of New York Mellon

rreid@sheppardmullin.com, bwolfe@sheppardmullin.com

Ira A. Reid on behalf of Unknown Hewlett-Packard Company
ira.a.reid@bakernet.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Dirk S. Roberts on behalf of Interested Party Office of Thrift Supervision
dirk.roberts@ots.treas.gov

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com,
aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman@friedfrank.com

Michael J. Roeschenthaler on behalf of Creditor Access Data Corp.
mroeschenthaler@mcguirewoods.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc.
rogerst@sullcrom.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A.
wroll@shearman.com

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
erose@herrick.com, erose@herrick.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
arthur.rosenberg@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@tighepatton.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc.
brosenblum@jonesday.com

Wendy Rosenthal on behalf of Creditor Barclays Global Investors National Association
wendy.rosenthal@cliffordchance.com

Jeffrey A. Rosenthal on behalf of Creditor Dader Investment Corp.
maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in Liquidation
mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc.
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWABSIN
rroupinian@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Unknown Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@csgrr.com, kstadelmann@csgrr.com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S.A.
arudzin@omm.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Jeffrey D. Saferstein on behalf of Unknown Oaktree Capital Management, L.P.
jsaferstein@paulweiss.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jeffrey L. Sapir-13 on behalf of Trustee Jeffrey Sapir-13
info@sapirch13tr.com

Jennifer Savion on behalf of Unknown The City Of Syracuse
jsavion@ci.syracuse.ny.us

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor Capital One, N.A.
lscarcella@farrellfritz.com

Eric A Schaffer on behalf of Counter-Claimant BNY Corporate Trustee Services Limited
eschaffer@reedsmith.com, slucas@reedsmith.com

Brian Schartz on behalf of Creditor QVT Fund LP
bschartz@kirkland.com

Jonathan D. Schiller on behalf of Interested Party Barclays Capital, Inc.
jschiller@bsfllp.com

Michael L. Schleich on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
mschleich@fslf.com

Benjamin Schneider on behalf of Unknown BKS Claims LLC
benjamin.schneider@ropesgray.com

William H. Schorling on behalf of Creditor Greenbrier Minerals Holdings, LLC

william.schorling@bipc.com, donna.curcio@bipc.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund
jscott@reedsmith.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick.com, courtnotices@herrick.com

John T. Shaban on behalf of Unknown Elizabeth Galt
jshaban@wbamct.com

Andrew D. Shaffer on behalf of Unknown Mayer Brown LLP
ashaffer@mayerbrown.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

David B. Shemano on behalf of Creditor Shinhan Investment Corp.
dshemano@pwkllp.com, lpeitzman@pwkllp.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney Sills Cummis & Gross P.C.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman on behalf of Creditor Southern California Edison Company
paula.ayers@mto.com

Michael A. Shiner on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, jqin@sheppardmullin.com

Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc.
Glenn.Siegel@dechert.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Paul N. Silverstein on behalf of Creditor Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com, jlevine@aklllp.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Edward Smith on behalf of Creditor Brevan Howard Master Fund Limited
easmith@venable.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

Eric J. Snyder on behalf of Attorney Siller Wilk LLP
esnyder@sillerwilk.com

John Wesley Spears on behalf of Creditor Japan Net Bank, Ltd.
john.spears@alston.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com

James H.M. Sprayregen on behalf of Unknown Lehman Re, Ltd.
jsprayregen@kirkland.com, wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

J. Gregory St.Clair on behalf of Unknown Gruss Global Investors Master Fund (Enhanced), Ltd.
jstclair@skadden.com, jeffyscott@hotmail.com;mmarton@skadden.com;cdickers@skadden.com;Elise.OConnell@skadden.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Jack G. Stern on behalf of Interested Party Barclays Capital, Inc.
jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

Malani Sternstein on behalf of Unknown Bank of New York Mellon
msternstein@sheppardmullin.com

J. Robert Stoll on behalf of Interested Party The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

Walter B. Stuart on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
walter.stuart@freshfields.com

David A. Sullivan on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH
david.sullivan@cliffordchance.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tarcza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

James Tecce on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com, gbuccellato@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank, National Association
marc.tepper@bipc.com, donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer on behalf of Plaintiff Evergreen Solar, Inc.
ktomer@goodwinprocter.com

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets Inc., National Bank of Canada Inc., National Bank of Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwalsh@mayerbrown.com

Curtis V. Trinko on behalf of Plaintiff Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

Thomas R. Trowbridge, III on behalf of Creditor Linn Energy, LLC
thomas.trowbridge@bakerbotts.com

Brian Trust on behalf of Creditor National Bank of Canada Inc., National Bank of Canada Financial Inc., and National Bank Financial Inc.
btrust@mayerbrown.com

Gerard Uzzi on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Ehret A. Van Horn on behalf of Creditor GMAC Mortgage, LLC
ehret-vanhorn@mbaum.com, bkincoming@mbaum.com

Shmuel Vasser on behalf of Creditor Aviva Investors North America, Inc.
shmuel.vasser@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
rwvlaw@yahoo.com

Jon C. Vigano on behalf of Creditor Chicago Board Options Exchange, Incorporated
jvigano@schiffhardin.com, dgordon@schiffhardin.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com,

amanda.hendy@weil.com;jae.kim@weil.com;sherri.toub@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman
Brothers Holding Inc.
lwallace@mwc-law.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

W. Clark Watson on behalf of Creditor Compass Bank
cwatson@balch.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Gregg L. Weiner on behalf of Unknown A/P Hotel, LLC
weinegr@friedfrank.com, docketclerks@friedfrank.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and indirect subsidiaries and affiliates
john.weiss@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Mark F. Werle on behalf of Creditor Rutland Hospital, Inc.
eag@rsclaw.com;dmc@rsclaw.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc.
twheeler@lowenstein.com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Dennis J. Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv.com, havard@scmv.com

Stephanie Wickouski on behalf of Creditor Parsec Trading Corp.
stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A.
ewietecha@coleschotz.com

Michael E. Wiles on behalf of Unknown Carlyle Credit Partners Master Fund
mewiles@debevoise.com, mao-ecf@debevoise.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al

efile@willaw.com

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
swirth@wmd-law.com

Jane Rue Wittstein on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Unknown Norton Gold Fields Limited
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Libby Wong on behalf of Unknown NBGI Inc
lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Robert C. Yan on behalf of Creditor Capital One, N.A.
ryan@farrellfritz.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
fyates@sonnenschein.com

Jack Yoskowitz on behalf of Interested Party Israel Discount Bank Limited
yoskowitz@sewkis.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P. and Bayview Opportunity Master Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C.
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com