**Hospitals Insurance Company, Inc.**
50 Main Street
Suite 1220
White Plains, NY 10606

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | : | |
|---|---|---|
| **In Re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al..,* | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **Debtors,** | : | |
| | : | **(Jointly Administered)** |

-------------------------------------------------------------------X

### HOSPITALS INSURANCE COMPANY, INC. ("HIC") AFFIDAVIT OF CLARIFICATION OF PROOF OF CLAIM AND AMENDMENT TO HIC'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Loreto J. Ruzzo, being duly sworn, deposes and states as follows:

I am the Vice President, General Counsel and Secretary of Hospitals Insurance Company, Inc. ("HIC").

I am submitting this Affidavit in support of HIC's **AMENDED PROOF OF CLAIM** (claim no.: 16975) and to amend the **RESPONSE OF HOSPITALS INSURANCE COMPANY, INC. TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)** on the following basis:

1.   On advice of HIC's outside fixed income manager, which prepared the original **PROOF OF CLAIM** (Exhibit 1). HIC submitted a claim that it believed to reflect its status as a creditor in the pending bankruptcy of Lehman Brothers Holding, Inc; and

1

2.  In haste to respond to the debtors objection to dismiss HIC's claim for insufficient supporting documentation, I submitted a response (Exhibit 2) that perpetuated the advice given to us by our outside investment manager; and

3.  On further due diligence, I have discovered that HIC does not hold a bond with a face value of $3.4 million, but rather it owns "Preferred Stock" whose maximum value is $850,000.00. In proof thereof, I attach the "Statement of Transactions", prepared by Citibank, N.A., our securities custodian, (Exhibit 3) with the relevant transaction highlighted; and

4.  HIC has submitted an Amended Proof of Claim form to Epiq Bankruptcy Solutions, LLC, reflecting the current information, for processing (Exhibit 4); and

5.  I apologize to the Court and to counsel for the debtors and the creditors for the earlier misinformation. By this Affidavit, I have corrected the information previously submitted as soon as I discovered the true status of HIC's position. My only intention throughout this process was to ensure that HIC was treated on the same terms and conditions as other creditors holding the above-referenced "Preferred Stock."

Dated: August 19, 2010

Loreto J. Ruzzo
Vice President, General Counsel and
Secretary
Hospitals Insurance Company, Inc.
50 Main Street
Suite 1220
White Plains, NY 10606
Telephone: (914) 220-1812

Sworn to before me this
19th day of August, 2010

Notary Public

ANNE MALTZ
Notary Public, State of New York
No. 02MA4963841
Qualified in Kings County
Commission Expires 3-19-2014

2

# EXHIBIT 1

**(ORIGINAL PROOF OF CLAIM)**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**LEHMAN BROTHERS HOLDINGS** | Case Number:<br>08-13555 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Hospitals Insurance Company, Inc.

Name and address where notices should be sent:

50 Main Street, Suite 1220
White Plains, NY 10606

Telephone number:
**(914) 220-1800**

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
     *(If known)*

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $            3,400,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Bonds
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**  W317

   **3a. Debtor may have scheduled account as:**  52520W317
       (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $   3,400,000.00

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copi~~es~~ ~~y notes, purchase~~ orders, invoices, itemized statements ~~urity agreements.~~ You may also attach a summary. Atta~~ction of~~ a security interest. You may also attac~~ ~~

DO NOT SEND ORIGINAL DOCUM~~ED AFTER~~ SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000016975

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>08/29/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Eugene R. Daly, Treasurer | FILED / RECEIVED<br><br>SEP 1 8 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.~~S.~~

From: Origin ID: LWMA  (617) 330-9333
Courtney Neelon
INCOME RESEARCH & MANAGEMENT
100 Federal Street
Floor 31
BOSTON, MA 02110



