**Hospitals Insurance Company, Inc.**
50 Main Street
Suite 1220
White Plains, NY 10606

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
                                                               :
**In Re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al..,*                  :
                                                               :    **Case No. 08-13555 (JMP)**
                                      **Debtors,**             :
                                                               :    **(Jointly Administered)**
---------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, RICARDO SALMON, being duly sworn, deposes and says:

    I am not a party to the action, I am over 18 years of age, and reside in Queens County, New York.

    On August 19, 2010, I served the within **HOSPITALS INSURANCE COMPANY, INC. ("HIC") AFFIDAVIT OF CLARIFICATION OF PROOF OF CLAIM AND AMENDMENT TO HIC'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)** upon the following:

    Weil Gotshal & Manges LLP
    Attorneys for the Debtors
    767 Fifth Avenue
    New York, New York 10153

    Attn:  Shai Waisman, Esq.

1

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

        and

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, New York 10005

Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

at the address designated for that purpose by depositing a true copy of same with the Deluxe Delivery Courier, in a properly addressed envelope, for same-day delivery on August 19, 2010, within the State of New York.

                                        RICARDO SALMON

Sworn to before me this
19th day of August, 2010

_____
Notary Public

ANNE MALTZ
Notary Public, State of New York
No. 02MA4963841
Qualified in Kings County
Commission Expires 5-19-2014

2

Hospitals Insurance Company, Inc.
50 Main Street
Suite 1220
White Plains, NY 10606

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
          :
In Re     :     Chapter 11 Case No.
          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al..*,    :
          :     Case No. 08-13555 (JMP)
     Debtors,     :
          :     (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK  )

I, RICARDO SALMON, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age, and reside in Queens County, New York.

On August 19, 2010, I served the within **AMENDED PROOF OF CLAIM FORM** upon the following:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017

at the address designated for that purpose by depositing a true copy of same with the Deluxe Delivery Courier, in a properly addressed envelope, for same-day delivery on August 19, 2010, within the State of New York.

_____
RICARDO SALMON

Sworn to before me this
19th day of August, 2010

_____
Notary Public

ANNE MALTZ
Notary Public, State of New York
No. 02MA4963841
Qualified in Kings County
Commission Expires 3-19-2014

1