B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>Luxor Capital Partners, LP</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>200 West Street<br>New York, NY 10282-2198<br>Attn:  Lauren Day<br>Email: gsd.link@gs.com<br><br>With a copy to:<br>Richards Kibbe & Orbe LLP<br>Attn: Managing Clerk<br>One World Financial Center<br>New York, NY 10281 | Court Claim # (if known): <u>66932 (amending claim 19611)</u><br>Amount of Claim:<u>$174,000.00</u><br>Date Claim Filed:<u> 7/9/2010 for Claim 66932 and 9/19/2009 for Claim 19611</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:<u>212-934-3921</u><br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

615190.1/153-05605

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: ___8/23/2010___
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Nancy Y. Kwok
Authorized Signatory

615190.1/153-05605