B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.      Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>                   <u>Luxor Capital Partners, LP</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): <u>66931 (amending claim 19616)</u>
Amount of Claim:<u>$174,000.00</u>
Date Claim Filed:<u> 7/9/2010 for Claim 66931 and 9/19/2009 for Claim 19616</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>212-934-3921</u>                                    Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

615187.1/153-05605

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    8/23/2010
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Nancy Y. Kwok
Authorized Signatory

615187.1/153-05605