# EXHIBIT A

## Katherine Geraci

**From:** Eckols, Erin [erin.eckols@weil.com]
**Sent:** August 12, 2010 4:16 PM
**To:** Eckols, Erin; JK
**Subject:** RE: [Fwd: FW: Blocking Number on Brokerage Account 739-70905]

Joe:

We appreciate you sending us the email below.  However, as attorneys for the Debtors, we cannot accept any documentation related to filed claims, including that which was attached to your email.  Moreover, forwarding documentation to us, as counsel for the Debtors, does not validly amend a claim.

If you oppose disallowance of claim no. 42708 pursuant to Debtors'
Twenty-Ninth Omnibus Objection to Claims (the "Objection"), you will need to file a response in accordance with the procedures set forth in the notice of Objection that you received.  The response deadline is Thursday, August 19 at 4:00 pm (prevailing eastern time), but Debtors will grant a brief extension of your response deadline to Monday, August 23 at 4:00 pm (prevailing eastern time).

Please let us know if we can be further assistance.

Best regards,
Erin


Erin Eckols
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Phone: (214) 746-7734
Fax: (214) 746-7777

-----Original Message-----
From: Eckols, Erin
Sent: Thursday, August 05, 2010 5:46 PM
To: JK
Cc: Eckols, Erin
Subject: RE: [Fwd: FW: Blocking Number on Brokerage Account 739-70905]

Apologies for the delay in responding.  We are reviewing the information provided and will get back to you as soon as possible.

Best regards
Erin

Erin Eckols
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Phone: (214) 746-7734
Fax: (214) 746-7777

-----Original Message-----

1

From: JK [mailto:jkpowercity@eircom.net]
Sent: Friday, July 30, 2010 9:03 AM
To: Eckols, Erin
Subject: [Fwd: FW: Blocking Number on Brokerage Account 739-70905]

Ref Claim 42708

Dear Erin,

Thanks for taking the time to talk to me last Tuesday.

I have received the below email from Barclays Wealth in the UK.
As you can see it lists our Blocking Number as discussed.

I would appreciate if you could take a look at this and update our claim if possible.

I can be contacted at 00353 868912300 if you require any further information.

Kind regards

Joe Kelly
Trustee
August 86 Trust
Unit 12 Pinewood Close
Boghall Road
Bray
Co. Wicklow
Ireland

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.