UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                    Debtors.                                       :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 10946

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 20, 2010, I caused to be served the "Objection to Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)," dated August 20, 2010 [Docket No. 10946], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Sena Sengun
                                                         Sena Sengun

Sworn to before me this
23rd day of August, 2010

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\GLG Credit Fund Obj_DI 10946_AFF_8-20-10.doc

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

KLESTADT & WINTERS, LLP
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10017
ATTN: JOHN E. JURELLER, JR.

**EXHIBIT B**

**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brian.corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

**Email Service List**

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

**Email Service List**

| | |
|---|---|
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |

**Email Service List**

| | |
|---|---|
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | james.sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |

**Email Service List**

| | |
|---|---|
| jfalgowski@reedsmith.com | jlovi@steptoe.com |
| jfinerty@pfeiferlaw.com | jlscott@reedsmith.com |
| jflaxer@golenbock.com | jmaddock@mcguirewoods.com |
| jfox@joefoxlaw.com | jmazermarino@msek.com |
| jfreeberg@wfw.com | jmcginley@wilmingtontrust.com |
| jg5786@att.com | jmelko@gardere.com |
| jgarrity@shearman.com | jmerva@fult.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | john.mcnicholas@dlapiper.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joseph.scordato@dkib.com |
| jjoyce@dresslerpeters.com | joshua.dorchak@bingham.com |
| jjtancredi@daypitney.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |

**Email Service List**

| | |
|---|---|
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jtimko@allenmatkins.com | kostad@mofo.com |
| jtimko@shutts.com | kovskyd@pepperlaw.com |
| jtougas@mayerbrown.com | kowens@foley.com |
| judy.morse@crowedunlevy.com | kpiper@steptoe.com |
| jwallack@goulstonstorrs.com | kressk@pepperlaw.com |
| jwang@sipc.org | kreynolds@mklawnyc.com |
| jwcohen@daypitney.com | kristin.going@dbr.com |
| jweiss@gibsondunn.com | krosen@lowenstein.com |
| jwest@velaw.com | krubin@ozcap.com |
| jwh@njlawfirm.com | kstahl@whitecase.com |
| jwhitman@entwistle-law.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.ewart@wilmerhale.com |
| kkelly@ebglaw.com | lisa.kraidin@allenovery.com |
| klyman@irell.com | ljkotler@duanemorris.com |

**Email Service List**

| | |
|---|---|
| lmarinuzzi@mofo.com | matthew.morris@lovells.com |
| lmay@coleschotz.com | mbenner@tishmanspeyer.com |
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| marvin.clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | mjr1@westchestergov.com |

**Email Service List**

| | |
|---|---|
| mkjaer@winston.com | newyork@sec.gov |
| mlahaie@akingump.com | nfurman@scottwoodcapital.com |
| mlandman@lcbf.com | nherman@morganlewis.com |
| mmendez@hunton.com | nissay_10259-0154@mhmjapan.com |
| mmooney@deilylawfirm.com | nlepore@schnader.com |
| mmorreale@us.mufg.jp | notice@bkcylaw.com |
| mmurphy@co.sanmateo.ca.us | oipress@travelers.com |
| mneier@ibolaw.com | omeca.nedd@lovells.com |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | patrick.oh@freshfields.com |
| mpfeifer@pfeiferlaw.com | patrick.schmitz-morkramer@lehman.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mschonholtz@willkie.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |

**Email Service List**

| | |
|---|---|
| ppatterson@stradley.com | richard.tisdale@friedfrank.com |
| psp@njlawfirm.com | ritkin@steptoe.com |
| ptrostle@jenner.com | rjones@boultcummings.com |
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | robin.keller@lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | rtrust@cravath.com |
| rhs@mccallaraymer.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |

**Email Service List**

| | |
|---|---|
| s.minehan@aozorabank.co.jp | shgross5@yahoo.com |
| sabin.willett@bingham.com | shumaker@pursuitpartners.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sally.henry@skadden.com | slevine@brownrudnick.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| sara.tapinekis@cliffordchance.com | smayerson@ssd.com |
| sbernstein@hunton.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| scott.gibson@dubaiic.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephanie.wickouski@dbr.com |
| sfineman@lchb.com | stephen.cowan@dlapiper.com |
| sfox@mcguirewoods.com | steve.ginther@dor.mo.gov |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | streusand@streusandlandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |

**Email Service List**

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| KLESTADT WINTERS LLP JOHN JURELLER | 212-972-2245 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |