UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re:                                                   Chapter 11

**LEHMAN BROTHERS HOLDINGS INC., et al,**                Case No. 08-13555 (JMP)
                                                         (Jointly Administered)


                          **Debtor.**
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      NADINE GRAVENEY, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on August 23, 2010, I served a true copy of the **OBJECTION BY THE AUGUST '86 TRUST TO THE DEBTORS' TWENTY NINTH OMNIBUS OBJECTION TO CLAIMS**, by mailing a true copy thereof, to the person(s) listed below:

Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street- 21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera, Esq.
      Paul Schwartzberg, Esq.
      Brian Masumoto, Esq.
      Tracy Hope Davis, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Shai Y. Waisman, Esq.

Erin Eckols, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

_____
NADINE GRAVENEY

Sworn to before me this
23rd day of August, 2010

_____
Notary Public

*Dawn M. Migliore*
*Notary Public, State of New York*
*No. 01MI6103949*
*Qualified in Nassau County*
*Commission Expires on January 12, 20*12

W:\Clients A-Z\Clients O-S\Power City\Aff of Service.wpd