UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    Case No. 08-13555 (JMP)
                                                                  :
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1. I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2. On August 19, 2010, I caused a copy of the **Response and Reservation of Rights of FHC Master Fund, Ltd. to Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims)** to be served by hand-delivery upon the persons and at the addresses as set forth on the attached service list.

_____
Nathanael F. Meyers

Sworn to before me this
24th day of August, 2010

_____
Notary Public, State of New York
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

NY-810026 v3

## Service List

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq.

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:    Andy Velez-Rivera, Esq.
          Paul Schwartzberg, Esq.
          Brian Masumoto, Esq.
          Linda Riffkin, Esq.
          Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:    Dennis F. Dunne, Esq.
          Dennis O'Donnell, Esq.
          Evan Fleck, Esq.