Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC.,                                 :   Case No. 08-13555 (JMP)
                                                               :
Debtor.                                                        :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 7493

PLEASE TAKE NOTICE that Deutsche Bank AG, as successor to POSCO Investment Co., Ltd., through the undersigned counsel, hereby withdraws Proof of Claim No. 7493 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: August 24, 2010
      New York, New York

**BINGHAM MCCUTCHEN LLP**

By: ___/s/Joshua Dorchak_____
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG*

A/73482330.1