UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (JMP)
                                                              :
          Debtors.                                            :
                                                              :
---------------------------------------------------------------x   Ref. Docket Nos. 9580,
                                                                  10808-10812, 10817, 10820,
                                                                  10822, 10824 & 10825

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 18, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
Sworn to before me this                             Lauren Rodriguez
19th day of August, 2010

/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 9580, 10808-10812, 10817, 10820, 10822, 10824 & 10825_Aff 08-18-10.doc

**EXHIBIT A**

```
In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 50315-08 in the above referenced case and in the amount of
        $271,414.82         has been transferred **(unless previously expunged by court order)**

              GT HIGH YIELD VALUE MASTER UNIT TRUST
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: MORRIS TUCKER
              1230 AVENUE OF THE AMERICAS, 3RD FL
              NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9580    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2010.

# EXHIBIT B

```
TIME: 16:54:02                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 08/18/10                                              CREDITOR LISTING

Name                                        Address
BANC OF AMERICA SECURITIES LLC              TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N TYRON STREET, NCI-027-14-01 CHARLOTTE NC 28255
BARCLAYS BANK PLC                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
CONTRARIAN FUNDS, LLC                       TRANSFEROR: LONDON DIVERSIFIED FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
ETON PARK FUND, L.P.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
GFA I LLC                                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIME SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
GFA I LLC                                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                        TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-1 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                        TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-4 200 WEST STREET NEW YORK NY 10282
GT HIGH YIELD VALUE MASTER UNIT TRUST       TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
(IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
(IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
(IN ADMINISTRATION)
LONDON DIVERSIFIED FUND LIMITED             CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004
LONDON DIVERSIFIED FUND LIMITED             CHARLES A. MALLOY ARNOLD, ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004
LONDON DIVERSIFIED FUND LIMITED             ATTN: TIM DENNIS 10 GROSVENOR STREET 3RD FLOOR LONDON W1K 4QB UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                 TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES CO. LTD      TRANSFEROR: NIHON PARKERIZING CO., LTD. ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-K TOKYO 103-8230 JAPAN
NIHON PARKERIZING CO., LTD.                 TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: HIROYASU TAMURA
                                            TITLE: DEPT. MGR., ACCOUNTING DEPT., ADMINISTRATION DIV. PARKER BLDG 1-15-1, NIHONBASHI CHUO-KU TOKYO 103-0027 JAPAN

Total Number of Records Printed     23
                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```