UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. :
:
---------------------------------------------------------------------x Ref. Docket Nos. 10710-
10721, 10723-10724, 10732,
10735-10736, 10739-10740
& 10741

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of August, 2010
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 10710-10721, 10723...10739-10740 & 10741_Aff 08-16-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: SEA PORT GROUP SECURITIES, LLC
        TRANSFEROR: BDF LIMITED
        ATTN: STEPHEN HANSEN
        360 MADISON AVENUE, 22ND FL
        NEW YORK NY 10017
```

Please note that your claim # 63570 in the above referenced case and in the amount of
    $1,868,337.18        has been transferred **(unless previously expunged by court order)**

```
        MONARCH MASTER FUNDING LTD
        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
        C/O MONARCH ALTERNATIVE CAPITAL LP
        ATTN: MICHAEL GILLIN
        535 MADISON AVENUE, 26TH FLOOR
        NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10710       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/16/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 16, 2010.

**EXHIBIT B**

```
TIME: 17:06:20                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 08/16/10                                         CREDITOR LISTING

Name                                              Address
AG SUPER FUND INTERNATIONAL PARTNERS LP           TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
ANCHORAGE CAPITAL MASTER OFFSHORE LTD             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE LTD             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ANCHORAGE CAPITAL MASTER OFFSHORE LTD, C/O ANCHORAGE ADVISORS LLC ATTN: NANCY ZHAO
                                                  610 BROADWAY, 6TH FL NEW YORK NY 10012
BARCLAYS BANK PLC                                 ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                                 LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                 TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI LLC                                    TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
BROOKDALE SENIOR LIVING                           ATTN: GEORGE HICKS 111 WESTWOOD PLACE, SUITE 200 BRENTWOOD TN 37027
BROOKDALE SENIOR LIVING INC                       ATTN: GEORGE HICKS 111 WESTWOOD PLACE, SUITE 200 BRENTWOOD TN 37027
CITIBANK, N.A. SINGAPORE BRANCH                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK, NY 10019-6064
CITIBANK, N.A. SINGAPORE BRANCH                   ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR SINGAPORE 486026
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                  SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER SARL                         C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O ELLIOTT MANAGEMENT CORPORATION 713 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL LP                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O ELLIOTT MANAGEMENT CORPORATION 713 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
GOLDMAN, SACHS & CO.                              MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CVI GVF (LUX) MASTER SARL CONTACT: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND LP                     TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND LP                     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O HAYMAN ADVISORS, L.P. ATTN: SANDRA NEAL 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                  DALLAS TX 75201
HSBC TRINKAUS & BURKHARDT                         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O HAYMAN ADVISORS, L.P. ATTN: SANDRA NEAL 2101 CEDAR SPRINGS ROAD, SUITE 1400
(INTERNATIONAL) S.A.                              DALLAS TX 75201
JADE TREE I, LLC                                  TRANSFEROR: CITIBANK, N.A. SINGAPORE BRANCH 8 RUE LOU HEMMER L-1748 LUXEMBOURG FINDEL LUXEMBOURG
JADE TREE I, LLC                                  SCOTT L. ESBIN ESBIN & ALTER LLP 497 SOUTH MAIN STREET NEW YORK NY 10956
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150
                                                  TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
LBVN HOLDINGS, L.L.C.                             C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10019-6064
MONARCH MASTER FUNDING LTD                        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                                  NEW YORK NY 10022
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: VR-LIW GMBH 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: BDF LIMITED ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: BROOKDALE SENIOR LIVING ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: BROOKDALE SENIOR LIVING INC ATTN: MATHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901

Total Number of Records Printed                   40

                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```