UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------------------x    **Ref. Docket Nos. 10757-10758, 10781 & 10782**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 17, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
Sworn to before me this                         Lauren Rodriguez
19th day of August, 2010
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BERYL FINANCE LIMITED SERIES 2005-1              BERYL FINANCE LIMITED SERIES 2005-1
    C/O BNY CORPORATE TRUSTEE SERVICES               MICHAEL J. VENDITTO
    ONE CANADA SQUARE                                REED SMITH LLP
    LONDON    E14 5AL                                599 LEXINGTON AVENUE
    UNITED KINGDOM                                   NEW YORK NY 10022

Please note that your claim # 58091 in the above referenced case and in the amount of
    $40,000,000.00        has been transferred (**unless previously expunged by court order**)

        GOLDMAN, SACHS & CO.
        TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-1
        200 WEST STREET
        NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10757        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/17/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 17, 2010.

**EXHIBIT B**

```
TIME: 17:44:21                                                    LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 08/17/10                                                        CREDITOR LISTING

Name                                  Address
BARCLAYS BANK PLC                     TRANSFEROR: MOORE MACRO FUND L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                     TRANSFEROR: MOORE MACRO FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BERYL FINANCE LIMITED SERIES 2005-1   C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-1   MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-4   C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-4   MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
GOLDMAN, SACHS & CO.                  TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-1 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                  TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-4 200 WEST STREET NEW YORK NY 10282
MOORE MACRO FUND L.P.                 TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT LP, ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS 53RD FLOOR
                                      NEW YORK NY 10020
MOORE MACRO FUND LP                   TRANSFEROR: BARCLAYS BANK PLC ATTN: LEGAL DEPARTMENT C/O: MOORE CAPITAL MANAGEMENT LP 1251 AVENUE OF THE AMERICAS, 53RD FLOOR
                                      NEW YORK NY 10020


Total Number of Records Printed        10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC