UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                                                          :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
:
Debtors.                                                                      :
:
-----------------------------------------------------------------------x        Ref. Docket No. 10841

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                 ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of August, 2010

/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
        Debtors.                                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
     TRANSFEROR: NIHON PARKERIZING CO., LTD.
     ATTN: MASAHITO AMANO, MANAGING DIRECTOR
     NIHONBASHI 1-CHOME BUILDING
     1-4-1 NIHONBASHI, CHUO-KU
     TOKYO    103-8230
     JAPAN
```

Please note that your claim # 62783-14 in the above referenced case and in the amount of
          $962,722.00        has been transferred **(unless previously expunged by court order)**

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
     BANK OF AMERICA MERRILL LYNCH FIN CENTRE, ATTN: JAMES RUSSELL
     2 KING EDWARD STREET
     LONDON    EC1A 1HQ
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10841      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/19/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 19, 2010.

# EXHIBIT B

```
TIME: 17:09:52                              LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 08/19/10                                   CREDITOR LISTING

Name                            Address
MERRILL LYNCH INTERNATIONAL     TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD BANK OF AMERICA MERRILL LYNCH FIN CENTRE, ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                                LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES CO. LTD  TRANSFEROR: NIHON PARKERIZING CO., LTD. ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-K
                                TOKYO  103-8230 JAPAN

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC