UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc.; Case No. 08-13900 |
| Creditor Name and Address: | Veyance Technologies, Inc.<br>703 S. Cleveland-Massillon Road<br>Fairlawn, Ohio 44333-3203 |
| Claim Number (if known): | 19334 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title:<br>Vice President, General Counsel and Corporate Secretary |
|---|---|
| Printed Name:<br>Teresa M. Sebastian | Dated:<br>August 20, 2010 |

FILED / RECEIVED
AUG 2 4 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

US_ACTIVE:\43309032\04\58399.0003