UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
OF REBECCA L. FORDON**

UPON the motion of Rebecca L. Fordon dated August 19, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Rebecca L. Fordon is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           August 25, 2010

                                                                    *s/ James M. Peck*
                                                                    UNITED STATES BANKRUPTCY JUDGE