UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
Debtors.                                       :        (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc. (08-13900) |
| Creditor Name and Address: | Energy Future Competitive Holdings Company; Texas Competitive Electric Holdings Company LLC; and Citibank N.A. (as Administrative Agent) c/o Hunton & Williams LLP, Attn:    Jarrett Hale & Jesse Moore, 1445 Ross Avenue, Ste. 3700, Dallas, TX 75202-2799 & Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019-6064 |
| Claim Number (if known): | 30071 |
| Date Claim Filed: | 09/22/09 |
| Total Amount of Claim Filed: | $58,450,533.43 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.
I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and
reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| *[signature]* | Counsel |
| Printed Name: Jarrett L. Hale | Dated: 8/24/2010 |



FILED / RECEIVED

AUG 2 5 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

US_ACTIVE:¥43326298¥01¥58399.0003