B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TSO LLC | Deutsche Bank AG, London |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
TSO LLC
c/o Ashurst LLP
Amanda Goehring
7 Times Square, 42nd Floor
New York, NY 10036
amanda.goehring@ashurst.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 19249
Amount of Claim as Filed: $56,447,572.00*
Amount of Claim Transferred: $28,223,786.00
(50% of amount of claim as filed)
Date Claim Filed: 9/18/09
Debtor: <u>Lehman Brothers Holdings Inc.</u>

*The original amount of the claim filed was $61,540,563.00. Such amount was modified to $56,447,572.00 pursuant to the Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Settled Derivative Claims) dated as of August 5, 2010.

Phone: 212-205-7029
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

617733.1/445-01316

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Amanda Cooa_____ under POA   Date: _August 24, 2010_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

617733.1/445-01316