UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                    Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper Inc. (08-13900) |
|---|---|
| Creditor Name and Address: | Macquarie Bank Limited<br>c/o Macquarie Capital (USA) Inc.<br>125 W. 55th Street<br>New York, NY 10019 |
| Claim Number (if known): | 66984 |
| Date Claim Filed: | 08/04/10 |
| Total Amount of Claim Filed: | $125,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor. Nothing in this Withdrawal of Claim shall have, or be deemed to have, any effect or prejudice on Claim Number 23540 which remains a valid and enforceable claim against Lehman Commercial Paper Inc in the amount of $125,000.

| Signature: [signed] | Title: DIVISION DIRECTOR |
|---|---|
| Printed Name: MARC THATCHER | Dated: 25 AUGUST 2010 |
| Signature: [signed] | Title: DIVISION DIRECTOR |
| Printed Name: MARK TOPFER | Dated: 25 AUGUST 2010 |

US_ACTIVE:\43326298\01\58399.0003

**FILED / RECEIVED**
**AUG 27 2010**
EPIQ BANKRUPTCY SOLUTIONS, LLC