Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M$^c$Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                                             :
                           Debtors.                          :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          )  SS.:
COUNTY OF NEW YORK  )

       RENA K. CERON, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 17th of August, 2010, I caused a copy of the following document:

       FIFTH APPLICATION OF MILBANK, TWEED, HADLEY & McCLOY LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING PERIOD FROM FEBRUARY 1, 2010 THROUGH AND INCLUDING MAY 31, 2010,

to be served upon the parties identified on Exhibit A attached hereto by hand delivery.

    /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 27th day of August, 2010

    /s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2013

## Exhibit A

Bryan Marsal
John Suckow
David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
45th Floor
New York, New York, 10020-1300

Shai Y. Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

Kenneth R. Feinberg, Esq.
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 390
Washington, DC 20004-1008