WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU–2297)
J. Christopher Shore (JS–6031)


Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| ---------------------------------------------------------------------x | | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        )   s.s.:
NEW YORK COUNTY         )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 30th day of August, 2010, I caused a copy of the following filings to be served Via Regular Mail on the parties shown on the attached Service List:

   - *Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors to the Stipulation and Order Between Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., with Respect to Joint Claims Asserted and Joint Adversary Proceedings Commenced Pursuant to Bankruptcy Code Sections 544, 547, 548 and 550* [Docket No. 11048]

                                            /s/ Rashida Adams
                                            Rashida Adams

NEWYORK 7779095 (2K)

Sworn to before me the 30th day of August, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin,
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus,
Amanjit S. Arora
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Wilbur Foster, Jr.
Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Securities Investor Protection Corporation
Attn: Kenneth J. Caputo, Esq.
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005

Hughes Hubbard & Reed LLP
Attn: Robert W. Brundige, Jr.
One Battery Park Plaza,
New York, New York 10004