**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
Raniero D'Aversa, Jr., Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

 - and -

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**FIFTH AMENDED VERIFIED STATEMENT OF ORRICK,**
**HERRINGTON & SUTCLIFFE LLP PURSUANT TO FED. R. BANKR. P. 2019**

Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby submits this fifth amended verified statement (**"Fifth Amended Verified Statement"**) pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Orrick appears in these cases on behalf of the entities listed below (the "**Entities**"):

a.  Allianz Global Investors France
    SA acting on behalf of the
    funds AGF Efficio Plus and AGF Vita Plus
    Case Postale T 205
    20, rue Le Peletier, 75444
    Paris Cedex 09
    France

b.  Anthracite Rated Investments (Jersey) Limited
    22 Grenville Street
    St. Helier, Jersey JE4 8PX
    Channel Islands

c.  Banca di Credito Cooperativo d. Roma
    Viale Oceano Indiano 13C
    00144 Roma
    Italy

d.  The Bank of Nova Scotia
    Global Wholesale Services
    Loan Administration and Agency Services
    720 King Street West, 2nd Floor
    Toronto, Ontario, Canada M5V 2T3

e.  California Independent Systems Operator Corp.
    151 Blue Ravine Road
    Folsom, California 95630

f.  City of Redding, California
    c/o Stephen W. Strong
    Finance Director
    City of Redding
    777 Cypress Avenue
    Redding, California 96049

g.  European Aeronautic Defence and Space Company EADS N.V.
    c/o EADS Deutschland GmbH
    Willy Messerschmitt Str. 85521
    Ottobrun, Germany

h.  Golden State Tobacco Securitization Corporation
    c/o California Department of Finance
    915 L Street, 9th Floor
    Sacramento, California 95814

i. Guam Economic Development Authority
c/o Christina D. Garcia
Acting Deputy Administrator and Financial Services Manager
590 S. Marine Corps Drive, Suite 511
ITC Building
Tamuning, GU 96913

j. Hospitals of Ontario Pension Plan Trust Fund
c/o Andrew Kent
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

k. Iccrea Banca S.p.A. – Instituto Centrale del Credito Cooperativo
Via Lucrezia Romana, 41/47
00178 Rome
Italy

l. Koch Financial Corporation
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North
Wichita, Kansas  67220

m. Koch Refining International Pte. Ltd.
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North
Wichita, Kansas  67220

n. Koch Supply & Trading, LP
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North
Wichita, Kansas  67220

o. Koch Supply & Trading Sàrl
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North
Wichita, Kansas  67220

p. New York City Municipal Water Finance Authority
75 Park Place
New York, New York 10007

   q. Philippine Airlines, Inc.
    Legal Affairs Department
    VP-Legal Affairs & Corporate Compliance Officer
    9th Floor, PAL Center
    Legaspi Street, Lagaspi Village
    Makati City 1229 Philippines

   r. Telecom Italia Capital S.A. and Telecom Italia Finance S.A.
    12, Rue Eugene Ruppert
    L-2453 Luxembourg

2. Each of these Entities hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity, pursuant to each of their relationships with the Debtors.

3. Each of these Entities has separately requested that Orrick represent them in connection with the Debtors' chapter 11 cases.

4. Orrick reserves the right to revise, supplement or amend this Fifth Amended Verified Statement at any time in the future.

5. Orrick makes this Fifth Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

6. Orrick represents other entities in connection with the Debtors' chapter 11 cases that are neither creditors nor equity security holders, which entities are not listed here.  Orrick will disclose information relating to such entities if requested to do so by the Court.

7. The undersigned hereby verifies under oath that this Fifth Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

| | |
|---|---|
| Dated: August 30, 2010<br>New York, New York | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: */s/ Lorraine S. McGowen*_____<br>Lorraine S. McGowen, Esquire<br>Raniero D'Aversa, Jr., Esquire<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br><br>-and-<br><br>Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Jonathan P. Guy, Esquire<br>Debra L. Felder, Esquire<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500 |