**Evidence of Transfer (Guarantor) regarding Claim No. 56544**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Franz und Gerda Raab
           Lindenallee 48
           14050 Berlin

**Mr. Franz und Mrs. Gerda Raab**, domiciled at Lindenallee 48,14050 Berlin, Germany ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **BHF-BANK Aktiengesellschaft**, a company organised under the laws of Germany with offices located at **Bockenheimer Landstrasse 10, 60323 Frankfurt am Main, Germany ("Buyer")**, all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $ 129,000.00, docketed as Claim No. 56544 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any objection to the transfer and assignment of the Claim and furthermore waives hereby any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communication, in respect to the Claim to Buyer.

We are looking forward to the filing of transfer of Claim and your respective notice.

IN WITNESS WHEREOF, dated as of the 23 day of August, 2010.

BHF-BANK AKTIENGESELLSCHAFT

By: _Prinz_       _Benz_
Name: Prinz       Benz
Title: Counsel    Counsel

_Gerda Raab_
_Franz Raab_
Franz und Gerda Raab

FILED / RECEIVED
AUG 30 2[...]
EPIQ BANKRUPTCY SOLUTIONS LLC

**Evidence of Transfer (Guarantor) regarding Claim No. 56392**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Winfried Raab
           An der Marienanlage 8 a
           22043 Hamburg

**Mr. Winfried Raab**, domiciled at An der Marienanlage 8 a, 22043 Hamburg, Germany ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **BHF-BANK Aktiengesellschaft**, a company organised under the laws of Germany with offices located at **Bockenheimer Landstrasse 10, 60323 Frankfurt am Main, Germany** ("**Buyer**"), all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $ 37,500.00 docketed as Claim No. 56392 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any objection to the transfer and assignment of the Claim and furthermore waives hereby any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communication, in respect to the Claim to Buyer.

We are looking forward to the filing of transfer of Claim and your respective notice.

IN WITNESS WHEREOF, dated as of the 23 day of August, 2010.


BHF-BANK AKTIENGESELLSCHAFT

By: _Prinz_            _Bent_
Name: Prinz            Bent
Title: Counsel         Counsel


Winfried Raab

_____

FILED / RECEIVED
AUG 30 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC