UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                 :
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                 :
                              Debtors.           :        (Jointly Administered)
                                                 :
---------------------------------------------------------------------x        Ref. Docket Nos. 10969, 10972,
                                                                               10975 & 10977

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

       LAUREN RODRIGUEZ, being duly sworn, deposes and says:

       1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.      On August 24, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

       3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<br>

                                       */s/ Lauren Rodriguez*
Sworn to before me this                                  Lauren Rodriguez
24th day of August, 2010

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |   Chapter 11 Case No.
                                                   |
                                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   |   (Jointly Administered)
                                                   |
                 Debtors.                          |
                                                   |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   LCG SELECT, LLC
              767 FIFTH AVENUE, 19TH FLOOR
              NEW YORK NY 10153

Additional:   LCG SELECT, LLC
              RICHARD KIBBE & ORBE LLP
              ATTN: MANAGING CLERK
              ONE WORLD FINANCIAL CENTER
              NEW YORK NY 10281

Transferee:   GOLDMAN SACHS LENDING PARTNERS LLC
              C/O GOLDMAN, SACHS & CO.
              ATTN: LAUREN DAY
              200 WEST STREET
              NEW YORK NY 10282-2193

**Your transfer   of claim #   66930   is defective for the reason(s) checked below:**

Other                                     TRANSFEROR NAME DOES NOT MATCH

Docket Number 10969              Date 08/23/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 24, 2010.

# EXHIBIT B

```
TIME: 18:02:45                                                          PAGE:   1
DATE: 08/24/10

                              LEHMAN BROTHERS HOLDING INC.
                                     CREDITOR LISTING

Name                                 Address
GOLDMAN SACHS LENDING PARTNERS LLC   C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2193
GOLDMAN SACHS LENDING PARTNERS LLC   C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
LCG SELECT OFFSHORE, LTD.            C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN   CAYMAN ISLANDS
LCG SELECT OFFSHORE, LTD.            C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN   CAYMAN ISLANDS
LCG SELECT OFFSHORE, LTD.            LCG SELECT OFFSHORE, LTD C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153
LCG SELECT OFFSHORE, LTD.            LCG SELECT OFFSHORE, LTD. C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
LCG SELECT OFFSHORE, LTD.            LCG SELECT OFFSHORE, LTD. C/O LUXOR CAPITAL PARTNERS, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
LCG SELECT, LLC                      RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
                                     767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
LCG SELECT, LLC                      RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281

Total Number of Records Printed      10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC