UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
: 
In re                                                                              :      Chapter 11 Case No.
                                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (JMP)
                                                                                         :
                        Debtors.                                                 :
                                                                                         :
-----------------------------------------------------------------------x      Ref. Docket Nos. 8565,
                                                                                                10654, 10841, 10861, 10867
                                                                                                10868, 10878-10881, 10884,
                                                                                                10885, 10890-10894, 10896-
                                                                                                10910, 10935, 10936, 10950-
                                                                                                10952, 10965, 10971, 10973,
                                                                                                10974 & 10976

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                                    ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
26th day of August, 2010
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 8565, 10654, 10841...10973, 10974 & 10976_Aff 08-24-10.doc

# EXHIBIT A

08-13555-mg    Doc 11058    Filed 08/30/10    Entered 08/30/10 16:44:33    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
         Debtors.                                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   UBS AG                                          UBS AG
           BAHNHOFSTR. 45                                  HUGO KOLLER, OQ9C/05GC
           ZURICH    8001                                  UBS AG
           SWITZERLAND                                     PO BOX
                                                           ZURICH 8098 SWITZERLAND

Please note that your claim # 59233-05 in the above referenced case and in the amount of
         $0.00         has been transferred **(unless previously expunged by court order)**

           BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
           TRANSFEROR: UBS AG                              DAVID HERTZ AND HAROLD J. WEISSLER
           ATTN: HAGIT MEIROVIZ, ADV.                      BANK HAPOALIM B.M.
           63-65 YEHUDA HALEVI ST.                         1177 AVENUE OF THE AMERICAS
           TEL AVIV                                        NEW YORK NY 10036
           ISRAEL

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8565       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/24/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 24, 2010.

