UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------x
                           :

In re                            :        Chapter 11 Case No.
                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                           :

            Debtors.          :
                           :

----------------------------------------------------------------------------------x   Ref. Docket Nos. 10976,
                                    10986-10989, 10997 &
                                    10999

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                   */s/ Lauren Rodriguez*
Sworn to before me this                    Lauren Rodriguez
26th day of August, 2010
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
                 Debtors.               |
                                        |
_____

                NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                           BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LUXOR CAPITAL PARTNERS OFFSHORE, LTD          LUXOR CAPITAL PARTNERS OFFSHORE, LTD
             C/O M&C COPORATE SERVICES                     LUXOR CAPITAL PARTNERS OFFSHORE, LTD
             309GT UGLAND HOUSE                            C/O LUXOR CAPITAL GROUP, LP
             SOUTH CHURCH ST                               767 FIFTH AVENUE, 19TH FLOOR
             GEORGETOWN, GRAND CAYMAN                      NEW YORK NY 10153
             CAYMAN ISLANDS

Please note that your claim # 19614 in the above referenced case and in the amount of
        $1,992,372.03        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC               GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD RICHARDS KIBBE & ORBE LLP
        C/O GOLDMAN, SACHS & CO.                         ATTN: MANAGING CLERK
        ATTN: LAUREN DAY                                 ONE WORLD FINANCIAL CENTER
        200 WEST STREET                                  NEW YORK NY 10281
        NEW YORK NY 10282-2198

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10976      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/25/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 25, 2010.

**EXHIBIT B**

TIME: 13:42:13
DATE: 08/26/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
| --- | --- |
| ACUITY CAPITAL MANAGEMENTA/C ACUITY MASTER FUND, L | EDWARDS ANGELL PALMER & DODGE LLP 111 HUNTINGTON AVENUE ATTN: JOHN L. WHITLOCK OR PAUL LABOV BOSTON MA 02110 |
| ACUITY CAPITAL MANAGEMENTA/C ACUITY MASTER FUND, L | ATTN: CHIEF FINANCIAL OFFICER ACUITY CAPITAL MANAGEMENT LLC 4 GREENWICH OFFICE PARK 3RD FLOOR GREENWICH CT 06831 |
| ACUITY MASTER FUND LTD | EDWARDS ANGELL PALMER & DODGE LLP 111 HUNTINGTON AVENUE ATTN: JOHN L. WHITLOCK OR PAUL J. LABOV BOSTON MA 02110 |
| ACUITY MASTER FUND LTD | EDWARDS ANGELL PALMER & DODGE LLP 750 PARK AVENUE NEW YORK NY 10022 |
| ACUITY MASTER FUND LTD | ACUITY CAPITAL MANAGEMENT LLC 4 GREENWICH OFFICE PARK, 3RD FLOOR GREENWICH CT 06831 |
| DOVER MASTER FUND II, LP | TRANSFEROR: ACUITY CAPITAL MANAGEMENTA/C ACUITY MASTER FUND, L ATTN: VLADIMIR JELISAVCIC C/O LONGACRE MANAGEMENT LLC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DOVER MASTER FUND II, LP | TRANSFEROR: ACUITY MASTER FUND LTD ATTN: VLADIMIR JELISAVCIC C/O LONGACRE MANAGEMENT LLC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DOVER MASTER FUND II, LP | TRANSFEROR: ACUITY MASTER FUND LTD ATTN: VLADIMIR JELISAVCIC C/O LONGACRE MANAGEMENT LLC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL STEPHEN C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LUXOR CAPITAL PARTNERS OFFSHORE, LTD | LUXOR CAPITAL PARTNERS OFFSHORE, LTD C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LUXOR CAPITAL PARTNERS OFFSHORE, LTD | C/O M&C COPORATE SERVICES 309GT UGLAND HOUSE SOUTH CHURCH ST GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE LIVERPOOL LIMITED PARTNERSHIP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL STEPHEN C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |

Total Number of Records Printed    15

EPIQ BANKRUPTCY SOLUTIONS, LLC