Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS          Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,   (Jointly Administered)

9

                Debtors.

10

     ----------------------x

11

12

13          DEPOSITION OF UMA KRISHNAN

14            New York, New York

15             June 29, 2010

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 31616

## Page 2

```
1
2              June 29, 2010
3              10:05 a.m.
4
5       Deposition of UMA KRISHNAN,
6  held at the law offices of Jones Day,
7  LLP, 222 East 41st Street, New York
8  New York, before Kathy S. Klepfer,
9  a Registered Professional Reporter,
10  Registered Merit Reporter, Certified
11  Realtime Reporter, Certified Livenote
12  Reporter, and Notary Public of the State
13  of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1
2
3              A P P E A R A N C E S :
4
5  JONES DAY, LLP
6  Attorneys for Lehman Brothers, Inc.
7      222 East 41st Street
8      New York, New York  10017-6702
9  BY:  KELLY A. CARRERO, ESQ.
10      ERIC STEPHENS, ESQ.
11
12  BOIES, SCHILLER & FLEXNER, LLP
13  Attorneys for Barclays
14      401 East Las Olas Boulevard
15      Suite 1200
16      Fort Lauderdale, Florida  33301
17  BY:  W. TODD THOMAS, ESQ.
18      CAMILLE OBERKAMPF, ESQ.
19
20
21
22
23
24
25
```

## Page 4

```
1
2      A P P E A R A N C E S :  (Cont'd.)
3
4  QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
5  Attorneys for the Creditors Committee
6      51 Madison Avenue
7      22nd Floor
8      New York, New York  10010
9  BY:  ROBERT K. DAKIS, ESQ.
10
11  HUGHES, HUBBARD & REED, LLP
12  Attorneys for the SIPA Trustee
13      One Battery Park Plaza
14      New York, New York  10004-1482
15  BY:  NEIL J. OXFORD, ESQ.
16      AMINA HASSAN, ESQ.
17
18
19
20
21
22
23
24
25
```

## Page 5

```
1              Krishnan
2  UMA KRISHNAN, called as a
3      witness, having been duly sworn by a Notary
4      Public, was examined and testified as
5      follows:
6  EXAMINATION BY
7  MS. CARRERO:
8      Q.   Good morning, Ms. Krishnan.  My name
9  is Kelly Carrero.  I'm with the law firm of
10  Jones Day.  We represent Lehman Brothers
11  Holdings, Inc. in this matter.
12          I'll let counsel around the table
13  introduce themselves.
14          MR. STEPHENS:  Eric Stephens, also
15  with Jones Day.
16          MR. OXFORD:  Good morning.  I'm Neil
17  Oxford.  I'm with Hughes, Hubbard & Reed.
18  We represent the SIPA Trustee.
19          MS. HASSAN:  Amina Hassan with Hughes
20  Hubbard & Reed.
21          MR. DAKIS:  Good morning.  Robert
22  Dakis with Quinn, Emanuel, Urquhart &
23  Sullivan.  We represent the Official
24  Committee of Unsecured Creditors.
25          MR. THOMAS:  Todd Thomas from Boies,
```

Krishnan

2  Schiller & Flexner on behalf of Barclays and
3  the witness.
4  BY MS. CARRERO:
5      Q.  Ms. Krishnan, have you ever been
6  deposed before?
7      A.  No.
8      Q.  Perhaps it's best if we go over some
9  housekeeping rules that might make things
10 easier.  If you would let me finish a question
11 before you answer, and I will try to do the same
12 thing.
13     A.  Okay.
14     Q.  And wait to pose another question
15 until you have finished your response.
16     If you feel like you need to take a
17 break at some point, I just ask that you finish
18 answering whatever pending question there is,
19 and if it's an appropriate time to break, we
20 will do so.
21     The court reporter needs verbal
22 answers to be able to take it down on the
23 record, so I ask that you give verbal responses
24 rather than nodding your head or the like.
25     A.  Okay.

Krishnan

2      Q.  So with that, let's begin.
3      What is your current title,
4  responsibilities and duties at Barclays?
5      A.  I'm responsible for the GFS system at
6  this time.
7      Q.  And --
8      A.  And I manage a team of four people.
9      Q.  And what is your title?
10     A.  It's assistant vice president.
11     Q.  And do you have any other
12 responsibilities or duties other than for GFS?
13     A.  No, that's about it.
14     Q.  And what do those responsibilities and
15 duties entail?
16     A.  We interact with the users to make
17 sure that they are happy with the data that the
18 system produces, you know, on day-to-day issues.
19 With the system we assist them with any changes
20 that they want, things like that.
21     Q.  When you say the users, who are you
22 referring to?
23     A.  Barclays users.
24     Q.  And who are those Barclays users?
25     A.  Product controllers and financial

Krishnan

controllers.
3      Q.  Does Barclays currently use the GFS
4  system?
5      A.  Yes, they do.
6      Q.  And when did they begin using the GFS
7  system?
8      A.  Probably somewhere in the end of
9  September 2008.  I don't remember the exact
10 date, but around that time.  After the
11 acquisition.
12     Q.  Do you know if it replaced an existing
13 system at Barclays?
14     A.  No, it was -- because they acquired a
15 lot of, you know, like the Lehman business,
16 they -- and GFS was still processing the data
17 from Lehman businesses, they decided to continue
18 to use GFS.
19     Q.  You had mentioned that you were an
20 assistant vice president.  Could you tell me of
21 what group?
22     A.  Finance Technology.
23     Q.  And when did you join Barclays?
24     A.  I joined Barclays in end of September
25 of 2008 like everybody else from Lehman, so ...

Krishnan

2      Q.  And who do you report to within
3  Finance Technology?
4      A.  Right now I report to Daylas Fuentes.
5      Q.  And Ms. Krishnan, I see that you have
6  notes in front of you.
7      MR. THOMAS:  Go ahead and put those
8  away.
9      THE WITNESS:  Okay.
10     Q.  Were those prepared for purposes of
11 your testimony today?
12     A.  I wanted to, you know, recall myself
13 because it's a long time back, so I just ...
14     Q.  If we could just take one minute for a
15 second.
16     (Pause in the proceedings.)
17     Q.  Ms. Krishnan, what did you do to
18 prepare for your deposition today?
19     A.  We were just talking about the reports
20 that we made for -- for the attorneys.
21     Q.  And did you --
22     A.  How we extracted them.
23     MR. THOMAS:  If you're referring to
24 conversations with the attorneys, you don't
25 want to get in the substance of that because

| Page 10 | Page 11 |
|---|---|

**Page 10**

```
1              Krishnan
2    that's privileged.
3          THE WITNESS:  Okay.
4      Q.    Did you meet with your attorneys in
5    preparation for your deposition today?
6      A.    Yes, we did.
7      Q.    And did you meet with anybody else
8    other than your attorneys in preparation for
9    your deposition?
10     A.    No.  Anybody else?  No.
11     Q.    Did you speak to any former Lehman or
12   Barclays employees?
13     A.    No.
14     Q.    Did you prepare your notes yourself or
15   with the assistance of others?
16     A.    I --
17          MR. THOMAS:  Objection to form.
18     Q.    You can go ahead and answer.
19          MR. THOMAS:  If you're asking about
20   the notes, she wasn't using them to answer
21   questions.  She does not have them in front
22   of her.  They were notes of conversations
23   taken with counsel.  They're privileged.
24          MS. CARRERO:  For now, we'll accept
25   that, and if need be, we'll follow up later.
```

**Page 11**

```
1              Krishnan
2      Q.    Prior to your employment at Barclays,
3    what was your position at Lehman Brothers?
4      A.    I was part of a team called Run the
5    Bank.  We were responsible for infrastructure
6    and day-to-day issues with the system, user
7    queries.
8      Q.    And when you say the "system," are you
9    referring to only the GFS system?
10     A.    Yes, primarily the GFS system, but we
11   were trying to get trained in other systems in
12   Finance Technology.
13     Q.    And what other systems were you
14   getting trained in?
15     A.    G Quest and a data system calls PALS,
16   P-A-L-S.
17     Q.    And what is G Quest?
18     A.    I didn't really know that much
19   because, you know, we were just starting to get
20   trained.  It's a P&L system.
21     Q.    Was it replacing an existing system?
22     A.    No, it was a Lehman system.
23     Q.    And what is PALS?
24     A.    PALS was also a P&L system.
25     Q.    Were they P&L systems for different
```

| Page 12 | Page 13 |
|---|---|

**Page 12**

```
1              Krishnan
2    businesses of Lehman Brothers?
3      A.    Yes, I think so.
4      Q.    What is GFS?
5      A.    GFS stands for Global Funding System.
6    It produced daily balances and P&L reporting for
7    use -- for product controllers and financial
8    controllers.
9      Q.    And what were your day-to-day
10   responsibilities and duties with respect to GFS?
11     A.    The day-to-day responsibilities
12   included making sure that the system is running
13   fine, without any issues, answering user
14   questions, user issues, infrastructure
15   responsibilities, anything to do with the
16   database, you know, any issues with the
17   database, fix -- reaching out to the right
18   person to fix them.
19     Q.    And are those your same day-to-day
20   responsibilities for GFS in your current
21   position at Barclays as well?
22     A.    I have more responsibilities now in
23   the sense that we are responsible for changing
24   anything in the system plus maintaining the
25   system.
```

**Page 13**

```
1              Krishnan
2      Q.    And when you say responsible for
3    changing anything in the system, what do you
4    mean?
5      A.    Well, users want different
6    functionalities at different points in time, so
7    depending on what they want and whether it's
8    doable in the system, we make changes.
9      Q.    And who are the users that would be
10   requesting such changes?
11     A.    The users would be product controllers
12   and financial controllers.
13     Q.    And with respect to maintaining the
14   system, what does that entail?
15     A.    That we make sure they are rerun
16   batches, like automated batches, we make sure
17   that there are no failures and failures are
18   handled without affecting the numbers in the
19   system.
20     Q.    And how do you do that?
21     A.    It depends on what the problem is, so
22   depending on it could be like a data issue that
23   the system is not built to handle, we might --
24   we might face something like that, or it could
25   be a very simple problem because the database
```

Page 14

Krishnan

1 was down or something, so it could be ...
2    Q.   And who was responsible for changing
3 and maintaining the system while you were at
4 Lehman?
5    A.   We were split into two groups.  There
6 was another group called Change the Bank or
7 Build the Bank.  I'm not sure, I don't remember
8 who was the manager was for that system at that
9 time.
10    Q.   And the other group perhaps called
11 Build the Bank was responsible for changing or
12 maintaining the GFS system?
13    A.   Changing.  We were responsible for
14 maintaining it.  Run the Bank was responsible
15 for maintaining.
16    Q.   And what did it entail to maintain the
17 system while you were at Lehman?
18    A.   The same things that we do now, like
19 the system issues, any batch job failures, you
20 know, and answering user questions.
21    Q.   Were user questions about the
22 technology itself?
23    A.   The use -- sometimes the users think
24 that the numbers should be some way, and if it's

Page 15

Krishnan

1 different, they just need an explanation on why
2 the system generated that number.  So, you know,
3 we look at the code and tell them what exactly
4 it does.  Sometimes the users may be new and
5 they don't know what's going on so they may ask
6 questions.  Sometimes it could be just user
7 training.
8    Q.   Did you or your group have any
9 responsibility for the actual numbers input into
10 GFS?
11    A.   No, we did not have any.
12    Q.   I should say did you or your group
13 have any responsibility for the numbers input
14 while you were at Lehman?
15    A.   No, we did not have any responsibility
16 towards that.
17    Q.   Is that the same answer in your
18 current position at Barclays?
19    A.   Yes, that's correct.
20    Q.   And do you or your group have any
21 responsibility for generating any of the
22 financial reports that might come from GFS while
23 you were at Lehman?
24    A.   No.  Users had access to our -- we had

Page 16

Krishnan

1 like a graphical user interface and they would
2 run the reports themselves.  They did not come
3 to us for the reports.
4    Q.   And is that the same answer in your
5 current position at Barclays?
6    A.   Yes, that's correct.
7    Q.   Are you familiar with the reports that
8 were run from GFS while you were at Lehman?
9    MR. THOMAS:  Objection to form.
10    You can answer.
11    A.   Yes.  I'm sorry, what was the question
12 again?
13    Q.   Were you familiar with the types of
14 reports that were run from GFS while you were at
15 Lehman?
16    A.   To some extent, yes, but there were a
17 lot of reports, so I -- I probably was familiar
18 with some of the reports, but there's like a
19 whole lot of reports.
20    Q.   And which reports would you have been
21 familiar with?
22    A.   All the reports were built off tables
23 in the system.  So, you know, we had a very
24 user-friendly environment in which we could go

Page 17

Krishnan

1 and click on the report to see what table it's
2 based off.  So I don't remember any of the
3 report names off the top of my head, but if the
4 user sees this report, I could go and find out
5 what it is.
6    Q.   Would you know the report paths that
7 used to generate any given report?
8    A.   I'm sorry?
9    Q.   Would you be familiar with the report
10 paths that would be used to generate any given
11 report?
12    A.   Yes, I would know how the report is
13 getting generated.
14    Q.   Is that a query that you can put into
15 GFS in order to generate the report that you
16 want?
17    A.   Yes, you can put a query to generate
18 the report.
19    Q.   And is the GFS system that's used by
20 Barclays today identical to the one that was
21 used at Lehman?
22    A.   It is identical, yes, but it has a lot
23 of -- I mean, it has some changes post the
24 Barclays acquisition.

Page 18

1           Krishnan
2     Q.   And what would those post-acquisition
3  changes be?
4     A.   Changes because GFS had this
5  functionality to net down, so they wanted to net
6  down, meaning like it would net the longs with
7  the shorts.  So they wanted to prevent any net
8  down happening between Barclays and these Lehman
9  entities, so that was one of the main changes
10  that they made.
11     Q.   And would those changes have been made
12  only for prospective periods of time or was it a
13  retroactive change to the system?
14     A.   It -- I don't remember exactly when
15  the change was made, but it was sometime around
16  the end of September that change was made.  So
17  we split Barclays entities from the Lehman
18  entities.
19     Q.   And that split would happen for only
20  future dates?
21     A.   Yes, that's correct.
22     Q.   How many people were there in the Run
23  the Bank group at Lehman?
24     A.   Probably ten to twelve, or maybe more
25  globally.  I don't remember the exact number.

Page 19

1           Krishnan
2     Q.   And who did you report to while in
3  that group at Lehman?
4     A.   While I was at Lehman, I reported to
5  Daylas also.  Daylas Fuentes.
6     Q.   And do you know who -- Mr. Winters did
7  you say?
8     A.   Fuentes.  Daylas Fuentes.
9     Q.   Fuentes, do you know who he reported
10  to?
11     A.   She reported to Dan Marcus.
12     Q.   What systems flow into GFS?
13        MR. THOMAS:  Objection to form.
14     A.   ITS, MTS, Loan I.Q., TMS.  I might
15  miss a few because there's a whole lot of
16  systems.  That's one of the -- some of the main
17  systems.
18     Q.   Perhaps we should back up.  Could you
19  explain to me how the GFS system is set up to
20  receive feeds from other systems?
21     A.   We receive most of the feeds through
22  FTP, File Transfer Protocol, FTP.
23     Q.   And other systems feed into FTP which
24  then feeds into GFS; is that correct?
25     A.   No.  FTP is just a means of

Page 20

1           Krishnan
2  transferring files from one place to another, so
3  that's the mechanism by which the files were
4  transferred from those source systems to GFS.
5     Q.   And the systems that would transfer
6  into GFS, what type of systems are they?
7     A.   They are -- most of them are
8  settlement systems.
9     Q.   And are there different settlement
10  systems for the various different product
11  classes?
12     A.   I think so.
13     Q.   Would prices for any given security be
14  entered directly into GFS or into another system
15  that would then flow into GFS?
16     A.   It usually flows into GFS.  The only
17  way a price could be entered in GFS is by a user
18  if he were -- he or she were to make like an
19  adjustment.
20     Q.   What would be the process in order to
21  make an adjustment within GFS?
22     A.   There was a specific set of users who
23  have access to adjustments in GFS and the users
24  are trained on, you know, how to make the
25  adjustments on like what security and what

Page 21

1           Krishnan
2  account.
3     Q.   And who would those users be that
4  would have access to make adjustments?
5     A.   I don't remember the users now.
6     Q.   Within GFS, can you tell if any
7  adjustment has been made to the price of any
8  given security?
9        MR. THOMAS:  Objection to form.
10        THE WITNESS:  I'm sorry.
11        MR. THOMAS:  You can answer, if you
12  can.
13     A.   Yes, I'm sorry, I forget the question.
14     Q.   Sure.  I'll repeat that for you.
15        Within GFS, can you tell if any
16  adjustment has been made to the price of any
17  given security?
18     A.   Yes, there were a lot of adjustments
19  made.
20     Q.   Is there an indication within GFS when
21  an adjustment is made?
22     A.   We have -- we capture the adjustments
23  in a table which has like the user ID who made
24  the adjustment and what it was adjusted to the
25  security and the account.

Page 22

1            Krishnan
2      Q.   Would it show up as an additional
3  column if you were to run a GFS report?
4      A.   No, it would modify the existing -- if
5  it's a price adjustment, it would modify the
6  existing column that was holding that position.
7      Q.   And so if you wanted to see if any
8  adjustment had been made to that value, how
9  would you do that?
10      A.   You mean like if the adjustment was
11  applied or was actually processed through the
12  system?
13      Q.   Yes.
14      A.   You would -- I would go to that
15  account and security and I would check if it has
16  the price that it was supposed to be adjusted
17  to.
18      Q.   And would it tell you the date which
19  it -- on which it was adjusted?
20      A.   Yes, it would tell the date.
21      Q.   And would it tell you what had
22  previously been entered on that date prior to
23  adjustment?
24      A.   I think it holds -- I'm not sure about
25  this -- I think it holds just the price that it

Page 23

1            Krishnan
2  was at the start of the day and then, you know,
3  if a price was adjusted twice, I don't know if
4  it will hold both the prices.
5      Q.   So just to make sure I'm understanding
6  correctly, when an adjustment is made, you're
7  not sure whether the previous price prior to the
8  adjustment would be recorded somewhere; is that
9  correct?
10      A.   Right.
11      Q.   Do you know what GFS captures in terms
12  of value?
13      A.   Meaning?
14         MR. THOMAS:  Objection to form.
15      Q.   Let me see if I can make that clearer.
16  Do you know what GFS is capturing with respect
17  to the value of any given security that can be
18  found in the system?
19         MR. THOMAS:  Objection to form.
20      A.   I think what it does is it presents
21  the trade date balances and the settlement date
22  balances for any given date.
23      Q.   What do you mean by "balances"?
24      A.   By balances, I mean like what the --
25  what an account was holding at the end of the

Page 24

1            Krishnan
2  day.
3      Q.   How about any given security within an
4  account, do you know what value for a security
5  is being recorded?
6         MR. THOMAS:  Objection to form.
7      A.   You mean market value?  I don't
8  understand the question.
9      Q.   That's my question to you, is what is
10  GFS capturing with respect to any given
11  security?
12      A.   It would have the market value of the
13  security and for the security and the account.
14      Q.   And that market value for any given
15  security within GFS would flow in from a
16  settlement system; is that correct?
17      A.   No, the settlement system would send
18  us the quantity and the price in most cases, and
19  we would calculate the market value.
20      Q.   And the market value would be
21  calculated using the price and the size of the
22  position; is that correct?
23      A.   Yes, in most cases.  There are some,
24  you know, there may be some changes for some
25  products.  They could have like a multiplying

Page 25

1            Krishnan
2  factor, a pricing factor, or a multiplier.  It
3  depends on the -- on the security.
4      Q.   And would there be formulas within GFS
5  that would do the calculation of market value
6  using the price and position size and get the --
7  any other relevant information?
8      A.   Yes, that's correct.
9      Q.   And who was responsible for
10  determining what those formulas would be that
11  were entered into GFS?
12      A.   The formulas were built in the form of
13  code in GFS.  I was not there when the formulas
14  were put in so I don't know who was responsible
15  for putting those in.
16      Q.   Would you expect that the formulas
17  would be determined by someone in finance or on
18  the business side?
19         MR. THOMAS:  Objection to form.
20      A.   I don't know.  I really cannot answer
21  that because I was not there with the system
22  then.
23      Q.   In addition to prices that might have
24  flowed into GFS from the various settlement
25  systems, is there anywhere else that the prices

Page 26

                    Krishnan
1
2   would flow into GFS from?
3       A.   There might have been other systems.
4   There was a Prime Broker system which might have
5   given prices.
6       Q.   Would there have been feeds into GFS
7   or into the settlement systems that flow into
8   GFS from third-party vendors such as Bloomberg
9   or Reuters, for instance?
10      A.   No, we did not get anything from
11  Bloomberg or Reuters or any third party. We
12  always got prices from internal Lehman systems.
13      Q.   But would other internal Lehman
14  systems which then flowed into GFS get feeds
15  from various third-party vendors such as
16  Bloomberg and Reuters?
17      A.   I don't know. I would think they
18  would have got it from third-party vendors, but
19  I don't know where they got their prices from.
20      Q.   And are there any other internal
21  Lehman systems other than settlement systems or
22  the Prime Broker systems that would have flowed
23  into GFS?
24      A.   Could you repeat the question?
25      Q.   Are there any other internal Lehman

Page 27

                    Krishnan
1
2   systems other than settlement systems or the
3   Prime Broker systems that would have flowed into
4   GFS?
5       A.   We had a product reference data
6   flowing from a system called Global Products.
7       Q.   And what is Global Products?
8       A.   That was holding information about all
9   securities. Like, you know, a security could
10  have a currency and like a description of the
11  security and a security has various identifiers
12  like SEDOL, ISIN, so all these would be -- would
13  be sourced from Global Products.
14      Q.   Could you perhaps explain a little bit
15  more what you mean by "various identifiers"?
16      A.   A security could have a lot of
17  identifiers. So the system called ISIN, it's --
18  I think European securities have the ISIN. Then
19  there's a SEDOL. It could be a CUSIP.
20      Q.   And would Global Products also include
21  any sort of pricing or valuation information
22  about any given security?
23      A.   I'm not sure if they had, but we did
24  not get the pricing information from them.
25      Q.   Do you know how pricing information

Page 28

                    Krishnan
1
2   was entered into the settlement systems?
3       A.   No, I do not know that.
4       Q.   Do you know how information flowed
5   into GFS? Let me rephrase that. We had
6   discussed earlier FTP.
7       A.   Right.
8       Q.   Is that how information flowed into
9   GFS?
10      A.   For the most part, yes. Sometimes we
11  used to, for example, the Global Products, we
12  used to execute what is called as a remote
13  procedure call in their system to get the data
14  out.
15      Q.   Does that mean that, in order to get
16  information from Global Products, it was not an
17  automated process?
18      A.   We had different types of getting
19  information from Global Products. One of them
20  was doing a remote procedure call. The other --
21  there were also other ways. We also got files
22  through FTP from Global Products.
23      Q.   When you say a remote procedure, is
24  that an automated procedure?
25      A.   Yes, it -- what it means is my system

Page 29

                    Krishnan
1
2   makes a call to their system through a remote
3   procedure. That means I'm remotely sitting
4   somewhere and my system is making that call.
5   That's why it's called a remote procedure call.
6       Q.   And does that remote procedure call
7   happen every day at a set --
8       A.   Every day --
9            I'm sorry.
10      Q.   -- every day at a set time?
11      A.   Every time we see a new product that
12  we don't have we initiate a remote procedure
13  call to get the information for that product.
14      Q.   So I just want to make sure that the
15  record isn't confused here. You initiate rather
16  than it being an automatic process by which you
17  would receive the information from Global
18  Products; is that correct?
19      A.   No, we do not do it manually. The
20  system is coded to do that when it sees a
21  security that is not there in our system, it
22  goes to Global Products to get the information.
23      Q.   So the system is set up to
24  automatically, if it sees a product that it does
25  not have information for, to obtain that

## Page 30

1          Krishnan
2  information from Global Products; is that
3  correct?
4       A.   Yes, that's correct.
5       Q.   How about any other systems that flow
6  into GFS, is that an automated process?
7       A.   Any -- most of the systems --
8  actually, all of the systems are automated
9  process through FTP.
10      Q.   And how does that automated process
11 work?
12      A.   I think the system from which we are
13 getting the feed, they would have some sort of
14 automated job set up to deliver the files to us
15 through FTP.
16      Q.   And do you know how frequently that
17 automated process occurs?
18      A.   Every night we get feeds from the
19 systems.
20      Q.   And do you know if each system feed
21 occurs at roughly the same time every night?
22      A.   No, it depends on some of the feeds
23 may come in earlier, like around 8 P.M. or 9
24 P.M.  Some of them are later, around 12 or 1
25 A.M. the next day morning.

## Page 31

1          Krishnan
2       Q.   And is there a procedure that takes
3  place after the nightly feeds into GFS?
4          MR. THOMAS:  Objection to form.
5       A.   The system takes care of loading the
6  feeds and processing them.
7       Q.   Is that an automated process or does
8  it involve some sort of human input?
9       A.   No, it's an automated process.
10      Q.   Within GFS, how are the various --
11 scratch that.  Before I start handing you
12 documents, just one last question:  How long
13 were you employed by Lehman Brothers?
14      A.   I was employed in 2005 June.
15      Q.   And you worked there through September
16 2008; is that correct?
17      A.   Yes, that's correct.
18      Q.   And did you have the same position the
19 whole time you were at Lehman?
20      A.   I've been with the same group.
21      Q.   Did you have the same duties and
22 responsibilities for the roughly three years
23 while you were at Lehman?
24      A.   For the most part, yes.
25      Q.   Were you working with GFS during that

## Page 32

1          Krishnan
2  whole period of time?
3       A.   Yes.
4          (Deposition Exhibit 828, Barclays'
5       Exhibit List, marked for identification, as
6       of this date.)
7       Q.   Ms. Krishnan, I'm putting before you
8  what has been marked as Deposition Exhibit 828.
9  It is a copy of Barclays' exhibit list that was
10 attached to a June 28 e-mail from Barclays'
11 counsel.
12         I'm also going to hand you what has
13 been marked as Deposition Exhibit 829.  It is a
14 copy of movants' exhibit list in this matter
15 which is attached to a June 17 e-mail from Fara
16 Tabatabai.
17         (Deposition Exhibit 829, Movants'
18      Exhibit List attached to a June 17 e-mail
19      from Fara Tabatabai, marked for
20      identification, as of this date.)
21      Q.   I'm also going to hand you what has
22 been marked as Deposition Exhibits 830 through
23 856, which are copies of various GFS reports
24 that have been produced in this matter.
25         (Deposition Exhibit 830 through 856,

## Page 33

1          Krishnan
2  copies of various GFS reports, marked for
3  identification, as of this date.)
4       Q.   Deposition Exhibit 857, which is a
5  compilation of document production letters from
6  Barclays' counsel producing the various GFS
7  reports.
8          (Deposition Exhibit 857, a compilation
9       of document production letters from
10      Barclays' counsel producing the various GFS
11      reports, marked for identification, as of
12      this date.)
13      Q.   And finally, Deposition Exhibit 858,
14 which appear to be summary reports that were
15 produced to us by Barclays' counsel last evening
16 which we, you know, object to the production of
17 these documents after the close of discovery and
18 ask Barclays' counsel if there's a reason that
19 they're being produced now.
20         (Deposition Exhibit 858, Summary
21      Reports, marked for identification, as of
22      this date.)
23         MR. THOMAS:  Which document request do
24 you think it's responsive to?
25         MS. CARRERO:  These are documents that

1              Krishnan
2   were produced to us last night and --
3         MR. THOMAS:  As a courtesy because we
4   thought it may come up in the deposition.
5         MS. CARRERO:  We had not requested
6   them and view them as a production
7   subsequent to the close of discovery.
8         MR. THOMAS:  You don't have to use
9   them.
10        MS. CARRERO:  But we can discuss that
11  later and have been told that Bates-stamped
12  copies are on their way.
13        MR. THOMAS:  Right.  Obviously if it
14  wasn't clear, we object to the
15  characterization about the timeliness of
16  production.
17        MS. CARRERO:  And again, we just state
18  our objection to the production after the
19  cut-off.
20        MR. THOMAS:  And --
21        MS. CARRERO:  As well as reserve our
22  right to object on any other grounds.
23     Q.   So with all those exhibits in front of
24  you now, why don't we proceed in identifying
25  them for the record so it's clear.

1              Krishnan
2         Starting with what should be
3   Deposition Exhibit 829, which is a copy of
4   movants' trial exhibit list, turning to page 20
5   of that list, do you see the items corresponding
6   to Movants' Trial Exhibits 301 through 306?
7     A.   Uh-huh.  Yes, I do.
8     Q.   Those are identified as GFS Detailed
9   Exposure Reports dated September 12 through
10  September 19.  Do you see that?
11    A.   Yes.
12    Q.   We have for purposes of this
13  deposition marked those as Deposition Exhibits
14  830 through 835, which are before you as well.
15  Do you see those?
16    A.   Yes, I do.
17    Q.   Did you prepare these reports for
18  their production?
19    A.   Either me or my team would have
20  prepared these.
21    Q.   And do you know who requested
22  preparation of these reports?
23    A.   I don't remember who requested.  There
24  are a lot of requests to the GFS system.  Unless
25  there's a ticket number, I would not know who

1              Krishnan
2   requested them.
3     Q.   Do you know the report path that was
4   used to generate any of the reports that are at
5   Deposition Exhibits 830 through 835?
6     A.   You mean do I recognize these reports?
7     Q.   Do you recall being asked to generate
8   them or recognize the reports in order to be
9   able to tell us the report paths that were used
10  to generate them?
11        We can also pull up any of them
12  electronically.  We have the projector set up
13  for purposes of doing so, if necessary.
14    A.   I recognize these reports and the
15  report names and, you know, I do not remember
16  the query or anything because we usually look at
17  this report and we pull the query from the
18  system.
19    Q.   If I were to tell you they had been
20  produced to us in connection with the Expert
21  Report of Professor Paul Pfleiderer in January
22  of 2010, would that refresh your recollection of
23  what query was entered in order to generate
24  these reports that are marked Deposition
25  Exhibits 830 to 835?

1              Krishnan
2         MR. THOMAS:  Objection to form.
3     A.   I have to look at the ticket that was
4   raised to, you know, exactly remember what were
5   the queries, and the queries are pretty long and
6   there's no way I could remember.
7     Q.   And what exactly is a ticket?
8     A.   There is a system called SAM in which
9   any -- any request, data requests related to
10  Lehman are entered and, upon approval, we
11  process those requests.
12    Q.   And who can enter requests through
13  SAM?
14    A.   I know a person who enters requests.
15  I don't know who all can.  There's a person
16  called Rudy Santa Maria.  I don't remember her
17  last name.  I don't even know if it's a she or a
18  he.  First name is Rudy, I think.
19    Q.   And is it your understanding that Rudy
20  would receive requests that he or she would then
21  enter into SAM?
22    A.   Yes, kind of.
23    Q.   And would those requests contain a
24  specific report path or an explanation of the
25  type of end product one wanted and leave

Page 38

```
1              Krishnan
2    discretion to you and your group to determine
3    how to query that information?
4        A.   No.  Most cases they will let us know
5    exactly what they want.  They mostly give us
6    like the report name, any filters that need to
7    be applied, any filters to exclude or include
8    data, everything is specified in the ticket, and
9    the date for which they need the data.
10       Q.   And do you know if Rudy or whoever may
11   have entered the information into SAM would be
12   given that specific information or would be the
13   one entering that specific information after
14   being told what was needed?
15       A.   I don't know who puts that
16   information, but that information is there in
17   the SAM ticket, so that's the one we look at.
18       Q.   Are there ever instances where a SAM
19   ticket might have a query that is not possible
20   or needs to be revised?
21            MR. THOMAS:  Objection to form.
22       A.   Yes, there have been cases like that.
23       Q.   And what do you do in cases like that?
24       A.   We communicate with them that whatever
25   the reason we are not able to do it and they
```

Page 39

```
1              Krishnan
2    come back with an additional request or they
3    change the request.
4        Q.   And the types of queries that are
5    entered into SAM, are they generally uniform
6    type of requests of reports that are generally
7    run on a daily or monthly or regular basis?
8            MR. THOMAS:  Objection to form.
9        A.   We would have the -- it's -- I don't
10   know how frequently it happens, but whenever we
11   get a request, we would run the report for that
12   specific date that's in the ticket, that's in
13   the SAM ticket.
14       Q.   But the report that would be run, is
15   that necessarily a report that would be run
16   regularly, daily, monthly, quarterly, yearly, or
17   could it be a unique query that just captures
18   what's being requested at that moment?
19       A.   I wouldn't know that because I do not
20   run the reports.  None of us in Technology
21   really runs the reports unless they are for
22   dates like these, which may not be available in
23   the system anymore.  It's the users who run the
24   reports, so I don't know which ones they run
25   monthly, quarterly.
```

Page 40

```
1              Krishnan
2        Q.   And when you say may not be available
3    in the system anymore, what do you mean?
4        A.   The system holds only last 23 business
5    dates and last 13 month-ends and last 2
6    year-ends.
7        Q.   And what happens to anything that is
8    older than what the system holds?
9        A.   It -- every night we have an archive
10   process which saves all the data.  So if we need
11   for a date that's not available online, we'll
12   have to -- we have a Tape Archive Team which
13   restores the data.
14       Q.   And do you know what the process of
15   restoration entails?
16       A.   I know the -- that we have to raise a
17   request to have it restored, but other than that
18   it's between the DBAs and the Restore Team,
19   which the Restore Team restores it to a path and
20   the DBAs load it up.
21       Q.   And if a SAM ticket were entered for a
22   query, for instance, of September 2008 data,
23   what would be the next step given the data
24   requested is older than what is stored?
25       A.   For the September 12 and the 19, GFS
```

Page 41

```
1              Krishnan
2    has special environments because those dates
3    were requested very often.  Any date other than
4    that, we would raise a request to the Data
5    Archive Team and they will load it to the right
6    path.
7        Q.   And what exactly do you mean by
8    special environments?
9        A.   GFS -- since GFS production could not
10   hold more than, you know, the 23 business days,
11   and since September 12 was not a month-end, we
12   had to maintain a special environment because it
13   was an important date which a lot of Lehman
14   entities were asking the data for, we -- we set
15   up a special environment for the September 12
16   and the 19.
17       Q.   But by "special environment," you mean
18   on the existing GFS system without it going
19   through the normal archive process?
20       A.   What I mean is we have a production
21   environment which has the last 23 business days
22   and we have a separate GFS instance, which is a
23   completely different way to get into there and
24   that one was holding the September 12 data.
25       Q.   As well as the September 19 data; is
```

Page 42

Krishnan

1  that correct?
2      A.   Yes.
3      Q.   And who has responsibility for
4  changing or maintaining the September 12 and
5  September 19 data within the special
6  environment?
7      A.   Any user who has adjustment access.
8      Q.   And do you know who those users are
9  that have adjustment access?
10     A.   I don't recall who are the users.
11     Q.   Are you or your group responsible for
12  changing or maintaining the September 12 and
13  September 19 GFS data?
14     A.   We are responsible for systematically
15  maintaining it, but we do not change anything in
16  the data.
17     Q.   And what does it entail to
18  systematically maintain it?
19     A.   We make sure that we do not touch that
20  database and it's available for users to view,
21  if necessary.
22     Q.   Have you or your group ever undertaken
23  to analyze the accuracy of any of the
24  information within the September 19 or September

Page 43

Krishnan

1  12 data contained in the special environment?
2      A.   No, we were not involved in checking
3  the accuracy.
4      Q.   Were you or your group involved in the
5  input of any of the September 12 or September 19
6  GFS data?
7      A.   We were responsible for systematically
8  making it work, but we were not responsible for
9  making any changes to the data.
10     Q.   And any other data within the
11  September 12 to September 30, 2008 date range,
12  other than the 12th and 19th that we just
13  discussed, would be subject to the archive
14  process we discussed before; is that correct?
15     A.   That's correct.
16     Q.   And if a SAM ticket were entered for
17  data related to any of those archive dates, what
18  would be the next step?
19         MR. THOMAS:  Objection to form.
20     A.   The next step would be to -- the Tech
21  Team to get to the Archive Team to restore it
22  and then raise a ticket to the DBAs to load it
23  up in a free environment.
24     Q.   And who are the DBAs?

Page 44

Krishnan

1      A.   The database administrators.
2      Q.   And what do you mean by a "free
3  environment"?
4      A.   In order to load the archived data, we
5  need the database to load it.  So we have to
6  free up some environment in the GFS instance to
7  have it loaded.
8      Q.   And once it -- once the archive data
9  was restored and loaded into the free
10  environment, who would run the query requested
11  on the SAM ticket?
12     A.   Because GFS has this limitation with
13  the available front ends, if it's -- if it's a
14  date that's not the 12th or the 19th, we
15  would -- the Technology Team would run the
16  report.
17     Q.   And do you recall if anyone has
18  requested that you or your team run any reports
19  in connection with this matter?
20         MR. THOMAS:  Objection to form.
21     A.   I don't recall anything like that.
22     Q.   Whether that be through a verbal
23  request or a SAM ticket, you have no
24  recollection?

Page 45

Krishnan

1      A.   We get a whole lot of tickets, so --
2  like a lot of, two and a half years, all of the
3  time we've had like a lot of tickets.  I don't
4  know specifically which -- I mean, unless you
5  give me the ticket number, I wouldn't know.
6      Q.   If you could take a look at Deposition
7  Exhibit 828 and turn to page 31.  Do you see
8  listed BCI Exhibit Nos. 501 through 503 which
9  are described as GFS reports for September 12,
10  September 15 and September 19, respectively?
11     A.   Uh-huh.
12     Q.   If you would turn to what has been
13  marked as Deposition Exhibits 836 through 843,
14  do you see that Deposition Exhibit 836
15  corresponds with BCI Exhibit 501 and Deposition
16  Exhibit 837 corresponds with BCI Exhibit No.
17  502, and then because the deposition exhibits
18  are in date order, BCI Exhibit No. 503
19  corresponds with Deposition Exhibit 841?
20         MR. THOMAS:  Take as much time as you
21  need to look through all these documents.
22     Q.   There's a lot of paperwork.
23         (Document review.)
24     A.   Okay.

Page 46

1           Krishnan
2       Q.    And then if you would turn to page 41
3   of Deposition Exhibit 828, do you see where BCI
4   Exhibit No. 667 through 671 are listed?  Do you
5   see that, 667 through 671 BCI exhibit numbers?
6       A.    Yes, I see it here on page 41.
7       Q.    And do you see that the descriptions
8   listed next to BCI Exhibit Numbers 667 through
9   671 correspond with what we have marked as
10  Deposition Exhibits 838 through 843?
11          MR. THOMAS:  Objection to form.
12      A.    These are just I guess file names.
13  Here it's report names.  Right?
14      Q.    What we have done here is we have
15  marked as an exhibit the placeholder or cover
16  page of the GFS reports produced which were
17  available in native form, which is how most of
18  them were produced to us, to the extent that we
19  want to go through them in detail.
20      A.    Okay.
21      Q.    Do --
22          MR. THOMAS:  This stack of papers
23      seems to be spreadsheets or something that
24      says 844 through 856.
25          MS. CARRERO:  That stack corresponds

Page 47

1           Krishnan
2   with what has been marked as 844 through
3   856, which we have not gotten to yet, but
4   will be the next grouping.
5          MR. THOMAS:  Is there a way to tell --
6      for example, you also have a stack of 846
7      through 843.  Is there a way to tell what is
8      Exhibit 836 versus 837 versus 838?
9          MS. CARRERO:  On the witness's copies
10     there is a deposition exhibit --
11          MR. THOMAS:  Oh.  Yeah, thanks.
12          MS. CARRERO:  -- stamp.
13     Unfortunately, we were not able to
14     simultaneously make copies of it, but if you
15     want to take a moment to go off-record and
16     just write down the numbers on each relevant
17     page, we can do that, if that would be of
18     assistance.
19          MR. THOMAS:  Okay.  I'll try to follow
20     now that I know that I have something
21     different than the witness has.
22          MS. CARRERO:  I tried very hard to
23     make it a usable system.  So whatever we
24     need to do to make this as smooth as
25     possible, given --

Page 48

1           Krishnan
2          MR. THOMAS:  I understand.  I was
3      having trouble following the whole thing.
4      Now that I understand that the documents
5      that the witness has been marked as
6      different exhibits, I'll try to look over
7      her shoulder and follow.
8          MS. CARRERO:  Okay.  Great.
9       Q.    So, with that said, do you see on
10  Barclays trial exhibit list on page 41, BCI
11  Exhibit Nos. 667 through 671, which are
12  described as GFS reports, including equities for
13  September 16 through September 22, and have what
14  we call in legal-speak Bates numbers next to
15  each respective report?
16      A.    Yes, I see that.
17      Q.    And then do you see in front of you
18  what we have marked at this deposition as
19  Deposition Exhibits 838 through 843, which are
20  the placeholder or cover sheets to the GFS
21  reports which were produced to us in native form
22  and should correspond with 667 through 671 on
23  Barclays' trial exhibit list?
24      A.    Yes, I see that.
25      Q.    Did you prepare the reports that were

Page 49

1           Krishnan
2   produced to us as deposition -- did you produce
3   any of the reports that we have marked for
4   purposes of this deposition as Deposition
5   Exhibits 836 through 843?
6      A.    Unless I know the actual ticket number
7   for this, these dates seem to be the dates that
8   are not -- I mean, except for the 19th, the
9   other dates seem to be that's not available
10  online in the system.  So 16th, 17th, 18th and
11  22nd, based on some SAM ticket and approvals, my
12  team or myself might have generated these
13  reports, but for the September 19, I'm not sure
14  because it is online; a user might have
15  retrieved the report.
16      Q.    So if I were to tell you that these
17  have been produced to us in April of 2010, that
18  would not refresh your recollection as to
19  whether or not you, yourself, generated these
20  reports; is that correct?
21      A.    That's correct.
22          MR. THOMAS:  Objection to form.
23      A.    I need the ticket number.
24      Q.    And the same thing, you would need the
25  ticket number to tell us the report paths that

Page 50

Krishnan

1 were used to generate any of the reports that we
2 have marked Deposition Exhibits 836 through 843
3 which correspond to BCI Exhibit Nos. 501 through
4 503, 667 through 671; is that correct?
5     A.  That's correct.
6       MR. THOMAS:  Objection to form.
7     Q.  For any of the preceding GFS reports
8 that we have discussed, would you know when such
9 reports had been run?
10     A.  For the 19th, you mean?
11     Q.  I'm wondering if, when reports are
12 run, is there some way to query when a certain
13 report was run and the report path that was used
14 to generate it?
15     A.  There might be.  I'm not really sure
16 about that.
17       MR. THOMAS:  Counsel, we've been going
18 over an hour.  Probably need a break at some
19 point.
20       MS. CARRERO:  This is a fine time to
21 break.
22     (Recess; Time Noted:  11:16 A.M.)
23     (Time Noted:  11:38 A.M.)
24 BY MS. CARRERO:

Page 51

Krishnan

1     Q.  So, before the break, we were
2 discussing what we have been referring to as
3 Deposition Exhibits 836 through 843, which
4 correspond to the BCI Exhibits 501 through 503
5 and 667 through 671, and if you want to turn
6 back to Deposition Exhibit 828, which is the BCI
7 exhibit list, I just have a question about that,
8 the title of the report.
9     If, for instance, on page 41, Exhibits
10 667 through 671 say "GFS Report (Including
11 Equities)"?
12     A.  Yes.
13     Q.  Do you know, is that a standard name
14 for a GFS report?
15     A.  This is no -- I think this is
16 something that you put in, right?  This doesn't
17 look like a GFS report name.
18     Q.  Okay.  So I believe it was Barclays'
19 counsel.  I was just trying to confirm whether
20 that would be a formal name of a GFS report or
21 it was something that had been a name given to
22 it by counsel.
23     So am I correct to say that your
24 testimony is that's not the actual name of the

Page 52

Krishnan

1 report, correct?
2     A.  I don't remember exactly the report
3 name, but this does not look like a GFS report
4 name.  I think they put the name here for you,
5 you know, whatever report they gave, they put the
6 name here.
7     Q.  And would equities data normally be
8 contained within GFS?
9     A.  Yes.
10     Q.  And would that be both inventory and
11 financing positions?
12     A.  I think so.
13     Q.  And would equities finance use GFS in
14 order to prepare balance sheet numbers with
15 respect to equities?
16       MR. THOMAS:  Objection to form.
17     A.  I would think so, but I'm not sure for
18 that.
19     Q.  Are you familiar with how any of the
20 balance sheets were generated by Finance within
21 Lehman?
22     A.  You mean like how the users used it?
23     Q.  How, if at all, GFS was used in order
24 to generate balance sheets at Lehman?

Page 53

Krishnan

1     A.  No, I'm not familiar with that.
2     Q.  So is it safe to say, then, you don't
3 know whether GFS is used to create -- was used
4 to create Lehman's balance sheets?
5     A.  I know that they were using to pull
6 some number out of GFS in the 10-Q or something,
7 but I don't know exactly how they did it or what
8 numbers they used.
9     Q.  And do you know if any systems other
10 than GFS were used in order to generate Lehman's
11 books or balance sheets?
12     A.  I wouldn't know.
13     Q.  Would you know if the population of
14 securities within GFS changed day-to-day?
15     A.  Could you repeat the question?
16     Q.  Would you know whether the population
17 of CUSIPs or securities in GFS would change on a
18 day-to-day basis?
19     A.  Yes, they could change.
20     Q.  So, for instance, would you expect
21 that the securities or CUSIPs in GFS on, say,
22 September 12 would be identical to the
23 securities and CUSIPs that were in GFS on
24 September 15, September 16, et cetera?

Page 54

Krishnan

1          Krishnan
2          MR. THOMAS:  Objection to form.
3     A.   There will definitely be differences,
4  I think, because every night we do get fresh
5  feed files from the systems.  So there may be
6  some securities which are common, but some
7  things might have changed.
8     Q.   And would you expect that the prices
9  or market value within GFS for any given
10  security would be different on any given day,
11  so, for instance, September 12 to September 15,
12  September 15 to September 16, et cetera?
13          MR. THOMAS:  Objection to form.
14     A.   You're asking if the market values
15  would be different between the -- if I think the
16  market values would be different between the
17  12th and the 15th?
18     Q.   I'm asking if your expectation is that
19  securities could have different prices on
20  different days?
21          MR. THOMAS:  Objection to form.
22     A.   Yes, that's correct.
23     Q.   Let's go through the last set of GFS
24  reports before you which have been marked for
25  purposes of this deposition as Deposition

Page 55

Krishnan

1          Krishnan
2  Exhibits 844 through 856.  Do you see that stack
3  in front of you?
4     A.   Yes.
5     Q.   And if you could turn to Deposition
6  Exhibit 828, which again is Barclays' trial
7  exhibit list, and if you turn to page 30, do you
8  see BCI Exhibit Numbers 488 through 500, which
9  are Global Financing System reports dated
10  September 12 through September 30?
11     A.   Yes.
12     Q.   We have marked these reports with BCI
13  Exhibit Numbers 488 through 500 as Deposition
14  Exhibits 844 through 856.  So if you would like
15  to turn to the deposition exhibits, I'll ask you
16  whether or not you know whether you or your
17  group generated the reports that correspond to
18  Deposition Exhibits 844 through 856.
19     A.   Yes, these reports look like something
20  that we might have run because the date is
21  September 16 and the data is not online, so --
22  and any report that was requested by the
23  attorneys we needed to run because they did not
24  have access to GFS.
25     Q.   And would those reports requested by

Page 56

Krishnan

1          Krishnan
2  attorneys have been requested through a SAM
3  ticket, as we discussed before?
4     A.   Yes, through a SAM ticket.
5     Q.   And would you expect that counsel
6  would have entered that ticket itself,
7  themselves, or have requested it from someone
8  else at Barclays?
9     A.   I think there was a coordinator who
10  was --
11          MR. THOMAS:  Objection to form.
12     A.   -- who entered the tickets in order
13  for people who didn't have access to the system.
14     Q.   And do you know the report path that
15  was used to generate these reports?
16     A.   The report path was in the ticket and
17  that's the path that we used to generate the
18  reports.
19          (Deposition Exhibit 859, a letter from
20  Kelly Carrero to Hamish Hume dated August 7,
21  2009, marked for identification, as of this
22  date.)
23     Q.   Ms. Krishnan, you have before you what
24  has been marked as Deposition Exhibit 859.  It
25  is an e-mail from me to Barclays' counsel with a

Page 57

Krishnan

1          Krishnan
2  request for GFS reports.  If you want to take a
3  minute to read the top e-mail.
4          (Document review.)
5          MR. THOMAS:  Counsel, again, you
6  handed her one piece of paper.  Did you mean
7  to include the entire e-mail chain?
8          MS. CARRERO:  That I believe is the
9  entire e-mail chain.
10          MR. THOMAS:  Okay.
11          MS. CARRERO:  From my e-mail at least
12  it is.
13          MR. THOMAS:  Okay.  So when it just
14  stops at the end of the paragraph, there's
15  no like header or anything.  We've got a
16  fuller e-mail chain, but we can mark that
17  later, that's fine.
18     Q.   Have you had an opportunity to read
19  it?
20     A.   Yes.  The top portion, yes.
21     Q.   Do you know if Deposition Exhibits 844
22  through 856 which were produced to us between
23  August 27 and November 17 were generated using
24  the report path in Deposition Exhibit 859?
25     A.   Yes, it seems like they were, because

Page 58

Krishnan

1  I see the name here and the name here; they tie
2  out.
3      Q.   Can I ask you where you're pointing to
4  on Deposition Exhibit 8 --
5      A.   844.
6      Q.   -- 44?  And you're pointing to the
7  title "BA: B-S Detailed Exposure Report (Cross
8  System) - 12 Sep. 2008"; is that correct?
9      A.   That's correct.
10     Q.   And that corresponds to the report
11 name --
12     A.   Yes.
13     Q.   -- that's listed in Deposition Exhibit
14 859; is that correct?
15     A.   Yes, that's correct.
16     Q.   And going through the other parts of
17 the report path that are listed in Deposition
18 Exhibit 859, could you tell me what "report
19 group" means?
20     A.   Users belonging to different groups,
21 they put a report under the -- I'm sorry.  Okay,
22 a report group means of which table, because all
23 these reports are running off some tables in the
24 database.  So this one says of which table it

Page 59

Krishnan

1  runs.  So this report group Balance Sheet
2  Positions means it runs off a table called Bal
3  Pos Report.
4      Q.   I'm sorry, could you repeat what the
5  name of that report is?
6      A.   The report, the report group balance
7  sheet positions, that would tell the system what
8  table it has to run this query of.
9      Q.   And what would balance sheet positions
10 mean?
11     A.   It would be the balance sheet
12 information in GFS.
13     Q.   And would balance sheet information
14 mean inventory positions?
15     A.   Yes, inventory positions.
16     Q.   And would it exclude any financing
17 positions?
18     A.   I don't think it has financing
19 positions in balance sheet positions.  I'm not
20 sure, though.
21     Q.   And do you know if any financing
22 positions were transferred to Barclays through
23 the sale transaction?
24     MR. THOMAS:  Objection to form.

Page 60

Krishnan

1      A.   I don't know.
2      Q.   Do you know if GFS captures all
3  positions that may have subsequently been
4  transferred to Barclays through the sale
5  transaction?
6      A.   I can -- I don't know the answer to
7  that because I -- GFS processes anything that we
8  get from the source systems, from the other --
9  from the, let me say upstream systems.  So we,
10 if they have captured it, then it would have
11 come down to us.
12     Q.   But you don't know if all of the
13 positions that were transferred to Barclays
14 through the sale transaction are in fact within
15 GFS; is that correct?
16     MR. THOMAS:  Objection to form.
17     A.   I don't know.
18     Q.   Going down the list in Deposition
19 Exhibit 859 of the report path, the next one is
20 report category.  Can you tell me what that
21 means?
22     A.   This is -- the report category is for
23 users to, you know, like if a user comes under
24 "FID," it's easier for them to put the report

Page 61

Krishnan

1  under "FID" so they are able to easily access
2  it.  So they have various categories.  Like they
3  have probably Equity Product Control.  They
4  probably have like a balance sheet group or
5  something.  This is for ease of the users, so
6  that's a report category.
7      Q.   And would it be FID Product Control,
8  for instance, which is listed next to "report
9  category" here, who would determine what
10 information it would want captured in a query
11 and then your group would help to standardize
12 that format in order to make that query
13 possible?
14     MR. THOMAS:  Objection to form.
15     A.   The user would put his report under
16 FID Product Control.  He will have -- he or she
17 will have control on what the filters.  By
18 "filters," I mean any inclusions/exclusions he
19 wants.  They will have control over that.
20     Q.   And those filters would be entered on
21 a report-by-report basis or standardized and
22 then run regularly by a group such as FID
23 Product Control?
24     A.   They would be -- the filters would be

Page 62

Krishnan

1          Krishnan
2  based on a report-by-report basis.
3      Q.    And so I guess, moving down the list,
4  the next part of the report path is report type,
5  and it says "custom."  Do you know what that
6  means?
7      A.    Custom is a report that a user has
8  built.
9      Q.    And what other types of report types
10 are there?
11     A.    There's another type called standard.
12     Q.    Are there any others?
13     A.    No, that's it.
14     Q.    And custom would be custom filters, is
15 that what it's referencing?
16     A.    Custom would be any report that is
17 built by the user to customize for their use.
18     Q.    And when you say "user," would the
19 user here be FID Product Control?
20     A.    It would be FID Product Control, yes.
21     Q.    Well, could it be anyone other than
22 FID Product Control where the report path lists
23 no other user?
24     A.    It's up to the users.  If an equity
25 product controller wants to put it in a FID

Page 63

Krishnan

1          Krishnan
2  Product Control, I think he had the capability
3  to do it, but this report category itself is for
4  ease of use for the users so they would probably
5  not do that.
6      Q.    If an equity product controller wanted
7  to run a report using the custom report type FID
8  Product Control, would it provide a report path
9  similar to the one that's in Deposition Exhibit
10 859?
11     A.    Yes.
12     Q.    And the Equity Product Control Group
13 might have its own custom report type; is that
14 correct?
15     A.    They would -- the equity product
16 controllers could have their own reports, but
17 they also have the capability to run any report
18 in any other report category in GFS.
19     Q.    Given that no filters are specified in
20 this e-mail Deposition Exhibit 859, would you
21 expect that report type custom already has those
22 filters saved?
23         MR. THOMAS:  Objection to form.
24     A.    Well, when a user creates a report, he
25 usually saves the filters that he wants.

Page 64

Krishnan

1          Krishnan
2      Q.    And if those filters were not a
3  regular report where they had been saved from
4  previous uses, what sort of information would be
5  needed -- let me rephrase that.
6          How can the information be filtered?
7  What are the options for a user in terms of
8  providing a query that might not be one that's
9  already saved on the system?
10         MR. THOMAS:  Objection to form.
11     A.    I don't understand the question.
12     Q.    Can a user request a report other than
13 a standard report or a custom report that has
14 previously been generated?
15     A.    Yes, the user has the ability to
16 create their own report if they don't like this.
17     Q.    And how does a user create his own
18 report?
19     A.    There are options in the GFS front end
20 to create a new report.
21     Q.    And --
22     A.    And they can -- I'm sorry.  They can
23 mention like which report group they want it to
24 be under, the report category, and it defaults
25 to custom if a user is creating it, and then

Page 65

Krishnan

1          Krishnan
2  they give the report name and they can apply
3  filters on it and they can save it.
4      Q.    And what do you mean by "GFS front
5  end"?
6      A.    That's the graphical user interface I
7  talked about earlier.  GFS has a graphical user
8  interface which helps the users build these
9  inquiries without actually writing the query
10 themselves.  So they have this friendly
11 interface which they tell, okay, this is the
12 report that I want and I want it to be under
13 this report category and these are the filters
14 that I want.
15     Q.    What are its options, user's options
16 in terms of filters that it might want?
17     A.    It depends on what the user wants.  He
18 could filter a security.  He could say that I
19 want only anything that is related to this
20 security.  He could say that I want only
21 anything related to this account or some
22 management code or some entity.
23     Q.    And would report group, for instance,
24 be one of those filters?
25     A.    Report group is the base on which you

Page 66

Krishnan

1
2  build the report. So that will not be a filter.
3      Q.    Would a filter be, for instance, a
4  column title like "Trade Date Position"?
5      A.    That's correct.
6      Q.    And going down the list of the report
7  paths in Deposition Exhibit 859, we had
8  discussed the next one already, "Report Name."
9  Do you see that?
10     A.    Yes, I do.
11     Q.    Are there other regularly used reports
12 that have a report name that would be entered
13 into a query of GFS?
14     A.    Yes, there are a lot of report names
15 like this.
16     Q.    And would that report name change if
17 the other components of the report path were to
18 change?
19     A.    If the user creates a report and he
20 wants to change the same report, he could rename
21 it as the same, but if he -- it depends on what
22 the user wants.
23     Q.    So there could be a number of
24 different reports named "BA: B-S Detailed
25 Exposure Report," but they might have used

Page 67

Krishnan

1
2  different filters; is that correct?
3      A.    No, there can only be one report with
4  this name. So if another user tries to name it
5  the same, it would give an error. It would ask
6  them to name it differently.
7      Q.    And going down the list to the next
8  component of the report path, "custom filter,"
9  do you see that?
10     A.    Yes, I do.
11     Q.    It says "LBI Entity," do you see that?
12     A.    Yes.
13     Q.    Is that the ability to filter GFS data
14 for only LBI positions?
15     A.    This -- the user could define the
16 filter I think based on what they want to
17 include and exclude. This particular filter
18 includes LBI and excludes equities.
19     Q.    And would it exclude other parts of
20 Lehman and include only LBI?
21     A.    Yes, it would include only LBI.
22     Q.    Do you know if any of the other GFS
23 reports that we have discussed and marked as
24 Deposition Exhibits 830 to 835 and Deposition
25 Exhibits 836 to 843 were created with the same

Page 68

Krishnan

1
2  report path that is in Deposition Exhibit 859?
3      MR. THOMAS:   Could we maybe just note
4  the BCI numbers to the Bates numbers, the
5  Barclays numbers?
6      MS. CARRERO:   Sure.
7      Q.    So, again, my question being whether
8  the report path in Deposition Exhibit 859 is the
9  same report path that was used to generate
10 Deposition Exhibits 830 through 835, which
11 correspond with Movants' Trial Exhibit Numbers
12 301 to 306, and Deposition Exhibits 836 through
13 843, which correspond with BCI Exhibits 501 to
14 503 and 667 through 671.
15     MR. THOMAS:   That's an awful lot.
16 Maybe just break it down to one group at a
17 time.
18     MS. CARRERO:   Sure.
19     Q.    Let's do starting with the Deposition
20 Exhibits 830 to 835, which are the ones that
21 correspond to Movants' Exhibit 301 to 306.
22     MR. THOMAS:   And start --
23     Q.    Do you have those in front of you?
24     MR. THOMAS:   And have the Barclays
25 Bates Nos. BCI Exhibit 297155?

Page 69

Krishnan

1
2      MR. STEPHENS:   That's correct.
3      Q.    Looking at those exhibits, can you
4  tell now whether or not Deposition Exhibit 830
5  through 835 were created with the same report
6  path that is in Deposition Exhibit 859?
7      A.    Yes. They were created with the same
8  report. The report name is on the top.
9      Q.    And when you say at the top, you're
10 looking at Deposition Exhibit 830 --
11     A.    To 835.
12     Q.    -- to 835. But looking at Deposition
13 Exhibit 830, for instance --
14     A.    Yes.
15     Q.    -- it's a placeholder page that lists
16 the name and it says "Detailed Exposure Report
17 912.xls," and then has the Bates stamp; is that
18 correct?
19     A.    Here it says 15 September.
20     Q.    Okay. So you're looking at Deposition
21 Exhibit 831, which corresponds to Movants' Trial
22 Exhibit 302.
23     Where are you looking in order to
24 determine whether it's been run using the same
25 report path as the report path used or specified

Page 70

Krishnan

1
2  in Deposition Exhibit 859?
3      A.  I'm looking at this row 1 where it
4  says "BA: B-S Detailed Exposure Report, 15
5  September, 2008."
6      Q.  So you're looking at the second page
7  of the exhibit which is one of the exhibits
8  where we printed out an excerpt so that we could
9  see all the column headings.  The title would
10  tell you that it is the same report path as
11  specified in Deposition Exhibit 859; is that
12  correct?
13      MR. THOMAS:  Objection to form.
14      Q.  You can go ahead and answer.
15      A.  Yes.  Yes.
16      Q.  And you would expect that because the
17  report name is the same, that all other
18  components of the report path would also be the
19  same; is that correct?
20      MR. THOMAS:  Objection to form.
21  Assumes facts not in evidence.
22      A.  Yes, the report name is the same and
23  this is -- if this is a request that we did for
24  the attorneys, yes, we did this report.
25      Q.  Do you know if all the reports that

Page 71

Krishnan

1
2  were generated and are before you as Deposition
3  Exhibits 830 through 835 differ at all from the
4  GFS reports that we previously discussed with
5  the same report name that are marked as
6  Deposition Exhibits 844 through 856?
7      MR. THOMAS:  Can she take her time to
8  look through those?
9      MS. CARRERO:  Absolutely.
10      MR. THOMAS:  Just for the record,
11  there's a big stack of papers here, and I
12  understand these are partial printouts of
13  the files.
14      MS. CARRERO:  If we take the three
15  sets of GFS reports that we received to
16  date, the ones we received in 2009, the ones
17  we received in January of 2010 and then the
18  ones we received in April of 2010, and we
19  have printed out for September 15 an excerpt
20  of the report that covers all of the column
21  headings to enable us to go through them,
22  and to the extent needed, we can also pull
23  up all of them in native in their entirety.
24      MR. THOMAS:  So we produced them in
25  native format and they're large files, and

Page 72

Krishnan

1
2  what you have done is printed some pages of
3  excerpts of the files and made them into
4  deposition exhibits, which you're asking the
5  witness to refer to; is that correct?
6      MS. CARRERO:  No.  For most of them,
7  we have printed out the placeholder sheet
8  which provides a name and location, and only
9  for the September 15 report for each
10  grouping have we printed out an excerpt and
11  we can --
12      MR. THOMAS:  Only for the September
13  15.  I'm totally lost.  I don't know if the
14  witness is totally lost or not.
15      MS. CARRERO:  Do you want to go off
16  the record and discuss this and figure out a
17  way to proceed that might be clearer?
18      MR. THOMAS:  Sure.  Sure.
19      (Discussion off the record.)
20  BY MS. CARRERO:
21      Q.  We, during the break, have set up
22  things so that we can go through the reports
23  electronically in the native format that they
24  were produced to us.  We discussed before the
25  break that we received GFS reports in three

Page 73

Krishnan

1
2  groupings, and we have taken the time to pull up
3  on the screen the September 15 GFS reports from
4  each of those three groupings.  Deposition
5  Exhibit 831, which corresponds to M302 being one
6  of the reports that was produced to us.
7      MR. THOMAS:  So the one you have on
8  the screen is one of the 2010 reports, the
9  later bucket?
10      MS. CARRERO:  It is one of the ones
11  that was produced to us in January of 2010,
12  and if you would turn to Deposition Exhibit
13  857, which is the January 18 production
14  letter, is referenced as documents related
15  to the Expert Report of Professor Paul
16  Pfleiderer.
17  BY MS. CARRERO:
18      Q.  We also have up, to enable you to go
19  through them, Deposition Exhibit 837, which
20  corresponds with BCI Exhibit 502.  It is the
21  September 15 GFS report that was produced to us
22  in April of 2010.
23      And finally, we have up the September
24  15 report, which is Deposition Exhibit 845,
25  which corresponds with BCI Exhibit 489, and was

Page 74

1          Krishnan
2   produced to us in or around August 27, 2009.
3          MR. THOMAS:  Can you give me the Bates
4   on that one?
5          MS. CARRERO:  Sure.  It is Bates No.
6   BCI-EX-00116255.
7      Q.   In addition to having it up
8   electronically on the screen, you also have in
9   front of you an excerpted printout of all three
10  of the September 15 GFS reports marked
11  Deposition Exhibit 831, 837 and 845.
12         So with that, let's see if we can try
13  this again.  And I'm happy to let you drive this
14  if you want, if that makes it easier for you.
15         Looking at -- well, for the time being
16  let's see how it works with me driving it, but I
17  have up Deposition Exhibit 831.  If you also
18  want to look at your hard copy of it, and we can
19  try to again to determine the, if you know, the
20  report path that was used to generate Deposition
21  Exhibit 831.
22         Do you have it in front of you?
23     A.   Yes, I do.
24     Q.   Do you know, looking at the report,
25  the report path that was used to generate

Page 75

1          Krishnan
2   Deposition Exhibit 831?
3      A.   This was a report that was generated
4   in April -- January of 2010?
5      Q.   Yes, it was -- I can't tell you when
6   it was run.  I can only tell you it was produced
7   to us in January of 2010.
8      A.   Okay.  So, yes, I know about this
9   report.  We generated it and, I mean, that's
10  what you want to know, right?
11     Q.   Yes, I want to know if you know the
12  report path that was used to generate Deposition
13  Exhibit 381 which was produced to us in January
14  2010?
15     A.   Yes, I know this report, yes.
16     Q.   And could you tell me the report path
17  that was used to generate it?
18     A.   It's as given in this e-mail.
19     Q.   And you're referring to Deposition
20  Exhibit 859; is that correct?
21     A.   Yes, that's correct.
22     Q.   And do you know ---
23     A.   I'm sorry, I just want to mention one
24  thing here is this custom filter LBI entity,
25  that was excluding -- that was excluding

Page 76

1          Krishnan
2   equities.  So we had to modify that for, if this
3   is the report that was generated in 2010, then
4   we had to modify this, this filter, to include
5   the equities.
6      Q.   Do you know if you and your group
7   generated reports using the same report path
8   both in late 2009 as well as in January 2010?
9          MR. THOMAS:  Objection to form.
10     A.   The same report path except for this
11  modification in the filter.
12     Q.   Well, I think we might be talking past
13  each other a little bit only because the
14  modification in the filter would be the April
15  2010 reports that we're not talking about right
16  now.
17     A.   Okay.
18     Q.   Is that correct?
19         MR. THOMAS:  Objection to form.  I
20  think that misstates record.
21     Q.   Let me rephrase here.  We're not
22  talking about the GFS reports that were run with
23  any equities data.
24     A.   Okay.
25     Q.   We're talking about the reports that

Page 77

1          Krishnan
2   we received in late 2009 and in January 2010,
3   and my question is were those groupings of
4   reports run using the exact identical report
5   path that's in Deposition Exhibit 859?
6          MR. THOMAS:  Objection to form.
7          Are you sure the January ones don't
8   have --
9          MS. CARRERO:  Only one of them does.
10         MR. THOMAS:  So one January report
11  does and one of them doesn't?
12         (Discussion off the record.)
13         MS. CARRERO:  Counsel and I just spoke
14  off the record about trying to clarify some
15  of the confusion around the different time
16  periods in which reports were produced and
17  the report paths that might have been used
18  to generate those reports and for the time
19  being are going to move on from inquiring
20  about the report path for the January 2010
21  reports with the representation from counsel
22  that he will get us more information on what
23  report path might have been used to generate
24  those reports during lunch.  Is that
25  correct?

1          Krishnan
2          MR. THOMAS:  I will seek to get all
3    information available.
4          MS. CARRERO:  Great.  Thank you.
5    BY MS. CARRERO:
6          Q.    If you could look at the hard copy of
7    Deposition Exhibit 831, 837 and 845.  Do you
8    have those in front of you?
9          A.    Yes.
10         Q.    If you were to look at a column
11   labeled "Trade Date Position," which is column
12   AU in 831, column AV in 837, and column AU in
13   845, my question is what is meant by "trade date
14   position"?
15         A.    The quantity on the trade date.
16         Q.    And by "quantity," do you mean the
17   face value or notional amount as opposed to a
18   market value?
19         A.    By "quantity," I mean like the number
20   of positions that we hold.  It's the number.
21         Q.    So, for instance, with stock, it would
22   be the number of shares of a given stock that
23   were held at trade date; is that correct?
24         A.    That's correct.
25         Q.    And what does it mean when the trade

1          Krishnan
2    date position is positive?
3          A.    It would be a long.
4          Q.    And what does it mean when the trade
5    date position is negative?
6          A.    It would be a short.
7          Q.    And is it reflective of original
8    notional or factored notional?
9          A.    I'm not familiar with that.  I don't
10   know.
11         Q.    Would there be a specific column that
12   would capture the original notional amount of a
13   fixed income product?
14         A.    What do you mean by "original
15   notional"?
16         Q.    I mean the face value of the security
17   before any sort of amortization if it were an
18   amortizing security.
19         MR. THOMAS:  Objection to form.
20         A.    I don't know.  I'm not sure if we have
21   that.  I think we did not capture the original
22   values.  It would always -- the reports would
23   always show the current market value.  You're
24   asking, by original market value, you mean like
25   at the time that those positions, those

1          Krishnan
2    securities were acquired, what they bid?
3          Q.    I mean --
4          A.    What the market value was at that
5    time?
6          Q.    I'm distinguishing the original
7    notional from market value, and it is the face
8    value of the security as opposed to what it
9    would trade for on any given day?
10         A.    Okay.  The way I understand it, I
11   don't think we have it in this report.  I'm not
12   sure, though.
13         Q.    Would that be one of the filters that
14   is possible for inputting when you query GFS?
15         A.    I think that it's not -- if it's not
16   available in GFS, then even if you change your
17   filters, you're not going to get it.
18         Q.    So it might be information that is
19   unavailable or not captured within GFS, it has
20   nothing to do with how GFS is queried?
21         A.    That's what I think it is.
22         Q.    Do you know how one would identify the
23   factor in the GFS data?
24         A.    I'm not really sure if factor was part
25   of this report.

1          Krishnan
2          Q.    And again, would factor -- would the
3    factor be in the GFS data and just not within
4    the specific report?
5          A.    Yes, that's possible.
6          Q.    And would factor be a filter that you
7    could enter into a query?
8          MR. THOMAS:  Objection to form.
9          A.    When you say "the filter," that means
10   that it -- you are saying that including or
11   excluding a column in this report?
12         Q.    I am thinking of, I guess, of a filter
13   as the potential addition or exclusion of a
14   column in the report.  Is that incorrect?
15         A.    The way that I perceive filter is you
16   have -- you have data and then I say I want only
17   the columns which have this value.  That is a
18   filter for me.  I want only the entries which
19   have the entity as LBI.  That's a filter.
20         But again, the columns, the users have
21   the ability to pick which ones they want.  That
22   is -- we don't call that a filter.  So the users
23   are able to drag and drop the column.  They have
24   the whole list of columns that are available and
25   they can drag and drop the columns that they

Page 82

Krishnan

1
2  want.
3      Q.    And so for if, for instance, if it was
4  a custom report, that user would have already
5  set the column headings that it wanted in the
6  report; is that correct?
7      A.    That's correct.
8      Q.    Why would a trade date position be
9  reported as zero?
10     A.    If we don't have a position for that
11 security, then it would be reported as zero.
12     Q.    If you could look at the column --
13     A.    I'm sorry, or if the mark was zero.
14 No.  No.  I'm sorry.  Sorry.
15         Trade date position is zero means we
16 do not have a position for that security.
17     Q.    Or could it also mean that it was net
18 zero position?
19     MR. THOMAS:  Objection to form.
20     A.    I don't know what net zero position
21 is.
22     Q.    If there were an equal number of longs
23 and shorts, would that also come up as zero in
24 "Trade Date Position"?
25     A.    We report in GFS, we report on an

Page 83

Krishnan

1
2  account and a security level.  So for -- for an
3  account and a security, if it netted to zero,
4  then it could be like that.
5      Q.    What does the column "Clean Market
6  Price" in column AX of 831, column Y of 837, and
7  column AX in 845 mean?
8      A.    The clean market prices without
9  including the accrued interest.
10     Q.    And what does it mean when the clean
11 market price is negative?
12     A.    I do not know.
13     Q.    What is meant by column heading "Dirty
14 Market Price," which, for example, is column AY
15 in Deposition Exhibit 831?
16     A.    The dirty market price includes the
17 accrued interest.
18     Q.    What does the column heading "Security
19 Type" mean, for instance, column BF in
20 Deposition Exhibit 831?
21     A.    The security type could be an equity
22 or -- here, I'm just looking.  There it has like
23 debt.  It could be -- are the values that
24 we source.  The security types are some things
25 that we source from the Global Products,

Page 84

Krishnan

1
2  security type and the security subtype.
3      Q.    And the security subtype, I'm sorry,
4  would be what?
5      A.    Both the security type and the subtype
6  would be sourced from Global Products, except I
7  think that there are some adjustments here which
8  have that in column -- in 836 I see some --
9  there are some adjustments.
10     Q.    And are these types used for reporting
11 purposes?
12     A.    Yes, reporting purposes.
13     Q.    And what type of reporting?
14     A.    For balance sheet reports.
15     Q.    And what do the column headings "Asset
16 Category 1," "Asset Category 2," "Asset Category
17 3" mean?  For example, columns BH, BI and BJ of
18 Deposition Exhibit 831?
19     A.    The asset categories are derived in
20 GFS based on the security type and subtype.
21     Q.    Are they a reference to GAAP asset
22 categories?
23     A.    The asset categories are then used to
24 derive the GAAP asset classes.
25     Q.    Do they represent a hierarchy?

Page 85

Krishnan

1
2      A.    Yes, I think what they do is they
3  classify the securities into different asset
4  groups.
5      Q.    Which is the most detailed of the
6  categories?
7      A.    Are you asking if the security type is
8  more detailed or the asset category is more
9  detailed.
10     Q.    I'm asking actually about Asset
11 Category 1 versus Asset Category 2 versus Asset
12 Category 3, which is the most detailed of the
13 asset categories?
14     A.    I think the Asset Category 1 and 2 are
15 the same level of detail.  I'm not sure about
16 that.
17     Q.    If you turn to column S in Deposition
18 Exhibit 831, for instance, what does the "Gross
19 Long Inventory, TD@MV" mean?
20     A.    That is the long market value, I
21 think, based on the trade date quantity, a
22 traded position.
23     Q.    And what does the column T, the Gross
24 "Long BPM CUSIP Netdown" column refer to?
25     A.    It's a column U in 381?  836?

Page 86

Krishnan

1
2    Q.   I thought it was column T.  Yes,
3    column T, "Long BPM CUSIP Netdown, TD@MV" in
4    831 -- in 837, it is U, if that's what you're
5    looking at.
6    A.   Yes, it says "Long BPM CUSIP Netdown,"
7    right?
8    Q.   Yes.
9    A.   GFS, it nets the longs and the shorts
10   based on some hierarchies, so these columns are
11   the numbers after the netdown.
12   Q.   And then if you turn to the column
13   next to it that is "Long Inventory, TD,MV," what
14   does that column capture?
15   A.   I think that's the straight market
16   value, the long market value, you know, without
17   the netdown.
18   Q.   And is the column U in 831, "Long
19   Inventory, TD@MV" sum of columns S and T, the
20   "Gross Long Inventory, TD@MV" and the "Long BPM
21   CUSIP Netdown, TD@MV"?
22   MR. THOMAS:  Objection to form.
23   A.   Looking at 836 and -- I'm sorry, could
24   you repeat what you said?  Sum two columns, you
25   were asking if it was the sum?

Page 87

Krishnan

1
2    Q.   I was asking about the columns headed
3    "Gross Long Inventory, TD@MV" and "Long BPM
4    CUSIP Netdown, TD@MV"?
5    A.   Uh-huh.
6    Q.   Whether those two together are summed
7    up in the column titled "Long Inventory, TD@MV"?
8    A.   No, I don't think so.
9    Q.   What is the interplay between those
10   three columns?
11   A.   The -- I don't -- I don't know just by
12   looking at this what's the interplay, but I can
13   see that the -- this is, because of its name,
14   the netdown, it's the -- it's the value after
15   the longs and shorts are netted.  So we don't
16   expect that to be the same as the column T or be
17   in any way related to column T.
18   Q.   And when you say "column T" ---
19   A.   Or in "Gross Long Inventory, TD at
20   Market Value."
21   Q.   So "Gross Long Inventory, TD at Market
22   Value" is -- how does that differ from "Long
23   Inventory, TD@MV"?
24   A.   I don't know off the top of my head.
25   I have to look at the formula that maps it.

Page 88

Krishnan

1
2    Q.   Would the formula be embedded in the
3    native versions of any of the reports that were
4    produced to us?
5    A.   I don't think the formula's embedded
6    in any of these, in any of the reports.
7    Q.   How would you go about finding out
8    what the formula is for any given column in GFS?
9    A.   We have a table which maps what this
10   column means, you know, in our language.  So
11   that's the --
12   Q.   And when you say "table," what do you
13   mean and does it have a name?
14   A.   Yes, it has a name.  GRT_Attributes.
15   Q.   The GFS reports that were produced to
16   us were produced to us in Excel.  What sort of
17   system -- I'm sorry, the GFS reports that we
18   received are in Excel.  Is that the system to
19   which reports are done through or extracted
20   from?
21   A.   GFS has --
22   MR. THOMAS:  Objection to form.
23   A.   GFS has the capability to -- it has
24   given the capability to the users to export any
25   of the report to the Excel.  So there's a button

Page 89

Krishnan

1
2    there that you can click which would export it
3    to Excel.
4    Q.   GFS itself, though, is not a report or
5    system to Excel; is that correct?
6    A.   Right.
7    Q.   Is there an ability to export to Excel
8    while maintaining the embedded formulas within
9    GFS?
10   A.   It just exports the values into Excel.
11   So these are -- see, what I meant is that this
12   column has a meaning in the table.  So we looked
13   at that report category balance sheet positions,
14   right?  So this name, if the user picks this
15   column, that has a meaning in that table.  So
16   that is the mapping that the GRT_Attributes
17   holds.
18   Q.   And when data from GFS is exported to
19   Excel, are the Excel reports then compared to
20   the GFS system to ensure that the exportation
21   happened correctly?
22   A.   No, we don't -- we don't do the
23   comparison, but we know that it's the same.
24   Q.   And how do you know it's the same?
25   A.   Because that's the way the system is

1          Krishnan
2    set up and I -- I joined in 2005, so this was
3    functional at the time that I joined, you know,
4    exporting to Excel and that export being
5    correct, you know, when -- when they released
6    that feature for the system, they probably
7    tested it.  When I joined Lehman, this
8    functionality was already there.
9        Q.    And there has never been a situation
10    where files exported to Excel are found to be
11    corrupted or inaccurate?
12        A.    Not that I know of.
13        Q.    It's possible, though, that some
14    export of GFS data to Excel could have been
15    corrupted or inaccurate; is that correct?
16            MR. THOMAS:  Objection to form.
17        A.    I don't expect it to happen.  I've
18    never seen it in my five years.
19        Q.    But you don't know that it has not
20    happened; is that correct?
21            MR. THOMAS:  Objection to form.
22        A.    I don't know what I've not seen, so I
23    have not seen it happen.
24        Q.    Similar to my questions about the
25    interplay between the long inventory columns, I

1          Krishnan
2    have the same question about the columns labeled
3    "Gross Short Inventory" versus the "Short BPM
4    CUSIP Netdown, Trade Date at MV," and then the
5    column named "Short Inventory, TD@MV."
6        A.    I would have to look at the attribute
7    mappings.  I don't know.
8        Q.    And the table you describe, the
9    attribute mapping, is it a discrete document or
10    is it a system in itself?
11        A.    It is just a table and it says like,
12    for example, this gross long inventory, this
13    means maybe the field name in the table is some
14    TD gross market value or something, or it could
15    be that it's populating this value only in some
16    cases because the TD gross market value could be
17    a negative or a positive so it could have a
18    condition saying this -- populate this feed only
19    if the TD gross market value is greater than
20    zero.  I mean, or it could have other
21    conditions.
22        Q.    Do you know which of the three columns
23    that I just identified would be included in
24    financial reporting?
25        A.    I don't know.

1          Krishnan
2        Q.    Do you know why the column labeled
3    "Long Inventory, TD@MV," which is column U of
4    831, is sometimes negative?
5        A.    I -- I'm just guessing.  I think it
6    may be negative and when it's grouping rows and
7    the sum of those two rows is a negative number.
8    I'm not sure.
9        Q.    Would you expect a long position to be
10    a negative number?
11        A.    Maybe if the price was negative or --
12    I guess in that case it could have been a
13    negative number.
14        Q.    There could be a negative price within
15    GFS?
16        A.    You asked your question whether I knew
17    why the prices were negative, right?  So I have
18    not really seen -- see, as technologists, we
19    don't look at the data day-to-day, so there
20    might have been a negative price, I don't know.
21    I thought you had seen a negative price, that's
22    why you're asking.
23        Q.    Would you expect to see a negative
24    price for anything other than a short position?
25        A.    I wouldn't expect to see a negative

1          Krishnan
2    price for anything.  I don't know.
3        Q.    And in general, do you know which
4    columns are used for purposes of financial
5    reporting, if any?
6        A.    I don't know.
7        Q.    And if you look at column AA in
8    Deposition Exhibit 831, which is titled "Short
9    Inventory, TD@MV," what does that mean?
10        A.    The "Short Inventory, TD at Market
11    Value," That is the same as the long inventory,
12    but it would be populated if it's a short.
13        Q.    And what does it mean if the number
14    within that column is negative?
15        A.    The "Short Inventory, TD Market Value"
16    is probably a negative a lot because it's --
17    it's populated only if it is negative.
18        Q.    And do you know which column related
19    to short inventories would be included in
20    financial reporting?
21        A.    No, I don't know.
22            MS. CARRERO:
23            (Discussion off the record.)
24        Q.    Do you know what it means when the
25    column "Trade Date Position" is positive but the

Krishnan

1
2  column "Short Inventory, Trade Date at MV" is
3  negative?
4      A.   I don't know what it means, but I
5  would guess that the price was negative.
6  Something has got to be negative to make the
7  market value negative.
8      Q.   Would it -- what sort of procedures
9  were in place to confirm the GFS data was
10 correct -- or, let me rephrase that.
11         If there was a concern that any data
12 within GFS may have been incorrect, what sort of
13 procedures were in place to identify any errors
14 and to fix those errors?
15     A.   Any data-related issues would be
16 detected by the users, financial controllers,
17 product controllers, who look at the report
18 every day.  They would say -- they would come to
19 us saying why this is not what I expect it to be
20 and then we would debug to, you know, we would
21 look at the code to see what it is set up to do
22 or maybe the input was incorrect or maybe there
23 was an adjustment that was incorrect report, so
24 then we find out what are the reasons behind it.
25     Q.   So you and your group would not have

Krishnan

1
2  been responsible for analyzing the data for any
3  potential inaccuracies?
4      A.   No.
5          MR. THOMAS:  Objection to form.
6      Q.   And if any inaccuracies were the
7  consequence not of a technological issue but,
8  rather, a deliberate input, would that come to
9  your attention or would the product controllers
10 or finance take that elsewhere in order to make
11 any necessary adjustments?
12     A.   If they -- if they find something
13 wrong, they would come to us, normally, unless
14 they're able to fix it from their side.  They
15 would come to us and we would tell them like
16 this is why this has happened and, you know, as
17 I said earlier, it could be there could have
18 been a problem with the input that we got.
19     Q.   If a product controller in Finance had
20 an issue with a price input into one of the
21 settlement systems deliberately by, for
22 instance, a trader, would that come to your
23 attention or would that be fixed by Finance or
24 the front office directly?
25     A.   It would be fixed by the user who

Krishnan

1
2  detected it.  They would probably put like an
3  adjustment, a price adjustment, to correct it.
4  We don't even have to know about it.  It just
5  goes through the system.
6      Q.   What does it mean when two rows with
7  the same value in the column headed "Real World
8  CUSIP" have two different values in the column
9  labeled "Fair Value Level"?  If you're looking
10 at 831, you can turn to column N and column BQ.
11     A.   The "Real World CUSIP" is a security
12 identifier.  And I think the "Fair Value Level"
13 is something that the users assign.
14     Q.   I'm sorry, could you repeat that?
15     A.   The "Fair Value Level" is something
16 that the users tag positions.  I'm not sure why
17 you want -- if the CUSIP is the same, why the
18 fair value levels were different.
19     Q.   I mean, do you know if it's possible
20 for one security to be assigned two different
21 fair value levels?
22     A.   I don't -- I don't know about the fair
23 value levels because I think that the fair value
24 levels is something that the user tags, and I
25 don't know, it could have been any reason why

Krishnan

1
2  they didn't tag the other CUSIP.
3      Q.   So you don't know if, when this
4  happens, which fair value level should be
5  considered, correct?
6      A.   No, I don't know.
7      Q.   And do you know why some securities
8  have not been assigned a fair value level?
9      A.   I don't know.  Sorry.
10     Q.   If we wanted to recalculate the long
11 inventory value based on data in GFS, do you
12 know which columns would be used?
13     A.   I think it would be the, for the
14 traded market value, long market value to be the
15 traded position and the price.
16     Q.   Which columns are you looking at in --
17     A.   I'm actually looking at 836.
18     Q.   So in 836, which columns numbers would
19 be the ones used?
20         MR. STEPHENS:  I think, just for
21 clarity, you have an excerpt of 836 behind
22 the first -- what you have there.  Sorry.  I
23 believe if you turn -- you've got a second
24 sticker.  I think you're in 837, just for
25 clarity.

Page 98

Krishnan

1
2    THE WITNESS:  Thank you.  837.
3    A.   There was a trade date position
4  somewhere.  AV.
5    Q.   So in using Deposition Exhibit 836,
6  you would go to column AB?
7    A.   AV, as in Victor.
8    Q.   AV, as in Victor.  And what else would
9  you use in order --
10    A.   I'm not sure if we used the AY or the
11  AZ.  AY is the clean market price and AZ is the
12  dirty market price.
13    Q.   Would you also need the factor in
14  order to calculate?
15    A.   Yes, I would need the factor and the
16  multiplier.  I don't think it's in here.
17    Q.   Is anything else needed in order to
18  calculate the long inventory value using that
19  report?
20    A.   As far as I can remember, I think if
21  you have those values, we can calculate it.
22    Q.   So if you have the values in AV along
23  with either the clean or the dirty market price,
24  and then you would need the factor and the
25  multiplier, which is not within the report; is

Page 99

Krishnan

1
2  that correct?
3    A.   That's correct.
4    Q.   Is there a rounding convention for
5  clean or dirty prices using a certain amount of
6  decimals?
7    A.   I think when they export to Excel, it
8  automatically rounds, but I'm not sure if
9  they're able to specify that.  I'm not sure
10  about the rounding.
11    MS. CARRERO:  This is a fine time to
12  break.
13    (Luncheon recess; time noted:  1:15
14  P.M.)
15
16
17
18
19
20
21
22
23
24
25

Page 100

Krishnan

1
2    AFTERNOON SESSION
3    (Time Noted:  2:12 P.M.)
4  UMA KRISHNAN, resumed and
5    testified further as follows:
6  EXAMINATION BY (Cont'd.)
7  MS. CARRERO:
8    Q.   Ms. Krishnan, before lunch, we had
9  been discussing the various GFS reports
10  produced, and we had talked about three separate
11  productions of GFS reports received, one set in
12  the fall of 2009, a set in January of 2010, and
13  another set in April of 2010.
14    We had stopped our questioning about
15  the January 2010 reports to receive confirmation
16  from counsel on something, and I think that
17  we're ready to proceed now on questioning about
18  the January 2010 reports, those run without
19  equities.
20    If you can look at Deposition Exhibit
21  831, for instance, that being September 15 GFS
22  report that was produced to us on January 18.
23  Do you have that in front of you?
24    A.   Yes.
25    Q.   Looking at Deposition Exhibit 831, can

Page 101

Krishnan

1
2  you determine from the title of that report the
3  report path that would have been used to
4  generate the report for you?
5    A.   From the title, we cannot say like
6  what filter we applied while running the report,
7  but maybe if we look at the data, we can make a
8  guess.
9    Q.   And so from the report name itself,
10  you would not know exactly what would be
11  captured in the report; is that correct?
12    A.   We would be sure about what data is --
13  what the data is built off, but filters are
14  not -- are not obvious from the report name.
15    Q.   So you wouldn't know just from the
16  report name whether it includes equities, for
17  instance, or doesn't include equities; is that
18  fair?
19    A.   That's correct.
20    Q.   So if we were to turn to the
21  electronic version of 831, is there any specific
22  column or row that would help you to determine
23  what the report path used to generate such a
24  report would have been?
25    A.   I think if we are able to look at "Sum

Page 102

```
1              Krishnan
2  Equities" in the "Division," if you can filter,
3  it's actually all capitals.
4      Q.   Would it be a specific column heading
5  that we should be looking?
6      A.   Yes, the "Division," the first one.
7      Q.   The "Division"?
8      A.   That's the first column.
9      Q.   Okay.  So if in the "Division" column
10 there are I believe no equities, would it be
11 your understanding that you only used, in
12 connection with this matter, two distinct report
13 paths to generate any GFS reports?
14     A.   Sorry, could you repeat that?
15     Q.   Do you know if you used more than just
16 two report paths in order to generate any
17 reports, GFS reports, in connection with this
18 matter?
19     A.   No, we used only this -- that one
20 report path that we gave for all the reports.
21     Q.   However, I think we had discussed
22 before that the later April 2010 reports that
23 were produced have equities data in addition to
24 fixed income data; is that correct?
25     A.   That's correct.  So we modified the
```

Page 103

```
1              Krishnan
2  filter for doing that.
3      Q.   And would that not constitute a
4  distinct report path if the filters were
5  modified with respect to the April 2010 reports?
6          MR. THOMAS:  Objection to form.
7      A.   I wouldn't say it's completely
8  different.  We just changed the filter.  I think
9  we still ran it with the same report name, so
10 you could say that they are different reports,
11 yes.
12     Q.   And the April 2010 reports which are
13 Deposition Exhibits 836 to 843, what were the
14 additional filters that were added to the report
15 path specified in Deposition Exhibit 859?
16     A.   We removed the -- this custom filter
17 LBI entity was including LBIs and excluding Sum
18 Equities, in you know, the Division Sum
19 Equities, so we changed -- we removed the
20 exclusion of Sum Equity and reran the same
21 reports.
22     Q.   If you could just go into more detail
23 about what would have been removed or added?
24     A.   The custom filter, it had an inclusion
25 of LBI and exclusion of sum equities.
```

Page 104

```
1              Krishnan
2      Q.   And was it exclusion of sum equities
3  by virtue of the election of LBI?
4      A.   I don't know who created the report,
5  so this was a user-created report that we --
6  that we got in the description of the ticket.
7  So I don't know how they made it.
8      Q.   So the report group would be the same
9  for the April-produced GFS reports, Deposition
10 Exhibits 836 to 843, the report group would be
11 balance sheet positions; is that correct?
12     A.   Yes, that's correct.
13     Q.   And the report category would be FID
14 Product Control, is that correct?
15     A.   That's correct.  Uh-huh.
16     Q.   And the report type would be custom;
17 is that correct?
18     A.   Yes.
19     Q.   And the report name would be BA: B-S
20 Detailed Exposure Report; is that correct?
21     A.   That's correct.
22     Q.   And the custom filter, what was the
23 custom filter?
24     A.   The custom filter was probably we
25 removed the exclusion of Sum Equities and ran it
```

Page 105

```
1              Krishnan
2  when we reran it in April.
3      Q.   Would that change the report type from
4  the custom report used previously if a custom
5  filter were changed or added?
6      A.   No, it would still be report type
7  custom.
8      Q.   And was the -- did the custom filter
9  have a specific name?
10     A.   That's the LBI entity.  That's the
11 name.
12     Q.   The custom filter used to generate the
13 April-produced reports, Deposition Exhibit 836
14 to 843?
15     A.   I don't know if we had a separate name
16 for that.  I think what we probably did was
17 removed that exclusion of Sum Equities and ran
18 the report, and I don't know, I think probably
19 we did not save it like that.  You know, we just
20 did like a one-time run removing that exclusion.
21     Q.   So it was -- the exclusion wasn't one
22 that was normally done when running GFS reports?
23         MR. THOMAS:  Objection to form.
24     A.   I cannot answer that question because
25 I don't really normally run reports on this, you
```

1           Krishnan
2    know.  I get tickets like this.
3        Q.    And would the Fixed Income Department
4    Product Control -- or FID Product Control, would
5    they be ones that ordinarily would run the
6    reports?
7        A.    Yes.
8        Q.    And they would be the ones that
9    ordinarily choose if there would be a custom
10   filter, is that correct?
11       A.    Yes.
12       Q.    And you're not aware if they would use
13   a custom filter that would include the equities;
14   is that correct?
15           MR. THOMAS:  Objection to form.
16       A.    No, I don't know.
17       Q.    Do you know if you or your group are
18   the ones who ran the reports that were produced
19   in April, Deposition Exhibits 836 to 843?
20       A.    Yes, my -- either I or a person from
21   my group ran the reports.
22       Q.    And earlier you had indicated that the
23   report would have been requested through a SAM
24   ticket; is that correct?
25       A.    Yes, that's correct.

1           Krishnan
2        Q.    Is that your recollection with respect
3    to these reports, that you generated them in
4    connection with a SAM ticket?
5        A.    Yes, that's what I recall.
6        Q.    And do you know who entered that
7    request?
8        A.    I don't remember who entered the
9    request.
10       Q.    Do you know when it was entered?
11       A.    I think there was a ticket sometime
12   around November of 2009 and probably later in
13   January or February.  I'm not sure.
14       Q.    And do you know if the report path
15   that you described to me is what was written on
16   that ticket to be run?
17       A.    Yes, this; all these details right
18   there.
19       Q.    And do you know who requested that
20   information, even if not the person to put in
21   the SAM ticket?
22       A.    Who --
23           MR. THOMAS:  Objection to form.
24       A.    It was a request from the attorneys.
25       Q.    And do you know if the attorneys are

1           Krishnan
2    the ones who picked the report path to be run?
3        A.    I don't know who picked the path.
4        Q.    Ms. Krishnan, if I could put before
5    you what has been marked as Deposition Exhibit
6    858, and I am going to also hand you what has
7    previously been marked as Deposition Exhibit 791
8    and BCI Exhibit No. 779.
9           Turning first to Deposition Exhibit
10   858, do you recognize this document?
11       A.    Yes.
12       Q.    Did you prepare this document?
13       A.    Yes.
14       Q.    And could you describe for me what
15   this document is?
16       A.    We wanted to summarize based on the
17   GAAP asset classes because the other Excel
18   reports were really big, so these were for that
19   purpose.
20       Q.    And what sort of filter or report path
21   was used to generate the summaries by asset --
22   by GAAP asset class in Deposition Exhibit 858?
23       A.    The filter we used were the same as
24   the ones we used for this 836 and the others --
25   I mean, the ones with the including the

1           Krishnan
2    equities.  And we included only the long
3    inventory market value because that's the
4    numbers that they wanted to be summarized, and
5    we included the GAAP Asset Class 1 number and
6    the name, you know, to group by that feed, those
7    feeds.
8        Q.    And you said that they wanted to
9    summarize.  Who were you referring to?
10       A.    The attorneys.
11       Q.    And is this a summary that you would
12   have prepared regularly in your position?
13           MR. THOMAS:  Objection to form.
14       A.    No, I have not prepared this
15   previously.
16       Q.    And was there a particular report path
17   that you used to generate this summary?
18       A.    It was -- it was based on the big
19   reports, the 831 or 83 -- I don't remember the
20   numbers, the equities.  It was based off that,
21   but when you group the data by just the GAAP
22   asset class and, you know, the GAAP Asset Class
23   1 Number and the name, it sums up the long
24   inventory market value.  So that's how we got a
25   summary.

Page 110

1          Krishnan
2      Q.   And the "Long Inventory Trade Date at
3  MV" column is a column that comes straight from
4  the GFS reports that we were discussing, is that
5  correct?
6      A.   Yes, it's the same that you see in the
7  other reports.  I don't remember the column
8  name -- I mean the column heading.
9      Q.   When did you run these reports?
10     A.   I think we ran this in April.
11     Q.   If I were to want to recreate this
12 report from the GFS reports with equities that
13 were produced in April, how would I go about
14 doing that?
15     A.   If you wanted to the same reports?
16     Q.   If I wanted to get to, for instance,
17 looking at the first page next to "Total
18 Governments & Agencies" of 37,310,795,798?
19     A.   Uh-huh.
20     Q.   If I wanted to get to that number
21 using the September 12 data, which I believe
22 we've been referring to as Deposition Exhibit
23 836, how would I do that?
24     A.   It could be a tedious process, but in
25 Excel you can -- you can just filter the ones,

Page 111

1          Krishnan
2  the GAAP Asset Class 1 Name, Total Governments &
3  Agencies.  Is that part of this report?  Should
4  be, I think.
5      Q.   I believe it is at column V.
6      A.   It's not column V.  It's column BK in
7  831.
8      Q.   If we could go to Deposition Exhibit
9  836 and that grouping through 843, because as I
10 understand it, it was those reports produced in
11 April that would be summarized within Deposition
12 Exhibit 858; is that correct?
13     A.   Yes, that's correct.  Let me see.
14 It's column BL and BM.  So you could, in Excel,
15 you could filter BM for the total government and
16 agencies and BL for the, you know, for the
17 number that's there, GAAP Asset Class 1 Number,
18 which is, I think, 70500.  I see "Total
19 Governments & Agencies" has two numbers, 70500
20 and 72260.
21          So if you filter this Excel on those
22 values and you sum that long inventory TD market
23 value, you should get this 37 billion plus that.
24 Okay, 37 billion.
25     Q.   So it would not be limited to just the

Page 112

1          Krishnan
2  GAAP asset class 70500, which is listed on 858
3  in the column corresponding to the 37 billion
4  figure?
5      A.   Actually, there are two GAAP Asset
6  Class 1 numbers which are associated with the
7  same name, Total Government & Agencies, but for
8  September 12, I can see that the 72260 has a
9  zero long inventory.
10     Q.   Okay.  And where on Deposition Exhibit
11 836, for instance, you see the word "null" under
12 "GAAP Asset Class 1 Name" in column BM, do you
13 know what that's a reference to?
14     A.   That refers to something that the
15 system is not able to map to -- it's not able to
16 put into any of the existing GAAP asset classes.
17     Q.   And would such securities in GFS be
18 captured on your summary?
19     A.   Yes, I believe so.  There is a 7999 in
20 the summary.
21     Q.   So the 488 million figure in
22 Deposition Exhibit 858 would be where that asset
23 class is characterized as null?
24     A.   Yes.
25     Q.   And if you'd look at column BH?

Page 113

1          Krishnan
2      A.   Uh-huh.
3      Q.   And that column is titled "Security
4  Subtype" and says "Adjustment" in the
5  corresponding rows to where the GAAP asset class
6  is null, what does "adjustment" mean?
7      A.   "Adjustment" means that a user might
8  have entered something to, you know, change that
9  row or maybe it's an entirely new row that the
10 user entered.
11     Q.   And can you tell when any such
12 adjustments would have been made?
13     A.   Adjustments are made in GFS every day.
14     Q.   But can you tell when these specific
15 adjustments would have been made?
16     A.   These are for 9/12, right?  So they
17 were probably made on -- they were probably --
18 they could have been made on September 15 when
19 the system was open for adjustments, but again,
20 we also set up a special environment for the
21 9/12 sometime late in October 2008 and it could
22 have been made at that time.
23     Q.   So adjustments could be made for a
24 previous day at any point after that date; is
25 that correct?

Page 114

Krishnan

1     A.   No, adjustments can be made only on
2   the day after.  Say for September 12 was a
3   Friday, so it can be made only on September 15
4   till 6 P.M.  But because the users thought that
5   the data was not -- maybe the input was not
6   correct or the maybe the data was not verified
7   by the users on that day, on September 15, they
8   had requested us to set up a special environment
9   for them for the September 12.
10     Q.   I think we're talking past each other
11   because my question right now is about the
12   September 12 data and the "Adjustment" comment
13   in column BH and whether that adjustment could
14   be made at any point after September 15; is that
15   correct?
16         MR. THOMAS:  Objection to form.
17     A.   I'm trying to explain that.  Any
18   adjustment that was made for September 12 could
19   have been done on September 15, which is the
20   normal time that adjustments would have been
21   made for September 12, but since September 12
22   was an important date for the users and they
23   thought that the input data may not have been
24   right or maybe the users did not check the data

Page 115

Krishnan

1   on September 15, they had a special environment
2   set up to be able to make adjustments at a later
3   date.  Normally doesn't happen.
4         So this adjustment could have come in
5   on September 15 or it could have been entered at
6   any time when we had the special environment
7   open for users to make adjustments.
8     Q.   So is there a way of telling when any
9   adjustment was made from the report that's in
10   front of you?
11     A.   No, not from this report.
12     Q.   Is there a way of telling when any
13   adjustment was made from the actual GFS data
14   itself?
15     A.   We have a table that records all the
16   adjustments, so we should be able to tell from
17   that.
18     Q.   And adjustments to September 12 data
19   is still possible even today; is that right?
20     A.   I don't think it's possible today.  I
21   think it's closed for adjustments.
22     Q.   Do you know when the period for
23   adjustments was closed?
24     A.   I think it was closed sometime --

Page 116

Krishnan

1         MR. THOMAS:  Objection to form.
2     A.   -- sometime in January of or February
3   of 2009, but I'm not too sure.
4     Q.   And is it your understanding that
5   adjustments were made up through the period when
6   it was closed in January or February of 2010 --
7   or, 2009?
8         MR. THOMAS:  Objection to form.
9     A.   I think so.
10     Q.   And do you know who would have made
11   those adjustments?
12     A.   I would guess that it would be the LBI
13   and LBHI users because we brought up the
14   environment for them, but I have not really
15   checked the users and which group they belong
16   to.
17     Q.   Could adjustments be made to any of
18   the data in the week from September 15 through
19   September 22 after those dates?
20     A.   For September 12, users had to have
21   completed the adjustments by September 15, 6
22   P.M.
23     Q.   I'm confused now, because your earlier
24   testimony was that for September 12 there could

Page 117

Krishnan

1   be adjustments all the way until the adjustment
2   period was closed a month later; is that
3   correct?
4     A.   Right, that was a special case for
5   just September 12.
6     Q.   So now what would be the case for,
7   say, September 15, when could adjustments be
8   made to data for September 15?
9     A.   Up to September 16, 6 P.M.
10     Q.   And what would the protocol be in
11   order to make any adjustments after 6 P.M. on
12   the following day?
13     A.   We can't do that.
14     Q.   The GFS data cannot be adjusted,
15   generally speaking, after the cut-off period at
16   6 P.M. the day after?
17     A.   That's correct.
18     Q.   But a special exception was made for
19   the September 12 data; is that correct?
20     A.   Yes, that's correct.
21     Q.   And was a special exception made for
22   data for any other day other than September 12?
23     A.   We had that -- the September 19 data
24   available as well for users to make adjustments,

Page 118

1          Krishnan
2 but I don't think users made adjustments for
3 September 19.
4     Q.   If you could turn your attention to
5 Deposition Exhibit 791.
6     A.   Is this the one?
7     Q.   Yes.  And if you could turn to the
8 Exhibit 1 -- actually, let me first ask you,
9 have you seen this document before?
10    A.   Yes.
11    Q.   When did you see this document?
12    A.   I have seen this because we -- I think
13 the attorneys tried to match up the summaries
14 with what we had here in GFS.
15    Q.   And you're pointing to what has been
16 marked as Deposition Exhibit 858; is that
17 correct?
18    A.   Yes, 858.  Sorry.
19    Q.   And how did they try to match those
20 up?
21    A.   For 9/12, you can see here that we
22 have the long inventory market value as 37.3
23 billion.
24    Q.   And were you asked to create a summary
25 that also arrived at 37.3 billion?

Page 119

1          Krishnan
2     MR. THOMAS:  Objection to form.
3     A.   No, I created a summary and we
4 confirmed that the numbers match.
5     Q.   And when did you do that?
6     A.   April of 2010, I think.
7     Q.   Did you speak with Professor
8 Pfleiderer in that exercise?
9     A.   No.
10    Q.   Have you ever communicated with
11 Professor Pfleiderer?
12    A.   No, I have never heard of his name
13 before.
14    Q.   Are you aware that Professor
15 Pfleiderer is an expert that's been retained by
16 Barclays in this matter?
17    A.   No, I don't know.
18    Q.   Have you ever read any expert report
19 that's been prepared by Professor Pfleiderer?
20    A.   No, I have not.
21    Q.   Have you ever read the contents of
22 Professor Pfleiderer's declaration that's part
23 of Deposition Exhibit 791?
24    A.   No, I don't recall reading this.
25    Q.   If you turn to footnote 3 of Professor

Page 120

1          Krishnan
2 Pfleiderer's declaration, "Strictly speaking,
3 the asset categories correspond to the various
4 values given in the GFS system for the 'GAAP
5 Asset Class 1 Name' variable associated with
6 each observation.  (The specific category names
7 are slightly different when one observes entries
8 for long versus short positions, but the
9 categories are materially the same; for example,
10 'CDs & Other Money Market' versus 'Total CDs and
11 Other Money Market Instruments.'  Exhibits 1 and
12 2 to this affidavit are based only on data for
13 long positions)."  Do you see that?
14    A.   Yes.
15    Q.   Is that your understanding of how the
16 summaries in Deposition Exhibit 858 that you
17 said you prepared were prepared?
18    MR. THOMAS:  Objection to the form of
19 the question.
20    A.   I'm sorry, what was the question?
21    Q.   My question is, the statements in
22 footnote 3, is it your understanding that they
23 hold true with respect to the summaries you
24 prepared that are in Deposition Exhibit 858?
25    MR. THOMAS:  Objection to form.

Page 121

1          Krishnan
2     A.   I'm sorry, I don't understand why this
3 is not --
4     Q.   Why don't I just break it down a
5 little bit.  Where it says, "For instance,
6 Exhibits 1 and 2 to this affidavit are based
7 only on data for long positions," do you see
8 that?
9     A.   Uh-huh.
10    Q.   Is that also the case for the
11 summaries that you prepared that we have marked
12 in this deposition as Deposition Exhibit 858?
13    A.   It has only long positions.
14    Q.   Only long positions.  Was it created
15 using a GFS report that only contained long
16 positions as opposed to the GFS reports with
17 both longs and shorts that have been produced to
18 us and that we have marked here as Deposition
19 Exhibits 836 through 843?
20    A.   I think that we did not select a short
21 inventory -- I mean, if I remember right, we did
22 not select the feed which had the "Short
23 Inventory, TD at Market Value," because this is
24 what we wanted to compare with that, that other
25 PBF exhibit.  I don't remember what the name

Page 122

Krishnan

1  was.
2  Q.  The other PBF, you mean the
3  declaration that you're looking at, Deposition
4  Exhibit 791?
5  A.  Right.  Uh-huh.
6  Q.  You were comparing when you prepared
7  858; is that correct?
8  A.  No.  No.  We prepared this.
9  Q.  You prepared 858?
10  A.  And then we confirmed that these
11  numbers tie.  These numbers are long inventory
12  positions, right?  So we selected only long
13  inventory positions.  So that's how we can
14  verify that what we have here is the same as
15  what we would if we generated a report in the
16  system.
17  Q.  And were you able to do the summary
18  using the actual GFS reports that were produced
19  in this matter with the GFS reports with the
20  equities, or did you need to go back into the
21  GFS system in order to run the summary?
22  A.  We went back to the GFS system to run
23  the summary, meaning we created a new report
24  which would give us a summary.

Page 123

Krishnan

1  Q.  And the new report was a report that
2  contained only the long positions; is that
3  correct?
4  A.  We selected only this feed, the long
5  inventory.  So, you know, if we had selected the
6  short inventory, that would show up here.
7  Q.  And so you can't say with a hundred
8  percent certainty that the summary in 858 is a
9  summary of, for instance, the September 12 data
10  that's in Deposition Exhibit 836; is that
11  correct?
12  MR. THOMAS:  Objection to form.
13  A.  No, I can say that because we built
14  this data off what we did here.
15  Q.  But correct me if I'm wrong, but you
16  used the reports that were generated in order to
17  prepare the summary that is Deposition Exhibit
18  858, or did you go back into the GFS system in
19  order to create the summary that is in
20  Deposition Exhibit 858?
21  A.  We went back into the system to create
22  this.
23  Q.  So my question is, did you test the
24  summary in 858 against what a summary of the

Page 124

Krishnan

1  actual GFS report, that is, for instance,
2  Deposition Exhibit 836, would have generated
3  using the relevant columns that we had discussed
4  before?
5  MR. THOMAS:  Objection to form.
6  THE WITNESS:  Can I -- can I talk to
7  you before I answer this?
8  MR. THOMAS:  Does it relate to an
9  attorney-client communications?
10  THE WITNESS:  I don't know.
11  MR. THOMAS:  Or just confusion about
12  the question?
13  THE WITNESS:  Because I just want a
14  few minutes to talk to one of you.
15  MR. THOMAS:  Okay.
16  MS. CARRERO:  If we can just -- just
17  get a yes/no answer and then we can take a
18  break of was a comparison done to the
19  reports, to the --
20  MR. THOMAS:  If she's -- I'm not sure
21  whether it involves attorney-client
22  privilege, so I don't want to just -- if
23  you're able to answer that question without
24  getting into attorney-client privilege, you

Page 125

Krishnan

1  can do that.  If not, if you're not sure if
2  it may involve something that we have
3  discussed, then we should take a break and
4  talk about it first.
5  Q.  I'm happy -- I just don't like to
6  leave a question pending before we take a break.
7  I'm happy to let you take a break and you can
8  answer further or clarify your answer, but in
9  terms of a yes/no as far as was any sort of
10  comparison done between a summary of the GFS
11  reports produced versus what a summary of, going
12  back into the GFS system, and what a summary of
13  that data would generate as in 858.
14  A.  I would think that this is the
15  comparison, you know, this was built off the
16  Excel, I think.
17  Q.  791 you think was built off of the
18  actual GFS reports that would be Deposition
19  Exhibits 836 to --
20  A.  That's correct.
21  Q.  -- to 843?  And then your summaries
22  you went back into the GFS system and prepared;
23  is that correct?
24  A.  That's correct.

Page 126

Krishnan

1
2    Q.    Thank you.  If you still --
3    A.    No.  I just wanted to find out if I
4  could say that.
5    Q.    And for purposes of arriving at the --
6  so looking at 858 and the totals that appear
7  next to each of the GAAP Asset Class 1 names, is
8  it not a net -- let me reformulate this.
9         If I were to go into the GFS reports
10  and look for the long inventory market value, I
11  could do so by looking at this column "Long
12  Inventory, TD@MV"; is that correct?
13    A.    That's correct.
14    Q.    Are market values also contained
15  within the reports using a net position?
16    A.    I'm sorry, could you repeat that?
17    Q.    Is there a column that calculates
18  market values for the net position for any given
19  CUSIP, meaning both the longs and the shorts of
20  that CUSIP?
21    A.    I think there are feeds which do --
22  which are populated whether it's long or a
23  short, but I'm not sure if they are captured in
24  this report.
25    Q.    And in order to determine the price of

Page 127

Krishnan

1
2  any given CUSIP that rolls up into the sum by
3  asset class, how would you go about finding out
4  the price for each CUSIP that, for instance,
5  rolls up into the 37-billion-odd in governments
6  and agencies?
7    A.    You would go back to this Excel
8  report, the 836, right?
9    Q.    Yes.
10    A.    So the 836, and you would -- you would
11  filter all the total governments and agencies,
12  that is, I think I mentioned it earlier, column
13  BL and BM.
14    Q.    So the "GAAP Asset Class 1" and the
15  "GAAP Asset Class 1 Name"?
16    A.    That's correct.
17    Q.    Okay.  So --
18    A.    And --
19    Q.    Filter those, go ahead.
20    A.    And you would look for this column
21  "Long Inventory, TD Market Value," which is
22  column V.
23    Q.    Okay.
24    A.    And that would be the individual
25  market value for each position.

Page 128

Krishnan

1
2    Q.    And those are market values as opposed
3  to prices; is that correct?
4         MR. THOMAS:  Objection to form.
5    A.    That's correct, they are market
6  values.
7    Q.    And how would you go about determining
8  what the price was for any given security that
9  rolls up into the sum?
10    A.    So now that you have all the total
11  governments and agencies, you can -- there's
12  another feed here, which is "Clean Price" and
13  "Dirty Price."
14    Q.    Column AY and AZ?
15    A.    Yes.
16    Q.    And in order to arrive at the market
17  value, would you need the factor as well?
18    A.    Yes, we would need a factor, which is
19  not here, and we would need the traded position,
20  which is in the AV.
21    Q.    And where would one find the factor
22  that was used to calculate the market value?
23    A.    I'm not sure if it is not included in
24  this report or if it's not part of that report
25  table that we have in GFS.  So it may be part of

Page 129

Krishnan

1
2  some of the product information.
3    Q.    And looking at the business date
4  listed in the right-hand column of each of the
5  pages of Deposition Exhibit 858, on the second
6  page, for instance, it says September 15, 6 A.M.
7         Is the total reflective of the total
8  at 6 A.M. on the business date reference?
9    A.    No, the business date does not have
10  the time in it.  I think it was the data that
11  was formatted in Excel.
12    Q.    So 6 A.M. is not reflective of the
13  time of day which this GFS data would reflect;
14  is that correct?
15    A.    Yes, that's correct.
16    Q.    Turning your attention back to
17  Deposition Exhibit 791, and looking at Exhibit
18  1, do you know if the CUSIPs on each of the days
19  reflected between September 12 and September 19
20  were identical population of securities?
21    A.    I don't know.
22    Q.    And do you know if the price for the
23  CUSIPs for the population of CUSIPs on each day
24  would have changed between September 12 and
25  September 19?

Page 130

Krishnan

1
2    A.   No, I don't know if they changed or
3    not.
4    Q.   And do you know in the ordinary course
5    how frequently prices for different types of
6    securities such as level 1 or level 2 or level 3
7    would have changed?
8    A.   No, I don't know based on the GAAP
9    asset class how they changed.
10   Q.   And is it your understanding that the
11   six GAAP asset classes that are listed here in
12   Exhibit 1, "Total Government and Agencies,"
13   "Total CDs and Other Market Instruments," "Total
14   Mortgages and Mortgage-Backed," "Total Corporate
15   Obligations and Spot," "Total Corporate Stocks
16   and Options," "Total Derivatives and Other
17   Contracts" are the exhaustive list of GAAP asset
18   classes?
19   A.   Yes, that's correct.
20   Q.   I'm going to hand you what has
21   previously been marked as Deposition Exhibit 19.
22   Have you seen this document before?
23   A.   No, I don't recall seeing this.
24   Q.   Do you know if this document was
25   prepared from GFS?

Page 131

Krishnan

1
2    MR. THOMAS:  Objection to form.
3    A.   I don't know.
4    Q.   Would you have been involved in the
5    creation of any balance sheets in your position
6    at Lehman?
7    A.   I don't know because I might -- I
8    might or my group might have run some reports
9    too and which in turn helped generating these
10   reports.  I don't know.
11   Q.   Do you know if the, on the asset side,
12   the total amounting to 10 billion for short --
13   for collateralized short-term agreements,
14   whether that would be found anywhere in GFS?
15   A.   I have no idea.
16   Q.   Would financing positions generally be
17   found in GFS?
18   A.   I'm not sure if financing positions
19   are part of this balance sheet report, but I
20   think there is another report which is called
21   Balance Sheet Movements that might have the
22   financing positions.
23   Q.   Are you familiar with box reports?
24   A.   No, I'm not.
25   Q.   And so do you know if any of the -- if

Page 132

Krishnan

1
2    all of the positions that would be on box
3    reports would, for instance, be within GFS?
4    A.   I don't know anything about box
5    reports.
6    Q.   I'd like to hand you what's previously
7    been mark as Deposition Exhibit 644A, which
8    corresponds to BCI Exhibit No. 486A.
9    Have you seen this document before?
10   A.   No.  I might have seen parts of it.
11   This report seems to be like -- the headers seem
12   to be like GFS header names.
13   Q.   You're looking at the fourth page of
14   the document titled "Lehman Brothers, Inc.
15   Balance Sheet by GAAP Asset Class -- GAAP Asset
16   Type, 9/12/2008"; is that correct?
17   A.   I'm actually looking at the last three
18   pages, which has sort of like an Excel report.
19   Q.   How about if you were to turn to the
20   page before that, which is the fourth page
21   titled "Lehman Brothers, Inc. Balance Sheet by
22   GAAP Asset Type, 9/12/2008," do you recognize
23   the form of the report as being generated by
24   GFS?
25   A.   I don't -- I don't know.  I don't

Page 133

Krishnan

1
2    recall.
3    Q.   You're not familiar with this report?
4    A.   These column names, they seem familiar
5    because there's "GAAP Asset Class 1 Name," "GAAP
6    Asset Class 2 Name."  I have seen these field
7    names in GFS, but I don't know -- I don't know.
8    I don't think there is a report in GFS that
9    gives this thing.
10   Q.   And is it your understanding that
11   there would be several steps from GFS or several
12   steps removed from GFS that would be taken in
13   order to generate the balance sheets that Lehman
14   would generate on a regular basis?
15   MR. THOMAS:  Objection to form.
16   A.   I think so, but I'm just guessing
17   because I was never involved in the process.
18   MR. THOMAS:  Hence the objection.
19   Q.   Is your understanding that GFS was the
20   subledger of Lehman Brothers or what role did it
21   play within financial reporting that Lehman
22   engaged in?
23   A.   It was not -- it was not a subledger.
24   It was more like a financial data warehouse kind
25   of which produced trade date balances and

Page 134

1          Krishnan
2  settlement date balances.
3      Q.    And do you know what systems were the
4  subledger and general ledger of Lehman Brothers?
5      A.    The general ledger was a system called
6  DBS, and I'm not really sure about the
7  subledger.  It could be Posting Engine.  I'm not
8  sure.
9          (Deposition Exhibit 860, a document
10          bearing Bates Nos. BCI-EX-(S)-00200951
11          through 53, with attachment, marked for
12          identification, as of this date.)
13     Q.    Ms. Krishnan, you have before you what
14  has been marked as Deposition Exhibit 860.  If
15  you could turn to the last page of that
16  document, which is titled "LBI Inventory by GAAP
17  Asset Class & BPM as at 9/16/2008," and which is
18  a native version of a document produced as
19  BCI-EX-(S)-00200964.  Do you see that?
20     A.    The last page, right?
21     Q.    Yes.
22     A.    Yes.
23     Q.    Do you recognize the format of this
24  report as one being generated from GFS?
25     A.    I think this is something that could

Page 135

1          Krishnan
2  have been generated from GFS, but I cannot be
3  sure unless I know this title here, "LBI
4  Inventory by GAAP Asset Class & BPM."  I don't
5  know, but these columns look like they could
6  have been pulled from a GFS report.
7      Q.    But you have never seen a report
8  exactly in this format before; is that correct?
9      A.    Yes, I have not seen anything like
10  this before.
11     Q.    And in the title do you know what
12  "BPM" stands for?
13     A.    Business Process Mapping, I think.
14     Q.    And that's a reference to Lehman's
15  specific nomenclature, would that be correct?
16     A.    Yes.
17     Q.    For a specific asset types; is that
18  correct?
19     A.    I think it may be for the asset type
20  or sometimes the accounts are also split into
21  BPMs.
22     Q.    Or would it be a reference to the
23  divisions in column B?
24     A.    In this context, it seems to be the
25  division, but I don't know why they said BPM.

Page 136

1          Krishnan
2      Q.    And are you familiar with the
3  different division names that are listed in
4  column B?
5      A.    Yes, these look familiar.
6      Q.    And looking at the divisions
7  corresponding to "Total Corporate Stocks &
8  Options," for instance, what would "Principal
9  Investing" relate to?
10     A.    I don't know what it would relate to,
11  but these look familiar.  The data looks
12  familiar.
13     Q.    Do you know if all of the divisions
14  that are listed in column B in this exhibit
15  would be captured within the summaries in 858 as
16  well as the reports between Deposition Exhibit
17  836 through 843?
18     A.    I would think so, but you can also
19  verify by, you know, looking up each of these in
20  the 836.
21     Q.    And would you in your role at Lehman
22  have been one to have generated a report such as
23  this one in Deposition Exhibit 860?
24     A.    I have not generated a report like
25  this before.

Page 137

1          Krishnan
2      Q.    And who would you expect would be the
3  group that would normally generate such reports?
4      A.    I would expect the users to -- I would
5  think that the users would generate reports like
6  this because they had the capability to make
7  their -- customize their own reports, and we
8  have no responsibility over what kinds of
9  reports they generate.
10     Q.    And the users would be the Product
11  Control Group and Finance?
12     A.    Project Control and Finance.
13     Q.    So that's yes, the Product Control
14  Group and the financial controllers, correct?
15     A.    Yes.  And when I said we have no
16  responsibility, what I mean is if someone gives
17  us the report and tells us to look at it, we can
18  look at it, but on a daily basis, we are not
19  looking at what reports the users generate and
20  what reports they run.
21          MS. CARRERO:  If we can just take five
22          minutes, I think I'm done, but I just want
23          to look over my notes really quick.
24          (Recess; Time Noted:  3:12 P.M.)
25          (Time Noted:  3:30 P.M.)

Page 138

Krishnan

1
2      MS. CARRERO:  I just have a couple and
3  then we'll pass the torch to Neil.
4  BY MS. CARRERO:
5      Q.  So a question about, if in the morning
6  one were to query the data for the previous day,
7  would they be able to do that?
8      MR. THOMAS:  Objection to form.
9      A.  Yes, they would be able to do that,
10  but it could change during the day because of
11  the adjustments that come in.
12      Q.  And that was your reference earlier to
13  that adjustments could be made up until 6 P.M.
14  the evening following the --
15      A.  The business day.
16      Q.  -- the trade date or --
17      A.  Uh-huh.
18      Q.  And the fact that adjustments could be
19  made, however, does not affect the ability to
20  query the system the following morning for
21  whatever data would have fed into GFS that
22  previous night; is that correct?
23      A.  That's correct.
24      Q.  You had previously testified about the
25  summaries that are in Deposition 858.  Were any

Page 139

Krishnan

1
2  other summaries than those in 858 prepared in
3  connection with an attempt to summarize the data
4  within GFS?
5      A.  I don't recall doing any other
6  summaries.  I'm just trying to see if 858 has
7  all the dates that we did.
8      No, I don't recall doing anything
9  other than these summaries.
10      MS. CARRERO:  Then with that, I have
11  no further questions at this time and I will
12  give my seat up to Neil Oxford.
13  EXAMINATION BY
14  MR. OXFORD:
15      Q.  Good afternoon, Ms. Krishnan.  When
16  you were preparing for your deposition, did you
17  review any documents?
18      A.  I don't recall reviewing documents.
19      Q.  So when you met with your attorneys,
20  you didn't have any documents that you reviewed
21  as part of that process; is that your testimony?
22      MR. THOMAS:  You can answer yes or no,
23  if you recall.
24      A.  I don't remember going through any
25  documents.

Page 140

Krishnan

1
2      Q.  Did you look at any tickets from the
3  SAM system?
4      A.  I'm sorry?
5      Q.  Did you look at any of the tickets
6  that you told Ms. Carrero about that are created
7  through the SAM system?
8      MR. THOMAS:  Objection to form.
9      A.  I didn't look at any tickets in the
10  SAM system.
11      Q.  Did you look at any of the reports
12  that we have looked at today, the GFS reports
13  either in the particular form they're in as
14  shown to you at this deposition or in a similar
15  form?
16      A.  I don't recall looking at any specific
17  reports.
18      Q.  Okay.  You testified in response to
19  Ms. Carrero's questions that there were a number
20  of reports that were run out of GFS, do you
21  remember that testimony?
22      A.  Yes.
23      Q.  But you said you didn't recall any of
24  the specific report names?
25      A.  Right.

Page 141

Krishnan

1
2      Q.  Is one of those report names a Daily
3  Exposure Report?
4      A.  It could --
5      Q.  Is that a name that you're familiar
6  with?
7      A.  It sounds familiar, but ... is it part
8  of any of these?
9      Q.  It's referred to in Professor
10  Pfleiderer's declaration, which is Exhibit 791.
11      A.  Detailed Exposure, you mean?
12      Q.  He calls it a Daily Exposure Report?
13      A.  796.
14      Q.  791.  This one here (indicating).
15      MR. THOMAS:  I think Pfleiderer is
16  779.
17      Oh, deposition Exhibit 791?
18      MR. OXFORD:  Yes.
19      A.  This one?
20      Q.  Yes.
21      A.  You're talking about these reports?
22      Q.  You have Deposition Exhibit 791 in
23  front of you?
24      A.  Yes.
25      Q.  You'll see that the exhibits to that

Page 142

1              Krishnan
2  are summaries of GFS Daily Exposure Reports.
3      A.   Uh-huh.
4      Q.   Are you familiar with what a Daily
5  Exposure Report is?
6      A.   I mean, I don't know.  The name could
7  mean anything, but --
8      Q.   It doesn't mean anything to you?
9      A.   Yes.
10     Q.   Before you've seen this Deposition
11 Exhibit 791, had you heard the phrase "Daily
12 Exposure Report"?
13     A.   I might have.  I don't remember
14 anything now.
15     Q.   But sitting here today you couldn't
16 tell me one way or the other whether or not it
17 was a standard report within GFS, correct?
18     A.   See, we have a number of reports in
19 GFS.  So if you just give me a name, I wouldn't
20 be able to say if it's a GFS report or not.
21     Q.   Okay.
22     A.   But I have the ability to check if I'm
23 in front of my computer, I can check if that's a
24 GFS report or not.
25     Q.   But sitting here today in front of us,

Page 143

1              Krishnan
2  without reference to your computer, you just
3  don't know the answer to my question one way or
4  the other, correct?
5      A.   That's correct.  Because that's
6  because of my memory.  I don't remember that
7  much.
8      Q.   I understand entirely.  I'm just
9  asking you for your memory and your recollection
10 as sitting here today.  That's all.
11         Is there, to your knowledge, Ms.
12 Krishnan, a standard report in the GFS system
13 that is called a GAAP report?
14     A.   Yes, I have heard of GAAP report.
15     Q.   An that's GAAP, G, double A, P, not
16 G-A-P, correct?
17     A.   That's correct.
18     Q.   And to your knowledge, ma'am, what is
19 contained in that report?
20     A.   The name is longer than the GAAP
21 Report and it's -- I think there are GAAP
22 reports for each of the source systems that ITS,
23 MTS, TMS.  I'm not sure if Loan I.Q. has it or
24 not.  To my understanding, what it does is it
25 shows the -- it shows the start of day balances

Page 144

1              Krishnan
2  from the actual source systems in comparison to
3  what GFS has it at the end of the day.
4      Q.   I see.  And is there a GAAP report for
5  GFS only, or are the only GAAP reports you're
6  aware of reports that compare data in GFS to one
7  of the source systems you've just told me about,
8  ITS, TMS, et cetera?
9      A.   The only GAAP reports that I know of
10 are the ones that sort of do a reconciliation
11 with the ITS or the MTS or TMS.
12     Q.   You testified earlier about a version
13 of the GFS data that is set up within a special
14 environment?
15     A.   Uh-huh.
16     Q.   Do you remember that testimony?
17     A.   Yes.
18     Q.   And the data, as I understand it, is
19 from the 12th of September and the 19th of
20 September, correct?
21     A.   That's correct.
22     Q.   Is that data in the special
23 environment from the end of the day on those two
24 dates or the start of the day or some other
25 timeframe?

Page 145

1              Krishnan
2      A.   It's the end of the day of September
3  12.
4      Q.   And is that for all Lehman entities,
5  ma'am, in this special environment, or is the
6  data -- does the data relate to only certain
7  Lehman entities?
8          MR. THOMAS:  Objection to form.
9      A.   All Lehman entities that GFS has.
10     Q.   Is it your understanding, ma'am, that
11 GFS did not contain data on all Lehman entities?
12     A.   I do not know what we don't have, so I
13 don't -- I don't want to say that we had on here
14 the Lehman entities.
15     Q.   I understand that you may not know
16 conclusively whether every single last Lehman
17 entity was in there, but was it your
18 understanding that all Lehman data relating to
19 all Lehman entities was contained within GFS, or
20 do you believe it was some subset?
21         MR. THOMAS:  Objection to form.
22     A.   I would have thought that we didn't
23 have all the data.  I don't know.
24     Q.   Okay.
25     A.   I have no idea.

Page 146

Krishnan

1
2       Q.   Do you have an understanding of any
3   specific LBI entities -- sorry, Lehman-related
4   entities whose data relating to which was not
5   contained within GFS?
6       A.   Again, I wouldn't know what we don't
7   have, so I can't answer that.
8       Q.   Could you have Exhibit 831 in front of
9   you, please?  And Ms. Carrero took you through a
10  number of the column headings.
11      A.   Uh-huh.
12      Q.   And I'd like to ask you some questions
13  about a couple of additional ones.  If you could
14  turn to column BK, please.
15      A.   Okay.
16      Q.   Do you have it there?
17      A.   Uh-huh.
18      Q.   You see the column BK has a heading
19  "GAAP Asset Class 1"?
20      A.   Uh-huh.
21      Q.   Do you know what that's a reference
22  to?
23      A.   That's a number that is assigned to
24  the GAAP Asset Class 1 Name.
25      Q.   And that's assigned to the GAAP Asset

Page 147

Krishnan

1
2   Class 1 Name that appears in column BL?
3       A.   That's correct.
4       Q.   One over to the right, correct?  And
5   is it your understanding that the -- that there
6   are six GAAP asset classes?
7       A.   Yes, I would think so.
8       Q.   And those are the six that you told
9   Ms. Carrero about, correct?
10      A.   That's correct.
11      Q.   If you turn the page on the exhibit,
12  you get to column BM, and it's headed "GAAP
13  Asset Class 2."  Do you see that?
14      A.   Yes.
15      Q.   Do you know what that's a reference
16  to?
17      A.   I'm just guessing here.  I think these
18  are just, you know, several different levels.
19  Like GAAP Asset Class 1 is one level and 2 is
20  another way of looking at it or something.
21      Q.   I see, so you don't have any personal
22  familiarity with what --
23      A.   No.
24      Q.   -- GAAP Asset Class 2 is, correct?
25      A.   Uh-huh.

Page 148

Krishnan

1
2       Q.   Do you know what GAAP Asset Class 3
3   is?
4       A.   I think the GAAP Asset Class 3, that
5   number is the GL account.
6       Q.   Does "GL" stand for general ledger?
7       A.   Yes.
8       Q.   Does the GFS system, ma'am, contain
9   information -- rather, did it in September 2008
10  contain information on Lehman's cash?
11      A.   I don't know.  "Lehman's cash"
12  meaning?
13      Q.   You testified a few moments ago that
14  there were -- there are six GAAP asset classes?
15      A.   Uh-huh.
16      Q.   Data relating to which is contained
17  within GFS, correct?
18      A.   Right.
19      Q.   And I can take you through each of
20  these in turn, but those categories are
21  "Government and Agencies"?
22      A.   Uh-huh.
23      Q.   Correct?  Yes?
24      A.   Yes, I see those.
25      Q.   And just for the record, the other

Page 149

Krishnan

1
2   entries are "CDs and Other Money Market
3   Instruments," "Mortgages and Mortgage-Backed
4   Securities," "Corporate Obligations and Spots,"
5   "Corporate Stocks and Options" and "Derivatives
6   and Other Contracts," correct?
7       A.   Uh-huh.
8       Q.   To your knowledge, ma'am, as someone
9   who is familiar with the GFS system, do either
10  of -- any of those six asset classes contain
11  cash?
12      A.   I don't know.
13      Q.   Or include cash?
14      A.   I don't know.
15      Q.   You don't know one way or the other?
16      A.   Yeah.
17      Q.   Are you aware that, as part of
18  Lehman's business in September of 2008, Lehman
19  had posted securities as collateral for
20  derivatives positions at various clearing
21  organizations --
22          MR. THOMAS:  Objection to form.
23      Q.   -- and exchanges?
24          Were you aware of that?
25      A.   Yes.  I mean, just like any other

Page 150

Krishnan

1
2  company, I guess they would have put collateral.
3      Q.   And do you know one way or the other,
4  ma'am, whether securities posted as collateral
5  for derivative positions would be included or
6  excluded from the assets that are under any of
7  the six GAAP asset classes within GFS?
8      A.   I don't know.
9      Q.   You referenced in your testimony
10  earlier a DBS system?
11      A.   Uh-huh.
12      Q.   Can you tell me again what that is,
13  please?
14      A.   The DBS is also called the general
15  ledger.  I don't really know what "DBS" stands
16  for.  It's called general ledger or DBS.
17      Q.   And the number for LBI is quadruple
18  zero?
19          MR. THOMAS:  Objection to form.
20      Q.   Quadruple zero, 0000?
21      A.   I think so.
22      Q.   If, and you may not know this one way
23  or the other, if LBI held securities for an
24  affiliate of LBI, do you know if those --
25  withdrawn.  Let me try again.

Page 151

Krishnan

1
2          If LBI held option positions for an
3  affiliate of LBI, would those options positions
4  be reflected in GFS under the DBS number 0000
5  for LBI or the DBS number for the relevant
6  affiliate?
7      A.   I don't know.
8      Q.   The GAAP asset class "Derivatives and
9  Other Contracts," ma'am, do you know whether
10  that includes or excludes over-the-counter
11  derivatives?
12      A.   I'm sorry?
13      Q.   The GAAP asset class within GFS of
14  "Total Derivatives and Other Contracts"?
15      A.   Uh-huh.
16      Q.   Are you with me?
17      A.   Yes.
18      Q.   Does that -- do you know one way or
19  the other whether or not that includes
20  over-the-counter derivatives?
21      A.   I don't know.
22      Q.   Could you have in front of you Exhibit
23  858, please?  Do you have it there?
24      A.   Uh-huh.
25      Q.   I believe you testified that you

Page 152

Krishnan

1
2  created this summary, correct?
3      A.   Yes.
4      Q.   And this has only long inventory
5  positions and not short inventory positions,
6  correct?
7      A.   Yes.
8      Q.   Can you tell me why you excluded from
9  this the short inventory positions?
10      A.   The purpose of this was to create a
11  report of GFS and see if these numbers tie out
12  with the other number.  I don't remember the
13  number.
14      Q.   With the numbers that are in Professor
15  Pfleiderer's declaration, Exhibit 791?
16      A.   Yes.  So these are long inventory
17  market values, right?
18      Q.   Right.
19      A.   So that's why we did not pick the
20  short inventory here.  That's why we did not
21  choose them.
22      Q.   If you wanted to create a summary
23  similar to Exhibit 858 --
24      A.   Uh-huh.
25      Q.   -- for short --

Page 153

Krishnan

1
2      A.   Uh-huh.
3      Q.   -- inventory positions with respect to
4  the same dates that are in your summaries at
5  858, how would you go about that?
6      A.   I would -- I would include the short
7  inventory instead of this long inventory, and I
8  would create a new report on it of GFS.
9      Q.   With a little more specificity, and
10  with reference perhaps to Exhibit 837, if that
11  would be helpful for you, could you tell me how
12  it is you would go about creating that report?
13      A.   837 is this Excel?  The full report?
14      Q.   Yes.
15      A.   Okay.  First of all, I did not make
16  this report from here.  I ran it from GFS
17  system.
18      Q.   Okay.  And just so the record is
19  clear, when you say "this report," you're
20  referring to Exhibit 858.
21      A.   Yes, Exhibit 858.
22      Q.   Okay.  So let's try it this way.  Can
23  you tell me with reference to -- withdrawn.
24          Would it be possible to create the
25  short inventory analog of Exhibit 858 from

Page 154

Krishnan

1
2 Exhibit 837?
3     A.   Yes, I think so.
4     Q.   Can you please tell me how you would
5 go about that?
6     A.   You would filter on the "GAAP Asset
7 Class 1 Number" and the name and you would --
8 you would pick just the "Short Inventory, TD at
9 Market Value."
10     Q.   Uh-huh.
11     A.   And then you may have to, you know,
12 like do some sort of summing or pivoting in
13 Excel, I'm not very familiar with how they do it
14 in Excel, and you would get the numbers for the
15 short inventory.
16     Q.   Could you looking at Exhibit 837,
17 could you identify the particular columns that
18 you would use in order to create the short
19 inventory analog of Exhibit 858?
20     A.   I would pick the -- 836. I would pick
21 the AB and BL and BM and probably the business
22 date -- I don't know where that is -- which is
23 BU.
24     Q.   Sticking with Exhibit 837, the column
25 BU that you just referred to includes not just

Page 155

Krishnan

1
2 the date but also the time, ma'am, you see that?
3     A.   Yeah, but I was just telling --
4     Q.   Ms. Carrero?
5     A.   -- that the time is not relevant
6 because it's based on the date I think it's some
7 formatting in Excel.
8     Q.   So there's no -- the time of 6 A.M.?
9     A.   It just --
10     Q.   -- is inaccurate?
11     A.   Yeah.
12     Q.   And separate and apart from the
13 inclusion in Deposition Exhibit 837, column BU,
14 of the 6 A.M. time, is this data reflective of
15 end of day or beginning of day prices?
16     A.   End of day.
17     Q.   And if you could turn to Exhibit 831
18 and to the last column, which is BT, again
19 headed "Business Date"?
20     A.   Uh-huh.
21     Q.   Is the answer the same to the same
22 question: Does the data in Exhibit 831 reflect
23 the values within GFS -- and I use values
24 generally speaking, not specifically
25 monetarily -- as at the end of the business day?

Page 156

Krishnan

1
2     A.   Yes, that's correct.
3     Q.   Could you have Exhibit 19 in front of
4 you briefly, please?  That's a one-page document
5 shown to you at the end of the deposition.
6        Do you have it there?
7     A.   Uh-huh.
8     Q.   You see at the top left-hand side
9 under "Assets" --
10     A.   Uh-huh.
11     Q.   -- that there are seven entries above
12 the line that says "Total," beginning with "Gov.
13 and AG"?
14     A.   Uh-huh.
15     Q.   And going down through "Cash," do you
16 see those?
17     A.   Yes. Yes.
18     Q.   With the exception of the cash, do you
19 agree that those six asset categories are
20 reflective of the six GAAP asset categories that
21 are held within GFS?
22        MR. THOMAS:  Objection to form.
23 Foundation.
24     A.   I -- I don't know.  The names are
25 different, so I'll go by the names.

Page 157

Krishnan

1
2     Q.   Which names are different, ma'am?
3     A.   I'm sorry?
4     Q.   Which names are different?
5     A.   The GAAP asset class names that I have
6 in the GFS summary report are different from
7 what they are here.
8     Q.   Do you think it's possible that these
9 are -- the entries, those six entries on Exhibit
10 19, are shorthand for the GAAP asset classes as
11 reflected in the GFS system?
12        MR. THOMAS:  Objection to form.
13 Foundation.  Calls for speculation.
14        You can answer or respond at least.
15     A.   I'm too tired.  I don't know what it
16 means.  I don't know.  I -- I really don't know.
17        MR. OXFORD:  Okay.  I have no further
18     questions.  I believe Mr. Thomas has some
19     for you.
20        MR. THOMAS:  I do.
21 EXAMINATION BY
22 MR. THOMAS:
23     Q.   Let me ask you to turn to Deposition
24 Exhibit 859, please, which is the e-mail chain
25 from Ms. Carrero.

Page 158

```
1                 Krishnan
2         At some point in 2009 were you asked
3  to run -- asked by Barclays' lawyers to run GFS
4  reports?
5         A.   Yes, that's correct.
6         Q.   Are the reports that you were asked to
7  run at that time described in Ms. Carrero's
8  e-mail here under "Report Group"?
9         A.   Uh-huh.  Balance sheet positions, yes.
10        Q.   So you recognize this report with the
11  description "Report Group," "Report Categories,"
12  "Report Type," "Report Name," "Custom Filter and
13  Dates," you recognize that as the report that
14  Barclays' attorneys asked you to run in 2009?
15        A.   That's correct, yes.
16        Q.   And did you in fact run that report?
17        A.   Yes, we did.
18        Q.   And did you provide it to Barclays'
19  lawyers?
20        A.   Yes.
21        Q.   And is it your understanding those
22  reports were provided to movants in this case?
23  Is it your understanding that those reports were
24  provided to LBHI in this case?
25        A.   Yes, it looks like it.  I see it in
```

Page 159

```
1                 Krishnan
2  the exhibits.
3         Q.   If I can ask you to turn -- That's
4  good point.  If I ask you to turn to the stack
5  of deposition exhibits which are 844 to 856.  I
6  know you were asked questions about this
7  previously.
8         Does this appear to be excerpts of the
9  reports that you ran based on the report
10  request described in Deposition Exhibit 859?
11        A.   Yes, that's correct.
12        Q.   Okay.  And looking at it up on the
13  screen, and if I could ask you to just scroll
14  down, please, so we're looking at the electronic
15  version of 844, and does this appear to be the
16  report that you ran in response to the report
17  request described in Deposition Exhibit 859?
18        A.   That's correct.
19        Q.   And did there come a time when you
20  were asked to modify the report or the filter in
21  any way?
22        A.   Yes, we were asked to modify the
23  filter so we would also include the equities in
24  this report.
25        Q.   Was that sometime in 2010?
```

Page 160

```
1                 Krishnan
2         A.   Yes.
3         Q.   And did you run such reports?
4         A.   Yes, we did.
5         Q.   And if I could ask you to look at the
6  stack of deposition exhibits that contain Depo
7  Exhibits 836 through 843, please.
8         A.   Yeah.
9         Q.   And does this appear to be extracts of
10  the reports that you were later asked to do that
11  contained equities?
12        A.   That's correct.
13        Q.   And in order to produce this report,
14  you had to modify or change the report requests
15  contained in Deposition Exhibit 859?
16        A.   Right, we had to change the filter to
17  include the LBIs and remove the exclusion that
18  it had on the equities.
19        Q.   And if I could ask you to look
20  electronically on the screen at Deposition
21  Exhibit 836?
22        A.   Uh-huh.
23        Q.   And if I could ask counsel to scroll
24  down for me, please.
25         And you're pointing at the screen.
```

Page 161

```
1                 Krishnan
2  What are you pointing to?
3         A.   "Sum Equities."
4         Q.   Okay.  And do you recognize this as a
5  report you produced in 2010 that included the
6  equities?
7         A.   That's correct.
8         Q.   And did this include all the long
9  positions in the GFS system?
10        A.   Yes, it included everything in GFS
11  with that filter, with the LBI filter.  It just
12  included everything that was in LBI.
13        Q.   Okay.  And that would be all the long
14  positions including equities?
15        A.   Yes.
16        Q.   When you produced these reports, did
17  you try to make sure you did so accurately?
18        A.   Yes, we did.
19        Q.   And you believe the reports accurately
20  reflect the data in the GFS system?
21        A.   That's correct.
22        Q.   And you were also shown Deposition
23  Exhibit 791, which is BCI Exhibit 779, and in
24  the middle of the page -- you've got it there --
25  it's a chart entitled "Summary of GFS Daily
```

Page 162

1          Krishnan
2   Exposure Report," do you see that?
3      A.   Yes.
4      Q.   At some point then were you asked to
5   ensure or to check whether these summary data
6   were consistent with the data in the GFS system?
7      A.   That's correct.
8      Q.   For good measure, let me go ahead and
9   mark Deposition Exhibit 808 -- excuse me.  Let
10  me ask that we mark BCI Exhibit No. 808 as
11  Deposition Exhibit number 861.
12         (Deposition Exhibit 861, Summary of
13  GFS Daily Exposure Reports, September 12-19,
14  2008, marked for identification, as of this
15  date.)
16         MR. THOMAS:  Let me also ask that we
17  mark BCI Exhibit No. 809 as Deposition
18  Exhibit 862.
19         (Deposition Exhibit 862, a document
20  bearing Bates Nos. BCI-EX-00302963, with
21  attachment, marked for identification, as of
22  this date.)
23         MR. OXFORD:  Just so I'm clear, Todd,
24  are these the exhibits to Professor
25  Pfleiderer's April declaration?

Page 163

1          Krishnan
2          MR. THOMAS:  I think they are
3   free-standing exhibits, although they may be
4   the exact same.
5          MR. OXFORD:  Thank you.
6      Q.   And I'm going ask you to look at -- we
7   now have three charts in front of you,
8   Deposition Exhibit 861, Deposition Exhibit 862,
9   and Deposition Exhibit 791 --
10     A.   Okay.
11     Q.   -- titled "Summary of GFS Daily
12  Exposure Report"?
13     A.   Uh-huh.
14     Q.   And if you could take a moment to
15  confirm whether the data is essentially the same
16  in the charts.
17     A.   Yes.
18     Q.   Okay.  And did you confirm that the
19  data reflected in the three deposition exhibits
20  you're looking at is accurate and accurately
21  reflects the data contained in the GFS system
22  for these dates?
23     A.   Yes, I did.
24     Q.   And as part of that effort, did you
25  create Deposition Exhibit 858?

Page 164

1          Krishnan
2      A.   Yes, that's correct.
3      Q.   And this was something you created out
4   of GFS yourself?
5      A.   Yes.
6      Q.   Did the numbers that you looked at in
7   GFS and used to create 858 match up with the
8   numbers in Deposition Exhibits 861, 862 and 791?
9      A.   Yes, they matched.
10     Q.   So do the numbers in these charts in
11  Deposition Exhibits 861, 862 and 791 accurately
12  reflect the data in the GFS system?
13     A.   Yes.
14     Q.   Are you familiar with the expression
15  "T+1"?
16     A.   Yes.
17     Q.   Would you explain what that means?
18     A.   It means trade date plus one.
19     Q.   Can you explain how that relates to
20  the Lehman GFS system as of September 2008?
21     A.   What it means is that when, for
22  September 12, the data is available the next
23  business date, which is the Monday.  "T+1"
24  actually means the trade date plus one business
25  date.  So for the 12th, the data is available

Page 165

1          Krishnan
2   for users to view on the 15th morning.
3      Q.   Let's, for example, use the date of
4   September 16.  When would the data for the 16th
5   initially, initial data, come into the system?
6          MR. OXFORD:  Objection.  Form.
7      A.   Can I answer it?
8      Q.   You can answer.
9      A.   So the data would come in on the
10  evening of September 16.  It would keep coming
11  between September 16 night and September 17
12  early morning, and by September 17, say around 8
13  A.M. or 9 A.M., the system is ready with the
14  start of day numbers.
15     Q.   And are there further adjustments that
16  are made to the September 16 numbers on the
17  17th?
18     A.   Yes.
19         MR. OXFORD:  Objection.  Form.
20     A.   Yes.  The users have the capability to
21  make adjustments on September 17 for September
22  16 data.
23     Q.   Is there a cut-off time in the system
24  for such adjustments on the day after?
25     A.   Yes.  6 P.M. is the cut-off time.

Page 166

Krishnan

1    Krishnan
2  Users usually put in adjustments before 5:30 to
3  make sure that the adjustments go through.
4      Q.    So for data, for example, on September
5  16, when would complete data on Lehman's
6  positions be available for September 16?
7      A.    Somewhere between 6 P.M. on September
8  17 and 7 P.M., somewhere between that time you
9  would have the complete data.
10     Q.    And is that what's referred to as T+1
11 because the data isn't available until the night
12 of the next day?
13     A.    We refer to it as T+1 because even the
14 start of day data is not available till, for
15 September 16, is not available until September
16 17. So it's trade date September 16 plus one,
17 September 17.
18     Q.    And the data that flows into the GFS
19 system, that's from other Lehman systems?
20     A.    Yes.
21     Q.    And several times in your testimony
22 today you have used the term "market value," and
23 we've looked at the term "market value" as used
24 in the GFS system and the GFS reports.  Do you
25 recall that?

Page 167

Krishnan

1    Krishnan
2      A.    Uh-huh.  Yes.  Sorry.
3      Q.    And what is your understanding of what
4  the term "market value" means in the GFS system
5  and as you were using it?
6      A.    My understanding is that, based on the
7  end-of-day balances and the end-of-day prices,
8  the system calculates the market value, and
9  also, the system is open for users to make any
10 adjustments to the price or the quantity, to
11 modify it in any way.
12     Q.    If we see something that says "market
13 value" in the GFS system or a GFS report, is
14 that simply a calculation of whatever price is
15 there times the quantity of the position?
16     A.    Most times that's true, but sometimes
17 there is a pricing factor or a multiplier
18 involved.
19     Q.    The price that's in the GFS system?
20     A.    Uh-huh.
21     Q.    Do you know, is that -- that price is
22 being fed into the GFS system by some other
23 system, correct?
24     A.    Sorry?
25     Q.    That price is being fed, flowed into

Page 168

Krishnan

1    Krishnan
2  GFS from some other system?
3      A.    That's correct.
4      Q.    And do you know if the price that's
5  coming into GFS is an exit or last price?
6      A.    I think --
7          MR. OXFORD:  Objection.  Form.
8      A.    I think it may be the last price
9  because we get the end-of-day balances.
10     Q.    So the "market value" phrase used in
11 GFS and the GFS reports, as you understand it,
12 would be the last price that you receive from
13 another source times the quantity of the
14 position held?
15     A.    Yes, that's my understanding.
16     Q.    You were asked earlier about a special
17 environment that was created for data as of
18 September 12, do you recall that?
19     A.    Yes.
20     Q.    And I think you were asked some
21 questions concerning whether you could --
22 whether the data for September 12 in the GFS
23 system could have been modified anytime after
24 September 15, and I just want to be specific.
25         What periods of time could the data in

Page 169

Krishnan

1    Krishnan
2  the GFS have been modified?
3      A.    For September 12, specifically, it
4  could have been modified on September 15, or at
5  the time that we set up the special environment,
6  after October 28 of 2008.
7          MR. THOMAS:  And let me go ahead and
8      mark another document.  We'll mark as
9      Deposition Exhibit 863.
10         (Deposition Exhibit 863, an e-mail
11     from Nadya Romero dated October 27, 2008,
12     with attachment, marked for identification,
13     as of this date.)
14     Q.    Were you personally involved in
15 helping set up this special environment for
16 September 12?
17     A.    Yes, I was.
18     Q.    And I've shown you a document that's
19 an e-mail chain and attachment entitled "9/12
20 Global Consolidated Close - on behalf of Alvarez
21 & Marsal"?
22     A.    Uh-huh.
23     Q.    You see it's sent to some group named
24 "DBS USERS"?
25     A.    That's right.

Page 170

Krishnan

1
2    Q.   Do you believe that you would have
3   been included as part of that group?
4       A.   I might have been included.
5       Q.   Do you recall this project that's
6   being described here in this e-mail chain?
7       A.   Yes, I was very much involved in this
8   project and but I cannot remember exactly
9   getting this e-mail because it was way back in
10   October 2008.
11       Q.   But you were personally involved in
12   this project?
13       A.   Yes, I was.
14       Q.   And at whose request was this project
15   done?
16       A.   It -- my understanding was that it was
17   done for LBHI and LBI.
18       Q.   And at the top of this it says "on
19   behalf of Alvarez & Marsal."  Did you have an
20   understanding that Alvarez & Marsal was kind of
21   running LBHI at this time?
22       A.   Yes, that's correct.
23       Q.   And in one of the recipients here, do
24   you see David Coles?
25       A.   Uh-huh.

Page 171

Krishnan

1
2       Q.   Were you aware that he was the CFO of
3   Lehman, LBHI?
4       A.   I'm not -- I'm not sure.
5       Q.   Okay.  And what was your understanding
6   of why there was a special environment being set
7   up?
8       A.   My understanding was that the input
9   data that we received for September 12 might
10   have had some problems, or on September 15, the
11   users did not probably do the adjustments that
12   they were supposed to do and that's why we had
13   to set up this whole new environment so that
14   they are able to put in adjustments for
15   September 12.
16       Q.   So normally adjustments for a
17   particular day can only be made in the GFS
18   system for the next day up until a certain time?
19       A.   That's correct.  Next day until 6 P.M.
20       Q.   And did you mention earlier something
21   about a 23-day period?
22       A.   GFS just holds the last 23 business
23   days of data, but users are not able to adjust
24   this.
25       Q.   So for someone at Lehman who stayed at

Page 172

Krishnan

1
2   Lehman after the closing of the Barclays deal on
3   September 22, those that had access to the GFS
4   prior to the closing, would they have continued
5   to have access afterwards?
6       A.   I believe so.
7       Q.   Was there anything, to your knowledge,
8   done that would have stopped that access?
9       A.   I don't think we did anything in GFS
10   to stop anybody's access.
11       Q.   And so on September 22 someone with
12   access at Lehman could go into GFS and look at
13   whatever values in the GFS system they wanted?
14       A.   Yes, I believe so.
15       Q.   And for 23 days, they could -- they
16   could go back 23 days in time to see any values
17   they wanted to in GFS?
18       A.   That's correct.  Yes.
19       Q.   This effort, this project described in
20   this e-mail, Exhibit 863, would have been more
21   than 23 days after September 12; is that
22   correct?
23       A.   That's correct.
24       Q.   Now, was this special environment set
25   up so that Alvarez and LBHI and LBI could do

Page 173

Krishnan

1
2   whatever they wanted to do with respect to
3   September 12 data?
4       MR. OXFORD:  Objection.  Form.
5   Foundation.
6       MS. CARRERO:  Same objection.
7       MR. DAKIS:  Same objection.
8       A.   Can I answer it?
9       Q.   You can answer.
10       A.   I don't know what -- I mean, I don't
11   know what they did, but what I can say is that
12   I've seen adjustments for September 12 in the
13   special environment that was set up.  So I guess
14   they did change the data after this environment
15   was set up.
16       Q.   And by "they," you're referring to
17   Lehman and Alvarez & Marsal?
18       A.   That's correct.
19       Q.   And you personally have seen those
20   adjustments?
21       A.   Yes, I've seen those adjustments.
22       Q.   Were there many adjustments?
23       A.   I think there were about 7,000
24   adjustments.
25       Q.   Now, the data that's reflected in the

Page 174

1           Krishnan
2   GFS reports that you ran and that we've
3   discussed here today and that were marked as
4   deposition exhibits, were they, the data for
5   September 12, would that reflect the adjustments
6   made to the September 12 data by Alvarez &
7   Marsal and Lehman as part of this project?
8       A.   Yes, that's correct.  We pulled the
9   September 12 data from the special environment
10  that we set up.
11          MR. DAKIS:  Objection to the form of
12      the question.
13      Q.   Now, after 23 days had passed, could a
14  user then ask your group to check the archives
15  and provide data from GFS?
16      A.   Yes, they could.
17      Q.   Was it common for there to be a
18  significant number of adjustments to pricing
19  information in the GFS system on the day after?
20      A.   Yes.
21      Q.   And were those adjustments frequently
22  significant?
23          MR. OXFORD:  Objection.  Form.
24      A.   Yes, they would -- they could
25  potentially affect the numbers.

Page 175

1           Krishnan
2       Q.   So when you were previously asked
3   about the process being automated with feeds,
4   were you not including the day-after process of
5   people going in and making adjustments to the
6   price?
7       A.   That's correct, I only included the
8   feed files that we get from the rating systems.
9           MR. THOMAS:  I have nothing further.
10  FURTHER EXAMINATION BY
11  MS. CARRERO:
12      Q.   I have a few follow-up questions for
13  you, Ms. Krishnan.
14          When Mr. Thomas asked you about
15  adjustments to the September 12 data and you
16  said something in the neighborhood of 7,000
17  adjustments had been made; is that correct?
18      A.   Somewhere in the neighborhood.  I
19  don't know the exact number.
20      Q.   And does that include adjustments that
21  were made on September 15 as well as any later
22  adjustments?
23      A.   It -- I don't think that number
24  includes the -- it's too far back.  I don't
25  remember, but I think it's the 7,000 adjustments

Page 176

1           Krishnan
2   was just in the special environment that we had
3   set up.
4       Q.   And how would you determine how many
5   adjustments had been made on September 15?
6       A.   We have a table which records on what
7   date the adjustments were made, so based on that
8   we can determine.
9       Q.   And Mr. Thomas asked you about the
10  concept of trade date plus one, do you recall
11  that?
12      A.   Yes.
13      Q.   And does trade date plus one refer to
14  only the closing of the adjustment period the
15  day after?
16      A.   The trade date plus one means that,
17  after the actual trade date, one date after the
18  actual trade date, the reports are available for
19  the trade date.  So the trade date and the
20  business date mean the same.
21      Q.   But earlier you had testified that if
22  one were to go into the system the following
23  morning, that any of the feeds into GFS would be
24  in the GFS system; is that correct?
25      A.   Yes.

Page 177

1           Krishnan
2       Q.   And so when we talk about trade date
3   plus one?
4       A.   Uh-huh.
5       Q.   Are we referring to the close of the
6   adjustment period as opposed to the availability
7   of the flow of information into GFS; is that
8   correct?
9           MR. THOMAS:  Objection to form.
10      A.   On the trade date plus one morning,
11  the reports are available, but the data keeps
12  changing continuously because of the adjustments
13  that come through during the day.
14      Q.   So if one were to access the system
15  say at 8 P.M. on September 12, is it fair to say
16  that feasibly some of the information has
17  already flowed into the system and one would be
18  able to see what systems had already flowed in?
19          MR. THOMAS:  Objection to form.
20      A.   On for -- like let's -- can we take an
21  example like September 12?
22      Q.   Sure.  So, for instance, if one were
23  to look at the GFS system at 8 P.M. on September
24  12 and say the TMS system had already fed into
25  GFS, would you be able to ascertain that that

Page 178

1          Krishnan
2   flow had happened already?
3       A.   No, we would have to have all the --
4   all the feeds in before the TMS -- before the
5   balance sheet is ready.
6       Q.   My question is not about the entire
7   balance sheet being ready, but if a moment in
8   time, say 8 P.M. on September 12, you were to go
9   into GFS --
10      A.   Uh-huh.
11      Q.   -- and look at any given CUSIP, if the
12  system -- if a system related to that CUSIP had
13  already fed in and updated a price, would you be
14  able to tell that at 8 P.M.?
15      MR. THOMAS:  Objection to form.
16      A.   See, when we get the feeds, we load
17  them into some tables and we do a lot of
18  processing after that.  So just because we got
19  one feed at 8 P.M. doesn't mean that a user is
20  able to view a report based off that feed.
21      Q.   If one were to query a specific CUSIP,
22  for instance, at 8 P.M. and that system -- that
23  CUSIP, whatever system it is that updates that
24  particular CUSIP had already fed in, would one
25  at 8 P.M. see a new price for that CUSIP?

Page 179

1          Krishnan
2       MR. THOMAS:  Objection to form.
3       A.   First of all, the system takes some
4   time.  Take, for example, September 12 night we
5   get a feed.  It takes -- it is ready for
6   September 12 viewing only after like a few hours
7   after it gets all the feeds and it processes.
8       So if you are talking about a user
9   being able to see a price that was entered at 8
10  P.M., I don't think that's possible.  They're
11  not going to be able --
12      Q.   I'm not asking about it being entered
13  at 8 P.M., I'm asking about a system that has
14  already fed into GFS.  I believe your earlier
15  testimony that was between 8 P.M. and 2 A.M., a
16  number of systems feed into GFS.
17      My question is if one of the systems
18  that feeds in around 8 P.M., if for a CUSIP
19  related to that system you were to go into GFS
20  and look at the price for that CUSIP, would you
21  be able to see the price that had just fed in
22  from whatever system populates the price for
23  that CUSIP?
24      MR. THOMAS:  Objection to form.  Asked
25  and answered.

Page 180

1          Krishnan
2       A.   I don't know if the user can see it
3   based on the feeds that got in, but GFS was
4   built to serve the European users as well as the
5   New York users, so at some point earlier in the
6   morning of September -- I mean, September 12 is
7   a Friday.  It's a bad example.  Say September
8   15.  At some point early in the morning on
9   September 16, the European users, you know, if
10  they still were looking at GFS at that point of
11  time, they would have been able to look at the
12  --
13      Q.   And so if, take, for instance, the
14  London market would be five hours ahead of New
15  York; is that correct?
16      A.   Uh-huh.
17      Q.   And so if the London office wanted to
18  see the close of day prices for, say, September
19  15, would it be your expectation they would have
20  been able to see that at UK open, you know,
21  which would have been around --
22      MR. THOMAS:  You were off by two hours
23  last time.
24      Q.   -- 4 A.M.  So around 4 A.M. New York
25  time, if someone in the UK would query the GFS

Page 181

1          Krishnan
2   system at 9 A.M. their time, would they be able
3   to see certain feeds from the previous evening's
4   close in the U.S.?
5       A.   I think that's possible.
6       Q.   Are some of the positions within GFS
7   updated by traders in other offices other than
8   just the U.S.?
9       A.   I think European users had access to
10  making adjustments, so --
11      Q.   And would you expect that their
12  adjustments, given the time difference, would
13  have been made earlier than those for anyone in
14  the U.S.?
15      MR. THOMAS:  Objection to form.
16      A.   I would -- I would expect that they
17  might have made adjustments earlier.
18      Q.   And just to confirm, all of the GFS
19  reports that you were asked to create for
20  purposes of this litigation and that were
21  produced include both long and short positions
22  within GFS; is that correct?
23      MR. THOMAS:  Objection to form.
24      A.   The full reports included the long and
25  the short positions.

Page 182

Krishnan

1
2       Q.    And in order to ascertain the price
3   for a number of the fixed income positions
4   captured within the GFS reports, you would need
5   to know the factor; is that correct?
6       A.    Yes, that's correct.
7       Q.    And do you know where the factor comes
8   from?
9       A.    I'm not sure if it's one place for all
10  the systems.  For some systems it might have
11  come in the systems feeds or for some systems we
12  might have picked it from some other source.  I
13  don't -- I don't know that, where we get it
14  exactly.
15      Q.    And how many people within your group
16  at Lehman went over to Barclays?
17      A.    Actually, all of us in New York went
18  to Barclays.
19      Q.    And did all of you go to Barclays in
20  September of 2008?
21      A.    Sometime in September, that's correct.
22      Q.    And do you know if there was any
23  trainings provided with respect to GFS to the
24  estate or any of its -- anyone left to manage
25  the estate?

Page 183

Krishnan

1
2       A.    Training for the people who were part
3   of the Lehman estate?
4       Q.    My question I guess relates to the
5   departure of your group from Barclays and how
6   was the estate brought up to speed on the
7   existence and functions of GFS?
8       A.    From the technology side, we were
9   supporting also the Lehman estate.  So if they
10  had any questions or issues, they would still
11  come to us.
12      Q.    And that would include the TSA?
13      A.    Yes.
14          MR. THOMAS:  Objection to form.
15      Q.    And so, in order for any adjustments
16  to be made to September 12 data, would it have
17  been routed through your group?
18          MR. THOMAS:  Objection to form.
19      A.    The users in the Lehman side, most of
20  them had already access to adjustments so they
21  were able to make the adjustments
22  systematically.  They didn't have to come to us
23  to enter the adjustment.
24      Q.    And who would those users have been
25  that were able to make adjustments?

Page 184

Krishnan

1
2       A.    I don't have the list with me.
3       Q.    Is it a certain group that would have
4   been making adjustments?
5       A.    I would think that they were from LBI
6   and LBHI because we made the special environment
7   for them.
8       Q.    But my question is, within those
9   entities, was it a specific group that would
10  have been making any such adjustments?
11      A.    I would think that they would be --
12  they would have been part of Financial Control
13  in Lehman who probably moved to the Lehman
14  estate and they helped in the close.
15      Q.    And just one last point of
16  clarification.  When Mr. Thomas asked you if you
17  recalled seeing the report path in Deposition
18  Exhibit 859 and whether you had been asked by
19  the lawyers to run those reports in late 2009, I
20  believe you had answered yes; is that correct?
21          MR. THOMAS:  Objection to form.
22      A.    Yes.
23      Q.    Earlier I believe that when we had
24  discussed Deposition Exhibits 844 to 856 you had
25  referenced SAM tickets and didn't recall any

Page 185

Krishnan

1
2   specific requests from anyone in particular.
3          Is it -- has that testimony changed?
4          MR. THOMAS:  Objection to form.
5       A.    No.  What I meant is this detail was
6   there in the SAM ticket when we ran the reports.
7       Q.    And do you recall being asked by
8   anyone in particular to run the report, or you
9   just saw a SAM ticket; is that your testimony?
10          MR. THOMAS:  Objection to form.
11      A.    Usually what happens is there are
12  coordinators who line up these requests in a SAM
13  ticket and let us know that there is a ticket
14  for us and request for us to generate the
15  reports, and that's what probably happened.
16      Q.    And so do you recall the lawyers
17  asking you to run the reports, or you just
18  recall a SAM ticket that had a specific report
19  path and that you ran?
20          MR. THOMAS:  Objection to form.
21      A.    I don't understand what difference it
22  makes because, you know, the SAM ticket has all
23  the details, the same details that you have in
24  this e-mail, and that's what we ran.  So when he
25  asked if this is what we ran, and this detail,

Page 186

Krishnan

1 the same detail was there in the SAM ticket, and
2 that's what we based the reports off and we ran
3 the reports.
4    Q.    And when you reran the reports with
5 the equities, did you have conversations about
6 the reports to be run or was it based solely on
7 SAM tickets with a different report path --
8        MR. THOMAS:  Objection to form.
9    Q.    -- satisfied?
10        MR. THOMAS:  Objection to form.
11    A.    We might have had conversations.  I
12 don't remember.
13    Q.    And your testimony about the reports
14 that were generated with the equities, which
15 were Deposition Exhibits 836 to 843, was that
16 the custom entity filter was removed; is that
17 correct?
18    A.    Yes, the custom filter was changed so
19 this LBI entity would include the equities.
20    Q.    And do you know if a report using the
21 custom filter that was used to generate the GFS
22 reports with equities was used regularly by the
23 product controllers at Lehman?
24        MR. THOMAS:  Objection to form.
25

Page 187

Krishnan

1    A.    I don't know.
2    Q.    And do you recall how it was
3 determined that the custom filter would be
4 changed?
5    A.    I don't know, but I think it is
6 because we had -- we didn't have -- I mean, the
7 report didn't have the equities and we found
8 that the reason is because the filter was
9 excluding them and we included the equities.
10    Q.    And do you know if the equities
11 balance sheets were created based off of GFS?
12        MR. THOMAS:  Objection to form.
13    A.    I don't know.
14        MS. CARRERO:  That's it.
15        MR. OXFORD:  I've got a couple
16 follow-up questions.
17        MR. DAKIS:  Me too, actually.
18        MR. OXFORD:  I don't mind who goes
19 first.
20        MR. THOMAS:  I'll go last.
21        MR. OXFORD:  Do you want to --
22        MR. DAKIS:  No, you might pick up on
23 it.
24 FURTHER EXAMINATION BY
25

Page 188

Krishnan

1 MR. OXFORD:
2    Q.    Ms. Krishnan, you told Mr. Thomas, I
3 believe, that the reports that you ran from GFS
4 that were marked as the deposition exhibits that
5 we looked at today, for the 12th they were run
6 from the special environment, correct?
7    A.    That's correct.
8    Q.    Is the same also true of the data in
9 these reports from the 19th of September?
10    A.    For the 19th, I'm not -- see, there
11 were no changes made to the 19th data, so the --
12 we might have pulled it from Production all the
13 special environment that we set up.
14    Q.    Can you explain what you mean by
15 "production" in that last answer?
16    A.    The Production is a GFS online system.
17    Q.    And for the data for the days between
18 the 12th and the 19th, that would have been
19 pulled from what you call the Production
20 environment, correct?
21    A.    No, between the 12th and the 19th, the
22 15th, 16th, 17th and 18th, they were not
23 available online at the time that we had got
24 this request, so we had to pull it from the data

Page 189

Krishnan

1 archive.
2    Q.    And was the 19th available online or
3 was that also needed to be pulled from the data
4 archive?
5    A.    The 19th was available online because
6 we had the special environment, but if we had
7 the 19th data from the data archive, we might
8 have pulled it from there or we might have
9 pulled it from the special environment.
10    Q.    The adjustments that you have
11 testified that were made to the GFS data between
12 the -- withdrawn.  I'll start it again.
13        You testified that certain adjustments
14 were made to the GFS data in your reports from
15 the 12th through the 19th of September, 2008?
16        MR. THOMAS:  Objection to form.
17    A.    I'm sorry?
18    Q.    Is it your testimony that adjustments
19 were only made to the September 15th data in the
20 special environment?
21    A.    The September 12th data.
22    Q.    Only September 12 data in the special
23 environment was adjusted.  The 7,000 adjustments
24 didn't relate to data from the 15th to the 19th?

Page 190

Krishnan

1
2    A.   That's correct.
3    Q.   And can you tell me how it is you're
4    aware that these 7,000 adjustments were made?
5    A.   Because we record the adjustments in a
6    table in GFS.
7    Q.   And who is "we"?
8    A.   The system.
9    Q.   The GFS automatically records any
10   adjustment made in the special environment,
11   correct?
12   A.   That's correct.
13   Q.   And does it record the user who made
14   that adjustment?
15   A.   Yes, it has a user.
16   Q.   And have you reviewed those 7,000
17   adjustments?
18   A.   No.
19   Q.   Have you reviewed any one of those
20   7,000 adjustments?
21   A.   No.
22   Q.   So how is it that you're able to
23   testify under oath that you know who made those
24   adjustments?
25   A.   This special environment was created

Page 191

Krishnan

1
2    for LBI and LBHI.
3    Q.   Uh-huh.
4    A.   And the users that made the
5    adjustments are recorded in the table, but I
6    don't think I said I am -- I said I'm guessing
7    that they would have made the adjustments.
8    Q.   Right.  But you don't know?
9         MR. THOMAS:  Objection to form.
10   A.   I don't.  I would say I would expect
11   that LBI and LBHI would have made the
12   adjustments.
13   Q.   Who from LBI do you believe has access
14   to this data?
15   A.   I don't know.
16   Q.   You couldn't identify a person from
17   LBI?
18   A.   Okay, this happened almost more than a
19   year back, so if you had asked me this question
20   in January of 2009, I might have remembered some
21   names because we used to get e-mails.  I don't
22   have a clue what e-mails we got at that time.
23   Q.   But sitting here today, you couldn't
24   identify a single person who is a representative
25   of the LBI estate who had access to the data in

Page 192

Krishnan

1
2    the special environment; is that correct?
3    A.   Right, because that's because of my
4    memory loss.
5    Q.   It happens to us all, Ms. Krishnan.
6         The reports that you and your team
7    generated that have been marked as exhibits, and
8    I'll focus specifically on Exhibits 381 and 837
9    that I asked you about earlier, is it your
10   testimony that they relate only to LBI data?
11   A.   Yes, we applied the filter to include
12   only LBI.
13   Q.   Did you or anybody operating on your
14   behalf check that data to make sure that it
15   didn't include data that relates to a Lehman
16   entity other than LBI?
17   A.   Well, we don't have to check because
18   when we run the query to include only the LBI,
19   that's what the system would do.
20   Q.   So no one ever checked, that's your
21   testimony?
22        MR. THOMAS:  Objection to form.
23   A.   We don't go there and check like so
24   many records to see if there is only LBI
25   entities.  That's the way the system is supposed

Page 193

Krishnan

1
2    to work and --
3    Q.   Okay.
4    A.   -- if the entity's here, you can
5    always check.
6    Q.   If, for example, Exhibit 837 did
7    include non-LBI entities, would you have any
8    explanation for that?
9         MR. THOMAS:  Objection to form.
10   A.   I don't know.  I would be surprised.
11   Q.   Okay.  We've got Exhibit 837 on the
12   screen here.  Do you see the column I has "DBS
13   Entity Name"?
14   A.   Uh-huh.
15   Q.   If you could drop down, there should
16   be two options so you can filter it by the two
17   values in there.  One is Lehman Brothers, Inc.,
18   correct?
19   A.   Uh-huh.
20   Q.   And that's the only entity you would
21   expect to see in there, correct?
22   A.   Actually, I would have filtered with
23   the DBS entity number, that 0000.
24   Q.   Okay.  Can you explain to me why the
25   DBS entity name LBIE is in column I?

Page 194

1              Krishnan
2    A.   I'm sorry?
3    Q.   You see above Lehman Brothers, Inc. in
4  the drop down menu from column I, there's also
5  Lehman Brothers International Europe?
6    A.   Uh-huh.
7    Q.   Can you explain to me why that is?
8    A.   I don't know.  The system goes by the
9  number, and this filter was built for the DBS
10  entity 0000, if I remember it right.
11    Q.   So if we wanted to check whether there
12  was any extraneous -- and by "extraneous," I
13  mean non-LBI data -- you would check column H,
14  the "DBS Entity"?
15    A.   Yes, I think so, but I'm still not
16  sure why the DBS entity is the same for those
17  two, you know, the number in H.
18    Q.   If I understand your last answer, you
19  don't understand why the DBS entity name for "I"
20  in column "I" includes LBIE, is that what you're
21  saying?
22    A.   I'm saying that the system goes by
23  column H, and you are having both LBIE and LBI
24  under the DBS entity 0000, and that is what we
25  filtered for and that's what we have, and I

Page 195

1              Krishnan
2  don't know why the DBS entity 0000 has two
3  different DBS entity names.
4    Q.   And you didn't check for that when you
5  were creating your report, did you?
6    A.   I based everything on this filter, and
7  this filter said probably DBS entity 0000 and
8  that's what we got.
9    Q.   Okay.  And can you just for the
10  record --
11    A.   Exhibit 859.
12    Q.   Thank you.
13       MR. OXFORD:  I don't have any further
14  questions for you, Ms. Krishnan.
15       MR. DAKIS:  Neil picked up most of
16  mine, but I just wanted to ask a couple more
17  follow-up questions.
18  FURTHER EXAMINATION BY
19  MR. DAKIS:
20    Q.   You testified earlier about a special
21  environment you created for the September 12 GFS
22  data, and you testified that Lehman Brothers
23  employees have access to that data, correct?
24    A.   That's correct.
25    Q.   Do any Barclays employees have access

Page 196

1              Krishnan
2  to that system?
3       MR. THOMAS:  Objection to form.
4    A.   I am not sure.  Any -- let me phrase
5  it any Barclays employees who were part -- who
6  were part of Lehman might have had access, but
7  any new -- any new Barclays user after the
8  actual bankruptcy wouldn't have had access.
9    Q.   Just to make sure I'm clear, if there
10  was -- let's call them a legacy employee, is
11  that okay?
12    A.   Okay.
13    Q.   If there was a legacy employee in the
14  Product Control Group, would that -- could that
15  employee have access to the September 12 GFS
16  data?
17       MR. THOMAS:  Objection to form.
18    A.   I think they might have had access.
19       MR. DAKIS:  No further questions.
20       MR. THOMAS:  A couple follow-up.
21  FURTHER EXAMINATION BY
22  MR. THOMAS:
23    Q.   Can you just describe in a little more
24  detail what you mean by "special environment"
25  just for us lawyers who don't really understand

Page 197

1              Krishnan
2  this computer stuff?
3    A.   Okay.  By "special environment," what
4  I mean is we -- the data that was saved up on
5  the evening of September 15 which was for
6  September 12 end of day, was loaded up into a
7  very similar database as the Production GFS with
8  all the functionalities that the Production GFS
9  has, and users were -- who had access to the
10  Production GFS at that time on September 12 also
11  had access to the special environment and they
12  could use the graphical user interface to modify
13  the data or run the reports for that date.
14    Q.   And it was your understanding that
15  this was done at the request of Lehman and/or
16  Alvarez & Marsal, as indicated in Deposition
17  Exhibit 863?
18    A.   Yes, that's correct.
19       MR. OXFORD:  Objection to form.
20       MS. CARRERO:  Same objection.
21       MR. DAKIS:  Same objection.
22    Q.   And was a special environment also set
23  up for September 19, 2008?
24    A.   Yes, a special environment was set up
25  for September 19.

Page 198

1        Krishnan
2      Q.   Was that done roughly in the same time
3  period of October/November 2008?
4      A.   It was done after -- after the
5  September 12th was -- I think it was done after
6  the -- our users were comfortable with September
7  12.  You know, after they finished, after they
8  were done with the September 12, they said,
9  okay, we don't need September 12 anymore to be
10 adjusted; that's the time we brought the
11 September 19 online.
12     Q.   And when you refer to "users," can you
13 describe generally what entity you're speaking
14 of?
15     A.   The LBI and LBHI.
16     Q.   So you think that September 19 live
17 environment may have been established in roughly
18 the November 2008 time period?
19     A.   I would think more like February or
20 March of 2009.
21     Q.   And do you recall there being any data
22 dumps of September 19 data in the November 2008
23 time period for any reason?
24     A.   Yes, we might have asked for a
25 September 19 dump to -- end of day dump to be

Page 199

1        Krishnan
2  loaded into the special environment.
3      Q.   Do you know someone named Dipesh
4  Patel?
5      A.   I don't remember now.
6      Q.   After the close of the Barclays
7  transaction on September 22, 2008, were there
8  any major changes done to the GFS system?
9          MR. OXFORD:  Objection.  Form.
10         MR. DAKIS:  Same objection.
11     A.   There was one major change to split
12 the entities so they would not -- the Lehman
13 entities and Barclays entities do not, you know,
14 interact with each other.
15     Q.   And when was that done, approximately?
16     A.   Probably done by the end of September.
17 Maybe in the 24th, 25th timeframe of September.
18 I'm not sure.  I don't remember the dates.
19     Q.   Did that result in any change in
20 functionality for the users in terms of how you
21 log into the system and so forth?
22     A.   It did not change anything to the
23 functionality.
24     Q.   So, on September 23, a Lehman user
25 with access to GFS could log in and use GFS the

Page 200

1        Krishnan
2  way they had previously?
3      A.   Yes.
4      Q.   And in that GFS system, that would
5  have all -- they would be able to run whatever
6  reports they wanted to run, including the type
7  of reports that we've seen today as deposition
8  exhibits?
9      A.   That's correct.
10         MR. THOMAS:  Thanks.  I have nothing
11     further.
12         MR. DAKIS:  I have just one more
13     follow-up question.
14 FURTHER EXAMINATION BY
15 MR. DAKIS:
16     Q.   Mr. Thomas just asked you when you
17 talk about the users, you know, what entity
18 generally are you speaking of, and you testified
19 the LBI or the LBHI, correct?
20     A.   That's correct.
21     Q.   Are you including in the LBI and LBHI
22 employees who were with Lehman but went to
23 Barclays after the sale?
24         MR. THOMAS:  Objection to form.
25     A.   I don't know what is included, but

Page 201

1        Krishnan
2  what I mean by LBI and LBHI is the Alvarez &
3  Marsal would be LBHI and I think LBI was some
4  other consulting company.  I don't remember
5  their name now.
6      Q.   But you testified that Barclays
7  employees, the legacy Barclays employees would
8  also have access to the September 12 system, is
9  that correct?
10         MR. THOMAS:  Objection to form.
11     A.   The legacy Barclays employees would
12 have had access, yes, that's correct.
13     Q.   So they would also be users, correct?
14         MR. THOMAS:  Objection to form.
15     A.   Well, it was not set up for them.
16     Q.   But they have access to it and can use
17 it, correct?
18     A.   Yeah, they could have used it.
19         MR. DAKIS:  Nothing further.
20 FURTHER EXAMINATION BY
21 MR. THOMAS:
22     Q.   Could you turn back to Deposition
23 Exhibit 863, please.  Could you read the subject
24 line of the e-mail chain?
25     A.   "9/12 Global Consolidated Close - on

Page 202

Krishnan

1
2  Behalf of Alvarez & Marsal."
3      Q.    And is that consistent with your
4  recollection that this project was driven in
5  part by Alvarez & Marsal?
6      A.    Yes.
7          MS. CARRERO:  Objection.
8          MR. DAKIS:  Same objection.
9          MR. THOMAS:  Thanks.
10          THE WITNESS:  One more thing, I
11  don't -- for your question, if you look at
12  this e-mail, this probably does not include
13  any user who -- legacy employees who went to
14  Barclays.  So they wouldn't even know how to
15  access the September 12 environment.
16  BY MR. THOMAS:
17      Q.    But in any event, whoever this was
18  sent to and whoever might have theoretically had
19  access, it's your understanding that this was a
20  project driven by Lehman and Alvarez & Marsal?
21      A.    Yes.
22          MR. OXFORD:  Objection to form.
23          MS. CARRERO:  Objection to form.
24          MR. DAKIS:  Objection.
25      Q.    And there's no question that Lehman

Page 203

Krishnan

1
2  and Alvarez & Marsal were involved in this
3  project and process of making any adjustments?
4          MS. CARRERO:  Objection to form.
5          MR. DAKIS:  Objection to form.
6          MR. OXFORD:  Objection to form.
7      A.    This was initiated by Alvarez & Marsal
8  and LBI, so this environment was set up for
9  them.
10      Q.    And they remain involved in the
11  project?
12      A.    Yes, that's correct.
13          MR. DAKIS:  Objection to form.
14      Q.    And do you have an understanding of
15  why they wanted to try to get a consolidated
16  close for 9/12?
17          MR. OXFORD:  Objection.
18          MR. DAKIS:  Objection.  Form.
19          MR. OXFORD:  Foundation.
20          MR. DAKIS:  Foundation.
21          MS. CARRERO:  Same objection.
22      A.    I can answer, right?
23      Q.    Yes.
24      A.    My understanding is that they, Alvarez
25  & Marsal and LBI, thought the data might have

Page 204

Krishnan

1
2  been incorrect because of the input and users
3  not looking at the data on September 15, so they
4  wanted to have the capability to make it right.
5          MR. THOMAS:  Thanks.  I have nothing
6  further.
7          MS. CARRERO:  One follow-up.
8  Hopefully I won't prompt any additional
9  questions.
10  FURTHER EXAMINATION BY
11  MS. CARRERO:
12      Q.    Is it possible to query the GFS data
13  for September 12 absent any sort of adjustment
14  that might have taken place within the special
15  environment?
16      A.    I'm sorry?  The September 12?  What
17  are you saying?
18      Q.    Is a query of GFS data for September
19  12 --
20      A.    Uh-huh.
21      Q.    -- possible using data before any
22  purported subsequent adjustments while part of
23  the special environment?
24      A.    It may be possible to do it if we are
25  able to restore the data from the night of

Page 205

Krishnan

1
2  September 15 and load it into another
3  environment, you know, like that was the data
4  before the adjustments for these took place for
5  the 863.
6      Q.    So your understanding would be that
7  the September 12 data was potentially archived
8  as well as loaded onto the special environment
9  that you testified about?
10          MR. THOMAS:  Objection to form.
11      A.    The special environment started with
12  the end of day of September 12 data, which was
13  September 15 evening.  So on September -- on the
14  actual September 15, around 7:30 P.M. the data
15  was saved somewhere.
16          So your question was can we get the
17  September 12 data without these -- the special
18  environment, right?  So if we go back to the
19  data save that we did on September 15 evening,
20  we'll be able to do that.
21      Q.    And have you undertaken any sort of
22  analysis of the September 12 data versus what
23  has been produced to us and based on your
24  testimony comes from the special environment?
25      A.    You mean if --

Page 206

1          Krishnan
2     Q.   Would you like me to rephrase?
3     A.   Yes.
4     Q.   Have you or, as far as you know, has
5  there been any analysis of the September 12 data
6  that would have been saved on September 15 --
7     A.   Uh-huh.
8     Q.   -- versus the September 12 data that
9  was produced to the movants in this matter from,
10 based on your testimony, the special environment
11 location?
12    A.   I have not done any analysis to that
13 effect.  I'm not aware of anything like that.
14        MS. CARRERO:  Nothing further.
15        MR. THOMAS:  Just one clarification.
16 FURTHER EXAMINATION BY
17 MR. THOMAS:
18    Q.   When you said the special environment
19 started with the end of day of September 12
20 data, which was September 15 evening --
21    A.   Uh-huh.
22    Q.   -- you don't mean the special
23 environment was set up right after then, do you?
24    A.   No.
25    Q.   The special environment was set up at

Page 207

1          Krishnan
2  the request of Alvarez & Marsal sometime in
3  October 2008?
4        MS. CARRERO:  Objection to form.
5        MR. DAKIS:  Objection to form.
6     A.   Yes, that's correct.
7     Q.   Okay.  So the adjustments we have been
8  discussing would not have been made between
9  September 15th and the time that the special
10 environment was set up sometime in October of
11 2008; is that correct?
12    A.   That's correct.
13       (Continued on the next page to include
14    the jurat.)

Page 208

1          Krishnan
2     Q.   So the adjustments in the special
3  environment we're talking about would have been
4  in the October 2008 period, correct?
5     A.   Yes, between October 2008 and January
6  2009.
7        MR. THOMAS:  Thank you.  Nothing
8  further.
9        MS. CARRERO:  Nothing further.
10       MR. DAKIS:  Nothing further.
11       MR. OXFORD:  Nothing further.
12       (Time Noted:  5:04 P.M.)
13            oOo
14
15
16
17
18
        _____
        UMA KRISHNAN
19
20 Subscribed and sworn to
   before me this     day
21 of      2010.
22
   _____
23
24
25

Page 209

1          Krishnan
2        CERTIFICATE
3  STATE OF NEW YORK )
                      : ss
4  COUNTY OF NEW YORK )
5     I, Kathy S. Klepfer, a Registered
6  Merit Reporter and Notary Public within and
7  for the State of New York, do hereby
   certify:
8
9     That UMA KRISHNAN, the witness whose
10 deposition is herein before set forth, was
11 duly sworn by me and that such deposition is
12 a true record of the testimony given by such
13 witness.
14    I further certify that I am not
15 related to any of the parties to this action
16 by blood or marriage and that I am in no way
17 interested in the outcome of this matter.
18    I further certify that neither the
19 deponent nor a party requested a review of
20 the transcript pursuant to Federal Rule of
21 Civil Procedure 30(e) before the deposition
22 was completed.
23    In witness whereof, I have hereunto
24 set my hand this 29th day of June, 2010.
   ------------------------------
25        KATHY S. KLEPFER, RPR, RMR, CRR, CLR

## Page 210

```
1              Krishnan
2           INDEX
3   WITNESS:        EXAMINATION BY       PAGE
4   U. KRISHNAN      Ms. Carrero     5, 175, 204
5              Mr. Oxford        139, 188
6              Mr. Thomas   157, 196, 201, 206
7              Mr. Dakis       195, 200
8   EXHIBITS:              PAGE
9   Exhibit 828, Barclays' Exhibit List      32
10  Exhibit 829, Movants' Exhibit List attached   32
11  to a June 17 e-mail from Fara Tabatabai
12  Exhibit 830 through 856, copies of various GFS  32
13  reports
14  Exhibit 857, a compilation of document     33
15  production letters from Barclays' counsel
16  producing the various GFS reports
17  Exhibit 858, Summary Reports          33
18  Exhibit 859, a letter from Kelly Carrero to   56
19  Hamish Hume dated August 7, 2009
20  Exhibit 860, a document bearing Bates Nos.    134
21  BCI-EX-(S)-00200951 through 53, with attachment
22  Exhibit 861, Summary of GFS Daily Exposure   162
23  Reports, September 12-19, 2008
24  Exhibit 862, a document bearing Bates Nos.    162
25  BCI-EX-00302963, with attachment
```

## Page 211

```
1              Krishnan
2           INDEX (Cont'd.)
3   EXHIBITS:                    PAGE
4   Exhibit 863, an e-mail from Nadya Romero     169
5   dated October 27, 2008, with attachment
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 212

```
1              Krishnan
2   NAME OF CASE:  In re Lehman Brothers Holding
3   DATE OF DEPOSITION:  June 29, 2010
4   NAME OF WITNESS:  Uma Krishnan
5   Reason Codes:
6      1. To clarify the record.
       2. To conform to the facts.
7      3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
    From _____ to _____
9
    Page _____ Line _____ Reason _____
10  From _____ to _____
11  Page _____ Line _____ Reason _____
    From _____ to _____
12
    Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15
    Page _____ Line _____ Reason _____
16  From _____ to _____
17  Page _____ Line _____ Reason _____
    From _____ to _____
18
    Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
    From _____ to _____
21
    Page _____ Line _____ Reason _____
22  From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24
25      _____
```

## A

**AA (1)**
93:7
**AB (2)**
98:6 154:21
**ability (6)**
64:15 67:13 81:21
89:7 138:19 142:22
**able (36)**
6:22 36:9 38:25 47:13
61:2 81:23 95:14
99:9 101:25 112:15
112:15 115:3,17
122:18 124:24
138:7,9 142:20
171:14,23 177:18
177:25 178:14,20
179:9,11,21 180:11
180:20 181:2
183:21,25 190:22
200:5 204:25
205:20
**absent (1)**
204:13
**Absolutely (1)**
71:9
**accept (1)**
10:24
**access (32)**
15:25 20:23 21:4 42:8
42:10 55:24 56:13
61:2 172:3,5,8,10
172:12 177:14
181:9 183:20
191:13,25 195:23
195:25 196:6,8,15
196:18 197:9,11
199:25 201:8,12,16
202:15,19
**account (10)**
21:2,25 22:15 23:25
24:4,13 65:21 83:2
83:3 148:5
**accounts (1)**
135:20
**accrued (2)**
83:9,17
**accuracy (2)**
42:24 43:4
**accurate (1)**
163:20
**accurately (4)**
161:17,19 163:20
164:11
**acquired (2)**
8:14 80:2

**acquisition (2)**
8:11 17:25
**action (1)**
209:15
**actual (12)**
15:10 49:6 51:25
115:14 122:19
124:2 125:19 144:2
176:17,18 196:8
205:14
**added (3)**
103:14,23 105:5
**addition (4)**
25:23 74:7 81:13
102:23
**additional (5)**
22:2 39:2 103:14
146:13 204:8
**adjust (1)**
171:23
**adjusted (7)**
21:24 22:16,19 23:3
117:15 189:24
198:10
**adjustment (33)**
20:19,21 21:7,16,21
21:24 22:5,8,10,23
23:6,8 42:8,10
94:23 96:3,3 113:4
113:6,7 114:13,14
114:19 115:5,10,14
117:2 176:14 177:6
183:23 190:10,14
204:13
**adjustments (85)**
20:23,25 21:4,18,22
84:7,9 95:11 113:12
113:13,15,19,23
114:2,21 115:3,8,17
115:19,22,24 116:6
116:12,18,22 117:2
117:8,12,25 118:2
138:11,13,18
165:15,21,24 166:2
166:3 167:10
171:11,14,16
173:12,20,21,22,24
174:5,18,21 175:5
175:15,17,20,22,25
176:5,7 177:12
181:10,12,17
183:15,20,21,25
184:4,10 189:11,14
189:19,24 190:4,5
190:17,20,24 191:5
191:7,12 203:3

204:22 205:4 207:7
208:2
**Administered (1)**
1:8
**administrators (1)**
44:2
**affect (2)**
138:19 174:25
**affidavit (2)**
120:12 121:6
**affiliate (3)**
150:24 151:3,6
**afternoon (2)**
100:2 139:15
**AG (1)**
156:13
**agencies (10)**
110:18 111:3,16,19
112:7 127:6,11
128:11 130:12
148:21
**ago (1)**
148:13
**agree (1)**
156:19
**agreements (1)**
131:13
**ahead (7)**
9:7 10:18 70:14
127:19 162:8 169:7
180:14
**al (1)**
1:8
**Alvarez (15)**
169:20 170:19,20
172:25 173:17
174:6 197:16 201:2
202:2,5,20 203:2,7
203:24 207:2
**Amina (2)**
4:16 5:19
**amortization (1)**
79:17
**amortizing (1)**
79:18
**amount (3)**
78:17 79:12 99:5
**amounting (1)**
131:12
**analog (2)**
153:25 154:19
**analysis (3)**
205:22 206:5,12
**analyze (1)**
42:24
**analyzing (1)**

95:2
**and/or (1)**
197:15
**answer (28)**
6:11 10:18,20 15:18
16:5,11 21:11 25:20
60:7 70:14 105:24
124:8,18,24 125:9,9
139:22 143:3 146:7
155:21 157:14
165:7,8 173:8,9
188:16 194:18
203:22
**answered (2)**
179:25 184:20
**answering (3)**
6:18 12:13 14:21
**answers (1)**
6:22
**anybody (3)**
10:7,10 192:13
**anybody's (1)**
172:10
**anymore (3)**
39:23 40:3 198:9
**anytime (1)**
168:23
**apart (1)**
155:12
**appear (5)**
33:14 126:6 159:8,15
160:9
**appears (1)**
147:2
**applied (4)**
22:11 38:7 101:6
192:11
**apply (1)**
65:2
**appropriate (1)**
6:19
**approval (1)**
37:10
**approvals (1)**
49:11
**approximately (1)**
199:15
**April (16)**
49:17 71:18 73:22
75:4 76:14 100:13
102:22 103:5,12
105:2 106:19
110:10,13 111:11
119:6 162:25
**April-produced (2)**
104:9 105:13

**archive (11)**
40:9,12 41:5,19 43:14
43:18,22 44:9 189:2
189:5,8
**archived (2)**
44:5 205:7
**archives (1)**
174:14
**arrive (1)**
128:16
**arrived (1)**
118:25
**arriving (1)**
126:5
**ascertain (2)**
177:25 182:2
**asked (27)**
36:7 92:16 118:24
158:2,3,6,14 159:6
159:20,22 160:10
162:4 168:16,20
175:2,14 176:9
179:24 181:19
184:16,18 185:7,25
191:19 192:9
198:24 200:16
**asking (15)**
10:19 41:14 54:14,18
72:4 79:24 85:7,10
86:25 87:2 92:22
143:9 179:12,13
185:17
**asset (66)**
84:15,16,16,19,21,23
84:24 85:3,8,10,11
85:11,13,14 108:17
108:21,22 109:5,22
109:22 111:2,17
112:2,5,12,16,22
113:5 120:3,5 126:7
127:3,14,15 130:9
130:11,17 131:11
132:15,15,22 133:5
133:6 134:17 135:4
135:17,19 146:19
146:24,25 147:6,13
147:19,24 148:2,4
148:14 149:10
150:7 151:8,13
154:6 156:19,20
157:5,10
**assets (2)**
150:6 156:9
**assign (1)**
96:13
**assigned (4)**

96:20 97:8 146:23
146:25
**assist (1)**
7:19
**assistance (2)**
10:15 47:18
**assistant (2)**
7:10 8:20
**associated (2)**
112:6 120:5
**Assumes (1)**
70:21
**attached (4)**
32:10,15,18 210:10
**attachment (7)**
134:11 162:21 169:12
169:19 210:21,25
211:5
**attempt (1)**
139:3
**attention (4)**
95:9,23 118:4 129:16
**attorneys (17)**
3:6,13 4:5,12 9:20,24
10:4,8 55:23 56:2
70:24 107:24,25
109:10 118:13
139:19 158:14
**attorney-client (3)**
124:10,22,25
**attribute (2)**
91:6,9
**AU (2)**
78:12,12
**August (4)**
56:20 57:23 74:2
210:19
**automated (11)**
13:16 28:17,24 30:6,8
30:10,14,17 31:7,9
175:3
**automatic (1)**
29:16
**automatically (3)**
29:24 99:8 190:9
**AV (6)**
78:12 98:4,7,8,22
128:20
**availability (1)**
177:6
**available (22)**
39:22 40:2,11 42:21
44:14 46:17 49:9
78:3 80:16 81:24
117:25 164:22,25
166:6,11,14,15

176:18 177:11
188:24 189:3,6
**Avenue (1)**
4:6
**aware (8)**
106:12 119:14 144:6
149:17,24 171:2
190:4 206:13
**awful (1)**
68:15
**AX (2)**
83:6,7
**AY (4)**
83:14 98:10,11
128:14
**AZ (3)**
98:11,11 128:14
**a.m (15)**
2:3 30:25 50:23,24
129:6,8,12 155:8,14
165:13,13 179:15
180:24,24 181:2

———————————
**B**
**B (3)**
135:23 136:4,14
**BA (4)**
58:8 66:24 70:4
104:19
**back (18)**
9:13 19:18 39:2 51:7
122:21,23 123:19
123:22 125:13,23
127:7 129:16 170:9
172:16 175:24
191:19 201:22
205:18
**bad (1)**
180:7
**Bal (1)**
59:3
**balance (25)**
52:15,21,25 53:5,12
59:2,7,10,12,14,20
61:5 84:14 89:13
104:11 131:5,19,21
132:15,21 133:13
158:9 178:5,7
187:12
**balances (10)**
12:6 23:21,22,23,24
133:25 134:2
143:25 167:7 168:9
**Bank (6)**
11:5 14:7,8,12,15
18:23

**bankruptcy (2)**
1:2 196:8
**Barclays (57)**
3:13 6:2 7:4,23,24 8:3
8:13,23,24 10:12
11:2 12:21 15:19
16:6 17:21,25 18:8
18:17 32:4,9,10
33:6,10,15,18 48:10
48:23 51:19 55:6
56:8,25 59:23 60:5
60:14 68:5,24
119:16 158:3,14,18
172:2 182:16,18,19
183:5 195:25 196:5
196:7 199:6,13
200:23 201:6,7,11
202:14 201:9,15
**base (1)**
65:25
**based (25)**
17:3 49:11 62:2 67:16
84:20 85:21 86:10
97:11 108:16
109:18,20 120:12
121:6 130:8 155:6
167:6 176:7 178:20
180:3 186:3,7
187:12 195:6
205:23 206:10
**basis (6)**
39:7 53:19 61:22 62:2
133:14 137:18
**batch (1)**
14:20
**batches (2)**
13:16,16
**Bates (10)**
48:14 68:4,25 69:17
74:3,5 134:10
162:20 210:20,24
**Bates-stamped (1)**
34:11
**Battery (1)**
4:13
**BCI (23)**
45:9,16,17,19 46:3,5
46:8 48:10 50:4
51:5,7 55:8,12 68:4
68:13,25 73:20,25
108:8 132:8 161:23
162:10,17
**BCI-EX (3)**
134:10,19 210:21
**BCI-EX-00116255 ...**
74:6

**BCI-EX-00302963 ...**
162:20 210:25
**bearing (4)**
134:10 162:20 210:20
210:24
**beginning (2)**
155:15 156:12
**behalf (5)**
6:2 169:20 170:19
192:14 202:2
**believe (19)**
51:19 57:8 97:23
102:10 110:21
111:5 112:19
145:20 151:25
157:18 161:19
170:2 172:6,14
179:14 184:20,23
188:4 191:13
**belong (1)**
116:16
**belonging (1)**
58:21
**best (1)**
6:8
**BF (1)**
83:19
**BH (3)**
84:17 112:25 114:14
**BI (1)**
84:17
**bid (1)**
80:2
**big (3)**
71:11 108:18 109:18
**billion (2)**
111:23,24 112:3
118:23,25 131:12
**bit (3)**
27:14 76:13 121:5
**BJ (1)**
84:17
**BK (3)**
111:6 146:14,18
**BL (5)**
111:14,16 127:13
147:2 154:21
**blood (1)**
209:16
**Bloomberg (3)**
26:8,11,16
**BM (6)**
111:14,15 112:12
127:13 147:12
154:21
**Boies (2)**

3:12 5:25
**books (1)**
53:12
**Boulevard (1)**
3:14
**box (3)**
131:23 132:2,4
**BPM (10)**
85:24 86:3,6,20 87:3
91:3 134:17 135:4
135:12,25
**BPMs (1)**
135:21
**BQ (1)**
96:10
**break (14)**
6:17,19 50:19,22 51:2
68:16 72:21,25
99:12 121:4 124:19
125:4,7,8
**briefly (1)**
156:4
**Broker (2)**
26:4,22 27:3
**Brothers (15)**
1:7 3:6 5:10 11:3 12:2
31:13 132:14,21
133:20 134:4
193:17 194:3,5
195:22 212:2
**brought (3)**
116:14 183:6 198:10
**BT (1)**
155:18
**BU (3)**
154:23,25 155:13
**bucket (1)**
73:9
**build (4)**
14:8,12 65:8 66:2
**built (11)**
13:23 16:23 25:12
62:8,17 101:13
123:14 125:16,18
180:4 194:9
**business (18)**
8:15 25:18 40:4 41:10
41:21 129:3,8,9
135:13 138:15
149:18 154:21
155:19,25 164:23
164:24 171:22
176:20
**businesses (2)**
8:17 12:2
**button (1)**

**B-S (4)**
58:8 66:24 70:4
104:19

**C**
**C (2)**
3:3 4:2
**calculate (5)**
24:19 98:14,18,21
128:22
**calculated (1)**
24:21
**calculates (2)**
126:17 167:8
**calculation (2)**
25:5 167:14
**call (11)**
28:13,20 29:2,4,5,6
29:13 48:14 81:22
188:20 196:10
**called (17)**
5:2 11:4 14:7,11 27:6
27:17 28:12 29:5
37:8,16 59:3 62:11
131:20 134:5
143:13 150:14,16
**calls (3)**
11:15 141:12 157:13
**CAMILLE (1)**
3:18
**capability (7)**
63:2,17 88:23,24
137:6 165:20 204:4
**capitals (1)**
102:3
**capture (4)**
21:22 79:12,21 86:14
**captured (8)**
60:11 61:11 80:19
101:11 112:18
126:23 136:15
182:4
**captures (3)**
23:11 39:17 60:3
**capturing (2)**
23:16 24:10
**care (1)**
31:5
**Carrero (62)**
3:9 5:7,9 6:4 10:24
33:25 34:5,10,17,21
46:25 47:9,12,22
48:8 50:21,25 56:20
57:8,11 68:6,18
71:9,14 72:6,15,20
73:10,17 74:5 77:9

77:13 78:4,5 93:22
99:11 100:7 124:17
137:21 138:2,4
139:10 140:6 146:9
147:9 155:4 157:25
173:6 175:11
187:15 197:20
202:7,23 203:4,21
204:7,11 206:14
207:4 208:9 210:4
210:18
**Carrero's (2)**
140:19 158:7
**case (8)**
1:7 92:12 117:5,7
121:10 158:22,24
212:2
**cases (6)**
24:18,23 38:4,22,23
91:16
**cash (6)**
148:10,11 149:11,13
156:15,18
**categories (12)**
61:3 84:19,22,23 85:6
85:13 120:3,9
148:20 156:19,20
158:11
**category (19)**
60:21,23 61:7,10 63:3
63:18 64:24 65:13
84:16,16,16 85:8,11
85:11,12,14 89:13
104:13 120:6
**CDs (4)**
120:10,10 130:13
149:2
**certain (7)**
50:13 99:5 145:6
171:18 181:3 184:3
189:14
**certainty (1)**
123:9
**CERTIFICATE (1)**
209:2
**Certified (2)**
2:10,11
**certify (3)**
209:8,14,18
**cetera (3)**
53:25 54:12 144:8
**CFO (1)**
171:2
**chain (7)**
57:7,9,16 157:24
169:19 170:6

201:24
**change (21)**
14:7 18:13,15,16 39:3
42:16 53:18,20
66:16,18,20 80:16
105:3 113:8 138:10
160:14,16 173:14
199:11,19,22
**changed (12)**
53:15 54:7 103:8,19
105:5 129:24 130:2
130:7,9 185:3
186:19 187:5
**changes (12)**
7:19 13:8,10 17:24
18:3,4,9,11 24:24
43:10 188:12 199:8
**changing (8)**
12:23 13:3 14:3,12,14
42:5,13 177:12
**Chapter (1)**
1:6
**characterization (1)**
34:15
**characterized (1)**
112:23
**chart (1)**
161:25
**charts (3)**
163:7,16 164:10
**check (13)**
22:15 114:25 142:22
142:23 162:5
174:14 192:14,17
192:23 193:5
194:11,13 195:4
**checked (2)**
116:16 192:20
**checking (1)**
43:3
**choose (2)**
106:9 152:21
**Civil (1)**
209:21
**clarification (2)**
184:16 206:15
**clarify (3)**
77:14 125:9 212:6
**clarity (2)**
97:21,25
**class (34)**
108:22 109:5,22,22
111:2,17 112:2,6,12
112:23 113:5 120:5
126:7 127:3,14,15
130:9 132:15 133:5

133:6 134:17 135:4
146:19,24 147:2,13
147:19,24 148:2,4
151:8,13 154:7
157:5
**classes (11)**
20:11 84:24 108:17
112:16 130:11,18
147:6 148:14
149:10 150:7
157:10
**classify (1)**
85:3
**clean (7)**
83:5,8,10 98:11,23
99:5 128:12
**clear (5)**
34:14,25 153:19
162:23 196:9
**clearer (2)**
23:15 72:17
**clearing (1)**
149:20
**click (2)**
17:2 89:2
**close (10)**
33:17 34:7 169:20
177:5 180:18 181:4
184:14 199:6
201:25 203:16
**closed (5)**
115:22,24,25 116:7
117:3
**closing (3)**
172:2,4 176:14
**CLR (2)**
1:24 209:25
**clue (1)**
191:22
**code (4)**
15:4 25:13 65:22
94:21
**coded (1)**
29:20
**Codes (1)**
212:5
**Coles (1)**
170:24
**collateral (3)**
149:19 150:2,4
**collateralized (1)**
131:13
**column (97)**
22:3,6 66:4 70:9
71:20 78:10,11,12
78:12 79:11 81:11

81:14,23 82:5,12
83:5,6,6,7,13,14,18
83:19 84:8,15 85:17
85:23,24,25 86:2,3
86:12,14,18 87:7,16
87:17,18 88:8,10
89:12,15 91:5 92:2
92:3 93:7,14,18,25
94:2 96:7,8,10,10
98:6 101:22 102:4,8
102:9 110:3,3,7,8
111:5,6,6,14 112:3
112:12,25 113:3
114:14 126:11,17
127:12,20,22
128:14 129:4 133:4
135:23 136:4,14
146:10,14,18 147:2
147:12 154:24
155:13,18 193:12
193:25 194:4,13,20
194:23
**columns (20)**
81:17,20,24,25 84:17
86:10,19,24 87:2,10
90:25 91:2,22 93:4
97:12,16,18 124:4
135:5 154:17
**come (21)**
15:23 16:3 30:23 34:4
39:2 60:12 82:23
94:18 95:8,13,15,22
115:5 138:11
159:19 165:5,9
177:13 182:11
183:11,22
**comes (4)**
60:24 110:3 182:7
205:24
**comfortable (1)**
198:6
**coming (2)**
165:10 168:5
**comment (1)**
114:13
**Committee (2)**
4:5 5:24
**common (2)**
54:6 174:17
**communicate (1)**
38:24
**communicated (1)**
119:10
**communications (1)**
124:10
**company (2)**

150:2 201:4
**compare (2)**
121:24 144:6
**compared (1)**
89:19
**comparing (1)**
122:7
**comparison (5)**
89:23 124:19 125:11
125:16 144:2
**compilation (3)**
33:5,8 210:14
**complete (2)**
166:5,9
**completed (2)**
116:22 209:22
**completely (2)**
41:23 103:7
**component (1)**
67:8
**components (2)**
66:17 70:18
**computer (3)**
142:23 143:2 197:2
**concept (1)**
176:10
**concern (1)**
94:11
**concerning (1)**
168:21
**conclusively (1)**
145:16
**condition (1)**
91:18
**conditions (1)**
91:21
**confirm (5)**
51:20 94:9 163:15,18
181:18
**confirmation (1)**
100:15
**confirmed (2)**
119:4 122:11
**conform (1)**
212:6
**confused (2)**
29:15 116:24
**confusion (2)**
77:15 124:12
**connection (6)**
36:20 44:20 102:12
102:17 107:4 139:3
**consequence (1)**
95:7
**considered (1)**
97:5

**consistent (3)**
159:9 162:6 202:3
**consolidated (3)**
169:20 201:25 203:15
**constitute (1)**
103:3
**consulting (1)**
201:4
**contain (6)**
37:23 145:11 148:8
148:10 149:10
160:6
**contained (12)**
43:2 52:9 121:15
123:3 126:14
143:19 145:19
146:5 148:16
160:11,15 163:21
**contents (1)**
119:21
**context (1)**
135:24
**continue (1)**
8:17
**continued (2)**
172:4 207:13
**continuously (1)**
177:12
**Contracts (4)**
130:17 149:6 151:9
151:14
**control (20)**
61:4,8,17,18,20,24
62:19,20,22 63:2,8
63:12 104:14 106:4
106:4 137:11,12,13
184:12 196:14
**controller (3)**
62:25 63:6 95:19
**controllers (12)**
7:25 8:2 12:7,8 13:11
13:12 63:16 94:16
94:17 95:9 137:14
186:24
**Cont'd (3)**
4:2 100:6 211:2
**convention (1)**
99:4
**conversations (4)**
9:24 10:22 186:6,12
**coordinator (1)**
56:9
**coordinators (1)**
185:12
**copies (6)**
32:23 33:2 34:12 47:9

47:14 210:12
**copy (5)**
32:9,14 35:3 74:18
78:6
**Corporate (5)**
130:14,15 136:7
149:4,5
**correct (173)**
15:20 16:7 18:21
19:24 23:9 24:16,22
25:8 29:18 30:3,4
31:16,17 42:2 43:15
43:16 49:20,21 50:5
50:6 51:24 52:2
54:22 58:9,10,15,16
60:16 63:14 66:5
67:2 69:2,18 70:12
70:19 72:5 75:20,21
76:18 77:25 78:23
78:24 82:6,7 89:5
90:5,15,20 94:10
96:3 97:5 99:2,3
101:11,19 102:24
102:25 104:11,12
104:14,15,17,20,21
106:10,14,24,25
110:5 111:12,13
113:25 114:7,16
117:4,18,20,21
118:17 122:8 123:4
123:12,16 125:21
125:24,25 126:12
126:13 127:16
128:3,5 129:14,15
130:19 132:16
135:8,15,18 137:14
138:22,23 142:17
143:4,5,16,17
144:20,21 147:3,4,9
147:10,24 148:17
148:23 149:6 152:2
152:6 156:2 158:5
158:15 159:11,18
160:12 161:7,21
162:7 164:2 167:23
168:3 170:22
171:19 172:18,22
172:23 173:18
174:8 175:7,17
176:24 177:8
180:15 181:22
182:5,6,21 184:20
186:18 188:7,8,21
190:2,11,12 192:2
193:18,21 195:23
195:24 197:18

200:9,19,20 201:9
201:12,13,17
203:12 207:6,11,12
208:4 212:7
**correctly (2)**
23:6 89:21
**correspond (9)**
46:9 48:22 50:4 51:5
55:17 68:11,13,21
120:3
**corresponding (4)**
35:5 112:3 113:5
136:7
**corresponds (10)**
45:16,17,20 46:25
58:11 69:21 73:5,20
73:25 132:8
**corrupted (2)**
90:11,15
**counsel (18)**
5:12 10:23 32:11 33:6
33:10,15,18 50:18
51:20,23 56:5,25
57:5 77:13,21
100:16 160:23
210:15
**COUNTY (1)**
209:4
**couple (5)**
138:2 146:13 187:16
195:16 196:20
**course (1)**
130:4
**court (2)**
1:2 6:21
**courtesy (1)**
34:3
**cover (2)**
46:15 48:20
**covers (1)**
71:20
**create (16)**
53:4,5 64:16,17,20
118:24 123:20,22
152:10,22 153:8,24
154:18 163:25
164:7 181:19
**created (14)**
67:25 69:5,7 104:4
119:3 121:14
122:24 140:6 152:2
164:3 168:17
187:12 190:25
195:21
**creates (2)**
63:24 66:19

**creating (3)**
64:25 153:12 195:5
**creation (1)**
131:5
**Creditors (2)**
4:5 5:24
**Cross (1)**
58:8
**CRR (2)**
1:24 209:25
**currency (1)**
27:10
**current (5)**
7:3 12:20 15:19 16:6
79:23
**currently (1)**
8:3
**CUSIP (24)**
27:19 85:24 86:3,6,21
87:4 91:4 96:8,11
96:17 97:2 126:19
126:20 127:2,4
178:11,12,21,23,24
178:25 179:18,20
179:23
**CUSIPs (6)**
53:18,22,24 129:18
129:23,23
**custom (31)**
62:5,7,14,14,16 63:7
63:13,21 64:13,25
67:8 75:24 82:4
103:16,24 104:16
104:22,23,24 105:4
105:4,7,8,12 106:9
106:13 158:12
186:17,19,22 187:4
**customize (2)**
62:17 137:7
**cut-off (4)**
34:19 117:16 165:23
165:25

**D**

**daily (13)**
12:6 39:7,16 137:18
141:2,12 142:2,4,11
161:25 162:13
163:11 210:22
**Dakis (24)**
4:9 5:21,22 173:7
174:11 187:18,23
195:15,19 196:19
197:21 199:10
200:12,15 201:19
202:8,24 203:5,13

203:18,20 207:5
208:10 210:7
**Dan (1)**
19:11
**data (163)**
7:17 8:16 11:15 13:22
27:5 28:13 37:9
38:8,9 40:10,13,22
40:23 41:4,14,24,25
42:6,14,17 43:2,7
43:10,11,18 44:5,9
52:8 55:21 67:13
76:23 80:23 81:3,16
89:18 90:14 92:19
94:9,11 95:2 97:11
101:7,12,13 102:23
102:24 109:21
110:21 114:6,7,13
114:24,25 115:14
115:19 116:19
117:9,15,20,23,24
120:12 121:7
123:10,15 125:14
129:10,13 133:24
136:11 138:6,21
139:3 144:6,13,18
144:22 145:6,6,11
145:18,23 146:4
148:16 155:14,22
161:20 162:5,6
163:15,19,21
164:12,22,25 165:4
165:5,9,22 166:4,5
166:9,11,14,18
168:17,22,25 171:9
171:23 173:3,14,25
174:4,6,9,15 175:15
177:11 180:12
183:16 188:9,12,18
188:25 189:4,8,8,12
189:15,20,22,23,25
191:14,25 192:10
192:14,15 194:13
195:22,23 196:16
197:4,13 198:21,22
203:25 204:3,12,18
204:21,25 205:3,7
205:12,14,17,19,22
206:5,8,20
**database (8)**
12:16,17 13:25 42:21
44:2,6 58:25 197:7
**date (76)**
8:10 22:18,20,22

23:21,21,22 32:6,20
33:3,12,22 38:9
39:12 40:11 41:3,13
43:12 44:15 45:19
55:20 56:22 66:4
71:16 78:11,13,15
78:23 79:2,5 82:8
82:15,24 85:21 91:4
93:25 94:2 98:3
110:2 113:24
114:23 115:4 129:3
129:8,9 133:25
134:2,12 138:16
154:22 155:2,6,19
162:15,22 164:18
164:23,24,25 165:3
166:16 169:13
176:7,10,13,16,17
176:17,18,19,19,20
177:2,10 197:13
212:3
**dated (6)**
35:9 55:9 56:20
169:11 210:19
211:5
**dates (15)**
18:20 39:22 40:5 41:2
43:18 49:7,7,9
116:20 139:7
144:24 153:4
158:13 163:22
199:18
**David (1)**
170:24
**day (51)**
2:6 3:5 5:10,15 23:2
24:2 29:7,8,10
30:25 54:10 80:9
94:18 113:13,24
114:3,8 117:13,17
117:23 129:13,23
138:6,10,15 143:25
144:3,23,24 145:2
155:15,15,16,25
165:14,24 166:12
166:14 171:17,18
171:19 174:19
176:15 177:13
180:18 197:6
198:25 205:12
206:19 208:20
209:24
**Daylas (4)**
9:4 19:5,5,8
**days (10)**
41:10,21 54:20

129:18 171:23
172:15,16,21
174:13 188:18
**day-after (1)**
175:4
**day-to-day (8)**
7:18 11:6 12:9,11,19
53:15,19 92:19
**DBAs (4)**
40:18,20 43:23,25
**DBS (19)**
134:6 150:10,14,15
150:16 151:4,5
169:24 193:12,23
193:25 194:9,14,16
194:19,24 195:2,3,7
**deal (1)**
172:2
**debt (1)**
83:23
**Debtors (1)**
1:9
**debug (1)**
94:20
**decided (1)**
8:17
**decimals (1)**
99:6
**declaration (6)**
119:22 120:2 122:4
141:10 152:15
162:25
**defaults (1)**
64:24
**define (1)**
67:15
**definitely (1)**
54:3
**deliberate (1)**
95:8
**deliberately (1)**
95:21
**deliver (1)**
30:14
**Department (1)**
106:3
**departure (1)**
183:5
**depending (2)**
13:7,22
**depends (5)**
13:21 25:3 30:22
65:17 66:21
**Depo (1)**
160:6
**deponent (1)**

209:19
**deposed (1)**
6:6
**deposition (170)**
1:13 2:5 9:18 10:5,9
32:4,8,13,17,22,25
33:4,8,13,20 34:4
35:3,13,13 36:5,24
45:7,14,15,16,18,20
46:3,10 47:10 48:18
48:19 49:2,4,4 50:3
51:4,7 54:25,25
55:5,13,15,18 56:19
56:24 57:21,24 58:5
58:14,18 60:19 63:9
63:20 66:7 67:24,24
68:2,8,10,12,19
69:4,6,10,12,20
70:2,11 71:2,6 72:4
73:4,12,19,24 74:11
74:17,20 75:2,12,19
77:5 78:7 83:15,20
84:18 85:17 93:8
98:5 100:20,25
103:13,15 104:9
105:13 106:19
108:5,7,9,22 110:22
111:8,11 112:10,22
118:5,16 119:23
120:16,24 121:12
121:12,18 122:4
123:11,18,21 124:3
125:19 129:5,17
130:21 132:7 134:9
134:14 136:16,23
138:25 139:16
140:14 141:17,22
142:10 155:13
156:5 157:23 159:5
159:10,17 160:6,15
160:20 161:22
162:9,11,12,17,19
163:8,8,9,19,25
164:8,11 169:9,10
174:4 184:17,24
186:16 188:5
197:16 200:7
201:22 209:10,11
209:21 212:3
**derivative (1)**
150:5
**derivatives (7)**
130:16 149:5,20
151:8,11,14,20
**derive (1)**
84:24

**derived (1)**
84:19
**describe (4)**
91:8 108:14 196:23
198:13
**described (8)**
45:10 48:12 107:15
158:7 159:10,17
170:6 172:19
**description (3)**
27:10 104:6 158:11
**descriptions (1)**
46:7
**detail (7)**
46:19 85:15 103:22
185:5,25 186:2
196:24
**detailed (11)**
35:8 58:8 66:24 69:16
70:4 85:5,8,9,12
104:20 141:11
**details (3)**
107:17 185:23,23
**detected (2)**
94:16 96:2
**determine (9)**
38:2 61:10 69:24
74:19 101:2,22
126:25 176:4,8
**determined (2)**
25:17 187:4
**determining (2)**
25:10 128:7
**differ (2)**
71:3 87:22
**difference (2)**
181:12 185:21
**differences (1)**
54:3
**different (35)**
11:25 13:5,6 15:2
20:9,10 28:18 41:23
47:21 48:6 54:10,15
54:16,19,20 58:21
66:24 67:2 77:15
85:3 96:8,18,20
103:8,10 120:7
130:5 136:3 147:18
156:25 157:2,4,6
186:8 195:3
**differently (1)**
67:6
**Dipesh (1)**
199:3
**directly (2)**
20:14 95:24

**dirty (6)**
83:13,16 98:12,23
99:5 128:13
**discovery (2)**
33:17 34:7
**discrete (1)**
91:9
**discretion (1)**
38:2
**discuss (2)**
34:10 72:16
**discussed (14)**
28:6 43:14,15 50:9
56:3 66:8 67:23
71:4 72:24 102:21
124:4 125:4 174:3
184:24
**discussing (4)**
51:3 100:9 110:4
207:8
**Discussion (3)**
72:19 77:12 93:23
**distinct (2)**
102:12 103:4
**distinguishing (1)**
80:6
**DISTRICT (1)**
1:3
**division (7)**
102:2,6,7,9 103:18
135:25 136:3
**divisions (3)**
135:23 136:6,13
**doable (1)**
13:8
**document (25)**
33:5,9,23 45:24 57:4
91:9 108:10,12,15
118:9,11 130:22,24
132:9,14 134:9,16
134:18 156:4
162:19 169:8,18
210:14,20,24
**documents (10)**
31:12 33:17,25 45:22
48:4 73:14 139:17
139:18,20,25
**doing (6)**
28:20 36:13 103:2
110:14 139:5,8
**double (1)**
143:15
**drag (2)**
81:23,25
**drive (1)**
74:13

**driven (2)**
202:4,20
**driving (1)**
74:16
**drop (4)**
81:23,25 193:15
194:4
**duly (2)**
5:3 209:11
**dump (2)**
198:25,25
**dumps (1)**
198:22
**duties (5)**
7:4,12,15 12:10 31:21

---

**E**

**E (4)**
3:3,3 4:2,2
**earlier (20)**
28:6 30:23 65:7 95:17
106:22 116:24
127:12 138:12
144:12 150:10
168:16 171:20
176:21 179:14
180:5 181:13,17
184:23 192:9
195:20
**early (2)**
165:12 180:8
**ease (2)**
61:6 63:4
**easier (3)**
6:10 60:25 74:14
**easily (1)**
61:2
**East (3)**
2:7 3:7,14
**effect (1)**
206:13
**effort (2)**
163:24 172:19
**either (5)**
35:19 98:23 106:20
140:13 149:9
**election (1)**
104:3
**electronic (2)**
101:21 159:14
**electronically (4)**
36:12 72:23 74:8
160:20
**Emanuel (2)**
4:4 5:22
**embedded (3)**

**88:2,5 89:8**
**employed (2)**
31:13,14
**employee (3)**
196:10,13,15
**employees (9)**
10:12 195:23,25
196:5 200:22 201:7
201:7,11 202:13
**employment (1)**
11:2
**enable (2)**
71:21 73:18
**ends (1)**
44:14
**end-of-day (3)**
167:7,7 168:9
**engaged (1)**
133:22
**Engine (1)**
134:7
**ensure (2)**
89:20 162:5
**entail (4)**
7:15 13:14 14:17
42:18
**entails (1)**
40:15
**enter (4)**
37:12,21 81:7 183:23
**entered (23)**
20:14,17 22:22 25:11
28:2 36:23 37:10
38:11 39:5 40:21
43:17 56:6,12 61:21
66:12 107:6,8,10
113:8,10 115:6
179:9,12
**entering (1)**
38:13
**enters (1)**
37:14
**entire (3)**
57:7,9 178:6
**entirely (2)**
113:9 143:8
**entirety (1)**
71:23
**entities (18)**
18:9,17,18 41:14
145:4,7,9,11,14,19
146:3,4 184:9
192:25 193:7
199:12,13,13
**entitled (2)**
161:25 169:19

**entity (24)**
65:22 67:11 75:24
81:19 103:17
105:10 145:17
186:17,20 192:16
193:13,20,23,25
194:10,14,16,19,24
195:2,3,7 198:13
200:17
**entity's (1)**
193:4
**entries (6)**
81:18 120:17 149:2
156:11 157:9,9
**environment (63)**
16:25 41:12,15,17,21
42:7 43:2,24 44:4,7
44:11 113:20 114:9
115:2,7 116:15
144:14,23 145:5
168:17 169:5,15
171:6,13 172:24
173:13,14 174:9
176:2 184:6 188:7
188:14,21 189:7,10
189:21,24 190:10
190:25 192:2
195:21 196:24
197:3,11,22,24
198:17 199:2
202:15 203:8
204:15,23 205:3,8
205:11,18,24
206:10,18,23,25
207:10 208:3
**environments (2)**
41:2,8
**equal (1)**
82:22
**equities (39)**
48:12 51:12 52:8,14
52:16 67:18 76:2,5
76:23 100:19
101:16,17 102:2,10
102:23 103:18,19
103:25 104:2,25
105:17 106:13
109:2,20 110:12
122:21 159:23
160:11,18 161:3,6
161:14 186:6,15,20
186:23 187:8,10,11
**equity (7)**
61:4 62:24 63:6,12,15
83:21 103:20
**Eric (2)**

**3:10 5:14**
**error (1)**
67:5
**errors (3)**
94:13,14 212:7
**ESQ (7)**
3:9,10,17,18 4:9,15
4:16
**essentially (1)**
163:15
**established (1)**
198:17
**estate (7)**
182:24,25 183:3,6,9
184:14 191:25
**et (4)**
1:8 53:25 54:12 144:8
**Europe (1)**
194:5
**European (4)**
27:18 180:4,9 181:9
**evening (7)**
33:15 138:14 165:10
197:5 205:13,19
206:20
**evening's (1)**
181:3
**event (1)**
202:17
**everybody (1)**
8:25
**evidence (1)**
70:21
**exact (5)**
8:9 18:25 77:4 163:4
175:19
**exactly (12)**
15:4 18:14 37:4,7
38:5 41:7 52:3 53:8
101:10 135:8 170:8
182:14
**EXAMINATION (...**
5:6 100:6 139:13
157:21 175:10
187:25 195:18
196:21 200:14
201:20 204:10
206:16 210:3
**examined (1)**
5:4
**example (12)**
28:11 47:6 83:14
84:17 91:12 120:9
165:3 166:4 177:21
179:4 180:7 193:6
**Excel (25)**

88:16,18,25 89:3,5
89:7,10,19,19 90:4
90:10,14 99:7
108:17 110:25
111:14,21 125:17
127:7 129:11
132:18 153:13
154:13,14 155:7
**exception (3)**
117:19,22 156:18
**excerpt (4)**
70:8 71:19 72:10
97:21
**excerpted (1)**
74:9
**excerpts (2)**
72:3 159:8
**exchanges (1)**
149:23
**exclude (4)**
38:7 59:17 67:17,19
**excluded (2)**
150:6 152:8
**excludes (2)**
67:18 151:10
**excluding (5)**
75:25,25 81:11
103:17 187:10
**exclusion (9)**
81:13 103:20,25
104:2,25 105:17,20
105:21 160:17
**excuse (1)**
162:9
**execute (1)**
28:12
**exercise (1)**
119:8
**exhaustive (1)**
130:17
**exhibit (184)**
32:4,5,8,9,13,14,17
32:18,25 33:4,8,13
33:20 35:3,4 45:8,9
45:15,16,17,17,19
45:20 46:3,4,5,8,15
47:8,10 48:10,11,23
50:4 51:7,8 55:6,7,8
55:13 56:19,24
57:24 58:5,14,19
60:20 63:9,20 66:7
68:2,8,11,21,25
69:4,6,10,13,21,22
70:2,7,11 73:5,12
73:19,20,24,25
74:11,17,21 75:2,13

75:20 77:5 78:7
83:15,20 84:18
85:18 93:8 98:5
100:20,25 103:15
105:13 108:5,7,8,9
108:22 110:22
111:8,12 112:10,22
118:5,8,16 119:23
120:16,24 121:12
121:25 122:5
123:11,18,21 124:3
129:5,17,17 130:12
130:21 132:7,8
134:9,14 136:14,16
136:23 141:10,17
141:22 142:11
146:8 147:11
151:22 152:15,23
153:10,20,21,25
154:2,16,19,24
155:13,17,22 156:3
157:9,24 159:10,17
160:15,21 161:23
161:23 162:9,10,11
162:12,17,18,19
163:8,8,9,25 169:9
169:10 172:20
184:18 193:6,11
195:11 197:17
201:23 210:9,9,10
210:10,12,14,17,18
210:20,22,24 211:4
**exhibits (58)**
32:22 34:23 35:6,13
36:5,25 45:14,18
46:10 48:6,19 49:5
50:3 51:4,5,10 55:2
55:14,15,18 57:21
67:24,25 68:10,12
68:13,20 69:3 70:7
71:3,6 72:4 103:13
104:10 106:19
120:11 121:6,19
125:20 141:25
159:2,5 160:6,7
162:24 163:3,19
164:8,11 174:4
184:24 186:16
188:5 192:7,8 200:8
210:8 211:3
**existence (1)**
183:7
**existing (6)**
8:12 11:21 22:4,6
41:18 112:16
**exit (1)**

168:5
**expect (18)**
25:16 53:21 54:8 56:5
63:21 70:16 87:16
90:17 92:9,23,25
94:19 137:2,4
181:11,16 191:10
193:21
**expectation (2)**
54:18 180:19
**expert (4)**
36:20 73:15 119:15
119:18
**explain (8)**
19:19 27:14 114:18
164:17,19 188:15
193:24 194:7
**explanation (3)**
15:2 37:24 193:8
**export (6)**
88:24 89:2,7 90:4,14
99:7
**exportation (1)**
89:20
**exported (2)**
89:18 90:10
**exporting (1)**
90:4
**exports (1)**
89:10
**Exposure (16)**
35:9 58:8 66:25 69:16
70:4 104:20 141:3
141:11,12 142:2,5
142:12 162:2,13
163:12 210:22
**expression (1)**
164:14
**extent (3)**
16:17 46:18 71:22
**extracted (2)**
9:22 88:19
**extracts (1)**
160:9
**extraneous (2)**
194:12,12
**e-mail (23)**
32:10,15,18 56:25
57:3,7,9,11,16
63:20 75:18 157:24
158:8 169:10,19
170:6,9 172:20
185:24 201:24
202:12 210:11
211:4
**e-mails (2)**

191:21,22

---

### F

**face (4)**
13:24 78:17 79:16
80:7
**fact (3)**
60:15 138:18 158:16
**factor (16)**
25:2,2 80:23,24 81:2
81:3,6 98:13,15,24
128:17,18,21
167:17 182:5,7
**factored (1)**
79:8
**facts (2)**
70:21 212:6
**failures (3)**
13:17,17 14:20
**fair (11)**
96:9,12,15,18,21,22
96:23 97:4,8 101:18
177:15
**fall (1)**
100:12
**familiar (21)**
16:8,14,18,22 17:10
52:20 53:2 79:9
131:23 133:3,4
136:2,5,11,12 141:5
141:7 142:4 149:9
154:13 164:14
**familiarity (1)**
147:22
**far (4)**
98:20 125:10 175:24
206:4
**Fara (3)**
32:15,19 210:11
**feasibly (1)**
177:16
**feature (1)**
90:6
**February (4)**
107:13 116:3,7
198:19
**fed (8)**
138:21 167:22,25
177:24 178:13,24
179:14,21
**Federal (1)**
209:20
**feed (14)**
19:23 30:13,20 54:5
91:18 109:6 121:22
123:5 128:12 175:8

178:19,20 179:5,16
**feeds (20)**
19:20,21,24 26:6,14
30:18,22 31:3,6
109:7 126:21 175:3
176:23 178:4,16
179:7,18 180:3
181:3 182:11
**feel (1)**
6:16
**FID (12)**
60:25 61:2,8,17,23
62:19,20,22,25 63:7
104:13 106:4
**field (2)**
91:13 133:6
**figure (3)**
72:16 112:4,21
**file (2)**
19:22 46:12
**files (10)**
20:2,3 28:21 30:14
54:5 71:13,25 72:3
90:10 175:8
**filter (56)**
65:18 66:2,3 67:8,13
67:16,17 75:24 76:4
76:11,14 81:6,9,12
81:15,18,19,22
101:6 102:2 103:2,8
103:16,24 104:22
104:23,24 105:5,8
105:12 106:10,13
108:20,23 110:25
111:15,21 127:11
127:19 154:6
158:12 159:20,23
160:16 161:11,11
186:17,19,22 187:4
187:9 192:11
193:16 194:9 195:6
195:7
**filtered (3)**
64:6 193:22 194:25
**filters (21)**
38:6,7 61:18,19,21,25
62:14 63:19,22,25
64:2 65:3,13,16,24
67:2 80:13,17
101:13 103:4,14
**finally (2)**
33:13 73:23
**finance (11)**
8:22 9:3 11:12 25:17
52:14,21 95:10,19
95:23 137:11,12

**financial (12)**
7:25 12:7 13:12 15:23
91:24 93:4,20 94:16
133:21,24 137:14
184:12
**financing (8)**
52:12 55:9 59:17,19
59:22 131:16,18,22
**find (5)**
17:5 94:24 95:12
126:3 128:21
**finding (2)**
88:7 127:3
**fine (4)**
12:13 50:21 57:17
99:11
**finish (2)**
6:10,17
**finished (2)**
6:15 198:7
**firm (1)**
5:9
**first (11)**
37:18 97:22 102:6,8
108:9 110:17 118:8
125:5 153:15 179:3
187:20
**five (3)**
90:18 137:21 180:14
**fix (4)**
12:17,18 94:14 95:14
**fixed (6)**
79:13 95:23,25
102:24 106:3 182:3
**Flexner (2)**
3:12 6:2
**Floor (1)**
4:7
**Florida (1)**
3:16
**flow (8)**
19:12 20:15 24:15
26:2,7 30:5 177:7
178:2
**flowed (9)**
25:24 26:14,22 27:3
28:4,8 167:25
177:17,18
**flowing (1)**
27:6
**flows (2)**
20:16 166:18
**focus (1)**
192:8
**follow (3)**
10:25 47:19 48:7

**following (5)**
48:3 117:13 138:14
138:20 176:22
**follows (2)**
5:5 100:5
**follow-up (6)**
175:12 187:17 195:17
196:20 200:13
204:7
**footnote (2)**
119:25 120:22
**forget (1)**
21:13
**form (114)**
10:17 16:10 19:13
21:9 23:14,19 24:6
25:12,19 31:4 37:2
38:21 39:8 43:20
44:21 46:11,17
48:21 49:22 50:7
52:17 54:2,13,21
56:11 59:25 60:17
61:15 63:23 64:10
70:13,20 76:9,19
77:6 79:19 81:8
82:19 86:22 88:22
90:16,21 95:5 103:6
105:23 106:15
107:23 109:13
114:17 116:2,9
119:2 120:18,25
123:13 124:6 128:4
131:2 132:23
133:15 138:8 140:8
140:13,15 145:8,21
149:22 150:19
156:22 157:12
165:6,19 168:7
173:4 174:11,23
177:9,19 178:15
179:2,24 181:15,23
183:14,18 184:21
185:4,10,20 186:9
186:11,25 187:13
189:17 191:9
192:22 193:9 196:3
196:17 197:19
199:9 200:24
201:10,14 202:22
202:23 203:4,5,6,13
203:18 205:10
207:4,5
**formal (1)**
51:21
**format (5)**
61:13 71:25 72:23

134:23 135:8
**formatted (1)**
129:11
**formatting (1)**
155:7
**former (1)**
10:11
**formula (3)**
87:25 88:2,8
**formulas (6)**
25:4,10,12,13,16 89:8
**formula's (1)**
88:5
**Fort (1)**
3:16
**forth (2)**
199:21 209:10
**found (5)**
23:18 90:10 131:14
131:17 187:8
**Foundation (5)**
156:23 157:13 173:5
203:19,20
**four (1)**
7:8
**fourth (2)**
132:13,20
**free (4)**
43:24 44:3,7,10
**free-standing (1)**
163:3
**frequently (4)**
30:16 39:10 130:5
174:21
**fresh (1)**
54:4
**Friday (2)**
114:4 180:7
**friendly (1)**
65:10
**front (22)**
9:6 10:21 34:23 44:14
48:17 55:3 64:19
65:4 68:23 74:9,22
78:8 95:24 100:23
115:11 141:23
142:23,25 146:8
151:22 156:3 163:7
**FTP (8)**
19:22,22,23,25 28:6
28:22 30:9,15
**Fuentes (5)**
9:4 19:5,8,8,9
**full (2)**
153:13 181:24
**fuller (1)**

57:16
**functional (1)**
90:3
**functionalities (2)**
13:6 197:8
**functionality (4)**
18:5 90:8 199:20,23
**functions (1)**
183:7
**Funding (1)**
12:5
**further (26)**
100:5 125:9 139:11
157:17 165:15
175:9,10 187:25
195:13,18 196:19
196:21 200:11,14
201:19,20 204:6,10
206:14,16 208:8,9
208:10,11 209:14
209:18
**future (1)**
18:20

---

### G

**G (3)**
11:15,17 143:15
**GAAP (53)**
84:21,24 108:17,22
109:5,21,22 111:2
111:17 112:2,5,12
112:16 113:5 120:4
126:7 127:14,15
130:8,11,17 132:15
132:15,22 133:5,5
134:16 135:4
143:13,14,15,20,21
144:4,5,9 146:19,24
146:25 147:6,12,19
147:24 148:2,4,14
150:7 151:8,13
154:6 156:20 157:5
157:10
**general (6)**
93:3 134:4,5 148:6
150:14,16
**generally (7)**
39:5,6 117:16 131:16
155:24 198:13
200:18
**generate (37)**
17:8,11,16,18 36:4,7
36:10,23 50:2,15
52:25 53:11 56:15
56:17 68:9 74:20,25
75:12,17 77:18,23

101:4,23 102:13,16
105:12 108:21
109:17 125:14
133:13,14 137:3,5,9
137:19 185:14
186:22
**generated (24)**
15:3 17:14 49:12,19
52:21 55:17 57:23
64:14 71:2 75:3,9
76:3,7 107:3 122:16
123:17 124:3
132:23 134:24
135:2 136:22,24
186:15 192:7
**generating (2)**
15:22 131:9
**getting (6)**
11:14 17:14 28:18
30:13 124:25 170:9
**GFS (287)**
7:5,12 8:3,6,16,18
11:9,10 12:4,5,10
12:20 14:13 15:11
15:23 16:9,15 17:16
17:20 18:4 19:12,19
19:24 20:4,6,14,15
20:16,17,21,23 21:6
21:15,20 22:3 23:11
23:16 24:10,15 25:4
25:11,13,24 26:2,6
26:8,14,23 27:4
28:5,9 30:6 31:3,10
31:25 32:23 33:2,6
33:10 35:8,24 40:25
41:9,9,18,22 42:14
43:7 44:7,13 45:10
46:16 48:12,20 50:8
51:11,15,18,21 52:4
52:9,14,24 53:4,7
54:9,23 55:24 57:2
59:13 60:3,8,16
63:18 64:19 65:4,7
66:13 67:13,22 71:4
71:15 72:25 73:3,21
74:10 76:22 80:14
80:16,19,20,23 81:3
82:25 84:20 86:9
88:8,15,17,21,23
89:4,9,18,20 90:14
92:15 94:9,12 97:11
100:9,11,21 102:13
102:17 104:9
105:22 110:4,12
112:17 113:13

115:14 117:15
118:14 120:4
121:15,16 122:19
122:20,22,23
123:19 124:2
125:11,13,19,23
126:9 128:25
129:13 130:25
131:14,17 132:3,12
132:24 133:7,8,11
133:12,19 134:24
135:2,6 138:21
139:4 140:12,20
142:2,17,19,20,24
143:12 144:3,5,6,13
145:9,11,19 146:5
148:8,17 149:9
150:7 151:4,13
152:11 153:8,16
155:23 156:21
157:6,11 158:3
161:9,10,20,25
162:6,13 163:11,21
164:4,7,12,20
166:18,24,24 167:4
167:13,13,19,22
168:2,5,11,11,22
169:2 171:17,22
172:3,9,12,13,17
174:2,15,19 176:23
176:24 177:7,23,25
178:9 179:14,16,19
180:3,10,25 181:6
181:18,22 182:4,23
183:7 186:22
187:12 188:4,17
189:12,15 190:6,9
195:21 196:15
197:7,8,10 199:8,25
199:25 200:4
204:12,18 210:12
210:16,22
**give (9)**
6:23 38:5 45:6 65:2
67:5 74:3 122:25
139:12 142:19
**given (31)**
17:8,11 20:13 21:8,17
23:17,22 24:3,10,14
26:5 27:22 38:12
40:23 47:25 51:22
54:9,10 63:19 75:18
78:22 80:9 88:8,24
120:4 126:18 127:2
128:8 178:11
181:12 209:12

**gives (2)**
133:9 137:16
**GL (2)**
148:5,6
**Global (17)**
12:5 27:6,7,13,20
28:11,16,19,22
29:17,22 30:2 55:9
83:25 84:6 169:20
201:25
**globally (1)**
18:25
**go (42)**
6:8 9:7 10:18 16:25
17:5 22:14 46:19
47:15 54:23 70:14
71:21 72:15,22
73:18 88:7 98:6
103:22 110:13
111:8 122:21
123:19 126:9 127:3
127:7,19 128:7
153:5,12 154:5
156:25 162:8 166:3
169:7 172:12,16
176:22 178:8
179:19 182:19
187:21 192:23
205:18
**goes (5)**
29:22 96:5 187:19
194:8,22
**going (19)**
15:6 32:12,21 41:18
50:18 58:17 60:19
66:6 67:7 77:19
80:17 108:6 125:12
130:20 139:24
156:15 163:6 175:5
179:11
**good (6)**
5:8,16,21 139:15
159:4 162:8
**gotten (1)**
47:3
**Gov (1)**
156:12
**government (4)**
111:15 112:7 130:12
148:21
**governments (6)**
110:18 111:2,19
127:5,11 128:11
**graphical (4)**
16:2 65:6,7 197:12
**Great (2)**

48:8 78:4
**greater (1)**
91:19
**gross (11)**
85:18,23 86:20 87:3
87:19,21 91:3,12,14
91:16,19
**grounds (1)**
34:22
**group (50)**
8:21 14:7,11 15:9,13
15:21 18:23 19:3
31:20 38:2 42:12,23
43:5 55:17 58:20,23
59:2,7 61:5,12,23
63:12 64:23 65:23
65:25 68:16 76:6
94:25 104:8,10
106:17,21 109:6,21
116:16 131:8 137:3
137:11,14 158:8,11
169:23 170:3
174:14 182:15
183:5,17 184:3,9
196:14
**grouping (4)**
47:4 72:10 92:6 111:9
**groupings (3)**
73:2,4 77:3
**groups (3)**
14:6 58:21 85:4
**GRT_Attributes (2)**
88:14 89:16
**guess (10)**
46:12 62:3 81:12
92:12 94:5 101:8
116:13 150:2
173:13 183:4
**guessing (4)**
92:5 133:16 147:17
191:6
**G-A-P (1)**
143:16

_____

**H**

**H (3)**
194:13,17,23
**half (1)**
45:3
**Hamish (2)**
56:20 210:19
**hand (6)**
32:12,21 108:6
130:20 132:6
209:24
**handed (1)**

57:6
**handing (1)**
31:11
**handle (1)**
13:23
**handled (1)**
13:18
**happen (5)**
18:19 29:7 90:17,23
115:4
**happened (6)**
89:21 90:20 95:16
178:2 185:15
191:18
**happening (1)**
18:8
**happens (5)**
39:10 40:7 97:4
185:11 192:5
**happy (4)**
7:17 74:13 125:6,8
**hard (3)**
47:22 74:18 78:6
**Hassan (3)**
4:16 5:19,19
**head (3)**
6:24 17:4 87:24
**headed (2)**
87:2 96:7 147:12
155:19
**header (2)**
57:15 132:12
**headers (1)**
132:11
**heading (5)**
83:13,18 102:4 110:8
146:18
**headings (5)**
70:9 71:21 82:5 84:15
146:10
**heard (3)**
119:12 142:11 143:14
**held (6)**
2:6 78:23 150:23
151:2 156:21
168:14
**help (2)**
61:12 101:22
**helped (2)**
131:9 184:14
**helpful (1)**
153:11
**helping (1)**
169:15
**helps (1)**
65:8

**hereunto (1)**
209:23
**hierarchies (1)**
86:10
**hierarchy (1)**
84:25
**hold (4)**
23:4 41:10 78:20
120:23
**holding (5)**
22:6 23:25 27:8 41:24
212:2
**Holdings (2)**
1:8 5:11
**holds (5)**
22:24,25 40:4,8 89:17
171:22
**Hopefully (1)**
204:8
**hour (1)**
50:19
**hours (3)**
179:6 180:14,22
**housekeeping (1)**
6:9
**Hubbard (3)**
4:11 5:17,20
**Hughes (3)**
4:11 5:17,19
**human (1)**
31:8
**Hume (2)**
56:20 210:19
**hundred (1)**
123:8

_____

**I**

**ID (1)**
21:23
**idea (2)**
131:15 145:25
**identical (5)**
17:21,23 53:23 77:4
129:20
**identification (10)**
32:5,20 33:3,11,21
56:21 134:12
162:14,21 169:12
**identified (2)**
35:8 91:23
**identifier (1)**
96:12
**identifiers (3)**
27:11,15,17
**identify (5)**
80:22 94:13 154:17

191:16,24
**identifying (1)**
34:24
**important (2)**
41:13 114:23
**inaccuracies (2)**
95:3,6
**inaccurate (3)**
90:11,15 155:10
**include (24)**
27:20 38:7 57:7 67:17
67:20,21 76:4
101:17 106:13
149:13 153:6
159:23 160:17
161:8 175:20
181:21 183:12
186:20 192:11,15
192:18 193:7
202:12 207:13
**included (16)**
12:12 91:23 93:19
109:2,5 128:23
150:5 161:5,10,12
170:3,4 175:7
181:24 187:10
200:25
**includes (8)**
67:18 83:16 101:16
151:10,19 154:25
175:24 194:20
**including (10)**
48:12 51:11 81:10
83:9 103:17 108:25
161:14 175:4 200:6
200:21
**inclusion (2)**
103:24 155:13
**inclusions/exclusio...**
61:19
**income (4)**
79:13 102:24 106:3
182:3
**incorrect (5)**
81:14 94:12,22,23
204:2
**INDEX (2)**
210:2 211:2
**indicated (2)**
106:22 197:16
**indicating (1)**
141:14
**indication (1)**
21:20
**individual (1)**
127:24

**information (36)**
25:7 27:8,21,24,25
28:4,8,16,19 29:13
29:17,22,25 30:2
38:3,11,12,13,16,16
42:25 59:13,14
61:11 64:4,6 77:22
78:3 80:18 107:20
129:2 148:9,10
174:19 177:7,16
**infrastructure (2)**
11:5 12:14
**initial (1)**
165:5
**initially (1)**
165:5
**initiate (2)**
29:12,15
**initiated (1)**
203:7
**input (12)**
15:10,14 31:8 43:6
94:22 95:8,18,20
114:6,24 171:8
204:2
**inputting (1)**
80:14
**inquiries (1)**
65:9
**inquiring (1)**
77:19
**instance (30)**
26:9 40:22 41:22 44:7
51:10 53:21 54:11
61:9 65:23 66:3
69:13 78:21 82:3
83:19 85:18 95:22
100:21 101:17
110:16 112:11
121:5 123:10 124:2
127:4 129:6 132:3
136:8 177:22
178:22 180:13
**instances (1)**
38:18
**Instruments (3)**
120:11 130:13 149:3
**interact (2)**
7:16 199:14
**interest (2)**
83:9,17
**interested (1)**
209:17
**interface (5)**
16:2 65:6,8,11 197:12
**internal (4)**

26:12,13,20,25
**International (1)**
194:5
**interplay (3)**
87:9,12 90:25
**introduce (1)**
5:13
**inventories (1)**
93:19
**inventory (53)**
52:11 59:15,16 85:19
86:13,19,20 87:3,7
87:19,21,23 90:25
91:3,5,12 92:3 93:9
93:10,11,15 94:2
97:11 98:18 109:3
109:24 110:2
111:22 112:9
118:22 121:21,23
122:12,14 123:6,7
126:10,12 127:21
134:16 135:4 152:4
152:5,9,16,20 153:3
153:7,7,25 154:8,15
154:19
**Investing (1)**
136:9
**involve (2)**
31:8 125:3
**involved (10)**
43:3,5 131:4 133:17
167:18 169:14
170:7,11 203:2,10
**involves (1)**
124:22
**ISIN (3)**
27:12,17,18
**issue (3)**
13:22 95:7,20
**issues (8)**
7:18 11:6 12:13,14,16
14:20 94:15 183:10
**items (1)**
35:5
**I.Q (2)**
19:14 143:23

**J**

**J (1)**
4:15
**January (21)**
36:21 71:17 73:11,13
75:4,7,13 76:8 77:2
77:7,10,20 100:12
100:15,18,22
107:13 116:3,7

191:20 208:5
**job (3)**
1:25 14:20 30:14
**join (1)**
8:23
**joined (4)**
8:24 90:2,3,7
**Jointly (1)**
1:8
**Jones (4)**
2:6 3:5 5:10,15
**June (9)**
1:15 2:2 31:14 32:10
32:15,18 209:24
210:11 212:3
**jurat (1)**
207:14

**K**

**K (1)**
4:9
**Kathy (4)**
1:24 2:8 209:5,25
**keep (1)**
165:10
**keeps (1)**
177:11
**Kelly (4)**
3:9 5:9 56:20 210:18
**kind (3)**
37:22 133:24 170:20
**kinds (1)**
137:8
**Klepfer (4)**
1:24 2:8 209:5,25
**knew (1)**
92:16
**know (245)**
7:18 8:12,15 9:12
11:18,19 12:16
14:21 15:3,6 16:24
17:7,13 19:6,9
20:24 23:2,3,11,16
24:4,24 25:14,20
26:17,19 27:9,25
28:3,4 30:16,20
33:16 35:21,25 36:3
36:15 37:4,14,15,17
38:4,10,15 39:10,19
39:24 40:14,16
41:10 42:9 45:5,6
47:20 49:6 50:9
51:14 52:6 53:4,6,8
53:10,13,14,17
55:16 56:14 57:21
59:22 60:2,3,7,13

60:18,24 62:5 67:22
70:25 72:13 74:19
74:24 75:8,10,11,11
75:15,22 76:6 79:10
79:20 80:22 82:20
83:12 86:16 87:11
87:24 88:10 89:23
89:24 90:3,5,12,19
90:22 91:7,22,25
92:2,20 93:2,3,6,18
93:21,24 94:4,20
95:16 96:4,19,22,25
97:3,6,7,9,12
101:10,15 102:15
103:18 104:4,7
105:15,18,19 106:2
106:16,17 107:6,10
107:14,19,25 108:3
109:6,22 111:16
112:13 113:8
115:23 116:11
119:17 123:6
124:11 125:16
129:18,21,22 130:2
130:4,8,24 131:3,7
131:10,11,25 132:4
132:25 133:7,7
134:3 135:3,5,11,25
136:10,13,19 142:6
143:3 144:9 145:12
145:15,23 146:6,21
147:15,18 148:2,11
149:12,14,15 150:3
150:8,15,22,24
151:7,9,18,21
154:11,22 156:24
157:15,16,16 159:6
167:21 168:4
173:10,11 175:19
180:2,9,20 182:5,7
182:13,22 185:13
185:22 186:21
187:2,6,11,14
190:23 191:8,15
193:10 194:8,17
195:2 198:7 199:3
199:13 200:17,25
202:14 205:3 206:4
**knowledge**
143:11,18 149:8
172:7
**Krishnan (231)**
1:13 2:5 5:1,2,8 6:1,5
7:1 8:1 9:1,5,17
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1

18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1,7
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
56:23 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1,4,8
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1,4 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1,13 135:1
136:1 137:1 138:1
139:1,15 140:1
141:1 142:1 143:1
143:12 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
175:13 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1,3 189:1
190:1 191:1 192:1,5
193:1 194:1 195:1
195:14 196:1 197:1

198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1,18
209:1,9 210:1,4
211:1 212:1,4

**L**

**labeled (1)**
78:11 91:2 92:2 96:9
**language (1)**
88:10
**large (1)**
71:25
**Las (1)**
3:14
**late (4)**
76:8 77:2 113:21
184:19
**Lauderdale (1)**
3:16
**law (2)**
2:6 5:9
**lawyers (5)**
158:3,19 184:19
185:16 196:25
**LBHI (14)**
116:14 158:24 170:17
170:21 171:3
172:25 184:6 191:2
191:11 198:15
200:19,21 201:2,3
**LBI (45)**
67:11,14,18,20,21
75:24 81:19 103:17
103:25 104:3
105:10 116:13
134:16 135:3 146:3
150:17,23,24 151:2
151:3,5 161:11,12
170:17 172:25
184:5 186:20 191:2
191:11,13,17,25
192:10,12,16,18,24
194:23 198:15
200:19,21 201:2,3
203:8,25
**LBIE (3)**
193:25 194:20,23
**LBIs (2)**
103:17 160:17
**leave (2)**
37:25 125:7
**ledger (5)**
134:4,5 148:6 150:15
150:16

**left (1)**
182:24
**left-hand (1)**
156:8
**legacy (5)**
196:10,13 201:7,11
202:13
**legal-speak (1)**
48:14
**Lehman (80)**
1:7 3:6 5:10 8:15,17
8:25 10:11 11:3,22
12:2 14:5,18 15:15
15:24 16:9,16 17:22
18:8,17,23 19:3,4
26:12,13,21,25
31:13,19,23 37:10
41:13 52:22,25
67:20 90:7 131:6
132:14,21 133:13
133:20,21 134:4
136:21 145:4,7,9,11
145:14,16,18,19
149:18 164:20
166:19 171:3,25
172:2,12 173:17
174:7 182:16 183:3
183:9,19 184:13,13
186:24 192:15
193:17 194:3,5
195:22 196:6
197:15 199:12,24
200:22 202:20,25
212:2
**Lehman's (7)**
53:5,11 135:14
148:10,11 149:18
166:5
**Lehman-related (1)**
146:3
**letter (3)**
56:19 73:14 210:18
**letters (3)**
33:5,9 210:15
**let's (9)**
7:2 54:23 68:19 74:12
74:16 153:22 165:3
177:20 196:10
**level (11)**
83:2 85:15 96:9,12,15
97:4,8 130:6,6,6
147:19
**levels (5)**
96:18,21,23,24
147:18
**limitation (1)**

44:13
**limited (1)**
111:25
**line (14)**
156:12 185:12 201:24
212:8,9,11,12,14,15
212:17,18,20,21,23
**list (19)**
32:5,9,14,18 35:4,5
48:10,23 51:8 55:7
60:19 62:3 66:6
67:7 81:24 130:17
184:2 210:9,10
**listed (11)**
45:9 46:4,8 58:14,18
61:9 112:2 129:4
130:11 136:3,14
**lists (2)**
62:22 69:15
**litigation (1)**
181:20
**little (5)**
27:14 76:13 121:5
153:9 196:23
**live (1)**
198:16
**Livenote (1)**
2:11
**LLP (5)**
2:7 3:5,12 4:4,11
**load (7)**
40:20 41:5 43:23 44:5
44:6 178:16 205:2
**loaded (5)**
44:8,10 197:6 199:2
205:8
**loading (1)**
31:5
**Loan (2)**
19:14 143:23
**location (2)**
72:8 206:11
**log (2)**
199:21,25
**London (2)**
180:14,17
**long (55)**
9:13 31:12 37:5 79:3
85:19,20,24 86:3,6
86:13,16,18,20,20
87:3,3,7,19,21,22
90:25 91:12 92:3,9
93:11 97:10,14
98:18 109:2,23
110:2 111:22 112:9
118:22 120:8,13

121:7,13,14,15
122:12,13 123:3,5
126:10,11,22
127:21 152:4,16
153:7 161:8,13
181:21,24
**longer (1)**
143:20
**longs (6)**
18:6 82:22 86:9 87:15
121:17 126:19
**look (46)**
15:4 36:16 37:3 38:17
45:7,22 48:6 51:18
52:4 55:19 71:8
74:18 78:6,10 82:12
87:25 91:6 92:19
93:7 94:17,21
100:20 101:7,25
112:25 126:10
127:20 135:5 136:5
136:11 137:17,18
137:23 140:2,5,9,11
160:5,19 163:6
172:12 177:23
178:11 179:20
180:11 202:11
**looked (5)**
89:12 140:12 164:6
166:23 188:6
**looking (37)**
69:3,10,12,20,23 70:3
70:6 74:15,24 83:22
86:5,23 87:12 96:9
97:16,17 100:25
102:5 110:17 122:4
126:6,11 129:3,17
132:13,17 136:6,19
137:19 140:16
147:20 154:16
159:12,14 163:20
180:10 204:3
**looks (2)**
136:11 158:25
**loss (1)**
192:4
**lost (2)**
72:13,14
**lot (17)**
8:15 16:18,20 17:23
19:15 21:18 27:16
35:24 41:13 45:2,3
45:4,23 66:14 68:15
93:16 178:17
**lunch (2)**
77:24 100:8

**Luncheon (1)**
99:13

---

**M**

**Madison (1)**
4:6
**main (2)**
18:9 19:16
**maintain (3)**
14:17 41:12 42:19
**maintaining (10)**
12:24 13:13 14:4,13
15:14,16 42:5,13,16
89:8
**major (2)**
199:8,11
**making (9)**
12:12 29:4 43:9,10
175:5 181:10 184:4
184:10 203:3
**manage (2)**
7:8 182:24
**management (1)**
65:22
**manager (1)**
14:9
**manually (1)**
29:19
**map (1)**
112:15
**mapping (3)**
89:16 91:9 135:13
**mappings (1)**
91:7
**maps (2)**
87:25 88:9
**March (1)**
198:20
**Marcus (1)**
19:11
**Maria (1)**
37:16
**mark (8)**
57:16 82:13 132:7
162:9,10,17 169:8,8
**marked (39)**
32:5,8,13,19,22 33:2
33:11,21 35:13
36:24 45:14 46:9,15
47:2 48:5,18 49:3
50:3 54:24 55:12
56:21,24 67:23 71:5
74:10 108:5,7
118:16 121:11,18
130:21 134:11,14
162:14,21 169:12

**market (62)**
24:7,12,14,19,20 25:5
54:9,14,16 78:18
79:23,24 80:4,7
83:5,8,11,14,16
85:20 86:15,16
87:20,21 91:14,16
91:19 93:10,15 94:7
97:14,14 98:11,12
98:23 109:3,24
111:22 118:22
120:10,11 121:23
126:10,14,18
127:21,25 128:2,5
128:16,22 130:13
149:2 152:17 154:9
166:22,23 167:4,8
167:12 168:10
180:14
**marriage (1)**
209:16
**Marsal (14)**
169:21 170:19,20
173:17 174:7
197:16 201:3 202:2
202:5,20 203:2,7,25
207:2
**match (4)**
118:13,19 119:4
164:7
**matched (1)**
164:9
**materially (1)**
120:9
**matter (10)**
5:11 32:14,24 44:20
102:12,18 119:16
122:20 206:9
209:17
**ma'am (9)**
143:18 145:5,10
148:8 149:8 150:4
151:9 155:2 157:2
**mean (67)**
13:4 17:24 22:10
23:23,24 24:7 27:15
28:15 36:6 40:3
41:7,17,20 44:3
45:5 49:8 50:11
52:23 57:6 59:11,15
61:19 65:4 75:9
78:16,19,25 79:4,14
79:16,24 80:3 82:17
83:7,10,19 84:17
85:19 88:13 91:20

93:9,13 96:6,19
108:25 110:8 113:6
121:21 122:3
137:16 141:11
142:6,7,8 149:25
173:10 176:20
178:19 180:6 187:7
188:15 194:13
196:24 197:4 201:2
205:25 206:22
**meaning (7)**
18:6 23:13 89:12,15
122:24 126:19
148:12
**means (22)**
19:25 28:25 29:3
58:20,23 59:3 60:22
62:6 81:9 82:15
88:10 91:13 93:24
94:4 113:7 157:16
164:17,18,21,24
167:4 176:16
**meant (4)**
78:13 83:13 89:11
185:5
**measure (1)**
162:8
**mechanism (1)**
20:3
**meet (2)**
10:4,7
**memory (3)**
143:6,9 192:4
**mention (3)**
64:23 75:23 171:20
**mentioned (2)**
8:19 127:12
**menu (1)**
194:4
**Merit (2)**
2:10 209:6
**met (1)**
139:19
**middle (1)**
161:24
**million (1)**
112:21
**mind (1)**
187:19
**mine (1)**
195:16
**minute (2)**
9:14 57:3
**minutes (2)**
124:15 137:22
**misstates (1)**

76:20
**modification (2)**
76:11,14
**modified (5)**
102:25 103:5 168:23
169:2,4
**modify (9)**
22:4,5 76:2,4 159:20
159:22 160:14
167:11 197:12
**moment (4)**
39:18 47:15 163:14
178:7
**moments (1)**
148:13
**Monday (1)**
164:23
**monetarily (1)**
155:25
**Money (2)**
120:10,11 149:2
**month (1)**
117:3
**monthly (3)**
39:7,16,25
**month-end (1)**
41:11
**month-ends (1)**
40:5
**morning (12)**
5:8,16,21 30:25 138:5
138:20 165:2,12
176:23 177:10
180:6,8
**Mortgages (2)**
130:14 149:3
**Mortgage-Backed (2)**
130:14 149:3
**movants (10)**
32:14,17 35:4,6 68:11
68:21 69:21 158:22
206:9 210:10
**move (1)**
77:19
**moved (1)**
184:13
**Movements (1)**
131:21
**moving (1)**
62:3
**MTS (3)**
19:14 143:23 144:11
**multiplier (4)**
25:2 98:16,25 167:17
**multiplying (1)**
24:25

**MV (3)**
91:4 94:2 110:3
**M302 (1)**
73:5

---

**N**

**N (3)**
3:3 4:2 96:10
**Nadya (2)**
169:11 211:4
**name (69)**
5:8 37:17,18 38:6
51:14,18,21,22,25
52:4,5,5,7 58:2,2,12
59:6 65:2 66:8,12
66:16 67:4,4,6 69:8
69:16 70:17,22 71:5
72:8 87:13 88:13,14
89:14 91:13 101:9
101:14,16 103:9
104:19 105:9,11,15
109:6,23 110:8
111:2 112:7,12
119:12 120:5
121:25 127:15
133:5,6 141:5 142:6
142:19 143:20
146:24 147:2 154:7
158:12 193:13,25
194:19 201:5 212:2
212:4
**named (4)**
66:24 91:5 169:23
199:3
**names (20)**
17:4 36:15 46:12,13
66:14 120:6 126:7
132:12 133:4,7
136:3 140:24 141:2
156:24,25 157:2,4,5
191:21 195:3
**native (7)**
46:17 48:21 71:23,25
72:23 88:3 134:18
**necessarily (1)**
39:15
**necessary (3)**
36:13 42:22 95:11
**need (21)**
6:16 10:25 15:2 38:6
38:9 40:10 44:6
45:22 47:24 49:23
49:24 50:19 98:13
98:15,24 122:21
128:17,18,19 182:4
198:9

**needed (6)**
38:14 55:23 64:5
71:22 98:17 189:4
**needs (2)**
6:21 38:20
**negative (22)**
79:5 83:11 91:17 92:4
92:6,7,10,11,13,14
92:17,20,21,23,25
93:14,16,17 94:3,5
94:6,7
**neighborhood (2)**
175:16,18
**Neil (5)**
4:15 5:16 138:3
139:12 195:15
**neither (1)**
209:18
**net (9)**
18:5,5,6,7 82:17,20
126:8,15,18
**netdown (9)**
85:24 86:3,6,11,17,21
87:4,14 91:4
**nets (1)**
86:9
**netted (2)**
83:3 87:15
**never (5)**
90:9,18 119:12
133:17 135:7
**new (30)**
1:3,14,14 2:7,8,13 3:8
3:8 4:8,8,14,14 15:5
29:11 64:20 113:9
122:24 123:2 153:8
171:13 178:25
180:5,14,24 182:17
196:7,7 209:3,4,7
**night (10)**
30:18,21 34:2 40:9
54:4 138:22 165:11
166:11 179:4
204:25
**nightly (1)**
31:3
**nodding (1)**
6:24
**nomenclature (1)**
135:15
**non-LBI (2)**
193:7 194:13
**normal (2)**
41:19 114:21
**normally (7)**
52:8 95:13 105:22,25

115:4 137:3 171:16
**Nos (8)**
45:9 48:11 50:4 68:25
134:10 162:20
210:20,24
**Notary (3)**
2:12 5:3 209:6
**note (1)**
68:3
**noted (7)**
50:23,24 99:13 100:3
137:24,25 208:12
**notes (5)**
9:6 10:14,20,22
137:23
**notional (6)**
78:17 79:8,8,12,15
80:7
**November (4)**
57:23 107:12 198:18
198:22
**null (3)**
112:11,23 113:6
**number (42)**
15:3 18:25 35:25 45:6
49:6,23,25 53:7
66:23 78:19,20,22
82:22 92:7,10,13
93:13 109:5,23
110:20 111:17,17
140:19 142:18
146:10,23 148:5
150:17 151:4,5
152:12,13 154:7
162:11 174:18
175:19,23 179:16
182:3 193:23 194:9
194:17
**numbers (34)**
13:18 14:25 15:10,14
46:5,8 47:16 48:14
52:15 53:9 55:8,13
68:4,4,5,11 86:11
97:18 109:4,20
111:19 112:6 119:4
122:12,12 152:11
152:14 154:14
164:6,8,10 165:14
165:16 174:25

___

**O**

**oath (1)**
190:23
**OBERKAMPF (1)**
3:18
**object (3)**

33:16 34:14,22
**objection (120)**
10:17 16:10 19:13
21:9 23:14,19 24:6
25:19 31:4 34:18
37:2 38:21 39:8
43:20 44:21 46:11
49:22 50:7 52:17
54:2,13,21 56:11
59:25 60:17 61:15
63:23 64:10 70:13
70:20 76:9,19 77:6
79:19 81:8 82:19
86:22 88:22 90:16
90:21 95:5 103:6
105:23 106:15
107:23 109:13
114:17 116:2,9
119:2 120:18,25
123:13 124:6 128:4
131:2 133:15,18
138:8 140:8 145:8
145:21 149:22
150:19 156:22
157:12 165:6,19
168:7 173:4,6,7
174:11,23 177:9,19
178:15 179:2,24
181:15,23 183:14
183:18 184:21
185:4,10,20 186:9
186:11,25 187:13
189:17 191:9
192:22 193:9 196:3
196:17 197:19,20
197:21 199:9,10
200:24 201:10,14
202:7,8,22,23,24
203:4,5,6,13,17,18
203:21 205:10
207:4,5
**Obligations (2)**
130:15 149:4
**observation (1)**
120:6
**observes (1)**
120:7
**obtain (1)**
29:25
**obvious (1)**
101:14
**Obviously (1)**
34:13
**occurs (2)**
30:17,21
**October (9)**

113:21 169:6,11
170:10 207:3,10
208:4,5 211:5
**October/November...**
198:3
**office (2)**
95:24 180:17
**offices (2)**
2:6 181:7
**Official (1)**
5:23
**off-record (1)**
47:15
**Oh (2)**
47:11 141:17
**okay (48)**
6:13,25 9:9 10:3
45:25 46:20 47:19
48:8 51:19 57:10,13
58:22 65:11 69:20
75:8 76:17,24 80:10
102:9 111:24
112:10 124:16
127:17,23 140:18
142:21 145:24
146:15 153:15,18
153:22 157:17
159:12 161:4,13
163:10,18 171:5
191:18 193:3,11,24
195:9 196:11,12
197:3 198:9 207:7
**Olas (1)**
3:14
**older (2)**
40:8,24
**once (2)**
44:9,9
**ones (18)**
39:24 68:20 71:16,16
71:18 73:10 77:7
81:21 97:19 106:5,8
106:18 108:2,24,25
110:25 144:10
146:13
**one-page (1)**
156:4
**one-time (1)**
105:20
**online (9)**
40:11 49:10,14 55:21
188:17,24 189:3,6
198:11
**oOo (1)**
208:13
**open (4)**

113:19 115:8 167:9
180:20
**operating (1)**
192:13
**opportunity (1)**
57:17
**opposed (5)**
78:17 80:8 121:16
128:2 177:6
**option (1)**
151:2
**options (9)**
64:7,19 65:15,15
130:16 136:8 149:5
151:3 193:16
**order (29)**
17:16 20:20 28:15
36:8,23 44:5 45:19
52:15,24 53:11
56:12 61:13 69:23
95:10 98:9,14,17
102:16 117:12
122:22 123:17,20
126:25 128:16
133:13 154:18
160:13 182:2
183:15
**ordinarily (2)**
106:5,9
**ordinary (1)**
130:4
**organizations (1)**
149:21
**original (6)**
79:7,12,14,21,24 80:6
**outcome (1)**
209:17
**over-the-counter (2)**
151:10,20
**Oxford (27)**
4:15 5:16,17 139:12
139:14 141:18
157:17 162:23
163:5 165:6,19
168:7 173:4 174:23
187:16,19,22 188:2
195:13 197:19
199:9 202:22 203:6
203:17,19 208:11
210:5

___

**P**

**P (5)**
3:3,3 4:2,2 143:15
**page (35)**
35:4 45:8 46:2,6,16

47:17 48:10 51:10
55:7 69:15 70:6
110:17 129:6
132:13,20,20
134:15,20 147:11
161:24 207:13
210:3,8 211:3 212:8
212:9,11,12,14,15
212:17,18,20,21,23
**pages (3)**
72:2 129:5 132:18
**PALS (3)**
11:15,23,24
**paper (1)**
57:6
**papers (2)**
46:22 71:11
**paperwork (1)**
45:23
**paragraph (1)**
57:14
**Park (1)**
4:13
**part (22)**
11:4 28:10 31:24 62:4
80:24 111:3 119:22
128:24,25 131:19
139:21 141:7
149:17 163:24
170:3 174:7 183:2
184:12 196:5,6
202:5 204:22
**partial (1)**
71:12
**particular (8)**
67:17 109:16 140:13
154:17 171:17
178:24 185:2,8
**parties (1)**
209:15
**parts (3)**
58:17 67:19 132:10
**party (2)**
26:11 209:19
**pass (1)**
138:3
**passed (1)**
174:13
**Patel (1)**
199:4
**path (46)**
36:3 37:24 40:19 41:6
50:14 56:14,16,17
57:24 58:18 60:20
62:4,22 63:8 66:17
67:8 68:2,8,9 69:6

69:25,25 70:10,18
74:20,25 75:12,16
76:7,10 77:5,20,23
101:3,23 102:20
103:4,15 107:14
108:2,3,20 109:16
184:17 185:19
186:8
**paths (8)**
17:7,11 36:9 49:25
66:7 77:17 102:13
102:16
**Paul (2)**
36:21 73:15
**Pause (1)**
9:16
**PBF (2)**
121:25 122:3
**pending (2)**
6:18 125:7
**people (6)**
7:8 18:22 56:13 175:5
182:15 183:2
**perceive (1)**
81:15
**percent (1)**
123:9
**period (12)**
32:2 115:23 116:6
117:3,16 171:21
176:14 177:6 198:3
198:18,23 208:4
**periods (3)**
18:12 77:16 168:25
**person (7)**
12:18 37:14,15
106:20 107:20
191:16,24
**personal (1)**
147:21
**personally (3)**
169:14 170:11 173:19
**Pfleiderer (7)**
36:21 73:16 119:8,11
119:15,19 141:15
**Pfleiderer's (5)**
119:22 120:2 141:10
152:15 162:25
**phrase (3)**
142:11 168:10 196:4
**pick (6)**
81:21 152:19 154:8
154:20,20 187:23
**picked (4)**
108:2,3 182:12
195:15

**picks (1)**
89:14
**piece (1)**
57:6
**pivoting (1)**
154:12
**place (7)**
20:2 31:3 94:9,13
182:9 204:14 205:4
**placeholder (4)**
46:15 48:20 69:15
72:7
**play (1)**
133:21
**Plaza (1)**
4:13
**please (11)**
146:9,14 150:13
151:23 154:4 156:4
157:24 159:14
160:7,24 201:23
**plus (10)**
12:24 111:23 164:18
164:24 166:16
176:10,13,16 177:3
177:10
**point (11)**
6:17 50:20 113:24
114:15 158:2 159:4
162:4 180:5,8,10
184:15
**pointing (5)**
58:4,7 118:15 160:25
161:2
**points (1)**
13:6
**populate (1)**
91:18
**populated (3)**
93:12,17 126:22
**populates (1)**
179:22
**populating (1)**
91:15
**population (4)**
53:14,17 129:20,23
**portion (1)**
57:20
**Pos (1)**
59:4
**pose (1)**
6:14
**position (34)**
11:3 12:21 15:19 16:6
22:6 24:22 25:6
31:18 66:4 78:11,14

79:2,5 82:8,10,15
82:16,18,20,24
85:22 92:9,24 93:25
97:15 98:3 109:12
126:15,18 127:25
128:19 131:5
167:15 168:14
**positions (47)**
52:12 59:3,8,10,15,16
59:18,20,20,23 60:4
60:14 67:14 78:20
79:25 89:13 96:16
104:11 120:8,13
121:7,13,14,16
122:13,14 123:3
131:16,18,22 132:2
149:20 150:5 151:2
151:3 152:5,5,9
153:3 158:9 161:9
161:14 166:6 181:6
181:21,25 182:3
**positive (3)**
79:2 91:17 93:25
**possible (16)**
38:19 47:25 61:14
80:14 81:5 90:13
96:19 115:20,21
153:24 157:8
179:10 181:5
204:12,21,24
**post (1)**
17:24
**posted (2)**
149:19 150:4
**Posting (1)**
134:7
**post-acquisition (1)**
18:2
**potential (2)**
81:13 95:3
**potentially (2)**
174:25 205:7
**preceding (1)**
50:8
**preparation (3)**
10:5,8 35:22
**prepare (7)**
9:18 10:14 35:17
48:25 52:15 108:12
123:18
**prepared (15)**
9:10 35:20 109:12,14
119:19 120:17,17
120:24 121:11
122:7,9,10 125:23
130:25 139:2

**preparing (1)**
139:16
**presents (1)**
23:20
**president (2)**
7:10 8:20
**pretty (1)**
37:5
**prevent (1)**
18:7
**previous (6)**
23:7 64:4 113:24
138:6,22 181:3
**previously (12)**
22:22 64:14 71:4
105:4 108:7 109:15
130:21 132:6
138:24 159:7 175:2
200:2
**price (51)**
20:17 21:7,16 22:5,16
22:25 23:3,7 24:18
24:21 25:6 83:6,11
83:14,16 92:11,14
92:20,21,24 93:2
94:5 95:20 96:3
97:15 98:11,12,23
126:25 127:4 128:8
128:12,13 129:22
167:10,14,19,21,25
168:4,5,8,12 175:6
178:13,25 179:9,20
179:21,22 182:2
**prices (17)**
20:13 23:4 25:23,25
26:5,12,19 54:8,19
83:8 92:17 99:5
128:3 130:5 155:15
167:7 180:18
**pricing (6)**
25:2 27:21,24,25
167:17 174:18
**primarily (1)**
11:10
**Prime (3)**
26:4,22 27:3
**Principal (1)**
136:8
**printed (5)**
70:8 71:19 72:2,7,10
**printout (1)**
74:9
**printouts (1)**
71:12
**prior (4)**
11:2 22:22 23:7 172:4

**privilege (2)**
124:23,25
**privileged (2)**
10:2,23
**probably (23)**
8:8 16:18 18:24 50:19
61:4,5 63:4 90:6
93:16 96:2 104:24
105:16,18 107:12
113:17,17 154:21
171:11 184:13
185:15 195:7
199:16 202:12
**problem (3)**
13:21,25 95:18
**problems (1)**
171:10
**procedure (10)**
28:13,20,23,24 29:3,5
29:6,12 31:2 209:21
**procedures (2)**
94:8,13
**proceed (3)**
34:24 72:17 100:17
**proceedings (1)**
9:16
**process (21)**
20:20 28:17 29:16
30:6,9,10,17 31:7,9
37:11 40:10,14
41:19 43:15 110:24
133:17 135:13
139:21 175:3,4
203:3
**processed (1)**
22:11
**processes (2)**
60:8 179:7
**processing (3)**
8:16 31:6 178:18
**produce (2)**
49:2 160:13
**produced (40)**
12:6 32:24 33:15,19
34:2 36:20 46:16,18
48:21 49:2,17 57:22
71:24 72:24 73:6,11
73:21 74:2 75:6,13
77:16 88:4,15,16
100:10,22 102:23
106:18 110:13
111:10 121:17
122:19 125:12
133:25 134:18
161:5,16 181:21
205:23 206:9

**produces (1)**
7:18
**producing (3)**
33:6,10 210:16
**product (34)**
7:25 12:7 13:11 20:10
27:5 29:11,13,24
37:25 61:4,8,17,24
62:19,20,22,25 63:2
63:6,8,12,15 79:13
94:17 95:9,19
104:14 106:4,4
129:2 137:10,13
186:24 196:14
**production (18)**
33:5,9,16 34:6,16,18
35:18 41:9,20 73:13
188:13,16,17,20
197:7,8,10 210:15
**productions (1)**
100:11
**products (14)**
24:25 27:6,7,13,20
28:11,16,19,22
29:18,22 30:2 83:25
84:6
**Professional (1)**
2:9
**Professor (11)**
36:21 73:15 119:7,11
119:14,19,22,25
141:9 152:14
162:24
**project (11)**
137:12 170:5,8,12,14
172:19 174:7 202:4
202:20 203:3,11
**projector (1)**
36:12
**prompt (1)**
204:8
**prospective (1)**
18:12
**protocol (2)**
19:22 117:11
**provide (3)**
63:8 158:18 174:15
**provided (3)**
158:22,24 182:23
**provides (1)**
72:8
**providing (1)**
64:8
**Public (3)**
2:12 5:4 209:6
**pull (6)**

36:11,17 53:6 71:22
73:2 188:25
**pulled (7)**
135:6 174:8 188:13
188:20 189:4,9,10
**purported (1)**
204:22
**purpose (2)**
108:19 152:10
**purposes (10)**
9:10 35:12 36:13 49:4
54:25 84:11,12 93:4
126:5 181:20
**pursuant (1)**
209:20
**put (18)**
9:7 17:15,18 25:14
51:17 52:5,6 58:22
60:25 61:16 62:25
96:2 107:20 108:4
112:16 150:2 166:2
171:14
**puts (1)**
38:15
**putting (2)**
25:15 32:7
**P&L (4)**
11:20,24,25 12:6
**P-A-L-S (1)**
11:16
**P.M (29)**
30:23,24 99:14 100:3
114:5 116:23
117:10,12,17
137:24,25 138:13
165:25 166:7,8
171:19 177:15,23
178:8,14,19,22,25
179:10,13,15,18
205:14 208:12

---

**Q**

**quadruple (2)**
150:17,20
**quantity (8)**
24:18 78:15,16,19
85:21 167:10,15
168:13
**quarterly (2)**
39:16,25
**queried (1)**
80:20
**queries (4)**
11:7 37:5,5 39:4
**query (26)**
17:15,18 36:16,17,23

38:3,19 39:17 40:22
44:11 50:13 59:9
61:11,13 64:8 65:9
66:13 80:14 81:7
138:6,20 178:21
180:25 192:18
204:12,18
**Quest (2)**
11:15,17
**question (39)**
6:10,14,18 16:12
21:13 24:8,9 26:24
31:12 51:8 53:16
64:11 68:7 77:3
78:13 91:2 92:16
105:24 114:12
120:19,20,21
123:24 124:13,24
125:7 138:5 143:3
155:22 174:12
178:6 179:17 183:4
184:8 191:19
200:13 202:11,25
205:16
**questioning (2)**
100:14,17
**questions (19)**
10:21 12:14 14:21,22
15:7 90:24 139:11
140:19 146:12
157:18 159:6
168:21 175:12
183:10 187:17
195:14,17 196:19
204:9
**quick (1)**
137:23
**Quinn (2)**
4:4 5:22

---

**R**

**R (2)**
3:3 4:2
**raise (3)**
40:16 41:4 43:23
**raised (1)**
37:4
**ran (16)**
103:9 104:25 105:17
106:18,21 110:10
153:16 159:9,16
174:2 185:6,19,24
185:25 186:3 188:4
**range (1)**
43:12
**rating (1)**

175:8
**reaching (1)**
12:17
**read (5)**
57:3,18 119:18,21
201:23
**reading (1)**
119:24
**ready (5)**
100:17 165:13 178:5
178:7 179:5
**Real (2)**
96:7,11
**really (14)**
11:18 15:20 39:21
50:16 80:24 92:18
105:25 108:18
116:15 134:6
137:23 150:15
157:16 196:25
**Realtime (1)**
2:11
**reason (17)**
33:18 38:25 96:25
187:9 198:23 212:5
212:8,9,11,12,14,15
212:17,18,20,21,23
**reasons (1)**
94:24
**recalculate (1)**
97:10
**recall (25)**
9:12 36:7 42:11 44:18
44:22 107:5 119:24
130:23 133:2 139:5
139:8,18,23 140:16
140:23 166:25
168:18 170:5
176:10 184:25
185:7,16,18 187:3
198:21
**recalled (1)**
184:17
**receive (3)**
19:20,21 29:17 37:20
100:15 168:12
**received (9)**
71:15,16,17,18 72:25
77:2 88:18 100:11
171:9
**recess (3)**
50:23 99:13 137:24
**recipients (1)**
170:23
**recognize (9)**
36:6,8,14 108:10

132:22 134:23
158:10,13 161:4
**recollection (6)**
36:22 44:25 49:18
107:2 143:9 202:4
**reconciliation (1)**
144:10
**record (17)**
6:23 29:15 34:25
71:10 72:16,19
76:24 77:12,14
93:23 148:25
153:18 190:5,13
195:10 209:12
212:6
**recorded (3)**
23:8 24:5 191:5
**records (4)**
115:16 176:6 190:9
192:24
**recreate (1)**
110:11
**Reed (3)**
4:11 5:17,20
**refer (5)**
72:5 85:24 166:13
176:13 198:12
**reference (12)**
27:5 84:21 112:13
129:8 135:14,22
138:12 143:2
146:21 147:15
153:10,23
**referenced (3)**
73:14 150:9 184:25
**referencing (1)**
62:15
**referred (3)**
141:9 154:25 166:10
**referring (10)**
7:22 9:23 11:9 51:3
75:19 109:9 110:22
153:20 173:16
177:5
**refers (1)**
112:14
**reflect (5)**
129:13 155:22 161:20
164:12 174:5
**reflected (5)**
129:19 151:4 157:11
163:19 173:25
**reflective (5)**
79:7 129:7,12 155:14
156:20
**reflects (1)**

163:21
**reformulate (1)**
126:8
**refresh (2)**
36:22 49:18
**Registered (3)**
2:9,10 209:5
**regular (3)**
39:7 64:3 133:14
**regularly (5)**
39:16 61:23 66:11
109:12 186:23
**relate (6)**
124:9 136:9,10 145:6
189:25 192:10
**related (10)**
37:9 43:18 65:19,21
73:14 87:17 93:18
178:12 179:19
209:15
**relates (3)**
164:19 183:4 192:15
**relating (3)**
145:18 146:4 148:16
**released (1)**
90:5
**relevant (5)**
25:7 47:16 124:4
151:5 155:5
**remain (1)**
203:10
**remember (31)**
8:9 14:8 17:3 18:14
18:25 21:5 35:23
36:15 37:4,6,16
52:3 98:20 107:8
109:19 110:7
121:21,25 139:24
140:21 142:13
143:6 144:16
152:12 170:8
175:25 186:13
194:10 199:5,18
201:4
**remembered (1)**
191:20
**remote (7)**
28:12,20,23 29:2,5,6
29:12
**remotely (1)**
29:3
**remove (1)**
160:17
**removed (7)**
103:16,19,23 104:25
105:17 133:12

186:17
**removing (1)**
105:20
**rename (1)**
66:20
**repeat (8)**
21:14 26:24 53:16
59:5 86:24 96:14
102:14 126:16
**rephrase (5)**
28:5 64:5 76:21 94:10
206:2
**replaced (1)**
8:12
**replacing (1)**
11:21
**report (267)**
9:2,4 17:2,4,5,7,8,10
17:12,13,16,19 19:2
22:3 36:3,9,15,17
36:21 37:24 38:6
39:11,14,15 44:17
46:13 48:15 49:15
49:25 50:14,14 51:9
51:11,15,18,21 52:2
52:3,4,6 55:22
56:14,16 57:24 58:8
58:11,18,19,22,23
59:2,4,6,7,7 60:20
60:21,23,25 61:7,9
61:16 62:4,4,7,9,16
62:22 63:3,7,7,8,13
63:17,18,21,24 64:3
64:12,13,13,16,18
64:20,23,24 65:2,12
65:13,23,25 66:2,6
66:8,12,14,16,17,19
66:20,25 67:3,8
68:2,8,9 69:5,8,8,16
69:25,25 70:4,10,17
70:18,22,24 71:5,20
72:9 73:15,21,24
74:20,24,25 75:3,9
75:12,15,16 76:3,7
76:10 77:4,10,17,20
77:23 80:11,25 81:4
81:11,14 82:4,6,25
82:25 88:25 89:4,13
94:17,23 98:19,25
100:22 101:2,3,4,6
101:9,11,14,16,23
101:24 102:12,16
102:20 103:4,9,14
104:4,5,8,10,13,16
104:19,20 105:3,4,6
105:18 106:23

107:14 108:2,20
109:16 110:12
111:3 115:10,12
119:18 121:15
122:16,24 123:2,2
124:2 126:24 127:8
128:24,24 131:19
131:20 132:11,18
132:23 133:3,8
134:24 135:6,7
136:22,24 137:17
140:24 141:2,3,12
142:5,12,17,20,24
143:12,13,14,19,21
144:4 152:11 153:8
153:12,13,16,19
157:6 158:8,10,11
158:11,12,12,13,16
159:9,16,16,20,24
160:13,14 161:5
162:2 163:12
167:13 178:20
184:17 185:8,18
186:8,21 187:8
195:5
**reported (6)**
1:23 19:4,9,11 82:9
82:11
**reporter (6)**
2:9,10,11,12 6:21
209:6
**reporting (8)**
12:6 84:10,12,13
91:24 93:5,20
133:21
**reports (182)**
9:19 15:23 16:3,4,8
16:15,18,19,20,21
16:23 32:23 33:2,7
33:11,14,21 35:9,17
35:22 36:4,6,8,14
36:24 39:6,20,21,24
44:19 45:10 46:16
48:12,21,25 49:3,13
49:20 50:2,8,10,12
54:24 55:9,12,17,19
55:25 56:15,18 57:2
58:24 63:16 66:11
66:24 67:23 70:25
71:4,15 72:22,25
73:3,6,8 74:10 76:7
76:15,22,25 77:4,16
77:18,21,24 79:22
84:14 88:3,6,15,17
88:19 89:19 100:9
100:11,15,18

102:13,17,17,20,22
103:5,10,12,21
104:9 105:13,22,25
106:6,18,21 107:3
108:18 109:19
110:4,7,9,12,15
111:10 121:16
122:19,20 123:17
124:20 125:12,19
126:9,15 131:8,10
131:23 132:3,5
136:16 137:3,5,7,9
137:19,20 140:11
140:12,17,20
141:21 142:2,18
143:22 144:5,6,9
158:4,6,22,23 159:9
160:3,10 161:16,19
162:13 166:24
168:11 174:2
176:18 177:11
181:19,24 182:4
184:19 185:6,15,17
186:3,4,5,7,14,23
188:4,10 189:15
192:6 197:13 200:6
200:7 210:13,16,17
210:23
**report-by-report (2)**
61:22 62:2
**represent (4)**
5:10,18,23 84:25
**representation (1)**
77:21
**representative (1)**
191:24
**request (21)**
33:23 37:9 39:2,3,11
40:17 41:4 44:24
57:2 64:12 70:23
107:7,9,24 159:10
159:17 170:14
185:14 188:25
197:15 207:2
**requested (17)**
34:5 35:21,23 36:2
39:18 40:24 41:3
44:11,19 55:22,25
56:2,7 106:23
107:19 114:9
209:19
**requesting (1)**
13:10
**requests (11)**
35:24 37:9,11,12,14
37:20,23 39:6

160:14 185:2,12
**reran (3)**
103:20 105:2 186:5
**rerun (1)**
13:15
**reserve (1)**
34:21
**respect (11)**
12:10 13:13 23:16
24:10 52:16 103:5
107:2 120:23 153:3
173:2 182:23
**respective (1)**
48:15
**respectively (1)**
45:11
**respond (1)**
157:14
**response (3)**
6:15 140:18 159:16
**responses (1)**
6:23
**responsibilities (9)**
7:4,12,14 12:10,11,15
12:20,22 31:22
**responsibility (7)**
15:10,14,16,22 42:4
137:8,16
**responsible (15)**
7:5 11:5 12:23 13:2
14:3,12,14,15 25:9
25:14 42:12,15 43:8
43:9 95:2
**responsive (1)**
33:24
**restoration (1)**
40:15
**restore (4)**
40:18,19 43:22
204:25
**restored (2)**
40:17 44:10
**restores (2)**
40:13,19
**result (1)**
199:19
**resumed (1)**
100:4
**retained (1)**
119:15
**retrieved (1)**
49:15
**retroactive (1)**
18:13
**Reuters (3)**
26:9,11,16

**review (4)**
45:24 57:4 139:17
209:19
**reviewed (3)**
139:20 190:16,19
**reviewing (1)**
139:18
**revised (1)**
38:20
**right (40)**
9:4 12:17 23:10 28:7
34:13,22 41:5 46:13
51:17 75:10 76:15
86:7 89:6,14 92:17
107:17 113:16
114:12,25 115:20
117:5 121:21 122:6
122:13 127:8
134:20 140:25
147:4 148:18
152:17,18 160:16
169:25 191:8 192:3
194:10 203:22
204:4 205:18
206:23
**right-hand (1)**
129:4
**RMR (2)**
1:24 209:25
**Robert (2)**
4:9 5:21
**role (2)**
133:20 136:21
**rolls (3)**
127:2,5 128:9
**Romero (2)**
169:11 211:4
**roughly (4)**
30:21 31:22 198:2,17
**rounding (2)**
99:4,10
**rounds (1)**
99:8
**routed (1)**
183:17
**row (4)**
70:3 101:22 113:9,9
**rows (4)**
92:6,7 96:6 113:5
**RPR (2)**
1:24 209:25
**Rudy (4)**
37:16,18,19 38:10
**Rule (1)**
209:20
**rules (1)**

6:9
**run (57)**
11:4 14:15 16:3,9,15
18:22 22:3 39:7,11
39:14,15,20,23,24
44:11,16,19 50:10
50:13,14 55:20,23
59:9 61:23 63:7,17
69:24 75:6 76:22
77:4 100:18 105:20
105:25 106:5
107:16 108:2 110:9
122:22,23 131:8
137:20 140:20
158:3,3,7,14,16
160:3 184:19 185:8
185:17 186:7 188:6
192:18 197:13
200:5,6
**running (2)**
12:12 58:24 101:6
105:22 170:21
**runs (3)**
39:21 59:2,3

---
**S**

**S (11)**
1:24 2:8 3:3 4:2 85:17
86:19 134:10,19
209:5,25 210:21
**safe (1)**
53:3
**sale (4)**
59:24 60:5,15 200:23
**SAM (29)**
37:8,13,21 38:11,17
38:18 39:5,13 40:21
43:17 44:12,24
49:11 56:2,4 106:23
107:4,21 140:3,7,10
184:25 185:6,9,12
185:18,22 186:2,8
**Santa (1)**
37:16
**satisfied (1)**
186:10
**save (3)**
65:3 105:19 205:19
**saved (6)**
63:22 64:3,9 197:4
205:15 206:6
**saves (2)**
40:10 63:25
**saw (1)**
185:9
**saying (6)**

81:10 91:18 94:19
194:21,22 204:17
**says (15)**
46:24 58:25 62:5
67:11 69:16,19 70:4
86:6 91:11 113:4
121:5 129:6 156:12
167:12 170:18
**Schiller (2)**
3:12 6:2
**scratch (1)**
31:11
**screen (7)**
73:3,8 74:8 159:13
160:20,25 193:12
**scroll (2)**
159:13 160:23
**seat (1)**
139:12
**second (4)**
9:15 70:6 97:23 129:5
**securities (18)**
27:9,18 53:15,18,22
53:24 54:6,19 80:2
85:3 97:7 112:17
129:20 130:6 149:4
149:19 150:4,23
**security (43)**
20:13,25 21:8,17,25
22:15 23:17 24:3,4
24:11,13,13,15 25:3
27:9,11,11,16,22
29:21 54:10 65:18
65:20 79:16,18 80:8
82:11,16 83:2,3,18
83:21,24 84:2,2,3,5
84:20 85:7 96:11,20
113:3 128:8
**SEDOL (2)**
27:12,19
**see (76)**
9:5 17:2 22:7 23:15
29:11 35:5,10,15
45:8,15 46:3,5,6,7
48:9,16,17,24 55:2
55:8 58:2 66:9 67:9
67:11 70:9 74:12,16
84:8 87:13 89:11
92:18,23,25 94:21
110:6 111:13,18
112:8,11 118:11,21
120:13 121:7
134:19 139:6
141:25 142:18
144:4 146:18
147:13,21 148:24

152:11 155:2 156:8
156:16 158:25
162:2 167:12
169:23 170:24
172:16 177:18
178:16,25 179:9,21
180:2,18,20 181:3
188:11 192:24
193:12,21 194:3
**seeing (2)**
130:23 184:17
**seek (1)**
78:2
**seen (18)**
90:18,22,23 92:18,21
118:9,12 130:22
132:9,10 133:6
135:7,9 142:10
173:12,19,21 200:7
**sees (3)**
17:5 29:20,24
**select (2)**
121:20,22
**selected (3)**
122:13 123:5,6
**send (1)**
24:17
**sense (1)**
12:23
**sent (2)**
169:23 202:18
**Sep (1)**
58:9
**separate (4)**
41:22 100:10 105:15
155:12
**September (186)**
8:9,24 18:16 31:15
35:9,10 40:22,25
41:11,15,24,25 42:5
42:6,13,14,25,25
43:6,6,12,12 45:10
45:11,11 48:13,13
49:13 53:23,25,25
54:11,11,12,12
55:10,10,21 69:19
70:5 71:19 72:9,12
73:3,21,23 74:10
100:21 110:21
112:8 113:18 114:3
114:4,8,10,13,15,19
114:20,22,22 115:2
115:6,19 116:19,20
116:21,22,25 117:6
117:8,9,10,20,23,24
118:3 123:10 129:6

129:19,19,24,25
144:19,20 145:2
148:9 149:18
162:13 164:20,22
165:4,10,11,11,12
165:16,21,21 166:4
166:6,7,15,15,16,17
168:18,22,24 169:3
169:4,16 171:9,10
171:15 172:3,11,21
173:3,12 174:5,6,9
175:15,21 176:5
177:15,21,23 178:8
179:4,6 180:6,6,7,9
180:18 182:20,21
183:16 188:10
189:16,20,22,23
195:21 196:15
197:5,6,10,23,25
198:5,6,8,9,11,16
198:22,25 199:7,16
199:17,24 201:8
202:15 204:3,13,16
204:18 205:2,7,12
205:13,13,14,17,19
205:22 206:5,6,8,19
206:20 207:9
210:23
**serve (1)**
180:4
**SESSION (1)**
100:2
**set (39)**
19:19 20:22 29:7,10
29:23 30:14 36:12
41:14 54:23 72:21
82:5 90:2 94:21
100:11,12,13
113:20 114:9 115:3
144:13 169:5,15
171:6,13 172:24
173:13,15 174:10
176:3 188:14
197:22,24 201:15
203:8 206:23,25
207:10 209:10,24
**sets (1)**
71:15
**settlement (12)**
20:8,9 23:21 24:16,17
25:24 26:7,21 27:2
28:2 95:21 134:2
**seven (1)**
156:11
**shares (1)**
78:22

**sheet (19)**
52:15 59:2,8,10,12,14
59:20 61:5 72:7
84:14 89:13 104:11
131:19,21 132:15
132:21 158:9 178:5
178:7
**sheets (8)**
48:20 52:21,25 53:5
53:12 131:5 133:13
187:12
**short (28)**
79:6 91:3,3,5 92:24
93:8,10,12,15,19
94:2 120:8 121:20
121:22 123:7
126:23 131:12
152:5,9,20,25 153:6
153:25 154:8,15,18
181:21,25
**shorthand (1)**
157:10
**shorts (6)**
18:7 82:23 86:9 87:15
121:17 126:19
**short-term (1)**
131:13
**shoulder (1)**
48:7
**show (3)**
22:2 79:23 123:7
**shown (4)**
140:14 156:5 161:22
169:18
**shows (2)**
143:25,25
**side (6)**
25:18 95:14 131:11
156:8 183:8,19
**significant (2)**
174:18,22
**similar (5)**
63:9 90:24 140:14
152:23 197:7
**simple (1)**
13:25
**simply (1)**
167:14
**simultaneously (1)**
47:14
**single (2)**
145:16 191:24
**SIPA (2)**
4:12 5:18
**sitting (5)**
29:3 142:15,25

143:10 191:23
**situation (1)**
90:9
**six (9)**
130:11 147:6,8
148:14 149:10
150:7 156:19,20
157:9
**size (2)**
24:21 25:6
**slightly (1)**
120:7
**smooth (1)**
47:24
**solely (1)**
186:7
**sorry (32)**
16:12 17:9 21:10,13
29:9 58:22 59:5
64:22 75:23 82:13
82:14,14 84:3 86:23
88:17 96:14 97:9,22
102:14 118:18
120:20 121:2
126:16 140:4 146:3
151:12 157:3 167:2
167:24 189:18
194:2 204:16
**sort (15)**
27:21 30:13 31:8 64:4
79:17 88:16 94:8,12
108:20 125:10
132:18 144:10
154:12 204:13
205:21
**sounds (1)**
141:7
**source (9)**
20:4 60:9 83:24,25
143:22 144:2,7
168:13 182:12
**sourced (2)**
27:13 84:6
**SOUTHERN (1)**
1:3
**speak (2)**
10:11 119:7
**speaking (5)**
117:16 120:2 155:24
198:13 200:18
**special (54)**
41:2,8,12,15,17 42:6
43:2 113:20 114:9
115:2,7 117:5,19,22
144:13,22 145:5
168:16 169:5,15

171:6 172:24
173:13 174:9 176:2
184:6 188:7,14
189:7,10,21,23
190:10,25 192:2
195:20 196:24
197:3,11,22,24
199:2 204:14,23
205:8,11,17,24
206:10,18,22,25
207:9 208:2
**specific (22)**
20:22 37:24 38:12,13
39:12 79:11 81:4
101:21 102:4 105:9
113:14 120:6
135:15,17 140:16
140:24 146:3
168:24 178:21
184:9 185:2,18
**specifically (4)**
45:5 155:24 169:3
192:8
**specificity (1)**
153:9
**specified (5)**
38:8 63:19 69:25
70:11 103:15
**specify (1)**
99:9
**speculation (1)**
157:13
**speed (1)**
183:6
**split (5)**
14:6 18:17,19 135:20
199:11
**spoke (1)**
77:13
**Spot (1)**
130:15
**Spots (1)**
149:4
**spreadsheets (1)**
46:23
**ss (1)**
209:3
**stack (7)**
46:22,25 47:6 55:2
71:11 159:4 160:6
**stamp (2)**
47:12 69:17
**stand (1)**
148:6
**standard (5)**
51:14 62:11 64:13

142:17 143:12
**standardize (1)**
61:12
**standardized (1)**
61:22
**stands (3)**
12:5 135:12 150:15
**start (8)**
23:2 31:11 68:22
143:25 144:24
165:14 166:14
189:13
**started (2)**
205:11 206:19
**starting (3)**
11:19 35:2 68:19
**state (4)**
2:12 34:17 209:3,7
**statements (1)**
120:21
**STATES (1)**
1:2
**stayed (1)**
171:25
**step (3)**
40:23 43:19,21
**Stephens (5)**
3:10 5:14,14 69:2
97:20
**steps (2)**
133:11,12
**sticker (1)**
97:24
**Sticking (1)**
154:24
**stock (2)**
78:21,22
**Stocks (3)**
130:15 136:7 149:5
**stop (1)**
172:10
**stopped (2)**
100:14 172:8
**stops (1)**
57:14
**stored (1)**
40:24
**straight (2)**
86:15 110:3
**Street (2)**
2:7 3:7
**Strictly (1)**
120:2
**stuff (1)**
197:2
**subject (2)**

43:14 201:23
**subledger (4)**
133:20,23 134:4,7
**Subscribed (1)**
208:20
**subsequent (2)**
34:7 204:22
**subsequently (1)**
60:4
**subset (1)**
145:20
**substance (1)**
9:25
**subtype (5)**
84:2,3,5,20 113:4
**Suite (1)**
3:15
**Sullivan (2)**
4:4 5:23
**sum (16)**
86:19,24,25 92:7
101:25 103:17,18
103:20,25 104:2,25
105:17 111:22
127:2 128:9 161:3
**summaries (13)**
108:21 118:13 120:16
120:23 121:11
125:22 136:15
138:25 139:2,6,9
142:2 153:4
**summarize (3)**
108:16 109:9 139:3
**summarized (2)**
109:4 111:11
**summary (31)**
33:14,20 109:11,17
109:25 112:18,20
118:24 119:3
122:18,22,24,25
123:9,10,18,20,25
123:25 125:11,12
125:13 152:2,22
157:6 161:25 162:5
162:12 163:11
210:17,22
**summed (1)**
87:6
**summing (1)**
154:12
**sums (1)**
109:23
**supporting (1)**
183:9
**supposed (2)**
22:16 171:12 192:25

**sure (53)**
7:17 12:12 13:15,16
14:8 21:14 22:24
23:5,7 27:23 29:14
42:20 49:13 50:16
52:18 59:21 68:6,18
72:18,18 74:5 77:7
79:20 80:12,24
85:15 92:8 96:16
98:10 99:8,9 101:12
107:13 116:4
124:21 125:2
126:23 128:23
131:18 134:6,8
135:3 143:23
161:17 166:3 171:4
177:22 182:9
192:14 194:16
196:4,9 199:18
**surprised (1)**
193:10
**sworn (3)**
5:3 208:20 209:11
**system (146)**
7:5,18,19 8:4,7,13
11:6,8,9,10,15,20
11:21,22,24 12:5,12
12:24,25 13:3,8,14
13:19,23 14:4,9,13
14:18,20 15:3 16:24
17:20 18:13 19:19
20:14 22:12 23:18
24:16,17 25:21 26:4
27:6,17 28:13,25
29:2,4,20,21,23
30:12,20 31:5 35:24
36:18 37:8 39:23
40:3,4,8 41:18
47:23 49:10 55:9
56:13 58:9 59:8
64:9 88:17,18 89:5
89:20,25 90:6 91:10
96:5 112:15 113:19
120:4 122:17,22,23
123:19,22 125:13
125:23 134:5
138:20 140:3,7,10
143:12 148:8 149:9
150:10 153:17
157:11 161:9,20
162:6 163:21
164:12,20 165:5,13
165:23 166:19,24
167:4,8,9,13,19,22
167:23 168:2,23
171:18 172:13

174:19 176:22,24
177:14,17,23,24
178:12,12,22,23
179:3,13,19,22
181:2 188:17 190:8
192:19,25 194:8,22
196:2 199:8,21
200:4 201:8
**systematically (4)**
42:15,19 43:8 183:22
**systems (47)**
11:11,13,25 19:12,16
19:17,20,23 20:4,5
20:6,8,10 25:25
26:3,7,12,14,21,21
26:22 27:2,2,3 28:2
30:5,7,8,19 53:10
54:5 60:9,10 95:21
134:3 143:22 144:2
144:7 166:19 175:8
177:18 179:16,17
182:10,10,11,11

---

**T**

**T (7)**
85:23 86:2,3,19 87:16
87:17,18
**Tabatabai (3)**
32:16,19 210:11
**table (19)**
5:12 17:2 21:23 58:23
58:25 59:3,9 88:9
88:12 89:12,15 91:8
91:11,13 115:16
128:25 176:6 190:6
191:5
**tables (3)**
16:23 58:24 178:17
**tag (2)**
96:16 97:2
**tags (1)**
96:24
**take (20)**
6:16,22 9:14 45:7,21
47:15 57:2 71:7,14
95:10 124:18 125:4
125:7,8 137:21
148:19 163:14
177:20 179:4
180:13
**taken (4)**
10:23 73:2 133:12
204:14
**takes (4)**
31:2,5 179:3,5
**talk (5)**

124:7,15 125:5 177:2
200:17
**talked (2)**
65:7 100:10
**talking (9)**
9:19 76:12,15,22,25
114:11 141:21
179:8 208:3
**Tape (1)**
40:12
**TD (11)**
87:19,21 91:14,16,19
93:10,15 111:22
121:23 127:21
154:8
**TD@MV (14)**
85:19 86:3,13,19,20
86:21 87:3,4,7,23
91:5 92:3 93:9
126:12
**team (13)**
7:8 11:4 35:19 40:12
40:18,19 41:5 43:22
43:22 44:16,19
49:12 192:6
**Tech (1)**
43:21
**technological (1)**
95:7
**technologists (1)**
92:18
**technology (7)**
8:22 9:3 11:12 14:23
39:20 44:16 183:8
**tedious (1)**
110:24
**tell (34)**
8:20 15:4 21:6,15
22:18,20,21 36:9,19
47:5,7 49:16,25
58:19 59:8 60:21
65:11 69:4 70:10
75:5,6,16 95:15
113:11,14 115:17
142:16 150:12
152:8 153:11,23
154:4 178:14 190:3
**telling (3)**
115:9,13 155:3
**tells (1)**
137:17
**ten (1)**
18:24
**term (3)**
166:22,23 167:4
**terms (5)**

23:11 64:7 65:16
125:10 199:20
**test (1)**
123:24
**tested (1)**
90:7
**testified (15)**
5:4 100:5 138:24
140:18 144:12
148:13 151:25
176:21 189:12,14
195:20,22 200:18
201:6 205:9
**testify (1)**
190:23
**testimony (18)**
9:11 51:25 116:25
139:21 140:21
144:16 150:9
166:21 179:15
185:3,9 186:14
189:19 192:10,21
205:24 206:10
209:12
**Thank (6)**
78:4 98:2 126:2 163:5
195:12 208:7
**thanks (4)**
47:11 200:10 202:9
204:5
**theoretically (1)**
202:18
**thing (6)**
6:12 48:3 49:24 75:24
133:9 202:10
**things (6)**
6:9 7:20 14:19 54:7
72:22 83:24
**think (107)**
12:3 14:24 20:12
22:24,25 23:20
26:17 27:18 30:12
33:24 37:18 51:16
52:5,13,18 54:4,15
56:9 59:19 63:2
67:16 76:12,20
79:21 80:11,15,21
84:7 85:2,14,21
86:15 87:8 88:5
92:5 96:12,23 97:13
97:20,24 98:16,20
99:7 100:16 101:25
102:21 103:8
105:16,18 107:11
110:10 111:4,18
114:11 115:21,22

115:25 116:10
118:2,12 119:6
121:20 125:15,17
125:18 126:21
127:12 129:10
131:20 133:8,16
134:25 135:13,19
136:18 137:5,22
141:15 143:21
147:7,17 148:4
150:21 154:3 155:6
157:8 163:2 168:6,8
168:20 172:9
173:23 175:23,25
179:10 181:5,9
184:5,11 187:6
191:6 194:15
196:18 198:5,16,19
201:3
**thinking (1)**
81:12
**third (1)**
26:11
**third-party (3)**
26:8,15,18
**Thomas (158)**
3:17 5:25,25 9:7,23
10:17,19 16:10
19:13 21:9,11 23:14
23:19 24:6 25:19
31:4 33:23 34:3,8
34:13,20 37:2 38:21
39:8 43:20 44:21
45:21 46:11,22 47:5
47:11,19 48:2 49:22
50:7,18 52:17 54:12
54:13,21 56:11 57:5
57:10,13 59:25
60:17 61:15 63:23
64:10 68:3,15,22,24
70:13,20 71:7,10,24
72:12,18 73:7 74:3
76:9,19 77:6,10
78:2 79:19 81:8
82:19 86:22 88:22
90:16,21 95:5 103:6
105:23 106:15
107:23 109:13
114:17 116:2,9
119:2 120:18,25
123:13 124:6,9,12
124:16,21 128:4
131:2 133:15,18
138:8 139:22 140:8
141:15 145:8,21
149:22 150:19

156:22 157:12,18
157:20,22 162:16
163:2 169:7 175:9
175:14 176:9 177:9
177:19 178:15
179:2,24 180:22
181:15,23 183:14
183:18 184:16,21
185:4,10,20 186:9
186:11,25 187:13
187:21 188:3
189:17 191:9
192:22 193:9 196:3
196:17,20,22
200:10,16,24
201:10,14,21 202:9
202:16 204:5
205:10 206:15,17
208:7 210:6
**thought (7)**
34:4 86:2 92:21 114:5
114:24 145:22
203:25
**three (11)**
31:22 71:14 72:25
73:4 74:9 87:10
91:22 100:10
132:17 163:7,19
**ticket (35)**
35:25 37:3,7 38:8,17
38:19 39:12,13
40:21 43:17,23
44:12,24 45:6 49:6
49:11,23,25 56:3,4
56:6,16 104:6
106:24 107:4,11,16
107:21 185:6,9,13
185:13,18,22 186:2
**tickets (9)**
45:2,4 56:12 106:2
140:2,5,9 184:25
186:8
**tie (3)**
58:2 122:12 152:11
**till (2)**
114:5 166:14
**time (67)**
6:19 7:6 8:10 9:13
13:6 14:10 18:12
29:10,11 30:21
31:19 32:2 45:4,21
50:21,23,24 68:17
71:7 73:2 74:15
77:15,18 79:25 80:5
90:3 99:11,13 100:3
113:22 114:21

115:7 129:10,13
137:24,25 139:11
155:2,5,8,14 158:7
159:19 165:23,25
166:8 168:25 169:5
170:21 171:18
172:16 178:8 179:4
180:11,23,25 181:2
181:12 188:24
191:22 197:10
198:2,10,18,23
207:9 208:12
**timeframe (2)**
144:25 199:17
**timeliness (1)**
34:15
**times (4)**
166:21 167:15,16
168:13
**tired (1)**
157:15
**title (10)**
7:3,9 51:9 58:8 66:4
70:9 101:2,5 135:3
135:11
**titled (7)**
87:7 93:8 113:3
132:14,21 134:16
163:11
**TMS (6)**
19:14 143:23 144:8
144:11 177:24
178:4
**today (15)**
9:11,18 10:5 17:21
115:20,21 140:12
142:15,25 143:10
166:22 174:3 188:6
191:23 200:7
**Todd (3)**
3:17 5:25 162:23
**told (7)**
34:11 38:14 140:6
144:7 147:8 188:3
**top (8)**
17:4 57:3,20 69:8,9
87:24 156:8 170:18
**torch (1)**
138:3
**total (20)**
110:17 111:2,15,18
112:7 120:10
127:11 128:10
129:7,7 130:12,13
130:13,14,15,16
131:12 136:7

151:14 156:12
**totally (2)**
72:13,14
**totals (1)**
126:6
**touch (1)**
42:20
**trade (32)**
23:21 66:4 78:11,13
78:15,23,25 79:4
80:9 82:8,15,24
85:21 91:4 93:25
94:2 98:3 110:2
133:25 138:16
164:18,24 166:16
176:10,13,16,17,18
176:19,19 177:2,10
**traded (4)**
85:22 97:14,15
128:19
**trader (1)**
95:22
**traders (1)**
181:7
**trained (4)**
11:11,14,20 20:24
**training (2)**
15:8 183:2
**trainings (1)**
182:23
**transaction (4)**
59:24 60:6,15 199:7
**transcript (1)**
209:20
**transcription (1)**
212:7
**transfer (2)**
19:22 20:5
**transferred (4)**
20:4 59:23 60:5,14
**transferring (1)**
20:2
**trial (7)**
35:4,6 48:10,23 55:6
68:11 69:21
**tried (2)**
47:22 118:13
**tries (1)**
67:4
**trouble (1)**
48:3
**true (4)**
120:23 167:16 188:9
209:12
**Trustee (2)**
4:12 5:18

**try (10)**
6:11 47:19 48:6 74:12
74:19 118:19
150:25 153:22
161:17 203:15
**trying (5)**
11:11 51:20 77:14
114:18 139:6
**TSA (1)**
183:12
**turn (27)**
45:8,13 46:2 51:6
55:5,7,15 73:2
85:17 86:12 96:10
97:23 101:20 118:4
118:7 119:25 131:9
132:19 134:15
146:14 147:11
148:20 155:17
157:23 159:3,4
201:22
**turning (3)**
35:4 108:9 129:16
**twelve (1)**
18:24
**twice (1)**
23:3
**two (18)**
14:6 45:3 86:24 87:6
92:7 96:6,8,20
102:12,16 111:19
112:5 144:23
180:22 193:16,16
194:17 195:2
**type (23)**
20:6 37:25 39:6 62:4
62:11 63:7,13,21
83:19,21 84:2,5,13
84:20 85:7 104:16
105:3,6 132:16,22
135:19 158:12
200:6
**types (9)**
16:14 28:18 39:4 62:9
62:9 83:24 84:10
130:5 135:17
**T+1 (4)**
164:15,23 166:10,13

_____
**U**
**U (5)**
85:25 86:4,18 92:3
210:4
**Uh-huh (45)**
35:7 45:12 87:5
104:15 110:19

113:2 121:9 122:6
138:17 142:3
144:15 146:11,17
146:20 147:25
148:15,22 149:7
150:11 151:15,24
152:24 153:2
154:10 155:20
156:7,10,14 158:9
160:22 163:13
167:2,20 169:22
170:25 177:4
178:10 180:16
191:3 193:14,19
194:6 204:20 206:7
206:21
**UK (2)**
180:20,25
**Uma (7)**
1:13 2:5 5:2 100:4
208:18 209:9 212:4
**unavailable (1)**
80:19
**understand (16)**
24:8 48:2,4 64:11
71:12 80:10 111:10
121:2 143:8 144:18
145:15 168:11
185:21 194:18,19
196:25
**understanding (28)**
23:5 37:19 102:11
116:5 120:15,22
130:10 133:10,19
143:24 145:10,18
146:2 147:5 158:21
158:23 167:3,6
168:15 170:16,20
171:5,8 197:14
202:19 203:14,24
205:6
**undertaken (2)**
42:23 205:21
**Unfortunately (1)**
47:13
**uniform (1)**
39:5
**unique (1)**
39:17
**UNITED (1)**
1:2
**Unsecured (1)**
5:24
**updated (2)**
178:13 181:7
**updates (1)**

178:23
**upstream (1)**
60:10
**Urquhart (2)**
4:4 5:22
**usable (1)**
47:23
**use (16)**
8:3,18 12:7 14:24
34:8 52:14 62:17
63:4 98:9 106:12
154:18 155:23
165:3 197:12
199:25 201:16
**user (48)**
11:6 12:13,14 14:21
14:22 15:7 16:2
17:5 20:17 21:23
42:8 49:14 60:24
61:16 62:7,17,18,19
62:23 63:24 64:7,12
64:15,17,25 65:6,7
65:17 66:19,22 67:4
67:15 82:4 89:14
95:25 96:24 113:7
113:10 174:14
178:19 179:8 180:2
190:13,15 196:7
197:12 199:24
202:13
**users (66)**
7:16,21,23,24 13:5,9
13:11 14:24 15:5,25
20:22,23 21:3,5
39:23 42:9,11,21
52:23 58:21 60:24
61:6 62:24 63:4
65:8 81:20,22 88:24
94:16 96:13,16
114:5,8,23,25 115:8
116:14,16,21
117:25 118:2 137:4
137:5,10,19 165:2
165:20 166:2 167:9
169:24 171:11,23
180:4,5,9 181:9
183:19,24 191:4
197:9 198:6,12
199:20 200:17
201:13 204:2
**user's (1)**
65:15
**user-created (1)**
104:5
**user-friendly (1)**
16:25

**uses (1)**
64:4
**usually (5)**
20:16 36:16 63:25
166:2 185:11
**U.S (3)**
181:4,8,14

---
**V**
---

**V (3)**
111:5,6 127:22
**valuation (1)**
27:21
**value (64)**
22:8 23:12,17 24:4,7
24:12,14,19,20 25:5
54:9 78:17,18 79:16
79:23,24 80:4,7,8
81:17 85:20 86:16
86:16 87:14,20,22
91:14,15,16,19
93:11,15 94:7 96:7
96:9,12,15,18,21,23
96:23 97:4,8,11,14
97:14 98:18 109:3
109:24 111:23
118:22 121:23
126:10 127:21,25
128:17,22 154:9
166:22,23 167:4,8
167:13 168:10
**values (20)**
54:14,16 79:22 83:23
89:10 96:8 98:21,22
111:22 120:4
126:14,18 128:2,6
152:17 155:23,23
172:13,16 193:17
**variable (1)**
120:5
**various (16)**
20:10 25:24 26:15
27:11,15 31:10
32:23 33:2,6,10
61:3 100:9 120:3
149:20 210:12,16
**vendors (3)**
26:8,15,18
**verbal (3)**
6:21,23 44:23
**verified (1)**
114:7
**verify (2)**
122:15 136:19
**version (4)**
101:21 134:18 144:12

159:15
**versions (1)**
88:3
**versus (10)**
47:8,8 85:11,11 91:3
120:8,10 125:12
205:22 206:8
**vice (2)**
7:10 8:20
**Victor (2)**
98:7,8
**view (4)**
34:6 42:21 165:2
178:20
**viewing (1)**
179:6
**virtue (1)**
104:3

---
**W**
---

**W (1)**
3:17
**wait (1)**
6:14
**want (38)**
7:20 9:25 13:5,7
17:17 29:14 38:5
46:19 47:15 51:6
57:2 61:11 64:23
65:12,12,14,16,19
65:20 67:16 72:15
74:14,18 75:10,11
75:23 81:16,18,21
82:2 96:17 110:11
124:14,23 137:22
145:13 168:24
187:22
**wanted (26)**
9:12 18:5,7 22:7
37:25 63:6 82:5
97:10 108:16 109:4
109:8 110:15,16,20
121:24 126:3
152:22 172:13,17
173:2 180:17
194:11 195:16
200:6 203:15 204:4
**wants (6)**
61:20 62:25 63:25
65:17 66:20,22
**warehouse (1)**
133:24
**wasn't (3)**
10:20 34:14 105:21
**way (30)**
14:25 20:17 34:12

37:6 41:23 47:5,7
50:13 72:17 80:10
81:15 87:17 89:25
115:9,13 117:2
142:16 143:3
147:20 149:15
150:3,22 151:18
153:22 159:21
167:11 170:9
192:25 200:2
209:16
**ways (1)**
28:21
**week (1)**
116:19
**went (7)**
122:23 123:22 125:23
182:16,17 200:22
202:13
**we'll (6)**
10:24,25 40:11 138:3
169:8 205:20
**we're (7)**
76:15,21,25 100:17
114:11 159:14
208:3
**we've (8)**
45:4 50:18 57:15
110:22 166:23
174:2 193:11 200:7
**whereof (1)**
209:23
**Winters (1)**
19:6
**withdrawn (3)**
150:25 153:23 189:13
**witness (19)**
5:3 6:3 9:9 10:3 21:10
47:21 48:5 72:5,14
98:2 124:7,11,14
202:10 209:9,13,23
210:3 212:4
**witness's (1)**
47:9
**wondering (1)**
50:12
**word (1)**
112:11
**work (3)**
30:11 43:9 193:2
**worked (1)**
31:15
**working (1)**
31:25
**works (1)**
74:16

**World (2)**
96:7,11
**wouldn't (10)**
39:19 45:6 53:13
92:25 101:15 103:7
142:19 146:6 196:8
202:14
**write (1)**
47:16
**writing (1)**
65:9
**written (1)**
107:15
**wrong (2)**
95:13 123:16

**X**

**x (2)**
1:4,10

**Y**

**Y (1)**
83:6
**Yeah (6)**
47:11 149:16 155:3
155:11 160:8
201:18
**year (1)**
191:19
**yearly (1)**
39:16
**years (3)**
31:22 45:3 90:18
**year-ends (1)**
40:6
**yes/no (2)**
124:18 125:10
**York (19)**
1:3,14,14 2:7,8,13 3:8
3:8 4:8,8,14,14
180:5,15,24 182:17
209:3,4,7

**Z**

**zero (12)**
82:9,11,13,15,18,20
82:23 83:3 91:20
112:9 150:18,20

**0**

**0000 (7)**
150:20 151:4 193:23
194:10,24 195:2,7
**00200951 (2)**
134:10 210:21
**00200964 (1)**

134:19
**08-13555(JMP) (1)**
1:7

**1**

**1 (28)**
30:24 70:3 84:16
85:11,14 109:5,23
111:2,17 112:6,12
118:8 120:5,11
121:6 126:7 127:14
127:15 129:18
130:6,12 133:5
146:19,24 147:2,19
154:7 212:6
**1:15 (1)**
99:13
**10 (1)**
131:12
**10-Q (1)**
53:7
**10:05 (1)**
2:3
**10004-1482 (1)**
4:14
**10010 (1)**
4:8
**10017-6702 (1)**
3:8
**11 (1)**
1:6
**11:16 (1)**
50:23
**11:38 (1)**
50:24
**12 (76)**
30:24 35:9 40:25
41:11,15,24 42:5,13
43:2,6,12 45:10
53:23 54:11 55:10
58:9 110:21 112:8
114:3,10,13,19,22
114:22 115:19
116:21,25 117:6,20
117:23 123:10
129:19,24 145:3
164:22 168:18,22
169:3,16 171:9,15
172:21 173:3,12
174:5,6,9 175:15
177:15,21,24 178:8
179:4,6 180:6
183:16 189:23
195:21 196:15
197:6,10 198:7,8,9
201:8 202:15

204:13,16,19 205:7
205:12,17,22 206:5
206:8,19
**12th (11)**
43:13 44:15 54:17
144:19 164:25
188:6,19,22 189:16
189:22 198:5
**12-19 (2)**
162:13 210:23
**1200 (1)**
3:15
**13 (1)**
40:5
**134 (1)**
210:20
**139 (1)**
210:5
**15 (41)**
45:11 53:25 54:11,12
69:19 70:4 71:19
72:9,13 73:3,21,24
74:10 100:21
113:18 114:4,8,15
114:20 115:2,6
116:19,22 117:8,9
129:6 168:24 169:4
171:10 175:21
176:5 180:8,19
197:5 204:3 205:2
205:13,14,19 206:6
206:20
**15th (6)**
54:17 165:2 188:23
189:20,25 207:9
**157 (1)**
210:6
**16 (15)**
48:13 53:25 54:12
55:21 117:10 165:4
165:10,11,16,22
166:5,6,15,16 180:9
**16th (3)**
49:10 165:4 188:23
**162 (2)**
210:22,24
**169 (1)**
211:4
**17 (10)**
32:15,18 57:23
165:11,12,21 166:8
166:16,17 210:11
**17th (3)**
49:10 165:17 188:23
**175 (1)**
210:4

**18 (2)**
73:13 100:22
**18th (2)**
49:10 188:23
**188 (1)**
210:5
**19 (23)**
35:10 40:25 41:16,25
42:6,14,25 43:6
45:11 49:13 117:24
118:3 129:19,25
130:21 156:3
157:10 197:23,25
198:11,16,22,25
**19th (15)**
43:13 44:15 49:8
50:11 144:19
188:10,11,12,19,22
189:3,6,8,16,25
**195 (1)**
210:7
**196 (1)**
210:6

**2**

**2 (13)**
40:5 84:16 85:11,14
120:12 121:6 130:6
133:6 147:13,19,24
179:15 212:6
**2:12 (1)**
100:3
**20 (1)**
35:4
**200 (1)**
210:7
**2005 (2)**
31:14 90:2
**2008 (28)**
8:9,25 31:16 40:22
43:12 58:9 70:5
113:21 148:9
149:18 162:14
164:20 169:6,11
170:10 182:20
189:16 197:23
198:3,18,22 199:7
207:3,11 208:4,5
210:23 211:5
**2009 (16)**
56:21 71:16 74:2 76:8
77:2 100:12 107:12
116:4,8 158:2,14
184:19 191:20
198:20 208:6
210:19

**201 (1)**
210:6
**2010 (31)**
1:15 2:2 36:22 49:17
71:17,18 73:8,11,22
75:4,7,14 76:3,8,15
77:2,20 100:12,13
100:15,18 102:22
103:5,12 116:7
119:6 159:25 161:5
208:21 209:24
212:3
**204 (1)**
210:4
**206 (1)**
210:6
**22 (5)**
48:13 116:20 172:3
172:11 199:7
**22nd (2)**
4:7 49:11
**222 (2)**
2:7 3:7
**23 (9)**
40:4 41:10,21 171:22
172:15,16,21
174:13 199:24
**23-day (1)**
171:21
**24th (1)**
199:17
**25th (1)**
199:17
**27 (4)**
57:23 74:2 169:11
211:5
**28 (2)**
32:10 169:6
**29 (3)**
1:15 2:2 212:3
**29th (1)**
209:24
**297155 (1)**
68:25

**3**

**3 (8)**
84:17 85:12 119:25
120:22 130:6 148:2
148:4 212:7
**3:12 (1)**
137:24
**3:30 (1)**
137:25
**30 (3)**
43:12 55:7,10

**30(e) (1)**
209:21
**301 (3)**
35:6 68:12,21
**302 (1)**
69:22
**306 (3)**
35:6 68:12,21
**31 (1)**
45:8
**31616 (1)**
1:25
**32 (3)**
210:9,10,12
**33 (2)**
210:14,17
**33301 (1)**
3:16
**37 (3)**
111:23,24 112:3
**37,310,795,798 (1)**
110:18
**37-billion-odd (1)**
127:5
**37.3 (2)**
118:22,25
**381 (3)**
75:13 85:25 192:8

**4**

**4 (2)**
180:24,24
**401 (1)**
3:14
**41 (4)**
46:2,6 48:10 51:10
**41st (2)**
2:7 3:7
**44 (1)**
58:7
**486A (1)**
132:8
**488 (3)**
55:8,13 112:21
**489 (1)**
73:25

**5**

**5 (1)**
210:4
**5:04 (1)**
208:12
**5:30 (1)**
166:2
**500 (2)**
55:8,13

**501 (5)**
45:9,16 50:4 51:5
68:13
**502 (2)**
45:18 73:20
**503 (5)**
45:9,19 50:5 51:5
68:14
**51 (1)**
4:6
**53 (2)**
134:11 210:21
**56 (1)**
210:18

**6**

**6 (14)**
114:5 116:22 117:10
117:12,17 129:6,8
129:12 138:13
155:8,14 165:25
166:7 171:19
**644A (1)**
132:7
**667 (9)**
46:4,5,8 48:11,22
50:5 51:6,11 68:14
**671 (9)**
46:4,5,9 48:11,22
50:5 51:6,11 68:14

**7**

**7 (3)**
56:20 166:8 210:19
**7,000 (7)**
173:23 175:16,25
189:24 190:4,16,20
**7:30 (1)**
205:14
**70500 (3)**
111:18,19 112:2
**72260 (2)**
111:20 112:8
**779 (3)**
108:8 141:16 161:23
**791 (16)**
108:7 118:5 119:23
122:5 125:18
129:17 141:10,14
141:17,22 142:11
152:15 161:23
163:9 164:8,11
**796 (1)**
141:13
**7999 (1)**
112:19

**8**

**8 (14)**
30:23 58:5 165:12
177:15,23 178:8,14
178:19,22,25 179:9
179:13,15,18
**808 (2)**
162:9,10
**809 (1)**
162:17
**828 (7)**
32:4,8 45:8 46:3 51:7
55:6 210:9
**829 (4)**
32:13,17 35:3 210:10
**83 (1)**
109:19
**830 (13)**
32:22,25 35:14 36:5
36:25 67:24 68:10
68:20 69:4,10,13
71:3 210:12
**831 (26)**
69:21 73:5 74:11,17
74:21 75:2 78:7,12
83:6,15,20 84:18
85:18 86:4,18 92:4
93:8 96:10 100:21
100:25 101:21
109:19 111:7 146:8
155:17,22
**835 (10)**
35:14 36:5,25 67:24
68:10,20 69:5,11,12
71:3
**836 (35)**
45:14,15 47:8 49:5
50:3 51:4 67:25
68:12 84:8 85:25
86:23 97:17,18,21
98:5 103:13 104:10
105:13 106:19
108:24 110:23
111:9 112:11
121:19 123:11
124:3 125:20 127:8
127:10 136:17,20
154:20 160:7,21
186:16
**837 (19)**
45:17 47:8 73:19
74:11 78:7,12 83:6
86:4 97:24 98:2
153:10,13 154:2,16
154:24 155:13
192:8 193:6,11

**838 (3)**
46:10 47:8 48:19
**841 (1)**
45:20
**843 (19)**
45:14 46:10 47:7
48:19 49:5 50:3
51:4 67:25 68:13
103:13 104:10
105:14 106:19
111:9 121:19
125:22 136:17
160:7 186:16
**844 (11)**
46:24 47:2 55:2,14,18
57:21 58:6 71:6
159:5,15 184:24
**845 (5)**
73:24 74:11 78:7,13
83:7
**846 (1)**
47:6
**856 (12)**
32:23,25 46:24 47:3
55:2,14,18 57:22
71:6 159:5 184:24
210:12
**857 (4)**
33:4,8 73:13 210:14
**858 (36)**
33:13,20 108:6,10,22
111:12 112:2,22
118:16,18 120:16
120:24 121:12
122:8,10 123:9,19
123:21,25 125:14
126:6 129:5 136:15
138:25 139:2,6
151:23 152:23
153:5,20,21,25
154:19 163:25
164:7 210:17
**859 (24)**
56:19,24 57:24 58:15
58:19 60:20 63:10
63:20 66:7 68:2,8
69:6 70:2,11 75:20
77:5 103:15 157:24
159:10,17 160:15
184:18 195:11
210:18
**860 (4)**
134:9,14 136:23
210:20
**861 (6)**
162:11,12 163:8

164:8,11 210:22
**862 (6)**
162:18,19 163:8
164:8,11 210:24
**863 (7)**
169:9,10 172:20
197:17 201:23
205:5 211:4

**9**

**9 (3)**
30:23 165:13 181:2
**9/12 (6)**
113:16,21 118:21
169:19 201:25
203:16
**9/12/2008 (2)**
132:16,22
**9/16/2008 (1)**
134:17
**912.xls (1)**
69:17