# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

April 13, 2010

BY E-MAIL AND BY HAND

Tracy V. Schaffer, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

        *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP)

Dear Tracy:

    Enclosed on disc are transcripts of depositions with blocked testimony that Barclays has designated. We also enclose Barclays' list of the individuals Barclays may call as witnesses during the evidentiary hearing either in person or by deposition designation.

    Barclays reserves its right to counter-designate additional deposition testimony in response to the testimony designated by the Movants and also reserves its right to designate the testimony of the Movants' expert witnesses and any testimony of fact witnesses whose depositions have not yet been taken.

    We expect that the witness list may be reduced substantially depending on the witnesses that the Movants plan to call and by the reduction of fact issues through stipulated core facts. We expect to be able to send you a proposed stipulation by tomorrow or Thursday.

    Finally, we have included a supplement to our Exhibit List and ask that Movants supplement as soon as they have additions to their list.

                                         Very truly yours,

                                         Jack G. Stern

JGS:ck

cc:    James C. Teece, Esq. (By Email and By-Hand, with Enclosures)
       William R. Maguire, Esq. (By Email and By-Hand, with Enclosures)

| BCI Exhibit No. | DESCRIPTION |
| --- | --- |
| 638 | Excerpts of December 15, 2009 Movants' Statement of Undisputed Material Facts |
| 639 | Resume of James W. Giddens from Hughes Hubbard & Reed Website |
| 640 | Resume of James B. Kobak, Jr. from Hughes Hubbard & Reed Website |
| 641 | September 25, 2008 2:16 pm email from A. Blackwell to M. Forrest, et al. re Bar Cap Remaining $1.1bn of Value from the Purchase agreement (BCI-EX-(S)- 00004168) |
| 642 | September 22, 2008 5:22 am email from R. Messineo to M. Ford re Pls print out the two attachms, with attachments (WGM-LEHMAN-E 00013390 – 00013411) |
| 643 | September 25, 2008 3:35 pm email from M. Forrest to P. Tonucci, et al., re Bar Cap Remaining $1billion, with attachment (BCI-EX-(S)-00004184 – 00004185) [Attachments truncated] |
| 645 | February 2, 2010 Declaration of Robert L. Messineo |
| 646 | Chart of OCC accounts from Sept. 15, 2008 through Oct. 31, 2008 (Dep. Ex. 677A, BCI-EX-00297576) |
| 647 | April 5, 2010 Declaration of Robert Martini (Dep. Ex. 696) |
| 648 | Excerpt of December 10, 2009 Hearing Transcript |
| 649 | March 11, 2010, Barclays's 2nd Supplemental Response to the Trustee's Second 30(b)(6) Notice |
| 650 | Handwritten Notes (Dep. Ex. 666) **[CONFIDENTIAL]** |
| 651 | November 14, 2008 8:05 pm email from A. Blackwell to K. McLaughlin re RE: PIM Update |
| 652 | OCC 074 Approximated Customer Split (spreadsheet) **[CONFIDENTIAL]** |
| 653 | September 21, 2008 3:31 pm email from E. Rosen to J. McDaniel, *et al.*, re Re: Understandings relating to the transfer of LBI's accounts at OCC (OCC-0036482) **[CONFIDENTIAL]** |
| 654 | September 19, 2008 10:09 am email from D. Gilberg to R. Wasserman, *et al.*, re Barclays Letter (Exhibit 659A) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 655 | 15c3-3 Customer Protection – Reserves and Custody of Securities (Dep. Ex. 694) |
| 656 | Customer Protection – Reserves and Custody of Securities SEA Rule 15c3-3 (Dep. Ex. 695) |
| 657 | September 22, 2008 letter from Larry E. Thompson to John Rodefeld, *et al.* (HHR_00000979)<br>**[CONFIDENTIAL]** |
| 658 | September 22, 2008 4:05 am email from A. Frelinghuysen to R. Clausen re Fw: Barclays Guaranty (HHR_00000977)<br>**[CONFIDENTIAL]** |
| 659 | May 18, 2008 letter from M. Lee to M. Kelly, *et al.* |
| 660 | Summary of 9/12/08 GFS report (being created) |
| 661 | Summary of 9/15/08 GFS report (being created) |
| 662 | Summary of 9/16/08 GFS report (being created) |
| 663 | Summary of 9/17/08 GFS report (being created) |
| 664 | Summary of 9/18/08 GFS report (being created) |
| 665 | Summary of 9/19/08 GFS report (being created) |
| 666 | Summary of 9/22/08 GFS report (being created) |
| 667 | GFS report (including equities) for Sept. 16, 2008 (being generated) |
| 668 | GFS report (including equities) for Sept. 17, 2008 (being generated) |
| 669 | GFS report (including equities) for Sept. 18, 2008 (being generated) |
| 670 | GFS report (including equities) for Sept. 19, 2008 (being generated) |
| 671 | GFS report (including equities) for Sept. 22, 2008 (being generated) |
| 672 | September 17, 2008 email from J. Walker to M. Morton, *et al.*, re FW: LBI Balance Sheet Tieout (Dep. Ex. 394A) |
| 673 | Lehman Brothers Inc. Balance Sheet by GAAP Asset Type 9/12/2008 (spreadsheet) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 674 | October 8, 2008 Alvarez & Marsal Report to the Unsecured Creditors Committee of Lehman Brothers Holdings Inc. (WGM-Lehman-E 21409) |
| 675 | Sept. 29, 2008 3:52 pm email from A. Frelinghuysen to M. Witkin, et al., with attachment (Dep. Ex. 449) |
| 676 | December 13, 2008 1:57 pm email from H. Miller to M. Antoncic re Re: JPM re Petition (WGM-LEHMAN-E 0013746) |
| 677 | September 18, 2008 6:08 pm email from A. Krishnamurthy to M. Gelband |
| 678 | September 19, 2008 4:11 pm email from J. Seery to A. Kirk re Re: Just tried u |
| 679 | September 19, 2008 9:55 pm email from A. Kirk to J. Seery re Re: What's going on? (Dep. Ex. 319) |
| 680 | April 7, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 681 | June 5, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 682 | June 12, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 683 | June 19, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 684 | July 3, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 685 | July 31, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 686 | August 21, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 687 | August 25, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 688 | August 28, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 689 | August 29, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 690 | September 2, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 691 | September 5, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |
| 692 | September 12, 2008 Options Clearing Corporation Clearing Fund Depository Receipt and Security Agreement |