BOIES, SCHILLER & FLEXNER LLP

575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
Jonathan D. Schiller
Hamish P. M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP)<br>(SIPA) |

**DECLARATION OF HAMISH HUME IN SUPPORT OF LETTER BRIEF
FOR THE ADMISSIBILITY OF BCI EXHIBITS 488, 493, 501, 502, 667-670, 808,
809, and 865**

Hamish P.M. Hume, being duly sworn, declares under penalty of perjury that the following statements are true:

1. I am a partner at the law firm Boies, Schiller & Flexner LLP, attorneys for Barclays Capital Inc. ("Barclays"). I am an attorney duly admitted to practice in the State of New York, and in this Court. I make this declaration based on my personal knowledge, the knowledge of those with whom I work, and the documents referred to

herein. I make this declaration in support of Letter Brief for the Admissibility of BCI Exhibits 488, 493, 501, 502, 667-670, 808, 809, and 865.

2.   Each exhibit contained in the Appendix to Letter Brief for the Admissibility of BCI Exhibits 488, 493, 501, 502, 667-670, 808, 809, and 865 (the "Appendix"), which is filed simultaneously herewith and incorporated herein by reference, is a true and correct copy of the document as described on the Index to the Appendix. Any omission of a portion of any lengthy document has been noted on the Index.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 30, 2010

_____
Hamish P.M. Hume