DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:    (212) 248-3170

*Attorneys for Parsec Trading Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
In re:                                                            :
                                                                  :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                    :  Case No. 08-13555-JMP
et al.,                                                           :
                                                                  :  (Jointly Administered)
            Debtor.                                               :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF WITHDRAWAL OF CLAIM NO. 31765

Parsec Trading Corp. ("Parsec"), through its undersigned counsel, hereby withdraws Proof of Claim No. 31765 filed in the above matter, and requests that the claims register maintained by Epiq Bankruptcy Solutions be updated accordingly.

Dated: August 30, 2010

          **DRINKER BIDDLE & REATH LLP**

          By: */s/ Stephanie Wickouski*
              Stephanie Wickouski
              140 Broadway, 39th Floor
              New York, New York 10005-1116
              Telephone:    (212) 248-3170
              Facsimile:     (212) 348-3141

          *Attorneys for Parsec Trading Corp.*

DC01/ 2557252.1