WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** ***et al.,*** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS**
**<u>SCHEDULED FOR HEARING ON SEPTEMBER 1, 2010 AT 2:00 P.M.</u>**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. UNCONTESTED MATTERS

1. Motion of Lehman Brothers Holdings Inc. Pursuant to Section 362 of the Bankruptcy Code for Enforcement of the Automatic Stay with Respect to the UK Pension Proceedings **[Docket No. 10834]**

   Response Deadline: August 30, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Stipulation and Order **[Docket No. 11042]**

   B. Declaration of Shai Y. Waisman **[Docket No. 10835]**

   C. Order to Show Cause **[Docket No. 10836]**

Status: This matter is going forward uncontested. A stipulation and agreed order will be submitted to the Court.

## II. CLAIM MATTERS:

2. Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

   Response Deadline: August 3, 2010 at 4:00 p.m.

   Responses Received (Adjourned):

   A. Response of U.S. AgBank, FCB **[Docket No. 10494]**

   B. Response of Rutland Hospital, Inc. **[Docket No. 10598]**

   C. Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

   Related Documents: None.

   Status: This matter is going forward uncontested. All responses received have been adjourned to October 27, 2010.

3. Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 10280]**

   Response Deadline: August 19, 2010 at 4:00 p.m.

   Responses Received (Adjourned):

   A. Response of RBC Capital Markets Corporation **[Docket No. 10895]**

   B. Response of The August '86 Trust **[Docket No. 10978]**

   Related Documents: None.

   Status: This matter is going forward uncontested. All responses received have been adjourned to October 27, 2010.

4. Debtors' Thirtieth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 10281]**

   Response Deadline: August 19, 2010 at 4:00 p.m.

   Responses Received: None

Related Documents: None.

Status: This matter is going forward.

5. Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 10282]**

Response Deadline: August 19, 2010 at 4:00 p.m.

Responses Received (Adjourned):

A. Response of William L. Hess **[Docket No. 10655]**

B. Response of Susan Pike **[Docket No. 10783]**

C. Response of William H. Smith **[Docket No. 10785]**

D. Response of Joseph Giordano **[Docket No. 10786]**

E. Response of Susan Stashower **[Docket No. 10831 & 10933]**

F. Response of Francis Hill **[Docket No. 10843]**

G. Response of Marvin Schneider **[Docket No. 10844]**

H. Response of Bernard Markovitz **[Docket No. 10845]**

I. Response of Henry Frankenberg **[Docket No. 10846]**

J. Response of Patricia A. Noriega **[Docket No. 10847]**

K. Response of Peter Berman **[Docket No. 10850 & 10852]**

L. Response of Joyce L. Rehorst **[Docket No. 10857 & 10858]**

M. Response of Jacqueline W. Edelmann and Stephen J. Edelmann **[Docket Nos. 10862 and 10863]**

N. Response of New York State Common Retirement Fund **[Docket No. 10914]**

O. Response of Edith Brozgal **[Docket No. 10931]**

P. Response of Edward J. Alweis **[Docket No. 10932]**

Q. Response of Lester M. Rapp **[Docket No. 10934]**

R. Response of Linda Morris-Brogan **[Docket No. 10937]**

S. Response of Mary J. DePalma **[Docket No. 10939]**

T. Response of Ruth M. Malin **[Docket No. 10940]**

U. Response of Robert Cagliero **[Docket No. 10941]**

V. Response of Donna DeSouza **[Docket No. 10942]**

W. Response of Battecca Giuseppe **[Docket No. 10963]**

X. Response of Illaria Ghiretti **[Docket No. 10964]**

Y. Response of Hospitals Insurance Company, Inc. **[Docket No. 10970]**

Z. Response of Michael F. Palone **[Docket No. 11008]**

AA. Response of Shirley Mahlstrom Rev TR U/A **[Docket No. TBD]**

BB. Response of Edward and Vergence Brown **[Docket No. TBD]**

CC. Response of Joseph and Beatrice Schmidt **[Docket No. TBD]**

DD. Response of Sandra Kern **[Docket No. TBD]**

EE. Response of Leslie Steppel Weisbrod Trust **[Docket No. TBD]**

Related Documents: None.

Status: This matter is going forward uncontested. All responses received have been adjourned to October 27, 2010.

6. Debtors' Thirty-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 10283]**

Response Deadline: August 19, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None.

Status: This matter is going forward.

