UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re :                                              Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
:
Debtors. :                                           (Jointly Administered)
:
-----------------------------------------------------------------x

## OBJECTION TO LAZARD GUARANTEE

Now comes William Kuntz, III who appears here Pro Se and respectfully submits the following:

1) The Debtor Flush with almost $20 Billion in Cash want to backstop fee's to Lazard in one of the many floating crap games that pass as investments.

2) To date, the only results that one might Count of these major 'deals' is a Loss of some $500 Million in the recent forclosure of a Building in Boston.

3) Lazard portray's itself as

> Lazard, one of the world's preeminent financial advisory and asset management firms   http://www.lazard.com/

With Assets under Management of

**Assets Under Management increased 26% to $123.5 billion at June 30, 2010,**

4) Accordingly, it does not need any 'handholding' by the Debtor. If it will not take the Engagement without the Guarantee, I am sure that there are plenty of others willing to take on this project and the risk of non-payment, and of course not be so compliant to Weil, Gotshal. Just another example of the Gravy Train for Wall Street Bigshots.

08-13555-mg    Doc 11088    Filed 08/03/10    Entered 08/31/10 11:59:09    Main Document
Pg 2 of 2

5) The Debtor should not be permitted to be the Financial Fire Dept of every hair-brained Project on the books, that is how it got into bankruptcy. It it were up to me, most of the Make-Work Earn-Fee crap games would have been abandoned by the Debtor.

I am sure most of the small creditors would like to see a Dividend in this Century.

The Institutional Players on the other hand can go long term which explains the composition of the Creditors Committee, appointed by the US Trustee's Office, itself being a faithful lapdog to the Bankruptcy Bar.

Respectfully,

William Kuntz, III
India St PO Box 1801
Nantucket, Ma 02554-1801
508-775-5225

New York City
Aug 1, 2010