UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re :
:                                                    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., :             08-13555 (JMP)
:
                    Debtors. :                       (Jointly Administered)

## OBSERVATION OF WILLIAM KUNTZ, III ON CLAIMS LOGJAM

Now Comes William Kuntz, III who appears here Pro Se and respectfully Submits the Following for the Court's Consideration.

1) As the Court may recall, at the beginning of the Objection Series, now 34 so far, this Party appeared in Open Court and in the afternoon session entered into a stipulation with Mr Waisman which this Party believed had resolved the problems he had getting his claims in on time and with the right debtor and calculated as to the date of the Petition.

2) Subsequently, the Court admonished me for raising my concerns about being blind-sided by Weil,Gotshal. Not withstanding the Stipulation made in open Court, Weil, Goshal grinds on it making piece-meal objections to my claims and still does not have it right. Recently, an Attorney from the Debtor send me a email containing an embargoed Transcript of that Hearing perhaps hoping that I would open it and act on non-public information.

3) In any event, the traditional carpet bombing of claims by Weil, Goshal is just not working well for Creditors. Not only are Pro Se's bamboozled,(Docket 10588) but from what I can see in the limited Computer Access I have, even

Government's who are represented by Counsel are letting Claims fall because of any number of Reasons. I for one, do not a valid reason why this Claims Process is going on now, before the Plan is confirmed by the Court, except of Course to inflate the already bloated Cornocopia of Fee's being handed the Lawyers.

Over the past several days, it seems that the Court's Internet Page, 糟糕！Internet Explorer 无法连接到 www.nysb.uscourts.gov has been down and this party has been unable to re-review the Court Calender for the first week of August, 2010 and as the Court may also recall, overruled this parties request that the Debtor provide more than a few hours posting of the Agenda. For example in the Docket, there appears to be a return date of Aug 2, 2010 Docket 10374 by Mr. Krasnow. As there is no Agenda Posted on Epiq one cannot be aware of just what might really be heard and what might be adjourned like long-suffering Mr. Gelb and the New York State Comptroller's gamesmanship.

10374 7/22/2010 Notice of Presentment of Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Momo-O, Matsuo & Namba, as Special Counsel to the Debtors, Nunc Pro Tunc to February 1, 2010 (related document(s)[1394], [2203]) filed by Richard P. Krasnow on behalf of Lehman Brothers Holdings Inc.. with presentment to be held on 8/2/2010 at 12:00 PM at Courtroom 601 (JMP) Objections due by 8/2/2010. (Krasnow, Richard)
Debtor: Lehman Brothers Holdings Inc.

As the Posted Court Calender shows nothing on the 2nd, which is a Monday, it is perplexing as to just what day an attorney from the Debtor may pop up in Court to Orders signed on short notice.

Instead of entertaining all kinds of Pre-Confirmation wheeling and dealing, which from my view only lines of the pockets of the Wall Street Insiders.

For example, Dr. Dumkopfer, who came from Germany with a chest full of Honors, to sit in Court on his Billion Dollar Deal.  How many Hours did he have over the North Atlantic to read and catch the $500,000 error they want fixed now? The Court should cause the Debtor to Fix a Date very soon to hear the Plan and Confirmation.  All other business including the Barclays Shakedown and the JP Morgan Pseudo-Ersatz Litigation should be put aside.

Respectfully,

William Kuntz, III
India St PO Box 1801
Nantucket, Ma 02554-1801
508-775-5225

Aug 1, 2010
New York City