Fiddler González & Rodríguez, P.S.C.
254 Muñoz Rivera Avenue, 6th Floor
San Juan, PR 00918
Attn: José A. Sosa Lloréns, Esq.
Tel. (787) 759-3178
Fax. (787) 759-3108
E-mail: jsosa@fgrlaw.com

*Counsel to Puerto Rico & Global Income Target Maturity Fund, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS SPECIAL FINANCING INC., et al., ) | |
| ) | Case No. 08-13888 |
| ) | (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 24352

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Puerto Rico & Global Income Target Maturity Fund, Inc. hereby withdraws Proof of Claim No. 24352 filed on September 21, 2009 against Lehman Brothers Special Financing Inc., case no. 08-13888.

Dated: August 23, 2010
San Juan, Puerto Rico

FIDDLER GONZÁLEZ & RODRÍGUEZ, P.S.C.

By: _____
José A. Sosa Lloréns, Esq.
254 Muñoz Rivera Ave., 6th Floor
San Juan, PR 00918
Tel. (787) 759-3178
Fax. (787) 759-3108
E-mail: jsosa@fgrlaw.com
*Counsel to Puerto Rico & Global Income Target Maturity Fund, Inc.*

FILED / RECEIVED
AUG 31 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC