WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter Gruenberger, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re:** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: **08-13555(JMP)**
: 
: **(Jointly Administered)**
**Debtors** :
------------------------------------------------------------------x

### MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE

Peter Gruenberger ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York (the "Court"), and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves the Court to enter an order permitting Sujan H. Trivedi, an associate at WG&M, to practice *pro hac vice* before the Court and represent Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession, (collectively, the "Debtors") in the above-captioned chapter 11 case, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. In support of the Motion, Movant states as follows:

US_ACTIVE:\43486668\01\58399.0008

1. Mr. Trivedi is a member in good standing of the Bar of the State of New York. There are no disciplinary proceedings pending in any court against him.

2. In support of the relief requested in this Motion, attached as <u>Exhibit A</u> is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Mr. Trivedi may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 case.

4. No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Sujan H. Trivedi to appear *pro hac vice* in association with the Movant as counsel to Debtors in the above-captioned chapter 11 case and granting such other and further relief as is just.

Dated: August 31, 2010
      New York, New York

/s/ Peter Gruenberger
Peter Gruenberger, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of this chapter 11 case, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Mailing Address:   Sujan H. Trivedi, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

E-mail:   sujan.trivedi@weil.com

Telephone:   (212) 310-8594

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: August 31, 2010

/s/ Sujan H. Trivedi
Sujan H. Trivedi, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re:**                                                       :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :
                                                                 :   **08-13555(JMP)**
                                                                 :
                                                                 :   **(Jointly Administered)**
         **Debtors**                                             :
-----------------------------------------------------------------x

## ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission Pro Hac Vice (the "Motion"), seeking admission *pro hac vice* of Sujan H. Trivedi to represent Lehman Brothers Holdings Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case before the Court, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is

2

ORDERED that Sujan H. Trivedi is permitted to appear *pro hac vice* as counsel to Debtors in the above-captioned chapter 11 case, subject to the payment of the filing fee.

Dated: August___, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE