**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF MATHEW GULRICH JR.**
**TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

PLEASE TAKE NOTICE that the objection to Debtors' Twentieth Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Mathew Gulrich Jr. [Dkt. No. 10396] is hereby withdrawn.

Dated: August 6, 2010

/s/ Mathew Gulrich Jr.
Mathew Gulrich Jr.

US_ACTIVE:\43468767\01\58399.0008