GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Facsimile: (970) 384-5005

Cassie L. Coleman, #37370
Attorneys Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC.,) | Chapter 11 |
| et al. ) | Jointly Administered |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the Cassie L. Coleman, Assistant Garfield County Attorney, has been substituted for Deborah Quinn of the Garfield County Attorney's office, as counsel for the Garfield County Treasurer and the Board of County Commissioners of Garfield County, Colorado. Ms. Coleman's contact information is:

Cassie L. Coleman
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO 81601
(970) 945-9150
ccoleman@garfield-county.com

Dated this 31 day of August, 2010.

OFFICE OF THE COUNTY ATTORNEY
OF GARFIELD COUNTY, COLORADO

Deborah Quinn, #7685
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO 81601
(970) 945-9150
E-mail: dquinn@garfield-county.com
ATTORNEY FOR GARFIELD COUNTY TREASURER

OFFICE OF THE COUNTY ATTORNEY
OF GARFIELD COUNTY, COLORADO

Cassie L. Coleman, #37370
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO 81601
(970) 945-9150
E-mail: ccoleman@garfield-county.com
ATTORNEY FOR GARFIELD COUNTY TREASURER