Attention:

1. Honorable James M Peck, One Bowling Green, New York, New York 10004, Courtroom 601
2. Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Shai Waisman, Esq.)
3. Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, 10004 (Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto Esq., Linda Rifkin, Esq., Tracy Hope Davis, Esq.)
4. Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 1005 (Dennis Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)

Regarding Matter:

United States Bankruptcy Court, Southern District of New York

In re, Lehman Brothers Holdings INC., et al., Debtors.

Chapter 11 Case No. 08-13555 (JMP) (jointly Administered)

"Notice on Hearing Debtors' thirty First Omnibus Objection to claims (insufficient documentation claims)

Creditor Name and Address and Disallowed Claim Information:

Jan Brown Mosca, 261 Indian Bluff Drive, Arapahoe, North Carolina 28510

Claim Number: 8205

Date Filed: 8/13/2009

Amount: $17,815.00

Debtors: Lehman Brothers Holdings Inc.

Statement:

This claim should not be disallowed due to due to the lack of documentation as stated in the attached objection. Included in this packet of information is the appropriate documentation including a copy of the proof of claim, a printed copy of an Ameritrade balance and positions dated August 17th 2010 showing the continued position in Lehman brothers, and an Ameritrade statement reporting period of August 2009 that shows the purchase date of 700 shares of Lehman Brothers Holding s CAP COM (symbol LEHNQ). This purchase date is listed as April 4th, 2007 in the amount of $17,815. This should be all the supporting documentation you need to overturn this objection.

Please supply any response to this request to Jan Brown Mosca at 261 Indian Bluff Drive, Arapahoe, NC, 28510. Phone number is 252.675.1336

Regards,

Jan Brown Mosca

RECEIVED
AUG 2 3 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

*[Handwritten annotations at top: "preferred stock purchased through Smith Barney now held in my Ameritrade acct."]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                  :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)

                    Debtors.           :    (Jointly Administered)

----------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000054705 MAIL ID *** 0030504970 *** BSIUSE: 91

MOSCA, JAN BROWN
261 INDIAN BLUFF DR.
ARAPAHOE, NC 28510

*[Handwritten: "purchase receipts →"]*

*[Handwritten: "Dr Gray's order. procedures for claim. File a proof of claim, attach documents. Explan of attached."]*

*[Handwritten: "looked proof of claim"]*

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>MOSCA, JAN BROWN<br>261 INDIAN BLUFF DR.<br>ARAPAHOE, NC 28510 | **Claim Number:** 8205<br>**Date Filed:** 8/13/2009<br>**Debtor:** No Debtor Asserted<br>**Classification and Amount:** SECURED: $ 0.00<br>UNSECURED: $ 17,815.00<br>TOTAL: $ 17,815.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

X   The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

*[handwritten: search by claim # enter, hit search]*

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Aimée N. Blanchard, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

*[handwritten: hyperlink which is what is filed.]*

DATED: July 19, 2010
New York, New York

*[handwritten: Opposes → needs to file response.]*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors.  ✓ | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)  ✓ |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000008205

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Program Securities. See definition on reverse side.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Jan Brown Mosca
261 Indian Bluff Dr.
Arapahoe NC 28510

Telephone number: 252 249-2753    Email Address: janm11721@yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 700s @ 25.45 $17,815.00 orig. cost

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** LEH BR HLGS CAP TR VI 6.24% (LEHNQ)
   (See instruction #2 on reverse side.) held in brokerage acct.

3. **Last four digits of any number by which creditor identifies debtor:** SSN - - - - - 5069
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

Date: 8/10/09

Signature: [signed] Jan Brown Mosca

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

FILED / RECEIVED
AUG 13 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

not required to file.



Mr. Jerry Mosca
261 Indian Bluff Dr
Arapahoe NC 28510-9634

Lehman Brothers Holdings
Claims Processing Center
C/O Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY. 10150-5076

RECEIVED AUG

## AMERITRADE Apex

**Balances & Positions** janmjudn2                                Tue Aug 17 2010 10:41:39 AM EDT

### Account Balances

|  |  | Today's net change |
|---|---|---|
| Cash balance | $278.91 | $278.91 |
| Money market¹ | $17,520.28 | $0.00 |
| Long stock value | $201,815.26 | -$487.84 |
| Mutual fund value | $94,287.98 | $229.48 |
| Bond value | $131,585.55 | $0.00 |
| **Account value** | **$445,487.98** | **$20.55** |

### Funds for Trading

| Avail. funds for trading | $17,799.19 |
|---|---|
| Non-marginable funds | $17,799.19 |

### Other Balances

|  |  | Today's net change |
|---|---|---|
| Avail. for withdrawal | $17,799.19 | $278.91 |
| Unsettled cash | $0.00 | $0.00 |

## Account Positions

### Stocks                                    Market value = $201,815.26*

| Description | Dividend Yield | Dividend Amount | Symbol | Qty | Ex-Dividend Date | 52 Week High | 52 Week Low | Close | Mkt Val |
|---|---|---|---|---|---|---|---|---|---|
| AMGEN INC COM | 0.00 | 0.00 | AMGN | 400 | — | 62.51 | 50.32 | 55.02 | 21,484.00 |
| AT&T INC PFD 6.375% SR NOTES CALLABLE | 5.9513 | 0.40 | ATT | 700 | 07/28/10 | 27.14 | 25.52 | 26.90 | 18,837.00 |
| CONOCOPHILLIPS CORP COM | 4.0051 | 0.55 | COP | 200 | 07/29/10 | 60.53 | 42.05 | 55.02 | 11,026.00 |
| CHEVRON CORP COM | 3.7061 | 0.72 | CVX | 400 | 08/17/10 | 83.41 | 66.06 | 77.40 | 30,888.00 |
| CONSOLIDATED EDISON CO N Y INC COM | 5.08 | 0.60 | ED | 404 | 08/16/10 | 48.53 | 39.02 | 47.55 | 19,024.36 |
| GLOBAL PAYMENTS INC COM | 0.2142 | 0.02 | GPN | 200 | 08/13/10 | 54.52 | 34.61 | 37.19 | 7,520.00 |
| INTEL CORP COM | 3.2357 | 0.16 | INTC | 400 | 08/04/10 | 24.37 | 18.31 | 19.15 | 7,880.00 |
| JP MORGAN CHASE 5.875% CAP PFD 5.785% SERIES K CALLABLE | 5.99 | 0.37 | JPM-K | 250 | 06/10/10 | 24.85 | 18.95 | 24.71 | 6,137.50 |
| LEHMAN BROTHERS HOLDINGS CAP COM | 10,400.00 | 0.39 | LEHNQ | 700 | 07/15/08 | 0.85 | 0.01 | 0.052 | 36.40 |
| 3M CO COM | 2.5171 | 0.52 | MMM | 400 | 08/18/10 | 90.52 | 67.98 | 84.01 | 33,276.00 |
| O REILLY AUTOMOTIVE SE COM | 0.00 | 0.00 | ORLY | 200 | — | 51.70 | 33.61 | 46.84 | 9,476.00 |
| PUBLIC STORAGE PFD 6.625% SERIES M PERP/CALL | 6.5002 | 0.41 | PSA-M | 700 | 09/13/10 | 25.58 | 20.82 | 25.40 | 17,815.00 |
| TOLL BROTHERS INC COM | 0.00 | 0.00 | TOL | 500 | — | 23.67 | 15.85 | 16.43 | 8,235.00 |
| VANGUARD FUNDS PACIFIC VIPERS | 2.81 | 1.42 | VPL | 200 | 12/24/09 | 56.41 | 45.22 | 50.06 | 10,160.00 |

### Mutual Funds                                Market value = $94,287.98*

| Symbol | Qty | Mkt Val | Last | Change | Change % | Open | High | Low | Volume |
|---|---|---|---|---|---|---|---|---|---|
| AGRFX | 884.767 | 27,056.17 | 30.58 | 0.05 | 0.16 | -- | — | — | — |
| ALSAX | 814.691 | 4,717.06 | 5.79 | 0.04 | 0.70 | -- | — | — | — |
| ALSCX | 1.765 | 9.07 | 5.14 | 0.03 | 0.59 | -- | — | — | — |
| FRBAX | 507.351 | 6,986.22 | 13.77 | 0.06 | 0.44 | -- | — | — | — |
| MSIGX | 1006.736 | 27,946.99 | 27.76 | 0.02 | 0.07 | -- | — | — | — |
| PEUGX | 806.493 | 14,113.63 | 17.50 | 0.09 | 0.52 | -- | — | — | — |
| PNOPX | 327.147 | 13,458.83 | 41.14 | 0.09 | 0.22 | -- | — | — | — |

### Bonds                                      Market value = $131,585.55*

| Description | Coupon Rate | Maturity Date | Cusip | Qty | Close | Mkt Val | Maint Req |
|---|---|---|---|---|---|---|---|
| ALLY BANK MIDVALE UTAH CD 0.65%11 | 0.650% | 03/31/2011 | 02004MQU0 | 3M | 100.03 | 3,000.90 | 0.00 |
| ANHEUSER BUSCH COS INC SR UNSECURED 5.05%16 MAKE WHL | 5.050% | 10/15/2016 | 035229CV3 | 15M | 109.83 | 16,474.35 | 0.00 |
| BARCLAYS BANK DELAWARE CD 2.650000%15 | 2.650% | 03/31/2015 | 06740KDY0 | 30M | 101.21 | 30,364.20 | 0.00 |
| DOW CHEMICAL COMPANY CALL 5.5%041520 | 5.500% | 04/15/2020 | 26054LJH7 | 30M | 102.04 | 30,611.40 | 0.00 |
| FEDERAL FARM CREDIT BANK CONS BD 4.55%15 | 4.550% | 03/04/2015 | 31331SNP4 | 10M | 113.03 | 11,303.10 | 0.00 |
| FEDERAL HOME LN MTG CORP CALL STEP 041525 4% to 7% | 4.000% | 04/15/2025 | 3133F4RA1 | 20M | 102.00 | 20,399.60 | 0.00 |
| UNION BK CALIF N A SAN FRANCI CD IDX ZERO 16 | 0.000% | 06/30/2016 | 90521ACD8 | 20M | 97.16 | 19,432.00 | 0.00 |

### Money Market Assets                        Market value = $17,520.28*

| Description | Mkt Val | Accrued Interest |
|---|---|---|
| FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC | 17,519.56 | 0.72 |

* Market value

Contact Us | TD AMERITRADE Holding Corp.
Minimum Requirements | Privacy | Security Center | Forms & Agreements

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD AMERITRADE is a trademark jointly owned by TD AMERITRADE IP Company, Inc. and The Toronto-Dominion Bank. © 2010 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERITRADE.

# TD AMERITRADE
## Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
08/01/09 - 08/31/09

**Statement for Account # 786-483073**

JAN MOSCA IRA
TD AMERITRADE CLEARING, CUSTODIAN
261 INDIAN BLUFF DR
ARAPAHOE, NC 285109634

**Announcements:**
LEARN ABOUT THE UNIQUE RISKS ASSOCIATED WITH LEVERAGED AND INVERSE EXCHANGE TRADED FUNDS. THEY ARE NOT SUITABLE FOR ALL INVESTORS. FOR MORE INFORMATION VISIT TDAMERITRADE.COM

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - |
| IDA | 47,818.11 | 47,066.66 | 751.45 | 1.6% | - | - |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 266,233.42 | 264,614.50 | 1,618.92 | 0.6% | 10,712.09 | 4.0% |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | 97,977.44 | 94,596.46 | 3,380.98 | 3.6% | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$412,028.97** | **$406,277.62** | **$5,751.35** | **1.4%** | **$10,712.09** | **2.6%** |

## Portfolio Allocation

Stocks 64.6%
IDA 11.6%
Mutual Funds 23.8%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $0.03 |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Contributions | - | - |
| Distributions | - | - |
| Income | 740.83 | 6,612.80 |
| Expense | - | - |
| Other | (740.83) | (6,612.83) |
| Closing Balance | $ 0.00 | $0.00 |

## Retirement Account Summary

| | YTD |
|---|---|
| Contributions | $0.03 |
| Distributions | - |
| Employer Cont. | - |
| Rollover | - |
| Direct Transfer | - |
| Tax Withheld | 6,612.80 |
| Recharact | - |
| Roth Conv. | - |

## Performance Summary

| | 2009 PTD | 2009 YTD | 2008 YTD |
|---|---|---|---|
| Cost Basis As Of - 08/31/09 | $ - | $ - | $ - |
| Unrealized Gains | | | |
| Unrealized Losses | | | |
| Deposited/(Disbursed) YTD | - | - | - |
| Income/(Expense) YTD | - | 7,133.75 | - |
| Securities Received/(Delivered) YTD | - | - | - |

Cost Basis As Of - 08/31/09: $415,002.12
Unrealized Gains: 28,789.86
Unrealized Losses: (79,581.12)
Funds: -
Income/(Expense): 6,612.80
Securities: 0.00
Received/(Delivered): -

page 1 of 7

## Statement for Account # 786-483073
### 08/01/09 – 08/31/09

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income - Securities | | |
| Ordinary Dividends | $ 546.10 | $ 2,675.04 |
| Qualified Dividends | 14.55 | 743.35 |
| IDA Interest | 180.18 | 3,174.27 |
| | 10.62 | 49.72 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| 3M CO COM | MMM | 400 | $ 72.10 | $ 28,840.00 | 09/25/06 | $ 29,670.20 | $ 74.18 | $ (830.20) | $ 816.00 | 2.8% |
| AMGEN INC COM | AMGN | 400 | 59.78 | 23,912.00 | 08/11/97 | 6,316.00 | 15.79 | 17,596.00 | | |
| ARROW ELECTRONIC INC COM | ARW | 300 | 27.64 | 8,292.00 | 06/09/08 | 9,759.99 | 32.53 | (1,467.99) | | |
| AT&T INC PFD 6.375% SR NOTES CALLABLE | ATT | 700 | 25.94 | 18,158.00 | 04/04/07 | 17,913.00 | 25.59 | 245.00 | 1,115.80 | 6.1% |
| CENTERPOINT ENERGY INC COM | CNP | 1,009 | 12.40 | 12,511.60 | 04/04/07 | 18,842.40 | 18.67 | (6,330.80) | 766.84 | 6.1% |
| CHEVRON CORP COM | CVX | 400 | 69.94 | 27,976.00 | 09/25/06 | 24,796.48 | 61.99 | 3,179.52 | 1,088.00 | 3.9% |
| CITIGROUP CAPVII PFD 7.125% 7/31/31 CALLABLE | C PRV | 600 | 19.36 | 11,616.00 | 12/14/03 | 15,903.00 | 26.51 | (4,287.00) | 1,068.60 | 9.2% |
| CONOCOPHILLIPS CORP COM | COP | 200 | 45.03 | 9,006.00 | 09/25/06 | 11,628.70 | 58.14 | (2,622.70) | 376.00 | 4.2% |
| CONSOLIDATED EDISON CO N Y INC COM | ED | 404 | 40.19 | 16,236.76 | 09/25/06 | 25,028.48 | 61.95 | (8,791.72) | 953.44 | 5.9% |
| GLOBAL PAYMENTS INC COM | GPN | 200 | 42.44 | 8,488.00 | 09/25/06 | 7,845.03 | 39.23 | 642.97 | 16.00 | 0.2% |
| INTEL CORP COM | INTC | 400 | 20.32 | 8,128.00 | 07/17/97 | 8,848.00 | 22.12 | (720.00) | 224.00 | 2.8% |

**Statement for Account # 786-483073**
08/01/09 - 08/31/09

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| JP MORGAN CHASE 5.875% CAP PFD | JPM PRK | 250 | 22.60 | 5,650.00 | 05/19/04 | 5,587.50 | 22.35 | 62.50 | 367.25 | 6.5% |
| LEHMAN BROTHERS HOLDINGS CAP | LEHNQ | 700 | 0.35 | 245.00 | 04/04/07 | 17,815.00 | 25.45 | (17,570.00) | | |
| NISOURCE INC COM | NI | 766 | 13.21 | 10,118.86 | 04/04/07 | 19,257.04 | 25.14 | (9,138.18) | 704.72 | 7.0% |
| O'REILLY AUTOMOTIVE SE COM | ORLY | 200 | 38.28 | 7,656.00 | 09/25/06 | 6,621.58 | 33.11 | 1,034.42 | | |
| PPL CORPORATION COM | PPL | 503 | 29.40 | 14,788.20 | 04/04/07 | 21,644.05 | 43.03 | (6,855.85) | 694.14 | 4.7% |
| PUBLIC STORAGE PFD 6.625% SERIES M PERP/CALL | PSA PRM | 700 | 21.78 | 15,246.00 | 04/04/07 | 17,633.00 | 25.19 | (2,387.00) | 1,159.20 | 7.6% |
| TOLL BROTHERS INC COM | TOL | 500 | 22.74 | 11,370.00 | 06/09/08 | 9,659.99 | 19.32 | 1,710.01 | | |
| USB CAPITAL X PFD 6.5% CALLABLE | USB PRI | 700 | 22.67 | 15,869.00 | 04/04/07 | 18,905.00 | 27.01 | (3,036.00) | 1,137.50 | 7.2% |
| VALERO ENERGY NEW COM | VLO | 100 | 18.74 | 1,874.00 | 06/09/08 | 4,649.99 | 46.50 | (2,775.99) | 60.00 | 3.2% |
| VANGUARD FUNDS PACIFIC VIPERS | VPL | 200 | 51.26 | 10,252.00 | 04/07/08 | 12,909.99 | 64.55 | (2,657.99) | 164.60 | 1.6% |
| **Total Stocks** | | | | $266,233.42 | | $311,234.42 | | $(45,001.00) | $10,712.09 | 4.0% |
| **Mutual Funds - Cash** | | | | | | | | | | |
| ALGER FD SM CAP GR FD CL A | ALSAX | 814.691 | $ 5.24 | $4,268.98 | 06/07/04 | $ 3,664.68 | $ 4.50 | $ 604.30 | | |
| ALGER FD SM CAP GR FD CL B | ALSCX | 1.765 | 4.69 | 8.28 | 06/07/04 | 7.13 | 4.04 | 1.15 | | |
| ALLIANCE PORTFOLIOS GROWTH FD A | AGRFX | 884.767 | 28.50 | 25,215.86 | 01/16/03 | 25,003.52 | 28.26 | 212.34 | | |
| HANCOCK JOHN INVT TR II REGL BK FD A | FRBAX | 507.351 | 13.68 | 6,940.56 | 05/15/02 | 16,548.92 | 32.62 | (9,608.36) | | |
| MFS SER TR V TOTAL RETURN CL B | MTRBX | 681.563 | 12.55 | 8,553.62 | 05/16/02 | 9,054.96 | 13.29 | (501.34) | | |

Statement for Account # 786-483073
08/01/09 - 08/31/09

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mutual Funds - Cash** | | | | | | | | | | |
| OPPENHEIMER FDS CL A | MSIGX | 1,006.736 | 26.17 | 26,346.28 | 05/16/02 | 26,211.14 | 26.04 | 135.14 | | |
| PUTNAM EUROPE EQUITY FD CL A | PEUGX | 806.493 | 17.67 | 14,250.73 | 05/16/02 | 11,188.08 | 13.87 | 3,062.65 | | |
| PUTNAM FDS NEW OPPORTUNITIES FUND CL A | PNOPX | 326.737 | 37.93 | 12,393.13 | 01/16/03 | 12,089.27 | 37.00 | 303.86 | | |
| **Total Mutual Funds** | | | | **$97,977.44** | | **$103,767.70** | | **$(5,790.26)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$364,210.86** | | **$415,002.12** | | **$(50,791.26)** | **$10,712.09** | **2.9%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 08/04/09 | 08/04/09 | Cash | Div/Int - Income | MFS SER TR V TOTAL RETURN CL B Payable: 08/03/2009 Ordinary Dividends 14.55 | MTRBX | 0.00 | $ 0.00 | $ 14.55 | 14.55 |
| 08/05/09 | 08/05/09 | Cash | Journal - Other | PURCHASE TD BANK USA FDIC INSRD DEPOSIT | | 0.00 | 0.00 | (14.55) | 0.00 |
| 08/17/09 | 08/17/09 | Cash | Div/Int - Income | AT&T INC PFD 6.375% SR NOTES CALLABLE Payable: 08/17/2009 Taxable Int Credited 278.91 | ATT | 0.00 | 0.00 | 278.91 | 278.91 |
| 08/17/09 | 08/17/09 | Cash | Div/Int - Income | CITIGROUP CAPVII PFD 7.125% 7/31/31 CALLABLE Payable: 08/17/2009 Taxable Int Credited 267.19 | C PRV | 0.00 | 0.00 | 267.19 | 546.10 |
| 08/17/09 | 08/17/09 | Cash | Journal - Other | PURCHASE TD BANK USA FDIC INSRD DEPOSIT | | 0.00 | 0.00 | (546.10) | 0.00 |
| 08/20/09 | 08/20/09 | Cash | Div/Int - Income | NISOURCE INC COM Payable: 08/20/2009 QUALIFIED DIVIDENDS 176.18 | NI | 0.00 | 0.00 | 176.18 | 176.18 |