UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Sandra Kern

v

In re

LEHMAN BROTHERS HOLDINGS, INC. ,*et.al.*,

Debtors



File No: 08-13555(JM)

Claim Number: 8218

_____/

| | |
|---|---|
| Sandra Kern<br>**5333 Adams Road**<br>Delray Beach, FL<br>33484<br>(954) 401-8671 | Aimee Blanchard<br>**Attorney for Debtors**<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000 |

_____/

Sandra Kern, objects to the claims to be disallowed and expunged by Lehman Brothers holdings, Inc. The basis for the objection is based on bad faith by Lehman Brothers Holdings, Inc. Lehman Brother Holdings (Lehman Brothers) has a fiduciary duty to act in the best interest of its shareholders and did not which the resulting action arises from. Lehman borrowed significant amounts to fund its investing in the years leading to its bankruptcy in 2008, a process known as leveraging or gearing. A significant portion of this investing was in housing-related assets, making it vulnerable to a downturn in that market. One measure of this risk-taking was its leverage ratio, a measure of the ratio of assets to owner's equity, which increased from approximately 24:1 in 2003 to 31:1 by 2007. While generating tremendous profits during the boom, this vulnerable position meant that just a 3-4% decline in the value of its assets would entirely eliminate its book value or equity. While risk is inherent in the stock market, it is the fiduciary duty of both the SEC and the Company to acted in the best interest of their shareholder's; this includes but is not limited to sound investment and business activities with the effects on both the company and on shareholder's such decisions will have immediately and in alternative market conditions. Lehman Brother's being a major player in the stock market knew

or should have known that an economic downturn would have catastrophic effects on its shareholders and its financial stability resulting in bankruptcy and the loss of its shareholders investments. Such evidence lends itself to the reality that Lehman both breached its fiduciary duty to investors.

In 2008, Lehman faced an unprecedented loss due to the continuing subprime mortgage crisis. Lehman's loss was apparently a result of having held on to large positions in subprime and other lower-rated mortgage tranches when securitizing the underlying mortgages. Whether Lehman did this because it was simply unable to sell the lower-rated bonds, or made a conscious decision to hold them, is unclear. In any event, huge losses accrued in lower-rated mortgage-backed securities throughout 2008. In the second fiscal quarter, Lehman reported losses of $2.8 billion and was forced to sell off $6 billion in assets. In the first half of 2008 alone, Lehman stock lost 73% of its value as the credit market continued to tighten. In August 2008, Lehman reported that it intended to release 6% of its work force, 1,500 people, just ahead of its third-quarter-reporting deadline in September. Lehman Brothers filed for Chapter 11 bankruptcy protection on September 15, 2008. While Chapter 11 bankruptcy filing may be considered necessary to ensure the continuation of business activities post bankruptcy such protection should be disallowed when the behavior resulting in Chapter 11 protection was willful, negligent and due to a breach of fiduciary duty. It is up to the Bankruptcy Court to set the precedent to hold accountable the firms which have abused the trust of investors such as Lehman Brothers, and hold them accountable. The effects will be far reaching and I urge the Court to find in favor of those investors who have lost a significant portion of their investments.

Sincerely,

Sandra L Kern

# OPPENHEIMER



## STATEMENT OF ACCOUNT

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000
Member of All Principal Exchanges

| Page | Account Number | Financial Advisor | Period Ending |
|---|---|---|---|
| 2 of 3 | G51-1372208 | LEWIS ARTHUR W - NH7 | 06/30/10 |

SANDRA KERN
1333 ADAMS ROAD
DELRAY BEACH FL 33484

## Portfolio Holdings

The prices, current values and income estimates may be approximations, resulting in gains and losses not being accurately reflected. Unrealized gains and/or losses are computed from the supplied cost basis data and may not be accurate for tax reporting purposes. Items for which a cost basis was not available as of the statement period ending date are indicated by the symbol N/A. The actual gains and/or losses do not reflect positions which we do not have cost information. Please contact your Financial Advisor if you believe any cost basis related data is inaccurate or if you require additional information.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") are estimates only and do not indicate actual income or performance of investments. EAI and EY for certain types of securities could include a return of principal or capital gains, in which case the EAI and EY would be overstated. As EAI and EY are estimates, the actual income and yield might be lower or higher than the estimated amounts. EY reflects only the income generated by an investment and it does not reflect changes in its price, which may fluctuate.

Please note the following icon ⓡ appears to the right of the stock symbol of those securities which Oppenheimer has provided research coverage within the last 12 months. If you wish to access such research you may visit the Client Access web site (www.opco.com) or speak with your Financial Advisor.

### Equities
Preferred or Other Stock

| Description | Account Type | Quantity | Symbol | Unit Cost | Total Cost Basis | Current Price | Current Value | Unrealized Gain/(Loss) | EY | EAI | Portfolio Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS HLDGS CAP TR VI 6.24% 54 1/18/54 CUM DIV TDYS WR CALL 01/18/10 @$25 | CASH | 1,000 | LEHNQ | 23.003 | 23,003.00 | 0.052 | 52.00 | (22,951) | | | 100.00 |
| SUB-TOTAL PREFERRED OR OTHER STOCK........ | | | | | 23,003.00 | | 52.00 | (22,951) | | | 100.00 |
| TOTAL EQUITIES.................. | | | | | 23,003.00 | | 52.00 | (22,951) | | | 100.00 |

**Total Portfolio Value**  Total Cost Basis $23,003.00  Current Value $52.00  Unrealized Gain/(Loss) ($22,951)  EY  EAI 0  Portfolio Percent 100%


SIPC

**From:** Sandra Kern <skern@bellsouth.net>
**To:** ERIKA KERN <CHIGGER311@AOL.COM>
**Subject:** Fw: Lehman Bros. claim no. 8218
**Date:** Mon, Aug 16, 2010 2:36 pm

Dear Erika,

The email address for Sarah Decker and Aimee Blanchard are as follows:

sarah.decker@weil.com

aimee.blanchard@weil.com

Thanks for your help!!!!!!!!!!!

Love Mom

----- Forwarded Message ----
**From:** "Decker, Sarah" <Sarah.decker@weil.com>
**To:** "skern@bellsouth.net" <skern@bellsouth.net>
**Cc:** "Blanchard, Aimee" <aimee.blanchard@weil.com>
**Sent:** Fri, August 13, 2010 3:15:54 PM
**Subject:** Lehman Bros. claim no. 8218

Sandra,

To confirm what we just discussed, you agreed to email us your response to the Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) on or before 4:00 pm Eastern Prevailing Time on August 26, 2010. In the meantime, please do not hesitate to contact me or Aimee Blanchard if you have any questions.

Best regards,

Sarah Moore Decker
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746.8141 Direct Dial
(214) 746.7777 Direct Fax
sarah.decker@weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com) and destroy the original message. Thank you