August 23, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

i. UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., ET AL, Debtors

Chapter 11 Case no.
08-13555 (JMP)
(Jointly Administered)

NOTHICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICENT DOCUMENTATION CLAIMS)

ii. CREDITOR NAME AND ADDRESS:
SHIRLEY MALMSTROM REV TR U/A (Listed in error as SHIRLEY MAHLSTROM REV TR U/A)
C/O BRAD ROTHENBERG
6514 PLANTATION PINES BLVD
FORT MYERS, FL 33966

DESCRIPTION OF THE BASIS FOR THE AMOUNT OF THE CLAIM: PAR VALUE.

iii. A CONCISE STATEMENT SETTING FORTH THE REASONS WHY THE CLAIM SHOULD NOT BE
DISALLOWED, EXPUNGED, REDUCED, OR RECLASSIFIED FOR THE REASONS SET FORTH IN THE
OBJECTION, INCLUDING BUT NOT LIMITED TO, THE SPECIFIC FACTUAL AND LEGAL BASES UPON
WHICH YOU WILL RELY IN OPPPOSING THE OBJECTION.
The creditor, a layman, didn't realize that evidence of the unsecured debt, in the form of a Brokerage
Statement was required.

iv. ALL DOCUMENTATION OR OTHER EVIDENCE OF THE CLAIM, TO THE EXTENT NOT INCLUDED WITH
THE PROOF OF CLAIM PREVIOUSLY FILED WITH THE BANKRUPTCY COURT OR PROVIDED TO THE
DEBTORS IN RESPONSE TO THE DERIVATIVE QUESTIONAIRE AND/OR GUARENTEE QUESTIONAIRE
(AS DEFINED IN THE ORDER, DATED JULY 2, 2009, ESTABLISHING THE DEADLINE FOR FILING PROOFS
OF CLAIM, APPROVING THE FORM AND MANNER OF NOTICE THEROF AND APPROVING THE PROOF
OF CLAIM FORM [DOCKET NO. 4271], UPON WHICH YOU WILL RELY IN OPPORSING THE OBJECTION;

v. THE ADDRESS(ES) TOWHICH THE DEBTORS MUST RETURN ANY REPLY TO YOUR RESPONSE, IF
DIFFERENT THAN THAT PRESENTED IN THE PROOF OF CLAIM; AND

vi. THE NAME, ADDRESS, AND TELEPHONE NUMBER OF THE PERSON (WHICH MAY BE YOU OR YOUR
LEGAL REPRESNETATIVE) POSSESSING ULTIMATE AUTHORITY TO RECONCILE, SETTLE, OR
OTHERWISE RESOLVE THE CLAIM ON YOUR BEHALF.

Bradley Rothenberg, Trustee
6515 Plantation Pines Blvd
Fort Myers, FL 33966
239-768-2270

Cordially,

TRUSTEE
Bradley Rothenberg, Trustee

RECEIVED
AUG 26 2010
U.S. BANKRUPTCY COURT, SDNY
JMP