Re: Lehman Brothers Bankruptcy
Chapter 11
Case # 08-13555 (JMP)
Jointly Administered

Dear Judge Peck and Attorneys,

On August 18, 2010 I filed a group of documents in response to the Debtor's Thirty-First Omnibus Objection to Claims. Through a mistake and inadvertence I omitted the two page Response which is entitled: CLAIMAT, RUTH MALIN'S RESPONSE TO DEBTOR'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICENT DOCUMENTATION CLAIMS) I did include the exhibit to the Response in my filing of August 18, 2010.

Enclosed is the complete Response along with a new Proof of Service. Please file the Response and relate it back in time to August 18, 2010 when the remainder of the documents were filed. I am enclosing a copy of the Response and the Proof of Service along with a self-addressed stamp envelope so that a conformed copy may be returned to me.

Sincerely,
Ruth Malin
15401 Bahia L.N.
La Jolla, CA 95031
858-274-1155

RECEIVED
AUG 27 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

Ruth Malin, in propria persona
5401 Bahia Lane
La Jolla, California 92037
(858) 274-1155
hmalin@san.rr.com


Ruth Malin, Claimant


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
In re                            : Chapter 11 Case No.
                                 :
LEHMAN BROTHERS HOLDINGS,        : 08-13555 (JMP)
INC.,                            :
  *et.al.,*                      : (Jointly Administered)
                                 :
       Debtors                   :
---------------------------------x

### CLAIMANT RUTH MALIN'S RESPONSE TO DEBTOR'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Ruth Malin, Claimant in the above-entitled chapter 11 cases, respectfully represents:

1. That I am the owner of Claim number 7560 filed in this matter. I have personal knowledge of all facts set forth herein and if called as a witness could and would competently testify thereto.

2. Through mistake and inadvertence I did not attach documentation of my purchase of shares of preferred stock in Lehman Brothers Capital Trust IV 6.375%, symbol LEH'L, on

1



RECEIVED
AUG 27 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

September 30, 2005. This is because I was unable to locate the transaction memos for the purchases and did not realize that the transaction was shown on my monthly account statement.

3. I made two purchases on that date, one of 1,300 shares at $25.17 per share, for a total of $33,189.66 and one of 400 shares at $25.16 per share, for a total of $10,214.65, for a combined total purchase price of $43,404.31. The amount of my claim was for $42,785.00 as a result of incorrect arithmetic.

4. Attached hereto as Exhibit "A" and incorporated herein by reference is a copy of my statement from HD Vest Financial Services for the period of September 1, 2005-September 30, 2005 showing these purchases. It has been redacted to omit the account number and the identity of other holdings.

5. Exhibit "A" shows the account vesting as Ruth M. Malin, Trustee of the Malin Revocable Family Trust-M U/A DTD 9-30-83. I am the beneficiary as well as the trustee of this trust and it is revocable by me. The trust's tax items pass through to me, as does all income and any principal I need in my discretion.

6. I possess full and ultimate authority to reconcile, settle and otherwise resolve the claim on my own behalf and on behalf of the Malin Revocable Family Trust-M U/A DTD 9-30-83.

7. I request that claim number 7560 be allowed, and further, that the Debtors' objection to this claim be denied.

Executed at San Diego, California. I declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Dated: 8-26/10

_____
Ruth Malin, individually and as trustee of the Malin Revocable Family Trust-M U/A DTD 9-30-83

2

# EXHIBIT A

# HD VEST FINANCIAL SERVICES®

A non-bank subsidiary of Wells Fargo & Company

MALIN REVOCABLE FAMILY TRST-M..
U/A DTD 09-30-83
RUTH M. MALIN TTEE

Account number: 87170740
H.D. Vest Consultant: SANFORD ROSENTHAL
Local: (619) 285-1040

## Activity Details (continued)

### INCOME (continued)

#### MUTUAL FUNDS

| Date     | Description         | Activity | Amount   | Expense Category |
|----------|---------------------|----------|----------|------------------|
| 09/02/05 | DREYFUS PREMIER CALIFORNIA TAX EXEMPT | DIVIDEND | $156.24 | NOT SELECTED |
| 09/29/05 | DREYFUS PREMIER CALIFORNIA TAX EXEMPT | DIVIDEND | 137.91 | NOT SELECTED |
| TOTAL    |                     |          | $294.15 |                  |

## Cash Flow Analysis

### CHECKS WRITTEN

| Date Written | Date Paid | Check Number | Payee | Amount |
|---|---|---|---|---|
| 09/15/05 | 09/19/05 | 780 | MARTIN MALIN | $3,000.00 |
| 09/27/05 | 09/30/05 | 781 | ANNA JANOWSKY U/G AUTRIA | 500.00 |
| 09/27/05 | 09/30/05 | 782 | MATTHEW MALIN U/G AUTMA | 500.00 |
| 09/27/05 | | 783 | JACOB MALIK UGAUTMA | 500.00 |

* indicates break in check order.         4 CHECK(S) FOR A TOTAL OF $4,500.00

### CHRONOLOGICAL TRANSACTION SUMMARY

| Date | Description | Activity | Quantity | Price | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Cash Balance | | | | | | $0.00 |
| 09/30/05 | LEHMAN BROTHERS CAPITAL | PURCHASE | 1,300 | 25.17 | (33,189.66) | | (84,553.79) |
| 09/30/05 | LEHMAN BROTHERS CAPITAL | PURCHASE | 400 | 25.16 | (10,214.65) | | (94,768.44) |

For questions about these transactions contact customer support at 1-877-636-7086.

**HD VEST**
FINANCIAL SERVICES®

Account number: 87170740
H.D. Vest Consultant: SANFORD ROSENTHAL
Local: (619) 285-1040

MALIN REVOCABLE FAMILY TRST-M
U/A DTD 09-30-83
RUTH M MALIN TTEE

## PREFERRED STOCKS (6%)

| Quantity | Description | Symbol | Transaction Price | Transaction Total | Market Price | Market Value | Gain/(Loss) | Annual Income |
|---|---|---|---|---|---|---|---|---|
| 1,700 | LEHMAN BROTHERS CAPITAL TRUST IV 6.375% Moodys: A2  S&P: BBB+ | LEH'L | $25.5319 | $43,404.31 | $25.18 | $42,806.00 | ($598.31) | $2,709 |
| | Preferred Stocks Subtotal | | | $43,404.31 | | $42,806.00 | ($598.31) | $2,709 |

In re LEHMAN BROTHERS HOLDINGS, INC., Case No. 08-13555 (JMP)

## PROOF OF SERVICE BY MAIL

I, Ruth M. Malin, declare that: I am over the age of eighteen years; I am a resident of in the County of San Diego, California, where the mailing occurs; and my address is 5401 Bahia Lane, La Jolla, California 92037.

☒ I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following document(s): **CLAIMANT RUTH MALIN'S RESPONSE TO DEBTOR'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)** by placing a true copy of such document in a separate envelope provided by a standard overnight delivery service addressed to each addressee, respectively, as follows:

| Weil Gotshal & Manges, LLP<br>Attorneys for Debtors<br>767 Firth Avenue<br>New York, New York 10153<br>Attn: Shai Waisman, Esq. | Office of the United States<br>Trustee for the Southern District<br>of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Milbank, Tweed, Hadley &<br>McCloy, LLP<br>Attorneys for Official Committee<br>of Unsecured Creditors<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. |

I then sealed each envelope and, with the delivery cost thereof fully prepaid, and

☐ I deposited each in the United States Postal Service at San Diego, California.

☒ I placed each for collection and overnight delivery at a regularly utilized drop box of the over night delivery carrier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 8/26/10, 2010          Signature: *Ruth Malin*
                                                Ruth M. Malin