UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re :
:                                                                  Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
:                                                                  08-13555 (JMP)
Debtors. :
:                                                                  (Jointly Administered)
:
:
------------------------------------------------------------x

## MOTION AND NOTICE OF MOTION FOR ENLARGEMENT OF TIME TO APPEAL

**Sir/Madam:**

Please take Notice that the undersigned will move at a time and place that may be set down by the Court or that the Court may rule with or without papers in opposition to the relief sought:

Now comes William Kuntz, III who appears Pro Se and respectfully moves the Court for an Order Enlarging Time within which to file a Notice of Appeal. The Epiq Transcript of the Hearing is embargoed from the Internet until Mid-November[1] accordingly, in order to Assess and Consider taking an Appeal in the Lazard Fee Matter and the Sun and Moon Matter, this party will have to travel to New York City which is now planned for the 13th of Sept, 2010 for a matter in New York City Court @ Centre Street.

---

[1]

Transcript regarding Hearing Held on August 18, 2010 10:01 AM RE: LBHI's Motion for (i) Approval of Surrender Agreement in Connection with Surrender of Real Property Lease and (ii) Authorization to Abandon Certain Personal Property (Related Document 10517 ). Remote electronic access to the transcript is restricted until 11/17/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/26/2010. Statement of Redaction Request Due By 9/9/2010. Redacted Transcript Submission Due By 9/20/2010. Transcript access will be restricted through 11/17/2010. (Richards, Beverly) (Entered: 08/20/2010)
Debtor: Lehman Brothers Holdings Inc.

Further and as supported by the unmarked exemplar tendered by the Attorney from Texas For the Debtor the Sun and Moon Matter requires further study to see if an effective Motion might be made for the Court to further Consider such a Far Away Investment in Light of the Testimony Heard in Court.

Respectfully,

*[signature]*

William Kuntz, III

India St PO Box 1801

Nantucket Island, Ma 025543-1801

Aug 28, 2010

Westport, NY

