UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM

### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim of KLAUS TSCHIRA STIFTUNG GGMBH ("Assignor") that is scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $371,794,529.00 | 22672 |

has been transferred and assigned to NOMURA INTERNATIONAL PLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: NOMURA INTERNATIONAL PLC
Address:  Nomura House
          1 St Martin's-le-Grand
          London EC1A 4NP

Signature:
Name:
Title:
Date: 17 August 2010

ASSIGNOR: KLAUS TSCHIRA STIFTUNG GGMBH
Address:  Villa Bosch
          Schloss-Wolfsbrunnenweg 33
          69118 Heidelberg
          Germany

Signature:
Name: Bernd Kammerlander
Title: DELEGATE
Date: 17 August 2010