UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                :
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :     08-13555 (JMP)
                                                                :
                     Debtors.                                   :
                                                                :
------------------------------------------------------------------------x     Ref. Docket Nos. 6172 &
                                                                      11052

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 31, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
1st day of September, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
         Debtors.                           |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
               ATTN: JAMES K. NOBLE
               1345 AVENUE OF THE AMERICAS
               NEW YORK NY 10105

Please note that your claim # 62931-18 in the above referenced case and in the amount of
         $2,879,427.00        has been transferred **(unless previously expunged by court order)**

          MORGAN STANLEY & CO. INCORPORATED                      MORGAN STANLEY & CO. INCORPORATED
          TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP MANAGING CLERK
          ATTN: JOHN HERRICK                                     RICHARDS KIBBE & ORBE LLP
          1585 BROADWAY                                          ONE WORLD FINANCIAL CENTER
          NEW YORK NY 10036                                      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6172        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/31/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 31, 2010.

# EXHIBIT B

```
TIME: 17:42:34                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 08/31/10                                                  CREDITOR LISTING

Name                                    Address
FCDB LBU LLC C/O FORTRESS INVESTMENT    ATTN: JAMES K. NOBLE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
  GROUP
MORGAN STANLEY & CO. INCORPORATED       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INCORPORATED       TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP ATTN: JOHN HERRICK 1585 BROADWAY NEW YORK NY 10036
SEA PORT GROUP SECURITIES, LLC          TRANSFEROR: TEGEAN MASTER FUND LTD ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
TEGEAN MASTER FUND LTD                  LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE. NEW YORK NY 10022
TEGEAN MASTER FUND LTD                  ATTN: MR. ARIEL ROTHMAN 140 EAST 45TH ST. 16TH FLOOR NEW YORK NY 10017

Total Number of Records Printed     6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC