# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# (Manhattan)

| | |
|---|---|
| IN RE; ) | |
| ) | Case No. 08-13555-jmp |
| Lehman Brothers Holdings Inc., ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Roeschenthaler hereby withdraws his appearance in the above-captioned case on behalf of Access Data Corp. ("Access Data").

PLEASE TAKE FURTHER NOTICE that the following person should be removed from all service lists in this case:

Michael J. Roeschenthaler
McGuireWoods LLP
EQT plaza
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-7905
Facsimile: (412) 402-4193
mroeschenthaler@mcguirewoods.com

Dated: September 2, 2010

/s/ Michael J. Roeschenthaler
Michael J. Roeschenthaler
McGuireWoods LLP
EQT plaza
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-7905
Facsimile: (412) 402-4193
mroeschenthaler@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I, Heather R. Hickman, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served electronically via the Court's CM/ECF noticing system on all parties receiving electronic filing notices on September 2, 2010.

 /s/ Heather R. Hickman
Heather R. Hickman
Paralegal
McGuireWoods LLP
EQT plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Phone:  (412) 667-6000
Fax:  (412) 667-6050
hhickman@mcguirewoods.com