UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                                                   :
                    Debtors.                       : (Jointly Administered)
----------------------------------------------------------------x

# ORDER GRANTING DEBTORS' THIRTY-FOURTH
# OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

Upon the thirty-fourth omnibus objection to claims, dated July 19, 2010 (the "Thirty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], reclassifying the Misclassified Claims to reflect their proper classification in whole or in part as general unsecured claims, all as more fully described in the Thirty-Fourth Omnibus Objection to Claims; and due and proper notice of the Thirty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirty-Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Thirty-Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Claim listed on Exhibit 1 annexed hereto is hereby reclassified as a general unsecured nonpriority claim as indicated in Exhibit 1; and it is further

ORDERED that Debtors have withdrawn without prejudice the Thirty-Fourth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that Debtors have adjourned to the next omnibus hearing date (or as may be further adjourned by the Debtors) the Thirty-Fourth Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reclassify the Misclassified Claims pursuant to this Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on any valid rights of setoff, netting and/or recoupment in connection with any claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any and all claims, including but not limited to any claim listed on Exhibit 1 annexed hereto as well as any claim listed on Exhibit A to the Thirty-Fourth Omnibus Objection to Claims but not on Exhibit 1; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      September 2, 2010

                                  *s/ James M. Peck*
                              Honorable James M. Peck
                              United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF MONTREAL<br>ATTN: BARRY STRATTON<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | 24930 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,757,014.05* | Unsecured | $30,757,014.05* |
| 2 | BANK OF MONTREAL<br>ATTN: BARRY STRATTON<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | 24931 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $30,757,014.05* | Unsecured | $30,757,014.05* |
| 3 | BTR GLOBAL GROWTH TRADING LIMITED<br>C/O HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: CHRIS BATTAGLIA, ESQ.<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 | 22767 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $35,020,994.80* | Unsecured | $35,020,994.80* |
| 4 | BTR GLOBAL OPPORTUNITY TRADING LIMITED<br>ATTN: CHRI BALTAGLIA, ESQ.<br>C/O HALPERIN BALLTAGLIA RALCHL, LLP<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 | 24439 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $49,584,620.96* | Unsecured | $49,584,620.96* |
| 5 | BTR GLOBAL PROSPECTOR TRADING LIMITED<br>C/O HALPERIN BATIAGLIA RAICHT, LLP<br>ATTN: CHRIS BATTAGLIA ESQ.<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 | 24468 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $61,814,140.09* | Unsecured | $61,814,140.09* |
| 6 | CGI GVF (LUX) MASTERS S.A.R.L.<br>C/O CARVAL INVESTORS UK LIMITED<br>ATTN: ANNEMARIE JACOBSEN<br>KNOWLE HILL PARK, FAIRMILE LANE<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 28819 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | COMMERZBANK AG - GROUP INTENSIVE CARE<br>INTENSIVE CARE CORPORATES INTERNATIONAL<br>ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16<br>FRANKFURT AM MAIN, 60261<br>GERMANY | 27638 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $1,790,927,594.79 | Unsecured | $1,790,927,594.79 |
| 8 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK<br>ATTN: STEPHAN ROST<br>D-60265 FRANKFURT AM MAIN<br>FEDERAL REPUBLIC OF GERMANY, GERMANY | 17423 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $213,525,103.75 | Unsecured | $213,525,103.75 |
| 9 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK<br>ATTN: STEPHAN ROST<br>D-60265 FRANKFURT AM MAIN<br>FEDERAL REPUBLIC OF GERMANY, GERMANY | 17424 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $213,525,103.75 | Unsecured | $213,525,103.75 |
| 10 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK<br>ATTN: STEPHAN ROST<br>D-60265 FRANKFURT AM MAIN<br>FEDERAL REPUBLIC OF GERMANY, GERMANY | 17426 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $46,109,898.40 | Unsecured | $46,109,898.40 |
| 11 | FHC MASTER FUND, LTD.<br>C/O K & L GATES LLP<br>ATTN: RICHARD S. MILLER ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 43973 | 10/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $33,144,973.81<br>$16,680,161.43<br><br>$49,825,135.24 | Unsecured | $49,825,135.24 |
| 12 | FORTIS BANK NV<br>WARANDEBERG 3<br>BRUSSEL, 1000<br>BELGIUM | 16066 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $99,491,693.00* | Unsecured | $99,491,693.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA<br>C/O ASHURST LLP<br>ATTN: AMANDA GOEHRING<br>1 PENN PLAZA 36TH FLOOR<br>NEW YORK, NY 10119 | 28821 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |
| 14 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA<br>C/O ASHURST LLP<br>ATTN: AMANDA GOEHRING<br>1 PENN PLAZA 36TH FLOOR<br>NEW YORK, NY 10119 | 28822 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |
| 15 | GOLDMAN SACHS LENDING PARTNERS LLC<br>TRANSFEROR: TPG-AXON PARTNERS L.P.<br>c/o Goldman, Sachs & Co. Attn: A. Caditz<br>30 Hudson Street, 36th Floor<br>Jersey City, NJ 07302 | 17600 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br>Subtotal | $23,820,228.00*<br>Undetermined<br>$23,820,228.00 | Unsecured | $23,820,228.00* |
| 16 | INTEGRATED CORE STRATEGIES (ASIA) PTC. LTD.<br>ATTN: GENERAL COUNSEL<br>666 FIFTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10103 | 24486 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Subtotal | Undetermined<br>$41,469,942.00*<br>$41,469,942.00 | Unsecured | $41,469,942.00* |
| 17 | INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L.<br>ATTN: GENERAL COUNSEL<br>666 FIFTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10103 | 24484 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Subtotal | Undetermined<br>$129,792,250.00*<br>$129,792,250.00 | Unsecured | $129,792,250.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | KEVA (LOCAL GOV PENSIONS INSTITUTION) P.O. BOX 425 HELSINKI, FI-00101 FINLAND | 24340 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $31,663,138.86 | Unsecured | $31,663,138.86 |
| 19 | LEDCOR PETTY CONSTRUCTION, L.P. THOMAS J. LOFARO LEDCOR GROUP OF COMPANIES 6405 MIRA MESA BLVD., SUITE 100 SAN DIEGO, CA 92121 | 5017 | 06/29/2009 | Lehman Brothers Holdings Inc. | Secured | $26,007,864.85* | Unsecured | $26,007,864.85* |
| 20 | MILLENNIUM INTERNATIONAL, LTD. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24488 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Subtotal | Undetermined $39,083,394.00* $39,083,394.00 | Unsecured | $39,083,394.00* |
| 21 | MILLENNIUM PARTNERS, L.P. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24490 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Subtotal | Undetermined $107,805,972.00* $107,805,972.00 | Unsecured | $107,805,972.00* |
| 22 | MORGAN STANLEY & CO INTERNATIONAL LIMITED 1585 BROADWAY NEW YORK, NY 10036-8293 | 11305 | 09/10/2009 | Lehman Brothers Holdings Inc. | Secured | $342,589,527.88* | Unsecured | $342,589,527.88* |
| 23 | MORGAN STANLEY CAPITAL SERVICES INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK, NY 10036-8293 | 11306 | 09/10/2009 | Lehman Brothers Holdings Inc. | Secured | $1,019,588,693.07* | Unsecured | $1,019,588,693.07* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | MORGAN STANLEY MORTGAGE SERVICING LIMITED<br>ATTN: PATRICK SCIARRONE<br>25 CABOT SQUARE, CANARY WHARF, FL. 5<br>LONDON, E14 4QA<br>UNITED KINGDOM | 28321 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $26,007,804.19* | Unsecured | $26,007,804.19* |
| 25 | OCM OPPORTUNITIES FUND VII DELAWARE LP<br>ATTN: RICHARD TING<br>333 S. GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | 18836 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $30,489,845.00*<br>Undetermined<br><br>$30,489,845.00 | Unsecured | $30,489,845.00* |
| 26 | OCM OPPORTUNITIES FUND VII DELAWARE LP<br>ATTN: RICHARD TING<br>333 S. GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | 18837 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br><br>Subtotal | $30,489,845.00*<br>Undetermined<br><br>$30,489,845.00 | Unsecured | $30,489,845.00* |
| 27 | PARKCENTRAL GLOBAL HUB LIMITED<br>ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE<br>C/O KPMG ADVISORY LIMITED<br>CROWN HOUSE<br>,<br>BERMUDA | 27584 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $32,657,000.00*<br>$16,280,726.00*<br><br>$48,937,726.00 | Unsecured | $48,937,726.00* |
| 28 | SASC 2007-BC4 A4 II, LLC<br>C/O PAUL PATTERSON, ESQ<br>STRADLEY RONON STEVENS & YOUNG, LLC<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | 14710 | 09/17/2009 | Structured Asset Securities Corporation | Secured | $36,753,446.67 | Unsecured | $36,753,446.67 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | SASC 2007-BC4 A4 II, LLC<br>C/O PAUL PATTERSON, ESQ<br>STRADLEY RONON STEVENS & YOUNG, LLC<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | 14715 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $36,753,446.67 | Unsecured | $36,753,446.67 |
| 30 | SASC 2007-BC4 A4 II, LLC<br>C/O PAUL PATTERSON, ESQ<br>STRADLEY RONON STEVENS & YOUNG, LLC<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | 14717 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $51,293,673.21 | Unsecured | $51,293,673.21 |
| 31 | SHANTI ASSET MANAGEMENT<br>4, RUE SAINT-FLORENTIN<br>PARIS, 78001<br>FRANCE | 27350 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $38,756,999.00* | Unsecured | $38,756,999.00* |
| 32 | SUMITOMO MITSUI BANKING CORPORATION<br>ATTN OFFICE OF THE GENERAL COUNSEL<br>277 PARK AVENUE<br>NEW YORK, NY 10172 | 26228 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $528,927,788.12*<br>Undetermined<br><br>$528,927,788.12 | Unsecured | $528,927,788.12* |
| 33 | WESTERN ASSET CORE PLUS BOND PORTFOLIO<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-984<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 20874 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $34,060,280.29<br>$0.00<br><br>$34,060,280.29 | Unsecured | $34,060,280.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 34: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | WESTERN ASSET CORE PLUS BOND PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-984 385 E. COLORADO BLVD PASADENA, CA 91101 | 21005 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $34,060,280.29 $0.00  $34,060,280.29 | Unsecured | $34,060,280.29 |
| 35 | YASUDA US MARKET NEUTRAL FUND ATTN: ARMEEN BHESANIA C/O UBS FUNDS SERVICES 154 UNIVERSITY AVENUE TORONTO, ON M5H 3Y9 CANADA | 22900 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured  Subtotal | Undetermined $29,993,659.82* Undetermined  $29,993,659.82 | Unsecured | $29,993,659.82* |
| | | | | | TOTAL | $5,401,153,652.80 | TOTAL | $5,401,153,652.80 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 34: EXHIBIT 2 – MISCLASSIFIED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CITIGROUP GLOBAL MARKETS LTD<br>JULIA ELLIOTT<br>CITIGROUP CENTRE, CANADA SQUARE<br>CANARY WHARF<br>LONDON, E14 5LB<br>UNITED KINGDOM | 29881 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $232,423,044.00* | Unsecured | $232,423,044.00* |
| 2 | DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE<br>13-1, YURAKUCHO 1-CHOUME<br>CHIYODA-KU<br>TOKYO, 100-8411<br>JAPAN | 65943 | 12/15/2009 | Lehman Brothers Holdings Inc. | Secured | $30,101,426.54* | Unsecured | $30,101,426.54* |
| 3 | QUANTUM PARTNERS LDC<br>C/O CURACAO INTERNATIONAL TRUST COMPANY N.V.<br>KAYA FLAMBOYAN 9<br>PO BOX 812<br>CURACAO,<br>NETHERLANDS ANTILLES | 31590 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Priority<br>Secured<br><br>Subtotal | Undetermined<br>Undetermined<br>$35,784,818.95*<br><br>$35,784,818.95 | Unsecured | $35,784,818.95* |
| 4 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: PAMELA WIEDER, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 23463 | 09/21/2009 | Lehman Commercial Paper Inc. | Administrative<br><br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br><br>$5,000,000,000.00*<br>$30,320.84*<br><br>$5,000,030,320.84 | Unsecured | $5,000,030,320.84* |
| 5 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: PAMELA WIEDER, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 23465 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br><br>Subtotal | $5,000,000,000.00*<br>$30,320.84*<br><br>$5,000,030,320.84 | Unsecured | $5,000,030,320.84* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 34: EXHIBIT 2 – MISCLASSIFIED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23466 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $5,000,027,168.34* Undetermined $5,000,027,168.34 | Unsecured | $5,000,027,168.34* |
| 7 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23467 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $5,000,027,168.34* Undetermined $5,000,027,168.34 | Unsecured | $5,000,027,168.34* |
| 8 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23468 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured Unsecured Subtotal | $5,000,000,000.00* Undetermined $5,000,000,000.00 | Unsecured | $5,000,000,000.00* |
| | | | | | TOTAL | $25,298,424,267.85 | TOTAL | $25,298,424,267.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT 3 – MISCLASSIFIED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ING BELGIUM S.A./N.V.<br>ATTN: C. WYCKMANS<br>MARNIXLAAN 24<br>BRUSSELS, 1000<br>BELGIUM | 10349 | 09/04/2009 | Lehman Brothers Holdings Inc. | Secured | $57,479,855.91 | Unsecured | $57,479,855.91 |
| 2 | ING BELGIUM S.A./N.V.<br>ATTN: C. WYCKMANS<br>MARNIXLAAN 24<br>BRUSSELS, 1000<br>BELGIUM | 10350 | 09/04/2009 | Lehman Brothers Special Financing Inc. | Secured | $57,479,855.91 | Unsecured | $57,479,855.91 |
| 3 | JOHN DEERE PENSION TRUST<br>C/O HODGSON RUSS, LLP<br>ATTN: DEBORAH J. PIAZZA, ESQ.<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY 10165-0150 | 25018 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $48,986,905.62 | Unsecured | $48,986,905.62 |
| 4 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 19877 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $50,076,232.09*<br>Undetermined<br><br>$50,076,232.09 | Unsecured | $50,076,232.09* |
| 5 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 20474 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $49,236,363.00*<br>Undetermined<br><br>$49,236,363.00 | Unsecured | $49,236,363.00* |
| 6 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 20484 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $40,829,752.00* | Unsecured | $40,829,752.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 34: EXHIBIT 3 – MISCLASSIFIED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23459 | 09/21/2009 | Lehman Commercial Paper Inc. | Administrative Secured Unsecured Subtotal | Undetermined $1,155,904,855.00* $61,662.41* $1,155,966,517.41 | Unsecured | $1,155,966,517.41* |
| | | | | | TOTAL | $1,460,055,481.94 | TOTAL | $1,460,055,481.94 |

\* - Indicates claim contains unliquidated and/or undetermined amounts