**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the thirty-first omnibus objection to claims, dated July 19, 2010 (the "Thirty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that such claims failed to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Thirty-First Omnibus Objection to Claims; and due and proper notice of the Thirty-First Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirty-First Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-First Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Thirty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Thirty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "Insufficient Documentation Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Thirty-First Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further;

ORDERED that the Debtors have adjourned to the next omnibus hearing date (or as may be further adjourned by the Debtors) the Thirty-First Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the Insufficient Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirty-First Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
  September 2, 2010

         *s/ James M. Peck*
         Honorable James M. Peck
         United States Bankruptcy Judge

# EXHIBIT 1

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ALLRED, KATHRYN L.<br>1426 N BUTLER AVE<br>INDIANAPOLIS, IN 46219 | | 09/01/2009 | 10018 | $7,500.00 | Insufficient Documentation Claim |
| 2 | ALONSO, EDUARDO<br>P.O. BOX 1500<br>SAN JOSE, 1000<br>COSTA RICA | 08-13555<br>(JMP) | 09/22/2009 | 31132 | $21,125.00 | Insufficient Documentation Claim |
| 3 | AMMANN, FREDERIC D. & JUDITH E. LUCHSINGER<br>O/T RABY MARITAL TRUST DATED 5-7-90<br>1825 HARTLEY ST<br>LAKEPORT, CA 95453 | | 08/13/2009 | 8221 | $10,000.00 | Insufficient Documentation Claim |
| 4 | BAER, MARCELO A.<br>TEDSORO GARCIA 1783 P15016<br>BUENOS AIRES, 1426<br>ARGENTINA | 08-13555<br>(JMP) | 09/01/2009 | 10012 | $57,600.00 | Insufficient Documentation Claim |
| 5 | BALL, WILLIAM<br>4275 CANTERBURY WALK DRIVE<br>DULUTH, GA 30097 | | 08/25/2009 | 9393 | Undetermined | Insufficient Documentation Claim |
| 6 | BERKENFELD, STEVEN<br>4 PHAETON DRIVE<br>MELVILLE, NY 11747 | | 09/18/2009 | 16259 | Undetermined | Insufficient Documentation Claim |
| 7 | BERLINER, ALEXANDER AND MILDRED<br>2729 PUTNAM ST<br>COLUMBIA, SC 29204-2621 | 08-13555<br>(JMP) | 08/24/2009 | 9028 | $5,000.00 | Insufficient Documentation Claim |
| 8 | BERNSTEIN, LEONARD<br>2529 EAST 23ST<br>BROOKLYN, NY 11235 | | 07/21/2009 | 5836 | $16,071.00 | Insufficient Documentation Claim |
| 9 | BETHEM, MARY JO<br>4760 PIN OAK RD<br>AKRON, OH 44333 | | 08/24/2009 | 9196 | $11,200.39 | Insufficient Documentation Claim |

OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | BIESTY, JOHN<br>1410 AUGUST RD.<br>NORTH BABYLON, NY 11703 | | 08/20/2009 | 8791 | $9,147.60 | Insufficient Documentation Claim |
| 11 | BOLAND, DONALD E.<br>2333 DIVOT DR<br>ST. LOUIS, MO 63131 | | 08/31/2009 | 9938 | $6,265.55 | Insufficient Documentation Claim |
| 12 | BORGMEIER, RICHARD W. & CAROL R. TTEES<br>R&C BORGMEIER FAM. TRUST<br>4260 FOOTHILL DRIVE<br>BOUNTIFUL, UT 84010 | | 08/24/2009 | 9096 | $25,000.00 | Insufficient Documentation Claim |
| 13 | BROUGHTON, JERRY M, IRA<br>11590 HIGHWAY 104<br>FAIRHOPE, AL 36532 | | 09/21/2009 | 25451 | $4,359.93 | Insufficient Documentation Claim |
| 14 | BSM BASILIKA STIFTUNG<br>FRANZ-JOSEF-OEHRI-STRASSE 6<br>MAUREN, LI-9493<br>LIECHTENSTEIN | 08-13555 (JMP) | 09/18/2009 | 18577 | $28,600.00 | Insufficient Documentation Claim |
| 15 | BUFFETE COMERCIAL S.A.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | 08/17/2009 | 8456 | $250,000.00 | Insufficient Documentation Claim |
| 16 | BURGOS, ALEX COSME RIPALDA<br>8424 NW 56TH ST<br>SUITE GYE 1020<br>MIAMI, FL 33130 | | 09/02/2009 | 10131 | $25,748.00 | Insufficient Documentation Claim |
| 17 | CAFFREY, KENNETH<br>30 VILLAGE ROAD<br>SEA BRIGHT, NJ 07760 | 08-13555 (JMP) | 09/21/2009 | 25600 | $50,000.00 | Insufficient Documentation Claim |
| 18 | CAHALL, DOLORES<br>2109 WALES CT<br>LAKELAND, FL 33810-6232 | | 08/17/2009 | 8445 | $10,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | CAHALL, ROBERT<br>2109 WALES CT<br>LUKELAND, FL 33810-6232 | | 08/14/2009 | 8332 | $20,000.00 | Insufficient Documentation Claim |
| 20 | CAHALL, ROBERT<br>2109 WALES CT<br>LUKELAND, FL 33810-6232 | | 08/17/2009 | 8446 | $10,000.00 | Insufficient Documentation Claim |
| 21 | CELADA, FERNANDO #2820<br>COL. VALLARTA NORTE<br>GUADALAJARA, JAL, 44690<br>MEXICO | | 08/12/2009 | 8075 | $153,000.00 | Insufficient Documentation Claim |
| 22 | CHAN CLARA HENG YEE<br>NO. 28 MOUNT BUTLER DIRVE<br>2/F JARDINE COURT<br>TAI HANG<br>HONG KONG,<br>HONG KONG | 08-13555 (JMP) | 09/21/2009 | 24667 | $100,000.00 | Insufficient Documentation Claim |
| 23 | CHANG, PAUL DR.<br>845 HERITAGE HILLS<br>SOMERS, NY 10589 | | 08/12/2009 | 8052 | $30,000.00 | Insufficient Documentation Claim |
| 24 | CHONG, PUI JIN<br>74-76, INDIA STREET<br>PO BOX 929<br>KUCHING, SARAWAK, 93718<br>MALAYSIA | | 09/22/2009 | 33548 | $400,000.00 | Insufficient Documentation Claim |
| 25 | CHRISTIE, BEVERLY A.<br>#12 KUMQUAT LANE<br>RPV<br>RPV, CA 90275 | 08-13555 (JMP) | 08/13/2009 | 8200 | $4,420.99 | Insufficient Documentation Claim |
| 26 | CNBT<br>101 E. DIAMOND ST<br>P.O. BOX 2147<br>BUTLER, PA 16003-2147 | 08-13555 (JMP) | 09/19/2009 | 19582 | $125,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 27 | COCKERILL, LOUISE ANN<br>104 E COOKE AVE<br>GLENOLDEN, PA 19036 | | 09/22/2009 | 31321 | $3,000.00 | Insufficient Documentation Claim |
| 28 | COHEN, DONN I.<br>700 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20037 | | 09/19/2009 | 19574 | $577,408.00 | Insufficient Documentation Claim |
| 29 | COLLINS, CHESTER C.<br>110 N. LYLES AVE.<br>LANDRUM, SC 29356 | | 09/18/2009 | 18197 | $10,000.00 | Insufficient Documentation Claim |
| 30 | DAWSON, JANIE ESTATE OF<br>BARBARA KURTZ<br>1267 SOUTH OAK LAWN DR<br>FOREST, VA 24551 | | 08/17/2009 | 8414 | $5,000.00 | Insufficient Documentation Claim |
| 31 | DECKELMAN, MICHAEL F.<br>10238 HARVEST FIELDS DR<br>WOODSTOCK, MD 21163 | | 08/27/2009 | 9520 | $14,064.00 | Insufficient Documentation Claim |
| 32 | DEE, JOHN F., TTE<br>JOHN DEE & MABEL DEE TRUST<br>W268 N 1935A SHOOTING STAR RD.<br>PEWAUKEE, WI 53072 | 08-13555 (JMP) | 08/17/2009 | 8510 | $25,420.00 | Insufficient Documentation Claim |
| 33 | DENHAM, ANDREWLENE B<br>8719 BAY VIEW DRIVE<br>FOLEY, AL 36535 | | 08/03/2009 | 7235 | $5,000.00 | Insufficient Documentation Claim |
| 34 | DENSEL, BENJAMIN<br>7548 DERBYBORO DR. SE<br>CALEDONIA, MI 49316 | | 08/03/2009 | 7252 | $5,000.00 | Insufficient Documentation Claim |
| 35 | DISHLER, LANA A AND ARNOPOL, GAIL<br>H, JTWROS<br>137 MAHOGANY WAY<br>LANSDALE, PA 19446 | | 09/21/2009 | 25308 | $20,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 36 | DOLAN, JOANN J. 1118 WATERFALL LANE LAKELAND, FL 33803-7915 | 08-13555 (JMP) | 08/03/2009 | 7198 | $96.00 | Insufficient Documentation Claim |
| 37 | EINSIDLER, FREDERICK 711 SHORE RD. APT 3D LONG BEACH, NY 11561 | | 09/21/2009 | 25592 | $46,141.48 | Insufficient Documentation Claim |
| 38 | ELDRED, JANET E. 342 OAKLAND AVENUE BELLMAWR, NJ 08031-2710 | 08-13555 (JMP) | 08/21/2009 | 8891 | $18,676.69 | Insufficient Documentation Claim |
| 39 | ELDRED, JANET E. 342 OAKLAND AVENUE BELLMAWR, NJ 08031-2710 | 08-13555 (JMP) | 08/21/2009 | 8892 | $10,856.59 | Insufficient Documentation Claim |
| 40 | ESQUER, GILDA SONORA 544 PTE CD OBNEGON, SONORA, MEXICO | | 09/21/2009 | 24116 | $60,000.00 | Insufficient Documentation Claim |
| 41 | FEHL FAMILY TRUST CAROLINE E. COULSTON ESQ., EXECUTOR P.O. BOX 471 CARDIFF, CA 92007 | | 08/28/2009 | 9586 | $45,000.00 | Insufficient Documentation Claim |
| 42 | FEHR, ROBERT M. 4764 WEST 11200 NORTH HIGHLAND, UT 84003 | | 08/03/2009 | 7295 | $12,552.00 | Insufficient Documentation Claim |
| 43 | FELLER, DIANE 382 CARRINGTON DRIVE WESTON, FL 33326 | | 09/22/2009 | 32246 | $20,000.00 | Insufficient Documentation Claim |
| 44 | FELSER, ROBERT/PATRICIA 12 PACER CT. E PATCHOGUE, NY 11772 | | 08/03/2009 | 7139 | $8,325.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 45 | FINK, ROBERT H.<br>95 LARKSPUR CIRCLE<br>SICKLERVILLE, NJ 08081 | | 08/24/2009 | 9050 | $6,250.00 | Insufficient Documentation Claim |
| 46 | FINNEGAN, JOSEPH P.<br>91 NW HILL RD<br>WILLIAMSTOWN, MA 01267 | | 09/19/2009 | 19522 | $189,300.00 | Insufficient Documentation Claim |
| 47 | FISHBEIN, ZACH & VERED<br>8 TZAMAROT ST.<br>APT # 142<br>HERZELIA, 46424<br>ISRAEL | | 08/31/2009 | 9984 | $25,000.00 | Insufficient Documentation Claim |
| 48 | FLECKENSTEIN, RITA MAE<br>7803 TENDALL COURT<br>FT. WAYNE, IN 46825-3535 | | 08/14/2009 | 8282 | $34.80 | Insufficient Documentation Claim |
| 49 | FORTMEYER, NINA<br>5267 SIMPKINS RD<br>WHITES CREEK, TN 37189 | 08-13555 (JMP) | 08/20/2009 | 8794 | $10,000.00 | Insufficient Documentation Claim |
| 50 | FRAZIER-MELTON, ANN<br>5 HOLLY HILL CT.<br>IRMO, SC 29063 | | 08/03/2009 | 7253 | $2,461.96 | Insufficient Documentation Claim |
| 51 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24114 | $66,412.77 | Insufficient Documentation Claim |
| 52 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24115 | $94,429.00 | Insufficient Documentation Claim |
| 53 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24117 | $48,849.58 | Insufficient Documentation Claim |

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 54 | GARBER, HOWARD<br>4817 COYLE ROAD<br># 303<br>OWINGS MILLS, MD 21117 | 08-13555<br>(JMP) | 08/05/2009 | 7402 | $3,200.00 | Insufficient Documentation Claim |
| 55 | GATES, SONJA M.<br>FIRST CLEARING<br>MO3540<br>2801 MARKET ST<br>ST. LOUIS, MO 63103 | | 08/31/2009 | 9918 | $2,500.00 | Insufficient Documentation Claim |
| 56 | GILMOUR, SHARON F.<br>13 GREENFIELD RD<br>MONTGOMERY, IL 60538 | | 09/03/2009 | 10283 | Undetermined | Insufficient Documentation Claim |
| 57 | GLAYAT, BARBARA<br>225 PARK PL<br>APT 5J<br>BROOKLYN, NY 11238-4353 | | 09/22/2009 | 31418 | $535,795.00 | Insufficient Documentation Claim |
| 58 | GRAFTON, JOHN D. & WORSWICK, RICHARD P.<br>JTWROS<br>3300 SOUREK RD.<br>AKRON, OH 44333 | | 08/05/2009 | 7408 | $41,602.49 | Insufficient Documentation Claim |
| 59 | HEEP, ANTHONY, DR.<br>3221 N 37TH STREET<br>HOLLYWOOD, FL 33021 | | 08/03/2009 | 7138 | $10,000.00 | Insufficient Documentation Claim |
| 60 | HEINRICH, GREGORY<br>C/O MICHAEL CARLIN WEALTH MANAGEMENT, LLC<br>7098 E. COCHISE ROAD, SUITE 222<br>SCOTTSDALE, AZ 85253 | 08-13555<br>(JMP) | 09/22/2009 | 31924 | $320,000.00 | Insufficient Documentation Claim |
| 61 | HILLIARD LYONS<br>1035 FREDERICA STREET, SUITE 100<br>OWENSBORO, KY 42301 | | 08/21/2009 | 8875 | $7,796.25 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 62 | HIMAKORN, SUGEE AND /OR MR. HIMAKORN KASIDITH AND/OR MR. HIMAKORN KRIT C/O WAI CHU UR FLAT B3, 22/F PEARL CITY MANSION , HONG KONG | 08-13555 (JMP) | 09/21/2009 | 25720 | $100,000.00 | Insufficient Documentation Claim |
| 63 | HOLDER, BEDELL EVANS 2909 OVERTON RD BIRMINGHAM, AL 35223 | | 08/03/2009 | 7273 | Undetermined | Insufficient Documentation Claim |
| 64 | HSU, CHUNG-HSIN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24887 | $1,020.00 | Insufficient Documentation Claim |
| 65 | HSU, CHUNG-HSIN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24888 | $384.00 | Insufficient Documentation Claim |
| 66 | HUBBUCH, JOHN J. 5124 SKY LAKE DR PLANO, TX 75093 | | 08/06/2009 | 7571 | $10,158.00 | Insufficient Documentation Claim |
| 67 | HURWITZ, THEODORE 2033 SECOND AVE # 707 SEATTLE, WA 98121 | | 07/21/2009 | 5837 | $25,000.00 | Insufficient Documentation Claim |
| 68 | HUTTO, JACK H. 6326 BAHAMA SHORES DR., S. SAINT PETERSBURG, FL 33705 | | 08/10/2009 | 7921 | Undetermined | Insufficient Documentation Claim |
| 69 | INGBER ESQ., NORMAN 53 ROE ROAD BLOOMINGBURG, NY 12721 | | 08/21/2009 | 8874 | $5,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 70 | IRA FBO H B ROSS PERSHING LLC AS CUSTODIAN 8069 COVENTRY DRIVE SOUTHAVEN, MS 38671 | 08-13555 (JMP) | 08/10/2009 | 7764 | $10,000.00 | Insufficient Documentation Claim |
| 71 | JACOBS, DONALD M 12522 NURSERY LN LOUISVILLE, KY 40243 | | 08/20/2009 | 8778 | $12,909.00 | Insufficient Documentation Claim |
| 72 | JENNINGS, BUFORD R. 8607 SCENIC HILLS DRIVE PENSACOLA, FL 32514 | 08-13555 (JMP) | 08/17/2009 | 8373 | $19,261.79 | Insufficient Documentation Claim |
| 73 | JOHNSON, ALBERTEEN 2720 WALNUT HAYS, KS 67601 | 08-13555 (JMP) | 08/28/2009 | 9640 | $3,750.00 | Insufficient Documentation Claim |
| 74 | JOHNSON, WELDON 2720 WALNUT HAYS, KS 67601 | 08-13555 (JMP) | 08/28/2009 | 9641 | $3,750.00 | Insufficient Documentation Claim |
| 75 | JORDAN, JAMES V 4 HAWLEY AVE PITTSBURGH, PA 15202 | | 07/21/2009 | 5825 | $10,000.00* | Insufficient Documentation Claim |
| 76 | JUAN, HSIU-CHIH 1512 SHEPHERD LANE CARROLLTON, TX 75007 | | 08/10/2009 | 7914 | $25,000.00 | Insufficient Documentation Claim |
| 77 | JUNE JURICH REVOCABLE TRUST JURICH, JUNE, TTEE 3336 SWALLOWS NEST LANE SACRAMENTO, CA 95833 | 08-13555 (JMP) | 08/06/2009 | 7546 | $20,000.00 | Insufficient Documentation Claim |
| 78 | KENT, BARBARA A. 4655 VICTORIA ST N # 114 SHOREVIEW, MN 55126 | 08-13900 (JMP) | 09/22/2009 | 30772 | $25,000.00 | Insufficient Documentation Claim |

OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | KOTHARI, ASHOK S. 2607 QUEENS ROAD CENTRAL , HONG KONG | 08-13555 (JMP) | 09/18/2009 | 19386 | $100,000.00 | Insufficient Documentation Claim |
| 80 | KRAMER, MICHAEL J.G. 5290 RIVER OAKS DR. NEW BRAUNFELS, TX 78132 | 08-13555 (JMP) | 09/22/2009 | 31690 | $25,952.15 | Insufficient Documentation Claim |
| 81 | KRIVOCAPICH, SERGIO DANIEL CARLOS ANTONIO LOPEZ 3783 BUENOS AIRES, 1419 ARGENTINA | 08-13555 (JMP) | 09/21/2009 | 19831 | $31,200.00 | Insufficient Documentation Claim |
| 82 | LAMBERTSEN, ROBERT H 7470 PINEHURST CIRCLE BLOOMFIELD HILLS, MI 48301 | 08-13555 (JMP) | 08/10/2009 | 7873 | $5,000.00 | Insufficient Documentation Claim |
| 83 | LAU YUEN LIN JOANNA C/O EDRIC TSIM BARCLAYS BANK 44F CITIBANK TOWER CENTRAL 29032074, HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19595 | $200,000.00 | Insufficient Documentation Claim |
| 84 | LEARD, EARL & MAXINE 13275 N BOOMING DR. ORO VALLEY, AZ 85755 | 08-13555 (JMP) | 08/07/2009 | 7723 | $15,000.00 | Insufficient Documentation Claim |
| 85 | LEE KA YUE, SAMUEL FLAT A, 53/F, TOWER 2 THE BELCHER'S 89 POKFULAM ROAD , HONG KONG | 08-13555 (JMP) | 09/22/2009 | 31655 | $100,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 86 | LEVIN, FLORENCE<br>9630 NW 16TH STREET<br>PEMBROKE PINES, FL 33024 | 08-13555 (JMP) | 09/22/2009 | 31352 | $5,000.00 | Insufficient Documentation Claim |
| 87 | LI, MAN LING FLORENCE<br>FLAT 3029, BLOCK 30<br>RAGILLIO VILLA<br>555 VICTORIA ROAD<br>POFULAM,<br>HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19592 | $100,000.00 | Insufficient Documentation Claim |
| 88 | LOUISIANA DUCK DECOYS<br>1750 ST. CHARLES AVENUE, # 531<br>NEW ORLEANS, LA 70130-6750 | | 09/18/2009 | 18303 | $10,100.00 | Insufficient Documentation Claim |
| 89 | MARCELO RUBIS CASTILLO SALOMONE<br>JOSE LEON CABEZON 3672 C.A.B.A.<br>, CP (1419)<br>ARGENTINA | 08-13555 (JMP) | 09/21/2009 | 25632 | $30,000.00 | Insufficient Documentation Claim |
| 90 | MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>RETIREMENT FUND<br>TRANSITION ACCOUNT<br>ONE WASHINGTON MALL<br>4TH FLOOR<br>BOSTON, MA 02108 | 08-13555 (JMP) | 09/18/2009 | 17011 | $220,000.00 | Insufficient Documentation Claim |
| 91 | MCCARTHY, CHRISTINE<br>415 N. SAN RAFAEL AVENUE<br>PASADENA, CA 91105 | | 09/22/2009 | 30379 | $25,000.00 | Insufficient Documentation Claim |
| 92 | MCGLINCY, PHYLLIS JANE<br>245 EAST 37 STREET # 3B<br>NEW YORK, NY 10016 | | 08/18/2009 | 8637 | $2,106.00 | Insufficient Documentation Claim |
| 93 | MEHOS, STEPHEN<br>229 WEED STREET<br>NEW CANAAN, CT 06840 | 08-13555 (JMP) | 09/22/2009 | 29094 | Undetermined | Insufficient Documentation Claim |

OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 94 | MESSINGER, MARTIN E. 140 OSBORN ROAD HARRISON, NY 10528 | | 09/21/2009 | 25469 | Undetermined | Insufficient Documentation Claim |
| 95 | MORETTI, THERESA & ANTHONY 10 VERMONT ST CRANSTON, RI 02920 | | 09/02/2009 | 10091 | $15,000.00 | Insufficient Documentation Claim |
| 96 | MOSS, PATRICIA C. 9644 LONGMONT HOUSTON, TX 77063-1029 | | 08/14/2009 | 8275 | $12,500.00 | Insufficient Documentation Claim |
| 97 | MOULDER, ELDORA R TRUST 1963 WOOD HOLLOW COLUMBIA, MO 65203 | | 08/17/2009 | 8482 | $51,635.00* | Insufficient Documentation Claim |
| 98 | MUTLU, HASAN 1303 MARINA POINTE BLVD LAKE ORION, MI 48362 | 08-13555 (JMP) | 08/10/2009 | 7880 | $5,000.00 | Insufficient Documentation Claim |
| 99 | NEVILLE, JOHN D. 1630 ASSEMBLY LANE DELAVAN, WI 53115 | | 08/07/2009 | 7733 | Undetermined | Insufficient Documentation Claim |
| 100 | NUNNERY, BARBARA G. 5526 HARMONY CHURCH RD EDGEMOOR, SC 29712 | | 09/22/2009 | 30579 | $7,361.00 | Insufficient Documentation Claim |
| 101 | PALMER, ARTHUR J. CGM IRA ROLLOVER CUSTODIAN 7 WESTGATE WAY AMHERST, NH 03031-2871 | 08-13555 (JMP) | 08/26/2009 | 9478 | Undetermined | Insufficient Documentation Claim |
| 102 | PAR FOUR MASTER FUND INC C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE, NJ 07677 | 08-13900 (JMP) | 09/22/2009 | 30747 | $375,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 103 | PEREZ, MARIA CRISTINA<br>1035 SHORE LN<br>MIAMI BEACH, FL 33141 | 08-13555<br>(JMP) | 09/21/2009 | 24384 | $28,500.00 | Insufficient Documentation Claim |
| 104 | PLC GROUP LIMITED<br>C/O EDRIC TSIM<br>BARCLAYS BANK, 44F CITIBANK TOWER<br>3 GARDEN ROAD, CENTRAL<br>, 29032074<br>HONG KONG | 08-13555<br>(JMP) | 09/19/2009 | 19311 | $100,000.00 | Insufficient Documentation Claim |
| 105 | PRITCHETT, BARBARA<br>297 COURTS DRIVE<br>MARIETTA, GA 30062 | 08-13555<br>(JMP) | 08/03/2009 | 7170 | $4,164.00 | Insufficient Documentation Claim |
| 106 | REITER, PAUL<br>145 DEER VALLEY DR<br>SEWICKLEY, PA 15143 | | 08/05/2009 | 7410 | $15,000.00 | Insufficient Documentation Claim |
| 107 | REMY, JANE M<br>CGM IRA ROLLOVER<br>6616 MAIN STREET<br>NEW PORT RICHEY, FL 34653-3904 | | 09/21/2009 | 25601 | $3,172.00 | Insufficient Documentation Claim |
| 108 | RODAKIS, JAMES A.<br>748 MERRILL RD<br>SAN JUAN BAUTISTA, CA 95045-9622 | 08-13555<br>(JMP) | 08/06/2009 | 7511 | $4,901.39 | Insufficient Documentation Claim |
| 109 | ROY, JACQUELINE & DUMONT, CHARLES<br>5986 FORYTH CRES<br>RICHMOND, BC V7C 2C3<br>CANADA | 08-13555<br>(JMP) | 08/19/2009 | 8754 | $15,000.00 | Insufficient Documentation Claim |
| 110 | SALAZAR, RENE VALLE<br>SERRANO, LETICIA TORRES<br>RAFAEL CAMPOY 901<br>COL. PITIC; HERMOSILLO<br>SONORA,<br>MEXICO | | 09/21/2009 | 24118 | $23,011.41 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 111 | SAMEK, EDWARD L. 509 STREET, DAVIDS AVENUE ST. DAVIDS, PA 19087 | 08-13555 (JMP) | 09/19/2009 | 19571 | $50,000.00 | Insufficient Documentation Claim |
| 112 | SCHAJMAN, JUAN CARLOS RECONQUISTA 517 PISO 7 11.000 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | 09/21/2009 | 25013 | $120,000.00 | Insufficient Documentation Claim |
| 113 | SCHNURR, BETTY JEAN 19 LINDEN ROAD ALBANY, NY 12208 | | 08/19/2009 | 8736 | $10,703.14 | Insufficient Documentation Claim |
| 114 | SCHWARTZ, BERNARD 24500 N. ELM LAKE FOREST, IL 60045-3456 | 08-13555 (JMP) | 08/10/2009 | 7768 | $50,000.00 | Insufficient Documentation Claim |
| 115 | SCYPHERS, CLEO D. & SCYPHERS, HARRY C. TEN ENT 310 SILVER CREST DR. WALKERSVILLE, MD 21793-8181 | 08-13555 (JMP) | 08/10/2009 | 7778 | $9,996.89 | Insufficient Documentation Claim |
| 116 | SCYPHERS, HARRY C. & SCYPHERS, CLEO - JOINT REV. TRUST VA 8598 CLEO D & HARRY C. SCYPHERS TR WALKERSVILLE, MD 21793-8181 | 08-13555 (JMP) | 08/10/2009 | 7793 | $2,073.99 | Insufficient Documentation Claim |
| 117 | SEYFFARTH, DONALD C. 1145 HENRY RD BILLINGS, MT 59102 | | 08/03/2009 | 7159 | $7,206.78 | Insufficient Documentation Claim |
| 118 | SHUJI, KAMITANO A3 12/F CHARMAIN HEIGHTS NO. 9 EASTBOURNE ROAD KOWLONG, HONG KONG | 08-13555 (JMP) | 09/21/2009 | 25751 | $100,000.00 | Insufficient Documentation Claim |

OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 119 | SINKO, VIRGINIA<br>40 DONALD A. SINKO<br>26028 DEFOE DRIVE<br>NORTH OLMSTEAD, OH 44070 | | 09/21/2009 | 24458 | $10,000.00 | Insufficient Documentation Claim |
| 120 | SMITH, MILDRED E<br>372 CATAMARAN COURT<br>NORTH PORT, FL 34287 | 08-13555 (JMP) | 08/17/2009 | 8481 | $4,970.00 | Insufficient Documentation Claim |
| 121 | SMITH, RALPH E.<br>372 CATAMARAN COURT<br>NORTH PORT, FL 34287 | 08-13555 (JMP) | 08/18/2009 | 8643 | $4,970.00 | Insufficient Documentation Claim |
| 122 | SMITHLAND CORP<br>200 N JOHNSON<br>CHARLES CITY, IA 50616 | | 08/03/2009 | 7288 | $25,433.71 | Insufficient Documentation Claim |
| 123 | SNYDER, BECKY C<br>PO BOX 987<br>LAYTON, UT 84041 | 08-13555 (JMP) | 09/18/2009 | 18955 | $4,506.00 | Insufficient Documentation Claim |
| 124 | SNYDER, ROBERT L<br>PO BOX 987<br>LAYTON, UT 84041 | 08-13555 (JMP) | 09/18/2009 | 18954 | $4,506.00 | Insufficient Documentation Claim |
| 125 | SOUTHWARD, DONALD C.<br>11905 210TH ST.<br>MILACA, MN 56353-4555 | 08-13902 (JMP) | 08/10/2009 | 7894 | $9,656.00 | Insufficient Documentation Claim |
| 126 | SPAGNOLA, ROBERT A.<br>5016 BIMINI DR.<br>BRADENTON, FL 34210 | | 08/31/2009 | 9960 | $5,000.00 | Insufficient Documentation Claim |
| 127 | SPURLIN, DOYLE L. & JANET L.<br>300 AGUILA DR.<br>LAKESIDE, TX 76108-9407 | | 08/31/2009 | 9952 | $14,216.60 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 128 STATECENCO<br>ATTN: TRUST DEPARTMENT<br>601 MAIN STREET<br>KEOKUK, IA 52632 | | 09/21/2009 | 25014 | $24,732.40 | Insufficient Documentation Claim |
| 129 STERNBERG, ALFREDO RICARDO<br>PARRAL 34- 7<br>BUENOS AIRES, 1405<br>ARGENTINA | 08-13555 (JMP) | 09/21/2009 | 19849 | $13,350.00 | Insufficient Documentation Claim |
| 130 STIRLING, MARTHA TTEE OF THE STIRLING<br>LIVING TRUST DTD 6/1/89<br>1200 MILLS AVE<br>BURLINGAME, CA 94010-3327 | | 08/12/2009 | 8069 | $13,280.00 | Insufficient Documentation Claim |
| 131 STOPEK, SETH - ROLLOVER IRA<br>1581 BRICKELL AVENUE # 1504<br>MIAMI, FL 33129 | 08-13555 (JMP) | 08/31/2009 | 9921 | $29,978.19 | Insufficient Documentation Claim |
| 132 SUN DIANA XIAOXIN AI<br>C/O EDRIC TSIM<br>BARCLAYS BANK<br>44F CITIBANK TOWER<br>CENTRAL 29032074,<br>HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19594 | $200,000.00 | Insufficient Documentation Claim |
| 133 SUNRISE PARTNERS LIMITED PARTNERSHIP<br>C/O PAR FOUR INVESTMENT MANAGEMENT LLC<br>ATTN: MICHAEL BAILEY<br>50 TICE BOULEVARD<br>WOODCLIFF LAKE, NJ 07677 | 08-13900 (JMP) | 09/22/2009 | 27711 | $375,000.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 134 | SWEDBERG, MARJORIE IRA FCC AS CUSTODIAN 1750 150TH ST RUDD, IA 50471-8050 | | 08/10/2009 | 7774 | $15,351.75 | Insufficient Documentation Claim |
| 135 | THARP, IRENE M. 810 VISTA VIEW DRIVE MILRLE, AL 36608 | | 08/07/2009 | 7710 | $7,500.00 | Insufficient Documentation Claim |
| 136 | THE KORBAS LIVING TRUST KENDALL KORBAS + JOAN KORBAS TRUSTEES 1428 GLEN ROAD GREEN BAY, WI 54313-5612 | | 08/03/2009 | 7294 | $5,000.00 | Insufficient Documentation Claim |
| 137 | TONG KAI HONG ANTHONY C/O EDRIC TSIM BARCLAYS BANK, 44F CITIBANK TOWER 3 GARDEN ROAD, CENTRAL , 29032074 HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19312 | $100,000.00 | Insufficient Documentation Claim |
| 138 | TSAI, PING PING 3592 BLUE HERON LANE ROCHESTER HILLS, MI 48309 | | 09/18/2009 | 18306 | $20,000.00 | Insufficient Documentation Claim |
| 139 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24884 | $765.00 | Insufficient Documentation Claim |
| 140 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24885 | $951.99 | Insufficient Documentation Claim |
| 141 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24886 | $748.80 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 142 | UBS C/F JOAN R. IVERSON IRA 22950 E. LONG DRIVE AURORA, CO 80016 | | 08/04/2009 | 7342 | $24,340.61 | Insufficient Documentation Claim |
| 143 | USELMAN, JAMES 1419 CHISLETT STREET PITTSBURGH, PA 15206 | | 08/03/2009 | 7165 | Undetermined | Insufficient Documentation Claim |
| 144 | WAGGONER, HAZEL F 3087 N. BUTTERFIELD ROAD ORANGE, CA 92865-1602 | 08-13555 (JMP) | 08/13/2009 | 8194 | $15,000.00 | Insufficient Documentation Claim |
| 145 | WAGGONER, HAZEL F 3087 N. BUTTERFIELD ROAD ORANGE, CA 92865-1602 | 08-13555 (JMP) | 08/13/2009 | 8195 | $8,450.00 | Insufficient Documentation Claim |
| 146 | WAIBEL, FREDERICK R. 16 MARINO DRIVE CLARKSBORO, NJ 08020 | | 08/10/2009 | 7872 | $14,988.00 | Insufficient Documentation Claim |
| 147 | WEHAR, FRANK JR. 1231 COBBLEWOOD DR BETHEL PARK, PA 15102-2468 | 08-13555 (JMP) | 08/06/2009 | 7553 | $20,000.00 | Insufficient Documentation Claim |
| 148 | WELCH, SAM 755 EPPS BRIDGE PKWY APT 305 ATHENS, GA 30606 | | 08/24/2009 | 9039 | Undetermined | Insufficient Documentation Claim |
| 149 | WHOLEGATE INVESTMENTS LIMITED 2401 S. OCEAN DR. #2004 HOLLYWOOD, FL 33019 | | 08/17/2009 | 8500 | $100,000.00 | Insufficient Documentation Claim |
| 150 | WILSON, ANNE M. 11618 STONE BRIDGE DR. HOUSTON, TX 77064 | | 08/28/2009 | 9620 | $3,087.00 | Insufficient Documentation Claim |
| 151 | WINTER, JULIA 92 TAIL OF THE FOX DRIVE BERLIN, MD 21811 | | 08/18/2009 | 8649 | $4,975.43 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 152 | WOOD, DIXIE<br>102 KAY STREET<br>NEWPORT, RI 02840 | | 08/17/2009 | 8499 | $7,500.00 | Insufficient Documentation Claim |
| 153 | YAWN, CLAYBERN L.<br>4200 LAS PALMAS CIR. #6110<br>BROWNSVILLE, TX 78521 | | 08/03/2009 | 7143 | $25,000.00 | Insufficient Documentation Claim |
| 154 | YU-KUANG, LILY AND HUANG, SHENA<br>13214 MOORPARK ST., #202<br>SHERMAN OAKS, CA 91423 | | 09/21/2009 | 24671 | $448,000.00 | Insufficient Documentation Claim |
| 155 | ZALOOM, CHARLES B. LIVING TRUST<br>CHARLES B. ZALOOM<br>CHARLES B. ZALOOM TTEE UA DTD 06/01/94<br>359 RENOIR DRIVE<br>OSPREY, FL 34229-9616 | | 08/17/2009 | 8492 | $5,005.25 | Insufficient Documentation Claim |
| | | | TOTAL | | $7,347,289.34 | |

# EXHIBIT 2

**OMNIBUS OBJECTION 31: EXHIBIT 2 – INSUFFICIENT DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AKTIA BANK PLC ATTN: LEGAL & COMPLIANCE DEPARTMENT PO BOX 207 HELSINKI, FIN-00101 FINLAND | 08-13555 (JMP) | 08/31/2009 | 9834 | $4,753,320.00 | Insufficient Documentation Claim |
| 2 | MENDICUTI, ANA MARIA PRECIAT MARIANA MENENDEZ PRECIAT CALLE 6 NO. 59 X 21 PRIVADA REAL MONTECRISTO YUCATAN, MEXICO | | 08/06/2009 | 7492 | $150,000.00 | Insufficient Documentation Claim |
| 3 | SCHRAM, CAROL 71 CLUBHOUSE DRIVE HINGHAM, MA 02043 | 08-13555 (JMP) | 09/21/2009 | 24737 | $175,000.00 | Insufficient Documentation Claim |
| 4 | TRIAD GUARANTY INSURANCE CORP. ATTN: BOB OGBURN 101 SOUTH STRATFORD RD. WINSTON-SALEM, NC 27104 | | 09/22/2009 | 32701 | $460,000.00 | Insufficient Documentation Claim |
| | | | | TOTAL | $5,538,320.00 | |

# EXHIBIT 3

## OMNIBUS OBJECTION 31: EXHIBIT 3 – INSUFFICIENT DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ALWEIS, EDWARD J. & MARY<br>7639 TARPON COVE CIRCLE<br>LAKE WORTH, FL 33467 | | 08/13/2009 | 8175 | $5,000.00 | Insufficient Documentation Claim |
| 2 | BERMAN, PETER<br>105 SOUTH 12TH STREET, UNIT 305<br>PHILADELPHIA, PA 19107 | 08-13555 (JMP) | 09/22/2009 | 31104 | $1,000,000.00 | Insufficient Documentation Claim |
| 3 | BROWN, EDWARD D AND VERGENE D<br>REV TRUST DTD 11/16/94<br>EDWARD D + VERGENE D BROWN TTEES<br>1514 E CAMPO BECCO DR<br>PHOENIX, AZ 85022-2023 | | 08/03/2009 | 7268 | $12,500.00 | Insufficient Documentation Claim |
| 4 | BROZGAL, EDITH J.<br>APT 4-D<br>531 S. TERRACE DRIVE<br>ALTOONA, PA 16602 | | 08/12/2009 | 8063 | $2,000.00 | Insufficient Documentation Claim |
| 5 | CAGLIERO, ROBERT J.<br>5280 - 302 WEST HARBOR VILLAGE DR.<br>VERO BEACH, FL 32967-7362 | | 09/22/2009 | 32535 | $25,000.00 | Insufficient Documentation Claim |
| 6 | DEPALMA, MARY J.<br>8239 LONGDEN CIR<br>CITRUS HEIGHTS, CA 95610-0813 | | 08/24/2009 | 9054 | $10,000.00 | Insufficient Documentation Claim |
| 7 | DESOUZA, DONNA<br>4400 BRITLEY LANE<br>HARRISBURG, NC 28075 | 08-13555 (JMP) | 08/28/2009 | 9654 | $10,000.00 | Insufficient Documentation Claim |
| 8 | EDELMANN, STEPHEN AND JACQUELINE<br>896 TYNER STREET<br>INCLINE VILLAGE, NV 89451 | 08-13555 (JMP) | 09/22/2009 | 31084 | $5,000.00 | Insufficient Documentation Claim |
| 9 | FRANKENBERG, HANK<br>16 HORSESHOE LANE<br>ROLLING HILLS ESTATES, CA 90274 | 08-13555 (JMP) | 08/13/2009 | 8201 | $54,908.94 | Insufficient Documentation Claim |

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT 3 – INSUFFICIENT DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | GIORDANO, JOSEPH J.<br>772 WILLOWBROOK DR.<br>APT 908<br>NAPLES, FL 34108 | | 08/24/2009 | 9021 | $34,167.18 | Insufficient Documentation Claim |
| 11 | GIUSEPPE, BATTECCA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141<br>ITALY | 08-13555 (JMP) | 09/21/2009 | 24235 | $34,080.00 | Insufficient Documentation Claim |
| 12 | GIUSEPPE, BATTECCA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141<br>ITALY | 08-13555 (JMP) | 09/21/2009 | 24236 | $23,175.00 | Insufficient Documentation Claim |
| 13 | HESS WILLIAM & MARY C.<br>236 INDIAN COVE DR<br>DAWSONVILLE, GA 30534 | | 08/07/2009 | 7711 | $30,000.00 | Insufficient Documentation Claim |
| 14 | HILL, FRANCIS J., IRA<br>9595 RED BIRDLANE<br>ALPHARETTA, GA 30022 | | 08/31/2009 | 9974 | $21,949.69 | Insufficient Documentation Claim |
| 15 | HOSPITALS INSURANCE COMPANY INC<br>50 MAIN STREET<br>SUITE 1220<br>WHITE PLAINS, NY 10606 | 08-13555 (JMP) | 09/18/2009 | 16975 | $3,400,000.00 | Insufficient Documentation Claim |
| 16 | ILARIA, GHIRETTI AND CLAUDA, FURIA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141<br>ITALY | 08-13555 (JMP) | 09/21/2009 | 24233 | $26,583.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 3 – INSUFFICIENT DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | ILARIA, GHIRETTI AND CLAUDA, FURIA C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO, 90141 ITALY | 08-13555 (JMP) | 09/21/2009 | 24234 | $13,632.00 | Insufficient Documentation Claim |
| 18 | KERN, SANDRA 5333 ADAMS ROAD DELRAY BEACH, FL 33484 | | 08/13/2009 | 8218 | $23,003.00 | Insufficient Documentation Claim |
| 19 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA, NY 10514 | 08-13555 (JMP) | 09/18/2009 | 19325 | $160,501.90 | Insufficient Documentation Claim |
| 20 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA, NY 10514 | 08-13555 (JMP) | 09/18/2009 | 19378 | $114,778.00 | Insufficient Documentation Claim |
| 21 | MALIN, RUTH 5401 BAHIA LANE LA JOLLA, CA 92037 | | 08/06/2009 | 7560 | $42,785.00 | Insufficient Documentation Claim |
| 22 | MARKOVITZ, ANNE 600 GRANT ST., 3 5454 PITTSBURGH, PA 15219 | 08-13555 (JMP) | 08/14/2009 | 8335 | $22,345.25 | Insufficient Documentation Claim |
| 23 | MARKOVITZ, BERNARD 600 GRANT ST., # 5454 PITTSBURGH, PA 15219 | 08-13555 (JMP) | 08/14/2009 | 8334 | $10,000.00 | Insufficient Documentation Claim |
| 24 | MOSCA, JAN BROWN 261 INDIAN BLUFF DR. ARAPAHOE, NC 28510 | | 08/13/2009 | 8205 | $17,815.00 | Insufficient Documentation Claim |
| 25 | MORRIS-BROGAN, LINDA 12434 CARRIAGE HILL DR. HOUSTON, TX 77077-2908 | | 09/21/2009 | 25535 | $46,190.00 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 3 – INSUFFICIENT DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 26 | NEW YORK STATE COMPTROLLER THOMAS P. DINAPOLI AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND C/O ENTWISTLE & CAPPUCCI LLP 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK, NY 10017 | 08-13555 (JMP) | 09/22/2009 | 29068 | $216,281,686.01 | Insufficient Documentation Claim |
| 27 | NORIEGA, PATRICIA A. NATACION NO.21 COLONIA RAQUET CLUB HERMOSILLO, SONORA, MEXICO | | 09/21/2009 | 24121 | $23,058.57 | Insufficient Documentation Claim |
| 28 | PALONE, MICHAEL F. HAMILTON LANE ONE PRESIDENTIAL BLVD, 4TH FLOOR BALA CYNWYD, PA 19004 | | 08/21/2009 | 8983 | $99,894.31 | Insufficient Documentation Claim |
| 29 | PIKE, SUSAN MARY 23412 MOBILE ST. WEST HILLS, CA 91307 | | 08/24/2009 | 9135 | $5,000.00 | Insufficient Documentation Claim |
| 30 | RAPP, LESTER M 642 NORTH 8TH STREET BATON ROUGE, LA 70802 | | 09/18/2009 | 18185 | $30,000.00 | Insufficient Documentation Claim |
| 31 | REHORST, JOYCE 2123 FOX CREEK ROAD BERWYN, PA 19312 | 08-13555 (JMP) | 09/22/2009 | 31085 | $15,000.00 | Insufficient Documentation Claim |
| 32 | SCHMIDT, JOSEPH W & BEATRICE 810 W. 12TH STREET RENO, NV 89503 | | 08/25/2009 | 9395 | $24,549.82 | Insufficient Documentation Claim |
| 33 | SCHMIDT, JOSEPH W & BEATRICE 810 W. 12TH STREET RENO, NV 89503 | | 08/25/2009 | 9396 | $25,244.03 | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 31: EXHIBIT 3 – INSUFFICIENT DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 34 | SCHNEIDER, MARVIN<br>2200 NORTH CENTRAL RD.<br>APT 3R<br>FORT LEE, NJ 07024 | | 08/20/2009 | 8774 | $6,222.00 | Insufficient Documentation Claim |
| 35 | SHIRLEY MAHLSTROM REV TR U/A<br>C/O BRAD ROTHENBERG<br>6514 PLANTATION PINES BLVD.<br>FORT MYERS, FL 33966 | 08-13555<br>(JMP) | 08/20/2009 | 8802 | $35,000.00 | Insufficient Documentation Claim |
| 36 | SMITH, WILLIAM H.<br>9595 RED BIRD LANE<br>ALPHARETTA, GA 30022 | | 08/24/2009 | 9187 | $3,932.95 | Insufficient Documentation Claim |
| 37 | STASHOWER, SUSAN<br>300 WEST 72 STREET # 6F<br>NEW YORK, NY 10023 | 08-13555<br>(JMP) | 09/18/2009 | 33326 | $13,217.55 | Insufficient Documentation Claim |
| | | | | TOTAL | $221,708,219.20 | |