**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                              Debtors.         :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

Upon the thirtieth omnibus objection to claims, dated July 19, 2010 (the "Thirtieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the No Debtor Claims on the grounds that such claims fail to comply with the Bar Date Order and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Thirtieth Omnibus Objection to Claims; and due and proper notice of the Thirtieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirtieth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirtieth Omnibus Objection to Claims establish

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Thirtieth Omnibus Objection to Claims.

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Thirtieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Debtor Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that the Debtors have adjourned to the next omnibus hearing date (or as may be further adjourned by the Debtors) the Thirtieth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Debtor Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirtieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     September 2, 2010

                                           *s/ James M. Peck*
                                           Honorable James M. Peck
                                           United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ABILITIES NETWORK, INC.<br>200 EAST 36TH STREET<br>APT. 5A<br>NEW YORK, NY 10016 | | | 08/03/2009 | 7270 | No Debtor Claim |
| 2 | ACOSTA, FRANK L.<br>3071 LA BARCA LN<br>LAS VEGAS, NV 89122 | | | 07/24/2009 | 6063 | No Debtor Claim |
| 3 | ANDERSON, PAUL<br>10707 LOCKLAND RD<br>POTOMAC, MD 20854 | | | 07/17/2009 | 5543 | No Debtor Claim |
| 4 | APTECH SYSTEMS, INC.<br>P.O. BOX 250<br>BLACK DIAMOND, WA 90810 | | | 07/20/2009 | 5625 | No Debtor Claim |
| 5 | BACKES, LLOYD & CINDY<br>2299 RD. 13-W<br>BUSHNELL, NE 69128-2833 | | | 12/04/2009 | 65851 | No Debtor Claim |
| 6 | BACKES, LLOYD A.<br>2299 RD 13 W<br>BUSHNELL, NE 69128-2833 | | | 08/21/2009 | 8872 | No Debtor Claim |
| 7 | BERNARD, FREDERIC W.<br>54 WEST 74TH STREET<br>APT 504<br>NEW YORK, NY 10023 | | | 09/28/2009 | 36765 | No Debtor Claim |
| 8 | BRANDIN, ANNETTE<br>1417 ROLLIN STREET<br>SOUTH PASADENA, CA 91030 | | | 08/13/2009 | 8189 | No Debtor Claim |
| 9 | CANTELLO, PAUL<br>37 SYLVESTER AVE<br>HAWTHORNE, NJ 07506-1850 | | | 09/09/2009 | 10961 | No Debtor Claim |
| 10 | CASSORLA, SEYMOUR<br>333 W 56TH ST<br>NEW YORK, NY 10019 | | | 07/14/2009 | 5320 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | CENTRAL QUEENS YM & YWHA<br>67-09 108TH STREET<br>FOREST HILLS, NY 11375 | | | 07/17/2009 | 5582 | No Debtor Claim |
| 12 | CHAN, RAYMOND<br>1J HILLCREST ROAD<br>HILLCREST VILLA<br>, 289083<br>SINGAPORE | | | 07/31/2009 | 6800 | No Debtor Claim |
| 13 | CIABURRI, PAMELA<br>2 JUNIPER POINT RD<br>BRANFORD, CT 06405 | | | 08/07/2009 | 7665 | No Debtor Claim |
| 14 | CINTRON, YVETTE<br>17026 CARLTON WAY ROAD<br>HUNTERSVILLE, NC 28078 | | | 07/20/2009 | 5661 | No Debtor Claim |
| 15 | DECKER, RALPH K. JR.<br>2300 SW 48 AVE<br>OCALA, FL 34474 | | | 08/17/2009 | 8404 | No Debtor Claim |
| 16 | DEMASI, KATHLEEN M<br>146 78TH STREET<br>BROOKLYN, NY 11209-2914 | | | 09/01/2009 | 10066 | No Debtor Claim |
| 17 | DIGERONIMO, EUGENE R.<br>1 VALLEYWOOD CT. EAST<br>ST. JAMES, NY 11780 | | | 08/06/2009 | 7507 | No Debtor Claim |
| 18 | DINES<br>PO BOX SS19418<br>NASSAU,<br>BAHAMAS | | | 11/09/2009 | 65246 | No Debtor Claim |
| 19 | DUNKIN, ROBEN L<br>107 CLARK STREET<br>GLEN RIDGE, NJ 07028 | | | 07/20/2009 | 5728 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 20 | DUNKIN, ROBEN L<br>107 CLARK ST<br>GLEN RIDGE, NJ 070282217 | | | 07/20/2009 | 5730 | No Debtor Claim |
| 21 | DURKAUN, RUTH<br>5433 LEARY AVE NW, SUITE 104<br>SEATTLE, WA 98107 | | | 10/01/2009 | 35975 | No Debtor Claim |
| 22 | EBERHARDT, JOHN M. & DIANN E<br>12612 HILLCROSS PKWY<br>PROSPECT, KY 40059 | | | 09/22/2009 | 32054 | No Debtor Claim |
| 23 | FRYER, DANIEL J.<br>3 RIDGEWAY GARDENS<br>WESTCLIFF ON SEA, ESSEX, SS08PZ<br>UNITED KINGDOM | | | 09/21/2009 | 23030 | No Debtor Claim |
| 24 | GAY AND LESBIAN LEADERSHIP INSTITUTE<br>1133 15TH STREET N.W<br>SUITE 350<br>WASHINGTON, DC 20005 | | | 07/15/2009 | 5400 | No Debtor Claim |
| 25 | GITLIN, MICHAEL H<br>3900 GREYSTONE AVENUE<br>BRONX, NY 10463 | | | 08/25/2009 | 9357 | No Debtor Claim |
| 26 | GLEEMAN, LEE<br>3422 NW 51ST PL<br>BOCA RATON, FL 33496 | | | 07/29/2009 | 6602 | No Debtor Claim |
| 27 | GR COMMUNICATIONS<br>7 HOYROYD STREET<br>LONDON, SE1 2EL<br>UNITED KINGDOM | | | 07/31/2009 | 6848 | No Debtor Claim |
| 28 | HARRISON, FRANCES<br>45 MCKOWN RD<br>ALBANY, NY 12203 | | | 10/09/2009 | 37274 | No Debtor Claim |

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 29 | HYMAN, BEBE<br>C/O NATIONAL SECURITIES<br>2424 NORTH FEDERAL HWY STE 350<br>BOCA RATON, FL 33431 | | | 09/03/2009 | 10263 | No Debtor Claim |
| 30 | JAYLENE FRANCES PIRRO<br>1942 DERBY DRIVE<br>SANTA ANA, CA 92705 | | | 07/27/2009 | 6323 | No Debtor Claim |
| 31 | LA COUNTY SHERIFF'S OFFICE<br>1725 MAIN STREET<br>SANTA MONICA, CA 90401 | | | 07/20/2009 | 5593 | No Debtor Claim |
| 32 | LEE, MAN Y<br>8629 14TH AVENUE 1FL<br>BROOKLYN, NY 11228 | | | 07/13/2009 | 5261 | No Debtor Claim |
| 33 | LEFCORT, RICHARD<br>1101 SHIPWATCH DRIVE EAST<br>JACKSONVILLE, FL 32225 | | | 07/23/2009 | 5998 | No Debtor Claim |
| 34 | LINDERMAN, JO D<br>15 VALLEY VIEW LANE<br>NEW MILFORD, CT 06776 | | | 09/18/2009 | 18215 | No Debtor Claim |
| 35 | LITTELL, CHRISTOPHER<br>FLAT 202 WELSBY COURT<br>80 MACDONNELL ROAD<br>MID-LEVELS<br>HONG KONG,<br>HONG KONG | | | 11/30/2009 | 65760 | No Debtor Claim |
| 36 | LUTZ, KARLA A<br>2720 QUINN PLACE<br>DYER, IN 46311-2349 | | | 09/22/2009 | 33194 | No Debtor Claim |
| 37 | MALEH, ALAN A<br>1633 SOUTH VILLA WAY<br>WALNUT CREEK, CA 94595 | | | 08/07/2009 | 7702 | No Debtor Claim |

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 38 | MARACOM FACILITIES MANAGEMENT<br>2024 BOW COMMON LANE<br>LONDON, E3 4AX<br>UNITED KINGDOM | | | 07/24/2009 | 6114 | No Debtor Claim |
| 39 | MATRAS, BERTHA TTEE<br>BERTHA MATRAS REV. TRST<br>UAD 6/21/90<br>1150 S.W. 30TH AVE<br>POMPANO BEACH, FL 33069 | | | 07/27/2009 | 6778 | No Debtor Claim |
| 40 | MODASIA, DIPAK<br>801 CASCADES TOWER<br>4 WESTFERRY ROAD<br>LONDON, E14 8JN<br>UNITED KINGDOM | | | 09/21/2009 | 24586 | No Debtor Claim |
| 41 | MONSOUR, SARAH M.<br>500 REBECCA LANE<br>SMYRNA, GA 30082 | | | 07/17/2009 | 5532 | No Debtor Claim |
| 42 | MORGAN, KENNETH<br>724 E FRANKLIN ST<br>MACOMB, IL 61455 | | | 07/27/2009 | 6373 | No Debtor Claim |
| 43 | NORTHGATE HR<br>PEOPLE BUILDING 2<br>PEOPLE BUILDING ESTATE<br>MAYLANDS AVENUE<br>HERTS, HP2 4NW<br>UNITED KINGDOM | | | 07/16/2009 | 5436 | No Debtor Claim |
| 44 | PAUL, MICHAEL L<br>APT 10H<br>101 CLARK STREET<br>BROOKLYN, NY 11201 | | | 07/14/2009 | 5323 | No Debtor Claim |
| 45 | PITCHFORD, HOLLIS R.<br>1670 PATRIOT RD.<br>CENTRALIA, IL 62801 | | | 10/15/2009 | 40405 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 46 | PITTERS, LYNNE S<br>24 E PARK CT # 4167<br>ELLIJAY, GA 30536-1955 | | | 07/20/2009 | 5602 | No Debtor Claim |
| 47 | PUSKULDJIAN, PAUL A<br>50 ROOSEVELT AVE<br>GLEN HEAD, NY 11545-1532 | | | 07/22/2009 | 5857 | No Debtor Claim |
| 48 | RISSACHER, ELENA F.<br>CGM IRA CUSTODIAN<br>47 PARKWOOD ST. EAST<br>ALBANY, NY 12203-3630 | | | 08/24/2009 | 9199 | No Debtor Claim |
| 49 | RODGERS, CATHERINE M<br>477 HARRISON STREET<br>NUTLEY, NJ 07110-2575 | | | 09/22/2009 | 32724 | No Debtor Claim |
| 50 | ROGER,EMMANUEL<br>30, RUE DE LORRAINE<br>SAINT-GERMAIN-EN-LAYE, 78 78100<br>FRANCE | | | 09/29/2009 | 35506 | No Debtor Claim |
| 51 | SAVILLO, JOSEPHINE M.<br>34-02 BROOKSIDE ST. FLOOR 2<br>LITTLE NECK, NY 11363 | | | 08/21/2009 | 8950 | No Debtor Claim |
| 52 | SLEEP DISORDERS CENTER<br>26 WESTORCHARD RD<br>CHAPPAQUA, NY 10514 | | | 09/21/2009 | 34210 | No Debtor Claim |
| 53 | SPIEGEL, STEVEN<br>204 WARREN ST<br>BROOKLINE, MA 02445 | | | 07/16/2009 | 5462 | No Debtor Claim |
| 54 | STANINGER, RUDOLF J.<br>AFRH - WASHINGTON<br>LA GARDE, ROOM 532A<br>3700 NORTH CAPITAL STREET NW<br>WASHINGTON, DC 20011-8400 | | | 03/04/2010 | 66362 | No Debtor Claim |

## OMNIBUS OBJECTION 30: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 55 | THORTON, JAMES A, TTEE<br>JAMES A THORTON FAMILY TRUST<br>2045 DEL RIO LANE<br>RENO, NV 89509 | | | 08/14/2009 | 8281 | No Debtor Claim |
| 56 | WALKER TOUCHE, ANTONIO &<br>OLIVERA DE WALKER, IRMA<br>CALLE ALGARROBO #23 CLUB DE GOLF<br>LA CEIBA MERIDA<br>YUCATAN, 97000<br>MEXICO | | | 08/03/2009 | 7026 | No Debtor Claim |
| 57 | WILLIAMS, JUANITA<br>765 LINCOLN AVE APT 12J<br>BROOKLYN, NY 11208 | | | 07/24/2009 | 6145 | No Debtor Claim |

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 30: EXHIBIT 2 – NO DEBTOR CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | WALKER, GEORGE H. IV<br>45 GREENE ST., APT. 6<br>NEW YORK, NY 10013 | | | 09/22/2009 | 30420 | No Debtor Claim |