**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :      Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                                           :
                Debtors.                       :      (Jointly Administered)
-------------------------------------------------------------------x

# ORDER GRANTING DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

Upon the twenty-ninth omnibus objection to claims, dated July 19, 2010 (the "Twenty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the No Blocking Number LPS Claims on the grounds that the Bar Date Order required that such claims include an electronic instruction reference number or a blocking reference number, all as more fully described in the Twenty-Ninth Omnibus Objection to Claims; and due and proper notice of the Twenty-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Twenty-Ninth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Twenty-Ninth Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Twenty-Ninth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Twenty-Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Blocking Number LPS Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that the Debtors have adjourned to the next omnibus hearing date (or as may be further adjourned by the Debtors) the Twenty-Ninth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Blocking Number LPS Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Twenty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     September 2, 2010

    *s/ James M. Peck*
    Honorable James M. Peck
    United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 29: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BIOTECH CAPITAL INVESTMENT<br>NO 6, 3RD FL<br>QWOMAR TRADINGI BUILDING<br>ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | | | 09/22/2009 | 29925 | $500,000.00 | No Blocking Number LPS Claim |
| 2 | CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>LUGANO, 6901<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24221 | $600,000.00 | No Blocking Number LPS Claim |
| 3 | CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>LUGANO, 6901<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24223 | $73,400.00 | No Blocking Number LPS Claim |
| 4 | CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>LUGANO, 6901<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24222 | $205,520.00 | No Blocking Number LPS Claim |
| 5 | MORGAN KEEGAN AND CO<br>ATTN: JUSTIN COOK<br>50 N. FRONT ST.<br>MEMPHIS, TN 38103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40496 | $3,983,000.00 | No Blocking Number LPS Claim |
| 6 | OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND<br>C/O KEITH MASNICK<br>1 ROSLYNDALE AVE<br>WOOLLAHRA, N.S.W 2025<br>AUSTRALIA | | | 06/01/2010 | 66716 | $81,901.00 | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 29: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | PIACENZA, MARCELO<br>ANTARTIDA ARGENTINA 1451<br>BOULOGNE - BS- AS, CP 1609<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62902 | $50,000.00 | No Blocking Number LPS Claim |
| 8 | SCHOEMAKER, PETRA<br>SCHLEIDENER STR. 4<br>KOLN, D-50397<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9642 | $7,188.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $5,501,009.00 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 29: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASPECTA ASSURANCES INTERNATIONAL SA GOLDBELL 1 5, RUE EUGENE RUPPERT , L-2453 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17587 | $2,788,048.90 | No Blocking Number LPS Claim |
| 2 | AUGUST '86 TRUST, THE C/O POWER CITY LTD. UNIT 12 PINEWOOD CLASE, BOGHALL ROAD BRAZ, C. WICKLAW, IRELAND | | | 10/20/2009 | 42708 | $448,110.00 | No Blocking Number LPS Claim |
| 3 | RBC CAPITAL MARKETS CORPORATION 510 MARQUETTE AVE S - M10 MINNEAPOLIS, MN 55402 | | | 10/29/2009 | 56598 | $300,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $3,536,158.90 | |

* - Indicates claim contains unliquidated and/or undetermined amounts