**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
: 
In re                                                  :   Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :   08-13555 (JMP)
                                                       :   (Jointly Administered)
        Debtors.                                       :
                                                       :   Ref. Docket Nos. 11115 & 11116
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2010, I caused to be served the:

    a. "Notice of Fifty-Ninth Supplemental List of Ordinary Course Professionals," dated September 1, 2010 [Docket No. 11115] (the "59th OCP Notice"), and

    b. "Affidavit and Disclosure Statement of Janet Barbiere, on Behalf of Kaye Scholer LLP," dated August 23, 2010 [Docket No. 11116] (the "Barbiere Affidavit"),

   by causing true and correct copies of the:

    i. 59th OCP Notice and Barbiere Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. Barbiere Affidavit, to be delivered via electronic mail to Janet Barbiere, Kaye Scholer LLP: JBarbiere@kayescholer.com, and

    iii. 59th OCP Notice and Barbiere Affidavit, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of the U.S. Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
1st day of September, 2010

_____
Notary Public

BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

T:\Clients\LBH\Affidavits\59th OCP Ntc & Barbiere Aff_DI 11115 & 11116_AFF_9-1-10.doc

# EXHIBIT A

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com