UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
         Debtors.                                              :
                                                               :    Ref. Docket No. 11143
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2010, I caused to be served the "Certificate of No Objection under 28 U.S.C. § 1746 Regarding Stipulation and Order between Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., with Respect to Joint Claims Asserted and Joint Adversary Proceedings Commenced Pursuant to Bankruptcy Code Sections 544, 547, 548 and 550," dated September 1, 2010 [Docket No. 11143],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              _____
                                                                        Pete Caris

Sworn to before me this
1st day of September, 2010

_____
Notary Public

BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

T:\Clients\LBH\Affidavits\Giddens CNO Stip & Order_ Aff_DI 11143_AFF_9-1-10.doc

# EXHIBIT A

**Email Addresses**

ddunne@milbank.com

dodonnell@milbank.com

efleck@milbank.com

gbray@milbank.com

paronzon@milbank.com

wfoster@milbank.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| Milbank; Dennis Dunne, Evan Fleck, Dennis ODonnell | 212-530-5219 |
| White and Case Attn J Christopher Shore | 212-354-8113 |