**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :    Chapter 11:
                                                         :
Lehman Brothers Holdings Inc., *et al*                   :    Case Nos. 08-13555 (JMP)
                                                         :
                              Debtors.                   :    (Jointly Administered)
                                                         :
-------------------------------------------------------- X

### PROPOSED ORDER GRANTING MOTION OF LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (IN CREDITORS' VOLUNTARY LIQUIDATION) FOR ENTRY OF AN ORDER (I) THAT ITS DERIVATIVE AND GUARANTEE QUESTIONNAIRES BE DEEMED TIMELY FILED PROOFS OF CLAIM AND (II) PERMITTING A LATE CLAIM FILING PURSUANT TO <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)</u>

Upon consideration of the Motion of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation) ("<u>LBFA</u>") for Entry of an Order (I) that its Derivative and Guarantee Questionnaires be Deemed Timely Filed Proofs of Claim and (II) Permitting a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"),[1] and due notice thereof having been provided as set forth in the Amended Order Implementing Certain Notice and Case Management Procedures entered in these proceedings, dated February 13, 2009; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that to the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled; and it is further

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

KL2 2665692.1

ORDERED that the following Proofs of Claim filed by LBFA shall be deemed timely filed:

    a.    The LBCC Derivative Claim against LBCC in an amount no less than $155,152,037.60;

    b.    The LBCS Derivative Claim against LBCS in an amount no less than $2,296,415.51;

    c.    The LBHI Intercompany Claim against LBHI in an amount no less than $9,818.51;

    d.    The LBJ Guarantee Claim against LBHI in an amount no less than $329,171.36;

    e.    The LBSA Guarantee Claim against LBHI in an amount no less than $89,999.24;

    f.    The LBSF Derivative Claim against LBSF in an amount no less than $4,852,448.83; and

    g.    The LBT Guarantee Claim against LBHI in an amount no less than $229,122.10; and it is further

ORDERED that the Liquidators are hereby permitted to file the following proofs of claim which shall be deemed timely filed:

    a.    A proof of claim against LBHI in an amount no less than $155,152,037.60 relating to LBHI's alleged guarantee of the LBCC Derivative Claim; and

    b.    A proof of claim against LBHI in an amount no less than $4,852,448.83 relating to LBHI's alleged guarantee of the LBSF Derivative Claim; and it is further

ORDERED that the Debtors will retain all of their rights to object to the aforementioned claims on any basis other than timeliness.

Dated:

                                                                                                    
UNITED STATES BANKRUPTCY JUDGE

KL2 2665692.1