## EXHIBIT 1

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROTHERS COMMERCIAL CORPORATION | CASE # 08-13901 |

UNIQUE IDENTIFICATION NUMBER: 555197880/555194000/555197890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., ET AL.
08-13555 (JMP)        0000086148

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGED/DBF,SCHED_NO) SCHEDULE #: 555197883*****
LEHMAN BROTHERS FINANCE ASIA PTE. LTD
5 TEMASEK BOULEVARD #11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

Telephone number: +65-6213-2329    Email Address: tinaxatti@cpmg.com.sg

...e and address where payment should be sent (if different from above)
..HAN BROTHERS FINANCE ASIA PTE. LTD (In Creditors'
c/o KPMG ADVISORY SERVICES PTE. LTD.   Voluntary Liquidation)
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581

Telephone number: +65-6213-2329    Email Address: tinaxatti@cpmg.com.sg

☒ Check this box to indicate that this claim amends a previously filed claim.

NA
Court Claim
Number:
(If known)

Filed on:

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

1. Amount of Claim as of Date Case Filed: ☒ US$155,152,037.60 against "0060 LB. COMMERCIAL CORPORATION"[to]

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: TRADE BALANCES
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0060
(See instruction #3a on reverse side.)
3a. Debtor may have scheduled account as: __
(See instruction #4 on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: NA

Value of Property: $_____   Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).   NA

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
NOV 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 29 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. _____ CHAY BOOK YUEN, LIQUIDATOR |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LB Commercial Corporation (0060)

| Legal_E | Entry_T | Account | Managem | Source_C | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Date | Journal_Seq | Line_Numb | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 2108400060 | 00000 | 391 | USDCUR | 2007actual | 200711 | SINFRP033D | 2007-10-31 | 00005 | 0000040 | 2007-11-12 | USG036 | MTM ON DERIVATIVE | (3,166,651.27) | (3,166,651.27) | (4,825,233.14) |
| 033D | 00 | 2108400060 | 00000 | 391 | USDCUR | 2007actual | 200712 | SINFRP033D | 2007-11-01 | 00005 | 0000040 | 2007-11-12 | USG036 | MTM ON DERIVATIVE | 3,166,651.27 | 3,166,651.27 | 4,825,233.14 |
| 033D | 05 | 1108400060 | 00000 | 391 | USDCUR | 2007actual | 200712 | SINFRP033D | 2007-11-30 | 00007 | 0000030 | 2007-12-07 | USG046 | MTM ON DERIVATIVE - NDF | (1,111,846.22) | (1,111,846.22) | (1,611,168.58) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2007actual | 200712 | SINFRP033D | 2007-11-30 | 00006 | 0000030 | 2007-12-07 | USG046 | MTM ON DERIVATIVE - NDF | 1,111,846.22 | 1,111,846.22 | 1,611,168.58 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200801 | SINFRP033D | 2007-12-01 | 00006 | 0000030 | 2007-12-07 | USG046 | MTM ON DERIVATIVE - NDF | (1,111,846.22) | (1,111,846.22) | (1,611,168.58) |
| 033D | 05 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200801 | SINFRP033D | 2007-12-01 | 00007 | 0000030 | 2007-12-07 | USG046 | MTM ON DERIVATIVE - NDF | 1,111,846.22 | 1,111,846.22 | 1,611,168.58 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200801 | SINFRP033D | 2007-12-31 | 00003 | 0000030 | 2008-01-09 | USG036 | MTM ON DERIVATIVE - NDF | 5,881,530.73 | 5,881,530.73 | 8,220,243.18 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200802 | SINFRP033D | 2008-01-01 | 00003 | 0000030 | 2008-01-09 | USG036 | MTM ON DERIVATIVE - NDF | (5,881,530.73) | (5,881,530.73) | (8,220,243.18) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200802 | SINFRP033D | 2008-01-31 | 00003 | 0000030 | 2008-02-05 | USG036 | MTM ON DERIVATIVE - NDF | 11,894,877.89 | 11,894,877.89 | 16,882,530.94 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200803 | SINFRP033D | 2008-02-01 | 00003 | 0000030 | 2008-03-02 | USG036 | MTM ON DERIVATIVE - NDF | (11,894,877.89) | (11,894,877.89) | (16,859,847.57) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026000 | 2008-02-29 | | REVALUATION RESULT | - | - | (288,202.47) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 02152 | 0000880 | 2008-03-02 | | REVALUATION RESULT | - | - | 263,519.10 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200803 | SINFRP033D | 2008-02-29 | 00005 | 0000030 | 2008-03-04 | USG036 | MTM ON DERIVATIVE - NDF FEB | 13,872,538.89 | 13,872,538.89 | 19,355,860.00 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200804 | SINFRP033D | 2008-03-01 | 00005 | 0000030 | 2008-03-04 | USG036 | MTM ON DERIVATIVE - NDF FEB | (13,872,538.89) | (13,872,538.89) | (19,355,860.00) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200804 | SINFRP033D | 2008-03-31 | 00004 | 0000040 | 2008-04-03 | USG036 | MTM ON DERIVATIVE - NDP MAR | 31,575,727.38 | 31,575,727.38 | 43,808,300.62 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200805 | SINFRP033D | 2008-04-01 | 00004 | 0000040 | 2008-04-03 | USG036 | MTM ON DERIVATIVE - NDP MAR | (31,575,727.38) | (31,575,727.38) | (43,808,300.62) |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200805 | SINFRP033D | 2008-04-30 | 00003 | 0000080 | 2008-05-07 | USG036 | MTM ON DERIVATIVE - NDP APR | 41,845,559.31 | 41,845,559.31 | 56,881,522.27 |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-01 | 00003 | 0000080 | 2008-05-07 | USG036 | MTM ON DERIVATIVE - NDP APR | (41,845,559.31) | (41,845,559.31) | (56,881,522.27) |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-31 | 00003 | 0000080 | 2008-06-03 | USG046 | MTM DERIVATVE - NDP MAY-LBCC | 51,011,074.00 | 51,011,074.00 | 69,711,376.65 |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-01 | 00003 | 0000080 | 2008-06-03 | USG046 | MTM DERIVATVE - NDP MAY-LBCC | (51,011,074.00) | (51,011,074.00) | (69,711,376.65) |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-30 | 00003 | 0000080 | 2008-07-03 | USG046 | MTM DERIVATVE - NDP MAY-LBCC | 48,334,590.00 | 48,334,590.00 | 65,867,092.75 |
| 033D | 00 | 1108400060 | 42730 | 391 | USDCUR | 2008actual | 200808 | SINFRP033D | 2008-07-01 | 00003 | 0000080 | 2008-07-03 | USG046 | MTM DERIVATVE - NDP MAY-LBCC | (48,334,590.00) | (48,334,590.00) | (65,867,092.75) |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000190 | 2008-08-06 | GFS_DERIV_ | 53285CON1108400060 | (1,034,614,895.26) | (1,034,614,895.26) | (1,415,868,417.57) |
| 033D | 00 | 2108400060 | 53285 | 212 | KRWCUR | 2008actual | 200808 | GFSADJRKRW | 2008-07-31 | 00000 | 0000060 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | (540,186,700.07) | (547,584,567,577.00) | (739,244,420.05) |
| 033D | 00 | 2108400060 | 53285 | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000240 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | (506,004,450.00) | (506,004,450.00) | (692,468,079.11) |
| 033D | 00 | 2108400060 | 53285 | 212 | IDRCUR | 2008actual | 200808 | GFSADJRIDR | 2008-07-31 | 00001 | 0000020 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | (81,195,546.48) | (740,746,739,907.00) | (111,115,943.17) |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000180 | 2008-08-06 | GFS_DERIV_ | 53285CON1108400060 | (80,324,823.00) | (80,324,823.00) | (109,924,359.83) |
| 033D | 00 | 1206000060 | 00000 | 141 | USDCUR | 2008actual | 200808 | CDYBLSRUSD | 2008-07-31 | 00000 | 0000170 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | 129,641.27 | 129,641.27 | 177,413.02 |
| 033D | 00 | 1206000060 | 00000 | 141 | EURCUR | 2008actual | 200808 | CDYBLSREUR | 2008-07-31 | 00000 | 0000010 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | 31,115,380.00 | 20,000,000.00 | 42,581,335.38 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200808 | SINFRP033D | 2008-07-31 | 00010 | 0000070 | 2008-08-07 | USG046 | REV MTM DERIV - NDF JUL-LBCC | (44,243,542.00) | (44,243,542.00) | (60,547,198.85) |
| 033D | 00 | 2204000060 | 00000 | 141 | GBPCUR | 2008actual | 200808 | CDYBLSRGBP | 2008-07-31 | 00000 | 0000040 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | (31,254,138.83) | (15,790,900.00) | (42,771,226.56) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200808 | SINFRP033D | 2008-07-31 | 00010 | 0000080 | 2008-08-07 | USG046 | MTM DERIVATIVE - NDF JUL-LBCC | (710,693.00) | (710,693.00) | (972,581.95) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200808 | SINFRP033D | 2008-07-31 | 00003 | 0000040 | 2008-08-05 | USG046 | MTM DERIVATVE - NDP JUL-LBCC | 44,243,542.00 | 44,243,542.00 | 60,547,198.85 |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000260 | 2008-08-06 | GFS_DERIV_ | 53285CON2108400060 | 80,324,823.00 | 80,324,823.00 | 109,924,359.83 |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000160 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | 80,324,823.00 | 80,324,823.00 | 109,924,359.83 |
| 033D | 00 | 1108400060 | 53285 | 212 | KRWCUR | 2008actual | 200808 | GFSADJRKRW | 2008-07-31 | 00000 | 0000060 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | 500,286,560.77 | 507,137,995,088.00 | 684,641,159.12 |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000170 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | 591,729,548.00 | 591,729,548.00 | 809,780,704.49 |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000250 | 2008-08-06 | GFS_DERIV_ | 53285CON2108400060 | 1,034,614,895.26 | 1,034,614,895.26 | 1,415,868,417.57 |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000250 | 2008-08-06 | GFS_DERIV_ | 53285CON2108400060 | (1,034,614,895.26) | (1,034,614,895.26) | (1,415,868,417.57) |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000170 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | (591,729,548.00) | (591,729,548.00) | (809,780,704.49) |
| 033D | 00 | 1108400060 | 53285 | 212 | KRWCUR | 2008actual | 200809 | GFSADJRKRW | 2008-08-01 | 00000 | 0000060 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | (500,286,560.77) | (507,137,995,088.00) | (684,641,159.12) |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000260 | 2008-08-06 | GFS_DERIV_ | 53285CON2108400060 | (80,324,823.00) | (80,324,823.00) | (109,924,359.83) |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-08-01 | 00000 | 0000160 | 2008-08-06 | GFS_DERIV_ | 53285GUP1108400060 | (80,324,823.00) | (80,324,823.00) | (109,924,359.83) |
| 033D | 00 | 1206000060 | 00000 | 141 | EURCUR | 2008actual | 200809 | CDYBLSREUR | 2008-08-01 | 00000 | 0000010 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | (31,115,380.00) | (20,000,000.00) | (42,581,335.38) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-01 | 00003 | 0000040 | 2008-08-05 | USG046 | MTM DERIVATVE - NDP JUL-LBCC | (44,243,542.00) | (44,243,542.00) | (60,547,198.85) |
| 033D | 00 | 1206000060 | 00000 | 141 | USDCUR | 2008actual | 200809 | CDYBLSRUSD | 2008-08-01 | 00000 | 0000170 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | (129,641.27) | (129,641.27) | (177,413.02) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-01 | 00010 | 0000080 | 2008-08-07 | USG046 | MTM DERIVATIVE - NDF JUL-LBCC | 710,693.00 | 710,693.00 | 972,581.95 |
| 033D | 00 | 2204000060 | 00000 | 141 | GBPCUR | 2008actual | 200809 | CDYBLSRGBP | 2008-08-01 | 00000 | 0000040 | 2008-08-01 | RISCGL | 02279630 02 31JUL2008-BALANCE SHEET | 31,254,138.83 | 15,790,900.00 | 42,771,226.56 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-01 | 00010 | 0000070 | 2008-08-07 | USG046 | REV MTM DERIV - NDF JUL-LBCC | 44,243,542.00 | 44,243,542.00 | 60,547,198.85 |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000180 | 2008-08-06 | GFS_DERIV_ | 53285CON1108400060 | 80,324,823.00 | 80,324,823.00 | 109,924,359.83 |
| 033D | 00 | 2108400060 | 53285 | 212 | IDRCUR | 2008actual | 200809 | GFSADJRIDR | 2008-08-01 | 00001 | 0000020 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | 81,195,546.48 | 740,746,739,907.00 | 111,115,943.17 |
| 033D | 00 | 2108400060 | 53285 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000240 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | 506,004,450.00 | 506,004,450.00 | 692,468,079.11 |
| 033D | 00 | 2108400060 | 53285 | 212 | KRWCUR | 2008actual | 200809 | GFSADJRKRW | 2008-08-01 | 00000 | 0000060 | 2008-08-06 | GFS_DERIV_ | 53285GUP2108400060 | 540,186,700.07 | 547,584,567,577.00 | 739,244,420.05 |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000190 | 2008-08-06 | GFS_DERIV_ | 53285CON1108400060 | 1,034,614,895.26 | 1,034,614,895.26 | 1,415,868,417.57 |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000200 | 2008-09-05 | GFS_DERIV_ | 53285CON1108400060 | (1,199,349,786.08) | (1,199,349,786.08) | (1,701,151,729.75) |
| 033D | 00 | 2108400060 | 53285 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000270 | 2008-09-05 | GFS_DERIV_ | 53285GUP2108400060 | (642,468,948.00) | (642,468,948.00) | (911,274,738.10) |
| 033D | 00 | 2108400060 | 53285 | 212 | KRWCUR | 2008actual | 200809 | GFSADJRKRW | 2008-08-29 | 00000 | 0000060 | 2008-09-05 | GFS_DERIV_ | 53285GUP2108400060 | (596,487,158.78) | (645,248,595,118.00) | (846,054,398.57) |
| 033D | 00 | 1206000060 | 00000 | 141 | USDCUR | 2008actual | 200809 | CDYBLSRUSD | 2008-08-29 | 00000 | 0000190 | 2008-08-31 | RISCGL | 02279630 02 29AUG2008-BALANCE SHEET | 2,892,212.36 | 2,892,212.36 | 4,102,299.53 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | TTKPTGSN8B | 2008-08-29 | 00002 | 0000030 | 2008-09-09 | LTK630 | 14006 INTERCO WITH LBCC TRUE U | 11,000,000.00 | 11,000,000.00 | 15,602,344.91 |
| 033D | 00 | 1108400060 | 53285 | 212 | KRWCUR | 2008actual | 200809 | GFSADJRKRW | 2008-08-29 | 00000 | 0000060 | 2008-09-05 | GFS_DERIV_ | 53285GUP1108400060 | 602,862,627.30 | 652,145,243,337.00 | 855,097,331.19 |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000190 | 2008-09-05 | GFS_DERIV_ | 53285GUP1108400060 | 682,285,349.00 | 682,285,349.00 | 967,750,121.86 |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000280 | 2008-09-05 | GFS_DERIV_ | 53285CON2108400060 | 1,199,349,786.08 | 1,199,349,786.08 | 1,701,151,729.75 |
| 033D | 00 | 1206000060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00012 | 0000040 | 2008-09-08 | USG046 | RECLS IC COMMODITY-LBCC | (2,892,212.36) | (2,892,212.36) | (4,102,299.53) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00003 | 0000040 | 2008-09-05 | USG046 | MTM DERIVATVE -NDP AUG-LBCC | 7,536.00 | 7,536.00 | 10,689.02 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00012 | 0000030 | 2008-09-08 | USG046 | RECLS IC COMMODITY-LBCC | 2,892,212.36 | 2,892,212.36 | 4,102,299.53 |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200810 | SINFRP033D | 2008-09-01 | 00003 | 0000040 | 2008-09-05 | USG046 | MTM DERIVATVE -NDP AUG-LBCC | (7,536.00) | (7,536.00) | (10,689.02) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200810 | SINFRP033D | 2008-09-01 | 00012 | 0000030 | 2008-09-08 | USG046 | RECLS IC COMMODITY-LBCC | (2,892,212.36) | (2,892,212.36) | (4,102,299.53) |
| 033D | 00 | 1108400060 | 53285 | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-01 | 00000 | 0000060 | 2008-09-05 | GFS_DERIV_ | 53285GUP1108400060 | (602,862,627.30) | (652,145,243,337.00) | (855,097,331.19) |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-01 | 00000 | 0000190 | 2008-09-05 | GFS_DERIV_ | 53285GUP1108400060 | (682,285,349.00) | (682,285,349.00) | (967,750,121.86) |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-01 | 00000 | 0000200 | 2008-09-05 | GFS_DERIV_ | 53285CON1108400060 | 1,199,349,786.08 | 1,199,349,786.08 | 1,701,151,729.75 |
| 033D | 00 | 1206000060 | 00000 | 141 | USDCUR | 2008actual | 200810 | CDYBLSRUSD | 2008-09-01 | 00000 | 0000190 | 2008-09-01 | RISCGL | 02279630 02 29AUG2008-BALANCE SHEET | (2,892,212.36) | (2,892,212.36) | (4,102,299.53) |
| 033D | 00 | 1206000060 | 00000 | 391 | USDCUR | 2008actual | 200810 | SINFRP033D | 2008-09-01 | 00012 | 0000040 | 2008-09-08 | USG046 | RECLS IC COMMODITY-LBCC | 2,892,212.36 | 2,892,212.36 | 4,102,299.53 |
| 033D | 00 | 2108400060 | 53285 | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-01 | 00000 | 0000060 | 2008-09-05 | GFS_DERIV_ | 53285GUP2108400060 | 596,487,158.78 | 645,248,595,118.00 | 846,054,398.57 |
| 033D | 00 | 2108400060 | 53285 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-01 | 00000 | 0000270 | 2008-09-05 | GFS_DERIV_ | 53285GUP2108400060 | 642,468,948.00 | 642,468,948.00 | 911,274,738.10 |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-01 | 00000 | 0000280 | 2008-09-05 | GFS_DERIV_ | 53285CON2108400060 | (1,199,349,786.08) | (1,199,349,786.08) | (1,701,151,729.75) |
| 033D | 00 | 1108400060 | 00000 | 391 | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 28122 | 0022610 | 2008-09-14 | | REVALUATION RESULT | - | - | 303,653.17 |
| 033D | 00 | 1108400060 | 53285 | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-12 | 00000 | 0000060 | 2008-09-14 | GFS_DERIV_ | 53285GUP1108400060 | 586,866,343.31 | 653,256,204,534.00 | 851,511,825.74 |
| 033D | 00 | 1108400060 | 53285 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000200 | 2008-09-14 | GFS_DERIV_ | 53285GUP1108400060 | 683,047,268.00 | 683,047,268.00 | 987,898,649.62 |
| 033D | 00 | 1108400060 | 53285 | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000210 | 2008-09-14 | GFS_DERIV_ | 53285CON1108400060 | (1,171,432,131.95) | (1,171,432,131.95) | (1,693,911,957.56) |
| 033D | 00 | 2108400060 | 53285 | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-12 | 00000 | 0000080 | 2008-09-14 | GFS_DERIV_ | 53285GUP2108400060 | (582,565,586.84) | (646,288,250,048.00) | (842,400,331.62) |
| 033D | 00 | 2108400060 | 53285 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000290 | 2008-09-14 | GFS_DERIV_ | 53285GUP2108400060 | (643,335,534.00) | (643,335,534.00) | (930,274,767.14) |
| 033D | 00 | 2108400060 | 53285 | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000300 | 2008-09-14 | GFS_DERIV_ | 53285CON2108400060 | 1,171,432,131.95 | 1,171,432,131.95 | 1,693,911,957.56 |
| 033D | 00 | 1206000060 | 00000 | 141 | CADCUR | 2008actual | 200810 | CDYBLSRCAD | 2008-09-14 | 00000 | 0000010 | 2008-09-14 | RISCGL | 02279630 02 30SEP2008-BALANCE SHEET | 19,919,751.47 | 21,471,500.00 | 28,804,318.33 |
| 033D | 00 | 1206000060 | 00000 | 141 | USDCUR | 2008actual | 200810 | CDYBLSRUSD | 2008-09-14 | 00000 | 0000210 | 2008-09-14 | RISCGL | 02279630 02 30SEP2008-BALANCE SHEET | 78,219,597.46 | 78,219,597.46 | 113,108,946.48 |
| | | | | | | | | | | | | | | | 155,162,037.50 | 7,140,367,317.46 | 224,362,640.29 |

**EXHIBIT 2**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) · |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | 08-13885 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 885003180

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)     0000065149

Y

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

$2,296,415.51 UNSECURED
UNLIQUIDATED

DESCRIPTION:
I/C DERIVATIVE PAYABLE

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF_SCHED_ND) SCHEDULE #: 885003180*****
LB FINANCE ASIA PTE LTD
5 TEMASEK BOULEVARD # 11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: NA
(If known)

Filed on:

Telephone number: +65-6213-2329   Email Address: tinswati@kpmg.com.sg

Name and address where payment should be sent (if different from above)
LEHMAN BROTHERS FINANCE ASIA, LTD, (In Creditors'
c/o KPMG ADVISORY SERVICES PTE. LTD.   Voluntary Liquidation)
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581

Telephone number: +65-6213-2329   Email Address: tinswati@kpmg.com.sg

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** US$2,296,415.51 against "091P LB COMMODITY SERVICES EUROPE"
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** TRADE BALANCES
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 091P
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:   NA
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).   NA
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED

NOV 09 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:   29 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | CHAY FOOK YUEN, LIQUIDATOR |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LB Commodity Services Europe (091F)

| Legal_Ent | Entry | Account | Manager | Source_ | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Date | Journal_Se | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 11084009 | 52252 | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000200 | 2008-08-06 | GFS_DERIV_ | 52252GUP110840091F | 1,004,748.06 | 1,004,748.06 | 1,374,995.71 |
| 033D | 00 | 11084009 | 52252 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000200 | 2008-08-06 | GFS_DERIV_ | 52252GUP110840091F | (1,004,748.06) | (1,004,748.06) | (1,374,995.71) |
| 033D | 00 | 11084009 | 52252 | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000210 | 2008-09-05 | GFS_DERIV_ | 52252GUP110840091F | 1,879,727.30 | 1,879,727.30 | 2,666,195.79 |
| 033D | 00 | 11084009 | 52252 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-01 | 00000 | 0000210 | 2008-09-05 | GFS_DERIV_ | 52252GUP110840091F | (1,879,727.30) | (1,879,727.30) | (2,666,195.79) |
| 033D | 00 | 11084009 | 52252 | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000220 | 2008-09-14 | GFS_DERIV_ | 52252GUP110840091F | 2,296,415.51 | 2,296,415.51 | 3,320,658.18 |

|  |  |  |
|---|---|---|
| 2,296,415.51 | 2,296,415.51 | 3,320,658.18 |

## **EXHIBIT 3**

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim Is Held LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555197890 /555194000/555197890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc. ET AL
08-13555 (JMP)     0000065146

*THE PROOF OF CLAIM...* (illegible shaded text)

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGED.DBF.SCHED_NO) SCHEDULE #: 555197880****
LEHMAN BROTHERS FINANCE ASIA PTE. LTD
3 TEMASEK BOULEVARD #11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: NA
(If known)

Filed on:

Telephone number: +65-6213-2329    Email Address: tinawati@kpmg.com.sg

Name and address where payment should be sent (if different from above)
LEHMAN BROTHERS FINANCE ASIA PTE. LTD (In Creditors' Voluntary Liquidation)
c/o KPMG ADVISORY SERVICES PTE. LTD.
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

NA
☐ Check this box if you are the debtor or trustee in this case.

Telephone number: +65-6213-2329    Email Address: tinawati@kpmg.com.sg

1. Amount of Claim as of Date Case Filed: $ US$9,818.51 against LEHMAN BROTHERS HOLDINGS INC (LONDON)
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: NON-TRADE BALANCES
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0911
(See instruction #3a on reverse side.)
3a. Debtor may have scheduled account as: ___
(See instruction #3a on reverse side.)

☐ Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: NA
Value of Property: $ ___   Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ ___   Basis for perfection: ___
Amount of Secured Claim: $ ___   Amount Unsecured: $ ___

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ ___
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

Amount entitled to priority:
$ ___

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

NOV 0 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 29 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature] CHAY FOOK YUEN, LIQUIDATOR |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note: The Proof of Claim has been prepared and filed in compliance with the deadline established of November 2, 2009. The

LB Holdings Inc. (London) (0911)

| Legal_Ent | Entry_T | Account | Managem | Source_C | Currency | SCENARIO | PY_Perioc | Journal_Id | Effective_Date | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200801 | LONFXMMN12 | 2007-12-13 | 00045 | 0036270 | 2007-12-17 | EU235 | NOV 07 HGE JNLS | (942,461.58) | (942,461.58) | (1,357,815.71) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200801 | LONFXMMN12 | 2007-12-13 | 00045 | 0036250 | 2007-12-17 | EU235 | NOV 07 HGE JNLS | 62.37 | 7,000.00 | 89.60 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200801 | LONFXMMN12 | 2007-12-13 | 00045 | 0036260 | 2007-12-17 | EU235 | NOV 07 HGE JNLS | 947,878.94 | 1,365,022.00 | 1,365,822.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200801 | REVALUE00 | 2007-12-31 | 31114 | 0018190 | 2007-12-31 | | REVALUATION RESULT | | - | (5,771.53) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200801 | REVALUE00 | 2007-12-31 | 31114 | 0018170 | 2007-12-31 | | REVALUATION RESULT | (0.46) | - | (0.33) |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200801 | REVALUE00 | 2007-12-31 | 31114 | 0018180 | 2007-12-31 | | REVALUATION RESULT | (4,012.08) | | |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200802 | LONFXMMN01 | 2008-01-22 | 00085 | 0037470 | 2008-01-25 | EU235 | DEC 07 HEDGE JNLS | (171,910.73) | (171,910.73) | (246,520.58) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200802 | LONFXMMN01 | 2008-01-22 | 00085 | 0037450 | 2008-01-25 | EU235 | DEC 07 HEDGE JNLS | 4,424.58 | 468,276.00 | 6,366.34 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200802 | LONFXMMN01 | 2008-01-22 | 00085 | 0037460 | 2008-01-25 | EU235 | DEC 07 HEDGE JNLS | 167,909.96 | 242,737.00 | 242,737.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200802 | REVALUE00 | 2008-01-31 | 31115 | 0021210 | 2008-01-31 | | REVALUATION RESULT | (58.91) | - | (201.86) |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200802 | REVALUE00 | 2008-01-31 | 31115 | 0021220 | 2008-01-31 | | REVALUATION RESULT | 21,419.22 | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200802 | REVALUE00 | 2008-01-31 | 31115 | 0021230 | 2008-01-31 | | REVALUATION RESULT | | | 30,467.15 |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200803 | LONFXMMN02 | 2008-02-21 | 00058 | 0038230 | 2008-02-26 | EU235 | JAN 08 HGE JNLS | (1,794,923.39) | (2,531,777.00) | (2,531,777.00) |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200803 | LONFXMMN02 | 2008-02-21 | 00056 | 0038210 | 2008-02-26 | EU235 | JAN 08 HGE JNLS | 7.31 | 57.00 | 10.31 |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200803 | LONFXMMN02 | 2008-02-21 | 00056 | 0038220 | 2008-02-26 | EU235 | JAN 08 HGE JNLS | 8.51 | 919.00 | 12.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200803 | LONFXMMN02 | 2008-02-21 | 00056 | 0038240 | 2008-02-26 | EU235 | JAN 08 HGE JNLS | 1,783,791.22 | 1,783,791.22 | 2,516,067.83 |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026580 | 2008-02-29 | | REVALUATION RESULT | | - | (420.22) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026530 | 2008-02-29 | | REVALUATION RESULT | | - | (15.31) |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026510 | 2008-02-29 | | REVALUATION RESULT | | - | (0.10) |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026550 | 2008-02-29 | | REVALUATION RESULT | (98.42) | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026520 | 2008-02-29 | | REVALUATION RESULT | 0.01 | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200803 | REVALUE00 | 2008-02-29 | 29115 | 0026540 | 2008-02-29 | | REVALUATION RESULT | 65.47 | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200804 | LONFXMMN03 | 2008-03-26 | 00062 | 0039120 | 2008-03-31 | EU235 | FEB 08 HEDGE JOURNALS | (4,371,892.24) | (4,371,892.24) | (6,050,773.16) |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200804 | LONFXMMN03 | 2008-03-26 | 00062 | 0039100 | 2008-03-31 | EU235 | FEB 08 HEDGE JOURNALS | 125.99 | 980.00 | 174.37 |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200804 | LONFXMMN03 | 2008-03-26 | 00062 | 0039110 | 2008-03-31 | EU235 | FEB 08 HEDGE JOURNALS | 4,407,246.03 | 6,099,707.00 | 6,099,707.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021170 | 2008-03-31 | | REVALUATION RESULT | (0.03) | - | (0.52) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021190 | 2008-03-31 | | REVALUATION RESULT | 2,760.10 | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021180 | 2008-03-31 | | REVALUATION RESULT | 274.02 | - | 314.31 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021200 | 2008-03-31 | | REVALUATION RESULT | | - | 3,624.83 |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200805 | LONFXMMN04 | 2008-04-14 | 00058 | 0039350 | 2008-04-21 | EU235 | MAR 08 HEDGE POSTING | (2,778,646.56) | (3,770,465.00) | (3,770,465.00) |
| 033D | 00 | 1282000911 | 00000 | | 0 | USDCUR | 2008actual | 200806 | LONFXMMN04 | 2008-04-14 | 00058 | 0039320 | 2008-04-21 | EU235 | SYS GEN ICO ENTRY | (0.01) | (0.01) | (0.01) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200805 | LONFXMMN04 | 2008-04-14 | 00059 | 0039340 | 2008-04-21 | EU235 | MAR 08 HEDGE POSTING | 482.06 | 48,739.00 | 654.13 |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200805 | LONFXMMN04 | 2008-04-14 | 00058 | 0039330 | 2008-04-21 | EU235 | MAR 08 HEDGE POSTING | 1,001,746.14 | 7,802,390.00 | 1,359,312.41 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200805 | LONFXMMN04 | 2008-04-14 | 00058 | 0039360 | 2008-04-21 | EU235 | MAR 08 HEDGE POSTING | 1,728,962.74 | 1,728,962.74 | 2,343,390.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0026050 | 2008-05-01 | | REVALUATION RESULT | (179.17) | - | (337.21) |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0026040 | 2008-05-01 | | REVALUATION RESULT | (332.87) | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0026060 | 2008-05-01 | | REVALUATION RESULT | 63,347.30 | - | |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0026030 | 2008-05-01 | | REVALUATION RESULT | | - | 3,654.87 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0026070 | 2008-05-01 | | REVALUATION RESULT | | - | 80,990.79 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200806 | LONFXMMN05 | 2008-05-16 | 00048 | 0042170 | 2008-05-22 | EU235 | APR 08 HEDGE POSTING | (2,318,793.42) | (2,318,793.42) | (3,169,403.91) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200806 | LONFXMMN05 | 2008-05-16 | 00048 | 0042150 | 2008-05-22 | EU235 | APR 08 HEDGE POSTING | (938.74) | (98,385.00) | (1,263.25) |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200806 | LONFXMMN05 | 2008-05-16 | 00048 | 0042160 | 2008-05-22 | EU235 | APR 08 HEDGE POSTING | 198,663.79 | 271,351.00 | 271,351.00 |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200806 | LONFXMMN05 | 2008-05-16 | 00048 | 0042140 | 2008-05-22 | EU235 | APR 08 HEDGE POSTING | 2,118,074.85 | 16,520,558.00 | 2,922,468.18 |
| 033D | 00 | 1282000911 | 00000 | | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00007 | 0000240 | 2008-06-03 | USG046 | REV BOOK TO BOOK TSF LBAH | (3,120,504.00) | (3,120,504.00) | (4,257,193.16) |
| 033D | 00 | 1282000911 | 00000 | | 391 | HKDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001100 | 2008-06-03 | USG046 | BOOK TO BOOK TSF TO LBAH | (3,116,235.94) | (24,323,945.00) | (4,251,340.44) |
| 033D | 00 | 1282000911 | 00000 | | 391 | SGDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001100 | 2008-06-03 | USG046 | BOOK TO BOOK TSF TO LBAH | (1,229,370.92) | (1,877,175.00) | (1,877,175.00) |
| 033D | 00 | 1282000911 | 00000 | | 391 | JPYCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001100 | 2008-06-03 | USG046 | BOOK TO BOOK TSF TO LBAH | (4,071.47) | (428,548.00) | (5,554.52) |
| 033D | 00 | 1282000911 | 00000 | | 391 | JPYCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00007 | 0000230 | 2008-06-03 | USG046 | REV BOOK TO BOOK TSF TO LBAH | 4,071.47 | 428,548.00 | 5,554.52 |
| 033D | 00 | 1282000911 | 00000 | | 391 | HKDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00007 | 0000220 | 2008-06-03 | USG046 | REV BOOK TO BOOK TSF LBAH | 3,115,235.94 | 24,323,945.00 | 4,251,340.44 |
| 033D | 00 | 1282000911 | 00000 | | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001120 | 2008-06-03 | USG046 | BOOK TO BOOK TSF TO LBAH | 4,294,304.02 | 4,294,304.02 | 5,858,525.69 |
| 033D | 00 | 1282000911 | 00000 | | 30 | HKDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0025170 | 2008-05-30 | | REVALUATION RESULT | (3,172.14) | - | (26,691.43) |
| 033D | 00 | 1282000911 | 00000 | | 391 | HKDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0000850 | 2008-05-30 | | REVALUATION RESULT | (213.57) | - | (7,577.65) |
| 033D | 00 | 1282000911 | 00000 | | 391 | SGDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 03165 | 0000590 | 2008-05-30 | | REVALUATION RESULT | | - | (7,285.76) |
| 033D | 00 | 1282000911 | 00000 | | 30 | JPYCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0025180 | 2008-05-30 | | REVALUATION RESULT | (92.76) | - | (86.22) |
| 033D | 00 | 1282000911 | 00000 | | 391 | JPYCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 03165 | 0000580 | 2008-05-30 | | REVALUATION RESULT | (24.53) | - | (24.00) |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0025190 | 2008-05-30 | | REVALUATION RESULT | (2,288.11) | - | |
| 033D | 00 | 1282000911 | 00000 | | 391 | SGDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0000870 | 2008-05-30 | | REVALUATION RESULT | 2,103.25 | - | |
| 033D | 00 | 1282000911 | 00000 | | 391 | JPYCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0000860 | 2008-05-30 | | REVALUATION RESULT | 24.53 | - | 24.00 |
| 033D | 00 | 1282000911 | 00000 | | 391 | HKDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 03165 | 0000570 | 2008-05-30 | | REVALUATION RESULT | 213.57 | - | 7,577.65 |
| 033D | 00 | 1282000911 | 00000 | | 391 | HKDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0000880 | 2008-05-30 | | REVALUATION RESULT | | - | 10,040.12 |
| 033D | 00 | 1282000911 | 00000 | | 30 | USDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0025200 | 2008-05-30 | | REVALUATION RESULT | | - | 19,598.91 |
| 033D | 00 | 1282000911 | 00000 | | 30 | SGDCUR | 2008actual | 200807 | LONFXMMN06 | 2008-06-17 | 00044 | 0042000 | 2008-06-23 | EU235 | MAY 08 HEDGE JOURNALS | (5,274,228.03) | (7,243,667.00) | (7,243,667.00) |

## LB Holdings Inc. (London) (0911)

| Legal_Ent | Entry_T | Account | Managem | Source_C | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Date | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200807 | LONFXMMN08 | 2008-06-17 | 00044 | 0041980 | 2008-06-23 | EU235 | MAY 08 HEDGE JOURNALS | (500,810.40) | (3,910,793.00) | (687,817.12) |
| 033D | 00 | 1262000911 | 00000 | 0 | USDCUR | 2008actual | 200807 | LONFXMMN08 | 2008-06-17 | 00044 | 0041970 | 2008-06-23 | EU235 | SYS GEN ICO ENTRY | 0.01 | 0.01 | 0.01 |
| 033D | 00 | 1262000911 | 00000 | 30 | JPYCUR | 2008actual | 200807 | LONFXMMN08 | 2008-06-17 | 00044 | 0042010 | 2008-06-23 | EU235 | MAY 08 HEDGE JOURNALS | 382.41 | 41,411.00 | 525.20 |
| 033D | 00 | 1262000911 | 00000 | 30 | USDCUR | 2008actual | 200807 | LONFXMMN08 | 2008-06-17 | 00044 | 0042010 | 2008-06-23 | EU235 | MAY 08 HEDGE JOURNALS | 5,801,198.32 | 5,801,198.32 | 7,967,412.21 |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-27 | 0001G | 0000580 | 2008-06-27 | USG046 | BOOK TO BOOK TSF TO LBAH | (2,860,694.33) | (2,860,694.33) | (3,059,142.35) |
| 033D | 00 | 1262000911 | 00000 | 30 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-27 | 00010 | 0000530 | 2008-06-27 | USG046 | BOOK TO BOOK TSF TO LBAH | (2,615,455.19) | (20,413,152.00) | (3,570,095.64) |
| 033D | 00 | 1262000911 | 00000 | 391 | JPYCUR | 2008actual | 200807 | SINFRP033D | 2008-06-27 | 00010 | 0000540 | 2008-06-27 | USG046 | BOOK TO BOOK TSF TO LBAH | (4,365.90) | (467,969.00) | (5,999.44) |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-27 | 00010 | 0000560 | 2008-06-27 | USG046 | BOOK TO BOOK TSF TO LBAH | 5,306,723.56 | 7,243,667.00 | 7,243,667.00 |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025610 | 2008-06-30 | | REVALUATION RESULT | - | - | (45,353.31) |
| 033D | 00 | 1262000911 | 00000 | 30 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025570 | 2008-06-30 | | REVALUATION RESULT | - | - | (5,529.02) |
| 033D | 00 | 1262000911 | 00000 | 391 | JPYCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025940 | 2008-06-30 | | REVALUATION RESULT | (42.78) | - | (48.41) |
| 033D | 00 | 1262000911 | 00000 | 30 | SGDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025590 | 2008-06-30 | | REVALUATION RESULT | (20.67) | - | (47.87) |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025600 | 2008-06-30 | | REVALUATION RESULT | (37,842.50) | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025580 | 2008-06-30 | | REVALUATION RESULT | (1,028.82) | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025580 | 2008-06-30 | | REVALUATION RESULT | 848.98 | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025650 | 2008-06-30 | | REVALUATION RESULT | 5,346.97 | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025660 | 2008-06-30 | | REVALUATION RESULT | - | - | 1,542.39 |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025620 | 2008-06-30 | | REVALUATION RESULT | - | - | 4,924.59 |
| 033D | 00 | 1262000911 | 90048 | 30 | HKDCUR | 2008actual | 200808 | LONFXMMN07 | 2008-07-15 | 00050 | 0043150 | 2008-07-24 | EU235 | JUNE 08 HEDGING | (1,513,913.44) | (11,813,040.00) | (2,048,490.60) |
| 033D | 00 | 1262000911 | 90048 | 30 | JPYCUR | 2008actual | 200808 | LONFXMMN07 | 2008-07-15 | 00050 | 0043140 | 2008-07-24 | EU235 | JUNE 08 HEDGING | (47.14) | (5,016.00) | (63.79) |
| 033D | 00 | 1262000911 | 90048 | 30 | USDCUR | 2008actual | 200808 | LONFXMMN07 | 2008-07-15 | 00050 | 0043180 | 2008-07-24 | EU235 | JUNE 08 HEDGING | 606,272.39 | 606,272.39 | 820,350.20 |
| 033D | 00 | 1262000911 | 90048 | 30 | SGDCUR | 2008actual | 200808 | LONFXMMN07 | 2008-07-15 | 00050 | 0043170 | 2008-07-24 | EU235 | JUNE 08 HEDGING | 914,467.10 | 1,237,370.00 | 1,237,370.00 |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027620 | 2008-07-31 | | REVALUATION RESULT | - | - | (23,226.43) |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027570 | 2008-07-31 | | REVALUATION RESULT | - | - | (14,215.08) |
| 033D | 00 | 1262000911 | 00000 | 30 | JPYCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027540 | 2008-07-31 | | REVALUATION RESULT | (83.54) | - | (8,688.75) |
| 033D | 00 | 1262000911 | 00000 | 391 | SGDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027600 | 2008-07-31 | | REVALUATION RESULT | (17,210.81) | - | (88.90) |
| 033D | 00 | 1262000911 | 90048 | 30 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027650 | 2008-07-31 | | REVALUATION RESULT | (10,228.02) | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | SGDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027630 | 2008-07-31 | | REVALUATION RESULT | (636.89) | - | - |
| 033D | 00 | 1262000911 | 90048 | 30 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027630 | 2008-07-31 | | REVALUATION RESULT | 55.05 | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027550 | 2008-07-31 | | REVALUATION RESULT | 636.89 | - | 0.32 |
| 033D | 00 | 1262000911 | 00000 | 30 | SGDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027550 | 2008-07-31 | | REVALUATION RESULT | 17,210.81 | - | - |
| 033D | 00 | 1262000911 | 90048 | 30 | JPYCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027640 | 2008-07-31 | | REVALUATION RESULT | 0.76 | - | 88.90 |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027590 | 2008-07-31 | | REVALUATION RESULT | 83.54 | - | 8,688.75 |
| 033D | 00 | 1262000911 | 90048 | 30 | USDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027640 | 2008-07-31 | | REVALUATION RESULT | - | - | 9,332.35 |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027520 | 2008-07-31 | | REVALUATION RESULT | - | - | 14,215.08 |
| 033D | 00 | 1262000911 | 90048 | 30 | SGDCUR | 2008actual | 200809 | LONFXMMN08 | 2008-08-18 | 00049 | 0041740 | 2008-08-22 | EU235 | JULY 08 HEDGE JOURNALS | (1,556,538.31) | (2,205,846.00) | (2,205,846.00) |
| 033D | 00 | 1262000911 | 00000 | 0 | USDCUR | 2008actual | 200809 | LONFXMMN08 | 2008-08-18 | 00049 | 0041730 | 2008-08-22 | EU235 | SYS GEN ICO ENTRY | (0.01) | (0.01) | (0.01) |
| 033D | 00 | 1262000911 | 90048 | 30 | HKDCUR | 2008actual | 200809 | LONFXMMN08 | 2008-08-18 | 00049 | 0041730 | 2008-08-22 | EU235 | JULY 08 HEDGE JOURNALS | 562,104.53 | 4,392,002.00 | 799,946.74 |
| 033D | 00 | 1262000911 | 90048 | 30 | USDCUR | 2008actual | 200809 | LONFXMMN08 | 2008-08-18 | 00049 | 0041770 | 2008-08-22 | EU235 | JULY 08 HEDGE JOURNALS | 1,049,789.71 | 1,049,789.71 | 1,488,382.39 |
| 033D | 00 | 1262000911 | 00000 | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-20 | 00005 | 0000720 | 2008-08-21 | USG046 | BOOK TO BOOK TSF TO LBPH | (1,513,327.00) | (1,513,327.00) | (2,145,351.96) |
| 033D | 00 | 1262000911 | 00000 | 391 | SGDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-20 | 00005 | 0000690 | 2008-08-21 | USG046 | BOOK TO BOOK TSF TO LBAH | (872,834.26) | (1,237,370.00) | (1,237,370.00) |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-20 | 00005 | 0000700 | 2008-08-21 | USG046 | BOOK TO BOOK TSF TO LBAH | 904,186.37 | 904,186.37 | 1,281,815.19 |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-20 | 00005 | 0000710 | 2008-08-21 | USG046 | BOOK TO BOOK TSF TO LBAH | 1,512,369.87 | 11,813,040.00 | 2,143,990.51 |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032450 | 2008-08-29 | | REVALUATION RESULT | - | - | (126,513.85) |
| 033D | 00 | 1262000911 | 00000 | 391 | SGDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032500 | 2008-08-29 | | REVALUATION RESULT | - | - | (75,645.74) |
| 033D | 00 | 1262000911 | 90048 | 30 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032510 | 2008-08-29 | | REVALUATION RESULT | - | - | (73,940.39) |
| 033D | 00 | 1262000911 | 00000 | 391 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032470 | 2008-08-29 | | REVALUATION RESULT | - | - | (147.97) |
| 033D | 00 | 1262000911 | 90048 | 30 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032530 | 2008-08-29 | | REVALUATION RESULT | (0.01) | - | (1.59) |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0000130 | 2008-09-05 | | REVALUATION RESULT | (0.01) | - | (0.02) |
| 033D | 00 | 1262000911 | 00000 | 391 | SGDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032550 | 2008-08-29 | | REVALUATION RESULT | (142,530.84) | - | - |
| 033D | 00 | 1262000911 | 90048 | 30 | SGDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032550 | 2008-08-29 | | REVALUATION RESULT | (31,144.90) | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032400 | 2008-08-29 | | REVALUATION RESULT | (1,244.79) | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032420 | 2008-08-29 | | REVALUATION RESULT | (47.83) | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | SGDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 05124 | 0000640 | 2008-09-05 | | REVALUATION RESULT | (0.01) | - | - |
| 033D | 00 | 1262000911 | 90048 | 30 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032540 | 2008-08-29 | | REVALUATION RESULT | 0.51 | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032440 | 2008-08-29 | | REVALUATION RESULT | 47.83 | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032520 | 2008-08-29 | | REVALUATION RESULT | 1,162.91 | - | - |
| 033D | 00 | 1262000911 | 00000 | 391 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032500 | 2008-08-29 | | REVALUATION RESULT | 2,027.92 | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | SGDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032430 | 2008-08-29 | | REVALUATION RESULT | 143,091.75 | - | - |
| 033D | 00 | 1262000911 | 00000 | 30 | JPYCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032410 | 2008-08-29 | | REVALUATION RESULT | - | - | 147.97 |

LB Holdings Inc. (London) [0911]

| Legal_Ent | Entry | T Account | Managem | Source_C | Currency | SCENARIO | PY_Perloc | Journal_Id | Effective_Date | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1262000911 | 90048 | | 30 | USDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 25124 | 0032560 | 2008-08-29 | | REVALUATION RESULT | - | - | 30,586.25 |
| 033D | 00 | 1262000911 | 00000 | | 30 | USDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 25124 | 0032440 | 2008-08-29 | | REVALUATION RESULT | - | - | 75,169.49 |
| 033D | 00 | 1262000911 | 00000 | | 30 | HKDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032390 | 2008-08-29 | | REVALUATION RESULT | - | - | 128,757.49 |
| 033D | 00 | 1262000911 | 00000 | | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00010 | 0000300 | 2008-09-05 | USG046 | BOOK TO BOOK TSF TO LBAH | (1,555,875.00) | (1,555,875.00) | (2,206,945.31) |
| 033D | 00 | 1262000911 | 00000 | | 391 | HKDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00010 | 0000310 | 2008-09-05 | USG046 | BOOK TO BOOK TSF TO LBPH | (582,546.94) | (4,392,002.00) | (797,913.76) |
| 033D | 00 | 1262000911 | 00000 | | 391 | USDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00010 | 0000320 | 2008-09-05 | USG046 | BOOK TO BOOK TSF TO LBPH | 582,547.00 | 582,547.00 | 797,913.85 |
| 033D | 00 | 1262000911 | 00000 | | 391 | SGDCUR | 2008actual | 200809 | SINFRP033D | 2008-08-31 | 00010 | 0000290 | 2008-09-05 | USG046 | BOOK TO BOOK TSF TO LBAH | 1,555,875.49 | 2,206,846.00 | 2,206,845.00 |
| 033D | 00 | 1262000911 | 00000 | 030 | | GBPCUR | 2008actual | 200810 | LONFXMMN09 | 2008-09-12 | 00052 | 0042040 | 2008-09-14 | EU235 | AUG 08 HEDGING JOURNALS | 19.26 | 11.00 | 27.85 |
| 033D | 00 | 1262000911 | 00000 | 030 | | HKDCUR | 2008actual | 200810 | LONFXMMN09 | 2008-09-12 | 00052 | 0042050 | 2008-09-14 | EU235 | AUG 08 HEDGING JOURNALS | (719,267.77) | (5,600,735.00) | (1,040,074.15) |
| 033D | 00 | 1262000911 | 00000 | 030 | | HKDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 12194 | 0000340 | 2008-09-14 | | REVALUATION RESULT | - | - | 0.01 |
| 033D | 00 | 1262000911 | 00000 | 030 | | HKDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023270 | 2008-09-14 | | REVALUATION RESULT | 3,189.35 | - | 75,835.17 |
| 033D | 00 | 1262000911 | 00000 | 030 | | JPYCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023280 | 2008-09-14 | | REVALUATION RESULT | 116.05 | - | 285.96 |
| 033D | 00 | 1262000911 | 00000 | 030 | | SGDCUR | 2008actual | 200810 | LONFXMMN09 | 2008-09-12 | 00052 | 0042070 | 2008-09-14 | EU235 | AUG 08 HEDGING JOURNALS | 74,969.01 | - | - |
| 033D | 00 | 1262000911 | 00000 | 030 | | SGDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023290 | 2008-09-14 | | REVALUATION RESULT | 2,200,309.39 | 3,181,687.00 | 3,181,687.00 |
| 033D | 00 | 1262000911 | 00000 | 030 | | USDCUR | 2008actual | 200810 | LONFXMMN09 | 2008-09-12 | 00052 | 0042070 | 2008-09-14 | EU235 | AUG 08 HEDGING JOURNALS | (1,524,788.72) | (1,524,788.72) | (2,204,871.95) |
| 033D | 00 | 1262000911 | 00000 | 030 | | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023300 | 2008-09-14 | | REVALUATION RESULT | - | - | 41,024.97 |
| 033D | 00 | 1262000911 | 00000 | 391 | | HKDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023310 | 2008-09-14 | | REVALUATION RESULT | (2,029.79) | - | (48,900.09) |
| 033D | 00 | 1262000911 | 00000 | 391 | | JPYCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023320 | 2008-09-14 | | REVALUATION RESULT | (116.05) | - | (285.96) |
| 033D | 00 | 1262000911 | 00000 | 391 | | SGDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023330 | 2008-09-14 | | REVALUATION RESULT | (58,025.82) | - | (85,889.98) |
| 033D | 00 | 1262000911 | 00000 | 391 | | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023340 | 2008-09-14 | | REVALUATION RESULT | - | - | (85,889.98) |
| 033D | 00 | 1262000911 | 90048 | 030 | | HKDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023350 | 2008-09-14 | | REVALUATION RESULT | (1,159.56) | - | (27,935.07) |
| 033D | 00 | 1262000911 | 90048 | 030 | | JPYCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023360 | 2008-09-14 | | REVALUATION RESULT | (1.24) | - | (3.05) |
| 033D | 00 | 1262000911 | 90048 | 030 | | SGDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023370 | 2008-09-14 | | REVALUATION RESULT | 13,059.81 | - | - |
| 033D | 00 | 1262000911 | 90048 | 030 | | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023380 | 2008-09-14 | | REVALUATION RESULT | - | - | 45,745.43 |

|  | 9,818.51 | (3,903,259.26) | 14,197.78 |
|---|---|---|---|

0000 2 n5

**EXHIBIT 4**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Filed LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555197880/355194000/555197890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000065151

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the Indicated Debtor at:

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGELDBF,SCHED_NO) SCHEDULE #: 555197880*****
LEHMAN BROTHERS FINANCE ASIA PTE LTD
5 TEMASEK BOULEVARD #41-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

☑ Check this box to indicate that this claim amends a previously filed claim. (against LEHMAN BROTHERS JAPAN INC.)

Court Claim Number:
(if known)

Filed on:  23 OCT 2008

Telephone number: +65-6213-2329   Email Address: tinawati@kpmg.com.sg

Name and address where payment should be sent (if different from above)
LEHMAN BROTHERS FINANCE ASIA PTE LTD (In Creditors' Voluntary Liquidation)
c/o KPMG ADVISORY SERVICES PTE. LTD.
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

Telephone number: +65-6213-2329   Email Address: tinawati@kpmg.com.sg

1. Amount of Claim as of Date Case Filed: $ US$329,171.36 against ''0083 LEHMAN BROTHERS JAPAN INC''
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: NON-TRADE BALANCES
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0083
3a. Debtor may have scheduled account as: LEHMAN BROTHERS JAPAN INC.
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $   Annual Interest Rate   %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$   Basis for perfection:

Amount of Secured Claim: $   Amount Unsecured: $

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

Amount entitled to priority:
$

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are not voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
NOV 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 29 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature]   CHAY FOOK YUEN, LIQUIDATOR |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note: The Proof of Claim has been prepared and filed in compliance with the deadline established of November 2, 2009. The

LB Japan Inc. (0083)

| Legal_Ent | Entry_T | Account | Managem | Source_C | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Date | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200803 | TTKEXPMR19 | 2008-02-29 | 00025 | 0006850 | 2008-03-04 | AS0097 | SYS GEN ICO ENTRY | (1,512.29) | (1,512.29) | (2,110.02) |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0020960 | 2008-03-31 | | REVALUATION RESULT | - | - | 21.54 |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0025800 | 2008-05-01 | | REVALUATION RESULT | - | - | 30.18 |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0024920 | 2008-05-30 | | REVALUATION RESULT | - | - | (8.38) |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025290 | 2008-06-30 | | REVALUATION RESULT | - | - | 5.83 |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027170 | 2008-07-31 | | REVALUATION RESULT | - | - | (8.72) |
| 033D | 00 | 1262000083 | 00000 | 0 | USDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0031640 | 2008-08-29 | | REVALUATION RESULT | - | - | (75.45) |
| 033D | 00 | 1262000083 | 00000 | 391 | USDCUR | 2008actual | 200809 | HKGFRPTT01 | 2008-08-29 | 00004 | 0000410 | 2008-09-02 | AS0206 | TP HY JUL 08 | 330,683.65 | 330,683.65 | 469,040.03 |
| 033D | 00 | 1262000083 | 00000 | 000 | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0022890 | 2008-09-14 | | REVALUATION RESULT | - | - | (41.78) |
| 033D | 00 | 1262000083 | 00000 | 391 | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0022900 | 2008-09-14 | | REVALUATION RESULT | - | - | 9,134.48 |

| | | |
|---|---|---|
| 329,171.36 | 329,171.36 | 475,987.71 |

## **EXHIBIT 5**

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held
LEHMAN BROTHERS HOLDINGS, INC.?

Case No. of Debtor
08-13555 (JMP)

UNIQUE IDENTIFICATION NUMBER: 555197880/555194000/555197890

Filed USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000065150

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MEROS)LDBF,SCHED_NO) SCHEDULE #: 555197880*****
LEHMAN BROTHERS FINANCE ASIA PTE. LTD
5 TEMASEK BOULEVARD #11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

☒ Check this box to indicate that this claim amends a previously filed claim. (against LB SECURITIES ASIA LTD.)

Court Claim Number:
(If known)

Filed on: 9 FEB 2009

Telephone number: +65-6213-2329   Email Address: tinawati@kpmg.com.sg

ame and address where payment should be sent (if different from above)
MAN BROTHERS FINANCE ASIA PTE. LTD.
c/o KPMG ADVISORY SERVICES PTE. LTD.
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE (048581)

(In Creditors Voluntary Liquidation)

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

Telephone number: +65-6213-2329   Email Address: tinawati@kpmg.com.sg

1. Amount of Claim as of Date Case Filed: $ US$89,999.24 against "0130 LB SECURITIES ASIA LTD."
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim:  NON-TRADE BALANCES
(See Instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:  0130
3a. Debtor may have scheduled account as:  LB SECURITIES ASIA LTD.
(See Instruction #3a on reverse side.)

4. Secured Claim (See Instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:  NA
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)___.
Amount entitled to priority:
$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
NOV 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:  29 OCT 2009
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
CHAY FOOK YUEN, LIQUIDATOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note: The Proof of Claim has been prepared and filed in compliance with the deadline established of November 2, 2009. The

LB Securities Asia Limited (0130)

| Legal_Ent | Entry_ | Account | Manager | Source_ | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Date | Journal_Sr | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200804 | ITS592-USD | 2008-03-07 | 00000 | 0000030 | 2008-03-07 | ITS | SUMMARY JOURNAL | (1,579.70) | (1,579.70) | (2,190.48) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200804 | ITS592-KRW | 2008-03-13 | 00000 | 0000040 | 2008-03-13 | ITS | SUMMARY JOURNAL | 0.46 | 444.00 | 0.84 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200804 | ITS592-USD | 2008-03-14 | 00000 | 0000020 | 2008-03-14 | ITS | SUMMARY JOURNAL | (29,395.51) | (29,395.51) | (40,553.80) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200804 | ITS592-MYR | 2008-03-17 | 00000 | 0000010 | 2008-03-17 | ITS | SUMMARY JOURNAL | 10,998,926.00 | 34,784,169.85 | 15,194,358.24 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200804 | ITS592-USD | 2008-03-25 | 00000 | 0000030 | 2008-03-25 | ITS | SUMMARY JOURNAL | (12,120.07) | (12,120.07) | (16,850.69) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200804 | ITS592-MYR | 2008-03-27 | 00000 | 0000020 | 2008-03-27 | ITS | SUMMARY JOURNAL | (10,685,521.35) | (34,784,169.86) | (15,037,399.31) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021010 | 2008-03-31 | | REVALUATION RESULT | (103,404.65) | - | (156,956.93) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021020 | 2008-03-31 | | REVALUATION RESULT | (0.01) | - | (0.02) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200804 | REVALUE00 | 2008-03-31 | 31114 | 0021020 | 2008-03-31 | | REVALUATION RESULT | - | - | 79.89 |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200805 | ITS592-KRW | 2008-04-10 | 00000 | 0000000 | 2008-04-10 | ITS | SUMMARY JOURNAL | (0.01) | (10.00) | (0.01) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200805 | ITS592-USD | 2008-04-23 | 00000 | 0000020 | 2008-04-23 | ITS | SUMMARY JOURNAL | (6,653.29) | (6,653.29) | (9,599.61) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200805 | ITS592-KRW | 2008-04-25 | 00000 | 0000070 | 2008-04-25 | ITS | SUMMARY JOURNAL | (0.01) | (10.00) | (0.01) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0025840 | 2008-05-01 | | REVALUATION RESULT | - (0.01) | - | (0.03) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200805 | REVALUE00 | 2008-04-30 | 01211 | 0025850 | 2008-05-01 | | REVALUATION RESULT | - | - | 804.40 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-02 | 00000 | 0000020 | 2008-05-02 | ITS | SUMMARY JOURNAL | (10,883.54) | (10,883.54) | (14,811.30) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-02 | 00000 | 0000020 | 2008-05-02 | ITS | SUMMARY JOURNAL | 10,883.54 | 10,883.54 | 14,811.30 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-23 | 00001 | 0000020 | 2008-05-23 | ITS | SUMMARY JOURNAL | (114.28) | (114.28) | (155.38) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-26 | 00000 | 0000010 | 2008-05-26 | ITS | SUMMARY JOURNAL | (101.00) | (101.00) | (137.22) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-26 | 00000 | 0050020 | 2008-05-26 | ITS | SUMMARY JOURNAL | 114.28 | 114.28 | 155.26 |
| 033D | 00 | 1262000130 | 00000 | 391 | KRWCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001020 | 2008-05-30 | USG046 | BOOK TO BOOK TSF TO LBAH | (0.41) | (424.00) | (0.66) |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-29 | 00005 | 0001030 | 2008-05-30 | USG046 | BOOK TO BOOK TSF TO LBAH | 49,649.57 | 49,649.57 | 68,007.52 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-MYR | 2008-05-30 | 00000 | 0000010 | 2008-05-30 | ITS | SUMMARY JOURNAL | (99,369.21) | (323,200.56) | (135,797.27) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 30130 | 0024970 | 2008-05-30 | | REVALUATION RESULT | - | - | (276.64) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0024980 | 2008-05-30 | | REVALUATION RESULT | (0.01) | - | (0.01) |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200806 | REVALUE00 | 2008-05-30 | 31134 | 0000780 | 2008-05-30 | | REVALUATION RESULT | - | - | 116.55 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200806 | ITS592-USD | 2008-05-30 | 00000 | 0000020 | 2008-05-30 | ITS | SUMMARY JOURNAL | 99,941.42 | 99,941.42 | 136,579.24 |
| 033D | 00 | 1262000130 | 00000 | 391 | MYRCUR | 2008actual | 200806 | SINFRP033D | 2008-05-31 | 00005 | 0000060 | 2008-06-02 | USG046 | CLEAR BANK BREAK-MYR323K | 99,369.21 | 323,200.56 | 135,797.27 |
| 033D | 00 | 1262000130 | 00000 | 391 | MYRCUR | 2008actual | 200807 | SINFRP033D | 2008-06-01 | 00006 | 0000060 | 2008-06-02 | USG046 | CLEAR BANK BREAK-MYR323K | (99,369.21) | (323,200.56) | (135,797.27) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200807 | ITS592-MYR | 2008-06-05 | 00000 | 0000020 | 2008-06-05 | ITS | SUMMARY JOURNAL | (308.27) | (1,000.00) | (420.34) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200807 | ITS592-MYR | 2008-06-09 | 00000 | 0000050 | 2008-06-09 | ITS | SUMMARY JOURNAL | 0.03 | 30.00 | 0.04 |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200807 | ITS592-MYR | 2008-06-09 | 00000 | 0000020 | 2008-06-09 | ITS | SUMMARY JOURNAL | 96,187.04 | 323,200.56 | 135,262.06 |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200807 | ITS592-KRW | 2008-06-10 | 00000 | 0000040 | 2009-06-10 | ITS | SUMMARY JOURNAL | (0.03) | (30.00) | (0.04) |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025360 | 2008-06-30 | | REVALUATION RESULT | (0.03) | - | (193.40) |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025370 | 2008-06-30 | | REVALUATION RESULT | - | - | (192.47) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200807 | REVALUE00 | 2008-06-30 | 30130 | 0025350 | 2008-06-30 | | REVALUATION RESULT | 183.86 | - | 537.85 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200808 | ITS592-USD | 2008-07-02 | 00000 | 0000020 | 2008-07-02 | ITS | SUMMARY JOURNAL | (29.39) | (29.39) | (40.07) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200808 | ITS592-KRW | 2008-07-10 | 00000 | 0003070 | 2008-07-10 | ITS | SUMMARY JOURNAL | 0.01 | 13.50 | 0.01 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200808 | ITS592-USD | 2008-07-25 | 00000 | 0000010 | 2008-07-25 | ITS | SUMMARY JOURNAL | (9,993.04) | (9,993.04) | (12,237.33) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027240 | 2008-07-31 | | REVALUATION RESULT | - | - | (1.70) |
| 033D | 00 | 1262000130 | 00000 | 391 | KRWCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027270 | 2008-07-31 | | REVALUATION RESULT | (0.01) | - | (0.01) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027250 | 2008-07-31 | | REVALUATION RESULT | 0.05 | - | - |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027230 | 2008-07-31 | | REVALUATION RESULT | 0.01 | - | 0.02 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027260 | 2008-07-31 | | REVALUATION RESULT | - | - | 216.10 |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200808 | REVALUE00 | 2008-07-31 | 31124 | 0027280 | 2008-07-31 | | REVALUATION RESULT | - | - | 287.44 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200809 | ITS592-USD | 2008-08-25 | 00000 | 0000030 | 2008-08-25 | ITS | SUMMARY JOURNAL | (631.87) | (631.87) | (891.86) |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032030 | 2008-08-29 | | REVALUATION RESULT | (0.03) | - | (0.02) |
| 033D | 00 | 1262000130 | 00000 | 391 | KRWCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032060 | 2008-08-29 | | REVALUATION RESULT | 0.03 | - | 0.02 |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032040 | 2008-08-29 | | REVALUATION RESULT | 11.27 | - | 0.69 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032050 | 2008-08-29 | | REVALUATION RESULT | - | - | 2,044.66 |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200809 | REVALUE00 | 2008-08-29 | 29124 | 0032070 | 2008-08-29 | | REVALUATION RESULT | - | - | 2,497.34 |
| 033D | 00 | 1262000130 | 00000 | 109 | KRWCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0022970 | 2008-09-14 | | REVALUATION RESULT | (0.01) | - | (0.01) |
| 033D | 00 | 1262000130 | 00000 | 109 | MYRCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0022980 | 2008-09-14 | | REVALUATION RESULT | 7.31 | - | 2.42 |
| 033D | 00 | 1262000130 | 00000 | 109 | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0022990 | 2008-09-14 | | REVALUATION RESULT | - | - | 1,117.01 |
| 033D | 00 | 1262000130 | 00000 | 391 | KRWCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023000 | 2008-09-14 | | REVALUATION RESULT | 0.01 | - | - |
| 033D | 00 | 1262000130 | 00000 | 391 | USDCUR | 2008actual | 200810 | REVALUE00 | 2008-09-12 | 26122 | 0023010 | 2008-09-14 | | REVALUATION RESULT | - | - | 1,377.00 |

| | | | |
|---|---|---|---|
| | 89,999.24 | 89,300.62 | 130,140.53 |

**EXHIBIT 6**

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

In Re:
Lehman Brothers Holdings Inc., et al.
                              Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held
LEHMAN BROTHERS SPECIAL
FINANCING INC.

Case No. of Debtor

CASE # 08-13888

UNIQUE IDENTIFICATION NUMBER: 555197880 /555194000/555197890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000065147

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH {MERGED,DBF,SCHED_NO} SCHEDULE #: 555197880*****
LEHMAN BROTHERS FINANCE ASIA PTE. LTD
5 TEMASEK BOULEVARD #11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

☐ Check this box to indicate that this claim amends a previously filed claim.

NA
Court Claim
Number:
  (if known)

Filed on:

Telephone number:  +65-6213-2329          Email Address:  t.nasvat1@kpmg.com.sg

me and address where payment should be sent (if different from above)
HMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors'
.../o KPMG ADVISORY SERVICES PTE. LTD.    Voluntary Liquidation)
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581
Telephone number: +65-6213-2329          Email Address: t.nasvat1@kpmg.com.sg

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  Amount of Claim as of Date Case Filed: $ US$4,852,448.83 against "0059 LEHMAN BROTHERS SPECIAL FINANCING INC."
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.  Basis for Claim:    TRADE BALANCES
    (See instruction #2 on reverse side.)

3.  Last four digits of any number by which creditor identifies debtor:  0059
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4.  Secured Claim (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
    Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
    Describe:            NA

    Value of Property: $_____   Annual Interest Rate ____%
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____              Basis for perfection:_____

    Amount of Secured Claim: $_____   Amount Unsecured: $_____

6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
    (See instruction #6 on reverse side.)

5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

Amount entitled to priority:

$_____

7.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

NOV 0 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
29 OCT 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

CHAY FOOK YUEN,
LIQUIDATOR

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## LB Special Financing (0059)

| Legal_Ent | Entry_Typ | Account | Managem | Source_C | Currency | SCENARI | PY_Perio... | ...nal_Id | Effective_Da | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200805 | SINFRP033D | 2008-04-30 | 00003 | 0000070 | 2008-05-07 | USG036 | MTM ON DERIVATIVE - NDP APR | 4,807,099.00 | 4,807,099.00 | 6,542,882.91 |
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-01 | 00003 | 0000070 | 2008-05-07 | USG036 | MTM ON DERIVATIVE - NDP APR | (4,807,099.00) | (4,807,099.00) | (6,542,882.91) |
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200806 | SINFRP033D | 2008-05-31 | 00003 | 0000070 | 2008-06-03 | USG046 | MTM DERIVATIVE - NDP MAY-LBSF | 5,249,529.00 | 5,249,529.00 | 7,173,969.58 |
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-01 | 00003 | 0000070 | 2008-06-03 | USG046 | MTM DERIVATIVE - NDP MAY-LBSF | (5,249,529.00) | (5,249,529.00) | (7,173,969.58) |
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200807 | SINFRP033D | 2008-06-12 | 00003 | 0000070 | 2008-07-03 | USG046 | MTM DERIVATIVE - NDP MAY-LBSF | 4,726,007.00 | 4,726,007.00 | 6,440,281.00 |
| 033D | 00 | 1108400059 | 42730 | | 391 | USDCUR | 2008actual | 200808 | SINFRP033D | 2008-07-01 | 00003 | 0000070 | 2008-07-03 | USG046 | MTM DERIVATIVE - NDP MAY-LBSF | (4,726,007.00) | (4,726,007.00) | (6,440,281.00) |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000150 | 2008-08-05 | GFS_DER | 53285CON1108400059 | (404,799,421.66) | (404,799,421.66) | (553,967,199.98) |
| 033D | . | 2108400059 | 53285 | | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000220 | 2008-08-05 | GFS_DER | 53285GUP2108400059 | (212,710,444.00) | (212,710,444.00) | (291,053,817.74) |
| 033D | 00 | 2108400059 | 53285 | | 212 | KRWCUR | 2008actual | 200808 | GFSADJRKRW | 2008-07-31 | 00000 | 0000050 | 2008-08-05 | GFS_DER | 53285GUP1108400059 | (204,745,513.98) | (207,549,507,829.00) | (280,193,826.91) |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000060 | 2008-08-05 | GFS_DER | 53285GUP1108400059 | (200,053,907.68) | (202,793,049,387.00) | (273,773,373.09) |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200808 | GFSADJRUSD | 2008-07-31 | 00000 | 0000140 | 2008-08-05 | GFS_DER | 53285GUP1108400059 | 222,071,947.00 | 222,071,947.00 | 303,906,015.80 |
| 033D | 00 | 2108400059 | 53285 | | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-07-31 | 00000 | 0000230 | 2008-08-05 | GFS_DER | 53285CON2108400059 | 404,799,421.66 | 404,799,421.66 | 553,967,199.98 |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000140 | 2008-08-06 | GFS_DER | 53285GUP1108400059 | (222,071,947.00) | (222,071,947.00) | (303,906,015.80) |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000030 | 2008-08-06 | GFS_DER | 53285GUP1108400059 | (200,053,907.68) | (202,793,049,387.00) | (273,773,373.09) |
| 033D | 00 | 2108400059 | 53285 | | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000220 | 2008-08-06 | GFS_DER | 53285GUP2108400059 | (212,710,444.00) | (212,710,444.00) | (291,053,817.74) |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-01 | 00000 | 0000150 | 2008-08-05 | GFS_DER | 53285CON1108400059 | 404,799,421.66 | 404,799,421.66 | 553,967,199.98 |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000180 | 2008-09-05 | GFS_DER | 53285CON1108400059 | (381,667,391.72) | (381,667,391.72) | (541,355,116.67) |
| 033D | 00 | 2108400059 | 53285 | | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000250 | 2008-09-05 | GFS_DER | 53285GUP2108400059 | (211,503,381.00) | (211,503,381.00) | (299,995,336.32) |
| 033D | 00 | 1108400059 | 53285 | | 212 | KRWCUR | 2008actual | 200809 | GFSADJRKRW | 2008-08-29 | 00000 | 0000050 | 2008-09-05 | GFS_DER | 53285GUP1108400059 | 187,869,467.70 | 203,011,009,699.00 | 266,189,433.06 |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000110 | 2008-09-05 | GFS_DER | 53285GUP1108400059 | 222,558,331.00 | 222,558,331.00 | 315,672,785.24 |
| 033D | 00 | 2108400059 | 53285 | | 216 | USDCUR | 2008actual | 200809 | GFSADJRUSD | 2008-08-29 | 00000 | 0000260 | 2008-09-05 | GFS_DER | 53285CON2108400059 | 381,667,391.72 | 381,667,391.72 | 541,355,116.87 |
| 033D | 00 | 1108400059 | 53285 | | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-01 | 00000 | 0000050 | 2008-09-05 | GFS_DER | 53285GUP1108400059 | (187,869,467.70) | (203,011,009,699.00) | (266,189,433.06) |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000110 | 2008-09-14 | GFS_DER | 53285GUP1108400059 | 183,423,980.20 | 203,481,124,682.00 | 265,234,392.87 |
| 033D | 00 | 1108400059 | 53285 | | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000110 | 2008-09-14 | GFS_DER | 53285GUP2108400059 | (222,558,331.00) | (222,558,331.00) | (315,672,785.24) |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000180 | 2008-09-14 | GFS_DER | 53285CON1108400059 | 222,841,194.00 | 222,841,194.00 | 322,232,379.37 |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000190 | 2008-09-14 | GFS_DER | 53285CON1108400059 | 381,667,391.72 | 381,667,391.72 | 541,355,116.87 |
| 033D | 00 | 1108400059 | 53285 | | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000190 | 2008-09-14 | GFS_DER | 53285CON1108400059 | (373,069,455.58) | (373,069,455.58) | (539,465,150.88) |
| 033D | 00 | 2108400059 | 53285 | | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-12 | 00000 | 0000070 | 2008-09-14 | GFS_DER | 53285GUP2108400059 | 193,997,924.00 | 209,856,802,601.00 | 275,165,683.62 |
| 033D | 00 | 2108400059 | 53285 | | 212 | KRWCUR | 2008actual | 200810 | GFSADJRKRW | 2008-09-12 | 00000 | 0000070 | 2008-09-14 | GFS_DER | 53285GUP2108400059 | (189,845,463.37) | (210,392,008,683.00) | (274,230,758.00) |
| 033D | 00 | 2108400059 | 53285 | | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000250 | 2008-09-05 | GFS_DER | 53285GUP2108400059 | 211,503,381.00 | 211,503,381.00 | 299,995,336.32 |
| 033D | 00 | 2108400059 | 53285 | | 212 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000270 | 2008-09-05 | GFS_DER | 53285GUP2108400059 | (211,767,270.00) | (211,767,270.00) | (300,219,285.86) |
| 033D | 00 | 2108400059 | 53285 | | 216 | USDCUR | 2008actual | 200810 | GFSADJRUSD | 2008-09-12 | 00000 | 0000260 | 2008-09-05 | GFS_DER | 53285CON2108400059 | 373,069,455.58 | 373,069,455.58 | 539,465,150.88 |

| | | | | | | | | | | | | | | | 4,852,446.83 | (5,890,710,097.00) | 7,016,728.38 |

**EXHIBIT 7**

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| LEHMAN BROTHERS HOLDINGS, INC. | 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555197880 /555194000/555197890

Filed USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)          0000065192

NOTE: ...

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MEROE),DBF,SCHSD_NO) SCHEDULE #: 555197880*****
LEHMAN BROTHERS FINANCE ASIA PTE. LTD
5 TEMASEK BOULEVARD #11-01
SUNTEC TOWER FIVE
SINGAPORE 38985
SINGAPORE

Telephone number: +65-6213-2329    Email Address: t.inawat.l@cpmg.com.sg.

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

☑ Check this box to indicate that this claim amends a previously filed claim.

NA
Court Claim Number:
(if known)

Filed on:

Name and address where payment should be sent (if different from above)

LEHMAN BROTHERS FINANCE ASIA PTE. LTD (In Creditors' Voluntary Liquidation)
c/o KPMG ADVISORY SERVICES PTE. LTD.
16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581
Telephone number: +65-6213-2329    Email Address: t.inawat@cpmg.com.sg.

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $ US$229,122.10 against "OOD7 LB TREASURY CO. BV"
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim:  TRADE BALANCES
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:  OOD7
3a. Debtor may have scheduled account as:  LB TREASURY CO., BV
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:            NA

Value of Property: $          Annual Interest Rate          %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$          Basis for perfection:

Amount of Secured Claim: $          Amount Unsecured: $

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(   ).

Amount entitled to priority:
$

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

NOV 09 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 29 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  [signature]  CHAY FOCK YUEN, LIQUIDATOR |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note: The Proof of Claim has been prepared and filed in compliance with the deadline established of November 2, 2009. The Creditor reserves its right to supplement and/or amend the Proof of Claim herein and/or to supplement and submit further

LB Treasury Co. BV. (00D7)

| Legal_Ent | Entry_Typ | Account | Managem | Source_C | Currency | SCENARIO | PY_Period | Journal_Id | Effective_Dt | Journal_S | Line_Num | Post_Date | SOURCE | Journal_Desc | USD | ORIG | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033D | 00 | 11084000C | 52446 | 212 | JPYCUR | 2008actual | 200808 | GFSADJRJPY | 2008-07-31 | 00000 | 0000020 | 2008-08-06 | GFS_DERIV_ | 52446GUP11084000D7 | 205,799.94 | 22,266,524.00 | 281,636.81 |
| 033D | 00 | 11084000C | 52446 | 212 | JPYCUR | 2008actual | 200809 | GFSADJRJPY | 2008-08-01 | 00000 | 0000020 | 2008-08-06 | GFS_DERIV_ | 52446GUP11084000D7 | (205,799.94) | (22,266,524.00) | (281,636.81) |
| 033D | 00 | 11084000C | 52446 | 212 | JPYCUR | 2008actual | 200809 | GFSADJRJPY | 2008-08-29 | 00000 | 0000020 | 2008-09-05 | GFS_DERIV_ | 52446GUP11084000D7 | 167,026.28 | 18,273,510.00 | 236,909.24 |
| 033D | 00 | 11084000C | 52446 | 212 | JPYCUR | 2008actual | 200810 | GFSADJRJPY | 2008-09-01 | 00000 | 0000020 | 2008-09-05 | GFS_DERIV_ | 52446GUP11084000D7 | (167,026.28) | (18,273,510.00) | (236,909.24) |
| 033D | 00 | 11084000C | 52446 | 212 | JPYCUR | 2008actual | 200810 | GFSADJRJPY | 2008-09-12 | 00000 | 0000020 | 2008-09-14 | GFS_DERIV_ | 52446GUP11084000D7 | 229,122.10 | 24,404,939.00 | 331,314.68 |

|  |  |  |
|---|---|---|
| 229,122.10 | 24,404,939.00 | 331,314.68 |

**EXHIBIT 8**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:47 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

| | |
|---|---|
| Name of Debtor | Lehman Brothers Commercial Corporation (08-13901) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Commercial Corporation |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $155,152,037.60 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $0.00 |
| **DERIVATIVE CLAIM AMOUNT** | | $155,152,037.60 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| PoD against LB Commercial Corp.pdf |
| LB Commercial Corp_Supporting doc.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
|---|
| |

LB Commercial Corp_Derivatives Termination.pdf

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.     Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.     Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.     Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.     Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.     Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.     Selected: No

**EXHIBIT 9**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:54 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
**c/o KPMG Advisory Services Pte. Ltd.**
**16 Raffles Quay #22-00**
**Hong Leong Building**
**SINGAPORE, 048581 SINGAPORE**

Name of Debtor, or other entity, against which you have a direct claim (the "Obligor")

Lehman Brothers Commercial Corporation (08-13901)

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
| --- |
| PoD against LB Commercial Corp.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
| --- |
| PoD against LB Commercial Corp.pdf |

Amount of claim against Obligor

$155,152,037.60

Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
| --- |
| Supportings- Guarantee.pdf |

Amount of claim against the Guarantor

$155,152,037.60

https://www.lehman-claims.com/secure/confirmation.aspx[30/10/2009 10:55:12 AM]

**<u>EXHIBIT 10</u>**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/28/2009 at 9:41 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

| | |
|---|---|
| Name of Debtor | Lehman Brothers Commodity Services Inc. (08-13885) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Commodity Services Inc. |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $2,296,416.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $0.00 |
| DERIVATIVE CLAIM AMOUNT | | $2,296,416.00 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| PoD against LB Commodity Services Inc.pdf |
| LB Commodity Services Inc_Supporting doc.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
|---|

LB Commodity Services Inc_Derivatives Termination.pdf

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.    Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.    Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.    Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.    Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.    Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.    Selected: No

# **EXHIBIT 11**

CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:57 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

Name of Debtor, or other entity, against which you have a direct claim (the "Obligor")

Lehman Brothers Japan Inc.

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
| --- |
| PoD against LB Japan Inc.pdf |
| Admission of Debts by LB Japan Inc.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
| --- |
| LB Japan Inc_Supporting doc.pdf |

Amount of claim against Obligor                                    $329,171.36

Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
| --- |
| Supportings- Guarantee.pdf |

Amount of claim against the Guarantor                              $329,171.36

**EXHIBIT 12**

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/29/2009 at 9:58 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

Name of Debtor, or other entity, against which you have a direct claim (the "Obligor")

Lehman Brothers Securities Asia Limited (in Liquidation)

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
| --- |
| PoD against LB Securities Asia Ltd.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
| --- |
| LB Sec Asia_Supporting doc[local book].pdf |

Amount of claim against Obligor                                   $193,401.73

Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
| --- |
| Supportings- Guarantee.pdf |
| LB Sec Asia_Supporting doc[US dose].pdf |

Amount of claim against the Guarantor                            $89,999.24

## **EXHIBIT 13**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:26 PM Central. Please print this page as proof of your filing.

LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

| | |
|---|---|
| Name of Debtor | Lehman Brothers Special Financing Inc. (08-13888) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Special Financing Inc. |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $4,852,449.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $0.00 |
| DERIVATIVE CLAIM AMOUNT | | $4,852,449.00 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| PoD against LB Special Financing Inc.pdf |
| LB Special Financing_Supporting doc.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
|---|
| |

LB Special Financing_Derivatives Termination.pdf

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

Selected: No

**EXHIBIT 14**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:52 PM Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (in Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

Name of Debtor, or other entity, against which you have a direct claim (the "Obligor")

Lehman Brothers Special Financing Inc. (08-13888)

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| PoD against LB Special Financing Inc.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| PoD against LB Special Financing Inc.pdf |

Amount of claim against Obligor    $4,852,448.83

Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Supportings- Guarantee.pdf |

Amount of claim against the Guarantor    $4,852,448.83

https://www.lehman-claims.com/secure/confirmation.aspx[30/10/2009 10:53:11 AM]

**EXHIBIT 15**

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/29/2009 at 9:56 P.M Central. Please print this page as proof of your filing.

**LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)**
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
SINGAPORE, 048581 SINGAPORE

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Treasury Co B.V. |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

The claim relates to derivatives trade balances due and owing from Obligor to Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation)

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| LB Treasury Co BV_Supporting doc.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $229,122.10 |

| | |
|---|---|
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Supportings- Guarantee.pdf |

| | |
|---|---|
| Amount of claim against the Guarantor | $229,122.10 |