UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:

                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,      Case No. 08-13555-JMP
                                  Judge James M. Peck

          Debtor.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE,** that the undersigned appear as attorneys for The August '86 Trust, creditor and party in interest, and pursuant to Bankruptcy Rule 2002 and Bankruptcy Code Section 1109(b), demand that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned parties at the offices, post office addresses and telephone numbers set forth below:

                            **THALER & GERTLER, LLP**
                     Attorneys for The August '86 Trust
                       90 Merrick Avenue ; Suite 400
                     East Meadow, New York 11554
                        Phone:  (516) 228-3553
                       Facsimile:  (516) 228-3396
                        Andrew M. Thaler, Esq.
                        Katherine Geraci, Esq.

    Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure

statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: September 3, 2010

Respectfully submitted,

Thaler & Gertler, LLP
Attorneys for The '86 Trust
90 Merrick Avenue; Suite 400
East Meadow, New York 11554
516.228.3553

By: _____
Andrew M. Thaler, Esq.

To:

**Office of the United States Trustee**
33 Whitehall Street; 21st Floor
New York, New York 10004

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Erin Eckols, Esq.
Weil, Gotshal & Manges, LLP
200 Crescent Court; Suite 300
Dallas, Texas 75201

W:\Clients A-Z\Clients T-Z\The August '86 Trust\Lehman Brothers Power City\Notice of Appearance.wpd