UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re:                                                                                  Chapter 11

**LEHMAN BROTHERS HOLDINGS INC., et al,**                Case No. 08-13555 (JMP)
                                                                                            (Jointly Administered)
                                    Debtor.
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NASSAU    )

    DAWN MIGLIORE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on September 3, 2010, I served a true copy a **NOTICE OF APPEARANCE**, by mailing a true copy thereof, to the person(s) listed below:

**Office of the United States Trustee**
33 Whitehall Street; 21st Floor
New York, New York 10004

**Harvey R. Miller, Esq.**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

**Erin Eckols, Esq.**
Weil, Gotshal & Manges, LLP
200 Crescent Court; Suite 300
Dallas, Texas 75201

_____
Dawn Migliore

Sworn to before me this
3rd day of September, 2010

_____
Notary Public

LUANNE PEARSE
Notary Public, State of New York
No. 01PE6222327
Qualified in Nassau County
Commission Expires May 24, 20 14

W:\Clients A-Z\Clients T-Z\The August '86 Trust\AffofServ - Notice of Appearance.wpd