JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
James K. Goldfarb

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                                     :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
Debtors.                       :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTION 105(a), 362, AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE BY NORTON GOLD FIELDS LIMITED OF ITS OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY, AND OF THE ASSOCIATED REPLY AND RESPONSE TO THE SUR-REPLY**

**PLEASE TAKE NOTICE** that Lehman Brothers Commercial Corporation, as

debtor and debtor in possession, hereby withdraws with prejudice the above-referenced motion,

Docket No. 5897, and the associated reply and response to sur-reply, Docket Nos. 7012 and 8219.

Dated:    New York, New York                    Respectfully submitted,
September 3, 2010

　　　　　　　　　　　　　　　　　　　　　　　　 /s/   James K. Goldfarb
　　　　　　　　　　　　　　　　　　　　　　　Jayant W. Tambe
　　　　　　　　　　　　　　　　　　　　　　　James K. Goldfarb
　　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 326-3939
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 755-7306

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEBTORS AND
　　　　　　　　　　　　　　　　　　　　　　　DEBTORS IN POSSESSION