Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori (MS 3882)
Blanka K. Wolfe (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Norton Gold Fields Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Case No. 08-13555 (JMP) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**WITHDRAWAL OF OBJECTION AND SUR-REPLY
OF NORTON GOLD FIELDS LIMITED TO MOTION OF THE DEBTORS AND
DEBTORS IN POSSESSION PURSUANT TO SECTIONS 105(a), 362, AND 365
OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE BY
NORTON GOLD FIELDS LIMITED OF ITS OBLIGATIONS UNDER AN
EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that Norton Gold Fields Limited, by and through its counsel Sheppard Mullin Richter & Hampton, LLP, hereby withdraws, with prejudice, the (i) *Objection of Norton Gold Fields Limited to Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay* [Docket No. 6062] and (ii) *Sur-Reply of Norton Gold Fields Limited to Debtors' Reply in Support of Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay* [Docket No. 7679].

Dated: New York, New York
September 3, 2010

Respectfully submitted,

By:   /s/ Malani J. Cademartori
Malani J. Cademartori (MS 3882)
Edward H. Tillinghast, III (ET 5566)
Blanka K. Wolfe (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

*Attorneys for Norton Gold Fields Limited*