Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori (MS 3882)
Blanka K. Wolfe (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Norton Gold Fields Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

## WITHDRAWAL OF CLAIM NOS. 21365 & 21366

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Norton Gold Fields Limited, by and through its counsel Sheppard Mullin Richter & Hampton, LLP, hereby withdraws, with prejudice, its claims filed against each of Lehman Brothers Commercial Corporation and Lehman Brothers Holdings, Inc. on September 21, 2010, and identified by the Debtors as claim numbers 21365 and 21366, respectively.

Dated: New York, New York
September 3, 2010

                                          Respectfully submitted,

                                          By: /s/ Malani J. Cademartori
                                          Malani J. Cademartori (MS 3882)
                                          Edward H. Tillinghast, III (ET 5566)
                                          Blanka K. Wolfe (BW 0925)
                                          **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
                                          30 Rockefeller Plaza, 24th Floor
                                          New York, New York 10112
                                          Tel: (212) 653-8700
                                          Fax: (212) 653-8701

                                          *Attorneys for Norton Gold Fields Limited*