UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                :
In re                           :    Chapter 11 Case No.
                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                :
Debtors.                        :
                                :
---------------------------------------------------------------x    Ref. Docket Nos. 10906,
10907, 10909, 11011, 11014,
11016, 11017, 11019, 11021,
11023-11027, 11029-11031
& 11054

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
Sworn to before me this                     Lauren Rodriguez
31st day of August, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 10906, 10907, 10909...11029-11031 & 11054_Aff 08-30-10.doc

**EXHIBIT A**

|                                              |                         |
|----------------------------------------------|-------------------------|
| In re                                        | Chapter 11 Case No.     |
| LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)          |
|                                              | (Jointly Administered)  |
|                            Debtors.          |                         |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC
         TRANSFEROR: LUZERNER KANTONALBANK AG
         745 SEVENTH AVENUE
         NEW YORK NY 10019
```

Please note that your claim # 44551-11 in the above referenced case and in the amount of
        $897,922.72         has been transferred **(unless previously expunged by court order)**

```
         THE VARDE FUND IX LP
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: EDWINA PJ STEFFER
         8500 NORMANDALE LAKE BLVD, STE 1500
         MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10906     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/30/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 30, 2010.

**EXHIBIT B**

```
TIME: 18:03:23                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:  1
DATE: 08/30/10                                              CREDITOR LISTING

Name                                          Address
BANC OF AMERICA SECURITIES LLC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N TRYON STREET NC1-027-14-01 CHARLOTTE NC 28255
BARCLAYS BANK PLC                             TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: GOLDMAN, SACHS & CO. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: LUZERNER KANTONALBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BHF-BANK AKTIENGESELLSCHAFT                   TRANSFEROR: RAAB, FRANZ UND GERADA RAAB BOCKENHEIMER LANDSTRASSE 10 FRANKFURT AM MAIN  60323 GERMANY
BHF-BANK AKTIENGESELLSCHAFT                   TRANSFEROR: RAAB, WINFRIED BOCKENHEIMER LANDSTRASSE 10 FRANKFURT AM MAIN  60323 GERMANY
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: POSCO INVESTMENT CO., LTD. DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL
                                              ATTN: HENG CHEAM, CHRISTOPHER WONG HONG KONG  HONG KONG
GOLDMAN, SACHS & CO.                          TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
IMPERIAL CAPITAL, LLC                         TRANSFEROR: SCOTTWOOD MASTER LTD ATTN: GREGG POILLUCCI, SENIOR VICE PRESIDENT 2000 AVENUE OF THE STARS, 9TH FLOOR SOUTH
                                              LOS ANGELES CA 90067
MERRILL LYNCH INTERNATIONAL                   TRANSFEROR: UNIQA PREVIDENZA S.P.A. ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCAIL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING DIRECTOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
RAAB, FRANZ UND GERADA RAAB                   TRANSFEROR: RAIFFEISEN ZENTRALBANK OSTERREICH AG 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QW ENGLAND
RAAB, WINFRIED                                LINDENALLEE 48 BERLIN  D-14050 GERMANY
RAIFFEISEN ZENTRALBANK OSTERREICH AG          ANDER MARIENANLAGE 8A HAMBURG  22043 GERMANY
RAIFFEISEN ZENTRALBANK OSTERREICH AG          ATTN: LEGAL & COMPLIANCE AM STADTPARK 9 VIENNA  A-1030 AUSTRIA
SABRETOOTH MASTER FUND, LP                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SCOTTWOOD MASTER LTD                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. 33 BENEDICT PLACE GREENWICH CT 06830
THE VARDE FUND IX LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A LP                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
TSO LLC                                       RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TSO LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
TSO LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036


Total Number of Records Printed         30
```