UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                               Debtors.                        :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 11015 & 11022


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


Sworn to before me this
31st day of August, 2010

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

*/s/ Lauren Rodriguez*
Lauren Rodriguez

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :       Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS SPECIAL                                     :       08-13888 (JMP)
FINANCING INC.,                                             :
                    Debtor.                                 :       (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   WESTERN ASSET UK LIMITED DURATION BOND FUND
              ATTN: LEGAL DEPT
              385 E. COLORADO BLVD
              PASADENA, CA 91101


Transferee:   INVISTA TEXTILES (U.K.) LIMITED PENSION PLAN
              C/O BERNADETTE VENNELLS, AS RELATIONSHIP MANAGER
              BNY MELLON ASSET SERVICING B.V
              160 QUEEN VICTORIA STREET
              LONDON, EC4V4LA
              U.K.


**Your claim in the amount of $17,406.00 is defective for the reason(s) checked below:**

CANNOT LOCATE CREDITOR


Refer to docket number **11015** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 30, 2010.

# EXHIBIT B

| | |
|---|---|
| BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | GOLDMAN SACHS INTERNATIONAL<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON EC4A 2BB<br>UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: SETH GROSSHANDLER, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | INVISTA TEXTILES (U.K.) LIMITED PENSION PLAN<br>C/O BERNADETTE VENNELLS, AS RELATIONSHIP MANAGER<br>BNY MELLON ASSET SERVICING B.V<br>160 QUEEN VICTORIA STREET<br>LONDON, EC4V4LA<br>U.K. |
| WESTERN ASSET UK LIMITED DURATION BOND FUND<br>ATTN: LEGAL DEPT<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | |