UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
:
Debtors.                                                          :
:
----------------------------------------------------------------x    Ref. Docket Nos. 11002 &
11007

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
30th day of August, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 11002 & 11007_Aff 08-26-10.doc

**EXHIBIT A**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UNIQA PREVIDENZA S.P.A.                    UNIQA PREVIDENZA S.P.A.
     ATTN: MR. SERGIO IMBERTI                   ANDREA SURIANO
     VIA CARNIA 26                              SIMMONS & SIMMONS
     MILANO    20132                            VIA DI SAN BASILIO 72
     ITALY                                      ROME 00187 ITALY
```

Please note that your claim # 46976 in the above referenced case and in the amount of
$45,720,450.00          has been transferred **(unless previously expunged by court order)**

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: UNIQA PREVIDENZA S.P.A.
     BANK OF AMERICA MERRILL LYNCH FIN CENTRE, ATTN: JAMES RUSSELL
     2 KING EDWARD STREET
     LONDON    EC1A 1HQ
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11002      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/26/2010                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 26, 2010.

# EXHIBIT B

```
TIME: 17:47:53                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/26/10                                         CREDITOR LISTING

Name                           Address
MERRILL LYNCH INTERNATIONAL    TRANSFEROR: UNIQA PREVIDENZA S.P.A. BANK OF AMERICA MERRILL LYNCH FIN CENTRE, ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                               LONDON  EC1A 1HQ UNITED KINGDOM
UNIQA PREVIDENZA S.P.A.        ATTN: MR. SERGIO IMBERTI VIA CARNIA 26 MILANO  20132 ITALY
UNIQA PREVIDENZA S.P.A.        ANDREA SURIANO SIMMONS & SIMMONS VIA DI SAN BASILIO 72 ROME   00187 ITALY
VARDE INVESTMENT PARTNERS, LP  TRANSFEROR: YORVIK PARTNERS LLP 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP            TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC