B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holding Inc.,        Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banco Finantia International Limited
Name of Transferee

Banco Finantia S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): ___65663
(amending 17251)
Amount of Claim: ___$59,597,321.58
Date Claim Filed: ___9/18/2009
(amendment filed 11/23/2009)
Date of Transfer: 7/30/2010

Banco Finantia International Limited
Attn: Ricardo Couto (Legal Department)
Rua General Firmino Miguel, 5 - 1st Floor
1600-100 Lisbon
Portugal
- and -
Venable LLP
Attn: Jorian Rose
1270 Avenue of Americas
New York, New York 10020

Phone: +351 217202047
Last Four Digits of Acct #: _N/A_

Phone: +351 217202047
Last Four Digits of Acct. #: _N/A_

Name and Address where transferee payments should be sent (if different from above):

Banco Finantia International Limited
Attn: Ricardo Couto (Legal Department)
Rua General Firmino Miguel, 5 - 1st Floor
1600-100 Lisbon
Portugal

Phone: +351 217202047
Last Four Digits of Acct #: _N/A_

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                    Date: _August 27, 2010_
Transferee/Transferee's Agent
AUTHORIZED SIGNATORIES

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For value received, and adequacy and sufficiency of which are hereby acknowledged, Banco Finantia SA hereby certifies that all of its right, title, interest, defenses, claims and causes of action in and to following Lehman Brothers Holdings Inc. (08-13555) and Lehman Brothers Special Finance Inc. (08-13888) claims have been unconditionally and irrevocably transferred, to fullest extent permitted by law, to Banco Finantia International Limited prior to the date hereof.

| Claim No | Date of Filing | Amount | Original Claim No (if amended) | Amendment Dates |
|---|---|---|---|---|
| 65662 | 9/18/2009 | $59,597,321.58 | 17250 | 11/23/2009 |
| 65663 | 9/18/2009 | $59,597,321.58 | 17251 | 11/23/2009 |
| 17248 | 9/18/2009 | $21,399,087.52 | NA | NA |
| 17249 | 9/18/2009 | $21,399,087.52 | NA | NA |

**IN WITNESS WHEREOF**, the undersigned have duly executed this Agreement by their duly authorized representatives as of August 27, 2010.

**Banco Finantia SA**

Name: Ricardo Couto

Title: Attorney

Name: Ricardo Caldeira

Title: Attorney

**Banco Finantia International Limited**

Name: Luisa Antas

Title: Director

Name: Pedro Santos

Title: Director