UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                              :
                    **Debtors.**              :        **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS
## FOR THE ALLOWANCES OF INTERIM COMPENSATION
## FOR THE PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 31, 2010
## FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
## OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Upon consideration of the applications (collectively, the "Fourth Interim

Applications") for allowances of interim compensation for professional services performed and

reimbursement of actual and necessary expenses incurred during the period of October 1, 2009

through January 31, 2010 (the "Application Period"),[1] pursuant to sections 330(a) and 331 of title 11

of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, filed by the professionals listed on Schedule A(1) annexed hereto (the

"Retained Professionals"), and the report (the "Fourth Fee Report") of the appointed fee committee

in these chapter 11 cases ("Fee Committee"), dated and filed on August 20, 2010 with respect

thereto; and upon consideration of the Fee Committee's recommended deductions (the

"Recommended Deductions") from fees and expenses incurred during the Application Period, as set

forth in the Fourth Fee Report, rendered after the Fee Committee received and reviewed written

comments and/or conferred with Retained Professionals who responded to the issues raised by the

Fee Committee's initial recommended deductions distributed to the Retained Professionals on or

about June 10, 2010; and after due notice pursuant to the amended order dated February 13, 2009

---

[1] The Application Period for Kleyr Grasso Associes is June 1, 2009 through January 31, 2010. The Application Period for PricewaterhouseCoopers LLP is October 1, 2008 through January 31, 2010. The Application Period for Lazard is October 1, 2009 through December 31, 2009.

governing case management and administrative procedures [Docket No. 2387]; and there being no

objections to the allowance of the amounts set forth on Schedule (A)(1); and after due consideration

and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is

hereby

ORDERED:

1. The Recommended Deductions shall be applied provisionally to the Fourth
   Interim Applications pending a hearing to consider the Recommended
   Deductions.  Nothing herein shall prejudice the rights of any Retained
   Professional to challenge the Recommended Deductions.

2. The Fourth Interim Applications of the Retained Professionals are granted to
   the extent provided in Schedule A(1).

3. Interim compensation to the Retained Professionals for professional services
   performed during the Application Period is allowed and awarded in the
   amounts set forth on Schedule A(1) in the column entitled "Fees Awarded"
   pursuant to section 331 of the Bankruptcy Code.

4. Reimbursement to the Retained Professionals for expenses incurred during
   the Application Period is allowed and awarded in the amounts set forth on
   Schedule A(1) in the column entitled "Expenses Awarded."

5. Upon consideration of the report of the Fee Committee with respect to
   applications for allowances of interim compensation for professional services
   performed and reimbursement of actual and necessary expenses incurred
   during previous periods, dated and filed on April 9, 2010 [Docket No. 8209],
   additional interim compensation for professional services performed during
   the period of June 1, 2009 through September 30, 2009 is hereby allowed
   and awarded in the amount of $8,210.64 to Reilly Pozner LLP, and

additional reimbursement for expenses incurred during said period is hereby

allowed and awarded in the amount of $22,643.01 to Reilly Pozner LLP and

in the amount of $11,542.04 to Jones Day.

6.  Pursuant to this order, the Debtors are authorized and directed to pay the

"Fees Awarded," the "Expenses Awarded," which amounts are totaled in

Schedule A(2) in the columns entitled "Total Fees Awarded" and "Total

Expenses Awarded," to the respective Retained Professionals, to the extent

not previously paid pursuant to the order dated June 25, 2009 governing

interim compensation in these cases [Docket No. 4165].

Dated: New York, New York
        September 1, 2010

        _s/ James M. Peck_____
        HONORABLE JAMES M. PECK
        UNITED STATES BANKRUPTCY JUDGE

4

## SCHEDULE A(1)

**Current Fee Period: October 1, 2009 to January 31, 2010**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded[1] | Expenses Requested | Expenses Awarded[2] |
|---|---|---|---|---|---|
| Jones Day | May 10, 2010 8954 | $9,143,140.60 | $8,534,767.56 | $266,470.81 | $199,731.20 |
| Kleyr Grasso Associes[3] | April 12, 2010 8241 | $244,551.06 | $216,918.02 | $3,981.74 | $2,935.61 |
| Lazard Freres & Co. LLC[4] | April 16, 2010 8394 | $5,200,000.00 | $5,200,000.00 | $3,185.49 | $1,970.54 |
| McKenna Long & Aldridge LLP | April 16,2010 8406 | $813,049.00 | $764,215.24 | $92,211.99 | $61,307.24 |
| Milbank, Tweed, Hadley & McCloy LLP | April 16, 2010 8432 | $13,595,778.50 | $12,908,822.79 | $451,410.54 | $404,795.38 |
| Pachulski Stang Ziehl & Jones LLP | April 16, 2010 8419 | $454,706.30 | $338,678.45 | $6,844.14 | $5,876.14 |
| PricewaterhouseCoopers LLP[5] | March 10, 2010 7496[6] April 16, 2010 8399 | $574,212.05 | $568,049.17 | $2,484.47 | $2,468.46 |
| Quinn Emanuel Urquhart & Sullivan, LLP | April 16, 2010 8433 | $2,829,628.18 | $2,633,717.18 | $191,748.74 | $107,566.31 |
| Reilly Pozner LLP | April 13, 2010 8297 | $710,528.00 | $646,683.78 | $62,023.14 | $47,051.93 |

[1] Fees Awarded reflect Fees Requested less the Recommended Fee Deductions.

[2] Expenses Awarded reflect Expenses Requested less the Recommended Expense Deductions.

[3] The Application Period for Kleyr Grasso Associes is June 1, 2009 through January 31, 2010.

[4] The Application Period for Lazard is October 1, 2009 through December 31, 2009.

[5] The Application Period for PricewaterhouseCoopers LLP is October 1, 2008 through January 31, 2010.

[6] This Application had not been previously considered by the Court.

Schedule A(1)                          Date:  September 1, 2010                          Initials: *JMP*, USBJ

**SCHEDULE A(2)**

US_ACTIVE:\43480250\05\58399.0008

**Summary:  All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Jones Day | $23,308,708.80 | $22,501,928.44 | $820,786.51 | $643,057.81 |
| Kleyr Grasso Associes | $244,551.06 | $216,918.02 | $3,981.74 | $2,935.61 |
| Lazard Freres & Co. LLC | $23,550,000.00 | $23,550,000.00 | $66,668.67 | $64,952.58 |
| McKenna Long & Aldridge LLP | $3,823,841.50 | $3,621,125.47 | $361,095.43 | $324,940.42 |
| Milbank, Tweed, Hadley & McCloy LLP | $53,439,215.50 | $52,191,670.40 | $2,723,356.97 | $2,563,050.94 |
| Pachulski Stang Ziehl & Jones LLP | $1,077,267.19 | $950,341.89 | $26,892.49 | $23,609.18 |
| PricewaterhouseCoopers LLP | $574,212.05 | $568,049.17 | $2,484.47 | $2,468.46 |
| Quinn Emanuel Urquhart & Sullivan, LLP | $8,028,074.18 | $7,710,361.21 | $405,208.00 | $297,877.20 |
| Reilly Pozner LLP | $2,239,247.00 | $2,158.300.16 | $256,820.44 | $219,061.71 |

Schedule A(2)                          Date:  September 1, 2010                          Initials:  *JMP*, USBJ

US_ACTIVE:\43480250\05\58399.0008