## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

PEETER GRUENBERGER
DIRECT LINE 212-310-8555
peter.gruenberger@weil.com

September 7, 2010

### VIA HAND DELIVERY

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re:  ADR Procedures Order dated 9/17/09 ("Order")
     Tenth Status Report

Dear Judge Peck:

The three Mediators have requested again, your Honor, that I submit this monthly report (the tenth) to the Court pursuant to Order ¶ 13. Debtors will file this report on the docket in advance of the September 22 omnibus hearing.

In the just-ended 30-day period, Debtors have served 11 additional ADR Notices, bringing the total number of such notices served to 81 on 105 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in three additional ADR matters, two as a result of a mediation and one during the ADR process preceding mediation. Upon closing of these settlements,

08-13555-mg    Doc 11198    Filed 09/07/10    Entered 09/07/10 15:09:57    Main Document
Pg 2 of 2

WEIL, GOTSHAL & MANGES LLP

Honorable James M. Peck
September 7 2010
Page 2

Debtors will have settled 29 ADR matters involving 35 counterparties and received a total of $200,597,320.98 new dollars for the Debtors' estates.

To date, of the 16 ADR matters that have reached the mediation stage and have been concluded, all 16 have been settled in mediation. No mediation has yet terminated without settlement. Nine additional mediations have been scheduled to commence on the following dates: September 16 (two) and 30; October 14, 20, 21, 22, 25 and 27.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp
cc:   James Freund, Esq.
      David Geronemus, Esq.
      Ralph Mabey, Esq.
      David Cohen, Esq.
      (all cc's via E-mail)

US_ACTIVE:\43491545\01\58399.0003