**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                     :

In re                                          :                Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :                08-13555 (JMP)
                                         :
        Debtors.                             :                (Jointly Administered)
                                         :
-------------------------------------------------------------------x       Ref. Docket Nos. 11169-11170

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2010, I caused to be served the:

   a. "Notice of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Supplementing the September 17, 2009 Alternative Dispute Resolution Procedures Order to Add a Fourth Mediator," dated September 2, 2010, to which is attached the "Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Supplementing the September 17, 2009 Alternative Dispute Resolution Procedures Order to Add a Fourth Mediator," dated September 2, 2010 [Docket No. 11169], and

   a. "Notice of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Tier 2 Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Contracts for Amounts Not More than $1 Million," dated September 2, 2010, to which is attached the "Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Tier 2 Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Contracts for Amounts Not More than $1 Million," dated September 2, 2010 [Docket No. 11170],

by causing true and correct copies to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
7th day of September, 2010

Panagiota Manatakis

Notary Public

BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: JOHN KIBLER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALSTON & BIRD LLP | ATTN: MARTIN G. BUNIN 90 PARK AVENUE NEW YORK NY 10016-1387 |
| ALSTON & BIRD LLP | ATTN: JAMES C. GRANT / WILLIAM S. SUGDEN ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| ALSTON & BIRD LLP | ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| ANDREWS KURTH LLP | 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BALCH & BINGHAM LLP | ATTN: W. CLARK WATSON 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| BERNSTEIN SHUR | ATTN: MICHAEL A. FAGONE 100 MIDDLE STREET PO BOX 9729 PORTLAND ME 04104-5029 |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: MOLLY CAMPBELL TAYLOR ONE FEDERAL PLACE 1819 5TH AVENUE NORTH BIRMINGHAM AL 35203-2119 |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: J. PATRICK DARBY / RASHAD BLOSSOM ONE FEDERAL PLACE 1819 5TH AVENUE NORTH BIRMINGHAM AL 35203-2119 |
| CHAPMAN AND CUTLER LLP | ATTN: FRANKLIN H TOP III 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLEMAN LAW FIRM | ATTN: STEVE JAKUBOWSKI, ESQ 77 WEST WACHER DRIVE CHICAGO IL 60601 |
| COSTELL & CORNELIUS | ATTN: JEFFREY LEE COSTELL 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND IVA UROIC 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EDWARDS ANGELL PALVER & DODGE | ATTN: LARRY D. HENIN / PAUL J. LABOV 750 LEXINGTON AVENUE NEW YORK NY 10022 |
| EDWARDS ANGELL PALVER & DODGE | ATTN: JOHN L. WHITLOCK 111 HUNTINGTON AVENUE BOSTON MA 02199-7613 |
| FAEGRE & BENSON LLP | ATTN:STEPHEN MERTZ,MICHAEL KRAUSS, MICHAEL DOTY 2200 WELLS FARGO CTR, 90 S 7TH ST MINNEAPOLIS MN 55402-3901 |
| GREENBERG TRAURIG, LLP | ATTN: MARIA J. DICONZA, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| GREENBERG TRAURIG, LLP | ATTN: SCOTT D. COUSINS THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| HAYNES AND BOONE LLP | 1221 AVENUE OF THE AMERICAS 26TH FLOOR NEW YORK NY 10020 |
| HUNTON & WILLIAMS LLP | ATTN: PETER S. PARTEE 200 PARK AVENUE NEW YORK NY 10166 |
| KLESTADT & WINTERS, LLP | ATTN: TRACY KLESTADT 292 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10017-6314 |
| KUTAK ROCK LLP | ATTN: JEREMY WILLIAMS BANK OF AMERICA CENTER 1111 EAST MAIN STREET SUITE 800 RICHMOND VA 23219-3500 |
| KUTAK ROCK LLP | ATTN: BRUCE A. WILSON THE OMAHA BUILDING 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MORITT HOCK HAMROFF & HOROWITZ LLP | ATTN: LESLIE A. BERKOFF 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| MOSES & SINGER LLP | ATTN:ALAN E. GAMZA, CHRISTOPHER J CARUSO THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| MULLEN HOLLAND & COOPER P.A. | ATTN: J. MARK HEAVNER 301 SOUTH YORK STREET PO BOX 488 GASTONIA NC 28053-0488 |
| O'MELVENY & MEYERS LLP | ATTN: GERALD BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ. 1540 BROADWAY NEW YORK NY 10036-4039 |
| REED SMITH LLP | ATTN: ANDREA J. PINCUS 599 LEXINGTON AVENUE 22ND FLOOR NEW YORK NY 10022 |
| RIKER DANZIG SCHERER HYLAND PERRETTI LLP | ATTN: JOSEPH L. SCHWARTZ / KEVIN LARNER ONE SPEEDWELL AVENUE MORRISTOWN NJ 07962-1981 |
| RIKER DANZIG SCHERER HYLAND PERRETTI LLP | 500 FIFTH AVENUE NEW YORK NY 10110 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN:DAVID ROSENFELD, SAMUEL RUDMAN 58 SOUTH SERVICE RD, SUITE 200 MELVILLE NY 11747 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: DARRYL J. ALVARADO 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: JASON C. DAVIS ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| SCHLAM STONE & DOLAN LLP | ATTN: BENNETTE D. KRAMER 26 BROADWAY NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | ATTN:DOUGLAS P. BARTNER, SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| SHEARMAN & STERLING LLP | ATTN: NED S. SCHODEK, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SHEARMAN & STERLING LLP | ATTN: DANIEL H.R. LAGUARDIA 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ANTHONY W. CLARK / ROBERT A. WEBER ONE RODNEY SQUARE WILMINGTON DE 19801 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE SZYFER / FRANCIS C. HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: PENNY SHANE 125 BROAD STREET NEW YORK NY 10004-2498 |

**Total Creditor count 42**