Form 210A (12/09)

# United States Bankruptcy Court

In re  Lehman Brothers Holdings Inc,                    Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Fortis Bank Hong Kong Branch                      Best Decade Holdings Limited
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 0000064191
should be sent:                                      Amount of Claim: USD5,000,000.-

Fortis Bank Hong Kong Branch
18/F, Three Exchange Square
8 Connaught Place Central
Hong Kong

With a copy to:
Fortis Bank SA
Attn Mr. Philip Steegmans
Warandeberg 3
B-1000 Brussels
Belgium

Phone: (852)3920 3327                                Phone:(86) 01063701199
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____
Name and Address where transferee payments
should be sent (if different from above):

Phone: (32) 2 565 47 89
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of
Fortis Bank, Hong Kong Branch

By: _____          Date: 31 AUGUST 2010
      Authorized Signature(s)
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.