United Status Bankruptcy Court/Southern District of New York
Lehman Brothers Holding Claims Processing Center
c/o Equip Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076



## Request to delete the following filed claims.

Chapter 11 Case No.: 08-13555 (Lehman Brothers Holdings Inc.)
Court Claim Number:   #66265
Court Claim Number:   #66266
Creditor:   KOJI CHIAKI

These two claims are overlapped to the previously filed claim (Court Claim #65558).   So, please delete them from epiq system web site.

** Please do not upload this letter itself to the web site.

September 1st, 2010
Koji Chiaki

Roppongi Gate Tower 1505
6-11-2, Roppongi, Minato-ku
Tokyo, Japan, 106-0032

Email: hiakic@gmail.com
Mobile: 81 90 6160 6609