Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori (MS 3882)
Blanka K. Wolfe (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701

*Attorneys for Norton Gold Fields Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Blanka K. Wolfe, hereby certify that on September 3, 2010, I caused a copy of (i) the *Withdrawal of Objection and Sur-Reply of Norton Gold Fields Limited to Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay* [Docket No. 11174] and (ii) the *Withdrawal of Claim Nos. 21365 & 21366* [Docket No. 11175] to be sent by automatic ECF notice to those parties receiving ECF in the above-captioned case and to be served as indicated upon the parties listed below.

By:   /s/ Blanka K. Wolfe
         Blanka K. Wolfe, Esq.

## SERVICE LIST

BY OVERNIGHT DELIVERY:

Lehman Brothers Commercial Corporation
c/o Lehman Brothers Holdings Inc.
1271 Sixth Avenue, 40th Floor
New York, New York 10020
Attn: Locke R. McMurray

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Quinn Emanuel Urquhart Oliver &
Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Susheel Kirpalani, Esq.
    Robert K. Dakis, Esq.

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Jones Day
222 East 41st Street
New York, New York 10017
Attn: Jayant W. Tambe, Esq.
    James K. Goldfarb, Esq.

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

BY HAND DELIVERY:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004