B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Monica Blanch Magraner/Virgina Blanch Magraner | Emilia Magraner Fluixa |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banco Banif, S.A.
Av. Diagonal 568
08021 Barcelona, Spain
Attn:
Phone: +34 93 362 4200
Email: Ignacio.guillamet@ordesa.es

Court Claim # (if known): 44805

Total Amount of Claim Filed: $ Unliquidated
Amount of Claim Transferred: $ entire claim
ISIN/CUSIP:XS0229584296
Date Claim Filed: Oct. 23, 2009

Phone:
Last Four Digits of Acct #: _____ 2829

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: MS. MARIA SEGIMÓN, Esq.    Date: ____September 2010
    Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.
EAST\43521588.1

## ADDENDUM TO TRANSFER OF CLAIM

The transfer is made due to passing of transferor, Emilia Magraner Fluixa. Her two daughters, Monica Blanch Magraner and Virginia Blanch Magraner, inherited the claim and the claim has been transferred to them under Spanish law.

Any notice relating to this proof of claim should be sent to the address on the Transfer of Claim Other Than For Security with additional copies to be sent to the following addresses:

DLA Piper Spain S.L.
Paseo de la Castellana, 35 -2
28046 Madrid
Spain
Attn: Maria Segimon, Esq.

With an additional copy to:

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Attention: William M. Goldman, Esq.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 44805 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on [September 9, 2010]

| Emilia Magraner Fluixa | Monica Blanch Magraner/Virgina Blanch Magraner. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Banco Banif, S.A.
Av. Diagonal 568
08021 Barcelona, Spain
Attn:
Phone: +34 619 216 574
Email:

Address of Transferee:

Banco Banif, S.A
Av. Diagonal 568
08021 Barcelona, Spain
Attn:
Phone:
Email:

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

EAST\43521588.1