JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
William R. Maguire
Seth D. Rothman
Neil J. Oxford

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
                Debtors. : **(Jointly Administered)**
--------------------------------------------------------------------x
:
**In re** :
: **Case No.**
**LEHMAN BROTHERS INC.,** :
: **08-01420 (JMP) (SIPA)**
                Debtor. :
--------------------------------------------------------------------x

61144924_1

# NOTICE OF AGENDA OF HEARING ON MOTIONS IN CONNECTION WITH RULE 60(b) AND RELATED MOTIONS AND ADVERSARY PROCEEDINGS SCHEDULED FOR SEPTEMBER 10, 2010 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. MOTIONS IN LIMINE / MOTIONS TO EXCLUDE:

1. Motion in Limine of Movants for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer **[Case No. 08-13555, Docket No. 8015; Case No. 08-1420, Docket No. 2957]**

    Responses Received:

    A. Opposition of BCI to the Motion in Limine **[Case No. 08-13555, Docket No. 8467; Case No. 08-1420, Docket No. 3146]**

    Related Documents:

    B. Reply Memorandum in Support of the Motion in Limine **[Case No. 08-13555, Docket No. 10354; Case No. 08-1420, Docket No. 3501]**

    Status: This matter is going forward.

2. Motion in Limine of BCI for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski **[Case No. 08-13555, Docket No. 8510; Case No. 08-1420, Docket No. 3162]**

    Responses Received:

    A. Memorandum of Movants in Opposition to the Motion in Limine **[Case No. 08-13555, Docket No. 10351; Case No. 08-1420, Docket No. 3498]**

    B. Declaration of Jayant W. Tambe in Support of Memorandum of Movants in Opposition to the Motion in Limine [**Case No. 08-13555, Docket No. 10352; Case No. 08-1420, Docket No. 3499]**

    Related Documents:

    C. Reply Memorandum in Further Support of Motion in Limine **[Case No. 08-13555, Docket No. 10806; Case No. 08-1420, Docket No. 3564]**

D. Declaration of Hamish Hume in Support of Reply Memorandum in Further Support of Motion in Limine **[Case No. 08-13555, Docket No. 10807; Case No. 08-1420, Docket No. 3565]**

Status: This matter is going forward.

3. Motion in Limine of BCI for an Order Excluding the Expert Testimony of Daniel McIsaac Regarding LBI's Obligations Under SEC Rules 15c3-1, 15c3-3 and/or the Securities Investor Protection Act **[Case No. 08-13555, Docket No. 8482; Case No. 08-1420, Docket No. 3156]**

Responses Received:

A. Memorandum of Movants in Opposition to the Motion in Limine **[Case No. 08-13555, Docket No. 10270; Case No. 08-1420, Docket No. 3484]**

B. Declaration of Neil J. Oxford in Support of the Memorandum of Movants in Opposition to the Motion in Limine **[Case No. 08-13555, Docket No. 10271; Case No. 08-1420, Docket No. 3485]**

Related Documents:

C. Proposed Order Granting BCI's Motion in Limine **[Case No. 08-13555, Docket No. 8486]**

D. Reply Memorandum in Further Support of Motion in Limine **[Case No. 08-13555, Docket No. 10803; Case No. 08-1420, Docket No. 3563]**

Status: This matter is going forward.

4. Motion in Limine of BCI for an Order Excluding the Expert Testimony of Daniel McIsaac Relating to Exchange-Traded Derivatives ("ETDs") and ETD Margin **[Case No. 08-13555, Docket No. 8481; Case No. 08-1420, Docket No. 3155]**

Responses Received:

A. Memorandum of Movants in Opposition to the Motion in Limine **[Case No. 08-13555, Docket No. 10268; Case No. 08-1420, Docket No. 3482]**

B. Declaration of Neil J. Oxford in Support of the Memorandum of Movants in Opposition to the Motion in Limine **[Case No. 08-13555, Docket No. 10269; Case No. 08-1420, Docket No. 3483]**

Related Documents:

  C. Exhibit 1 to the Motion in Limine - Expert Report of Daniel McIsaac **[Case No. 08-13555, Docket No. 8483]**

  D. Exhibit 2 to the Motion in Limine - McIsaac Dep. Tr. (Apr. 6, 2010) (REDACTED) **[Case No. 08-13555, Docket No. 8484]**

  E. Proposed Order Granting BCI's Motion in Limine **[Case No. 08-13555, Docket No. 8485]**

  F. Reply Memorandum in Further Support of Motion in Limine **[Case No. 08-13555, Docket No. 10801; Case No. 08-1420, Docket No. 3561]**

  G. Declaration of Hamish Hume in Support of Reply Memorandum in Further Support of Motion in Limine **[Case No. 08-13555, Docket No. 10802; Case No. 08-1420, Docket No. 3562]**

Status: This matter is going forward.

Dated: New York, New York
September 9, 2010

>JONES DAY
>
>/s/ William J. Hine
>Robert W. Gaffey
>Jayant W. Tambe
>William J. Hine
>
>222 East 41st Street
>New York, New York 10017
>Telephone: (212) 326-3939
>Facsimile: (212) 755-7306
>
>Attorneys for Debtors
>and Debtors in Possession

Dated: New York, New York
September 9, 2010

        HUGHES HUBBARD & REED LLP

        <u>/s/ Neil J. Oxford</u>
        William R. Maguire
        Seth D. Rothman
        Neil J. Oxford

        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726

        Attorneys for James W. Giddens, Trustee for
        the SIPA Liquidation of Lehman Brothers Inc.