DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:   (212) 248-3170

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
In re:                                                            :
                                                                  :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC.                                    :  Case No. 08-13555-JMP
                                                                  :
        Debtor.                                                   :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
<u>REQUEST FOR REMOVAL FROM SERVICE LIST</u>**

**PLEASE TAKE NOTICE** that the undersigned hereby requests the withdrawal of the appearance in the above-captioned action as counsel to Parsec Trading Corp. ("Parsec"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case, and;

**PLEASE TAKE FURTHER NOTICE** that, the undersigned hereby requests to be removed from the official service list for the Debtors' bankruptcy case; and as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system.

Date: September 10, 2010 　　　　　Respectfully submitted,

By: */s/ Stephanie Wickouski*
Stephanie Wickouski
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:    (212) 248-3170
Facsimile:    (212) 348-3141

—and—

Kristin K. Going
DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Telephone: (202) 230-5177
Facsimile: (202) 842-8465

Attorneys for Parsec Trading Corp.

CH01/ 25596949.1