UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
------------------------------------------------------------------x

ORDER GRANTING APPLICATIONS
FOR THE ALLOWANCES OF INTERIM COMPENSATION
FOR THE PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 31, 2010
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Upon consideration of the applications (collectively, the "Fourth Interim Applications") for allowances of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of October 1, 2009 through January 31, 2010 (the "Application Period"),[1] pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed by the professionals listed on Schedule A(1) annexed hereto (the "Retained Professionals"), and the report (the "Fourth Fee Report") of the appointed fee committee in these chapter 11 cases ("Fee Committee"), dated and filed on August 20, 2010 with respect thereto; and upon consideration of the Fee Committee's recommended deductions (the "Recommended Deductions") from fees and expenses incurred during the Application Period, as set forth in the Fourth Fee Report, rendered after the Fee Committee received and reviewed written comments and/or conferred with Retained Professionals who responded to the issues raised by the Fee Committee's initial recommended deductions provided to the Retained Professionals on or about June 10, 2010; and after due notice pursuant to the amended order dated February 13, 2009 governing case management and administrative procedures [Docket No. 2387]; and there being no

---

[1] The Application Period for Gibson Dunn & Crutcher LLP is from September 1, 2009 through January 31, 2010.

objections to the allowance of the amounts set forth on Schedule (A)(1); and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

ORDERED:

1. The Recommended Deductions shall be applied provisionally to the Fourth Interim Applications pending a hearing to consider the Recommended Deductions. Nothing herein shall prejudice the rights of any Retained Professional to challenge the Recommended Deductions.

2. The Fourth Interim Applications of the Retained Professionals are granted to the extent provided in Schedule A(1).

3. Interim compensation to the Retained Professionals for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Schedule A(1) in the column entitled "Fees Awarded" pursuant to section 331 of the Bankruptcy Code.

4. Reimbursement to the Retained Professionals for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Schedule A(1) in the column entitled "Expenses Awarded."

5. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees Awarded," the "Expenses Awarded," which amounts are totaled in Schedule A(2) in the columns entitled "Total Fees Awarded" and "Total Expenses Awarded," to the respective Retained Professionals, to the extent not previously paid pursuant to the order dated June 25, 2009 governing interim compensation in these cases [Docket No. 4165].

Dated: New York, New York
September 1, 2010

                                      *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE

3

## **SCHEDULE A(1)**

**Current Fee Period: October 1, 2009 to January 31, 2010**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded[1] | Expenses Requested | Expenses Awarded[2] |
|---|---|---|---|---|---|
| Bingham McCutchen LLP | April 16, 2010 8387 | $2,605,491.77 | $2,485,041.94 | $97,483.70 | $87,857.38 |
| Bortstein Legal LLC | April 16, 2010 8371 | $541,345.00 | $514 359.45 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | April 16, 2010 8398 | $3,396,981.50 | $3,237,003.31 | $87,448.45 | $60,332.68 |
| Duff & Phelps LLC | April 16, 2010 8420 | $17,090,309.03 | $16,688,428.72 | $346,491.55 | $326,138.55 |
| Ernst & Young LLP | March 16, 2010 7604 | $126,459.90 | $125,297.00 | $0.00 | $0.00 |
| FTI Consulting, Inc. | April 14, 2010 8329 | $9,500,022.29 | $9,456,017.76 | $199,398.23 | $147,441.07 |
| Gibson, Dunn & Crutcher LLP [3] | May 6, 2010 8849 | $934,933.93 | $877,382.11 | $11,724.66 | $11,534.25 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | April 16, 2010 8328 | $1,600,000.00 | $1,600,000.00 | $56,067.42 | $40,506.87 |
| Huron Consulting Group | April 16, 2010 8421 | $141,553.00 | $125,762.50 | $27,047.93 | $3,325.50 |
| Jenner & Block LLP | April 16, 2010 8404 | $20,604,413.25 | $19,786,320.70 | $3,014,481.99 | $2,797,333.93 |

[1] Fees Awarded reflect Fees Requested less the Recommended Fee Deductions.
[2] Expenses Awarded reflect Expenses Requested less the Recommended Expense Deductions.
[3] The Application Period for Gibson Dunn & Crutcher LLP is from September 1, 2009 through January 31, 2010.  Amounts indicated herein reflect conversion of fees and expenses requested in British Pound Sterling to United States Dollars.

Schedule A(1)                                    Date:  September 1, 2010                                    Initials: *JMP*, USBJ

**SCHEDULE A(2)**

**Summary: All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bingham McCutchen LLP | $10,975,927.02 | $10,721,058.93 | $483,072.18 | $439,953.14 |
| Bortstein Legal LLC | $3,102,197.75 | $3,071,054.70 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $16,902,951.50 | $16,609,985.29 | $591,659.55 | $495,996.62 |
| Duff & Phelps LLC | $42,087,629.71 | $41,114,091.93 | $800,117.05 | $775,498.05 |
| Ernst & Young LLP | $1,599,777.50 | $1,531,204.28 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $29,135,818.89 | $29,002,381.91 | $791,214.32 | $738,284.20 |
| Gibson, Dunn & Crutcher LLP | $934,933.93 | $877,382.11 | $11,724.66 | $11,534.25 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | $7,186,666.66 | $6,963,333.33 | $384,643.39 | $330,319.39 |
| Huron Consulting Group | $2,070,238.20 | $1,986,006.81 | $241,200.92 | $132,159.56 |
| Jenner & Block LLP | $48,243,130.20 | $47,198,403.05 | $7,586,516.80 | $7,305,265.14 |

Schedule A(2)                    Date: September 1, 2010                    Initials: *JMP*, USBJ