**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                   :    **(Jointly Administered)**
:
:    **Ref. Docket Nos. 11153, 11154, 11163 &**
-------------------------------------------------------------------x    **11171**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2010, I caused to be served the:

    a. "Motion of Lehman Commercial Paper Inc. Pursuant to Section 105 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Approval of that Certain Amended and Restated Compromise by and Among Lehman Commercial Paper Inc., Alfred H. Siegel, as Chapter 11 Trustee for the Suncal Debtors, and the Official Committee of Unsecured Creditors in the Suncal Bankruptcy Cases," dated September 2, 2010 [Docket No. 11153], (the "Suncal Motion"),

    b. "Declaration of Alfredo R. Pérez in Support of Order to Show Cause to Consider Motion of Lehman Commercial Paper Inc. Pursuant to Section 105 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Approval of that Certain Amended and Restated Compromise Among Lehman Commercial Paper Inc., Alfred H. Siegel, as Chapter 11 Trustee for the Suncal Debtors, and the Official Committee of Unsecured Creditors in the Suncal Bankruptcy Cases," dated September 2, 2010 [Docket No. 11154], (the "Pérez Declaration"),

    c. "Order to Show Cause to Consider Motion of Lehman Commercial Paper Inc. Pursuant to Section 105 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Approval of that Certain Amended and Restated Compromise Among Lehman Commercial Paper Inc., Alfred H. Siegel, as Chapter 11 Trustee for the Suncal Debtors, and the Official Committee of Unsecured Creditors in the Suncal Bankruptcy Cases," dated September 2, 2010 [Docket No. 11163], (the "Suncal Order"), and

d. "Notice of Debtors' Motion, Pursuant to Section 1121(d) of the Bankruptcy Code, Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC," dated September 2, 2010, to which was attached the "Debtors' Motion, Pursuant to Section 1121(d) of the Bankruptcy Code, Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC," dated September 2, 2010 [Docket No. 11171], (the "Second Extension Notice"),

by causing true and correct copies of the:

i. Suncal Motion, Pérez Declaration, Suncal Order, and Second Extension Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. Suncal Motion, Pérez Declaration, and Suncal Order, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii. Suncal Motion, Pérez Declaration, and Suncal Order, to be delivered via facsimile to those parties listed on the annexed Exhibit C, and

iv. Second Extension Notice, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
3rd day of September, 2010

_____
Notary Public

Sena Sengun

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brian.corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

**Email Service List**

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpiazza@hodgsonruss.com

dravin@wolffsamson.com

**Email Service List**

| | |
|---|---|
| drose@pryorcashman.com | eschaffer@reedsmith.com |
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |

**Email Service List**

| | |
|---|---|
| gspilsbury@jsslaw.com | jafeltman@wlrk.com |
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | james.sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |

**Email Service List**

| | |
|---|---|
| jessica.fink@cwt.com | jliu@dl.com |
| jfalgowski@reedsmith.com | jlovi@steptoe.com |
| jfinerty@pfeiferlaw.com | jlscott@reedsmith.com |
| jflaxer@golenbock.com | jmaddock@mcguirewoods.com |
| jfox@joefoxlaw.com | jmazermarino@msek.com |
| jfreeberg@wfw.com | jmcginley@wilmingtontrust.com |
| jg5786@att.com | jmelko@gardere.com |
| jgarrity@shearman.com | jmerva@fult.com |
| jgenovese@gjb-law.com | jmmurphy@stradley.com |
| jguy@orrick.com | jmr@msf-law.com |
| jherzog@gklaw.com | john.mcnicholas@dlapiper.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | joli@crlpc.com |
| jhuh@ffwplaw.com | jorbach@hahnhessen.com |
| jim@atkinslawfirm.com | joseph.cordaro@usdoj.gov |
| jjoyce@dresslerpeters.com | joseph.scordato@dkib.com |
| jjtancredi@daypitney.com | joshua.dorchak@bingham.com |
| jjureller@klestadt.com | jowen769@yahoo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |

**Email Service List**

| | |
|---|---|
| jschwartz@hahnhessen.com | kkelly@ebglaw.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jtimko@allenmatkins.com | kostad@mofo.com |
| jtimko@shutts.com | kovskyd@pepperlaw.com |
| jtougas@mayerbrown.com | kowens@foley.com |
| judy.morse@crowedunlevy.com | kpiper@steptoe.com |
| jwallack@goulstonstorrs.com | kressk@pepperlaw.com |
| jwang@sipc.org | kreynolds@mklawnyc.com |
| jwcohen@daypitney.com | kristin.going@dbr.com |
| jweiss@gibsondunn.com | krosen@lowenstein.com |
| jwest@velaw.com | krubin@ozcap.com |
| jwh@njlawfirm.com | kstahl@whitecase.com |
| jwhitman@entwistle-law.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.ewart@wilmerhale.com |

**Email Service List**

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

**Email Service List**

| | |
|---|---|
| mjedelman@vedderprice.com | neal.mann@oag.state.ny.us |
| mjr1@westchestergov.com | ned.schodek@shearman.com |
| mkjaer@winston.com | newyork@sec.gov |
| mlahaie@akingump.com | nfurman@scottwoodcapital.com |
| mlandman@lcbf.com | nherman@morganlewis.com |
| mmendez@hunton.com | nissay_10259-0154@mhmjapan.com |
| mmooney@deilylawfirm.com | nlepore@schnader.com |
| mmorreale@us.mufg.jp | notice@bkcylaw.com |
| mmurphy@co.sanmateo.ca.us | oipress@travelers.com |
| mneier@ibolaw.com | omeca.nedd@lovells.com |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | patrick.oh@freshfields.com |
| mpfeifer@pfeiferlaw.com | patrick.schmitz-morkramer@lehman.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mschonholtz@willkie.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |

**Email Service List**

| | |
|---|---|
| pnichols@whitecase.com | richard.lear@hklaw.com |
| ppascuzzi@ffwplaw.com | richard.levy@lw.com |
| ppatterson@stradley.com | richard.tisdale@friedfrank.com |
| psp@njlawfirm.com | ritkin@steptoe.com |
| ptrostle@jenner.com | rjones@boultcummings.com |
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | robin.keller@lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | rtrust@cravath.com |
| rhs@mccallaraymer.com | russj4478@aol.com |

**Email Service List**

| | |
|---|---|
| rwasserman@cftc.gov | sharbeck@sipc.org |
| rwyron@orrick.com | shari.leventhal@ny.frb.org |
| s.minehan@aozorabank.co.jp | shgross5@yahoo.com |
| sabin.willett@bingham.com | shumaker@pursuitpartners.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sally.henry@skadden.com | slevine@brownrudnick.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| sara.tapinekis@cliffordchance.com | smayerson@ssd.com |
| sbernstein@hunton.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| scott.gibson@dubaiic.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephanie.wickouski@dbr.com |
| sfineman@lchb.com | stephen.cowan@dlapiper.com |
| sfox@mcguirewoods.com | steve.ginther@dor.mo.gov |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | streusand@streusandlandon.com |

**Email Service List**

| | |
|---|---|
| susan.schultz@newedgegroup.com | tslome@msek.com |
| susheelkirpalani@quinnemanuel.com | ttracy@crockerkuno.com |
| swolowitz@mayerbrown.com | twatanabe@mofo.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | villa@streusandlandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| tgoren@mofo.com | walter.stuart@freshfields.com |
| thomas.califano@dlapiper.com | wanda.goodloe@cbre.com |
| thomas.ogden@dpw.com | wballaine@lcbf.com |
| thomas_noguerola@calpers.ca.gov | wbenzija@halperinlaw.net |
| thomaskent@paulhastings.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | wheuer@dl.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wiltenburg@hugheshubbard.com |
| tkiriakos@mayerbrown.com | wisotska@pepperlaw.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmayer@kramerlevin.com | wswearingen@llf-law.com |
| tnixon@gklaw.com | wtaylor@mccarter.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |

**EXHIBIT B**

**Email Service List**

esmiley@wgllp.com

dhr@lnbyb.com

hmeltzer@wgllp.com

rmarticello@wgllp.com

# EXHIBIT C

| **Name** | **Fax** |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| LEVENE NEAL BENDER ATTN DANIEL REISS | 310-229-1244 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| WEILAND GOLDEN SMILEY ATTN EVAN SMILEY | 714-966-1002 |