B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.       ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Japan Finance Co., Ltd. | Maxis Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Merrill Lynch Credit Products, LLC
Bank of America Tower - 3rd Floor
One Bryant Park, New York, NY 10036
Attn: G.Cohen/J. Benesh/R. Torok

Court Claim # (if known):   15024
Amount of Claim:   $4,160,019.00
Date Claim Filed:   09/17/2009

Phone:  646-855-7450
Last Four Digits of Acct #: _____

Phone:  +81-3-5403-7058
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                                      Date: September 8, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MAXIS CORPORATION

MAXIS CORPORATION, a company organized under the laws of Japan with offices located at Kokusai Hamamatsucho Bldg. 5F, 1-9-18, Kaigan, Minato-ku, Tokyo 105-0022, Japan ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Japan Finance Co., Ltd., its successors and assigns ("BUYER"), which will receive notices relating to this Evidence of Transfer of Claim c/o Merrill Lynch Credit Products, LLC, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036, all right, title and interest in and to the claims of SELLER against LEHMAN BROTHERS HOLDINGS INC. in the amount of $4,160,019.00, docketed as Proof of Claim No. 15024 (the "Claim")[1] in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 8th day of September, 2010.

MAXIS CORPORATION

WITNESS:

_(Signature)_
Name: Yutaka Noguchi
Title: Section Manager

By: _(Signature)_
(Signature of authorized corporate officer)
Name: Hideo Honma
Title: President

MERRILL LYNCH JAPAN FINANCE CO., LTD.

WITNESS:
_(Signature)_
Name: Kazuya Ichikawa
Title: Managing Director

By: _(Signature)_
(Signature of authorized corporate officer)
Name: Hisako Akutagawa
Title: Representative Director

---

[1] Proof of Claim No.15024, filed September 17, 2009, amended Proof of Claim No. 2352, filed January 13, 2009.