DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:   (212) 248-3170

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                                  :
:  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC.       :  Case No. 08-13555-JMP
:
Debtor.                                                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS            )
                                         ) ss.:
COUNTY OF COOK            )

I, **Andrew J. Groesch**, having been duly sworn according to law, depose, and say:

1.      The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

2.      On September 9, 2010, I certify that a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM

CH01/ 25597621.1

SERVICE LIST was served electronically via the Court's CM/ECF noticing system on all parties receiving electronic filing notices on September 9, 2010.

      /s/ Andrew J. Groesch
      **Andrew J. Groesch**

Sworn to before me this 10th
day of September 2010.

 /s/ Lisette Miller
Notary Public

My commission expires: 08/01/11