UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                                Debtors.                         :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF JULIA HARDINGER,

### ON BEHALF OF HARDINGER & TANENHOLZ LLP

STATE OF ~~District~~ Columbia     )
                                   ) ss:
COUNTY OF Washington               )

Julia S. Hardinger, being duly sworn, upon his oath, deposes and says:

      1.     I am a Partner of Hardinger & Tanenholz LLP, located at 1325 G Street, Suite 500, N.W, Washington, DC 20005 (the "Firm").

      2.     Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

      3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

US_ACTIVE:\43294733\01\99910.5316

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.  The Debtors owe the Firm $0.00 for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: /s/ Julia S. Hardinger
Julia S. Hardinger

Subscribed and sworn to before me
this ___ day of _____, 2010

_____
Notary Public

BRANDI DAVIS
Notary Public, District of Columbia
My Commission Expires January 1, 2015

---

[1] If necessary.

# EXHIBIT B

**(Retention Questionnaire)**

US_ACTIVE:\43294733\01\99910.5316

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
 : 
In re : Chapter 11 Case No.
 : 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
 : 
Debtors. : (Jointly Administered)
 : 
 : 
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

　　Weil, Gotshal & Manges LLP
　　767 Fifth Avenue
　　New York, New York 10153
　　Attn:　Jennifer Sapp
　　　　　Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.　Name and address of firm: Hardinger & Tanenholz LLP

　　1325 G Street, N.W., Suite 500, Washington, DC 20005

2.　Date of retention: July 15, 2010

3.　Type of services provided (accounting, legal, etc.):

　　Legal

4. Brief description of services to be provided:

Discovery counsel law firm to provide supervision and management, and substantive legal advice, for document review project arising out of litigation against JP Morgan Chase (Adversary Proceeding No.: 10-03266)

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a) Average hourly rate (if applicable):

$290/hour

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

Not Applicable

6. Prepetition claims against the Debtors held by the firm:

Amount of claim:   None

Date claim arose:   Not Applicable

Source of Claim:   Not Applicable

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: Not Applicable

Status: Not Applicable

Amount of Claim:   Not Applicable

Date claim arose:   Not Applicable

Source of claim:   Not Applicable

8.  Stock of the Debtors currently held by the firm:

    Kind of shares:  Not Applicable

    No. of shares:  Not Applicable

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:  Not Applicable

    Status: Not Applicable

    Kind of shares: Not Applicable

    No. of shares:  Not Applicable

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Julia S. Hardinger