JONES DAY
David L. Carden
Robert W. Gaffey
Ross S. Barr
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Special Counsel to Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------------x

**NOTICE OF SUPPLEMENT TO THE FIFTH INTERIM
APPLICATION OF JONES DAY, SPECIAL COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby files this notice of supplement to the Fifth Interim Application of Jones Day, Special Counsel to the Debtors and Debtors in Possesion, Seeking Allowance and Payment of Interim Compensation

NYI-4307688v2

and Reimbursement of Actual and Necessary Expenses (Docket No. 10763) (the "<u>Fifth Interim Application</u>"),[1] and respectfully represents as follows:

    1.    On August 16, 2010, Jones Day filed the Fifth Interim Application, seeking (a) allowance for professional services rendered by Jones Day to the Debtors in the amount of $12,925,764.10, and (b) reimbursement of actual and necessary charges and disbursements incurred by Jones Day in the rendition of required professional services on behalf of the Debtors in the amount of $361,198.39, in each case for the period from February 1, 2010 through May 31, 2010 (the "<u>Compensation Period</u>").

    2.    Due to certain calculation errors, Jones Day hereby reduces the amounts sought under the Fifth Interim Application by $1,980.50 as to fees for professional services rendered and $108.20 in reimburseable expenses (collectively, the "<u>Fifth Interim Application Adjustment</u>").

    3.    After applying the Fifth Interim Application Adjustment, Jones Day now seeks, pursuant to the Fifth Interim Application, (a) allowance for professional services rendered by Jones Day to the Debtors in the amount of $12,923,783.60, and (b) reimbursement of actual and necessary charges and disbursements incurred by Jones Day in the rendition of required professional services on behalf of the Debtors in the amount of $361,090.19, in each case for the Compensation Period.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Fifth Interim Application.

-3-

Dated: September 10, 2010
     New York, New York

Respectfully submitted,

 /s/ Ross S. Barr
David L. Carden
Robert W. Gaffey
Ross S. Barr
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  (222) 326 3939
Facsimile:  (212) 755 7306

SPECIAL COUNSEL TO THE DEBTORS IN POSSESSION