

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

September 1, 2010

**Via Federal Express**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Vito Genna



Re:   *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP)

Dear Sir:

　　　Please find attached the Notice of Transfer of Claim Other Than for Security dated August 11, 2010 and the Evidence of Transfer of Claim dated August 11, 2010.

　　　The transferor of the claim is Sea Port Group Securities, LLC and the transferee is Botticelli, L.L.C. Evidence of the transfer is being submitted in lieu of submitting the actual agreement, as permitted by the Bankruptcy Rule 3001(e)(2).

　　　In accordance with Rule 3001(e)(2), please notify the transferor, Sea Port Group Securities, LLC and make the appropriate substitution.

　　　Please feel free to contact me if you have any questions.

　　　Thank you in advance.

Sincerely yours,

Douglas J. Schneller

Encs. (as stated)

www.pillsburylaw.com

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Botticelli, L.L.C. | Sea Port Group Securities PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Botticelli, L.L.C.
245 Park Avenue
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: **58994 (94.76% of claim)**
Amount of Claim as Filed: **$7,487,627.50**
Amount of Claim Transferred: **$7,095,395.50**
Date Claim Filed: **10/30/09**

*RECEIVED SEP - 2 2010 U.S. BANKRUPTCY COURT S.D. DIST OF NEW YORK*

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael L. Gordon    Date: 8/11/10
Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sea Port Group Securities, LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sea Port Group Securities, LLC ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Botticelli, L.L.C. ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim Number 58994 (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11 day of ~~July~~ August, 2010.

Sea Port Group Securities, LLC

By: _____
Name: Jonathan Silverman
Title: General Counsel

360 Madison Avenue, 22nd Floor
New York, NY 10017

Botticelli, L.L.C.

By: Angelo, Gordon & Co., L.P.
Manager

By: _____
Name: Michael L. Gordon
Title: Authorized Signatory

245 Park Avenue, 26th Floor
New York, NY 10167

Schedule 1

Transferred Claims

Purchased Claim

100% of the claims and securities described below (to the extent of the aggregate principal amount of $7,095,395.40 (the outstanding amount of the relevant portion of Proof of Claim No. 58994 as of August __, 2010, including all pre-petition accrued amounts related thereto).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Euro Medium Term Note | XS0336556146 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,349,395.40 | N/A | December 12, 2017 | Plus all accrued and unpaid interest (if any) |
| Euro Medium Term Note | XS0323493584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $948,000.00 | N/A | October 17, 2011 | Plus all accrued and unpaid interest (if any) |
| USD FX Linked Note | XS0362725540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $4,798,000.00 | N/A | May 30, 2017 | Plus all accrued and unpaid interest (if any) |

Schedule 1-1

7657538