

RECEIVED
SEP - 2 2010
U.S.
S.D. DIST. OF NEW YORK

*make a difference.*

WINHELLER Attorneys at Law · Moltkestr. 25 · D-76133 Karlsruhe

**United States Bankruptcy Court
Southern District of New York
1 Bowling Green
USA-New York, NY 10004-1415
UNITED STATES OF AMERICA**



› WINHELLER Rechtsanwälte
Corneliusstr. 34
D-60325 Frankfurt am Main
Tel.: +49 (0)69 76 75 77 80
Fax: +49 (0)69 76 75 77 810

STEFAN WINHELLER
RECHTSANWALT, LL.M. TAX (USA)
FACHANWALT FÜR STEUERRECHT

DR. CHRISTIAN SEYFERT
RECHTSANWALT, LL.M. (USA)

ANDREAS WARKENTIN
RECHTSANWALT, LL.M. OEC. INT.
DIPL.-VERWALTUNGSWIRT (FH)

› WINHELLER Rechtsanwälte
Moltkestr. 25
D-76133 Karlsruhe
Tel.: +49 (0)721 15 17 11 0
Fax: +49 (0)721 15 17 11 10

MARTIN SACH
RECHTSANWALT

| Your letter dated | Your reference | Our reference | Karlsruhe |
|---|---|---|---|
| | 08-13555 | 01903-10/msa/msa | 2010/08/27 |

**City of Munich ./. Lehman Brothers Holdings Inc.
Case Number 08-13555 (JMP)**

info@winheller.com
http://www.winheller.com

Frankfurt□ Karlsruhe□ Shanghai□

Dear Sir / Madam,

We represent our client, the City of Munich, in the above mentioned case. Please find enclosed a Power of Attorney authorizing our firm.

In the name and on behalf of our client, we hereby give you notice of the cession of a claim against Lehman Brothers Holdings, Inc. from Universal-Investment-GmbH to our client. We have enclosed the requested Form B210A. The contract of assignment will be filed subsequently.

We kindly ask you to confirm the receipt of the above mentioned documents in written form via mail, fax or e-mail. Should any of the information provided seem to be incomplete or misleading or should any additional documents be required, we kindly ask you to inform us immediately.

Kind regards,
WINHELLER Attorneys at Law

Martin Sach
German Attorney at Law



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re LEHMAN BROTHERS HOLDINGS INC.,                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Landeshauptstadt München

Name of Transferor

Universal-Investment-GmbH solely on behalf and for account of MRM-Universal-Fonds
Phone: +49 69 710 43 0
Fax: +49 69 710 43 700
Email: recht@ui-gmbh.de
Last Four Digits of Acct. #: 6312

Name and Address where notices to transferee should be sent:
Landeshauptstadt München
Stadtkämmerei
Hauptabteilung I
Marienplatz 8
80331 München
Germany

Phone: +49 89 233 92519
Fax: +49 89 233 24948
Email: anlagevermoegen@muenchen.de

Last Four Digits of Acct #: 6312

With a copy to:
Hauck & Aufhäuser Privatbankiers KG aA
Effektenabteilung/Depotbankfunktion
Kaiserstr. 24
60311 Frankfurt am Main
Phone: +49 69 2161 1654
Fax: +49 69 2161 1487
Email: herwig.ventz@hauck-aufhaeuser.de

Court Claim # (if known): 60432
Amount of Claim: $ 1,034,613.42
+ interest as filed with the proof of claim dated October 30, 2009.

Date Claim Filed:
October 30, 2009

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 27.08.2010
Transferee/Transferee's Agent

Transferee's Agent: WINHELLER Attorney at Law, Atty. Martin D. Sach, Corneliusstraße 34, 60325 Frankfurt, Gemany. Phone: +49 69 76757780 Fax: +49 69 767577810. Email: m.sach@winheller.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*



## Vollmacht / Power of Attorney

WINHELLER Rechtsanwälte (S. Winheller, Dr. C. Seyfert, A. Warkentin, T. Schwab, M. Sach, C. Zeller)
Corneliusstr. 34, 60325 Frankfurt a.M.

| | |
|---|---|
| wird hiermit in Sachen | Landeshauptstadt München ./. Lehman Brother Holdings Inc. |
| wegen | Insolvenzverfahren |

Vollmacht zur umfassenden Interessensvertretung erteilt,

insbesondere für außergerichtliche Verhandlungen aller Art sowie

1. zur Prozessführung (u.a. nach § 81 ff. Zivilprozessordnung) einschließlich der Befugnis zur Erhebung und Zurücknahme von Klagen und Widerklagen und zur Vertretung in verwaltungsbehördlichen Vor- und Hauptverfahren;
2. zum Abschluss eines unwiderruflichen Vergleichs in Arbeitssachen;
3. in Patentsachen im Sinne des § 25 Patentgesetz;
4. in Markensachen im Sinne des § 96 Markengesetz;
5. in Gebrauchsmustersachen im Sinne des § 28 Gebrauchsmustergesetz;
6. in Geschmacksmustersachen im Sinne des § 58 Geschmacksmustergesetz;
7. in Steuersachen im Sinne des § 80 und § 123 Abgabenordnung;
8. zur Vertretung in sonstigen Verfahren aller Art;
9. zur Begründung, Abänderung und Aufhebung von Vertragsverhältnissen und zur Abgabe und Entgegennahme von einseitigen Willenserklärungen (z. B. Kündigungen) in Zusammenhang mit der oben unter "wegen ..." genannten Angelegenheit.

Die Vollmacht gilt bei Prozessführung für alle Instanzen und erstreckt sich auch auf Neben- und Folgeverfahren aller Art (z. B. Arrest und einstweilige Verfügung, Kostenfestsetzungs-, Zwangsvollstreckungs-, Interventions-, Zwangsversteigerungs-, Zwangsverwaltungs- und Hinterlegungsverfahren sowie Insolvenz- und Vergleichsverfahren über das Vermögen des Gegners) und schließt die Berechtigung zur Antragstellung jeder Art ein. Sie umfasst insbesondere die Befugnis, Zustellungen zu bewirken und entgegenzunehmen, die Vollmacht ganz oder teilweise auf andere zu übertragen (Untervollmacht), Rechtsmittel einzulegen, zurückzunehmen, zu beschränken oder auf sie zu verzichten, den Rechtsstreit oder außergerichtliche Verhandlungen durch Vergleich, Verzicht oder Anerkenntnis zu erledigen, Geld, Wertsachen und Urkunden, insbesondere auch den Streitgegenstand und die von dem Gegner, von der Justizkasse oder von sonstigen Stellen zu erstattenden Beträge entgegenzunehmen sowie Akteneinsicht zu nehmen. Mit ihr werden alle bereits vom Bevollmächtigten in dieser Sache vorgenommenen Handlungen genehmigt.

Diese Vollmacht unterliegt dem Recht der Bundesrepublik Deutschland und wird in Übereinstimmung mit dem Recht der Bundesrepublik Deutschland ausgelegt.

---

WINHELLER Attorneys at Law (S. Winheller, Dr. C. Seyfert, A. Warkentin, T. Schwab, M. Sach, C. Zeller)
Corneliusstr. 34, 60325 Frankfurt a.M., Germany

is hereby granted power of attorney

| | |
|---|---|
| in the matter of | Landeshauptstadt München ./. Lehman Brother Holdings Inc. |
| in connection with | Insolvenzverfahren |

This power of attorney authorizes WINHELLER Attorneys at Law as my attorneys-in-fact

1. to commence and maintain all legal proceedings related to the aforementioned subject matter (among others, to conduct a lawsuit according to the German Code of Civil Procedure §§ 81 et seq.), including to file and to withdraw counter claims and to provide representation in proceedings before all administrative agencies;
2. to irrevocably settle a labor law case;
3. to represent me in extrajudicial proceedings and negotiations;
4. in tax law matters to represent me and to receive notices according to the German General Tax Code § 80 and § 123, respectively;
5. in patent law matters, in utility patent law matters, and in design patent law matters to represent me according to the German Patent Code §25, the German Utility Patent Code § 28, and the German Design Patent Code § 58, respectively;
6. in trademark law matters to represent me according to the German Trademark Code § 96;
7. to provide representation in other proceedings of any kind;
8. to enter into, to change, and to terminate contractual agreements and to issue and receive any legal notices relating to the matter in issue.

This power of attorney is valid for all instances and also covers all kinds of ancillary and consequential proceedings (e.g. writ of attachment and temporary injunction, proceedings of fixing costs, execution proceedings, intervention proceedings, compulsory sale procedures, receivership proceedings, and depositing proceedings, as well as bankruptcy and composition proceedings regarding the assets of the adversary). It includes the authorization to file petitions of any kind and to effect and receive service, to delegate the power of attorney completely or partially to others (substitute power of attorney), to file, to withdraw, to restrict, or to waive appeals, to resolve the proceedings or extrajudicial negotiations by way of settlement, waiver, or acknowledgement, to receive money, valuables and deeds, especially the object in dispute, and the amounts to be reimbursed by the opposing party, the judicial or other authorities, as well as to inspect files. Any actions already taken in this subject matter are deemed to be approved by this power of attorney.

This power of attorney shall be governed by and construed in accordance with the laws of the Federal Republic of Germany.

| MÜNCHEN | 03.08.2010 | Stadtkämmerei In Verfügung: Landeshauptstadt München Stadtkämmerei Sperr Hauptabteilung I |
|---|---|---|
| Ort / Place | Datum / Date  Beglaubigt | Unterschrift Mandant / Signature Client |