UNITED STATES BANKRUPTCY COURT
SOUTHERN DISCTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS
INC., et al.,
Debtors

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim reference in this evidence and notice.

Conduit Capital Markets Ltd

Name of Transferee

$100,000

Proof of Claim Amount

Banque Piguet & Cie S.A.

Name of Transferor

64050

Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Conduit Capital Markets Ltd

Address:   12-13 Henrietta Street
London WC2E 8LH
United Kingdom
Attn: Rakesh Chhabra

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

Signed: _____

By: Rakesh Chhabra

Title: Chief Operating Officer, Conduit Capital Markets Ltd

Date: September 2, 2010

## SCHEDULE 1

### Transferred Claims

Purchased Claim

$100,000 of the outstanding amount of the Proof of Claim as specified at the Addendum attached to the Proof of Claim as of September 2nd, 2010.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of USD 2,050,000 4 YEARS AUTO CALLAB EQUITY LINKED due February 2012 | XS0344087183 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $100,000 | N/A | February 8, 2012 |