UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :        Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :        08-13555 (JMP)
                                                                   :
            Debtors.                                               :        (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper Inc. (08-13900) |
|---|---|
| Creditor Name and Address: | The CIT Group/Equipment Financing Inc.<br>c/o The CIT Group/Commercial Services, Inc.<br>11 West 42nd Street, 12th Floor<br>New York, New York 10036 |
| Claim Number (if known): | 10500 |
| Date Claim Filed: | 09/04/09 |
| Total Amount of Claim Filed: | $0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: SVP |
|---|---|
| Printed Name: ERIC MANDELBAUM | Dated: 9/13/10 |

US_ACTIVE:¥43326298¥01¥58399.0003

FILED / RECEIVED
SEP 13 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC