**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy (BR 5896)
*Attorneys for Somerset Associates, LLC and Somerset Properties SPE, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al*., <br><br> Debtors. | Case No. 08-13555 (JMP) <br><br> Chapter 11 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SOMERSET ASSOCIATES, LLC AND SOMERSET PROPERTIES SPE, LLC TO DEBTORS' MOTION, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE, REQUESTING EXTENSIONS OF EXCLUSIVE PERIODS FOR THE FILING AND
SOLICITATION OF ACCEPTANCES FOR CHAPTER 11 PLANS OF
<u>LB SOMERSET LLC AND LB PREFERRED SOMERSET LLC</u>**

Somerset Associates, LLC and Somerset Properties SPE, LLC, by and through their counsel, Rabinowitz, Lubetkin & Tully, L.L.C., hereby withdrawal, without prejudice, their Objection, dated April 7, 2010, to Debtors' Motion, Pursuant to Section 1121(d) of the Bankruptcy Code, Requesting Extensions of Exclusive Periods for the Filing and Solicitation of Acceptances for Chapter 11 Plans of LB Somerset LLC and LB Preferred Somerset LLC.

                        **RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
                        *Attorneys for Somerset Properties SPE, LLC*


                        By:       /s/ Barry J. Roy
                              BARRY J. ROY

Dated:  September 13, 2010

F:\Client_Files\N-Z\Wilk\Somerset\Notice of Withdrawal of Opposition to Motion of Debtor to Extend Exclusivity.doc