UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
In re                          :  Chapter 11 Case No. 08-13555 (JMP)
                               :
                               :  (Jointly Administered)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,  :
                               :
            Debtors.           :  **STIPULATION**
                               :
                               :
                               :
------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

      1.      Och-Ziff Capital Management Group LLC ("Och-Ziff") will produce responsive documents for the period beginning on March 17, 2008 and ending on September 12, 2008 ("Relevant Time Period");

      2.      Och-Ziff will search for documents from equity traders, convert traders, debt traders and portfolio finance personnel (the "Custodians"), who worked at Och-Ziff during the Relevant Time Period;

      3.      Och-Ziff will produce trading records during the Relevant Time Period reflecting trades in Lehman Securities, as defined in the April 12, 2010 Subpoena to Och-Ziff (the "Subpoena");

      4.      Lehman Brothers Holdings, Inc. *et al*. ("Lehman") will propose, and the parties shall negotiate in good faith, search terms tailored to obtain documents from the Custodians concerning the financial and business condition of Lehman, as defined in the Subpoena;

5. The parties will execute and file a confidentiality agreement covering the production by Och-Ziff to be so ordered by the Court;

6. The parties agree to execute the stipulation attached as Exhibit A and file it with the Court in proper format; and

7. This stipulation may be executed in counterparts and signatures submitted via facsimile or e-mail shall be treated as originals for the purpose of this stipulation.

Dated: September 1, 2010

| **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** | **BLANK ROME LLP** |
|---|---|
| By: /s/ Jennifer S. Recine | By: /s/ Catherine A. Armentano |
| Marc E. Kasowitz | Kenneth L. Bressler |
| Michael J. Bowe | Andrew B. Eckstein |
| Albert S. Mishaan | Catherine A. Armentano |
| Jennifer S. Recine | The Chrysler Building |
| 1633 Broadway | 405 Lexington Avenue |
| New York, New York 10019 | New York, New York 10174 |
| (212) 506-1700 | (212) 885-5000 |
| *Attorneys for Lehman Brothers Holdings, Inc. et al.* | *Attorneys for Och-Ziff Capital Management Group LLC* |

SO ORDERED,

Dated: New York, New York
September 13, 2010

                                              *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––– X
: 
In re : Chapter 11 Case No. 08-13555 (JMP)
: (Jointly Administered)
: 
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :
: 
Debtors. :
: 
: 
: 
––––––––––––––––––––––––––––– X

**STIPULATION CONCERNING SUBPOENA *DUCES TECUM*
ISSUED BY LEHMAN BROTHERS HOLDINGS, INC. TO
OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC**

The issuance of a subpoena to Och-Ziff Capital Management Group LLC ("Och-Ziff")

does not constitute an accusation of wrongdoing by Och-Ziff but is part of an overall

investigation by Lehman Brothers Holdings Inc. *et al*. ("Lehman"). Och-Ziff is prepared to

cooperate and produce documents reasonably calculated to help Lehman in its investigation.

Dated: September 1, 2010

**KASOWITZ, BENSON, TORRES &            BLANK ROME LLP
FRIEDMAN LLP**

By: /s/ Jennifer S. Recine                By: /s/ Catherine A. Armentano
   Marc E. Kasowitz                          Kenneth L. Bressler
   Michael J. Bowe                           Andrew B. Eckstein
   Albert S. Mishaan                         Catherine A. Armentano
   Jennifer S. Recine                        The Chrysler Building
   1633 Broadway                             405 Lexington Avenue
   New York, New York 10019                  New York, New York 10174
   (212) 506-1700                            (212) 885-5000

*Attorneys for Lehman Brothers*            *Attorneys for Och-Ziff Capital*
*Holdings, Inc. et al.*                    *Management Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― X
:
In re                                                                                    : Chapter 11 Case No. 08-13555 (JMP)
:
: (Jointly Administered)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,   :
:
Debtors.                                        :
:
:
:
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― X

**STIPULATION CONCERNING SUBPOENA *DUCES TECUM*
ISSUED BY LEHMAN BROTHERS HOLDINGS, INC. TO
<u>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC</u>**

The issuance of a subpoena to Och-Ziff Capital Management Group LLC ("Och-Ziff") does not constitute an accusation of wrongdoing by Och-Ziff but is part of an overall investigation by Lehman Brothers Holdings Inc. *et al*. ("Lehman"). Och-Ziff is prepared to cooperate and produce documents reasonably calculated to help Lehman in its investigation.

Dated: September 1, 2010

| **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** | **BLANK ROME LLP** |
|---|---|
| By: <u>/s/ Jennifer S. Recine</u>    Marc E. Kasowitz    Michael J. Bowe    Albert S. Mishaan    Jennifer S. Recine    1633 Broadway    New York, New York 10019    (212) 506-1700 | By: <u>/s/ Catherine A. Armentano</u>    Kenneth L. Bressler    Andrew B. Eckstein    Catherine A. Armentano    The Chrysler Building    405 Lexington Avenue    New York, New York 10174    (212) 885-5000 |
| *Attorneys for Lehman Brothers Holdings, Inc. et al.* | *Attorneys for Och-Ziff Capital Management Group LLC* |