UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.                    :
:
-------------------------------------------------------------------x    Ref. Docket Nos. 11221,
11223, 11224, 11226-11234
& 11235

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
Sworn to before me this                     Lauren Rodriguez
13th day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 11221, 11223, 11224, 11226-11234 & 11235_Aff 09-10-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY
     ATTN: VLADIMIR JELISAVCIC
     810 SEVENTH AVENUE, 33RF FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 33130 in the above referenced case and in the amount of
$642,451.00       has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, LLC
     TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
     ATTN: BRIAN JARMAIN
     TWO GREENWICH PLAZA
     GREENWICH CT 08630
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11221    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/10/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 10, 2010.

# EXHIBIT B

```
TIME: 19:38:53                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 09/10/10                                           CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             TRANSFEROR: LUZERNER KANTONALBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RF FLOOR NEW YORK NY 10019
MAGRANER FLUIXA, EMILIA                       DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
MAGRANER FLUIXA, EMILIA                       DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MAGRANER FLUIXA, EMILIA                       BANCO BANIF - AV. DIAGONAL 568 BARCELONA 08021 SPAIN
MONICA BLANCH MAGRANER/VIRGINIA BLANCH        DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
  MAGRANER
MONICA BLANCH MAGRANER/VIRGINIA BLANCH        TRANSFEROR: MAGRANER FLUIXA, EMILIA BANCO BANIF, S.A. AV. DIAGONAL 568 BARCELONA 08021 SPAIN
  MAGRANER
SPCP GROUP, LLC                               TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 08630
THE VARDE FUND IX LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A LP                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII LP                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) LP                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: BARCLAYS BANK PLC 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed       19

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```