UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                            :

In re                                                       :          Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :          08-13555 (JMP)

Debtors.          :

                                                             :
------------------------------------------------------------------------x      Ref. Docket Nos. 11183,
                                                                                    11187-11195, 11206-11209
                                                                                    & 11211

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 9, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                    */s/ Lauren Rodriguez*

Sworn to before me this                                          Lauren Rodriguez
10th day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                        |  Chapter 11 Case No.
                                             |
                                             |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                             |  (Jointly Administered)
                                             |
            Debtors.                         |
                                             |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   DEUTSCHE POSTBANK AG
            ATTN: TRANSACTION MGMT CAPITAL MARKETS
            KENNEDYALLEE 62-70
            BONN D-53175
            FEDERAL REPUBLIC OF GERMANY
            GERMANY

Please note that your claim # 13477 in the above referenced case and in the amount of
     $65,782,598.27     has been transferred **(unless previously expunged by court order)**

            DEUTSCHE BANK AG, LONDON BRANCH (UK)
            TRANSFEROR: DEUTSCHE POSTBANK AG
            ATTN: MICHAEL SUTTON / PHILIPP ROEVER
            WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
            LONDON     EC2N 2DB
            UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11183     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/09/2010                           Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 9, 2010.

**EXHIBIT B**

```
TIME: 17:45:13                                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 09/09/10                                                         CREDITOR LISTING

Name                                           Address
BARCLAYS BANK PLC                              TRANSFEROR: LUZERNER KANTONALBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BEST DECADE HOLDINGS LIMITED                   C/O DELONG HOLDINGS LIMITED BLDG 5, DIST 5, ADVANCED BUSINESS PARK, NO. 188 WEST STREET SOUTH 4TH RING ROAD, FENGTAI
                                               BEIJING 100070 CHINA
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.            C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH(UK)            TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)           TRANSFEROR: DEUTSCHE POSTBANK INTERNATIONAL SA ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE POSTBANK AG                           ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 FEDERAL REPUBLIC OF GERMANY   GERMANY
DEUTSCHE POSTBANK INTERNATIONAL SA             PB FINANCE CENTER 18-20 PARC D'ACTIVITE SYRDALL MUNSBACH  L-5365 LUXEMBOURG
FORTIS BANK HONG KONG BRANCH                   FORTIS BANK SA ATTN: PHILLIP STEEGMANS WARANDEBERG 3 BRUSSELS  B-1000 BELGIUM
FORTIS BANK HONG KONG BRANCH                   TRANSFEROR: BEST DECADE HOLDINGS LIMITED 18/F, THREE EXAHNGE SQUARE 8 CONNAUGHT PLACE CENTRAL HONG KONG
LUZERNER KANTONALBANK AG                       BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                       LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
THE VARDE FUND IX LP                           TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                         TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                              TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                     TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII LP                         TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) LP                   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)           TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
  MASTER LP
VARDE INVESTMENT PARTNERS, LP                  TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                            TRANSFEROR: BINDER TRUST LIMITED ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed           24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC