**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :        08-13555 (JMP)
                                                    :
                    Debtors.                        :
                                                    :
-----------------------------------------------------------------------x
```

**Ref. Docket Nos. 11121**
**11122, 11124-11126, 11128,**
**11130, 11132-11140, 11146-**
**11151 & 11152**

### AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On September 3, 2010, I caused to be served personalized "Notice of Transfer of Claim
    Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is
    annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized
    Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first
    class mail to the parties listed on the annexed Exhibit "B".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                        */s/ Lauren Rodriguez*
Sworn to before me this                                 Lauren Rodriguez
7th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011


T:\Clients\LBH\Affidavits\Transfers 11121 11122, 11124...11146-11151 & 11152_Aff 09-03-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
                                    |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                    |   (Jointly Administered)
                                    |
              Debtors.              |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT
            FUND MEITAV CHISACHON PIZUIM
            MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET
            TEL AVIV    61180
            ISRAEL
```

Please note that your claim # 55233 in the above referenced case and in the amount of
          $9,625.00        has been transferred **(unless previously expunged by court order)**

```
       ISP FINANCIAL SERVICES LTD.
       TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF T
       BELLERIVESTRASSE 33
       P.O. BOX 567
       ZURICH 8034
       SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11121        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 3, 2010.

**EXHIBIT B**

TIME: 18:48:15
DATE: 09/03/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ALPHA BANK A.E. | FINANCIAL MARKETS - PLANNING & TRADING DIVISION 40, STADIOU STREET ATHENS   102 52 GREECE |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: ALPHA BANK A.E. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| CREDIT SUISSE INTERNATIONAL | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| GN3 SIP L.P. | TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| GOLDENTREE HIGH YIELD MASTER FUND II, LTD | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD MASTER FUND, LTD | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FL NEW YORK NY 10022 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FL NEW YORK NY 10022 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS, & CO | TRANSFEROR: CVI GVF (LUX) MASTER SARL CONTACT: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS, & CO | MANAGING CLERK RICHERDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF T BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV HISHTALMUT CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV HISHTALMUT SHARES BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV PIZUIM CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV TAGMULIM CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV TAGMULIM SHARES BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KLAUS TSCHIRA STIFTUNG GGMBH | TRANSFEROR: UNITED TIME DEVELOPMENTS LIMITED ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 HAARMANN PARTNERSHAFTSGESELLSCHAFT DR. CHROSTOPH SCHMITT NEUE MAINZER STRASSE 75 FRANKFURT A. M.  D-60311 GERMANY |
| LBVN HOLDINGS LLC | ANDREW ROSNBERG PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAs NEW YORK NY 10956 |
| LBVN HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. PO BOX 1641 NEW YORK NY 10150 |
| LBVN HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS, & CO PO BOX 1641 NEW YORK NY 10150 |
| MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT | FUND MEITAV CHISACHON GEMEL MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT | FUND MEITAV CHISACHON HISTALMUT MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT | FUND MEITAV CHISACHON PIZUIM MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV HISHTALMUT CLALI | MUSEUM TOWER 15TH FLOOR 4 BERHOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV HISHTALMUT SHARES | MUSEM TOWER 15TH FLOOR 4 BERHOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV PIZUIM CLALI | MUSEUM TOWER, 15TH FLOOR 4 BERHOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV TAGMULIM CLALI | MUSEUM TOWER 15TH FLOOR 4 BERHOVITZ STREET TEL AVIV   61180 ISRAEL |
| MEITAV TAGMULIM CLALI | MUSEUM TOWER 15TH FLOOR 4 BERKOVITTS STREET TEL AVIV   61180 ISRAEL |
| MEITAV TAGMULIM SHARES | MUSEUM TOWER 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV   61180 ISRAEL |
| NOMURA HOUSE | MUSEUM TOWER 15TH FLOOR 4 BERHOVITZ STREET TEL AVIV   61180 ISRAEL |
| UNITED TIME DEVELOPMENTS LIMITED | TRANSFEROR: KLAUS TSCHIRA STIFTUNG GGMBH 1 ST MARTIN'S LE GRAND LONDON   EC1A 4NP ENGLAND |
| | 9F NO 97 SEC 3 NANGANG ROAD TAIPEI   11563 TAIWAN, PROVINCE OF CHINA |

Total Number of Records Printed        37

EPIQ BANKRUPTCY SOLUTIONS, LLC

CREDIT SUISSE INTERNATIONAL
ATTN: ALLEN GAGE
1 MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE INTERNATIONAL
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: SUSAN MCNAMARA
MAIL CODE: NYI-A436
ONE CHASE MANHATTAN PLAZA - FLOOR 26
NEW YORK NY 10005