UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x     Ref. Docket Nos. 6389,
                                                                     11053, 11055, 11056,
                                                                     11074-11086 & 11101

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                          */s/ Lauren Rodriguez*
2nd day of September, 2010                       Lauren Rodriguez

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 6389, 11053, 11055, 11056, 11074-11086 & 11101_Aff 09-01-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NOMURA INTERNATIONAL PLC
     TRANSFEROR: ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA
     25 BANK STREET
     LONDON     E14 5LE
     UNITED KINGDOM
```

Please note that your claim # 49790-06 in the above referenced case and in the amount of $10,700,956.72 has been transferred **(unless previously expunged by court order)**

```
SEA PORT GROUP SECURITIES, LLC
TRANSFEROR: NOMURA INTERNATIONAL PLC
ATTN: STEPHEN HANSEN
360 MADISON AVENUE, 22ND FL
NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11053 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/01/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 1, 2010.

# EXHIBIT B

```
TIME: 17:41:08                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 09/01/10                                          CREDITOR LISTING

Name                                      Address
AGRIBANK, FCB                             ATTN: WILLIAM J. PREBIL, ASSOC. GENERAL CNSL. 375 JACKSON STREET SAINT PAUL MN 55101
AGRIBANK, FCB                             ATTN: WILLIAM J. PREBIL, ASSOCIATE GENERAL COUNSEL 375 JACKSON STREET SAINT PAUL MN 55101
BARCLAYS BANK PLC                         ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                         LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                         TRANSFEROR: GTAM FUND I, LTD 745 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: AGRIBANK, FCB ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GTAM FUND I, LTD                          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FL NEW YORK NY 10022
GTAM FUND I, LTD                          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
JPMORGAN CHASE BANK, N.A.                 TRANSFEROR: RAIFFEISEN ZENTRALBANK OSTERREICH AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                          NEW YORK NY 10005
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF HISHTALMUT BIG. 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF HISHTALMUT CLALI. 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF HISHTALMUT MENAIATI 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF MIGDAL KAHAL HISTALMUT 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF TAGMULIM BIG. 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                BEHALF OF TAGMULIM CLALI. 26 SE'ADYA GA'ON TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF HISHTALMUT BIG. 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF HISHTALMUT CLALI. 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF HISHTALMUT MENAIATI. 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF MIGDAL KAHAL HISTALMUT 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF TAGMULIM BIG. 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MIGDAL GEMEL PLATINUM LTD.                ON BEHALF OF TAGMULIM CLALI. 26 SE'ADYA GA'ON STREET TEL AVIV 67135 ISRAEL
MONARCH MASTER FUNDING LTD                TRANSFEROR: MIGDAL GEMEL PLATINUM LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                          NEW YORK NY 10022
NOMURA INTERNATIONAL PLC                  TRANSFEROR: ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
RAIFFEISEN ZENTRALBANK OSTERREICH AG      ATTN: LEGAL & COMPLIANCE AM STADTPARK 9 VIENNA A-1030 AUSTRIA
RAIFFEISEN ZENTRALBANK OSTERREICH AG
SEA PORT GROUP SECURITIES, LLC            TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017


Total Number of Records Printed           26

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```