UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

In re                                                         :          Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :          08-13555 (JMP)
                                                              :
                         Debtors.                             :
                                                              :
---------------------------------------------------------------------------x          Ref. Docket Nos. 4947,
                                                                        4957, 11111, 11113 & 11117


### AFFIDAVIT OF SERVICE


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On September 2, 2010, I caused to be served personalized "Notice of Transfer of Claim
    Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is
    annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized
    Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first
    class mail to the parties listed on the annexed Exhibit "B".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                              */s/ Lauren Rodriguez*
Sworn to before me this                                       Lauren Rodriguez
3rd day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011


T:\Clients\LBH\Affidavits\Transfers 4947, 4957, 11111, 11113 & 11117_Aff 09-02-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  IMPERIAL CAPITAL, LLC
             TRANSFEROR: SCOTTWOOD MASTER LTD
             ATTN: GREGG POILLUCCI, SENIOR VICE PRESIDENT
             2000 AVENUE OF THE STARS, 9TH FLOOR SOUTH
             LOS ANGELES CA 90067

Please note that your claim # 60623-01 in the above referenced case and in the amount of
        $1,621,684.89        has been transferred **(unless previously expunged by court order)**

          AG SUPER FUND INTERNATIONAL PARTNERS L.P.
          TRANSFEROR: IMPERIAL CAPITAL, LLC
          245 PARK AVENUE
          NEW YORK NY 10167

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11111       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2010.

**EXHIBIT B**

TIME: 17:49:58
DATE: 09/02/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS L.P. | TRANSFEROR: IMPERIAL CAPITAL, LLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: IMPERIAL CAPITAL, LLC 245 PARK AVENUE NEW YORK NY 10167 |
| BRIGADIER CAPITAL MASTER FUND LTD. | C/O BRIGADIER CAPITAL MANAGEMENT LLC 135 E 7TH STREET, 21ST FLOOR ATTN: ERICA PANG NEW YORK NY 10022 |
| IMPERIAL CAPITAL, LLC | TRANSFEROR: SCOTTWOOD MASTER LTD ATTN: GREGG POILLUCCI, SENIOR VICE PRESIDENT 2000 AVENUE OF THE STARS, 9TH FLOOR SOUTH LOS ANGELES CA 90067 |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV GEMEL & PENSIONS LTD BELLERIVESTRASSE 33 PO BOX 567 ZURICH 8034 SWITZERLAND |
| ISP FINANCIAL SERVICES LTD. | TRANSFEROR: MEITAV MISHAN LTD. BELLERIVESTRASSE 33 PO BOX 567 ZURICH 8034 SWITZERLAND |
| MEITAV GEMEL & PENSIONS LTD | MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV 61180 ISRAEL |
| MEITAV MISHAN LTD. | C/O PROVIDENT FUNDS MANAGEMENT MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV 61180 ISRAEL |
| SPCF GROUP, L.L.C. | TRANSFEROR: BRIGADIER CAPITAL MASTER FUND LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O DAY PITNEY LLP, ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |

Total Number of Records Printed    12

EPIQ BANKRUPTCY SOLUTIONS, LLC