UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
           Debtors.                                 :
                                                    :
------------------------------------------------------------------------x    Ref. Docket Nos. 11181 &
                                                         11182

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
Sworn to before me this                            Lauren Rodriguez
10th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 11181 & 11182_Aff 09-07-10.doc

# EXHIBIT A

```
In re                                          |  Chapter 11 Case No.
                                               |
                                               |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |  (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  BANCO FINANTIA S.A.
             ATTN: RICARD COUTO (LEGAL DEPARTMENT)
             RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR
             1600-100 LISBON
             PORTUGAL
```

Please note that your claim # 65663 in the above referenced case and in the amount of
         $59,597,321.58        has been transferred **(unless previously expunged by court order)**

```
        BANCO FINANTIA INTERNATIONAL LIMITED              BANCO FINANTIA INTERNATIONAL LIMITED
        TRANSFEROR: BANCO FINANTIA S.A.                   VENABLE LLP
        ATTN: RICARDO CUOTO (LEGAL DEPARTMENT)            ATTN: JORIAN ROSE
        RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR         1270 AVENUE OF AMERICAS
        LISBON    1600-100                                NEW YORK NY 10020
        PORTUGAL
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11182   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/07/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 7, 2010.

**EXHIBIT B**

BANCO FINANTIA INTERNATIONAL LIMITED
TRANSFEROR: BANCO FINANTIA S.A.
ATTN: RICARD CUOTO (LEGAL DEPATMENT)
RUA GENERAL FIRMINO MIGUEL, 5 – 1ST FLOOR
1600-100 LISBON
PORTUGAL

BANCO FINANTIA INTERNATIONAL LIMITED
VENABLE LLP
ATTN: JORIAN ROSE
1270 AVENUE OF AMERICAS
NEW YORK, NY 10020

BANCO FINANTIA S.A.
ATTN: RICARD CUOTO (LEGAL DEPATMENT)
RUA GENERAL FIRMINO MIGUEL, 5 – 1ST FLOOR
1600-100 LISBON
PORTUGAL

BANCO FINANTIA S.A.
ATTN: RICARDO CUOTO (LEGAL DEPATMENT)
RUA GENERAL FIRMINO MIGUEL, 5 – 1ST FLOOR
1600-100 LISBON
PORTUGAL