UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
        Debtors.                                               :
                                                               :    Ref. Docket No. 11251
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2010, I caused to be served the "Supplement to Motion for Authorization to Reject Certain Executory Contracts," dated September 10, 2010 [Docket No. 11251], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   /s/ Eleni Kossivas
                                                                   _____
Sworn to before me this                                            Eleni Kossivas
13th day of September, 2010

Notary BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

T:\Clients\LBH\Affidavits\Supp to Motion_DI_11251_Aff_9-10-10.doc

**EXHIBIT A**

*Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com

drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
graumane@sullcrom.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com

hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com

jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com

mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com

r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com

thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| STATE STREET BANK TRUST ATTN DENNIS FISHER | 860-244-1889 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| ALHAMBRA REDEVELOPMENT AGENCY, CITY OF ALHAMBRA | 111 SOUTH FIRST STREET ATTN: JULIO FUENTES, CITY MANAGER ALHAMBRA CA 91801 |
| ALLEN ACADEMY | C/O FIRST INDEPENDENCE NATIONAL BANK 44 MICHIGAN AVENUE ATTN: JIM BLANKS DETROIT MI 48226 |
| ASBURY PLACE | ONE GLASS STREET ATTN: CHAIRMAN CARNEGIE PA 15106 |
| ASBURY VILLAS | ONE GLASS STREET ATTN: CHAIRMAN CARNEGIE PA 15106 |
| BANK OF AMERICA ARIZONA | CORPORATE TRUST DEPARTMENT 6300 101 NORTH FIRST AVENUE SUITE 2000 ATTN: AUDREY ADAMIC PHOENIX AZ 85003 |
| BIG BEAR LAKE CA (CITY OF) | P.O. BOX 1929 BIG BEAR LAKE CA 92315 |
| BNY WESTERN TRUST COMPANY | 700 S. FLOWER STREET, SUITE 500 ATTN: JACKIE NOWAK LOS ANGELES CA 90017 |
| BNY WESTERN TRUST COMPANY | 700 FLOWER STREET SUITE 500 ATTN: ACCOUNT MANAGER / CHRISTINA D GARCHITORENA LOS ANGELES CA 90017 |
| BNY WESTERN TRUST COMPANY | 700 FLOWER STREET, SUITE 500 ATTN: CORPORATE TRUST DEPARTMENT – JACKI NOWAK LOS ANGELES CA 90017-4104 |
| BON SECOURS HEALTH SYSTEM, INC. | 1505 MARRIOTTSVILLE ROAD ATTN: CHIEF FINANCIAL OFFICER MARRIOTTSVILLE MD 21104 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE ATTN: PAMELA S. FORMICA, VP FINANCE LANCASTER PA 17606 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 1275 ALMSHOUSE ROAD ATTN: BENJAMIN W. JONES WARRINGTON PA 18976 |
| BUCKS COUNTY WATER AND SEWER AUTHORITY | 1275 ALMSHOUSE ROAD ATTN: ARTHUR J. HASS WARRINGTON PA 18976 |
| CALIFORNIA LUTHERAN UNIVERSITY | 60 WEST OLSEN ROAD, SUITE 1290 ATTN: VP FOR ADMINISTRATION AND FINANCE THOUSAND OAKS CA 91360-2700 |
| CATHOLIC HEALTH EAST | 14 CAMPUS BOULEVARD, SUITE 300 ATTN: VP, FINANCIAL SERVICES NEWTOWN SQUARE PA 19073-3277 |
| CATHOLIC HEALTHCARE WEST | 185 BERRY STREET, SUITE 300 ATTENTION: JESSE BEAN, VP TREASURY SERVICES SAN FRANCISCO CA 94107 |
| CHASE MANHATTAN TRUST COMPANY | NATIONAL ASSOCIATION ONE OXFORD CENTRE 301 GRANT STREET, SUITE 1100 ATTN: KEVIN ROCKWELL PITTSBURGH PA 15219 |
| CHASE MANHATTAN TRUST COMPANY, N. A. | ONE OXFORD CENTER, SUITE 119 ATTN: CORPORATE TRUST DEPARTMENT, KENT CHRISTIAN PITTSBURGH PA 15219 |
| CHITTENDEN TRUST COMPANY | TWO BURLINGTON SQUARE P.O. BOX 820 ATTN: INSTITUTIONAL TRUST SERVICES BURLINGTON VT 05402-0820 |
| CHITTENDEN TRUST COMPANY | INSTITUTIONAL TRUST SERVICES TWO BURLINGTON SQUARE PO BOX 820 ATTN: INSTITUTIONAL TRUST SERVICES BURLINGTON VT 05402-0820 |
| CITIZEN BANK OF RHODE ISLAND | ONE CITIZENS PLAZA ATTN: CORPORATE TRUST DEPARTMENT, JEFFERY FLETCHER PROVIDENCE RI 02903 |
| CITIZEN BANK OF RHODE ISLAND | ONE CITIZENS PLAZA ATTN: CORPORATE TRUST DEPARTMENT KATHLEEN CALDWELL TADDEI PROVIDENCE RI 02903 |
| CITY OF BIG BEAR LAKE, CALIFORNIA | DEPT OF WATER AND POWER 41972 GARSTIN DRIVE ATTN: GENERAL MANAGER BIG BEAR LAKE CA 92315-1929 |
| CITY OF PITTSBURG PUBLIC FINANCING AUTHORITY | C/O CITY OF PITTSBURG 65 CIVIC AVENUE ATTN: DIRECTOR OF FINANCE PITTSBURG CA 94565 |
| CITY OF ROSEVILLE | 311 VERNON STREET ATTN: RUSS BRANSON ROSEVILLE CA 95678 |
| CITY OF VANCOUVER WASHINGTON DOWNTOWN | REDEVELOPMENT AUTHORITY PO BOX 1995 ATTN: EXECUTIVE DIRECTOR VANCOUVER WA 98668-1995 |
| CLARA MARTIN CENTER | 11 MAIN STREET ATTN: AJ HORVATH, CHIEF FINANCIAL OFFICER RANDOLPH VT 05060 |
| COFFEE REGIONAL MEDICAL CENTER, INC. | 1101 OCILLA ROAD DOUGLAS GA 31534-1287 |
| COVENANT MEDICAL CENTER, INC. | 515 NORTH MICHIGAN ATTN: CHIEF FINANCIAL OFFICER SAGINAW MI 48602 |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | C/O VEOLIA WATER NORTH AMERICA – NORTHEA ATTN: JEFFREY L. LEVY, ESQ. 1115 W. CHESTNUT STREET, SUITE 303 BROCKTON MA 02301 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 6810 CRUMPLER, SUITE 100 ATTN: CORPORATE TRUST DEPARTMENT – RICK HANN OLIVE BRANCH MS 38654 |
| DISTRICT OF COLUMBIA | OFFICE OF THE CHIEF FINANCIAL OFFICER OFFICE OF FINANCE AND TREASURY ONE |

| Claim Name | Address Information |
|---|---|
| DISTRICT OF COLUMBIA | JUDICIARY SQUARE 441 4TH STREET, NW, SUITE 360 NORTH ATTN: DEPUTY CHIEF FINANCIAL OFFICER AND TREASURER WASHINGTON DC 20001 |
| DOUGLAS COUNTY HOUSING AUTHORITY | 5404 N. 107TH PLAZA ATTN: EXECUTIVE DIRECTOR OMAHA NE 68134 |
| ELWYN, INC. | 111 ELWYN ROAD ATTN: VICE PRESIDENT - FINANCE ELWYN PA 19063 |
| FIDELITY DEPOSIT AND DISCOUNT BANK | BLAKELY & DRINKER STREET ATTN: THOMAS NOREK, CORPORATE TRUST ADMINISTRATOR DUNMORE PA 18512 |
| FIFTH THIRD BANK | 38 FOUNTAIN SQUARE PLAZA MAIL STOP 10AT60 ATTN: CORPORATE TRUST DEPARTMENT, KEITH BROCK CINCINNATI OH 45263 |
| FIRST UNION NATIONAL BANK | 123 S. BROAD STREET (PA 1249) ATTN: CORPORATE TRUST DEPARTMENT - TERRY MCPOYLE PHILADELPHIA PA 19109 |
| FULTON FINANCIAL ADVISORS, N.A. | CORPORATE TRUST ONE PENN SQUARE ATTN: STUART W. JUPPENLATZ, VICE PRESIDENT LANCASTER PA 17602 |
| HEALTH CARE & REHABILITATION SERVICES | OF SOUTHEASTERN VERMONT ONE HOSPITAL COURT, SUITE 410 ATTN: HAL MOORE, INTERIM CHIEF FINANCIAL OFFICER BELLOWS FALLS VT 05101-1492 |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | ONE LIBERTY PLAZA 1650 MARKET STREET, 47TH FLOOR ATTN: CORPORATE TRUST - BETH ANN MACDONALD PHILADELPHIA PA 19103 |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | 660 SOUTH MILL AVENUE, FLOOR 4 ATTENTION: INSTITUTIONAL TRUST SERVICES MARK KRIETEMEYER TEMPE AZ 85281 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| JAMES E.SPIOTTO; ANNE E.ECKER; FRANKLIN H.TOP, III | CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FL. CHICAGO IL 60603 |
| JP MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | C/O JP MORGAN CHASE BANK CHASE TOWER HOUSTON, SUITE 1150 600 TRAVIS ST. ATTN: INSTITUTIONAL TRUST SERVICES HOUSTON TX 77002 |
| KATHRYN D. SALLIE | RHODES & SINON LLP ONE S. MARKET SQ., 12TH FL P.O. BOX 1146 HARRISBURG PA 17108-1146 |
| LACKAWANNA RIVER BASIN SEWER AUTHORITY | 145 BOULEVARD AVENUE ATTN: EXECUTIVE DIRECTOR THROOP PA 18512 |
| LASALLE BANK NATIONAL ASSOCIATION | 135 S. LASALLE STREET, SUITE 1960 ATTN: KRISTINE BRUTSMAN CHICAGO IL 60603 |
| LOS OSOS COMMUNITY SERVICES DISTRICT | 2122 9TH STREET ATTN: GENERAL MANAGER LOS OSOS CA 93402 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ONE M&T PLAZA, 7TH FLOOR ATTN: AARON MCMANUS BUFFALO NY 14203 |
| MUNSON-WILLIAMS-PROCTOR INSTITUTE | 310 GENESEE STREET ATTN: VICE PRESIDENT AND TREASURER TONY SPIRIDIGLOIZZI UTICA NY 13502 |
| NFI VERMONT, INC. | 30 AIRPORT RD ATTN: KATHY PETTENGILL, CHIEF FINANCIAL OFFICER S. BURLINGTON VT 05403 |
| NORTHERN KENTUCKY WATER DISTRICT | 100 AQUA DRIVE PO BOX 41076 ATTN: FINANCE DIRECTOR, MR. RON BROWN COLD SPRING KY 41076 |
| NORWEST BANK MINNESOTA, N. A. | 11000 BROKEN LAND PARKWAY ATTN: CORPORATE TRUST SERVICES COLUMBIA MD 21044 |
| NORWEST BANK MINNESOTA, N.A. | 11000 BROKEN LAND PARKWAY ATTN: CORPORATE TRUST DEPARTMENT, DEBRA S. TAYLOR COLUMBIA MD 21044 |
| PACIFIC UNIVERSITY | 2043 COLLEGE WAY ATTN: DARLENE MORGAN FOREST GROVE OR 97116 |
| PITTSBURGH PARKING AUTHORITY | 232 BOULEVARD OF THE ALLIES ATTN: DIRECTOR OF FINANCE / STEVE M. RUSSO PITTSBURGH PA 15222-1616 |
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION | ONE WEST EXCHANGE STREET ATTN: JOHN SHEEHAN PROVIDENCE RI 02903 |
| SOUTHEAST MISSOURI STATE UNIVERSITY | ONE UNIVERSITY PLAZA MS3200 ATTN: KATHY MANGELS CAPE GIRARDEAU MO 63701 |
| SPRINGHOUSE, INC. | 44 ALLANDALE STREET ATTN: EXECUTIVE DIRECTOR JAMAICA PLAIN MA 02130 |
| STATE STREET BANK AND TRUST COMPANY | TWO INTERNATIONAL PLACE ATTN: CORPORATE TRUST DIVISION BOSTON MA 02110 |
| SUMMIT ACADEMY | 30494 OLMSTEAD ATTN: MICHAEL WITUCKI, ED.D. FLAT ROCK MI 48134 |
| SUMMIT ACADEMY NORTH | ATTN: BRIAN BEAUDRIE 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUNTRUST BANK | CORPORATE TRUST DIVISION 25 PARK PLACE, 24TH FLOOR ATTN: GEORGE HOGAN ATLANTA GA 30303-2900 |
| THE BANK OF NEW YORK | 5 PENN PLAZA, 16TH FLOOR ATTN: GLENN KUNAK NEW YORK NY 10001 |

| Claim Name | Address Information |
|---|---|
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 700 SOUTH FLOWER STREET, SUITE 500 ATTENTION: CORPORATE TRUST DEPARTMENT LOS ANGELES CA 90017 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 550 KEARNY STREET, SUITE 600 ATTENTION: CORPORATE TRUST DEPARTMENT SAN FRANCISCO CA 94108-2527 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 550 KEARNY STREET, SUITE 600 ATTENTION: CORPORATE TRUST DEPT-MILLY CANESSA SAN FRANCISCO CA 94108-2527 |
| THE CHASE MANHATTAN BANK | 73 TREMONT STREET ATTN: CORPORATE TRUST GROUP, DON M. IACCHERI BOSTON MA 02108-3913 |
| THE CHILDREN'S VILLAGE | ATTN: FRANK CAVALIERO DOBBS FERRY NY 18091 |
| THE CITY OF LOS BANOS | 520 J STREET ATTN: DIRECTOR OF FINANCE / MELINDA WALL LOS BANOS CA 93635 |
| THE COUNTY OF DUPAGE, ILLINOIS | 421 NORTH COUNTY FARM ROAD ATTN:  FRED BACKFIELD, CFO WHEATON IL 60187 |
| THE ELIM PARK BAPTIST HOME, INC. | C/O WIGGIN & DANA ONE CITY PLACE 185 ASYLUM STREET HARTFORD CT 06103 |
| THE VILLAGE AT GERMANTOWN, INC. | C/O METHODIST HEALTHCARE 1211 UNION AVENUE ATTN: PRESIDENT MEMPHIS TN 38104 |
| TIMOTHY PILLAR, VP | U.S. BANK NATIONAL ASSOCIATION EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| TIMOTHY PILLAR, VP | CORPORATE TRUST SERVICES U.S. BANK NATIONAL ASSOCIATION EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| TRITON OCEAN STATE LLC | 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| U.S. BANK NATIONAL ASSOCIATION | 535 GRISWOLD STREET, SUITE 550 ATTN: CORPORATE TRUST DEPARTMENT, JIM KOWALSKI DETROIT MI 48226 |
| U.S. BANK NATIONAL ASSOCIATION | 180 E. 5TH AVENUE ATTN: CORPORATE TRUST DEPARTMENT – PAUL SATHE ST. PAUL MN 55101 |
| U.S. BANK NATIONAL ASSOCIATION | 60 LIVINGSTON AVENUE – EPMNWS3T ATTN: CORPORATE TRUST DEPARTMENT, PAUL SATHE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | 555 SW OAK STREET, PD-OR-P6TD ATTN: LINDA MCCONKEY PORTLAND OR 97204 |
| UNION BANK OF CALIFORNIA, N.A. | 120 SOUTH SAN PEDRO STREET, FOURTH FLOOR ATTN: CORPORATE TRUST DEPARTMENT LOS ANGELES CA 90012 |
| UNION BANK OF CALIFORNIA, NA | 120 SOUTH SAN PEDRO STREET, 4TH FLOOR ATTN: CORPORATE TRUST DIVISION, VIVIAN SAVEDRA LOS ANGELES CA 90012 |
| UNIVERSITY MEDICAL CENTER | 1501 NORTH CAMPBELL AVENUE ATTN: MR. GREGORY A PIVIROTTO, CEO AND MR. PITT R. CALKIN, CFO TUCSON AZ 85724 |
| VAL VERDE UNIFIED SCHOOL DISTRICT | 975 WEST MORGAN STREET ATTN: DEPUTY SUPERINTENDENT, BUSINESS SERVICES PERRIS CA 92751 |
| WASHINGTON COUNTY MENTAL HEALTH | P.O. BOX 647 ATTN: JANICE GUYETTE, CHIEF FINANCIAL OFFICER MONTPELIER VT 05601 |
| WELLS FARGO BANK NEBRASKA, N.A. | 1248 "O" STREET, 4TH FLOOR ATTN: CORPORATE TRUST DEPARTMENT RICHARD K. "CHIP" DEBUSE LINCOLN NE 68501-2408 |
| WELLS FARGO BANK, NA | MAC P6101-114 1300 SW FIFTH AVE. 11TH FLOOR ATTN: CORPORATE TRUST DEPARTMENT – BETH MOYER PORTLAND OR 97201 |

**Total Creditor count  88**