UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
         Debtors.                                                  :
                                                                   :    Ref. Docket Nos. 11256-11258
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2010, I caused to be served the:

    a. "Notice of Sixtieth Supplemental List of Ordinary Course Professionals," dated September 10, 2010 [Docket No. 11256], (the "60th OCP Notice"),

    b. "Declaration and Disclosure Statement of Vincent Reilly, on Behalf of KPMG," dated September 5, 2010 [Docket No. 11257], (the "KPMG Declaration"), and

    c. "Affidavit and Disclosure Statement of Julia Hardinger, on Behalf of Hardinger & Taneholz LLP," dated September 3, 2010 [Docket No. 11258], (the "Hardinger Affidavit"),

   by causing true and correct copies of the:

      i. 60th OCP Notice, KPMG Declaration and Hardinger Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

      ii. KPMG Declaration, to be delivered via electronic mail to Vincent Reilly, KPMG: vincent.reilly@kpmg.com,

      iii. Hardinger Affidavit, to be delivered via electronic mail to Julia Staunton Hardinger, Hardinger & Tanenholz Law: jhardinger@hardingerlaw.com, and

      iv.    60th OCP Notice, KPMG Declaration and Hardinger Affidavit, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of the U.S. Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brittany Whalen

Sworn to before me this
13th day of September, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-2-

T:\Clients\LBH\Affidavits\Ntc of 60th Supp OCP List; KPMG Retention Docs; Hardinger Retention Docs_DI_11256-11258_Aff_9-10-10.doc

# EXHIBIT A

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com