UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                    Debtors.                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 11220 & 11222

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        LAUREN RODRIGUEZ, being duly sworn, deposes and says:

        1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.    On September 10, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

        3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                          */s/ Lauren Rodriguez*

Sworn to before me this                                            Lauren Rodriguez
13th day of September, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

08-13555-mg    Doc 11295    Filed 09/13/10    Entered 09/13/10 17:56:52    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    ARIZONA PUBLIC SERVICE COMPANY
               ATTN: TIM BOLDEN, ESQ.
               400 NORTH FIFTH STREET
               MAIL STATION 9860
               PHOENIX AZ 85004

Additional:

Transferee:    SPCP GROUP, L.L.C.
               ATTN: BRIAN JARMAIN
               660 STEAMBOAT ROAD
               GREENWICH CT 08630

**Your transfer    of claim #    4015    is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 11220                Date 09/09/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 10, 2010.

# EXHIBIT B

```
TIME: 19:38:17                              LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 09/10/10                                    CREDITOR LISTING

Name                        Address
ARIZONA PUBLIC SERVICE COMPANY   ATTN: TIM BOLDEN, ESQ. 400 NORTH FIFTH STREET MAIL STATION 9860 PHOENIX AZ 85004
SPCP GROUP, L.L.C.               ATTN: BRIAN JARMAIN 660 STEAMBOAT ROAD GREENWICH CT 08630
SPCP GROUP, L.L.C.               ATTN: BRIAN JERMAIN 660 STEAMBOAT ROAD GREENWICH CT 06830

Total Number of Records Printed     3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC