THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' THIRTY-
SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS
OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN
THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO
DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, CASEY A. BURTON, AT 214-746-7700.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                          Debtors.       :    (Jointly Administered)
------------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' THIRTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that on September 13, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their thirty-seventh omnibus objection

to claims (the "Debtors' Thirty-Seventh Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Thirty-Seventh Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **October 27, 2010 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Thirty-Seventh Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg,

Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and

(iv) attorneys for the official committee of unsecured creditors appointed in these cases,

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York

10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be

so filed and received by no later than **October 18, 2010 at 4:00 p.m. (Eastern Time)** (the

"<u>Response Deadline</u>").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Thirty-Seventh Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Thirty-Seventh Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: September 13, 2010
      New York, New York

                    /s/ Shai Y. Waisman
                    Shai Y. Waisman
                    Randi W. Singer

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In re**                                                     :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :        **08-13555 (JMP)**
                                                              :
                                      **Debtors.**            :        **(Jointly Administered)**
------------------------------------------------------------------x

**DEBTORS' THIRTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, CASEY A. BURTON, AT 214-746-7700.**

US_ACTIVE:\43479377\04\58399.0003

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

## **Relief Requested**

1. The Debtors file this thirty-seventh omnibus objection to claims (the "Thirty-Seventh Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order disallowing and expunging the claims listed on Exhibit A annexed hereto.

2. The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Liability Claims") and have determined that they are asserting claims against entities that are not debtors in these jointly administered chapter 11 cases. Therefore, the Debtors have no liability for the No Liability Claims, and the Debtors request they be disallowed and expunged in their entirety.

3. The Debtors reserve all their rights to object on any basis to any No Liability Claim as to which the Court does not grant the relief requested herein.

## **Jurisdiction**

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

US_ACTIVE:\43479377\04\58399.0003

**Background**

5.      Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered an order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271].  The Bar Date Order identified the names and case number of each of the Debtors in these chapter 11 cases.  (Bar Date Ord. at 1 n.2.)  The Bar Date Order requires, among other things, that each proof of claim "state the name and case number of the specific Debtor against which it is filed . . . ."  (Bar Date Ord. at 6.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.      Claimants received notice of the Bar Date Order by mail.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice also was

posted on the docket, and the Bar Date Order was published in <u>The New York Times</u>

(International Edition), <u>The Wall Street Journal</u> (International Edition), and <u>The Financial Times</u>.

A list of the Debtors in these chapter 11 cases and their respective case numbers was included as

part of the Bar Date Notice as well as on the instructions to the proof of claim form.  (Bar Date

Notice at Schedule A.)  In accordance with  the Bar Date Order's requirement that claims be

filed against the proper Debtor, the Bar Date Notice stated, in bold-face type and in capital

letters, that "YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A

CLAIM AGAINST THE DEBTORS."  (*Id.* at 3.)

    10.  On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

<b><u>The No Liability Claims Should Be Disallowed and Expunged</u></b>

    11.  In their review of the claims filed on the claims register in these chapter 11

cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims

on <u>Exhibit A</u> as claims that assert claims against entities that are not debtors in these chapter 11

cases.  A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11

U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is

asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida*

*Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729

(REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr.*

*Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Moreover, Section 502(b)(1) of the

Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that

4

"such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

12.     The No Liability Claims are either claims against foreign and domestic affiliates of the Debtors that are not jointly administered in these chapter 11 cases or are claims asserted against parties unrelated to the Debtors, and do not set forth any legal justification for asserting a claim against a Debtor in these cases. Accordingly, the Debtors have no liability for the claims asserted, and the No Liability Claims should be disallowed and expunged in their entirety.

13.     Unless the No Liability Claims are disallowed and expunged, the potential exists for recoveries by parties who do not hold valid claims against the Debtors' estates. Thus, the Debtors respectfully request the Court enter an order disallowing and expunging in their entirety the No Liability Claims listed on <u>Exhibit A</u>.

### <u>Notice</u>

14.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Thirty-Seventh Omnibus Objection to Claims, in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635], on: (i) each claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: September 13, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 360 TREASURY SYSTEM AG GRUENEBURGWEG 16-18, FRANKFURT AM MAIN, 60322 GERMANY | | | 09/23/2008 | 11 | Undetermined | No Liability Claim |
| 2 | ADAMS, BLANCH R. MORGAN STANLEY CUSTOMER 5826 S. KING DRIVE CHICAGO, IL 60637 | | | 08/17/2009 | 8411 | $10,070.00 | No Liability Claim |
| 3 | AKSI INTERNATIONAL INC (#160334) ATUL JOGANI 57/14 BAAN SATHORN, SATHORN SOI1 SATHORN ROAD BANGKOK, 10120 THAILAND | | | 05/21/2009 | 4478 | $200,000.00 | No Liability Claim |
| 4 | ANGLICAN COMMUNITY FUND INC. 2ND FLOOR 573 HAY STREET PERTH, 6000 AUSTRALIA | | | 12/29/2008 | 1498 | $1,000,000.00 | No Liability Claim |
| 5 | ANSALDI, AMY 1524 BROADWAY ALAMEDA, CA 94501 | | | 09/22/2009 | 31932 | $3,000.00 | No Liability Claim |
| 6 | ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED MIFA CORP J2, 22 GREENVILLE STREET ST HELIER JERSEY, JE4 8PX1 UNITED KINGDOM | | | 09/15/2009 | 12708 | $13,404,919.19 | No Liability Claim |
| 7 | BECKER, JANIS 200 EAST 27TH ST APT 8H NEW YORK, NY 10016 | | | 09/21/2009 | 20230 | $114,000.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 8 | BEILE, WERNER DR., & ALICE<br>LECKINGSER STRASSE 208<br>ISERLOHN, 58640<br>GERMANY | | | 01/20/2009 | 1793 | $20,369.00 | No Liability Claim |
| 9 | BLOK, TH.A E/O C.G. BLOK-CLUWEN<br>ESPLANADE 77<br>1315 TE ALMERE,<br>NETHERLANDS | | | 10/26/2009 | 64060 | Undetermined | No Liability Claim |
| 10 | BOELE, F.A.<br>RINGMUS 40<br>HEEMSKERK, 1965 EG<br>NETHERLANDS | | | 10/19/2009 | 41242 | $24,000.00 | No Liability Claim |
| 11 | BOWLES, GEORGE R.<br>6428 STONE CREEK TRAIL<br>FORT WORTH, TX 76137 | | | 10/07/2008 | 116 | $16,000.00 | No Liability Claim |
| 12 | BRUNS, MICHAEL<br>ALTENHAEGER STRASSE 64<br>31558 HAGENBURG,<br>GERMANY | | | 10/16/2009 | 40896 | Undetermined | No Liability Claim |
| 13 | CUATRECASAS LLP<br>TOWER 42-20 FLOOR<br>25 OLD BROAD STREET<br>LONDON, EC2N 1HQ<br>UNITED KINGDOM | | | 09/21/2009 | 22785 | $205,501.89 | No Liability Claim |
| 14 | DALE LANGLEY AND CO<br>60 LOMBARD STREET<br>LONDON, EC3V 9EA<br>UNITED KINGDOM | | | 07/23/2009 | 5975 | $2,446.40 | No Liability Claim |
| 15 | DEL BALZO, LUDOVICO<br>23, PELHAM CRESCENT<br>LONDON, SW7 2NR<br>UNITED KINGDOM | | | 09/10/2009 | 11103 | $745,448.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | DRAKE, ALAN<br>55 SQUIRRELS HEATH ROAD<br>HAROLD WOOD<br>ROMFORD, RM3 0LS<br>UNITED KINGDOM | | | 09/09/2009 | 10977 | Undetermined | No Liability Claim |
| 17 | EFINANCIAL CAREERS LTD<br>2ND FLOOR STAPLETON HOUSE<br>29-33 SCRUTTON STREET<br>LONDON, EC2A 4HU<br>UNITED KINGDOM | | | 08/05/2009 | 7422 | $5,078.94 | No Liability Claim |
| 18 | EVERLEAD TRADING LIMITED<br>UBS AG, C/O ROHIT NANANI<br>#50-01 NORTH TOWER<br>ONE RAFFLES QUAY<br>, 048583<br>SINGAPORE | | | 07/21/2009 | 5803 | $250,000.00 | No Liability Claim |
| 19 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>8808 PFAFFIKON,<br>SWITZERLAND | | | 09/30/2008 | 61 | Undetermined | No Liability Claim |
| 20 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>PFAFFIKON, 8808<br>SWITZERLAND | | | 09/30/2008 | 62 | Undetermined | No Liability Claim |
| 21 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>PFAFFIKON, 8808<br>SWITZERLAND | | | 09/30/2008 | 63 | Undetermined | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | FIRST SECURITIES ASA<br>ATTN COMPLIANCE<br>PB 1441 VIKA<br>0115 OSLO<br>,<br>NORWAY | | | 10/07/2008 | 113 | $5,000.00 | No Liability Claim |
| 23 | FITCH TRAINING LIMITED<br>28 HEADFORT PLACE<br>LONDON, SW1X7DH<br>UNITED KINGDOM | | | 12/12/2008 | 1302 | $19,041.85 | No Liability Claim |
| 24 | GABAY, ALBERT<br>15 WHITMAN DR<br>BROOKLYN, NY 11234 | | | 08/24/2009 | 9154 | $3,970.00 | No Liability Claim |
| 25 | GERSON, JIMMY<br>COFRE DE PEROTE 359-3<br>LOMAS DE CHAPULTEPEC<br>MEXICO, DF CP11000<br>MEXICO | | | 02/23/2009 | 2973 | $60,000.00 | No Liability Claim |
| 26 | GOSS, ROBERT<br>12 EDGEHILL DRIVE<br>DARIEN, CT 06820 | | | 09/22/2009 | 31250 | $56,000.00 | No Liability Claim |
| 27 | GUEVOURA FUND LIMITED<br>210 NEPTUNE HOUSE<br>MARINA BAY,<br>GIBRALTAR | | | 09/16/2009 | 14180 | $2,065,723.83 | No Liability Claim |
| 28 | HAMSTER, KARL HANS<br>DANZIGER WEG 4<br>HOFHEIM, D-65719<br>GERMANY | | | 10/19/2009 | 41270 | Undetermined | No Liability Claim |
| 29 | HANG HING PRINTING CO., LTD<br>2 SHIN HING STREET 5/F<br>CENTRAL,<br>HONG KONG | | | 09/16/2009 | 14306 | $11,072.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | HILL & ASSOCIATES RISK CONSULTING SINGAPORE PTD LTD 51 CUPPAGE ROAD #10-18 STARHUB CENTRE KEENE, VA 229469 SINGAPORE | | | 08/31/2009 | 9939 | $1,929.69 | No Liability Claim |
| 31 | HILLMAN, ROBERT 514 W. 110TH ST., APT 9C NEW YORK, NY 10025 | | | 09/22/2009 | 27372 | $21,315.00 | No Liability Claim |
| 32 | HOFFMAN, RAINER GROSS HURDENER BERG 2 OVERATH, 51491 GERMANY | | | 11/20/2008 | 825 | Undetermined | No Liability Claim |
| 33 | HOLMES & COMPANY, LLP 888 SW 5TH AVE SUITE 470 PORTLAND, OR 97204 | | | 08/07/2009 | 7693 | $38,222.00 | No Liability Claim |
| 34 | IDEAGLOBAL (I.D.E.A INC) 100 WALL STREET, 19TH FLOOR NEW YORK, NY 10005 | | | 12/05/2008 | 1757 | $13,005.00 | No Liability Claim |
| 35 | ILEFINE PARTY LTD PO BOX 527 ROUND CORNER SYDNEY N.S.W., 2158 AUSTRALIA | | | 11/20/2008 | 817 | Undetermined | No Liability Claim |
| 36 | IMAGO DIGITAL LIMITED UNITER HOUSE 3 RADFORD WAY BILLERICAY, CM12 0DX UNITED KINGDOM | | | 07/23/2009 | 5936 | $37,189.60 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | INTERNATIONAL CAPITAL MARKET ASSOCIATION (ICMA) ICMA TALACKER 29, P.O. BOX 8022 ZURICH, SWITZERLAND | | | 12/15/2008 | 1341 | Undetermined | No Liability Claim |
| 38 | JANZ, DR. ROLF-DIETRICH & GERTRUD KAPITAN -DREYER-WEG 38 HAMBURG-BLANKENESE, 22587 | | | 01/21/2009 | 1835 | Undetermined | No Liability Claim |
| 39 | JOHN BROUGHAN & ASSOCIATES ""GOLEEN"",CROSS AVE., BLACKROCK,CO. DUBLIN, REP.OF IRELAND , IRELAND | | | 07/24/2009 | 6097 | $13,165.00 | No Liability Claim |
| 40 | JUDGE, FRANCIS J. 291 B LIBRA AVE MANDEVILLE, LA 70471-2858 | | | 09/04/2009 | 10434 | $8,000.00 | No Liability Claim |
| 41 | KASTNER, ERIKA & MANFRED, DR. RICARDA-HUCH-STR. 4 NEUMUNSTER, 24536 GERMANY | | | 01/20/2009 | 1800 | Undetermined | No Liability Claim |
| 42 | KONAN, ATAKAN CIFTEHAVUZLAR, GULDEN SOKAK OZDEN APT. NO 11 D. 11 KADIKOY, ISTANBUL, TURKEY | | | 12/03/2008 | 1186 | $18,000.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | KRENZ, GERD<br>ANWALTSSOZIETAT<br>HAGE & SCHOTT-ZETERBERG<br>RESIDENZTR. 106<br>BERLIN, 13409<br>GERMANY | | | 09/04/2009 | 10473 | $14,554.32 | No Liability Claim |
| 44 | LAI WING TAK<br>B5., 11/F., BLOCK B<br>HONG KONG INDUSTRIAL CENTRE,<br>489-491 CASTLE PEAK ROAD<br>KOWLOON,<br>HONG KONG | | | 03/23/2009 | 3452 | $1,333,330.00 | No Liability Claim |
| 45 | LIN, WONG YUK<br>FLAT 514, 5/F.<br>WING YAN HOUSE<br>TUNG YAN COURT<br>,<br>HONG KONG | | | 08/19/2009 | 8714 | $65,000.00 | No Liability Claim |
| 46 | MACFARLANES LLP<br>SEBASTIAN BYRON, CREDIT<br>CONTROL MANAGER<br>20 CURSITOR STREET<br>LONDON, EC4A 1BD<br>UNITED KINGDOM | | | 03/09/2009 | 3235 | $10,383.10 | No Liability Claim |
| 47 | MCCARTNEY, ALLISON BETH<br>121 WEST 19TH STREET, 7F<br>NEW YORK, NY 10011 | | | 11/24/2008 | 917 | $52,500.00 | No Liability Claim |
| 48 | MEHR, AMIR<br>5 HARTWELL DRIVE<br>BEACONSFIELD, BUCKS, HP9 1JA<br>UNITED KINGDOM | | | 09/21/2009 | 24320 | $37,235.94 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | MILLENNIUM MARKETING & MANAGEMENT PTY LTD 80 LANG ROAD CENTENNIAL PARK, NSW AUSTRALIA | | | 01/12/2010 | 66106 | Undetermined | No Liability Claim |
| 50 | MOY, EDMUND 40 ROLLING HILL DRIVE CHATHAM, NJ 07928 | | | 02/02/2009 | 2464 | $80,769.24 | No Liability Claim |
| 51 | OPEN SYSTEMS TECHNOLOGIES 462 FASHION AVE FL 15 NEW YORK, NY 100187429 | | | 09/22/2009 | 33115 | $158,375.00 | No Liability Claim |
| 52 | OSTER, JEFFREY 6 WING SET PLACE ALAMO, CA 94507 | | | 09/22/2009 | 33165 | $75,000.00 | No Liability Claim |
| 53 | OSTER, JEFFREY 6 WING SET PLACE ALAMO, CA 94507 | | | 09/22/2009 | 33166 | $200,000.00 | No Liability Claim |
| 54 | PARAMOUNT PRO PRINTING CORPORATION 418 SUMMIT AVE. JERSEY CITY, NJ 07306 | | | 09/26/2008 | 41 | $26,577.66 | No Liability Claim |
| 55 | PARK HYATT ZURICH BEETHOVENSTRASSE 21 ZURICH, 8002 SWITZERLAND | | | 09/22/2009 | 32012 | $2,563.41 | No Liability Claim |
| 56 | PARK HYATT ZURICH BEETHOSVENSTRASSE 21 ZURICH, 8002 SWITZERLAND | | | 09/22/2009 | 32013 | $12,355.60 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | RED HOUSE FINANCE LTD PORTCULLIS TRUSTNET (SINGAPORE) PTE LTD 6 TEMASEK BOULEVARD #09-05 SUNTEC TOWER FOUR SINGAPORE, 038986 | | | 05/19/2009 | 4453 | $1,000,000.00 | No Liability Claim |
| 58 | RED HOUSE FINANCE LTD PORTCULLIS TRUSTNET (SINGAPORE) PTE LTD 6 TEMASEK BOULEVARD #09-05 SUNTEC TOWER FOUR SINGAPORE, 038986 | | | 05/19/2009 | 4454 | $1,000,000.00 | No Liability Claim |
| 59 | ROCKWELL AUTOMATION HOLDINGS INC C/O UBS TRUSTEES (SINGAPORE) LTD. 5 TEMASEK BOULEVARD, #18-00 SUNTEC TOWER 5 , 038985 SINGAPORE | | | 06/10/2009 | 4834 | $1,000,000.00 | No Liability Claim |
| 60 | RODGERS, CATHERINE M. 477 HARRISON STREET NUTLEY, NJ 07110 | | | 12/04/2008 | 1217 | $10,950.00 | No Liability Claim |
| 61 | SANCIAUME, ANNE CHEMIN DE BERMOUCHE 1733 1997 HAUTE-NENDAZ, SWITZERLAND | | | 01/26/2009 | 1964 | $315.31 | No Liability Claim |
| 62 | SARAFF, SUSHEEL KUMAR & PUSHPA DEVI (#180522) 1349-62 SAICHOI MANSION 22ND FLOOR, TOWER B BANGKOK, 10600 THAILAND | | | 05/18/2009 | 4391 | $100,000.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | SCHUTZ, MARTINA BRIGITTE UND UDO<br>WASSERFALLSTRABE 297<br>GOLLING AN DER SALZACH, A-5440 | | | 09/22/2009 | 32241 | $11,761.60 | No Liability Claim |
| 64 | SEITZ, BERTWIN<br>BISCHOF-VON-LIGGG-STR. 4<br>DILLINGEN, 89407<br>GERMANY | | | 07/30/2009 | 6723 | $4,282.20 | No Liability Claim |
| 65 | STACK, RONALD A.<br>22 SHOREWOOD DRIVE<br>SANDS POINT, NY 11050 | | | 09/16/2009 | 13430 | $4,406,999.00 | No Liability Claim |
| 66 | SULLIVAN, MARK L.<br>21 OVERHILL AVENUE<br>RYE, NY 10580 | | | 01/27/2009 | 2074 | $125,000.00 | No Liability Claim |
| 67 | SULLIVAN, MARK L.<br>21 OVERHILL AVENUE<br>RYE, NY 10580 | | | 01/27/2009 | 2075 | $25,000.00 | No Liability Claim |
| 68 | TASS WERTPAPIERHANDELSBANK GMBH<br>AM UNTERTOR 4<br>SKORPIONHAUS<br>HOFHEIM, D65719<br>GERMANY | | | 07/20/2009 | 5638 | $2,942.00 | No Liability Claim |
| 69 | TELSTRA INTERNATIONAL HK LTD.<br>SUITE 2908, 29/F, DAH SING FINANCIAL CENTRE<br>108 GLOUCESTER ROAD, WANCHAI<br>,<br>HONG KONG | | | 09/11/2009 | 11371 | $4,477.80 | No Liability Claim |
| 70 | TOTAL DERIVATIVES<br>69 CARTER LANE<br>LONDON, EC4V 5EX<br>UNITED KINGDOM | | | 08/03/2009 | 7064 | $10,621.00 | No Liability Claim |

**OMNIBUS OBJECTION 37: EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | TREASURE COAST REGIONAL PLANNING COUNCIL 421 SW CAMDEN AVENUE STUART, FL 34994 | | | 12/19/2008 | 1394 | $17,403.77 | No Liability Claim |
| 72 | VROMEN, MICHAEL & RIVERA P.O. BOX 23421 TEL AVIV, 61L31 ISRAEL | | | 03/30/2009 | 3578 | $15,000.00 | No Liability Claim |
| 73 | WALKERS WALKER HOUSE 87 MARY STREET GEORGETOWN, KY1-9001 CAYMAN ISLANDS | | | 08/07/2009 | 7649 | $1,521.41 | No Liability Claim |
| 74 | WONG YUK LIN FLAT 514, 5/F., WING YAN HOUSE TUNG YAN COURT SHAU KEI WAN, HONG KONG | | | 04/24/2009 | 3949 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $28,177,385.75 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :        **08-13555 (JMP)**
                                                             :
                                       **Debtors.**     :        **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the thirty-seventh objection to claims, dated September 13, 2010 (the

"Thirty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and

expunging the No Liability Claims on the grounds that they assert claims against entities that are

not debtors in these jointly administered chapter 11 cases, all as more fully described in the

Thirty-Seventh Omnibus Objection to Claims; and due and proper notice of the Thirty-Seventh

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Thirty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Thirty-Seventh Omnibus Objection to Claims.

Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Thirty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE