**LOWENSTEIN SANDLER PC**
Ira M. Levee, Esq. (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

    and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

    Linda A. Russo, certifies as follows:

    1.    I am a legal secretary employed by the law firm of Lowenstein Sandler PC, Counsel to Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc., in the above captioned matter.

    2.    On September 14, 2010, I caused to be served the following via electronic and First Class Mail to the parties listed on the annexed Exhibit "A":

- Notice of Adjournment of Hearing of Motion by Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtor to Assume or Reject Executory Contracts Or Alternatively Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts

-2-

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 14, 2010

/s/ Linda A. Russo
Linda A. Russo

# Exhibit "A"
# Via First Class Mail

Sunny Singh, Esq.  
Zaw Win, Esq.  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

Andrew D. Velez-Rivera, Esq.  
Office of the United States Trustee  
for the Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, NY 10004

Dennis F. Dunne, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005