UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                :

In re                                        :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)

                 Debtors.        :        (Jointly Administered)

-----------------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS WITHIN
WHICH MERIT, LLC, LB SOMERSET LLC AND LB PREFERRED SOMERSET
LLC MAY FILE CHAPTER 11 PLANS AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion, dated September 2, 2010 (the "Motion") [Docket No. 11171], of Merit, LLC ("Merit"), LB Somerset LLC, and LB Preferred Somerset LLC (together, the "Somerset Debtors," and collectively with Merit, the "New Debtors") and their affiliated debtors in the above-referenced chapter 11 cases as debtors and debtors in possession, pursuant to section 1121(d) of title 11 of the United States Code, for a second extension of the exclusive periods during which only the New Debtors may file chapter 11 plans (the "Plan Periods") and solicit acceptances thereof (the "Solicitation Periods," and together with the Plan Period, the "Exclusive Periods") through and including February 15, 2011, and April 15, 2011, respectively, all as more fully described in the Motion; and a hearing to consider the Motion having been scheduled for September 22, 2010, which is after the date on which the New Debtors' Plan Periods expire; and the Court having determined that it is appropriate to enlarge the New Debtors' Exclusive Periods until such time as the Court considers and enters an order determining the Motion, it is hereby

2

ORDERED that the New Debtors' Exclusive Periods are extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
       September 14, 2010

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE