

**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**RAY J. CHACKO**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
(208) 287-7700
(208) 287-7719 (facsimile)
ISB No. 5862

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-13555 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) ) | **WITHDRAWAL OF PROOF OF CLAIM** |
| | ) | |
| Debtors. | ) ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proofs of Claim for property taxes located in Boise, Idaho, for the year 2009, filed with this Court on October 20, 2009, in the above Chapter 11. The Treasurer represents that all of the property taxes have been paid on these parcels for year 2009 listed below:

WITHDRAWAL OF PROOF OF CLAIM - Page 1
g:\rjc\bankruptcy\lehman brothers holdings  08-13555\pleadings\withdrawal of proof of claim.doc

| CLAIM NO. | PARCEL NO. | AMOUNT |
|---|---|---|
| 42592 | R2940610130 | $ 2,055.13 |
| 42591 | R8222370340 | $ 1,207.62 |

DATED this 7th day of September, 2010.

GREG H. BOWER
Ada County Prosecuting Attorney

By: /s/ _____
Ray J. Chacko
Deputy Prosecuting Attorney

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2010, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM to the following person(s) by the following method:

U.S. TRUSTEE
ATTN. BRIAN SHOICHI MASUMOTO
33 WHITEHALL ST., 21ST FLOOR
NEW YORK, NY 10004

____ Hand Delivery
  X  U.S. Mail
____ Certified Mail
____ Telecopy (FAX)

LORI R. FIFE
SHAI Y. WAISMAN
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

____ Hand Delivery
  X  U. S. Mail
____ Certified Mail
____ Telecopy (FAX)

/S/ Bonnie Tomlinson
Bonnie Tomlinson, Legal Assistant

WITHDRAWAL OF PROOF OF CLAIM - Page 2
g:\rjc\bankruptcy\lehman brothers holdings 08-13555\pleadings\withdrawal of proof of claim.doc