Hearing Date and Time:  September 22, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  September 15, 2010 at 4:00 p.m. (Prevailing Eastern Time)

GOODWIN PROCTER  LLP
Exchange Place
53 State Street
Boston, MA  02109
Telephone:  (617) 570-1000
Facsimile:    (617) 523-1231
Michael J. Pappone

Attorneys for Clayton Services, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION TO DEBTORS' MOTION, PURSUANT TO RULE 9019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 363
OF THE BANKRUPTCY CODE, FOR APPROVAL OF (I) A SETTLEMENT
AGREEMENT BETWEEN THE DEBTORS AND AURORA BANK FSB
REGARDING THE MASTER FORWARD AGREEMENT AND OTHER
MATTERS AND (II) CERTAIN OTHER RELATED RELIEF, INCLUDING
AUTHORIZATION OF (A) CERTAIN DEBTORS TO MAKE CAPITAL
TRANSFERS, (B) LBHI TO ENTER INTO A CAPITAL MAINTENANCE
AGREEMENT, AND (C) LBHI TO EXTEND THE DURATION OF THE
<u>AMENDED REPURCHASE AGREEMENT AND FINANCING FACILITY</u>**

TO THE HONORABLE JAMES J. PECK
UNITED STATES BANKRUPTCY JUDGE:

Clayton Services, Inc. ("Clayton") hereby objects to the entry of an order approving any

compromise of controversies between the moving parties and Aurora Bank FSB ("FSB") to the

extent such order might alter any rights of Clayton against FSB or any of the moving parties.

LIBC/3887555.1

## Limited Objection

1. Clayton and FSB were parties to a certain Master Servicing Agreement dated as of May 14, 2008 (the "Agreement").  Clayton performed all of its obligations under the Agreement.  FSB, who was obligated to pay for such services, however, arranged for Lehman Brothers, Inc. (and/or other of the debtors) ("Debtors") to make the actual payments.

2. By letter dated August 13, 2010, the Debtors, by and through their counsel, made demand upon Clayton for remittance of a certain sum to settle payments totaling $793,887 (the "Payments").

3. Clayton believes that all such payments relate to the Agreement, and would, to the extent recovered by the Debtors, give rise to an obligation on FSB's part to pay Clayton a sum equal to any such recoveries.

4. Clayton expects to vigorously defend any action the Debtors may bring to recover the Payments, and by this limited objection seeks only that any order authorizing the relief sought by the Debtors preserve any and all rights Clayton may have against FSB.  Clayton believes that neither FSB nor the Debtors intend to prejudice any of the rights of Clayton, the Debtors or FSB (the "Parties") with respect to any arrangements among them or with respect to any of the Payments.

LIBC/3887555.1

WHEREFORE, Clayton respectfully requests that the Court confirm that the entry of the relief sought by the Debtors shall not prejudice any of the rights of the Parties with respect to any arrangements among them or with respect to any of the Payments.

Dated:  September 15, 2010
       New York, New York

          /s/ Brian W. Harvey
Brian W. Harvey
GOODWIN PROCTER  LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Telephone:  (212) 813-8800
Facsimile:   (212) 355-3333
Attorneys for Clayton Services, Inc.

Michael J. Pappone
GOODWIN PROCTER  LLP
Exchange Place
Boston, MA  02109
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
Attorneys for Clayton Services, Inc.

LIBC/3887555.1