**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDING INC.**, *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE under 11 U.S.C. § 501.  Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. Rule 3001(e)(2) of the transfer, other than for security, of the claim referenced in this evidence and notice.

NAME OF TRANSFEROR:     Popular Gestión, S.G.I.I.C., S.A.
NAME OF TRANSFEREE:     Banco Popular Espanol S.A.
AMOUNT OF CLAIM:          $1,378,238.79
PROOF OF CLAIM NO.:       30092 (attached as Exhibit A hereto)
DATE CLAIM FILED:          September 22, 2009

An evidence of transfer of claim is attached as Exhibit B hereto.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the above listed claims to the Transferee at this address:

TRANSFEREE:     Banco Popular Espanol S.A.
Address:             Administración de Tesoreria
                        C/ Josè Ortega y Gasset 29, 1a. Planta
                        28006 Madrid, Spain
                        Attention: Mr. Carlos Vivas Sotillos and Mr. Marcos Subies Alvarez

Wire Transfer:    Banco Popular Español S.A.
                        Administración de Tesorería
                        28006-Madrid
                        Account number: POPUESMM

With a copy to:   Kaye Scholer LLP
                  425 Park Avenue
                  New York, New York 10022
                  Attention: Madlyn Gleich Primoff
                  Phone: 212-836-7042
                  Email: mprimoff@kayescholer.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: _____              Date: 1st September 2010
    Name of Transferee/Agent
Name: Eutiquio Morales
Title: Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## **EXHIBIT A**

Proof of Claim No. 30092

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000030092 |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor):

Popular Gestión, S.G.I.I.C., S.A.

Attention: Carmen Ortiz Castaño and Gonzalo Alias Delgado

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598
Attention: Madlyn Gleich Primoff, Esq.
Telephone number: 212-836-8000    Email Address: mprimoff@kayescholer.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Popular Gestión, S.G.I.I.C., S.A.
C/ Labastida 11
28034 Madrid (Spain)
Attention: Carmen Ortiz Castaño and Gonzalo Alias Delgado
Telephone number: 915208289    Email Address: galias@bancopopular.es

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 1,378,238.79 plus interest, costs and fees (See attached)

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Guarantee of Swap Agreement (See attached)
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: POPULAR GESTION SGIIC SA
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 18.09.09    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

31869336.pdf    **Gonzalo Alias Delgado**    CARMEN ORTIZ CASTAÑO
              Firma autorizada              Directora General

## **EXHIBIT B**

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, POPULAR GESTIÓN, S.G.I.I.C., S.A. ("Seller") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BANCO POPULAR ESPANOL S.A. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims against LEHMAN BROTHERS OTC DERIVATIVES INC. and LEHMAN BROTHERS HOLDINGS INC. (the "Debtors"), in the amount of $1,378,238.79, docketed as Claim No. 35432 and Claim No. 30092, respectively (the "Claims") in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claims to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, than an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claims, recognizing Purchaser as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of September 2010.

POPULAR GESTIÓN, S.G.I.I.C., S.A.
By: _____
Name: MIGUEL COLOMBÁS CALAFAT
Title: DIRECTOR GENERAL

RAFAEL HURTADO COLL
FIRMA AUTORIZADA

BANCO POPULAR S.A.
By: _____
Name: Eutimio Morales
Title: Controller