UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDING INC.**, *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE under 11 U.S.C. § 501. Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. Rule 3001(e)(2) of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NAME OF TRANSFEROR: | Popular Gestión, S.G.I.I.C., S.A. |
| NAME OF TRANSFEREE: | Banco Popular Espanol S.A. |
| AMOUNT OF CLAIM: | $1,378,238.79 |
| PROOF OF CLAIM NO.: | 35432 (attached as Exhibit A hereto) |
| DATE CLAIM FILED: | September 28, 2009 |

An evidence of transfer of claim is attached as Exhibit B hereto.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the above listed claims to the Transferee at this address:

| | |
|---|---|
| TRANSFEREE:<br>Address: | Banco Popular Espanol S.A.<br>Administración de Tesoreria<br>C/ Josè Ortega y Gasset 29, 1a. Planta<br>28006 Madrid, Spain<br>Attention: Mr. Carlos Vivas Sotillos and Mr. Marcos Subies Alvarez |
| Wire Transfer: | Banco Popular Español S.A.<br>Administración de Tesorería<br>28006-Madrid<br>Account number: POPUESMM |

<u>With a copy to:</u>   Kaye Scholer LLP
                        425 Park Avenue
                        New York, New York 10022
                        Attention: Madlyn Gleich Primoff
                        Phone: 212-836-7042
                        Email: mprimoff@kayescholer.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 1st September 2010
     Name of Transferee/Agent
Name: Eufrucio Morales
Title: Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.