**From:** ClaimResolutionAgreement [mailto:claimresolutionagreement@lbia-eu.com]
**Sent:** 05 February 2010 10:08
**To:** Browning , Mary Nell; Murrow, Robert
**Subject:** LBIE Claim Resolution Agreement: Further Information Required

Creditor Fund Name: GLG Credit Fund

GAC: 1058055

Account(s): 04790034

Thank you for submitting a Form of Acceptance for the referenced fund in respect of the Claim Resolution Agreement. We have been checking our records and are contacting you now to request further information about your claim. We will need this information to be able to confirm your accession in accordance with the terms and conditions of the Offer.

The trustee for the liquidation of Lehman Brothers Inc. ("**LBI**") (pursuant to the US Securities Investor Protection Act 1970, as amended) has brought to the Joint Administrator's attention that certain claims you allege against LBIE may be more properly dealt with as claims against LBI. In order to clarify this, we would be grateful if you could confirm whether you have filed a customer claim directly with the LBI trustee. In addition, please can you send to us any legal agreements with LBIE and/or LBI and/or other information which you may have in support of your claims (against LBIE or LBI) with respect to the following account(s):

04790034

This will greatly assist us when determining how best to progress your claims.

You will appreciate that, as a result, it will take a little longer to confirm your accession than initially envisaged. Therefore, we think it prudent to extend the notice period specified at Paragraph 13 of the Offer terms. For that purpose, we confirm that the Offer will remain open to you, and otherwise on the same terms. You do not need to submit another Form of Acceptance. We will contact you as soon as we practicably can with regard to the confirmations specified in the Offer terms.

**Please reply to this email by return to acknowledge this extension.**

In the meantime, if you have not already done so, please ensure that you submit your UPBS claim via the Client Information Portal in advance of the Bar Date. Further information on the Bar Date can be found in out 15 December 2009 Client Asset Update on the PwC website.
Please click here to access.
Should you have any questions in relation to this email, please direct them to
claimresolutionagreement@lbia-eu.com.

Please continue to check the PwC website for information on matters relating to the administration of LBIE.

Thank you.

Counterparty Communications and Management