ORIGINAL

1  Mark E. McKane, State Bar No. 230552
   Christopher W. Keegan, State Bar No. 232045
2  mmckane@kirkland.com
   ckeegan@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street
4  San Francisco, California 94104
   Telephone:  415 439-1400
5  Facsimile:  415 439-1500

6  *Attorneys for Defendant*
   *LBREP Lakeside SC Master I, LLC*

7

┌─────────────────────────────────┐
│           FILED                 │
│                                 │
│        DEC 0 1 2008             │
│                                 │
│   CLERK U.S. BANKRUPTCY COURT   │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY:                Deputy Clerk│
└─────────────────────────────────┘

8            **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10           **LOS ANGELES DIVISION**

11                                              **"BY FAX"**

12 | GRAMERCY WAREHOUSE FUNDING      | Related to:
   | I LLC,                          |
13 |                                 | Case No. 8:08-bk-15588-ES
   |            Plaintiff,            |
14 |                                 | Chapter 11 Case
   |        vs.                      |
15 |                                 | (Jointly administered with Case Nos. 8:08-bk-
   | LBREP/L-SUNCAL MASTER I LLC;    | 15637-ES; 8:08-bk-15639-ES; and 8:08-bk-
16 | SCC ACQUISITIONS, INC.; SCC     | 15640-ES)
   | ACQUISITIONS, LLC; SCC RANCH    |
17 | VENTURES, LLC; LBREP LAKESIDE   | **NOTICE OF REMOVAL OF STATE**
   | SC MASTER I, LLC; BRUCE ELIEFF; | **COURT CIVIL ACTION**
18 | and DOES 1 through 100, inclusive, |
   |                                 | Los Angeles County Superior Court
19 |            Defendants.          | Case No. BC397750

20

21

22     TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, ALL

23 PARTIES IN THE ABOVE-CAPTIONED STATE COURT CIVIL ACTION HEREBY

24 REMOVED, THE U.S. TRUSTEE, ALL OTHER INTERESTED PARTIES, THE CLERK

25 OF THE LOS ANGELES COUNTY SUPERIOR COURT, AND THE CLERK OF THE

26 UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

27 CALIFORNIA:

28     PLEASE TAKE NOTICE THAT LBREP Lakeside SC Master I, LLC ("LBREP

NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION – CASE NO. 8:08-BK-15588-ES

1  Lakeside") submits this Notice of Removal in accordance with Rule 9027 of the Federal Rules of

2  Bankruptcy Procedure, 28 U.S.C. § 1452(a) and 28 U.S.C. § 157(a) and respectfully represent as

3  follows:

4        1.     On September 9, 2008, Gramercy Warehouse Funding I LLC ("Gramercy")

5  initiated an action in the Superior Court of the State of California in and for the County of Los

6  Angeles, captioned *Gramercy Warehouse Funding I LLC v. LBREP/L-SunCal Master I LLC, et*

7  *al.*, Case No. BC397750, by the filing of a Complaint (the "State Court Action"). The State Court

8  Action seeks relief based on allegations of a fraudulent transfer from defendant LBREP/SunCal

9  Master I, LLC ("SunCal Master I") in the form of a $144 million dividend.

10        2.     On September 10, 2008, the day after Gramercy filed the State Court Action, a

11  group of SunCal Master I creditors filed an involuntary petition under Chapter 11 of the

12  Bankruptcy Code against it and three affiliated debtors in the United States Bankruptcy Court for

13  the Central District of California, Santa Ana Division. *See* Case Nos. 8:08-bk-15588-ES, 8:08-

14  15637-ES, 8:08-15639-ES, and 8:08-15640-ES (collectively the "Chapter 11 Cases".)

15        3.     On October 30, 2008, the Bankruptcy Court approved the appointment of a

16  Chapter 11 Trustee for the Chapter 11 Cases. On November 13, 2008, shortly after being

17  appointed, the Trustee drafted and submitted a proposed complaint that he intends to file on

18  behalf of SunCal Master I's estate. The proposed complaint asserts, among other allegations, a

19  fraudulent transfer claim based upon the same $144 million dividend that underlies Gramercy's

20  State Court Action. The Trustee has affirmatively indicated that he intends to pursue these claims

21  on behalf of the SunCal Master I estate in the Bankruptcy Court.

22        4.     This Notice of Removal is accompanied by a copy of the process and pleadings in

23  the State Court Action in accordance with Rule 9027(a)(1) of the Federal Rules of Bankruptcy

24  Procedure. The term "pleadings" is defined by Rule 7 of the Federal Rules of Civil Procedure.

25  Copies of the above-mentioned process and pleadings are to be filed contemporaneously with this

26  Notice of Removal. Copies of the Complaint filed in the State Court Action are attached hereto.

27  If additional documents relating to the State Court Action are required, LBREP Lakeside will

28  submit such documents. In addition, LBREP Lakeside is simultaneously filing a Motion to

-2-

1   Transfer the Action to the Bankruptcy Court of the Central District of California, Santa Ana

2   Division, where the related bankruptcy proceedings are pending.

3        5.    The State Court Action, including all claims and causes of action asserted therein,

4   is a civil action other than a proceeding before the United States Tax Court. It is not a civil action

5   by a governmental unit to enforce such governmental unit's policy or regulatory power.

6        6.    The State Court Action is a civil action that is related to the Chapter 11 Case. The

7   bankruptcy court presiding over the Chapter 11 Case has jurisdiction over each and every cause

8   of action asserted in the State Court Action under the provisions of 28 U.S.C. § 1334(b).  One of

9   the defendants in the State Court Action is SunCal Master 1, the debtor in the above-captioned

10  case (Case No. 8:08-bk-15588-ES) under Title 11 of the United States Code.  The action is one

11  which may be removed to this court pursuant to 28 U.S.C. § 1452 and this Notice of Removal is

12  being timely filed as required by Federal Rules of Bankruptcy Procedure Rule 9027 within 90

13  days after the order for relief in the case, which was issued on or about October 30, 2008.

14  Resolution of the causes of action asserted in the State Court Action may significantly affect the

15  administration of the estate.  The claims or causes of action in the State Court Action are core

16  proceedings under 28 U.S.C. § 157(b)(2)(H).

17       7.    A copy of the Notice for Removal is being filed today with the Clerk of the

18  Superior Court of the State of California in and for the County of Los Angeles, where the State

19  Court Action was initially filed.

20       8.    The State Court Action asserts only a single claim for fraudulent transfer and

21  removal of that claim and cause of action is authorized by 28 U.S.C. §§ 157, 1334, and 1452.

22  Removal is in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure.

23       **NOW THEREFORE**, all parties to the State Court Action pending in the State Court as

24  Case No. BC397750, are **HEREBY NOTIFIED**, pursuant to Rule 9027(e) of the Federal Rules

25  of Bankruptcy Procedure, as follows:

26       Removal of the State Court Action and all claims and causes of action therein was

27  effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court

28  pursuant to Rule 9027(c) of the Federal rules of Bankruptcy Procedure.  The State Court Action is

- 3 -

1    removed from the State Court to the United States Bankruptcy Court for the Central District of

2    California, Los Angeles Division. The parties to the State Court Action shall proceed no further

3    in the State Court unless and until the action is remanded by the bankruptcy court.

4    Dated: December 1, 2008                          Respectfully submitted,

5                                                     KIRKLAND & ELLIS LLP

6

7                                      By:  _____

8                                           Mark E. McKane, State Bar No. 230552
                                            Christopher W. Keegan, State Bar No. 232045
                                            mmckane@kirkland.com
9                                           ckeegan@kirkland.com
                                            KIRKLAND & ELLIS LLP
10                                          555 California Street
                                            San Francisco, California 94104
11                                          Telephone:     415 439-1400
                                            Facsimile:     415 439-1500
12

13                                          *Attorneys for Defendant*
                                            *LBREP Lakeside SC Master I, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION – CASE NO. 8:08-BK-15588-ES

# EXHIBIT

# A

ORIGINAL

LOS MARY ANN MURPHY

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Gary E. Gans (Bar No. 89537)
2  garygans@quinnemanuel.com
   David M. Grable (Bar No. 237765)
3  davegrable@quinnemanuel.com
   Curran M. Walker (Bar No. 251730)
4  curranwalker@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Plaintiff
   Gramercy Warehouse Funding I LLC

8

FILED
LOS ANGELES SUPERIOR COURT

SEP 09 2008

JOHN A. CLARKE, CLERK

BY CYNTHIA M. JACOBS, DEPUTY

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                    COUNTY OF LOS ANGELES

11 | GRAMERCY WAREHOUSE FUNDING I        CASE NO.   BC397750
   | LLC,
12 |                                     COMPLAINT FOR AVOIDANCE OF
   |               Plaintiff,            FRAUDULENT TRANSFERS UNDER
13 |                                     UNIFORM FRAUDULENT TRANSFER
   |        vs.                          ACT (CIVIL CODE § 3439.04) AND
14 |                                     COMMON LAW
   | LBREP/L-SUNCAL MASTER I LLC; SCC
15 | ACQUISITIONS, INC.; SCC
   | ACQUISITIONS, LLC; SCC RANCH
16 | VENTURES, LLC; LBREP LAKESIDE SC
   | MASTER I, LLC; BRUCE ELIEFF; and
17 | DOES 1 through 100, inclusive,
   |
18 |               Defendants.

19

20      Plaintiff Gramercy Warehouse Funding I LLC ("Gramercy") alleges:

21

22                      **SUMMARY OF ACTION**

23      1.    This action arises out of Defendant LBREP/L-SunCal Master I, LLC's

24 constructive fraudulent transfers of $144 million, for which it received no consideration, leaving it

25 without sufficient assets to conduct its business.  LBREP/L-SunCal Master I, LLC ("Borrower")

26 made the transfers using loan proceeds obtained through financing arrangements purportedly

27 designed to fund successful development of four real estate projects in Southern California (the

28 "Development Projects").

61263/2629483.1

COMPLAINT

1    2.    On February 6, 2006, Gramercy purchased a $45 million note, as part of a

2 Second Lien Credit Facility for Borrower, to help finance the Development Projects. On

3 information and belief, proceeds from this Second Lien Credit Facility, along with proceeds from

4 a First Lien Credit Facility, were used to pay $144 million to one or more of the other defendants

5 as return of equity and payment of dividends.

6    3.    Borrower did not receive reasonably equivalent value in exchange for the $144

7 million transferred to other parties; indeed, given the nature of the transfers, Borrower received

8 nothing in exchange.

9    4.    At the time it transferred the funds, Borrower (a) was engaged or was about to

10 engage in a business for which its remaining assets were unreasonably small in relation to the

11 business; and/or (b) intended to incur, or believed or reasonably should have believed it would

12 incur, debts beyond it ability to pay as they became due.

13    5.    Within months of transferring the funds, Borrower notified Gramercy and other

14 lenders that it would need a substantial additional infusion of cash to be able to continue to

15 develop the Development Projects.

16    6.    Gramercy Investment Trust ("Gramercy Trust") purchased a $16.8 million note

17 as part of a Third Lien Credit Facility for Borrower. Shortly thereafter, Gramercy, Gramercy

18 Trust and other lenders learned that Borrower was in default on its loans from Gramercy,

19 Gramercy Trust and others, that their loans would not be repaid, and that Borrower was

20 abandoning the Development Projects.

21

22                  **PARTIES**

23    7.    Gramercy is a limited liability company organized under the laws of Delaware

24 with its principal place of business in New York.

25    8.    Upon information and belief, Borrower is a limited liability company organized

26 under the laws of Delaware with its principal place of business in California.

27

28

-2-

Exhibit A

6

COMPLAINT

9.     Upon information and belief, Defendant SCC Acquisitions, Inc. is a corporation organized under the laws of California with its principal place of business in California, which also does business under the fictitious business names of "SunCal Companies" and "SunCal."

10.     Upon information and belief, Defendant SCC Acquisitions, LLC is a limited liability company organized under the laws of California with its principal place of business in California.

11.     Upon information and belief, Defendant SCC Ranch Ventures, LLC is a limited liability company organized under the laws of California with its principal place of business in California.

12.     Upon information and belief, Defendant LBREP Lakeside SC Master I, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in California.

13.     Upon information and belief, Defendant Bruce Elieff is an individual residing in California and is a shareholder and the President of SCC Acquisitions, Inc.

14.     The true names, identities and capacities of the defendants sued herein as Does 1 through 100 are unknown to plaintiff. The fictitiously named defendants are persons who participated in the constructive fraudulent transfers alleged herein and/or who received proceeds from the fraudulent transfers. When the names, identities and capacities of these fictitiously named defendants become known, Gramercy will amend this Complaint accordingly and otherwise proceed against them as if they had been named as parties upon the commencement of this action.

## STATEMENT OF FACTS

A.     **Background on Borrower and Related Defendants**

15.     On information and belief, Borrower is a joint venture between SCC Acquisitions, Inc. and Lehman Brothers Real Estate Partners, L.P. On information and belief, SCC Acquisitions, Inc. owns a 15% interest in Borrower through a subsidiary, SCC Ranch

1    Ventures, LLC. On information and belief, Lehman Brothers Real Estate Partners, L.P. owns an

2    85% interest in Borrower through a subsidiary, LBREP Lakeside SC Master I, LLC.

3         16.     On information and belief, Borrower was formed to develop parcels of land

4    located in Southern California, *i.e.* the Development Projects, for resale to homebuilders and

5    commercial developers. On information and belief, in late 2005, Borrower was the indirect owner

6    of two of the four parcels on which projects called McAllister Ranch and McSweeny Farms were

7    to be developed, the indirect owner of part of the parcel (and of an option to purchase the other

8    part of the parcel) on which a project called Summerwind Ranch was to be developed, and the

9    indirect owner of an option to purchase the parcel on which a project called Borchard Patterson

10    was to be developed.

11         17.     On information and belief, Borrower was operated by SCC Acquisitions, Inc.,

12    an entity which professed to be expert in developing real estate projects like the Development

13    Projects, including market and financial analysis of such projects, and to have a management team

14    focused on providing "[i]mproved return on capital while reducing downside risks."

15         18.     The relationships and ownership structures of these entities and parcels is, on

16    information and belief, as follows [see diagram on following page]:

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///



B. **The Second Lien Loan**

19.     On February 6, 2006, Gramercy purchased a $45 million note as part of a

Second Lien Credit Facility for Borrower pursuant to a second lien credit agreement (the "Second

Lien Credit Agreement").  As a result, Borrower became indebted to Gramercy in the amount of

$45 million plus interest.

20.     Lehman Brothers Inc. served as advisor, sole lead arranger, and sole

bookrunner for the Second Lien Loan.  Lehman Commercial Paper Inc. ("LCPI") served as

syndication agent and administrative agent for the Second Lien Loan.

///

///

///

**C.      The $144 Million Transfers**

21.      On information and belief, at around the time Gramercy purchased the $45 million note in the Second Lien Loan, Borrower made payment for the return of equity and dividends in a total amount of $144 million to one or more of LBREP Lakeside SC Master I, LLC, SCC Acquisitions, Inc., SCC Acquisitions LLC, SCC Ranch Ventures, LLC and Bruce Elieff (the "Transfers").

22.      On information and belief, Borrower did not receive reasonably equivalent value in exchange for the Transfers. Indeed, on information and belief, Borrower received no value in exchange for the Transfers.

23.      On information and belief, the Transfers gave various defendants -- including the owners of Borrower and related parties -- significant returns on their investment in Borrower. On information and belief, the Transfers were made at a time when Borrower was not close to completing the work on the Development Projects, which had to be developed and sold in order for Borrower to be able to pay its debt to Gramercy (or even to pay the development costs incurred for the Development Projects). Indeed, on information and belief, Borrower did not even own all of the land necessary to complete the Development Projects at the time the Transfers were made. On information and belief, Borrower knew or should have known that it would need substantial additional capital to complete the work on the Development Projects.

**D.      Borrower Was Left Without Sufficient Funds to Complete the Development Projects**

24.      On information and belief, at the time the Second Lien Credit Facility was established, Borrower had approximately $266 million in sources of funding; however, after the Transfers were made, Borrower was left with only approximately $3.7 million of cash and cash equivalents, a $25 million debt service reserve, $25 million in a development account and $75 million of available capacity under a revolving credit facility established pursuant to a First Lien Credit Facility. Moreover, under the credit agreements, the debt service reserve could not be used for development costs and there was a minimum liquidity requirement of $50 million. Therefore, on information and belief, Borrower had only approximately $79 million to fund the future

development costs of the Development Projects and its debt service. Consequently, Borrower was dependent on future sales of lots in the Development Projects to pay these development costs and the debt service.

25. On information and belief, given the existing liquidity of the company and market conditions at the time, the Transfers put Borrower in a position such that (a) it was engaged and about to engage in a business or a transaction for which its remaining assets were unreasonably small; and (b) it intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they matured.

26. Indeed, several months later, Borrower notified Gramercy and other lenders that it would need a substantial additional infusion of cash to be able to continue to develop the Development Projects.

**E.      The Third Lien Loan**

27. On March 9, 2007, Gramercy Trust purchased a note in the amount of $16,845,536 as part of a third lien credit facility for Borrower pursuant to a third lien credit agreement (the "Third Lien Credit Agreement"). On February 6, 2008, Gramercy succeeded to Gramercy Trust's interest in the Third Lien Loan.

28. Borrower thus became indebted to Gramercy in an additional amount of $16,845,536 plus interest in accordance with the Third Lien Credit Agreement.

29. Lehman Brothers Inc. served as advisor, sole lead arranger, and sole bookrunner for the Third Lien Loan and LCPI served as syndication agent and administrative agent for the Third Lien Loan.

**F.      Borrower Default**

30. Just eleven months after Gramercy Trust funded $16,845,536 of the Third Lien Loan, Gramercy, Gramercy Trust and other lenders received notice to the effect that Borrower was in default on the Second and Third Lien Loans and was abandoning the Development Projects.

///

///

///

61263/2629483.1

-7-

Exhibit A

11

COMPLAINT

# FIRST CAUSE OF ACTION

## Avoidance of Constructively Fraudulent Transfer Under Uniform

## Fraudulent Transfer Act, Civil Code Section 3439.04, and Common Law

### [Against All Defendants]

31.     Plaintiff re-alleges and incorporates herein by reference the allegations of paragraphs 1 through 30, inclusive, of this Complaint.

32.     Gramercy is a creditor of Borrower because (a) Borrower is obligated to repay Gramercy $45 million together with interest thereon pursuant to the second lien note held by Gramercy and the Second Lien Credit Agreement; and (b) Borrower is obligated to repay Gramercy $16,845,536 together with interest thereon pursuant to the third lien note held by Gramercy and the Third Lien Credit Agreement.

33.     The Transfers of $144 million to LBREP Lakeside SC Master I, LLC, SCC Ranch Ventures, LLC, SCC Acquisitions, Inc., SCC Acquisitions, LLC, Bruce Elieff and/or Does 1 through 100, and/or to any other immediate, mediate or subsequent transferee, constitute transfers of interests of Borrower in property. On information and belief, LBREP Lakeside SC Master I, LLC, SCC Ranch Ventures, LLC, SCC Acquisitions, Inc., SCC Acquisitions, LLC, Bruce Elieff and/or Does 1 through 100 were or are immediate, mediate or subsequent transferees of the $144 million.

34.     On information and belief, Borrower did not receive reasonably equivalent value in exchange for the Transfers.

35.     On information and belief, at the time Borrower made the Transfers, it (a) was engaged in a transaction, or was about to engage in a business, for which its remaining assets were unreasonably small in relation to the business; and (b) intended to incur, or believed or reasonably should have believed it would incur, debts beyond its ability to pay as they became due.

36.     By virtue of the foregoing, the Transfers should be avoided, and the funds transferred should be restored to Borrower.

///

///

# PRAYER FOR RELIEF

WHEREFORE, Gramercy respectfully request that the Court enter judgment and grant the following relief:

1. Avoidance of the Transfers set forth in the Complaint;

2. Damages against each transferee or person for whose benefit the Transfers were made in an amount equal to the lesser of the value of the asset transferred or the amount necessary to satisfy Gramercy's claim;

3. An award of all costs incurred in connection with this action;

4. An award of attorney's fees incurred in the prosecution of this action; and

5. Any and all such other relief as may be deemed appropriate by the Court.

DATED: September 9, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP


By: _____
Gary E. Gans
Attorneys for Plaintiff Gramercy
Warehouse Funding I LLC

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Gary E. Gans (89537)<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>garygans@quinnemanuel.com<br>TELEPHONE NO. (213) 443-3000  FAX NO. (213) 443-3100 | **FILED**<br>LOS ANGELES SUPERIOR COURT |

ATTORNEY FOR *(Name)*: Plf. GRAMERCY WAREHOUSE FUNDING I LLC

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 111 North Hill Street

MAILING ADDRESS: Same

CITY AND ZIP CODE: Los Angeles, CA 90071

BRANCH NAME: CENTRAL

SEP 09 2008

JOHN A. CLARKE, CLERK

BY CYNTHIA M. JACOBS, DEPUTY

| CASE NAME:<br>GRAMERCY WAREHOUSE FUNDING I LLC v.<br>LBREP/L-SUNCAL MASTER I LLC, et al. | | |
|---|---|---|
| **CIVIL CASE COVER SHEET**<br>[X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | **Complex Case Designation**<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | CASE NUMBER: BC397750<br>JUDGE<br>DEPT |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | *(Cal. Rules of Court, rules 3.400-3.403)* |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [X] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
   issues that will be time-consuming to resolve  in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action *(specify)*:

5. This case [ ] is  [X] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

Gary E. Gans (89537)
_____
(TYPE OR PRINT NAME)  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET**<br>Exhibit A | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|---|

14

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                                **CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)—Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
  *case involves an uninsured*
  *motorist claim subject to*
  *arbitration, check this item*
  *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or*
  *toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil*
  *harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer*
      *or wrongful eviction)*
  Contract/Warranty Breach—Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally*
  *complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent*
    *domain, landlord/tenant, or*
    *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
  *drugs, check this item; otherwise,*
  *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex*
  *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-*
    *domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
  *above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-*
    *harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified*
  *above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

Exhibit A

15

| SHORT TITLE: GRAMERCY WAREHOUSE FUNDING I LLC v. LBREP/L-SUNCAL MASTER I LLC, et al. | CASE NUMBER |
|---|---|
| | BC397750 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I.  Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 7 [ ] HOURS/ [X] DAYS

Item II.  Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:**  After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:**  Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:**  In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:**  Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Auto Tort** | | |
| Auto (22) | [ ] A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | [ ] A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | | |
| Asbestos (04) | [ ] A6070  Asbestos Property Damage | 2. |
| | [ ] A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| Product Liability (24) | [ ] A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | [ ] A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | [ ] A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | [ ] A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | [ ] A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | [ ] A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | [ ] A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | | |
| Business Tort (07) | [ ] A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| Civil Rights (08) | [ ] A6005  Civil Rights/Discrimination | 1., 2., 3. |
| Defamation (13) | [ ] A6010  Defamation (slander/libel) | 1., 2., 3. |
| Fraud (16) | [ ] A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4

LA-481

Exhibit A

| SHORT TITLE: GRAMERCY WAREHOUSE FUNDING I LLC v. LBREP/L-SUNCAL MASTER I LLC, et al. | | CASE NUMBER |
|---|---|---|

| **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort (Cont'd.)** | | |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☒ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109 Labor Commissioner Appeals | 10. |
| **Contract** | | |
| Breach of Contract/Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation Number of parcels _____ | 2. |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | ☐ A6032 Quiet Title | 2., 6. |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | | |
| Unlawful Detainer - Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**
Exhibit A
17

| SHORT TITLE: GRAMERCY WAREHOUSE FUNDING I LLC v.<br>LBREP/L-SUNCAL MASTER I LLC, et al. | CASE NUMBER |
|---|---|

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Writ of Mandate**<br>(02) | ☐ A6151 Writ - Administrative Mandamus | 2., 8. |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| **Other Judicial Review**<br>(39) | ☐ A6150 Other Writ / Judicial Review | 2., 8. |
| **Antitrust/Trade<br>Regulation (03)** | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| **Construction Defect (10)** | ☐ A6007 Construction defect | 1., 2., 3. |
| **Claims Involving Mass<br>Tort (40)** | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| **Securities Litigation (28)** | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| **Toxic Tort<br>Environmental (30)** | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| **Insurance Coverage<br>Claims from Complex<br>Case (41)** | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement<br>of Judgment**<br>(20) | ☐ A6141 Sister State Judgment | 2., 9. |
| | ☐ A6160 Abstract of Judgment | 2., 6. |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | ☐ A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| **RICO (27)** | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| **Other Complaints<br>(Not Specified Above)**<br>(42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Partnership Corporation<br>Governance (21)** | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| **Other Petitions<br>(Not Specified Above)**<br>(43) | ☐ A6121 Civil Harassment | 2., 3., 9. |
| | ☐ A6123 Workplace Harassment | 2., 3., 9. |
| | ☐ A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9 |
| | ☐ A6190 Election Contest | 2. |
| | ☐ A6110 Petition for Change of Name | 2., 7. |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | ☐ A6100 Other Civil Petition | 2., 9. |

Side labels: Judicial Review [Cont'd] | Previously Complex Litigation | Enforcement of Judgment | Miscellaneous Civil Complaints | Miscellaneous Civil Petitions

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

Exhibit A

18

| | |
|---|---|
| SHORT TITLE: GRAMERCY WAREHOUSE FUNDING I LLC v. LBREP/L-SUNCAL MASTER I LLC, et al. | CASE NUMBER |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS |
|---|---|
| ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | 3500 West Olive Ave., Ste650 |

| CITY: Burbank | STATE: CA | ZIP CODE: 91505 |
|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Superior Court</u> <u>State of California</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: 9-9-08

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Exhibit A

# EXHIBIT

# B

**ORIGINAL**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Gary E. Gans (Bar No. 89537)
2   garygans@quinnemanuel.com
    David M. Grable (Bar No. 237765)
3   davegrable@quinnemanuel.com
    Curran M. Walker (Bar No. 251730)
4   curranwalker@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Gramercy Warehouse
    Funding I LLC

8

**FILED**
LOS ANGELES SUPERIOR COURT

SEP 3 0 2008

JOHN A. CLARKE, CLERK

BY GLORIETTA ROBINSON, DEPUTY

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      COUNTY OF LOS ANGELES

11                          CENTRAL DISTRICT

12
    GRAMERCY WAREHOUSE                    CASE NO. BC397750
13  FUNDING I LLC,

14          Plaintiff,                    FILING OF SUMMONS AND PROOF
                                          OF SERVICE OF COMPLAINT AND
15      vs.                               RELATED DOCUMENTS ON
                                          DEFENDANT LBREP LAKESIDE SC
16  LBREP/L-SUNCAL MASTER I LLC;          MASTER I LLC
    SCC ACQUISITIONS, INC.; SCC
17  ACQUISITIONS, LLC; SCC RANCH
    VENTURES, LCC; LBREP
18  LAKESIDE SC MASTER I, LLC,            Assigned to Hon. Mary Ann Murphy
    BRUCE ELIEFF; and DOES 1 through
19  100 inclusive,                        Filing Date: Sept. 9, 2008
                                          Trial Date:  None Set
20          Defendant.
                                          Dept - 25
21

22

23

24

25

26  ///

27  ///

28  ///

61263/2651715.1

Exhibit B
20

Case No. BC397750
Filing of Summons/POS

**SUMMONS**
*(CITACIÓN JUDICIAL)*
**ORIGINAL**

**SUM-100**

ORIGINAL
CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 0 9 2008

John A. Clarke, Executive Officer/Clerk

By _____, Deput
CYNTHIA M. JACOBS

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LBREP/L-SUNCAL MASTER I LLC; SCC ACQUISITIONS, INC.;
SCC ACQUISITIONS, LLC; SCC RANCH VENTURES, LLC; LBRE
LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; and DOES 1
through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GRAMERCY WAREHOUSE FUNDING I LLC

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Los Angeles Superior Court - State of California
111 North Hill Street
Los Angeles, CA

CENTRAL JUDICIAL DISTRICT

CASE NUMBER:
*(Número del Caso):* BC397750

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gary E. Gans (89537)      T: 213-443-3000      F: 213-443-3100
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California

DATE: SEP 0 9 2008      John A. Clarke      Clerk, by CYNTHIA JACOBS , Deputy
*(Fecha)*      *(Secretario)*      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

Exhibit B
21

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, nd address): | FOR COURT USE ONLY |
|---|---|
| Curran M. Walker, Esq. (#251730)<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 443-3000 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name) Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: GRAMERCY WAREHOUSE FUNDING I LLC | BC 397 750 |
| DEFENDANT/RESPONDENT: LBREP/L-SUNCAL MASTER I LLC | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Assignment; Civil Case Cover Sheet Addendum,

3. a. Party served *(specify name of party as shown on documents served):*
   LBREP LAKESIDE SC MASTER I LLC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Olivia Arsenault, authorized to receive service of process

4. Address where the party was served:
   3500 West Olive Avenue, Suite 650, Burbank, CA 91505

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* Sept. 10, 2008 (2) at *(time):* 11:48 a.m.
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit B
22

| PLAINTIFF/PETITIONER: GRAMERCY WAREHOUSE FUNDING I LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LBREP/L-SUNCAL MASTER I LLC | BC 397 750 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date):*                               (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section).*

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **LBREP LAKESIDE SC MASTER 1 LLC,**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: Mark Shurlock, Now Legal Service
  b. Address: 1301 West 2nd Street, Suite 101, Los Angeles, CA 90026
  c. Telephone number: (213) 482-1567
  d. The fee for service was: $ 39.50
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: 5426
      (iii) County: Los Angeles

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: September 10, 2008

Mark Shurlock
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

Exhibit B
23

## PROOF OF SERVICE

I, Katherine L. Roberts, am employed in the County of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is 555 California Street, San Francisco, California 94104-1501.

On December 1, 2008, I served the original of the foregoing document described as:

**NOTICE OF REMOVAL OF SATE COURT CIVIL ACTION AND DEFENDANT LBREP LAKESIDE SC MASTER I, LLC'S RULE 7.1 DISCLOSURE STATEMENT** on the interested parties in this action as follows:

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[X] By Electronic Transmission. I caused an electronic transmission (email) to be sent to the email addresses listed for each of the parties

[ ] By transmitting via facsimile, the document(s) listed above to the fax number set forth above on this date before 5:00 p.m. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

### See Attached Service List

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 1, 2008, at San Francisco, California.

_Katherine L. Roberts_
Katherine L. Roberts

## SERVICE LIST

| | |
|---|---|
| **Counsel for Chapter 11 Trustee**<br><br>WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Attn:   Evan D. Smiley<br>          ESmiley@wgllp.com | **Chapter 11 Trustee**<br><br>SIEGEL, GOTTLIEB, MANGEL & LEVINE<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, California 91403<br>Attn:   Alfred H. Siegel<br>          ahstrustee@horwathcal.com |
| **Proposed Counsel for Joint Committee of Creditors Holding Unsecured Claims**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:   Daniel H. Reiss<br>          dhr@lnbrb.com | **Proposed Counsel for Debtors**<br><br>CLARKSON, GORE & MARSELLA, APLC<br>3423 Carson Street, Suite 350<br>Torrance, California 90503<br>Attn:   Scott C. Clarkson<br>          sclarkson@lawcgm.com |
| **Counsel for Gramercy Warehouse Funding I, LLC**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:   Daniel H. Reiss<br>          dhr@lnbrb.com<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Attn:   Van Durrer<br>          vdurrer@skadden.com | **Counsel for Lehman Commercial Paper, Inc., as First Lien Administrative Agent for the First Lien Lenders**<br><br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, California 90071<br>Attn:   David Zaro<br>          dzaro@allenmatkins.com<br><br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn:   George A. Davis<br>          george.davis@cwt.com |
| **Counsel for SunCal Management**<br><br>WINTHROP COUCHOT<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, California 92660<br>Attn:   Paul Couchot<br>          pcouchot@winthropcouchot.com | **Counsel for Superior Pipelines, Inc.**<br><br>KELIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP<br>4550 California Avenue, Second Floor<br>Bakersfield, California 93309<br>Attn:   Thomas Scott Belden<br>          sbelden@kleinlaw.com |

2

Proof of Service

| | | |
|---|---|---|
| 1 | **Counsel for the Highland Entities** | **Counsel for U.S. Trustee** |
| 2 | WARNER STEVENS, L.L.P. | OFFICE OF THE U.S. TRUSTEE |
| | 301 Commerce Street, Suite 1700 | 411 W. 4th Street, Suite 9041 |
| 3 | Fort Worth, Texas 76102 | Santa Ana, California 92701 |
| | Attn: Michael D. Warner | Attn: Michael J. Hauser, Esq. |
| 4 | mwarner@warnerstevens.com | Michael.Hauser@usdoj.gov |
| 5 | **Counsel for General Electric Capital Corporation** | **Counsel for RBF Consulting** |
| 6 | | |
| | GLASS & GOLDBERG | RUS, MILIBAND & SMITH, APC |
| 7 | 21700 Oxnard St., Suite 430 | 2600 Michaelson Dr Ste 700 |
| | Woodland Hills, California 91367 | Irvine, California 92612 |
| 8 | Attn: Marshall F Goldberg | Attn: Ronald Rus |
| | mgoldberg@glassgoldberg.com | rrus@rusmiliband.com |
| 9 | | |
| 10 | Robert P. Goe | **Counsel for John D. Scripter dba Masonry Plus, Klassen Corporation, Landscape** |
| | **GOE & FORSYTHE, LLP** | **Development, Inc., Pacific Advanced Civil** |
| 11 | 660 Newport Center Drive, Suite 320 | **Engineering, Inc., Pacific Soils Engineering,** |
| | Newport Beach, California 92660 | **Inc., Southwestern Equipment LLC, Van** |
| 12 | Attn: Robert P Goe | **Dyke Landscaping** |
| | rgoe@goeforlaw.com | |
| 13 | | LEVENE, NEALE, BENDER, RANKIN & |
| | | BRILL LLP |
| 14 | | 10250 Constellation Blvd., Suite 1700 |
| | | Los Angeles, California 90067 |
| 15 | | Attn: Craig M Rankin |
| | | cmr@lnbrb.com |
| 16 | | |
| 17 | **Counsel for LBREP/L-SunCal Master I LLC; LBREP/L- SunCal McAllister Ranch,** | **Counsel for Defendants SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch** |
| | **LLC; LBREP/L- SunCal McSweeny Farms,** | **Ventures, LLC and Bruce Elieff** |
| 18 | **LLC; LBREP/L- SunCal Summerwind, LLC;** | MILLER BARONDESS, LLP |
| 19 | | 1999 Avenue of the Stars, Suite 1000 |
| | LEVENE, NEALE, BENDER, RANKIN & | Los Angeles, CA 90067 |
| 20 | BRILL LLP | Attn: James Miller, Esq. |
| | 10250 Constellation Blvd., Suite 1700 | jmiller @millerbarondess.com |
| 21 | Los Angeles, California 90067 | |
| | Attn: Craig M Rankin | |
| 22 | cmr@lnbrb.com | |
| 23 | | |
| 24 | | |
| 25 | | |

Proof of Service

| **Counsel for Defendants LBREP/L-SUNCAL MASTER I LLC** | **Counsel for Plaintiff Gramercy Warehouse Funding I LLC** |
| --- | --- |
| CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Attn: Scott C. Clarkson<br>      sclarkson@lawcgm.com | QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Attn: Gary E. Gans<br>      garygans@quinnemanuel.com |

4

**Proof of Service**

ORIGINAL

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Gramercy Warehouse Funding I LLC | LBREP Lakeside SC Master I, LLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Gary Gans<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 Figueroa St., Los Angeles, CA 90017 | Mark E. McKane<br>Christopher W. Keegan<br>KIRKLAND & ELLIS, LLP<br>555 California Street, San Francisco, CA 94104 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☑ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT:** $ 144,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1452 - Removal

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): 8:08-bk-15588-ES; 8:08-bk-15637-ES; 8:08-bk-15639-ES; 8:08-bk-15640-ES

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events, or
    ☑ B. Call for determination of the same or substantially related or similar questions of law and fact, or
    ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(b)  List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** *Christopher W. Keegan*     Date  12/01/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 2 of 2

**ORIGINAL**

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Mark E. McKane, State Bar No. 230552
Christopher W. Keegan, State Bar No. 232045
mmckane@kirkland.com
ckeegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Stret'
San Francisco, CA 94104
Tel: 415-439-1400 / Fax: 415-439-1500

ATTORNEYS FOR: Defendant LBREP Lakeside SC Master I, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GRAMERCY WAREHOUSE FUNDING I LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:08-bk-15588-ES |
| v. | |
| LBREP/L-SunCal Master I LLC; SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch Ventures, LLC; LBREP Lakeside SC Master I LLC : Bruce Elieff and DOES 1 through 100, Inclusive   Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  LBREP Lakeside SC Master I, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Gremercy Warehouse Funding | Plaintiff |
| LBREP/L-SunCal Master I, LLC | Defendant / Debtor |
| SCC Acquisitions, Inc. | Defendant |
| SCC Acquisitions, LLC | Defendant |
| SCC Ranch Ventures LLC | Defendant |
| LBREP Lakeside SC Master I, LLC | Defendant |
| Bruce Elieff | Defendant |

12/01/08
Date

Christopher W. Keegan /ks
Sign

LBREP Lakeside SC Master I, LLC
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)