```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  )  Chapter 11
  In re                                           )
                                                  )  Case No. 08-13555 (JMP)
  LEHMAN BROTHERS HOLDINGS INC., et al.,          )
                                                  )
                                      Debtors.    )  (Jointly Administered)
                                                  )
                                                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER PURSUANT TO
### SECTION 105 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING THAT CERTAIN AMENDED AND RESTATED COMPROMISE BY AND AMONG LEHMAN COMMERCIAL PAPER INC., ALFRED H. SIEGEL, AS CHAPTER 11 TRUSTEE FOR THE SUNCAL DEBTORS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE SUN CAL BANKRUPTCY CASES

Upon the motion, dated September 2, 2010 ( "Motion"),1 of Lehman Commercial Paper Inc. ("LCPI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, the "Debtors" ), pursuant to section 105 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") for authorization to enter into and approval of a settlement pursuant to the amended and restated term sheet annexed to the Motion as Exhibit A (the "Amended Term Sheet"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.eC. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§

---

1    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

1    DeltaView comparison of pcdocs://lacsr02a/616595/1 and pcdocs://lacsr02a/616595/4. Performed on 9/15/2010.

1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to the SunCal Trustee, (vii) counsel to the SunCal Committee, and (viii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of LCPI and its estate and that the legal and factual bases set forth in the Motion and on the record establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, the Amended Term Sheet is approved, and LCPI is duly authorized to (i) consummate all of the transactions contemplated thereby and (ii) execute and deliver such documents and instruments and to take such other actions as may be reasonably necessary to consummate the transactions contemplated by the Amended Term Sheet, it being understood that any actions described in this paragraph taken by LCPI or its affiliates may be taken without the necessity of any further Court proceedings or approval and shall be conclusive and binding in all respects on all parties in interest in these cases; and it is further

ORDERED that the Amended Term Sheet and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by such parties, and in accordance with the terms thereof, without further order of the Court,

---

2    DeltaView comparison of pcdocs://lacsr02a/616595/1 and pcdocs://lacsr02a/616595/4. Performed on 9/15/2010.

*provided* that any such modification, amendment or supplement does not have a material adverse effect on LCPI's estate; and it is further

ORDERED that, notwithstanding anything to the contrary in the Amended Term Sheet and this Order, nothing in the Amended Term Sheet is intended to affect the rights, if any, of the 2nd Lien Lenders other than the LCPI 2nd Lien Lender, the 3rd Lien Lenders other than the LCPI 3rd Lien Lender or any other Person as defined in the Amended Term Sheet, expect to the extent that a Person is a party to the Amended Term Sheet, with such Person's rights being affected to the extent expressly provided in the Amended Term Sheet; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order; provided however nothing contained in this decretal paragraph is intended to reduce the exclusive jurisdiction of or predetermine any concurrent jurisdiction otherwise vested in the Bankruptcy Court for the Central District of California in the SunCal Bankruptcy Case; and it is further

ORDERED that [**OPTION A**: the automatic stay of section 362(a) of the Bankruptcy Code is modified to permit parties in interest in the SunCal Bankruptcy Cases to take discovery of LCPI]

[**OPTION B**: ORDERED that the Court hereby appoints a special examiner under section 1104(c) of the Bankruptcy Code for the limited purpose of investigating the SunCal Estate Claims against LCPI, issuing a report regarding same and mediating any disputes regarding same; and it is further

ORDERED that the parties shall meet and confer together and with the United States Trustee in connection with the designation of the special examiner and the scope of the special examiner's duties and powers].

---

3   DeltaView comparison of pcdocs://lacsr02a/616595/1 and pcdocs://lacsr02a/616595/4. Performed on 9/15/2010.

Dated: New York, New York
      September __, 2010

                                                               _____
                                                               United States Bankruptcy Judge

---

4     DeltaView comparison of pcdocs://lacsr02a/616595/1 and pcdocs://lacsr02a/616595/4. Performed on 9/15/2010.

Document comparison done by DeltaView on Wednesday, September 15, 2010 12:47:38 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://lacsr02a/616595/1 |
| Document 2 | pcdocs://lacsr02a/616595/4 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| <Moved from > | |
| >Moved to < | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 21 |
| Deletions | 14 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 6 |
| Total changes | 41 |