EXHIBIT A

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case Nos. 08-13555(JMP); 08-01420(JMP)(SIPA)

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


LEHMAN BROTHERS HOLDINGS INC., et al.

            Debtors.

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


LEHMAN BROTHERS INC.

            Debtor.

- - - - - - - - - - - - - - - - - - - - -x

            United States Bankruptcy Court

            One Bowling Green

            New York, New York


            March 17, 2010

            10:00 AM


B E F O R E:

HON. JAMES M. PECK

U.S. BANKRUPTCY JUDGE

123

1        THE COURT:  Fine.  Then this is approved and now

2    becomes an uncontested matter because it's resolved.  Is there

3    anything else in the SIPC case?

4        MR. KOBAK, JR.:  No.  Thank you, Your Honor.

5        THE COURT:  We're going to take a break until 2

6    o'clock and then we'll resume with the 2 o'clock calendar

7        (Recess from 12:36 p.m. to 2:02 p.m.)

8        THE COURT:  Be seated please.

9        MS. ECKOLS:  Good afternoon, Your Honor.  Erin Eckols

10    for the debtors wanting to report on the couple of outstanding

11    issues with Mrs. Nervo and Mr. Kuntz, related to the fourth

12    omnibus objection that was taken up this morning.

13        THE COURT:  Okay.

14        MS. ECKOLS:  We did speak with Mrs. Nervo during the

15    break and we sat down with her and we pulled out and showed her

16    the proofs of claim that are the subject of the omnibus

17    objection, showed her the two that we were trying to expunge,

18    showed her the surviving one.  We believe we now have an

19    agreement.  She is fine with those two claims being expunged on

20    the exhibit, fine with the claim 5511 being their surviving

21    claim, understanding that there is no objection to it at this

22    time.  And if there is an objection to it later, she will get

23    notice and be allowed to respond.  I believe that resolves the

24    issue.

25        THE COURT:  Ms. Nervo, I see that you're in court.

124

1    Is that acceptable to you?

2            MRS. NERVO:  I agree with the finding.  I agree with

3    what she's saying.

4            THE COURT:  Fine.  Thank you very much.

5            MRS. NERVO:  Thank you, sir.

6            THE COURT:  And you're welcome to stay if you like

7    but you have no need to stay.

8            MS. ECKOLS:  Your Honor, we did also speak with Mr.

9    Kuntz regarding the claims that he wanted to be surviving on

10   the fourth omnibus objection, which claims were 33550 and

11   33551.  Those are listed on the exhibit as the surviving

12   claims.  He also would like 33552 claim number to be surviving.

13   That claim is not subject to the omni.  It's not being objected

14   to at this time and is on the claims register.

15           THE COURT:  I'm not sure what that last comment

16   means.  He'd like it to continue but it's not the subject of

17   the pending omnibus objection.  So by definition, it continues

18   unless somebody moves to disallow it or expunge it or do

19   something with it, right?

20           MS. ECKOLS:  Correct, Your Honor.

21           THE COURT:  Is the debtor agreeing that that claim is

22   not going to be subject to further objection or not?

23           MS. ECKOLS:  No, Your Honor.  We're agreeing with Mr.

24   Kuntz's request that it remain on the claims register at this

25   time.

125

1        THE COURT:  Okay.  Mr. Kuntz, is that acceptable to

2   you?  Can you come forward so you can be heard?

3        MR. KUNTZ:  Mr. Waisman indicated -- and maybe I

4   should offer this as a stipulation but claim 33550, 33551 and

5   33552 will be the remaining claims only subject to objections

6   on their merits, not in terms of like, duplication or whatever.

7   Now, I don't know how they came about missing all of these.

8   It's very simple.  You go to Epiq, you type in somebody's name

9   and it gives you a grid of all the claims.  So they how they

10  decided to only pick on two out of seven or nine --

11       THE COURT:  Mr. Kuntz, I'm just asking whether or not

12  what was just represented is acceptable to you.  That's all.

13       MR. KUNTZ:  Well, I think it's disingenuous.  They're

14  saying they're not going to object to it but they might file it

15  later.  I'm just saying in terms of surviving claims, those are

16  the three claims that I wish to have survive, two of which are

17  in the omnibus objection.  I don't want to get blindsided, as I

18  have in the past by Weil Gotshal, where I sent them a notice

19  saying I was going to be out of the country and poof, I'm out

20  of court.

21       THE COURT:  I don't think that's a fair comment and

22  I'm --

23       MR. KUNTZ:  I think it's a quite fair comment and --

24       THE COURT:  Well --

25       MR. KUNTZ:  -- it's what happened.

126

1          THE COURT:  Whether you think it's a fair comment or

2    not, it's out of order.  It's not consistent with a very

3    directed question to you which is whether you accept or don't

4    accept the representations that have been made.

5          MR. KUNTZ:  I --

6          THE COURT:  This case is about more than just you.

7          MR. KUNTZ:  I accept Mr. Waisman's representation to

8    the Court.  Thank you.

9          THE COURT:  Thank you.  Mr. Waisman, you've sort of

10   been made the source of the representations that have been

11   accepted.  Is it clear what those representations are?

12         MR. WAISMAN:  For clarity's sake, the three claims

13   that Ms. Eckols referenced will remain on the claims register,

14   will not be expunged, pursuant to the first, second, third or

15   fourth omnibus objection and will be -- and the debtors' right

16   to object to those at a later date upon notice is preserved.

17         THE COURT:  Okay.  Thank you.

18         MS. ECKOLS:  Thank you.  Your Honor, if I may be

19   excused?

20         THE COURT:  You may be excused.

21         MS. ECKOLS:  Thank you.

22         THE COURT:  Good afternoon.

23         MR. MILLER:  Good afternoon, Your Honor.  Ralph

24   Miller here on behalf of Lehman Brothers Special Financing

25   Inc., notice LBSF, a debtor from Weil, Gotshal & Manges.  And I