# EXHIBIT G

SUCCESSFUL PARTY SERVE A FILED COPY OF THIS
ORDER UPON ALL PARTIES TO THIS ACTION.

FILED
JAMES J. WALDRON, CL[K]
AUG 20 1999
U.S. BANKRUPTCY COUR[T]
NEWARK, N.J.
BY_____ DEPUT[Y]

**RAVIN, GREENBERG & MARKS, P.A.**
Co-Attorneys for The Grand Union Company
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-1500
Morris S. Bauer (MB 6677)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| THE GRAND UNION COMPANY, | : | Case No. 98-27912 (NLW) |
| Debtor. | : | Hearing Date: July 26, 1999 |
| | : | |

**ORDER DENYING WILLIAM KUNTZ, III'S MOTION FOR
RECONSIDERATION AND MOTION TO VACATE THE
JANUARY 19, 1999 CLAIM EXPUNGEMENT ORDER AND OTHER RELIEF**

This matter having been opened to the Court by William Kuntz, III, *pro se* on the application for the entry of an order vacating the January 19, 1999 claims expungement order, which order *inter alia* expunged an $892,000 proof of claim filed by William Kuntz, III in the above captioned matter; and the Court having read and considered the pleadings heretofore filed; and the Court having further considered the arguments of William Kuntz, III and Ravin, Greenberg & Marks, P.A., counsel to The Grand Union Company ("Grand Union"); and for good cause shown;

IT IS on this 20th day of Aug. , 1999

ORDERED, that the motion for reconsideration and/or the vacating of the January 19, 1999 claims expungement order as filed by William Kuntz, III be and hereby is denied; and it is further

277

ORDERED, that for the reasons set forth on the record at the hearing conducted on July 26, 1999, Grand Union be and hereby is directed no later than thirty (30) days from the entry of the within Order to either cause to be re-issued to Mr. Kuntz a Grand Union Capital Corporation 15.00% Series A Senior Zero Coupon Notes due 2004 in the face of amount of $892,000 (the "New Note") or provide Mr. Kuntz such reasonable substitute note or the like that would place Mr. Kuntz in the same position had the subject note not been exchanged for warrants of Grand Union; and it is further

ORDERED, that, upon its issuance, the New Note shall replace that certain "Grand Union Capital Corporation 15.00% Series A Senior Zero Coupon Notes due 2004 in the face of amount of $892,000" certificate number R-000806 (the "Old Note"), which Old Note was exchanged for Grand Union warrants on or about September 17, 1997 and such Old Note shall be of no force or effect and may not for any reason be asserted and/or enforced against any party, including Grand Union, its agents (including IBJ Schroder Bank & Trust Company n/k/a IBJ Whitehall Bank & Trust Company, The Depository Trust Company, US Bancorp f/k/a First Trust National Association, and Bankers Trust Company) and assigns; and it is further

ORDERED, that neither Grand Union nor its agents (including IBJ Schroder Bank & Trust Company n/k/a IBJ Whitehall Bank & Trust Company, The Depository Trust Company, US Bancorp f/k/a First Trust National Association, and Bankers Trust Company) and assigns shall be liable to any person or party for any claims, actions,

-2-

suits, losses, damages, costs, charges, counsel fees, and other expenses by reason of the reissuance of the New Note; and it is further

ORDERED, that in the event Grand Union is unable to cause the reissuance of the New Note or a reasonable substitute within the time period prescribed herein, Grand Union may seek an extension of said time period by way of an oral application to the Court upon one (1) day telephonic or e-mail notice to William Kuntz III.

*Novalyn L. Winfield*
HONORABLE NOVALYN L. WINFIELD
UNITED STATES BANKRUPTCY JUDGE

\\Server\myfiles\Sondra\GRAND\GRA126.ord.Kuntz
080399