Schedule 1

| BANK CLEAR DATE | PAYMENT ID | PAYMENT CURRENCY | PAYMENT METHOD | PAYMENT AMOUNT | INVOICE DATE | INVOICE NUMBER | Preference Amount USD |
|---|---|---|---|---|---|---|---|
| 6/19/2008 | 0002072035 | USD | CHK | $217,295.97 | 5/13/2008 | N1081 | $217,295.97 |
| 6/24/2008 | 0002073090 | USD | CHK | $129,244.99 | | | $129,244.99 |
| 8/20/2008 | 0002083930 | USD | CHK | $159,669.75 | 6/30/2008 | N1108 | $159,669.75 |
| Grand Total | | | | | | | **$506,210.71** |