Paul M. Basta
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Counsel to LBREP Lakeside SC Master I, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Mark E. McKane, a member in good standing of the bar of the States of California and Illinois and the District of Columbia, request admission, *pro hac vice*, in the above-referenced case.

My:    address is Kirkland & Ellis LLP, 555 California Street, San Francisco, CA
           e-mail address is mark.mckane@kirkland.com;
           telephone number is (415) 439-1400.

I agree to pay the fee of $25 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated:  September 16, 2010
            New York, New York            */s/ Mark E. McKane*
                                                           Mark E. McKane

_____

**ORDER**

**ORDERED,**
that Mark E. McKane, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  _____, 2010
            New York, New York            _____
                                                           United States Bankruptcy Judge

K&E 17710667.1