## Deposit/Payment Envelope

RECEIVED

10 SEP 15 PM 1:15

U.S. DISTRICT COURT

Christopher Stawoke
Weil Gotshal Manges
757 Fifth Ave
NY NY 10153

Clerk
Bankruptcy Court, SDNY
One Bowling Green
NY NY 10004-1408

Deposits and payments received before 3:00pm on any business day will be reflected in your account balance the next morning. Those received after 3:00pm weekdays, all day on weekends, and on legal bank holidays, will be reflected the morning after the next weekday the financial center is open.

citibank®

# citibank®

# Deposit/Payment Envelope

Deposits may not be available for immediate withdrawal.

Insert this envelope in the deposit slot of the Citibank ATM as the arrows indicate. You can get a record after you make ...

Open flap for instructions.

**Check here ○ if you have enclosed cash (no coins please).** To prevent processing errors, please do not fold deposits. All deposits and payments are subject to acceptance, verification and collection.

Insert envelope with arrow pointing down.