LAW OFFICE OF CURTIS V. TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

Attorneys for Lawrence
Fogarazzo, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :   **08-13555 (JMP)**
                                                            :
                            Debtors.                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF LAWRENCE FOGARAZZO, et al., PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW ADVANCEMENT UNDER INSURANCE POLICY ISSUED BY LLOYD'S OF LONDON

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Lawrence Fogarazzo, et al., pursuant to section 362 of title 11 of the United States Code, for relief from the automatic stay to allow advancement under insurance policy by Lloyd's of London [Docket No. 10279] (the "Motion"), which was scheduled for September 22, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned on consent to October 20, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the relief requested in the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43498295\01\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses to the Motion has been extended to October 13, 2010 at 4:00 p.m. (Eastern Standard Time).

Dated:  September 16, 2010
        New York, New York

                LAW OFFICE OF CURTIS V. TRINKO, LLP

                */s/ Curtis V. Trinko*
                Curtis V. Trinko
                16 West 46th Street, 7th Floor
                New York, New York 10036
                Telephone: (212) 490-9550
                Facsimile: (212) 986-0158
                ctrinko@trinko.com

                Attorneys for Lawrence
                Fogarazzo, et al.