United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC, et al., | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**SC LOWY FINANCIAL (HK) LIMITED**
Name of Transferee

Name and address where notices
to transferee should be sent:

SC LOWY FINANCIAL (HK) LIMITED
14/F NINE QUEEN'S ROAD
SUITE 1403
CENTRAL
HONG KONG

**OVERSEA-CHINESE BANKING CORPORATION LTD**
Name of Transferor

Name and Current Address of Transferor

OVERSEA-CHINESE BANKING CORPORATION LTD
C/O MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

OVERSEA-CHINESE BANKING CORPORATION LTD
65 CHULIA STREET
OCBC CENTRE
049513
SINGAPORE

**Proof of Claim #: 18157**
**Total amount of Claim: $712,545.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____September 16, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: SC Lowy Financial (HK) Limited

Oversea-Chinese Banking Corporation Limited, having a mailing address at 65, Chulia Street, #07-00 OCBC Centre, Singapore 049513 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold and transferred to SC Lowy Financial (HK) Limited, its successors and assigns, with offices at Suite 1403, 14/F, Nine Queen's Road, Central, Hong Kong ("Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers International (Europe) (in administration) and its affiliates (including Seller's claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of US$712,546.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the Transfer of Claim Agreement as an unconditional transfer and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of September, 2010.

OVERSEA-CHINESE BANKING CORPORATION LIMITED

By: *[signature]*
Name: Chun Liang Keng Eric
Title: Head, Special Asset Management

SC LOWY FINANCIAL (HK) LIMITED

By: *[signature]*
Name: Michel Lowy
Title: Authorized Signatory

By: *[signature]*
Name: Steve Lyons
Title: Authorized Signatory

#–72369