WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON TRAVIS COUNTY'S**
**MOTION FOR LATE FILING AND ALLOWANCE OF PROOF OF CLAIM**

      **PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Travis County for late filing and allowance of proof of claim [Docket No. 10829] (the "Motion") **has been adjourned to December 1, 2010 at 10:00 a.m. (Eastern Standard Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43496261\01\58399.0008

Dated: September 16, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession