**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JPM)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brother Holdings Inc. (Case No. 08-13555 (JPM)) |
| Creditor Name and Address: | Pensionskasse Unilever Schweiz Hinterbergstrasse 28 P.O. Box 2652 6330 Cham Switzerland |
| Claim Number (if known): | 59331 |
| Date Claim Filed: | October 29, 2009 |
| Total Amount of Claim Filed: | USD 555,362 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *David T. Mühle* | Title: Board Members |
|---|---|
| Printed Name: Frank Wiedemeijer    Thomas Müller | Dated: Steinhausen, 7. September 2010 |



RECEIVED
SEP 1 4 2010