COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
212-841-1000
Michael B. Hopkins
Susan Power Johnston
Martin E. Beeler

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                  :
                                                        :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*                  :
                                                        :    Case No. 08-13555 (JMP)
                                                        :
                               Debtors.                 :    (Jointly Administered)
                                                        :
---------------------------------------------------------x

### RESPONSE OF WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE, TO UPDATED OBJECTION OF WILLIAM KUNTZ, III

TO:   THE HONORABLE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE

Wilmington Trust Company ("Wilmington Trust"), as indenture trustee under the

Indenture, dated as of September 1, 1987 (as amended, supplemented, or modified, the "Senior

Indenture"), between Lehman Brothers Holdings Inc. (f/k/a Shearson Lehman Brothers Holdings

Inc.) ("LBHI") and Wilmington Trust (as successor trustee to Citibank, N.A.), by and through its

undersigned counsel, submits this response to the Updated Objection of William Kuntz, III (the

"Kuntz Objection") [Docket No. 11349].

1.      In footnote 4 of the Kuntz Objection Mr. Kuntz made some unfounded,

misleading and irresponsible allegations about Wilmington Trust's conduct with respect to the

global proof of claim Wilmington Trust filed (the "WTC Global Proof of Claim") on behalf of

itself and the holders (the "Noteholders") of the securities issued under the Senior Indenture (the

NY: 681421-1

"Senior Notes") and the omnibus objections to claims that are duplicative of the WTC Global Proof of Claim. Wilmington Trust files this response to ensure that Noteholders are not confused by Mr. Kuntz's misrepresentations.

2.       Wilmington Trust took all appropriate actions to ensure the Noteholders knew that it would file the WTC Global Proof of Claim on their behalf, and that they did not need to file individual claims. Wilmington Trust sent notices to the Noteholders on October 15, 2008, February 27, 2009, and May 28, 2009 (collectively, the "Notices"). The Notices each informed the Noteholders that Wilmington Trust was the Indenture Trustee under the Senior Indenture. They also advised the Noteholders that Wilmington Trust would file a global proof of claim on behalf of all Noteholders. Each of the Notices provided:

> Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim or other matters relating to the bankruptcy case. The Trustee recommends Holders consult their own legal counsel in this regard.

Copies of the Notices are attached as Exhibit A.

3.       Finally, and significantly, the Notices also provided the Noteholders with the full contact information of representatives at Wilmington Trust and its counsel, of whom Noteholders could make inquiries about any issues pertaining to the Senior Indenture, Wilmington Trust's role in the Lehman bankruptcy cases, the WTC Global Proof of Claim or the Senior Notes. From the very beginning of these chapter 11 cases, Wilmington Trust and its counsel have spoken to hundreds of Noteholders about many issues, including the role of the

trustee and the WTC Global Proof of Claim. Any Noteholder is free at any time to ask any questions of Wilmington Trust.[1]

4. The Bar Date Order and the Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice")[2] expressly provided that Wilmington Trust would file a global proof of claim on behalf of the Noteholders. Before the Bar Date Notice was finalized and approved by the Court, Wilmington Trust reviewed and provided comments to the Master List of Securities to make certain that all securities issued under the Senior Indenture were identified by the proper CUSIP number. Wilmington Trust also worked with the Debtors to ensure that the Bar Date Notice adequately informed the Noteholders that Wilmington Trust would file a global proof of claim on their behalf. The Bar Date Notice notified the Noteholders that they did not need to file individual proofs of claim:

## 2. WHO NEED NOT FILE A PROOF OF CLAIM

You need not file a Proof of Claim if:

(8) You hold a security listed on the Master List of Securities available on the Debtors' website http://www.lehman-docket.com (the "Master List of Securities") due to the fact that the indenture trustee for such securities will file a global proof of claim on behalf of all holders of securities issued thereunder; (Wilmington Trust Company, US Bank National Association, and the indenture trustee for each of the other securities included on the Master List of Securities, each will file a global proof(s) of claim on behalf of all holders of securities for which it is identified as Indenture Trustee on the Master List of Securities); provided, however, that security holders who wish to assert claims against the Debtors arising out of or relating to the sale, issuance, or distribution of a security, must file Proofs of Claim on or before the Bar Date, unless another exception identified herein applies;

Bar Date Notice at § 2(8).

---

[1]     Mr. Kuntz is not a Noteholder, and according to the objection the debtors have filed to his proofs of claim, he is not even a creditor of the estates. [Docket No. 11351].

[2]     Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated July 2, 2009. [Docket No. 4271].

5.    On September 2, 2009, Wilmington Trust filed the WTC Global Proof of Claim (Claim No. 10082), pursuant to the terms of the Senior Indenture, which explicitly authorizes the indenture trustee to file such a claim, pursuant to the Bar Date Order and Notice, and in accordance with Federal Rule of Bankruptcy Procedure 3003(c)(5).  *See* Senior Indenture § 504.[3]

6.    Many Noteholders disregarded the clear language of the Bar Order, and the Notices Wilmington Trust provided to the Noteholders and filed individual claims.  It should not have come as a surprise to anyone when the Debtors filed the omnibus objections to claims that duplicated the WTC Global Proof of Claim.  The Noteholders who ignored the WTC Global Proof of Claim are solely responsible for any added costs the estates incurred in prosecuting the omnibus claims objection.

Dated:       New York, New York
             September 17, 2010

                          COVINGTON & BURLING LLP


                          By: /s/ Michael B. Hopkins
                          Michael B. Hopkins
                          Susan Power Johnston
                          Amanda Raboy
                          The New York Times Building
                          620 Eighth Avenue
                          New York, New York  10018
                          Telephone No. (212) 841-1000
                          Facsimile No.   (212) 841-1010

                          Attorneys for Wilmington Trust Company,
                          as Indenture Trustee

---

[3]    A true and correct copy of Section 504 of the Senior Indenture is attached as Exhibit B.

# Exhibit A

WILMINGTON
TRUST

## NOTICE OF EVENT OF DEFAULT
## TO HOLDERS OF SENIOR SECURITIES
## OF LEHMAN BROTHERS HOLDINGS INC. ISSUED UNDER
## INDENTURE DATED AS OF SEPTEMBER 1, 1987
### *(SEE ATTACHED LIST OF CUSIP NOS.)*

Wilmington Trust Company (the "Trustee") serves as successor trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and the Trustee pursuant to which the above-referenced senior securities (the "Senior Securities") were issued and are outstanding. Capitalized terms used in this Notice have the meanings ascribed to such terms in the Indenture.

On September 15, 2008, the Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-13555 (JMP). The bankruptcy filing constitutes an Event of Default under Section 501(6) of the Indenture.

The Trustee has retained Michael B. Hopkins, Esq. and the law firm of Covington & Burling LLP to represent it in the bankruptcy case. The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the bankruptcy case. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. The Trustee recommends holders of the Senior Securities (the "Holders") monitor the website for information regarding the bankruptcy case.

Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim or other matters relating to the bankruptcy case. The Trustee recommends Holders consult their own legal counsel in this regard.

Enclosed for Holders' information is a copy of correspondence from legal counsel to an informal group of certain unaffiliated holders of notes issued by the Company ("Informal Noteholder Group"). All inquiries regarding the Informal Noteholder Group should be directed to its legal counsel as described in the correspondence.

Inquiries regarding the Senior Securities may be directed to the Trustee by telephone to 302.636.4185 or in writing to:

Wilmington Trust FSB
Attn: Julie J. Becker
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

Holders may complete the enclosed form and return it to the Trustee to be included on a matrix to receive future notices from the Trustee.

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Securities or the matters described herein. Holders should consult with their own professionals regarding the Senior Securities and the bankruptcy case.

Dated: October 15, 2008                    WILMINGTON TRUST COMPANY,
                                           *as Indenture Trustee*

# TRUSTEE'S MAILING MATRIX

LEHMAN BROTHERS HOLDINGS INC.
SENIOR SECURITIES ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987

**Name of Holder:** _____

_____

**Address:** _____

_____

_____

**Telephone Number:** _____

**Email Address:** _____

**Amount and Nature of Holdings (including CUSIP Nos.):** _____

_____

_____

_____

_____

_____

The undersigned hereby certifies that it is a holder of Senior Securities under the Indenture dated as of September 1, 1987 as set forth above.

Dated: _____        _____
                                                          Authorized Signer

*Please return completed form to Wilmington Trust FSB, Attn: Julie J. Becker, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402-1544*

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| Lehman LTD Outstandings as of 09/15/2008* | | | | |
|---|---|---|---|---|
| 524908XL9 | 524935DD2 | 524935EF6 | 52522L566 | 524908WU0 | 52522L129 |
| 524908VN7 | 524935CU5 | 52522L822 | 52522L574 | 52523J206 | 52522L137 |
| 5249087A2 | 524935DF7 | 524908PH7 | 52522L582 | 52523J230 | 52522L145 |
| 52522L251 | 524935DE0 | 524935EN9 | 52523J297 | 524908WW6 | 524908NY2 |
| 524908JC5 | 524935DQ3 | 524908PL8 | 52523J305 | 524908JE1 | 52522L426 |
| 524908LK4 | 524935DT7 | 524908S27 | 524935EL3 | 524908XD7 | 524908PA2 |
| 524908L73 | 524935DP5 | 524908PM6 | 524935EM1 | 524908NL0 | 5249085D8 |
| 524935CV3 | 524935DR1 | 52522L236 | 52523J115 | 524908B66 | 52523J131 |
| 524908N30 | 524908NZ9 | 524908LV0 | 52523J149 | 52520WAZ4 | 524908SH4 |
| 524908N48 | 524935BV4 | U5250MFR0 | 524908MB3 | 524908HW3 | 524908UL2 |
| 524935AJ2 | 524935BX0 | 52520W549 | 52522L798 | 524909BD9 | 524908AA8 |
| 524908NV8 | 524935BY8 | 52522L327 | 52522L806 | U5250MES9 | 524908BF6 |
| 5249087C8 | 524908R69 | 52522L335 | 52522L814 | 524908HX1 | 524908NX4 |
| 5249087K0 | 5249083B4 | 52522L319 | 52522L871 | U52519AC6 | 52522L756 |
| 5249087E4 | 5249083S7 | 52522L301 | 52522L830 | 524909BE7 | 52522L731 |
| 524935CL5 | 5249083W8 | 52522L293 | 52522L848 | 52520W358 | 52522L749 |
| 524935CN1 | 524935EA7 | 52522L384 | 524908TY6 | 524908K25 | |
| 524935CK7 | 524935EB5 | 524935BF9 | 52520W341 | 524908J92 | |
| 524935CP6 | 524935DW0 | 52522L418 | 52523J156 | 524908NC0 | |
| 524935CQ4 | 524935DX8 | 52523J222 | 524908CF5 | 524908SJ0 | |
| 5249087D6 | 524935DY6 | 52523J172 | 524908JK7 | 524908CM0 | |
| 52520WAM3 | 524935BN2 | 52520W440 | 524908MG2 | 524908UZ1 | |
| 524935AK9 | 524935BR3 | 52522L459 | 52520W333 | 524908VB3 | |
| 524935AV5 | 524935BE2 | 52522L392 | 524908MR8 | 52522L244 | |
| 5249086T2 | 524935CA9 | 52522L376 | 524935129 | 52522L350 | |
| 524935CW1 | 524935CH4 | 524935CJ0 | 52523J263 | 5249083M0 | |
| 524935CX9 | 524908R77 | 524935CE1 | 52520W325 | 524908WS5 | |
| 524935CY7 | 524935DA8 | 52520WAD3 | 524908MV9 | 52522L533 | |
| 5249083H1 | 524935CR2 | 52523J248 | 524908U9 | 524908UK4 | |
| 524908X21 | 524935CT8 | 52523J255 | 524908W5 | 5249085Y2 | |
| 524935AX1 | 524935CZ4 | 52520W390 | 52522L632 | 524908WK2 | |
| 524935AW3 | 524935CM3 | 52522L483 | 52523J412 | 52522L475 | |
| 524908ET3 | 524908X54 | 52522L491 | 524908VE7 | 52520W283 | |
| 524935AY9 | 52522L558 | 524935DB6 | 524908MY3 | 52522L186 | |
| 524935AZ6 | 524935DN0 | 52522L525 | 5249086M7 | 52522L889 | |
| 52520WDF5 | 524935DK6 | 524935DC4 | 52523J420 | 524908MP2 | |
| 524935DM2 | 524908PF1 | 52522L657 | 524908VH0 | 52523J214 | |
| 524908R51 | 52522L400 | 52522L673 | 52520W556 | 524908UH1 | |
| 524935AT0 | 5249084X5 | 52522L699 | 52520W564 | 524908UY4 | |
| 5249087F1 | 5249085R7 | 52522L723 | 52523J446 | 52522L202 | |
| 524935AP8 | 524935DU4 | 52522L707 | 52523J438 | 524908VD9 | |
| 524935BG7 | 524935DV2 | 52522L715 | 524908WC0 | 524908NF3 | |
| 524935CS0 | 524908UP3 | 524908BQ2 | 524908FJ4 | 524908WD8 | |
| | 5249086V7 | 524908SQ4 | 524908WE6 | 524908WF3 | |
| | 52520WDK4 | 524935ED1 | 52520W515 | 52520WAV3 | |
| | 5249086N5 | 524935EE9 | 524908FN5 | 52520WBD2 | |
| | 524935EC3 | 52522L772 | 52523J503 | 524908NM8 | |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| Lehman MTN Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| | 52517P3S8 | 5252M0FF9 | 5252M0BE6 | 52517P7B1 | 5252M0CJ4 |
| | 5252M0CN5 | 5252M0FT9 | 52517P2M2 | 52517P6P1 | 52519FAD3 |
| | 52519FCZ2 | 5252M0BB2 | 52517PD65 | 52517P6M8 | 5252M0BY2 |
| 52517P7C9 | 52517P4K4 | 5252M0BQ9 | 52517PD65 | 52517PXV8 | 52517P4N8 |
| 52517P3R0 | 52517PK83 | 5252M0DB0 | 5252M0FZ5 | 52517P6X4 | 52519FAJ0 |
| 52517P5C1 | 52517PK83 | 52517P2K6 | 5252M0GS0 | 52517P5T4 | 52519FAQ4 |
| 52517P5D9 | 52517P4H1 | 52517P2L4 | 52517P2V2 | 52517P5N4 | 5252M0CX3 |
| 52517P5E7 | 52517P5Q0 | 5252M0ES2 | 52517PD57 | 52517PYD7 | 5252M0DD6 |
| 52517PC41 | 52517P6Q9 | 5252M0GE1 | 52517P6E6 | 5252M0BH9 | 52519FAR2 |
| 52517PC58 | 52517P7E5 | 52517P2W0 | 5252M0CC9 | 5252M0GR2 | 52519FAW1 |
| 52517P6D8 | 52517P6U0 | 5252M0GB7 | 5252M0CG0 | 5252M0BG1 | 5252M0EV5 |
| 52517PL33 | 52517PXT3 | 5252M0GA9 | 5252M0CR6 | 52517PR78 | 5252M0EQ6 |
| 52517PQ46 | 52517PXU0 | 52517P2Y6 | 5252M0DL8 | 52517PR78 | 5252MOEZ6 |
| 52517PQ53 | 52517P6Y2 | 52517P3A7 | 5252M0DA2 | 52517PSC6 | 52517PH61 |
| 52517PQ53 | 5252M0AN7 | 52517P3A7 | 52517PE98 | 52517PR60 | 5252M0FY8 |
| 52517PQ61 | 52517P7H8 | 52517P3A7 | 5252M0EP8 | 5252M0AP2 | 5252M0FU6 |
| 52517P2T7 | 52517PN98 | 5252M0BD8 | 52517PZE4 | 5252M0BM8 | 52517PRF0 |
| 52517P5V9 | 52517PP21 | 52517P3X7 | 52517P5G2 | 5252M0BR7 | 52517PRH6 |
| 5252M0BP1 | 52517P3G4 | 52517PA35 | 5252M0EM5 | 5252M0BU0 | 52517P6W6 |
| 52517PE23 | 5252M0AF4 | 52517P3T6 | 82087KAG4 | 5252M0DF1 | 52517P6W6 |
| 5252M0DS3 | 5252M0AH0 | 5252M0GU5 | 52517PWC1 | 5252M0BK2 | 52519FEY3 |
| 5252M0DT1 | 5252M0FL6 | 52517P4E8 | 52517PWJ6 | 52517PYY1 | 52517PVV0 |
| 5252M0DT1 | 5252M0AZ0 | 52517P4E8 | 52517PWD9 | 5252M0EE3 | 52517PWA5 |
| 52517PU74 | 5252M0AC1 | 52517P4V0 | 52517PG96 | 5252M0EF0 | 52517PWB3 |
| 5252M0DU8 | 5252M0AX5 | 52517P4Y4 | 52517PG96 | 5252M0AE7 | 52517PWL1 |
| 52517P4P3 | 5252M0BA4 | 5252M0DW4 | 5252M0EX1 | 5252M0FV4 | 52517PWT4 |
| 52517PVU2 | 5252M0BC0 | 52517PVC2 | 5252M0AS6 | 52517PZW4 | 52517PWV9 |
| 5252M0DY0 | 5252M0BF3 | 52517P4Q1 | 5252M0AB3 | 5252M0GG6 | 52517PRX1 |
| 52517PW31 | 5252M0BN6 | 52517P4W8 | 5252M0AN2 | 52517P3B6 | 52519FDB4 |
| 52517PW49 | 52517PYN5 | 52517P5F4 | 5252M0FN2 | 52517P3C3 | 52517P5X5 |
| 52517PW56 | 52517P7K1 | 52517PR52 | 5252M0EB9 | 5252M0CD7 | 52517PXP1 |
| 52517PU41 | 52517P5Z0 | 52517PWR8 | 5252M0GM3 | 52517P4U2 | 52517PXQ9 |
| 52517PG21 | 5252M0BT3 | 52517P6G1 | 5252M0GP6 | 52517P4C2 | 52517PXR7 |
| 52517PG39 | 5252M0BV8 | 52517P6V8 | 5252M0GC5 | 52517P3V1 | 52519FAG6 |
| 52517PWH0 | 5252M0DK0 | 52517P6F3 | 52517PWX5 | 5252M0GJ0 | 52519FAK7 |
| 5252M0FB8 | 5252M0CE5 | 52517P6H9 | 52517PK59 | 52517P5J6 | 52517PYS4 |
| 5252M0FG7 | 5252M0DH7 | 52517P3N9 | 52517PK67 | 52517P4M0 | 52517PZJ3 |
| 52517P5L1 | 52517PU33 | 52517P5P2 | 52517PK67 | 52517PB42 | 52517PZN4 |
| 5252M0FJ1 | 5252M0CY1 | 52517P6R7 | 52517PW64 | 5252M0DQ7 | 52517PUF6 |
| 5252M0FR3 | 5252M0CP0 | 52517P5M9 | 5252M0GV3 | 52517P3P4 | 52517PZX2 |
| 52517PY70 | 5252M0DM6 | 52517PC33 | 52519FDA6 | 52517P3W9 | 52517PUQ2 |
| 5252M0AG2 | 5252M0ER4 | 52517P7G0 | 5252M0GW1 | 52517P6Z9 | 52517PZY0 |
| 52517PWQ0 | 5252M0ED5 | 52517P7D7 | 5252M0GF8 | 52517P4R9 | 52517PUR0 |
| 52517P2Z3 | 5252M0AL1 | 52517PY47 | 5252M0GX9 | 52517P4R9 | 52517PUU3 |
| 52517P3Z2 | 5252M0EL7 | 52517PC74 | 52517PL74 | 5252M0FE2 | 52519FBL4 |
| 52517P4F5 | 5252M0FM4 | 52517PVM0 | 52517PL58 | 52519FAB7 | 52517PA68 |
| | 5252M0FS1 | 5252M0AQ0 | 52517P7A3 | 5252M0BZ9 | 52517PC66 |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| | | | | | |
|---|---|---|---|---|---|
| 52517PUM1 | 52517PWE7 | 52517PM24 | 5252M0BS5 | 52519FBU4 | 52519FDP3 |
| 52517PD32 | 52519FDF5 | 52517PQ87 | 5252M0BX4 | 52519FBV2 | 52519FDQ1 |
| 52517PF63 | 52517PXS5 | 52517PQ20 | 5252M0CH8 | 52517PAE1 | 52519FDS7 |
| 52517PF71 | 52517PXW6 | 52517PR29 | 5252M0CL9 | 52519FBW0 | 52519FDU2 |
| 52517PF71 | 52517PXX4 | 52517PR37 | 5252M0CM7 | 52519FBX8 | 52519FDV0 |
| 52517PH53 | 52517PYE5 | 52517PT27 | 52519FFG1 | 52519FCA7 | 52519FDW8 |
| 52517PRW3 | 52517PYG0 | 52517PT92 | 5252M0DG9 | 52519FCC3 | 52519FDX6 |
| 52517PJ85 | 52517PYJ4 | 52517PU82 | 5252M0CQ8 | 52517P2J9 | 52519FDY4 |
| 52517PK91 | 52517PYH8 | 52517PV99 | 5252M0CT2 | 52519FDT5 | 52519FDZ1 |
| 52517PM81 | 52519FFC0 | 52517PW80 | 5252M0CV7 | 52517P2S9 | 52519FEA5 |
| 52517PM99 | 52517PYM7 | 52517PX89 | 52519FFJ5 | 52517PSJ1 | 52519FEB3 |
| 52517PN64 | 52517PYP0 | 52517PX48 | 5252M0CZ8 | 52517P3Y5 | 52519FEC1 |
| 52517PXZ9 | 52519FFF3 | 52517PX55 | 5252M0DV6 | 52519FET4 | 52519FED9 |
| 52517PS28 | 52519FDN8 | 52517PX63 | 52519FFH9 | 52517P5Y3 | 52519FEE7 |
| 52517PS28 | 52517PYT2 | 52517PY21 | 5252M0DZ7 | 52519FEW7 | 52519FEF4 |
| 52517PS44 | 52517PYU9 | 52517PY54 | 5252M0EA1 | 52519FEX5 | 52519FEG2 |
| 52517PYR6 | 52519FAP6 | 52517PZ61 | 5252M0EC7 | 52519FFA4 | 52519FEK3 |
| 52517PYQ8 | 52519FAS0 | 52517P2E0 | 5252M0EH6 | 5252M0CU9 | 52519FEL1 |
| 52517PT68 | 52519FDR9 | 52517PZ53 | 52519FAU5 | 5252M0EG8 | 52519FEM9 |
| 52517PT76 | 52519FAT8 | 52517P2H3 | 5252M0ET0 | 52517PNZ0 | 52519FEP2 |
| 52517PV73 | 52517PYX3 | 52517PY62 | 52519FAX5 | 52519FBY6 | 52519FEQ0 |
| 52517PYV7 | 52519FAV3 | 52517P3F6 | 5252M0EU7 | 52519FCB5 | 52519FEQ0 |
| 52517PZ79 | 52517PYW5 | 52517P2R1 | 5252M0DP9 | 52517PL25 | 52519FER8 |
| 52517PY96 | 52517PYZ8 | 52517P2X8 | 5252M0EK9 | 52519FCD1 | 52519FES6 |
| 52517PV40 | 52517PZA2 | 52517PZ38 | 52519FAZ4 | 52519FCE9 | 52519FEU1 |
| 52517PX97 | 52519FBD2 | 52517P2P5 | 5252M0EW3 | 52519FCF6 | 52519FEZ0 |
| 52517P4B4 | 52517PZL8 | 52517PSL6 | 52519FBA8 | 52519FCG4 | 52519FFB2 |
| 52517P2U4 | 52517PZM6 | 52517P3U3 | 5252M0EY9 | 52519FCH2 | 52519FFK2 |
| 52517P4S7 | 52517PZS3 | 52517P3H2 | 5252M0FA0 | 52519FCJ8 | 52519FCR0 |
| 52517P6L0 | 52519FFP1 | 52517P3L3 | 52519FBB6 | 52519FCK5 | 52519FCX7 |
| 52517PXM8 | 52517PA27 | 52517P4Z1 | 5252M0FC6 | 52519FCL3 | 52519FDK6 |
| 52517PSZ5 | 52517PZZ7 | 52517P5S6 | 52519FBC4 | 52519FCM1 | 52519FDL2 |
| 52519FAC5 | 52517PA43 | 52517P5K3 | 5252M0FK8 | 52519FCN9 | 52519FEH0 |
| 52519FAE1 | 52519FBP5 | 52517P4T5 | 5252M0FH5 | 52519FCP4 | 52519FEJ6 |
| 52519FAH4 | 52519FBS9 | 52517P6B2 | 5252M0FW2 | 52519FCQ2 | 52517PJ77 |
| 52519FAL5 | 52517PB34 | 52519FEV9 | 52519FBE0 | 52519FCT6 | 52517PK34 |
| 5252M0DJ3 | 52517PB59 | 52517P6C0 | 52519FBF7 | 52519FCU3 | 52517PP96 |
| 52519FAM3 | 52517PC25 | 52517P6S5 | 52519FBG5 | 52519FCV1 | 52517PQ38 |
| 52519FAN1 | 52517PD24 | 5252M0AU1 | 5252M0FX0 | 52519FCW9 | 52519FEN7 |
| 5252M0EN3 | 52519FFD8 | 5252M0AW7 | 52519FBH3 | 52519FCY5 | 52517PS69 |
| 5252M0FD4 | 52519FFE6 | 5252M0AA5 | 5252M0CF2 | 52519FDC2 | 52517PV81 |
| 52517PUL3 | 52517PE31 | 5252M0AJ6 | 52519FBJ9 | 52519FDD0 | 52517PW23 |
| 52517PUN9 | 52517PH46 | 5252M0AY3 | 52519FBK6 | 52519FDE8 | 52517P3M1 |
| 52517PUP4 | 52517PK42 | 5252M0BJ5 | 5252M0GQ4 | 52519FDG3 | 52517PX71 |
| 52519FBZ3 | 52517PL41 | 52517P3E9 | 52519FBM2 | 52519FDH1 | 52517P4A6 |
| 52517PVN8 | 52517PL66 | 52517P6A4 | 52519FBN0 | 52519FDJ7 | 52517P4X6 |
| 52517PAZ4 | 52517PM57 | 5252M0BL0 | 52519FBT7 | 52519FDM0 | 52517P6J5 |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| |
|---|
| 52517P7L9 |
| 5252M0AT4 |
| 5252M0AM9 |
| 5252M0AV9 |
| 5252M0AR8 |
| 5252M0CS4 |
| 5252M0CW5 |
| 5252M0DE4 |
| 5252M0CB1 |
| 5252M0CK1 |
| 5252M0DR5 |
| 5252M0DX2 |
| 5252M0EJ2 |
| 52519FFL0 |
| 52519FFN6 |

4

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.



AMENDED NOTICE OF EVENT OF DEFAULT
TO HOLDERS OF SENIOR SECURITIES
OF LEHMAN BROTHERS HOLDINGS INC. ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987
(SEE ATTACHED AMENDED LIST OF CUSIP NOS.)

This notice amends the Notice of Event of Default, dated as of October 15, 2008 ("the Original Notice"), to holders of senior securities of Lehman Brothers Holdings Inc. issued under the Indenture (as defined below) (the "Senior Securities").

Wilmington Trust Company (the "Trustee") serves as successor trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and the Trustee pursuant to which the Senior Securities were issued and are outstanding. Capitalized terms not otherwise defined in this Notice have the meanings ascribed to such terms in the Indenture.

On September 15, 2008, the Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-13555 (JMP). The bankruptcy filing constitutes an Event of Default under Section 501(6) of the Indenture.

The Trustee has retained Michael B. Hopkins, Esq., and the law firm of Covington & Burling LLP to represent it in the bankruptcy case. The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the bankruptcy case. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. The Trustee recommends that holders of the Senior Securities (the "Holders") monitor the website for information regarding the bankruptcy case.

Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim. The Trustee recommends Holders consult their own legal counsel in this regard. **Holders who complete proofs of claim forms should file them in accordance with the directions set forth by the Company at its bankruptcy website (www.lehman-docket.com), or as otherwise directed by the Company. Holders should not send completed proof of claim forms to the Trustee.**

**BASED ON ADDITIONAL INFORMATION PROVIDED BY THE PREDECESSOR TRUSTEE, SECURITIES RELATING TO THE FOLLOWING CUSIP NUMBERS, WHICH WERE INCLUDED ON THE LIST OF CUSIP NUMBERS ATTACHED TO THE ORIGINAL NOTICE, ARE NOT SENIOR SECURITIES FOR WHICH WILMINGTON TRUST COMPANY SERVES AS TRUSTEE UNDER THE INDENTURE: 524908JC5, 524908LV0, U5250MFR0, 524908VE7, 524908VH0, 524908WC0, 524908HW3, 524909BD9, U5250MES9, 524908HX1, U52519AC6, 524909BE7, 524908VD9 AND 524908WD8.**

**AMOUNTS DUE IN CONNECTION WITH THE ABOVE-REFERENCED CUSIP NUMBERS WILL NOT BE INCLUDED IN THE GLOBAL PROOF(S) OF CLAIM FILED BY THE TRUSTEE ON BEHALF OF**

THE HOLDERS.  THE TRUSTEE IS UNABLE TO ASSIST PARTIES HOLDING THE SECURITIES REPRESENTED BY THE ABOVE-REFERENCED CUSIP NUMBERS.

Inquiries regarding the Senior Securities may be directed to the Trustee as follows:

Wilmington Trust FSB
Attn:  Julie J. Becker (302) 636-4185[1]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Michael B. Hopkins (212) 841-1064
Martin E. Beeler (212) 841-1023
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Holders who have not already done so in connection with the Original Notice may complete the enclosed form and return it to the Trustee to be included on a matrix to receive future notices directly from the Trustee. HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD NOT SUBMIT ANOTHER FORM.

This Notice is provided for informational purposes only.  The Trustee gives no legal, financial or tax advice regarding the Senior Securities or the matters described herein.  Holders should consult with their own professionals regarding the Senior Securities and the bankruptcy case.

Dated: February 27, 2009                              WILMINGTON TRUST COMPANY,
                                                                          *as Indenture Trustee*

---

[1] *This phone line is monitored daily.  Calls will be returned in the order received.  Please do not leave multiple messages.*

*Please return completed form to Wilmington Trust FSB, Attn: Julie J. Becker, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402-1544*

### TRUSTEE'S MAILING MATRIX[2]

LEHMAN BROTHERS HOLDINGS INC.
SENIOR SECURITIES ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987

**Name of Holder(s)/Holder Representative(s):**_____

**Address:**_____

_____

**Name of Broker(s)/ Investment Manager(s):**_____

**Attn:**_____

**Address:**_____

_____

**Amount/Quantity and CUSIP No(s). of Holdings:**_____

_____

_____

_____

The undersigned hereby certifies that it is a holder of Senior Securities under the Indenture dated as of September 1, 1987 as set forth above.

Dated: _____        _____
                                       Holder, Broker, or Investment Manager

### HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD <u>NOT</u> SUBMIT ANOTHER FORM

_____

[2] *This form is for communication purposes only, and enables the Trustee to send future notices directly to the Holders and/or brokers. One form may be used for multiple Senior Securities (CUSIP nos.). Please include attachments if necessary. Proof of ownership of the Senior Securities is <u>not</u> necessary.*

## Wilmington Trust Company: Lehman Brothers Holdings, Inc. CUSIPs

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 524908XL9 | 524935CU5 | 52522L822 | 52523J297 | 524908NL0 | 52522L731 |
| 524908VN7 | 524935DF7 | 524908PH7 | 52523J305 | 524908B66 | 52522L749 |
| 5249087A2 | 524935DE0 | 524935EN9 | 524935EL3 | 52520WAZ4 | |
| 52522L251 | 524935DQ3 | 524908PL8 | 524935EM1 | 52520W358 | |
| 524908LK4 | 524935DT7 | 524908S27 | 52523J115 | 524908K25 | |
| 524908L73 | 524935DP5 | 524908PM6 | 52523J149 | 524908J92 | |
| 524935CV3 | 524935DR1 | 52522L236 | 524908MB3 | 524908NC0 | |
| 524908N30 | 524908NZ9 | 52520W549 | 52522L798 | 524908SJ0 | |
| 524908N48 | 524935BV4 | 52522L327 | 52522L806 | 524908CM0 | |
| 524935AJ2 | 524935BX0 | 52522L335 | 52522L814 | 524908UZ1 | |
| 524908NV8 | 524935BY8 | 52522L319 | 52522L871 | 524908VB3 | |
| 5249087C8 | 524908R69 | 52522L301 | 52522L830 | 52522L244 | |
| 5249087K0 | 5249083B4 | 52522L293 | 52522L848 | 52522L350 | |
| 5249087E4 | 5249083S7 | 52522L384 | 524908TY6 | 5249083M0 | |
| 524935CL5 | 5249083W8 | 524935BF9 | 52520W341 | 524908WS5 | |
| 524935CN1 | 524935EA7 | 52522L418 | 52523J156 | 52522L533 | |
| 524935CK7 | 524935EB5 | 52523J222 | 524908CF5 | 524908UK4 | |
| 524935CP6 | 524935DW0 | 52523J172 | 524908JK7 | 5249085Y2 | |
| 524935CQ4 | 524935DX8 | 52520W440 | 524908MG2 | 524908WK2 | |
| 5249087D6 | 524935DY6 | 52522L459 | 52520W333 | 52522L475 | |
| 52520WAM3 | 524935BN2 | 52522L392 | 524908MR8 | 52520W283 | |
| 524935AK9 | 524935BR3 | 52522L376 | 524935129 | 52522L186 | |
| 524935AV5 | 524935BE2 | 524935CJ0 | 52523J263 | 52522L889 | |
| 5249086T2 | 524935CA9 | 524935CE1 | 52520W325 | 524908MP2 | |
| 524935CW1 | 524935CH4 | 52520WAD3 | 524908MV9 | 52523J214 | |
| 524935CX9 | 524908R77 | 52523J248 | 5249086U9 | 524908UH1 | |
| 524935CY7 | 524935DA8 | 52523J255 | 5249086W5 | 524908UY4 | |
| 5249083H1 | 524935CR2 | 52520W390 | 52522L632 | 52522L202 | |
| 524908X21 | 524935CT8 | 52522L483 | 52523J412 | 524908NF3 | |
| 524935AX1 | 524935CZ4 | 52522L491 | 524908MY3 | 524908WF3 | |
| 524935AW3 | 524935CM3 | 524935DB6 | 5249086M7 | 52520WAV3 | |
| 524908ET3 | 524908X54 | 52522L525 | 52523J420 | 52520WBD2 | |
| 524935AY9 | 52522L558 | 524935DC4 | 52520W556 | 524908NM8 | |
| 524935AZ6 | 524935DN0 | 52522L657 | 52520W564 | 52522L129 | |
| 52520WDF5 | 524935DK6 | 52522L673 | 52523J446 | 52522L137 | |
| 524935DM2 | 524908PF1 | 52522L699 | 52523J438 | 52522L145 | |
| 524908R51 | 52522L400 | 52522L723 | 524908FJ4 | 524908NY2 | |
| 524935AT0 | 5249084X5 | 52522L707 | 524908WE8 | 52522L426 | |
| 5249087F1 | 5249085R7 | 52522L715 | 52520W515 | 524908PA2 | |
| 524935AP8 | 524935DU4 | 524908BQ2 | 524908FN5 | 5249085D8 | |
| 524935BG7 | 524935DV2 | 524908SQ4 | 52523J503 | 52523J131 | |
| 524935CS0 | 524908UP3 | 524935ED1 | 524908WU0 | 524908SH4 | |
| 524935DD2 | 5249086V7 | 524935EE9 | 52523J206 | 524908UL2 | |
| | 52520WDK4 | 52522L772 | 52523J230 | 524908AA8 | |
| | 5249086N5 | 52522L566 | 524908WW6 | 524908BF8 | |
| | 524935EC3 | 52522L574 | 524908JE1 | 524908NX4 | |
| | 524935EF6 | 52522L582 | 524908XD7 | 52522L756 | |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

1

NY: 618144-1

*Wilmington Trust Company; Lehman Brothers Holdings, Inc.*
*CUSIPs*

| Lehman MTN Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 52517P7C9 | 52517P3S8 | 5252M0FF9 | 5252M0BE6 | 52517P7B1 | 5252M0CJ4 |
| 52517P3R0 | 5252M0CN5 | 5252M0FT9 | 52517P2M2 | 52517P6P1 | 52519FAD3 |
| 52517P5C1 | 52519FCZ2 | 5252M0BB2 | 52517PD65 | 52517P6M8 | 5252M0BY2 |
| 52517P5D9 | 52517P4K4 | 5252M0BQ9 | 52517PD65 | 52517PXV8 | 52517P4N8 |
| 52517P5E7 | 52517PK83 | 5252M0DB0 | 5252M0FZ5 | 52517P6X4 | 52519FAJ0 |
| 52517PC41 | 52517PK83 | 52517P2K6 | 5252M0GS0 | 52517P5T4 | 52519FAQ4 |
| 52517PC58 | 52517P4H1 | 52517P2L4 | 52517P2V2 | 52517P5N7 | 5252M0CX3 |
| 52517P6D8 | 52517P5Q0 | 5252M0ES2 | 52517PD57 | 52517PYD7 | 5252M0DD6 |
| 52517PL33 | 52517P6Q9 | 5252M0GE1 | 52517P6E6 | 5252M0BH9 | 52519FAR2 |
| 52517PQ46 | 52517P7E5 | 52517P2W0 | 5252M0CC9 | 5252M0GR2 | 52519FAW1 |
| 52517PQ53 | 52517P6U0 | 5252M0GB7 | 5252M0CG0 | 5252M0BG1 | 5252M0EV5 |
| 52517PQ53 | 52517PXT3 | 5252M0GA9 | 5252M0CR6 | 52517PR78 | 5252M0EQ6 |
| 52517PQ61 | 52517PXU0 | 52517P2Y6 | 5252M0DL8 | 52517PR78 | 5252M0EZ6 |
| 52517P2T7 | 52517P6Y2 | 52517P3A7 | 5252M0DA2 | 52517PSC6 | 52517PH61 |
| 52517P5V9 | 5252M0AN7 | 52517P3A7 | 52517PE98 | 52517PR60 | 5252M0FY8 |
| 5252M0BP1 | 52517P7H8 | 52517P3A7 | 5252M0EP8 | 5252M0AP2 | 5252M0FU6 |
| 52517PE23 | 52517PN98 | 5252M0BD8 | 52517PZE4 | 5252M0BM8 | 52517PRF0 |
| 5252M0DS3 | 52517PP21 | 52517P3X7 | 52517P5G2 | 5252M0BR7 | 52517PRH6 |
| 5252M0DT1 | 52517P3G4 | 52517PA35 | 5252M0EM5 | 5252M0BU0 | 52517P6W6 |
| 5252M0DT1 | 5252M0AF4 | 52517P3T8 | 82087KAG4 | 5252M0DF1 | 52517P6W6 |
| 52517PU74 | 5252M0AH0 | 5252M0GU5 | 52517PWC1 | 5252M0BK2 | 52519FEY3 |
| 5252M0DU8 | 5252M0FL6 | 52517P4E8 | 52517PWJ6 | 52517PYY1 | 52517PVV0 |
| 52517P4P3 | 5252M0AZ0 | 52517P4E8 | 52517PWD9 | 5252M0EE3 | 52517PWA5 |
| 52517PVU2 | 5252M0AC1 | 52517P4V0 | 52517PG96 | 5252M0EF0 | 52517PWB3 |
| 5252M0DY0 | 5252M0AX5 | 52517P4Y4 | 52517PG96 | 5252M0AE7 | 52517PWL1 |
| 52517PW31 | 5252M0BA4 | 5252M0DW4 | 5252M0EX1 | 5252M0FV4 | 52517PWT4 |
| 52517PW49 | 5252M0BC0 | 52517PVC2 | 5252M0AS6 | 52517PZW4 | 52517PWV9 |
| 52517PW56 | 5252M0BF3 | 52517P4Q1 | 5252M0AB3 | 5252M0GG6 | 52517PRX1 |
| 52517PU41 | 5252M0BN6 | 52517P4W8 | 5252M0AD9 | 52517P3B5 | 52519FDB4 |
| 52517PG21 | 52517PYN5 | 52517P5F4 | 5252M0FN2 | 52517P3C3 | 52517P5X5 |
| 52517PG39 | 52517P7K1 | 52517PR52 | 5252M0EB9 | 5252M0CD7 | 52517PXP1 |
| 52517PWH0 | 52517P5Z0 | 52517PWR8 | 5252M0GM3 | 52517P4U2 | 52517PXQ9 |
| 5252M0FB8 | 5252M0BT3 | 52517P6G1 | 5252M0GP6 | 52517P4C2 | 52517PXR7 |
| 5252M0FG7 | 5252M0BV8 | 52517P6V8 | 5252M0GC5 | 52517P3V1 | 52519FAG6 |
| 52517P5L1 | 5252M0DK0 | 52517P6F3 | 52517PWX5 | 5252M0GJ0 | 52519FAK7 |
| 5252M0FJ1 | 5252M0CE5 | 52517P6H9 | 52517PK59 | 52517P5J6 | 52517PYS4 |
| 5252M0FR3 | 5252M0DH7 | 52517P3N9 | 52517PK67 | 52517P4M0 | 52517PZJ3 |
| 52517PY70 | 52517PU33 | 52517P5P2 | 52517PK67 | 52517PB42 | 52517PZN4 |
| 5252M0AG2 | 5252M0CY1 | 52517P6R7 | 5252M0GV3 | 5252M0DQ7 | 52517PUF6 |
| 52517PWQ0 | 5252M0CP0 | 52517P5M9 | 52519FDA6 | 52517P3P4 | 52517PZX2 |
| 52517P2Z3 | 5252M0DM6 | 52517PC33 | 5252M0WV1 | 52517P3W9 | 52517PUQ2 |
| 52517P3Z2 | 5252M0ER4 | 52517P7D0 | 5252M0GF8 | 52517P6Z9 | 52517PZY0 |
| 52517P4F5 | 5252M0ED5 | 52517P7D7 | 5252M0GX9 | 52517P4R9 | 52517PUR0 |
| | 5252M0AL1 | 52517PY47 | 52517PL74 | 52517P4R9 | 52517PUU3 |
| | 5252M0EL7 | 52517PC74 | 52517PL74 | 5252M0FE2 | 52519FBL4 |
| | 5252M0FM4 | 52517PVM0 | 52517PL58 | 52519FAB7 | 52517PA68 |
| | 5252M0FS1 | 5252M0AQ0 | 52517P7A3 | 5252M0BZ9 | 52517PC66 |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

2

NY: 618144-1

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| | | | | | |
|---|---|---|---|---|---|
| 52517PUM1 | 52517PWE7 | 52517PM24 | 5252M0BS5 | 52519FBU4 | 52519FDP3 |
| 52517PD32 | 52519FDF5 | 52517PQ87 | 5252M0BX4 | 52519FBV2 | 52519FDQ1 |
| 52517PF63 | 52517PXS5 | 52517PQ20 | 5252M0CH8 | 52517PAE1 | 52519FDS7 |
| 52517PF71 | 52517PXW6 | 52517PR29 | 5252M0CL9 | 52519FBW0 | 52519FDU2 |
| 52517PF71 | 52517PXX4 | 52517PR37 | 5252M0CM7 | 52519FBX8 | 52519FDV0 |
| 52517PH53 | 52517PYE5 | 52517PT27 | 52519FFG1 | 52519FCA7 | 52519FDW8 |
| 52517PRW3 | 52517PYG0 | 52517PT92 | 5252M0DG9 | 52519FCC3 | 52519FDX6 |
| 52517PJ85 | 52517PYJ4 | 52517PU82 | 5252M0CQ8 | 52517P2J9 | 52519FDY4 |
| 52517PK91 | 52517PYH8 | 52517PV99 | 5252M0CT2 | 52517PT55 | 52519FDZ1 |
| 52517PM81 | 52519FFC0 | 52517PW80 | 5252M0CV7 | 52517P2S9 | 52519FEA5 |
| 52517PM99 | 52517PYM7 | 52517PX89 | 52519FFJ5 | 52517PSJ1 | 52519FEB3 |
| 52517PN64 | 52517PYP0 | 52517PX48 | 5252M0CZ8 | 52517P3Y5 | 52519FEC1 |
| 52517PXZ9 | 52519FFF3 | 52517PX55 | 5252M0DV6 | 52519FET4 | 52519FED9 |
| 52517PS28 | 52519FDN8 | 52517PX63 | 52519FFH9 | 52517P5Y3 | 52519FEE7 |
| 52517PS28 | 52517PYT2 | 52517PY21 | 5252M0DZ7 | 52519FEW7 | 52519FEF4 |
| 52517PS44 | 52517PYU9 | 52517PY54 | 5252M0EA1 | 52519FEX5 | 52519FEG2 |
| 52517PYR6 | 52519FAP6 | 52517PZ61 | 5252M0EC7 | 52519FFA4 | 52519FEK3 |
| 52517PYQ8 | 52519FAS0 | 52517P2E0 | 5252M0EH6 | 5252M0CU9 | 52519FEL1 |
| 52517PT68 | 52519FDR9 | 52517PZ53 | 52519FAU5 | 5252M0EG8 | 52519FEM9 |
| 52517PT76 | 52519FAT8 | 52517P2H3 | 5252M0ET0 | 52517PNZ0 | 52519FEP2 |
| 52517PV73 | 52517PYX3 | 52517PY62 | 52519FAX9 | 52519FBY6 | 52519FEQ0 |
| 52517PYV7 | 52519FAV3 | 52517P3F6 | 5252M0EU7 | 52519FCB5 | 52519FEQ0 |
| 52517PZ79 | 52517PYW5 | 52517P2R1 | 5252M0DP9 | 52517PL25 | 52519FER8 |
| 52517PY96 | 52517PYZ8 | 52517P2X8 | 5252M0EK9 | 52519FCD1 | 52519FES6 |
| 52517PV40 | 52517PZA2 | 52517PZ38 | 52519FAZ4 | 52519FCE9 | 52519FEU1 |
| 52517PX97 | 52519FBD2 | 52517P2P5 | 5252M0EW3 | 52519FCF6 | 52519FEZ0 |
| 52517P4B4 | 52517PZL8 | 52517PSL6 | 52519FBA8 | 52519FCG4 | 52519FFB2 |
| 52517P2U4 | 52517PZM6 | 52517P3U3 | 5252M0EY9 | 52519FCH2 | 52519FFK2 |
| 52517P4S7 | 52517PZS3 | 52517P3H2 | 5252M0FA0 | 52519FCJ8 | 52519FCR0 |
| 52517P6L0 | 52519FFP1 | 52517P3L3 | 52519FBB6 | 52519FCK5 | 52519FCX7 |
| 52517PXM8 | 52517PA27 | 52517P4Z1 | 5252M0FC6 | 52519FCL3 | 52519FDK4 |
| 52517PSZ5 | 52517PZZ7 | 52517P6S6 | 52519FBC4 | 52519FCM1 | 52519FDL2 |
| 52519FAC5 | 52517PA43 | 52517P5K3 | 5252M0FK8 | 52519FCN9 | 52519FEH0 |
| 52519FAE1 | 52519FBP5 | 52517P4T5 | 5252M0FH5 | 52519FCP4 | 52519FEJ6 |
| 52519FAH4 | 52519FBS9 | 52517P6B2 | 5252M0FW2 | 52519FCQ2 | 52517PJ77 |
| 52519FAL5 | 52517PB34 | 52519FEV9 | 52519FBE0 | 52519FCT6 | |
| 5252M0DJ3 | 52517PB59 | 52517P6C0 | 52519FBF7 | 52519FCU3 | 52517PK34 |
| 52519FAM3 | 52517PC25 | 52517P6S5 | 52519FBG5 | 52519FCV1 | 52517PP96 |
| 52519FAN1 | 52517PD24 | 5252M0AU1 | 5252M0FX0 | 52519FCW9 | 52517PQ38 |
| 5252M0EN3 | 52519FFD8 | 5252M0AW7 | 52519FBH3 | 52519FCY5 | 52519FEN7 |
| 5252M0FD4 | 52519FFE6 | 5252M0AA5 | 5252M0CF2 | 52519FDC2 | 52517PS69 |
| 52517PUL3 | 52517PE31 | 5252M0AJ6 | 52519FBJ9 | 52519FDD0 | 52517PV81 |
| 52517PUN9 | 52517PH46 | 5252M0AY3 | 52519FBK6 | 52519FDE8 | 52517PW23 |
| 52517PUP4 | 52517PK42 | 5252M0BJ5 | 5252M0GQ4 | 52519FDG3 | 52517P3M1 |
| 52519FBZ3 | 52517PL41 | 52517P3E9 | 52519FBM2 | 52519FDH1 | 52517PX71 |
| 52517PVN8 | 52517PL66 | 52517P6A4 | 52519FBN0 | 52519FDJ7 | 52517P4A6 |
| 52517PAZ4 | 52517PM57 | 5252M0BL0 | 52519FBT7 | 52519FDM0 | 52517P4X6 |

3

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
**CUSIPs**

| |
|---|
| 52517P6J5 |
| 52517P7L9 |
| 5252M0AT4 |
| 5252M0AM9 |
| 5252M0AV9 |
| 5252M0AR8 |
| 5252M0CS4 |
| 5252M0CW5 |
| 5252M0DE4 |
| 5252M0CB1 |
| 5252M0CK1 |
| 5252M0DR5 |
| 5252M0DX2 |
| 5252M0EJ2 |
| 52519FFL0 |
| 52519FFN6 |

4

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

*Wilmington Trust Company: Lehman Brothers Holdings, Inc.*
*CUSIPs*

**As discussed in detail in the Amended Notice of Event of Default, the securities represented by the following CUSIPs do not require a trusteeship appointment under the Indenture.**
**The following CUSIPs are included for notice purposes only.**

| |
|---|
| 524908JC5 |
| 524908LV0 |
| 524908VH0 |
| 524908WC0 |
| 524908HW3 |
| 524908HX1 |
| 524908VD9 |
| 524908WD8 |
| 524908VE7 |
| U5250MFR0 |
| U5250MES9 |
| 524909BD9 |
| 524909BE7 |
| U52519AC6 |

5

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

NY: 618144-1



## SUPPLEMENTAL NOTICE OF EVENT OF DEFAULT
## TO HOLDERS OF CERTAIN SENIOR SECURITIES
## OF LEHMAN BROTHERS HOLDINGS INC. ISSUED UNDER
## INDENTURE DATED AS OF SEPTEMBER 1, 1987
### *CUSIP Nos. 52517P2G5, 5252M0GD3, 5252M0CA3 and XS0336095749*

**This notice (the "Supplemental Notice") supplements the Notice of Event of Default, dated as of October 15, 2008, as amended on February 27, 2009, to holders of certain senior securities of Lehman Brothers Holdings Inc. issued under the Indenture (as defined below).**

Wilmington Trust Company (the "Trustee") serves as successor trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and the Trustee pursuant to which senior unsecured securities (the "Senior Securities") were issued and are outstanding. **Based on information provided by the predecessor trustee, the securities represented by the above-referenced CUSIP numbers have been identified as Senior Securities.** Capitalized terms used in this Notice have the meanings ascribed to such terms in the Indenture.

On September 15, 2008, the Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-13555 (JMP). The bankruptcy filing constitutes an Event of Default under Section 501(6) of the Indenture.

The Trustee has retained Michael B. Hopkins, Esq. and the law firm of Covington & Burling LLP to represent it in the bankruptcy case. The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the bankruptcy case. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. The Trustee recommends holders of the Senior Securities (the "Holders") monitor the website for information regarding the bankruptcy case.

Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim or other matters relating to the bankruptcy case. The Trustee recommends Holders consult their own legal counsel in this regard. **Holders who complete individual proof of claim forms should file them in accordance with the directions set forth by the Company at its bankruptcy website (www.lehman-docket.com), or as otherwise directed by the Company. Holders should not send completed proof of claim forms to the Trustee.**

Inquiries regarding the Senior Securities may be directed to the Trustee as follows:

Wilmington Trust FSB
Attn: Julie J. Becker (302) 636-4185[1]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Michael B. Hopkins (212) 841-1064
Martin E. Beeler (212) 841-1023
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Holders may complete the enclosed form and return it to the Trustee to be included on a matrix to receive future notices directly from the Trustee. <u>HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD NOT SUBMIT ANOTHER FORM.</u>

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Securities or the matters described herein. Holders should consult with their own professionals regarding the Senior Securities and the bankruptcy case.

Dated: May 28, 2009                              WILMINGTON TRUST COMPANY,
                                                 *as Indenture Trustee*

---

[1] *This phone line is monitored daily. Calls will be returned in the order received. Please do not leave multiple messages.*

*Please return completed form to Wilmington Trust FSB, Attn: Julie J. Becker, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402-1544*

## TRUSTEE'S MAILING MATRIX[2]

LEHMAN BROTHERS HOLDINGS INC.
SENIOR SECURITIES ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987

**Name of Holder(s)/Holder Representative(s):** _____

**Address:** _____

_____

**Name of Broker(s)/ Investment Manager(s):** _____

**Attn:** _____

**Address:** _____

_____

**Amount/Quantity and CUSIP No(s). of Holdings:** _____

_____

_____

The undersigned hereby certifies that it is a holder of Senior Securities under the Indenture dated as of September 1, 1987 as set forth above.

Dated: _____          _____

Holder, Broker, or Investment Manager

**HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD NOT SUBMIT ANOTHER FORM**

---

[2] *This form is for communication purposes only, and enables the trustee to send future notices directly to the Holders and/or brokers. One form may be used for multiple Senior Securities (CUSIP nos.). Please include attachments if necessary. Proof of ownership of the Senior Securities is not necessary.*

# Exhibit B

**[CONFORMED COPY]**

**SHEARSON LEHMAN BROTHERS HOLDINGS INC.**

**AND**

**CITIBANK, N.A.**

*Trustee*

# Indenture

**Dated as of September 1, 1987, as amended**

053105-0654-08237-NY03.2167670.2

If the Company fails to pay such amounts forthwith upon such demand, the Trustee, in its own name and as trustee of an express trust, may institute a judicial proceeding for the collection of the sums so due and unpaid, may prosecute such proceeding to judgment or final decree and may enforce the same against the Company or any other obligor upon such Securities and collect the moneys adjudged or decreed to be payable in the manner provided by law out of the property of the Company or any other obligor upon such Securities, wherever situated.

If an Event of Default with respect to Securities of any series occurs and is continuing, the Trustee may in its discretion proceed to protect and enforce its rights and the rights of the Holders of Securities of such series and any related coupons by such appropriate judicial proceedings as the Trustee shall deem most effectual to protect and enforce any such rights, whether for the specific enforcement of any covenant or agreement in this Indenture or in aid of the exercise of any power granted herein, or to enforce any other proper remedy.

SECTION 504.   *Trustee May File Proofs of Claim.*

In case of the pendency of any receivership, insolvency, liquidation, bankruptcy, reorganization, arrangement, adjustment, composition or other judicial proceeding relative to the Company or any other obligor upon the Securities of any series or the property of the Company or of such other obligor or their creditors, the Trustee (irrespective of whether the principal of the Securities of such series shall then be due and payable as therein expressed or by declaration or otherwise and irrespective of whether the Trustee shall have made any demand on the Company for the payment of overdue principal or interest) shall be entitled and empowered, by intervention in such proceeding or otherwise,

(i)   to file and prove a claim for the whole amount of principal (or, if the Securities of such series are Original Issue Discount Securities, Indexed Securities or Dual Currency Securities, such amount as may be due and payable with respect to such Securities pursuant to a declaration in accordance with Section 502) (and premium, if any) and interest, if any, owing and unpaid in respect of the Securities of such series and any related coupons and to file such other papers or documents as may be necessary or advisable in order to have the claims of the Trustee (including any claim for the reasonable its compensation, expenses, disbursements and advances of the Trustee, agents and counsel) and of the Holders of the Securities of such series and any related coupons allowed in such judicial proceeding, and

(ii)   to collect and receive any moneys or other property payable or deliverable on any such claims and to distribute the same;

and any custodian, receiver, assignee, trustee, liquidator, sequestrator or other similar official in any such judicial proceeding is hereby authorized by each Holder of Securities and coupons to make such payments to the Trustee and, in the event that the Trustee shall consent to the making of such payments directly to the Holders of Securities and coupons, to pay to the Trustee any amount due it for the reasonable compensation, expenses, disbursements and advances of the Trustee, its agents and counsel, and any other amounts due the Trustee under Section 607.

42

Nothing herein contained shall be deemed to authorize the Trustee to authorize or consent to or accept or adopt on behalf of any Holder of a Security or coupon any plan of reorganization, arrangement, adjustment or composition affecting the Securities or coupons of any series or the rights of any Holder thereof or to authorize the Trustee to vote in respect of the claim of any Holder of a Security or coupon in any such proceeding.

SECTION 505.    *Trustee May Enforce Claims Without Possession of Securities or Coupons.*

All rights of action and claims under this Indenture or the Securities or coupons of any series may be prosecuted and enforced by the Trustee without the possession of any of the Securities or coupons of such series or the production thereof in any proceeding relating thereto, and any such proceeding instituted by the Trustee shall be brought in its own name as trustee of an express trust, and any recovery of judgment shall, after provision for the payment of the reasonable compensation, expenses, disbursements and advances of the Trustee, its agents and counsel, be for the ratable benefit of the Holders of the Securities and coupons in respect of which such judgment has been recovered.

SECTION 506.    *Application of Money Collected.*

Any money collected by the Trustee pursuant to this Article shall be applied in the following order, at the date or dates fixed by the Trustee and, in the case of the distribution of such money on account of principal (or premium, if any) or interest, if any, upon presentation of the several Securities or coupons, or both, as the case may be, with respect to which such moneys were collected, and the notation thereon of the payment if only partially paid and upon surrender thereof if fully paid:

FIRST:  To the payment of all amounts due the Trustee under Section 607;

SECOND:  To the payment of the amounts then due and unpaid upon such Securities and coupons for principal of (and premium, if any) and interest, if any, in respect of which or for the benefit of which such money has been collected, ratably, without preference or priority of any kind, according to the amounts due and payable on such Securities and coupons for principal (and premium, if any) and interest, respectively; and

THIRD:  The balance, if any, to the Person or Persons entitled thereto.

SECTION 507.    *Limitation on Suits.*

No Holder of any Security of any series or any related coupons shall have any right to institute any proceedings, judicial or otherwise, with respect to this Indenture, or for the appointment of a receiver or trustee, or for any other remedy hereunder, unless,

(1)   an Event of Default shall have occurred and be continuing and such Holder has previously given written notice to the Trustee of such continuing Event of Default with respect to the Securities of that series;

053105-0654-08237-NY03.2167670.2