**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:   (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>       Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

<u>CERTIFICATE OF SERVICE</u>

  SUZANNE P. MICKLICH, of full age, hereby certifies as follows:

  1.  I am a paralegal employed by the firm of Day Pitney LLP and based out of its office located at 242 Trumbull Street, Hartford, Connecticut.  Day Pitney is counsel for Fidelity National Title Insurance Company in connection with the above-referenced matter.

  2.  On September 15, 2010, I electronically filed Fidelity National Title Insurance Company's Limited Objection And Reservation Of Rights in Response To Motion Of Lehman Commercial Paper Inc. For Approval Of Amended And Restated Compromise By And Among Lehman Commercial Paper Inc., Alfred H. Siegel, As Chapter 11 Trustee For The Suncal

Debtors, And The Official Committee Of Unsecured Creditors In The Suncal Bankruptcy Cases with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties identified on the service list annexed hereto to be served via the Court's ECF system.

3.      In addition, I caused copies of the aforementioned document to be served upon the parties set forth on the annexed service list on the date and in the manner noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Suzanne P. Micklich
SUZANNE P. MICKLICH

Dated: September 17, 2010

## SERVICE LIST

### SERVED VIA ECF ON 9/15/2010:

- Anne Marie Aaronson      aaaronson@dilworthlaw.com
- Marc Abrams      maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker      acker@chapman.com
- David J. Adler      dadler@mccarter.com
- Ana M. Alfonso      aalfonso@willkie.com
- Darryl J. Alvarado      dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson      sanderson@bernsteinshur.com,
  acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- George Angelich      angelich.george@arentfox.com,
  angelich.george@arentfox.com;lane.katie@arentfox.com
- Tara B. Annweiler      tannweiler@greerherz.com
- Bruce G. Arnold      barnold@whdlaw.com, chandy@whdlaw.com
- John R. Ashmead      ashmead@sewkis.com
- Douglas Bacon      douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Donald M. Badaczewski      donald.badaczewski@dechert.com
- Ingrid Bagby      ingrid.bagby@cwt.com,
  betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com
- Katrina Lynne Baker      kbaker@kramerlevin.com, mattorney@kramerlevin.com
- Helen Ball      hball@ba-boult.com, mtaylor@ba-boult.com
- William G. Ballaine      wballaine@lcbf.com
- Elizabeth Banda Calvo      rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber      dbarber@bsblawyers.com
- Jean-David Barnea      jean-david.barnea@usdoj.gov
- David L. Barrack      dbarrack@fulbright.com
- Lawrence Bass      lawrence.bass@hro.com
- Beatrice Hamza Bassey      bassey@hugheshubbard.com
- Paul M. Basta      pbasta@kirkland.com, jacob.goldfinger@kirkland.com
- Paul A. Batista      batista007@aol.com
- Ronald Scott Beacher      rbeacher@daypitney.com
- Anne E. Beaumont      abeaumont@fklaw.com, lehmanbros@fklaw.com
- Martin Beeler      mbeeler@cov.com
- T. Scott Belden      sbelden@kleinlaw.com,
  imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
- Christopher Robert Belmonte      cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer      hbeltzer@morganlewis.com
- Evan J. Benanti      evan.benanti@bingham.com
- Walter Benzija      wbenzija@halperinlaw.net
- Shaya M. Berger      bergers@dicksteinshapiro.com
- Jed I. Bergman      jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman      jbergman@kasowitz.com,
  courtnotices@kasowitz.com;smoskowitz@kasowitz.com

- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com
- Scott Howard Bernstein    sbernstein@hunton.com
- Daniel B. Besikof    dbesikof@loeb.com
- Riyaz G. Bhimani    rbhimani@eckertseamans.com
- Martin J. Bienenstock    martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder    binder@sewkis.com
- Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman    jBlackman@morganlewis.com
- Benjamin Blaustein    bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck    dbleck@mintz.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
- Hilary B. Bonial    notice@bkcylaw.com
- Mark V. Bossi    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Jerrold Lyle Bregman    jbregman@curtis.com, ghertzberg@curtis.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Luke O. Brooks    lukeb@rgrdlaw.com
- Melvin A. Brosterman    mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us

- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Joshua W. Cohen    jwcohen@daypitney.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    kurt.vellek@allenovery.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
- Cassandra L. Coleman    ccoleman@garfield-county.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    kurt.vellek@allenovery.com
- Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello    pcostello@bbslaw.com
- Patrick M. Costello    pcostello@vectislawgroup.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    david.crichlow@pillsburylaw.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- Jason C. Davis    jdavis@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;sodavis@schiffhardin.com;mcurro@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com,
  lramirez@whdlaw.com;pbartoli@whdlaw.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com,
  allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-
  law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
  law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman    sfineman@lchb.com
- Steven J. Fink    sfink@orrick.com, nymao@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Ellen A. Friedman    mmyles@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com, efrasiolas@manatt.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com;dkick@mosessinger.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Christopher J. Giaimo    giaimoc@arentfox.com
- Steven D. Ginsburg    sdg@adorno.com, ctatelbaum@adorno.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com

- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Adam J. Goldberg    adam.goldberg@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Stephanie J. Goldstein    stephanie.goldstein@friedfrank.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com, gsalamone@secondmarket.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com
- Ira S. Greene    isgreene@hhlaw.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com, sarah.laughlin@bakerd.com
- Thomas J. Hall    thall@chadbourne.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William Hao    william.hao@alston.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com;jpizzurro@curtis.com;mmoscato@curtis.com;ndelaney@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com;diana.perez@cwt.com;anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com

- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
- Ira L. Herman    ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com,
  NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@b
  sfllp.com
- Stephen C. Hunt    shunt@arnstein.com,
  sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com,
  kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Eric E. Johnson    eric.johnson@hro.com, alicia.berry@hro.com
- Michael E. Johnson    michael.johnson@alston.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com

- Gary Kaplan    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- David J. Karp    david.karp@srz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com, acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    craig@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Douglas Koff    douglaskoff@paulhastings.com
- Howard Koh    hkoh@meisterseelig.com
- Samuel S. Kohn    , dcunsolo@winston.com
- Alan Kolod    dkick@mosessinger.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Bennette D. Kramer    bdk@schlamstone.com
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Michael M. Krauss    mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com
- Julia S. Kreher    jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com
- J. Alex Kress    akress@riker.com
- Martin Krolewski    mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Paul J. Labov    plabov@eapdlaw.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Mark Landman    mlandman@lcbf.com
- David P. Langlois    david.langlois@sablaw.com
- Robert Laplaca    rlaplaca@levettrockwood.com
- Kevin J. Larner    klarner@riker.com
- Francis J. Lawall    lawallf@pepperlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com

- David H. Lee    dlee@nixonpeabody.com
- Robert J. Lemons    matthew.schoenfeld@weil.com;andrew.lyon@weil.com
- Stephen D. Lerner    slerner@ssd.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin    JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
- Richard Levy    rlevy@pryorcashman.com
- Leo V. Leyva    lleyva@coleschotz.com
- Isabelle Liberman    iliberman@akingump.com
- Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul    vlicul@vladeck.com
- Sarah E. Lieber    selieber@jonesday.com
- David Liebov    liebovd@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Joanne K. Lipson    jlipson@crockerkuno.com,
  ttracy@crockerkuno.com;karly@crockerkuno.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden    sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com
- Joli A. Lofstedt    joli@crlpc.com
- Sarah K. Loomis Cave    cave@hugheshubbard.com
- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Alexander S. Lorenzo    alexander.lorenzo@alston.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major    , tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;stho
  mpson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;kprimm@
  hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Mark McDermott    brian.mcdermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
  mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas
  william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapip
  er.com;christopher.thomson@dlapiper.com;jeremy.johnson@dlapiper.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- David Molton    dmolton@brownrudnick.com, jelstad@brownrudnick.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- Claude D. Montgomery
  cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- Matthew P. Morris    matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Joshua D. Morse     morsej@hbdlawyers.com
- Judy Hamilton Morse     judy.morse@crowedunlevy.com,
  ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
- Seth A. Moskowitz     smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare     mmulcare@mayerbrown.com
- Steven T. Mulligan     smulligan@bsblawyers.com
- Michael F. Murphy     murphym2@michigan.gov
- Jason A. Nagi     jnagi@polsinelli.com
- David L. Neale     kjm@lnbyb.com, tma@lnbyb.com
- David Neier     dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier     mneier@ibolaw.com
- Laura E. Neish     lneish@zuckerman.com
- Roger David Netzer     maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman     snewman@katskykorins.com
- Robert E. Nies     rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey     rnorthey-lbi@mhjur.com
- Richard P. Norton     rnorton@hunton.com
- Robert M. Novick     rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff     hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry     jputnam@bermanesq.com
- Edmond P. O'Brien     eobrien@sbchlaw.com
- Brian Edward O'Connor     maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal     soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com
- Carl W. Oberdier     coberdier@schiffhardin.com,
  lbonilla@schiffhardin.com;egeekie@schiffhardin.com;pstone@schiffhardin.com
- Kalman Ochs     ochska@ffhsj.com
- Patrick D. Oh     patrick.oh@freshfields.com
- Sean A. Okeefe     sokeefe@winthropcouchot.com
- Harold Olsen     holsen@stroock.com
- Matthew Olsen     molsen@morganlewis.com
- Karen Ostad     kostad@mofo.com
- Jody Michelle Oster     ECF.Oster@huntington.com
- Alec P. Ostrow     aostrow@beckerglynn.com,
  lmueller@beckerglynn.com;jholdridge@beckerglynn.com
- Neil J. Oxford     oxford@hugheshubbard.com
- R. Stephen Painter     spainter@cftc.gov
- Charles Palella     cpalella@kurzman.com
- Deryck A. Palmer     deryck.palmer@cwt.com,
  david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer     cpanzer@sillscummis.com
- Merritt A. Pardini     merritt.pardini@kattenlaw.com,
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- Barbra R. Parlin     barbra.parlin@hklaw.com
- Peter S. Partee     ppartee@hunton.com

- Alfredo R. Perez    alfredo.perez@weil.com,
  Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes    rpershes@bdblaw.com,
  sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdblaw.com;cedwards@bdblaw.com
- Gregory M. Petrick    gregory.petrick@cwt.com,
  diana.perez@cwt.com;allison.dipasqua@cwt.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com, syoon@hodgsonruss.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- Dana Post    dpost@kramerlevin.com
- John N. Poulos    poulos@hugheshubbard.com
- Constantine Pourakis    cp@stevenslee.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@mcguirewoods.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Randall Rainer    rrainer@wmd-law.com
- Jack A. Raisner    jar@outtengolden.com
- Kiara L. Rankin    kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi    john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com
- Craig V. Rasile    crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com
- Russell Lowell Reid    rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com
- Howard D. Ressler    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfra
  nk.com;aaron.kleinman@friedfrank.com
- Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com
- Theodore O. Rogers    rogerst@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- William A. Rome    warome@hpplegal.com
- Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
- Jorian Rose    jlrose@venable.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com
- Kermit A. Rosenberg    krosenberg@tighepatton.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Samuel H. Rudman    srudman@rgrdlaw.com
- Abby Rudzin    arudzin@omm.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Jeffrey D. Saferstein    jsaferstein@paulweiss.com
- Chester B. Salomon    csalomon@beckerglynn.com,
  jholdridge@beckerglynn.com;lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jeffrey L. Sapir-13    info@sapirch13tr.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com
- Eric A Schaffer    eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz    bschartz@kirkland.com
- Jonathan D. Schiller    jschiller@bsfllp.com
- Michael L. Schleich    mschleich@fslf.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber    cschreiber@winston.com

- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jscott@reedsmith.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- John T. Shaban    jshaban@wbamct.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- David B. Shemano    dshemano@pwkllp.com, lpeitzman@pwkllp.com
- Thomas I. Sheridan    tsheridan@hanlyconroy.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Mark Shinderman    paula.ayers@mto.com
- Michael A. Shiner    mshiner@tuckerlaw.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com
- Carren B. Shulman    cshulman@sheppardmullin.com, jqin@sheppardmullin.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons    peter.simmons@friedfrank.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson    lsimonson@faegre.com
- Charles E. Simpson    csimpson@windelsmarx.com, detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane    pfarren@cahill.com
- Thomas R. Slome    lgomez@msek.com
- Edward Smith    easmith@venable.com
- Elizabeth Page Smith    esmith@llgm.com
- Abigail Snow    asnow@ssbb.com
- Eric J. Snyder    esnyder@sillerwilk.com
- John Wesley Spears    john.spears@alston.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com
- Douglas E. Spelfogel    dspelfogel@foley.com
- James H.M. Sprayregen    jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair    jstclair@skadden.com, jeffyscott@hotmail.com;cdickers@skadden.com;Elise.OConnell@skadden.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Jack G. Stern    jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

- Malani Sternstein    msternstein@sheppardmullin.com
- J. Robert Stoll    jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Walter B. Stuart    walter.stuart@freshfields.com
- David A. Sullivan    david.sullivan@cliffordchance.com
- Walter E. Swearingen    wswearingen@llf-law.com
- Matthew S. Tamasco    mtamasco@schnader.com
- Sara M. Tapinekis    sara.tapinekis@cliffordchance.com
- Robert E. Tarcza    bobt@tglaw.net
- James Tecce    jamestecce@quinnemanuel.com
- Samuel Jason Teele    jteele@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- H. Marc Tepper    marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi    rterenzi@stcwlaw.com
- April J. Theis    april.theis@azag.gov
- My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com
- Kenneth B. Tomer    ktomer@goodwinprocter.com
- Amit K. Trehan    atrehan@mayerbrown.com,
  atrehan@mayerbrown.com;cwalsh@mayerbrown.com
- Curtis V. Trinko    ctrinko@trinko.com
- Patrick J. Trostle    ptrostle@jenner.com
- Thomas R. Trowbridge, III    thomas.trowbridge@bakerbotts.com
- Brian Trust    btrust@mayerbrown.com
- Gerard Uzzi    guzzi@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Michael J. Venditto    mvenditto@reedsmith.com
- Raymond W. Verdi    rwvlaw@yahoo.com
- Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com
- Paul Vizcarrondo    pvizcarrondo@wlrk.com, calert@wlrk.com
- Shai Waisman    shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;sherri.toub@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1    shai.waisman@weil.com
- Shai Waisman2    shai.waisman@weil.com
- Adrienne Walker    awalker@mintz.com
- Lisa L. Wallace    lwallace@mwc-law.com
- Josephine Wang    jwang@sipc.org
- Mark W. Warren    mwarren@mtb.com
- W. Clark Watson    cwatson@balch.com
- Corey R. Weber    ecf@ebg-law.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt    chaya.weinberg@withers.us.com
- Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg    rochellew@shiboleth.com

- John W. Weiss     john.weiss@alston.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- Mark F. Werle     eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Timothy Raymond Wheeler     twheeler@lowenstein.com
- Lee Papachristou Whidden     lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham     wickham@scmv.com, havard@scmv.com
- Erin E. Wietecha     ewietecha@coleschotz.com
- Michael E. Wiles     mewiles@debevoise.com, mao-ecf@debevoise.com
- Deborah D. Williamson     dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson     efile@willaw.com
- Steven R. Wirth     swirth@wmd-law.com
- Jane Rue Wittstein     jruewittstein@jonesday.com
- Amy R. Wolf     arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf     jowolf@law.nyc.gov
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Steven Wolowitz     swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright     james.wright@ropesgray.com
- Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright     wrightth@sullcrom.com
- Robert C. Yan     ryan@farrellfritz.com
- David Farrington Yates     fyates@sonnenschein.com
- Jack Yoskowitz     yoskowitz@sewkis.com
- Erin Zavalkoff     ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
- N. Theodore Zink     tzink@chadbourne.com,
  tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser     pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Scott A. Zuber     szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski     ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com
- Ellen Zweig     ezweig@optonline.net
- Abraham L. Zylberberg     azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com


**<u>SERVED VIA UPS ON 9/15/2010:</u>**

United States Bankruptcy Court
Southern District Of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office Of The US Trustee
Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

## SERVED VIA EMAIL ON 9/16/2010:

aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com;
adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com;
amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com;
andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com;
arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com;
arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com;
ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com;
austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com;
bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com;
bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com;
bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com;
bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com;
brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com;
btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com;
bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com;
canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com;
cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; goldstein@stcwlaw.com;
chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com;
charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com;
clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com;
cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov;
cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com;
cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;
cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com;
david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com;
davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-

law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; ddunne@milbank.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com;
deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com;
diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; djoseph@stradley.com;
dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; dodonnell@milbank.com;
douglas.bacon@lw.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com;
DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efleck@milbank.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com;
feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com;
fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com;
fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.netgary.ticoll@cwt.com; gbray@milbank.com;
george.davis@cwt.com; geraci@thalergertler.com; ggitomer@mkbattorneys.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com;
gmoss@riemerlaw.com; graumane@sullcrom.com; gravert@mwe.com; gspilsbury@jsslaw.com;
guzzi@whitecase.com; hanh.huynh@cwt.com; harrisjm@michigan.gov;
harveystrickon@paulhastings.com; hbeltzer@morganlewis.com; heim.steve@dorsey.com;
heiser@chapman.com; helmut.olivier@lehman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; ian.levy@kobrekim.com;
icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com;
jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com;
James.Sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov;
jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us;
jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com;
jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;
jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com;
jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com;
jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;

jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com;
jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com;
jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com;
jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com;
joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com;
JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com;
jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jtimko@allenmatkins.com;
jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-
law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com;
Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;
kowens@foley.com; kpiper@steptoe.com; kressk@pepperlaw.com;
KReynolds@mklawnyc.com; krosen@lowenstein.com; krubin@ozcap.com;
kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
lwong@pfeiferlaw.com; mabrams@willkie.com; MAOFILING@CGSH.com;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov matthew.klepper@dlapiper.com; matthew.morris@lovells.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com;
mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com;
metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com;
mgreger@allenmatkins.com; mhopkins@cov.com; michael.bonacker@lehman.com;
michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com;
miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;

mschimel@sju.edu; mschonholtz@willkie.com; mshiner@tuckerlaw.com;
msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com;
notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com;
paronzon@milbank.com; patrick.oh@freshfields.com; patrick.schmitz-
morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com;
ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com;
rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com;
rbeacher@daypitney.com; rbernard@bakerlaw.com; rbyman@jenner.com;
rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com;
rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
RHS@mccallaraymer.com; richard.lear@hklaw.com; richard.levy@lw.com;
richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; Scott.Gibson@dubaiic.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com;
sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com;
sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org;
shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com;
sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com;
steve.ginther@dor.mo.gov; steven.wilamowsky@bingham.com;
Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com;
teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com;
thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov;

thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com;
tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com;
tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com;
twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; wfoster@milbank.com; wheuer@dl.com;
william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com;
wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-
law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp