Mark S. Landman
Sophia Ree
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Managing Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
                                                            :
                                                            :   Case No. 08-13555 (JMP)
                                                            :
             Debtors.                                       :
                                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

      Ryan New, being duly sworn, deposes and says:

    1.    I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor,

473176.1 DocsNY

New York, New York 10271.

2. That on the 17th day of September, 2010, I caused a true and correct copy of the OBJECTION AND RESERVATION OF RIGHTS OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO MOTION OF THE DEBTORS, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 363 OF THE BANKRUPTCY CODE, FOR APPROVAL OF (I) A SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND AURORA BANK FSB REGARDING THE MASTER FORWARD AGREEMENT AND OTHER MATTERS AND (II) CERTAIN OTHER RELATED RELIEF, INCLUDING AUTHORIZATION OF (A) CERTAIN DEBTORS TO MAKE CAPITAL TRANSFERS, (B) LBHI TO ENTER INTO A CAPITAL MAINTENANCE AGREEMENT, AND (C) LBHI TO EXTEND THE DURATION OF THE AMENDED REPURCHASE AGREEMENT AND FINANCING FACILITY to be filed and served via the Electronic Court Filing System.

3. I further declare that on the 17th day of September, 2010, I caused copies of the above-referenced document to be served by overnight mail to the parties listed in the attached Exhibit A.

4. I further declare that on the 17th day of September, 2010, I caused copies of the above-referenced document to be served by hand delivery to the party listed in the

473176.1 DocsNY

attached Exhibit B.

Dated: New York, New York
September 17, 2010

_____
Ryan New

Sworn to before me this
17th day of September, 2010

_____
Jelena Brigida
Notary Public

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

473176.1 DocsNY

# Exhibit A

473176.1 DocsNY

## SERVICE RIDER

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Alfredo R. Perez, Esq.
         Robert L. Messineo, Esq.
         Sunny Singh, Esq.
Fax: (212) 310-8934

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.
Fax: (212) 530 5219

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Matsumoto, Esq.
         Linda Riffkin, Esq.
         Tracy Hope Davis, Esq.
Fax: (212) 668-2255

473176.1 DocsNY

# Exhibit B

## SERVICE RIDER

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, New York 10004

473176.1 DocsNY