TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Autonomy Master Fund Limited  (the "Seller")

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Elliott Associates, L.P. ("Buyer"), all the right, title and interest in and to certain claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (JMP) (jointly administered) and the relevant portions of any and all proofs of claim (Nos. 21347, 21350 and 66398) filed by Seller with the Bankruptcy Court in respect of the foregoing claims.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the claims.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the claims to Buyer at the following address and details:

c/o Elliott Management Corporation
712 Fifth Avenue, 35th Floor
New York, NY 10019

IN WITNESS WHEREOF, dated as of the 14th day of September, 2010.

Autonomy Master Fund Limited

By: _____
(Signature of authorized corporate officer)

Name: Andrew Tsai
Title: Director and Authorised Signatory
Tel.:


Elliott Associates, L.P.


By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner


By: _____
(Signature of authorized corporate officer)


Name:
Title:
Tel.:

AMFL Evidence of Transfer (LBHI) Signature Page

Autonomy Master Fund Limited

By: _____
(Signature of authorized corporate officer)

Name: Andrew Tsai
Title: Director and Authorised Signatory
Tel.:

Elliott Associates, L.P.

By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____
(Signature of authorized corporate officer)

Name: Elliot Greenberg
Title: Vice President
Tel.:

AMFL Evidence of Transfer (LBHI) Signature Page