GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone : (617) 570-1000
Fax : (617) 523-1231
Michael J. Pappone

*Attorneys for Clayton Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**In re:**                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS, INC.,**                          :    **08-13555 (JMP)**
:
**Debtor.**                                   :    **(Jointly Administered)**
:
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2010, I caused true and correct copies of the Limited Objection to Debtors' Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363 of the Bankruptcy Code, For Approval of (I) a Settlement Agreement Between the Debtors and Aurora Bank FSB Regarding the Master Forward Agreement and Other Matters and (II) Certain Other Related Relief, Including Authorization of (A) Certain Debtors to Make Capital Transfers, (B) LBHI to Enter into a Capital Maintenance Agreement, and (C) LBHI to Extend the Duration of the Amended Repurchase Agreement and Financing Facility [Docket No. 11334] to be sent by automatic ECF notice to those parties receiving ECF in the above-captioned case and to be served on the parties listed below as follows:

**By Hand Delivery:**

| | |
|---|---|
| The Honorable James M. Peck<br>One Bowling Green<br>New York, New York 10004<br>Courtroom 601<br><br>Alfredo R. Perez, Esq.<br>Robert L. Messineo, Esq.<br>Sunny Singh, Esq.<br>Attorneys for the Debtors<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Attorneys for the Official Committee<br>of Unsecured Creditors<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022-4834<br><br>Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

Dated: September 17, 2010
      New York, New York

GOODWIN PROCTER LLP

By: /s/ _____
Andrew B. Levin (AL 0247)
The New York Times Building
620 Eighth Avenue
New York, New York 10018

*Attorneys for Clayton Services, Inc.*

2