UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                             :
                                                   :     Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al*.,           :
                                                   :     Case No. 08-13555 (JMP)
                                                   :
                        Debtors.                   :     (Jointly Administered)
                                                   :
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Amanda Raboy certifies:

1.   I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

2.   On September 17, 2010, I caused to be served true and correct copies of the Response of Wilmington Trust Company, as Indenture Trustee, to Updated Objection of William Kuntz, III, Docket No. 11439 (the "Response"), upon the following parties by federal express: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Shai Y. Waisman), attorneys for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck), attorneys for the official committee of unsecured creditors.

3.   On September 17, 2010, I served a true and correct copy of the Response on William Kuntz, III, India St. PO Box 1801, Nantucket Island, MA 02554-1801 by express mail.

4.   On September 17, 2010, I caused copies of the Reponse to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

5.   On September 20, 2010, I served a true and correct copy of the Response to the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601 by hand delivery.

Dated: New York, New York
       September 20, 2010

                                                        /s/ Amanda Raboy
                                                        Amanda Raboy