UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                    :          Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :          08-13555 (JMP)
                                                         :
                    Debtors.                             :          (Jointly Administered)
                                                         :
                                                         :
-----------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIMS
PURSUANT TO FRBP RULE 3001(e)(2)

1.     TO:              Goldman Sachs & Co.
                        30 Hudson Street, 36th Floor
                        Jersey City, NJ 07302
                        Telephone: (212) 357-6240

2.     Please take notice your claims against LEHMAN BROTHERS HOLDINGS INC., et al, Case No.
08-13555 (JMP) arising from and relating to Proofs of Claim Nos. 60865, 25354 and 22801 attached as
Exhibit A hereto), have been transferred to:

                        Barclays Bank PLC ("Transferee")
                        745 Seventh Avenue
                        New York, NY 10019
                        Telephone: (212) 412-2865
                        Email:  david.aughey@barclayscapital.com
                                jessica.fainman@barclayscapital.com


       An executed "Evidence of Transfer of Claims" is attached as Exhibit B hereto.  All distributions
and notices regarding the transferred claims should be sent to the Transferee.

3.     No action is required if you do not object to the transfer of your claims.  However, **IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF
THIS NOTICE, YOU MUST:**

--     **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                United States Bankruptcy Court
                Southern District of New York
                Attn: Clerk of Court
                Alexander Hamilton Custom House
                One Bowling Green
                New York, NY 10004-1408


--     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                            CLERK

-------------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 2009.

INTERNAL CONTROL NO._____

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__


                                                    _____
                                                    Deputy Clerk

## EXHIBIT A

[Proofs of Claim]

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060865

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HOUONJI TEMPLE
ATTN: MR KAZUNARI NAKASHIMA, MANAGER OF FINANCIAL DEPARMENT
RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI
3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY, AICHI PREF.
466-0832 JAPAN

Telephone number:               Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:               Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $   28,694.121   (Required)        as per attached

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

1. XF0257915503
2. XF0257916063
3. XF0301835286
4. XF0301569603

**International Securities Identification Number (ISIN):**        (Required)        as per attached.

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
1. 6058078    4. 6058081
2. 6058079
3. 6058080        (Required)        as per attached

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
93543        (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.   10/30/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   宗教法人 日蓮宗 法音寺 住職 鈴木宗青 | FOR COURT USE ONLY   **FILED / RECEIVED**   NOV 0 2 2009   EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____      _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| | | Series number | ISIN | Description | | Quantity | Maturity Date |
|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS TREASURY CO | MTN04529 | XS0257915503 | WORST OF 7 STOCKS DIGITAL COUPON TYPE | JPY | 500,000,000 | 06/15/2013 |
| 2 | LEHMAN BROTHERS TREASURY CO | MTN04530 | XS0257916063 | WORST OF 7 STOCKS TARN TYPE | JPY | 500,000,000 | 06/15/2013 |
| 3 | LEHMAN BROTHERS TREASURY | MTN07232 | XS0301335286 | WORST OF 7 STOCKS TARN | USD | 1,130,000 | 05/30/2012 |
| 4 | LEHMAN BROTHERS TREASURY | MTN07245 | XS0301569603 | N225 INDEX 7 STOCKS LINKED TARN | USD | 11,800,000 | 07/17/2014 |

| | ISIN | Quantity | | principal amount | | late charges at 20% a year 09/15/2008 ~ 09/15/2009 | total amount | Blocking Number |
|---|---|---|---|---|---|---|---|---|
| 1 | XS0257915503 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 | 6058078 |
| 2 | XS0257916063 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 | 6058079 |
| 3 | XS0301335286 | USD | 1,130,000 | USD | 1,130,000 | 226,000 | 1,356,000 | 6058080 |
| 4 | XS0301569603 | USD | 11,800,000 | USD | 11,800,000 | 2,360,000 | 14,160,000 | 6058081 |
| | | | | | 23,911,770 | 4,782,354 | 28,694,124 | |

※1USD＝91.06JPN  09/18/2009

取引残高報告書 (定期)

**Goldman Sachs** Goldman Sachs Japan Co., Ltd.
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

口座番号　設等　8820
017893512

作成基準日　2008 年 9 月 1 日 より　2008 年 9 月 30 日 まで

1 of 4

## ACCOUNT STATUS

現状況
の明細　CASH BALANCE

HOUDONI TEMPLE
SHUKYO HOJIN

| DESCRIPTION | 通貨 CCY. | 2008 年 8 月 31 日 残高 PREVIOUS BALANCE | 2008 年 9 月 30 日 残高 CURRENT BALANCE |
|---|---|---|---|
| | JPY | 765,227,315 | 265,385,986 |
| | USD | 0.00 | 4,672,892.92 |

明細　**SECURITIES POSITION**

| DESCRIPTION | 通貨 CCY. | 証券コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 満期日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| CDIBTB GENERALE ACCEPT FRN 03/29/2023 JPY 3 5021/03-9 TRANCHE 1 | JPY | XS0175661515 | | | 03/29/2023 | |
| CDIBTB GENERALE ACCEPT FRN 09/29/2015 JPY | JPY | XS0176616711 | | | 09/29/2015 | |
| TH 1 HYBRID 04/25/2013 JPY | JPY | XS0215189032 | | | 04/25/2013 | |
| CDIBTB GENERALE ACCEPT SERIES 9943/05-11 | JPY | XS0216149109 | | | 11/25/2008 | |
| CDIBTB GENERALE ACCEPT | JPY | XS0226957608 | | | 08/25/2009 | |
| CDIBTB GENERALE ACCEPT SERIES 10801/06-2 | JPY | XS0243295341 | | | 02/14/2011 | |
| CDIBTB GENERALE ACCEPT SERIES 10801/06-2 JPY | JPY | XS0257919503 | | | 06/20/2016 | $50,000,000 |
| FINANCE LIMITED HYBRID 06/20/2016 JPY SEN | JPY | XS0257915503 | 500,000,000 | | 06/15/2013 | |
| AN BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257916063 | 500,000,000 | | 06/15/2013 | |
| AN BROTHERS TREASURY HYBRID 06/15/2013 JPY | | | | | | |

取引残高報告書 (定期)

Goldman Sachs
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

2 of 4

作成基準日　2008 年 9 月 1. 日　より　2008 年 9 月30 日 まで

口座番号　017893512　　担当者　8820

HOUONJI TEMPLE
SHUKYO HOJIN

状況　ACCOUNT STATUS
明細　SECURITIES POSITION

| DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| [CHEUR GENERALI ACCEPT HYBRID 06/18/2014 USD ... 1-6 MAX(0:17*(USDA RATE - 2%)] | USD | XS0519400605 | | | 06/18/2014 | |
| OCIBSTB GENERALI ACCEPT HYBRID 12/15/2025 | USD | XS0238080138 | | | 12/15/2025 | |
| CHEUR GENERALI ACCEPT HYBRID 12/15/2025 USD | USD | XS0249026286X | | | 11/15/2025 | |
| -2 REFER TO THE TERM SHEET | | | | | 05/30/2012 | ◯ |
| AN BROTHERS TREASURY HYBRID 05/30/2012 USD | USD | XS0301335286 | 1,150,000.00 | | 07/17/2014 | ◯ |
| AN BROTHERS TREASURY FRN 07/17/2014 USD | USD | XS0301569601 | 11,800,000.00 | | | |
| -2 TO THE TERM SHEET | | | | | | |



| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000097010 |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et AL<br>08-13555 (JMP)        0000025354 |

NOTE: This form should not be used to make a claim for an administrative expense arising *after* the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>　　　　LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000097010******<br>　　　　HOUONJI TEMPLE<br>　　　　ATTN: MR. SEIICHI ENYA, MANAGER OF FINANCIAL<br>　　　　DEPARTMENT<br>　　　　RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI<br>　　　　3-3 KOMAGATA-CHO, SHOWA-KU<br>　　　　NAGOYA CITY, AICHI PREF. 466-0832<br>　　　　JAPAN | ☐ Check this _____ that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(If known)<br><br>Filed on: _____ |

Telephone number: _____     Email Address: _____

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

Telephone number: _____     Email Address: _____

1. **Amount of Claim as of Date Case Filed: $** ＄8.694.124　　　As per attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OR A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.***

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Structured　Note
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
　3a. **Debtor may have scheduled account as:** _____
　　　(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate　　☐ Motor Vehicle　　☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**_____
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 21 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br><br>09/15/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>宗教法人　日蓮宗法音寺　住職　鈴木衆音 |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 13-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the claim.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

# DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, and last four digits of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

---

# INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| | | Series number | ISIN | Description | | Quantity | Maturity Date |
|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS TREASURY CO | MTN04529 | XS0257915503 | WORST OF 7 STOCKS DIGITAL COUPON TYPE | JPY | 500,000,000 | 06/15/2013 |
| 2 | LEHMAN BROTHERS TREASURY CO | MTN04530 | XS0257916063 | WORST OF 7 STOCKS TARN TYPE | JPY | 500,000,000 | 06/15/2013 |
| 3 | LEHMAN BROTHERS TREASURY | MTN07232 | XS0301335286 | WORST OF 7 STOCKS TARN | USD | 1,130,000 | 05/30/2012 |
| 4 | LEHMAN BROTHERS TREASURY | MTN07245 | XS0301569603 | N225 INDEX 7 STOCKS LINKED TARN | USD | 11,800,000 | 07/17/2014 |

| | ISIN | Quantity | | principal amount | | late charges at 20% a year 09/15/2008~ 09/15/2009 | total amount |
|---|---|---|---|---|---|---|---|
| 1 | XS0257915503 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 |
| 2 | XS0257916063 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 |
| 3 | XS0301335286 | USD | 1,130,000 | USD | 1,130,000 | 226,000 | 1,356,000 |
| 4 | XS0301569603 | USD | 11,800,000 | USD | 11,800,000 | 2,360,000 | 14,160,000 |
| | | | | | 23,911,770 | 4,782,354 | 28,694,124 |

※1USD＝91.06JPN  09/18/2009

取引残高報告書（定期）

**Goldman Sachs Japan Co., Ltd.**
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

作成基準日
2008 年 9 月 1 日 より　2008 年 9 月 30 日 まで

1 of 4

口座番号　　　　顧客
017893512　　　8820

HODONJI TEMPLE
SHUKYO HOJIN

座状況　ACCOUNT STATUS

## 金の明細　CASH BALANCE

| 口明細 | 通貨 | 2008 年 8 月 31 日 残高 | 2008 年 9 月 30 日 残高 |
|---|---|---|---|
| DESCRIPTION | CCY. | PREVIOUS BALANCE | CURRENT BALANCE |
| 不明残金／預保金 | JPY | 765,227,315 | 265,385,986 |
| | USD | 0.00 | 4,672,897.20 |

## 明細　SECURITIES POSITION

| DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量（額面）QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE ACCEPT FRN 09/29/2023 JPY ES S021/03-9 TRANCHE 1 | JPY | XS0172661510 | | | 09/29/2023 | |
| SOCIETE GENERALE ACCEPT FRN 09/29/2015 JPY 9 | JPY | XS0176616711 | | | 09/29/2015 | |
| SOCIETE GENERALE ACCEPT SERIES 8293 03-4 CHE 1 HYBRID 04/25/2013 JPY | JPY | XS0217826022 | | | 04/25/2013 | |
| SOCIETE GENERALE ACCEPT SERIES 9943 05-11 CHE 10.32% 11/25/2008 JPY | JPY | XS0236149109 | | | 11/25/2008 | |
| SOCIETE GENERALE ACCEPT 0.39% 03/25/2009 JPY | JPY | XS0236187623 | | | 03/25/2009 | |
| SOCIETE GENERALE ACCEPT SERIES 1080106-2 CHE HYBRID 02/14/2011 JPY | JPY | XS0243295341 | | | 02/14/2011 | |
| FINANCE LIMITED HYBRID 06/20/2016 JPY SER 5 | JPY | XS0379703736 | 500,000,000 | | 06/20/2016 | ◯ |
| AN BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257911503 | 500,000,000 | | 06/15/2013 | ◯ |
| AN BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257916063 | 500,000,000 | | 06/15/2013 | ◯ |

取引残高報告書 (定期)

**Goldman Sachs Japan Co., Ltd.**
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

作成基準日　2008 年 9 月 1 日 より　2008 年 9 月 30 日 まで

2 of 4

口座番号 — 加入者
017893512 — 8820

HOUONI TEMPLE
SHUKYO HOJIN

口座状況　ACCOUNT STATUS

明細　SECURITIES POSITION

| T DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| SOCIETE GENERAL.E A ACCEPT FRN 06/18/2014 USD 04-6 MAX(0:17*(ISDA RATE - 2%)) | USD | XS0194407865 | | | 06/18/2014 | |
| SOCIETE GENERAL.E ACCEPT HYBRID 12/15/2025 | USD | XS0238060138 | | | 12/15/2025 | |
| SOCIETE GENERAL.E ACCEPT FRN 02/19/2013 USD 06-2 REFER TO THE TERM SHEET | USD | XS0243082363 | | | 02/19/2013 | |
| MAN BROTHERS TREASURY HYBRID 05/30/2012 USD | USD | XS0301335286 | 1,130,000.00 | | 05/30/2012 | |
| MAN BROTHERS TREASURY PRN 07/17/2014 USD ER TO THE TERM SHEET | USD | XS0301569603 | 11,800,000.00 | | 07/17/2014 | |



*Duplicate* 1

| | | |
|---|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br><span>Name of Debtor Against Which Claim is Held</span> | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><span>Case No. of Debtor</span> | UNIQUE IDENTIFICATION NUMBER: 1000097010<br><br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)  0000022801 |

NOTE: This form should not be used to make a claim for an administrative expense arising *after* the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>LBH (CREDITOR.DBF,CREDNUM # 1000097010******<br>HOUONJI TEMPLE<br>ATTN: MR. SEIICHI ENYA, MANAGER OF FINANCIAL DEPARTMENT<br>RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI<br>3-3 KOMAGATA-CHO, SHOWA-KU<br>NAGOYA CITY, AICHI PREF. 466-0832<br>JAPAN | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
| Telephone number: _____  Email Address: _____ | |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number: _____  Email Address: _____ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ ≈8,694,124    *as per attached*

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Structured Note
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Describe: _____

Value of Property: $ _____  Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____  Basis for perfection: _____

Amount of Secured Claim: $ _____  Amount Unsecured: $ _____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ _____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 2 1 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br><br>09/15/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>宗教法人 日蓮宗 法音寺 住職 鈴木宗音 |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Amount of Claim as of Date Case Filed:**
..ate the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the .kruptcy filing. The creditor must file the form with the ..aims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information.
A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market); exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your proof of claim filed.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| | | Series number | ISIN | Description | | Quantity | Maturity Date |
|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS TREASURY CO | MTN04529 | XS0257915503 | WORST OF 7 STOCKS DIGITAL COUPON TYPE | JPY | 500,000,000 | 06/15/2013 |
| 2 | LEHMAN BROTHERS TREASURY CO | MTN04530 | XS0257916063 | WORST OF 7 STOCKS TARN TYPE | JPY | 500,000,000 | 06/15/2013 |
| 3 | LEHMAN BROTHERS TREASURY | MTN07232 | XS0301335286 | WORST OF 7 STOCKS TARN | USD | 1,130,000 | 05/30/2012 |
| 4 | LEHMAN BROTHERS TREASURY | MTN07245 | XS0301569603 | N225 INDEX 7 STOCKS LINKED TARN | USD | 11,800,000 | 07/17/2014 |

| | ISIN | Quantity | | principal amount | | late charges at 20% a year 09/15/2008～ 09/15/2009 | total amount |
|---|---|---|---|---|---|---|---|
| 1 | XS0257915503 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 |
| 2 | XS0257916063 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 |
| 3 | XS0301335286 | USD | 1,130,000 | USD | 1,130,000 | 226,000 | 1,356,000 |
| 4 | XS0301569603 | USD | 11,800,000 | USD | 11,800,000 | 2,360,000 | 14,160,000 |
| | | | | | 23,911,770 | 4,782,354 | 28,694,124 |

※1USD=91.06JPN  09/18/2009

取引残高報告書 （定期）

**Goldman Sachs | Goldman Sachs Japan Co., Ltd.**
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

口座番号　017893512　　　担当者　8820

HOUONJI TEMPLE
SHUKYO HOJIN

作成基準日
2008 年 9 月 1 日 より　　2008 年 9 月 30 日 まで

1 of 4

## 状況　ACCOUNT STATUS

### の明細　CASH BALANCE

| | 通貨 CCY. | 2008 年 8 月 31 日 残高 PREVIOUS BALANCE | 2008 年 9 月 30 日 残高 CURRENT BALANCE |
|---|---|---|---|
| 証拠金／担保金 | JPY | 765,227,315 | 265,385,986 |
| | USD | 0.00 | 4,672,897.20 |

### の明細　SECURITIES POSITION

| BESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(個数) QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| CIETE GENERALE ACCEPT FRN 09/29/2023 JPY 5021/03-9 TRANCHE 1 | JPY | XS0170615150 | | | 09/29/2023 | |
| CIETE GENERALE ACCEPT FRN 09/29/2015 JPY 9 | JPY | XS0176616711 | | | 09/29/2015 | |
| CIETE GENERALE ACCEPT SERIES 8293/05-4 HB 1 HYBRID 04/25/2013 JPY | JPY | XS0219626022 | | | 04/25/2013 | |
| CIETE GENERALE ACCEPT SERIES 9943/05-11 HB 3.10.326 11/25/2008 JPY | JPY | XS0261649109 | | | 11/25/2008 | |
| CIETE GENERALE ACCEPT 0/3935 05/25/2009 JPY | JPY | XS0236157623 | | | 05/25/2009 | |
| CIETE GENERALE ACCEPT SERIES 10801/06-2 HB) HYBRID 02/14/2011 JPY | JPY | XS0243295341 | | | 02/14/2011 | |
| INANCE LIMITED HYBRID 06/20/2016 JPY SER | JPY | XS0257903736 | 500,000,000 | | 06/20/2016 | ◯ |
| N BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257915503 | 500,000,000 | | 06/15/2013 | ◯ |
| N BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257916063 | 500,000,000 | | 06/15/2013 | ◯ |

取引残高報告書 (定期)

2 of 4

| Goldman Sachs | Goldman Sachs Japan Co., Ltd. |
|---|---|
| | ゴールドマン・サックス証券株式会社 |
| | 東京都港区六本木6-10-1 六本木ヒルズ森タワー |
| | TEL. 03 (6437) 1000 |

作成基準日
2008 年 9 月 1 日 より    2008 年 9 月 30 日 まで

口座番号 ──── 証券者 ────
017893512        8820

HOUONJI TEMPLE
SHUKYO HOJIN

**状況 ACCOUNT STATUS**

**明細 SECURITIES POSITION**

| DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| OCIETE GENERALE ACCEPT FRN 06/18/2014 USD -6 MAX[0:1]*(ISDA RATE - 2%)] | USD | XS0194807805 | | | 06/18/2014 | |
| OCIETB GENERALE ACCEPT HYBRID 12/15/2025 | USD | XS0238080138 | | | 12/15/2025 | |
| OCIETB GENERALE ACCEPT FRN 02/19/2013 USD -2 REFER TO THE TERM SHEET | USD | XS0349082363 | | | 02/19/2013 | |
| AN BROTHERS TREASURY HYBRID 05/30/2012 USD | USD | XS0301335286 | 1,130,000.00 | | 05/30/2012 | |
| AN BROTHERS TREASURY FRN 07/17/2014 USD TO THE TERM SHEET | USD | XS0301569603 | 11,800,000.00 | | 07/17/2014 | |

**DHL** EXPRESS

Track this shipment via the DHL Web Site at : **http://www.dhl.com**

ORIGIN    DESTINATION CODE

**1** | Payer account number and insurance details/顧客番号・保険

Charge to
運送料金請求先: ☐ Shipper/荷送人  ☐ Receiver/荷受人  ☐ 3rd party/第三者

Payer Account No.
顧客番号/番号利用

☐ Cash/現金
☐ Cheque/小切手
☐ Credit Card/クレジットカード

Shipment insurance/保険　Insured value (in local currency)/
申告価額を日本円でご記入ください

☐ Yes

Not all payment options are available in all countries.

**2** | From (Shipper/荷送人)

Shipper's account number/荷送人番号      Contact name/担当者名
Kuroiwa Toshiyuki

Shipper's reference (up to 32 characters but only first 12 will be shown on invoice)

Company name/会社名
NDzom> Sogo Law Office

Address/住所
8F Marumasu Kojimachi BLD
3-3 Kojimachi Chiyoda- Ku
Tokyo

Postcode/ZIP Code(required)/郵便番号      Phone,Fax or E-mail(required)
102-0083                                 電話,ファックス・E-Mailアドレスのいずれか
                                         03-3234-8978

**3** | To (Receiver/荷受人)

United States Bankruptcy Court/Southern
              District of New York

Lehman Brothers Holdings Claims
              Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York NYまたはご注意下さい。

Postcode/ZIP Code(required)/郵便番号      Country/国名
                                         USA

Contact person/担当者名      Phone,Fax or E-mail(required)
                            電話,ファックス・E-Mailアドレスのいずれか

**4** | Shipment details

| Total number of packages | Total Weight 総重量 | Pieces 個数 | Length 長さ | Width 幅 | Height 高さ |
|---|---|---|---|---|---|
| | | | x | x | x |
| | | | x | x | x |
| 1 | 0.5 kg gr | | x | x | x |
| | kg | | | | |

DIMENSIONAL/CHARGEABLE WEIGHT/容積重量
kg

**5** | Full description of contents/貨物明細

Give contents (not for customs purposes) and quantities. Remember certain items are defined under IATA regulations.

RECEIVED

SEP 21 2009

発送人は、貨物にはIATA規則で定める危険物がいっさい含まれて
いないことを確認するものとします。

**6** | Dutiable shipments only (WPX) (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial invoice.
Shipper's GST number      Receiver's VAT/GST, or Shipper's EIN/SSN

Declared Value for Customs/税関申告価額      Harmonised Commodity Code, if applicable
(as on commercial/proforma invoice)

TYPE OF EXPORT  ☐ Permanent  ☐ Repair / Return  ☐ Temporary
                   通常輸出      修理・再輸出        一時輸出

Destination duties/taxes if left blank receiver pays duties/taxes /輸入関税等請求先

☐ Receiver      ☐ Shipper      ☐ Other      specify approved account number/別紙の場合は記入
   荷受人          荷送人          第三者

PS09/07 F15 JP MP

**7** | Services/サービス

Worldwide Express
☐ Dutiable  ☐ Non-dutiable
   Parcel      Document
☐ Express
   Document
   (<250g)

Other Products
☐ Domestic/国内
☐ Other

Service Options (extra charges may apply)
☐ Saturday  ☐ Special
   Delivery     Pickup
☐ Delivery notification    Other

CHARGES
Services

Other

Insurance

VAT

CURRENCY/通貨      TOTAL

TRANSPORT COLLECT STICKER No.

PICKED UP BY/集荷担当者

Route No./ルートNo.

Time/時間      Date/日付

## EXHIBIT B

[Executed Evidence of Transfer of Claim]

*Final Form 11/20/09*

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman, Sachs & Co.** ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to **Barclays Bank PLC** (the "**Purchaser**"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage** specified in **Schedule 1** attached hereto (the "**Purchased Claim**"), in Seller's right, title and interest in and to each of Proof of Claim Number **60865**, Proof of Claim Number **25354**, and Proof of Claim Number **22801** (which, for the avoidance of doubt, has been expunged), each filed by or on behalf of **Seller's predecessor in interest** (collectively, the "**Proof of Claim**") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), administered under Case No. 08-13555 (JMP) (the "**Debtor**"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "**Bankruptcy Code**")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "**Transferred Claims**"), and (d) the security or securities (any such security, a "**Purchased Security**") relating to the Purchased Claim and specified in **Schedule 1** attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in **Schedule 1** attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

619680.2/153-05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this _7th_ day of September, 2010.

GOLDMAN, SACHS & CO.

By:
Name:
Title:     Dennis Lafferty
           Managing Director

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

BARCLAYS BANK PLC

By:
Name:      David Aughey
Title:     Director
           Legal Department
c/o 745 7th Avenue
New York, NY 10019

619680.2/153-05435

Schedule 1

Transferred Claims

Purchased Claim

100% of the outstanding amount of XS03013352286 as described in the Proof of Claim as of September �096 2010,

which equals 4.72570621% of the Proof of Claim (the total proof of claim amount is USD 28,694,124) = USD 1,130,000 of USD 23,911,770 (the outstanding principal amount of the Proof of Claim as of September �096 2010) and USD 226,000 of USD 4,782,354 (the outstanding late charges amount of the Proof of Claim as of September �096 2010), plus all interest accrued thereon.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (late charges as of Proof of Claim Filing Date) | Principal + Accrued Amount |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of USD 1,130,000 Equity Linked Notes due May 30, 2012 unconditionally and irrevocably guaranteed by LEHMAN BROTHERS HOLDINGS INC. under the U.S. $60,000,000,000 Euro Medium-Term Note Program | XS03013352, 86 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,130,000 | 5/30/2012 | USD 226,000 | USD 1,356,000 |

Schedule 1–1

619680.2/153-05435