Anne M. Aaronson (AA1679)
Marc A. Feller
*Dilworth Paxson LLP*
1500 Market Street
Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 14364

PLEASE TAKE NOTICE that Temple Health System Transport Team, Inc., by and through its undersigned counsel, hereby withdraws its Proof of Claim No. 14364 filed against Lehman Brothers Holdings, Inc., Case No. 08-13555, filed on September 16, 2009.

Temple Health System Transport Team, Inc. hereby authorizes the Clerk of the Court, or the Debtors' duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 17, 2010        DILWORTH PAXSON LLP

By: /s/ Anne M. Aaronson
　　Anne M. Aaronson (AA 1679)
　　Marc A. Feller
　　1500 Market Street, Suite 3500E
　　Philadelphia, Pennsylvania 19102-2101
　　Telephone: (215) 575-7000
　　Facsimile: (215) 575-7200
　　aaaronson@dilworthlaw.com

883262_1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. |
| Creditor Name and Address: | Temple Health System Transport Team, Inc.<br>c/o Marc Feller, Esquire<br>Dilworth Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| Court Claim Number (if known): | 14364 |
| Date Claim Filed: | 9/16/09 |
| Total Amount of Claim Filed: | $1,774,661.20 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of the Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-17-10

Print Name: James Wellons

Title (if applicable): Senior Counsel

883262_1