Anne M. Aaronson (AA1679)
Marc A. Feller
*Dilworth Paxson LLP*
1500 Market Street
Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 14369

PLEASE TAKE NOTICE that Temple University Hospital, by and through its undersigned counsel, hereby withdraws its Proof of Claim No. 14369 filed against Lehman Brothers Special Financing, Inc., Case No. 08-13888, filed on September 16, 2009.

Temple University Hospital hereby authorizes the Clerk of the Court, or the Debtors' duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 17, 2010         DILWORTH PAXSON LLP

By: /s/ Anne M. Aaronson
    Anne M. Aaronson (AA 1679)
    Marc A. Feller
    1500 Market Street, Suite 3500E
    Philadelphia, Pennsylvania 19102-2101
    Telephone: (215) 575-7000
    Facsimile: (215) 575-7200
    aaaronson@dilworthlaw.com

883279_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing, Inc. |
|---|---|
| Creditor Name and Address: | Temple University Hospital<br>c/o Marc Feller, Esquire<br>Dilworth Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| Court Claim Number (if known): | 14369 |
| Date Claim Filed: | 9/16/09 |
| Total Amount of Claim Filed: | $1,774,661.20 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of the Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-17-10

Print Name: James Wellons

Title (if applicable): Senior Counsel

883279_1