WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT**
**PREJUDICE OF MOTION OF DEBTORS SEEKING ENTRY OF**
**AN ORDER PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY**
**CODE DISMISSING CHAPTER 11 CASE OF PAMI STATLER ARMS LLC**

PLEASE TAKE NOTICE that the Motion Of Debtors Seeking Entry of an Order Pursuant to Section 1112 of the Bankruptcy Code Dismissing Chapter 11 Case of PAMI Statler Arms LLC, dated May 26, 2009 [Docket No. 3650], is hereby withdrawn without prejudice.

Dated: September 20, 2010
       New York, New York

                                      /s/ Jacqueline Marcus
                                      Jacqueline Marcus

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession