# Exhibit B

**(Diagram Overview of the CDSAs)**

