WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   s.s.:
NEW YORK COUNTY      )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 21st day of September, 2010, I caused a copy of the following document to be served Via Hand Delivery on the parties shown on the attached Service List:

- Consolidated Response of the Ad Hoc Group of Lehman Brothers Creditors With Respect to (I) The Debtors Aurora Bank Motion and (III) The Debtors Woodlands Bank Motion [Docket No. 11487]

         */s/ Rashida Adams*
         Rashida Adams

NEWYORK 7801524 (2K)

Sworn to before me the 21st day of September, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
Attn: Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus,
Amanjit S. Arora
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Creditors' Committee*
Attn: Dennis Dunne, Wilbur Foster, Jr.
Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Office of the US Trustee
Attn: Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Hughes Hubbard & Reed LLP
Attn: Robert W. Brundige, Jr.
One Battery Park Plaza,
New York, New York 10004