EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

    Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Cerberus Series Four Holdings, LLC ("Buyer"), a pro rata portion to the extent of 36.90851735% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("LBSF") docketed as Claim No. 23859 originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $24,111,924.33 of the Proof of Claim Amount and $23,400,000 of the Settlement Amount.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 20th day of September, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ron Torok
Title: Director

CERBERUS SERIES FOUR HOLDINGS, LLC
By: Cerberus Institutional Partners, L.P. – Series Four,
its Managing Member
By: Cerberus Institutional Associates, L.L.C.,
its General Partner

By: _____
Name: Philip Lindenbaum
Title: Authorized Signatory

B-1

KL2 2667415.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Cerberus Series Four Holdings, LLC ("Buyer"), a pro rata portion to the extent of 36.90851735% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS HOLDINGS INC. ("LBHI") docketed as Claim No. 23860 originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $24,111,924.33 of the Proof of Claim Amount and $23,400,000 of the Settlement Amount.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20th day of September, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ron Torok
Title: Director

CERBERUS SERIES FOUR HOLDINGS, LLC
By: Cerberus Institutional Partners, L.P. – Series Four,
its Managing Member
By: Cerberus Institutional Associates, L.L.C.,
its General Partner

By: _____
Name:
Title: Philip Lindenbaum
Authorized Signatory

B-2

KL2 2667415.3