FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York 11556-1320
Tel:     (516) 227-0700
Fax:     (516) 227-0777
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan

*Attorneys for Capital One, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned attorney for movant Capital One, N.A. hereby certifies that a true and correct copy of the *Notice of Adjournment of Hearing on Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001* [Doc. No. 11431] was served on September 20, 2010, upon the parties identified in the attached Exhibit "A" by first class mail, postage prepaid, on September 20, 2010, upon the parties identified in the attached Exhibit "B" by electronic mail and on September 20, 2010, upon the parties identified on the attached Exhibit "C" by electronic mail through the CM/ECF system.

Dated:  Uniondale, New York
       September 21, 2010

                              **FARRELL FRITZ, P.C.**

By:    /s/ Robert C. Yan
          Louis A. Scarcella
          Darren A. Pascarella
          Robert C. Yan
          1320 RXR Plaza
          Uniondale, New York 11556-1320
          Tel:    (516) 227-0700
          Fax:    (516) 227-0777

          *Attorneys for Capital One, N.A.*