# EXHIBIT C

# PART II

Rocco A. Cavaliere on behalf of Attorney Capital Automotive L.P.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Adam Chadwick
,

Billie Chadwick
24479 State Hwy PP
Skidmore, MO 64487

John Chadwick
24479 State Hwy PP
Skidmore, MO 64487

Jacob Chang
1493 Fields Dr.
San Jose, CA 95129

Jason C. Chapin
23 Petersville Road
Mount Kisco, NY 10549

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

John P. Christian
Tobin & Tobin
500 Sansome Street
8th Floor
San Francisco, CA 94111-3214

John P. Christian on behalf of Unknown John Rosekrans
TOBIN & TOBIN
500 Sansome Street
8th Floor
San Francisco, CA 94111-3211

David C. Cimo on behalf of Unknown Ka Kin Wong
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131

Toni-Ann Citera on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
Jones Day
222 East 41st Street
New York, NY 10017
tcitera@jonesday.com

Citibank International PLC
,

Citibank N.A.
,

City of Cleveland, OH
,

City of Milwaukee, Wisconsin
,

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
www.bsillc.com
,

Furia Clauda
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Cleary Gottlieb Steen & Hamilton LLP
,

Clerk's Office U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office, U.S. Bankruptcy Court
,

Clerk's Office, United States Bankruptcy Court
,

Clerk, U.S. Bankruptcy Court
,

Daniel Clute
6604 Ducketts Lane
Elkridge, MD 21075

Coblentz, Patch, Duffy & Bass LLP
c/o Gregg M. Ficks, Esq.
1 Ferry Bldg, #200
San Francisco, CA 94111

Dean Coccaro
,

Thomas M. Cockreil
2701 Brandon Rd.
Upper Arlington, OH 43221

Cassandra L. Coleman
,

Christine Coleman
,

Sandra E Collings on behalf of Unknown Ka Kin Wong
Weil, Gotchal Manges LLP
700 Louisiana
Houston, TX 77002

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101

Concur Technologies, Inc.
,

Gerald D. Constance
7225 Warren Road
Ann Arbor, MI 48105

Constellation Capital Management LLC
520 Madison Ave, 18th Floor
New York, NY 10022

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019

Corus Bank, N.A.
,

Jeffrey Costell on behalf of Creditor Easton Investments II
Costell & Cornelius Law Corporation
1299 Ocean Avenue
Suite 400
Santa Monica, CA 90401

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736

Coughlin Stoia Geller Rudman & Robbins, LLP on behalf of Plaintiff Chun IP

58 South Service Road
Suite 200
Melville, NY 11747

Alan B. Cox on behalf of Creditor Tehama County
727 Oak Street
Red Bluff, CA 96080

Christopher J Cox on behalf of Unknown Lehman Brothers Holdings Inc.
Weil, Gotchal Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065

Mark A. Crigler
1904 Oak Leaf Ct
Mobile, AL 36609

Currenex, Inc.
,

Curtis, Mallet-Prevost, Colt & Mosle LLP


Curtis, Mallet-Prevost, Colt & Mosle LLP
,

Curtis, Mallet-Prevost, Colt & Mosle LLP
,

Cyrus Capital Partners, L.P.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Stanley Czajka
488 NW 8th St.
Boca Raton, FL 33432

DKR Soundshore Oasis Holding Fund Ltd.
,

Israel Dahan on behalf of Creditor FXCM Holdings, LLC
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
israel.dahan@cwt.com;allison.dipasqua@cwt.com

George A. Davis on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
michael.schrader@cwt.com

Douglas R. Davis on behalf of Unknown Citigroup Financial Products Inc.
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
franklin.levy@venetian.com

Mary J. De Palma
8239 Longden Circle
City Heights, CA 95810

Colombo DeAgazio
10003 Ambassador Drive
Westbourough, MA 01581

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152

Donna DeSouza
4400 Britley Lane
Harrisburg, NC 28075

Barbara Hatton Decker
295 Shirley Avenue
Staten Island, NY 10312

Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

Department of Labor and Industries

Derivative Claimants

,

Derivative Counterparties

,

Paul H. Deutch on behalf of Creditor Jason Wallace
Omni Management Group
1120 Avenue of the Americas
4th Floor
New York, NY 10036
paul@omnimgt.com;bosborne@omnimgt.com;katie@omnimgt.com;nova@omnimgt.com

Deutsche Bank AG, London

,

Deutsche Bank AG, London Branch
Attn: Vikas Madan
60 Wall Street
3rd Floor
New York, NY 10005

Deutsche Bank AG, Tokyo Branch
Sanno Park Tower
11-1 Nagata-cho 2chome
Chiyoda-ku, Tokyo,

Deutsche Postbank AG

,

Deutsche Zentral-Genossenschaftsbank AG

,

George E. Di Russo

,

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

DiscoverReady LLC

,

Dover Master Fund II, L.P., c/o Longacre Management, LLC
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Duane Morris LLP

,

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI 49024

Kavitha Duddukuri
25 Capri Dr,
Johnston, RI 02920

Sridhar Duddukuri
30P Reading Road
Edison, NJ 08817

Duff & Phelps LLC

,

Duff & Phelps, LLC

,

Christopher Emmanuel Duffy on behalf of Plaintiff Barclays Capital Inc.
Boies Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Michael K. Dunn on behalf of Unknown Norton Gold Fields Limited
31 Tiemann Pl. Apt. 68
New York, NY 10027

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP

1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com;financialrestructuringefilings@milbank.com

Duquesne Light
,

Easdaq
,

James Eason
2100 Jackson Street
San Francisco, CA 94115

East West Bancorp
,

Daniel J. Ebbert
324 Wayland Road
Cherry Hill, NJ 08034

Robert Eberwein
1853 9th Avenue
Oakland, CA 94606

Lance Edwards
9 Catskill Road
Monroe, NY 10950

Paul Edwards
9 Catskill Road
Monroe, NY 10950

Weston T. Eguchi on behalf of Creditor The Bank of Nova Scotia
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Martin Eisenberg on behalf of Unknown A.M. McGregor Home
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Martin.Eisenberg@thompsonhine.com

Matthew Eller
,

Ellington Overseas Partners, LTD
,

Brian Ellis
407 N 10th Ave
Pocatello, ID 83201

Ellsworth Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

David Elrod on behalf of Unknown TransCanada Pipelines Limited
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201

Embarcadero Aircraft Securitization Trust
,

Randolph H. Emerson
,

Employers Insurance of Wausau
,

Enterprise Products Operating LLC
,

Epiq Bankruptcy Solutions, LLC
,

Jerome L. Epstein
,

Ercan Eren
Sudetenstr. 42
Neu-Ulm, 89233

Ernst & Young LLP

,

Ernst & Young LLP

,

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956

Charles R. Eskridge on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey, L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77001
ceskridge@susmangodfrey.com, dbrewer@susmangodfrey.com

Matteo Etedmad
2037 White Cedar Lane
Waxhaw, NC 28173

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3816

F.B Heron Foundation

,

F.B. Heron Foundation

,

FIA - Future Industry Association

,

FTI Consulting, Inc.

,

Edvard-Ragnar Fackner
Wassertostr. 65q
Berlin, 10969

Farallon Capital Institutional Partners II, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Institutional Partners III, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Institutional Partners, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Offshore Investors II, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Offshore Investors III, Inc.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Partners, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, TX 78660

Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico

,

Federal Home Loan Bank of New York

,

Michael S. Feldberg

,

Michael S. Feldberg on behalf of Interested Party Barclays Capital, Inc.
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com

Steven H. Felderstein on behalf of Creditor California Public Employees Retirement System
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434
sfelderstein@ffwplaw.com

Matthew Allen Feldman on behalf of Creditor IntraLinks, Inc.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
maosbny@willkie.com

Jospeh V. Ferguson

,

Christian Fichtl
Osternacher Weg 10
D-83298 Prien

,

Lori R. Fife

,

Lori R. Fife on behalf of Plaintiff Lehman Brothers Special Financing, Inc.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com, garrett.fail@weil.com;jae.kim@weil.com;saima.majid@weil.com

Fir Tree Capital Opportunity Master Fund, L.P.

,

Fir Tree Value Master Fund, L.P.

,

Artur Fischer

,

Fondazione Cassa di Risparmio di Padova e Rovigo

,

Fondiaria - Sai S.p.A.

,

Joseph L Fox
60 East 42nd Street
Suite 2231
New York, NY 10165

Katherine A. Fox on behalf of Creditor Utah State Bar

,

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274

Kevin Fritz on behalf of Unknown Rosslyn Investors I, LLC
Storch Amini & Munves, PC
2 Grand Central Tower
25th Floor
New York, NY 10017

Anthony A. Froio on behalf of Unknown American Fire & Casualty Insurance Company
Robins, Kaplan, Miller & Ciresi, L.L. P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080

GE Corporate Financial Services, Inc.

,

GMAC Mortgage, LLC

,

GN3 SIP L.P.
,

GN3 SIP Ltd.
,

GT High Yield Value Master Unit Trust
,

GTAM Fund I, LTD
,

Robert W. Gaffey on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Carly Galiger
9 Joseph Court
Monroe, NY 10950

Donna Galiger
9 Joseph Court
Monroe, NY 10950

Gerard Galiger
9 Joseph Court
Monroe, NY 10950

Kelsey Galiger
9 Joseph Court
Monroe, NY 10950

Kylie Galiger
9 Joseph Court
Monroe, NY 10950

Gaston Christian School, Inc.
,

John H. Genovese on behalf of Unknown CHUN IP
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street 44th Floor
Miami, FL 33131

Gibson Dunn & Crutcher LLP
,

Gibson Dunn & Crutcher LLP
,

Eric Giles
14043 Forrer
Detroit, MI 48227

Eric C. Giles
14043 Forrer
Detroit, MI 48227

Bowman Gilfillan
,

Joseph J. Giordano
772 Willowbrook Dr.
Apt. 908
Naples, FL 34108

Battecca Giuseppe
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Glencore Energy UK Ltd.
,

H. Lee Godfrey on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Sussman Godfrey, L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096

Craig Goldblatt on behalf of Interested Party Intel Corporation
Wilmer, Cutler & Pickering

2445 M Street, N.W.
Washington, DC 20037
patricia.doctor@wilmerhale.com

GoldenTree Asset Management, LP
,

GoldenTree European Select Opp. LP
,

GoldenTree European Select Opportunities Master Fund, LP
,

GoldenTree High Yield Master Fund II, Ltd.
,

GoldenTree High Yield Master Fund, Ltd.
,

GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
,

GoldenTree High Yield Value Fund Offshore II, Ltd.
,

GoldenTree High Yield Value Master Fund Ltd.
,

GoldenTree Master Fund II, LTD
,

GoldenTree Master Fund, LTD
,

Goldman Sachs Asset Management International, as authorized agent for Stichting Pensioenfonds ABP
,

Antonia Golianopoulos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Gomez Holdings, Inc.
Nestor L. Camacho, Treasurer
P.O. Box 3450
Mayaguez, PR 00681-3450

Peter S. Goodman on behalf of Unknown EPCO Holdings
McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036
pgoodman@mckoolsmith.com, lwashington@mckoolsmith.com

Andrew D. Gottfried on behalf of Creditor Hotspot FXr LLC and Hotspot FXi, LLC
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Gramercy Wharehouse Funding, I LLC
,

Lindsee P. Granfield on behalf of Unknown Barclays Capital, Inc.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Stefanie Birbrower Greer on behalf of Spec. Counsel McKee Nelson LLP
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
joshua.mclaughlin@bingham.com;joyce.gilroy@bingham.com

Stephen H. Gross on behalf of Interested Party Vignette Europe Ltd.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165
rcipollaro@hodgsonruss.com

Robert K. Gross on behalf of Plaintiff Maximilian Coreth
Eaton & Van Winkle
3 Park Avenue
New York, NY 10016

Groupama Asset Management on behalf of Groupama Gan Vie
58 bis rue la Boetie
75008
Paris,

Peter Gruenberger on behalf of Plaintiff Lehman Brothers Financial Products Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Gruss Arbitrage Master Fund, Ltd.
,

Guggenheim Partners Asset Management, Inc.
,

Mathew Gulrich, Jr.
2110 Businc Church Rd.
Marydel, MD 21649

Jordan Gurevich on behalf of Unknown TnT Expense Management, LLC
,

HST Lessee SNYT Lessee
,

GARY P. HUNT on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Edith S. Hall
,

Kyle Hamatake
171 S. Craig Dr.
Orange, CA 92869

Aaron Hammer on behalf of Creditor Accenture LLP
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677
bkdocketing@freebornpeters.com

Tara Hannon on behalf of Unknown Knighthead Master Fund, L.P.
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Lynn P Harrison on behalf of Plaintiff Lehman Brothers Holdings Inc., on behalf of itself and as assignee of Lehman Brothers Inc.
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Lynn P Harrison on behalf of Plaintiff Lehman Commercial Paper Inc.
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Yamani Hartono
Taman Pluit Murni
IV No. 2
Jakarta Utara, 14450

Peter Harutunian on behalf of Creditor Carlos Manalac
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
hcondell@phillipsnizer.com

Harvest SS, Ltd.
c/o Strategic Value Partners LLC
100 West Putnam Ave

Greenwich, CT 06830

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Philip H. Hauger
5821 Amy Drive
Oakland, CA 94618-2615

Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

David M. Hendrickson
,

Hermes,LTD
,

Mary C. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

William L. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

Hess Corporation
,

Hess Energy Power and Gas Company (UK) Limited
,

Hess Energy Trading Company LLC
,

Hess Energy Trading Company, LLC
,

Francis Hill
9595 Red Bird Lane
Alpharetta, GA 30022

William J. Hine on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017-6702

Lisa Holder on behalf of Creditor Superior Pipelines, Inc.
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Robert Honeywell on behalf of Creditor FHC Master Fund, Ltd.
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
robert.honeywell@klgates.com, richard.miller@klgates.com

Joon P. Hong on behalf of Other Prof. Richards Kibbe & Orbe LLP
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

L. C. Hoogstraten
,

H. T. Hoogstraten-Wijkmans
,

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA 90630

Eric H. Horn on behalf of Creditor Avaya Inc.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Hospitals Insurance Company, Inc.
,

Houlihan Lokey Howard & Zukin Capital, Inc.
,

Bart A. Houston on behalf of Interested Party Coscan Construction, LLC
Genovese Joblove & Battista, P.A.
200 East Broward Blvd. Suite 1110
Fort Lauderdale, FL 33309

Marshall Scott Huebner on behalf of Attorney Davis Polk & Wardwell LLP
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
marshall.huebner@davispolk.com

Hughes Hubbard & Reed, LLP on behalf of Plaintiff Securities Investor Protection Corporation
,

Heinrich Humpohl
Muenster Municipal Administration
Finances and Partie
Postanschrift: Stadt Munster
, 48127

Marie Hunter
20 Shenandoah Drive
North Caldwell, NJ 07006

Huron Consulting Group, LLC
,

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Quoc Truong Huynh
,

Van Trai Huynh
37416 Gillett Road
Fremont, CA 94536

ICAP North America Inc., and its various Affilated Entities
,

Ghiretti ILaria
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46514

Illiquidix LTD
107-111 Fleet Street
London, EC4A 2AB

Imperial Capital, LLC.
,

Infinite Computer Solutions, Inc.
,

InfoSpace
601 108th Avenue, NE
Bellvue, WA 98004

Informal LBHI Bondholder Group

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Ingram Pension Plan / NY Life Co. TTEE Ingram Industries Retirement Plan
Ingram Industries Inc.
4400 Harding Road
Nashville, TN 37205

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the
Helion Series
,

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the
Muscida Series
,

Intechra LLC
,

Interface Cable Assemblies and Services Corp. a/k/a ICAS
,

Interface Cable Assemblies and Services Corp. a/k/a ICAS
,

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
Palm Beach, FL 32905

Inversiones Y Fabricaciones, SL
,

Ivy Asset Management LLC
,

JA Solar Holdings Co., LTD
,

Vincent Jackson
129 Arniston St
Brockton, MA 02302

Christine Jagde on behalf of Creditor Strategic Systems Solutions Inc.
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
cjagde@foxrothschild.com

James Mintz Group, Inc.
,

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
,

Thomas T. Janover on behalf of Creditor ACP Master, Ltd.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David G. Januszewski on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
mmcloughlin@cahill.com;mcremins@cahill.com

Srihari Javvaji
25 Capri Dr
Johnston, RI 02920

Jenner & Block, LLP
,

Emilio Izquierdo Jimenez
,

Richard B. Johnson
6715 Mountain Lake Lane
Cummings, GA 30028

Robert J. Jones
,

Jones Day
,

Alli Joseph
814 Berrywood Dr.
Galloway, NJ 08205

N. J. Joseph
814 Berrywood Dr.
Galloway, NJ 08205

Arun K. Kakarla
41 Reading Rd
Edison, NJ 08817

Anthony Lee Kane
,

Sheila R. Kane
,

Kapalua Bay, LLC
,

Marc E Kasowitz on behalf of Plaintiff Turnberry Retail Holding, L.P.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York
NY, 10019

Marc E Kasowitz on behalf of Plaintiff Turnberry/Centra Sub, LLC
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York
NY, 10019

Katten Muchin Rosenman LLP
,

Eric Mark Kay on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al,
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010
erickay@quinnemanuel.com

Brian Thomas Kelleher
,

Kelley Drye & Warren LLP
,

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
Paul, Hastings, Janofsky & Walker
75 East 55th Street
New York, NY 10022

Sandra L. Kern
5333 Adams Road
Delray Beach, FL 33484

Steve Kieselstein on behalf of Creditor Special Value Expansion Fund, LLC
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph A. Kilbourn
Cone & Kilbourn
83 South Bedford Road
Mount Kisco, NY 10549

Pavel Kinel
1129 Wellington St.
Ottawa, ON K1Y2Y6

Arthur King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Lisa King
Yorvik Parters LLP
11 Ironmonger Lane
London, UK EC2V 8EY

Thomas S. Kiriakos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Danny Kirk
,

Reva Kirk
,

Susheel Kirpalani on behalf of Plaintiff The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc
Quinn Emanuel Urquhart Oliver & Hedge
51 Madison Avenue
22nd Floor
New York, NY 10010

Scott Kitchens
,

James Kobak on behalf of Defendant Lehman Brothers Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Rak Koestler
Koestler Tile Company
436 Highway 82 East
Greenville, MS 38702

Jonathan Koevary on behalf of Unknown Perella Weinberg Partners LP
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
slovett@paulweiss.com

Alan W. Kornberg on behalf of Unknown Houlihan Lokey Howard & Zukin Capital, Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Andrew S. Kowlowitz
,

Bryan Krakauer on behalf of Defendant KBC Investments Limited
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Mario M. Kranjac on behalf of Unknown Equilend, LLC
Kranjac Manuali & Viskovic LLP
40 Wall Street
28th Floor
New York, NY 10005

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269

William Kuntz
,

William Kuntz
,

William Kuntz

William Kuntz
Bx 1801
Nantucker, MA 02554

William Kuntz
India St PO Box 1801
Nantucket Island, MA 02554-1801

William Kuntz
PO Box 1801
Nantucket Island, MA 02554-1801

LBT Ad Hoc Group
,

LBVN Holdings, L.L.C.
,

Andre Laurendeau
1634 Selkirk Ave. #1
Montreal, H3H 1C8

Marie Laurendeau
1634 Selkirk Ave. #1
Montreal, H3H 1C8

David L. Lawton on behalf of Unknown Mr. Alain Bachelot, the provisional French administrator of Banque Lehman Brothers S. A
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Lazard Freres & Co. LLC
,

Lazard Freres & Co. LLC
,

Michael Ledley on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Gary S. Lee on behalf of Interested Party Nippon Life Insurance Company
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022
jpintarelli@mofo.com

Anna C. Lee on behalf of Transferee OCM Opportunities Fund VII Delaware, L.P.
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen on behalf of Transferee Credit Suisse Loan Funding LLC
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Legg Mason US$ Core Bond Fund
,

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

Lehman Brothers Private Equity Funds
,

Lehman Commercial Paper Inc.
,

Andrea Lerner
4916 Gardner Lane
Suffolk, VA 23434

David Lerner
4916 Gardner Lane
Suffolk, VA 23434

Levine Leichtman Capital Partners Deep Value Fund, L.P.


Ian N. Levy on behalf of Creditor 4Kids Entertainment Inc.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022-3908

Liberty Insurance Ptd Ltd

,

Liberty Insurance Underwriters Inc.

,

Liberty Life Assurance Company of Boston

,

Liblaco Seperate Accounts

,

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Edward J. LoBello on behalf of Attorney Blank Rome LLP, Attorneys for Liquid Engines, Inc.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

William N. Lobel
THE LOBEL FIRM
840 Newport Center Dr
Ste 750
Newport Beach, CA 92660

William N. Lobel on behalf of Unknown Steven Speier
The Lobel Firm, LLP
840 Newport Center Drive
Sutie 750
Newport Beach, CA 92660


Andreas Lohr

,

Christopher Loizides on behalf of Plaintiff Miron Berenshteyn
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
loizides@loizides.com

Longacre Master Fund II, L.P.
810 Seventh Ave, 33rd Floor
New York, NY 10019

Longacre Master Fund, LTD.
810 Seventh Avenue, 22nd Floor
New York, NY 10019

Longacre Master Fund, Ltd.

,

Longacre Master Fund, Ltd.

,

Longacre Opportunity Fund, L.P.
810 Seventh Ave, Floor 33
New York, NY

Longacre Opportunity Fund, L.P. Assignee of Banif-Banco De Investimento, S.A.

,

Margarita Rosa Merlo Lopez

,

R A Lough
9 Windslow Heights
Carrickfergus
Co. Antrim., BT38 9AT

Richard A. Lough
9 Windslow Heights
Carrickfergus
Co Antrim

Co Antrim, UK BT38 9AT

Daniel Steven Lubell on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Lydian Overseas Partners Master Fund Ltd.
,

MD Mezzanine SA, SICAR
,

MEG Energy Corp.
,

Magnetar Capital LLC
,

Monica Blanch Magraner
c/o Banco Banif, S.A.
A.v. Diagonal 568
Barcelona, 08021

Virginia Blanch Magraner
,

William A Maher on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Ruth M. Malin
5401 Bahia LN
La Jolla, CA 12037

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876

Neal S. Mann on behalf of Creditor New York State Department of Taxation and Finance
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Arthur J. Margulies on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Mariner LDC
,

Bernard Markovitz
600 Grant St. #5454
Pittsburgh, PA 15219

Sira Herrera Martinez
CL Eduard Torla 8
BA
El Masnou Barcelona, 08320

Maureen Mason
Coldwell Banker
Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950

Nicholas S. Mateko
1878 St. Michaels Way
Brentwood, CA 94513

Eli R. Mattioli on behalf of Interested Party FirstBank Puerto Rico
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022
eli.mattioli@klgates.com

Thomas Moers Mayer on behalf of Unknown Rutger Schimmelpenninck
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047

Andrew R. McGaan on behalf of Interested Party PwC Bermuda JPL Lehman Re Ltd., et al.
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654
jdraughn@kirkland.com;pbryan@kirkland.com

Mary Elizabeth McGarry on behalf of Unknown Simpson Thacher & Bartlett LLP
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
mmcgarry@stblaw.com

Kelly McGehee
416 Escalona Dr.
Santa Cruz, CA 95060

Kelly L. McGehee
6237 Hwy 9
Felton, CA 95018

Douglas J. McGill on behalf of Creditor HCL America, Inc.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David C. McGrail on behalf of Creditor Iron Mountain Information Management, Inc.
McGrail & Bensinger LLP
676A Ninth Avenue
# 211
New York, NY 10036
dmcgrail@mcgrailbensinger.com

Jeff McMurrey
6800 Colleyville Blvd.
Colleyville, TX 66034

Mark A. Mcdermott
,

Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Emilio Izquierdo Merlo
,

Patricia Izquierdo Merlo
,

Merrill Lynch International

Merrill Lynch International Bank Limited, London Branch
BofA ML Financial Centre
2 King Edward Street
London, EC1A 1HQ

Merrill Lynch Japan Finance Co., Ltd.
,

Stephen M. Mertz on behalf of Unknown Wells Fargo Bank, National Association
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

William C. Meyer
804 Leverton Rd.
Rockville, MD 20852-1033

Robert N. Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
The Michaelson Law Firm
11 Broadway
Suite 615
New York, NY 10004

Robert C. Micheletto on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
222 East 41st Street
New York, NY 10017

Melissa A. Mickey on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Midwest Independent System Operator
,

Milbank, Tweed, Hadley & McCloy LLP
,

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James H. Millar on behalf of Interested Party Deutsche Pfandbriefbank AG
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022
james.millar@wilmerhale.com, Michael.Kaufman@wilmerhale.com;yolande.thompson@wilmerhale.com

Richard C. Miller
PO Box 280
Kingston, GA 30145

Louis R. Miller on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

J. Gregory Milmoe on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
kramlo@skadden.com

Minnesota Masonic Home Care Center
,

Margaret Mitchell-King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Mitsui & Co. Energy Risk Management (U.S.A.), Inc.
,

Mitsui & Co. Energy Risk Management Ltd.
,

Mizuho Corporate Bank, Ltd.
,

Mizuho Investors Securities Co., Ltd.
,

Allen A. Moff
10271 Caminito Rio Branco
San Diego, CA 92131

Francis A. Monaco on behalf of Creditor Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Francis A. Monaco on behalf of Plaintiff Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Moore Macro Fund, L.P.
c/o Moore Capital Managment, L. P.
1251 Avenue of the Americas
53rd Floor
New York, NY 10020

Morgan Stanley Capital Services Inc.
,

Tracey Morman
155 Centre Avenue, #5B
New Rochelle, NY 10805

Richard L. Morris
864 Sarnac Lake Drive
Apt. 101
Venice, FL 34292

Michael A. Morris on behalf of Unknown DCP Parties
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Linda Morris-Brogan
12434 Carriage Hill Drive
Houston, TX 77077

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Marianne S. Mortimer on behalf of Interested Party HWA 555 Owners, LLC
Stroock & Stroock & Lavan LLP
180 Maiden Lanew
New York, NY 10038-4982
mmortimer@stroock.com

Jon Brown Mosca
261 Indian Buff Dr.
Araphahoe, NC 28510

James Moscola
521 Coventry Trial Lane
Maryland Heights, MO 63043

Tina N. Moss on behalf of Creditor HSBC Bank USA, National Association
Pryor Cashman LLP
7 Times Square
New York, NY 10036
tmoss@pryorcashman.com

Martha Chilton Mueller
,

Kevin Mun
,

Murex North America Inc.
,

Daniel R. Murray
,

Dana Myers on behalf of Creditor Intercall, Inc. (successor by merger to Genesys Conferencing, Inc.)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
dana.myers@ropesgray.com

NFA - National Futures Association
300 S. Riverside Plaza
Suite 1800
Chicago, IL 60606

NYFIX, Inc.
,

NYS Child Support Processing Center
,

Helge Naber on behalf of Unknown Andrea Lobbe-Hermans
NABER PC
300 Central Avenue
Suite 320
Great Falls, MT 59401

Martha Nadelman
,

Larren M. Nashelsky on behalf of Interested Party Brookfield Properties One WFC Co. LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
dcapucilli@mofo.com

Mark Neander
15 Roosevelt Ave
Oneonta, NY 13820

Nehm & Collegen
,

Louise Nervo
,

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Neuberger Berman Management, LLC
605 Third Avenue
New York, NY 10158-3698

New York Institute of Finance, Inc.
,

New York State Department of Labor
,

Newport Global Opportunities Fund LP, et al.
,

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Nexen Energy Marketing Europe Limited
,

Jacqueline G. Nieman
300 E. 40th Street 19B
New York, NY 10016

Noonday Offshore, Inc.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Patricia A. Noriega
Natacion #21
Col Raquel Club
Hermosillo Sonora, 83200

Davin J. Noto
489 E. Horseshoe Pl
Chandler, AZ 85249

Gordon Z. Novod on behalf of Unknown Abrams Capital Partners II, L.P.
Brown Rudnick LLP
Seven times Square
New York, NY 10036
lkresge@brownrudnick.com;pafonso@brownrudnick.com;cennis@brownrudnick.com

Paul B. O'Neill on behalf of Debtor Lehman Brothers Holdings Inc.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
boneill@kramerlevin.com

Patricia Marie O'Reilly
,

OTP Bank Plc.
,

OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
9 W. 57th Street, 13th Floor
New York, NY 10019

Oesterreichische Elektrizitaetswirtschafts - AG
,

Sevan Ogulluk on behalf of Defendant Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Ohio Presbyterian Retirement Services
,

Orange County Treasurer-Tax Collector

Otterbourg,Steindler Houston, & Rosen, P.C.

Outtask, LLC

Pachulski Stang Ziehl & Jones LLP

Pachulski Stang Ziehl & Jones LLP

Pachulski Stang Ziehl & Jones LLP

Anneliese H. Pak on behalf of Unknown Hickok Place, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com;heather.zelevinsky@ropesgray.com;Therese.Scheuer@ropesgray.com;patricia.Chen@ropesgray.com

Michael F. Palone

Saverio Panerai
Via Buozzi 184
500 13 Campi Besenzio
Firenze,

U. Young Park
5558-A Via Portara
Laguna Woods, CA 92637

Parsec Trading Corp.

Thomas Earl Patton on behalf of Attorney Kermit Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Rajesh Pentapati
41 M. Reading Rd.
Edison, NJ 08817

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295

Curtis Petran

Robert M. Pettit
2311 Autumn Lake Pl
Fort Wayne, IN 46818

Olya Petukhova on behalf of Unknown Libyan Arab Foreign Investment Company
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

Brian D. Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
Fried Frank Harris Shriver & Jacobson
One New York Plaza
23rd Floor
New York, NY 10004

Thomas Pietrantonio

Susan Mary Pike
23412 Mobile St.
West Hills, CA 91307

Pitcairn Property Holdings, Inc.

Joseph D. Pizzurro on behalf of Plaintiff Lehman Brothers Holdings Inc.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Brian H. Polovoy on behalf of Counter-Defendant Nomura Global Financial Products Inc
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
bpolovoy@shearman.com

Geraldine E. Ponto on behalf of Interested Party Tobacco Settlement Financing Corporation
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Patrick J. Potter
,

Power Sector Assets and Liabilities Management Corporation
,

Sean Preston
,

Gregory R. Preston on behalf of Unknown Roger Leveille
65 Broadway
Suite 508
New York, NY 10006

PricewaterhouseCoopers AG, Zurich
,

PricewaterhouseCoopers LLP
,

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Martin H. Pritikin on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

ProFund Advisors LLC
,

Annetta Farber Pugia
3 Old Topsfield Road
Boxford, MA 01921

Joseph R. Pugia
3 Old Topsfield Road
Boxford, MA 01921

James M. Pyle
346 Mt. Lucas Road
Princeton, NJ 08540-1906

Quantum Partners Ltd.
,

R3 Capital Partners Master, LP
,

RBC Capital Markets Corporation
,

RCN New York Communications LLC d/b/a RCN Metro Optical Networks
,

RWE SUPPLY & TRADING GmbH
,

Darcy Ramirez
126 Whitney Ct.
Windsor, CO 80550-6132

Lester M. Rapp
642 N 8th St.
Baton Rouge, LA 70802

Lawrence Reddock
,

Martin J. Redilla
11187 Elmerest
Whitemore LK, MI 48189

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Reilly Pozner LLP
,

Reilly Pozner LLP
,

Alexander Reus on behalf of Unknown Internationale Kapitalanlagegesellschaft mbH
DIAZ REUS & TARG LLP
100 S.E. 2nd Street, Suite 2610
Miami, FL 33131

Thomas Reynolds
Reynolds Equities LLC
,

Jonathan Lee Riches
P.O. Box 340
Salter, SC 29590

Rio Tinto Energy America, Inc.
,

William A. Rome on behalf of Plaintiff Neuberger Berman LLC
Hoffman & Pollok
260 Madison Avenue
New York, NY 10016
warome@hpplegal.com

Robert J. Rosenberg on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
Latham & Watkins
885 Third Avenue
New York, NY 10022

Andrew Neil Rosenberg on behalf of Unknown King Street Capital, L.P., King Street Capital, Ltd., King Street Europe, L.P., and King Street Europe Master Fund, Ltd.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com;rkravitz@paulweiss.com;smaisel@paulweiss.com

Kermit A. Rosenberg on behalf of Unknown Thomas Patton
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Edward M. Rosensteel on behalf of Unknown Iris Software, Inc.
Rosensteel Law
90 Park Avenue
17th Floor
New York, NY 10016

Bradley Rothenberg
6515 Plantation Pines Blvd
Fort Myers, FL 33966

Rottnest Ltd
,

John Rowlands
Juan Ramon Jimenez
45 3izq
Madrid, 28036

Jose Ruiz
,

Russell Investment Group, Inc.
,

MICHAEL J. STAUBER on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Tonino Sacco on behalf of Unknown Jamie Desmond
Sacco & Fillas, LLP
141-07 20th Avenue
Suite 506
Whitestone, NY 11357

Deep Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Meera Sood Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Nick Santino
48 West 73rd St.
New York, NY 10023

Shuba Satyaprasad on behalf of Transferee Baupost Group Securities, L.L.C.
Ropes & Gray LLP
One International Place
Boston, MA 02110
shuba.satyaprasad@ropesgray.com

Kim Sherrie Sawyer on behalf of Creditor The Locator Services Group Ltd. ("TLSG")
The Locator Services Group Ltd.
316 Newbury Street
Suite 32
Boston, MA 02115

Eckart W. Schmidt
55-151st Place N. E.
Bellevue, WA 98007-5019

Rivka Schmuskovits
47 Boulogne
Buenos Aires, B1609ENA

Marvin Schneider
2200 North Central Road
Apt. 3R
Fort Lee, NJ 07024

Flavia Schuster
47 Boulogne
Buenos Aires, B1609ENA

Nicolas Schuster
47 Boulogne
Buenos Aires, B1609ENA

Silvio Schuster
47 Boulogne
Buenos Aires, B1609ENA

Sea Port Group Securites, PLC
,

Sea Port Group Securities, LLC
,

Seattle Pacific University
3307 3rd Ave. W
Seattle, WA 98119

James P. Seery on behalf of Other Prof. Sidley Austin LLP
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
emcdonnell@sidley.com;dminoff@sidley.com

Mitchell A. Seider on behalf of Unknown Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Seniors Civil Liberties Association, Inc.
PO Box 5014
Clearwater, FL 33758-5014

Serengeti Lycaon MM L.P.
632 Broadway, 12th Floor
New York, NY 10012

Serengeti Rapax MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
Attn: Shaker Choudhury
New York, NY 10012

Nol Shala
Hertha-Feiner-Asmus
Stieg 5
Hamburg, D-22302

Jonathan M. Shaw
,

Shearman & Sterling, LLP.
,

Sheppard Mullin Richter & Hampton, LLP
,

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
jshickich@riddellwilliams.com, hmohr@riddellwilliams.com;ctracy@riddellwilliams.com

Alfred H. Siegel
c/o Sills Cumis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020

Sierra Liquidity Fund, LLC
,

Robert L. Sills on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019
rsills@orrick.com

Ronald J. Silverman on behalf of Creditor Ad Hoc Committee of Bondholders
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
ronald.silverman@bingham.com

Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

Richard W. Slack on behalf of Defendant Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10163

BE Smith
,

Margaret L. Smith
1125 Grouse Dr.
Redding, CA 96003-5514

William H. Smith
9595 Red Bird Lane
Alpharetta, GA 30022

Joshua Sohn on behalf of Plaintiff Hank's Living Trust
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
joshua.sohn@dlapiper.com, rachel.gupta@dlapiper.com;william.coleman@dlapiper.com

Martha E. Solinger on behalf of Plaintiff Lehman Brothers Holdings Inc., on behalf of itself and as assignee of Lehman Brothers Inc.
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

Mark R. Somerstein on behalf of Plaintiff Rye Select Broad Market Portfolio Limited
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com, nila.williams@ropesgray.com;dana.myers@ropesgray.com

Soros Fund Management LLC
888 Seventh Avenue
33rd Floor
New York, NY 10106

Fredric Sosnick on behalf of 3rd Pty Defendant Bank of America Trust and Banking Corporation (Cayman) Limited
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
randy.martin@shearman.com;kerri.silver@shearman.com

Sprint Nextel Corporation and its affiliates d/b/a Sprint
,

Sprint Solutions, Inc.
,

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830

Michael Sroka
298 Federal Hill Rd.
Milford, NJ 03055

Stamford Associates L.P.
,

Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.
,

Susan Stashower
300 West 72nd Street
Apt. 6F
New York, NY 10023

State Bank of Long Island
,

State of Rhode Island and Providence Plantations
,

Rodger R. Stelter
8000 W. 114th Terrace
Overland Park, MS 66210-1817

Steptoe & Johnson LLP
,

Anna Stewart
,

Chris Stovic
,

Chris Stovic
435 Greeves St.
Kane, PA 16736

Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038

Studio Giuridico Economico
,

Dale Suder
,

TATA Communications Services (America) Inc. f/k/a VSNL America, Inc.
,

TPG Credit Opportunities Fund, L.P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Opportunities Investors, L..P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Opportunities Investors, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Strategies Fund, L.P.
c/o TPG Credit Management LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

BRADLEY S. TUPI on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Roy Tal
,

Roy Tal
,

Scott Talmadge on behalf of Creditor Wells Fargo & Co.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

James J. Tancredi on behalf of Creditor Fidelity National Title Insurance Company
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1213

Donald Tang
14337 Adelfa Drive
La Miranda, CA 90638

Theodore Wm. Tashlik
IRA Custodian
9 Overlook Circle
Manhasset, NY 11030-3933

Thomson Tat
2411 Kaiser Way
Antioch, CA 94531

TeleCommunication Systems, Inc.
,

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Andrew M. Thaler on behalf of Creditor The August '86 Trust
Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, NY 11554

The Bank of New York Corporate Trustee Services Limited
,

The Bank of Nova Scotia
,

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
,

The F.B. Heron Foundation
,

The Federal Home Loan Bank of Dallas
,

The Hongkong and Shanghai Banking Corporation Limited, Taipei Branch
,

The NASDAQ OMX Group,Inc
,

The Sumitomo Trust & Banking Co., Ltd.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Edwin D. Thomas
2652 Cropsey Ave
Apt. 11G
Brooklyn, NY 11214

W. Todd Thomas on behalf of Interested Party Barclays Capital, Inc.
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301

Peter J. Thompson
2710 Mcdivitt Rd.
Madison, WI 53713

ThruPoint, Inc.
1372 Broadway, 6th Floor
New York, NY 10018

Andrew Tomback on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005
atomback@milbank.com, jwolfe@skoloffwolfe.com;financialrestructuringefilings@milbank.com

Michael Torkin on behalf of Creditor Silver Point Capital Offshore Fund, Ltd
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017
truittb@hbdlawyers.com

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Sarah Trum on behalf of Creditor Customer Asset Protection Company
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Khin Tun
46 Rock Run Road
East Windsor, NJ 08520

US Debt Recovery V, LP
940 Southwood Blvd, Suite 101
Incline Village, NV 89451

Uakari Investments, LLC
PO Box 1415
New York, NY 10150

Mary E. Uhlman
626 N. Cedar Rd.
Jenkintown, PA 19046

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

Unione Di banche Italiane S.c.p.A.

United States Bankruptcy Court
,

Universal - Invest - GmbH Soley on behalf and for account of MRM - Universal - Fonds
,

Marc Uribe
P.O. Box 86488
San Diego, CA 92138

Arthur Uscher on behalf of Unknown Rita Meyer
USCHER, QUIAT, USCHER & RUSSON
A Professional Corporation
433 Hackensack Avenue
Hackensack, NJ 07601

VVA, LLC
,

Michael Vana
1315 Fairlane Dr
Schaumburg, IL 60193-3583

Amy Vanderwal on behalf of Unknown Bright Horizons Children's Centers LLC
Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111

Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
,

Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
,

Fernando Veiga
,

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Venor Capital Master Fund Ltd.
,

Marko Verbic
Na Grieu 19
4000 Kranj
Slovencia
,

Verizon Wireless Bankruptcy Administration
,

James J. Vincequerra on behalf of Creditor Simpson Meadows
WolfBlock LLP
250 Park Avenue
New York, NY 10177

Shane Visto
1009 South 7th Street
Oakes, ND 58474

Linh Vo
,

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

Elias Vongelis
SOLIDUS SECURITIES S.A.
64 Louizis Riankour Street
115 23
Athens Greece,

WCG Master Fund, Ltd.
225 Liberty Street

New York, NY 10281

Karen E. Wagner on behalf of Creditor Banque Privee Saint Dominique
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
blmis.filings@dpw.com

S. Judson Waites on behalf of Creditor Charise Carroll
145 Church Street
Suite 110
Marietta, GA 30060

Curtis Ware
,

Washington Mutual Bank
,

Water Pollution Control Authority for the City of Bridgeport
c/o Law Office of Juda J. Epstein
3543 Main Street
Second Floor
Bridgeport, ct 06606

Howard J. Weg
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Boulevard
Suite 1450
Los Angeles, CA 90067

Weil, Gotshal & Manges LLP
,

Weil, Gotshal & Manges on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges, LLP on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030

Monika Wenzl
Adrian-Keils-Str.7
51149 Koln
,

Western Asset UK GBP Credit Plus Bond Fund
,

Western Asset UK Limited Duration Bond Fund
,

P. Sabin Willett on behalf of Defendant State Street Bank & Trust Company
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Garfield K. Windross
,

Wine & Spirit Education Trust
International Wine & Spirit Centre
39-45 Bermondsey Street
London, Se1 3XF

Keith Wofford on behalf of Unknown R3 Capital Management, LLC
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com, SSally@ropesgray.com

Libby Wong on behalf of Unknown NBGI Inc
Pfeifer & Reynolds, LLP
765 The City Drive
Suite 380
Orange, CA 92868

James A. Wright on behalf of Plaintiff Millennium International, Ltd.
Ropes & Gray LLP
One International Place

Boston, MA 02110-2624

Xianhua Xu
226 Posnegansett Ave
Warwick, RI 02888

Stanley Yorsz on behalf of Defendant PNC Bank, National Association
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street
20th Floor
Pittsburgh, PA 15219-1410

Yorvik Partners, LLP
,

Yorvik Partners, LLP
,

Yorvik Partners, LLP
,

Yorvik Partners, LLP
,

Yun You
137 Rousseau Street
San Francisco, CA 94112

David Younger
111 Old Hickory Blvd
Apt. 185
Nashville, TN 37221

Grover Younger
PO Box 3514
Eden, NC 27288

Bruce J. Zabarauskas
,

Ronald P. Zemenak
5051 Vermillion Lane
Castle Rock, CO 80108

Barbara A. Ziccarelli
26 Huff Terrace
Montvale, NJ 07645

Stephen Zide on behalf of Unknown Stonehill Institutional Partners, L.P.
Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
szide@kramerlevin.com

George A. Zimmerman on behalf of Plaintiff Prudential Global Funding LLC
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Michael R. Zodda
,

lisa roxanne rosenthal on behalf of Plaintiff Neuberger Berman LLC
Hoffman & Pollok
260 Madison Avenue
New York, NY 10016