# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555
                                                 Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| YORK CAPITAL MANAGEMENT, L.P. | AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 21492

Amount of Claim: $413,520.00

Name and Address where notices to transferee should be sent:

York Capital Management, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153
Attn: Lauren Searing
Tel: (212) 710-6549
Email: BANKDEBT @ YORKCAPITAL.COM

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

YORK CAPITAL MANAGEMENT, L.P.

By: _____    Date: 9/20/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.




EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Australia and New Zealand Banking Group Limited, a corporation incorporated in the Commonwealth of Australia, having an address at 100 Queen Street, Melbourne, VIC, 3000 Australia ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Capital Management, L.P., its successors and assigns, with offices at 767 Fifth Avenue, 17th Floor, New York, NY 10153 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers International (Europe) including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim in the amount of $413,520.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of **Claim Reference Number: 21492.**

Seller hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Buyer (the "Assigned Claims") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims for all purposes, including, without limitation, voting and distribution purposes. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claims, and all payments or distributions of money or property in respect of the Assigned Claims, shall be delivered or made to the Buyer.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of September, 2009.

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED

By: _____
Name: MICHAEL BLACK
Title: Head of Lending Services - Europe + America

BUYER:

YORK CAPITAL MANAGEMENT, L.P.

By: _____
Name: Adam J. Semler
Title: CFO

Address: 767 Fifth Avenue, 17th Floor, New York, NY 10153
Attention: Lauren Searing
Telephone: 212-300-1300
Email: LSearing@yorkcapital.com

- 15 -