Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000


Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
                      Debtors.                                :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        CHARMAINE M. THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 20th of September, 2010, I caused copies of the following document:

        Statement of Official Committee Of Unsecured Creditors In
        Support Of (1)Debtors' Motion, Pursuant to Rule 9019 of the
        Federal Rules of Bankruptcy Procedure and Section 363 of the
        Bankruptcy Code, for Approval of (I) A Settlement Agreement
        between the Debtors and Aurora Bank FSB Regarding the Master
        Forward Agreement and Other Matters and (II) Certain Other
        Related Relief, Including Authorization of (A) Certain Debtors to

>Make Capital Transfers, (B) LBHI to Enter Into a Capital Maintenance Agreement, and (C) LBHI to Extend the Duration of the Amended Repurchase Agreement and Financing Facility; And (2) Debtors' Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363 of the Bankruptcy Code, for Approval of (I) A Settlement Agreement between the Debtors and Woodlands Commercial Bank and (II) Certain Related Relief, Including Authorization of (A) Certain Debtors to Make Capital Transfers and (B) LBHI to Enter Into a Capital Maintenance Agreement (DI 11470)

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

>/s/ Charmaine M. Thomas
>CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 21st day of September, 2010


/s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

## Exhibit A

alfredo.perez@weil.com; harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com;

dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; george.davis@cwt.com; geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; graumane@sullcrom.com; gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; hanh.huynh@cwt.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; hbeltzer@morganlewis.com; heim.steve@dorsey.com; heiser@chapman.com; helmut.olivier@lehman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; James.Sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;

2

jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com;
jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com;
jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com;
jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com;
jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com;
jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmazermarino@msek.com;
jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com;
jmmurphy@stradley.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtimko@shutts.com;
jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com;
jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com;
klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com;
lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com;
MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com;
martin.bury@lehman.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov;
matthew.klepper@dlapiper.com; matthew.morris@lovells.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com;

meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com;
michael.bonacker@lehman.com; michael.frege@cms-hs.com;
michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
mschonholtz@willkie.com; mshiner@tuckerlaw.com; msiegel@brownrudnick.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
omeca.nedd@lovells.com; patrick.oh@freshfields.com; patrick.schmitz-
morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;
ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com;
ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com;
rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; rnies@wolffsamson.com;
rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; Scott.Gibson@dubaiic.com;

4

scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931


Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
       Harvey R. Miller, Esq..

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.