WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------------x
:
| | | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON SEPTEMBER 22, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I. STATUS CONFERENCE**

1. State of the Estate Presentation

**II. UNCONTESTED MATTERS:**

2. Motion for Authorization to Reject Certain Executory Contracts **[Docket No. 11201]**

    Response Deadline: September 15, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Supplement to Motion **[Docket No. 11251]**

    Status: This matter is going forward.

3. Motion of Taipei Fubon Commercial Bank Co., Ltd. Seeking Authority to Assign its Interests as Lender in a Promissory Note Issued by Lehman Brothers Holdings Inc. **[Docket No. 11051]**

    Response Deadline: September 15, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

**III. CONTESTED MATTERS:**

4. Debtors' Motion for Approval of (I) A Settlement Agreement between the Debtors and Aurora Bank FSB Regarding the Master Forward Agreement and Other Matters and (II) Certain Other Related Relief, Including Authorization of (A) Certain Debtors to Make Capital Transfers, (B) LBHI to Enter into a Capital Maintenance Agreement, and (C) LBHI to Extend the Duration of the Amended Repurchase Agreement and Financing Facility **[Docket No. 11141]**

Response Deadline: September 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Objection of Clayton Services, Inc. **[Docket No. 11334]**

    B.    Objection of Federal Home Loan Mortgage Corporation **[Docket No. 11442]**

    C.    Objection of William Kuntz, III **[Docket No. 11349]**

    D.    Consolidated Response of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 11487]**

Related Documents:

    E.    Notice of Corrected Exhibit **[Docket No. 11200]**

    F.    Declaration of Douglas Lambert in Support of Motion **[Docket No. 11459]**

    G.    Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion **[Docket No. 11470]**

    H.    Notice of Revised Proposed Order **[Docket No. 11484]**

Status: This matter is going forward.

5. Debtors' Motion for Approval of (I) a Settlement Agreement between the Debtors and Woodlands Commercial Bank and (II) Certain Related Relief, including Authorization of (A) Certain Debtors to Make Capital Transfers and (B) LBHI to Enter Into a Capital Maintenance Agreement **[Docket No. 11142]**

Response Deadline: September 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Objection of William Kuntz, III **[Docket No. 11349]**

    B.    Consolidated Response of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 11487]**

Related Documents:

    C.    Declaration of Douglas Lambert in Support of Motion **[Docket No. 11459]**

D. Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion **[Docket No. 11470]**

E. Notice of Revised Proposed Order **[Docket No. 11485]**

Status: This matter is going forward.

6. Motion of Lehman Commercial Paper Inc. for Approval of that Certain Amended and Restated Compromise by and Among Lehman Commercial Paper Inc., Alfred H. Siegel, as Chapter 11 Trustee for the Suncal Debtors, and the Official Committee of Unsecured Creditors in the Suncal Bankruptcy Cases **[Docket No. 11153]**

Response Deadline:   September 15, 2010 at 4:00 p.m.

Responses Received:

A. Objection of Fidelity National Title Insurance Company **[Docket No. 11338]**

B. Objection of Gramercy Warehouse Funding I, LLC **[Docket No. 11342]**

C. LBREP Lakeside SC Master I, LLC's Opposition **[Docket No. 11407]**

Related Documents:

D. Debtors' Omnibus Reply **[Docket No. 11456]**

E. Declaration of F. Robert Brusco in Support of Debtors' Motion **[Docket No. 11457]**

F. Statement of Official Committee of Unsecured Creditors in Support of the Motion **[Docket No. 11458]**

G. Order to Show Cause **[Docket No. 11163]**

Status: This matter is going forward.

7. Motion of the Chapter 11 Trustee of the SunCal Master Debtors for Relief from the Automatic Stay **[Docket No. 9642]**

Response Deadline:   June 9, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 10106]**

B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10121]**

Related Documents:

C. Declaration of Arthur J. Steinberg in Support of Debtors' Objection **[Docket No. 10107]**

D. Reply of Chapter 11 Trustee of SunCal Master Debtors **[Docket No. 10130]**

Status: This matter is going forward, but may be moot based upon the resolution of the item number 6 on the agenda.

## IV. MATTERS TO BE HEARD AT 2:00 P.M.

**A. Adversary Proceedings:**

8. Michigan State Housing Development Authority v. LB Derivative Products Inc., et al. **[Adv. Case No. 09-01728]**

    **Pre-Trial Conference**

    Related Documents:

    A. Complaint **[Docket No. 1]**

    B. Answer to Complaint and Counterclaim **[Docket No. 8]**

    C. Answer to Counterclaim **[Docket No. 10]**

    Status: This matter is going forward.

## V. ADJOURNED MATTERS:

**A. Lehman Brothers Holdings Inc.**

9. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

    Response Deadline: October 13, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to October 20, 2010.

10. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline:   October 13, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to October 20, 2010.

11. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline:   July 8, 2010 at 5:00 p.m.

    A.  Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

    Related Documents:

    B.  Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

    C.  Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

    D.  Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

    E.  Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

    Status: This matter has been adjourned to October 20, 2010.

12. Motion of Carolyn Fogarazzo, et al. for Relief from the Automatic Stay **[Docket No. 10279]**

    Response Deadline:   October 13, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to October 20, 2010.

13. Motion of the Official Committee of Unsecured Creditors of LBHI for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

   Response Deadline:   October 13, 2008 at 4:00 p.m.

   Responses Received:

       A.    Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

       B.    Statement of the Informal Noteholder Group **[Docket No. 887]**

   Related Documents:

       C.    Stipulation and Consent Order (i) Governing Interim Production of Documents and (ii) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors for **[Docket No. 1402]**

   Status: This matter has been adjourned to December 15, 2010.

14. Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

   Response Deadline:   October 13, 2010 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to October 20, 2010.

15. Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 11171]**

   Response Deadline:

   Responses Received:

       A.    Objection of Somerset Properties SPE, LLC **[Docket No. 11333]**

   Related Documents:

       B.    Bridge Order **[Docket No. 11312]**

   Status: The Debtors have submitted an order with respect to Merit, LLC by certificate of no objection. The matter has been adjourned to October 20, 2010 on consent with respect to LB Somerset LLC and LB Preferred Somerset LLC.

B.  **Adversary Proceedings:**

16. PT Bank Negara Indonesia (Persero) Tbk v. LBSF, et al. **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

    A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

    D. Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

    Status: This matter has been adjourned to October 20, 2010.

17. Bank of America v. BNP Paribas, London Branch, Natixis Financial Products LLC, LBSF Inc. **[Adv. Case No. 10-03489]**

    **Pre-Trial Conference**

    Related Documents:

    A. Complaint **[Docket No. 1]**

    B. Counterclaim Filed by Lehman Brothers Special Financing Inc. **[Docket No. 5]**

    Status: This matter has been adjourned on consent until the resolution of the Debtors' Motion to Stay Avoidance Actions and Grant Certain Related Relief.

C.  **Lehman Brothers Inc.:**

18. Motion of MainStay High Yield Opportunities Fund for an Order Pursuant to Sections 362, 541 and 105 of the Bankruptcy Code for Relief from the Automatic Stay to Remove Lehman Brothers Inc. as Agent and Granting Related Relief **[Docket No. 3614]**

    Response Deadline: October 8, 2010

    Responses Received: None.

Related Documents:

    A.    Notice of Adjournment **[Docket No. 3680]**

Status: This matter is adjourned to October 28, 2010.

19. Motion of Newport Global Opportunities Fund (Master) L.P. and Newport Global Opportunities Fund L.P. for Leave to Conduct Rule 2004 Discovery **[Docket No. 3649]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Adjournment **[Docket No. 3674]**

Status: This matter is adjourned to October 20, 2010.

20. Motion of Newport Global Opportunities Fund (Master) L.P. and Newport Global Opportunities Fund L.P. for Entry of an Order Authorizing Newport to File Under Seal the Motion for Leave to Conduct Rule 2004 Discovery and Certain Exhibits Thereto **[Docket No. 3650]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Adjournment **[Docket No. 3674]**

Status: This matter is adjourned to October 20, 2010.

**VI.    WITHDRAWN MATTERS:**

21. Motion of Lehman Brothers Holdings Inc. for Authority to Enter into Settlement Related to, and Assign Interest in Heritage Fields Property **[Docket No. 9739]**

Response Deadline:    July 7, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Withdrawal **[Docket No. 11460]**

Status: This matter has been withdrawn.

22. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Case No. 08-01420, Docket No. 123]**

    Status: This matter has been withdrawn.

Dated: September 21, 2010
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: September 21, 2010
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.