| | |
|---|---|
| **DAY PITNEY LLP**<br>Joshua W. Cohen (JC-2978)<br>James J. Tancredi (JT-3269)<br>One Audubon Street<br>New Haven, CT 06511-6433<br>Telephone:   (203) 752-5000<br>Facsimile:    (203) 752-5001 | **Hearing Date:**   October 20, 2010<br>**Hearing Time:**    10:00 A.M.<br>**Objection Date:**   October 13, 2010 |

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:    (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                                                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF HEARING**
**OF FIDELITY NATIONAL TITLE INSURANCE COMPANY'S**
**MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS**
**OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD**
**BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.**
**PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that upon the annexed Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code (the "Motion to Compel"), the undersigned will move before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, NY 10004-1408, on the 20th day of October 2010 at 10:00 A.M. (the "Hearing") or soon thereafter as counsel may be heard, for the entry of an Order,

pursuant to 11 U.S.C. §§ 105, 362, 365 and 1107, granting Fidelity National Title Insurance Company's ("Fidelity") Motion to Compel Debtor Lehman Commercial Paper Inc.'s ("LCPI") compliance with the terms, provisions and requirements of certain title insurance policies insuring deeds of trust held by the bankruptcy estate of LCPI and granting such other relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion to Compel must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically with the Bankruptcy Court's CM-ECF System by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served upon Day Pitney LLP, One Audubon Street, New Haven, Connecticut 06511 (Attn: Joshua W. Cohen, Esq.) so as to be received no later than October 13, 2010 at 4:00 p.m. (EST) (7 calendar days before the hearing date).

**PLEASE TAKE FURTHER NOTICE** that, unless objections are timely filed and received by the Bankruptcy Court, the Bankruptcy Court may grant the relief requested in Fidelity's Motion to Compel.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court or by posting of such adjourned date on the Bankruptcy Court's calendar on the aforementioned date.

Dated at New Haven, Connecticut, this 21st day of September, 2010.

          FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:   /s/ Joshua W. Cohen
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
DAY PITNEY LLP
One Audubon Street
New Haven, CT 06511-6433
Tel:   (203) 752-5008
Fax:   (203) 752-5001
E-mail: jwcohen@daypitney.com

*Counsel for Fidelity National Title Insurance Company*