# EXHIBIT F

# LIST OF MECHANIC'S LIENS

## McAllister Ranch

| Amount | Claimant | Date |
|---|---|---|
| $ 13,230.85 | Hertz Equipment Rental Corporation | 10/30/07 |
| $ 909,556.84 | Genesis Golf Builders, Inc. | 10/30/07 |
| $ 12,895.57 | Vulcan Materials Co. | 11/07/07 |
| $ 13,950.68 | Valley Construction Supply, Inc. | 11/08/07 |
| $ 39,188.40 | Golden State Fence Co. | 11/19/07 |
| $ 67,279.20 | Golden State Fence Co. | 11/19/07 |
| $ 11,800.00 | Golden State Fence Co. | 11/21/07 |
| $ 64,068.80 | Action Glass, Inc. | 11/28/07 |
| $ 25,605.40 | Golden State Fence Co. | 12/05/07 |
| $ 34,911.20 | Golden State Fence Co. | 12/05/07 |
| $ 16,819.80 | Golden State Fence Co. | 12/05/07 |
| $ 25,114.10 | Golden State Fence Co. | 12/05/07 |
| $ 33,041.60 | Metro Ready Mix LP | 12/07/07 |
| $ 233,304.19 | Jaqua & Sons, Inc. | 12/12/07 |
| $ 31,761.10 | Golden State Fence Co. | 12/21/07 |
| $ 62,655.20 | Golden State Fence Co. | 12/21/07 |
| $ 61,980.00 | Garcia Roofing, Inc. | 12/21/07 |
| $ 407,706.63 | Landscape Development, Inc. | 12/31/07 |
| $ 76,223.02 | OK Sheet Metal, Inc. | 01/08/08 |
| $ 211,817.70 | Performance Energy (Electric) | 01/11/08 |
| $ 49,072.20 | Golden State Fence Co. | 01/15/08 |
| $ 31,067.50 | Golden State Fence Co. | 01/15/08 |
| $ 38,754.90 | Golden State Fence Co. | 01/15/08 |
| $ 17,581.95 | Golden State Fence Co. | 01/15/08 |
| $ 18,929.50 | Golden State Fence Co. | 01/15/08 |
| $ 42,916.50 | Golden State Fence Co. | 01/15/08 |
| $ 64,950.00 | Daniel Boyance Control Fire Protection | 01/15/08 |
| $1,276,091.90 | Klassen Corporation | 01/15/08 |
| $ 6,580.25 | McKenna Curb & Gutter Co., Inc. | 01/24/08 |
| $ 480,919.75 | McKenna Curb & Gutter Co., Inc. | 01/24/08 |
| $ 38,384.20 | Wesco Distribution, Inc. | 01/28/08 |
| $ 49,668.00 | Custom Spray Systems, Inc. | 02/05/08 |
| $ 68,995.00 | Action Glass, Inc. | 02/06/08 |
| $ 206,793.14 | Petrotech Resources Co, Inc. | 02/06/08 |
| $ 722,746.11 | Park West Landscape, Inc. | 02/07/08 |
| $ 45,546.40 | Golden State Fence Co. | 02/07/08 |
| $ 102,615.58 | Construction Protection Services | 02/13/08 |
| $ 118,460.01 | Park West Landscape, Inc. | 02/14/08 |
| $1,573,664.73 | Superior Pipelines | 02/14/08 |
| $1,918,062.34 | Superior Pipelines | 02/14/08 |
| $ 344,650.40 | Superior Pipelines | 02/14/08 |
| $ 635,366.40 | Superior Pipelines | 02/14/08 |
| $ 289,668.50 | Superior Pipelines | 02/14/08 |
| $ 283,563.80 | Superior Pipelines | 02/14/08 |
| $ 148,608.00 | Superior Pipelines | 02/14/08 |
| $ 673,703.05 | Superior Pipelines | 02/14/08 |
| $ 841,290.20 | Superior Pipelines | 02/14/08 |
| $ 740,000.00 | Masonry Plus | 02/14/08 |
| $ 10,233.80 | Hard Rock Concrete Designs, Inc. | 02/19/08 |

| Amount | Payee | Date |
|---|---|---|
| $ 422,743.96 | Sierra Cascade Construction, Inc. | 02/20/08 |
| $ 120,961.72 | Higher Ground Engineering Land | 02/21/08 |
| $ 365,065.41 | Irv Guinn Construction | 02/21/08 |
| $ 601,998.00 | Stantec Consulting, Inc. | 02/25/08 |
| $ 85,428.42 | Crider Construction, Inc. | 02/26/08 |
| $ 7,480.84 | P. W. Gillibrand Co., Inc. | 03/05/08 |
| $ 7,088.65 | HD Supply/White Cap Construction Supply | 03/06/08 |
| $ 6,407.99 | Sandstone Pro-Build | 03/13/08 |
| $ 17,581.95 | Golden State Fence Co. | 03/14/08 |
| $ 42,916.50 | Golden State Fence Co. | 03/14/08 |
| $ 18,929.50 | Golden State Fence Co. | 03/14/08 |
| $ 37,754.90 | Golden State Fence Co. | 03/14/08 |
| $ 33,041.60 | Metro Ready Mix LP | 03/18/08 |
| $ 28,562.83 | Byron Walker/Walker Concrete Construction | 04/01/08 |
| $ 11,800.00 | Golden State Fence Co. | 04/03/08 |
| $ 97,250.00 | Summers Murphy & Partner, Inc. | 05/01/08 |
| $ 27,912.21 | Williams + Paddon Arch. & Plan Inc. | 05/07/08 |
| $ 33,041.60 | Metro Ready Mix LP | 06/10/08 |
| $ 51,165.00 | Frank Echenique Water Truck | 07/01/08 |
| $ 6,668.75 | Abstract of judgment by J.R. Simplot | 11/25/08 |
| $15,215,594.22 | Subtotal | |

### McSweeny Farms

| Amount | Payee | Date |
|---|---|---|
| $ 104,047.93 | Palm Canyon Contractors, Inc. | 01/26/07 |
| $1,232,342.29 | Hemet Manft, dba Genesis Construction | 06/08/07 |
| $ 14,797.35 | Top-Line Concrete & Landscaping, Inc. | 07/16/07 |
| $ 86,049.58 | Superior Masonry, Inc. | 11/16/07 |
| $ 36,579.00 | Advanced Paving | 12/14/07 |
| $ 219,216.18 | AEI/CASC Engineering, Inc. | 12/20/07 |
| $ 185,000.00 | TNT Grading, Inc. | 12/27/07 |
| $ 198,616.12 | Group Seven Landscape, Inc. | 01/09/08 |
| $ 379,050.52 | Group Seven Landscape, Inc. | 01/09/08 |
| $ 13,138.39 | Inland Erosion Control, Inc. | 01/17/08 |
| $ 50,927.25 | Pacific Erosion Control, Inc. | 01/18/08 |
| $ 154,427.11 | Southwestern Equipment | 01/18/08 |
| $ 97,565.00 | Hydro Plant, Inc. | 02/11/08 |
| $1,703,530.00 | All American Asphalt | 02/14/08 |
| $ 58,664.26 | Sierra Pacific Electric | 02/15/08 |
| $ 67,183.79 | Pacific States Engineering | 03/10/08 |
| $ 9,683.12 | Pacific States Engineering | 03/10/08 |
| $ 3,376.18 | Sunstate Equipment Co. | 03/25/08 |
| $ 1,245.00 | S.R. Bray Corp, Power Plus | 03/31/08 |
| $ 109,318.58 | KIP, Inc. | 04/01/08 |
| $ 17,514.54 | John Hanna and Assoc., Inc. | 04/02/08 |
| $ 109,728.12 | Sierra Pacific Electrical | 04/04/08 |
| $ 20,945.81 | Hydro-Scape Products, Inc. | 04/07/08 |
| $ 62,706.99 | So Cal Sandbags, Inc. | 04/08/08 |
| $ 97,000.00 | TNT Grading, Inc. | 04/11/08 |
| $ 22,501.10 | Utility Conduit Systems, Inc. | 04/11/08 |
| $ 28,049.35 | UCS Trenching, Inc. | 04/17/08 |
| $ 19,234.00 | Waterforce, Inc. | 05/13/08 |
| $ 24,937.25 | Murrieta Development Company, Inc. | 05/27/08 |

| Amount | Vendor | Date |
|---|---|---|
| $ 12,724.82 | Inland Erosion Control, Inc. | 06/05/08 |
| $ 81,970.49 | Pacific Soils Engineering, Inc. | 08/20/08 |
| $ 4,825.00 | Stormwater Compliance Spec., Inc. | 09/16/08 |
| $ 4,825.00 | Stormwater Compliance Spec., Inc. | 12/12/08 |
| $ 5,213,720.12 | Subtotal | |

### Summerwind Ranch

| Amount | Vendor | Date |
|---|---|---|
| $ 206,541.89 | Superior Masonry, Inc. | 11/16/07 |
| $ 65,939.69 | Pinnick, Inc. | 12/12/07 |
| $ 237,042.01 | West Coast Structures | 12/20/07 |
| $ 5,059.41 | Craneveyor Corporation | 12/28/07 |
| $ 620,827.90 | So. Cal. Pipeline Construction, Inc. | 01/02/08 |
| $ 210,631.01 | Schilling Corporation | 01/14/08 |
| $1,973,409.18 | TC Construction Co., Inc. | 01/22/08 |
| $1,973,409.18 | TC Construction Co., Inc. | 01/22/08 |
| $ 5,105.41 | HD Supply/Cap Construction Supply | 01/29/08 |
| $ 35,643.25 | Cal West Underground, Inc. | 01/30/08 |
| $ 60,937.18 | Superior Masonry, Inc. | 02/14/08 |
| $ 262,211.77 | Stantec Consulting, Inc. | 03/04/08 |
| $ 77,446.36 | HD Supply/Waterworks Group Ltd. | 04/21/08 |
| $ 81,608.53 | All American Asphalt | 05/08/08 |
| $ 278,300.00 | RBF Consulting | 05/12/08 |
| $ 327,425.32 | RBF Consulting | 05/12/08 |
| $ 28,650.00 | Waterforce, Inc. | 05/13/08 |
| $ 159,997.35 | Dust Control, Inc. | 05/13/08 |
| $ 6,010.00 | Waterforce, Inc. | 05/13/08 |
| $ 157,393.97 | Pacific Soils Engineering, Inc. | 08/20/08 |
| $ 2,850.00 | Stormwater Compliance Spec., Inc. | 12/12/08 |
| $ 8,941.79 | Judgment by Robertson's Ready Mix for mechanic's lien recorded 1/16/08 | 07/14/08 |
| $ 6,785,381.20 | Subtotal | |
| $27,214,695.54 | Total | |