# EXHIBIT G

## MECHANIC'S LIEN FORECLOSURE LAWSUITS: TENDER OF DEFENSE ACCEPTED BY FIDELITY

### McAllister Ranch

1. *Crider Construction, Inc. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-264054, filed May 23, 2008.

2. *Genesis Golf Builders, Inc. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-262618, filed December 20, 2007.

3. *John D. Scripter & Masonry Plus Corp. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-263926, filed May 8, 2008.

4. *Klassen Corp. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-263574, filed April 9, 2008.

5. *McKenna's Curb & Gutter Co., Inc. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-263632, filed April 14, 2008.

6. *Petrotech Resources Co., Inc. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-263878, filed April 14, 2008.

7. *Superior Pipelines, Inc. v. LBREP/L-SunCal McAllister Ranch LLC*, Kern County Superior Court Case No. S-1500-CV-263573, filed April 14, 2008, converted to *Superior Pipelines, Inc. et al., v. LBREP/L-SunCal McAllister Ranch, et al.* in *In re LBREP/L-SunCal McAllister Ranch LLC*, U.S. Bankruptcy Court, Central District of California, Case No. 8:09-01318-ES.

### McSweeny Farms

1. *AEI/CASC Engineering, Inc. v. LBREP/L-SunCal McSweeny Farms, LLC*, Riverside County Superior Court Case No. RIC 491289, filed January 30, 2008.

2. *All American Asphalt v. LBREP/L-SunCal McSweeny Farms, LLC*, Riverside County Superior Court Case No. RIC 498055, filed April 28, 2008.

### Summerwind Ranch

1. *Pinnick, Inc. v. LBREP/L-SunCal Summerwind Ranch, LLC*, Riverside County Superior Court Case No. RIC 496714, filed April 4, 2008.