UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
         Debtors.                                                :
                                                                 :    Ref. Docket Nos. 11464, 11468
-----------------------------------------------------------------x

<b><u>AFFIDAVIT OF SERVICE</u></b>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 20, 2010, I caused to be served the:

   a. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding LBHI's Motion, Pursuant to Sections 105(a), 363 and 554 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6007, for (I) Approval of Surrender Agreement In Connection with Surrender of Real Property Lease and (II) Authorization to Abandon Certain Personal Property," dated September 20, 2010 [Docket No. 11464], and

   b. "Omnibus Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motions Scheduled for Hearing on September 22, 2010," dated September 20, 2010 [Docket No. 11468],

   by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>.

                                                                     _____
                                                                          Panagiota Manatakis

Sworn to before me this
21st day of September, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Cert of No Obj, Omni Cert of no Obj_DI 11464, 11468_Aff_9-20-10.doc

# EXHIBIT A

| Name | Fax |
|---|---|
| MILBANK DENNIS DUNNE EVAN FLECK D. ODONNELL | 212-530-5219 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

08-13555-mg    Doc 11520    Filed 09/21/10    Entered 09/21/10 19:32:19    Main Document
Pg 3 of 3