WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                    Debtors.                    :   (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF
HEARING ON DEBTORS' MOTION, PURSUANT TO
SECTION 1121(d) OF THE BANKRUPTCY CODE, REQUESTING
SECOND EXTENSIONS OF EXCLUSIVE PERIODS FOR THE FILING
OF AND SOLICITATION OF ACCEPTANCES FOR THE CHAPTER 11
PLANS OF LB SOMERSET LLC AND LB PREFERRED SOMERSET LLC**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Merit, LLC ("Merit"), LB Somerset LLC and LB Preferred Somerset LLC (together, the "Somerset Debtors," and collectively with Merit, the "New Debtor Entities"), for an order extending the exclusive periods during which only the New Debtor Entities, respectively, may file chapter 11 plans and solicit acceptances thereof [Docket No. 11171] (the "Motion"), which was scheduled for September 22, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned, with respect to the relief requested by the Somerset Debtors only, to October 20, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing

on the relief requested by the Somerset Debtors will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  September 21, 2010
       New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession