## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Silver Lake Credit Fund, L.P.

**Silver Lake Credit Fund, L.P.**, a Delaware limited partnership, having offices located at One Market Plaza, Steuart Tower, Suite 1000, San Francisco, CA 94105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, 1 Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $692,779, docketed as Claim No. 66919 which amended Claim No. 15158 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered, under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of September, 2010.

WITNESS:

_____
(Signature)

Name: JASON ZHU
Title: OPERATIONS ANALYST
(Print name and title of witness)

WITNESS:

_____
(Signature)

Name: DIVYA VERMA
Title: ASSOCIATE
(Print name and title of witness)

**SILVER LAKE CREDIT FUND, L.P.**

By: Silver Lake Financial Associates, L.P., its general partner

By: _____
(Signature of authorized corporate officer)

Name: ROGER WITTLIN
Title: MANAGING DIRECTOR
Tel.: 415-243-4355

**JPMORGAN CHASE BANK, N.A.**

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

Silver Lake Assignment of Claim (4).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Silver Lake Credit Fund, L.P.

    **Silver Lake Credit Fund, L.P.**, a Delaware limited partnership, having offices located at One Market Plaza, Steuart Tower, Suite 1000, San Francisco, CA 94105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, 1 Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $692,779, docketed as Claim No. 66920 which amended Claim No. 15156 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 21st day of September, 2010.

**SILVER LAKE CREDIT FUND, L.P.**

WITNESS:

(Signature)

Name: JASON ZHU
Title: OPERATIONS ANALYST
(Print name and title of witness)

By: Silver Lake Financial Associates, L.P.,
its general partner

By: _____
(Signature of authorized corporate officer)

Name: ROGER WITTLIN
Title: MANAGING DIRECTOR
Tel.: 415-345-4355

WITNESS:

(Signature)

Name: DIVYA VERMA
Title: ASSOCIATE
(Print name and title of witness)

**JP MORGAN CHASE BANK, N.A.**

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

Silver Lake Assignment of Claim (4).DOC