**BHF-BANK**
PRIVAT SEIT 1854

Eqip Bankruptcy Solutions, LLC
Legal Department or President
757 Third Avenue, 3rd Floor
New York, NY 10017

**LEGAL DOCUMENT**

Legal Department
Astrid Prinz
Tel.: +49 69 718 - 6639
Fax: +49 69 718 - 5201
astrid.prinz@bhf-bank.com

20 September 2010

Dear Sir or Madam,

**Lehman Brothers Holdings Inc.
Transfer regarding claims No. 56359 and 56360**

Please find attached two executed copies of an Evidence of Transfer - each regarding one of the above mentioned claims. We kindly ask you to file the transfer accordingly and send us a respective notice. Thank you in advance for your cooperation.

Yours sincerely,

BHF-BANK Aktiengesellschaft

Busse
Counsel

Prinz
Counsel

Encl.

BHF-BANK Aktiengesellschaft · Bockenheimer Landstraße 10 · 60323 Frankfurt am Main · Postanschrift: 60302 Frankfurt am Main · Bankleitzahl 500 202 00 · www.bhf-bank.com
Vorstand: Björn H. Robens (Sprecher) · Frank Behrends · Rolf Friedhofen · Loukas Rizos · Vorsitzender des Aufsichtsrats: Stefan Krause

### Evidence of Transfer (Guarantor) Claim No. 56360

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   Dr. Klaus-Georg Hengstberger
Brahmsweg 10
71032 Böblingen
Germany

**Mr. Klaus-Georg Hengstberger**, domiciled at Brahmsweg 10, 71032 Böblingen, Germany ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **BHF-BANK Aktiengesellschaft**, a company organised under the laws of Germany with offices located at **Bockenheimer Landstrasse 10, 60323 Frankfurt am Main, Germany ("Buyer")**, all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $ 157,500.00, docketed as Claim No. 56360 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any objection to the transfer and assignment of the Claim and furthermore waives hereby any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communication, in respect to the Claim to Buyer.

We are looking forward to the filing of transfer of Claim and your respective notice.

IN WITNESS WHEREOF, dated as of the ___30___ day of ___August___, 2010.

BHF-BANK AKTIENGESELLSCHAFT

By: _____

Name: (Robert)         (Lingenthal)
Title: Managing Director   Director

Dr. Klaus-Georg Hengstberger

_____

### Evidence of Transfer (Guarantor) regarding Claim No. 56359

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Sigrid Hengstberger
Brahmsweg 10
71032 Böblingen
Germany

**Mrs. Sigrid Hengstberger**, domiciled at Brahmsweg 10, 71032 Böblingen, Germany ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that she has unconditionally and irrevocably sold, transferred and assigned to **BHF-BANK Aktiengesellschaft**, a company organised under the laws of Germany with offices located at **Bockenheimer Landstrasse 10, 60323 Frankfurt am Main, Germany** ("**Buyer**"), all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $ 322,500.00, docketed as Claim No. 56359 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any objection to the transfer and assignment of the Claim and furthermore waives hereby any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communication, in respect to the Claim to Buyer.

We are looking forward to the filing of transfer of Claim and your respective notice.

IN WITNESS WHEREOF, dated as of the ___30___ day of ___August___, 2010.

BHF-BANK AKTIENGESELLSCHAFT

By: _____  _____
Name: _(Rebrus)_   _(Eingenthal)_
Title: _Managing Director_   _Director_

Sigrid Hengstberger

_Sigrid Hengstberger_