UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. |
| | ) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | ) 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tolliver Place, LLC | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| $8,122,030.28 | 19416 |
|---|---|
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Tolliver Place, LLC
Address:           c/o Ropes & Gray LLP
                        1211 Avenue of the Americas
                        New York, NY 10036-8704
                        Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____    Date:  9-22-10

Name: Jonathan Reisman
Title:  Counsel for Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Tolliver Place, LLC ( "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Nos. 12934, 19416, 12931, 19419, 12933 and 19417) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claims, recognizing Assignee as the sole owner and holder of the claims, and directing that all payments or distributions of money or property in respect of the claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this September 7, 2010.

LD7014855.4/153-05585

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

Nancy Y. Kwok
Authorized Signatory


TOLLIVER PLACE, LLC

By: _____
Name:
Title:

LD7014855.4/153-05585

GOLDMAN SACHS LENDING PARTNERS
LLC


By: _____
Name:
Title:


TOLLIVER PLACE, LLC

By: _____
Name:
Title:   James F. Mooney
         Managing Director

LD7014855.4/153-05585