**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:    (203) 752-5000
Facsimile:    (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

SUZANNE P. MICKLICH, of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Day Pitney LLP and based out of its office located at 242 Trumbull Street, Hartford, Connecticut.  Day Pitney is counsel for Fidelity National Title Insurance Company in connection with the above-referenced matter.

2.      On September 21, 2010, I electronically filed Fidelity National Title Insurance Company's:  (a) Motion To Compel Compliance With Requirements Of Title Insurance Policies Insuring Deeds Of Trust Held By The Bankruptcy Estate Of Debtor Lehman Commercial Paper Inc.; (b) Notice of Hearing thereon; (c) proposed Order; and (d) Affidavit of Michael E. Busch,

Esq. in support thereof with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties identified on the service list annexed hereto to be served via the Court's ECF system.

3.    In addition, I caused copies of the aforementioned documents to be served upon the parties set forth on the annexed service list on the date and in the manner noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Suzanne P. Micklich
SUZANNE P. MICKLICH

Dated: September 22, 2010

## SERVICE LIST

### SERVED VIA ECF ON 9/21/2010:

- Anne Marie Aaronson     aaaronson@dilworthlaw.com
- Marc Abrams     maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker     acker@chapman.com
- David J. Adler     dadler@mccarter.com
- Ana M. Alfonso     aalfonso@willkie.com
- Darryl J. Alvarado     dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson     sanderson@bernsteinshur.com,
  acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- George Angelich     angelich.george@arentfox.com,
  angelich.george@arentfox.com;lane.katie@arentfox.com
- Tara B. Annweiler     tannweiler@greerherz.com
- Bruce G. Arnold     barnold@whdlaw.com, chandy@whdlaw.com
- John R. Ashmead     ashmead@sewkis.com
- Douglas Bacon     douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Donald M. Badaczewski     donald.badaczewski@dechert.com
- Ingrid Bagby     ingrid.bagby@cwt.com,
  betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com
- Katrina Lynne Baker     kbaker@kramerlevin.com, mattorney@kramerlevin.com
- Helen Ball     hball@ba-boult.com, mtaylor@ba-boult.com
- William G. Ballaine     wballaine@lcbf.com
- Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber     dbarber@bsblawyers.com
- Jean-David Barnea     jean-david.barnea@usdoj.gov
- David L. Barrack     dbarrack@fulbright.com
- Lawrence Bass     lawrence.bass@hro.com
- Beatrice Hamza Bassey     bassey@hugheshubbard.com
- Paul M. Basta     pbasta@kirkland.com, jacob.goldfinger@kirkland.com
- Paul A. Batista     batista007@aol.com
- Ronald Scott Beacher     rbeacher@daypitney.com
- Anne E. Beaumont     abeaumont@fklaw.com, lehmanbros@fklaw.com
- Martin Beeler     mbeeler@cov.com
- T. Scott Belden     sbelden@kleinlaw.com,
  imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
- Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer     hbeltzer@morganlewis.com
- Evan J. Benanti     evan.benanti@bingham.com
- Walter Benzija     wbenzija@halperinlaw.net
- Shaya M. Berger     bergers@dicksteinshapiro.com
- Jed I. Bergman     jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman     jbergman@kasowitz.com,
  courtnotices@kasowitz.com;smoskowitz@kasowitz.com

- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com
- Scott Howard Bernstein    sbernstein@hunton.com
- Daniel B. Besikof    dbesikof@loeb.com
- Riyaz G. Bhimani    rbhimani@eckertseamans.com
- Martin J. Bienenstock    martin.bienenstock@dl.com,
  tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder    binder@sewkis.com
- Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman    jBlackman@morganlewis.com
- Benjamin Blaustein    bblaustein@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck    dbleck@mintz.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
- Hilary B. Bonial    notice@bkcylaw.com
- Mark V. Bossi    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Jerrold Lyle Bregman    jbregman@curtis.com, ghertzberg@curtis.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Luke O. Brooks    lukeb@rgrdlaw.com
- Melvin A. Brosterman    mbrosterman@stroock.com,
  docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com,
  gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us

- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Joshua W. Cohen    jwcohen@daypitney.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    kurt.vellek@allenovery.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
- Cassandra L. Coleman    ccoleman@garfield-county.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    kurt.vellek@allenovery.com
- Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello    pcostello@bbslaw.com
- Patrick M. Costello    pcostello@vectislawgroup.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    david.crichlow@pillsburylaw.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- Jason C. Davis    jdavis@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;sodavis@schiffhardin.com;mcurro@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com,
  lramirez@whdlaw.com;pbartoli@whdlaw.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com,
  allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-
  law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
  law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman    sfineman@lchb.com
- Steven J. Fink    sfink@orrick.com, nymao@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com,
  shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Ellen A. Friedman    mmyles@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com, efrasiolas@manatt.com
- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com,
  dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com;dkick@mosessinger.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Christopher J. Giaimo    giaimoc@arentfox.com
- Steven D. Ginsburg    sdg@adorno.com, ctatelbaum@adorno.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com

- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Adam J. Goldberg    adam.goldberg@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Stephanie J. Goldstein    stephanie.goldstein@friedfrank.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com, gsalamone@secondmarket.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com
- Ira S. Greene    isgreene@hhlaw.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com, sarah.laughlin@bakerd.com
- Thomas J. Hall    thall@chadbourne.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William Hao    william.hao@alston.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com;jpizzurro@curtis.com;mmoscato@curtis.com;ndelaney@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com;diana.perez@cwt.com;anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com

- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
- Ira L. Herman    ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com,
  NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@b
  sfllp.com
- Stephen C. Hunt    shunt@arnstein.com,
  sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com,
  kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Eric E. Johnson    eric.johnson@hro.com, alicia.berry@hro.com
- Michael E. Johnson    michael.johnson@alston.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com

- Gary Kaplan     gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan     mkaplan@gkblaw.com
- Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- David J. Karp     david.karp@srz.com
- Diane J. Kasselman     dkasselman@kasselman-law.com
- Elyssa Suzanne Kates     ekates@bakerlaw.com
- Jordan Kaye     jkaye@kramerlevin.com
- Robert J. Keach     rkeach@bernsteinshur.com, acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com
- Robin Elizabeth Keller     robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley     craig@kelleylawoffice.com
- J. Michael Kelly     kellyjm@cooley.com
- Kenneth J. Kelly     kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok     kiplok@hugheshubbard.com
- Paul Kizel     pkizel@lowenstein.com, jkramer@lowenstein.com
- Barry R. Kleiner     dkleiner@velaw.com
- Douglas Koff     douglaskoff@paulhastings.com
- Howard Koh     hkoh@meisterseelig.com
- Samuel S. Kohn     , dcunsolo@winston.com
- Alan Kolod     dkick@mosessinger.com
- Lawrence J. Kotler     ljkotler@duanemorris.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Bennette D. Kramer     bdk@schlamstone.com
- Richard P. Krasnow     richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Michael M. Krauss     mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com
- Julia S. Kreher     jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com
- J. Alex Kress     akress@riker.com
- Martin Krolewski     mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Greg T. Kupniewski     greg.kupniewski@flastergreenberg.com
- Paul J. Labov     plabov@eapdlaw.com
- Robinson B. Lacy     Lacyr@sullcrom.com
- Darryl S. Laddin     bkrfilings@agg.com
- Michael C. Lambert     mclambert@lawpost-nyc.com
- Mark Landman     mlandman@lcbf.com
- David P. Langlois     david.langlois@sablaw.com
- Robert Laplaca     rlaplaca@levettrockwood.com
- Kevin J. Larner     klarner@riker.com
- Francis J. Lawall     lawallf@pepperlaw.com
- James N. Lawlor     jlawlor@wmd-law.com, gbenaur@wmd-law.com
- David M. LeMay     dlemay@chadbourne.com
- Mark G. Ledwin     mark.ledwin@wilsonelser.com

- David H. Lee    dlee@nixonpeabody.com
- Robert J. Lemons    matthew.schoenfeld@weil.com;andrew.lyon@weil.com
- Stephen D. Lerner    slerner@ssd.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin    JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
- Richard Levy    rlevy@pryorcashman.com
- Leo V. Leyva    lleyva@coleschotz.com
- Isabelle Liberman    iliberman@akingump.com
- Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul    vlicul@vladeck.com
- Sarah E. Lieber    selieber@jonesday.com
- David Liebov    liebovd@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Joanne K. Lipson    jlipson@crockerkuno.com,
  ttracy@crockerkuno.com;karly@crockerkuno.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden    sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com
- Joli A. Lofstedt    joli@crlpc.com
- Sarah K. Loomis Cave    cave@hugheshubbard.com
- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Alexander S. Lorenzo    alexander.lorenzo@alston.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@p
  bnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major    , tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.c
  om

- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;kprimm@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Mark McDermott    brian.mcdermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
  mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas
  william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;christopher.thomson@dlapiper.com;jeremy.johnson@dlapiper.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- David Molton    dmolton@brownrudnick.com, jelstad@brownrudnick.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- Claude D. Montgomery
  cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- Matthew P. Morris    matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Joshua D. Morse      morsej@hbdlawyers.com
- Judy Hamilton Morse      judy.morse@crowedunlevy.com,
  ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
- Seth A. Moskowitz      smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare      mmulcare@mayerbrown.com
- Steven T. Mulligan      smulligan@bsblawyers.com
- Michael F. Murphy      murphym2@michigan.gov
- Jason A. Nagi      jnagi@polsinelli.com
- David L. Neale      kjm@lnbyb.com, tma@lnbyb.com
- David Neier      dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier      mneier@ibolaw.com
- Laura E. Neish      lneish@zuckerman.com
- Roger David Netzer      maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman      snewman@katskyorins.com
- Robert E. Nies      rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon      tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey      rnorthey-lbi@mhjur.com
- Richard P. Norton      rnorton@hunton.com
- Robert M. Novick      rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff      hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry      jputnam@bermanesq.com
- Edmond P. O'Brien      eobrien@sbchlaw.com
- Brian Edward O'Connor      maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal      soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com
- Carl W. Oberdier      coberdier@schiffhardin.com,
  lbonilla@schiffhardin.com;egeekie@schiffhardin.com;pstone@schiffhardin.com
- Kalman Ochs      ochska@ffhsj.com
- Patrick D. Oh      patrick.oh@freshfields.com
- Sean A. Okeefe      sokeefe@winthropcouchot.com
- Harold Olsen      holsen@stroock.com
- Matthew Olsen      molsen@morganlewis.com
- Karen Ostad      kostad@mofo.com
- Jody Michelle Oster      ECF.Oster@huntington.com
- Alec P. Ostrow      aostrow@beckerglynn.com,
  lmueller@beckerglynn.com;jholdridge@beckerglynn.com
- Neil J. Oxford      oxford@hugheshubbard.com
- R. Stephen Painter      spainter@cftc.gov
- Charles Palella      cpalella@kurzman.com
- Deryck A. Palmer      deryck.palmer@cwt.com,
  david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer      cpanzer@sillscummis.com
- Merritt A. Pardini      merritt.pardini@kattenlaw.com,
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- Barbra R. Parlin      barbra.parlin@hklaw.com
- Peter S. Partee      ppartee@hunton.com

- Alfredo R. Perez    alfredo.perez@weil.com,
  Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes    rpershes@bdblaw.com,
  sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdblaw.com;cedwards@bdblaw.com
- Gregory M. Petrick    gregory.petrick@cwt.com,
  diana.perez@cwt.com;allison.dipasqua@cwt.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com, syoon@hodgsonruss.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- Dana Post    dpost@kramerlevin.com
- John N. Poulos    poulos@hugheshubbard.com
- Constantine Pourakis    cp@stevenslee.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@mcguirewoods.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Randall Rainer    rrainer@wmd-law.com
- Jack A. Raisner    jar@outtengolden.com
- Kiara L. Rankin    kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi    john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com
- Craig V. Rasile    crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com
- Russell Lowell Reid    rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com
- Howard D. Ressler    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfra
  nk.com;aaron.kleinman@friedfrank.com
- Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com
- Theodore O. Rogers    rogerst@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- William A. Rome    warome@hpplegal.com
- Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
- Jorian Rose    jlrose@venable.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com
- Kermit A. Rosenberg    krosenberg@tighepatton.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Samuel H. Rudman    srudman@rgrdlaw.com
- Abby Rudzin    arudzin@omm.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Jeffrey D. Saferstein    jsaferstein@paulweiss.com
- Chester B. Salomon    csalomon@beckerglynn.com,
  jholdridge@beckerglynn.com;lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jeffrey L. Sapir-13    info@sapirch13tr.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com
- Eric A Schaffer    eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz    bschartz@kirkland.com
- Jonathan D. Schiller    jschiller@bsfllp.com
- Michael L. Schleich    mschleich@fslf.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber    cschreiber@winston.com

- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jscott@reedsmith.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- John T. Shaban    jshaban@wbamct.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- David B. Shemano    dshemano@pwkllp.com, lpeitzman@pwkllp.com
- Thomas I. Sheridan    tsheridan@hanlyconroy.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Mark Shinderman    paula.ayers@mto.com
- Michael A. Shiner    mshiner@tuckerlaw.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com
- Carren B. Shulman    cshulman@sheppardmullin.com, jqin@sheppardmullin.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons    peter.simmons@friedfrank.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson    lsimonson@faegre.com
- Charles E. Simpson    csimpson@windelsmarx.com, detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane    pfarren@cahill.com
- Thomas R. Slome    lgomez@msek.com
- Edward Smith    easmith@venable.com
- Elizabeth Page Smith    esmith@llgm.com
- Abigail Snow    asnow@ssbb.com
- Eric J. Snyder    esnyder@sillerwilk.com
- John Wesley Spears    john.spears@alston.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com
- Douglas E. Spelfogel    dspelfogel@foley.com
- James H.M. Sprayregen    jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair    jstclair@skadden.com, jeffyscott@hotmail.com;cdickers@skadden.com;Elise.OConnell@skadden.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Jack G. Stern    jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

- Malani Sternstein     msternstein@sheppardmullin.com
- J. Robert Stoll     jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Brent C. Strickland     bstrickland@wtplaw.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- Walter B. Stuart     walter.stuart@freshfields.com
- David A. Sullivan     david.sullivan@cliffordchance.com
- Walter E. Swearingen     wswearingen@llf-law.com
- Matthew S. Tamasco     mtamasco@schnader.com
- Sara M. Tapinekis     sara.tapinekis@cliffordchance.com
- Robert E. Tarcza     bobt@tglaw.net
- James Tecce     jamestecce@quinnemanuel.com
- Samuel Jason Teele     jteele@lowenstein.com
- Jay Teitelbaum     jteitelbaum@tblawllp.com
- H. Marc Tepper     marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi     rterenzi@stcwlaw.com
- April J. Theis     april.theis@azag.gov
- My Chi To     mcto@debevoise.com, mao-ecf@debevoise.com
- Kenneth B. Tomer     ktomer@goodwinprocter.com
- Amit K. Trehan     atrehan@mayerbrown.com,
  atrehan@mayerbrown.com;cwalsh@mayerbrown.com
- Curtis V. Trinko     ctrinko@trinko.com
- Patrick J. Trostle     ptrostle@jenner.com
- Thomas R. Trowbridge, III     thomas.trowbridge@bakerbotts.com
- Brian Trust     btrust@mayerbrown.com
- Gerard Uzzi     guzzi@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Shmuel Vasser     shmuel.vasser@dechert.com
- Michael J. Venditto     mvenditto@reedsmith.com
- Raymond W. Verdi     rwvlaw@yahoo.com
- Jon C. Vigano     jvigano@schiffhardin.com, dgordon@schiffhardin.com
- Paul Vizcarrondo     pvizcarrondo@wlrk.com, calert@wlrk.com
- Shai Waisman     shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;sherri.toub@weil.com;victoria.vron@weil.
  com;julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1     shai.waisman@weil.com
- Shai Waisman2     shai.waisman@weil.com
- Adrienne Walker     awalker@mintz.com
- Lisa L. Wallace     lwallace@mwc-law.com
- Josephine Wang     jwang@sipc.org
- Mark W. Warren     mwarren@mtb.com
- W. Clark Watson     cwatson@balch.com
- Corey R. Weber     ecf@ebg-law.com
- Jeffrey T. Wegner     jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt     chaya.weinberg@withers.us.com
- Gregg L. Weiner     weinegr@friedfrank.com, docketclerks@friedfrank.com
- William P. Weintraub     wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg     rochellew@shiboleth.com

- John W. Weiss    john.weiss@alston.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Mark F. Werle    eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Timothy Raymond Wheeler    twheeler@lowenstein.com
- Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Erin E. Wietecha    ewietecha@coleschotz.com
- Michael E. Wiles    mewiles@debevoise.com, mao-ecf@debevoise.com
- Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson    efile@willaw.com
- Steven R. Wirth    swirth@wmd-law.com
- Jane Rue Wittstein    jruewittstein@jonesday.com
- Amy R. Wolf    arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf    jowolf@law.nyc.gov
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Steven Wolowitz    swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright    james.wright@ropesgray.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright    wrightth@sullcrom.com
- Robert C. Yan    ryan@farrellfritz.com
- David Farrington Yates    fyates@sonnenschein.com
- Jack Yoskowitz    yoskowitz@sewkis.com
- Erin Zavalkoff    ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- N. Theodore Zink    tzink@chadbourne.com,
  tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com
- Ellen Zweig    ezweig@optonline.net
- Abraham L. Zylberberg    azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com


**<u>SERVED VIA UPS ON 9/21/2010:</u>**


United States Bankruptcy Court
Southern District Of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office Of The US Trustee
Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

**SERVED VIA EMAIL ON 9/22/2010:**

aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com;
adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com;
amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com;
andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com;
arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com;
arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com;
ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com;
austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com;
bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com;
bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com;
bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com;
bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com;
brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com;
btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com;
bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com;
canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com;
cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net ; goldstein@stcwlaw.com;
chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com;
charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com;
clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com;
cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov;
cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com;
cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;
cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com;
david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com;
davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-

law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; ddunne@milbank.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com;
deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com;
diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; djoseph@stradley.com;
dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; dodonnell@milbank.com;
douglas.bacon@lw.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com;
DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efleck@milbank.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com;
feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com;
fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com;
fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.netgary.ticoll@cwt.com; gbray@milbank.com;
george.davis@cwt.com; geraci@thalergertler.com; ggitomer@mkbattorneys.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com;
gmoss@riemerlaw.com; graumane@sullcrom.com; gravert@mwe.com; gspilsbury@jsslaw.com;
guzzi@whitecase.com; hanh.huynh@cwt.com; harrisjm@michigan.gov;
harveystrickon@paulhastings.com; hbeltzer@morganlewis.com; heim.steve@dorsey.com;
heiser@chapman.com; helmut.olivier@lehman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; ian.levy@kobrekim.com;
icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com;
jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com;
James.Sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov;
jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us;
jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com;
jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;
jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com;
jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com;
jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;

jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com;
jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com;
jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com;
jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com;
joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com;
JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com;
jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jtimko@allenmatkins.com;
jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-
law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com;
Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;
kowens@foley.com; kpiper@steptoe.com; kressk@pepperlaw.com;
KReynolds@mklawnyc.com; krosen@lowenstein.com; krubin@ozcap.com;
kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
lwong@pfeiferlaw.com; mabrams@willkie.com; MAOFILING@CGSH.com;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov matthew.klepper@dlapiper.com; matthew.morris@lovells.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com;
mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com;
metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com;
mgreger@allenmatkins.com; mhopkins@cov.com; michael.bonacker@lehman.com;
michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com;
miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;

mschimel@sju.edu; mschonholtz@willkie.com; mshiner@tuckerlaw.com;
msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com;
notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com;
paronzon@milbank.com; patrick.oh@freshfields.com; patrick.schmitz-
morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com;
ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com;
rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com;
rbeacher@daypitney.com; rbernard@bakerlaw.com; rbyman@jenner.com;
rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com;
rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
RHS@mccallaraymer.com; richard.lear@hklaw.com; richard.levy@lw.com;
richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; Scott.Gibson@dubaiic.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com;
sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com;
sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org;
shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com;
sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com;
steve.ginther@dor.mo.gov; steven.wilamowsky@bingham.com;
Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com;
teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com;
thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov;

thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com;
tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com;
tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com;
twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; wfoster@milbank.com; wheuer@dl.com;
william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com;
wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-
law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp