UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                             :

In re                                                      :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)

                    Debtors.                :         (Jointly Administered)

------------------------------------------------------------------x

## ORDER SUPPLEMENTING THE
## SEPTEMBER 17, 2009 ALTERNATIVE DISPUTE
## RESOLUTION PROCEDURES ORDER TO ADD A FOURTH MEDIATOR

Upon the motion, dated September 2, 2010 the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to section 105 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and General Order M-390, for an order supplementing the *Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives Contracts* [Docket No 5207] (the "Derivatives ADR Order") to add a fourth mediator, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, Jacob Esher, Esq. is appointed as a mediator for proceedings under the Derivatives ADR Order; and it is further

ORDERED that all provisions of the Derivatives ADR Order shall apply to Jacob Esher, Esq. as if he were appointed as a mediator pursuant to section 10(a) of such order; and it is further

ORDERED that service of notice of the Motion by e-mail or facsimile shall be good and sufficient notice of the Motion.

Dated: New York, New York
September 23, 2010

                                          *s/ James M. Peck*
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE