Hearing Date and Time: October 20, 2010 at 10:00 a.m. (EST)
Objection Deadline: October 13, 2010 at 4:00 p.m. (EST)

BUTZEL LONG, a professional corporation
Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494

*Attorneys for Caixa Geral de Depósitos, S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**Jointly Administered** |

### NOTICE OF MOTION OF CAIXA GERAL DE DEPÓSITOS, S.A. SEEKING AUTHORITY TO ASSIGN ITS INTERESTS AS LENDER IN A PROMISSORY NOTE ISSUED BY LEHMAN BROTHERS HOLDINGS INC., *et al.*

PLEASE TAKE NOTICE that a hearing on the annexed motion of Caixa Geral De Depósitos, S.A. ("CGD") Seeking Authority to Assign Its Interests as Lender in a Promissory Note Issued by Lehman Brothers Holdings Inc., *et al.* ("LBHI") (the "Motion"), in the above-referenced chapter 11 cases as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Court"), on **October 20, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5-inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Butzel Long, P.C., 380 Madison Avenue, 22nd Floor, New York, NY 10017, Attn: Eric B. Fisher, Esq., attorneys for CGD; (iii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for LBHI and its affiliated debtors in these cases; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be so filed and received by no later than **October 13, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
September 23, 2010

BUTZEL LONG, a professional corporation

By: /s/ Barry N. Seidel
    Eric B. Fisher, Esq.
    Barry N. Seidel, Esq.

380 Madison Avenue
New York, New York 10017
Tel.:  (212) 818-1110
Fax:  (212) 818-0494

*Attorneys for Caixa Geral de Depósitos, S.A.*