# **<u>EXHIBIT B</u>**

```
                                            draw 070927
From: bgallogly@bloomberg.net on behalf of BARRY GALLOGLY, CAIXA GERAL
DE DEPOS [bgallogly@bloomberg.net]
Sent: Tuesday, September 25, 2007 8:33 AM
To: Dale Prusinowski
Subject: Barry, as discussed we are drawing the 100mm facility today for

Barry, as discussed we are drawing the 100mm facility today for settlement Thursday
the 27th.  Please send the 100mm to:
      Citibank/NY
      A/C Lehman Brothers Holdings Inc.
      A/C # 4061-5202

Besides me, David Forsyth will be the other person who will cont act you about
rolling the trade monthly.
                                                    Steve
Reply:
Steve,    The rate is 5.12875 + .35 from Sept 27 until October 29
. Thanks
```

## Account Statement Details Report

| | |
|---|---|
| Beneficiary Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| Beneficiary Bank Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| | ~~redacted~~ |
| | ~~redacted~~ |
| | ~~redacted~~ |
| Bank Reference | ~~redacted~~ |
| Customer Reference | ~~redacted~~ |
| Value Date | ~~redacted~~ |
| Entry Date | ~~redacted~~ |
| Posted Time | ~~redacted~~ |
| Transaction Amount | ~~redacted~~ |
| Product Type | ~~redacted~~ |
| Transaction Description | ~~redacted~~ |
| Payment Details | ~~redacted~~ |
| Batch/Track Number | ~~redacted~~ |
| Beneficiary Reference | ~~redacted~~ |
| Ordering Party Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| | ~~redacted~~ |
| | ~~redacted~~ A |
| | ~~redacted~~ 017 |
| Bank Clearing ID | ~~redacted~~ |
| Clearing ID Type | ~~redacted~~ |
| Beneficiary Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| Beneficiary Bank Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| | ~~redacted~~ |
| Bank Reference | S07727014B2801 |
| Customer Reference | 000086336 |
| Value Date | 09/27/2007 |
| Entry Date | 09/27/2007 |
| Posted Time | 12:37 |
| Transaction Amount | 100,000,000.00- |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY DR TRANSFER |
| Batch/Track Number | 650561969262 |
| Beneficiary Reference | LOAN |
| Ordering Party Account/ID | |
| Name/Address | CGDIUS33 |
| Beneficiary Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Bank Reference | ~~redacted~~ |
| Customer Reference | ~~redacted~~ |
| Value Date | ~~redacted~~ |
| Entry Date | ~~redacted~~ |
| Posted Time | ~~redacted~~ |
| Transaction Amount | ~~redacted~~ |
| Product Type | ~~redacted~~ |
| Transaction Description | ~~redacted~~ |
| Batch/Track Number | ~~redacted~~ |
| Beneficiary Reference | ~~redacted~~ |
| Ordering Party Account/ID | ~~redacted~~ |
| Name/Address | ~~redacted~~ |
| | ~~redacted~~ |
| | ~~redacted~~ |
| | ~~redacted~~ |
| Bank Clearing ID | ~~redacted~~ |
| Clearing ID Type | ~~redacted~~ |

= Indicates Calculated Balances

# Account Statement Details Report

| | |
|---|---|
| Remitter Reference | ~~[redacted]~~ |
| Ordering Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| By Order of Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | G0172700578301 |
| Customer Reference | CITI8508.27SEP07 |
| Value Date | 09/27/2007 |
| Entry Date | 09/27/2007 |
| Posted Time | 16:53 |
| Transaction Amount | 100,000,000.00 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Payment Details | RTN OF GID;S07727014B2801VDT;27SEP07 AMT;100000000.00/USDREMREF;000086336 AS BBK STS FUNDSSENT IN ERROR./TELEBEN/ |
| Batch/Track Number | 650000000262 |
| Remitter Reference | S07727014B2801 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | NONE |
| Name/Address | NONE |
| Originating Bank Account/ID | GCNNYAISXXX |
| Name/Address | AIRS INPUT ACCOUNT |
| | NO DEBITS OR CREDITS TO BE POSTED |
| | SWIFTGCNNYAIS |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | ~~[redacted]~~ |
| Customer Reference | ~~[redacted]~~ |
| Value Date | ~~[redacted]~~ |
| Entry Date | ~~[redacted]~~ |
| Posted Time | ~~[redacted]~~ |
| Transaction Amount | ~~[redacted]~~ |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | ~~[redacted]~~ |
| Remitter Reference | ~~[redacted]~~ |
| Ordering Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | NEW YORK NY ~~[redacted]~~ |
| By Order of Account/ID | CGDIUS33 |
| Name/Address | CAIXA GERAL DE DEPOSITOS,S.A. |
| | NEW YORK BRANCH |
| | 280 PARK AVENUE 28TH FL EAST BLDG |
| | NEW YORK NY 10017_ |

= Indicates Calculated Balances

## Account Statement Details Report

| Field | Value |
|---|---|
| Bank Reference | (illegible) |
| Customer Reference | (illegible) |
| Value Date | (illegible) |
| Entry Date | (illegible) |
| Posted Time | (illegible) |
| Transaction Amount | (illegible) |
| Product Type | (illegible) |
| Transaction Description | (illegible) |
| Payment Details | (illegible) |
| Batch/Track Number | (illegible) |
| Beneficiary Reference | (illegible) |
| Ordering Party Account/ID | |
| Name/Address | (illegible) |
| Beneficiary Account/ID | (illegible) |
| Name/Address | (illegible) |

| Field | Value |
|---|---|
| Bank Reference | (illegible) |
| Customer Reference | (illegible) |
| Value Date | (illegible) |
| Entry Date | (illegible) |
| Posted Time | (illegible) |
| Transaction Amount | (illegible) |
| Product Type | (illegible) |
| Transaction Description | (illegible) |
| Batch/Track Number | (illegible) |
| Beneficiary Reference | (illegible) |
| Ordering Party Account/ID | |
| Name/Address | (illegible) |
| Bank Clearing ID | (illegible) |
| Clearing ID Type | (illegible) |
| Beneficiary Account/ID | (illegible) |
| Name/Address | (illegible) |
| Beneficiary Bank Account/ID | (illegible) |
| Name/Address | (illegible) |

| Field | Value |
|---|---|
| Bank Reference | S07727117EC401 |
| Customer Reference | 000086488 |
| Value Date | 09/28/2007 |
| Entry Date | 09/28/2007 |
| Posted Time | 15:32 |
| Transaction Amount | 100,000,000.00- |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY DR TRANSFER |
| Batch/Track Number | 650562503262 |
| Beneficiary Reference | ADVANCE |
| Ordering Party Account/ID | |
| Name/Address | CGDIUS33 |
| Beneficiary Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT<br>101 HUDOSN ST _ 30TH FL<br>BANK RECONCILIATION DEPT<br>JERSEY CITY, NJ 07302 |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Bank Reference | ████████████ |
| Customer Reference | ████████████ |
| Value Date | ████████████ |
| Entry Date | ████████████ |
| Posted Time | ████████████ |
| Transaction Amount | ████████████ |
| Product Type | ████████████ |
| Transaction Description | ████████████ |
| Batch/Track Number | ████████████ |
| Remitter Reference | ████████████ |
| Ordering Bank Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| | ████████████ |
| By Order of Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| | ████████████ |
| Originating Bank Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| Bank Clearing ID | ████████████ |
| Clearing ID Type | ████████████ |
| Beneficiary Account/ID | |
| Name/Address | CAIXA GERAL DE DEPOSITOS |
| | IBF |
| | NEW YORK, NY |
| Beneficiary Bank Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S07730305FD901 |
| Customer Reference | NONREF |
| Value Date | 10/30/2007 |
| Entry Date | 10/30/2007 |
| Posted Time | 12:17 |
| Transaction Amount | 487,000.00 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650500486262 |
| Remitter Reference | D000002408351 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | |
| Name/Address | SLHIUS3H |
| Originating Bank Account/ID | SLHIUS3H |
| Name/Address | SLHIUS3H |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Beneficiary Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| Beneficiary Bank Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| Bank Reference | ████████████ |
| Customer Reference | ████████████ |
| Value Date | ████████████ |
| Entry Date | ████████████ |
| Posted Time | ████████████ |
| Transaction Amount | ████████████ |
| Product Type | ████████████ |
| Transaction Description | ████████████ |
| Payment Details | ████████████ |
| Batch/Track Number | ████████████ |
| Remitter Reference | ████████████ |
| Ordering Bank Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| By Order of Account/ID | |
| Name/Address | ████████████ |
| | ████████████ |
| Originating Bank Account/ID | ████████████ |
| Name/Address | ████████████ |
| | ████████████ |
| Bank Clearing ID | ████████████ |
| Clearing ID Type | ████████████ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S0673311173101 |
| Customer Reference | NONREF |
| Value Date | 11/27/2007 |
| Entry Date | 11/27/2007 |
| Posted Time | 11:40 |
| Transaction Amount | 416,371.53 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650335007262 |
| Remitter Reference | D000002649336 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |

= Indicates Calculated Balances

## Account Statement Details Report

| Field | Value |
|---|---|
| Bank Reference | ███████████ |
| Customer Reference | ███████████ |
| Value Date | ███████ |
| Entry Date | ███████ |
| Posted Time | ██████ |
| Transaction Amount | ██████████ |
| Product Type | ███████████ |
| Transaction Description | ███████████████ |
| Payment Details | ███████████████████████████████████ |
| Batch/Track Number | ████████████ |
| Remitter Reference | ███████████████ |
| Correspondent Bank Account/ID | |
| Name/Address | ███████████ |
| Ordering Bank Account/ID | ███████████ |
| Name/Address | ███████████████ ███████████████ |
| By Order of Account/ID | ███████████ |
| Name/Address | ███████████████████████ ███████████████████████ ███████████████████ |
| Originating Bank Account/ID | ███████████ |
| Name/Address | ███████████████ ███████████████████ ███████████████████████ ███████████████████ |
| Bank Clearing ID | ███████████████████████ |
| Clearing ID Type | ███████ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK CLEARING ACCT ATTN TONY SCUBLA 280 PARK AVE 28TH FL EAST BLDG NEW YORK, NY 10017 |
| Bank Reference | S06736116C2701 |
| Customer Reference | NONREF |
| Value Date | 12/27/2007 |
| Entry Date | 12/27/2007 |
| Posted Time | 13:27 |
| Transaction Amount | 428,594.17 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650766003262 |
| Remitter Reference | D000002920551 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT 101 HUDOSN ST _ 30TH FL BANK RECONCILIATION DEPT JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT 101 HUDOSN ST _ 30TH FL BANK RECONCILIATION DEPT JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK CLEARING ACCT ATTN TONY SCUBLA 280 PARK AVE 28TH FL EAST BLDG NEW YORK, NY 10017 |

= Indicates Calculated Balances

# Account Statement Details Report

| | |
|---|---|
| Bank Reference | S0680281465201 |
| Customer Reference | NONREF |
| Value Date | 01/28/2008 |
| Entry Date | 01/28/2008 |
| Posted Time | 11:59 |
| Transaction Amount | 463,555.56 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650614417262 |
| Remitter Reference | D00003193192 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUE NY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | [redacted] |
| Customer Reference | [redacted] |
| Value Date | [redacted] |
| Entry Date | [redacted] |
| Posted Time | [redacted] |
| Transaction Amount | [redacted] |
| Product Type | [redacted] |
| Transaction Description | [redacted] |
| Payment Details | [redacted] |
| Batch/Track Number | [redacted] |
| Remitter Reference | [redacted] |
| Correspondent Bank Account/ID | |
| Name/Address | [redacted] |
| Ordering Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| By Order of Account/ID | [redacted] |
| Name/Address | [redacted] |
| Originating Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| Bank Clearing ID | [redacted] |
| Clearing ID Type | [redacted] |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |

= Indicates Calculated Balances

# Account Statement Details Report

| | |
|---|---|
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S0680580F90E01 |
| Customer Reference | NONREF |
| Value Date | 02/27/2008 |
| Entry Date | 02/27/2008 |
| Posted Time | 09:53 |
| Transaction Amount | 302,916.67 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650366650262 |
| Remitter Reference | D000003507154 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | [redacted] |
| Customer Reference | [redacted] |
| Value Date | [redacted] |
| Entry Date | [redacted] |
| Posted Time | [redacted] |
| Transaction Amount | [redacted] |
| Product Type | [redacted] |
| Transaction Description | [redacted] |
| Payment Details | [redacted] |
| Batch/Track Number | [redacted] |
| Remitter Reference | [redacted] |
| Correspondent Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| Ordering Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| By Order of Account/ID | |
| Name/Address | [redacted] |
| Originating Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| Bank Clearing ID | [redacted] |
| Clearing ID Type | [redacted] |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Bank Reference | ~~[redacted]~~ |
| Customer Reference | ~~[redacted]~~ |
| Value Date | ~~[redacted]~~ |
| Entry Date | ~~[redacted]~~ |
| Posted Time | ~~[redacted]~~ |
| Transaction Amount | ~~[redacted]~~ |
| Product Type | ~~[redacted]~~ |
| Transaction Description | ~~[redacted]~~ |
| Batch/Track Number | ~~[redacted]~~ |
| Remitter Reference | ~~[redacted]~~ |
| Ordering Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| By Order of Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| Originating Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| Bank Clearing ID | ~~[redacted]~~ |
| Clearing ID Type | ~~[redacted]~~ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S06808713C8901 |
| Customer Reference | NONREF |
| Value Date | 03/27/2008 |
| Entry Date | 03/27/2008 |
| Posted Time | 12:32 |
| Transaction Amount | 279,829.86 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650100007262 |
| Remitter Reference | D0D003867256 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |

= Indicates Calculated Balances

# Account Statement Details Report

| | |
|---|---|
| Remitter Reference | [redacted] |
| Ordering Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| | |
| By Order of Account/ID | [redacted] |
| Name/Address | [redacted] BANCO ESPIRITO SANTO [redacted] |
| | |
| Originating Bank Account/ID | [redacted] |
| Name/Address | [redacted] NEW YORK, NY 10022 |
| | |
| Bank Clearing ID | [redacted] |
| Clearing ID Type | [redacted] |
| Beneficiary Account/ID | |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK IBF |
| Beneficiary Bank Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK CLEARING ACCT ATTN TONY SCUBLA 280 PARK AVE 28TH FL EAST BLDG NEW YORK, NY 10017 |
| Bank Reference | S0681201316001 |
| Customer Reference | NONREF |
| Value Date | 04/29/2008 |
| Entry Date | 04/29/2008 |
| Posted Time | 13:23 |
| Transaction Amount | 267,000.00 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650921041262 |
| Remitter Reference | D00004226151 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT 101 HUDOSN ST _ 30TH FL BANK RECONCILIATION DEPT JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT 101 HUDOSN ST _ 30TH FL BANK RECONCILIATION DEPT JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK CLEARING ACCT ATTN TONY SCUBLA 280 PARK AVE 28TH FL EAST BLDG NEW YORK, NY 10017 |
| Bank Reference | [redacted] |
| Customer Reference | [redacted] |
| Value Date | [redacted] |
| Entry Date | [redacted] |
| Posted Time | [redacted] |
| Transaction Amount | [redacted] |
| Product Type | [redacted] |
| Transaction Description | [redacted] |
| Payment Details | [redacted] |
| Batch/Track Number | [redacted] |
| Remitter Reference | [redacted] |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Bank Reference | [redacted] |
| Customer Reference | [redacted] |
| Value Date | [redacted] |
| Entry Date | [redacted] |
| Posted Time | [redacted] |
| Transaction Amount | [redacted] |
| Product Type | [redacted] |
| Transaction Description | [redacted] |
| Payment Details | [redacted] |
| Batch/Track Number | [redacted] |
| Remitter Reference | [redacted] |
| Correspondent Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| Ordering Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| By Order of Account/ID | |
| Name/Address | [redacted] |
| Originating Bank Account/ID | [redacted] |
| Name/Address | [redacted] |
| Bank Clearing ID | [redacted] |
| Clearing ID Type | [redacted] |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S068149152DB01 |
| Customer Reference | NONREF |
| Value Date | 05/28/2008 |
| Entry Date | 05/28/2008 |
| Posted Time | 15:43 |
| Transaction Amount | 260,697.92 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650228156262 |
| Remitter Reference | D000004523844 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| By Order of Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| Originating Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| Bank Clearing ID | ~~[redacted]~~ |
| Clearing ID Type | ~~[redacted]~~ |
| Beneficiary Account/ID | ~~[redacted]~~ |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | S06818222ECD01 |
| Customer Reference | NONREF |
| Value Date | 06/30/2008 |
| Entry Date | 06/30/2008 |
| Posted Time | 15:04 |
| Transaction Amount | 236,159.72 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650434169262 |
| Remitter Reference | D00004883663 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | 10009913100L |
| Name/Address | Lehman Brothers Holdings Inc |
| | 745 7th AVENUENY, NY 10019_6801 USA |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 280 PARK AVE 28TH FL EAST BLDG |
| | NEW YORK, NY 10017 |
| Bank Reference | ~~[redacted]~~ |
| Customer Reference | ~~[redacted]~~ |
| Value Date | ~~[redacted]~~ |
| Entry Date | ~~[redacted]~~ |
| Posted Time | ~~[redacted]~~ |
| Transaction Amount | ~~[redacted]~~ |
| Product Type | ~~Funds Transfer~~ |
| Transaction Description | ~~SAME DAY CR TRANSFER~~ |
| Payment Details | ~~[redacted]~~ |
| Batch/Track Number | ~~[redacted]~~ |
| Remitter Reference | ~~[redacted]~~ |
| Ordering Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |
| | ~~[redacted]~~ |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Bank Clearing ID | ~~021000018007000301158~~ |
| Clearing ID Type | ~~FEDWIRE~~ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 733 THIRD AVE 22ND FL |
| | NEW YORK, NY 10017 USA |
| Bank Reference | S0682101268401 |
| Customer Reference | M09F6971165005H |
| Value Date | 07/28/2008 |
| Entry Date | 07/28/2008 |
| Posted Time | 12:00 |
| Transaction Amount | 243,909.72 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650155007262 |
| Remitter Reference | D000005138400 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | |
| Name/Address | SLHIUS3H |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 733 THIRD AVE 22ND FL |
| | NEW YORK, NY 10017 USA |
| Bank Reference | ~~(redacted)~~ |
| Customer Reference | ~~(redacted)~~ |
| Value Date | ~~(redacted)~~ |
| Entry Date | ~~(redacted)~~ |
| Posted Time | ~~(redacted)~~ |
| Transaction Amount | ~~(redacted)~~ |
| Product Type | ~~Funds Transfer~~ |
| Transaction Description | ~~SAME DAY CR TRANSFER~~ |
| Payment Details | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| Batch/Track Number | ~~(redacted)~~ |
| Remitter Reference | ~~(redacted)~~ |
| Ordering Bank Account/ID | ~~(redacted)~~ |
| Name/Address | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| By Order of Account/ID | |
| Name/Address | ~~(redacted)~~ |
| Originating Bank Account/ID | ~~(redacted)~~ |
| Name/Address | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| | ~~(redacted)~~ |
| Bank Clearing ID | ~~(redacted)~~ |
| Clearing ID Type | ~~(redacted)~~ |

= Indicates Calculated Balances

## Account Statement Details Report

| | |
|---|---|
| Bank Reference | ~~[redacted]~~ |
| Customer Reference | ~~[redacted]~~ |
| Value Date | ~~[redacted]~~ |
| Entry Date | ~~[redacted]~~ |
| Posted Time | ~~[redacted]~~ |
| Transaction Amount | ~~[redacted]~~ |
| Product Type | ~~[redacted]~~ |
| Transaction Description | ~~[redacted]~~ |
| Batch/Track Number | ~~[redacted]~~ |
| Remitter Reference | ~~[redacted]~~ |
| Ordering Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| By Order of Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| Originating Bank Account/ID | ~~[redacted]~~ |
| Name/Address | ~~[redacted]~~ |
| Bank Clearing ID | ~~[redacted]~~ |
| Clearing ID Type | ~~[redacted]~~ |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 733 THIRD AVE 22ND FL |
| | NEW YORK, NY 10017 USA |
| Bank Reference | S068240DEF4101 |
| Customer Reference | M09F89CF165005H |
| Value Date | 08/27/2008 |
| Entry Date | 08/27/2008 |
| Posted Time | 09:31 |
| Transaction Amount | 234,166.67 |
| Product Type | Funds Transfer |
| Transaction Description | SAME DAY CR TRANSFER |
| Batch/Track Number | 650295425262 |
| Remitter Reference | D00005404573 |
| Ordering Bank Account/ID | 40615202 |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| By Order of Account/ID | |
| Name/Address | SLHIUS3H |
| Originating Bank Account/ID | SLHIUS3HXXX |
| Name/Address | LEHMAN BROS. HLDS MAIN OPEN ACCT |
| | 101 HUDOSN ST _ 30TH FL |
| | BANK RECONCILIATION DEPT |
| | JERSEY CITY, NJ 07302 |
| Beneficiary Account/ID | 36151281 |
| Name/Address | CAIXA GERAL DE DEPOSITOS NEW YORK |
| | CLEARING ACCT ATTN TONY SCUBLA |
| | 733 THIRD AVE 22ND FL |
| | NEW YORK, NY 10017 USA |

= Indicates Calculated Balances