UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        08-13555 (JMP)
                                                    :        (Jointly Administered)
            Debtors.                                :
                                                    :        Ref. Docket No. 11517
--------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On September 21, 2010, I caused to be served the "Certificate of No Objection Under 28
    U.S.C. § 1746 Regarding Debtors' Motion, Pursuant to Section 1121(d) of the Bankruptcy
    Code, Requesting Second Extension of the Exclusive Period for the Filing of and Solicitation
    of Acceptances for a Chapter 11 Plan for Merit, LLC," dated September 21, 2010 [Docket
    No. 11517], by causing true and correct copies to be delivered via facsimile to those parties
    listed on the annexed Exhibit A.

                                                    _____
                                                            Pete Caris

Sworn to before me this
22nd day of September, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6179979
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

**EXHIBIT A**

| **Name** | **Fax** |
|---|---|
| Office of the US Trustee Andrew D Velez Rivera | 212-668-2255 |
| Milbank Dennis Dunne Evan Fleck Dennis ODonnell | 212-530-5219 |