**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

                                  Debtors.

------------------------------------------------------------------------x

:      **Chapter 11 Case No.**

:

:      **08-13555 (JMP)**

:

:      **(Jointly Administered)**

:

**Ref. Docket Nos. 11488-11489**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 21, 2010, I caused to be served the:

    a.  "Notice of Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, for Approval of a Settlement Agreement Among LBSF, LBHI, and Société Générale, New York Branch and Other Related Relief," dated September 20, 2010 to which was attached the "Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, for Approval of a Settlement Agreement Among LBSF, LBHI, and Société Générale, New York Branch and Other Related Relief," dated September 20, 2010 [Docket No. 11488], (the "9019 Motion"),

    b.  "Declaration of Robert Hershan in Support of the Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, for Approval of a Settlement Agreement Among LBSF, LBHI, and Société Générale, New York Branch and Certain Related Relief," dated September 20, 2010 [Docket No. 11489], (the "Hershan Declaration"),

    c.  *Letter from Lehman Brothers to Bank of America and Alston & Bird*, dated September 21, 2010, annexed hereto as <u>Exhibit A</u>, (the "BOA Letter"),

    d.  *Letter from Lehman Brothers to Bank of New York Trust Company, National Association*, dated September 21, 2010, annexed hereto as <u>Exhibit B</u>, (the "BONY Letter"),

e. "Notice of Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, for Approval of a Settlement Agreement Among LBSF, LBHI, and Société Générale, New York Branch and Other Related Relief," annexed hereto as <u>Exhibit C</u>, (the "Publication Notice"),

by causing true and correct copies of the:

i. 9019 Motion and Hershan Declaration to be enclosed securely in separate, postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

ii. 9019 Motion and Hershan Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

iii. BOA Letter, Publication Notice and 9019 Motion, to be enclosed securely in postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

iv. BONY Letter, Publication Notice and 9019 Motion, to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to The Bank of New York Trust Company, National Association, 601 Travis, 16th Floor, Houston, Texas 77002, and

v. 9019 Motion, Hershan Declaration and Publication Notice, to be enclosed securely in separate, postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
21st day of September, 2010

Eleni Manners

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-2-

**EXHIBIT A**

# LEHMAN BROTHERS

September 21, 2010

**BY OVERNIGHT MAIL**

To:    Bank of America, N.A.
       Bank of America Corporate Center
       100 N. Tryon Street
       Charlotte, North Carolina 28255

Cc:    Alston & Bird LLP
       One Atlantic Center
       1201 West Peachtree Street
       Atlanta, Georgia 30309-3424
       Attn: John C. Weitnauer, Esq.

           **Re:**    **In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP)**

Dear Sir/Madam:

       Reference is made to that certain Indenture, dated as of October 17, 2006, by and among Libra CDO Limited ("Libra"), as issuer, Libra CDO, LLC, as co-issuer, and Bank of America, N.A., as trustee on behalf of Libra, as amended, supplemented, waived or otherwise modified from time to time (the "Indenture").

       On September 20, 2010, Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI"), as debtors and debtors-in-possession, filed a motion (the "Motion") in the above-referenced chapter 11 cases for (i) approval of a settlement agreement among LBSF, LBHI, and Société Générale, New York Branch ("SG"), relating to certain swap transactions with MKP Vela CBO, Ltd. and Libra, (ii) the assumption, assignment, and sale of LBSF's interest in the Libra Credit Default Swap Agreement[1] to SG, (iii) the assumption, assignment, and sale of LBSF's interest in the Vela Credit Default Swap Agreement to SG, and (iv) other related relief, all as more fully described in the Motion.

---

[1] The Libra Credit Default Swap Agreement consists of a 1992 ISDA Master Agreement, dated as of October 17, 2006, together with the schedule and confirmations thereto, each dated October 17, 2006.

Bank of America, N.A.
September 21, 2010
Page 2

Enclosed herein is: (i) the Motion with all exhibits thereto and (ii) notice of the Motion (the "Notice"). Please send immediately to the registered Notcholders (as defined in the Indenture) copies of both the Motion and the Notice.

Please do not hesitate to contact me with any questions.

Sincerely,

Robert Hershan

Cc:    Lori R. Fife
       Ralph I. Miller
       Jacqueline Marcus

**EXHIBIT B**

# LEHMAN BROTHERS

September 21, 2010

**BY OVERNIGHT MAIL**
The Bank of New York Trust Company, National Association
601 Travis, 16th Floor
Houston, Texas 77002

                **Re:**    **In re Lehman Brothers Holdings Inc. Chapter 11 Case
No. 08-13555 (JMP)**

Dear Sir/Madam:

        Reference is made to that certain Indenture, dated as of November 16, 2006, by and among MKP Vela CBO, Ltd. ("Vela"), as issuer, MKP Vela CBO, LLC, as co-issuer, and The Bank of New York Mellon Trust Company, National Association, as trustee on behalf of Vela, as amended, supplemented, waived or otherwise modified from time to time (the "Indenture").

        On September 20, 2010, Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI"), as debtors and debtors-in-possession, filed a motion (the "Motion") in the above-referenced chapter 11 cases for (i) approval of a settlement agreement among LBSF, LBHI, and Société Générale, New York Branch ("SG"), relating to certain swap transactions with MKP Vela CBO, Ltd. and Libra CDO Limited, (ii) the assumption, assignment, and sale of LBSF's interest in the Libra Credit Default Swap Agreement[1] to SG, (iii) the assumption, assignment, and sale of LBSF's interest in the Vela Credit Default Swap Agreement to SG, and (iv) other related relief, all as more fully described in the Motion.

        Enclosed herein is: (i) the Motion with all exhibits thereto and (ii) notice of the Motion (the "Notice"). Please send immediately to the registered Noteholders (as defined in the Indenture) copies of both the Motion and the Notice.

---

[1] The Vela Credit Default Swap Agreement consists of a 1992 ISDA Master Agreement, dated as of November 16, 2006, together with the amended and restated schedule, credit support annex, and amended and restated confirmations thereto, each dated April 23, 2008.

The Bank of New York Trust Company, National Association
September 21, 2010
Page 2

Please do not hesitate to contact me with any questions.

Sincerely,

Robert Hershan

Cc:    Lori R. Fife
       Ralph I. Miller
       Jacqueline Marcus

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                          :         Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                                               :
                           Debtors.                  :         (Jointly Administered)
-------------------------------------------------------------------x

### NOTICE OF DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, FOR APPROVAL OF A SETTLEMENT AGREEMENT AMONG LBSF, LBHI, AND SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH AND OTHER RELATED RELIEF

PLEASE TAKE NOTICE that on September 20, 2010, Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI"), as debtors and debtors-in-possession (together, the "Debtors"), filed a motion (the "Motion") in the above-referenced chapter 11 cases for (i) approval of a settlement agreement among LBSF, LBHI, and Société Générale, New York Branch ("SG"), relating to certain swap transactions with MKP Vela CBO, Ltd. and Libra CDO Limited, (ii) the assumption, assignment, and sale of LBSF's interest in the Libra Credit Default Swap Agreement to SG, (iii) the assumption, assignment, and sale of LBSF's interest in the Vela Credit Default Swap Agreement to SG, and (iv) other related relief, all as more fully described in the Motion.

The Motion and all related documents thereto can be retrieved at no cost at www.lehman-docket.com or by request to the Lehman Legal Hotline at (212) 310-8040 or lehmanteam@weil.com.

A hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **October 20, 2010 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

Objections, if any, to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., Ralph I. Miller, Esq. and Jacqueline Marcus, Esq.,

attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Tracy Hope Davis, Esq., Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., and Linda Riffkin, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq. and Quinn Emanuel, 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017, Attn: Eric Winston, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Mayer Brown LLP, 1675 Broadway, New York, New York 10019, Attn: Steven Wolowitz, Esq.; (vi) Libra CDO Limited, c/o Deutsche Bank (Cayman) Limited, P.O. Box 1984 GT, Elizabethan Square, Grand Cayman, Cayman Islands, Attn: Global Transaction Banking, Trust & Securities Services – Corporate Services Division; (vii) Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, Attn: John C. Weitnauer, Esq.; (viii) MKP Vela CBO, Ltd., c/o Walkers SPV Limited, Walker House, Mary Street, George Town, Grand Cayman, Cayman Islands; and (iv) The Bank of New York Trust Company, National Association, 601 Travis Street, 16th Floor, Houston, Texas 77002, so as to be so filed and received by no later than **October 13, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

If an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ALSTON & BIRD LLP | ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATTN:  JOHN C. WEITNAUER, ESQ. ATLANTA GA 30309-3424 |
| BELL, BOYD & LLOYD LLC | 70 WEST MADISON, SUITE 3100  ATTN: KEVIN J. MCCARTHY CHICAGO IL 60606 |
| LIBRA CDO LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 GT, ELIZABETHAN SQ. ATTN: GLOBAL TRANSACTION BANKING TRUST & SECURITIES SERVICES CORPORATE SERVICES DIVISION GRAND CAYMAN CAYMAN ISLANDS |
| LIBRA CDO, LLC | C/O DEUTSCHE BANK TRUST COMPANY DELAWARE 1011 CENTRE ROAD, SUITE 200 ATTN: TRUST & SECURITIES SERVICES CORPORATE SERVICES DIVISION WILMINGTON DE 19805 |
| LIBRA COLLATERAL MANAGER: | LEHMAN BROTHERS ASSET MANAGEMENT LLC 190 SOUTH LASALLE STREET, SUITE 2400 ATTN: CDO PORTFOLIO MANAGEMENT GROUP CHICAGO IL 60603 |
| LIBRA TRUSTEE | BANK OF AMERICA, NATIONAL ASSOCIATION BANK OF AMERICA CORPORATE CENTER 100 N. TYRON STREET CHARLOTTE NC 28255 |
| MAYER BROWN LLP | 1675 BROADWAY ATTN:  STEVEN WOLOWITZ, ESQ. NEW YORK NY 10019 |
| MKP VELA CBO, LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| MKP VELA CBO, LTD. | C/O WALKERS SPV LIMITED 87 WALKER HOUSE MARY STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| SOCIETE GENERALE, NEW YORK BRANCH | 1221 AVENUE OF THE AMERICAS ATTN:  CARLOS BONETTO, BRIAN FINNERTY AND PATRICIA EPSTEIN NEW YORK NY 10020 |
| VELA COLLATERAL MANAGER: | MKP CAPITAL MANAGEMENT, L.L.C. 600 LEXINGTON AVENUE, 18TH FLOOR ATTN: LEGAL NEW YORK NY 10022 |
| VELA TRUSTEE: | THE BANK OF NEW YORK TRUST COMPANY, N.A. 601 TRAVIS, 16TH FLOOR ATTN: MKP VELA CBO, LTD. HOUSTON TX 77002 |

Total Creditor count  12

**EXHIBIT E**

## MSL Email Addresses

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

**MSL Email Addresses**

barbra.parlin@hklaw.com

bbisignani@postschell.com

bdk@schlamstone.com

bgraifman@gkblaw.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

brian.corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carlsons@sullcrom.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

**MSL Email Addresses**

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | djoseph@stradley.com |
| davids@blbglaw.com | dkleiner@velaw.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbalog@intersil.com | dladdin@agg.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dludman@brownconnery.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dckaufman@hhlaw.com | dmurray@jenner.com |
| dcoffino@cov.com | dneier@winston.com |
| dcrapo@gibbonslaw.com | dodonnell@milbank.com |
| ddavis@paulweiss.com | douglas.bacon@lw.com |
| ddrebsky@nixonpeabody.com | dove.michelle@dorsey.com |
| ddunne@milbank.com | dowd.mary@arentfox.com |
| deggermann@kramerlevin.com | dpiazza@hodgsonruss.com |
| deggert@freebornpeters.com | dravin@wolffsamson.com |

**MSL Email Addresses**

| | |
|---|---|
| drose@pryorcashman.com | eschaffer@reedsmith.com |
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |
| elizabeth.harris@klgates.com | gkaden@goulstonstorrs.com |
| ellen.halstead@cwt.com | glenn.siegel@dechert.com |
| eobrien@sbchlaw.com | gmoss@riemerlaw.com |
| eric.johnson@hro.com | graumane@sullcrom.com |

## MSL Email Addresses

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

hanh.huynh@cwt.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@morganlewis.com

heim.steve@dorsey.com

heiser@chapman.com

helmut.olivier@lehman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jafeltman@wlrk.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

**MSL Email Addresses**

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jfinerty@pfeiferlaw.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john.mcnicholas@dlapiper.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.scordato@dkib.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

jpintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

**MSL Email Addresses**

| | |
|---|---|
| jrsmith@hunton.com | kiplok@hugheshubbard.com |
| jschwartz@hahnhessen.com | kkelly@ebglaw.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jtimko@allenmatkins.com | kostad@mofo.com |
| jtimko@shutts.com | kovskyd@pepperlaw.com |
| jtougas@mayerbrown.com | kowens@foley.com |
| judy.morse@crowedunlevy.com | kpiper@steptoe.com |
| jwallack@goulstonstorrs.com | kressk@pepperlaw.com |
| jwang@sipc.org | kreynolds@mklawnyc.com |
| jwcohen@daypitney.com | krosen@lowenstein.com |
| jweiss@gibsondunn.com | krubin@ozcap.com |
| jwest@velaw.com | kstahl@whitecase.com |
| jwh@njlawfirm.com | kurt.mayr@bgllp.com |
| jwhitman@entwistle-law.com | lacyr@sullcrom.com |
| k4.nomura@aozorabank.co.jp | landon@streusandlandon.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.ewart@wilmerhale.com |

## MSL Email Addresses

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

**MSL Email Addresses**

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpfeifer@pfeiferlaw.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschonholtz@willkie.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

paronzon@milbank.com

patrick.oh@freshfields.com

patrick.schmitz-morkramer@lehman.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

**MSL Email Addresses**

| | |
|---|---|
| pmaxcy@sonnenschein.com | rhs@mccallaraymer.com |
| pnichols@whitecase.com | richard.lear@hklaw.com |
| ppascuzzi@ffwplaw.com | richard.levy@lw.com |
| ppatterson@stradley.com | richard.tisdale@friedfrank.com |
| psp@njlawfirm.com | ritkin@steptoe.com |
| ptrostle@jenner.com | rjones@boultcummings.com |
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | robin.keller@lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | rtrust@cravath.com |

## MSL Email Addresses

| | |
|---|---|
| russj4478@aol.com | sgubner@ebg-law.com |
| rwasserman@cftc.gov | sharbeck@sipc.org |
| rwyron@orrick.com | shari.leventhal@ny.frb.org |
| s.minehan@aozorabank.co.jp | shgross5@yahoo.com |
| sabin.willett@bingham.com | shumaker@pursuitpartners.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sally.henry@skadden.com | slevine@brownrudnick.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| sara.tapinekis@cliffordchance.com | smayerson@ssd.com |
| sbernstein@hunton.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| scott.gibson@dubaiic.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | streusand@streusandlandon.com |

**MSL Email Addresses**

| | |
|---|---|
| susan.schultz@newedgegroup.com | tony.davis@bakerbotts.com |
| susheelkirpalani@quinnemanuel.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twatanabe@mofo.com |
| tannweiler@greerherz.com | twheeler@lowenstein.com |
| tarbit@cftc.gov | ukreppel@whitecase.com |
| tbrock@ssbb.com | vdagostino@lowenstein.com |
| tduffy@andersonkill.com | villa@streusandlandon.com |
| teresa.oxford@invescoaim.com | vmilione@nixonpeabody.com |
| tgoren@mofo.com | vrubinstein@loeb.com |
| thaler@thalergertler.com | walter.stuart@freshfields.com |
| thomas.califano@dlapiper.com | wanda.goodloe@cbre.com |
| thomas.ogden@dpw.com | wballaine@lcbf.com |
| thomas_noguerola@calpers.ca.gov | wbenzija@halperinlaw.net |
| thomaskent@paulhastings.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | wheuer@dl.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wiltenburg@hugheshubbard.com |
| tkiriakos@mayerbrown.com | wisotska@pepperlaw.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wrightth@sullcrom.com |
| tmayer@kramerlevin.com | wsilverm@oshr.com |
| tnixon@gklaw.com | wswearingen@llf-law.com |
| toby.r.rosenberg@irscounsel.treas.gov | wtaylor@mccarter.com |

**MSL Email Addresses**

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT F**

BANK OF AMERICA, N.A.
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

ALSTON & BIRD LLP
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GEORGIA 30309-3424
ATTN: JOHN C. WEITNAUER, ESQ.

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ACMC CATCRTF | ALLIANCEBERNSTEIN L.P. A/C CATLIN CRTF (PORT 941) REF CATLIN CRTF (PORT 941) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACMC REVCDO | ALLIANCE CAPITAL MGMT LP A/C REVELSTOKE CDO ATTN TRADE CONFIRMATIONS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| ANNALY MORTGAGE MGMT, INC. | A/C BKLYN STRUCTURED FINANCE C REF BKLYN STRUCTURED FIN. CDO 1211 AVE OF THE AMERICAS, SUITE 2902 NEW YORK NY 10036 |
| ANNALY MORTGAGE MGMT, INC. | A/C WELLS FARGO BANK NA REF WESTERN SPRING CDO 1211 AVE OF THE AMERICAS, SUITE 2902 NEW YORK NY 10036 |
| ANNALY MORTGAGE MGMT, INC. | A/C LASALLE BANK NA 1211 AVE OF THE AMERICAS SUITE 2902 NEW YORK NY 10036 |
| BEAR STEARNS SECS CORP | FAO QVT FUND LP 1 METROTECH CENTER NORTH BROOKLYN NY 11201 |
| BRACEBRIDGE CAPITAL LLC | REF OLIFANT 1 BOW STREET 2ND FLOOR CAMBRIDGE MA 02138 |
| BRACEBRIDGE CAPITAL LLC | A/C FFI FUND LTD 1 BOW STREET 2ND FLOOR CAMBRIDGE MA 02138 |
| BRACEBRIDGE CAPITAL LLC | A/C FYI LTD 1 BOW STREET 2ND FLOOR CAMBRIDGE MA 02138 |
| BRACEBRIDGE CAPITAL LLC | A/C OLIFANT FUND LTD 1 BOW STREET 2ND FLOOR CAMBRIDGE MA 02138 |
| BRACEBRIDGE CAPITAL, FFI LTD | A/C #22001390 ATTN TIM LOW ONE BOW STREET CAMBRIDGE MA 02138 |
| BRACEBRIDGE CAPITAL, FYI LTD | A/C #22001390 ATTN TIM LOW ONE BOW STREET CAMBRIDGE NY 02138 |
| CAIRN FINANCIAL PRODUCTS | A/C MEZZANINE ABS CDO II REF MEZZANINE ABS CDO II 39 ST. JAMES'S STREET LONDON SW1A 1JD UNITED KINGDOM |
| CATAMOUNT | A/C KDTC TREATY 527 MADISON AVENUE NEW YORK NY 10022 |
| CHURCH TAVERN | A/C CALYON REF MILLSTONE 4 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CITIBANK NA | ATTN: MBS DESK 399 PARK AVENUE NEW YORK NY 10022-4614 |
| CITIGROUP GLBL MARKETS LTD | REF RBS WAREHOUSE 33 CANADA SQUARE CITIGROUP CENTRE LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS INC | 388 GREENWICH STREET NEW YORK NY 10013 |
| COMMERZBANK AG | REF NEW YORK BRANCH 2 WFC NEW YORK NY 10281-1050 |
| COMMERZBANK AG CP DESK | REF NEW YORK BRANCH 2 WFC CLIENT SERVICES NEW YORK NY 10281-1050 |
| CSFB ALTERNATIVE CAPITAL I | A/C CLASS V FUNDING CAPITAL INC 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| CSFB CDO-CITI | CSFB ALTERNATIVE CAPITAL I 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| DECLARATION MGMT & RSRCH | A/C KENT FUNDING III 1650 TYSONS BLVD SUITE 1100 MCLEAN VA 22102 |
| DECLARATION MGMT & RSRCH | A/C DRW INVESTMENTS LLC 1800 TYSONS BOULEVARD SUITE 200 MCLEAN VA 22102 |
| DEERFIELD CAP MGMT LLC | A/C WESTERN SPRINGS 6250 N. RIVER ROAD 9TH FLOOR ROSEMONT IL 60018 |
| DELAWARE MGMT BUSINESS TR | A/C FAH 2005 MARKET STREET PHILADELPHIA PA 19103-7098 |
| DEUTSCHE ASSET MGMT INC | A/C UBS 345 PARK AVENUE NEW YORK NY 10154 |
| DEUTSCHE ASSET MGMT INC | ATTN: BILL JOHNSTON A/C UBS 345 PARK AVENUE CLIENT SERVICES NEW YORK NY 10154 |
| DEUTSCHE ASSET MGMT INC | A/C UBS 345 PARK AVENUE C NEW YORK NY 10154 |
| DRESDNER KW SECS LLC | 1301 AVE OF THE AMERICAS NEW YORK NY 10019 |
| GSCP (NJ), INC | A/C GREENWICH CAP MKTS INC 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| HARDING ADVISORY LLC | 2 WORLD FINANCIAL CENTER 225 LIBERTY STREET 36TH FLOOR NEW YORK NY 10281 |
| HIMCO WADSWORTH CDO, LTD | HARTFORD INVESTMENT MGMT CO P.O. BOX 1744 HARTFORD CT 06114 |
| IVY ASSET MANAGEMENT CORP | A/C IVY FI ALPHA TRANSPRT FUND 591 STEWART AVE 5TH FLOOR GARDEN CITY NY 11530 |
| KBC INVESTMENTS LIMITED | FINSBURY DIALS 097185 111 OLD BROAD ST 3RD FL LONDON EC2N 1FP UNITED KINGDOM |
| LOEWS/CNA | CCC CONTINENTAL CASUALTY CO CNA CENTER - 23 S CHICAGO IL 60685 |
| MARINER INVESTMENT GROUP | A/C MARINER TRICADIA CREDIT REF STRATEGIES MASTER FUND,LTD 780 THIRD AVENUE NEW YORK NY 10017 |
| MARINER INVESTMENT GROUP | A/C LDC 500 MAMARONECK AVE STE 101 HARRISON NY 10528 |
| MERRILL LYNCH BANK USA | A/C MERRILL BANK BARCLAYS WARE 800 SCUDDERS MILL RD PLAINSBORO NJ 08536 |
| METROPOLITAN WEST ASSET | REF 996 & 997/BROKER TO BROKER 11440 SAN VICENTE BLVD 3RD FL LOS ANGELES CA 90049 |
| NIR CAPITAL MANAGEMENT | 227 W. TRADE ST-SUITE 1850 CHARLOTTE NC 28202 |
| OMICRON | A/C WAREHOUSE CALYON (OMICRON CDO II) HERRENGASSE 1-3 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| OMICRON | A/C WAREHOUSE UBS(OMICRON CDO) HERRENGASSE 1-3 VIENNA 1010 AUSTRIA |
| PETRA CAPITAL MANAGEMENT | REF PETRA CAPITAL 1370 6TH AVE NEW YORK NY 10019 |
| PUTNAM INV MGMT LLC | A/C PYXIS CDO ONE POST OFFICE SQ 12TH FLR BOSTON MA 02109 |
| QVT FINANCIAL LP | A/C QUINTESSENCE FUND LP 1177 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK NY 10022 |
| ROYAL BANK OF SCOTLAND | 62-63 THREADNEEDLE ST LONDON EC2R 8LA UNITED KINGDOM |
| SENECA CAPITAL MANAGEMENT | A/C BRDRK2 1288 COLUMBUS AVENUE #315 SAN FRANCISO CA 94133 |
| SENECA CAPITAL MANAGEMENT | A/C DURANT 1288 COLUMBUS AVENUE #315 SAN FRANCISO CA 94133 |
| SENECA CAPITAL MANAGEMENT | A/C CALD1 1288 COLUMBUS AVENUE #315 SAN FRANCISO CA 94133 |
| SENECA CAPITAL MANAGEMENT | A/C BROD3 1288 COLUMBUS AVENUE #315 SAN FRANCISO CA 94133 |
| SUNTRUST BANKS INC | A/C SUNTRUST BANK-CREDIT REF TRADING 303 PEACHTREE STREET ATLANTA GA 30308 |
| TERWIN MONEY MANAGEMENT | THE WINTER GROUP REF MERRILL LYNCH 3 PARK AVE - 40TH FLR CLIENT SERVICES NEW YORK NY 10016 |
| UBS WARBURG DILLON READ | A/C# 140-0-83143 PRINCIPAL FINANCE OPERATIONS 677 WASHINGTON BLVD 9TH FLR SO STAMFORD CT 06901 |
| UBS WARBURG LLC | 299 PARK AVENUE 5TH FLOOR NEW YORK NY 10171 |
| VANDERBILT CAPITAL ADVRS | A/C ARMITAGE CDO 200 PARK AVE 20TH FLOOR NEW YORK NY 10166 |
| VANDERBILT CAPITAL ADVRS | A/C RBS 2230 200 PARK AVE 20TH FLOOR NEW YORK NY 10166 |
| VERTICAL CAPITAL LLC | A/C CSFB 437 MADISON AVE, NEW YORK NY 10022 |
| WESTLB AG | A/C BLUE HERON FUNDING II 1211 AVENUE OF THE AMERICAS, 7TH FLR NEW YORK NY 10036 |
| WESTLB AG | A/C BLUE HERON IX LTD 1211 AVENUE OF THE AMERICAS, 7TH FLR NEW YORK NY 10036 |
| WESTLB AG | A/C BLUE HERON FUNDING VI 1211 AVENUE OF THE AMERICAS, 7TH FLR NEW YORK NY 10036 |
| WESTLB AG | A/C BLUE HERON FUNDING VII 1211 AVENUE OF THE AMERICAS 7TH FLR NEW YORK NY 10036 |

**Total Creditor count  62**