# EXHIBIT A

**(Ordinary Course Professional Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
--------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF RAYMOND JASON RICHE

## ON BEHALF OF DELOITTE & TOUCHE LLP

RAYMOND JASON RICHE declares and says:

Raymond Jason Riche, being duly sworn, upon his oath, deposes and says:

1.    I am an employee with the title Senior Manager of Deloitte & Touche LLP a limited liability partnership under the laws of Ontario with an office located at 3000 Scotia Centre. 700 – 2nd Street S.W., Calgary, Alberta, Canada T2P 0S7 (the "Firm").

2.    Lehman Brothers Holdings Inc. and its affiliated debtors, including Lehman Brothers Commodity Services Inc. in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide tax services related to seeking a refund from Canadian tax authorities with respect to Goods and Services Taxes ("GST") incurred by Lehman Brothers Commodity Services Inc. ("LBCSI") and the general reconciliation of LBCSI's GST account and the Firm has consented to provide such services. The Debtors seek to retain the Firm pursuant to the engagement letter dated July 13, 2010 which is attached hereto as Exhibit 2.

3.    I submit this Declaration in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the

ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4.    The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by personnel of the Firm and its affiliates.

5.    As described below, the Firm has undertaken a search to determine, and to disclose, whether it or its affiliates is or has been engaged by or has other relationships with any of the Debtors or their affiliates, subsidiaries, directors or officers, or any of the Debtors' significant creditors, customers, equity security holders, professionals or other entities with significant relationships with the Debtors identified on a schedule provided to the Firm by counsel to the Debtors. Additionally, certain of these creditors, parties-in-interest, attorneys or accountants have or may have provided goods or services to, currently provide or may currently provide goods or services to, and may in the future provide goods or services to the Firm and its affiliates. Parties in interest for whom the Firm, its affiliates or member firms of Deloitte Touche Tohamtsu Limited or their affiliates have provided, are currently providing or may in the future provide services in matters unrelated to these chapter 11 cases or with whom such parties have other relationships is set out in Exhibit 1. To my knowledge based upon reasonable inquiry, the Firm does not perform services for any such person, including the parties listed in Exhibit 1, in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, including the parties listed in Exhibit 1, that would be adverse to the Debtors or their estates.

6.      To identify and disclose possible relationships with parties-in-interest in these chapter 11 cases, the Firm researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with any of the Debtors or their affiliates, subsidiaries, directors or officers, or any of the Debtors' significant creditors, equity security holders, professionals or other such entities with significant relationships with the Debtors.  The identities of these parties in interest were provided to the Firm by counsel to the Debtors.

7.      Despite the efforts described above to identify and disclose the Firm's connections with the parties in interest in these chapter 11 cases, because the Firm is a Canadian wide firm with thousands of personnel, because the Debtors are a large enterprise and because there are so many parties in interest, the Firm is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if the Firm discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure declaration promptly with the Court.

8.      The Firm is the Canadian member firm of Deloitte Touche Tohmatsu Limited, a United Kingdom company ("DTTI").  Other member firms of DTTI may be providing services to the Debtors and other parties in interest.  Each member firm of DTTI is a separate and independent legal entity.  It is not the Firm's practice to undertake conflict checks with all member firms of DTTI for the purposes of identifying all relationships that such member firms may have with the Debtors and other parties of interest and the Firm does not maintain a database for the purposes of identifying all such relationships.  Based on some limited searches to the best of my knowledge (i) Deloitte Tax LLP in the United States of America has been retained to provide tax services to the Debtors, (b) affiliates of the United States of

3

America member firm of DTTI have provided prepetition professional services to the Debtors and their affiliates, (c) Deloitte & Touche LLP in the United States of America provides services to the liquidation trustee of Lehman Brothers Inc. which is a Debtor, and (d) other member firms of DTTI may have in the past, may currently provide and may in the future provide professional services to and have relationships with the Debtors and parties of interest other than as disclose in Exhibit 1.

9.    Neither I, nor any partner, principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners, principals and regular employees of the Firm.

10.    Except as may be disclosed herein, to the best of my knowledge, neither I, nor any partner, principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

11.    The Debtors owe the Firm approximately $25,000.00 for prepetition services related to work performed in connection with the GST matter.

12.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] If necessary.

4

SWORN before me at the City )
of Calgary, in the Province of Alberta )
Ontario, this _2ND_ day of )

SEPTEMBER , 2010 )
)
)
)
)
)
)

_____    _____
Commissioner                   Raymond Jason Riche

MICHAEL J. MUNOZ
Barrister & Solicitor

5

# EXHIBIT B

## (Retention Questionnaire)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                    :        Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :        08-13555 (JMP)
                                                         :
                              Debtors.                   :        (Jointly Administered)
                                                         :
-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

     Weil, Gotshal & Manges LLP
     767 Fifth Avenue
     New York, New York 10153
     Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

1.     Name and address of firm:

     Deloitte & Touche LLP

     3000 Scotia Centre, 700 – 2nd Street S.W.,

     Calgary, Alberta, Canada, T2P 0S7

2.     Date of retention:   August 1, 2010

3.     Type of services provided (accounting, legal, etc.):

Tax services _____

_____

_____

4.    Brief description of services to be provided:

Refund from Canadian tax authorities with respect to Goods and Services

Taxes ("GST") incurred by Lehman Brothers Commodity Services Inc.

("LBCSI") and the general reconciliation of LBCSI's GST account.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly _____

(a)    Average hourly rate (if applicable):

$600 Canadian _____

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

$50,000 estimate _____

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:    $25,000 _____

Date claim arose:    July 2008 to November 2009 _____

Source of Claim:    Services performed . _____

7.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name: N/A _____

Status: N/A _____

Amount of Claim:  N/A _____

Date claim arose:  N/A _____

Source of claim:  N/A _____

2

8.      Stock of the Debtors currently held by the firm:

Kind of shares:  None_____

No. of shares: _____

9.      Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:   The personnel that will be performing services do not hold any

stock of the Debtors. _____

Status: N/A_____

_____

Kind of shares:  N/A_____

No. of shares:  N/A_____

10.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

Since the Firm is a Canadian wide firm with thousands of personnel,

because the Debtors are a large enterprise, and because there are so many

parties in interest, the Firm provides professional services to certain

parties in interest indentified in Exhibit 1 to the Declaration. However the

Firm is not providing services to any parties in interest specifically with

these chapter 11 cases.

11.     Name of individual completing this form:

Raymond Jason Riche

3

EXHIBIT 1

2

Lehman Brothers Holdings Inc.

**Deloitte & Touche LLP in Canada and its affiliates and certain other member firms of Deloitte Touche Tohmatsu Limited and their affiliates have performed services for the following parties:**

| Entities |
|---|
| Lehman Brothers Holdings, Inc. |
| **50 Largest Bond Holders** |
| AETNA Life Insurance Company |
| AIG Annuity Insurance Company |
| Allianz Life Insurance Company of North America |
| American Life Insurance Company |
| Barclays Global Fund Advisors |
| Blackrock Advisors |
| Fidelity Management and Research |
| Franklin Templeton Investments |
| Guardian Life Insurance Company |
| Hartford Life Insurance Company |
| ING Investment LLC |
| Jackson National Life Insurance |
| John Hancock Life Insurance Company |
| Liberty National Life Insurance Company |
| Metlife Insurance Company of Connecticut |
| Metropolitan Life Insurance Company |
| Northwest Mutual Life Insurance Company |
| Phillips Hager & North Investment Management |
| Prudential Financial Inc. |
| Prudential Insurance Company of America |
| Riversource Life Insurance Company |
| Sun Life Assure Co. of Canada |
| T. Rowe Price Associates |
| Thrivent Financial for Lutherans |
| Transamerica Life Insurance Company |
| Van Kampen Asset Management |
| Vanguard Group Incorporated |
| Zurich American Insurance Company |
| **Largest Unsecured Creditors other than Bondholders** |
| Allen & Overy |
| ANZ Banking Group Limited |
| Aozora Bank |
| Australia and New Zealand Banking Group Limited |
| Banctec Ltd. |
| Bank of America Plaza STE 3500 |
| Bank of China, New York Branch |
| Bloomberg Finance LP |
| BNP Paribas |
| Broadridge Securities Processing |
| Canary Warf Management Limited |

| |
|---|
| CB Richard Ellis Client Account RE Gloa |
| CDW Direct LLC |
| Chuo Mitsui Trust & Banking |
| Citibank, NA |
| Commonwealth Bank of Australia, Tokyo Branch |
| Dimension Data |
| Ernst & Young |
| Hewlett-Packard AP (HONG KONG) LIMITED |
| HSBC Bank |
| Hua Nan Commercial Bank, Ltd |
| IBM Corporation |
| JQ Network PTD Limited |
| KBC Bank |
| Lloyds Bank, PLC |
| Microsoft Licensing, GP |
| Mizuho Corporate Bank Ltd. |
| National Bank of Australia |
| Network Appliance, Inc. |
| Nippon Life Insurance Co. |
| NYSE Market, Inc. |
| Pricoa Relocation UK Limited |
| Reuters Limited |
| Shinkin Central Bank |
| Shinsei Bank Ltd. |
| Sidley Austin Brown & Wood |
| Standard & Poor's |
| Standard Chartered Bank |
| Sumitomo Mitsui Banking Corp |
| Sungard Securities Finance Inc. |
| Taipei Fubon Bank, New York Agency |
| Tata Consultancy Services |
| The Bank of New York |
| The Bank of Nova Scotia |
| The British Land Company PLC |
| TIBCO Software, Inc. |
| UFJ Bank Limited |
| WIPRO Infotech Enterprise Solutions |
| **SIGNIFICANT LEASES** |
| 20 CCC Business Trust |
| 8 Sound Shore Associates, LLC |
| Archipelago Holdings, Inc. |
| Beneficiaries of North Star Trust Company Title Holding Land |
| Brookfield Properties One WFC Co. LLC |
| Consultatio Inversora S.A. |
| Crown Point, L.L.C. |
| CT Tower Investments Inc |
| Deutsche Bank AG, New York Branch |
| Deutsche Bank Securities, Inc. |

| |
|---|
| Frazee, LLC |
| Hunter Financial Group, LLC |
| Level 3 Communications, LLC |
| Liberty Property Limited Partnership |
| Mackenzie Financial Corporation |
| National Union Fire Insurance Company of Pittsburgh, PA |
| PCC Properties (Calgary) Ltd. |
| Pricewaterhouse Coopers, LLP |
| The Irvine Company LLC |
| Trizec Westwood Center LLC |
| Wasserstein Perella Group Holdings, LLC |
| **Secured Creditors** |
| Danske Bank |
| Fenway Funding LLC |
| JPMorgan Chase |
| MetLife |
| SMBC |
| State Street |
| Swedbank |
| **Government and State Regulatory Agencies.** |
| Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank) |
| New York Stock Exchange (non-governmental) |
| **Members Ad Hoc Unofficial Creditors Committee** |
| Allstate Insurance Co. |
| Capital Research Management Co. |
| Franklin Advisors LP |
| Independence Holding Co. |
| Oppenheimer Funds, Inc. |
| **Informal LBHI Bondholder Group** |
| Capital Guardian Trust Company |
| Pacific Management Investment Company |
| Wexford Capital LLC |
| **Significant Stockholders** |
| AXA and related parties |
| **Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.** |
| George H. Walker |
| Jospeh M. Gregory |
| William Gordon |
| **Underwriting Investment Bankers for Debtor's Securities** |
| ABN AMRO Rothschild |
| Merrill Lynch |
| **Related Entities** |
| Aristos LLC |
| Blue Jay Realty Corporation |

| |
|---|
| BNC Holdings Inc. |
| Brookson Corp. |
| Brookwood Energy & Properties Inc. |
| Eagle Energy Management, LLC |
| Eagle Energy Partners I, L.P. |
| Equipment Management Inc. |
| Falcon Holdings I LLC |
| IL Lombard Inc. (dissolved) |
| Long Point Funding Pty Ltd. |
| Neuberger Berman Inc. |
| Newark Properties One Inc. |
| **Potential Parties in Interest** |
| 3i Group PLC |
| AB Bankas |
| Abu Dhabi National Energy |
| Accel Capital Corporation Accellent Inc. |
| Accenture LLP |
| Accredited Home Lenders, Inc. |
| ACE America Insurance Company |
| Accuride Corporation |
| Activant Solutions Inc. |
| AES Corporation |
| AGA Medical Corporation |
| AIG Financial Products Corp. |
| AIG Global Investment Corporation |
| AIM Funds |
| Akin Gump Strauss Hauer & Feld LLP |
| Aktiengesellschaft |
| Alabama Power Company |
| Alcoa Inc. |
| Algoma Steel Inc. |
| Allegheny Energy |
| Alliance Imaging, Inc. |
| Alliance Resource Operating |
| AllianceBernstein LP |
| Alliant Energy Corporation |
| Allianz |
| Allied Holdings, Inc. |
| Allied Waste Industries Inc. |
| Allied World Assurance Company |
| Allison Transmission, Inc. |
| Allstate Life Insurance Company |
| Alltel Corp. |
| Altma Fund Sicav PLC, in respect of Rowan Sub-Fund |
| Altos Hornos de Mexico SA de CV |
| Amadeus Holdings Limited |
| American Airlines Inc. |
| American Axle & Manufacturing Inc. |

| |
|---|
| American Electric Power Company Inc. |
| American Express |
| American Express Travel Related Services Co., Inc. |
| American International Group Inc. |
| American Transmission Company |
| Amgen Inc. |
| ANC Rental Corporation |
| Aon Consulting |
| Aozora Bank, Ltd. |
| Apollo Management Holdings, L.P. |
| Arab Bank |
| Aracruz |
| Aramark Corporation |
| Arizona Public Service Company |
| ArvinMeritor, Inc. |
| Assurant, Inc. |
| Asurion Corporation |
| AT&T Incorporated |
| AT&T Services Inc. |
| Audio Visual Services Corporation |
| Australia and New Zealand Banking Group Limited |
| Australia National Bank |
| Autodesk Inc. |
| Avago Technologies Finance Pte. Ltd. |
| Avaya Inc. |
| Aveos |
| Avignon Capital Ltd. |
| Avio |
| Avista Corp. |
| Aviva Insurance Company |
| Aviva Life and Annuity Company |
| Aviva Previdenza S.p.A. |
| Axis – ACM Inc. |
| BAE Systems Holdings Inc. |
| Baker & Hostetler LLP |
| Ball Corporation |
| Banca Carige, S.p.A. |
| Banca Italease S.p.A. |
| Banca Monte dei Paschi di Seina S.p.A. |
| Banca Sai |
| Banco Banif, S.A. |
| Banco Bilbao Vizcaya Argentaria, S.A. |
| Banco de Bogota |
| Banco de la Pequena Y Mediana Empresa SA |
| Banco Espanol de Credito, S.A. |
| Banco Inversis, S.A |
| Banco Popular Espanol, S.A. |
| Banco Santander |

Banif-Banco
Bank Hapoalim B.M.
Bank of America Mellon
Bank of America N.A.
Bank of China
Bank Of Montreal
Bank of New York Mellon
Bank of Nova Scotia
Bankers Life and Casualty Company
Barclays Bank PLC
Barclays Global Investors National Association
Bausch and Lomb
Baxter International Inc.
Bayview Financial, L.P.
BEA Systems, Inc.
Bel Air Investment Advisors LLC
Berry Plastics Corporation
Best Buy
BHF-Bank Aktiengesellschaft
Biogen Iden Inc.
Biomet, Inc.
BlackRock
Blackrock Financial Management
Blackstone / Blackstone Capital Partners V L.P.
Block Financial Corporation
Bloomberg L.P. and its affiliates
Blue Chip Multi-Strategy Master Fund, L.P.
BlueMountain Capital Management LLC
BMO Nesbitt Burns, Inc
BNP Paribas Sucursal en Espana P.P.
Boardwalk Pipelines, LP
Bondwave LLC
BP Canada
BP North America
BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
BreitBurn Operating L.P.
Bremer Financial Corporation
Brickman Group
British Sky Broadcasting Group plc
Broadridge Processing Solutions, Inc.
Brookfield Properties One WFC Co. LLC
Brooks Family Partnership, LLC
Buckeye Partners, L.P.
Bunge SA
Burger King Corporation
Business Objects Americas
Cablevision Systems Corp.
Caisse De Depot et Placement du Quebec

| |
|---|
| Caixa Geral De Depositos, S.A. |
| Caja de Ahorros y Monte de Piedad de Madrid |
| California Ind. Systems Operator Corp. |
| Calyon |
| Campbell Soup Company |
| Canadian Imperial Bank of Commerce |
| Cap Gemini Financial Services USA, Inc |
| Capital Automotive L.P. |
| Capital One, N.A. |
| Capmark Financial Group Inc. |
| Carlsberg Breweries |
| Carmignac Gestion |
| Cascade Investment LLC |
| Caspian Capital Partners, L.P. |
| Cassa Di Risparmio Di Saluzzo SPA |
| CB Richard Ellis, Inc. |
| Cedar Fair |
| Centennial Communications Corp. |
| Centerbridge Credit Partners LP |
| Centerpoint Energy Resource |
| Central CATV Inc. |
| Central European Industrial Development Company |
| Cenveo Corporation |
| Cequel Comm |
| Charles Schwab & Co., Inc. |
| Charter Communications |
| Chesapeake Energy Corp. |
| Chevron Natural Gas |
| Cheyne Fund L.P. |
| Chiba Bank, Ltd. |
| Chicago Board Options Exchange, Incorporated |
| Chuo Mitsui Trust And Banking Co. |
| |
| CIBC World Markets Inc. |
| Cisco Systems, Inc. |
| Citibank, NA |
| Citic International Financial Holdings |
| Citigroup Global Market Limited |
| Citigroup, Inc. |
| City of Chicago, IL |
| City of Cleveland, OH |
| City of South San Francisco |
| CKX Inc. |
| Claire's Stores, Inc. |
| Clayton Commercial Corporation |
| Clearwater Capital Partners |
| Clondalkin Acquisition B.V. |
| CME Group Inc. |

| |
|---|
| Cognizant Technology Solutions |
| Collins & Aikman Products |
| Colonial Realty Limited Partnership |
| Commerzbank A.G. |
| Commerzbank Capital Markets Corp. |
| Commonwealth Bank of Australia |
| Community Health System |
| Community Trust Bancorp Inc. |
| Compass Bank |
| Conocophillips |
| Conseco Inc. |
| Conseco Life Insurance Company |
| Constellation Energy Group, Inc. |
| Continental AG I Continental |
| Continental Airlines, Inc. |
| Convenience Food System |
| Cooperative Centrale Raiffeisen-Boerenleenbank, B.A. |
| Cooper-Standard Automotive Inc. |
| Core Laboratories, LP |
| Corporate Credit (Europe) S.A. |
| Corrections Corporation of America |
| Coscan Construction, LLC |
| Countrywide Home Loans |
| County of Westchester |
| Covanta Energy Corporation |
| Cox Enterprises, Inc. |
| Credit Agricole |
| Credit Suisse |
| Crossmark Investment Advisers, LP |
| Crossroads Investment Advisors |
| CSC Holdings |
| CSG Systems International, Inc. |
| CSS, LLC |
| CyberAgent FX, Inc. |
| D.E. Shaw Composite Portfolios, LLC |
| D.E. Shaw Dihedral Portfolios, L.L.C. |
| D.E. Shaw Oculus Portfolios, LLC |
| Dae Aviation Holdings, Inc. |
| Daiwa Securities Capital Markets Co. Ltd. |
| Dallas County |
| Danske Bank A/S |
| Darden Restaurants Inc. |
| Dayco |
| Deere & Company |
| Del Monte Corporation |
| Dell Global B.V. |
| Delphi |
| Delta Airlines, Inc. |

| |
|---|
| Delta Lloyd Bank NV |
| Deutsche Bank AG |
| Deutsche Telekom AG |
| Dexia Banque Internationale a Luxembourg S.A. |
| Dexia Credit Local |
| Direct Energy Business LLC |
| Direct Energy LLC |
| Discover Financial Services |
| Diversified European Credit S.A. |
| Diversified Financials Europe S.A. |
| Dollar General Corporation |
| Dominion Resources Inc. |
| Domtar Inc. |
| Dow Jones & Company, Inc. |
| Dresser, Inc. |
| Duke Corporate Education |
| Duke Energy Ohio, Inc. |
| Dun & Bradstreet |
| Duquesne Light |
| Dynegy Holdings, Inc. |
| Dynergy Power Marketing, Inc. |
| DZ Privatbank (Schweiz) AG |
| E*TRADE Bank |
| E.On AG |
| Eagle Rock Energy Partners, L.P. |
| Easton Investments II |
| Eaton Corporation |
| Ebay Inc. |
| Edgen Murray |
| Edison Mission Energy |
| Edscha A.G. |
| Edward Jones |
| El Paso Corporation |
| EMC Corporation |
| Enbridge (U.S.) Inc. |
| Encana Corp. |
| Enel SPA |
| Energy Income and Growth Fund |
| EnergyCo, LLC |
| eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.) |
| Enron Corp. |
| Enterprise Products LLC |
| Enterprise Products Operating L.P. |
| Escaline S.a.r.l. |
| Etihad Airways |
| Eurohypo AG, New York Branch |
| European Credit (Luxembourg) S.A. |
| Eurosai Finanziaria Partecipazioni S.r.l. |

Evergreen Investment Management Company, LLC
Evergreen Solar, Inc.
Evergreen, Et. Al
Export Development Canada
Extendicare Health Services Inc.
Exterran Holdings, Inc.
Fairfax Financial Holdings Limited
Fairpoint Communications, Inc.
Fannie Mae
Far Eastern International Bank
Farallon Capital Partners, L.P.
Federal Express Corporation
Federal Home Loan Bank of Atlanta
Federal National Mortgage Association
Federal Reserve Bank of New York
Fenway Capital, LLC
Fidelity Balanced Fund
Fidelity Investments
Fifth Third Bank, N.A.
Financial Security Assurance
Findomestic Banca S.P.A.
Finmeccanica Finance SA
FINOVA Loan Administration
Fir Tree Capital Opportunity Master Fund, L.P.
First Chemical Holding
First Choice Power, LP
First Data Corporation
First Trust Advisors L.P.
First Trust Portfolios L.P.
FirstEnergy Corp
Firth Rixson Mezz
FKA Countrywide Home Loans Servicing LP
Flextronics International Ltd
Florida Power & Light Company
FOLIOfn Investment, Inc.
Fondiaria
Ford Motor Company
Forest Hills Trading Ltd. c/o Curacao Int. Trust
Fortis Group
Fortress Investment Group LLC
FPL Group Capital Inc.
FR Acquisitions Corporation (Europe) Limited
Freescale Semiconductor, Inc.
Fresenius Medical Holdings Inc.
Friedman, Billings, Ramsey & Group, Inc.
Frontier Drilling
Fubon Insurance Co.
Fubon Securities Co.

| |
|---|
| Galileo Fund Limited |
| Gartner UK Limited |
| GE Capital Information Technology |
| GenenTech, Inc. |
| General Electric Capital Corp |
| General Mills, Inc. |
| General Nutrition Centers, Inc. |
| Genovese Joblove & Battista, P.A. |
| Genworth Financial, Inc. |
| Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation) |
| Georgia Gulf |
| Georgia Pacific Corporation |
| Gesconsult S.A. SG LLC |
| Givaudan S.A. |
| Glencore Energy UK Ltd. |
| Global Cash Access, Inc. |
| GMAC LLC |
| Godiva Chocolatier, Inc. |
| GoldenTree Master Fund, Ltd. |
| Goldman Sachs & Co. |
| Government of Guam Retirement Fund |
| Graham Packaging Company, L.P. |
| Great Lakes Dredge & Dock Corporation |
| Green Tree Servicing Inc. |
| Greenbriar Minerals, LLC |
| H3C Holdings Ltd |
| Hakone Fund II |
| Halliburton Company |
| Harbinger Capital Partners |
| Harris County |
| Hartfield Fund Limited |
| Hawaiian Telcom Communications, Inc. |
| Hawker Beechcraft |
| Hayman Capital Master Fudn, L.P. |
| HBK Master Fund L.P. |
| HD Supply |
| Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois |
| Hellman & Friedman |
| Henry Schein, Inc. |
| Herbst Gaming, Inc. |
| Heritage Fields |
| Hermes, Ltd. |
| Hexion |
| Highland Capital Management, L.P. |
| Highland Floating Rate Advantage Fund |
| Highland Floating Rate Fund |
| Highmount Exploration & Production LLC |

| |
|---|
| Hirakata Shinkin Bank |
| Hodgson Russ LLP |
| Holland & Knight LLP |
| Home Loan Mortgage Corporation |
| Houghton Mifflin Harcourt Publishers Inc. |
| HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H) |
| HSBC Bank PLC |
| HSBC Securities Japan Limited |
| HSH Nordbank AG, Luxembourg Branch |
| Huntsman International LLC |
| HVB Capital Markets, Inc. |
| Hypo Alpe-Adria Bank International AG |
| Hypo Investment Bank Ag |
| Iasis Healthcare LLC |
| IBM |
| ICICI Bank UK PLC |
| IM US Hold Inverness Medical |
| Imperial Tobacco Entertainment Finance Limited |
| Incapital LLC |
| Independence Holding Co. |
| INF SRVS |
| Infineon Technologies AG |
| Infospace Inc. |
| ING bank, FSB |
| ING Group |
| ING Life Insurance and Annuity Company |
| ING Real Estate Finance |
| Institucion de Banca Multiple |
| Intelsat (Bermuda), Ltd. |
| Interactive Data Corp. |
| Inter-American Development Bank |
| Intercall Inc. |
| Intergen N.V. |
| Interline Brands, Inc. |
| International Bank for Reconstruction and Development |
| International Business Machines Corporation |
| International Transmission Company |
| Interstate Power and Light Company |
| Intesa |
| Intesa Sanpaolo S.p.A. |
| IntraLinks Inc. |
| InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI |
| Inverness Medical Innovations Inc. |
| Inversiones Esser 2007 S.L. |
| INVESCO CLO |
| Investment Grade European Credit S.A. |
| Iowa Telecommunications Services, Inc. |
| Iridium Satellite LLC |

Iron Mountain Information Management
Italease Finance S.p.A.
ITC Holdings Corporation
ITC Midwest LLC
Iusacell
J P Morgan Chase Bank, N.A.
James J. Sullivan
Janus Capital Management LLC
Jarden Corporation
JFB Firth Rixson, Inc.
Johnson County Arlington ISD
Jordan International Bank PLC
Julius Meinl Investment GmbH
Jyske Bank A/S
Kabel Deutschland
Kapalua Bay, LLC
KBC Bank KBC Financial Products UK Limited
Keane Inc.
Kelson Holding LLC
Kensington International Limited
Kerasotes Theatres Inc.
Key Energy Services, Inc.
Kimberly-Clark Corporation
Kinder Morgan Energy Partners L.P.
KKR Private Equity Investors L.P.
Knight Capital Group
Knightsbridge Guarding Ltd.
Korea Investment & Securities Co., LTD
KPMG
Kraft Foods Inc.
Kristine Smith
Laboratory Corporation of America Holdings
Landsource
Landwirtschaftliche Rentenbank
Lanxess AG
Las Vegas Sands, LLC
LaSalle Bank National Association
Legal & General Group Plc
Leveraged Loans Europe & Term Loans Europe
Lewtan Technologies, Inc.
Liberty Mutual Group Inc.
LKQ Corporation
LLC New York State Office of Unclaimed Funds
Lloyds Bank
Lloyds TSB Bank plc
Local Insight Regatta Holdings, Inc.
Lufthansa AG
Luxembourg 3 S.a.R.L.

| |
|---|
| Lydian Overseas Partners Master Fund Ltd. |
| M&G Investment Management Limited |
| M. Arthur Gensler Jr and Assoc, Inc. |
| Macquarie A-9 |
| Macquarie A-10 |
| Macquarie Bank Limited |
| Mansfield ISD |
| Marathon Oil Company |
| Marina District Finance Company, Inc. |
| Mark IV |
| Marshall & Ilsley Trust Company, N.A. |
| Marshall Funds, Inc. |
| Massachusetts Mutual Life Insurance |
| MassMutual Asia Limited |
| Master Trust Bank of Japan, Ltd. |
| Mediolanum Vita S.p.A. |
| Meridian Company of New York |
| Merrill Lynch & Co. |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Metavante Corporation |
| Metropolitan Life Insurance Company |
| Metropolitan West Asset Management, LLC |
| Metropolitan West Total Return Bond Fund |
| MF Global Finance / MF Global Finance Europe Limited |
| Michael Stores |
| Michigan Electric Transmission Co. |
| Microsoft Corporation |
| Microsoft Licensing |
| Midamerican Energy Company |
| Midcontinent Express Pipeline LLC |
| MidCountry Bank |
| Milano |
| Milano Assicurazioni S.p.A. |
| Minera Del Norte S.A. |
| Minnesota State Board of Investment |
| Mirant Corporation |
| Misuzu Industry Co., Ltd. |
| Mitsubishi UFJ, Ltd. |
| Mitsui-MOL |
| Mizuho Bank (Switzerland) Ltd. |
| Mizuho Corporate Bank LTD |
| Mizuho Financial Group |
| Morgan Stanley & Co. Incorporated |
| Motors Insurance Corp 361. MP Bank HF |
| Mueller Water Products Inc. |
| Muriel Siebert & Co., Inc. |
| Nakilat Inc. |
| National Australia Bank Limited |

| |
|---|
| National Bank of Canada |
| National Cinemedia, Inc. |
| National Rural Utilities Cooperative Finance Corporation |
| Natixis S.A. |
| Nelnet, Inc. |
| Netapp, Inc. |
| Neuberger Berman LLC |
| Nevada Power Company |
| New Edge |
| New York Life Insurance Co |
| Newell Rubbermaid Inc. |
| Newpage Corporation |
| Nexen Energy Marketing Europe Limited |
| Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc. |
| Nippon Life Insurance Company |
| Nokia Corporation |
| Nomura Holding America Inc. |
| Nomura Securities Co. Ltd. |
| Nortek Holdings, Inc. |
| Northern State Power Company |
| Northgate Minerals Corporation |
| Novartis Finance Corporation |
| NPD Group Inc. |
| NRG Energy, Inc. |
| Nuance Communications, Inc. |
| Nybron Refi |
| Nycomed Germany Holding GMBH |
| NYFIX, Inc. |
| Nykredit Bank A/S |
| NYSE Euronext Inc. |
| O'Reilly Automotive, Inc. |
| Oaktree Capital Management, L.P. |
| Oceania Cruises, Inc. |
| Och-Ziff |
| Oesterreichische Elektrizitaetswirtschafts - AG |
| OGE Energy Corp. |
| Oncor |
| ONEOK Energy Services Company, L.P. |
| Opal Leasing Limited |
| Open Solutions Inc. |
| Openwave Systems Inc. |
| Operating Engineers Local 3 Trust Fund |
| Oppenheimer Funds Inc. |
| Optim Energy, LLC (f/k/a Energy Co., LLC) |
| Oracle Corporation |
| Orbitz Worldwide |
| Orrick, Herrington & Sutcliffe LLP |
| Osterreichische |

OTP Bank Plc

Owens Illinois Inc.

OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group

Pacific Gas & Electric Company

PacifiCorp

Pages Jaunes Groupe

Parmalat Participacoes Do Brasil Ltda

Partnerre Ltd.

Paul Edwards

PB Capital Corporation

Peabody Energy Corporation

Pecos Investors LLC

Penn National Gaming

Pepsi Bottling Group, Inc.

Peter J. Thompson

Philip Morris International Inc

Philips Electronics NV

Phoenix Life Limited

Pilot Insurance Company

Pinnacle Entertainment, Inc.

Pinnacle Foods Finance LLC

Pinnacle West Capital Corp.

Pioneer Europe Mac 70 Ltd

Piper Jaffray and Co.

Plastech Engineered Products, Inc.

PNM Resources, Inc.

PNMR Services Co.

Portland General Electric Company

Powerex Corp.

PQ Corporation

PricewaterhouseCoopers AG, Zurich

Primedia Inc.

Principal Financial Group, Inc.

ProSiebenSat.

Protection One Alarm Monitoring, Inc.

Providence Equity Partners

PSEG Power LLC

PT Mnc Sky Vision

Public Service Enterprise Group Incorporated

Public Service of North Carolina

Puget Sound Energy Inc.

Punjab National Bank (International) Limited

Putnam Investments, LLC and Affiliates

QVC, Inc.

Raiffeisen Centrobank AG

Raiffeisen Zentralbank Osterreich AG

Raymond James & Associates, Inc.

RBC Dain Rauscher Inc.

| |
|---|
| RBS Greenwich Capital |
| RBS Securities Japan Limited |
| Reddy Ice Corporation |
| Regent Seven Seas Cruises |
| Relative European Value S.A. |
| Reliant Energy Inc. A-13 |
| Resona Holdings |
| Rexnord Corporation |
| RFG Holding (France) SAS |
| Richard C. Miller |
| Right Management, Inc. |
| Royal & Sun Alliance Insurance Group Plc |
| Royal Bank of Canada |
| Royal Bank of Scotland |
| Russell Investment Group, Inc. |
| Sabre Holdings Corporation |
| Saint Joseph's University |
| Sampo Bank PLC |
| Samsung Life Insurance Co., Ltd. |
| Santander Asset Management, S.A., S.G.I.I.C. |
| Sarasin Investmentfonds |
| SAS Institute Inc. |
| Schroder Alternative Solutions |
| Scotia Capital (USA) Inc. |
| Sea Port Group Securities, LLC |
| Sears Holdings Corp. |
| Sears Roebuck Acceptance Corp. |
| Sequa Corporation |
| Serena Software, Inc. |
| Service Corp Int'l |
| Shareholders of Novastar Financial Inc. |
| Shell Energy North America (US) L.P. |
| Shell Trading (US) Company |
| Sheridan Holdings, Inc. |
| Shiga Bank, Ltd. (The) |
| Shin Kong Life Insurance Company Ltd |
| Shinsei Bank Limited |
| Sidley Austin LLP |
| Siemens AG |
| Sierra Pacific Power Company |
| Silicon Graphics Inc. |
| Singapore Airlines |
| Sky Power Corporation |
| SLM Corporation |
| Societe Generale |
| Solo Cup Company |
| Solutia Inc. |
| Sourcecorp, Inc. |

| |
|---|
| South Yorkshire Pension Authority |
| Southern Company |
| Southwestern Public Service Company |
| Spectra Energy Capital, LLC (f/k/a Duke Capital) |
| Spiegel Inc. |
| Sprint Nextel Corp |
| Stahl Acquisition BV |
| Standard Bank Plc |
| Standard Chartered Bank |
| Standard Chartered Bank (Hong Kong) Limited |
| Standard Life Bank Plc |
| Standard Pacific |
| Star Tribune Co. |
| Starwood Hotels & Resorts |
| State of Michigan, Department of Treasury |
| State Street Bank |
| Stephen Green |
| Stone Tower Capital LLC |
| Strategic Value Master Fund, Ltd. |
| SuccessFactors Inc. |
| Sumitomo Mitsui Financial Group |
| Sumitomo Trust & Banking Co., LTD |
| Summit Petroleum Limited |
| Sun Microsystems, Inc. |
| Sun Trust Banks, Inc. |
| SunAmerica Asset Management |
| Suncor Energy Marketing, Inc. |
| SunGard |
| Sunoco Inc. |
| Sunrise Partners Limited Partnership |
| Sunshine Holdings Limited |
| SunTrust Robinson Humphrey, Inc. |
| Supervalu Inc. |
| Sutherland Asbill & Brennan |
| Swedbank |
| Swedbank AB, New York Branch |
| Swiss Reinsurance Company |
| Synagro Technologies, Inc. |
| SyntexEnergy LLC |
| Systema Vita Compagnia di Assicurizioni S.p.A. |
| Ta Chong Finance (Hong Kong) Limited |
| Taconic Capital Partners 1.5 L.P. |
| Taipei Fubon Commercial Bank Co. |
| Taishin International Bank |
| Targa Resources, Inc. |
| Target Corporation |
| Tata Communications Services (America) Inc. f/k/a VSNL America Inc. |
| Tata Consultancy Services LTD |

| |
|---|
| TD Securities (USA) LLC |
| Telecom Italia Capital S.A. |
| Telefonica, S.A. |
| Tembec |
| Tembec Industries Inc. |
| Temple Health System Transport Team, Inc. |
| Temple University Health Systems, Inc. for itself and as Agent |
| Templeton Global |
| Tennessee Department of Revenue |
| Teppco Partners, L.P. A-15 |
| Tesoro Corporation |
| Tetra Tech, Inc. |
| Teva Pharmaceutical Works Company |
| TFS |
| The Bank of New York |
| The Bank Of Tokyo-Mitsubishi UFJ, Ltd |
| The Blackstone Group |
| The Carlyle Group |
| The Christian and Missionary Alliance Foundation |
| The Chuo Mitsui Trust And Banking Co., Ltd |
| The Clorox Company |
| The Commonwealth Of Pennsylvania |
| The Co-operative Bank p.l.c. |
| The Governor and the Company of the Bank of Ireland |
| The Hartford Financial Services Group, Inc. |
| The Hertz Corporation |
| The Higo Bank, Ltd. |
| The Liverpool Limited Partnership |
| The McGraw-Hill Companies, Inc. |
| The Minami-Nippon Bank, Ltd. |
| The Neiman Marcus Group, Inc. |
| The Pemex Project Funding Master Trust |
| The Rhodes Companies, LLC |
| The Seaport Group LLC |
| The Shoko Chukin Bank, Ltd. |
| The Sports Authority, Inc. |
| The Vanguard Group, Inc. |
| The Walt Disney Company / Disney |
| The Williams Companies |
| Thomas Cook AG |
| Thomson Reuters Plc & Thomson Reuters Corp. |
| Tiger Asia Fund, L.P. |
| Tiger Asia Overseas Fund, Ltd. |
| Time Warner |
| Tokai Tokyo Securities Co., Ltd. |
| Tom Wolf |
| TomTom N.V. |
| Toronto-Dominion Bank |

| |
|---|
| Toys R Us |
| Trademarks LLC |
| TransCanada Pipelines Limited |
| Transdigm Inc |
| Travelport Holdings Ltd. |
| Travelport Inc. |
| Tribune Company |
| Tri-State Generation And Transmission Association, Inc. |
| Tronox Worldwide LLC |
| TRW Automotive Holdings Corp. |
| TRW Automotive Inc. |
| TXU Energy Company |
| Tyco Electronics Tyco International Group S.A. |
| U.S. Bank National Association |
| UBS AG |
| UBS Financial Services |
| UBS Securities LLC |
| Unicredito Italiano |
| Union Bank Of California, N.A. |
| United Air Lines |
| United of Omaha Life Insurance |
| United Parcel Services, Inc. / UPS |
| United States Steel Corporation / US Steel Corp |
| United Surgical Partners International, Inc. |
| UnitedHealth Group IncA-16 |
| University of Pittsburgh |
| US Bank National Association |
| US Investigations Services, Inc. |
| USAA Capital Corporation |
| Valero Energy Corporation |
| Van Gansewinkel Holding B.V. |
| Vanguard Fiduciary Trust Company Asset-Backed Securities Trust |
| Vanguard Fiduciary Trust Company Corporate Bond Trust |
| Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust |
| Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds |
| Venstar Leasing |
| Verint Systems Inc. |
| Verizon Communications Inc. |
| Verso Paper Holding LLC |
| Veyance Technologies, Inc. |
| Virginia Electric And Power Company |
| Visteon Corporation |
| VITA |
| Vitol Asia Pte Ltd. |
| Vodafone Group Plc |
| Vornado Realty L.P. Vought Aircraft Industries, Inc. |
| Wachovia Bank |
| Wachovia Securities Ltd. |

| |
|---|
| Walmart Stores |
| Warburg Pincus Equity Partners L.P. |
| Washington Mutual Bank |
| Washington National Insurance Company |
| WCI Capital Corp. |
| Wellpoint Inc |
| Wells Fargo & Co. |
| Wells Fargo Bank, NA |
| Wesco Aircraft Hardware Corp. |
| Westar Energy, Inc. |
| Western Digital Corporation |
| WestLB AG, New York Branch |
| White Mountains Insurance Group, Ltd. |
| Williams Partners L.P. |
| Wilmington Trust Company |
| Winstar |
| Wisconsin Electric Power Company |
| Wisconsin Energy Corporation |
| Wisconsin Gas LLC (f/kla Wisconsin Gas Company) |
| Wisconsin Power And Light Company |
| Wyeth |
| Xcel Energy Inc. |
| Xerox Corporation |
| Yankee Candle Company, Inc. |
| Yildiz Holdings, Inc. |
| Zephyrus Investments LLC |
| **Affiliations of Outside Directors** |
| LPGA |
| Huntsman Corporation |
| Office Depot, Inc. |
| Ferrari SpA |
| Harvard Law School |
| Sony Corporation |
| Institute of International Education |
| **Professionals Retained by the Company** |
| Akerman Senterfitt |
| Allen & Overy LLP |
| Baker & McKenzie LLP |
| Blake Cassels & Graydon LLP |
| Cassels Brock & Blackwell LLP |
| CB Richard Ellis |
| Davies Ward Phillips & Vineberg |
| Dorsey & Whitney LLP |
| DTZ Rockwood LLC |
| Ernst & Young LLP |
| FTI Consulting Inc. |
| Houlihan Lokey Howard & Zukin Capital, Inc. |
| Jones Day |

| |
|---|
| Latham & Watkins LLP |
| Lazard Freres & Co. |
| Maples and Calder (Cayman Office) |
| Mercer Marsh & McLennan Companies |
| Mitsui Company |
| Morrison & Foerster LLP |
| PricewaterhouseCoopers |
| Sidley Austin LLP |
| Squire, Sanders & Dempsey L.L.P., |
| Sutherland Asbill & Brennan LLP |
| **Largest Holders of Trade Debt** |
| AC Nielsen Company |
| Agilysys Nj, Inc. |
| Allen & Overy |
| ANZ Banking Group Limited |
| Australia and New Zealand Banking Group Limited |
| Automated Securities Clearance Ltd. |
| Ayco Services Agency Inc. |
| Banctec Ltd. |
| Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency |
| Bloomberg L.P. |
| Canary Wharf Management Limited |
| CB Richard Ellis Client Account RE Gloa |
| Computer Associates International Inc. |
| Cushman & Wakefield Inc. |
| DBRS Inc. |
| Dell Marketing L.P. |
| Dimension Data |
| Ernst & Young LLP |
| First Commercial Bank Co., Ltd, New York Agency |
| Gartner Group Inc. |
| Hewlett Packard AP (Hong Kong) Limited |
| Hewlett Packard Company |
| HSBC Bank |
| IBM Corporation |
| Ikon Office Solutions Inc. |
| Iron Mountain Digital Archives |
| Iron Mountain Records Management |
| JQ Network PTD Limited 1082 |
| Kepner Tregoe Inc. |
| KPMG, LLP |
| Lexis Nexis |
| Microsoft Corporation |
| National Bank of Australia |
| Network Appliance Inc. |
| Quest Software Inc. |
| Rainmaker Group LLC |
| Reuters America |

| |
|---|
| Reuters Ltd. |
| SAS Institute Inc |
| Standard Chartered Bank |
| Standard Register |
| Storage Technology Corp |
| Swets Information Services Inc. |
| Taipei Fubon Bank, New York Agency |
| Tata Consultancy Services |
| The Bank Of New York |
| The British Land Company PLC |
| Thomson Financial |
| Tibco Software, Inc. |

**Professionals Retained by Significant Creditor Groups**

| |
|---|
| Akin Gump Strauss Hauer & Feld LLP |
| FTI Consulting, Inc. |
| Houlihan Lokey Howard & Zukin Capital, Inc. |

**Committee Members**

| |
|---|
| Metlife |
| Mizuho Corporate Bank, Ltd. |
| The Bank of NY Mellon |
| The Vanguard Group |
| U.S. Bank N.A. |
| Aegon USA Investment Management |
| RR Donnelley & Sons |
| Shinsei Bank, Limited |
| The Royal Bank of Scotland, PLC |

**Selected Derivative Counterparties**

| |
|---|
| Advanced Micro Devices, Inc. |
| AIG CDS, Inc. |
| Allison Transmission |
| Aviva Life Insurance Company |
| Bayview Financial, L.P. |
| BRM Group, Ltd. |
| Chevron U.S.A. Inc. |
| City of Milwaukee, Wisconsin |
| Colorado Housing Finance Authority |
| Deutsche Bank National Trust Company |
| Dexia Bank Internationale a Luxembourg SA |
| Dexia Credit Local, Dexia Kommunalbank Deutschland AG |
| Direct Energy Business, LLC |
| Florida Power & Light Company |
| Houghton Mifflin Harcourt Publishing Company |
| Intel Corporation |
| MEG Energy Corp. |
| Northcrest, Inc. |
| Pacific Life Insurance Company |
| Reliastar Life Insurance Company |

| |
|---|
| Russell Investment Group |
| Southern California Edison Company |
| TFS (Germany) |
| Transamerica Financial Life Insurance Co |
| Transamerica Occidental Life Insurance Co |
| Tullett Prebon Holdings Corporation |
| Veyance Technologies, Inc. |
| West Corporation |
| Zeeland Aluminium Company AG |
| **Principal Investments** |
| Applebees |
| Forgings International Limited |
| FR Acquisition Corporation (Europe) Limited |
| FR Acquisition Corporation (Luxembourg) Sarl |
| FR Acquisition Corporation (US), Inc. |
| FR Acquisition Finance Subco (Luxembourg) Sarl |
| FR Acquisition Holding Corporation (Luxembourg) Sarl |
| FR Acquisition Subco (Luxembourg) Sarl |
| Frontier Drilling USA, Inc. |
| Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc. |
| JFB Firth Rixson, Inc. |
| JFB Overseas Holdings Limited |
| MEG Energy Corp. |
| Oceana Cruises, Inc. |
| Pinnacle Entertainment Corp. |
| Regents |
| SkyPower Corp. |
| Voss of Norway |
| Yankee Candle |

EXHIBIT 2

3

# **Deloitte**。 **DELOITTE & TOUCHE COPY**

Deloitte & Touche LLP
3000 Scotia Centre
700 Second Street S.W.
Calgary AB  T2P 0S7
Canada

Tel: (403) 267-1765
Fax: (403) 206-2309
www.deloitte.ca

September 2, 2010

Jeff Ciongoli
Managing Director & Head of Tax
Lehman Brothers Commodity Services Inc
101 Hudson Street
11th Floor
Jersey City, NJ  07302

Dear Mr. Ciongoli

**Subject: Canadian Goods & Services Tax ("GST") Recovery and Reconciliation Project**

Thank you for choosing Deloitte & Touche LLP ("Deloitte") to provide tax consulting services to
Lehman Brothers Commodity Services Inc. ("LBCS" or the "Client").  We understand LBCS is a debtor
in a case (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy
Code") currently pending before the United States Bankruptcy Court for the Southern District of New
York (the "Bankruptcy Court").  The purpose of this letter is to set out the terms of your engagement of
Deloitte.

**Services**
It is estimated that Client is owed approximately $CAD 3MM from the Canadian Revenue Agency
("CRA").  This relates to GST filings for periods on or about June and July of 2008.  A formal Notice of
Objection has been filed to protect this claim.  However, in order to secure same, further research,
exploration, diligence and liaison with the CRA is required.  Specifically, the CRA requires supporting
documentation in order to validate the claim filed.  Our primary objective will be to locate, isolate and/or
assist in the reformulation of same.  Further, Client's GST filings for the requisite period(s) (along with
prior and subsequent reporting periods within the assessable statue period) should be reconciled in order
to ensure that they are representative of Client's business activities for this time frame.  This may include
identifying further refunds and/or potential exposures.

We anticipate assisting Client with this issue.  Specifically, and to the best of our ability, we will attempt
to secure the refunds owing to Client and, at the same time, ensure that the noted filings are complete.
Certain of this work may require us to be on-site at Client locations.  We may also require input and
assistance from Client personnel, as appropriate (although, we undertake to keep this to a minimum as we
appreciate the other demands on Client).  Our approach will be to guide and manage this project.

It is understood by Deloitte and Client that *time is of the essence* for this project.

Page 2

### Deloitte team

The Deloitte team that will provide the services to Client will be led by Jason Riche and will include Dan Beauchamp and Jeff Harrison. All three professionals are experienced Senior Managers in the Deloitte Canadian firm. Others may be added to the team as required.

### Scope of tax planning and consulting services

Deloitte will only be responsible to provide tax services with respect to the specific tax matter, transaction or question actually presented by Client. Deloitte may be asked to analyze facts and circumstances relevant to the requested tax services. Client acknowledges and agrees that any tax services provided pursuant to this agreement will be based solely upon:

a) The representations, information, documents and other facts specifically made or submitted to Deloitte by Client, its personnel and any representatives thereof;

b) The understanding that Deloitte will only be responsible to provide tax services with respect to the specific matter, transaction or question actually presented by Client, including the type of tax and the taxing jurisdiction specifically identified by Client (e.g., federal, foreign and provincial income taxes and sales taxes, excise taxes, etc.);

c) Client's understanding and agreement that the ultimate responsibility, with respect to the appropriate application and interpretation of any oral or written communications, rests with management of Client; and

d) The terms of this agreement do not include representation and/or assistance with respect to any judicial challenge.

### Fees

Our fees are based on the amount of professional time required and our standard hourly rates, which vary depending upon the experience level of the professionals involved. For greater certainty, our fees will be consistent with the parameters imposed on an Ordinary Course Service Provider per the US Bankruptcy Court and will not exceed the limits in respect of same. Notwithstanding anything contained herein and the attached, we understand and agree that our engagement by LBCS, and our submission of invoices or other forms of payment requests, are subject to compliance with the provisions of the Bankruptcy Code and relevant orders entered by the Bankruptcy Court in the Chapter 11 Case, including but not limited to the Amended Order Pursuant to Section 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated March 25,2010.

Our invoices will include expenses as set out in our attached *Standard terms and conditions*.

We will send you invoices as the work is performed, and such invoices are payable upon receipt.

### Standard terms and conditions

The attached *Standard terms and conditions* form part of our mutual agreement concerning this engagement.

Enclosed are two copies of this letter and the *Standard terms and conditions* signed by Deloitte. Please indicate your acceptance of this agreement by signing in the space provided below and returning one copy of this engagement letter to us and retaining the other copy for your files.

Page 3

We appreciate this opportunity to serve you. Should you have any questions, please call Jason Riche at (403) 267-1702.

Yours very truly,

Deloitte & Touche LLP

Tom Senyk

Enclosure

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AGREED AND ACCEPTED:

**Lehman Brothers Commodity Services Inc.**

Signature: _____

Name: _____Jeffry Ciongoli_____

Title: _____MD_____

Date: _____9-23-10_____

3

# Standard terms and conditions

1. **Contract and parties –**

   a) The engagement letter and any appendices other than these Standard terms and conditions ("Engagement Letter") issued by Deloitte & Touche LLP ("Deloitte") and addressed to the entity specified in the Engagement Letter ("Client"), and these Standard terms and conditions (collectively the "Contract") constitute the whole agreement between Client and Deloitte in relation to the services, deliverables and work product described in the Engagement Letter (the "Services"). For the purposes of this Contract, "Client" shall mean Lehman Brothers Commodity Services Inc. and shall include such Client's subsidiaries and/or affiliates as identified in the Engagement Letter or, if none is identified, all Client's subsidiaries and affiliates (together with Client, "Client Group"). Lehman Brothers Commodity Services Inc. represents and warrants that it has the power and authority to execute this Contract on behalf of, and to bind, itself and its subsidiaries and/or affiliates identified in the Engagement Letter or if none are identified those forming part of Client Group.

   b) This Contract is between Client and Deloitte. Deloitte may subcontract any Services under this Contract to any DTT member firm and its respective subsidiaries and affiliates or, with the consent of Client, to any other party (collectively "Subcontractor"). Client's relationship is solely with Deloitte as the entity contracting to provide the Services. Each party is an independent contractor and neither party is, nor shall be considered to be, the other's agent, distributor, partner, fiduciary, joint venturer, co-owner, or representative.

   Deloitte remains responsible to Client for all of the Services under this Contract, including Services performed by its Subcontractors. Accordingly, to the fullest extent possible under applicable law, none of the Deloitte Entities (except Deloitte and any subcontractor) will have any liability to Client and Client will not bring, and will ensure that no other member of Client Group brings, any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities (except Deloitte and any subcontractor).

   c) "Deloitte Entities" means Deloitte Touche Tohmatsu, a Swiss Verein (association) ("DTT"), its member firms and their respective subsidiaries and affiliates (including Deloitte), their predecessors, successors and assignees, and all partners, principals, members, owners, directors, employees, subcontractors and agents of all such entities. Neither DTT nor, except as expressly provided herein, any member firm of DTT has any liability for each other's acts or omissions. Each member firm of DTT is a separate and independent legal entity operating under the names "Deloitte", "Deloitte & Touche", "Deloitte Touche Tohmatsu" or other related names; and Services are provided by member firms or their subsidiaries or affiliates and not by DTT.

2. **Responsibilities of Client and of Deloitte –**

   a) **Responsibilities of Client**

      i) Client shall cooperate with Deloitte in the performance by Deloitte of the Services, including, without limitation, providing Deloitte with reasonable facilities and timely access to data, information and personnel of Client Group. Client shall be responsible for the performance of its personnel and agents, for the timeliness, accuracy and completeness of all data and information (including all financial information and statements) provided to Deloitte by or on behalf of Client Group and for the implementation of any advice provided

Standard Terms and Conditions

as part of the Services. Deloitte may use and rely on information and data furnished by Client or others without verification. Deloitte's performance shall be dependent upon the timely performance of Client's responsibilities hereunder and timely decisions and approvals of Client in connection with the Services. Deloitte shall be entitled to rely on all decisions and approvals of Client.

ii) Except as otherwise provided in the Engagement Letter, Client shall be solely responsible for, among other things: (A) making all management decisions and performing all management functions; (B) designating one or more individuals who possess suitable skill, knowledge, and/or experience, preferably within senior management to oversee the Services; (C) evaluating the adequacy and results of the Services; (D) accepting responsibility for the results of the Services; and (E) establishing and maintaining internal controls, including, without limitation, monitoring ongoing activities.

b) **Responsibilities of Deloitte**

i) The Services provided are not binding on tax authorities or the courts and do not constitute a representation, warranty, or guarantee that the tax authorities or the courts will concur with Deloitte's advice or opinion. Any Services provided by Deloitte will be based upon the law, regulations, cases, rulings, and other tax authority in effect at the time specific Services are provided. Subsequent changes in or to the foregoing (for which Deloitte shall have no responsibility to advise Client) may result in the Services provided by Deloitte being rendered invalid.

ii) Except as specifically agreed to in writing, Deloitte shall not provide advice regarding the financial accounting treatment of any transaction implemented from the Services and will not assume any responsibility for any financial reporting with respect to the Services. Deloitte shall have no responsibility to address any legal matters or questions of law, other than tax law in relation to the Services.

iii) In formulating any advice as part of the Services, Deloitte may discuss ideas with Client orally or show Client drafts of such advice. To the extent that the content of such drafts or oral advice are expected to be finalized and confirmed to Client in writing, such writing shall supersede any previous drafts or oral advice and, accordingly, Deloitte shall not be responsible if Client or others choose to rely on, act or refrain from acting on the basis of such drafts or oral advice.

3. **Payment of invoices** - Deloitte's invoices are due and payable by Client upon presentation. In addition to professional fees, Deloitte invoices will include actual expenses (e.g. travel, meals, hotel) and an estimate of administrative expenses in lieu of specific charges for expenses such as postage, telephone, faxes and photocopying. Expenses will be stated separately on the invoices. Without limiting its other rights or remedies, Deloitte shall have the right to suspend or terminate the Services entirely or in part if payment is not received within thirty (30) days of the invoice date. Client shall be responsible for all taxes, such as VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the Services, other than Deloitte's income and property taxes.

## Standard Terms and Conditions

4. **Term** - Unless terminated sooner in accordance with its terms, this Contract shall terminate once the Services have been performed. This Contract may be terminated by either party at any time, with or without cause, by giving written notice to the other party not less than 30 days before the effective date of termination, provided that, in the event of a termination for cause, the breaching party shall have the right to cure the breach within the notice period if the breach is capable of remedy. Deloitte may terminate this Contract with immediate effect upon written notice to Client if Deloitte determines that (a) a governmental, regulatory, or professional entity, or an entity having the force of law has introduced a new, or modified an existing, law, rule, regulation, interpretation, or decision, the result of which would render Deloitte's performance of any part of the Contract illegal or otherwise unlawful or in conflict with independence or professional rules, or (b) circumstances change (including, without limitation, changes in ownership of Client or any of its affiliates) such that Deloitte's performance of any part of the Contract would be illegal or otherwise unlawful or in conflict with independence or professional rules. Upon termination of the Contract, Client will compensate Deloitte under the terms of the Engagement Letter for the Services performed and expenses incurred through the effective date of termination.

5. **Ownership of Deloitte property & work products** - To the extent that Deloitte utilizes or develops any of its property (whether tangible or intangible) in connection with this Contract, such property, including work papers, shall remain the property of Deloitte. On payment of all of Deloitte's fees in connection with this Contract, Client shall obtain a non-exclusive license to use within Client Group, subject to the other provisions of this Contract, any deliverables or work product (as defined or described in the Engagement Letter) for the purpose for which the deliverables or work product were supplied. Deloitte shall have ownership (including, without limitation, copyright and other intellectual property ownership) and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting its business, and Client shall not assert or cause to be asserted against any Deloitte Entity or its personnel any prohibition or restraint from so doing. Any intellectual property and proprietary rights in the material provided by Client Group for performing the Services shall remain the property of Client Group.

Notwithstanding anything to the contrary in sections 5 or 9, Client acknowledges that Deloitte, in connection with performing the Services, may develop or acquire general experience, skills, knowledge, and ideas that are retained in the memory of its personnel. Client acknowledges and agrees that Deloitte may use and disclose such experiences, skills, knowledge and ideas.

6. **Limitation on damages** - Deloitte, any other Deloitte Entity and their respective personnel, if and only to the extent it is determined such other Deloitte Entity and its respective personnel have a liability, shall not be liable to Client Group for any claims, liabilities, losses, damages, costs or expenses relating to this Contract or the Services ("Claims") for an aggregate amount in excess of the fees paid by Client to Deloitte, except to the extent finally judicially determined to have resulted primarily from the bad faith or intentional misconduct of Deloitte, or any other Deloitte Entity or their respective personnel. In no event shall any Deloitte Entity (including Deloitte) or their respective personnel be liable for any loss of use, contracts, data, goodwill, revenues or profits or any other commercial or economic loss or failure to realize expected savings (whether or not deemed to constitute direct Claims) or any consequential, special, indirect, incidental, punitive or exemplary loss, damage, or expense relating to this Contract or the Services. In circumstances where all or any portion of the provisions of this paragraph 6 are finally judicially determined to be unavailable, the aggregate liability of Deloitte, any other Deloitte Entity and their respective personnel for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

3

Standard Terms and Conditions

If the liability exclusion for Deloitte Entities and Subcontractors provided in paragraph 1(b) is for any reason not effective, then the limitations on liability provided for in this paragraph 6 shall apply to Deloitte Entities and Subcontractors as if they were named therein.

7. **Force majeure** - Neither party shall be liable for any delays or nonperformance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by the other party (including, without limitation, entities or individuals under its control, or any of their respective officers, directors, employees, other personnel and agents), fire or other casualty, act of God, epidemic, strike or labor dispute, war or other violence, or any law, order, or requirement of any governmental agency or authority.

8. **Limitation on actions** - No action, regardless of form, relating to this Contract or the Services, may be brought by either party more than two years after the cause of action has accrued under applicable law.

9. **Confidentiality** -

a) To the extent that, in connection with this Contract, Deloitte comes into possession of any tax return information, trade secrets or other proprietary information relating to Client Group which is either designated by the disclosing party as confidential or is by its nature clearly confidential (the "Confidential Information"), Deloitte shall not disclose such Confidential Information to any third party without Client's consent. Client hereby consents to Deloitte disclosing such Confidential Information (i) to any Deloitte Entity (including its partners, principals, and employees) and to any Subcontractors that have agreed to be bound by confidentiality obligations similar to those in this paragraph 9, (ii) to legal advisors, auditors, insurers or as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with potential litigation; or (iii) to the extent such Confidential Information (A) shall have otherwise become publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a disclosure by Deloitte in breach hereof, (B) becomes available to Deloitte on a non-confidential basis from a source other than Client which Deloitte believes is not prohibited from disclosing such information to Deloitte by obligation to Client, (C) is known by Deloitte prior to its receipt from Client without any obligation of confidentiality with respect thereto, or (D) is developed by Deloitte independently of any disclosures made by Client to Deloitte of such information. Deloitte may provide Heddema & Partners LLP, an affiliated law firm, with access to Confidential Information of Client, provided it agrees to be bound by similar confidentiality and nondisclosure obligations.

b) Client shall use the advice, opinions, reports or other work product of Deloitte solely for the purposes specified in the Engagement Letter and, in particular, shall not, without the prior written consent of Deloitte, use any advice, opinion, report or other work product of Deloitte in connection with business decisions of any third party or for advertisement purposes. All Services are only intended for the benefit of Client. The mere receipt of any advice, opinions, reports or other work product by any other persons is not intended to create any duty of care, professional relationship or any present or future liability between those persons and Deloitte. As a consequence, if copies of any advice, opinions, reports or other work product (or any information derived therefrom) are provided to others under the above exclusions, it is on the basis that Deloitte owes no duty of care or liability to them, or any other persons who subsequently receive the same. Nothing in this paragraph 9 shall be construed as limiting or restricting disclosure of the tax treatment or tax structure of the transaction as described in Rule 3501(c)(i) of PCAOB Release 2005-014 or Internal Revenue Code ("IRC") sections 6011 and 6111 and related Internal Revenue Service ("IRS") guidance. In the event that the Client or

4

Standard Terms and Conditions

affiliates have securities registered with the United States Securities and Exchange Commission and Deloitte or any Deloitte Entity is the auditor of the Client or any of its affiliates, Client acknowledges that none of its other advisors have imposed or will impose any conditions of confidentiality with respect to the tax treatment or tax structure associated with the tax services or transactions described in the Engagement Letter.

c) In addition, Client acknowledges and agrees that any such information that comes to the attention of Deloitte in the course of performing this engagement may be considered and used by Deloitte in the context of responding to its professional obligations as the independent accountants for Client.

**10. Survival and interpretation and third party beneficiary -**

a) Any provisions of the Contract which either expressly or by their nature extend beyond the expiration or termination of this Contract shall survive such expiration or termination, including, without limitation, paragraphs 1(b), 3, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 17 and 18.

b) If any provision of this Contract is found by a court of competent jurisdiction or other competent authorities to be unenforceable, such provision shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable, preserving to the fullest extent permissible the intent of the parties set forth herein. The provisions of paragraphs 1, 6, 7, 8, 12, 13 and 16 hereof shall apply to the fullest extent of the law, whether in contract, statute, tort (such as negligence), or otherwise, notwithstanding the failure of the essential purpose of any remedy.

c) Deloitte Entities are intended third-party beneficiaries of these terms. Any Deloitte Entity may in its own right enforce such terms, agreements and undertakings.

**11. Assignment -** Deloitte may assign any of its rights or obligations hereunder to any Deloitte Entity and to any successor to its business.

**12. Indemnification -** Client shall indemnify and hold harmless Deloitte & Touche LLP, its subcontractors and their respective personnel from all third party Claims, provided, however, that such indemnity shall not apply to the extent any applicable claim, action, damage, loss, liability or expense arises from Deloitte & Touche LLP, its subcontractors or their respective personnel's bad faith, self-dealing, breach of fiduciary duty (to the extent one exists), negligence, willful misconduct, criminal conduct, or the disclosure of confidential information. In circumstances where all or any portion of the provisions of this paragraph are finally determined to be unavailable, the aggregate liability of Deloitte & Touche LLP, its subcontractors and their respective personnel for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim. All requests of Deloitte & Touche LLP for payment of indemnity pursuant to this Contract shall be made by means of an application (interim or final as the case may be) and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Contract and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought.

**13. Governing law and submission to jurisdiction -** This Contract, including exhibits and all matters relating to it, shall be governed by and construed and enforced in accordance with the laws of the State of New York, without regard to the application of New York's conflict of law principles. Without limiting any party's right to appeal any order of the Bankruptcy Court, the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Contract and to decide any claims or

Standard Terms and Conditions

disputes which may arise or result from, or be connected with, this Contract, any breach or default hereunder, or the transactions contemplated hereby; provided, however, that if the Bankruptcy Court does not have or abstains from exercising such jurisdiction, the parties hereto agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the United States District Court for the Southern District of New York sitting in New York County or the Commercial Division, Civil Branch of the Supreme Court of the State of New York sitting in New York County and any appellate court from any thereof, for the resolution of any such claim or dispute.

14. **Electronic communications -**

 a) Except as instructed otherwise in writing, each party may assume that the other approves of properly addressed fax, email (including email exchanged via Internet media) and voicemail communication of both sensitive and non-sensitive documents and other communications concerning this Contract, as well as other means of communication used or accepted by the other.

 b) It is recognized that the Internet is inherently insecure and that data can become corrupted, communications are not always delivered promptly (or at all), and that other methods of communication may be appropriate. Electronic communications are also prone to contamination by viruses. Each party will be responsible for protecting its own systems and interests and, to the fullest extent permitted by law, will not be responsible to the other on any basis (contract, tort or otherwise) for any loss, damage or omission in any way arising from the use of the Internet or from access by any Deloitte Entity personnel to networks, applications, electronic data or other systems of Client Group.

15. **Entire agreement, modification and effectiveness -** Nothing discussed prior to execution of the Engagement Letter induced, nor forms part of, the Contract unless as specifically set out in this Contract. This Contract supersedes any previous agreement, understanding or communication, written or oral, relating to its subject matter. No variation to the Contract shall be effective unless it is documented in writing and signed by authorized representatives of both parties, provided, however, that the scope of Services set forth in the Engagement Letter may be changed by agreement of the parties in writing, including by email or facsimile. If Deloitte has already started work (e.g., by gathering information, project planning or giving initial advice) then Client agrees that this Contract is effective as of the start of such work.

16. **Limitation on warranties -** This is a services engagement. Deloitte warrants that it shall perform the Services in good faith and with due professional care. Deloitte disclaims all other warranties, either express or implied.

17. **Other clients -** Nothing in this Contract will prevent or restrict any Deloitte Entity, including Deloitte, from providing Services to other clients (including services which are the same or similar to the Services) or using or sharing for any purpose any knowledge, experience or skills used in, gained or arising from performing the Services subject to the obligations of confidentiality set out in paragraph 9 even if those other clients' interests are in competition with Client Group. Equally, to the extent that Deloitte possesses information obtained under an obligation of confidentiality to another client or other third party, Deloitte is not obliged to disclose it to any member of Client Group, or use it for the benefit of Client Group, however relevant it may be to the Services.

18. **Staff -** Deloitte and Client each agree not to directly or indirectly solicit, employ or engage any personnel of the other party who within six (6) months of such action has been involved directly with the provision of the Services or otherwise directly connected with this Contract, except where an individual responds directly to a general recruitment campaign.

6

**Standard Terms and Conditions**

19. **US business** - To the extent that as part of the Services to be performed by Deloitte as described in the Engagement Letter, Deloitte personnel are required to perform the Services in the United States of America ("US Business"), Client and Deloitte agree to assign performance of the US Business to Deloitte Canada LLP, an affiliate of Deloitte. All Services performed by Deloitte Canada LLP shall be performed under the direction of Deloitte which shall remain responsible to Client for such Services. Deloitte Canada LLP shall invoice Client with respect to the US Business and Deloitte will invoice for Services performed in Canada ("Canadian Business"). Payment for US Business and/or Canadian Business can be settled with one payment to Deloitte.

20. **Privacy** - Deloitte and Client acknowledge and agree that, during the course of this engagement, Deloitte may collect personal information about identifiable individuals ("Personal Information"), either from Client or from third parties. Deloitte's Services are provided on the basis that Client has obtained any required consents for collection, use and disclosure to us of personal information required under applicable privacy legislation. Client and Deloitte agree that Deloitte will collect, use and disclose Personal Information on behalf of Client solely for purposes related to completing this Contract, providing Services to Client and Deloitte shall not collect, use and disclose such Personal Information for Deloitte's own behalf or for its own purposes.

21. **Anti-money laundering** - Under the Proceeds of Crime (Money Laundering) and Terrorist Financing Act (Canada) (the "Act"), Deloitte and its personnel are permitted to report any (a) attempted or completed suspicious transactions (transactions which are reasonably suspected to be related to the commission of a money laundering or terrorist financing offence), (b) terrorist property that comes into the possession of Deloitte, and (c) large cash transactions (receipt by Deloitte of over $10,000 Canadian or equivalent in cash) to the Financial Transactions and Reports Analysis Centre of Canada, a government agency. The Act specifically prohibits Deloitte from informing a client that a report has been made.

22. **Language** - The parties have requested that this Agreement and all communications and documents relating hereto be expressed in the English language. Les parties ont exigé que la présente convention ainsi que tous les documents s'y rattachant soient rédigés dans la langue anglaise.