---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)**

       **PLEASE TAKE NOTICE** that on September 24, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their forty-sixth omnibus objection to

claims (the "Debtors' Forty-Sixth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Forty-Sixth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **November 10, 2010 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Forty-

Sixth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,

Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**October 27, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Forty-Sixth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Forty-Sixth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: September 24, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**DEBTORS' FORTY-SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.     The Debtors file this forty-sixth omnibus objection to claims (the "Forty-Sixth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.     The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively, the "No Debtor Claims") violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were submitted without specifying a case number or a Debtor against whom the claim is asserted.  Therefore, the No Debtor Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

3.     The Debtors reserve all their rights to object on any other basis to any No Debtor Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered the Bar Date Order, which requires, among other things, that each Proof of Claim must "state the name and case number of the *specific* Debtor against which it is filed." (Bar Date Order at 6 (emphasis added).) The Debtors' Proof of Claim form clearly and conspicuously includes the following instruction: "YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM." Further, the Bar Date Order provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance

with the Bar Date Order on or before the Bar Date . . . *specifying the applicable Debtor* and other requirements set forth herein, shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto)."  (Bar Date Order at 9-10 (emphasis added).)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.      Claimants received notice of the Bar Date Order via mail.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice, which was also published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, prominently stated in bold-face type that "any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . *specifying the applicable Debtor* and other requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with respect to such claim)."  (Bar Date Notice at 6 (emphasis added).)

10.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The No Debtor Claims Should Be Disallowed and Expunged

11.      In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on Exhibit A as claims that should be disallowed and expunged on the basis that they were submitted without specifying a case number or a Debtor against whom the claim is asserted. Therefore, the claims listed on Exhibit A do not constitute valid *prima facie* claims.

12.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.     The Bar Date Order specifically requires that each Proof of Claim must "state the name and case number of the *specific* Debtor against which it is filed."  (Bar Date Order at 6 (emphasis added).)  As this Court has recognized, the Bar Date Order is a unique and highly negotiated document meriting strict compliance with the requirements and procedures set forth therein.  *In re Lehman Bros. Holdings, Inc.*, 433 B.R. 113, 118, 127 (Bankr. S.D.N.Y. 2010) (Peck, J.).  Moreover, the Debtors' Proof of Claim form clearly and conspicuously provides the following instruction:  "YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM."  Further, the Bar Date Order provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order on or before the Bar Date . . . *specifying the applicable Debtor* and other requirements set forth herein, shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto)."  (Bar Date Order at 9-10 (emphasis added).)  The No Debtor Claims do not satisfy these requirements.

14.     Claimants were specifically provided notice of the need to identify on the proof of claim form the specific Debtor(s) against which they are asserting their claim and the related case number(s).  The widely distributed Bar Date Notice included instructions on how to complete the proof of claim forms and a warning that failure to comply with those instructions would result in their claims being barred.  (*See* Bar Date Notice at 4, 6.)  Nevertheless, these claimants filed the No Debtor Claims without identifying either a case number or the specific Debtor(s) against whom the claim is asserted.

15.     Moreover, the No Debtor Claims contain insufficient information on which this Court could reasonably rely to accept the proof of claim as *prima facie* valid.  A proof of claim is *prima facie* valid if it "alleges facts sufficient to support a legal liability [of the debtor] to the claimant[.]"  *In re Allegheny Int'l, Inc.*, 954 F.2d at 173-74; *see also In re Pinnacle Brands, Inc.*, 259 B.R. 46, 50 (Bankr. D. Del. 2001) (court upheld debtor's objection to creditor's proof of claim because creditor could not establish facts necessary to support *prima facie* claim against debtor).  For a proof of claim to be legally sufficient, it must:  (a) "be in writing;" (b) "make a demand upon the debtor's estate;" (c) "express the intent to hold the debtor liable for the debt;" (d) "be properly filed;" and (e) "be based upon facts [that] would allow, as a matter of equity . . . the document [to be] accepted as a proof of claim."  *First Nat'l Bank of Fayetteville, Ark. v. Circle J. Dairy, Inc.* (*In re Circle J Dairy, Inc.*), 112 B.R. 297, 299-300 (Bankr. W.D. Ark. 1990).  If a claim fails to comply with each of the foregoing requirements, it is not entitled to *prima facie* validity under Bankruptcy Rule 3001.  *Ashford v. Consolidated Pioneer Mortgage* (*In re Consolidated Pioneer Mortgage*), 178 B.R. 222, 226 (9th Cir. BAP 1995), *aff'd,* 91 F.3d 151 (9th Cir. 1996).  The burden of persuasion is on the holders of the No Debtor Claims to establish a valid claim against the Debtors.  By failing to identify any Debtor on their claim form

or any case number, these claimants have not, and cannot, meet that burden. *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 174 (3d Cir. 1992).

16. Furthermore, by comparing the information contained on the No Debtor Claims with the Debtors' schedules (including using combinations of the creditor's name and address, common abbreviations, and d/b/a and f/k/a information), the Debtors have confirmed that the Debtors' schedules do not reflect claims or amounts for claimants holding No Debtor Claims.

17. Because the No Debtor Claims fail to comply with the Bar Date Order's unambiguous direction that claims identify on the proof of claim form the case number and specific Debtor against which the claim is filed, and do not constitute valid *prima facie* claims, the Debtors request that the Court disallow and expunge in their entirety the No Debtor Claims on Exhibit A.

### Notice

18. No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Forty-Sixth Omnibus Objection to Claims, in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635], on: (i) each claimant listed on Exhibit A; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

19. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: September 24, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 200 W. MONROE PT LLC<br>C/O MB REAL ESTATE<br>ATTN: MICHELLE O. WIGMORE<br>230 W. MONROE<br>CHICAGO, IL 60606 | | | 01/14/2010 | 66101 | $4,415.12 | No Debtor Claim |
| 2 | 300 BUSINESS SOLUTIONS LLC<br>1716 W BYRON STREET<br>UNIT 300<br>CHICAGO, IL 60613 | | | 09/16/2009 | 13411 | $630.00 | No Debtor Claim |
| 3 | A B WYAND<br>14 GROVE TERRACE<br>LONDON, NW5 1PH<br>UNITED KINGDOM | | | 09/10/2009 | 11344 | $58,750.00 | No Debtor Claim |
| 4 | A-1 HEATING & COOLING, INC.<br>2342 AIRPORT ROAD<br>RIFLE, CO 81650 | | | 09/21/2009 | 25112 | $56,531.00 | No Debtor Claim |
| 5 | A.M. BEST COMPANY, INC.<br>AMBEST ROAD<br>OLDWICK, NJ 08858 | | | 09/04/2009 | 10424 | $150,000.00 | No Debtor Claim |
| 6 | ACCUITY, INC.<br>4709 WEST GOLF ROAD<br>SUITE 600<br>SKOKIE, IL 60076 | | | 09/19/2009 | 19583 | $42,000.00 | No Debtor Claim |
| 7 | ACTIV FINANCIAL SYSTEMS, INC.*<br>125 SOUTH WACKER DRIVE, SUITE 2325<br>CHICAGO, IL 60606 | | | 07/24/2009 | 6085 | $30,850.75 | No Debtor Claim |
| 8 | AD HOUSE INC<br>13 CLINTON PLACE<br>NEWARK, NJ 07108 | | | 07/27/2009 | 6389 | $5,000.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | ADULTS & CHILDREN WITH LEARNING & DEVELOPMENT DISABILITIES 807 SOUTH OYSTER BAY ROAD BETHPAGE, NY 11714 | | | 09/21/2009 | 25026 | $250.00 | No Debtor Claim |
| 10 | AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP) ROBERT L'INSALATA 1501 BROADWAY, SUITE 700 NEW YORK, NY 10036 | | | 09/10/2009 | 11335 | $45,678.62 | No Debtor Claim |
| 11 | AL BROOKS THEATRE TICKET AGENCY 900 WILSHIRE BLVD LOS ANGELES, CA 90017 | | | 08/04/2009 | 7327 | $18,811.00 | No Debtor Claim |
| 12 | ALEXANDER, DR. WONG KAI SANG 8 LANTANA AVENUE SINGAPORE, 277906 | | | 09/21/2009 | 25082 | $280,741.16 | No Debtor Claim |
| 13 | ALIER,MAX 2119 BRANCROFT PL NW WASHINGTON, DC | | | 09/18/2009 | 16047 | $12,500.00 | No Debtor Claim |
| 14 | ALLISON SMITH COMPANY 2284 MARIETTA BOULEVARD ATLANTA, GA 30318 | | | 07/20/2009 | 5651 | $4,453.17 | No Debtor Claim |
| 15 | ALTITUDE LANDSCAPE P.O. BOX 1882 EDWARDS, CO 81632 | | | 09/21/2009 | 24627 | $16,539.00 | No Debtor Claim |
| 16 | ALWAYS IN SEASON INC P.O BOX 271502 HOUSTON, TX 77277-1502 | | | 08/31/2009 | 9947 | $178.28 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | AMANN ESTABROOK CONSERVATION ASSOCIATES 435 HUDSON ST RM 200 NEW YORK, NY 100143962 | | | 07/16/2009 | 5466 | $541.88 | No Debtor Claim |
| 18 | AMERICAN RED CROSS MILLBURN 389 MILLBURN AVENUE MILLBURN, NJ 07041 | | | 07/20/2009 | 5603 | $160.00 | No Debtor Claim |
| 19 | AMSTER ROTHSTEIN & EBENSTEIN LLP 90 PARK AVENUE NEW YORK, NY 10016 | | | 09/16/2009 | 14404 | $9,367.00 | No Debtor Claim |
| 20 | ANOVA BUSINESS CENTER INC 2900 UNIVERSITY DRIVE CORAL SPRINGS, FL 33065 | | | 09/15/2009 | 12740 | $711.57 | No Debtor Claim |
| 21 | APPLIED MEDIA TECHNOLOGIES CORPORATION 4091 AMTC CENTER DRIVE CLEARWATER, FL 33764 | | | 08/14/2009 | 8274 | $597.00 | No Debtor Claim |
| 22 | ARCHIBUS, INC. 18 TREMONT STREET BOSTON, MA 02108 | | | 07/15/2009 | 5356 | $6,000.00 | No Debtor Claim |
| 23 | ARCHON SOLICITORS MARTIN HOUSE 5 MARTIN LANE LONDON, EC4R 0DP UNITED KINGDOM | | | 08/27/2009 | 9497 | Undetermined | No Debtor Claim |
| 24 | ARETE RESEARCH LLC 3 POST OFFICE SQUARE 7TH FLOOR BOSTON, MA 02109 | | | 07/27/2009 | 6262 | $47,200.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 25 ARMORGROUP NIGERIA LIMITED<br>22 RAYMOND NJOKU STREET<br>IKOYI LAGOS<br>IKOYI<br>LAGOS STATE NIGERIA,<br>NIGERIA | | | 08/26/2009 | 9468 | $6,615.00 | No Debtor Claim |
| 26 ATLANTIC FORMS AND SYSTEMS, INC.<br>181 WEST OLD COUNTRY ROAD<br>HICKSVILLE, NY 11801 | | | 07/20/2009 | 5634 | $994.36 | No Debtor Claim |
| 27 AUDIO INC<br>170-172 WEST WESTFIELD AVE<br>ROSELLE PARK, NJ 07204 | | | 09/18/2009 | 18295 | $1,135.66 | No Debtor Claim |
| 28 AWG CHARTER SERVICES<br>4740 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89103 | | | 09/14/2009 | 12088 | $3,162.00 | No Debtor Claim |
| 29 AWS TRUEWIND LLC<br>463 NEW KARNER ROAD<br>ALBANY, NY 12205 | | | 07/24/2009 | 6077 | $23,500.00 | No Debtor Claim |
| 30 BANKRUPTCY CREDITORS SVC INC<br>P.O.BOX 559<br>FREDERICK, MD 21705-0559 | | | 07/27/2009 | 6326 | $360.00 | No Debtor Claim |
| 31 BARNETT ASSOCIATES, INC<br>61 HILTON AVENUE<br>GARDEN CITY, NY 11530 | | | 07/20/2009 | 5685 | $30,000.00 | No Debtor Claim |
| 32 BELL NUNNALLY & MARTIN, LLP<br>3232 MCKINNEY AVE. SOUTH<br>DALLAS, TX 75204 | | | 07/16/2009 | 5405 | $2,527.96 | No Debtor Claim |
| 33 BENNETT, CHARLES L<br>1606 SPENCER AVENUE<br>WILMETTE, IL 60091 | | | 09/18/2009 | 18956 | $310.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | BERKMAN, WILLIAM C/O ASSOCIATED PARTNERS, LP 1230 AVENUE OF THE AMERICAS, SUITE 8C NEW YORK, NY 10020-1513 | | | 09/09/2009 | 11010 | $65,590.15 | No Debtor Claim |
| 35 | BERRIOS, EVELYN 424 GRAND CONCOURSE BRONX, NY 10451 | | | 08/17/2009 | 8363 | Undetermined | No Debtor Claim |
| 36 | BEST, ROYSTON GREGORY THE STABLES, HOUBLONS HILL, COOPERSALE, EPPING ESSEX, CM167QL UNITED KINGDOM | | | 09/21/2009 | 25334 | $1,000,000.00 | No Debtor Claim |
| 37 | BEZIRK UNTERFRANKEN BEZIRKSTAGSPRASIDENT HERRN ERWIN DOTZEL SILCHERSTR. 5 97074 WURZBURG, GERMANY | | | 08/05/2009 | 7398 | $14,527,443.20* | No Debtor Claim |
| 38 | BILLYBEY FERRY COMPANY, LLC 115 RIVER ROAD SUITE 120 EDGEWATER, NJ 07020 | | | 08/03/2009 | 7171 | $3,965.25 | No Debtor Claim |
| 39 | BLAKES KINGSTON SMITH & PARTNERS 105 ST PETERS STREET HERTFORDSHIRE, AL1 3EJ UNITED KINGDOM | | | 07/31/2009 | 6891 | Undetermined | No Debtor Claim |
| 40 | BOILERMAKER-BLACKSMITH NATL PENSION TR 754 MINNESOTA AVENUE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9807 | $208,180.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9814 | $901,898.00 | No Debtor Claim |
| 42 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9815 | $849,418.00 | No Debtor Claim |
| 43 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9817 | $684,508.00 | No Debtor Claim |
| 44 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9868 | $802,988.00 | No Debtor Claim |
| 45 | BOSTON HARBOR HOTEL 70 ROWES WHARF BOSTON, MA 02110 | | | 09/14/2009 | 12181 | $15,311.37 | No Debtor Claim |
| 46 | BOSTON IRISH WOLFHOUNDS RUGBY 7 HEREWARD ROAD ROOM 108 NEWTON CENTRE, MA 02459 | | | 08/31/2009 | 9919 | $1,000.00 | No Debtor Claim |
| 47 | BOVE, RICHARD J. (TRUSTEE) TRUST FBO VICTORIA B VALLELY 1828 SPRUCE STREET PHILADELPHIA, PA 19103-6006 | | | 08/07/2009 | 7688 | $500,000.00 | No Debtor Claim |
| 48 | BOWNE INTERNATIONAL LTD ONE LONDON WALL LONDON, EC2Y 5AF UNITED KINGDOM | | | 09/21/2009 | 33515 | $34,647.30 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | BP ERGO LTD<br>DGP HOUSE LTD,<br>3RD FLOOR, 88C<br>OLD PRABHADEVI ROAD,<br>MUMBAI, MH 400025<br>INDIA | | | 09/03/2009 | 10171 | Undetermined | No Debtor Claim |
| 50 | BRACEWELL & GIULIANI LLP<br>SOUTH TOWER PENNZOIL PLACE<br>711 LOUISIANA, SUITE 2900<br>HOUSTON, TX 77002 | | | 07/29/2009 | 6573 | $283,100.37 | No Debtor Claim |
| 51 | BREAKAWAY COURIER BOSTON, INC.<br>ATTN TOM CROMWELL<br>59 TEMPLE PLACE, SUITE 1014<br>BOSTON, MA 02111 | | | 07/13/2009 | 5300 | $45.36 | No Debtor Claim |
| 52 | BREHENEY, MICHAEL J<br>3 MISSION WAY<br>BARNEGAT, NJ 08005 | | | 07/15/2009 | 5386 | $4,526.00 | No Debtor Claim |
| 53 | BRITISH LIBRARY, THE<br>ACCOUNTS RECEIVABLE<br>BOSTON SPA<br>WETHERBY, LS23 7BQ<br>UNITED KINGDOM | | | 07/20/2009 | 5766 | $1,081.00 | No Debtor Claim |
| 54 | BROADRIDGE INVESTOR COMM<br>SOLUTIONS INC<br>P.O. BOX 23487<br>NEWARK, NJ 07189 | | | 07/30/2009 | 6711 | $2,520.11 | No Debtor Claim |
| 55 | BROMLEY BY BOW CENTRE<br>ST. LEONARD'S STREET<br>BROMLEY BY BOW<br>LONDON, E3 3BT<br>UNITED KINGDOM | | | 07/23/2009 | 6018 | $8,940.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 56 | CACCAVELLI, MARC 507 STURBRIDGE COURT FLEMINGTON, NJ 08822 | | | 07/20/2009 | 5609 | $2,215.00 | No Debtor Claim |
| 57 | CAPITAL CHASE 97 ELSPETH ROAD LONDON, SW11 1DP UNITED KINGDOM | | | 09/18/2009 | 19186 | $60,000.00 | No Debtor Claim |
| 58 | CHESTER BOYD LTD NUMBER 1 LINDSAY ST SMITHFIELD LONDON, EC1A 9HP UNITED KINGDOM | | | 08/24/2009 | 9074 | $14,319.13 | No Debtor Claim |
| 59 | COMMONWEALTH OF PENNSYLVANIA TSY DEPT  TUITION AC PROGRAM C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31834 | $195.93 | No Debtor Claim |
| 60 | COMMONWELTH OF PA PUBLICA SCHOOLS RETIREMENT SYSTEM C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31833 | $979.66 | No Debtor Claim |
| 61 | CRIM PO BOX 195387 SAN JUAN, 00919-5387 PUERTO RICO | | | 07/27/2009 | 6780 | $225,243.61 | No Debtor Claim |

**OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | CUTRO, ROBERT A AND DYAN C CUTRO JTWROS 25 SUTTON PLACE SOUTH APT. #3-J NEW YORK CITY, NY 10022 | | | 09/21/2009 | 24454 | $83,200.00 | No Debtor Claim |
| 63 | DAV-EL RESERVATIONS SYSTEM, INC. 200 SECOND STREET CHELSEA, MA 02150-1802 | | | 09/21/2009 | 24929 | $87,937.88 | No Debtor Claim |
| 64 | E-FELLOWS.NET SATTLERSTR. 1 MUNICH, 80331 GERMANY | | | 08/19/2009 | 8741 | $8,400.00 | No Debtor Claim |
| 65 | EUROMONITOR INTERNATIONAL 60-61 BRITTON STREET LONDON LONDON, EC1M 5UX UNITED KINGDOM | | | 07/17/2009 | 5541 | $6,435.50 | No Debtor Claim |
| 66 | EVEN-ZOHAR, REBECCA & EVEN-ZOHAR, YEHUDA 81 IRVING PLACE / 9D NEW YORK, NY 10003 | | | 09/18/2009 | 17618 | Undetermined | No Debtor Claim |
| 67 | GENERAL MOTORS/GMIM-1 C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31824 | $587.80 | No Debtor Claim |
| 68 | GEORGIA FIREFIGHTERS PENSION FUND C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31822 | $195.93 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | GIFFUNI, MATTHEW 353 E 83RD ST, #23H NEW YORK, NY 10028 | | | 09/22/2009 | 26562 | $22,210.00 | No Debtor Claim |
| 70 | GRAHAM, RICHARD D. 341 PINETREE DR NE ATLANTA, GA 30305 | | | 09/01/2009 | 9996 | $83,427.50 | No Debtor Claim |
| 71 | HAN, SHANDONG 3-6-3-705 KIBA KOTO-KU, 13 135-0042 JAPAN | | | 08/18/2009 | 8664 | Undetermined | No Debtor Claim |
| 72 | HONG KONG DELIVERY COMPANY LTD 7/F CHEUNG HING FACTORY BLDG 12P SMITHFIELD HONG KONG, HONG KONG | | | 09/14/2009 | 12478 | Undetermined | No Debtor Claim |
| 73 | INFERENTIAL FOCUS, INC 200 MADISON AVENUE NEW YORK, NY 10016 | | | 07/21/2009 | 5838 | $300,000.00 | No Debtor Claim |
| 74 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | | | 08/17/2009 | 8599 | $289.90 | No Debtor Claim |
| 75 | IRAGORRI, JULIAN 66 NINTH AVENUE 5E NEW YORK, NY 10011 | | | 07/31/2009 | 6910 | $97,247.80 | No Debtor Claim |
| 76 | IRAGORRI, JULIAN PORTER HOUSE CONDOMINIUM 66 9TH AVENUE, APT 5E NEW YORK, NY 10011 | | | 07/31/2009 | 6911 | $32,792.50 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 77 IRAGORRI, JULIAN<br>66 9TH AVENUE 5E<br>NEW YORK, NY 10011 | | | 07/31/2009 | 6912 | $50,000.00 | No Debtor Claim |
| 78 JEYDEL, PATRICIA K.<br>616 SOUTH ORANGE AVE APT 4L<br>MAPLEWOOD, NJ 07040-1040 | | | 09/15/2009 | 12739 | $8,750.00 | No Debtor Claim |
| 79 MCKINLEY, MORGAN<br>WELLINGTON HOUSE<br>125 THE STRAND<br>LONDON, WC2R 0AP<br>UNITED KINGDOM | | | 07/23/2009 | 5992 | $195,102.00 | No Debtor Claim |
| 80 MELTZER, ROSALIE<br>22 SAGAMORE DRIVE<br>PLAINVIEW, NY 11803 | | | 07/27/2009 | 6376 | $24,889.11 | No Debtor Claim |
| 81 MITRE HOUSE PUBLISHING LTD<br>PO BOX 29<br>SOUTH PETHERTON, TA13 5WE<br>UNITED KINGDOM | | | 08/28/2009 | 9680 | $0.00 | No Debtor Claim |
| 82 PALI INTERNATIONAL<br>6 DUKE STREET<br>ST JAMES<br>LONDON, SW1 6BN<br>UNITED KINGDOM | | | 09/19/2009 | 19635 | $34,158.10 | No Debtor Claim |
| 83 QUINN, PATRICIO<br>OLAZABAL 1382 - CAPITAL FEDERAL<br>, 1428<br>ARGENTINA | | | 09/14/2009 | 12565 | $22,408.29 | No Debtor Claim |
| 84 RAMSEY, PETER<br>97 PINE GROVE AVE<br>SUMMIT, NJ 07901 | | | 08/28/2009 | 9624 | $137,696.00 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | RIVAS, PEDRO E.<br>BONNETT, FAIRBOURN, FRIEDMAN &<br>BALINT, P.C.<br>ANDREW STEVEN FRIEDMAN<br>2901 N. CENTRAL<br>PHOENIX, AZ 85012 | | | 09/18/2009 | 17628 | $132,938.54 | No Debtor Claim |
| 86 | SANDERS, ROBERT M.<br>500 BUFFALO ROAD<br>MANSFIELD, LA 71052 | | | 07/31/2009 | 6842 | $8,992.88 | No Debtor Claim |
| 87 | SCHAEFER, MARY C.<br>3330 FELICITY DR<br>CINCINNATI, OH 45211-5903 | | | 07/28/2009 | 6546 | $5,000.00 | No Debtor Claim |
| 88 | SCOTT'S FLOWERS<br>ATTN:PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | | 07/16/2009 | 5415 | $4,495.39 | No Debtor Claim |
| 89 | SCOTT'S FLOWERS<br>ATTN: PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | | 07/16/2009 | 5416 | $7,052.74 | No Debtor Claim |
| 90 | SCOTT'S FLOWERS INC.<br>PAUL DIAZ<br>15 WEST 37TH ST<br>NEW YORK, NY 10158 | | | 07/16/2009 | 5414 | $1,313.52 | No Debtor Claim |
| 91 | SEI LIBOR PLUS PORTFOLIOS<br>C/O HYPERION BROOKFIELD ASSET<br>MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31820 | $587.80 | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 92 | SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS ATTN: MARK WILKINSON 9801 RENNER BOULEVARD LENEXA, KS 66219 | | | 08/17/2009 | 8519 | $4,736,312.70 | No Debtor Claim |
| 93 | STANISLAO, SUZANNE D 10 RIDGEVIEW TERRACE GOSHEN, NY 10924 | | | 07/31/2009 | 6892 | $1,023.15 | No Debtor Claim |
| 94 | STICHTING PENSIONFONDS ABP C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31819 | $881.70 | No Debtor Claim |
| 95 | STRICKLAND, STEVEN R. 236 WEST PORTAL AVENUE, #559 SAN FRANCISCO, CA 94127-1423 | | | 07/22/2009 | 5916 | Undetermined | No Debtor Claim |
| 96 | SUDO, YASUKO 7000 BLVD EAST APT 41J GUTTERBERG, NJ 07093-4856 | | | 09/15/2009 | 12952 | $38,135.00 | No Debtor Claim |
| 97 | TESLUK, THOMAS 925 OENOKE RIDGE ROAD NEW CANAAN, CT 06840 | | | 08/24/2009 | 9188 | $50,000.00 | No Debtor Claim |
| 98 | TREASURER OF THE STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION ATTN: ADAM ALSTOTT, LEGAL COUNSEL 1 WEST OLD STREET CAPITOL PLAZA SPRINGFIELD, IL 62701-0210 | | | 09/17/2009 | 15165 | $26,170.02* | No Debtor Claim |

## OMNIBUS OBJECTION 46: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 99 | TRILANTIC CAPITAL PARTNERS III LP C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE NEW YORK, NY 10022 | | | 09/22/2009 | 27658 | Undetermined | No Debtor Claim |
| 100 | UDELHOFEN, MARY F. 200 WYNDEMERE CIR APT #322W WHEATON, IL 60187-2449 | | | 09/03/2009 | 10324 | $0.00 | No Debtor Claim |
| 101 | UT INVESTMENT MGMT CORP. C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31817 | $195.93 | No Debtor Claim |
| 102 | WOHLEBER, ROBERT 21 STARBOARD COURT MIRAMAR BEACH, FL 32550-4904 | | | 09/14/2009 | 12216 | $65,590.15 | No Debtor Claim |
| 103 | ZPR INTERNATIONAL INC. 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY, FL 32763 | | | 07/28/2009 | 6530 | $216,000.00 | No Debtor Claim |
| | | | | | TOTAL | $27,549,043.80 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                          :      **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
                                                               :
                                     **Debtors.**      :      **(Jointly Administered)**
----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

Upon the forty-sixth omnibus objection to claims, dated September 24, 2010 (the "Forty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], disallowing and expunging the No Debtor Claims on the grounds that such claims fail to comply with the Bar Date Order and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Forty-Sixth Omnibus Objection to Claims; and due and proper notice of the Forty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Forty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Forty-Sixth Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Forty-Sixth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Forty-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Debtor Claims") are disallowed and

expunged with prejudice; and it is further

ORDERED that the Debtors have adjourned to the next omnibus hearing date (or

as may be further adjourned by the Debtors) the Forty-Sixth Omnibus Objection to Claims with

respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Debtor Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Forty-Sixth

Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2010
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE