WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Shai Y. Waisman  

Attorneys for Debtors  
and Debtors in Possession  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

------------------------------------------------------------------x  
                                                                    :  
In re                                                               :  Chapter 11 Case No.  
                                                                    :  
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :  08-13555 (JMP)  
                                                                    :  
              Debtors.                                              :  (Jointly Administered)  
                                                                    :  
------------------------------------------------------------------x  

### NOTICE OF ESTABLISHMENT OF HEARING DATES FOR CLAIMS MATTERS PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 (the "Second Amended Case Management Order") [Docket No. 9635], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following hearing dates and times for claims matters in the above-captioned cases:

**January 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**March 3, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**March 31, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**April 28, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**June 2, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**June 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing claims hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: September 27, 2010
       New York, New York

    /s/ Shai Y. Waisman
    Shai Y. Waisman

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession