UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR AUTHORIZATION
## TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion dated September 7, 2010 (the "Motion") of Lehman Brothers Special Financing Inc. ("LBSF"), as debtor and debtor-in-possession (together with Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, the "Debtors"), pursuant to section 365(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (i) authorizing LBSF's rejection of the contracts listed on Exhibit A annexed hereto, including all transactions thereunder (the "Contracts"), and (ii) approving procedures for any claims that may be asserted against the Debtors as a result of such rejection, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each counterparty (the "Counterparty") and trustee (the "Trustee") to the Contracts; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held on the Motion on September 22, 2010; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Contracts are hereby rejected; and it is further

ORDERED that the Debtors shall have the option to deliver to each Counterparty within ten (10) business days of the date hereof a statement that describes in reasonable detail the calculations used to determine the damages arising under the applicable Contract as a result of the LBSF's rejection (the "Damages Calculation"); and it is further

ORDERED that if the Debtors do not deliver a Damages Calculation within ten (10) days of the date hereof or a Counterparty disputes the amount of damages set forth in the Damages Calculation, such Counterparty shall be required to file a proof of claim in compliance with the terms of the Bar Date Order[1] for damages arising under the Contract by no later than thirty (30) days after the date hereof; provided, however, that if a Counterparty has already

---

[1] Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof, and Approving the Proof of Claim Form, entered on July 2, 2009 [Docket No. 4271] (the "Bar Date Order").

timely filed a proof of claim in compliance with the Bar Date Order for damages arising under such Contract, such Counterparty does not need to file an additional proof of claim to dispute the amount of the damages set forth in the Damages Calculation or in the event that the Debtors do not deliver a Damages Calculation; and it is further

ORDERED that if a Counterparty (a) timely filed a proof of claim in accordance with the Bar Date Order or (b) timely files a proof of claim no later than thirty (30) days from the date hereof, then (i) such Counterparty and the Debtors will each have the ability to assert all rights in respect of claims arising under the applicable Contract and (ii) any party in interest will have the right to object to such proofs of claim arising under the Contract; and it is further

ORDERED that if the Debtors timely deliver a Damages Calculation and a Counterparty does not timely file, or has not already timely filed, a proof of claim in compliance with the terms established by the Bar Date Order for damages arising under the Contract, then such Counterparty will be deemed to have an allowed general unsecured claim against LBSF in the amount set forth in the Damages Calculation delivered to the Counterparty by the Debtors (subject to the treatment of such claims under a confirmed chapter 11 plan for the Debtors), and the Counterparty will have no right to assert any other claims or claim amounts under the Contract against any Debtor; and it is further

ORDERED that if the Debtors do not timely deliver a Damages Calculation and a Counterparty did not timely file a proof of claim in accordance with the Bar Date Order and does not timely file a proof of claim in compliance with the terms of the Bar Date Order no later than thirty (30) days from the date hereof, then such Counterparty will not be allowed any claim against the Debtors in respect of the Contract; and it if further

ORDERED that the 30-day deadline to file a proof of claim related to the

rejection of the Contracts as provided in this Order may be extended by the Debtors in their sole discretion in writing; and it is further

ORDERED that, pursuant to Bankruptcy Rules 6006(g) and 9014, the rejection by the Debtors of each Contract constitutes a separate contested matter, and any objection, stay or appeal with respect to a particular Contract or Contracts shall not affect the applicability or finality of this Order with respect to the other Contracts covered hereby; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       September 27, 2010

                                            *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**(Schedule of Contracts)**

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 1 | Alhambra Redevelopment Agency (072403ALHALBSF) | BNY Western Trust Company | Alhambra Redevelopment Agency, City of Alhambra<br>111 South First Street<br>Alhambra, California  91801<br>Attn:  Julio Fuentes, City Manager<br><br>BNY Western Trust Company<br>700 S. Flower Street, Suite 500<br>Los Angeles, Ca  90017<br>Attn:  Jackie Nowak | Reserve Fund Agreement, dated August 6, 2003, related to $38,070,000 Industrial Redevelopment Project, as Amended 2003, Refunding Tax Allocation Bonds | 5/01/2020 |
| 2 | Allen Academy (082703ALLELBSF) | U.S. Bank National Association | Allen Academy<br>c/o First Independence National Bank<br>44 Michigan Avenue<br>Detroit, MI 48226<br>Attn:  Jim Blanks<br><br>U.S. Bank National Association<br>60 Livingston Avenue - EPMNWS3T<br>St. Paul, MN 55107-2292<br>Attn:  Corporate Trust Department, Paul Sathe | Reserve Fund Agreement, dated September 15, 2003, related to $9,500,000 Full Term Certificates of Participation, Series 2003 | 6/01/2033 |
| 3 | Asbury Place (091200ASBPLBSF) | Chase Manhattan Trust Company, N.A. | Asbury Place<br>One Glass Street<br>Carnegie, PA 15106<br>Attn: Chairman<br><br>Chase Manhattan Trust Company, N. A.<br>One Oxford Center, Suite 119<br>Pittsburgh, PA 15219<br>Attn: Corporate Trust Department, Kent Christian | Reserve Fund Agreement, dated September 20, 2000, related to $4,570,000 Adjustable Rate Demand Revenue Refunding Bonds, Series A of 2000 | 12/01/2026 |
| 4 | Asbury Villas (091200ASBVLBSF) | Chase Manhattan Trust Company, N.A. | Asbury Villas<br>One Glass Street<br>Carnegie, PA 15106<br>Attn: Chairman<br><br>Chase Manhattan Trust Company, N. A.<br>One Oxford Center, Suite 119<br>Pittsburgh, PA 15219<br>Attn: Corporate Trust Department, Kent Christian | Reserve Fund Agreement, dated September 20, 2000, related to $11,765,000  Adjustable Rate Demand Revenue Bonds, Series B of 2000 | 12/01/2030 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 5 | Bon Secours Health System, Inc. (70893BSHSLBSF) | Wells Fargo Bank, N.A., as successor to Wells Fargo Bank Minnesota, N. A., as successor to Norwest Bank Minnesota, N.A. | Bon Secours Health System, Inc. 1505 Marriottsville Road Marriottsville, MD 21104 Attn: Chief Financial Officer<br><br>Norwest Bank Minnesota, N. A. 11000 Broken Land Parkway Columbia, MD 21044 Attn: Corporate Trust Services | Debt Service Deposit Agreement, dated February 6, 1998 and amended September 28, 2005, related to $21,005,000 Health Care Revenue and Refunding Bonds, Series 1997 (Bon Secours Health System) | 8/15/2013 |
| 6 | Brethren Village (011508BRETLBSF) | Fulton Financial Advisors, N.A. | Brethren Village 3001 Lititz Pike Lancaster, Pennsylvania 17606 Attn: Pamela S. Formica, VP Finance<br><br>Fulton Financial Advisors, N.A. Corporate Trust One Penn Square Lancaster, PA 17602 Attn: Stuart W. Juppenlatz, Vice President | Debt Service Deposit Agreement, dated January 28, 2008, $122,715,000 Revenue Bonds (Brethren Village Project), Series A of 2008 | 7/01/2040 |
| 7 | Bucks County Water and Sewer Authority (122093BCWSLBSF) | First Union National Bank | Bucks County Water and Sewer Authority 1275 Almshouse Road Warrington, PA 18976 Attn: Arthur J. Hass<br><br>First Union National Bank 123 S. Broad Street (PA 1249) Philadelphia, PA 19109 Attn: Corporate Trust Department - Terry McPoyle | Reserve Fund Agreement, dated June 16, 1999, related to Water System Water Revenue Bonds (all series issued and outstanding on June 16, 1999) | 11/25/2019 |
| 8 | Bucks County Water and Sewer Authority (122093BCWSLBSF) | First Union National Bank | Bucks County Water and Sewer Authority 1275 Almshouse Road Warrington, PA 18976 Attn: Arthur J. Hass<br><br>First Union National Bank 123 S. Broad Street (PA 1249) Philadelphia, PA 19109 Attn: Corporate Trust Department - Terry McPoyle | Reserve Fund Agreement, dated June 16, 1999, related to Neshaminy Interceptor Sewer System Sewer Revenue Bonds (all series issued and outstanding on June 16, 1999) | 11/25/2019 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 9 | Bucks County Water and Sewer Authority (122093BCWSLBSF) | First Union National Bank | Bucks County Water and Sewer Authority<br>1275 Almshouse Road<br>Warrington, PA 18976<br>Attn: Arthur J. Hass<br><br>First Union National Bank<br>123 S. Broad Street (PA 1249)<br>Philadelphia, PA 19109<br>Attn: Corporate Trust Department - Terry McPoyle | Reserve Fund Agreement, dated June 16, 1999, related to Collection Sewer System Sewer Revenue Bonds (all series issued and outstanding on June 16,1999) | 11/25/2019 |
| 10 | California Lutheran University (111204CLULBSF) | Union Bank of California, N.A. | California Lutheran University<br>60 West Olsen Road, Suite 1290<br>Thousand Oaks, CA<br>91360-2700<br>Attn: VP for Administration and Finance<br><br>Union Bank of California, NA<br>120 South San Pedro Street, 4th Floor<br>Los Angeles, CA 90012<br>Attn: Corporate Trust Division, Vivian Savedra | Reserve Fund Agreement, dated November 16, 2004, related to $27,915,000 of Revenue Bonds (California Lutheran University) Series 2004C | 10/01/2029 |
| 11 | Catholic Health East (020398CATHLBSF) | JP Morgan Trust Company, National Association | Catholic Health East<br>14 Campus Boulevard, Suite 300<br>Newtown Square, PA 19073-3277<br>Attn: VP, Financial Services<br><br>JP Morgan Trust Company, National Association<br>c/o JP Morgan Chase Bank<br>Chase Tower Houston, Suite 1150<br>600 Travis St.<br>Houston, TX 77002<br>Attn: Institutional Trust Services | Reserve Fund Agreement, dated January 14, 2005, related to $60,625,000 of Health System Revenue Bonds Catholic Health East Issue, Series 2004B | 11/15/2014 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 12 | Catholic Health East (063009LE11LBSF) | JP Morgan Trust Company, National Association | Catholic Health East<br>14 Campus Boulevard, Suite 300<br>Newtown Square, PA 19073-3277<br>Attn: VP, Financial Services<br><br>JP Morgan Trust Company, National Association<br>c/o JP Morgan Chase Bank<br>Chase Tower Houston, Suite 1150<br>600 Travis St.<br>Houston, TX 77002<br>Attn: Institutional Trust Services | Reserve Fund Agreement, January 14, 2005, related to $18,450,000 of Health System Revenue Bonds Catholic Health East Issue, Series 2004C | 11/15/2014 |
| 13 | Catholic Healthcare West (063009LE12LBSF) | The Bank of New York Trust Company, N.A. | Catholic Healthcare West<br>185 Berry Street, Suite 300<br>San Francisco, CA 94107<br>Attention: Jesse Bean, VP Treasury Services<br><br>The Bank of New York Trust Company, N.A.<br>550 Kearny Street, Suite 600<br>San Francisco, CA 94108-2527<br>Attention: Corporate Trust Department | Reserve Fund Agreement, dated December 2, 2004, related to $41,630,000 of Nevada Health Facility Revenue Bonds (Catholic Healthcare West) 2004 Series A | 07/01/2024 |
| 14 | Catholic Healthcare West (063009LE13LBSF) | The Bank of New York Trust Company, N.A. | Catholic Healthcare West<br>185 Berry Street, Suite 300<br>San Francisco, CA 94107<br>Attention: Jesse Bean, VP Treasury Services<br><br>The Bank of New York Trust Company, N.A.<br>550 Kearny Street, Suite 600<br>San Francisco, CA 94108-2527<br>Attention: Corporate Trust Department | Reserve Fund Agreement, dated December 2, 2004, related to $29,100,000 of Health Facility Revenue Bonds (Catholic Healthcare West) 2004 Series G | 07/01/2023 |
| 15 | Catholic Healthcare West (063009LE14LBSF) | J.P. Morgan Trust Company, National Association | Catholic Healthcare West<br>185 Berry Street, Suite 300<br>San Francisco, CA 94107<br>Attention: Jesse Bean, VP Treasury Services<br><br>J.P. Morgan Trust Company, National Association<br>660 South Mill Avenue, Floor 4<br>Tempe, AZ 85281<br>Attention: Institutional Trust Services, Mark Krietemeyer | Reserve Fund Agreement, dated December 2, 2004, related to $175,000,000 of Health Facility Revenue Bonds (Catholic Healthcare West) 2004 Series B | 07/01/2029 |

A:\ORDER GRANTING REJECTION MOTION.DOC                4

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 16 | Catholic Healthcare West (063009LE15LBSF) | The Bank of New York Trust Company, N.A. | Catholic Healthcare West<br>185 Berry Street, Suite 300<br>San Francisco, CA 94107<br>Attention: Jesse Bean, VP Treasury Services<br><br>The Bank of New York Trust Company, N.A.<br>550 Kearny Street, Suite 600<br>San Francisco, CA 94108-2527<br>Attention: Corporate Trust Department | Reserve Fund Agreement, dated December 2, 2004, related to $100,000,000 of Health Facility Revenue Bonds (Catholic Healthcare West), 2004 Series H and I | 07/01/2026 |
| 17 | Catholic Healthcare West (063009LE16LBSF) | J.P. Morgan Trust Company, National Association | Catholic Healthcare West<br>185 Berry Street, Suite 300<br>San Francisco, CA 94107<br>Attention: Jesse Bean, VP Treasury Services<br><br>J.P. Morgan Trust Company, National Association<br>660 South Mill Avenue, Floor 4<br>Tempe, AZ 85281<br>Attention: Institutional Trust Services, Mark Krietemeyer | Reserve Fund Agreement, dated December 2, 2004, related to $85,570,000 Health Facility Revenue Bonds (Catholic Healthcare West) 2004 Series A | 07/01/2026 |
| 18 | City of Big Bear Lake, CA (081296CBBLLBSF) | Union Bank of California, N.A. | City of Big Bear Lake, California<br>Dept of Water and Power<br>41972 Garstin Drive<br>Big Bear Lake, CA 92315-1929<br>Attn: General Manager<br><br>Union Bank of California, N.A.<br>120 South San Pedro Street, Fourth Floor<br>Los Angeles, CA 90012<br>Attn: Corporate Trust Department | Debt Service Reserve Fund Agreement Guaranteed Yield Structure, dated December 18, 1996, related to Department of Water and Power 1996 Water Revenue Refunding Bonds and 1992 Water Revenue Refunding Bonds | 4/01/2022 |
| 19 | City of Pittsburg Public Financing Authority (031706CITYLBSF) | The Bank of New York Trust Company, N.A. | City of Pittsburg Public Financing Authority<br>c/o City of Pittsburg<br>65 Civic Avenue<br>Pittsburg, CA 94565<br>Attn: Director of Finance<br><br>The Bank of New York Trust Company, N.A.<br>550 Kearny Street, Suite 600<br>San Francisco, CA 94108-2527<br>Attention: Corporate Trust Department-Milly Canessa | Reserve Fund Agreement, dated March 23, 2006, related to $38,350,000 Water Revenue Bonds, Series 2005 | 5/22/2035 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 20 | City of Roseville, California (010506ROSELBSF) | The Bank of New York Trust Company, N.A. | City of Roseville<br>311 Vernon Street<br>Roseville, CA 95678<br>Attn: Russ Branson<br><br>The Bank of New York Trust Company, N.A.<br>550 Kearny Street, Suite 600<br>San Francisco, CA 94108-2527<br>Attention: Corporate Trust Department | Reserve Fund Agreement, dated January 12, 2006, related to $21,720,000 of North Roseville Community Facilities District No. 1, Special Tax Refunding Bonds, Series 2005 | 09/01/2020 |
| 21 | City of Vancouver Washington Downtown Redevelopment Authority (121903VANCLBSF) | U.S. Bank National Association | City of Vancouver Washington Downtown Redevelopment Authority<br>PO Box 1995<br>Vancouver, WA 98668-1995<br>Attn: Executive Director<br><br>U.S. Bank National Association<br>555 SW Oak Street, PD-OR-P6TD<br>Portland, OR 97204<br>Attn: Linda McConkey | Reserve Fund Forward Purchase and Sale Agreement, dated December 1, 2003, related to Conference Center Project Senior Revenue Bonds, Series 2003A and Subordinate Revenue Bonds, Series 2003B | 1/01/2034 |
| 22 | Clara Martin Center (090506CLARLBSF) | Chittenden Trust Company | Clara Martin Center<br>11 Main Street<br>Randolph, VT 05060<br>Attn: AJ Horvath, Chief Financial Officer<br><br>Chittenden Trust Company<br>Two Burlington Square<br>P.O. Box 820<br>Burlington, VT 05402-0820<br>Attn: Institutional Trust Services | Reserve Fund Agreement, dated September 14, 2006, related to $13,310,000 Vermont Educational and Health Buildings Financing Authority (Developmental and Mental Health Services Acquisition Pool) Series 2006A | 8/15/2026 |
| 23 | Coffee Regional Medical Center, Inc. (120304COFFLBSF) | Suntrust Bank | Coffee Regional Medical Center, Inc.<br>1101 Ocilla Road<br>Douglas, GA 31534-1287<br><br>Suntrust Bank<br>Corporate Trust Division<br>25 Park Place, 24th Floor<br>Atlanta, GA 30303-2900<br>Attn: George Hogan | Reserve Fund Agreement, dated December 9, 2004, related to $38,485,000 of Revenue Refunding Certificates (Coffee Regional Medical Center, Inc. Project), Series 2004 | 12/01/2026 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 24 | County of Dupage, Illinois (050605DUPGLBSF) | LaSalle Bank National Association | The County of DuPage, Illinois<br>421 North County Farm Road<br>Wheaton, IL  60187<br>Attn:  Fred Backfield, CFO<br><br>LaSalle Bank National Association<br>135 S. LaSalle Street, Suite 1960<br>Chicago, IL  60603<br>Attn:  Kristine Brutsman | Stabilization Fund Agreement, dated May 24, 2005, related to $85,630,000  Transportation Revenue Refunding Bonds Series 2005 | 1/04/2021 |
| 25 | Covenant Medical Center, Inc. (032504CMCILBSF) | U.S. Bank National Association | Covenant Medical Center, Inc.<br>515 North Michigan<br>Saginaw, Michigan  48602<br>Attn:  Chief Financial Officer<br><br>U.S. Bank National Association<br>535 Griswold Street, Suite 550<br>Detroit, MI  48226<br>Attn:  Corporate Trust Department, Jim Kowalski | Reserve Fund Agreement, date April 7, 2004, related to $37,435,000  Hospital Revenue Refunding Bonds Series 2004G | 7/01/2023 |
| 26 | District of Columbia (091495DOCLBSF) | Norwest Bank Minnesota, N.A. | District of Columbia<br>Office of the Chief Financial Officer<br>Office of Finance and Treasury<br>One Judiciary Square<br>441 4th Street, NW, Suite 360 North<br>Washington, D.C. 20001<br>Attn: Deputy Chief Financial Officer and Treasurer<br><br>Norwest Bank Minnesota, N.A.<br>11000 Broken Land Parkway<br>Columbia, MD 21044<br>Attn:  Corporate Trust Department,  Debra S. Taylor | Reserve Fund Agreement, dated December 7, 1999, related to $11,00,000  James F. Oyster Elementary School PILOT Revenue Bonds, Series 1999 | 11/01/2034 |
| 27 | Douglas County Housing Authority (110703DOUGLBSF) | Wells Fargo Bank, N.A. | Douglas County Housing Authority<br>5404 N. 107th Plaza<br>Omaha, NE 68134<br>Attn:  Executive Director<br><br>Wells Fargo Bank Nebraska, N.A.<br>1248 "O" Street, 4th Floor<br>Lincoln, NE 68501-2408<br>Attn:  Corporate Trust Department- Richard K. "Chip" DeBuse | Reserve Fund Agreement, dated 11/20/2003 and amended 5/01/2007, related to $5,785,000 Housing Revenue Refunding Bonds (Orchard Gardens Project) Series 2007 | 10/01/2024 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 28 | Elwyn, Inc. (063009LE28LBSF) | J.P. Morgan Trust Company, N.A. | Elwyn, Inc.<br>111 Elwyn Road<br>Elwyn, PA 19063<br>Attn: Vice President – Finance<br><br>J.P. Morgan Trust Company, National Association<br>One Liberty Plaza<br>1650 Market Street, 47th Floor<br>Philadelphia, PA 19103<br>Attn: Corporate Trust - Beth Ann MacDonald | Reserve Fund Agreement, dated April 15, 2005, related to $26,055,000 Federally Taxable Variable Rate Revenue Bonds, Series B of 2005 (Elwyn, Inc. Project) | 6/01/2020 |
| 29 | Elwyn, Inc. (032105ELWYLBSF) | J.P. Morgan Trust Company, N.A. | Elwyn, Inc.<br>111 Elwyn Road<br>Elwyn, PA 19063<br>Attn: Vice President – Finance<br><br>J.P. Morgan Trust Company, National Association<br>One Liberty Plaza<br>1650 Market Street, 47th Floor<br>Philadelphia, PA 19103<br>Attn: Corporate Trust - Beth Ann MacDonald | Reserved Fund Agreement, dated April 15, 2005, related to $8,825,000 Fixed Rate Revenue Bonds Series A of 2005 (Elwyn, Inc. Project) | 6/01/2022 |
| 30 | Health Care and Rehabilitation Services of South Eastern Vermont Inc. (090506HEALLBSF) | Chittenden Trust Company | Health Care & Rehabilitation Services of Southeastern Vermont<br>One Hospital Court, Suite 410<br>Bellows Falls, VT 05101-1492<br>Attn: Hal Moore, Interim Chief Financial Officer<br><br>Chittenden Trust Company<br>Institutional Trust Services<br>Two Burlington Square<br>PO BOX 820<br>Burlington, VT 05402-0820<br>Attn: Institutional Trust Services | Reserve Fund Agreement, dated September 14, 2006, related to $13,310,000 Vermont Educational and Health Buildings Financing Agency (Development and Mental Health Services Acquisition Pool) Series 2006A | 8/15/2036 |

|    | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|----|---|---|---|---|---|
| 31 | Lackawanna River Basin Sewer Authority (092204LRBSLBSF) | Fidelity Deposit & Discount Bank | Lackawanna River Basin Sewer Authority<br>145 Boulevard Avenue<br>Throop, PA 18512<br>Attn: Executive Director<br><br>Fidelity Deposit and Discount Bank<br>Blakely & Drinker Street<br>Dunmore, PA 18512<br>Attn: Thomas Norek, Corporate Trust Administrator | Reserve Fund Agreement, dated September 22, 2004, related to $4,625,000 Lackawanna River Basin Sewer Authority, Lackawanna County, Pennsylvania Guaranteed Sewer Revenue Bonds, Series of 2004 | 9/01/2015 |
| 32 | Los Osos Community Services District (021903OSOSLBSF) | BNY Western Trust Company | Los Osos Community Services District<br>2122 9th Street<br>Los Osos, CA 93402<br>Attn: General Manager<br><br>BNY Western Trust Company<br>700 Flower Street, Suite 500<br>Los Angeles, CA 90017-4104<br>Attn: Corporate Trust Department - Jacki Nowak | Amended and Restated Reserve Fund Agreement, dated March 19, 2004, related to $17,990,000 Wastewater Assessment District No.1 Limited Obligation Improvement Bonds | 3/01/2032 |
| 33 | Munson-Williams-Proctor Institute (071000WWPILBSF) | Manufacturers and Traders Trust Company | Munson-Williams-Proctor Institute<br>310 Genesee Street<br>Utica, NY 13502<br>Attn: Vice President and Treasurer/ Tony Spiridigloizzi<br><br>Manufacturers and Traders Trust Company<br>One M&T Plaza, 7th Floor<br>Buffalo, NY 14203<br>Attn: Aaron McManus | Reserve Fund Agreement, dated July 14, 2000, related to $15,000,000 of Civic Facility Revenue Bonds (Munson-Williams-Proctor Institute Project), Series 1999A | 07/15/2029 |
| 34 | NFI Vermont, Inc. (090506NFIVLVAS) | Chittenden Trust Company | NFI Vermont, Inc.<br>30 Airport Rd<br>S. Burlington, VT 05403<br>Attn: Kathy Pettengill, Chief Financial Officer<br><br>Chittenden Trust Company<br>Two Burlington Square<br>P.O. Box 820<br>Burlington, VT 05402-0820<br>Attn: Institutional Trust Services | Reserve Fund Agreement, dated September 14, 2006, related to $13,310,000 Vermont Educational and Health Buildings Financing Authority (Developmental and Mental Health Services Acquisition Pool) Series 2006A | 8/15/2024 |

| | Counterparty (CP ID) | Trustee | Contact Information | Contract | Maturity Date |
|---|---|---|---|---|---|
| 35 | Northern Kentucky Water District (102301NORTLBSF) | Fifth Third Bank | Northern Kentucky Water District<br>100 Aqua Drive<br>PO BOX 41076<br>Cold Spring, KY 41076<br>Attn: Finance Director, Mr. Ron Brown<br><br>Fifth Third Bank<br>38 Fountain Square Plaza<br>Mail Stop 10AT60<br>Cincinnati, OH 45263<br>Attn: Corporate Trust Department, Keith Brock | Reserve Fund Agreement, dated October 26, 2001, related to Revenue Bonds Series 2001A | 2/01/2026 |
| 36 | Pacific University (092605PACILBSF) | Wells Fargo Bank, N.A. | Pacific University<br>2043 College Way<br>Forest Grove, OR 97116<br>Attn: Darlene Morgan<br><br>Wells Fargo Bank, NA<br>MAC P6101-114<br>1300 SW Fifth Ave. 11th Floor<br>Portland, OR 97201<br>Attn: Corporate Trust Department - Beth Moyer | Reserve Fund Agreement, dated November 4, 2005, related to $41,000,000 Campus Improvement and Refunding Bonds (Pacific University Project), Series 2005A (Tax Exempt), $5,625,000 Campus Improvement and Refunding Bonds (Pacific University Project), Series 2005B (Federally Taxable) | 5/01/2036 |
| 37 | Public Parking Authority of Pittsburgh (032400PIPALBSF) | Chase Manhattan Trust Company, National Association | Pittsburgh Parking Authority<br>232 Boulevard of the Allies<br>Pittsburgh, PA 15222-1616<br>Attn: Director of Finance / Steve M. Russo<br><br>Chase Manhattan Trust Company, National Association<br>One Oxford Centre<br>301 Grant Street, Suite 1100<br>Pittsburgh, PA 15219<br>Attn: Kevin Rockwell | Reserve Fund Agreement, dated April 19, 2000, related to Revenue Bonds, Series of 1992 | 12/01/2012 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 38 | Rhode Island Economic Development Corporation (063009LE66LBSF) | Citizens Bank of Rhode Island | Rhode Island Economic Development Corporation<br>One West Exchange Street<br>Providence, RI 02903<br>Attn: John Sheehan<br><br>Citizen Bank of Rhode Island<br>One Citizens Plaza<br>Providence, RI 02903<br>Attn: Corporate Trust Department, Jeffery Fletcher | Capital Reserve Fund Agreement, dated February 28, 2001, related to $35,175,000 of Revenue Note Obligations (Providence Place Mall Project) 2000 Senior Obligation Series and $5,645,000 of Revenue Note Obligations (Providence Place Mall Project), 2000 Subordinate Obligation Series | 06/30/2020 |
| 39 | Rhode Island Economic Development Corporation (061300PPMLLBSF) | Citizens Bank of Rhode Island | Rhode Island Economic Development Corporation<br>One West Exchange Street<br>Providence, RI 02903<br>Attn: John Sheehan<br><br>Citizen Bank of Rhode Island<br>One Citizens Plaza<br>Providence, RI 02903<br>Attn: Corporate Trust Department, Kathleen Caldwell Taddei | Reserve Fund Agreement, dated June 23, 2000, related to $35,175,000 of Revenue Note Obligations (Providence Place Mall Project) 2000 Senior Obligation Series and $5,645,000 of Revenue Note Obligations (Providence Place Mall Project) 2000 Subordinate Obligation Series | 06/30/2020 |
| 40 | Southeast Missouri State University (042302MISSLBSF) | None | Southeast Missouri State University<br>One University Plaza MS3200<br>Cape Girardeau, MO 63701<br>Attn: Kathy Mangels | Reserve Fund Agreement, dated May 1, 2002, related to $15,635,000 of Installment Payment Contract Certificates, Series 2002 | 3/29/2012 |
| 41 | Springhouse, Inc. (080498CBILBSF) | Chase Manhattan Bank | Springhouse, Inc.<br>44 Allandale Street<br>Jamaica Plain, MA 02130<br>Attn: Executive Director<br><br>The Chase Manhattan Bank<br>73 Tremont Street<br>Boston, MA 02108-3913<br>Attn: Corporate Trust Group, Don M. Iaccheri | Debt Service Reserve Fund Agreement, dated September 4, 1998, related to $19,335,000 First Mortgage Refunding Revenue Bonds, Springhouse, Inc. Project, Series 1998 | 7/01/2028 |

| | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|---|---|---|---|---|---|
| 42 | Summit Academy North (021803SUMMLBSF) | U.S. Bank N.A. | Summit Academy<br>30494 Olmstead<br>Flat Rock, MI 48134<br>Attn: Michael Witucki, Ed.D.<br><br>U.S. Bank National Association<br>180 E. 5th Avenue<br>St. Paul, MN 55101<br>Attn: Corporate Trust Department - Paul Sathe | Reserve Fund Agreement, dated March 11, 2003 (amended September 20, 2005), related to $27,465,000 Summit Academy Revenue and Refunding Bonds, Series 2005 | 7/01/2030 |
| 43 | The Children's Village (070302CHILLBSF) | The Bank of New York | The Children's Village<br>Dobbs Ferry, NY 18091<br>Attn: Frank Cavaliero<br><br>The Bank of New York<br>5 Penn Plaza, 16th Floor<br>New York, NY 10001<br>Attn: Glenn Kunak | Reserve Fund Agreement, dated June 28, 2002, related to $4,720,000 Civic Facilities Revenue Bonds Series 2002 A (The Children's Village Project) | 6/01/2022 |
| 44 | The City of Los Banos (040704LBANLBSF) | BNY Western Trust Company | The City of Los Banos<br>520 J Street<br>Los Banos, CA 93635<br>Attn: Director of Finance / Melinda Wall<br><br>BNY Western Trust Company<br>700 Flower Street<br>Suite 500<br>Los Angeles, CA 90017<br>Attn: Account Manager / Christina D Garchitorena | Reserve Fund Agreement, dated April 26, 2004, related to $5,680,000 of Revenue Refunding Certificates of Participation (1993 Sewer System Project) Series 2003 | 11/29/2019 |

|    | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|----|--------------------------|-------------|--------------------------|--------------|-------------------|
| 45 | The Elim Park Baptist Home, Inc. (82598EPBHLBSF) | State Street Bank and Trust Company | The Elim Park Baptist Home, Inc. c/o Wiggin & Dana One City Place 185 Asylum Street Hartford, CT  06103<br><br>State Street Bank and Trust Company of Connecticut Attn:  Dennis Fisher, Corporate Trust Division Tel: 860-244-1808 Fax: 860-244-1889 | Debt Service Reserve Fund Agreement - Guaranteed Yield Structure, dated August 26, 1998, related to $10,635,000 of First Mortgage Gross Revenue Health Care Project Refunding Bonds, Series 1998A (The Elim Park Baptist Home, Inc, Project) and $2,000,000 of Adjustable Rate First Mortgage Gross Revenue Health Care Project Refunding Bonds, Series 1998B (The Elim Park Baptist Home, Inc, Project) | 12/01/2018 |
| 46 | The Village at Germantown, Inc. (121903VILLLBSF) | Deutsche Bank National Trust Company | The Village at Germantown, Inc. c/o Methodist Healthcare 1211 Union Avenue Memphis, TN  38104 Attn:  President<br><br>Deutsche Bank National Trust Company 6810 Crumpler, Suite 100 Olive Branch, MS  38654 Attn:  Corporate Trust Department - Rick Hann | Reserve Fund Agreement, dated December 31, 2003, related  to $35,050,000 of Residential Care Facility Mortgage Revenue Bonds (The Village at Germantown) Series 2003A, $100,000 of Residential Care Facility Mortgage Revenue Bonds (The Village at Germantown) Series 2003B and $41,000,000 of Residential Care Facility Mortgage Revenue Bonds (The Village at Germantown) Series 2003C | 11/30/2013 |
| 47 | Triton Ocean State, LLC (101597RICWLBSF) | State Street Bank and Trust Company | Triton Ocean State LLC 1055 Washington Boulevard Stamford, CT 06901<br><br>State Street Bank and Trust Company Two International Place Boston, MA 02110 Attn:  Corporate Trust Division | Debt Service Reserve Fund Agreement Rolling Six Month Structure, dated October 31, 1997, related to the Debt Service Reserve Fund established under the Indenture Dated as of August 1, 1997 between Rhode Island Clean Water Finance Authority and State Street Bank and Trust Company | 8/31/2022 |

|    | **Counterparty (CP ID)** | **Trustee** | **Contact Information** | **Contract** | **Maturity Date** |
|----|---------------------------|-------------|--------------------------|---------------|--------------------|
| 48 | University Medical Center Corporation (101794UMCCLBSF) | Bank of America Arizona | University Medical Center  1501 North Campbell Avenue  Tucson, AZ 85724  Attn: Mr. Gregory A Pivirotto, CEO and Mr. Pitt R. Calkin, CFO    Bank of America Arizona  Corporate Trust Department 6300  101 North First Avenue  Suite 2000  Phoenix, AZ 85003  Attn: Audrey Adamic | Debt Service Deposit Agreement, dated November 22, 1994 and amended March, 31, 2004, related to Hospital Revenue Bonds, Series of 1993, originally issued in the aggregate amount of $54,750,000 and a portion of University Medical Center Corporation (Tuscon, Arizona) Hospital Revenue Bonds Series 2004, originally issed in the aggregate amount of $52,000,000 | 7/1/2016 |
| 49 | Val Verde Unified School District (080805VALVLBSF) | The Bank of New York Trust Company, N.A. | Val Verde Unified School District  975 West Morgan Street  Perris, CA 92751  Attn: Deputy Superintendent, Business Services    The Bank of New York Trust Company, N.A.  700 South Flower Street, Suite 500  Los Angeles, CA 90017  Attention: Corporate Trust Department | Reserve Fund Agreement, dated August 23, 2005, related to $65,630,000 of Certificates of Participation (Refunding and School Construction Project) 2005 Series B | 01/01/2035 |
| 50 | Washington County Mental Health (090506WASHLBSF) | Chittenden Trust Company | Washington County Mental Health  P.O. Box 647  Montpelier, VT 05601  Attn: Janice Guyette, Chief Financial Officer    Chittenden Trust Company  Two Burlington Square  P.O. Box 820  Burlington, VT 05402-0820  Attn: Institutional Trust Services | Reserve Fund Agreement, dated September 14, 2006, related to $13,310,000 Vermont Educational and Health Buildings Financing Authority (Developmental and Mental Health Services Acquisition Pool) Series 2006A | 8/15/2026 |