SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-7413
Facsimile: (212) 291-9689
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATION OF SERVICE**

I, Thomas John Wright, hereby certify that, on September 27, 2010, I served a true and correct copy of **Notice of Appearance of Co-Counsel and Request to Electronically Receive Notices**, dated September 17, 2010 [Docket No. 11438], via certified U.S. mail upon:

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

U.S. Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,

Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.
*Attorneys for the Creditors' Committee*

Dated: New York, New York
September 27, 2010

Respectfully submitted,

/s/ Thomas John Wright
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-7413
Facsimile: (212) 291-9689

*Attorney for Giants Stadium LLC*