WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

*Attorneys for Debtor*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>                                                        Debtor. | Chapter 11 Case<br>No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL
RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Shai Y. Waisman ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WGM"), hereby moves this Honorable Court to enter an order permitting Holly E. Loiseau, a partner at WGM, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. in the above-captioned proceedings pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, avers as follows:

1. Ms. Loiseau is a member in good standing of the Bar of the State of Maryland and the Bar of the District of Columbia.

2. In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Ms. Loiseau may file pleadings and appear and be heard in these proceedings.

4. No previous request for the relief sought herein has been made to this or any other court.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Holly E. Loiseau to appear *pro hac vice* in association with Movant as counsel to Lehman Brothers Holdings Inc. in the above-captioned proceedings.

Dated: New York, New York
September 28, 2010

/s/  Shai Y. Waisman
Shai Y. Waisman
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
Lehman Brothers Holdings Inc.

**EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Mailing Address:   Holly E. Loiseau
                   Weil Gotshal & Manges
                   1300 I Street, NW
                   Suite 900
                   Washington, DC 20005

E-mail:            holly.loiseau@weil.com

Telephone:         (202) 682-7000

Facsimile:         (202) 857-0940

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
       September 28, 2010

/s/ Holly E. Loiseau
Holly E. Loiseau
WEIL GOTSHAL & MANGES LLP
1300 I Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., <br><br> Debtor. | Chapter 11 Case <br> No. 08-13555 (JMP) <br><br> (Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Holly E. Loiseau, to represent Lehman Brothers Holdings Inc. in the above-captioned proceedings before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings had before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Holly E. Loiseau is permitted to appear *pro hac vice* as counsel to Lehman Brothers Holdings Inc. in the above-captioned proceedings, subject to the payment of the filing fee.

Dated: September ___, 2010
New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

4