KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Elise Scherr Frejka
Lauren M. Macksoud

*Attorneys for Chicago Mercantile Exchange Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF SUPPLEMENTAL OBJECTION OF CHICAGO MERCANTILE EXCHANGE TO CURE AMOUNTS IN CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that Chicago Mercantile Exchange Inc. and its subsidiaries and affiliates[1] (collectively "CME") hereby withdraw the Supplemental Objection of the Chicago Mercantile Exchange to Cure Amounts in Connection with the Assumption and Assignment of Contracts filed on October 3, 2008 (Docket No. 631).

      PLEASE TAKE FURTHER NOTICE that CME hereby withdraws that portion of the Reservation of Rights and Limited Objection of the Chicago Mercantile Exchange to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets filed on September 19, 2008 (Docket

---

[1] Including, but not limited to Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Board of Trade of the City of Chicago, Inc., CME Group Inc., and Commodity Exchange, Inc.

No. 185) (the "Reservation of Rights") only as it relates to cure costs payable to CME in connection with the assumption and assignment of contracts.

PLEASE TAKE FURTHER NOTICE that the portion of CME's Reservation of Rights related to: (i) Lehman Brothers Inc.'s ("LBI") withdrawal from membership and its obligations to CME; (ii) the transfer of LBI's membership interests to Barclays Capital Inc. ("Barclays") remaining subject to Barclay's agreement to observe the obligations of CME membership; and (iii) compliance with all applicable requirements of CME is not being withdrawn and CME continues to reserve all rights and remedies related to.

Dated: New York, New York
September 28, 2010

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Elise Scherr Frejka
Elise Scherr Frejka
Lauren M. Macksoud
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Chicago Mercantile Exchange Inc.*

KL2 2665257.1