UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Loomis Street, L.L.C. | Banco de Oro Unibank (formerly known as Banco De Oro Universal Bank) |
|---|---|
| Name of Transferee | Name of Transferor |
| $30,432,277.79 | 18898 |
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Loomis Street, L.L.C.
Address: c/o Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:


By: _____          Date: 9.29.10
Name: Jonathan Reisman
Title:   Counsel for Transferee

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Banco de Oro Unibank, Inc. (formerly known as Banco De Oro Universal Bank)

Banco de Oro Unibank, Inc. (formerly known as Banco De Oro Universal Bank), a company organized under the laws of the Philippines, with offices located at 18th Floor, South Tower, BDO Corporate Center, 7899 Makati Avenue, Makati City 0726, Philippines ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Purchase and Sale Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Loomis Street, L.L.C., its successors and assigns, with offices located at ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $30,432,277.79, docketed as Claim No. 18898 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24th day of September, 2010.

WITNESS:

(Signature) LUISITO S. SALAZAR
Name: First Vice President
Title:
(Print name and title of witness)

WITNESS: RUBY A. CHUA
First Vice President
(Signature)
Name:
Title:
(Print name and title of witness)

BANCO DE ORO UNIBANK, INC.

By: 
(Signature of authorized corporate officer)
Name: DALMACIO D. MARTIN
Title: SVP/Treasury Dept.
Tel.:

By:
(Signature of authorized corporate officer)
Name: PEDRO N. FLORESCIO III
Title: EVP & Treasurer
Tel.:

WITNESS:

(Signature)
Name: JAMES DAVID
Title: ANALYST
(Print name and title of witness)

LOOMIS STREET, L.L.C.

By:
(Signature of authorized corporate officer)
Name: Samuel Plimpton
Title: Managing Director
Tel.:

G:\AGREEMEN\Lehman Claims\Lehman Brothers Asia Holdings Limited (Lehman Brothers Asia) Banco de Oro (to JPM) to Loomis, 9.16.10TD; 31M Loans\Evidence of Transfer of Claim (Lehman Brothers Asia) Banco de Oro to Loomis, 9.16.10TD, 31M Loans.doc