UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                       :
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :        **08-13555 (JMP)**
                                                       :        **(Jointly Administered)**
            **Debtors.**                               :
                                                       :        **Ref. Docket Nos. 4271 & 11651**
------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On September 28, 2010, I caused to be served the:

    a.  "Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule
        3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form
        and Manner of Notice Thereof and Approving the Proof of Claim Form," dated July
        2, 2009 [Docket No. 4271], and

    b.  "Order Granting Motion for Authorization to Reject Certain Executory Contracts,"
        dated September 27, 2010 [Docket No. 11651],

    by causing true and correct copies to be:

    i.   delivered via facsimile to the party listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage-prepaid envelopes and delivered by overnight
         mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          _____
                                                          Eleni Kossivas

Sworn to before me this
29th day of September, 2010

_____
Notary Public


PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

T:\Clients\LBH\Affidavits\Bar Date Order, Order_DI 4271 & 11651_AFF_9-28-10.doc

# EXHIBIT A

| Name | Fax |
|---|---|
| STATE STREET BANK TRUST ATTN DENNIS FISHER | 212-436-1931 |

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALHAMBRA REDEVELOPMENT AGENCY, CITY OF ALHAMBRA | 111 SOUTH FIRST STREET ATTN: JULIO FUENTES, CITY MANAGER ALHAMBRA CA 91801 |
| ALLEN ACADEMY | C/O FIRST INDEPENDENCE NATIONAL BANK 44 MICHIGAN AVENUE ATTN: JIM BLANKS DETROIT MI 48226 |
| ASBURY PLACE | ONE GLASS STREET ATTN: CHAIRMAN CARNEGIE PA 15106 |
| ASBURY VILLAS | ONE GLASS STREET ATTN: CHAIRMAN CARNEGIE PA 15106 |
| BANK OF AMERICA ARIZONA | CORPORATE TRUST DEPARTMENT 6300 101 NORTH FIRST AVENUE SUITE 2000 ATTN: AUDREY ADAMIC PHOENIX AZ 85003 |
| BIG BEAR LAKE CA (CITY OF) | P.O. BOX 1929 BIG BEAR LAKE CA 92315 |
| BNY WESTERN TRUST COMPANY | 700 S. FLOWER STREET, SUITE 500 ATTN: JACKIE NOWAK LOS ANGELES CA 90017 |
| BNY WESTERN TRUST COMPANY | 700 FLOWER STREET SUITE 500 ATTN: ACCOUNT MANAGER / CHRISTINA D GARCHITORENA LOS ANGELES CA 90017 |
| BNY WESTERN TRUST COMPANY | 700 FLOWER STREET, SUITE 500 ATTN: CORPORATE TRUST DEPARTMENT – JACKI NOWAK LOS ANGELES CA 90017-4104 |
| BON SECOURS HEALTH SYSTEM, INC. | 1505 MARRIOTTSVILLE ROAD ATTN: CHIEF FINANCIAL OFFICER MARRIOTTSVILLE MD 21104 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE ATTN: PAMELA S. FORMICA, VP FINANCE LANCASTER PA 17606 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 1275 ALMSHOUSE ROAD ATTN: BENJAMIN W. JONES WARRINGTON PA 18976 |
| BUCKS COUNTY WATER AND SEWER AUTHORITY | 1275 ALMSHOUSE ROAD ATTN: ARTHUR J. HASS WARRINGTON PA 18976 |
| CALIFORNIA LUTHERAN UNIVERSITY | 60 WEST OLSEN ROAD, SUITE 1290 ATTN: VP FOR ADMINISTRATION AND FINANCE THOUSAND OAKS CA 91360-2700 |
| CATHOLIC HEALTH EAST | 14 CAMPUS BOULEVARD, SUITE 300 ATTN: VP, FINANCIAL SERVICES NEWTOWN SQUARE PA 19073-3277 |
| CATHOLIC HEALTHCARE WEST | 185 BERRY STREET, SUITE 300 ATTENTION: JESSE BEAN, VP TREASURY SERVICES SAN FRANCISCO CA 94107 |
| CHASE MANHATTAN TRUST COMPANY | NATIONAL ASSOCIATION ONE OXFORD CENTRE 301 GRANT STREET, SUITE 1100 ATTN: KEVIN ROCKWELL PITTSBURGH PA 15219 |
| CHASE MANHATTAN TRUST COMPANY, N. A. | ONE OXFORD CENTER, SUITE 119 ATTN: CORPORATE TRUST DEPARTMENT, KENT CHRISTIAN PITTSBURGH PA 15219 |
| CHITTENDEN TRUST COMPANY | TWO BURLINGTON SQUARE P.O. BOX 820 ATTN: INSTITUTIONAL TRUST SERVICES BURLINGTON VT 05402-0820 |
| CHITTENDEN TRUST COMPANY | INSTITUTIONAL TRUST SERVICES TWO BURLINGTON SQUARE PO BOX 820 ATTN: INSTITUTIONAL TRUST SERVICES BURLINGTON VT 05402-0820 |
| CITIZEN BANK OF RHODE ISLAND | ONE CITIZENS PLAZA ATTN: CORPORATE TRUST DEPARTMENT, JEFFERY FLETCHER PROVIDENCE RI 02903 |
| CITIZEN BANK OF RHODE ISLAND | ONE CITIZENS PLAZA ATTN: CORPORATE TRUST DEPARTMENT KATHLEEN CALDWELL TADDEI PROVIDENCE RI 02903 |
| CITY OF BIG BEAR LAKE, CALIFORNIA | DEPT OF WATER AND POWER 41972 GARSTIN DRIVE ATTN: GENERAL MANAGER BIG BEAR LAKE CA 92315-1929 |
| CITY OF PITTSBURG PUBLIC FINANCING AUTHORITY | C/O CITY OF PITTSBURG 65 CIVIC AVENUE ATTN: DIRECTOR OF FINANCE PITTSBURG CA 94565 |
| CITY OF ROSEVILLE | 311 VERNON STREET ATTN: RUSS BRANSON ROSEVILLE CA 95678 |
| CITY OF VANCOUVER WASHINGTON DOWNTOWN | REDEVELOPMENT AUTHORITY PO BOX 1995 ATTN: EXECUTIVE DIRECTOR VANCOUVER WA 98668-1995 |
| CLARA MARTIN CENTER | 11 MAIN STREET ATTN: AJ HORVATH, CHIEF FINANCIAL OFFICER RANDOLPH VT 05060 |
| COFFEE REGIONAL MEDICAL CENTER, INC. | 1101 OCILLA ROAD DOUGLAS GA 31534-1287 |
| COVENANT MEDICAL CENTER, INC. | 515 NORTH MICHIGAN ATTN: CHIEF FINANCIAL OFFICER SAGINAW MI 48602 |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | C/O VEOLIA WATER NORTH AMERICA – NORTHEA ATTN: JEFFREY L. LEVY, ESQ. 1115 W. CHESTNUT STREET, SUITE 303 BROCKTON MA 02301 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 6810 CRUMPLER, SUITE 100 ATTN: CORPORATE TRUST DEPARTMENT – RICK HANN OLIVE BRANCH MS 38654 |
| DISTRICT OF COLUMBIA | OFFICE OF THE CHIEF FINANCIAL OFFICER OFFICE OF FINANCE AND TREASURY ONE |

| Claim Name | Address Information |
| --- | --- |
| DISTRICT OF COLUMBIA | JUDICIARY SQUARE 441 4TH STREET, NW, SUITE 360 NORTH ATTN: DEPUTY CHIEF FINANCIAL OFFICER AND TREASURER WASHINGTON DC 20001 |
| DOUGLAS COUNTY HOUSING AUTHORITY | 5404 N. 107TH PLAZA ATTN: EXECUTIVE DIRECTOR OMAHA NE 68134 |
| ELWYN, INC. | 111 ELWYN ROAD ATTN: VICE PRESIDENT – FINANCE ELWYN PA 19063 |
| FIDELITY DEPOSIT AND DISCOUNT BANK | BLAKELY & DRINKER STREET ATTN: THOMAS NOREK, CORPORATE TRUST ADMINISTRATOR DUNMORE PA 18512 |
| FIFTH THIRD BANK | 38 FOUNTAIN SQUARE PLAZA MAIL STOP 10AT60 ATTN: CORPORATE TRUST DEPARTMENT, KEITH BROCK CINCINNATI OH 45263 |
| FIRST UNION NATIONAL BANK | 123 S. BROAD STREET (PA 1249) ATTN: CORPORATE TRUST DEPARTMENT – TERRY MCPOYLE PHILADELPHIA PA 19109 |
| FULTON FINANCIAL ADVISORS, N.A. | CORPORATE TRUST ONE PENN SQUARE ATTN: STUART W. JUPPENLATZ, VICE PRESIDENT LANCASTER PA 17602 |
| HEALTH CARE & REHABILITATION SERVICES | OF SOUTHEASTERN VERMONT ONE HOSPITAL COURT, SUITE 410 ATTN: HAL MOORE, INTERIM CHIEF FINANCIAL OFFICER BELLOWS FALLS VT 05101-1492 |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | ONE LIBERTY PLAZA 1650 MARKET STREET, 47TH FLOOR ATTN: CORPORATE TRUST – BETH ANN MACDONALD PHILADELPHIA PA 19103 |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | 660 SOUTH MILL AVENUE, FLOOR 4 ATTENTION: INSTITUTIONAL TRUST SERVICES MARK KRIETEMEYER TEMPE AZ 85281 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| JAMES E.SPIOTTO; ANNE E.ECKER; FRANKLIN H.TOP, III | CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FL. CHICAGO IL 60603 |
| JP MORGAN TRUST COMPANY, NATIONAL ASSOCIATION | C/O JP MORGAN CHASE BANK CHASE TOWER HOUSTON, SUITE 1150 600 TRAVIS ST. ATTN: INSTITUTIONAL TRUST SERVICES HOUSTON TX 77002 |
| KATHRYN D. SALLIE | RHODES & SINON LLP ONE S. MARKET SQ., 12TH FL P.O. BOX 1146 HARRISBURG PA 17108-1146 |
| LACKAWANNA RIVER BASIN SEWER AUTHORITY | 145 BOULEVARD AVENUE ATTN: EXECUTIVE DIRECTOR THROOP PA 18512 |
| LASALLE BANK NATIONAL ASSOCIATION | 135 S. LASALLE STREET, SUITE 1960 ATTN: KRISTINE BRUTSMAN CHICAGO IL 60603 |
| LOS OSOS COMMUNITY SERVICES DISTRICT | 2122 9TH STREET ATTN: GENERAL MANAGER LOS OSOS CA 93402 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ONE M&T PLAZA, 7TH FLOOR ATTN: AARON MCMANUS BUFFALO NY 14203 |
| MUNSON-WILLIAMS-PROCTOR INSTITUTE | 310 GENESEE STREET ATTN: VICE PRESIDENT AND TREASURER TONY SPIRIDIGLOIZZI UTICA NY 13502 |
| NFI VERMONT, INC. | 30 AIRPORT RD ATTN: KATHY PETTENGILL, CHIEF FINANCIAL OFFICER S. BURLINGTON VT 05403 |
| NORTHERN KENTUCKY WATER DISTRICT | 100 AQUA DRIVE PO BOX 41076 ATTN: FINANCE DIRECTOR, MR. RON BROWN COLD SPRING KY 41076 |
| NORWEST BANK MINNESOTA, N. A. | 11000 BROKEN LAND PARKWAY ATTN: CORPORATE TRUST SERVICES COLUMBIA MD 21044 |
| NORWEST BANK MINNESOTA, N.A. | 11000 BROKEN LAND PARKWAY ATTN: CORPORATE TRUST DEPARTMENT, DEBRA S. TAYLOR COLUMBIA MD 21044 |
| PACIFIC UNIVERSITY | 2043 COLLEGE WAY ATTN: DARLENE MORGAN FOREST GROVE OR 97116 |
| PITTSBURGH PARKING AUTHORITY | 232 BOULEVARD OF THE ALLIES ATTN: DIRECTOR OF FINANCE / STEVE M. RUSSO PITTSBURGH PA 15222-1616 |
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION | ONE WEST EXCHANGE STREET ATTN: JOHN SHEEHAN PROVIDENCE RI 02903 |
| SOUTHEAST MISSOURI STATE UNIVERSITY | ONE UNIVERSITY PLAZA MS3200 ATTN: KATHY MANGELS CAPE GIRARDEAU MO 63701 |
| SPRINGHOUSE, INC. | 44 ALLANDALE STREET ATTN: EXECUTIVE DIRECTOR JAMAICA PLAIN MA 02130 |
| STATE STREET BANK AND TRUST COMPANY | TWO INTERNATIONAL PLACE ATTN: CORPORATE TRUST DIVISION BOSTON MA 02110 |
| SUMMIT ACADEMY | 30494 OLMSTEAD ATTN: MICHAEL WITUCKI, ED.D. FLAT ROCK MI 48134 |
| SUMMIT ACADEMY NORTH | ATTN: BRIAN BEAUDRIE 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUNTRUST BANK | CORPORATE TRUST DIVISION 25 PARK PLACE, 24TH FLOOR ATTN: GEORGE HOGAN ATLANTA GA 30303-2900 |
| THE BANK OF NEW YORK | 5 PENN PLAZA, 16TH FLOOR ATTN: GLENN KUNAK NEW YORK NY 10001 |

| Claim Name | Address Information |
| --- | --- |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 700 SOUTH FLOWER STREET, SUITE 500 ATTENTION: CORPORATE TRUST DEPARTMENT LOS ANGELES CA 90017 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 550 KEARNY STREET, SUITE 600 ATTENTION: CORPORATE TRUST DEPARTMENT SAN FRANCISCO CA 94108-2527 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | 550 KEARNY STREET, SUITE 600 ATTENTION: CORPORATE TRUST DEPT-MILLY CANESSA SAN FRANCISCO CA 94108-2527 |
| THE CHASE MANHATTAN BANK | 73 TREMONT STREET ATTN: CORPORATE TRUST GROUP, DON M. IACCHERI BOSTON MA 02108-3913 |
| THE CHILDREN'S VILLAGE | ATTN: FRANK CAVALIERO DOBBS FERRY NY 18091 |
| THE CITY OF LOS BANOS | 520 J STREET ATTN: DIRECTOR OF FINANCE / MELINDA WALL LOS BANOS CA 93635 |
| THE COUNTY OF DUPAGE, ILLINOIS | 421 NORTH COUNTY FARM ROAD ATTN:  FRED BACKFIELD, CFO WHEATON IL 60187 |
| THE ELIM PARK BAPTIST HOME, INC. | C/O WIGGIN & DANA ONE CITY PLACE 185 ASYLUM STREET HARTFORD CT 06103 |
| THE VILLAGE AT GERMANTOWN, INC. | C/O METHODIST HEALTHCARE 1211 UNION AVENUE ATTN: PRESIDENT MEMPHIS TN 38104 |
| TIMOTHY PILLAR, VP | U.S. BANK NATIONAL ASSOCIATION EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| TIMOTHY PILLAR, VP | CORPORATE TRUST SERVICES U.S. BANK NATIONAL ASSOCIATION EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| TRITON OCEAN STATE LLC | 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| U.S. BANK NATIONAL ASSOCIATION | 535 GRISWOLD STREET, SUITE 550 ATTN: CORPORATE TRUST DEPARTMENT, JIM KOWALSKI DETROIT MI 48226 |
| U.S. BANK NATIONAL ASSOCIATION | 180 E. 5TH AVENUE ATTN: CORPORATE TRUST DEPARTMENT – PAUL SATHE ST. PAUL MN 55101 |
| U.S. BANK NATIONAL ASSOCIATION | 60 LIVINGSTON AVENUE – EPMNWS3T ATTN: CORPORATE TRUST DEPARTMENT, PAUL SATHE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | 555 SW OAK STREET, PD-OR-P6TD ATTN: LINDA MCCONKEY PORTLAND OR 97204 |
| UNION BANK OF CALIFORNIA, N.A. | 120 SOUTH SAN PEDRO STREET, FOURTH FLOOR ATTN: CORPORATE TRUST DEPARTMENT LOS ANGELES CA 90012 |
| UNION BANK OF CALIFORNIA, NA | 120 SOUTH SAN PEDRO STREET, 4TH FLOOR ATTN: CORPORATE TRUST DIVISION, VIVIAN SAVEDRA LOS ANGELES CA 90012 |
| UNIVERSITY MEDICAL CENTER | 1501 NORTH CAMPBELL AVENUE ATTN: MR. GREGORY A PIVIROTTO, CEO AND MR. PITT R. CALKIN, CFO TUCSON AZ 85724 |
| VAL VERDE UNIFIED SCHOOL DISTRICT | 975 WEST MORGAN STREET ATTN: DEPUTY SUPERINTENDENT, BUSINESS SERVICES PERRIS CA 92751 |
| WASHINGTON COUNTY MENTAL HEALTH | P.O. BOX 647 ATTN: JANICE GUYETTE, CHIEF FINANCIAL OFFICER MONTPELIER VT 05601 |
| WELLS FARGO BANK NEBRASKA, N.A. | 1248 "O" STREET, 4TH FLOOR ATTN: CORPORATE TRUST DEPARTMENT RICHARD K. "CHIP" DEBUSE LINCOLN NE 68501-2408 |
| WELLS FARGO BANK, NA | MAC P6101-114 1300 SW FIFTH AVE. 11TH FLOOR ATTN: CORPORATE TRUST DEPARTMENT – BETH MOYER PORTLAND OR 97201 |

**Total Creditor count  88**

STATE STREET BANK & TRUST CO
ATTN: DENNIS FISHER, CORPORATE TRUST DIVISION
225 ASYLUM STREET
HARTFORD, CT 06103-1516