## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Loomis Street, L.L.C.

Loomis Street, L.L.C., a limited liability company organized under the laws of the State of Delaware, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Purchase and Sale Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at Mail Code: NY1-E191, 4 New York Plaza – Floor 16, New York, New York 10004 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,000,000.00, docketed as Claim No. 18898 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). The Claim has been transferred to Seller as evidenced by Docket No. 11679 in the proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24th day of September, 2010.

WITNESS:

(Signature)
Name: JAMES DAVID
Title: ANALYST
(Print name and title of witness)

LOOMIS STREET, L.L.C.

By:
(Signature of authorized corporate officer)
Name: Samuel Plimpton
Title: Managing Director
Tel.:

WITNESS:

(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By:
(Signature of authorized corporate officer)
Name: David A. Martinez
Title: Authorized Signatory
Tel.: