B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re   Lehman Brothers Holdings, Inc.   ,   Case No.  08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lydian SPV Limited | Lydian Overseas Partners Master Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Lydian Asset Management L.P.
495 Post Road East
Westport, Connecticut 06880

Phone:  (203) 571-1310
Last Four Digits of Acct #: _____

Court Claim # (if known): 37405
Amount of Claim: $578,253.50

Date Claim Filed: 10/12/2009
Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ illegible signature      Date: 9/27/10
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

84471635v2

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re __Lehman Brothers Holdings, Inc.__ ,     Case No. _08-13555 (JMP)_

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 37405 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on _9/30/2010_ .

| **Lydian Overseas Partners Master Fund Ltd.**<br>Name of Alleged Transferor<br><br>Address of Transferor<br><br>   c/o Lydian Asset Management L.P.<br>   495 Post Road East<br>   Westport, Connecticut 06880 | **Lydian SPV Limited**<br>Name of Alleged Transferee<br><br>Address of Transferee<br><br>   c/o Lydian Asset Management L.P.<br>   495 Post Road East<br>   Westport, Connecticut 06880 |
|---|---|

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____     _____
                                                                               CLERK OF THE COURT

84471635v2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Lydian Overseas Partners Master Fund, located at c/o Lydian Asset Management L.P., 495 Post Road East, Westport, Connecticut 06880 ("**Transferor**") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lydian SPV Limited located at c/o Lydian Asset Management, 495 Post Road East, Westport, Connecticut 06880 ("**Transferee**") all right, title and interest in and to $578,253.50 of Transferor's net claim in the amount of $9,077,763.00 and such claim having been assigned claim number 37405 ("**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this partial assignment of the Claim as an unconditional assignment and Transferee as the valid owner thereof.

TRANSFEROR:
Lydian Overseas Partners Master Fund Ltd.

By: _[signature]_
Name: BRUCE GILLE
Title: AUTHORIZED SIGNATORY

TRANSFEREE
Lydian SPV Limited

By: _[signature]_
Name: BRUCE GILLE
Title: AUTHORIZED SIGNATORY

84471635v2

PAGE 17/39 * RCVD AT 9/27/2010 4:24:17 PM [Eastern Daylight Time] * SVR:NYC-US-FAX-01/11 * DNIS:5665 * CSID: * DURATION (mm-ss):10-16