Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08-13555 (JMP)    JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| C.V.I G.V.F. (Lux) Master S.a.r.l. | Banco Popular Espanol S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 35431
Amount of Claim: $11,880,752.01
Date Claim Filed: 9-28-09

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David Short__    Date: __September 30, 2010__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Ch-11 LEHMAN BROTHERS OTC DERIVATIVES, INC. <br><br> Debtor | Case No. 08-13893 <br><br> Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Banco Popular Español, S.A. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $11,880,752.01 | 35431 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | C.V.I. G.V.F. (Lux) Master S.a.r.l. | ASSIGNOR: | Banco Popular Español S.A. |
| Address: | c/o CarVal Investors UK Limited | Address: | Administracion de Tesoreria |
| | Knowle Hill Park | | Attn: Mr. Carlos Vivas Sotillos and |
| | Fairmile Lane | | Mr. Marcos Subies Alvarez |
| | Cobham | | C/ Jose Ortega Y Gasset 29, 1A Planta |
| | Surrey KT11 2PD | | Madrid 28006 |
| | United Kingdom | | Spain |

BY CARVAL INVESTORS UK LIMITED

Signature: _____     Signature: _____
Name: DAVID SHORT                       Name: Carlos Vivas         Marcos Subies
Title: OPERATIONS MANAGER                Title: Authorised Signatory   Authorised Signatory
Date: _____           Date: _____

DOC ID-11085171.2

