Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom

To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK

Courtroom 601
**The Chambers of The Honorable James M Peck**
One Bowling Green
New York
New York 10004

Thursday 23 September 2010

Dear Sir

Lehman Brothers Holdings Inc

Chapter 11 Case No 08-13555 (JMP)

Hearing at 10.00am on October 27, 2010

Claim 34469 - Amount $15,200.00

OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)

I am writing to request to join the hearing by telephone for the above named case. I am representing myself, Mrs Sarah M Filbee, of 107 Maze Hill, London SE108XQ, United Kingdom. I am participating in this hearing in order to OBJECT to the motion to disallow my claims numbered 34468 and 34469. Please see enclosed copies of letters sent to your offices of today's date.

My telephone number is +44 208 8587189

Please do not hesitate to call me on should you wish to discuss this matter with me in advance of the Court Hearing.

Yours sincerely

Sarah Filbee ACA CTA



RECEIVED SEP 24 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom

To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK

| Courtroom 601<br>**The Chambers of The Honorable James M Peck**<br>One Bowling Green<br>New York<br>New York 10004 | Attn: Shai Waisman Esq<br>**Weil Gottshal & Manges LLP**<br>767 Fifth Avenue<br>New York<br>New York 10153 |
|---|---|
| Attn: Andy Velez-Rivera Esq., Paul Schwartzberg Esq., Brian Masumoto Esq., Linda Riffkin Esq., Tracy Hope Davis Esq.,<br>**Office of the United States Trustee for the Southern District of New York**<br>33 Whitehall Street<br>21st Floor<br>New York<br>New York 10004 | Attn: Dennis F Dunne Esq., Dennis O'Donnell Esq., Evan Fleck Esq.,<br>**Millbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York<br>New York 10005 |

Thursday 23 September 2010

Dear Sir/Madam

**Lehman Brothers Holdings Inc**

**Chapter 11 Case No 08-13555 (JMP)**

**Claim 34468 amount $3,045.00**

**OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

I, Sarah M Filbee, of 107 Maze Hill London SE108XQ United Kingdom, hereby give notice that I OBJECT to the notice dated 13 September 2010 on the grounds that I have been unfairly disadvantaged compared to the then current employees of Lehman Brothers in London and that also during the month leading up to the Bar Date I gave birth and had an emergency caesarean for which I was in recovery.

1) The debt of $3,045 relates to employment income. This sum relates to an award in 2000 as part of a Firm wide initiative to give each employee below Vice President an interest in a Private Equity Fund, named the Lehman Brothers Partnership Account. Please see documents already filed on www.lehman-docket.com. This debt should be entitled to priority reimbursement.

2) During the period of notice to make a claim I was giving birth (5 August 2009) and in hospital following a caesarean section operation. I had no time to read through the vast volumes of documentation which were delivered to me during this time.

3) In early September 2009 I became aware that the documents may apply to my situation, despite no assistance or guidance from any Lehman Brothers source. I note at this point that all current employees of Lehman Brothers International Europe were being given advice relating to what to file exactly. All ex-employees of Lehman Brothers were therefore severely disadvantaged at this time.

4) I decided to make a claim based on the 'heresay' of several employees in London, that this "might" apply to employment related income. I therefore posted my claim on Tuesday 15 September 2009. I was told by the Post Office employee who handled my letter that there was no method to guarantee delivery within a time frame, but that normal delivery times to New York were 3-4 Business Days. This would have been easily within the time frame stated by the Court. It is therefore entirely unfortunate and unexpected that my claim appears to have been not received at the offices until 23 September 2009. Please provide evidence that this claim was not received in the building of Epiq Bankruptsy Solutions on 22 September 2009.

Please note that I will be acting for myself and I will represent myself at the hearing on 27 October 2010 by telephone from the UK. I have attached to this letter a copy of my letter requesting permission from Judge James Peck in order to do so.

Please do not hesitate to call me on +44 208 8587189 should you wish to discuss this matter with me.

Yours sincerely

Sarah Filbee ACA CTA

Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom

**To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK**

| Courtroom 601 **The Chambers of The Honorable James M Peck** One Bowling Green New York New York 10004 | Attn: Shai Waisman Esq **Weil Gottshal & Manges LLP** 767 Fifth Avenue New York New York 10153 |
|---|---|
| Attn: Andy Velez-Rivera Esq., Paul Schwartzberg Esq., Brian Masumoto Esq., Linda Riffkin Esq., Tracy Hope Davis Esq., **Office of the United States Trustee for the Southern District of New York** 33 Whitehall Street 21st Floor New York New York 10004 | Attn: Dennis F Dunne Esq., Dennis O'Donnell Esq., Evan Fleck Esq., **Millbank, Tweed, Hadley & McCloy LLP** 1 Chase Manhattan Plaza New York New York 10005 |

Thursday 23 September 2010

Dear Sir/Madam

**Lehman Brothers Holdings Inc**

**Chapter 11 Case No 08-13555 (JMP)**

**Claim 34469**

**Amount $15,200.00**

**OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

**I, Sarah M Filbee, of 107 Maze Hill London SE108XQ United Kingdom, hereby give notice that I OBJECT to the notice dated 13 September 2010 on the grounds that I have been unfairly disadvantaged compared to the then current employees of Lehman Brothers in London and that also during the month leading up to the Bar Date I gave birth and had an emergency caesarean for which I was in recovery.**

1) The debt of $15,200 is deferred employment income. This sum relates to contingent stock awards from December 2003 every year through to and including December 2007, as part of the annual compensation award process. Please see documents already filed on www.lehman-docket.com. This debt should be entitled to priority reimbursement.

2) During the period of notice to make a claim I was giving birth (5 August 2009) and in hospital following a caesarean section operation. I had no time to read through the vast volumes of documentation which were delivered to me during this time.

3) In early September 2009 I became aware that the documents may apply to my situation, despite no assistance or guidance from any Lehman Brothers source. I note at this point that all current employees of Lehman Brothers International Europe were being given advice relating to what to file exactly. All ex-employees of Lehman Brothers were therefore severely disadvantaged at this time.

4) I decided to make a claim based on the 'heresay' of several employees in London, that this "might" apply to employment related income. I therefore posted my claim on Tuesday 15 September 2009. I was told by the Post Office employee who handled my letter that there was no method to guarantee delivery within a time frame, but that normal delivery times to New York were 3-4 Business Days. This would have been easily within the time frame stated by the Court. It is therefore entirely unfortunate and unexpected that my claim appears to have been not received at the offices until 23 September 2009. Please provide evidence that this claim was not received in the building of Epiq Bankruptsy Solutions on 22 September 2009.

Please note that I will be acting for myself and I will represent myself at the hearing on 27 October 2010 by telephone from the UK. I have attached to this letter a copy of my letter requesting permission from Judge James Peck in order to do so.

Please do not hesitate to call me on +44 208 8587189 should you wish to discuss this matter with me in advance of the Court Hearing.


Yours sincerely


*[signature]*


Sarah Filbee ACA CTA