Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom



RECEIVED
SEP 2 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK

| Courtroom 601<br>**The Chambers of The Honorable James M Peck**<br>One Bowling Green<br>New York<br>New York 10004 | Attn: Shai Waisman Esq<br>**Weil Gottshal & Manges LLP**<br>767 Fifth Avenue<br>New York<br>New York 10153 |
|---|---|
| Attn: Andy Velez-Rivera Esq., Paul Schwartzberg Esq., Brian Masumoto Esq., Linda Riffkin Esq., Tracy Hope Davis Esq.,<br>**Office of the United States Trustee for the Southern District of New York**<br>33 Whitehall Street<br>21st Floor<br>New York<br>New York 10004 | Attn: Dennis F Dunne Esq., Dennis O'Donnell Esq., Evan Fleck Esq.,<br>**Millbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York<br>New York 10005 |

Thursday 23 September 2010

Dear Sir/Madam

> **Lehman Brothers Holdings Inc**
>
> **Chapter 11 Case No 08-13555 (JMP)**
>
> **Claim 34469**
>
> **Amount $15,200.00**
>
> **OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

**I, Sarah M Filbee, of 107 Maze Hill London SE108XQ United Kingdom, hereby give notice that I OBJECT to the notice dated 13 September 2010 on the grounds that I have been unfairly disadvantaged compared to the then current employees of Lehman Brothers in London and that also during the month leading up to the Bar Date I gave birth and had an emergency caesarean for which I was in recovery.**

1) The debt of $15,200 is deferred employment income. This sum relates to contingent stock awards from December 2003 every year through to and including December 2007, as part of the annual compensation award process. Please see documents already filed on www.lehman-docket.com. This debt should be entitled to priority reimbursement.

2) During the period of notice to make a claim I was giving birth (5 August 2009) and in hospital following a caesarean section operation. I had no time to read through the vast volumes of documentation which were delivered to me during this time.

3) In early September 2009 I became aware that the documents may apply to my situation, despite no assistance or guidance from any Lehman Brothers source. I note at this point that all current employees of Lehman Brothers International Europe were being given advice relating to what to file exactly. All ex-employees of Lehman Brothers were therefore severely disadvantaged at this time.

4) I decided to make a claim based on the 'heresay' of several employees in London, that this "might" apply to employment related income. I therefore posted my claim on Tuesday 15 September 2009. I was told by the Post Office employee who handled my letter that there was no method to guarantee delivery within a time frame, but that normal delivery times to New York were 3-4 Business Days. This would have been easily within the time frame stated by the Court. It is therefore entirely unfortunate and unexpected that my claim appears to have been not received at the offices until 23 September 2009. Please provide evidence that this claim was not received in the building of Epiq Bankruptsy Solutions on 22 September 2009.

Please note that I will be acting for myself and I will represent myself at the hearing on 27 October 2010 by telephone from the UK. I have attached to this letter a copy of my letter requesting permission from Judge James Peck in order to do so.

Please do not hesitate to call me on +44 208 8587189 should you wish to discuss this matter with me in advance of the Court Hearing.


Yours sincerely

*[signature]*


Sarah Filbee ACA CTA

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000036810 |
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS INC | Case No. of Debtor<br>08 - 13555 (JMP) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000034469 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS S

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000036810******<br>FILBEE, SARAH M<br>107 MAZE HILL<br>GREENWICH<br>LONDON, GT LON SE108XQ<br>UNITED KINGDOM<br><br>Telephone number: +44 7740028395    Email Address: SFILBEE@BTINTERNET.COM | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| --- | --- |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. Amount of Claim as of Date Case Filed: $ __304 shares @ $50 = $15 200__

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: __CONTINGENT STOCK AWARDS  (LEAVER)__
   (See instruction #2 on reverse side.) __CRYSTALISING IN 2008/2009__

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

Amount entitled to priority:

$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 2 3 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS
## Executive Compensation Summary
### SARAH M. FILBEE

### EQUITY AWARDS

| Grant Date | Plan | Shares Granted | Number of Shares | Status | Share Payment Date |
|---|---|---|---|---|---|
| December 10, 2003 | LBSAP | 141.94 | 106.46 | Limited Conditions | November 30, 2008 |
| | | | 28.38 | Full Conditions | November 30, 2008 |
| | | | 7.10 | Not Entitled | N/A |
| December 9, 2004 | LBSAP | 62.54 | 46.90 | Limited Conditions | May 31, 2009 |
| | | | 9.36 | Full Conditions | May 31, 2009 |
| | | | 6.28 | Not Entitled | N/A |
| November 30, 2005 | LBSAP | 124.16 | 93.12 | Limited Conditions | May 31, 2009 |
| | | | 12.40 | Full Conditions | May 31, 2009 |
| | | | 18.64 | Not Entitled | N/A |
| December 8, 2006 | LBSAP | 119.94 | 119.94 | Not Entitled | N/A |
| December 7, 2007 | LBSAP | 12.28 | 12.28 | Not Entitled | N/A |
| | Dividend Reinvestment | 9.17 | 5.99 | Limited Conditions | Various |
| | | | 1.48 | Full Conditions | Various |
| | | | 1.70 | Not Entitled | N/A |
| | Total Shares Granted: | | 470.03 | | |
| | Total Shares Not Entitled: | | 165.94 | | |
| | Total Shares Outstanding: | | 304.09 | | |

**2003 - 2005 LBSAP:** Shares of common stock, which represent the principal portion (75% of your award), will be issued to you at the earlier of (1) the fifth anniversary of the grant date or (2) the end of the fiscal quarter one year following your termination date, provided you do not engage in Detrimental Activity through the share payment date. You may also be entitled to receive a pro-rata portion of the discount (based on the number of full years of service you complete after the grant date), provided you do not engage in Competitive Activity or Detrimental Activity through the share payment date.

**2006 - 2007 LBSAP:** Per the provisions of the program, as a result of your voluntary termination, you are not entitled to receive this award.

**Dividend Reinvestment:** Until your CSAs convert to common stock, if dividends are declared, you will receive dividend equivalents. Your dividend equivalents will be automatically reinvested as additional CSAs. The CSAs you receive as dividend equivalents will be subject to the same conditions as the underlying CSAs to which they relate. In the event the underlying CSAs are forfeited, the related dividend reinvested CSAs will also be forfeited.

*Disposition of shares assumes a voluntary termination to a non-competitor on 12 March 2008.*

**NOTE: ALL TERMS AND CONDITIONS OF THE AWARDS ARE SUBJECT TO THE APPLICABLE CONTROLLING PLAN DOCUMENTS, INCLUDING BUT NOT LIMITED TO YOUR CONTINGENT STOCK AWARD LETTER, THE EMPLOYEE INCENTIVE PLAN, THE EMPLOYEE INCENTIVE PLAN PROSPECTUS, THE 2005 STOCK INCENTIVE PLAN, AND THE 2005 STOCK INCENTIVE PLAN PROSPECTUS.**

Prepared on 22 February 2008



Post Office Ltd.
Your Receipt

Trafalgar Road
191 Trafalgar Road

London
Greater London
SE10 9EQ

Date and Time:      15/09/2009 14:28
Session Prefix:          2-5025988
Dest:                United States
Quantity:                        1
Weight:                   0.060 kg

Airsure Letter               £6.32


Total Cost of Services       £6.32

Posted after Last Collection?  No
Conditions Accepted?          Yes

Barcode: LY50102313468

DESTINATION ADDRESS
Building Name or Number   Postcode
FDR STATION P.O.BOX 5076  NY 10150-5076
Address Validated?        N

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
            CONDITIONS

Standard Compensation. For lost
  or damaged items, compensation
up to 100 times the price of a basic
weight 1st Class stamp will only be
paid with this receipt. To claim,
call 08457 740 740 or pick up a form
    at a Post Office branch.

    This is not a VAT receipt
           Thank You

Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom


To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK

Courtroom 601
**The Chambers of The Honorable James M Peck**
One Bowling Green
New York
New York 10004


Thursday 23 September 2010

Dear Sir

**Lehman Brothers Holdings Inc**

**Chapter 11 Case No 08-13555 (JMP)**

**Hearing at 10.00am on October 27, 2010**

**Claim 34469 - Amount $15,200.00**

**OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

I am writing to request to join the hearing by telephone for the above named case. I am representing myself, Mrs Sarah M Filbee, of 107 Maze Hill, London SE108XQ, United Kingdom. I am participating in this hearing in order to OBJECT to the motion to disallow my claims numbered 34468 and 34469. Please see enclosed copies of letters sent to your offices of today's date.

My telephone number is +44 208 8587189

Please do not hesitate to call me on should you wish to discuss this matter with me in advance of the Court Hearing.


Yours sincerely

*[signature]*

Sarah Filbee ACA CTA