Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re LEHMAN BROTHERS HOLDINGS INC,    Case No. __08-13555 (JMP)__    JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| C.V.I G.V.F. (Lux) Master S.a.r.l. | Banco Popular Espanol S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 30091
Amount of Claim: $690,446.00
Date Claim Filed: 9-22-09

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ David Short_____     Date: __September 30, 2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Banco Popular Español, S.A. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $690,446.00 | 30091 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | C.V.I. G.V.F. (Lux) Master S.a.r.l. | ASSIGNOR: | Banco Popular Español S.A. |
| Address: | c/o CarVal Investors UK Limited<br>Knowle Hill Park<br>Fairmile Lane<br>Cobham<br>Surrey KT11 2PD<br>United Kingdom<br>BY CARVAL INVESTORS UK | Address: | Attn: Mr. Carlos Vivas Sotillos & Mr.<br>Marcos Subies Alvarez<br>Administracion de Tesoreria<br>C/ Jose Ortega Y Gasset 29, 1A Planta<br>Madrid 28006<br>Spain |
| Signature: | _____ | Signature: | _____ |
| Name: | DAVID SHORT | Name: | Carlos ___ / Marcos Subies |
| Title: | OPERATIONS MANAGER | Title: | Authorised Signatory / Authorised Signatory |
| Date: | | Date: | |

Claim Question? Call: 646 282 2400                                                                                              Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims                                                                                              Bookmark this Page

# Search Claims

**Criteria**

**Claim Number**          **Creditor Name**                              **Scope**
30091                     Name Starts With                               Claims and schedules

**Schedule Number**       **Amount**
                          Total Claim Value        Equals

**Debtor**                **Claim Date Range**
                                            to

Order By: Creditor Name          Results Per Page: 50

**Results**
Expand All

[1]    Page 1 of 1 - 01 total items

| | Claim # | Schedule # Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊖ | 30091 | BANCO POPULAR ESPANOL S.A.<br>ATTN: MR. CARLOS VIVAS SOTILLOS & MR. MARCOS SUBIES ALVAREZ<br>ADMINISTRACION DE TESORERIA<br>C/ JOSE ORTEGA Y GASSET 29, LA. PLANTA<br>MADRID, 28006<br>SPAIN | 9/22/2009<br>Claimed Unsecured: | $690,446.00<br>$690,446.00 | Image |
| | | Debtor: Lehman Brothers Holdings Inc. | *Remarks:* CLAIMED PARTIALLY UNLIQUIDATED | | |

[1]    Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.