

Sarah Filbee
107 Maze Hill
London
SE108XQ
United Kingdom

**To: UNITED STATES BANKRUPTSY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Courtroom 601<br>**The Chambers of The Honorable James M Peck**<br>One Bowling Green<br>New York<br>New York 10004 | Attn: Shai Waisman Esq<br>**Weil Gottshal & Manges LLP**<br>767 Fifth Avenue<br>New York<br>New York 10153 |
| Attn: Andy Velez-Rivera Esq., Paul Schwartzberg Esq.,<br>Brian Masumoto Esq., Linda Riffkin Esq., Tracy Hope<br>Davis Esq.,<br>**Office of the United States Trustee for the Southern**<br>**District of New York**<br>33 Whitehall Street<br>21ˢᵗ Floor<br>New York<br>New York 10004 | Attn: Dennis F Dunne Esq., Dennis O'Donnell<br>Esq., Evan Fleck Esq.,<br>**Millbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York<br>New York 10005 |

Thursday 23 September 2010

Dear Sir/Madam

> **Lehman Brothers Holdings Inc**
>
> **Chapter 11 Case No 08-13555 (JMP)**
>
> **Claim 34468 amount $3,045.00**
>
> **OBJECTION TO THE OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

**I, Sarah M Filbee, of 107 Maze Hill London SE108XQ United Kingdom, hereby give notice that I OBJECT to the notice dated 13 September 2010 on the grounds that I have been unfairly disadvantaged compared to the then current employees of Lehman Brothers in London and that also during the month leading up to the Bar Date I gave birth and had an emergency caesarean for which I was in recovery.**

1) The debt of $3,045 relates to employment income. This sum relates to an award in 2000 as part of a Firm wide initiative to give each employee below Vice President an interest in a Private Equity Fund, named the Lehman Brothers Partnership Account. Please see documents already filed on www.lehman-docket.com. This debt should be entitled to priority reimbursement.

2) During the period of notice to make a claim I was giving birth (5 August 2009) and in hospital following a caesarean section operation. I had no time to read through the vast volumes of documentation which were delivered to me during this time.

3) In early September 2009 I became aware that the documents may apply to my situation, despite no assistance or guidance from any Lehman Brothers source. I note at this point that all current employees of Lehman Brothers International Europe were being given advice relating to what to file exactly. All ex-employees of Lehman Brothers were therefore severely disadvantaged at this time.

4) I decided to make a claim based on the 'heresay' of several employees in London, that this "might" apply to employment related income. I therefore posted my claim on Tuesday 15 September 2009. I was told by the Post Office employee who handled my letter that there was no method to guarantee delivery within a time frame, but that normal delivery times to New York were 3-4 Business Days. This would have been easily within the time frame stated by the Court. It is therefore entirely unfortunate and unexpected that my claim appears to have been not received at the offices until 23 September 2009. Please provide evidence that this claim was not received in the building of Epiq Bankruptsy Solutions on 22 September 2009.

Please note that I will be acting for myself and I will represent myself at the hearing on 27 October 2010 by telephone from the UK. I have attached to this letter a copy of my letter requesting permission from Judge James Peck in order to do so.

Please do not hesitate to call me on +44 208 8587189 should you wish to discuss this matter with me.

Yours sincerely

Sarah Filbee ACA CTA

| *United States Bankruptcy Court/Southern District of New York* | | **PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555299520

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000034468

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

> LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555299520*****
> SARAH M, FILBEE
> 107 MAZE HILL
> GREENWICH
> LONDON SE108XQ
> UNITED KINGDOM

Telephone number: +44 7740028395    Email Address: SFILBEE @ BTINTERNET.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  Amount of Claim as of Date Case Filed: $ 3,045
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.  Basis for Claim: LEHMAN BROTHERS PARTNERSHIP ACCOUNT JUNE 2000
(See instruction #2 on reverse side.)

3.  Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4.  Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 23 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>11 SEPT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>SFilbee |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Matthew**

| | |
|---|---|
| **From:** | PECapPartners [xraPECapPartners@barclayscapital.com] |
| **Sent:** | 17 June 2008 21:31 |
| **Subject:** | Partnership Account (Pre-Tax) Update |
| **Attachments:** | PA pre-tax 2008.pdf |

# LEHMAN BROTHERS

MICHAEL J. ODRICH
MANAGING DIRECTOR
HEAD OF PRIVATE EQUITY

June 17, 2008

Dear Partner,

We are pleased to update you on the current status of the Lehman Brothers Partnership Account, which is invested together and in parallel with related vehicles (together, the "Partnership Account" or the "Fund"). In June 2000, the Firm awarded opportunities to participate in the Fund with notional Firm-provided leverage to employees through the Vice President level. As of July 2003, you became fully vested and entitled to receive payments from the Fund to the extent they become available, regardless of your employment status with the Firm.

**Partnership Account Performance and Overview**

As of December 31, 2007, the Fund invested $458 million and has now committed all of its capital. The Fund has allocated its investments among the Lehman Brothers Private Equity asset classes in the following approximate ratios: 66% to Merchant Banking, Venture Capital, Real Estate and Fixed Income; 23% to Private Fund Investments; and 11% to the Fund of Hedge Funds.

**As of December 31, 2007, the gross IRR for the Partnership Account was 20%, which represents an implied multiple of notional equity of 7.6x.** Gross IRR represents the pre-tax, compounded annual internal rate of return based on estimated values of investments and gross cash flows into and out of investments.

In October 2007, a distribution of $2,169 per unit was made to each investor, which represents 318% of the notional equity invested in the fund. We continue to monitor the cash balance in the fund and will apprise you prior to making additional distributions.

*Example of Partnership Account Returns*

The chart on the following page illustrates the Fund's return mechanics valuing the investments as of December 31, 2007. This example assumes the award of $10,000 from the Firm to an employee, of which $7,500 (base award of $682 and notional leverage of $6,818) was actually invested. As of December 31, 2007, the value of the employee's investment net of the distribution would be approximately $3,045. The total value of the investment including the $2,169 distribution represents a 7.6x multiple of invested capital. As this is only a hypothetical example, the actual amounts you receive may differ.

| Valuation Analysis as of December 31, 2007 | | |
|---|---|---|
| **Per 10K investor** | | |
| Base Award Amount Invested as of 12/31/07 | $ | 682 |
| Leverage provided as of 12/31/07 | | 6,818 |
| Total Investment | $ | 7,500 |
| | | |
| Value as of 12/31/07 | $ | 12,940 |
| Less GP carry | | (544) |
| Less Distribution | | (2,169) |
| Less Int on Leverage | | (364) |
| Less Leverage | | (6,818) |
| Net Value @ 12/31/07 | $ | 3,045 |
| | | |
| Gross IRR | | 20% |
| Implied Multiple of Invested Capital | | 7.65 |

*Note: as of 12/31/07, there is no remaining leverage outstanding.*

Past performance is not indicative of future results, and there can be no assurance that the Fund will continue to achieve comparable results to those set forth herein. Calculation methodology is explained further below, and this data is indicative of the performance of the Fund. The total value displayed on the above chart includes all distributions received and the current value of unrealized investments. The actual realized values of unrealized investments may differ materially from their current carrying values which are used for calculating total value. Actual values of currently unrealized investments cannot be determined until the occurrence of liquidity events and the repayment of all leverage and associated interest costs. Actual realized values of currently unrealized investments will depend on, among other factors, future operating results, market conditions at the time of disposition, legal and contractual restrictions on transfer that may limit liquidity, any related transaction costs and the timing and manner of sale, all of which may differ from the assumptions and circumstances on which the current unrealized values are based.

Below, we offer performance data by asset class as of December 31, 2007, for investments made thus far. Unrealized publicly-traded investments are valued based on closing market prices on December 31, 2007. The methodology of calculating unrealized privately-held investments differs among asset classes and is detailed below. Please refer to the investment update attached to this letter for more detail on investment allocations and performance by asset class.

### Merchant Banking

The Partnership Account's only Merchant Banking investment was Consort Resources for $9.2 million. Consort was realized on a gross basis at 117% of the invested amount following its acquisition by Caledonia Oil and Gas Limited in October 2003. The $10.8 million of proceeds from this investment was used to repay interest and leverage.

### Venture Capital

The Partnership Account invested a total of $176 million in venture capital investments, which comprise several sector and geographical sub-categories. Unrealized venture capital investments are generally valued at cost; although several of the investments have been marked up or down to reflect market changes. As of December 31, 2007, the blended total value of all venture capital investments,

including the distribution, was 116% of invested capital.

### Real Estate

The Partnership Account is a significant investor in Lehman Brothers Real Estate Partners I, with a total of $108 million invested in real estate as of December 31, 2007. To date, investments have been realized for $301 million of value. Unrealized real estate investments are reflected at their fair values which are determined through discounted cash flow analyses. As of December 31, 2007, the total value of realized and unrealized real estate investments, including the distribution, was 279% of invested capital.

### Private Fund Investments

The Partnership Account invested $105 million in funds that are managed by top third party private equity fund managers. The Partnership Account has received $137 million in proceeds from these investments. Private fund investments are reflected at net asset value of the underlying funds as reported in their most recent financial statements. As of December 31, 2007, the total value of assets in private funds, including the distribution, was 192% of invested capital.

### Fixed Income-Related

The Partnership Account invested in the "equity" component of two CDOs for a total of $9 million. Unrealized CDO investments are valued based on accrued and paid cash interest, sales proceeds and principal repayments assuming a terminal value determined by the market. As of December 31, 2007, the total value of fixed income investments, including the distribution, was 109% of the Fund's investment cost.

### Fund of Hedge Funds

In December 2004, the Partnership Account realized its entire $50 million investment in Lehman Brothers Fund of Hedge Funds for $59 million, representing 117% of invested capital. The Fund of Hedge Funds was divided between a long/short fund and a diversified arbitrage fund.

### Firm-Provided Notional Leverage

When the Partnership Account was established, Lehman Brothers provided employees through the Vice President level with an award based on a base amount and notional 10x leverage. For example, an original Partnership Account award of $10,000 consisted of a base component of $909 and notional leverage of $9,091. However, due to the available investment opportunities, the actual amount invested was $7,500 per $10,000 unit with a base of $682 and notional leverage of $6,818.

All currently outstanding Fund notional leverage and associated interest costs have been repaid. As Lehman Brothers awarded you the opportunity to participate in the Fund, all distributions you receive under the Fund, if any, will be treated as ordinary income to you for tax purposes.

We are pleased with the performance of the Fund to date. We will continue to manage this portfolio aggressively to maximize value and returns to our investors. We will keep you periodically updated on the Partnership Account. In the meantime, please do not hesitate to call Private Equity Investor Relations at (212) 526-9970 with questions regarding your investment.

Sincerely,

Mike

Michael J. Odrich

Managing Director

107 Maze Hill
London
SE10 8XQ

Lehman Brothers Holdings Claims Processing
c/o EPIC Bankruptcy Solutions Llc
PO Box 6389
Portland
OR 97228-6389
USA

11 September 2009

Dear Sir/Madam

**Re: Lehman Brothers Holdings Inc – Proof of Claim**

Please find enclosed my completed Proof of Claims form together with supporting documentation. I am sending a Proof of Claim for the following:

a) Outstanding Contingent Share Awards which were due to me on 31 May 2009. I ceased employment with Lehman Brothers in the UK on 12 March 2008. I had 304.09 shares outstanding.

b) Partnership Account interest of $3.045 valuation at 31/12/2007.

I understand I have not been required to file a claim for the 195 LBHI shares I own outright in my BONY account.

I trust that satisfies my requirements to make this Proof of Claim filing.

Yours faithfully

Sarah Filbee

+44 7740028395



AAX

Royal Mail
POSTAGE  PAID  UK
1509309  £5.32  SE10
109007          2-5025958-1

RECEIVED

SEP 2 3 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

airsure®

Royal Mail

For a fast and
reliable service
with electronic
confirmation of
delivery.

DELIVERY CONFIRMATION

PRIORITY
MAIL

LY 5010 2313 4GB
LY 5010 2313 4GB
LY 5010 2313 4GB
LY 5010 2313 4GB

No sig req
No sig req
No sig req

No Signature

Scan



**POST OFFICE** ®

Post Office Ltd.
Your Receipt

Trafalgar Road
191 Trafalgar Road

London
Greater London
SE10 9EQ

| | |
|---|---|
| Date and Time: | 15/09/2009 14:28 |
| Session Prefix: | 2-5025988 |
| Dest: | United States |
| Quantity: | 1 |
| Weight: | 0.060 kg |
| Airsure Letter | £6.32 |

| | |
|---|---|
| Total Cost of Services | £6.32 |
| Posted after Last Collection? | No |
| Conditions Accepted? | Yes |

Barcode: LY50102313468

DESTINATION ADDRESS
Building Name or Number    Postcode
FDR STATION P.O.BOX 5076   NY 10150-5076
Address Validated?         N

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
CONDITIONS

Standard Compensation. For lost
or damaged items, compensation
up to 100 times the price of a basic
weight 1st Class stamp will only be
paid with this receipt. To claim,
call 08457 740 740 or pick up a form
at a Post Office branch.

This is not a VAT receipt
Thank You