UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :   (Jointly Administered)
         Debtors.                               :
                                                :   Ref. Docket Nos. 11538 & 4271
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2010, I caused to be served the

    a) "Order Granting Motion for Authorization to Reject Contracts Between Lehman Brothers Special Financing Inc. and E-Capital Profits Limited," dated September 23, 2010 [Docket No. 11538], and

    b) "Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form," dated July 9, 2009 [Docket No. 4271],

   by causing true and correct copies to be:

    i.  delivered via facsimile mail to the party listed on the annexed Exhibit A, and

    ii. enclosed securely in postage-prepaid envelope and delivered by overnight mail to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
29th day of September, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| **Name** | **Fax** |
|---|---|
| E-CAPITAL ATTN MR IP TAK CHEUN | 2845-2640 |

**EXHIBIT B**

E-CAPITAL PROFITS LIMITED
C/O BAKER & MCKENZIE
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
ATTN: IRA REED