## US TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM

### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Nomura International plc ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $371,794,529.00 | 22672 |

have been transferred and assigned to CVI GVF (Lux) Master S.à r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | CVI GVF (Lux) Master S.à r.l. | ASSIGNOR: | Nomura International plc |
| Address: | 11-13 Boulevard de la Foire | Address: | Nomura House |
| | L 1528 | | 1 St Martin's-le-Grand |
| | Luxembourg | | London EC1A 4NP |
| | | | United Kingdom |
| Signature: | [signature] | | |
| Name: | CLIFF BOTTOMLEY | Signature: | [signature] |
| Title: | DIRECTOR | Name: | Peter Duenas-Redovich |
| Date: | 17 August 2010 | Title: | Managing Director |
| | | Date: | 17 August 2010 |

SIGNED BY CARVAL INVESTORS UK LTD ON BEHALF OF CVI GVF (LUX) MASTER SARL