|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment: October 14, 2010 (12:00 p.m.)<br>Objections: October 14, 2010 (11:00 a.m.) |

-------------------------------------------------------- x
                                                         :
In re                                                    :   Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC.,                          :   Case No. 08-13555 (JMP)
*et al.*,                                                :
                                                         :   (Jointly Administered)
                         Debtors.                        :
                                                         :
-------------------------------------------------------- x

**NOTICE OF NON-OBJECTION BY THE UNITED STATES TRUSTEE RE: DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(e) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) FOR AUTHORIZATION TO EMPLOY AND RETAIN CLYDE CLICK, P/C/ AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE AS OF OCTOBER 1, 2010**

TO:   THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE:

Tracy Hope Davis, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. §§ 586(a)(3) and (5), hereby files her notice of non-objection in the chapter 11 cases of Lehman Brothers Holdings, Inc. and related debtors in possession (the "Debtors"), as follows:

Under current Court consideration is the "Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Clyde Click, P.C. as Special Counsel to the Debtors, effective as of October 1, 2010" (the "Application," Docket No. 11733).

The United States Trustee has reviewed the Application. Based on that review and on her monitoring of the Debtors' bankruptcy cases, the United States Trustee has no objection to the Application.

**WHEREFORE**, in light of the foregoing, the United States Trustee respectfully requests that the Court grant such relief as the Court may deem appropriate and just.

Dated:  New York, New York  
October 1, 2010

Respectfully submitted,  
TRACY HOPE DAVIS  
UNITED STATES TRUSTEE

By: /s/ *Andrew D. Velez-Rivera*  
Trial Attorney  
33 Whitehall Street, 21st Floor  
New York, New York 10004  
Tel. (212) 510-0500; Fax (212) 668-2255