Original

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re :                                               Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :            08-13555 (JMP)
:
Debtors. :                                            (Jointly Administered)
-----------------------------------------------------------x

SEP 3 0 2010

## NOTICE UNDER LOCAL RULE 9014-2 TO CALL WITNESS IN DEFENSE OF PROOFS OF CLAIM BY WILLIAM KUNTZ, III

Now comes William Kuntz, III who appears here *Pro Se* and respectfully Notices that it is his intention to call 4 witness's in Defense of his Claims.

Weil Partner Tanenbaum and former Partner Basta, both of whom claim Grand Union as an engagement on the respective Profile published on the Internet. Mr. Tanenbaum is copied on a letter-memo of Co-Counsel filed by Debtors Counsel as an Exhibit filed in its Claims Objection of the 15th of Sept, 2010.

**John Gutfreund** who was CEO of Solomon Brothers at the time Grand Union indirectly from Sir James Goldsmith[1,2].

**Warren Buffett**[3] Buffett became CEO/Chairman of Salomon until the crisis[4] passed and upon Information and Belief at the time the Grand Union Capital Corp Notes were underwritten.

Respectfully,

William Kuntz, III India St, PO Box 1801, Nantucket Island, Ma 02554-1801

508-775-5225    Hyannis, Ma Sept 23, 2010

---

[1] http://en.wikipedia.org/wiki/Sir_James_Goldsmith
[2] In 1989, investment banker Gary D. Hirsch, a partner in the firm Miller Tabak Hirsch & Co. acquired a portion of the Grand Union Company with Solomon Brothers.
[3] In 1987, Berkshire Hathaway purchased 12% stake in Salomon Inc., making it the largest shareholder and Buffett the director. In 1990, a scandal involving John Gutfreund (former CEO of Salomon Brothers)
[4] http://www.c-spanvideo.org/program/21029-1

SEPT 24, 2010 **REQUEST TO TESTIFY**

GENTLEMEN:

RE: LEHMAN BROTHERS HOLDINGS/GRAND UNION CAPITAL CORP

PLEASE FIND ENCLOSED A NOTICE WITH RESPECT TO A CERTAIN HEARING WHICH MAY BE HELD TOWARD THE END OF NEXT MONTH. I HAVE PLACED YOUR NAMES ON THE WITNESS LIST BECAUSE I BELIEVE THAT YOU HAVE PERSONAL KNOWLEDGE OF THE EVENTS WHICH LED TO THE ISSUSANCE OF CERTAIN SECURITIES AND THE ULTIMATE FATE AND UNDERLYING REASONS WITH RESPECT TO A CERTAIN CASH ESCROW FUND. PLEASE BE ADVISED THAT MY REQUEST FOR YOU TO ATTEND IS QUITE VOLUNTARY AND I DO NOT EXPECT TO SEEK ANY KIND OF COMPULSIVE ORDER OTHERWISE.

I AM SURE YOU UNDERSTAND QUITE WELL WHAT MIGHT BE INVOLVED HERE. YOU MAY READ THE MOVING PAPERS OF WEIL, GOTSHAL @ DOCKET #11351 http://www.lehman-docket.com
PLEASE CONTACT WEIL, GOTSHAL WITH ANY QUESTIONS.

WITH RESPECT TO MR BUFFETT, WHILE YOU ARE PONDERING WHAT THIS MIGHT MEAN, I WOULD ASK THAT THE CROOKED RAILROAD YOU JUST PURCHASED PAY FOR THE LOST BOXCAR SHIPMENT FROM DAYTON, OHIO TO WOLFPOINT, MONTANA[1] THE CONTENTS OF WHICH I BELIEVE ENDED UP IN THE DUMP IN GLASGOW, MONTANA. I AM SURE THAT EVEN YOU WOULD HAVE TO CONCEDE THAT A BOX CAR PARKED AT A GRAIN ELEVATOR IN WOLFPOINT COULD NOT BE UNLOADED AND AS IT WAS NEVER PLACED IN RAILROAD LINGO, IT IN FACT NEVER ARRIVED. THIS WAS THE 2ND CAR SHIPPED FROM DAYTON, OHIO CONTAINING[2] AMONG OTHER THINGS PRODUCTION/PURCHASE RECORDS OF THE UNITED STATES AIRFORCE AND MISC ELECTRONIC PARTS AND PRODUCTION EQUIPTMENT AND SUPPLIES.

IT WAS SHIPPED DURING THE FIRST GULF WAR.

I TRUST THIS WILL HAVE YOUR PROMPT ATTENTION.

I THANK YOU IN ADVANCE,

WILLIAM KUNTZ, III INDIA ST PO BOX 1801

NANTUCKET ISLAND, MA 02554-1801

508-775-5225

---

[1] THIS CAR, SHIPPED UNDER AN EXEMPT QUOTATION UNDER THE STAGGERS ACT WAS INTERCHANGED IN EAST SAINT LOUIS. Staggers Act: Passed by Congress in 1980, the Staggers Rail Act deregulated the rail industry and greatly enhanced the railroad industry's ability to compete with other modes of transportation. http://railroadprotectivesolutions.com/RR_glossary

[2] See in re:Bearfinder,Inc/in re:Esco,Inc, Unites States Bankruptcy Court, Southern District of Ohio,Western Division