**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski, Esq.
(212) 248-3170
(212) 248-3141 fax
-and-
500 Campus Drive
Florham Park, New Jersey 07932-1047
Robert K. Malone, Esq.
(973) 360-1100
(973) 360-9831 fax

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | (Hon. James M. Peck) |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | Chapter 11 |
| Debtors. | Case Nos. 08-13555 (JMP)  08-13600 (JMP)  (Jointly Administered) |

**VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

Drinker Biddle & Reath LLP ("Drinker Biddle"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates including LB 745, LLC and Lehman Brothers, Inc. (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1. Drinker Biddle is counsel to the Entities in the above-captioned cases.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

CH01/ 25243174.4

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims against the Debtors' estates.

5. The following are the facts and circumstances in connection with Drinker Biddle's employment in these cases. Drinker Biddle represented each of the Entities prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that Drinker Biddle represent them in connection with the Debtors' chapter 11 cases. Drinker Biddle also represents the Entities on matters unrelated to the cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Drinker Biddle's representation of such entities.

7. Drinker Biddle also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Drinker Biddle represents do not currently intend to appear in the cases or such representations have been concluded. These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8. Drinker Biddle has provided certain legal services to the Debtors. With respect to such services, Drinker Biddle has prepetition claims against the Debtors.

9. Drinker Biddle will supplement this Statement as necessary.

Dated: October 1, 2010
New York, NY

**DRINKER BIDDLE & REATH LLP**

/s/ Stephanie Wickouski
Stephanie Wickouski
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3170
(212) 248-3141 fax
- and -
Robert K. Malone
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
(973) 360-9831 fax

CH01/ 25243174.4         3

I, Stephanie Wickouski, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By: /s/ Stephanie Wickouski<br>Stephanie Wickouski

Executed this 1st day of October, 2010

# EXHIBIT A: LIST OF ENTITIES

**Attorneys for:**

Toronto Stock Exchange (TSX Group)
The Exchange Tower
130 King Street West
Toronto, ON
M5X 1J2


HCL America, Inc.
330 Potrero Avenue
Sunnyvale, California 94085


Parsec Trading Corporation
Administration Office
Rosebank Centre
11 Bermuda Road
Pembroke HM 08, Bermuda

# CERTIFICATE OF SERVICE

I, Stephanie Wickouski, hereby certify that I caused a true and correct copy of the Verified Statement of Drinker Biddle & Reath LLP Pursuant to Bankruptcy Rule 2019(a) to be served by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

Dated: October 1, 2010
New York, NY

**DRINKER BIDDLE & REATH LLP**

/s/ Stephanie Wickouski
Stephanie Wickouski
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3170
(212) 248-3141 fax