**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Howard S. Beltzer
Jeffrey G. Tougas
Christine A. Walsh

*Counsel to BNP Paribas and its Affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF BNP PARIBAS AND ITS AFFILIATED ENTITIES

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as attorneys for BNP Paribas ("**BNPP**") and its affiliates BNP Paribas Securities Corp.; BNP Paribas Wealth Management; BNP Paribas Securities (Japan) Ltd., Tokyo Branch; BNP Paribas Sucursal en Espana P.P.; BNP Paribas Fin'AMS; CooperNeff Master Fund I Segregated Portfolio Company SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio; BNP Paribas S.B. Ré, Société Anonyme; BNP Paribas Arbitrage; BNP Paribas Commodity Futures Limited; BNP Paribas Equities France; BNP Paribas Gestion CB-CDS; Compagnie d'Investissements de Paris S.A.S.; Hawaï 2 Fund; Hawaï 2 PEA Fund; Hawaï Fund; Hawaï PEA Fund; Banca Nazionale del Lavoro S.p.A.; Harlan

17651086

Investment Limited; BNP Paribas Obli Long Terme; Cardif Assicurazioni S.p.A.; Cardif Lux

International SA (f/k/a "Investlife Luxembourg SA"); Darnell Limited; Kle Euribor Prime; SICA

V Parvest Absolute Return European Bond; SICA V Parvest Euro Short Term Bond; and SICA

V Parvest European Bond Opportunities (collectively, the "**Affiliates**") in the above-captioned

jointly-administered chapter 11 cases.  Pursuant to section 1109(b) of title 11 of the United States

Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown respectfully requests that all

notices given, or required to be given, in these cases, and all papers served, or required to be

served, in these cases, be given and served upon Mayer Brown at the office, address and

telephone number set forth below, and that Mayer Brown be added to the mailing matrix on file

with the Clerk of the Bankruptcy Court as follows:

Howard S. Beltzer, Esq.
Jeffrey G. Tougas, Esq.
Christine A. Walsh, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: hbeltzer@mayerbrown.com
jtougas@mayerbrown.com
cwalsh@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or

plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery,

17651086

2

telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or BNPP or its Affiliates.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
　　　　October 1, 2010

By:/s/ Howard S. Beltzer
　　　　Howard S. Beltzer
　　　　Jeffrey G. Tougas
　　　　Christine A. Walsh
　　　　**MAYER BROWN LLP**
　　　　1675 Broadway
　　　　New York, New York 10019
　　　　Ph: 212-506-2500
　　　　Fax: 212-262-1910

　　　　*Counsel to BNP Paribas and its Affiliated Entities*

\*　　　\*　　　\*