10-CV-4457 And
All others Please
Issue all legal dockets
and all legal authority
in support, are filed with
the US Court of Appeals
(all Names) Federal Pacer
account Fed: 5- CV-4457
and the US Supreme Court
But ~~to~~ of du an

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

*Motions And Petitions to Knock Any (all ways) Comply...*

*Page 1 of 3*

# UNITED STATES DISTRICT COURT

*JPML, United States Court of Appeals For the Federal Circuit, US Supreme Court, All others*

for the *3rd Federal Circuits, all United States & All Federal Circuits.*

*A Class Actions*

B E Smith & All others (All Homeless)
_____
Plaintiff

v.

Too Many Too List Here (Please see Federal Pacer)
_____
Defendant

*If you can't read these legal documents Please write TerrellfederalsubpoenaZyahoo.com*

Civil Action No. *Fed:* 5-CV-4457 *And All others*

*or the US Courts*

*Please send instead*

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION *& Criminal.*

To: *United States Court of Appeals, US Supreme Court, US Whitehouse, United States Bankruptcy Court For Lehman Brothers, One Bowling Green, New York, New York 10004-1408 and all others, all addresses, all entities and all individuals all within and all surrounding possibly involved. (all ways)*

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: *Please send*

① *All informations in legal writings leaving nobody out to all US Courts, all US Supreme Court, all United States Whithouse of how and why Lehman Brothers was allowed to file bankruptcy after being Federally served (legal documents all filed) 2 months (all dates) by the plaintiffs.*

Place ② *Please see all United States Court of Appeals For the Federal Circuits (All names) Stamp(s) legal documents also.*

| Courtroom No.: |
| Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: *Please send,* ③ *Please see all Federal Pacer, all legal filings, all legal filings into all websites insertions pages and all US Courts and all other courts dockets. (All legal and equitable issues are legally attached to these official Federal documents, all, if eligible; official laws of jurisprudence (all spellings) US Code, US Federal Rules & Regulations, all other laws,*

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. ④ *Please see all legal attachments and transfers from the United States Bankruptcy Courts For Lehman Brothers to all other United States Courts up to this current date(s)*

Date: 9/23/2010

SEP 28 2010

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk

OR: *B E Smith & all others (All Homeless)*
Pro Se Attorney's signature

*A Class Actions (All Homeless)*

*All legal copies all served (all ways) are also legally and equitably bonded so Pro Se*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* *B E Smith & All others* *no phone, C/o The US Supreme Court*, who issues or requests this subpoena, are: *All Nine Justices and A Jury Trial Again legally requested.*

⑤ *All informations of all possibly Lehman Brothers proceedings and all transfer of assets and all possible conflicts of these legal issues if correct Barclay (all entities and all individuals all within and all surroundings)(all names) and all similar to structures (all ways) ABN Amro (all correct names) and the plaintiffs past financial matters (also in legal writings)*

Observations And Opinions.

Page 2 of 3

AO 88 (Rev 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. Fed: 5-CV-4457 And All others

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* United States Court of Appeals (all entities as legally printed on page #1 of 2, US Bankruptcy Court for Lehman Brothers, One Bowling Green, NY, NY 10004-1408

was received by me on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ Sent via United States Mail, legally filed and online website form insertions (references also) possibly faxed to all available fax numbers found on *(date)* 9/28/2010 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/23/2010

All informations in all legal replies in all legal writings leaving nobody out not even possible federals and states security agencies and locals)(all possible duals interests), all possible manipulations to the US Whitehouse, the US Supreme Court, the Federal Pacer Account Fed: CV-4457, US Court of Appeals by 10/26/2010

A Class Actions
BE Sullivan (All Homeless)
Server's signature
A Class Actions
BE Smith & All Others (All Homeless)
Printed name and title
717 Madison Place, NW
Washington, DC 20439
Server's address

Additional information regarding attempted service, etc:

(5) All informations as legally printed in number #5 (on page 1 of 2) and all entities and all individuals (in all ways in the past and in the present) and all entities with and starting with epi... in the names (all ways) and locations and all entities and all possible individuals at 4905 (all locations) Tilghman street in Allentown PA to all locations (as legally printed before & again) Irvine California for legal examples also Epichem (all coatings - all industries) to all Jersey City New Jersey locations and all entities (iShares & Barclays Capital - Knight Securities - IMAX - BNY Mellon Investors - Lord Abbett & Co - Comodo(Thistbar out to Salt Lake City utah) to even possibly Knight Akram Security in Wendys Restaurants to all Real Estate Entities (all industries) Westfield or Westbury RE - all names to the correct Westbild Coatings to all Mettlle (Marsh & more insurance), Rest-Pen entities, First Horizon and more in all legal writings, even all perks (LVIP and more) Paragon, Fidelity & other Court Unions.) Family of Companies

Page 3 of 3

But all legal efilings/all ways are legally *included*

√    Lehman Brothers 09 22 2010 website insertions to Epiqsystems
fed:5-cv-4457 and all others opinions and observation.09 22 2010  If known please
legally replies in legal writings to the nearest united states court and give them
the above number to forward to the us court off appeals for the federal circuits
(all names) and the us supreme court.
All informations on all possible individuals and all possible entities responsible
leaving nobody out even possible federals and states and locals security agencies in
all reaL NAMES  and with all real identities of all possible audio and video
entities and all technologies all surronding and all within all legal rights and all
intellectual properties of all video and all mediums for legal examples
dvds,cd,s,home video rights,all televisions shows for legal examples also fineas &
ferb to all candice cartoons to all possible writers groups to all travels of all
related and all associated and all involved informations ,if known and sony atv
entities and disney and all others,if known.

please legally insert what is replied on legally in all legal writings into the
http://www.uscourts.gov website insertions page. These legal issues are national
also.All industries. Also all legal typings are automatically transferred to all
official federal subpoena forms ,all official stamps and all official signatures of
the United states district court and 3rd federal circuits (in this case all federal
circuits and more

website online form insertions already completed:
http://www.uconn.edu/contact.php,!!!!please forward to federal pacer account and us
court of appeals-all names-thanks,http://www.uconn.edu/thankyou.php   successful
legally states ...Thanks for contacting us. We'll get back to you as soon as
possible....
http://www.ncc.commnet.edu/contact.asp,please forward to federal pacer account and
us court of appeals-all names-thanks,http://www.ncc.commnet.edu/confirmContact.asp
sucessful legally states...Thank you. Your message has been sent.

http://www.uscourts.gov/ContactUs/ContactUs.aspx,!!!!please forward to federal pacer
account and us court of appeals-all names-thanks,
     thanks for your
assistance,http://www.uscourts.gov/ContactUs/ContactUsThankYou.aspx   successful
legally states...Your message has been sent...

also legally entered today is all legal documents all sent out via united states
mail (some faxed yesterday),also later on an official federal subpoena form will be
usps mailed to the united states court of appeaLS,united states bankruptcy court
(for lehman brothers proceedings),one bowling green,new york new york 10004-1408
-two legal pages and also all sent via and hand deliverd to the usps workers at the
emmaus pa post office today was the following all sent via us mail:
1> all federal subpoenas and all legal attachments to the us treasury aka internal
revenue service in holtsville new york and conf page of yeSterdaYS legal fax to them

2> 7 legal documents to federal pacer in texas to be filed on federal pacer account
fed5cv4457 and all others as usual-some copies of 9012010 officiaL FEDERAL subpoenas
forms with a legal attempts aND EQUITABLE attempts to all percentages all respective
of aLL awards amounts already overdue and payable to the plantiffs by the
commonwealth of pennsylvania and lehigh county pa and all surronding entities and
all surronding individuals all legally involved-a totally cleaRED aka net
    american dollars amount of $50 trillion after all expenses and all taxes aka take
home and all legal addresses corrections legally including all forced physical
addresses by the lehigh county pa aka commonwealth of pennsylvania for doing the
legal efilings on federal pacer (one year probations and more) and cover letter to
legal fax number 6108202013 fax from careerlink and copies of all forced payments to
pa-scdu and also the lehigh county pa aka commonwealth of pennsylvania
    bureau of collections (all forced issues and in legal disputes legally printed on
) all returned unopened us mail three pieces and also legal printings on them not to
be reopened by anyone but the united states court of appeals (all terminology
similar to and the same) and legal fax to 9-1-610-820-2013 serial #H6J0233719 and
all legal documents to the pa-scdu and lehigh county pa bureau of collections.

Page 1

B.E.S & all auth / B.E. Smith &
All others ( A class
         Actions All Homeless )

BE Smith & All others c/o
Fd 5cv4457 & All others c/o
US Supreme Court Historical Society
1 First Street, NE
Washington, DC
20543

US Court of Appeals
United States Bankruptcy Court
One Bowling Green
New York, NY
10004-1408

Attn: Lehman Brothers Proceedings Judges 9/22/2010

management solutions for electronic discovery, legal notification, claims administration, and controlled disbursement.

Top law firms, corporate legal departments, bankruptcy trustees, and other legal professionals rely on Epiq Systems for full lifecycle support of administratively complex matters spanning bankruptcy, class action, settlements, financial transactions, litigation and regulatory compliance. We offer clients extensive professional services based on deep subject matter expertise and years of firsthand experience working on many of the largest, most high profile and complex client engagements.

Epiq Systems, Inc. has nine locations in the United States and United Kingdom and trades on the NASDAQ national market under the symbol EPIQ.

**Transfer Agent**

Wells Fargo

*Shareowner Services*
*161 North Concord Exchange*
*South St. Paul, MN. 55075-1139*

800 468 9716

**Independent Accountants**

Deloitte & Touche

**Contact Information**

*501 Kansas Avenue*
*Kansas City, KS 66105*

913 621 9500

**Additional Contacts**

Lew Schroeber V-Card

913 621 9517 phone

913 621 9570 fax

ir@epiqsystems.com

Fed. 5-cv-
4457
And the others

Home    What is LinkedIn?    Join Today    Sign In

## Epichem

Find a company

This is the limited version of the Epichem company profile: Join LinkedIn or Sign In to see more information.

Epichem, Ltd. manufactures various metalorganic chemicals for semiconductor industry. The company's products include aluminium, antimony, arsenic, barium, bismuth, boron, cadmium, carbon, chlorine, copper, gallium, germanium, hafnium, indium, iron, lanthanum, lead, magnesium, manganese, niobium, nitrogen, phosphorus, ruthenium, scandium, selenium, silicon, sulphur, tantalum,... more

Research by: Capital IQ »

### Key Statistics about Epichem

Epichem Headquarters Address

| | |
|---|---|
| Industry | Pharmaceuticals |
| Type | Privately Held |
| Status | Operating Subsidiary |
| Company Size | 11-50 employees |
| Founded | 1983 |
| Website | http://www.epichem.com |

More Epichem info »

Median Tenure  3 years

Estimated based on LinkedIn Data

### Your Connections to Epichem

To see how you're connected: Join Now or Sign In

**Tantalum and Alloys** www.grandviewmaterials.com
Ta, Nb, W, Mo and alloys Tube, Plate, Wire, Rod, and Powder

**Pure Tungsten** Marketech-Tungsten.com
Sheet, Rod, Bar Stock & Crucibles. Call Toll-Free (877) 452-4910

**The Tungsten Company** www.tungstenco.com
We know tungsten. We stock it and can answer your questions about it.

**MWH Laboratories** www.MWHLabs.com
Testing gadolinium and REEs to identify wastewater presence

Ads by Google

In partnership with BusinessWeek

Send feedback on BusinessWeek/CapIQ content to linkedinissues@capitaliq.com. Copyright © 2010 Capital IQ.
This LinkedIn Company Profile was created by LinkedIn and is about Epichem. This page is not endorsed by or affiliated with Epichem. For questions regarding LinkedIn Company Profiles, contact us.
Epichem full company profile, top executives, board of directors & more.

Customer Service   About   Blog   Careers   Advertising   Recruiting Solutions   Tools   Mobile   Developers   Language
LinkedIn Updates   LinkedIn Answers   LinkedIn Jobs   Jobs Directory   Company Directory   Service Provider Directory
LinkedIn Corporation © 2010   User Agreement   Privacy Policy   Copyright Policy