(Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

JPML, United States Court of Appeals For The Federal Circuit, United States Supreme Court (All Courts & all US Courts)

for the 3rd Federal Circuits, All Federal Circuits And (All United States)

Legal Pacer is the actual legal documents already legally inserted and all legally included also

**Plaintiff:** B E Smith & All others (A Class Action) (All Homeless)

v.

**Defendant:** Too Many Too List Here (Please see Federal Pacer Account for Fed: 5-CV-4457 and All others)

Civil Action No. Fed: 5-CV-4457 and All others

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

If you can't read or understand these legal documents please email the Federal subpoena 2 yahoo.com

To: All United States Bankruptcy Courts For Lehman Brothers United States Supreme Court United States Court of Federal Claims, United States Court of Appeals For the Federal Circuit (all names) (all locations) All entities and all individuals possibly involved, possibly associated and possibly related (and the United Nations in Accounts books New York, New York)

YOU ARE COMMANDED to appear... Please send instead

10004 -1408

① Please see all Federal Pacer Accounts Fed: 5-CV-4457 And All others even post federal subpoenas and legal documents (all ways) to Wachovia and Wells Fargo and all entities all entities

**Place:** and all surroundings

**Courtroom No.:**

**Date and Time:**

RECEIVED SEP 28 2010 U.S. D... COURT, SDNY

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): Please send instead.

② Also a Motions & Petitions to enforce all related, all associated and all involved subpoenas and legal documents that were served and served before also. Ex: Wachovia and Wells Fargo and more.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

③ All legal editings, all website insertions of all legal printings/typings (All ways) and all legal contents are all automatically transferred to all abstract Federals forms (and all US states legal terms) (A Class Action)

**Date:** 9/24/2010

**CLERK OF COURT**

_signature_ Signature of Clerk or Deputy Clerk

OR _signature_ Attorney's signature Pro Se (All Homeless)

The name, address, e-mail, and telephone number of the Pro Se attorney representing (name of party) _signature_ (A Class Action), c/o The US Supreme Court and the United States Court of Appeals For the Federal Circuit (all names) , who issues or requests this subpoena, are:

④ All financial informations (past and in present - all ways) of the plaintiffs, Examples also: mortgage and more ⑤ Award(s) amount in US Dollars (Nets) increased to $75 Trillion (Seventy-Five Trillion US Dollars (Nets) _signature_

(1) Opinions and Observations, Page two

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. Fed: 5-CV-4467 And All others

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for (name of individual and title, if any) United States Bankruptcy court, US Supreme court (All United courts, US whiteHouse (all locations) Original sent to One Bowling Green, New York, New York

was received by me on (date) _____

☒ I served the subpoena by delivering a copy to the named person as follows: ✓ sent via snd Posted sum legally edocument/legal document inserted through United States mail, already legally  in website insert in pages http://ill us courts.gov  on (date) 9/24/2010 ; or and US supreme court, faxs possible

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ for travel and $ _____ for services, for a total of $ 0.00

My fees are $

I declare under penalty of perjury that this information is true.

Date: 9/24/2010   A7)

Informations in legal writings by 10/26/2010 to all US Courts And other entities as legally printed (all ways) on page 1 of 11 (all legal pages)

Server's signature  B K Sawdh ( A class Actions An Homeless )

Printed name and title  B K Smith & All others ( A class Actions All Homeless ) c/o the US

Server's address  Supreme court c/o 717 Madison Place NW Washington, DC 20439

Additional information regarding attempted service, etc:

(6) All informations on all entities all herewithin and all surrounding all legal documents and all legal edocuments and all insertions of all possible associations, all possible relations and all possible involvements leaving nobody out also in all legally writtens (all ways) replies.

original sent to: One Bowling Green New York, New York 10004-1408 entity: United States Bankruptcy court for Lehman Brothers.

# CONTACT US

### How to Contact Us

Contact your local federal or state court directly if you're looking for information on:
- A specific court case.
- Handling jury matters.
- Attorney admissions and bar memberships.
- Naturalizations.

To find the address and phone number of your local federal court, use our Court Locator map or search page. For information on contacting the Administrative Office of the United States Courts, click here.

### Locate your Local Federal Court



### Send Us a Message

Have a comment about uscourts.gov? Find a broken link? Need help finding a publication or statistics? Send us a message by filling out the form below. If you'd like a response, be sure to include your email address.

Name

!!!!Wachovia and wells far

Email *

federalsubpoena@yahoo

Subject

!!!!WACHOVIA & WELLS

URL

https://www.wellsfargo.co

**Comment**

| !!!!Wachovia and wells fargo and all |

Send    (* Required Field)

---

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

The purpose of this site is to provide information from and about the Judicial Branch of the U.S. Government.

Page 5 of 11

# CONTACT US

### How to Contact Us

Contact your local federal or state court directly if you're looking for information on:

- A specific court case.
- Handling jury matters.
- Attorney admissions and bar memberships.
- Naturalizations.

To find the address and phone number of your local federal court, use our Court Locator map or search page. For information on contacting the Administrative Office of the United States Courts, click here.

### Locate your Local Federal Court

### Send Us a Message

Have a comment about uscourts.gov? Find a broken link? Need help finding a publication or statistics? Send us a message by filling out the form below. If you'd like a response, be sure to include your email

Page 6 of 11

# THANK YOU

## Your message has been sent

Thank you for contacting us. If this is a matter we can address, your message will be forwarded to the appropriate person for review and response. We will try to respond to you as quickly as we can, although it may take some time.

Try contacting your local federal or state court directly if you're looking for information on:

- A specific court case.
- Handling jury matters.
- Attorney admissions and bar memberships.
- Naturalizations.

To find the address and phone number of your local federal court, use our Court Locator.

If you are looking for information about a specific case or to obtain case and docket information, you can also try the Public Access to Court Electronic Records (PACER) web site.

If you need to make a payment to the Central Violations Bureau, contact CVB between 8:00 a.m. and 5:00 p.m., Monday - Friday, at (800) 827-2982.

Please consult an attorney for legal advice.

---

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

The purpose of this site is to provide information from and about the Judicial Branch of the U.S. Government.





Search: ⦿ All Documents ⦾ Docket Files
For Search Term: [          ]
[Search]  [Help]
Home | Contact Us | Contact Public Information Office
Printer-Friendly Version

**Supreme Court Documents**

Docket

Oral Arguments

Merits Briefs

Bar Admissions

Court Rules

Case Handling Guides

Opinions

Orders and Journals

**Supreme Court Information**

About the Supreme Court

Visiting the Court

Public Information

Jobs

Links

### Contact Us - Public Information Office

Your Name: !!!!Wachovia and wells fargo a ...b e smith and all others..

Your Email Address: federalsubpoena@yahoo.com

Subject: Wachovia and wells fargo and all oth....

Comments and Questions:
```
Wachovia and wells fargo and all others officially
legally and equitably entered into all lehman
brothers proceedings please forward to the United
states bankruptcy courts for lehman brothers &
fed:5-cv-4457 federal pacer account and all others-
thanks, !!!!
09  24 2010 FED5-CV-4457 AND ALL OTHERS  OPINIONS
AND OBSERVATIONS IF CORRECT,all
POSSIBLE. All legal typings are legally transferred
and automatically included on and in all Federals
And states official legal forms.
All informations all herewithin and all throughout
```

Note: All fields are required.



| 9029 |

Type the characters you see in the picture before clicking Send

[Clear All]    [Send]

September 24, 2010 | Version 2009.0

Home | Help | Site Map | Contact Us | About Us | FAQ | Website Policies and Notices | Privacy Policy | USA.GOV

Supreme Court of the United States





Search: ○ All Documents  ○ Docket Files
For Search Term: [        ]
[Search] [Help]

Home | Contact Us | Contact Public Information Office

Printer-Friendly Version

**Supreme Court Documents**

Docket

Oral Arguments

Merits Briefs

Bar Admissions

Court Rules

Case Handling Guides

Opinions

Orders and Journals



**Supreme Court Information**

About the Supreme Court

Visiting the Court

Public Information

Jobs

Links

**Contact Us - Public Information Office**

**Message Sent!**

Thank you for your request. Every effort will be made to provide a timely response.

---

September 24, 2010 | Version 2009.0
Home | Help | Site Map | Contact Us | About Us | FAQ | Website Policies and Notices | Privacy Policy | USA.GOV
Supreme Court of the United States

OFFERING MEMORANDUM
## $300,000,000
# CoreStates Capital III
## Floating Rate Capital Trust Pass-through Securities℠ (TRuPS℠)*


CoreStates

Liquidation Amount $1,000 per Capital Security)

Fully and Unconditionally Guaranteed, as described herein, by

# CoreStates Bank, N.A.

The Floating Rate Capital Trust Pass-through Securities℠ (the "Capital Securities") offered hereby represent undivided beneficial ownership interests in the assets of CoreStates Capital III, a Delaware statutory business trust (the "Trust"). CoreStates Bank, N.A., a national banking association (the "Company"), will be the owner of all of the beneficial ownership interests represented by common securities of the Trust (the "Common Securities"; together with the Capital Securities, the "Trust Securities"). The Trust exists for the sole purpose of issuing the Capital Securities and the Common Securities and investing the proceeds thereof in Floating Rate Junior Subordinated Debentures (the "Junior Subordinated Debentures") to be issued by the Company. The Junior Subordinated Debentures will mature on February 15, 2027 (the "Stated Maturity"). Each holder of a Capital Security will have the right to receive $1,000 per Capital Security in the event of liquidation (the "liquidation amount") and at maturity. The Capital Securities will have a preference under certain circumstances with respect to cash distributions and amounts payable on liquidation, redemption or otherwise over the Common Securities. See "Description of Capital Securities—Subordination of Common Securities."

Capital Securities issued in registered, global form will be deposited with a custodian for and registered in the name a nominee of The Depository Trust Company ("DTC") and beneficial interests in such Capital Securities will be shown on and transfers thereof will be effected through records maintained by DTC and its participants. Capital Securities sold in reliance on Rule 144A under the Securities Act of 1933, as amended (the "Securities Act") will be evidenced by global Capital Securities in fully registered form and beneficial interests in such Capital Securities will trade in DTC's Same-Day Funds Settlement System and secondary market trading activity in such interests will therefore settle in immediately available funds. Capital Securities sold in reliance on Regulation S ("Regulation S") under the Securities Act, will be evidenced by a separate temporary global Capital Security which will be exchangeable for a permanent global Capital Security not earlier than 40 days after the closing date upon certification of non-U.S. beneficial ownership, and any Capital Securities sold other than in reliance on Rule 144A or Regulation S will be issued in certificated form.

Application has been made to list the Capital Securities on the Luxembourg Stock Exchange.

**See "Risk Factors" beginning on page 12 hereof for certain information relevant to an investment in the Capital Securities.**

THE SECURITIES OFFERED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT, ANY STATE SECURITIES LAWS, OR PART 16 OF THE REGULATIONS OF THE OFFICE OF THE COMPTROLLER OF THE CURRENCY (THE "OCC") AND MAY NOT BE OFFERED OR SOLD EXCEPT PURSUANT TO AN EXEMPTION FROM THE REGISTRATION REQUIREMENTS OF THE SECURITIES ACT. ACCORDINGLY, THE SECURITIES ARE BEING OFFERED HEREBY OUTSIDE THE UNITED STATES IN COMPLIANCE WITH REGULATION S UNDER THE SECURITIES ACT. IN ADDITION, RESPECTIVE AFFILIATES OF THE INITIAL PURCHASERS AND THE COMPANY, MAY OFFER AND SELL THE SECURITIES OFFERED HEREBY IN THE UNITED STATES ONLY (i) TO QUALIFIED INSTITUTIONAL BUYERS (AS DEFINED IN RULE 144A UNDER THE SECURITIES ACT) IN RELIANCE ON AN EXEMPTION FROM SUCH REGISTRATION REQUIREMENTS PROVIDED BY RULE 144A OR (ii) TO A LIMITED NUMBER OF OTHER INSTITUTIONAL ACCREDITED INVESTORS (AS DEFINED IN RULE 501(a)(1), (2), (3) OR (7) UNDER THE SECURITIES ACT) THAT EXECUTE AND DELIVER A LETTER CONTAINING CERTAIN REPRESENTATIONS AND AGREEMENTS. PROSPECTIVE PURCHASERS ARE HEREBY NOTIFIED THAT SELLERS OF THE SECURITIES MAY BE RELYING UPON THE EXEMPTION FROM THE PROVISIONS OF SECTION 5 OF THE SECURITIES ACT AND FROM PART 16 OF THE OCC'S REGULATIONS PROVIDED BY RULE 144A, REGULATION S OR OTHER EXEMPTIONS. FOR CERTAIN RESTRICTIONS ON RESALES, SEE "NOTICE TO INVESTORS".

THE SECURITIES OFFERED HEREBY ARE DIRECT AND UNSECURED OBLIGATIONS OF THE COMPANY, DO NOT EVIDENCE DEPOSITS AND ARE NOT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION (THE "FDIC") OR ANY OTHER INSURER OR GOVERNMENT AGENCY. THE SECURITIES OFFERED HEREBY WILL BE SUBORDINATE TO THE CLAIMS OF DEPOSITORS AND CERTAIN OTHER CREDITORS OF THE COMPANY AND WILL BE INELIGIBLE AS COLLATERAL TO SECURE A LOAN FROM THE COMPANY.

The Initial Purchasers have agreed to purchase the Capital Securities from the Trust at $990.345 per Capital Security. The Capital Securities offered hereby are being offered by the Initial Purchasers, subject to prior sale, when, as and if delivered to and accepted by the Initial Purchasers and subject to various prior conditions, including their right to reject orders in whole or in part. It is expected that delivery of the Capital Securities will be made in book-entry form through the facilities of The Depository Trust Company and in certain circumstances in certificated form on or about January 31, 1997 at the offices of Salomon Brothers Inc, New York, New York against payment therefor in immediately available funds.

* Salomon Brothers Inc has filed applications with the United State Patent and Trademark Office for the registration of the "Capital Trust Pass-through Securities" and "TRuPS" service marks.

## Salomon Brothers Inc
## Lehman Brothers
## Bear, Stearns & Co. Inc.

The date of this Offering Memorandum is January 27, 1997.