**Presentment Date and Time: October 6, 2010 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: October 6, 2010 at 11:30 a.m. (Prevailing Eastern Time)**

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Aviva Warter Sisitsky
Benjamin Rosenblum

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs and Intervenor, |  |
| -against- |  |
| NOMURA INTERNATIONAL PLC, |  |
| Defendant. |  |

---------------------------------------------------------------x

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03229-jmp |
| Plaintiffs and Intervenor, |  |
| -against- |  |

NOMURA SECURITIES CO., LTD.                    :
                                               :
                              Defendant.        :
-----------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF STIPULATED SCHEDULING ORDER FOR CONSOLIDATED ACTIONS WITH RESPECT TO NOMURA INTERNATIONAL PLC, NOMURA SECURITIES CO., LTD., AND NOMURA GLOBAL FINANCIAL PRODUCTS, INC.

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed

Scheduling Order For Consolidated Actions (the "Stipulated Scheduling Order") to the

Honorable James M. Peck, United States Bankruptcy Judge, for signature on **October 6, 2010 at**

**12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed

Stipulated Scheduling Order, with proof of service, is served and filed with the Clerk of the

Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the

undersigned, so as to be received by **October 6, 2010 at 11:30 a.m. (Prevailing Eastern Time)**,

the Stipulated Scheduling Order may be signed.


Dated:  October 1, 2010                        Respectfully submitted,
        New York, New York


                                               /s/ Benjamin Rosenblum
                                               Jayant W. Tambe
                                               Aviva Warter Sisitsky
                                               Benjamin Rosenblum
                                               JONES DAY
                                               222 East 41st Street
                                               New York, New York  10017
                                               Telephone:  (212) 326-3939
                                               Facsimile:  (212) 755-7306

## STIPULATED SCHEDULING ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re:                                              :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        Case No. 08-13555 (JMP)
                                                    :
                                  Debtors.          :        (Jointly Administered)
                                                    :
-----------------------------------------------------------------x
                                                    :
LEHMAN BROTHERS HOLDINGS INC. and                   :
LEHMAN BROTHERS SPECIAL                             :        Adv. Proc. No. 10-03228-jmp
FINANCING, INC. and OFFICIAL COMMITTEE              :
OF UNSECURED CREDITORS OF LEHMAN                    :
BROTHERS HOLDINGS INC., *et al.*                    :
                                  Plaintiffs and    :
                                  Intervenor,       :
                                                    :
    -against-                                       :
                                                    :
NOMURA INTERNATIONAL PLC,                           :
                                                    :
                                  Defendant.        :
-----------------------------------------------------------------x
                                                    :
LEHMAN BROTHERS HOLDINGS INC. and                   :
LEHMAN BROTHERS SPECIAL                             :        Adv. Proc. No. 10-03229-jmp
FINANCING, INC. and OFFICIAL COMMITTEE              :
OF UNSECURED CREDITORS OF LEHMAN                    :
BROTHERS HOLDINGS INC., *et al.*                    :
                                                    :
                                  Plaintiffs and    :
                                  Intervenor,       :
                                                    :
    -against-                                       :
                                                    :
NOMURA SECURITIES CO., LTD.                         :
                                                    :
                                  Defendant.        :
-----------------------------------------------------------------x

## STIPULATED SCHEDULING ORDER FOR CONSOLIDATED ACTIONS

This Civil Case Management Plan submitted in accordance with Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), is adopted as the Scheduling Order of this Court for these consolidated actions. It supersedes both the So Ordered Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to Claims of Nomura Global Financial Products, Inc. [Docket No. 10291] and the So Ordered Stipulated Scheduling Order between Debtors and Nomura International plc and Nomura Securities Co., Ltd. [Adversary Proceeding Docket No. 13].

1.      Amended pleadings may not be filed except with leave of the Court. Any motion to amend shall be filed within 30 days after entry of this order.

2.      All fact discovery shall be completed by February 28, 2011.

3.      The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (as incorporated therein), and the Local Rules of this Court. In accordance with Federal Rules of Bankruptcy Procedure 9014 and 7026-7037, Federal Rules of Civil Procedure 26-37 shall apply in their entirety to these proceedings. The following interim deadlines may be extended by the written consent of the parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 2 above:

A.      Requests for production of documents may be served no later than October 27, 2010.

B.      Objections to requests for the production of documents to be served within 20 days of the service of each request or set of requests for the production of documents.

C.      Interrogatories pursuant to Local Bankruptcy Rule 7033-1(a) and 7033-1(b) may be served no later than October 27, 2010.

      D.      Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) may be served no earlier than January 7, 2011 and no later than February 28, 2011.

      E.      Requests for admissions may be served no earlier than January 7, 2011 and no later than February 28, 2011.

      F.      Document production to be substantially completed by November 29, 2010.

      G.      Depositions of fact witnesses to be completed by February 28, 2011.

4.      Expert reports will be exchanged on March 30, 2011. The parties will exchange any rebuttal expert reports on April 29, 2011. Expert discovery to be completed 21 days after the receipt of the last expert report.

5.      Dispositive motions to be filed no later than May 30, 2011.

6.      A pretrial hearing shall be held at a date to be determined.

7.      The trial(s) shall be held at a date to be determined by the Court.

Dated: October 1, 2010
New York, New York

           /s/ Sarah E. Lieber
           Corinne Ball
           Jayant W. Tambe
           Aviva Warter Sisitsky
           Sarah E. Lieber
           JONES DAY
           222 East 41st Street
           New York, New York 10017
           Telephone: (212) 326-3939

           *Attorneys for the Debtors and*
           *Debtors in Possession*

Dated: October 1, 2010
     New York, New York

                                         __/s/ Daniel Lewis_____
                                         Douglas P. Bartner
                                         Henry Weisburg
                                         Brian H. Polovoy
                                         Daniel Lewis
                                         SHEARMAN & STERLING
                                         599 Lexington Avenue
                                         New York, New York 10022
                                         Telephone:  (212) 848-4000

                                         *Attorneys for Nomura International plc,*
                                         *Nomura Securities Co., Ltd. and Nomura*
                                         *Global Financial Products, Inc.*

Dated: October 1, 2010
     New York, New York

                                         __/s/ David S. Cohen_____
                                         Dennis F. Dunne
                                         Evan R. Fleck
                                         MILBANK, TWEED, HADLEY & McCLOY
                                         1 Chase Manhattan Plaza
                                         New York, NY 10005
                                         Telephone: (212) 530-5000

                                         David S. Cohen
                                         Adrian C. Azer (admitted *pro hac vice*)
                                         MILBANK, TWEED, HADLEY & McCLOY
                                         1850 K Street N.W., Suite 1100
                                         Washington, DC 20006
                                         Telephone: (202) 835-7500

                                         *Attorneys for the Official Committee of*
                                       *Unsecured Creditors*

SO ORDERED
Dated: October ___, 2010
     New York, New York

                                        _____
                                        U.S. BANKRUPTCY JUDGE