MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Howard S. Beltzer
Jeffrey G. Tougas
Christine A. Walsh

*Counsel to BNP Paribas and its Affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on October 1, 2010, I caused copies of the Notice of Appearance and Request for Service of Papers by Mayer Brown LLP on Behalf of BNP Paribas and Its Affiliated Entities (the "Notice") to be served by United Parcel Service Next Day Air Upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.).

17651411

I further certify that on October 1, 2010, I caused electronic mail filing notifications of the Notice to be served upon all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         October 1, 2010

                                               /s/ James Hennessey
                                               James Hennessey

17651411                            2