UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :     (Jointly Administered)
            Debtors.                                        :
                                                            :     Ref. Docket Nos. 11574-11575
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 24, 2010, I caused to be served the:

    a. "Notice of Sixty-First Supplemental List of Ordinary Course Professionals," dated September 24, 2010 [Docket No. 11574], (the "Notice"), and

    b. "Exhibit A," related to the "Notice of Sixty-First Supplemental List of Ordinary Course Professionals," filed on September 24, 2010 [Docket No. 11575], (the "Exhibit A"),

    by causing true and correct copies of the:

    i. Notice and Exhibit A, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. Exhibit A, to be delivered via electronic mail to rriche@deloitte.ca and gbegic@deloitte.ca, and

    iii. Notice and Exhibit A, to be enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
27th day of September, 2010

_____
Notary Public

Panagiota Manatakis

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
IC. #01KO6222093
COMM. EXP MAY 17, 2014

**EXHIBIT A**

**Email Addresses**

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com