UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | : Chapter 11 Case No.<br>:<br>: 08-13555 (JMP)<br>:<br>: (Jointly Administered) |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Paul A. Patterson and Julie M. Murphy of the law firm of Stradley Ronon Stevens & Young, LLP shall be substituted in place of the firm Cadwalader, Wickersham & Taft, LLP in the above-referenced bankruptcy matter with respect to the following claimants: Van Kampen Equity and Income Fund, Van Kampen International Growth Fund, Morgan Stanley Alpha Advantage European Fixed Income Fund, Van Kampen Corporate Bond Fund, and Morgan Stanley Institutional Fund Trust, Municipal Portfolio (referred to collectively herein as the "Funds"), and that Stradley Ronon Stevens & Young, LLP hereby enters its appearance in the above-captioned case on behalf of the Funds, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demands that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon the Funds at the addresses and numbers set forth below:

> Paul A. Patterson, Esq.
> Julie M. Murphy, Esq.
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA 19103-7098
> Telephone: (215) 564-8000
> Facsimile: (215) 564-8120
> ppatterson@stradley.com

B # 1202473 v.1

jmmurphy@stradley.com

Benita Dryden
Steven Rimes
Invesco Legal Department
11 Greenway Plaza, Suite 2500
Houston, TX 77046
Telephone: (713) 214-5435
Facsimile: (713)-993-9185
benita.dryden@invesco.com
Stephen.Rimes@invesco.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtor, its property or the case.

**PLEASE TAKE FURTHER NOTICE** that the Funds do not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments

B # 1202473 v.1

to which the Funds are or may be entitled.

Respectfully submitted this 4th day of October, 2010:

| CADWALADER, WICKERSHAM & TAFT, LLP | STRADLEY RONON STEVENS & YOUNG, LLP |
|---|---|
| By: /s/Howard Hawkins | By: /s/ Mark J. Dorval, |
| Howard Hawkins, Esquire | Mark J. Dorval, Esquire |
| Cadwalader, Wickersham & Taft, LLP | Paul A. Patterson, Esquire |
| One World Financial Center | Stradley Ronon Stevens & Young, LLP |
| New York, NY 10281 | 2600 One Commerce Square |
| Telephone: (212) 504-6000 | Philadelphia, PA 19103-7098 |
| Fax: (212) 504-6666 | Telephone: (215) 564-8000 |
| | Fax: (215) 564-8120 |

B # 1202473 v.1