# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**,     Case Nos. 08-13555
                                             Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Federal Home Loan Bank of Atlanta |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 19174

Settled Amount: Claim #19174 has been settled in the amount of $175,000,000.00 by Termination Agreement dated July 16, 2010, by and among Federal Home Loan Bank of Atlanta, Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Ron Torok
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____     Date: 10/4/2010
Name: Ron Torok
Title: Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

FEDERAL HOME LOAN BANK OF ATLANTA, a corporation organized under the laws of the United States of America, located at 1475 Peachtree Street, N.E., Atlanta, Georgia 30309 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices at Bank of America Tower - 3rd Floor One Bryant Park, New York, NY 10036 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. ("LBHI") (Claim No.: 19174) (the "Claim") in the amount of the Claim Amount (as defined below) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Please note that on July 16, 2010 Seller entered into a settlement agreement with LBHI, in order to allow the Claim in the amount of $175,000,000 (the "Claim Amount"). Accordingly, Claim No. 19174 should also be revised to reflect the Claim Amount.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 30th day of September, 2010.

FEDERAL HOME LOAN BANK OF ATLANTA

By: _____
Name: Jill Spencer
Title: Interim President and CEO

By: _____
Name: W. Wesley McMullan
Title: Executive Vice President

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ron Torok
Title: Director