Execution Copy

Form 210A (10/06)

United States Bankruptcy Court
Southern District Of New York

------------------------------------------------------------X

In re:                                                      :    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                    :    Case No.: 08-13555 (JMP)

                    Debtors.                                :    (Jointly Administered)

------------------------------------------------------------X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by VR Bank Kaufbeuren-Ostallgäu eG against Lehman Brothers Holdings Inc., in the amount of $5,977,854.22, which has been designated as Claim No. 28185 (the "Claim"), and subsequently transferred to Barclays Bank PLC (the "Transferor"), which transfer has been notified on or prior to the date hereof. Transferee (as that term is defined below) hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $897,801.31 (the "Transferred Portion"). ~~For the avoidance of doubt, Transferor is retaining $1,494,469.55 of the Claim.~~ A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee                                          Name of Transferor

HARVEST SS, Ltd.                                            Barclays Bank PLC

Name and address where notices to transferee should be sent:

HARVEST SS, Ltd.                                            Court Claim # (if known): 28185
c/o Strategic Value Partners, LLC                           Total Amount of Claim: $5,977,854.22
100 West Putnam Avenue                                      Date Claim Filed: 22 September 2009
Greenwich, CT 06830                                         Transferred Portion: 15.02% or $897,801.31
USA                                                         Phone: N/A
Phone:  +1 203 618 3574
Attn.:  Marc Sileo
Phone:  +1 203 618 3599
Attn.:  Aravind Rajasekharan

Last Four Digits of Acct. #: N/A                            Last Four Digits of Acct. #: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          4 October 2010
    Transferee/Transferee's Agent    Date

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ronan Guilfoyle
Authorised Signatory
Cayman Private Manager I Ltd.

[Frankfurt #343822 v2]

Form 210A/B – Transfer of LBHI Claim # 28185
Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (jointly administered) |
| CLAIM NO. | 28185 (please note that only a portion of this claim is being transferred, as described below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a ratable portion in an amount of **$897,801.31** (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the amount of **$5,977,854.22** (the "Claim") |

It is hereby certified that Barclays Bank PLC ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**HARVEST SS, Ltd.**
c/o Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830
USA
Phone:   +1 203 618 3574
Attn.:    Marc Sileo
Phone:   + 1 203 618 3599
Attn.:    Aravind Rajasekharan

("Buyer") by assignment agreement dated __4__ October 2010.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4TH DAY OF OCTOBER 2010.

| BARCLAYS BANK PLC | HARVEST SS, LTD. |
|---|---|
| Name: JOHN CORTESE<br>Title: DIRECTOR | Name:<br>Title: |

[Frankfurt #343821 v3]

Form 210A/B – Transfer of LBHI Claim # 28185
Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (jointly administered) |
| CLAIM NO. | 28185 (please note that only a portion of this claim is being transferred, as described below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a ratable portion in an amount of $897,801.31 (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the amount of $5,977,854.22 (the "Claim") |

It is hereby certified that Barclays Bank PLC ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

HARVEST SS, Ltd.
c/o Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830
USA
Phone:   +1 203 618 3574
Attn.:    Marc Sileo
Phone:   + 1 203 618 3599
Attn.:    Aravind Rajasekharan

("Buyer") by assignment agreement dated __4__ October 2010.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4TH DAY OF OCTOBER 2010.

| BARCLAYS BANK PLC | HARVEST SS, LTD. |
|---|---|
| Name: | Name:   Ronan Guilfoyle |
| Title: | Title:   Authorised Signatory |
| | Cayman Private Manager I Ltd. |

[Frankfurt #343821 v3]