WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

### NOTICE OF MODIFIED PROPOSED PLAN IN THE SUNCAL CHAPTER 11 CASES

Pursuant to the *Order Pursuant to Federal Rules of Bankruptcy Procedure 6004 and 9019 and Section 363 of the Bankruptcy Code Authorizing Lehman Commercial Paper Inc. to Consummate Transactions Contemplated in the Chapter 11 Plan Proposed by the Lehman Lenders in the SunCal Chapter 11 Cases*, dated October 9, 2009 [Docket No. 5420] (the "Order"),[1] Lehman Commercial Paper Inc. ("LCPI") is required to file notice of any material modifications, amendments or supplements to the Proposed Plan.

On September 29, 2010, the Debtors filed the *Motion of the Debtors Pursuant to Section 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Enter into Settlement with SunCal Trustee on Behalf of SunCal Involuntary Debtors* [Docket No. 11688] (the "SunCal Involuntary Settlement Motion"). In the SunCal Involuntary Settlement Motion, the Debtors seek approval of a settlement with the SunCal Involuntary

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Order.

US_ACTIVE:\43518277\01\58399.0003

Debtors, the terms of which are embodied in a joint plan (the "Joint Plan") of reorganization to be proposed by LCPI, certain of its non-Debtor affiliates, and Steven Speier, as trustee of the SunCal Involuntary Debtors.  The Joint Plan and its related disclosure statement are attached as Exhibit A and Exhibit B, respectively, to the *Notice of Joint Plan in the SunCal Involuntary Cases Embodying Settlement with SunCal Trustee on Behalf of Suncal Involuntary Debtors*, dated October 4, 2010 [Docket No. 11779].  In light of the Joint Plan and the settlement embodied therein, LCPI and the other proponents of the Proposed Plan have filed a modified Proposed Plan (the "Modified Proposed Plan") and a related disclosure statement (the "Disclosure Statement") in the SunCal Voluntary Debtors' chapter 11 cases.

      **PLEASE TAKE NOTICE** that, pursuant to the Order, Lehman Commercial Paper Inc. hereby files copies of the Modified Proposed Plan and the Disclosure Statement, which are attached hereto as Exhibit A and Exhibit B, respectively.

Dated:  October 4, 2010
      New York, New York

                                /s/Alfredo R. Pérez
                                Alfredo R. Pérez
                                WEIL, GOTSHAL & MANGES LLP
                                700 Louisiana Street, Suite 1600
                                Houston, Texas  77002
                                Telephone: (713) 546-5000
                                Facsimile: (713) 224-9511

                                Attorneys for Debtors
                                and Debtors in Possession

## Exhibit A

See Attached.

US_ACTIVE:\43518277\01\58399.0003

## **Exhibit B**

See Attached.

US_ACTIVE:\43518277\01\58399.0003