Michael R. Pfeifer, Esq. (SBN 072245)
Libby Wong, Esq. (SBN 173824)
James P. Finerty, Esq. (SBN 115611)
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Facsimile: (714) 703-9303

Attorneys for NBGI, Inc.

## UNITED STATES BANKRUPCTY COURT

## FORT THE SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | ) Case No. 08-13555 (JMP) |
| Debtor. | ) |

///

///

///

///

///

///

///

///

///

///

//

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS OF PFEIFER & DE LA MORA, LLP

**PLEASE TAKE NOTICE** that Michael R. Pfeifer, Libby Wong, and James P. Finerty, of the firm Pfeifer & Reynolds, LLP hereby withdraw their appearance and demand for service of papers on behalf of NBGI, Inc. in the above captioned cases. The firm of Pfeifer & Reynolds, LLP requests the removal of its name from all service lists and further requests discontinuance of electronic notification with regard to these cases via the Court's ECF system to the following email addresses:

mpfeifer@pfeiferlaw.com

jfinerty@pfeiferlaw.com.

lwong@pfeiferlaw.com

DATED: October 5, 2010                          PFEIFER & REYNOLDS, LLP

                                                /s/ Libby Wong, Esq.
                                                Michael R. Pfeifer, SBN 072245
                                                James P. Finerty, SBN 115611
                                                Libby Wong, SBN 173824
                                                PFEIFER & REYNOLDS, LLP
                                                765 The City Drive South, Suite 380
                                                Orange, CA 92868
                                                Telephone:    (714) 703-9300
                                                Facsimile:    (714) 703-9303
                                                Emails:       mpfeifer@pfeiferlaw.com
                                                              jfinerty@pfeiferlaw.com
                                                              lwong@pfeiferlaw.com

                                                Attorneys for NBGI, Inc., a California corporation

2

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: PFEIFER & REYNOLDS, LLP, 765 The City Drive, Suite 380, Orange, California 92868.

On, October 5, 2010, I caused to be served a copy of the foregoing documents described as: **NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF PFEIFER & DE LA MORA, LLP** on the interested parties in this action via U.S. First Class Mail as indicated on the attached Service List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 5, 2010 at Orange, California.

_____
Yolanda Rivera, Legal Assistant

## **SERVICE LIST**

Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Ian T. Lowitt, CFO
Lehman Brothers Holdings, Inc.
245 Seventh Avenue
New York, NY 10019

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Susheel Kirpalani
James Treece
Quinn Emmanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017