UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x   Ref. Docket Nos. 11220 & 11222


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                    /s/ Lauren Rodriguez
15th day of September, 2010                Lauren Rodriguez

/s/ Elli Petris
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    ARIZONA PUBLIC SERVICE COMPANY
               ATTN: TIM BOLDEN, ESQ.
               400 NORTH FIFTH STREET
               MAIL STATION 9860
               PHOENIX AZ 85004

Additional:

Transferee:    SPCP GROUP, L.L.C.
               ATTN: BRIAN JARMAIN
               TWO GREENWICH PLAZA
               GREENWICH CT 08630

Your transfer    of claim #    4015    is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 11220                Date 09/09/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 13, 2010.

# EXHIBIT B

```
TIME: 18:53:05                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/13/10                                           CREDITOR LISTING

Name                              Address
ARIZONA PUBLIC SERVICE COMPANY    ATTN: TIM BOLDEN, ESQ. 400 NORTH FIFTH STREET MAIL STATION 9860 PHOENIX AZ 85004
SPCP GROUP, L.L.C.                ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 08630


Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC