UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket No. 11264

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of September, 2010
/s/ Elli Petris
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Defective Transfer 11264_Aff_ 09-14-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
          Debtors.                                          :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   LEGG MASON US$ CORE BOND FUND
              C/O WESTERN ASSET MANAGEMENT COMPANY AND
              WESTERN ASSET MANAGEMENT COMPANY LIMITED
              ATTN: LEGAL DEPT
              385 E. COLORADO BLVD
              PASADENA, CA 91101


Transferee:   WESTERN ASSET US CORE BOND FUND
              C/O DAVID FRITZ, AS RELATIONSHIP MANAGER
              BNY MELLON GIS
              880 TINICUM BLVD.
              PHILADELPHIA, PA 19153


**Your claim in the amount of $192,781.00 is defective for the reason(s) checked below:**

WRONG CASE NUMBER



Refer to docket number **11264** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 14, 2010.

# EXHIBIT B

LEGG MASON US$ CORE BOND FUND
C/O WESTERN ASSET MANAGEMENT COMPANY AND
WESTERN ASSET MANAGEMENT COMPANY LIMITED
ATTN: LEGAL DEPT
385 E. COLORADO BLVD
PASADENA, CA 91101

WESTERN ASSET US CORE BOND FUND
C/O DAVID FRITZ, AS RELATIONSHIP MANAGER
BNY MELLON GIS
880 TINICUM BLVD.
PHILADELPHIA, PA 19153