Execution Copy

Form 210A (10/06)

## United States Bankruptcy Court
## Southern District Of New York

-----------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | : | Case No.: 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Landwirtschaftliche Rentenbank (the "**Transferor**"), against Lehman Brothers Holdings Inc., in the amount of $43,159,467.09, which has been designated as Claim No. 11008 (the "**Claim**"). Transferee (as that term is defined below) hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim (the "**Evidence of Transfer**") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee                                   Name of Transferor

**Barclays Bank PLC**                                **Landwirtschaftliche Rentenbank**

Name and address where notices to transferee should be sent:

Barclays Bank PLC                                    Court Claim # (if known): 11008
5 The North Colonnade                                Total Amount of Claim: $43,159,467.09
Canary Wharf                                         Date Claim Filed: 1 October 2010
London E14 4BB                                       Phone: N/A
Great Britain
Attn:   Richard Kearney
Phone:  +44 (0)20 777 36737

Last Four Digits of Acct. #: N/A                     Last Four Digits of Acct. #: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____           Date  5/10/10
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Frankfurt #343762 v3]

**Exhibit A**
**Evidence of Transfer**

[Frankfurt #343762 v3]

Execution Copy

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (jointly administered) |
| CLAIM NO. | 11008 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of the above claim which has been filed against the Debtor in the Bankruptcy Court in the amount of **$43,159,467.09** (the "Claim") |

It is hereby certified that **Landwirtschaftliche Rentenbank** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to:

**Barclays Bank PLC**
5 The North Colonnade
Canary Wharf
London E14 4BB
Great Britain
Phone:   +44 (0)20 777 36737
Attn.:    Richard Kearney

("Buyer") by assignment agreement dated **5 October 2010**.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS FIFTH DAY OF OCTOBER 2010.

| LANDWIRTSCHAFTLICHE RENTENBANK | BARCLAYS BANK PLC |
|---|---|
| Name: Dr. Jürgen Wegner<br>Title:  Managing Director | Name:<br>Title: |
| Name: Thomas Diehl<br>Title:  Director | |

[Frankfurt #343763 v3]

Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (jointly administered) |
| CLAIM NO. | 11008 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of the above claim which has been filed against the Debtor in the Bankruptcy Court in the amount of **$43,159,467.09** (the "Claim") |

It is hereby certified that **Landwirtschaftliche Rentenbank** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to:

**Barclays Bank PLC**
5 The North Colonnade
Canary Wharf
London E14 4BB
Great Britain
Phone:   +44 (0)20 777 36737
Attn.:    Richard Kearney

("Buyer") by assignment agreement dated **5 October 2010**.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS FIFTH DAY OF OCTOBER 2010.

| LANDWIRTSCHAFTLICHE RENTENBANK | BARCLAYS BANK PLC |
|---|---|
| Name: Dr. Jürgen Wegner<br>Title: Managing Director | Name: JOHN CORTESE<br>Title: DIRECTOR |
| Name: Thomas Diehl<br>Title: Director | |

[Frankfurt #343763 v3]