Execution Copy

Form 210A (10/06)

## United States Bankruptcy Court
## Southern District Of New York

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC., *et al.*,** | : | **Case No.: 08-13555 (JMP)** |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by VR Bank Kaufbeuren-Ostallgäu eG (the "**Transferor**"), against Lehman Brothers Holdings Inc., in the amount of $5,977,854.22, which has been designated as Claim No. 28185 (the "**Claim**"). Transferee (as that term is defined below) hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim (the "**Evidence of Transfer**") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee                          Name of Transferor

**Barclays Bank PLC**                       **VR Bank Kaufbeuren-Ostallgäu eG**

Name and address where notices to transferee should be sent:

| | |
|---|---|
| Barclays Bank PLC | Court Claim # (if known): 28185 |
| 5 The North Colonnade | Total Amount of Claim: $5,977,854.22 |
| Canary Wharf | Date Claim Filed: 22 September 2009 |
| London E14 4BB | Phone: N/A |
| Great Britain | |
| Fax:    n/a | |
| Att:    Richard Kearney | |
| Phone:  +44 (0)20 777 36737 | |

Last Four Digits of Acct. #: N/A            Last Four Digits of Acct. #: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____          27 September 2010
    Transferee/Transferee's Agent          Date

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Frankfurt #343412 v2]

**Exhibit A**
**Evidence of Transfer**

[Frankfurt #343412 v2]

Form 210A/B – Transfer of LBHI Claim # 28185
Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 28185 |

It is hereby certified that **VR Bank Kaufbeuren-Ostallgäu eG** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US $5,977,854.22 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt of sufficiency of which are hereby acknowledged) to:

**Barclays Bank PLC**
5 The North Colonnade
Canary Wharf
London E14 4BB
Great Britain
Phone:   +44 (0)20 777 36737
Fax:     n/a
Att:     Richard Kearney

its successors and assigns ("Buyer") by assignment agreement dated 27 September 2010.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of September 2010.

VR BANK KAUFBEUREN-OSTALLGÄU eG

Name: Stamecker         Huber
Title: Director          Director

BARCLAYS BANK PLC

Name:
Title:

Lang Günter

[Frankfurt #343410 v2]

Form 210A/B – Transfer of LBHI Claim # 28185
Execution Copy

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 28185 |

It is hereby certified that **VR Bank Kaufbeuren-Ostallgäu eG** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US $5,977,854.22 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt of sufficiency of which are hereby acknowledged) to:

**Barclays Bank PLC**
5 The North Colonnade
Canary Wharf
London E14 4BB
Great Britain
Phone:  +44 (0)20 777 36737
Fax:    n/a
Att:    Richard Kearney

its successors and assigns ("Buyer") by assignment agreement dated 27 September 2010.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of September 2010.

| VR BANK KAUFBEUREN-OSTALLGÄU eG | BARCLAYS BANK PLC |
|---|---|
| ------------------------------- | ------------------------------- |
| Name: | Name: JOHN CATESE |
| Title: | Title: DIRECTOR |

[Frankfurt #343410 v2]