UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :
       Debtors.                                   :
                                                  :
---------------------------------------------------------------x    Ref. Docket Nos. 11121,
                                                       11242, 11246, 11248, 11249,
                                                       11250

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
Sworn to before me this                                Lauren Rodriguez
15th day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 11121, 11242, 11246, 11248, 11249, 11250_Aff 09-13-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT
           FUND MEITAV CHISACHON HISTALMUT
           MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET
           TEL AVIV     61180
           ISRAEL

Please note that your claim # 55230 in the above referenced case and in the amount of
       $41,640.00     has been transferred **(unless previously expunged by court order)**

       ISP FINANCIAL SERVICES LTD.
       TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF T
       BELLERIVESTRASSE 33
       P.O. BOX 567
       ZURICH 8034
       SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11121     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/13/2010                              Vito Genna, Clerk of Court

                                                 /s/ Lauren Rodriguez
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 13, 2010.

# EXHIBIT B

08-13555-mg    Doc 11819    Filed 10/06/10    Entered 10/06/10 14:58:42    Main Document
                                    Pg 5 of 5

```
TIME: 18:54:00                                          LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 09/13/10                                               CREDITOR LISTING

Name                                      Address
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: CHEYNE FUND LP ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: CHEYNE LEVERAGE FUND LP ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: INNOVEST EUROPEAN ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT INTERNATIONAL L.P.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL
                                          NEW YORK NY 10019
ELLIOTT INTERNATIONAL LP                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL
                                          NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR
                                          NEW YORK NY 10019
ISP FINANCIAL SERVICES LTD.               TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF T BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034 SWITZERLAND
MAXIS CORPORATION                         ATTN: MR. HIDEO HONMA 2F KOKUSAI-HAMAMATSU BLD. 1-9-18 KAIGAN MINATO-KU TOKYO 105-0022 JAPAN
MEITAV GEMEL LTD (THE "COMPANY") THE      FUND MEITAV CHISACHON HISTALMUT MEUSEM TOWER, 15TH FLOOR 4 BERKOVITZ STREET TEL AVIV 61180 ISRAEL
 MANAGING COMPANY OF THE PROVIDENT
MERRILL LYNCH JAPAN FINANCE CO. LTD       TRANSFEROR: MAXIS CORPORATION C/O MERRILL LYNCH CREDIT PRODUCTS LLC, ATTN: G. COHEN, J. BENESH BANK OF AMERICA TOWER, 3RD FL
                                          ONE BRYANT PARK NEW YORK NY 10038
THE LIVERPOOL LIMITED PARTNERSHIP         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL
                                          NEW YORK NY 10019

Total Number of Records Printed      11
```