UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 11217,
                                                                      11219, 11247, 11261-11263,
                                                                      11265, 11266, 11272, 11273,
                                                                      11292, 11293, 11296, 11297
                                                                      & 11298

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
15th day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 11217, 11219, 11247...11296, 11297 & 11298_Aff 09-14-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: CREDIT SUISSE INTERNATIONAL
      ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
      ONE CHASE MANHATTAN PLAZA
      NEW YORK NY 10005-1401
```

Please note that your claim # 55808-03 in the above referenced case and in the amount of
       $2,026,067.00         has been transferred **(unless previously expunged by court order)**

```
      STONEHILL INSTITUTIONAL PARTNERS, LP
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      ATTN: STEVEN D NELSON
      C/O STONEHILL CAPITAL MANAGEMENT, LLC
      885 THIRD AVENUE, 30TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11217         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 14, 2010.

**EXHIBIT B**

```
TIME: 18:48:33                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 09/14/10                                         CREDITOR LISTING

Name                                              Address
ABSALON II LTD                                    TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020
ABSALON II, LTD                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020
ABSALON II, LTD                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER, MANAGER OF HIGH YIEDL OPERATIONS FOR GOLDEN TREE ASSET MANAGEMENT LP
                                                  1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020
ABSALON II, LTD.                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020
AG SUPER FUND INTERNATIONAL PARTNERS,             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 245 PARK AVENUE NEW YORK NY 10167
L.P.
BANCA POPOLARE DI SONDRIO S.C.P.A.                TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: MR. ROMANO FORLIN/MR. LORENZO TENNI PIAZZA GARIBALDI, 16 SONDRIO (SO) 23100 ITALY
BANQUE PIGUET & CIE S.A.                          YVERDON CH-1400 SWITZERLAND
BARCLAYS BANK PLC                                 ALAN KAPLAN, DEPUTY GENERAL COUNSEL AMERICAS 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                 ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                                 TRANSFEROR: GTAM FUND I, LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OVERSEAS LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: TPG CREDIT STRATEGIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                                TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 245 PARK AVENUE NEW YORK NY 10167
CONDUIT CAPITAL MARKETS LTD                       TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: RAKESH CHHABRA 12-13 HENRIETTA STREET LONDON WC2E 8LH UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1401
LANDESHAUPTSTADT MUNCHEN                          HAUCK & AUFHAUSER PRIVATBANKIERS KG AA EFFEKTENABTEILUNG/DEPOTBANKFUNKTION KAISERSTR. 24 FRANKFURT AM MAIN 60311 GERMANY
LANDESHAUPTSTADT MUNCHEN                          TRANSFEROR: UNIVERSEL INVESTMENT GMBH STADTKAMMEREI HAUPTABTEILUNG I MARIENPLATZ 8 MUNCHEN 80331 GERMANY
RAIFFEISENBANK OBERDRAUTAL - WEISSENSEE           C/O RENZULLI LAW FIRM, LLP 81 MAIN ST., SUITE 508 WHITE PLAINS NY 10601
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: TEGEAN MASTER FUND LTD ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
STONEHILL INSTITUTIONAL PARTNERS, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN D NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
STONEHILL MASTER FUND LTD                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN D NELSON C/O STONEHILL CAIPTAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
STONEHILL MASTER FUND LTD                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN D NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC NEW YORK NY 10022
STONEHILL MASTER FUND LTD                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN D NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
THE LIVERPOOL LIMITED PARTNERSHIP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR
                                                  NEW YORK NY 10019
TPG CREDIT STRATEGIES FUND LP                     TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
UNIONE DI BANCHE ITALIANE SCPA                    ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY
UNIVERSEL INVESTMENT GMBH                         SOLELY ON BEHALF AND FOR ACCOUNT OF MRM-UNIVERSAL-FONDS ERLENSTRASSE 2 FRANKFURT AM MAIN D-60325 GERMANY
YORVIK PARTNERS LLP                               TRANSFEROR: RAIFFEISENBANK OBERDRAUTAL - WEISSENSEE ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY U.K.

Total Number of Records Printed       32                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```