Sender: TOK YIN SHEUNG, FLORIA
26 H BLOCK 13
YUET WU VILLA
TUEN MUN
HONG KONG