Paul Ryb
3 Reynolds Close
London
NW11 7EA
UK

ATTN: CHAMBERS OF THE
HONORABLE JAMES M. PECK
COURT ROOM 601

Tel: 00447073306507
Work Tel 0044207678 7287
Email Home: paul@familyryb.co.uk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS et al Debtors
Chapter 11 Case No. 08-13555 (JMP): Jointly Administered

MY RESPONSE to the Notice of the Hearing on Debtors Fortteth omnibus objections to claim (LATE FILED CLAIMS)

Creditor: Paul Ryb of 3 Reynolds Close, London NW11 7EA UNITED KINGDOM
CLAIM No: 65722
DEBTOR: Lehman Brothers et al
Amount claimed: US$ 581,500.12

21st September, 2010

Dear Sir/Madam



RECEIVED
SEP 27 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

RE: MY RESPONSE to the Notice of the Hearing on Debtors Fortteth omnibus objections to claim (LATE FILED CLAIMS)

I do apologise for the late submission of my claim but I must plead extenuating circumstances which I hope the court will take into consideration: I disclose in my defence that I am registered blind (March 2009 – documentation provided), and at no time during the open offer period (2nd July-22nd September 2009) was I aware of the deadline and need to file. My ability to browse websites and receive unspecified material is extremely difficult.

I am also not employed by the Nomura or BarclaysCapital groups where I understand familiarity with this tight timetable was commonplace. I was only made aware of the process by a chance encounter with an ex-Lehman colleague who is currently employed by Nomura in London. Once I was verbally made aware of the situation and need to file my claim in November 2009 I set about making the necessary enquiries. I have had numerous email exchanges with the Lehman Team at lehmanteam@weil.com, (evidence enclosed) highlighting my plight to get my claim filed given the complicated process and my eyesight predicament as soon as possible once I was made aware of the process.

I was especially relieved when I received a letter (evidence enclosed) dated 10th January 2010 from EPIQ Systems confirming acknowledgement of my filed claim. I do hope you accept my circumstances as reasonable as to why my application is late, and therefore reject any attempt to remove/disqualify and expunge my claim. I did not receive any forms to my knowledge detailing or explaining the process and given my eyesight predicament would not have been able to see them easily either.

I am available to participate by telephone on the trial date 27th October, 2010 should this be necessary and request the necessary information be sent to me by post or email so that I may comply. My contact details are on the front of this letter. I look forward to hearing back as soon as possible and have filed this objection as quickly as possible after speaking with the Debtors counsel, Mr John O'Connor


Yours sincerely

Paul Ryb

ENC
Paul Ryb blind registration certificate
Email correspondence with lehman/WEIL Team
Acknowledgement letter of filing 10th Jan 2010 from Epiq systems

## Paul Ryb

**From:** Susanin, Audrey [audrey.susanin@weil.com]
**Sent:** 24 November 2009 16:22
**To:** Paul Ryb; Schaeffer, Jenna
**Cc:** Lehman Team
**Subject:** RE: Lehman inquiry

Paul:

You can contact Epiq Systems, the Debtors' claims agent at 646-282-2400. You may also contact the Lehman Legal Hotline at 212-310-8040. However, please be advised that the Lehman Legal Hotline attorney you speak with will not be able to advise as to any aspect of how to complete a proof of claim.

Kind Regards,
Audrey

Audrey Susanin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8413

**From:** Paul Ryb [mailto:paul@familyryb.co.uk]
**Sent:** Monday, November 23, 2009 1:12 PM
**To:** Susanin, Audrey; Schaeffer, Jenna
**Cc:** Lehman Team
**Subject:** RE: Lehman inquiry

Thank you but given my eyesight predicament referring me to websites are not terribly helpful. Are there any contact numbers I can call for simple advice pertaining to this form

Thank you

**From:** Susanin, Audrey [mailto:audrey.susanin@weil.com]
**Sent:** 23 November 2009 00:50
**To:** Paul Ryb; Schaeffer, Jenna
**Cc:** Lehman Team
**Subject:** RE: Lehman inquiry

Paul,

As counsel to LBHI, we cannot advise as to any aspect of how to complete a proof of claim. Please visit the Debtors website available at www.lehman-docket.com for further information. You may determine to consult legal counsel to the extent you deem appropriate. You may also wish to consult the Lehman Creditors Committee website available at www.lehmancreditors.com.

Regards,
Audrey

Audrey Susanin
Weil, Gotshal & Manges LLP

New York, NY 10153
Tel: (212) 310-8413

**From:** Paul Ryb [mailto:paul@familyryb.co.uk]
**Sent:** Saturday, November 21, 2009 8:30 AM
**To:** Schaeffer, Jenna
**Cc:** Lehman Team
**Subject:** RE: Lehman inquiry

Dear Jenna,

Thank you for your email. I will submit a completed proof of claim form with a covering letter explaining that I was never notified of such a tight timetable and requesting that in light of my visual disabilitiy and subsequent difficulties in completing the form, special dispensation be granted and my claim accepted. I will provide supporting documents with this claim of my annual CSAs (contingent stock awards) granted by Lehman Brothers, and proof of my visual impairment (I am registered blind).

To complete the form correctly please can you advise me of whether the loss of my income awards as granted by the 5 year vesting schedule of the CSAs falls under any priority consideration as stated on the proof of claim form: what is the specific applicable paragraph of 11 U.S.C 507(a) that I should be referring?

Can you clarify simply for me whether I complete section 2 "basis for claim" as referencing my CSAs, or need to refer to section 3 on the form relating to the last 4 digits of a particular account?

As you must appreciate my visual impairment prevents me from being able to navigate my way around these instructions and in order for me to submit the form as quickly as possible I would appreciate you clarifying the above points.

I was then intending sending the form by courier to the Epiq Bankruptcy Solutions, Lehman Claims Processing Third floor, 757 Third Avenue NY complete with a stamp address envelope.

Please advise if this is correct and I look forward to hearing back from you as soon as possible
Best regards Paul Ryb

**From:** Schaeffer, Jenna [mailto:jenna.schaeffer@weil.com]
**Sent:** 18 November 2009 22:19
**To:** Paul Ryb
**Cc:** Lehman Team
**Subject:** RE: Lehman inquiry

Paul,

Please take note that, on July 2, 2009, the United States Bankruptcy Court for the Southern District of New York, having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and certain of its affiliates, as debtors and debtors in possession in the above referenced chapter 11 cases (collectively, the "Debtors"), entered an order (the "Bar Date Order") establishing September 22, 2009, at 5:00 p.m. (prevailing Eastern Time) as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental units and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against the Debtors (the "Bar Date").

Please note that the Bar Date has now passed. The Debtors have the right to object to claims filed after the Bar Date as being untimely. Please visit the Debtors website available at www.lehman-docket.com for further information. You may determine to consult legal counsel to the extent you deem appropriate.

Regards,
Jenna

Jenna Schaeffer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8718
Fax: (212) 310-8007
Email: jenna.schaeffer@weil.com

---

**From:** Paul Ryb [mailto:paul@familyryb.co.uk]
**Sent:** Wednesday, November 18, 2009 3:07 PM
**To:** Schaeffer, Jenna; Lehman Team
**Subject:** RE: Lehman inquiry

Thank you Jenna,

I am registered blind and am not in a position to complete forms easily. I understand there is a process for registering lost Lehman CSAs received as part of my employment remuneration but lost in the bankruptcy filing.

I worked at Lehman Brothers in the UK office from 1999 – 2008 and have calculated I lost $540,000 in lost CSAs. I have the annual remuneration confirmations corroborating this information but was keen to understand how as a blind man with a degenerative eye condition I could get this detail registered appropriately. I was informed recently by an ex-colleague the registration period had lapsed however I do not recall receiving any notice or forms to this matter. Obviously given my eyesight condition it puts me in a difficult position but I am keen to ensure my disability does not prejudice my prospects for ensuring my claims for lost Lehman CSAs (contingent stock awards) is correctly processed.

I am grateful for you getting in touch and look forward to hearing from you.
My daytime telephone contact is +44 207 678 7287, my mobile +447973306507

Best regards Paul Ryb

---

**From:** Schaeffer, Jenna [mailto:jenna.schaeffer@weil.com]
**Sent:** 18 November 2009 15:17
**To:** paul@familyryb.co.uk
**Cc:** Lehman Team
**Subject:** Lehman inquiry

Paul,

We saw that you had contacted Epiq Systems on November 16, 2009 and had a question regarding Lehman Brothers. You may direct your inquiry to lehmanteam@weil.com.

Regards,

Jenna Schaeffer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8718
Fax: (212) 310-8007
Email: jenna.schaeffer@weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq** SYSTEMS



MAILID *** 0008278961 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000112636 ****

RYB, PAUL
3 REYNOLDS CLOSE
LONDON, NW117EA UNITED KINGDOM

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | RYB, PAUL |
| Date Received: | 11/25/2009 |
| Claim Number: | 65722 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII** can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**