



Honorable James M. Peck
One Bowling Green, New York
New York 10004, Courtroom 601

Valladolid, September 22, 2010

Dear Sirs,

In response to the Notice of Objection mentioned below, IBERAVAL, S.G.R. opposes the disallowance or expungement of our claim –send 10/27/2009- listed below, under CLAIM(s) TO BE DISALLOWED & EXPUNGED. That's why IBERAVAL includes the information requested in the objection, enumerated as follow:

(i) Court: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
Debtor: LEHMAN BROTHERS HOLDINGS INC.
Case No.: 08-13555 (JMP) Chapter 11
Title of the Objection: NOTICE OF HEARING ON DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

(ii) Claimant: IBERAVAL, S.G.R.
Claim No.: 64505. ISIN: XS0229269856. Amount of the claim: $ 1,424,300.00 .
Basis for the amount: 1,000 Lehman Bros. Capital Fund II, € 1,000.00 nominal value each, for € 1,000,000.00 total nominal value, and 1.4243 US$ rate exchange.

(iii) Concise statement setting forth the reasons why the claim should not be disalloweb/expunged:
IBERAVAL, S.G.R. sent the proof of claim for the case mentioned above, dated 10/27/2009 (see the attached photocopies) for the Public Post Office, as "Carta Certificada Intern. AR. (con acuse de recibo)" (international certified letter with received advise). IBERAVAL, S.G.R., as Creditor, guarantees and assures that our proof of claim has been sent within the established period (before November 2, 2009). IBERAVAL, S.G.R. –in any case- is no responsible for the received date, and a delay -if any- with origin in the Spanish or US Public Postal Services does not consider our claim as disalloweb or expunged.
As it's explained above, IBERAVAL, S.G.R. **opposes the disallowance or expungement** of our claim listed above under CLAIM(s) TO BE DISALLOWED & EXPUNGED.

(vi) Name, adress and telephone number of the person possessing ultimate authority to resolve the claim on your behalf:
D. Alfredo Herrero Calvo
Calle de la Estación No. 13
47004 Valladolid (España)
T. No. 0034983217753

Sincerely,

D. Alfredo Herrero Calvo
Director General

RR 35 821 450 7 ES

Iberaval
Sociedad de Garantía Recíproca
C/ La Estación, 13 (EDIFICIO IBERAVAL)
47004 VALLADOLID

ENTIDAD COLABORADORA DE CORREOS
SOLUCIONES LOGÍSTICAS INTEGRALES
Telf. 983 214 786
C/ Turquesa, 44
47012 Valladolid

Carta Certificada
Intern. AR
27/10/09   001570808

Correos
4,27 €
ES 47012
NP300038

United States Bankruptcy/Southern
District of New York

Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

101505076 5026





United States Bankruptcy/Southern
District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

CORREOS

IMPRESO DE ADMISIÓN
RELACIONES DE CERTIFICADOS

Sello de fechas

Oficina de Admisión

Remitente: FBCRAVAL

NIF / CIF

Nº total de envíos certificados: 3

| Nº | Destino | Código Postal | Clase / Modalidad* | Importe** | Código de barras |
|---|---|---|---|---|---|
| 1 | NEW YORK. | 10110 | C AR | | RR35821450 7ES |
| 2 | | | | | RR35821449 8ES |
| 3 | | | | | CD 00628543236 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

27-10-09
A.T.P. SN CRISTOBAL VALLADOLID

iberaval S.G.R.