UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    In re:                                : Chapter 11 Case No.
                                          : 08-13555 (JMP)
                                          : (Jointly Administered)
    LEHMAN BROTHERS HOLDINGS INC., et al.,  :
                                          :
                Debtors.                  : **OBJECTION TO DISALLOW AND EXPUNGE**
                                          : **CLAIM NUMBER 34546**
------------------------------------------------------------X

Harriet Chan King
395 South 2nd Street #1
Brooklyn, NY 11211
Telephone: 917.658.6461

I, Harriet Chan King, do oppose the Objection of my claim as an unsecured creditor of Lehman Brothers Holdings Inc.

It is Claim Number 34546 for Debtor 08-13555, for Classification and Amount: UNSECURED $6081.00; UNLIQUIDATED.

This claim was submitted by hand delivery on September 22, 2009 to the following address: Epiq Bankruptcy Solutions, LLC Attn: Lehman Brothers Holdings Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017.

I personally delivered this claim accompanied by a colleague of mine, Anthony Ruggiero, who also delivered his claim. His claim has been allowed, and mine has been disallowed. If I had missed the deadline for filing, the receptionist at this location would not have accepted my filing. I therefore object to my claim number 34536 being disallowed and expunged for missing the filing deadline.

WHEREFORE, the claimant is requesting the Court to issue an order requiring Claim Number 34546 to be included in the pool of Unsecured Creditors of Debtor.



RECEIVED
SEP 28 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

*Harriet Chan King*
Harriet Chan King

Dated: September 27, 2010