## Opposition to the Objection to LBH claim outline below

**Title of Objection:** Fortieth Omnibus Objection to Claims (Late Filed Claims)

**Claim No:** 34829

**Claimant:** Timothy B. Wilkinson

**Debtor:** Lehman Brothers Holdings Inc.

**Claimant's address:** Corner Cottage,
Parsonage Lane,
Little Baddow,
Essex
United Kingdom
CM3 4SU

**Phone number:** 01245 227361 (UK number so 0044 1245 227361 from US)

**Claim Amount:** $1,543,425.91 (unsecured)

**Claim Description:** CSA's accumulated at Lehman since 2003

**Case Number:** 08-13555

**Bankruptcy Court:** United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601

**Reason:**

Below is a timeline for me sending docs supporting my claim:

**16th Sept:** I had a conversation with an ex Lehman colleague who suggested I had a valid CSA claim against LBH.

**17th Sept:** Fully aware of the 22nd deadline I registered the claim on the Eqip supplemental questionnaire website with supporting docs attached. I also sent the claim by post -1st class delivery. (see attached photo copy from Eqip website with highlighted date showing when the package was sent from UK).

The reason I oppose your disallowance of my claim due to missing the deadline date is that I registered my claim on the 17th Sept on the Epiq website and immediately sent the claim in the post as a backup in the most expedient manner possible. I basically could have not done more to ensure the claim reached you in a timely manner. Clearly the website did not function properly and the postal service let me down (I suspect that somebody at Epiq accidentally overwrote my original web claim, from the 17th," with the postal claim that unbelievably arrived late and was ironically intended as a backup).



RECEIVED SEP 28 2010

