**Force Manner Co., Ltd.**

27/F, Unit C-D, Wyndham Place, No. 44 Wyndham Street, Central, Hong Kong
Tel: +852 2764 9983 | Fax: +852 2334 1828 |
info@forcemanner.com

Tuesday, September 28, 2010

Honorable James M. Peck
One Bowling Green
New York
New York 1004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holdings Inc., et al., Debtors**
**Debtors' Forty-second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed by me on the 27th of October 2009 and mailed to the address provided by my Bank and which was received by the Honourable Court on 6 November 2010.

| | |
|---|---|
| **Claim No** | 65120 |
| **Debtor** | 08-13555 |
| **Classification & Amount** Unsecured | $ 100,000.00 |
| **Claimant** | Force Manner Company Limited |

I have been regularly using the normal postal service for a long time and never had to face such delays.

In view of the fact that I had signed the claim form on the 27th of October and mailed it before the due date of 2nd November and also in view of the fact that in most cases the postmarked date is regarded as proof of mailing, I would request the Honorable Court to accept my claim as valid.

**Thank you.**

FORCE MANNER CO., LTD.


RECEIVED SEP 30 2010

Tuesday, 28 September 2010 3:08 PM

**Subject: : THOUGHT OF THE DAY**
*Date:* Tuesday, 28 September 2010 3:08 PM
*From:* Danny Thakur <danny@forcemanner.com>

## *Within you are all the possibilities.*

## *Thought of the Day by Rev. Dada J. P. Vaswani*

**DEAR HONORABLE JAMES M.PECK**

**WE HAVE LOST MOST OF OUR MONEY IN FINANCIAL CRISIS,SO PLEASE HELP US BY NOT REJECTING OUR CLAIM.**