**AUGUSTO, CHIERICHETTI**
Via Della Biella 6
21053 CASTELLANZA (VA) – ITALIA

---



1. The chambre of the Honorable James M. Peck
   One Bowling Green
   New York
   New York 10004
   Courtroom 601

2. Attorneys for the Debtors
   **Weil Gotshal & Manges LLP**
   767 Fifth Avenue
   New York
   New York 10153
   (attn: Shai Waisman, Esq)



RECEIVED OCT - 1 2010 U.S. BANKRUPTCY COURT, SDNY JMP

3. **The office of the United States Trustee for the Southern District of New York**
   33 Whitehall Street, 21st Floor
   New York
   New York 10004
   (attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Eqs.)

4. Attorneys for the official committee of unsecured creditors appointed in these cases,
   **Milbank, Tweed, Hadley & McCloy LLP**
   1 Chase Manhattan Plaza
   New York
   New York 10005
   (attn: Dennis F. Dunne, Esq., Dennis O'Donnell. Esq., and Evan Fleck, Esq.)

| OBJECT | |
|---|---|
| Claim Number | 65606 |
| Date Filed | 11/18/2009 |
| Debtor | 08-13555 |
| Classification and Amount | Unsecured USD 28,486.00 |
| **Notice of Hearing on Debitors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)** DATED September 13, 2010 | |

Dear Sirs

With reference to your notice dated 13th of September 2010 I contest the fact that you have not accepted the claim ref. 65606 due to the fact it arrived late.
The reasoning behind my contestation is due to the fact that on the 16th of October 2009 I sent to the <United States Bankruptcy Court Southern District of New York, Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions LLC> two letters, sent indepently by recorded delivery with acknowledgement of receipt, 2 seperate claims (claim ref 65606 and claim ref 46419).

Of these 2 claims claim ref 46419 was received by you on the 26th of October 2009 whereas claim ref 65606 was received by you on the 18th of November 2009. I do not understand how this late receival of the claim 65606 is possible when, I stress, the 2 claims where sent at exactly the same time.
Due to this fact I contest the late submission of the claim ref 65606.
I attach a copy of the 2 proof of postage receipts of the claims that prove the contemporary postage of those 2 claims.

I eagerly await your response          Yours sincerly   *[signature: Chierichetti Augusto]*

CLAIM NR 65606



| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) CHIERICHETTI AUGUSTO
VIA DELLA BIELLA, 6
21053 CASTELLANZA (VA) ITALY
Telephone number: 0331-502130  Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 28486 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0163559841 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: C2 39457
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 11037 (Required)

FOR COURT USE ONLY

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: 16/10/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. (signature)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

CLAIM NR 46419

**Posteitaliane   ITALIE**   AVVISO di ricevimento/di consegna/di pagamento/d'iscrizione
AVIS de reception/de livraison/de paiement/d'inscription   CN 07/Bil

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK   16/10/2009
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

N° invio / N° de l'envoi: RR7010110651T

CHIERICHETTI AUGUSTO
VIA DELLA BIELLA 6
21053 CASTELLANZA VA
ITALY

Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500

Data: 10/26/09



Posteitaliane RACCOMANDATA

RR7010107706 5 IT

13750289548-2

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHIERICHETTI AUGUSTO
VIA DELLA BIELLA, 6
21053 CASTELLANZA (VA) ITALY

Telephone number: 0331-502130    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 42729 _____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0181945972 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA 39458 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 11037 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 16/10/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. X Chierichetti Augusto

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571