

Mr W Vereker
13 Dawson Place
London
W2 4TH

The Chambers of the Honorable James M Peck
One Bowling Green,
New York,
New York 10004
Courtroom 601

Cc:   Attorneys for the Debtors, Weil Gotshal & Manges LLP (Attn: Shai Waisman, Esq).
The Office of the United States Trustee for the Southern District of New York (Attn: Andy Velez-Rivera, Esq, Paul Schwartzberg, Esq, Brian Masumoto Esq, Linda Riffkin Esq and Tracy Hope Davis Esq).
Attorneys for the Official Committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP (Attn: Dennis F Dunne Esq, Dennis O'Donnell Esq and Evan Fleck Esq).

Friday 24th September 2010

Dear Sirs,

Name of Bankruptcy Court: United States Bankruptcy Court Southern District of New York

Name of Debtors: Lehman Brothers Holdings INC

Case Number: 08-13555(JMP)

Title of objection to which the response is directed: Claim to be Disallowed & Expunged

Name of Claimant: William Vereker

Claim Number: 62466

Description of the basis for the amount of the claim:
Priority: $10,950.00
Unsecured: $11,661,188.61
Total: $11,672,138.61

My claim form was sent to Epiq Bankruptcy Solutions via registered post from England on 11th September 2009 (ahead of the deadline of 21st September), however it seems to have gone missing once received in New York by USPS (Ref: RJ40 2417 617G B). I have enclosed copies of the despatch receipt, track and confirm reports from Royal Mail United Kingdom and USPS.
My assistant Emma Furlong spoke to Epiq Bankruptcy Solutions on several occasions prior to the deadline of 21st September as well as checking the website to see if the claim had been received but was repeatedly told that there was a huge backlog of claims to be processed and that it could not be confirmed if it had arrived but was still waiting to be processed. On 14th October my assistant called and spoke to Case Manager Paul Belobritsky of Epiq Bankruptcy Solutions, Paul explained that the backlog

had now gone and that the claim form must have gone missing, Emma explained the situation and he advised that if we sent through the proof that the claim documents were sent on 11th September then the claim could be back dated prior to the cut-off date of 21st September. On sending the documents proving the despatch of the claim forms Paul then sent an email to say that proof of delivery was required in order to back date a claim. Emma's colleague Peter O'Malley then made a phone call to Amanda Hendy of Weil Gotschal explaining the situation who advised to send her an email with all the documents attached, which we did. Amanda Hendy called on 21st October 2009 and said we should resubmit the claim with all the supporting documents of when it was originally sent to Epiq Solutions. On Thursday 22nd October 2010 as suggested Emma couriered a copy of the claim and all supporting documents to Epiq Solutions and it was received and signed for by Sanchez at 10.10 on 23rd October 2009. On 6th November 2009 Emma called Paul Belobritsky as the claim had still not been registered on the website, Paul advised Emma to scan a copy of what had been sent to him and he would ensure it was added to the system. It was subsequently added to the system and back dated to 23rd October 2009.

In light of the above you will see that the claim was correctly submitted by the deadline of 21st September. It was not registered through no fault of our own and therefore I ask that you reinstate my claim.

Please find enclosed the below documentation relating to my claim:

- Royal Mail Despatch Receipt dated 11th September 2009
- Royal Mail Track & Trace Confirmation
- United States Postal Service Track & Confirm
- Copy of proof of Claim
- Copy of Email to Amanda Hendy dated 15th October 2009
- Copy of email trail between Emma and Paul

Please return any correspondence to my new address as advised: 13 Dawson Place, London, W2 4TH
You can reach me on telephone number: 0044 7768 422 889 or 0044 207 102 6921
My email address is: william.vereker@btinternet.com

Yours Sincerely

William Vereker

## Furlong, Emma (IB/UK)

| | |
|---|---|
| **From:** | Furlong, Emma (IB/UK) |
| **Sent:** | 15 October 2009 12:16 |
| **To:** | pbelobritsky@epiqsystems.com |
| **Cc:** | Furlong, Emma (IB/UK) |
| **Subject:** | Lehman Brothers Holdings Claim  - William Vereker |
| **Attachments:** | AR-M450_20091015_123054.pdf |
| **Importance:** | High |

Dear Paul,

Further to our telephone conversation yesterday, you asked me to send proof that the claim documents were sent on 11th September in order to back-date a claim prior to the cut off date of Monday 21st September.

I attach a copy of the claim form for William Vereker with the despatch receipt for your records.

Please confirm that this claim will be back-dated and processed on receipt of this email.

Many Thanks & Kind Regards
Emma

Emma Furlong
Assistant to William Vereker
Nomura International Plc
Phone: +44 (0)20 7102 4095
Fax:    +44 (0)20 7067 8683
Email: emma.furlong@nomura.com

www.nomura.com

Customer copy

# Despatch Receipt

**Your company name and address**

Newtown
125 Bank Street
Postcode E14 5LS

**Delivery address including full Postcode**

Lehman Bros
c/o Fng Pamrulcy
Newyork, NY 10630-3876

for J Smith
56 Great Gardens Rd
Horn chuch RM11 2I3A

Reference: RJ 4024 1781 7GB
ZJ 4086 8242 2GB

Date: 11.09.09

Welcome to Royal Mail

> your item/posted
> on 11/9/09 with
> reference
> RJ402417617GB has
> been passed to the
> overseas postal
> service for delivery
> in UNITED STATES
> OF AMERICA

Royal Mail

| Personal Customers | Small & Medium Business | Corporate & Public Sector |

[Search]

| Delivery Services | Marketing Services | Logistics Services | Discounts & Payment |

Home >

### Track & Trace

**It's on its way**

Please enter your 13 character reference
e.g. AA000100019GB:

[RJ402417617GB]   [Track item]

How to find your reference number

Your item posted on 11/9/09 with reference
RJ402417617GB has been passed to the
overseas postal service for delivery in UNITED
STATES OF AMERICA.

Home
- Track and trace
  - Sending tracked mail
  - Tracking your mail

Top links
- Find a postcode
- Postal prices
- Shop
- Track an item
- A-Z
- Work for us
- Customer service

http://track.royalmail.com/portal/rm/trackresults;jsessionid=PMVYQ0R2PA0Y1EB2...

    Home

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **RJ40 2417 617G B**
Service(s): **Registered Mail**™
Status: **Inbound International Arrival**

Your item arrived in the United States in ISC NEW YORK NY(USPS) at 3:55 PM on September 13, 2009. No further information is available for this item.

**Track & Confirm**
Enter Label/Receipt Number

Detailed Results:
- **Inbound International Arrival, September 13, 2009, 3:55 pm, ISC NEW YORK NY(USPS)**
- **Origin Post is Preparing Shipment**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Custom

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Name of Debtor Against Which Claim is Held: 
Case No. of Debtor:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

William Vereker
28 Sheffield Terrace
London
W8 7NA

Telephone number: 007768422889    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **11,672,138.61**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: **Employee related claim**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ **10,950**

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: **6/11/10**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **WILLIAM VEREKER**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**William Vereker**
**Equity Award Grant Values**

| Date of Grant | Description | Grant Price | Units granted | Value at Grant |
|---|---|---|---|---|
| **CSAs** | | | | |
| 01/07/2008 | July 2008 Special Award | $20.960 | 119,274.81 | $2,500,000.02 |
| 01/07/2008 | July 2008 CSA | $20.960 | 29,580.15 | $619,999.94 |
| 07/12/2007 | 2007 CSA | $44.430 | 86,518.12 | $3,844,000.07 |
| 08/12/2006 | 2006 CSA | $53.920 | 51,001.48 | $2,749,999.80 |
| 30/11/2005 | 2005 CSA | $44.100 | 44,402.24 | $1,958,138.78 |
| | | | | **$11,672,138.61** |

AIN SUBJECT TO THE RULING OF THE U.S. BANKRUPTCY COURT***

# LEHMAN BROTHERS
## Executive Compensation Summary
### William Vereker

Employee ID: 10232622

| AWARD UNITS* | | | | | | |
|---|---|---|---|---|---|---|
| Units Granted | Dividend Equivalents | Units Vested** | Units Unvested | Units Outstanding | Units Forfeited | Units Not Forfeited |
| 31,081.56 | 1,140.94 | 0.00 | 32,222.50 | 32,222.50 | 0.00 | 32,222.50 |
| 13,320.68 | 488.95 | 0.00 | 13,809.63 | 13,809.63 | 0.00 | 13,809.63 |
| 35,701.04 | 1,056.54 | 0.00 | 36,757.58 | 36,757.58 | 0.00 | 36,757.58 |
| 15,300.44 | 452.75 | 0.00 | 15,753.19 | 15,753.19 | 0.00 | 15,753.19 |
| 11,721.81 | 241.43 | 0.00 | 11,963.24 | 11,963.24 | 0.00 | 11,963.24 |
| 5,023.63 | 103.46 | 0.00 | 5,127.09 | 5,127.09 | 0.00 | 5,127.09 |
| 48,840.88 | 1,005.98 | 0.00 | 49,846.86 | 49,846.86 | 0.00 | 49,846.86 |
| 20,931.80 | 431.15 | 0.00 | 21,362.95 | 21,362.95 | 0.00 | 21,362.95 |
| 119,274.81 | 1,507.56 | 0.00 | 120,782.37 | 120,782.37 | 0.00 | 120,782.37 |
| 29,580.15 | 373.89 | 0.00 | 29,954.04 | 29,954.04 | 0.00 | 29,954.04 |
| | | | | 337,579.45 | 0.00 | 337,579.45 |

· than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

hat has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

_DINGS INC.'S BANKRUPTCY FILING, THE TREATMENT OF ALL OUTSTANDING EQUITY AWARDS REMAIN SUBJECT
PTCY COURT.

## Furlong, Emma (IB/UK)

| | |
|---|---|
| **From:** | Furlong, Emma (IB/UK) |
| **Sent:** | 15 October 2009 17:35 |
| **To:** | amanda.hendy@weil.com |
| **Cc:** | Furlong, Emma (IB/UK); Belobritsky, Paul; O'Malley, Peter (IB/UK) |
| **Subject:** | Lehman Brothers Holding Claim - William Vereker |
| **Attachments:** | AR-M450_20091015_180334.pdf |
| **Importance:** | High |

Dear Amanda,

Further to your earlier telephone conversation with my colleague Peter O'Malley, please find attached a scanned copy of all documents relating to William Vereker's claim.

- Royal Mail Despatch Receipt (11/09/09)
- Royal Mail Confirmation of Arrival in the US
- USPS Confirmation of Arrival in ISC New York (13/09/09)
- Proof of Claim form with added documentation

The first three named documents above will show that William's claim arrived in New York through the postal channels but went no further than ISC New York.

A colleague of ours (Natallie Picton-Phillips) had her claim backdated today by Paul Belobritsky as she sent proof that it had been delivered by the postal service, despite him not physically having received the documents i.e. they had been lost. The only difference in this claim is on this web page (USPS Confirmation of Arrival in ISC New York (13/09/09)) instead of reading delivered (as per Natalies claim) ours reads Inbound International Arrival, however as you can see just underneath this, it reads 'Your item arrived in the United States in ISC NEW YORK....' etc. This means it has been received by the USPS in New York, but not delivered by them.

We have no control over these factors, therefore we ask that your company authorises Paul to ensure that William's claim is treated as having been received before the 21 Sep deadline.

I await your immediate thoughts.

Many Thanks & Kind Regards

Emma Furlong
Assistant to William Vereker
Nomura International Plc
Phone: +44 (0)20 7102 4095
Fax:    +44 (0)20 7067 8683
Email: emma.furlong@nomura.com

www.nomura.com

## Furlong, Emma (IB/UK)

**From:** Belobritsky, Paul [PBelobritsky@epiqsystems.com]
**Sent:** 06 November 2009 16:58
**To:** Furlong, Emma (IB/UK)
**Subject:** RE: Lehman Brothers Holdings Claim - William Vereker

Emma,

The claim number for this claim is 62466. Please check our website on Monday to make sure that its there.

Thanks,

Paul Belobritsky
Case Manager
Epiq Systems
Bankruptcy Solutions
646.282.2568

-----Original Message-----
From: emma.furlong@nomura.com [mailto:emma.furlong@nomura.com]
Sent: Friday, November 06, 2009 10:01 AM
To: Belobritsky, Paul
Cc: emma.furlong@nomura.com
Subject: RE: Lehman Brothers Holdings Claim - William Vereker
Importance: High

Paul,

Further to our telephone conversation today, please find attached the scanned copy of the document which was received by yourselves on Friday 23rd October. Please could you ensure that the claim in entered onto your system.

Many Thanks
Emma

-----Original Message-----
From: Belobritsky, Paul [mailto:PBelobritsky@epiqsystems.com]
Sent: 15 October 2009 15:02
To: Furlong, Emma (IB/UK)
Subject: RE: Lehman Brothers Holdings Claim - William Vereker

Emma,

I see that the documents were mailed on September 11, 2009, but we need proof that the documents were delivered prior to September 21st.

Unless you can provide to proof of delivery to us, we will process your claim as having been delivered on October 15, 2009.

Thank you,

Paul Belobritsky
Case Manager
Epiq Systems
Bankruptcy Solutions
646.282.2568

-----Original Message-----
From: emma.furlong@nomura.com [mailto:emma.furlong@nomura.com]
Sent: Thursday, October 15, 2009 7:16 AM
To: Belobritsky, Paul
Cc: emma.furlong@nomura.com
Subject: Lehman Brothers Holdings Claim - William Vereker
Importance: High


Dear Paul,

Further to our telephone conversation yesterday, you asked me to send proof that the claim documents were sent on 11th September in order to back-date a claim prior to the cut off date of Monday 21st September.

I attach a copy of the claim form for William Vereker with the despatch receipt for your records.

Please confirm that this claim will be back-dated and processed on receipt of this email.

Many Thanks & Kind Regards
Emma

Emma Furlong
Assistant to William Vereker
Nomura International Plc
Phone: +44 (0)20 7102 4095
Fax:   +44 (0)20 7067 8683
Email: emma.furlong@nomura.com

www.nomura.com

This e-mail (including any attachments) is confidential, may contain proprietary or privileged information and is intended for the named
recipient(s) only. Unintended recipients are prohibited from taking action on the basis of information in this e-mail and must delete all copies.
Nomura will not accept responsibility or liability for the accuracy or completeness of, or the presence of any virus or disabling code in, this e-mail. If verification is sought please request a hard copy. Any reference to the terms of executed transactions should be treated as preliminary only and subject to formal written confirmation by Nomura.
Nomura reserves the right to monitor e-mail communications through its networks (in accordance with applicable laws). No confidentiality or privilege is waived or lost by Nomura by any mistransmission of this e-mail. Any reference to "Nomura"
is
a reference to any entity in the Nomura Holdings, Inc. group. Please read our Electronic Communications Legal Notice which forms part of this
e-mail:
http://www.Nomura.com/email_disclaimer.htm


Epiq increases overnight mailing capacity to meet your most challenging deadlines

This communication (including any attachment(s) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box.

Thank you for your cooperation.

This e-mail (including any attachments) is confidential, may contain proprietary or privileged information and is intended for the named
recipient(s) only. Unintended recipients are prohibited from taking action on the basis of information in this e-mail and must delete all copies.
Nomura will not accept responsibility or liability for the accuracy or completeness of, or the presence of any virus or disabling code in, this e-mail. If verification is sought please request a hard copy. Any reference to the terms of executed transactions should be treated as preliminary only and subject to formal written confirmation by Nomura. Nomura reserves the right to monitor e-mail communications through its networks (in accordance with applicable laws). No confidentiality or privilege is waived or lost by Nomura by any mistransmission of this e-mail. Any reference to "Nomura"
is
a reference to any entity in the Nomura Holdings, Inc. group. Please read our Electronic Communications Legal Notice which forms part of this
e-mail:
http://www.Nomura.com/email_disclaimer.htm


This communication (including any attachment(s) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.