# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address: | | |
|---|---|---|
| BIANCO GRAZIELLA<br>VIA TANA BASSA, 30<br>MONTEGROSSO D'ASTI (AT), 14048 ITALY | Claim Number:<br>Date Filed:<br>Debtor:<br>Classification:<br>Amount: | 65673<br>11/23/2009<br>08-13555<br>UNSECURED<br>$ 7,204.47 |

Dear Sirs,

with reference to Your letter of September 13, 2010 we send you all the documentation required to oppose the disallowance, expungement, reduction or reclassification of our claim listed above.
We also enclose the registered letter with receipt that proofs that we had sent punctually all the documents required about our first claim of October 22, 2009.
We hope to make up for the lost time and, please, consider that it was not our fault. The problem was, as you can see, the Italian mail.

Yours faithfully

BIANCO GRAZIELLA

*[signature: Bianco Graziella]*

DATED: September 24, 2010
Montegrosso d'Asti (AT), Italy

BIANCO GRAZIELLA
Via Tana Bassa, 30
14048 Montegrosso d'Asti (AT)  ITALY
Cell.phone no. 0039 348 7832192



RECEIVED
OCT - 1 2010
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                                    Debtors.                 :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000112569 MAIL ID *** 0033299283 *** BSIUSE: 177

BIANCO, GRAZIELLA
VIA TANA BASSA, 30
MONTEGROSSO D'ASTI (AT), 14048 ITALY


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>BIANCO, GRAZIELLA<br>VIA TANA BASSA, 30<br>MONTEGROSSO D'ASTI (AT), 14048 ITALY | **Claim Number:** 65673 |
| | **Date Filed:** 11/23/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 7,204.47 |

      PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

      The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

      If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BIANCO GRAZIELLA
VIA TANA BASSA, 30
14048 MONTEGROSSO D'ASTI (AT) ITALY

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 00390141956179   Email Address: BIANCOGRAZIELLA@LIBERO.IT

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:      Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 7.904,47  (Required)    5 CERTIFICATES

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0301086475  (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
CA69349  (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
11037  (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.<br>21/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. BIANCO GRAZIELLA   /s/ Bianco Graziella |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



**Barclays Bank PLC**

Iscritta all'albo delle Banche n. 4862
Reg. Impr. Milano n. 80123490155
R.E.A. Milano n. 1040254
Cod. fiscale 80123490155
Partita Iva 04826660153

Gent. Sig.re
BIANCO GRAZIELLA,
VACCA RITA
VIA TANA BASSA, 30
14048 MONTEGROSSO D'ASTI (AT)

Milano, 15/10/2009

**Oggetto: insinuazione al passivó nei confronti di Lehman Brothers Holdings Inc. - Comunicazione "Blocking Number" e numero di conto deposito presso la società di gestione accentrata**

Come da Sua/Vostra richiesta, Le/Vi comunico/comunichiamo di seguito il "Blocking Number" dei Suoi/Vostri titoli:

ISIN: XS0301086475   QUANTITA'/VALORE NOMINALE: 5        "Blocking Number": CA69379
ISIN: _____  QUANTITA'/VALORE NOMINALE: _____  "Blocking Number": _____
ISIN: _____  QUANTITA'/VALORE NOMINALE: _____  "Blocking Number": _____

Le/Vi comunichiamo altresì che i Suoi/Vostri Titoli sono depositati presso la società di gestione accentrata: <u>Clearstream sul conto n. 11037.</u>

Le/Vi ricordiamo che i dati di cui sopra Le/Vi serviranno per la compilazione dell'istanza di ammissione al passivo qualora decidesse/decideste di presentarla.

Distinti saluti

BARCLAYS BANK PLC