**Christopher C. Taylor**
**23220 Park Ensenada**
**Calabasas, CA 91032**
**chris_c_taylor@hotmail.com**
**310-319-9198**

September 28, 2010

Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 601

Weil, Gotshall & Mangers LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Waisman, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.

**Re.: Objection to Claim to be Disallowed & Expunged**
- **Notice of Hearing on Debtors' Fortieth**
- **Claim # 34879**
- **Debtor: 08-13555**
- **Classification and Amount:  Priority: $28,888.89**

As originally instructed, I filed a claim electronically against Lehman Brothers Inc. ("LBI") on 12/27/2008 for $28,888.89 in regards to owed severance pay (see Exhibit 2A). My severance agreement was with LBI (see Exhibit 3B) and I thus filed the claim against LBI.

In 2009 I received a printed proof of claim form (see Exhibit 1A) and instructions in regards to a July 2, 2009 US Bankruptcy Court ruling stating that all cases needed to be established by September 22, 2009. The instructions stated that no proof of claim needed to be filed if *"(6) You hold a claim for which you*

*have already properly filed a Proof of Claim...".*  Because I held a valid proof of claim (Exhibit 2A), I did not believe further action was necessary.

However, the amount on the pre-printed form was $29,895.03 (Exhibit 1A) which was more than I was claiming. Because the amount was similar to what the amount I had filed and the description was *"Outstanding Severance"*, I assumed a clerical error had occurred in the form and I sent it back on September 17, 2009 with the lower amount I had originally submitted in December 2008. This correspondence was not logged in until September 24, 2009 even though I had submitted an additional separate claim at the same time which was logged in on September 21, 2009. Regardless, at no time did I believe I was obligated to send in this form by the September 22nd as I had filed a proper Proof of Claim back in December 2008.

I now notice this pre-printed claim was no longer with LBI but was with Lehman Brothers Holdings Inc. ("LBHI"). LBI and LBHI seemed to be used interchangeably in various documents so I assume for some reason the claim was transferred from LBI to LBHI or there was a clerical error.

Therefore, I request that my claim for $28,888.89 be reinstated as I did file it as instructed within the correct time frame. I do not know why the claim was transferred between entities and if was in error or not.

Thank you.

*[signature]*

Christopher C. Taylor

Enclosures:

- originally filed Proof of Claim dated 12/27/08 and supporting documents filed with claim
- subsequent pre-printed Prof of Claim dated 9/17/09

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 555332720<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)      0000034879 |
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2:DBF,SCHED_NO) SCHEDULE #: 555332720*****
TAYLOR, CHRISTOPHER C
23220 PARK ENSENADA
CALABASAS, CA 91302

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 310-494-1900   Email Address: chris_c_taylor@hotmail.com

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

$29,895.03 UNSECURED
UNLIQUIDATED
CONTINGENT

DESCRIPTION:
OUTSTANDING SEVERANCE

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

1. Amount of Claim as of Date Case Filed: $ 28,888.89

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Employee Priority Claims
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 6325
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 28,888.89

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 9/17/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
[signed] Chr C Tayl

FOR COURT USE ONLY

FILED / RECEIVED

SEP 2 4 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**    Southern District of New York    B 10
(Official Form 10) (12/07)

| Name Of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|
| **Name of Creditor:** Christopher C. Taylor | |
| **Name and address where notices should be sent:**<br>Christopher C Taylor<br>23220 PARK ENSENADA<br><br>CALABASAS,CA - 91302<br>UNITED STATES<br>chris_c_taylor@hotmail.com<br>**Telephone number:**<br>310-494-1900 | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| **Name and address where payment should be sent (if different from above):**<br><br><br><br><br>**Telephone number:** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**<br>$28,888.89<br>☐ Unknown ☐ Undetermined ☐ Estimated<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507 (a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:**<br>Employee Priority Claims | |

| | |
|---|---|
| **3. Last four digits of any number by which creditor identifies debtor:** 6325 | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B) |
| **4. Secured Claim**<br>Nature of property or right of setoff:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br><br>Value of Property:<br>$$0.00<br>Annual Interest Rate:<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $$0.00<br>Basis for perfection:<br>Amount of Secured Claim:<br>$0.00<br>Amount Unsecured:<br>$28,888.89 | ☑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7) |
| **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.<br><br>If the documents are not available, please explain: | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)()<br><br>**Amount entitled to priority:**<br>$28,888.89 |

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name:
Christopher C. Taylor

Title, if any:

Date:
12/27/2008

**Creditor or Authorized person address:**

**Telephone number:**

☑ By checking this box, I am electronically signing this document. I intend this electronic signature to carry the same force and effect as my physical signature.

☑ I acknowledge that the Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Christopher C. Taylor**
**23220 Park Ensenada**
**Calabasas, CA 91302**
**310-494-1900**
**chris_c_taylor@hotmail.com**

December 29, 2008

Please find enclosed the following documentation supporting my claim against Lehman Brothers Inc.:

Exhibit 1: My last paystub from Lehman Brothers Inc. dated September 10, 2008 showing my annual salary of $200,000 or $16,666.67 per month.

Exhibit 2: Notice dated October 3, 2008 that as a result of the placement of Lehman Brothers Inc. into a liquidation proceeding, I would not receive any payments due me payable October 10, 2008 or latter.

Exhibit 3: Separation agreement between myself and Lehman Brothers Inc. for which I was to be paid my monthly salary and benefits through November 22, 2008.

Therefore my unpaid claim is:

Oct. salary + 22 out of 30 days Nov. salary = $16,666.67 + (22/30 * $16,666.67) = $28,888.89

EXHIBIT 1 B

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

| Pay Group: | MEX-Monthly Expatriates | Business Unit: FID |
|---|---|---|
| Pay Begin Date: | 09/01/2008 | Advice #: 4294906 |
| Pay End Date: | 09/30/2008 | Advice Date: 09/10/2008 |

Christopher C Taylor
23220 Park Ensenada
Calabasas, CA 91302

MAIL LBI MEX FID
29875 CANWF_23 4294906
Christopher C Taylor
23220 Park Ensenada
Calabasas, CA 91302

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 999 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10221144
Department: 29875-European Real Estate
Location: Canary Wharf - Floor 23
Pay Rate: $200,000.00 Annual
SSN: XXX-XX-1333

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Reg Salary | | | 96.153846 | 176.00 | 0.00 | 1,568.00 | 56,818.14 |
| LB Sal Ctn | | | | | 16,666.67 | | 77,797.29 |
| BonLBIS 07 | | | | | 0.00 | | 559,999.98 |
| 08 TaxLoan | | | | | 0.00 | | 256,416.68 |
| 07RSU LBIS | | | | | 0.00 | | 240,000.02 |
| LBNoticePy | | | | | 0.00 | | 15,384.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 0.00 |
| Medicare Tax | 238.52 | 10,267.02 |
| Social Security Tax | 0.00 | 6,324.00 |
| CA Tax | 1,319.68 | 6,598.40 |
| CA Tax | 0.00 | 2.60 |

Total: 16,666.67  966,416.69    Total: 1,558.20  23,192.02

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 201.00 | 1,809.00 |
| Pre-Tax Dental | 16.00 | 144.00 |
| TDSP 401(k) | 0.00 | 15,500.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 0.90 | 8.10 |
| Intl TaxLn SpecTrnsfr | 5,900.00 | 276,407.33 |
| GVUL-Supple Life Ins | 0.00 | 648.56 |
| Supple LTD Ins | 0.00 | 275.00 |
| International Transfer | 0.00 | 256,416.68 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 0.00 | 23.38 |

Total: 217.00  17,453.00    Total: 5,900.90  533,755.67    * Taxable  0.00  0.00

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 16,666.67 | 16,449.67 | 1,558.20 | 6,117.90 | 8,990.57 |
| YTD: | 966,416.69 | 692,570.32 | 23,192.02 | 551,208.67 | 392,016.00 |

MESSAGE:

NET PAY DISTRIBUTION
Advice #000000004294906    8,990.57

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 09/10/2008
Advice No. 4294906

Deposit Amount: $8,990.57

To The
Account(s) Of

**CHRISTOPHER C TAYLOR**
23220 Park Ensenada
Calabasas, CA 91302

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 59385380087207367 | $8,990.57 |
| Total: | | $8,990.57 |

# NON-NEGOTIABLE

EXHIBIT 2-B

# LEHMAN BROTHERS HOLDINGS INC.

October 3, 2008

Dear Mr. Taylor:

We are disappointed to inform you that as a result of the bankruptcy of Lehman Brothers Holdings Inc. and the placement of Lehman Brothers Inc. into a liquidation proceeding under the Securities Investor Protection Act (SIPA), Lehman Brothers is unfortunately no longer able to provide the salary continuation or other payments described in your separation agreement. As a result, you will not receive a payment on October 10, 2008 or thereafter.

You may continue to be covered under any current medical, dental and/or vision benefits through the end of your original salary continuation date as set out in your separation agreement. Because you will no longer receive salary continuation payments from which your employee contributions for these benefits can be deducted, you will be billed monthly for these costs. An invoice will be mailed to your home with instructions on how and when to return your payment. Your current coverage is in effect and will remain in place subject to timely payment of your contributions.

The cost to you for medical, dental and/or vision coverage will remain the same through December 2008 but may increase in the future. As of your termination date, you may be eligible to continue these benefits for up to 18 months under COBRA.

For other voluntary benefits you may be covered under, you will receive a mailing directly from the insurance carrier to continue your coverage on a direct bill basis (for example, MetLife Auto & Home, Mass Mutual Group Variable Universal Life Insurance, Hyatt Legal).

As a matter of federal law, the assets of the Lehman Brothers Savings Plan (401(k) plan) and Lehman Brothers Holdings Inc. Retirement Plan (pension plan) are protected from the claims of Lehman Brothers' creditors. Information about these entitlements is available through Fidelity NetBenefits at www.netbenefits.fidelity.com or by calling 1-866-534-6266.

If you are owed additional severance payments that cannot be paid at this time as a result of the various Lehman bankruptcy proceedings, you will have claims for these amounts that can be filed as part of the bankruptcy process. At some point in the future, you will be receiving notification of the procedures for the filing of claims and the date by which the claims must be filed. A deadline for filing claims has not yet been set.

Also, if you have not yet done so, you may wish to apply for unemployment insurance benefits in the U.S.. Information about applying for unemployment benefits is enclosed. Please note that determinations regarding eligibility for unemployment benefits are determined by state departments of labor.

We recognize that this is difficult news and that you may have questions about this situation. Please call the Lehman Brothers HR Service Center at 212.526.2363. They can answer your questions or direct your call to someone who can.

Very truly yours,

Confirm # 1454437319

LEHMAN BROTHERS HOLDINGS INC.

# LEHMAN BROTHERS

# LEHMAN BROTHERS

DANIELLE COPPOLA
VICE PRESIDENT

March 13, 2008

Chris Taylor
23220 Park Ensenada
Calabasas, CA 91302

Dear Chris:

This is an agreement and release concerning the termination of your employment with Lehman Brothers Inc. or its affiliates (collectively, "Lehman Brothers"). If you sign and comply with this agreement (including the attached standard form compromise agreement), you will receive the payments and benefits discussed below.

Effective Dates

1. April 11, 2008 will be the last day that you are expected to report to work.

2. Provided you sign and comply with this agreement (including the attached standard form compromise agreement) within 45 days of the date of this letter, you are eligible to continue to receive your base salary and benefits coverage ("salary continuation") through the earlier of November 22, 2008 or the date on which you become actively employed with another firm (the "separation date"), as follows:

   a. You will continue to remain an active employee through April 11, 2008 (the "working notice period"), provided you: (i) adhere to all policies, procedures and other requirements applicable to your employment, including complying with all lawful directions and instructions issued to you by Lehman Brothers or its subsidiaries or affiliates, meeting performance, attendance and compliance standards as evaluated by Firm management; and (ii) comply with any instruction of Lehman Brothers that you not attend your place of work or any other premises of Lehman Brothers or its affiliates at anytime during the working notice period but continue to make yourself available at all times through the working notice period to perform your duties where directed by Lehman Brothers. For your employment during this working notice period, you will continue to receive your base salary and benefits coverage.

   b. Immediately after you complete the working notice period, you will no longer be required to report to work but will be eligible to continue to receive salary continuation through May 10, 2008 (the "notice period").

   c. Immediately after the notice period and in lieu of a lump sum separation payment consisting of 26 weeks of severance pay and two weeks of unused vacation pay, you will receive salary continuation through November 22, 2008.

If you do not work through the working notice described in paragraph 2(a), you will not be eligible to receive the remainder of the payments described in paragraphs 2(a) or 2(b). Salary continuation will be paid on a biweekly basis at your current biweekly base salary rate, in accordance with the Firm's regular payroll practices. While you are on salary continuation, you will be eligible to

LEHMAN BROTHERS INC.
745 7TH AVENUE, NEW YORK, NY 10019
(212) 526-6881

RECEIVED
OCT - 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP