United States Bankruptcy Court for Lehman Brothers. These [legal-book entrances] was filed before - please see all United States court dockets.
Thanks: BK [signature]