TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/28/2010 12:50
NAME    :
FAX     :
TEL     :
SER.#   : 000A0N299744
```

```
DATE,TIME           09/28  12:47
FAX NO./NAME        14153558696
DURATION            00:02:06
PAGE(S)             05
RESULT              OK
MODE                STANDARD
                    ECM
```

Fed: 5-CV-4457 And All others    9/28/2010

All legally Faxed (all other legal documents are legally and equitably included)

1.) Staples Fax cover sheet with all legal case printed on.

2) US Supreme Court legal insertions dated 9/24/2010

3) Table of Contents of The Corporate Finance Journalbook 2009 (all years, all volumes) R 332.04 Corp Found in Allentown Pa Library Law locations

4) Official Federal Form copy dated 9/24/2010

5) Comstatus Bank NA (Memorandum Jan 27, 1997)

Thanks!

[signature]

(All Class Actions An Homeless)

Please enter and legally file and legally act upon also. Federal Paw: Fed: 5-CV-4457 And All others

[Stamp: RECEIVED OCT - 4 2010 SDNY]

# Table of Contents

Motions And Petitions to Legally And Equitably (With All Permissions it granted) Ask The US President (All US Courts) To Deliver and Legally and equitably include all contents (all entries) all within and all surrounding to Fed: 5-CV-4457 And All others

All legal citings, all online websites misc(tions),
all legal contents all transferred to an official Federal Forums
legal examples: 9/24/2010
All Federal Pacer Accounts Fed: 5-CV-4457 are legally included also

| Section | Page |
|---|---|
| Preface | vi |
| Index of Firms | A1 |
| Index of Personnel | A41 |
| Geographic Index | A177 |
| U.S. Venture Capital Lenders | 1 |
| Industry Preference Index | 309 |
| Financing Preference Index | 323 |
| Venture Capital Services Index | 331 |
| Geographic Preference Index | 335 |
| Major Private Lenders | 339 |
| Industry Preference Index | 363 |
| Commercial Finance and Factoring | 367 |
| Commercial Finance Services Index | 389 |
| Leasing Companies | 391 |
| Industry Preference Index | 413 |
| Who's Who at Commercial Banks | 415 |
| Index by Country of Origin | 427 |
| U.S. Based Foreign Banks | 429 |
| Who's Who in Investment Banking | 471 |
| Geographic Preference Index | 613 |
| Index of Foreign Banks by Country of Origin | 615 |
| Foreign Investment Banks in the U.S. | 616 |
| Business Intermediaries | 625 |
| Industry Preference Index | 709 |
| Pension Managers | 717 |
| Investment Services Index | 819 |
| Master Trusts | 823 |
| Master Trust Services Index | 833 |
| Leading Cash Managers | 835 |
| Cash Management Services Index | 857 |
| Business Insurance Brokers | 863 |
| Corporate Real Estate Services | 875 |
| Consulting Services Index | 933 |
| Contact Directory of Securities Analysts | 937 |
| CPA Accounting & Audit Firms | 985 |
| Accounting Services Index | 1061 |
| Industry Specialization Index | 1065 |
| International Venture Capital | 1069 |
| Industry Preference Index | 1101 |
| Financing Preference Index | 1103 |
| Investment Services Index | 1105 |
| Geographic Preference Index | 1107 |
| Merchant Banking | 1109 |
| Industry Preference Index | 1143 |
| Financing Preference Index | 1145 |
| Investment Services Index | 1147 |
| Geographic Preference Index | 1149 |

The United States Bankruptcy Courts For Lehman Brothers (All US Courts) 2009

This and The Corporate Finance Sourcebook (All years) All volumes, all editions, all contents found in the Allentown Pa Public Library in Allentown Pa R 332.04 Corp All locations. Fed: 5-CV-4457 And All others (A Class Actions All Homeless) Page 1 of 4 but all legal and equitably included (all correct information).

B E Smith & All others (A Class Actions all homeless) Thanks! B[signature] ull ull (A Class Actions All Homeless)

Please see all Please Rip It All Down Past correspondence, US HUD & more.

# The Corporate Finance Sourcebook

The Guide to Major Capital Investment Sources and Related Financial Services



NRP
National Register Publishing

2009

PUBLIC LIBRARY
527878 9

Page 3 of 4

R332.04
R CORP
3 2.04
CORP

2009

**The Corporate Finance Sourcebook**





NRP
National Register Publishing


ALLENTOWN, PA. PUBLIC LIBRARY
3 4455 00527878 9
REFERENCE

## Other titles available from National Register Publishing
www.nationalregisterpublishing.com

Direct Marketing Market Place

American Art Directory

The Official Museum Directory

The Official Catholic Directory

## Titles available from Marquis Who's Who®
www.marquiswhoswho.com

Who's Who in America

Who's Who in the World

Who's Who in Finance and Business™

**NRP**
National Register Publishing

ISBN: 978-0-87217-753-6



9 780872 177536