September 29, 2010

United States Bankruptcy Court Southern District of New York

Debtors: Lehman Brothers Holdings Inc.

Claim Number: 35446

Re: Notice of Hearing on Debtors' Fortieth Omnibus Objection to Claims (Late Filed Claims)

Claimant:
Brian McCarthy
195 Walnut Lane
Manhasset, NY 11030
(917)716-1277

Debtor 08-13555

| Classification and Amount: | | |
|---|---|---|
| Priority | $151,000.00 |
| Unsecured | $151,000.00 |
| Total | $151,000.00 |

**Reason Opposing the Objection:**
I was well aware that all claims were to be submitted prior to the September 22, 2009 bar date. I mailed my claim on September 14, 2009. I can only assume that an error occurred within the postal services postmarking claim 35446 on September 29, 2009. I hold no responsibility as to why the claim submitted was postmarked passed the bar date. I, therefore, ask that you do not disallow nor expunge this claim.



RECEIVED
OCT – 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                              :

**In re**                           :    **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**

                 **Debtors.**     :    **(Jointly Administered)**

                              :
------------------------------------------------------------------X

LBH OMNI40 09-13-2010 (MERGE2,TXNUM2) 4000082387 MAIL ID *** 0033298162 *** BSIUSE: 337

MCCARTHY, BRIAN M.
195 WALNUT LANE
MANHASSET, NY 11030

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTIETH
<u>OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)</u>**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>MCCARTHY, BRIAN M.<br>195 WALNUT LANE<br>MANHASSET, NY 11030 | **Claim Number:**    35446<br><br>**Date Filed:**    9/29/2009<br><br>**Debtor:**    08-13555<br><br>**Classification and Amount:**    PRIORITY: $ 151,000.00<br>UNSECURED: $ 151,000.00<br>TOTAL: $ 151,000.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fortieth Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.