UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x
                                       :

In re                              :      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                              :      (Jointly Administered)
      Debtors.                :
                              :      Ref. Docket No. 11389

--------------------------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief," dated September 15, 2010, to which is attached the "Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief," dated September 24, 2010 [Docket No. 11389], by causing true and correct copies to be:

      i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on September 24, 2010,

      ii.   delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, on September 24, 2010,

      iii.  enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, on September 24, 2010,

      iv.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on September 27, 2010,

      v.     enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, on September 28, 2010, and

     vi.     enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u> (together with the parties on Exhibits C and D, the "Defendants"), on September 29, 2010.

3.   Additionally, I caused true and correct copies of the Complaint for the Adversary Proceeding case number listed on the annexed <u>Exhibit F</u> to be enclosed in the envelopes for the corresponding Defendants.

4.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          Panagiota Manatakis

Sworn to before me this
1st day of October, 2010

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| alesia.pinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| AMcMullen@BoultCummings.com | bankr@zuckerman.com |
| amenard@tishmanspeyer.com | bankruptcy@goodwin.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@morrisoncohen.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |
| angelich.george@arentfox.com | barbra.parlin@hklaw.com |
| ann.reynaud@shell.com | bbisignani@postschell.com |

**Email Addresses**

| | |
|---|---|
| bdk@schlamstone.com | cgoldstein@stcwlaw.com |
| bgraifman@gkblaw.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bhinerfeld@sbtklaw.com | charles_malloy@aporter.com |
| bill.freeman@pillsburylaw.com | charu.chandrasekhar@wilmerhale.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| BMiller@mofo.com | christian.spieler@lehman.com |
| boneill@kramerlevin.com | christopher.schueller@bipc.com |
| bpershkow@profunds.com | clarkb@sullcrom.com |
| Brian.Corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brian.pfeiffer@friedfrank.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| btrust@mayerbrown.com | cpappas@dilworthlaw.com |
| btupi@tuckerlaw.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| canelas@pursuitpartners.com | cshore@whitecase.com |
| carlsons@sullcrom.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cbrotstein@bm.net | cweiss@ingramllp.com |

## Email Addresses

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

DPiazza@HodgsonRuss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshemano@pwkllp.com

dspelfogel@foley.com

**Email Addresses**

| | |
|---|---|
| dtatge@ebglaw.com | ffm@bostonbusinesslaw.com |
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |
| eschwartz@contrariancapital.com | guzzi@whitecase.com |
| esmith@dl.com | hanh.huynh@cwt.com |
| ezujkowski@emmetmarvin.com | harrisjm@michigan.gov |
| ezweig@optonline.net | harveystrickon@paulhastings.com |
| fbp@ppgms.com | hbeltzer@morganlewis.com |
| feldsteinh@sullcrom.com | heim.steve@dorsey.com |

## Email Addresses

| | |
|---|---|
| heiser@chapman.com | Jbecker@wilmingtontrust.com |
| helmut.olivier@lehman.com | jbeemer@entwistle-law.com |
| hirsch.robert@arentfox.com | jbird@polsinelli.com |
| hollace.cohen@troutmansanders.com | jbromley@cgsh.com |
| holsen@stroock.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | Jdrucker@coleschotz.com |
| hsnovikoff@wlrk.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jean-david.barnea@usdoj.gov |
| icatto@kirkland.com | jeannette.boot@wilmerhale.com |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |
| ira.herman@tklaw.com | jen.premisler@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.demarco@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.gore@shell.com |
| iva.uroic@dechert.com | jeremy.eiden@state.mn.us |
| jacobsonn@sec.gov | jessica.fink@cwt.com |
| jafeltman@wlrk.com | jfalgowski@reedsmith.com |
| james.mcclammy@dpw.com | jfinerty@pfeiferlaw.com |
| James.Sprayregen@kirkland.com | jflaxer@golenbock.com |
| jamestecce@quinnemanuel.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |

## Email Addresses

| | |
|---|---|
| jguy@orrick.com | john.mcnicholas@dlapiper.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joseph.scordato@dkib.com |
| jjoyce@dresslerpeters.com | joshua.dorchak@bingham.com |
| jjtancredi@daypitney.com | jowen769@yahoo.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jtimko@allenmatkins.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |

## Email Addresses

| | |
|---|---|
| jwcohen@daypitney.com | krubin@ozcap.com |
| jweiss@gibsondunn.com | kstahl@whitecase.com |
| jwest@velaw.com | kurt.mayr@bgllp.com |
| jwh@njlawfirm.com | lacyr@sullcrom.com |
| jwhitman@entwistle-law.com | Landon@StreusandLandon.com |
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kgwynne@reedsmith.com | lisa.kraidin@allenovery.com |
| kiplok@hugheshubbard.com | LJKotler@duanemorris.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| klyman@irell.com | Lmay@coleschotz.com |
| kmayer@mccarter.com | lmcgowen@orrick.com |
| kobak@hugheshubbard.com | lml@ppgms.com |
| korr@orrick.com | lnashelsky@mofo.com |
| KOstad@mofo.com | loizides@loizides.com |
| kovskyd@pepperlaw.com | lromansic@steptoe.com |
| kowens@foley.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |

## Email Addresses

lwong@pfeiferlaw.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpfeifer@pfeiferlaw.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

**Email Addresses**

| | |
|---|---|
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| msiegel@brownrudnick.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| ncoco@mwe.com | pnichols@whitecase.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| newyork@sec.gov | psp@njlawfirm.com |
| nfurman@scottwoodcapital.com | ptrostle@jenner.com |
| Nherman@morganlewis.com | pwirt@ftportfolios.com |
| nissay_10259-0154@mhmjapan.com | pwright@dl.com |
| nlepore@schnader.com | r.stahl@stahlzelloe.com |
| notice@bkcylaw.com | raj.madan@bingham.com |
| oipress@travelers.com | rajohnson@akingump.com |
| omeca.nedd@lovells.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |

## Email Addresses

| | |
|---|---|
| relgidely@gjb-law.com | rqureshi@reedsmith.com |
| rfleischer@pryorcashman.com | rreid@sheppardmullin.com |
| rfrankel@orrick.com | rroupinian@outtengolden.com |
| rfriedman@silvermanacampora.com | rrussell@andrewskurth.com |
| rgmason@wlrk.com | rterenzi@stcwlaw.com |
| rgraham@whitecase.com | RTrust@cravath.com |
| rhett.campbell@tklaw.com | russj4478@aol.com |
| RHS@mccallaraymer.com | rwasserman@cftc.gov |
| richard.lear@hklaw.com | rwyron@orrick.com |
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| rnies@wolffsamson.com | sbernstein@hunton.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | Schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| Robert.yalen@usdoj.gov | Scott.Gibson@dubaiic.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| Robin.Keller@Lovells.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |

**Email Addresses**

| | |
|---|---|
| sehlers@armstrongteasdale.com | stephen.cowan@dlapiper.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.wilamowsky@bingham.com |
| sfox@mcguirewoods.com | Streusand@StreusandLandon.com |
| sgordon@cahill.com | susan.schultz@newedgegroup.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| shumaker@pursuitpartners.com | tarbit@cftc.gov |
| sidorsky@butzel.com | tbrock@ssbb.com |
| slerner@ssd.com | tduffy@andersonkill.com |
| slevine@brownrudnick.com | teresa.oxford@invescoaim.com |
| SLoden@DiamondMcCarthy.com | TGoren@mofo.com |
| smayerson@ssd.com | thaler@thalergertler.com |
| smillman@stroock.com | thomas.califano@dlapiper.com |
| smulligan@bsblawyers.com | thomas.ogden@dpw.com |
| snewman@katskykorins.com | Thomas_Noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| SRee@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |

## Email Addresses

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

-12-

**EXHIBIT B**

| **Name** | **Fax** |
|----------|---------|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

# EXHIBIT C

**LBH Adv proc 489 (9/27/10)***
BANK OF AMERICA, N.A., successor by merger to
LASALLE BANK NATIONAL ASSOCIATION
 Attention: General Counsel or Corporate Executive
100 North Tryon Street
Charlotte, North Carolina 28255

**LBH Adv proc 489 (9/27/10)***
ESP FUNDING I, LTD.
 Attn: Maples Finance Limited
 P.O. Box 1093GT
Queensgate House, South Church Street
George Town, Grand Cayman,
Cayman Islands

**LBH Adv proc 489 (9/27/10)***
ESP FUNDING I (DELAWARE) CORP.
Attn: Donald Puglisi
850 Library Avenue, Suite 204
Newark, Delaware 19711

**LBH Adv proc 543 (9/27/10)***
U.S. BANK NATIONAL ASSOCIATION
Attention: General Counsel or Corporate Executive
1 Federal Street
3rd Floor Mail Station EX-MA-FED
Boston, Massachusetts 02110

**LBH Adv proc 543 (9/27/10)***
U.S. BANK NATIONAL ASSOCIATION
Attention: General Counsel or Corporate Executive
 100 Wall Street, 16th Floor
New York, New York 10005

**LBH Adv proc 543 (9/27/10)***
MADISON AVENUE STRUCTURED FINANCE CDO I, LTD.
Attention: General Counsel or Corporate Executive
P.O. Box 1093 GT, Queensgate House
South Church Street
George Town, Grand Cayman
Cayman Islands, British West Indies

**LBH Adv proc 543 (9/27/10)***
MADISON AVENUE STRUCTURED FINANCE CDO I, CORP.
Attention: General Counsel or Corporate Executive
850 Library Avenue, Suite 204
Newark, Delaware 19711

**LBH Adv proc 546 (9/27/10)***
THE BANK OF NEW YORK MELLON TRUST
CO.NATIONAL ASSOCIATION
Attention: General Counsel or Corporate Executive
601 Travis Street, 16th Floor
Houston, Texas 77002

**LBH Adv proc 546 (9/27/10)***
THE BANK OF NEW YORK MELLON TRUST
CO.NATIONAL ASSOCIATION
Attn: Global Corporate Trust—CDO Group
525 William Penn Place, 7th Floor
Pittsburgh, PA 15259

**LBH Adv proc 546 (9/27/10)***
TIAA STRUCTURED FINANCE CDO I, LTD.
Attention: General Counsel or Corporate Executive
P.O. Box 1093GT, Queensgate House
South Church Street
George Town, Grand Cayman
Cayman Islands

**LBH Adv proc 546 (9/27/10)***
TIAA STRUCTURED FINANCE CDO I, LLC
Attention: General Counsel or Corporate Executive
1209 Orange Street
Wilmington, Delaware 19801

**LBH Adv proc 548 (9/27/10)***
AXA, S.A.
Attention: General Counsel or Corporate Executive
25, Avenue Matignon
75008, Paris, France

**LBH Adv proc 548 (9/27/10)***
AXA Assurances Vie Mutuelle
Attention: General Counsel or Corporate Executive
26, rue Drouot
75009, Paris, France

**LBH Adv proc 548 (9/27/10)***
AXA Assurances I.A.R.D. Mutuelle
Attention: General Counsel or Corporate Executive
26, rue Drouot
75009, Paris, France

**LBH Adv proc 548 (9/27/10)***
AXA Courtage Assurance Mutuelle
Attention: General Counsel or Corporate Executive
26, rue Drouot
75009, Paris, France

**LBH Adv proc 548 (9/27/10)***
AXA Financial, Inc.
Attention: General Counsel or Corporate Executive
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**LBH Adv proc 548 (9/27/10)***
AllianceBernstein L.P f/k/a Alliance Capital
Management L.P.
Attention: General Counsel or Corporate Executive
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**LBH Adv proc 550 (9/27/10)***

Abovenet Communications Inc.
Corporation Service Company
Attention: General Counsel or Corporate Executive
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**LBH Adv proc 551 (9/27/10)***

EMC Corporation
CT Corporation System
Attention: General Counsel or Corporate Executive
155 Federal St., Suite 700
Boston, MA 02110

**LBH Adv proc 552 (9/27/10)***
Fragomen, Del Rey, Bernsen & Loewy, LLP
Corporation Service Company
 Attention: General Counsel or Corporate Executive
2711 Centerville Road, Suite 400
 Wilmington, DE 19808

**LBH Adv proc 553 (9/27/10)***
GMAC Mortgage Corporation
Corporation Service Company
Attention: General Counsel or Corporate Executive
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**LBH Adv proc 554 (9/27/10)***
Staples, Inc.
The Corporation Trust Company
Attention: General Counsel or Corporate Executive
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**LBH Adv proc 555 (9/27/10)***
Sungard Reference Data Solutions LLC
The Corporation Trust Company
Attention: General Counsel or Corporate Executive
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**LBH Adv proc 556 (9/27/10)***
WebEx Communications, Inc.
Corporation Service Company
Attention: General Counsel or Corporate Executive
CSC-Lawyer Incorporation Service
2730 Gateway Oaks Dr., Suite 11
Sacramento, CA 95833

**LBH Adv proc 557 (9/27/10)***
Alpha Office Supplies Inc.
Attention: General Counsel or Corporate Executive
2066 W. Hunting Park Avenue
Philadelphia, PA 19140-2814

**LBH Adv proc 558 (9/27/10)***

Earth Thebault Inc.
Attention: General Counsel or Corporate Executive
249 Pomeroy Road
Parsippany, NJ 07054

**LBH Adv proc 559 (9/27/10)***
Hanover Moving Co. Inc.
C/O Richard H. Wender
Wender Law Group, PLLC
One Penn Plaza
Suite 2527
New York, New York 10119

**LBH Adv proc 560 (9/27/10)***

EMortgage Logic LLC
Attention: General Counsel or Corporate Executive
8317 Whitley Road
Fort Worth, Texas 76148

**LBH Adv proc 563 (9/27/10)***
Excel Media Systems Inc.
Attention: General Counsel or Corporate Executive
145 West 30th Street
New York, New York 10001

**LBH Adv proc 564 (9/27/10)***
Radianz Americas Inc.
Attention: General Counsel or Corporate Executive
620 8th Avenue
46th Floor
New York, New York 10018

**LBH Adv proc 565 (9/27/10)***
Georgeson Inc.
Attention: General Counsel or Corporate Executive
199 Water Street
Floor 26
New York, New York 10038-3560

**LBH Adv proc 566 (9/27/10)***
Hypotheca Capital LLC
Attention: General Counsel or Corporate Executive
52 Vanderbuilt Avenue
Suite 403
New York, New York 10017-3874

**LBH Adv proc 567 (9/27/10)***

Video Corporation of America
Attention: General Counsel or Corporate Executive
370 Seventh Avenue
Suite 550
New York, New York 10001

**LBH Adv proc 571 (9/27/10)***
Information Builders, Inc.
Attention: General Counsel or Corporate Executive
Two Penn Plaza
New York, New York 10121-2898

**LBH Adv proc 572 (9/27/10)***
Halifax EES Trustees Ltd.
Attention: General Counsel or Corporate Executive
6th Floor P.O. Box 1310
Croydon, Surrey, CR9 1BG
England

**LBH Adv proc 574 (9/27/10)***

Ana-Data Consulting Inc.
Attention: General Counsel or Corporate Executive
112 Third Street
Stamford, CT 06905-0420

**LBH Adv proc 575 (9/27/10)***
Integreon Managed Solutions Inc.
Attention: General Counsel or Corporate Executive
219 East 44th Street
7th Floor
New York, New York 10017-4364

**LBH Adv proc 579 (9/27/10)***
Liberty Property Limited Partnership
Attention: General Counsel or Corporate Executive
500 Chesterfield Parkway
Malvern, PA 19355

**LBH Adv proc 580 (9/27/10) ***
Open Solutions
C/O Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**LBH Adv proc 585 (9/27/10)***
LoanPerformance
Attention: General Counsel or Corporate Executive
188 The Embarcadero
3rd Floor
San Francisco, California 94105

**LBH Adv proc 587 (9/27/10)***
Clune Construction Company LP
Attention: General Counsel or Corporate Executive
10 South LaSalle Street
Suite 300
Chicago, Illinois 60603

**LBH Adv proc 588 (9/27/10)***
NiCE Netzwerke und innovativer
Attention: General Counsel or Corporate Executive
Computer-Einsatz GmbH
Liebigstrasse 9
71229 Leonberg
Germany

**LBH Adv proc 590 (9/27/10)***
Pei Systems Inc.
C/O David P. Thatcher
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E.
Suite 4800
Atlanta, Georgia 30303

**LBH Adv proc 593 (9/27/10)\*\*\*
Ciena Communications Inc.
Attention: General Counsel or Corporate Executive
5445 DTC Parkway
Englewood, CO 80111

**LBH Adv proc 596 (9/27/10)***

Spiral Binding Company, Inc.
Attention: General Counsel or Corporate Executive
P.O. 286
One Maltese Drive
Totowa, NJ 07511

**LBH Adv proc 597 (9/27/10)***

MacGregor Group Inc.
Attention: General Counsel or Corporate Executive
44 Wall Street
New York, New York 10005-2401

**LBH Adv proc 598 (9/27/10)***
First American Residential Value View LLC
Lorrie Newby
1 CoreLogic Drive
Westlake, Texas 76262

**LBH Adv proc 599 (9/27/10)***
Northrop Grunman Corporation
Attention: General Counsel or Corporate Executive
32 Avenue of the Americas
New York, New York 10013-2473

**LBH Adv proc 600 (9/27/10)***
Texas Tower Ltd.
Attention: General Counsel or Corporate Executive
600 Travis St.
Houston, Texas 77002-3014

**LBH Adv proc 602 (9/27/10)***
Williams Lea Inc.
Attention: General Counsel or Corporate Executive
1 Dag Hammarskjold Plaza
8th Floor
New York, New York 10017

**LBH Adv proc 603 (9/27/10)***
UCA Global Inc.
Attention: General Counsel or Corporate Executive
3 Stewart Court
Denville, NJ 07834-1038

**LBH Adv proc 604 (9/27/10)***
Satyam Computer Services Ltd.
Attention: General Counsel or Corporate Executive
1 Gatehall Dr
#301
Parsippany, NJ 07054-4514

**LBH Adv proc 605 (9/27/10)***

SOS Security Inc.
Attention: General Counsel or Corporate Executive
850 7th Avenue
#503
New York, New York 10019-5230

**LBH Adv proc 606 (9/27/10)***

Stewart Lender Services
Attention: General Counsel or Corporate Executive
1980 Post Oak Blvd
Suite 900
Houston, Texas 77056

**LBH Adv proc 607 (9/27/10)******
Interface Cable Assemblies & Services Corporation
Attention: General Counsel or Corporate Executive
42-19 23rd Avenue
Long Island City, NY 11105

| Claim Name | Address Information |
|---|---|
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
| --- | --- |
| EXUM RIDGE CBO 2006-2, LTD. | CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL |

| Claim Name | Address Information |
|---|---|
| RESTRUCTURED ASSET CERTIFICATES WITH | ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

**Total Creditor count  58**

| Claim Name | Address Information |
|---|---|
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |

**Total Creditor count  6**

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LTD. | ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  110**

**EXHIBIT D**

**LBH Adv proc 582 (9/28/10)***
AUTOMATED SECURITIES CLEARANCE LTD.
Attention: General Counsel or Corporate Executive
545 Washington Boulevard
Jersey City, NJ 07310

**LBH Adv proc 601 (9/28/10)\*\*\*
PALM BEACH CENTRE 1 LLC
Attention: General Counsel or Corporate Executive
15 Maiden Lane
Suite 1300
New York, NY  10038

**LBH Adv proc 608 (9/28/10)***

MIDDLEFIELD PARK

Middlefield Park Associates

Attention: General Counsel or Corporate Executive

c/o Willis & Co

3130 Alpine Road Suite 190

Portola Valley, CA 94028

**LBH Adv proc 617 (9/28/10)***

LAKE FOREST BUSINESS CENTER
Attention: General Counsel or Corporate Executive
Kennedy Associates Real Estate Counsel, Inc.
1215 Fourth Avenue
Suite 2400
Seattle WA 98161

**EXHIBIT E**

**LBH Adv proc 547 (9/29/10)***
Bank of America National Association
Attention: General Counsel or Corporate Executive
100 North Tryon Street
Charlotte, North Carolina  28202.

**LBH Adv proc 609 (9/29/10)***
Deutsche Bank Trust Company Americas
Attention: Legal Department or Corporate
Executive
60 Wall Street Front 1
New York, NY 10005-2836

**EXHIBIT F**

# Lehman Avoidance Adversary Actions

|  | Adversary Proceeding No. | Defendant(s) | Count First Class Mail |
|---|---|---|---|
| 1. | 10-03489 (JMP) | BANK OF AMERICA, N.A., successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee<br>ESP FUNDING I, LTD., as Issuer<br>ESP FUNDING I (DELAWARE) CORP., as Co-Issuer | 3 |
| 2. | 10-03542 (JMP) | TRUSTEE DEFENDANTS<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.<br><br>ISSUER DEFENDANTS<br><br>AIRLIE CDO I, CORP., et al. | 58 |
| 3. | 10-03543 (JMP) | U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br>MADISON AVENUE STRUCTURED FINANCE CDO I, LTD.<br>MADISON AVENUE STRUCTURED FINANCE CDO I, CORP., as Issuers | 4 |
| 4. | 10-03544 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee<br>LIBERTY SQUARE CDO I, CORP.<br>LIBERTY SQUARE CDO I, LTD.<br>LIBERTY SQUARE CDO II, LTD.<br>LIBERTY SQUARE CDO II, CORP., as Issuers | 6 |
| 5. | 10-03545 (JMP) | TRUSTEE DEFENDANTS<br><br>THE BANK OF NEW YORK MELLON CORPORATION, et al.<br><br>ISSUER DEFENDANTS<br><br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-2, et al. | 110 |
| 6. | 10-03546 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO.<br>NATIONAL ASSOCIATION, as Trustee<br>TIAA STRUCTURED FINANCE CDO I, LTD., as Issuer<br>TIAA STRUCTURED FINANCE CDO I, LLC, as Co-Issuer | 4 |
| 7. | 10-03547 (JMP) | TRUSTEE DEFENDANTS<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.<br><br>ISSUER DEFENDANTS<br><br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, et al.<br><br>NOTEHOLDER DEFENDANTS<br><br>AC CAPITAL PARTNERS LTD., et al. | 1  (9/29/10) |
| 8. | 10-03548 (JMP) | AXA, S.A., et al. | 6 |
| 9. | 10-03550 (JMP) | ABOVENET COMMUNICATIONS INC. | 1 |
| 10. | 10-03551 (JMP) | EMC CORPORATION | 1 |
| 11. | 10-03552 (JMP) | FRAGOMEN, DEL RAY, BERNSEN AND LOEWY, LLP | 1 |
| 12. | 10-03553 (JMP) | GMAC MORTGAGE CORPORATION | 1 |

| 13. | 10-03554 (JMP) | STAPLES INC. | 1 |
| 14. | 10-03555 (JMP) | SUNGARD REFERENCE DATA SOLUTIONS, INC. | 1 |
| 15. | 10-03556 (JMP) | WEBEX COMMUNICATIONS INC. | 1 |
| 16. | 10-03557 (JMP) | ALPHA OFFICE SUPPLIES INC. | 1 |
| 17. | 10-03558 (JMP) | EARTH THEBEAULT INC. | 1 |
| 18. | 10-03559 (JMP) | HANOVER MOVING CO. INC. | 1 |
| 19. | 10-03560 (JMP) | EMORTGAGE LOGIC LLC | 1 |
| 20. | 10-03563 (JMP) | EXCEL MEDIA SYSTEMS INC. | 1 |
| 21. | 10-03564 (JMP) | RADIANZ AMERICAS INC. | 1 |
| 22. | 10-03565 (JMP) | GEORGESON INC. | 1 |
| 23. | 10-03566 (JMP) | HYPOTHECA CAPITA LLC | 1 |
| 24. | 10-03567 (JMP) | VIDEO CORPORATION OF AMERICA | 1 |
| 25. | 10-03571 (JMP) | INFORMATION BUILDERS INC. | 1 |
| 26. | 10-03572 (JMP) | HALIFAX EES TRUSTEES LTD. | 1 |
| 27. | 10-03574 (JMP) | ANA-DATA CONSULTING INC. | 1 |
| 28. | 10-03575 (JMP) | INTEGREON MANAGED SOLUTIONS INC. | 1 |
| 29. | 10-03579 (JMP) | LIBERTY PROPERTY LIMITED PARTNERSHIP | 1 |
| 30. | 10-03580 (JMP) | OPEN SOLUTIONS INC. | 1 |
| 31. | 10-03582 (JMP) | AUTOMATED SECURITIES CLEARANCE LTD. | 1 (9/28/10) |
| 32. | 10-03585 (JMP) | LOANPERFORMANCE | 1 |
| 33. | 10-03587 (JMP) | CLUNE CONSTRUCTION COMPANY L.P. | 1 |
| 34. | 10-03588 (JMP) | NETZWERKE UND INNOVATIVER COMPUTER-EINSATZ GMBH | 1 |
| 35. | 10-03590 (JMP) | PEI SYSTEMS INC. | 1 |
| 36. | 10-03593 (JMP) | CIENA COMMUNICATIONS INC. | 1 |
| 37. | 10-03596 (JMP) | SPIRAL BINDING COMPANY, INC. | 1 |
| 38. | 10-03597 (JMP) | MACGREGOR GROUP INC. | 1 |
| 39. | 10-03598 (JMP) | FIRST AMERICAN RESIDENTIAL VALUE VIEW LLC | 1 |
| 40. | 10-03599 (JMP) | NORTHROP GRUNMAN CORPORATION | 1 |
| 41. | 10-03600 (JMP) | TEXAS TOWER LTD. | 1 |
| 42. | 10-03601 (JMP) | PALM BEACH CENTRE 1 LLC | 1 (9/28/10) |

2

| 43. | 10-03602 (JMP) | WILLIAMS LEA INC. | 1 |
| 44. | 10-03603 (JMP) | UCA GLOBAL INC. | 1 |
| 45. | 10-03604 (JMP) | SATYAM COMPUTER SERVICES LTD. | 1 |
| 46. | 10-03605 (JMP) | SOS SECURITY INC. | 1 |
| 47. | 10-03606 (JMP) | STEWART LENDER SERVICES | 1 |
| 48. | 10-03607 (JMP) | INTERFACE CABLE ASSEMBLIES & SERVICES CORPORATION | 1 |
| 49. | 10-03608 (JMP) | MIDDLEFIELD PARK | 1 (9/28/10) |
| 50. | 10-03609 (JMP) | DEUTSCHE BANK TRUST COMPANY AMERICAS | 1 (9/2910) |
| 51. | 10-03617 (JMP) | LAKE FOREST BUSINESS CENTER | 1 (9/28/10) |