CHRIS STOVIC Pro Se
435 Greeves St.
Kane, PA 16735
    Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF NEW YORK

OCT -5 2010

------------------------------------------------x
In re:                                          :
                                                :      Chapter 11
LEHMAN BROTHERS HOLDING INC., et al.  :
                                                :      Case No. 08-13555(JMP)
                                                :
                       Debtor      :      (Jointly Administered)
                                                :
------------------------------------------------x

## MOTION TO OBJECT

The Dkt. 11439
"RESPONSE OF WILMINGTON TRUST COMPANY, AS INDENTURE
TRUSTEE, TO UPDATED OBJECTION OF WILLIAM KUNTZ, III"

In the letter dated September 17, 2010 to:

    THE HONORABLE JAMES M. PECK
    UNITED STATES BANKRUPTCY JUDGE

The Trustee States:
" Many Noteholders disregarded the clear language of the Bar Order,
and the notices of Wilmington Trust provided to the Noteholders and filed individual
claims. It should not have come as a surprise to anyone when the Debtor filled the
omnibus objection to claims that duplicated the WTC Global Proof of claims.
"

1    We did file the individual claim in December of 2008, it did comply with the "Bankruptcy Act 90 days period" and "the Bar Order" that has been extended number of times.

2    Most of the claims were already filed; "The notices of Wilmington Trust" provided to the Noteholders through the brokerage agency were delivered afterward that is in 2009;

3    The Wilmington Trust filed the claim on September 2, 2009; This is one year later, after the "filing date of the bankruptcy petition by the debtor."

4    I object The "Wilmington Trust statement," it directs the responsibility to the Noteholder.

5    The Wilmington Trust failed to take steps to protect the interest of the Noteholders; The Trust should have directed "the sole responsibilities" to the Debtor.

6    The Debtor is "solely responsible"; It fail to comply with the "Security Act and deliver the funds at maturities withing three business days" at the designated brokerage agencies.

7    The Debtor violated the agreement of the notes. It is a criminal violation for not complying within the Securities Act to deliver the funds.

8    The Notes at maturity are "Draft payable on demand."

9    The Justice System, The Bankruptcy court and The Wilmington trust had fail to protect "The Constitutional protected individual rights; Rights to Property and Liberty."

10    The funds invested through brokerage agency were NOT a donation for the enrichment of the DEBTOR.

11    We did not Sale and/or Sold our rights.

12    We did not give away our rights nor our funds.

13    We did not give away or sign a power of attorney to anyone to confiscate and/or to take over our property, funds etc. for no value of consideration and that includes the Bankruptcy court.

14    We did not agree to any other agreements or bankruptcy proceedings nor to be accountable to any executors contracts on the behave of the Debtor, the Notes are executors contracts to be paid on demand as agreed.

15   The Bankruptcy Act Chapter 11 violates the supreme law of the land "The Constitution."

16   The Chapter 11 is a legal license to confiscate property of the individuals for no consideration; It violates "The Constitutional protected rights."

17   The Chapter 11 is a legal license to commit fraud; with a knowledge of 100 percent protection by the Bankruptcy court.

18   The Bankruptcies court had fail time after time to protect individual rights to funds and property.

19   The Debtor through Chapter 11 proceedings try to portray itself as Pri-madonna or Santa Mariya.

20   The Chapter 11 proceedings amount to a three ring circuit, I did not see it, I did not hear it, I was not there, as the creditors are left as gladiators in the amphitheater of the Bankruptcy Court, at the mercy of court to defend their soul.

21   These proceedings have been ongoing for two years; Billion of dollars has been wasted, transfer etc. that has depleted the asset of the estate with no end in sight.

22   What the court has to offer...? Two years in operation under Chapter 11, with no dividend and no interest payment to the Noteholder; This was a 1.3 trillion dollars Institution.

23   How much of these Chapter 11 profitable funds were and used for whose benefits?

24   Due to health and financial problems, Physically I will not be able to participate at any hearings; I am willing to response by writing or teleconference to anyone.

## CONCLUSION

a   I have stated the facts as I know that are correct and true.

b   I will not live for ever. We needed the funds to supplement our fix income now, to day, and not two, three or more years in the future.

c   I find it very disturbing when a page of my previous objection was not posted.

d   I expect, full payment of the notes plus the accrued interest.

October 1, 200                                                                Respectfully,
                                                                              *Chris Stovic*
                                                                              Chris Stovic