CHRIS STOVIC Pro Se
435 Greeves St.
Kane, PA 16735
        Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF NEW YORK

```
------------------------------------------------x
In re:                                          :
                                                :        Chapter 11
LEHMAN BROTHERS HOLDING INC., et al.    :
                                                :          Case No. 08-13555(JMP)
                                                :
                        Debtor          :        (Jointly Administered)
                                                :
------------------------------------------------x
```

## MOTION TO OBJECT

IN Re
      "NOTICE of HEARING ON DEBTORS FIFTY-FIRST OMNIBUS OBJECTIONS
      TO CALIMS (DUPLIATIVE of INDENTURES TRUSTEE CLAIMS)"

1    The Debtor state, "Request that the Bankruptcy Court expunge, reduce, reclassify and/or

      disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED

      that it is substantively duplicative, in whole or in part of the corresponding Global claim

      listed above under SURVIVING CLAIM."

2    I strongly object to reducing, reclassifying, disallowing and/or expunging the claim.

      Reclassifying the claim from SECURED to UNSECURED is not acceptable.

3    We filed the claim long before the "global claim" was filed by the TRUSTEE.

4    The claim file by the TRUSTEE as an UNSECURED CLAIM on our behaves, which was

      one year later, is unacceptable; It appears that the Trustees had in mine from the very beginning

      to file unsecured claim.

5    The Trustee has failed to protect the creditors interest.

6    I had notified the Debtor few weeks ago that they had permission to expunge our

      duplicated claim as long as our interest was protected. I was not informed that there was

      going to be RECLASIFICATION of claims.

7    This is just another fact to deprive the Creditors that are rightfully entitle.

8    The court violates creditors individual rights to property. The court fail to protect

these Constitutional protected rights to property.

9    Permitting the Debtor to continue to operate as an Debtor in Possession is further

violation of the Constitutional protected rights of individuals.

10    The agreement was very specifics at the date of the purchase, the debt will be paid

on demand at maturity.

11    Altering the date, time is knowledge with the intent to inflict harm on the creditor.

12    We did not consent, sell or give our rights away.

13    Default on the payment, negligence, intent is criminal violation.

14    With this, I am placing a judgment against the LBHI that the funds be paid in full

plus any accrued interest. At the time of the purchase we did not agree to be part in any

other plans, agreements and/or contracts.

15    We did not invest the funds for the issuer - debtor to alter the agreement to fit its purpose.

16    The Debtor has failed to "deliver the funds as required within three business days (at the

maturity) of the Security Exchange Act."

16    It is the duty of the court to protect the Constitutional individual protected rights.

16    I am requesting the court to suspend any further operations until the funds are paid.

17    There have been billions of dollars wasted for legal fees and bonuses at the expense

of the creditors.

18    For the FACT stated, I motion the court without delay to convert Chapter 11 to Chapter 7.

October 1, 2010                                                        Respectfully,

*Chris Stovic*

Chris Stovic

*Due to finacial and health problems I will not be physically
present. I am willing to respond to anyone by writing or
teleconference.*

*Chris Stovic*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                            Debtors.             :    (Jointly Administered)
                                                 :
------------------------------------------------------------x

LBH OMNI51 09-24-2010 (MERGE2,TXNUM2) 4000001226 MAIL ID *** 0033525567 *** BSIUSE: 290

STOVIC, CHRIS OR NANCY
435 GREEVES ST.
KANE, PA 16735

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address:<br>STOVIC, CHRIS OR NANCY<br>435 GREEVES ST.<br>KANE, PA 16735 | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| | Claim to be Disallowed and Expunged | 1245 | 12/8/2008 | 08-13555 | SECURED: $ 10,720.00 |
| | Surviving Claim | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Wilmington Trust Company, in its capacity as indenture trustee, on behalf of itself and the holders of certain senior unsecured notes (the "Senior Notes"). Your claim has been identified as also relating, in whole or in part, to the Senior Notes. **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Senior Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Senior Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Senior Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged. Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# PROOF OF SERVICE

The undersigned hereby certifies that a copy of the MOTION to OBJECT of October 1, 2010 was served upon the party in the manner indicated below, which service is in compliance with Bankruptcy Rule 9006 (e)- Time of service.

<u>Service by ordinary First Class, U.S. Mail addressed as follow:</u>

October 1, 2010

Respectfully,

*Chris Stovic*
Chris Stovic
435 Greeves St.
Kane, PA 16735
(814) 837-7046

cc: WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  *10153*
1-212-310-8000
Shay Y. Waisman
ATTORNEYS FOR THE DEBTORS
AND DEBTORS in POSSESSIONS