**Form 210A (10/06)**

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re __LEHMAN BROTHERS HOLDINGS, INC.__,    Case No. __08-13555 (JMP)__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
United Kingdom

Court Claim # (if known): __33061__
Amount of Claim: __$52,181,600.00__
Date Claim Filed: __09/22/2009__

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David Short__    Date: __October 6, 2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit J

UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Banker. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: CVI GVF Luxembourg Twelve S.a.r.l.

Name of Transferor: Lehman Brothers (Luxembourg) Equity Finance S.A. (en faillite)

Name and Address where notices to transferee should be sent:

c/o CarVal Investors UK Limited
Konwle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK

Court Claim # (if known): 33061 (43.7738% of such claim)

Amount of Claim as Filed: $119,207,202.78

Amount of Claim Transferred: $52,181,600.00

Date Claim Filed: 09/22/2009

Phone: +44 1932 861 194

Phone: 00352 241954 1

Last Four Digits of Acct #:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Date: 5/10/2010

BY CARVAL INVESTORS UK LIMITED
DAVID SHORT
OPERATIONS MANAGER

15796333.2

By: _____
Transferor
Date: 1/10/2010

Josephus Dellaere as trustee
in bankruptcy of LBEF
(Lehman Brothers (Luxembourg)
Equity Finance SA) acting
also for document filed also trustee
in bankruptcy of LBEF.

(LBH) Search Claims

Page 1 of 1

Claim Question? Call: 646 282 2400

Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)

Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims

Bookmark this Page

# Search Claims

### Criteria

**Claim Number:** 33061

**Creditor Name:** Name Starts With

**Scope:** Claims and schedules

**Schedule Number:**

**Amount:** Total Claim Value   Equals

**Debtor:**

**Claim Date Range:** to

**Order By:** Creditor Name    **Results Per Page:** 50

Reset   Search

### Results

Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 33061 | | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | 9/22/2009 | $119,207,202.78 | Image |
| | | C/O JACQUES DELVAUX & LAURENT FISCH, ACTING AS JOINT TRUSTEES IN BANKRUPTCY 2, RUE DE LA CHAPELLE LUXEMBOURG, L-1325 LUXEMBOURG | Claimed Unsecured: | $119,207,202.78 | |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.