IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     )
                                                           )    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et                          )    08-13555 (JMP)
al.,                                                       )    (Jointly Administered)
                                                           )
    Debtors.                                               )
                                                           )
In re:                                                     )
                                                           )
LEHMAN BROTHERS INC.,                                      )    Case No. 08-01420 (JMP)
                                                           )
    Debtor.                                                )
---------------------------------------------------------- x

**MOVANTS' OBJECTIONS TO BARCLAYS CAPITAL INC.'S PROPOSED PwC EXHIBITS (AS OF 10/3/10)**

Movants' objections refer to the Federal Rules of Evidence, incorporated into these proceedings through Federal Rule of Bankruptcy Procedure 9017.

**Objections**

| | |
|---|---|
| 106 | Incomplete excerpt or document |
| 402 | Not relevant |
| 701 | Improper Lay Opinion |
| 702 | Improper Expert Opinion |
| 802 | Hearsay not within any exception |
| 901 | Not authenticated |

Movants reserve the right to object to any exhibit being used during the questioning of any fact witness without personal knowledge of the exhibit.

| BCI Exhibit No. | DESCRIPTION | MOVANTS' OBJECTION(S) |
|---|---|---|
| 592a | Enlarged typed version of February 2, 2009 R. MacGoey to L. Gunn, et al., re Valuation of Securities Acquisition from Lehman Brothers Inc., without Bates number and attachments | Not evidence (Demonstrative); 106 (redacted), 701, 702, 802 |
| 596 | February 9, 2009 Barclays NY Group Audit: Reconciliation of Financial Assets to Depositories (PwC-BarCapWP 00023717 - PwC-BarCapWP 00023725) | 701, 702, 802 |
| 597 | February 9, 2009 Barclays NY Group Audit: Valuation Approach (PwC-BarCapWP 00027538 - PwC-BarCapWP 00027540) | 802 |
| 600 | February 9, 2009 Barclays NY Group Audit: OCC Margin against ETO and OCC Customer Clearing Margin (PwC-BarCapWP 00029792 - PwC-BarCapWP 00029799) | 802 |
| 601 | February 9, 2009 Barclays NY Group Audit: Exchange Traded Options- MTM (PwC-BarCapWP 00029850 - PwC-BarCapWP 00029859) with attachments | 701, 702, 802 |

| BCI Exhibit No. | DESCRIPTION | MOVANTS' OBJECTION(S) |
|---|---|---|
| 604 | February 5, 2009 PricewaterhouseCoopers' Memo re Review of Barclay's JP Morgan Portfolio Price Testing Methodology and Framework as of December 22, 2008 (PwC-BarCap 00049379 - PwC-BarCapWP 00049386) | 701, 702, 802 |
| 607 | February 8, 2009 PricewaterhouseCoopers' Memo re Review of Lehman CDO Acquisition Valuations (as of 9/22/08) (PwC-BarCap 00060950 - PwC-BarCap 00060967) | 701, 702, 802 |
| 612 | February 8, 2009 Barclays NY Group Audit 2008: Additional Securities Received-JPM Inventory (PwC-BarCapWP 00013280 - PwC-BarCapWP 00013283 with attachments) | 802 |
| 613 | February 8, 2009 Barclays NY Group Audit 2008: [BONY] Reconciliation of Financial Assets from DTC to PCG with attachments (PwC-BarCapWP 00018054 - PwC-BarCapWP 00018072) | 802 |
| 615 | February 6, 2009 PwC Memo David Baranick et al., to Rob MacGoey and Files-Barclays Capital-2008 Audit (PwC-BarCapWP 00021945- PwC-BarCapWP 00021952) | No objection |
| 616 | March 26, 2009 Barclays NY Group Audit 2008: [BONY] PV of equity financial assets (UK) (PwC-BarCapWP 00021953- PwC-BarCapWP 00021959 with attachments) | 106, 701, 702, 802 |
| 616N | Native version of attachment to document marked as BCI Exhibit 616 (MS Excel file containing "Summary" tab re "Equities Bid-Offer Calculation" and "All Data" tab) | Same objections as BCI 616 and subject to Agreement re: Native Exhibits |
| 618 | February 8, 2009 memo from Frank Serravalli et al., to Barclay's Capital PwC Audit Team re Review of Barclay's Capital Price Test Methodology and Framework for Lehman Acquired as of September 19, 2008 (PwC-BarCapWP 00022935 - PwC-BarCapWP 00022948) | No objection |
| 619 | February 9, 2009 Barclays NY Group Audit 2008: [BONY] PV of liquid portfolios [IMSAG] with attachments (PwC-BarCapWP 00023304 - PwC-BarCapWP 00023317) | 701, 702, 802 |
| 727 | December 7, 2008 3:01 pm email from S. Berryman to J. Tan, et al., re Re: Fw: Cure Payments (PwC-BarCap 000113788 – PwC-BarCap 000113793) | No objection |

| BCI Exhibit No. | DESCRIPTION | MOVANTS' OBJECTION(S) |
|---|---|---|
| 727b | December 7, 2008 3:01 pm email from S. Berryman to J. Tan, et al., re Re: Fw: Cure Payments (more legible version of PwC-BarCap 000113788 – PwC-BarCap 000113793) | No objection |
| 870 | December 23, 2008 7:27 pm email from R. MacGooey to S. Teague re Re: FW: Lehmans005B0000000007F0DEB8000000000000 (PwC-BarCap 00008679 – PwCBarcap 00008680) | No objection |
| 870a | Typed version of December 23, 2008 7:27 pm email from R. MacGoey to S. Teague re Re: FW: Lehmans005B0000000007F0DEB8000000000000 (PwC-BarCap 00008679 – PwC-Barcap 00008680) | Not evidence (Demonstrative) |
| 959 | October 27, 2008 7:28 pm email from S. Teague to R. MacGoey, et al., re FW: Opening Balance Sheet – Price Testing back up due at COB today, with attachments (PwC-BarCap 00000956 - PwC-BarCap 00000972) | 701, 702, 802 |
| 995 | November 21, 2008 2:05 pm email from C. Merchant to M. Guarnuccio re Fw: Mark ups on PINE and Giants Stadium (PwC-BarCap 00002588 - PwC-BarCap 00002590) | 802 |
| 996 | February 4, 2009 5:16 pm email from L. Waldie to R. MacGoey re Updated Pine section FAVG, with attachments(PwC-BarCap 00055345) | 701, 702, 802 |
| 1000 | February 9, 2009 Barclays NY Group Audit: OCC Margin against ETO and OCC Customer Clearing Margin, with attachments (PwC-BarCapWP 00029792 – PwCBarCapWP 00029824) | 802 |
| 1000a | Attachment to February 9, 2009 Barclays NY Group Audit: OCC Margin against ETO and OCC Customer Clearing Margin (Page 9 of BCI Exhibit 1000) | 106, 802 |
| 1054 | February 8, 2009 PricewaterhouseCoopers' Memo re Review BarCap YE 2008 CDO Valuations (PwC-BarCap 00060969 - PwC-BarCap 00060999) | 701, 702, 802 |