**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
T. Barry Kingham
L. P. Harrison 3rd
Timothy N. McCabe

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

# NOTICE OF SUBPOENA ISSUED PURSUANT TO
# ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
# SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
# AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

8388544

-2-

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: October 7, 2010
New York, New York

        **CURTIS, MALLET-PREVOST,**
         **COLT & MOSLE LLP**

By: /s/  *T. Barry Kingham*
    T. Barry Kingham
    L. P. Harrison 3rd
    Timothy N. McCabe
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212)697-1559

*Counsel for the Debtors and Debtors in Possession*

8388544

## Exhibit A

## NOTICE OF SUBPOENA

| Name of Witness: | Canadian Imperial Bank of Commerce |
|---|---|
| Date of Service of Subpoena: | October 6, 2010 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents will be produced by the subpoenaed party on a rolling basis on a schedule to be agreed upon by the parties at Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue, New York, NY 10178 |

8388544