UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                              :

In re                                               :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)

                    Debtors.                      :

------------------------------------------------------------------------x    Ref. Docket Nos. 11299,
                                                                     11300, 11313, 11316-11324
                                                                      & 11326

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                 */s/ Lauren Rodriguez*

Sworn to before me this                         Lauren Rodriguez
16th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

08-13555-mg    Doc 11857    Filed 10/07/10    Entered 10/07/10 14:05:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
          Debtors.                             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BARCLAYS BANK PLC
               TRANSFEROR: SERENGETI PARTNERS LP
               745 SEVENTH AVENUE
               NEW YORK NY 10019

Please note that your claim # 63654-05 in the above referenced case and in the amount of
          $1,248,655.00          has been transferred **(unless previously expunged by court order)**

               ABSALON II, LTD.
               TRANSFEROR: BARCLAYS BANK PLC
               ATTN: MORRIS TUCKER
               1230 AVENUE OF THE AMERICAS, 3RD FLOOR
               NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11299     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/15/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 15, 2010.

# EXHIBIT B

```
TIME: 16:40:38                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 09/15/10                                                 CREDITOR LISTING

Name                                 Address
ABSALON II, LTD.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS NEW YORK NY 10020
ABSALON II, LTD.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020
BARCLAYS BANK PLC                    ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                    LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                    TRANSFEROR: MOORE MACRO FUND, L.P. ATTN: D CROWLEY, J FEINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
BAUPOST GROUP SECURITIES LLC         TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019
MOORE MACRO FUND, L.P.               TRANSFEROR: YORVIK PARTNERS LLP C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 1, L.L.C. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 2, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 3, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 4, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 5, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 6, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 7, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 8, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
MOORE MACRO FUND, L.P.               TRANSFEROR: AGGREGATING TRUST 9, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT
                                     1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020
YORVIK PARTNERS LLP                  TRANSFEROR: RAIFFEISENBANK OBERDRAUTAL - WEISSENSEE ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY U.K.

Total Number of Records Printed      18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC