**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket No. 11448


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      ANGHARAD BOWDLER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 21, 2010, I caused to be served a personalized "Notice of Defective Transfer", a copy of which is annexed hereto as Exhibit "A", by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                      */s/ Angharad Bowdler*
Sworn to before me this                        Angharad Bowdler
27th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 11448_Aff_ 09-21-10.doc

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                    :         Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        :         08-13555 (JMP)
:
Debtors.                                      :         (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    AUTONOMY ROCHEVERA ONE LIMITED
C/O AUTONOMY CAPITAL RESEARCH LLP
ATTN: PETER BODEN
8-11 DENBIGH MEWS
LONDON SW1V 2HQ
UNITED KINGDOM

Transferee:    ELLIOTT ASSOCIATES LP
C/O ELLIOTT MANAGEMENT CORPORATION
712 FIFTH AVENUE, 35TH FLOOR
NEW YORK, NY 10019

**Your claim is defective for the reason(s) checked below:**

TRANSFER FILED IN CHAPTER 11 CASE 08-13555 (JMP)
CLAIM IS FILED IN Case No. 08-01420 (JMP) SIPA

Refer to docket number **11448** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Angharad Bowdler*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 21, 2010.

# EXHIBIT B

AUTONOMY ROCHEVERA ONE LIMITED
C/O AUTONOMY CAPITAL RESEARCH LLP
ATTN: PETER BODEN
8-11 DENBIGH MEWS
LONDON SW1V 2HQ
UNITED KINGDOM


ELLIOTT ASSOCIATES LP
C/O ELLIOTT MANAGEMENT CORPORATION
712 FIFTH AVENUE, 35TH FLOOR
NEW YORK, NY 10019