UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :

In re                                       :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)

                 Debtors.                  :         Jointly Administered

-------------------------------------------------------------------x    Ref. Docket Nos. 11335-
11336, 11352, 11392, 11396,
11397, 11415, 11416, 11417,
11419, 11435, 11447, 11449

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2010, I supervised the mailing of personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Angharad Bowdler*
Sworn to before me this                         Angharad Bowdler
27th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 | 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | 
 | (Jointly Administered)
Debtors. | 

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  POPULAR GESTION, S.G.I.I.C., S.A.              POPULAR GESTION, S.G.I.I.C., S.A.
     ATTN: CARMEN ORTIZ CASTANO AND GONZALO ALIAS DELGADO   KAYE SCHOLER LLP
     C/ LABASTIDA 11                                ATTN: MADLYN GLEICH PRIMOFF, ESQ.
     MADRID    28034                                425 PARK AVENUE
     SPAIN                                          NEW YORK NY 10022-3598
```

Please note that your claim # 30092 in the above referenced case and in the amount of
         $1,378,238.79        has been transferred **(unless previously expunged by court order)**

```
     BANCO POPULAR ESPANOL S.A.                     BANCO POPULAR ESPANOL S.A.
     TRANSFEROR: POPULAR GESTION, S.G.I.I.C., S.A.  KAYE SCHOLER LLP
     ADMINISTRACION DE TESORERIA                    ATTN: MADLYN GLEICH PRIMOFF
     ATTN: CARLOS VIVAS SOTILLOS & MARCOS SUBIES ALVAREZ   425 PARK AVENUE
     C/ JOSE ORTEGA Y GASSET 29, 1A. PLANTA         NEW YORK NY 10022
     MADRID    28006
     SPAIN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11335    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/21/2010                        Vito Genna, Clerk of Court


                                        /s/ Angharad Bowdler
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 21, 2010.

**EXHIBIT B**

LEHMAN BROTHERS HOLDING INC. CREDITOR LISTING

| Name | Address |
|---|---|
| AUTONOMY MASTER FUND LIMITED | CLEARY GOTTLIEB STEIN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| AUTONOMY MASTER FUND LIMITED | C/O AUTONOMY CAPITAL RESEARCH LLP ATTN: PETER BOWDEN 8-11 DENBIGH MEWS LONDON SW1V 2HQ UNITED KINGDOM |
| AUTONOMY MASTER FUND LIMITED | PENELOPE CHRISTOPHOROU, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| AUTONOMY ROCHEVERA ONE LIMITED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZE NEW YORK NY 10006 |
| AUTONOMY ROCHEVERA ONE LIMITED | ATTN: PETER BOWDEN C/O AUTONOMY CAPITAL RESEARCH LLP 8-11 DENBIGH MEWS LONDON SW1V 2HQ UNITED KINGDOM |
| BANCO POPULAR ESPANOL S.A. | KAYE SCHOLER LLP TTN: MADLYN GLEICH PRIMOFF 425 PARK AVENUE NEW YORK NY 10022 |
| BANCO POPULAR ESPANOL S.A | TRANSFEROR: POPULAR GESTION, S.G.I.I.C., SA ADMINISTRACION DE TESORERRIA ATTN: CARLOS VIVAS SOTILLOS & MARCOS SUBIES ALVAREZ C/ JOSE ORTEGO Y GASSET 29, LA. PLANTA MADRID 28006 SPAIN |
| BANCO POPULAR ESPANOL S.A | TRANSFEROR: POPULAR GESTION, S.G.I.I.C., SA ADMINISTRACION DE TESORERRIA ATTN: CARLOS VIVAS SOTILLOS & MARCOS SUBIES ALVAREZ C/JOSE ORTEGO Y GASSET 29, LA. PLANTA MADRID 28006 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS & CO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SC LOWY FINANCIAL (HK) LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UBS AG ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: AUTONOMY MASTER FUND LIMITED C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: AUTONOMY ROCHEVERA ONE LIMITED C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| FRANK RUSSELL COMPANY | TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/O ELLIOT COHEN 909 A ST TACOMA WA 98402 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN, SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| OVERSEA-CHINESE BANKING CORPORATION LTD | OVERSEA-CHINESE BANKING CORPORATION LIMITED ATTN: ERIC CHUA LIANG KENG/ CHAN KHENG CHEE (MRS. KONG) 65 CHULIA STREET, OCBC CENTRE MONROE ME 049513 SINGAPORE |
| OVERSEA-CHINESE BANKING CORPORATION LTD | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| POPULAR GESTION, S.G.I.I.C., SA | KAY SCHOLER LLP ATTN: MADLYN GLEICH PRIMOFF, ESQ. 425 PARK AVENUE NEW YORK NY 10022 |
| POPULAR GESTION, S.G.I.I.C., SA | ATTN: CARMEN ORTIZ CASTANO AND GONZALO ALIAS DELGADO C/ LABASTIDA 11 MADRID 28034 SPAIN |
| POPULAR GESTION, S.G.I.I.C., SA | ASHURST LLP ATTN: JUAN HORMAECHEA & VICTORIA NAVARRO ALCALA, 44 MADRID 28014 SPAIN |
| POPULAR GESTION, S.G.I.I.C., SA | KAYE SCHOLER LLP TTN: MADLYN GLEICH PRIMOFF 425 PARK AVENUE NEW YORK NY 10022 |
| RIC III PLC THE U.S. DOLLAR CASH PLUS FUND | RIC III PLC THE US DOLLAR CASH PLUS FUND C/O ELIOTT COHEN 909 A ST TACOMA WA 98402 |
| SC LOWY FINANCIAL (HK) LIMITED | TRANSFEROR: OVERSEA-CHINESE BANKING CORPORATION LTD 14/F NINE QUEEN'S ROAD SUITE 1403 CENTRAL HONG KONG |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 95 EAST BYRD STREET RICHMOND VA 23219 |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG PO BOX 1415 NEW YORK NY 10150 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed    31