Ship Date: 17SEP09
ActWgt 5.0 LB
CAD: 5264247/INET9060
Account#: S *********

SHIP TO:   (617) 330-9333     BILL SENDER
**Lehman Bros. Holdings Claims Proc.**
**Epiq Bankruptcy Solutions, LLC**
757 3RD AVE FRNT 3

**NEW YORK, NY 10017**

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

RECEIVED

SEP 18 2009

FRI - 18SEP          A1
TRK# 7979 4090 5224   **STANDARD OVERNIGHT**
0201

10017
**EB OGSA**      NY-US
EWR





**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT 2

**(ORIGINAL RESPONSE)**

**Hospitals Insurance Company, Inc.**
50 Main Street
Suite 1220
White Plains, NY 10606

FILED
U.S. BANKRUPTCY COURT

2010 AUG 18  P 12: 08

S.D. OF N.Y.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
                                :

**In Re**                           :           **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al..*,   :

                               :           **Case No. 08-13555 (JMP)**

                 **Debtors,**      :

                               :           **(Jointly Administered)**
------------------------------------------------------------------X

## RESPONSE OF HOSPITALS INSURANCE COMPANY, INC. TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Hospitals Insurance Company, Inc ("HIC"), hereby submits this response (the "Response") to the Debtors' (the "Debtors") Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims), dated July 19, 2010 (the "Objection"). This Response involves claim number 16975, received by the Court on September 18, 2009, for the unsecured amount of Three Million Four Hundred Thousand dollars ($3,400,000.00), filed by HIC on August 29, 2009 seeking reimbursement from the Debtors for obligations owed (the "Claim"). The Objection requests that the Court disallow and expunge the Claim on the ground that the Claim lacked "supporting documentation or an explanation as to why such documentation is unavailable." Accordingly, HIC is producing such additional documentation and requests that the Objection be denied. In support of the Response, HIC states:

        1.        HIC is a creditor of the Debtor. Specifically, HIC is the owner of a Bond, the subject security of the Claim, issued by Lehman Brothers Holding, Inc ("LBHI"). As such, LBHI was responsible for the payment of principal and

1

interest on the bond at its maturity. The bond was identified by CUSIP No. 52520W317.

2.  HIC purchased the bond for valuable consideration. The bond has a par value of Three Millions Four Hundred Thousand dollars ($3,400,000.00). The bond was received by the custodian, Citibank, and maintained as part of HIC's portfolio. (Exhibit A)

3.  HIC maintains ownership of and is the rightful beneficiary of the bond. Attached, in support of HIC's ownership rights, is a copy of the Custodian Statement (Exhibit B).

4.  HIC timely filed the Claim prior to the September 22, 2009 Bar Date established by the July 2, 2009 [Docket No. 4271] order setting forth the procedures for filing proofs of claim. (Exhibit C).

5.  As such, HIC has met the requirement of the Objection and has produced such supporting documents as to allow the Debtor to substantiate the Claim. HIC's Claim should not be disallowed nor expunged.

Respectfully submitted:

Dated: August 17, 2010

Loreto J. Ruzzo
Vice-President and General Counsel
Hospitals Insurance Company, Inc.
50 Main Street
Suite 1220
White Plains, NY 10606
Telephone: (914) 220-1812

2

# EXHIBIT A

# STATEMENT OF TRANSACTIONS

**citi**

Citibank, N.A.
111 Wall Street
New York, N.Y.
10043

ACCOUNT  000020-000003

PAGE 6    ACCOUNT NO. 845600-00    2P    RUN DATE: 02/29/08    TIME: 22:10:21    04

| DATE YEAR/MO/DAY | TYPE TRANS | SHARES OR AMOUNT | DESCRIPTION | INCOME CASH | PRINCIPAL CASH |
|---|---|---|---|---|---|
| | | | | ("*" INDICATES DISBURSEMENT OR DEBIT BALANCE) | |
| 2008 02 12 | INT | 1,325,000.00 | JP MORGAN CHASE COMMERCIAL MTG SEC SERIES 2007-CB20 CL-A4 SE MAT DAT 02/12/51 FLOATING RATE ISSUE/MONTHLY PAYT BASED ON THIS PAYMENT THE ESTIMATED ANNUAL RATE IS: 5.7939 | 6,397.54 | |
| 2008 02 12 | INT | 890,000.00 | TWO ROCK PASS-THROUGH TR ASSET BKD CAP PASSTHRU SECS 144A 3C7 REG RT .0371 | 13,252.91 | |
| 2008 02 12 | SOLD | 1,191,806.51 | TEMP FUND 02/11/10 RT TEMPORARY CASH MANAGEMENT | 1,191,806.51 | |
| 2008 02 12 | RECD | 4,341.75 | ADJUSTED CASH BALANCE HARBORVIEW MTG LN TR 2005-16 MTG PASSTHRU CTF CL 4-A1A REG 01/13/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/19/07 DATE TRADED 12/19/07 BRKR 4002/4002 CUSIP 41161P2C0 CITIBANK REF TN# 08043109167 | .00— | |
| 2008 02 12 | RECD | 2,373.17 | GREENPOINT MTG FDG TR 2006-AR2 MTG PASSTHRU CTF CL IV-A-1 REG 5.888% 03/25/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/26/07 DATE TRADED 12/26/07 BRKR 4002/4002 CUSIP 39538WGJ1 CITIBANK REF TN# 08043109209 | .00— | |
| 2008 02 12 | RECD | 34,000.00 | LEHMAN BROTHERS HOLDINGS NO PAR NET @ 25,000 LEHMAN BROS PR INC LEHMAN BROS PR INC EXPECTED DATE 02/12/08 DATE TRADED 02/05/08 BRKR 0074/0074 CUSIP 52520W317 CITIBANK REF TN# 08038089002 2008020700012SN1 | 850,000.00— | |
| 2008 02 12 | RECD | 400,000.00 | VERIZON COMMUNICATIONS COLLATERAL BOND 5.500% 02/15/18 NET | 399,024.00— | |

**LEGEND**

AMORT  Amortization
BOT  Bought
DELD  Delivered
DIST  Distribution
DIV  Dividend
INT  Interest
RECD  Received
RED  Redemption
REV  Reversal
SOLD  Sold
SUB  Subscription
TSFD  Transferred
*  Balance

To the extent that any investment decisions reflected herein were made by CITIBANK, N.A., pursuant to the underlying account documentation, such decisions were not based on non-public material information. Confirmation of securities transactions effected by Citibank and the time of execution of such transactions are available upon request.

ODM02A 11/99 - XCS 05/93

# EXHIBIT B

# STATEMENT OF HOLDINGS

**citi**

Citibank, N.A.
111 Wall Street
New York, N.Y. 10043

00072-000019

HOSPITAL INSURANCE COMPANY INC
ATTN: MELISSA L JOHNSON, DIR FIN
50 MAIN STREET, SUITE 1220
WHITE PLAINS, NY 10606

ACCOUNT

HOSPITALS INSURANCE COMPANY, INC-
INCOME RESEARCH

| | | DATE | ACCOUNT NUMBER | PAGE NUMBER |
|---|---|---|---|---|
| | | 12/31/09 | 845600 | 18 |

| PAR VALUE/SHARES | SECURITY DESCRIPTION | ANTICIPATED INCOME PER PERIOD | PAYMENT/MONTH JFM | AMJ | JAS | OND | INCOME ACCRUED TO DATE |
|---|---|---|---|---|---|---|---|
| | ***PREFERRED STOCK*** | | | | | | |
| 3,000.00 | ABN AMRO NORTH AMER CAP FDG TR I TR PFD SECS FIXED/FLTG KAABDR03     .0000     .000 ELG CUSIP : 00371G105 | NO DIV PAID | | | | | |
| 890.00 | CHANNEL REINSURANCE LTD PREF STK KCAADV03     .0000     .000 ELG CUSIP : 15917L206 | NO DIV PAID | | | | | |
| 88,000.00 | FEDERAL HOME LN MTG CORP PFD VAR RATE KFAAC703     .0000     .000 ELG CUSIP : 313400756 | 56,760.00 | X | X | X | X | |
| 82,000.00 | FEDERAL NATL MTG ASSN PFD SER F VAR RATE KFAAC803     1.3704     .000 ELG CUSIP : 313586703 | 13,940.00 | X | X | X | X | |
| 34,000.00 | LEHMAN BROTHERS HOLDINGS KLAAC403     .0000     .000 ELG CUSIP : 52520W317 | 16,893.58 | X | X | X | X | |
| 207,890.00 | ***SECURITY CATEGORY TOTAL*** | | | | | | |

To the extent that any investment decisions reflected herein were made by CITIBANK, N.A. pursuant to the underlying account documentation, such decisions were not based on non-public material information.

ODD17A 04/03 - SH 05/93

# EXHIBIT C

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **LEHMAN BROTHERS HOLDINGS** | Case Number: **08-13555** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Hospitals Insurance Company, Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>50 Main Street, Suite 1220<br>White Plains, NY 10606<br><br>Telephone number:<br>(914) 220-1800 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $          3,400,000.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:**   Bonds<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3.** Last four digits of any number by which creditor identifies debtor:   W317<br><br>  **3a.** Debtor may have scheduled account as:   52520W317<br>  (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:**<br><br>Value of Property:$_____   Annual Interest Rate____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $   3,400,000.00 | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copi~~es~~ ~~of~~ ~~any~~ ~~documents~~ ~~that~~ ~~support~~ ~~the~~ ~~claim, such as promissor~~y notes, purchase orders, invoices, itemized statements ~~of running accounts, contracts, judgments, mortgages, and sec~~urity agreements. You may also attach a summary. Atta~~ch redacted copies of documents providing evidence of perfec~~tion of a security interest. You may also attac~~h a summary. (See instruction 7 and definition of "redacted" on reverse side.)~~<br><br>DO NOT SEND ORIGINAL DOCUM~~ENTS. ATTACHED DOCUMENTS MAY BE DESTROY~~ED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000016975

| Date:<br>08/29/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Eugene R. Daly, Treasurer | **FILED / RECEIVED**<br><br>SEP 18 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

From:    Origin ID: LWMA    (617) 330-9333
Courtney Neelon
INCOME RESEARCH & MANAGEMENT
100 Federal Street
Floor 31
BOSTON, MA 02110



FedEx
Express

**E**

Ship Date: 17SEP09
ActWgt: 5.0 LB
CAD: 5284247/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO:    (617) 330-9333    BILL SENDER

**Lehman Bros. Holdings Claims Proc.**
**Epiq Bankruptcy Solutions, LLC**
**757 3RD AVE FRNT 3**

**NEW YORK, NY 10017**

Ref #
Invoice #
PO #
Dept #


RECEIVED

SEP 18 2009

TRK#
0201    7979 4090 5224

FRI - 18SEP    A1
STANDARD OVERNIGHT

**EB OGSA**

10017
NY-US

EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Akia Davis

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 9:20 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830427053 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 9:10 AM |
| Sign for by: | V.KENNEDY |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:               793830427053

| Shipper Information | Recipient Information |
|---|---|
| Akia Davis | Shai Waisman, Esq. |
| FOJP Service Corporation | Weil Gotshal & Manges LLP |
| 28 East 28th Street - 14th Floor | 767 Fifth Avenue |
| New York | New York |
| NY | NY |
| US | US |
| 10016 | 10153 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:20 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 10:53 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830509079 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 10:30 AM |
| Sign for by: | C.BROOKS |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:                793830509079

| Shipper Information | Recipient Information |
|---|---|
| Akia Davis | Brian Masumoto, Esq. |
| FOJP Service Corporation | Office of the United States |
| 28 East 28th Street - 14th Floor | Trustee |
| New York | 33 WHITEHALL ST FL 21 |
| NY | NEW YORK |
| US | NY |
| 10016 | US |
| | 10004 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:53 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 10:53 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830465396 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 10:30 AM |
| Sign for by: | C.BROOKS |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:          793830465396

Shipper Information
Akia Davis
FOJP Service Corporation
28 East 28th Street - 14th Floor
New York
NY
US
10016

Recipient Information
Andy Velez-Rivera, Esq.
Office of the United States
Trustee
33 WHITEHALL ST FL 21
NEW YORK
NY
US
10004

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:53 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

## Akia Davis

**From:**    TrackingUpdates@fedex.com
**Sent:**    Wednesday, August 18, 2010 10:53 AM
**To:**    Akia Davis
**Subject:** FedEx Shipment 798954526290 Delivered

This tracking update has been requested by:

Company Name:          FOJP Service Corporation
Name:                  Akia Davis
E-mail:                adavis@fojp.com

Our records indicate that the following shipment has been delivered:

Reference:             CORPORATE LEGAL
Ship (P/U) date:       Aug 17, 2010
Delivery date:         Aug 18, 2010 10:30 AM
Sign for by:           C.BROOKS
Delivery location:     NEW YORK, NY
Delivered to:          Receptionist/Front Desk
Service type:          FedEx Priority Overnight
Packaging type:        FedEx Envelope
Number of pieces:      1
Weight:                0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:       798954526290

Shipper Information                Recipient Information
Akia Davis                         Paul Schwartzberg, Esq.
FOJP Service Corporation           Office of the United States
28 East 28th Street - 14th Floor   Trustee
New York                           33 WHITEHALL ST FL 21
NY                                 NEW YORK
US                                 NY
10016                              US
                                   10004

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:53 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 10:53 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830543052 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 10:30 AM |
| Sign for by: | C.BROOKS |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:          793830543052

| Shipper Information | Recipient Information |
|---|---|
| Akia Davis | Tracy Hope Davis, Esq. |
| FOJP Service Corporation | Office of the United States |
| 28 East 28th Street - 14th Floor | Trustee |
| New York | 33 WHITEHALL ST FL 21 |
| NY | NEW YORK |
| US | NY |
| 10016 | US |
| | 10004 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:53 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 10:53 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830533165 Delivered |

This tracking update has been requested by:

Company Name:        FOJP Service Corporation
Name:                Akia Davis
E-mail:              adavis@fojp.com

Our records indicate that the following shipment has been delivered:

Reference:                  CORPORATE LEGAL
Ship (P/U) date:            Aug 17, 2010
Delivery date:              Aug 18, 2010 10:30 AM
Sign for by:                C.BROOKS
Delivery location:          NEW YORK, NY
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            793830533165

Shipper Information              Recipient Information
Akia Davis                       Linda Riffkin, Esq.
FOJP Service Corporation         Office of the United States
28 East 28th Street - 14th Floor Trustee
New York                         33 WHITEHALL ST FL 21
NY                               NEW YORK
US                               NY
10016                            US
                                 10004

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:53 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 9:35 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 798954658439 Delivered |

This tracking update has been requested by:

```
Company Name:          FOJP Service Corporation
Name:                  Akia Davis
E-mail:                adavis@fojp.com
```

Our records indicate that the following shipment has been delivered:

```
Reference:                 CORPORATE LEGAL
Ship (P/U) date:           Aug 17, 2010
Delivery date:             Aug 18, 2010 9:29 AM
Sign for by:               S.SANTIAGO
Delivery location:         NEW YORK, NY
Delivered to:              Mailroom
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:           798954658439
```

```
Shipper Information              Recipient Information
Akia Davis                       Dennis F. Dunne, Esq.
FOJP Service Corporation         Milbank, Tweed, Hadley & McCloy
28 East 28th Street - 14th Floor LLP
New York                         1 Chase Manhattan Plaza
NY                               New York
US                               NY
10016                            US
                                 10005
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:34 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 9:35 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 798954679849 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 9:29 AM |
| Sign for by: | S.SANTIAGO |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:          798954679849

| Shipper Information | Recipient Information |
|---|---|
| Akia Davis | Evan Flack, Esq. |
| FOJP Service Corporation | Milbank, Tweed, Hadley & McCloy LLP |
| 28 East 28th Street - 14th Floor | 1 Chase Manhattan Plaza |
| New York | New York |
| NY | NY |
| US | US |
| 10016 | 10005 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:34 AM CDT on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

**Akia Davis**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 18, 2010 9:35 AM |
| **To:** | Akia Davis |
| **Subject:** | FedEx Shipment 793830630342 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | FOJP Service Corporation |
| Name: | Akia Davis |
| E-mail: | adavis@fojp.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | CORPORATE LEGAL |
| Ship (P/U) date: | Aug 17, 2010 |
| Delivery date: | Aug 18, 2010 9:29 AM |
| Sign for by: | S.SANTIAGO |
| Delivery location: | NEW YORK, NY |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:          793830630342

| Shipper Information | Recipient Information |
|---|---|
| Akia Davis | Dennis ODonnell, Esq. |
| FOJP Service Corporation | Milbank, Tweed, Hadley & McCloy LLP |
| 28 East 28th Street - 14th Floor | 1 Chase Manhattan Plaza |
| New York | New York |
| NY | NY |
| US | US |
| 10016 | 10005 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:34 AM CDT
on 08/18/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/18/2010

# EXHIBIT 3

**(STATEMENT OF TRANSACTIONS)**

# STATEMENT OF TRANSACTIONS

**CITI**
Citibank, N.A.
111 Wall Street
New York, N.Y.
10043

00002-000003

| PAGE 6 | DATE | | | TYPE TRANS | SHARES OR AMOUNT | ACCOUNT NO. 845600-00 | DESCRIPTION 2P RUN DATE: 02/29/08 | TIME: 22:10:21 INCOME CASH | PRINCIPAL CASH 04 ("-" INDICATES DISBURSEMENT OR DEBIT BALANCE) |
|---|---|---|---|---|---|---|---|---|---|
| | YEAR | MO | DAY | | | | | | |
| | 2008 | 02 | 12 | INT | 1,325,000.00 | JP MORGAN CHASE COMMERCIAL MTG SEC SERIES 2007-CB20 CL-A4 MAT DAT 02/12/51 FLOATING RATE ISSUE/MONTHLY PAYT BASED ON THIS PAYMENT THE ESTIMATED ANNUAL RATE IS: 5.7939 | 6,397.54 | |
| | 2008 | 02 | 12 | INT | 890,000.00 | TWO ROCK PASS-THROUGH TR ASSET BKD CAP PASSTHRU SECS 144A 3C7 REG MAT DAT 02/11/10 RT .0371 | 13,252.91 | |
| | 2008 | 02 | 12 | SOLD | 1,191,806.51 | TEMP FUND NAIC AUTOMATED CASH MANAGEMENT P&I BALANCE 746,509.62 UNITS | 1,191,806.51 | |
| | 2008 | 02 | 12 | RECD | 4,341.75 | HARBORVIEW MTG LN TR 2005-16 MTG PASSTHRU CTF CL 4-A1A REG 01/19/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/19/07 DATE TRADED 12/19/07 BRKR 4002/4002 CUSIP 41161PZC0 | .00— | |
| | 2008 | 02 | 12 | RECD | 2,375.17 | CITIBANK REF TN# 08043109167 GREENPOINT MTG FDG TR 2006-AR2 MTG PASSTHRU CTF CL IV-A-1 REG 5.888% 03/25/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/26/07 DATE TRADED 12/26/07 BRKR 4002/4002 CUSIP 39538WGJ1 | .00— | |
| | 2008 | 02 | 12 | RECD | 34,000.00 | CITIBANK REF TN# 08043109209 LEHMAN BROTHERS HOLDINGS NO PAR NET @ 25.000 LEHMAN BROS PR INC LEHMAN BROS PR INC EXPECTED DATE 02/12/08 DATE TRADED 02/05/08 BRKR 0074/0074 CUSIP 52520W317 | 850,000.00— | |
| | 2008 | 02 | 12 | RECD | 400,000.00 | CITIBANK REF TN# 08038089002 20080207000125N1 VERIZON COMMUNICATIONS COLLATERAL BOND) 5.500% 02/15/18 NET | 399,024.00— | |

**LEGEND**

AMORT Amortization
BOT Bought
DELD Delivered
DIST Distribution
DIV Dividend
INT Interest
RECD Received
RED Redemption
REV Reversal
SOLD Sold
SUB Subscription
TSFD Transferred
• Balance

To the extent that any investment decisions reflected herein were made by CITIBANK, N.A. pursuant to the underlying account documentation, such decisions were not based on non-public material information. Confirmation of securities transactions effected by Citibank and the time of execution of such transactions are available upon request.

ODM02A 11/99 - XCS 05/03

# EXHIBIT 4

**(AMENDED PROOF OF CLAIM)**

| **United States Bankruptcy Court/Southern District of New York** | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings, Inc. | Case No. of Debtor<br>08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Hospitals Insurance Company, Inc.
50 Main Street, Suite 1220
White Plains, New York 10606
Attn:  Loreto J. Ruzzo
       Vice President, General Counsel & Secretary

Telephone number:    914.220.1800        Email Address: lruzzo@hicgroup.com

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**  16975
(If known)

Filed on:  09/18/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                Email Address:

**1.** Amount of Claim as of Date Case Filed:  $ 850,000.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.** Basis for Claim: Preferred Stock
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: W317
   **3a.** Debtor may have scheduled account as: 52520W317
   (See instruction #3a on reverse side.)

**4.** Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection:

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6.** Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

**5.** Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

**7.** Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.** Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date:<br>08/19/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Loreto J. Ruzzo, VP and General Counsel |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF TRANSACTIONS

**CITI**

Citibank, N.A.
111 Wall Street
New York, N.Y.
10043

ACCOUNT 00003-00003

PAGE 6 — ACCOUNT NO. 845600-00 — 2P — RUN DATE: 02/29/08 — TIME: 22:10:21 — 04

| DATE YEAR/MO/DAY | TYPE TRANS | SHARES OR AMOUNT | DESCRIPTION | INCOME CASH | PRINCIPAL CASH |
|---|---|---|---|---|---|
| 2008 02 12 | INT | 1,325,000.00 | JP MORGAN CHASE COMMERCIAL MTG SEC SERIES 2007-CB20 CL-A4 SET DAT 02/12/51 FLOATING RATE ISSUE/MONTHLY PAYT BASED ON THIS PAYMENT THE ESTIMATED ANNUAL RATE IS 5.7939 CAP PASSTHRU SECS 144A 3C7 REG MAT DAT 02/11/10 RT .0371 | 6,397.54 | |
| 2008 02 12 | INT | 890,000.00 | TWO ROCK PASS-THROUGH TR ASSET BKD TEMP FUND NAIC | 13,252.91 | |
| 2008 02 12 | SOLD | 1,191,806.51 | AUTOMATED CASH MANAGEMENT P&I BALANCE 746,509.62 UNITS | 1,191,806.51 | |
| 2008 02 12 | RECD | 4,341.75 | HARBORVIEW MTG LN TR 2005-16 MTG PASSTHRU CTF CL 4-A1A REG 01/19/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/19/07 DATE TRADED 12/19/07 BRKR 4002/4002 CUSIP 41161P2C0 CITIBANK REF TN# 08043109167 | .00— | |
| 2008 02 12 | RECD | 2,375.17 | GREENPOINT MTG FDG TR 2006-AR2 MTG PASSTHRU CTF CL IV-A-1 REG 5.888% 03/25/36 FROM ADJUSTMENTS TO PRINCIPAL BALANCES EXPECTED DATE 12/26/07 DATE TRADED 12/26/07 BRKR 4002/4002 CUSIP 39538WGJ1 CITIBANK REF TN# 08043109209 | .00— | |
| 2008 02 12 | RECD | 34,000.00 | LEHMAN BROTHERS HOLDINGS NO PAR NET @ 25.000 LEHMAN BROS PR INC LEHMAN BROS PR INC EXPECTED DATE 02/12/08 DATE TRADED 02/05/08 BRKR 0074/0074 CUSIP 525200317 CITIBANK REF TN# 08038089002 | 850,000.00— | |
| 2008 02 12 | RECD | 400,000.00 | 2008020700012SN1 VERIZON COMMUNICATIONS COLLATERAL BOND 5.500% 02/15/18 NET | 399,024.00— | |

("-" INDICATES DISBURSEMENT OR DEBIT BALANCE)

**LEGEND**

- AMORT Amortization
- BOT Bought
- DELD Delivered
- DIST Distribution
- DIV Dividend
- INT Interest
- RECD Received
- RED Redemption
- REV Reversal
- SOLD Sold
- SUB Subscription
- TSFD Transferred
- \* Balance

To the extent that any investment decisions reflected herein were made by CITIBANK, N.A. pursuant to the underlying account documentation, such decisions were not based on non-public material information. Confirmation of securities transactions effected by Citibank and the time of execution of such transactions are available upon request.

ODM2A 11/99 · XCS 05/93

# STATEMENT OF HOLDINGS



000072-000019

HOSPITAL INSURANCE COMPANY INC
ATTN: MELISSA L JOHNSON, DIR FIN
50 MAIN STREET, SUITE 1220
WHITE PLAINS, NY 10606

**ACCOUNT**

HOSPITALS INSURANCE COMPANY, INC—
INCOME RESEARCH

**citi**
Citibank, N.A.
111 Wall Street
New York, N.Y. 10043

| | DATE | ACCOUNT NUMBER | PAGE NUMBER |
|---|---|---|---|
| | 12/31/09 | 845600 | 18 |

| PAR VALUE/SHARES | SECURITY DESCRIPTION | ANTICIPATED INCOME PER PERIOD | JFM | AMJ | JAS | OND | INCOME ACCRUED TO DATE |
|---|---|---|---|---|---|---|---|
| | ***PREFERRED STOCK*** | | | | | | |
| 3,000.00 | ABN AMRO NORTH AMER CAP FDG TR I TR PFD SECS FIXED/FLTG  .0000 ELG  KAABDR03  CUSIP : 00371G105 | NO DIV PAID | | | | | |
| 890.00 | CHANNEL REINSURANCE LTD PREF STK  .0000 ELG  KCAA0V03  CUSIP : 15917I206 | NO DIV PAID | | | | | |
| 88,000.00 | FEDERAL HOME LN MTG CORP PFD VAR RATE  .0000 ELG  KFAAC703  CUSIP : 313400756 | 56,760.00 | X | X | X | X | |
| 82,000.00 | FEDERAL NATL MTG ASSN PFD SER F VAR RATE  1.3704 ELG  KFAACB03  CUSIP : 313586703 | 13,940.00 | X | X | X | X | |
| 34,000.00 | LEHMAN BROTHERS HOLDINGS  .0000 ELG  KLAAC603  CUSIP : 52520W117 | 16,893.58 | X | X | X | X | |
| 207,890.00 | ***SECURITY CATEGORY TOTAL*** | | | | | | |

To the extent that any investment decisions reflected herein were made by CITIBANK, N.A. pursuant to the underlying account documentation, such decisions were not based on non-public material information.