**EXHIBIT B**

```
TIME: 18:04:20                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 08/24/10                                                   CREDITOR LISTING

Name                                            Address
BANK HAPOALIM B.M.                              DAVID HERTZ AND HAROLD J. WEISSLER BANK HAPOALIM B.M. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036
BANK HAPOALIM B.M.                              TRANSFEROR: UBS AG ATTN: HAGIT MEIROVIZ, ADV. 63-65 YEHUDA HALEVI ST. TEL AVIV  ISRAEL
BARCLAYS BANK PLC                               TRANSFEROR: LUZERNER KANTONALBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BOSQUE POWER COMPANY, LLC                       C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: WILLIAM R. PARISH, JR. 1000 LOUISIANA STREET, SUITE 4000 HOUSTON TX 77002
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.             TRANSFEROR: BOSQUE POWER COMPANY, LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FARIMILE LANE, COBHAM SURREY  KT11 2PD UK
CFIP MASTER FUND LTD                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE. 3495 CHICAGO IL 60606
CFIP MASTER FUND LTD                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE. 3495 CHICAGO IL 60606
CONTRARIAN FUNDS, LLC                           TRANSFEROR: UBS AG ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CREDIT SUISSE SECURITIES (USA) LLC              TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE SECURITIES (USA) LLC              TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK SECURITIES                        TRANSFEROR: ALLIANCEBERNSTEIN ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
ELLIOTT INTERNATIONAL LP                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FLOOR
                                                NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC              RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: LUXOR CAPITAL PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                            TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                            TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                            TRANSFEROR: LUXOR CAPITAL PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
HEWLETT-PACKARD C/O PEPPER HAMILTON LLP         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LUXOR CAPITAL PARTNERS LP                       TRANSFEROR: NATIONAL AGRICULTURAL COOPERATIVE FEDERATION 30 HUDSON STREET, 36TH FLOOR ATTN: A. CADITZ JERSEY CITY NJ 07302
LUXOR CAPITAL PARTNERS OFFSHORE, LTD            TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LUXOR CAPITAL PARTNERS OFFSHORE, LTD.           NEW YORK TIMES BUILDING, THE FLOOR 37 620 EIGHT AVENUE NEW YORK NY 10018-1405
LUXOR CAPITAL PARTNERS OFFSHORE, LTD.           767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153
LUXOR CAPITAL PARTNERS OFFSHORE, LTD.           LUXOR CAPITAL PARTNERS OFFSHORE, LTD. C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
LUXOR CAPITAL PARTNERS OFFSHORE, LTD.           C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE SOUTH CHURCH ST. GEORGETOWN, GRAND CAYMAN  CAYMAN ISLANDS
LUXOR CAPITAL PARTNERS, LP                      LUXOR CAPITAL PARTNERS, LP C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
LUXOR CAPITAL PARTNERS, LP                      C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN  CAYMAN ISLANDS
MERRILL LYNCH CREDIT PRODUCTS, LLC              767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: HEWLETT-PACKARD C/O PEPPER HAMILTON LLP ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK
                                                NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH JAPAN SECURITIES CO. LTD          TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET
                                                LONDON  EC1A 1HQ UNITED KINGDOM
NATIONAL AGRICULTURAL COOPERATIVE               TRANSFEROR: NIHON PARKERIZING CO., LTD. ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-K
FEDERATION                                      TOKYO  103-8230 JAPAN
NATIONAL AGRICULTURAL COOPERATIVE               HYUNDAI SECURITIES CO., LTD. ATTN: YEONJUNG CHO, GLOBAL BUSINESS DEPT. 34-4 YEOIDO-DONG YEONGDEUNGPO-GU SEOUL  150-735 KOREA
FEDERATION
                                                KWANGWOONG PARK COOPERATIVE INVESTMENT BANKING DEPT., NACF 4TH FLOOR, 75 CHUNGJEONGRO-1 GA JUNG-GU SEOUL  100-707 KOREA, REPUBLIC OF
TAIPEI FUBON COMMERCIAL BANK CO., LTD.          ATTN: ALEX FU & MORRIS HUANG 5F, NO. 169 JEN-AI ROAD, SECTION 4 TAIPEI  TAIWAN, PROVINCE OF CHINA
TAIPEI FUBON COMMERCIAL BANK CO., LTD.          LCS & PARTNERS ATTN: BRIAN YU 5F., NO. 8, SEC. 5 SINYI ROAD TAIPEI 110 TAIWAN, R.O.C.
TAIPEI FUBON COMMERCIAL BANK CO., LTD.          LOWENSTEIN SANDLER PC ATTN: JEFFREY D. PROL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068
THE LIVERPOOL LIMITED PARTNERSHIP               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FLOOR
                                                NEW YORK NY 10019
THE LIVERPOOL LIMITED PARTNERSHIP               TRANSFEROR: DEUTSCHE BANK SECURITIES ATTN: MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FLOOR
                                                NEW YORK NY 10019
THE VARDE FUND IX LP                            TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437

                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:04:20                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    2
DATE: 08/24/10                                         CREDITOR LISTING

Name                                      Address
THE VARDE FUND IX, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                    TRANSFEROR: BARCLAYS BANK PLC
THE VARDE FUND IX-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                     TRANSFEROR: BARCLAYS BANK PLC
THE VARDE FUND V-B, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A LP                    TRANSFEROR: BARCLAYS BANK PLC
THE VARDE FUND VI-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII LP                    TRANSFEROR: BARCLAYS BANK PLC
THE VARDE FUND VIII, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) LP              TRANSFEROR: BARCLAYS BANK PLC
THE VARDE FUND X (MASTER), L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
TPG CREDIT OPPORTUNITIES FUND LP          TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP     TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402

                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:04:20                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:   3
DATE: 08/24/10                                              CREDITOR LISTING

Name                                              Address
UBS AG                                            ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                            BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                                            HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
 MASTER LP
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC
 MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINE PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
WILLOW RE LIMITED                                 CADWALADER, WICKERSHAM & TAFT LLP ATTENTION: MALCOLM WATTMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
WILLOW RE LIMITED                                 CADWALADER, WICKERSHAM & TAFT LLP ATTN: MALCOLM WATTMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
WILLOW RE LIMITED                                 C/O HSBC BANK (CAYMAN) LIMITED ATTN: DENA THOMPSON P.O. 1109 HSBC HOUSE, 68 WEST BAY ROAD GRAND CAYMAN KY 1-1102 CAYMAN ISLANDS
WILLOW RE LIMITED                                 C/O HSBC BANK (CAYMAN) LIMITED ATTN: DENA THOMPSON P.O. BOX 1109 HSBC HOUSE, 68 WEST BAY ROAD GRAND CAYMAN KY 1-1102 CAYMAN ISLANDS

Total Number of Records Printed        127
```

EPIQ BANKRUPTCY SOLUTIONS, LLC