7. Debtors' Thirty-Third Omnibus Objection to Claims (Duplicative Claims) **[Docket No. 10284]**

Response Deadline: August 19, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None.

Status: This matter is going forward.

8. Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

Response Deadline: August 19, 2010 at 4:00 p.m.

Responses Received (Resolved):

A. Response of FHC Master Fund, Ltd. **[Docket No. 10888]**

B. Response of U.S. Bank National Association as Trustee **[Docket No. 10913]**

Responses Received (Adjourned):

C. Response of U.S. Bank National Association as Trustee **[Docket No. 10911 & 10912]**

Related Documents: None.

Status: This matter is going forward uncontested. All responses received have been resolved or are adjourned to October 27, 2010.

9. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline: April 15, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 8354]**

Related Documents:

B. Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status: This matter is going forward.

## III. ADJOURNED MATTERS:

### A. Claim Matters

10. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

Response Deadline: May 3, 2010 at 4:00 p.m.

Unresolved Responses:

A. Response of Paul Berlage **[Docket No. 8876]**

B. Response of Gisela Schultz **[Docket No. 8877]**

C. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

D. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

Related Documents: None.

Status: This matter has been adjourned to October 27, 2010.

11. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

Response Deadline: May 3, 2010 at 4:00 p.m.

Unresolved Responses:

A. Response of Gisela Schultz **[Docket No. 8877]**

B. Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

C. Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

D. Response of Irmgard Wiecorek **[Docket No. 8883]**

E. Response of Uwe Schaper **[Docket No. 8885]**

F. Response of Korinna Schwerdt **[Docket No. 8886]**

G. Response of Juergen Klein **[Docket No. 8887]**

H. Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J. Response of Manuel Freude **[Docket No. 8895]**

K. Response of Dietmar Reinartz **[Docket No. 8896]**

L. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M. Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N. Response of Wilfried Uttendorf **[Docket No. 8899]**

O. Response of Gerd Meyer **[Docket No. 8900]**

P. Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q. Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R. Response of Martin Kuemmel **[Docket No. 8905]**

S. Response of Marlies Wagner **[Docket No. 8906]**

T. Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U. Response of Gertrud Styra **[Docket No. 8908]**

V. Response of Bernhard Koenner **[Docket No. 8909]**

W. Response of Uwe Schoenwaelder **[Docket No. 8910]**

X. Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y. Response of Hanspeter Wittig **[Docket No. 8912]**

Z. Response of Peter Huen **[Docket No. 8913]**

AA. Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB. Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents: None.

Status: This matter has been adjourned to October 27, 2010.

12. Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9656]**

Response Deadline: July 20, 2010 at 4:00 p.m.

Unresolved Responses:

A. Response of Howard Terry and the Terry Foundation **[Docket No. 10324]**

Related Documents:

B. Notice of Filing of Revised Order **[Docket No. 9927]**

C. Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter has been adjourned to October 27, 2010.

13. Debtors' Twentieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9658]**

Response Deadline: July 20, 2010 at 4:00 p.m.

Unresolved Responses:

A. Opposition of Mathew Gulrich, Jr. **[Docket No. 10396]**

Status: This matter has been adjourned to October 27, 2010.

14. Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

Response Deadline: August 20, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 10946]**

B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

Related Documents:

C. Affidavit in Support of Notice of Motion and Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to

Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9538]**

D. Notice of Adjournment of Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 10566]**

Status: This matter has been adjourned to October 27, 2010.

15. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Response Deadline: August 25, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to October 27, 2010.

## B. Adversary Matters

16. Motion to Dismiss Complaint on Mezzanine Guaranties against Jeffrey Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821, Docket No. 1]**

Response Deadline: July 7, 2010

Responses Received:

A. Lehman's Response **[Docket No. 17]**

Related Documents:

B. Defendants' Reply **[Docket No. 22]**

Status: This matter has been adjourned to October 20, 2010 at 2:00 p.m.

17. Motion to Dismiss Complaint on Senior Guaranties against Jeffrey Soffer, Fontainebleau Resorts, LLC. **[Case No. 10-02823, Docket No. 15]**

Response Deadline: July 7, 2010

Responses Received:

A. Lehman's Response **[Docket No. 17]**

Related Documents:

B. Defendants' Reply **[Docket No. 22]**

Status: This matter has been adjourned to October 20, 2010 at 2:00 p.m.

Dated: August 31, 2010
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession