**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
                            :

**In re**                          :         **Chapter 11 Case No.**
                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :        **08-13555 (JMP)**
                            :

           **Debtors.**           :         **(Jointly Administered)**
                            :

-----------------------------------------------------------------------X

## SIXTH SUPPLEMENTAL DECLARATION OF
## RAJIV MADAN ON BEHALF OF BINGHAM MCCUTCHEN

Rajiv Madan, being duly sworn, deposes and says:

1.    I am an attorney and member of the firm Bingham McCutchen LLP ("Bingham" or the "Firm"), and am duly authorized to make this declaration (the "Sixth Supplemental Declaration") on the Firm's behalf. I submit this Sixth Supplemental Declaration in connection with the application by Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors") pursuant to sections 327(e) and 328(a) of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure to retain the Firm for tax, securitization and capital markets matters (Docket No. 4811) and the related motion seeking expansion of the Firm's retention to include certain government investigations (Docket No. 7175).

2.    This Sixth Supplemental Declaration supplements my previous declarations in support of Bingham's retention dated August 1, 2009 (Docket No. 4636) (the "August Declaration"), October 22, 2009 (Docket No. 5602), April 27, 2010 (Docket No. 8684), May 28, 2010 (Docket No. 9332), and July 20, 2010 (Docket No. 10294) and the declaration of my partner, Michael Levy, dated February 18, 2010 (together with the August Declaration, collectively, the "Previous Declarations"). The primary purpose of this Sixth Supplemental

Declaration is to make additional disclosures which may be required by the Bankruptcy Code and the Bankruptcy Rules.

3.    Except as otherwise stated herein, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently thereto.[1]  To the extent any information disclosed herein requires amendment or modification upon Bingham's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### Bingham's Connections to Parties In Interest
### In Matters Unrelated to the Debtors' Chapter 11 Cases

4.    As previously disclosed, Bingham has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases.  Since filing the Previous Declarations, counsel for the Debtors has provided Bingham with an updated list of parties in interest in the Debtors' chapter 11 cases (collectively the "Parties in Interest").  A copy of such list is attached hereto as Schedule 1.

5.    Attorneys working under my supervision reviewed Bingham's "connections" with the Parties in Interest recently added to the list.[2]  Based upon this review, while such Parties in Interest may be current or former clients of Bingham, or may otherwise be involved in litigation or transactional matters in which Bingham represents a client, I do not believe that Bingham

---

[1]    Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Bingham and are based on information provided by them.

[2]    To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts.  Out of an abundance of caution, I may be disclosing items that are not disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

holds any interest adverse to the estates with respect to any of the matters for which Bingham is retained by the Parties in Interest.

6.    In certain of the Previous Declarations, I included a list of Parties in Interest that Bingham has represented within the past two years, or currently represents.  Based on the results of Bingham's searches for the newly listed Parties in Interest[3] and new information which has become available, Bingham hereby supplements its previous disclosures to include the entities listed on Schedule 2.

7.    I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Bingham receives from a Party in Interest as long as it is unrelated to the Debtors' chapter 11 cases.  Bingham intends to accept engagements from other Parties in Interest (whether existing or new clients), but will not undertake a representation in which the client would be adverse to the Debtors with respect to the matters for which the Firm is retained.

### Bingham's Connections to the Debtors

8.    As previously disclosed, Bingham represents various creditor and other clients in connection with the Debtors' bankruptcy cases.  A list of such clients was attached to the August Declaration as Schedule 3, and was supplemented by certain of the  Previous Declarations (collectively, the "Bingham Client List").  The Bingham Client List is hereby additionally supplemented to include Strategic Value Master Fund, Ltd. (together with its affiliates, "SVMF").  I note that Bingham personnel providing services for SVMF are and will continue to

---

[3] Although I do not believe a search of *"potentially"* interested parties is necessary to satisfy the requirements of Bankruptcy Rule 2014, to the extent the United States Trustee requires that the Firm make such disclosures, the Firm would agree to do so.

be bound by the same procedures outlined in the August Declaration, including, without limitation, the ethical wall procedures.

9.      Except as specifically set forth herein, this Sixth Supplemental Declaration does not modify the statements in the Previous Declarations.    I will supplement this Sixth Supplemental Declaration to the extent additional relevant information becomes available during the pendency of these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on October 7, 2010.

Rajiv Madan, Esq.
Partner
Bingham McCutchen, LLP

<u>**SCHEDULE 1**</u>

## 50 Largest Bond Holders

1.    Advanced Series Trust
2.    AETNA Life Insurance Company
3.    AIG Annuity Insurance Company
4.    ALFA Mutual Fire Insurance Company
5.    Allianz Life Insurance Company of North America
6.    Alpha Mutual Fund Management
7.    American Family Life Assurance Company
8.    American Life Insurance Company
9.    AXA Equitable Life Insurance Company
10.   Barclays Global Fund Advisors
11.   BBVA Gestion SA SGIIC (Spain)
12.   Blackrock Advisors
13.   Capital Research and Management
14.   Continental Casualty Company
15.   Federated Investors
16.   Fidelity Management and Research
17.   Franklin Advisors Inc.
18.   Franklin Templeton Investments
19.   Guardian Life Insurance Company
20.   Hartford Life Insurance Company
21.   ING Investment LLC
22.   Jackson National Life Insurance
23.   John Hancock Investment Management Services
24.   John Hancock Life Insurance Company
25.   Liberty National Life Insurance Company
26.   Loomis Sayles & Company L.P.
27.   Medical Liability Mutual Insurance Company
28.   Metlife Insurance Company of Connecticut
29.   Metropolitan Life Insurance Company
30.   Metropolitan West Capital Management
31.   NATIXIS  Asset Management Advisors
32.   Northwest Mutual Life Insurance Company
33.   Phillips Hager & North Investment Management
34.   PIMCO Advisors LP
35.   PIMCO Funds Global Investors
36.   Principal Life Insurance Company
37.   Prudential Financial Inc.
38.   Prudential Insurance Company of America
39.   Riversource Life Insurance Company
40.   Sun Life Assure Co. of Canada
41.   T. Rowe Price Associates
42.   Teachers Insurance and Annuity Association
43.   Thrivent Financial for Lutherans
44.   Transamerica Life Insurance Company
45.   UBS Investment KAG
46.   United States – Indices

47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Caldwalader, Wickersham, and Taft
22.    Canary Warf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst and Young Private Limited
40.    Fidessa Plc.
41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data

43.    Haworth Singapore PTE Ltd.
44.    Henegan Construction Co., Inc.
45.    Hewlett-Packard AP (HONG KONG) LIMITED
46.    HSBC Bank
47.    Hua Nan Commercial Bank, Ltd
48.    IBM Corporation
49.    ICAP Securities Limited
50.    Information Builders Inc.
51.    JQ Network PTD Limited
52.    KBC Bank
53.    Kim & Chang
54.    Kingston Communications PLC
55.    Linklaters, S.L.
56.    Lloyds Bank, PLC
57.    London & European Title Insurance Services Ltd.
58.    London Borough of Tower Hamlets Rates
59.    Mace Limited
60.    McKee Nelson LLP
61.    Microsoft Licensing, GP
62.    Millennium Developers PVT LTD
63.    Mizuho Corporate Bank Ltd.
64.    Morse Group Limited
65.    Morse Service Holdings Limited
66.    National Bank of Australia
67.    National Commerce bank
68.    Network Appliance, Inc.
69.    Nippon Life Insurance Co.
70.    NYSE Market, Inc.
71.    Origin HR Consulting Limited
72.    Paul Weiss
73.    Pricoa Relocation UK Limited
74.    Reuters America Inc.
75.    Reuters Limited
76.    Shinkin Central Bank
77.    Shinsei Bank Ltd.
78.    Sidley Austin Brown & Wood
79.    Standard & Poor's
80.    Standard Chartered Bank
81.    Sumitomo Mitsui Banking Corp
82.    Sungard Securities Finance Inc.
83.    Svenska Handelsbanken
84.    Swapswire Limited
85.    Taipei Fubon Bank, New York Agency
86.    Tata Consultancy Services
87.    The Bank of New York
88.    The Bank of Nova Scotia
89.    The British Land Company PLC
90.    Thompson Financial
91.    TIBCO Software, Inc.
92.    UFJ Bank Limited
93.    Vertex Mortgage Services

94.    Virtx
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC

- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC

- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street
7. Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees

1.    The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.    Informal LBHI Bondholder Group
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders

- AXA and related parties                               7.25%
- Clearbridge Advisors, LLC and related parties        6.33%
- FMR LLC and related parties                          5.87%

**Directors and Officers (LBHI)** – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte

- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

**Underwriting Investment Bankers for Debtor's Securities**

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1.  737 Portfolio Services LLC
3.  737 Portfolio Trust
4.  Area Assignor Corp. (dissolved)
5.  Area Depository Corporation (dissolved)
6.  Area GP Corporation
7.  Aristos LLC
8.  ASB L.L.C.
9.  Ballybunion Investments No. 2 Ltd.
10.  Ballybunion Investments No. 3 Ltd
11.  Ballybunion Investments No. Ltd.
12.  Banque Lehman Brothers S.A.
13.  Bixen Limited
14.  BK I Realty Inc. (dissolved)
15.  BK II Properties Inc.
16.  BK III Properties Inc.
17.  Blue Jay Realty Corporation
18.  BNC Holdings Inc.
19.  Bromley LLC
20.  Brookson Corp.
21.  Brookwood Energy & Properties Inc.
22.  Canope Credit Corp.
23.  Capital Analytics II, LP
24.  Central Funding (Concord) Corporation (dissolved)
25.  Clarks Summit I, LLC
26.  Clarks Summit II, LLC
27.  CP1 Real Estate Services Inc.
28.  CP4 Real Estate Services Inc. (dissolved)
29.  Dimont Corporation
30.  DL Mortgage Corp.
31.  DRA Management, Inc. (dissolved)
32.  Eagle Energy Management, LLC
33.  Eagle Energy Partners I, L.P.
34.  East Dover Limited
35.  Edibrook Corp.
36.  EHP/GP Inc. (dissolved)
37.  Eldon Street Holdings Limited
38.  ELQ Holdings B.V.
39.  ELQ Hypothekan N.V.
40.  Equipment Management Inc.
41.  Equity Strategies Loans LLC

42.  Equity Strategy Loans LLC
43.  e-Valuate, LP
44.  Executive Monetary Management, Inc.
45.  Falcon Holdings I LLC
46.  First Ward Properties Inc.
47.  Flight Sim I LLC
48.  Flight Sim II LLC
49.  Flight Sim III LLC
50.  Flight Sim IV LLC
51.  Flight Sim V Inc.
52.  FRAH Special Services Inc.
53.  Fundo De Investimento Multimercado Credito Privado Navigator Investmento
54.  Furno & Del Castano CapitalPartners LLP
55.  GA Dekalb Inc.
56.  GKI Korea Development Limited
57.  Global Principal Strategies Loans Inc.
58.  GmbH
59.  GRA Finance Corporation Ltd.
60.  GRA Finance Corporation Ltd.
61.  Growth Partners Inc. (dissolved)
62.  Hills Funding One, Ltd.
63.  Hydrocarbon Capital II LLC
64.  IL Lombard Inc. (dissolved)
65.  Ivanhoe Lan Pty Limited
66.  Jet Aircraft Leasing Inc. (dissolved)
67.  Jet Partners, LLC
68.  JFM Aviation Once LLC
69.  KM-I Real Estate Company VII (sold)
70.  Laminar Holdings LLC
71.  LB 3 GmbH
72.  LB Alberta Holdings Inc.
73.  LB Beta Finance Cayman Limited
74.  LB GPS Lightfoot L.L.C.
75.  LB Holdings Intermediate 1 Ltd
76.  LB Holdings Intermediate 2 Ltd
77.  LB I Group Inc
78.  LB India Holdings Cayman I Limited
79.  LB India Holdings Cayman II Limited
80.  LB India Holdings Mauritius I Limited
81.  LB India Holdings Mauritius II Limited
82.  LB India Holdings Mauritius III Limited
83.  LB Investment Corp. Inc.
84.  LB Investment Holding Company Limited (dissolved)
85.  LB Investments (UK) Limited
86.  LB Leasing Inc.
87.  LB Lomond Investments Limited
88.  LB Maritim Investor
89.  LB Memphis Brownestone LLC
90.  LB Military Housing LLC
91.  LB Note Corp.
92.  LB Ohana, LLC

| | |
|---|---|
| 93. | LB Skypower Inc. |
| 94. | LB Trade Corp. |
| 95. | LB UK Financing Limited |
| 96. | LB UK RE Holdings Ltd. |
| 97. | LBCCA Holdings I LLC |
| 98. | LBCCA Holdings II LLC |
| 99. | LB-NL Holdings (Cayman) Limited |
| 100. | LB-NL Holdings I Inc. |
| 101. | LB-NL Holdings L.P. |
| 102. | LB-NL U.S. Investor Inc. |
| 103. | LBO Investments Limited |
| 104. | LBQ Funding (UK) |
| 105. | LBQ Hong Kong Funding Ltd |
| 106. | LBQ Hong Kong Services Limited |
| 107. | LCP LTU LLC |
| 108. | LCPI Properties Inc. |
| 109. | LCPI Properties Inv. |
| 110. | Leesburg ACG LLC |
| 111. | Lehman ABS Corporation |
| 112. | Lehman Aircraft Securitization Holdings LLC |
| 113. | Lehman Asset Backed Caps Inc. |
| 114. | Lehman Brother Venture Capital 2003 Partnership |
| 115. | Lehman Brothers (Israel) Inc. |
| 116. | Lehman Brothers (PTG) Limited |
| 117. | Lehman Brothers (Spain) S.A. |
| 118. | Lehman Brothers 1999 Venture Managers' Partnership L.P. |
| 119. | Lehman Brothers 1999 Vernture GP Partnership L.P. |
| 120. | Lehman Brothers AIM Holding II LLC |
| 121. | Lehman Brothers Alternative Investment Management LLC |
| 122. | Lehman Brothers Argentina S.A. |
| 123. | Lehman Brothers Asset Management (Europe) Ltd |
| 124. | Lehman Brothers Asset Management Asia, Inc. (dissolved) |
| 125. | Lehman Brothers Asset Management France |
| 126. | Lehman Brothers Asset Securitization LLC |
| 127. | Lehman Brothers Capital GmbH, Co |
| 128. | Lehman Brothers Capital Partners I, L.P. |
| 129. | Lehman Brothers Capital Partners II, L.P. |
| 130. | Lehman Brothers Capital Partners IV, L.P. |
| 131. | Lehman Brothers CDO 2003 L.P. |
| 132. | Lehman Brothers CDO Associates (Cayman), Ltd. |
| 133. | Lehman Brothers CDO Associates 2003 L.P. |
| 134. | Lehman Brothers CDO Associates 2004 L.P. |
| 135. | Lehman Brothers CDO Opportunity Partners 2004-2, L.P. |
| 136. | Lehman Brothers Commercial Corporation Asia Limited |
| 137. | Lehman Brothers Commercial Mortgage K.K. |
| 138. | Lehman Brothers Commodity Service Inc. |
| 139. | Lehman Brothers Communications Partnership |
| 140. | Lehman Brothers de Chile, S.A. (dissolved) |
| 141. | Lehman Brothers de Venezuela C.A. (inactive) |
| 142. | Lehman Brothers Derivative Finance LLC |
| 143. | Lehman Brothers Derivative Products Inc. |

144. Lehman Brothers Diversified Private Equity Fund 2004, L.P.
145. Lehman Brothers do Brasil Ltda
146. Lehman Brothers Energy Canada, ULC
147. Lehman Brothers Europe Inc.
148. Lehman Brothers Europe Limited
149. Lehman Brothers European Mezzanine 2002 Associates L.P.
150. Lehman Brothers European Mezzanine 2002 L.P.
151. Lehman Brothers European Venture Capital Associates L.P.
152. Lehman Brothers European Venture Capital L.P.
153. Lehman Brothers Finance (Japan) Inc.
154. Lehman Brothers Financial Products Inc.
155. Lehman Brothers Fund of Funds Associates L.P.
156. Lehman Brothers Fund of Funds L.P.
157. Lehman Brothers Global Asset Management K.K. (liquidated)
158. Lehman Brothers Healthcare Venture Capital Associates L.P.
159. Lehman Brothers Healthcare Venture Capital L.P.
160. Lehman Brothers Holdings Inc.
161. Lehman Brothers Holdings International Inc.
162. Lehman Brothers Holdings Japan Inc.
163. Lehman Brothers Holdings Plc
164. Lehman Brothers Holdings Scottish LP
165. Lehman Brothers Inc.
166. Lehman Brothers Insurance Agency L.L.C
167. Lehman Brothers International (Europe)
168. Lehman Brothers International Services, Inc.
169. Lehman Brothers Investment Holding Company Inc.
170. Lehman Brothers Investment Management Asia Limited
171. Lehman Brothers Investments PTE Ltd.
172. Lehman Brothers Japan Inc
173. Lehman Brothers LBO Inc.
174. Lehman Brothers Limited
175. Lehman Brothers Luxembourg Investments Sari
176. Lehman Brothers MBG Associates III L.L.C.
177. Lehman Brothers MBG Associates L.P.
178. Lehman Brothers MBG Capital Partners 1998 (C) LP
179. Lehman Brothers MBG Finders 1999 (A) L.P.
180. Lehman Brothers MBG Finders 1999 (B) L.P.
181. Lehman Brothers MBG Finders 2000 (B) L.P.
182. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
183. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
184. Lehman Brothers MBG Partners 1998 (A) L.P.
185. Lehman Brothers MBG Partners 1998 (B) L.P.
186. Lehman Brothers MBG Partners 1998 (C) L.P.
187. Lehman Brothers MBG Partners 1999 (A) L.P.
188. Lehman Brothers MBG Partners 1999 (B) L.P.
189. Lehman Brothers MBG Partners 1999 (C) L.P.
190. Lehman Brothers MBG Partners L.P.
191. Lehman Brothers MBG Venture Capital Partners 1997
192. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
193. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
194. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.

195.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
196.    Lehman Brothers MLP Associates, L.P.
197.    Lehman Brothers MLP Partners, L.P.
198.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
199.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
200.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
201.    Lehman Brothers Offshore Investment Partnership L.P.
202.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
203.    Lehman Brothers Offshore long/short fund, ltd
204.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
205.    Lehman Brothers Offshore Partners Ltd.
206.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
207.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
208.    Lehman Brothers Offshore Real Estate Associates, Ltd
209.    Lehman Brothers OTC Derivatives Inc.
210.    Lehman Brothers Overseas Inc.
211.    Lehman Brothers Pacific Holdings Pte. Ltd.
212.    Lehman Brothers Participation Fund Associates, L.P.
213.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
214.    Lehman Brothers Private Equity Advisers L.L.C
215.    Lehman Brothers Private Fund Advisers LP
216.    Lehman Brothers Private Fund Management LP
217.    Lehman Brothers Private Funds Investment Company GP, LLC
218.    Lehman Brothers Private Funds Investment Company LP, LLC
219.    Lehman Brothers Secondary Fund of Funds Associates L.P.
220.    Lehman Brothers Secondary Fund of Funds L.P.
221.    Lehman Brothers Securities Taiwan Limited
222.    Lehman Brothers Services India Private Limited
223.    Lehman Brothers Singapore PTE Ltd.
224.    Lehman Brothers South Asia Limited (Inactive)
225.    Lehman Brothers South East Asia Investments PTE Limited
226.    Lehman Brothers Spain Holdings Limited
227.    Lehman Brothers Special Financing Inc.
228.    Lehman Brothers Sudamerica S.A.
229.    Lehman Brothers U.K. Holdings (Delaware) Inc.
230.    Lehman Brothers Uruguay S.A.
231.    Lehman Brothers VC Partners L.P.
232.    Lehman Brothers Venture Associates Inc.
233.    Lehman Brothers Venture Bankers' Partnership L.P.
234.    Lehman Brothers Venture Capital Partners I, L.P.
235.    Lehman Brothers Venture GP Partnership L.P.
236.    Lehman Brothers Venture Partners L.P.
237.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
238.    Lehman CMO Inc.
239.    Lehman Commercial Paper Inc.
240.    Lehman Crossroads Corporate Investors II, LP
241.    Lehman Insurance Company
242.    Lehman Loan Funding I LLC
243.    Lehman Mortgage Company of Canada (surrendered)
244.    Lehman Mortgage Holdings Canada I Inc. (inactive)
245.    Lehman Mortgage Holdings Canada II Inc. (inactive)

246.  Lehman Municipal ABS Corp.Lehman OPC LLC
247.  Lehman Pass-Through Securities Inc.
248.  Lehman Queens Center Inc. (inactive)
249.  Lehman Queens Limited Inc. (inactive)
250.  Lehman Re Ltd.
251.  Lehman Realty & Development Corp.
252.  Lehman Receivables Corp. (dissolved)
253.  Lehman Risk Advisors Inc.
254.  Lehman Risk Management, Inc. (dissolved)
255.  Lehman Structured Assets Inc.
256.  Lehman Structured Securities Corp.
257.  Lehman Syndicated Loan Inc.
258.  Lehman VIP Holdings Inc.
259.  Lehman VIP Investment LDC
260.  Liberty Corner Inc. (sold)
261.  Liberty GP II Inc. (sold)
262.  Libro Companhia Securitizadora de Creditos
263.  LIBRO Holdings I Inc.
264.  Long Point Funding Pty Ltd.
265.  Louise Y.K.
266.  LPTG Inc.
267.  LPTG Intermediate LLC
268.  LPTG LLC
269.  LW-LP Inc.
270.  LW-LP Properties Inc.
271.  M&L Debt Investments Holdings Pty Limited
272.  M&L Debt Investments Pty Limited
273.  Mast Depositor Corp
274.  MBAM Investor Limited
275.  MBR/GP Corp.
276.  Merit, LLC
277.  Metro Realty Corporation (dissolved)
278.  MMP Funding Corp.
279.  Morganberry Corporation
280.  Nai Ham Hotel 1 Company Limited
281.  Neuberger & Berman Agency, Inc.
282.  Neuberger Berman Asset Management, LLC
283.  Neuberger Berman Inc.
284.  Neuberger Berman Investment Services, LLC
285.  Neuberger Berman Pty Ltd.
286.  Neuberger Berman, LLC
287.  Newark Properties One Inc.
288.  Nexity Investment Partnership L.P.
289.  NL Funding, L.P.
290.  NL GP Inc.
291.  Northstar Equipment Leasing Income Inc. (dissolved)
292.  NPC Inc. (dissolved)
293.  O.M.B. Limited Partner Ltd.
294.  OCI Holdings Limited
295.  OSD Corp.
296.  PAC Aircraft Management Inc.

| | |
|---|---|
| 297. | Pentaring, Inc. |
| 298. | Phuket Hotel 1 Holdings Company Limited. |
| 299. | Pike International Y.K.Pindar Pty Ltd. |
| 300. | Preferred Group Limited |
| 301. | Preferred Holdings Limited |
| 302. | Preferred Mortgages Limited |
| 303. | Principal Transactions Inc. |
| 304. | QP80 Real Estate Services Inc. |
| 305. | Quality Pork Partners, Inc. |
| 306. | Real Estate Investors Inc. (dissolved) |
| 307. | Real Estate Private Equity Inc. |
| 308. | Real Estate Services I Inc. (dissolved) |
| 309. | Real Estate Services VII Inc. (dissolved) |
| 310. | Reliance Energy E&P, LLC |
| 311. | REPE LBREP III LLC |
| 312. | Revival Holdings Limited |
| 313. | RIBCO LLC |
| 314. | RIBCO SPC, Inc. |
| 315. | Rock Hill Real Estate, Inc. |
| 316. | Sage Partners, LLC |
| 317. | SAIL Investor Pte Ltd. |
| 318. | Sambar Properties Inc. |
| 319. | SASCO ARC Corporation |
| 320. | Scranzay, Inc. |
| 321. | Security Assurance Advisers, LP |
| 322. | Select Asset Inc. |
| 323. | Senior Income Fund Inc. (dissolved) |
| 324. | Serafino Investments Pty Limited |
| 325. | Shearson Lehman Brothers Capital Partners II, L.P. |
| 326. | Shearson Lehman Hutton Capital Partners II |
| 327. | Skratook LLC |
| 328. | Small Business Assets I LLC |
| 329. | Southern Pacific Funding 5 Ltd |
| 330. | Stamford Investment Realty Inc. |
| 331. | STRATUS I Inc. |
| 332. | Structure Asset Securities Corporation II |
| 333. | Structured Asset Securities Corporation |
| 334. | Structured Options Inc. |
| 335. | STUIE CORP. |
| 336. | Sunrise Finance Co., Ltd. |
| 337. | TAL Europe, LLC |
| 338. | Tallus |
| 339. | Thayer Group Limited |
| 340. | Thayer Properties (Jersey) Ltd. |
| 341. | Thayer Properties Limited |
| 342. | Townsend Analytics Japan Ltd. |
| 343. | Townsend Analytics, Ltd. |
| 344. | TX Tower Inc. (sold) |
| 345. | West Dover, LLC |
| 346. | Wharf Reinsurance Inc. |
| 347. | Woori-LB First Asset Securitization Specialty Co., Ltd. |

348.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
349.    Y.K Tower Funding
350.    Y.K. Park Funding

## Potential Parties in Interest

1. 1301 Properties Owner, LP
2. 13D Research Inc.
3. 1407 Broadway Real Estate LLC
4. 25 Broad LLC
5. 250 East Borrower LLC
6. 3i Group PLC
7. 4086 Advisors
8. 469 Bergman Properties LLC
9. 4Cast Inc.
10. 4Kids Entertainment, Inc.
11. 50 Broadway Realty Corp. LLC
12. 605 Third Avenue Fee LLC
13. 8 Sound Shore Associates LLC
14. A/P Hotel, LLC
15. Aargauische Kantonalbank
16. AB Bankas
17. AB Svensk Exportkredit
18. ABC Assicura Societa per Azioni
19. Aberdeen Asset Management Inc.
20. Abm Industries, Inc.
21. ABN Ambro Holding N.V.
22. AboveNet Communications Inc.
23. Abu Dhabi Investment Authority
24. Abu Dhabi National Energy
25. Accel Capital Corporation Accellent Inc.
26. Accenture LLP
27. Access Asia Investment Holdings (BVI) Ltd.
28. Access Data
29. ACCLARA
30. Account Temps
31. Accredited Home Lenders, Inc.
32. Accuride Corporation
33. ACE America Insurance Company
34. ACI Operations Pty Limited
35. Acorn Partners LP
36. Activant Solutions Inc.
37. Acts Aero Tech Support
38. Adagio IV CLO Limited
39. Adam Chadwick
40. ADM Galleus Fund Limited
41. ADV Portfolio Tech
42. Advanced Graphic Printing, Inc.
43. Advanced Portfolio Technologies, Inc.
44. AES Corporation

45. AEW Capital Management, LP
46. AG Financial Products, Inc.
47. AG First Farm Credit Bank
48. AGA Medical Corporation
49. Aggregating Trust 1, L.L.C.
50. Aggregating Trust 10, L.L.C.
51. Aggregating Trust 2, L.L.C.
52. Aggregating Trust 3, L.L.C.
53. Aggregating Trust 4, L.L.C.
54. Aggregating Trust 5, L.L.C.
55. Aggregating Trust 6, L.L.C.
56. Aggregating Trust 7, L.L.C.
57. Aggregating Trust 8, L.L.C.
58. Aggregating Trust 9, L.L.C.
59. Aglio Master Fund Limited
60. Agribank
61. Ahorro Corporacion Financiera S.V.
62. Aida Sarmast
63. AIG CDS, Inc.
64. AIG Financial Products Corp.
65. AIG Global Investment Corporation
66. AIM Advisors
67. AIM Funds
68. Airclaims Limited
69. Aircraft Finance Trust
70. Airlie CDO I
71. AIRLIE LCDO (AVIV LCDO 2006-3)
72. AIRLIE LCDO (Pebble Creek 2007-1)
73. Airlie Opportunity Master Fund Lt.d
74. Akin Gump Strauss Hauer & Feld LLP
75. Aktia Bank PLC
76. Aktiengesellschaft
77. Alabama Power Company
78. Aladdin Relative Value Credit Master Fun Limited
79. Alameda County (CA) Employees' Retirement Association
80. Alan J. Worden
81. Alan Semple
82. Alansbanken Sverige AB
83. Alcoa Inc.
84. Alenco
85. Alex E. Rhinehart
86. Alexander Leytman
87. Algoma Stell Inc.
88. Aliant Bank
89. Alix Egloff
90. Alix Partners LLP
91. Allegheny Energy
92. Allen A. Moff

93. Allen Matkins Leck Gamble Mallory
94. Allesandro Bosco
95. Alli Joseph
96. Alliance Imaging, Inc.
97. Alliance Laundry Equipment Receivable Trust 2005-A
98. Alliance Laundry Equipment Receivables 2005 LLC
99. Alliance Laundry Holdings LLC
100.    Alliance Laundry Systems
101.    Alliance Resource Operating
102.    AllianceBernstein LP
103.    Alliant Energy Corporation
104.    Allianz
105.    Allianz Global Investors AG
106.    Allied Holdings, Inc.
107.    Allied Waste Industries Inc.
108.    Allied World Assurance Company
109.    Allison Transmission, Inc.
110.    Allsport Management SA
111.    Allstate Life Insurance Company
112.    Alltel Communications
113.    Alltel Corp.
114.    Almtaler Volksbank
115.    Alpha D2 Limited
116.    Alpha III
117.    Altma Fund Sicav PLC, in respect of Rowan Sub-Fund
118.    Altos Hornos de Mexico SA de CV
119.    Altova, Inc.
120.    Altra Group, Inc.
121.    AM International E Mac 63 Limited
122.    Amadeus Holdings Limited
123.    AMBAC
124.    Amber Capital Investment Management
125.    Amber Master Fund (Cayman) SPC
126.    Ameren Corporation
127.    Amerenergy Resources Generating
128.    American Airlines 1st Lien
129.    American Airlines Inc.
130.    American Axle & Manufacturing Inc.
131.    American Electric Power Company Inc.
132.    American European Insurance Company
133.    American Express
134.    American Express Travel Related Services Co., Inc.
135.    American Family Life Assurance Company
136.    American International Group Inc.
137.    American National Insurance Company
138.    American Transmission Company
139.    Americas
140.    America's Servicing Company

141. AmeriSourceBergen Corporation
142. Amgen Inc.
143. Amuala S.L.
144. Ana Fernanda Canales Gonzales
145. Ana Serratosa Lujan
146. ANC Rental Corporation
147. Anchorage Capital Master Offshore, Ltd.
148. Anchorage Crossover Credit Offshore Master Fund
149. Anchorage Short Credit Offshore Master Fund, Ltd.
150. Andrea Lerner
151. Andrea Lobbe-Hermans
152. Andreas Brandes
153. Andrew Hopkins
154. Andromeda Global Credit Fund, Ltd.
155. Anita Bryant
156. Ann Lee
157. Anne-Marie Oliveri
158. Antero Resources Corporation
159. Anthony J. Napolitano & Associates
160. Anthony Victor Lomas
161. Anthracite Balanced Company (R-26) Limited
162. Anthracite Balanced Company 46 Limited
163. Anthracite Investments (Ireland) PC
164. Anthracite Related Invesments (Cayman) Limited
165. Anton R. Valukas (Examiner)
166. ANZ Securities, Inc.
167. Aon Consulting
168. Aozora Bank, Ltd.
169. Apax Summer Bidco Limited
170. Apollo Management Holdings, L.P.
171. Arab Bank
172. Araba Pensiones EPSV – Tuboplast Hispania SA
173. Aracruz
174. Aramark Corporation
175. Arapahoe County Attorney's Office
176. Arapahoe County Treasurer
177. Arapahoe International Limited
178. Arche Master Fund, L.P
179. Area Giochi Holding S.p.A
180. ARINC Incorporated
181. Aristeia International Limited
182. Aristeia Master, L.P.
183. Arizona Public Service Company
184. Arlington Partners, L.P.
185. Aron Oliner
186. Arrowgrass Distressed Opportunities Fund Limited
187. Arrowgrass Master Fund Ltd.
188. Arthur King
189. Arthur T. Bent c/o Reserve Management Company

190. Arun K. Kakarla
191. ArvinMeritor, Inc.
192. Arysta Lifescience
193. AS Propulsion Capital BV
194. Asbury Atlantic
195. Asbury-Solomons
196. Ashmore Energy International / AEI
197. Asian CRC Hedge Fund
198. Asian Multi Finance Hedge Fund
199. Asian SBC Hedge Fund
200. Asian Special Finance Hedge Fund
201. Aspecta Assurance International Luxembourg S.A.
202. Aspen Creek Financial Advisors LLC
203. Asset Backed Management Corp.
204. Assicurazioni
205. Assurant, Inc.
206. Asurion Corporation
207. AT&T Incorporated
208. AT&T Services Inc.
209. Atlas Pipeline Partners
210. Atmos Energy Corporation
211. Atrium Companies Inc.
212. Audio Visual Services Corporation
213. Australia and New Zealand Banking Group Limited
214. Australia National Bank
215. Autodesk Inc.
216. Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
217. Automobile Club Insurance Association
218. Autonomy Capital Research LLP
219. Autonomy Master Fund Limited
220. Autonomy Rochevera One Limtied
221. A-V Services, Inc.
222. Avago Technologies Finance Pte. Ltd.
223. Avaya Inc.
224. Aveos
225. Avignon Capital Ltd.
226. Avio
227. Avista Corp.
228. AVIV LCDO 2006-1
229. AVIV LCDO 2006-2
230. Aviva Assicurazioni S.p.A.
231. Aviva Insurance Company
232. Aviva Investors North America, Inc.
233. Aviva Italia Holding S.p.A.
234. Aviva Italia S.p.A.
235. Aviva Life and Annuity Company
236. Aviva Life S.p.A.
237. Aviva Previdenza S.p.A.
238. Aviva S.p.A.

239.    Aviva Vita S.p.A.
240.    AVR Acquisitions B.V.
241.    AVR Industrial Waste B.V.
242.    AVR Industrie N.V.
243.    AXA Wholesale Core Australian Fixed Interest Fund
244.    Axis – ACM Inc.
245.    Axon Financial
246.    B & G Foods
247.    B Y Partners, L.P.
248.    B.I. OEI
249.    BAC Home Loan Servicing, LP
250.    Bacar Constructors, Inc.
251.    BAE Systems Holdings Inc.
252.    Baker & Hostetler LLP
253.    Balestra Capital Partners, L.P.
254.    Ball Corporation
255.    Ball Packaging Products Canada
256.    Ballyrock ABS CDO 2007-1 Limited
257.    Banc of America Securities LLC
258.    Banca Akros S.p.A
259.    Banca Carige, S.p.A.
260.    Banca Italease S.p.A.
261.    Banca Monte dei Paschi di Seina S.p.A.
262.    Banca Popolare di Milano Societa Cooperativa a r.l.
263.    Banca Popolare di Spoleto S.p.A.
264.    Banca Sai
265.    Banco Banif, S.A.
266.    Banco Bilbao Vizcaya Argentaria, S.A.
267.    Banco Canaria de Venezuela C.A. Banco Universal
268.    Banco de Bogota
269.    Banco de la Pequena Y Mediana Empresa SA
270.    Banco Espanol de Credito, S.A.
271.    Banco Inversis, S.A
272.    Banco Popolare Societa Coopertiva
273.    Banco Popular Espanol, S.A.
274.    Banco Santander
275.    Banco Urquijo SBP, S.A.
276.    Banesco Banco Universal
277.    Banesco Holding C.A.
278.    Banif-Banco
279.    Banif-Banco de Investimento, S.A.
280.    Bank Hapoalim B.M.
281.    Bank Julius Bear & Co. Ltd.
282.    Bank of America Mellon
283.    Bank of America Mexico, S.A.
284.    Bank of America N.A.
285.    Bank of China
286.    Bank of Mexico, S.A.
287.    Bank Of Montreal
288.    Bank of New York Mellon

289.    Bank of New York Mellon Trust Company, N.A.
290.    Bank of New York Trust Co., N.A.
291.    Bank of Nova Scotia
292.    Bank of Taiwan
293.    Bank Pekao
294.    Bank Sarasin & Co., Ltd.
295.    Bankers Life and Casualty Company
296.    Bankruptcy Creditors' Service, Inc.
297.    Banque Privee Saint Dominique
298.    Barbara A. Ziccarelli
299.    Barbara Hatton Decker
300.    Barbara Peonio
301.    Barclays Bank PLC
302.    Barclays Capital, Inc.
303.    Barclays Global Investors National Association
304.    Basso Capital Management L.P.
305.    Bats Holdings, Inc.
306.    Baupost Group Securities, L.L.C.
307.    Bausch and Lomb
308.    Baxter International Inc.
309.    Bay Harbour Management LC
310.    Bay Harbour Master
311.    Bayview Financial, L.P.
312.    Bayview Opportunity Master Fund, L.P.
313.    BBVA Securities Inc.
314.    BCM Ireland Holdings Limited
315.    BCV Investments SCA
316.    BDF Limited
317.    BE Smith & Others
318.    BEA Systems, Inc.
319.    Beaver Country Day School (The)
320.    Begoa Serratosa Lujan
321.    Beig Midco Limited
322.    Beig Pikco Limited
323.    Bel Air Investment Advisors LLC
324.    Bellair Development Group S.A.
325.    Belmont Holdings Corp.
326.    Bernd Werneyer
327.    Bernhard Koenner
328.    Berry Plastics Corporation
329.    Best Buy
330.    Best Karpet
331.    BHCO Master
332.    BHF-Bank Aktiengesellschaft
333.    BHM Exit Financing Facility
334.    BHM Exit Term Loan
335.    BHM Technologies, LLC
336.    Billie Chadwick
337.    BIM

338. BIM Vita S.p.A.
339. Binding Company, Inc.
340. Biogen Iden Inc.
341. Biomet, Inc.
342. BKW FMB Energie SA
343. Black Lion Beverages III B.V.
344. Black River Asia Fund Ltd.
345. Black River Commodity Energy Fund LLC
346. Black River Commodity Fund Ltd.
347. Black River Commodity Select Fund Ltd.
348. Black River Convertible Bonds and Derivatives Fund
349. Black River EMCO Master Fund Ltd.
350. Black River Emerging Markets Credit Fund Ltd.
351. Black River Emerging Markets Fixed Income Fund Ltd.
352. Black River Fixed Income Relative Value Fund Ltd.
353. Black River Global Credit Fund Ltd.
354. Black River Global Equity Fund Ltd.
355. Black River Global Investments Fund Ltd.
356. Black River Municipal Fund Ltd.
357. BlackRock
358. Blackrock Financial Management
359. Blackstone / Blackstone Capital Partners V L.P.
360. Block Financial Corporation
361. Bloomberg Finance L.P. and its affiliates
362. Bloomberg L.P. and its affiliates
363. BLT 39 LLC
364. Blue Angel Claims, LLC
365. Blue Bridge Holdings Limited
366. Blue Chip Multi-Strategy Master Fund, L.P.
367. BlueBay (Masters) Fund II Limited
368. BlueBay Asset Management PLC
369. BlueMountain Capital Management LLC
370. BlueMountain Credit Alternatives Master Fund L.P.
371. BlueMountain Equity Alternatives Master Fund L.P.
372. BlueMountain Timberline Ltd.
373. BMO Capital Markets Corp.
374. BMO Nesbitt Burns, Inc
375. BNC Mortgage Loan Trust
376. BNP Paribas Sucursal en Espana P.P.
377. BNY Capital Markets, Inc.
378. BNY Corporate Trustee Services Ltd.
379. Board of Education of the City of Chicago
380. Boardwalk Pipelines, LP
381. BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc.
382. Boilermakers-Blacksmith National Pension Trust
383. Bondwave LLC
384. Bonten Media Group, Inc.
385. Booz Allen Hamilton Inc.
386. Bortstein Legal LLC

387. Boston Generating, LLC
388. Bottazzi Guiseppe
389. Boultbee (Helsinki) AB
390. Boultbee (Vasteras) AB
391. BP Canada
392. BP Capital Energy Equity Fund Master II, L.P.
393. BP Capital Energy Equity Fund, L.P.
394. BP Capital Energy Equity International Holdings I
395. BP Capital Energy Fund LP
396. BP Energy
397. BP Gas Marketing Limited
398. BP North America
399. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
400. Brahman C.P.F. Partners, LP
401. Brahman Investments I
402. BRE Bank S.A.
403. BreitBurn Operating L.P.
404. Bremer Financial Corporation
405. Bremer Financial Corporation A-3
406. Brian Chomas Kelleher
407. Brian Ellis
408. Brian Monahan
409. Brickman Group
410. Bridgepont International Inc.
411. Brigadier Capital Master Fund, Ltd.
412. Brigatta von Wendorr
413. British Airways Plc
414. British Sky Broadcasting Group plc
415. Broadridge Processing Solutions, Inc.
416. Brockton Contributory Retirement System
417. Brookfield Properties One WFC Co. LLC
418. Brooks Family Partnership, LLC
419. Brownstein Hyatt Farber Schreck, LLP
420. Bruce J. Zabarauskas
421. Bruce R. Bent
422. Bruce Witherell
423. Bryan Borum
424. Bryant University
425. BTR Global Opportunity Trading Limited
426. Buckeye Partners, L.P.
427. Buffets, Inc.
428. Building Materials - Wells
429. Buildings Materials Holdings
430. Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
431. Bundesverband deutscher Banken e.V.
432. Bunge SA
433. Burger King Corporation
434. Burleson, ISD
435. Business Objects Americas

436. C.V.I. G.V.F. (Lux) Master S.a.r.l.
437. Cableuropa S.A.U.
438. Cablevision Systems Corp.
439. Cabrera Capital Markets, LLC
440. Cadwalader, Wickersham & Taft LLP
441. Cairanti Graziera
442. Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
443. Caisse De Depot et Placement du Quebec
444. Caixa Geral De Depositos, S.A.
445. Caja de Ahorros y Monte de Piedad de Madrid
446. Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
447. Calabri Elena
448. California Ind. Systems Operator Corp.
449. California Public Employees Retirement System
450. Calyon
451. Calyon Securities
452. Cammell Laird Holdings Plc
453. Campbell Soup Company
454. Canadian Imperial Bank
455. Canpartners Investments IV, LLC
456. Cantab Capital Partners LLP
457. Canyon Value Realization Mac 18 Ltd
458. Cap Gemini Financial Services USA, Inc
459. Capital Automotive L.P.
460. Capital IQ, Inc.
461. Capital One, N.A.
462. Capmark Financial Group Inc.
463. CapStar Copley LLC
464. Capula Global Relative Value Master Fund Limited
465. Carbone S.A.R.L.
466. Caribe Media Inc.
467. Carimonte Holdings S.p.A.
468. Carlos Manala
469. Carlos Quintero Abella
470. Carlsberg Breweries
471. Carlton Communications Ltd.
472. Carlton Willard
473. Carly Galiger
474. Carlyle Credit Partners Master Fund
475. Carlyle High Yield Partners IX, Ltd.
476. Carlyle Loan Investment
477. Carmignac Gestion
478. Carnegie Bank A/S
479. Carolyn J. Bessler
480. Carrollton-Farmers Branch Independent School District
481. Carval Investors UK Limited
482. Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
483. CASAM ADI CD Arbitrage Fund Limited
484. Casam Adi Cd Arbitrage Fund Limited

485. Cascade Investment LLC
486. Casema Mezzanine
487. Casema/Euribor
488. Caspian Alpha Long Credit Fund, L.P.
489. Caspian Capital Partners, L.P.
490. Caspian Corporate Loan Fund, LLC
491. Caspian Select Credit Master Fund, Ltd.
492. Cassa Di Risparmio Della Repubblica Di San Marino
493. Cassa Di Risparmio Di Saluzzo SPA
494. Castex Energy 1995, L.P.
495. Cat Brokerage AG
496. CAT Brokerage AG
497. Cattolica Assicurazioni S.p.A.
498. Cavalier Telephone
499. CB Richard Ellis, Inc.
500. CBI Italian Receivables
501. CBI-Italian NPL
502. CBR Textile GMBH
503. CBS Corp.
504. CBW LLC
505. CC Arbitrage, Ltd.
506. CCMP Acquisition
507. CCP Credit Acquisition Holdings, LLC
508. CD Representative, L.C.
509. CDC IXIS Financial Guaranty Services Inc.
510. CDW Corporation
511. CEAGO ABS CDO 2007-1, LLC
512. CEAGO ABS CDO 2007-1, Ltd.
513. Cebridge 2nd Lien PIK
514. Cedar Fair
515. Cedar Hill Capital Partners Master Fund, L.P.
516. Cedar Hill Capital Partners Offshore, Ltd.
517. Cedar Hill Capital Partners Onshore, L.P.
518. Cede & Co.
519. CEI/Kensington Ltd.
520. Cellcap Securities Limited
521. Centennial Cellular Corp.
522. Centennial Communications Corp.
523. Center Energy Resources Corp.
524. Centerbridge Credit Partners LP
525. Centerbridge Credit Partners Master LP
526. Centerbridge Special Credit Partners, L.P.
527. Centerpoint Energy Resource
528. Centra Park, LLC
529. Central CATV Inc.
530. Central European Industrial Development Company
531. Central European Media Enterprises Ltd.
532. Central Illinois Light Company

533.    Central Illinois Public Service Company
534.    Centurytel, Inc.
535.    Cenveo Corporation
536.    Cequel Comm
537.    Ceradyne, Inc.
538.    Cereita Lawrence
539.    Cessna
540.    CFIP Fund
541.    CFS Holding NV
542.    Chadbourne & Parke LLP
543.    Chan Ming Fung
544.    Charise Carroll
545.    Charles River School (The)
546.    Charles Schwab & Co., Inc.
547.    Chart Industries, Inc.
548.    Charter Communications
549.    Chequer Finance 1 S.A.
550.    Chequer Finance 2 S.A.
551.    Chequer Finance 3 S.A.
552.    Chesapeake Appalachia, L.L.C.
553.    Chesapeake Energy Corp.
554.    Cheung Kam Mee Camy
555.    Chevron Natural Gas
556.    Cheyne Fund L.P.
557.    Cheyne Leverage Fund L.P.
558.    Chiba Bank, Ltd.
559.    Chicago Board Options Exchange, Incorporated
560.    Chicago Mercantile Exchange
561.    Chinatrust Commercial Bank, et al.
562.    Chinfon Commercial Bank
563.    Choctaw Investors B.V.
564.    Chorion (Project Planet) PIK
565.    Chris C. Bobell
566.    Chris or Nancy Stovic
567.    Christian Fichtl
568.    Christiane Sickmueller
569.    Christine Coleman
570.    Chun IP
571.    Chun Ip
572.    Chuo Mitsui Trust And Banking Co.
573.    CIBC Wolrd Markets Inc.
574.    CIFG
575.    CIFG Services, Inc.
576.    Cilcorp Inc.
577.    Cinemark USA, Inc. A-4
578.    CineMedia LC
579.    Cisco Systems Capital Corporation
580.    Cisco Systems, Inc.

581. CIT Group (Master)
582. Citadel Equity Fund, Ltd.
583. Citibank Belgium S.A.
584. Citibank International PLC
585. Citibank, NA
586. Citic International Financial Holdings
587. Citigroup Global Market Limited
588. Citigroup, Inc.
589. Citrus Corporation
590. City of Auburn
591. City of Burbank
592. City of Chicago, IL
593. City of Cleveland, OH
594. City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
595. City Of Farmers Branch
596. City of Fremont
597. City of Milwaukee, Wisconsin
598. City of San Buenaventura
599. City of South San Francisco
600. City of Tuolumne
601. City View Plaza, S.E.
602. CKX Inc.
603. Claire's Stores, Inc.
604. Clayton Commercial Corporation
605. Clearwater Capital Partners
606. Cleveland Barrett
607. Clio European CLO B.V.
608. Clondalkin Acquisition B.V.
609. CME Group Inc.
610. CNX Gas Co.
611. Coast Electric Power Association
612. Coblentz, Patch, Duffy & Bass LLP
613. Coditel Sarl
614. Cognizant Technology Solutions
615. Colfax Corporation
616. Collins & Aikman Products
617. Collins Building Services, Inc.
618. Collins Steward (CL) Ltd.
619. Colombo DeAgazio
620. Colonial Realty Limited Partnership
621. Commerzbank A.G.
622. Commerzbank A.G. (New York and Grand Cayman Branches)
623. Commerzbank Capital Markets Corp.
624. Commonwealth Bank of Australia
625. Community Health System
626. Community Trust Bancorp Inc.
627. Compagnia Italiana Rischi Aziendali Societa per Azioni
628. Compagnie Financiere Tradition SA

629. Company I Ameren Resources Gen Co
630. Compass Bank
631. Computer Financial Consultants Inc.
632. Concord Development Properties Ltd.
633. Concordia Mac 29 Ltd
634. Conduit Capital Markets Ltd.
635. Conocophillips
636. Conseco Inc.
637. Conseco Life Insurance Company
638. Consolidated Container Company LLC
639. Constellation Capital Management LLC
640. Constellation Energy Group, Inc.
641. Constellation PL
642. Continental AG I Continental
643. Continental Airlines, Inc.
644. Contrarian Capital Management, LLC
645. Contrarian Funds, LLC
646. Convenience Food System
647. Converteam
648. Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
649. Cooper-Standard Automotive Inc.
650. Core Laboratories, LP
651. Corporate Credit (Europe) S.A.
652. Corporation Trust Company
653. Corrections Corporation of America
654. CorrectNet, Inc.
655. Cortefiel, S.A.
656. Corus Bank, N.A.
657. Coscan Construction, LLC
658. Costello Maione Schuch Inc.
659. Coughlin Stoia Geller Rudman & Robbins, LLP
660. Counsel To Australia And New Zealand Banking
661. Countrywide Home Loans
662. County of Monterey (CA)
663. County of San Mateo (CA)
664. County of Westchester
665. Covanta Energy Corporation
666. Coventry Health Care, Inc.
667. Coviden Inti
668. Cox Communications, Inc.
669. Cox Enterprises, Inc.
670. Cox Radio, Inc.
671. CPQ Midco II Corporation
672. CRA Rogerscasey, LLC
673. Credican, C.A.
674. Credit Agricole
675. Credit Mutuel Arkea
676. Credit Suisse

677.    Credit Suisse International
678.    Credit Suisse Loan Funding LLC
679.    Credit Suisse Securities (USA) LLC
680.    Crescent I, LP
681.    CRJ 200 Whole Loan
682.    CROSSMAR, Inc.
683.    Crossmark Investment Advisers, LP
684.    Crossroads Investment Advisors
685.    Crown Americas, Inc.
686.    Crown Castle
687.    CRS Fund, Ltd.
688.    CSC Holdings
689.    CSG Systems International, Inc.
690.    CSS, LLC
691.    Cura Fixed Fund
692.    Cura Fixed Income Master Arbitrage
693.    Currenex
694.    Curtis Ware
695.    Customer Asset Protection
696.    CWABS Asset Backed Certificates Trust 2006-BC2
697.    CWABS Asset Backed Certificates Trust 2006-SD4
698.    CWALT, Inc. Alternative Loan Trust 2007-OH2
699.    CWT Senior
700.    CyberAgent FX, Inc.
701.    Cynthia Swabsin
702.    Cyrus Capital Partners, L.P.
703.    Cyrus Europe Master Fund Ltd.
704.    Cyrus Opportunities Master Fund II, Ltd.
705.    Cyrus Opportunities Master Fund II, Ltd.
706.    D.E. Shaw Composite Portfolios, LLC
707.    D.E. Shaw Dihedral Portfolios, L.L.C.
708.    D.E. Shaw Oculus Portfolios, LLC
709.    DAB Bank AG
710.    Dae Aviation Holdings, Inc.
711.    Daiwa Securities Capital Markets Co. Ltd.
712.    Dale Suder
713.    Dallas County
714.    Dan Ianello
715.    Dan Yoram Schwarzmann
716.    Dana Holding Corporation
717.    Danaher Corporation
718.    Daniel Clute
719.    Daniel R. Hager
720.    Danish Holdco
721.    Danny Kirk
722.    Danske Bank A/S
723.    Darden Restaurants Inc.
724.    Data Down Link Corporation
725.    David A. Rosenfeld

726. David C. Cimo
727. David C. Walton
728. David H. Arlington Oil and Gas, Inc.
729. David Lerner
730. David Younger
731. Davidson Kempner Distressed Opportunities Fund, LP
732. Davidson Kempner Distressed Opportunities International, Ltd.
733. Davidson Kempner Institutional Partners, L.P.
734. Davidson Kempner International, Ltd.
735. Davidson Kempner Partners
736. Davin J. Noto
737. Dayco
738. DBP NPLS
739. DCFS Trust
740. DCI Umbrella Fund PLC
741. Debitel (Netherlands) Holding B.V.
742. Deep Sagar
743. Deer Park Road Corporation
744. Deere & Company
745. Del Monte Corporation
746. Delaware Management Holdings, Inc.
747. Delaware Port River Authority
748. Delek Benelux B.V.
749. Delek Luxembourg Holding Sarl
750. Delek US Holdings Inc.
751. Dell Global B.V.
752. Dell Marketing L.P.
753. Delphi
754. Delta Airlines A-5
755. Delta Airlines, Inc.
756. Delta Coves Venture, LLC
757. Delta Lloyd Bank NV
758. Demann
759. Denver Public Schools Retirement System
760. Department of Labor and Industries
761. DEPFA Bank PLC
762. Desdner Kleinwort Group Holdings LLC
763. Deustche Bank Securities Inc.
764. Deutsche Bank AG
765. Deutsche Bank AG (London Branch)
766. Deutsche Bank National Trust Company
767. Deutsche Bank SA/NV
768. Deutsche Bank Trust Company Americas
769. Deutsche Borse AG
770. Deutsche Pfandbriefbank AG
771. Deutsche Postbank AG
772. Deutsche Telekom AG
773. Deutscher Sparkassen Und Giroverband (The)
774. Developers Research, Inc.

775.    Dexia Banque Belgique S.A.
776.    Dexia Banque Internationale a Luxembourg S.A.
777.    Dexia Belgique
778.    Dexia Credit Local
779.    Dexia Deutschland
780.    Dexia Kommunalbank Deutschland AG
781.    Dexia Local
782.    Dexia Luxemburg
783.    DG3 Holdings LLC
784.    DHS Drilling Company
785.    Dhyan Appachu
786.    Di Gioia Fabrizio
787.    Diageo Finance PLC
788.    Diakon Lutheran Social Ministries
789.    Dido Erste Vermoegensverwaltun GS
790.    Dietmar Reinartz
791.    Digicel International Finance Limited
792.    Dinero Active I Fondo de Inversion
793.    Direct Energy Business LLC
794.    Direct Energy LLC
795.    Discover Financial Services
796.    Diversified Asian Strategies Fund
797.    Diversified Credit Investments LLC as agent for the Government of Singapore    Investment
        Corporation PTE, LTD.
798.    Diversified European Credit S.A.
799.    Diversified Financials Europe S.A.
800.    Diversified Software Systems, Inc.
801.    Division of Taxation for Corporation Tax (State of Rhode Island and Providence  Plantations)
802.    Division Water
803.    DK Acquisition Partners
804.    DNB Nor Bank Asa
805.    Dollar General Corporation
806.    Dominion Resources Inc.
807.    Domtar Inc.
808.    Don Engel
809.    Don Wing Liang
810.    Donald L. Boyd
811.    Donald Tang
812.    Donatella Pautasso
813.    Donna Galiger
814.    Dovenmuehle Mortgage Inc.
815.    Dow Jones & Company, Inc.
816.    Dr. Monika Thuermer-Grant
817.    Drake Management LLC
818.    Drawbridge Global Macro Commodities Ltd.
819.    Dresdner Bank A.G.
820.    Dresdner Kleinwort Group Goldings LLC
821.    Dresser, Inc.
822.    Dubai International Capital LLC

823.  Duff & Phelps
824.  Duke Corporate Education
825.  Duke Energy Ohio, Inc.
826.  Dun & Bradstreet
827.  Duncan Energy Parnters L.P.
828.  Duomo Unione Assicurazioni Societa per Azioni
829.  DuPont Capital Management
830.  Duquesne Light
831.  Dynegy Holdings, Inc.
832.  Dynergy Power Marketing, Inc.
833.  DZ Financial Markets LLC
834.  DZ Privatbank (Schweiz) AG
835.  E*TRADE Bank
836.  E. Schuddeboom
837.  E.On AG
838.  EAC Partners Master Fund, Ltd.
839.  Eagle Rock Energy Partners, L.P.
840.  Easdaq N.V. (Artur Fischer)
841.  East 46th Borrower LLC
842.  Easton Investments II
843.  Eaton Corporation
844.  Ebay Inc.
845.  Eckart W. Schmidt
846.  ECP International S.A.
847.  Edam Acquisition Holdings B.V.
848.  Edgen Murray
849.  Edison International
850.  Edison Mission Energy
851.  Edmondo Bosco
852.  Edscha A.G.
853.  Educational Management Corp.
854.  Edvard-Ragnar Fackner
855.  Edward D. Jones & Co., LP
856.  Edward Grieb
857.  Edward Jones
858.  Edwin D. Thomas
859.  EF Securities LLC
860.  EFG Bank AG
861.  EHMD, LLC
862.  El Paso Corporation
863.  El Paso Pipeline Partners
864.  Electrabel
865.  Electrabel S.A.
866.  Electricite de France
867.  Elektrizitats-Gesellschaft Laufenburg AG
868.  Element Capital Master Fund Limited
869.  Eletrabel n.v./s.a.
870.  Elizabeth Yee
871.  Ellington Credit Fund, Ltd.

872. Ellington Emerging Markets Fund, Ltd.
873. Ellington Mortgage Fund S/C, Ltd.
874. Ellington Mortgage Partners, LP
875. Ellington Overseas Partners, Ltd.
876. Ellington Special Opportunities Ltd.
877. Elliot International L.P.
878. Elliot Management Corporation
879. Elliott Associates, L.P.
880. Elliott International L.P.
881. Ellsworth Partners, L.L.C.
882. EM Opportunities Bond Fund, Inc.
883. Embarcadero Aircraft Securitization Trust
884. EMBS, Inc.
885. EMC Corporation
886. EMI Entertainment World, Inc.
887. Emigrant Bank
888. Emilio Izquierdo Jimenez
889. Emirates National Oil Company
890. Empiricurve Fund Limited
891. Enbridge (U.S.) Inc.
892. Enbridge Energy Partners
893. EnBW Trading GmbH
894. Encana Corp.
895. Encana Oil and Gas
896. Endemol Mezz
897. Endemol Sen
898. Enel SPA
899. Energy Income and Growth Fund
900. EnergyCo Marketing and Trading
901. EnergyCo, LLC
902. E-NET Corporation
903. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire    Pension Board
904. eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
905. Enron Corp.
906. Ente Nazionale di Previdenza ed Assistenza
907. Entegra Holdings LLC
908. Entegra TC LLC
909. Entergy Corp.
910. Enterprise GP Holdings L.P.
911. Enterprise Products LLC
912. Enterprise Products Operating L.P.
913. Envirosolutions Real Property Holdings, Inc.
914. EPCO Holdings
915. EPSV Araba Eta Gasteizko Aurreski Kutxa III
916. EPSV Araba Eta Gasteizko Aurreski Kutxa IV
917. Equitable Resources, Inc.
918. Ercan Eren
919. Eric and Margaret Mace-Tessler

920. Eric C. Giles
921. Eric Giles
922. ERP Operating Limited Partnership
923. Esca Co., Ltd.
924. Escaline S.a.r.l.
925. E-Source, Inc.
926. Espin & Alter, LLP
927. Essex Equity Holdings USA, LLC
928. Etihad Airways
929. Eurohypo AG, New York Branch
930. European Bank For Reconstruction
931. European Credit (Luxembourg) S.A.
932. European Credit Fund SICAV
933. European Credit Management Limited
934. Eurosai Finanziaria Partecipazioni S.r.l.
935. Eva Schabmueller
936. Evelyn Clair
937. Everest Capital Asia Fund, L.P.
938. Everest Capital Emerging Markets Fund, L.P.
939. Evergreen Core Bond Trust
940. Evergreen High Income Fund
941. Evergreen Income Advantage Fund
942. Evergreen Intermediate Bond Trust
943. Evergreen Investment Management Company, LLC
944. Evergreen Long Duration Trust
945. Evergreen Multi-Sector Income Fund
946. Evergreen Select high Yield Bond Trust
947. Evergreen Solar, Inc.
948. Evergreen, Et. Al
949. EXCO Operating Company, LP
950. Exco Partners Operating Partnership L.P.
951. Exco Resources Inc.
952. Executive Fliteways, Inc.
953. Exegy Incorporated
954. Export Development Canada
955. Express Energy Services Holding, LP
956. Extendicare Health Services Inc.
957. Exterran Holdings, Inc.
958. EXUM RIDGE CBO 2006-1
959. EXUM RIDGE CBO 2006-2
960. EXUM RIDGE CBO 2006-4
961. EXUM RIDGE CBO 2006-5
962. EXUM RIDGE CBO 2007-1
963. EXUM RIDGE CBO 2007-2
964. EZE Castle
965. FA Sub 3 Limited
966. Fabio Castrovillari
967. Fabio Liotti
968. Factiva Limited
969. Factiva, Inc.

970.  Fadesa Inmobiliaria, S.A.
971.  Faegre & Benson
972.  Fairfax Financial Holdings Limited
973.  Fairpoint Communications, Inc.
974.  Fairway Fund Limited
975.  Falcon Senior
976.  Fannie Mae
977.  Far Eastern International Bank
978.  Farallon Capital Institutional Partners II, L.P.
979.  Farallon Capital Institutional Partners III, L.P.
980.  Farallon Capital Institutional Partners, L.P.
981.  Farallon Capital Offshore Investors II, Inc.
982.  Farallon Capital Offshore Investors III, Inc.
983.  Farallon Capital Partners, L.P.
984.  Fatima Butt
985.  FCAR
986.  FCDB LBU 2009 LLC
987.  FCDB LBU LLC
988.  FCP Groupama Dynamisme
989.  FCP Groupama Equilibre
990.  Federal Express Corporation
991.  Federal Home Loan Bank of Atlanta
992.  Federal Home Loan Bank of New York
993.  Federal Home Loan Bank Of Pittsburgh
994.  Federal Home Loan Mortgage Corp
995.  Federal National Mortgage Association
996.  Federal Reserve Bank of New York
997.  Federazione Italiana del Consorzi Agrari S.r.l.
998.  Federconsorzi
999.  Fenway Capital, LLC
1000.  Fenway Funding, LLC
1001.  Fernando Veiga
1002.  Ferretti
1003.  FH Emerging Markets Debt Fund L.P.
1004.  Fidelity Balanced Fund
1005.  Fidelity Capital Markets Services A-6
1006.  Fidelity Investments
1007.  Field Point IV S.a.r.l.
1008.  Fifth Third Bank, N.A.
1009.  Financial Security Assurance
1010.  Financiere Daunou
1011.  Financiers CVT
1012.  Finartex
1013.  Findomestic Banca S.P.A.
1014.  Finlandia Group plc
1015.  Finmaser Diversifacin S.L.
1016.  Finmeccanica Finance SA
1017.  FINOVA Loan Administration
1018.  Fir Tree Capital Opportunity Master Fund, L.P.

1019. Fir Tree Value Master Fund, L.P.
1020. Fire & Police Pension of Colorado
1021. Firma Modena Financing S.A.
1022. First Chemical Holding
1023. First Chemical Mexxanine
1024. First Chemical Senior
1025. First Choice Power, LP
1026. First Commercial Bank Co., Ltd. New York Agency
1027. First Data Corporation
1028. First Franklin Mortgage Lona Trust 2006-FFA
1029. First International Bank of Israel, Ltd.
1030. First Trust Advisors L.P.
1031. First Trust Portfolios L.P.
1032. FirstBank Puerto Rico
1033. FirstEnergy Corp
1034. Firth Rixson Mezz
1035. FKA Countrywide Home Loans Servicing LP
1036. Flavia Schuster
1037. Flextronics International Ltd
1038. Florida Gas Transmission Company, LLC
1039. Florida Power & Light Company
1040. Florida State Board of Administration
1041. FOLIOfn Investment, Inc.
1042. Fonalava Fondo de Inversion
1043. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
1044. Fondazione Cassa di Risparmio di Padova e Rovigo
1045. Fondazione Cassa Risparmio della Spezia
1046. Fondazione Enasarco
1047. Fondiaria
1048. Fondo Latinoamericano De Reservas
1049. Fondo Pensione Per Il Personale Della Banca Di Roma
1050. Fonds Commun De Placement Tait Bout Obligations ET
1051. Ford Motor Company
1052. Ford Motor Credit
1053. Forest Hills Trading Ltd. c/o Curacao Int. Trust
1054. Fortis Group
1055. Fortress Investment Group LLC
1056. FPB Bank, Inc.
1057. FPCM Inflation-Linked Opportunities Fund Limited
1058. FPL Group Capital Inc.
1059. FR Acquisitions Corporation (Europe) Limited
1060. Fran DeLaura
1061. Francisco Perez
1062. Franklin American Mortgage Company
1063. Franklin Lincoln National Corporation
1064. Fred Hutchinson Cancer Research Center
1065. Fred Telling
1066. Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V.
1067. Freenet

1068.  Freescale Semiconductor, Inc.
1069.  Fresenius Medical Holdings Inc.
1070.  Frictionless Commerce, Inc.
1071.  Friedman, Billings, Ramsey & Group, Inc.
1072.  Friendship Village of West County Inc.
1073.  Fritz Fickenscher
1074.  Frontier Drilling
1075.  Frost & Sullivan
1076.  Fubon Insurance Co.
1077.  Fubon Securities Co.
1078.  Fulton Bank
1079.  Fusion Funding Limited
1080.  Fusion Funding Luxembourg, S.A.R.L.
1081.  Futanami Securities Co., Ltd.
1082.  Future Industry Assocation (FIA)
1083.  FX Alliance LLC
1084.  FXCM Holdings, LLC
1085.  Gables Marquis
1086.  Gala
1087.  Gala Group Finance Limited
1088.  Gala Mezz
1089.  Galileo Fund Limited
1090.  Galleon Buccaneer's Offshore LTD
1091.  Galliard Capital Management
1092.  Gaming Invest Sarl
1093.  Gartner UK Limited
1094.  Gartner, Inc.
1095.  Gaselys
1096.  Gaston Christian School, Inc.
1097.  Gate Gourmet
1098.  G-BNWE Aircraft Pty Ltd
1099.  G-BNWF Aircraft Pty Ltd
1100.  G-BNWG Aircraft Pty Ltd
1101.  G-BNWJ Aircraft Pty Ltd
1102.  G-BNWK Aircraft Pty Ltd
1103.  G-BNWK Aircraft Pty Ltd.
1104.  G-BNWL Aircraft Pty Ltd
1105.  G-BNWS Aircraft Pty Ltd
1106.  G-BNWT Aircraft Pty Ltd
1107.  GE Capital Information Technology
1108.  GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
1109.  GE Corporate Financial Services, Inc.
1110.  Gemstone CDO VI Corp
1111.  Gemstone CDO VI Ltd
1112.  GenenTech, Inc.
1113.  General Electric Capital Corp
1114.  General Helicopters International LLC
1115.  General Mills, Inc.
1116.  General Nutrition Centers, Inc.

1117.  Genovese Joblove & Battista, P.A.
1118.  Gensler Architecture, Design And Planning, P.C.
1119.  Gentiva Health Services, Inc.
1120.  Genworth Financial, Inc.
1121.  Genworth Life Insurance Company (f/k/a General Electric Capital
       Assurance Corporation)
1122.  Geode Capital Master Fund Ltd.
1123.  Georg Degelmann
1124.  George E. Di Russo
1125.  Georgetown University
1126.  Georgia Gulf
1127.  Georgia Pacific Corporation
1128.  Georgia-Pacific Expansion S.A.S
1129.  Georgios P. Ereiliadis
1130.  Gerard Galiger
1131.  Gerd Meyer
1132.  German Association of Savings Banks
1133.  Gertrud Styra
1134.  Gesconsult S.A. SG LLC
1135.  GFA I LLC
1136.  GFI Securities, Ltd.
1137.  GHB Karnten AG
1138.  Gibson Dunn & Crutcher LLP
1139.  Gilmartin, Poster & Shafto LLP
1140.  Ginn Clubs
1141.  Giorgio Marinelli
1142.  Girobank N.V.
1143.  Gisela Schultz
1144.  Givaudan S.A.
1145.  GL Trade
1146.  Glen A. Blaze
1147.  Glencore Commodities Ltd.
1148.  Glencore Energy UK Ltd.
1149.  Glenn A. Blaze
1150.  Glenn A. Bostic
1151.  GLG Partners LP
1152.  Global Cash Access, Inc.
1153.  Global Credit Hedge Fund
1154.  Global Opportunity Master Fund, Ltd.
1155.  Global Thematic
1156.  Globe Pub Management Limited
1157.  GM Canada Foreign Trust
1158.  GMAC LLC
1159.  GMAC Mortgage, LLC
1160.  GMAC Residential Capital
1161.  GMAC-IM
1162.  GMAM Investment Funds Trust
1163.  GMBH
1164.  GN3 SIP Ltd.
1165.  Godiva Chocolatier, Inc.

1166.   GoldenTree European Select Opportunities Master Fund, L.P.
1167.   GoldenTree High Yield Master Fund Ltd.
1168.   GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
1169.   GoldenTree Master Fund II, Ltd.
1170.   GoldenTree Master Fund, Ltd.
1171.   Goldman Sachs & Co.
1172.   Goldman Sachs (Asia) Finance
1173.   Goldman Sachs (Japan) Ltd.
1174.   Goldman Sachs Asset Management International,
1175.   Goldman Sachs Asset Management, L.P.
1176.   Goldman Sachs Bank USA
1177.   Goldman Sachs Credit Partners
1178.   Goldman Sachs International
1179.   Goldman Sachs International Bank, Seoul Branch
1180.   Goldman Sachs Japan Co. Ltd.
1181.   Goldman Sachs Lending Partners LLC
1182.   GoldTree Master Fund II Ltd.
1183.   GoldTree Master Fund Ltd.
1184.   Gomez Holdings, Inc.
1185.   Good Steward Trading SPC
1186.   Gosford City Council
1187.   Government of Guam Retirement Fund
1188.   Government of Singapore
1189.   Grace Wang
1190.   Graham Packaging Company, L.P.
1191.   Graphic Packaging International Corp
1192.   Grassi Marco
1193.   Grayson Ventures Limited
1194.   Great Bay Condominium Owners Association
1195.   Great Lakes Dredge & Dock Corporation
1196.   Greektown Holdings LLC
1197.   Green Tree Servicing Inc.
1198.   Green Tree Servicing LLC
1199.   Green Valley Ranch Gaming LLC A-7
1200.   Greenbriar Minerals, LLC
1201.   Greenpoint Mortgage Funding Trust Series
1202.   Greenwich Insurance Company
1203.   Greg Georgas & Mark Grock
1204.   Greywolf Capital Management L.P.
1205.   Groupama Asset Management
1206.   Grover Younger
1207.   Grup Actinver
1208.   Grupo Financiero Bank of America
1209.   Grupo Iusacell
1210.   Gruss Arbitrage Master Fund, Ltd.
1211.   Gruss Global Investors Master Fund (Enhanced), Ltd.
1212.   GS European Performance Fund Limited
1213.   GS Investment Strategies, LLC
1214.   GSEF Al Nawras (Cayman) Limited
1215.   GSW Grundbesitz GmbH & Co. KG

1216.  GTAM Fund I, Ltd.
1217.  Gulf Stream – Sextant CLO 2006-1 Ltd.
1218.  Gulf Stream Asset Management
1219.  H3C Holdings Ltd
1220.  Hain Capital Group, LLC
1221.  Hain Capital Holdings, Ltd.
1222.  Hakone Fund II
1223.  Halbis Distressed Opportunity Master Fund Ltd.
1224.  Hale Avenue Borrower LLC
1225.  Halliburton Company
1226.  Hanger Orthopedic Group, Inc.
1227.  Hank's Living Trust
1228.  Hanover Moving & Storage Co. Inc
1229.  Hans Ruldof Wehrli
1230.  Hans-Deiter Olsberg
1231.  Hans-Juergen Tersteggen
1232.  Hanspeter Wittig
1233.  Harbert
1234.  Harbinger Capital Partners
1235.  Harbinger Capital Partners Special Situations Fund LP
1236.  Harbison Station Apts L.P.
1237.  HarbourView CDO III, Limited
1238.  Harold Shamah
1239.  Harpen Immobilien GmbH & Co. KG
1240.  Harrah's Operating Co. Inc.
1241.  Harris County
1242.  Harris Nesbit Corp.
1243.  Hartfield Fund Limited
1244.  Hawaiian Telcom Communications, Inc.
1245.  Hawaiian Telcom Holdco, Inc.
1246.  Hawaiian Telcom IP Service Delivery Investment, LLC
1247.  Hawaiian Telcom IP Service Delivery Research, LLC
1248.  Hawaiian Telcom IP Video Investment, LLC
1249.  Hawaiian Telcom IP Video Research, LLC
1250.  Hawaiian Telcom Services Company, Inc.
1251.  Hawaiian Telcom, Inc.
1252.  Hawker Beechcraft
1253.  Hayman Advisors
1254.  Hayman Capital Master Fudn, L.P.
1255.  HBK Investments LP
1256.  HBK Master Fund L.P.
1257.  HCA Inc.
1258.  HD Supply
1259.  Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1260.  Health First, Inc.
1261.  Heating Finance PLC
1262.  Hebron Academy Incorporated
1263.  Hegemon Fund I, LLC
1264.  Heidi Alice Steger

1265.  Heike Goetz
1266.  Hellman & Friedman
1267.  Henegan Construction Co., Inc.
1268.  Henry Schein, Inc.
1269.  Herbert Sickmueller
1270.  Herbst Gaming, Inc.
1271.  Heritage Fields
1272.  Hermes, Ltd.
1273.  Hexion
1274.  HFR Ed Select Fund IV Master Trust DTD 7/16/01
1275.  Hickok Place, L.L.C.
1276.  Highbridge LD Acquisition LLC
1277.  Highbridge Principal Strategies - Mezzanine Partners
1278.  Highland Capital Management, L.P.
1279.  Highland CDO Opportunity Master Fund, L.P.
1280.  Highland Credit Opportunities CDO, L.P.
1281.  Highland Credit Strategies Fund
1282.  Highland Credit Strategies Master Fund, L.P.
1283.  Highland Crusader Offshore Partners, L.P.
1284.  Highland Floating Rate Advantage Fund
1285.  Highland Floating Rate Fund
1286.  Highmount Exploration & Production LLC
1287.  Hilite German GMBH & Co. KG
1288.  Hilliard Farber & Co. Inc.
1289.  Hillside Apex Fund Limited
1290.  Hirakata Shinkin Bank
1291.  HMH Publishers LLC
1292.  HMH Publishing Mezzanine Holdings Inc.
1293.  Hodgson Russ LLP
1294.  Hogan & Hartson LLP
1295.  Holger Jackisch
1296.  Holland & Knight LLP
1297.  Home Loan Mortgage Corporation
1298.  Hontai Life Insurance Co., Ltd.
1299.  Hope Greenfield
1300.  Horizon II International Limited
1301.  Horizon Merger Corporation
1302.  Houghton Mifflin Harcourt Publishers Inc.
1303.  Howard W. Tomlinson
1304.  HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H)
1305.  HSBC Bank PLC
1306.  HSBC Bank USA, N.A.
1307.  HSBC Finance Corporation
1308.  HSBC Realty Credit
1309.  HSBC Securities Japan Limited
1310.  HSH Nordbank AG, Luxembourg Branch
1311.  Hua An International Balanced Fund
1312.  Hudson CLO 3 B.V.
1313.  Hughes Hubbard

1314. Huish Detergents Inc. (Huish)
1315. Humberto G. Merchland Lopez
1316. Humerick Environmental Constructions, Inc.
1317. Huntsman International LLC
1318. HVB Capital Markets, Inc.
1319. HWA 555 Owners, LLC
1320. Hybrid Capital K.K.
1321. Hypo Alpe-Adria Bank International AG
1322. Hypo Investment Bank Ag
1323. Iasis Healthcare LLC
1324. Ibertravel Vacations (MEZZ)
1325. Ibertravel Vacations Holding LS
1326. IBM
1327. ICAP North America Inc.
1328. ICICI Bank UK PLC
1329. Iconix Brand Group
1330. Icopal
1331. Ida May S. Barnes
1332. Idearc Inc.
1333. IGI Resources
1334. Ignis Asset Management
1335. III Credit Bias Hub Fund Ltd.
1336. III Enhanced Credit Bias Hub Fund Ltd.
1337. III Finance Ltd.
1338. III Global Ltd.
1339. III Relative Value Credit Strategies Hub Fund Ltd.
1340. III Relative Value/Macro Hub Fund Ltd.
1341. III Select Credit Hub Fund Ltd.
1342. Illinois National Insurance
1343. Illinois Power Company
1344. Illiquidx LTD
1345. Illuminating
1346. IM US Hold Inverness Medical
1347. IMO Carwash
1348. Imperial Tobacco Entertainment Finance Limited
1349. Incapital LLC
1350. Independence Holding Co.
1351. Indian Pacific Ltd.
1352. INEOS Group Limited
1353. Inergy, L.P.
1354. INF SRVS
1355. Infineon Technologies AG
1356. Infonxx Inc.
1357. Informal Group Of Taiwan Financial Institutions
1358. Infospace Inc.
1359. ING bank, FSB
1360. ING Financial Markets LLC
1361. ING Group
1362. ING Life Insurance and Annuity Company

1363. ING Real Estate Finance
1364. Ingram Pension Plan/NY Life Co. TTEE Ingram Industries Retirement Plan
1365. Innovatis Investment Fund Limited (SAC)
1366. Innovia Films (Holding 3) Limited
1367. Institucion de Banca Multiple
1368. Institutional Benchmarck Series (Augustus Conv Arb.)
1369. Institutional Benchmarck Series (Centaur Seg. Acct)
1370. Institutional Benchmarck Series (Taks Seg Acct)
1371. Institutional Benchmarck Series [Augustus Global]
1372. Institutional Benchmarks
1373. Instituto de Credito Oficial
1374. Intechra LLC
1375. Intelsat (Bermuda), Ltd.
1376. Intelsat Corporation (FKA Panamsat)
1377. Intelsat Jackson (FKA Bermuda) A-8
1378. Intelsat Subsidiary Holding Company
1379. Interactive Data Corp.
1380. Inter-American Development Bank
1381. Intercall Inc.
1382. Interface Cable Assemblies and Services Corp.
1383. Intergen N.V.
1384. Interline Brands, Inc.
1385. Inter-Local Pension Fund Graphic Communications Conference of the International
    Brotherhood of Teamsters
1386. Internal Revenue Service
1387. International Bank for Reconstruction and Development
1388. International Business Machines Corporation
1389. International Lease Finance Corporation
1390. International Swaps and Derivatives Association, Inc.
1391. International Transmission Company
1392. International Union of Operating Engineers – Employers Construction Industry   Retirement
    Trust
1393. Internationale Kapitalanlagegesellschaft mbH
1394. Intersil Corporation
1395. Intersil Europe SaRL, Inc.
1396. Intersil Holding GmbH
1397. Intersil Investment Company
1398. Interstate Brands Corporation
1399. Interstate Fibernet, Inc.
1400. Interstate Power and Light Company
1401. Interwind Corp.
1402. Intesa
1403. Intesa Sanpaolo S.p.A.
1404. IntraLinks Inc.
1405. InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI
1406. Inverness Medical Innovations Inc.
1407. Inversiones Esser 2007 S.L.
1408. Inversiones Y Fabricaciones, SL
1409. INVESCO CLO

1410. INVESCO Real Estate
1411. Investcorp Fixed Income Relative Value
1412. Investcorp Silverback Arbitrage Master Fund Ltd.
1413. Investcorp, Et. Al.
1414. Investec Bank (Switzerland) AG
1415. Investec Capital Accumulator Trust Limited
1416. Investec Funds Series IV - Capital Accumulator Fund
1417. Investkredit AG
1418. Investment Corporation PTE, LTD.
1419. Investment Grade European Credit S.A.
1420. Iowa Telecommunications Services, Inc.
1421. Ira Wertentiel
1422. Iridium Satellite LLC
1423. Iris Software, Inc.
1424. Irmgard Wieczorek
1425. Iron Mountain Incorporated
1426. Iron Mountain Information Management
1427. Ironbridge Homes, LLC
1428. Ironbridge Mountain Cottages, LLC
1429. Ironbridge Poperty Owners Association
1430. Ironbridgte Aspen Collection, LLC
1431. Isaac Shamah
1432. Island Medical Group
1433. Islavista Spain S.A.
1434. ISS Holding
1435. iStar Financial Inc.
1436. Italease Finance S.p.A.
1437. ITC Holdings Corporation
1438. ITC Midwest LLC
1439. ITC Transco
1440. Iusacell
1441. Ivan Aldea Alvarez
1442. J P Morgan Chase Bank, N.A.
1443. J. Aron & Company
1444. Jacqueline G. Nieman
1445. Jacquelyn Soffer
1446. Jade Tree I, L.L.C.
1447. James Eason
1448. James J. Sullivan
1449. James M. Pyle
1450. James Moscola
1451. James W. Giddens
1452. Jamie Desmond
1453. Janet Crawshaw
1454. Janus Capital Management LLC
1455. Japan Net Bank, Ltd.
1456. Jarden Corporation
1457. Jarett Wait
1458. Jason C. Chapin

1459.  Jason C. Davis
1460.  Jason Siner
1461.  Jason Wallace
1462.  Jean Ruetze
1463.  Jeanes Hospital
1464.  Jeff McMurrey
1465.  Jeff Schaefer
1466.  Jeffrey Soffer
1467.  Jennifer Squires
1468.  JFB Firth Rixson, Inc.
1469.  JFK International Air Terminal LLC
1470.  Jin Liu
1471.  Jin Liu
1472.  JMG Capital Partners, LP
1473.  JMG Triton Offshore Fund Limited
1474.  Jo Anne Buzzo
1475.  Joel J. Farrer
1476.  John Chadwick
1477.  John J. Genovese
1478.  Johnson County Arlington ISD
1479.  Johnson, Killen & Seiler
1480.  Jordan International Bank PLC
1481.  Jorvik Multi-Strategy Master Fund, L.P.
1482.  Jose Ruiz
1483.  Josef Hoette
1484.  Joseph Cordaro, Assistant U.S. Attorney, SDNY
1485.  Joseph P. Brunetti
1486.  Journal Register
1487.  JSC Rosgosstrakh
1488.  Juergen Klein
1489.  Juice Energy, Inc.
1490.  Julie Verstraete
1491.  Julius Baer & Co. Ltd.
1492.  Julius Meinl Investment GmbH
1493.  Jung Development Co., Ltd.
1494.  Jung Developments (Infinity 2) Inc.
1495.  Jung Developments Inc.
1496.  Jurgen Lindermann
1497.  Jutta Spies
1498.  Jyske Bank A/S
1499.  K2 Diversified Portable Alpha Fund II, LTD
1500.  Ka Kin Wong
1501.  Kabel Deutschland
1502.  Kae Sook Park
1503.  Kagome Co., Ltd.
1504.  Kahrl Roberts & Wutcher LLP
1505.  Kalaimoku-Kuhio Development Corp.
1506.  Kantatsu Co. Ltd.
1507.  Kapalua Bay, LLC

1508.  Karim Kano
1509.  Karl Wood
1510.  Kathleen Arnold
1511.  Katten Muchin Rosenman LLP
1512.  Kaupthing Bank
1513.  Kavitha Duddukuri
1514.  Kawasaki Heaving Industries, Ltd.
1515.  KBC Bank KBC Financial Products UK Limited
1516.  KBC Financial Products USA, Inc.
1517.  KBC Investments Cayman Islands V Limited
1518.  KBC Investments Limited
1519.  KBR Holdings, LLC
1520.  KC CLO I
1521.  KC CLO II
1522.  KDP Investment Advisors, Inc.
1523.  Keane Inc.
1524.  Kelly L. McGehee
1525.  Kelly McGehee
1526.  Kelsey Galiger
1527.  Kelson Finance LLC
1528.  Kelson Holding LLC
1529.  Kempner International, Ltd.
1530.  Kensington International Limited
1531.  Kerasotes Theatres Inc.
1532.  Kerstin Ruetze
1533.  Kevin Mun
1534.  Kevin R. Kristick
1535.  Key Energy Services, Inc.
1536.  KeyBank National Association
1537.  Keystone Inc.
1538.  KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
1539.  KFW Bankengruppe
1540.  KGT Inc.
1541.  Khin Tun
1542.  Kimberly-Clark Corporation
1543.  Kinder Morgan Energy Partners L.P.
1544.  King Capital Ltd.
1545.  King Street Acquisition Company, LLC
1546.  King Street Capital , L.P.
1547.  King Street Capital Master Fund, Ltd.
1548.  Kirch Holding GMBH & Co. KG
1549.  KKR Private Equity Investors L.P.
1550.  Klavins & Slaidins A-9
1551.  Kle Euribor Prime
1552.  Kleopatra Lux 2 Mezz
1553.  Kleopatra Lux 2 S.A.R.L
1554.  Kleopatra Senior
1555.  Kleyr Grasso Associes
1556.  Knight Capital Europe Limited

1557. Knight Capital Group
1558. Knight Debtco Ltd.
1559. Knighthead Master Fund, L.P.
1560. Knightsbridge Guarding Ltd.
1561. Kontrabecki Group Limited Partnership
1562. Korea Central Mortgage, Inc.
1563. Korea Development Bank
1564. Korea Investment & Securities Co., LTD
1565. Korinna Schwerdt
1566. KPMG
1567. Kraft Foods Inc.
1568. Kraus Partner Investment Solutions AG
1569. Kreissparkasse Heinsberg
1570. Kristi Brim
1571. Kristine Smith
1572. Kroger Co. (The)
1573. Kubber Investments
1574. Kyle Hamatake
1575. Kylie Galiger
1576. Laboratory Corporation of America Holdings
1577. LAHDE Capital Management
1578. Lai Mei Chan
1579. Lai-han Cheung
1580. Lake Las Vegas Resort (Laslas)
1581. Lan Dale Asset Purchasing
1582. Lance Edwards
1583. Landale Liquidity Facility
1584. Landamerica Financial Group, Inc.
1585. Landesbank Hessen-Thuringen
1586. Landsource
1587. Landwirtschaftliche Rentenbank
1588. Lanxess AG
1589. Laplace Fund Equities Limited (from)
1590. Las Vegas Resort
1591. Las Vegas Sands, LLC
1592. LaSalle Bank National Association
1593. LaSalle Global Trust Services
1594. Latshaw Drilling Company, LLC
1595. Laurel Cove Development, LLC
1596. Lauren Semple
1597. Lavena Holding GMBH 3
1598. Lavena Holding GMBH 4
1599. Lavena Mezz
1600. Lavena Senior
1601. Lawrence & Carolyn Fogarazzo
1602. Lawrence Reddock
1603. LB 2080 Kalakaua Owners LLC
1604. LB Co-Investment Partners Cayman AIV I LP
1605. LB Merchant Banking Partners III Cayman AIV LP

1606.  LB Offshore GP Holdings (PE) Ltd.
1607.  LB Offshore Investment Partners II LP
1608.  LB Secondary OPP Offshore Fund II LP
1609.  LB Secondary OPP Offshore Fund LP
1610.  LB VC Partners LP (VC Fund II)
1611.  LB/L SunCal Northlake, LLC
1612.  LB/L-SunCal Oak Valley, LLC
1613.  LBAYK
1614.  LBBW Asset Management Investmentgesellschaft MBH
1615.  LBREP /L-Suncal Master I LLC
1616.  LBREP Lakeside SC Master I, LLC
1617.  LBT Loan Funding
1618.  LBT Varlik Yonetim Anonim Sirketi
1619.  LBVN Holdings, L.L.C.
1620.  LeaseDimensions
1621.  Legal & General Group Plc
1622.  Legendre Holdings 17 SA
1623.  Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1624.  Lehman Brothers Bankhaus AG
1625.  Lehman Brothers Bankhaus Aktiengesellschaft
1626.  Lehman Brothers European Mezzanine LB S.A.R.L
1627.  Lehman Brothers First Trust Income Opportunity Fund Inc.
1628.  Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for
       Lehman Brothers High Income Bond Funds
1629.  Lehman Brothers Income Funds
1630.  Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1631.  Lehman Brothers Merchant Banking Partners IV LP
1632.  Lehman Brothers Private Equity Funds
1633.  Lehman Mortgage Trust
1634.  Lehman Re, Ltd.
1635.  Lehman XS Trust
1636.  Leticia Chau
1637.  Level 3 Communications, LLC
1638.  Level 3 Financing, Inc.
1639.  Leveraged Loans Europe & Term Loans Europe
1640.  Levine Leichtman Capital Partners Deep Value Fund, L.P.
1641.  Lewtan Technologies, Inc.
1642.  LFIGXG LLC
1643.  LH 1440 LLC
1644.  LHB Internationale Handelsbank AG
1645.  Libby Wong
1646.  Liberator Bidco Limited
1647.  Liberator Jr Mezz
1648.  Liberator Mezz
1649.  Liberator Senior Facilities Dtd
1650.  Liberty Global Inc.
1651.  Liberty Mutual Group Inc.
1652.  LibertyView Arbitrage Fund, L.P.
1653.  LibertyView Capital Management, LLC

1654. LibertyView Credit Opportunities Fund
1655. LibertyView Credit Select Fund, L.P.
1656. LibertyView Focus Fund, L.P.
1657. LibertyView Funds, L.P.
1658. Libra CDO Limited
1659. Libra CDO LLC Libra CDO Ltd
1660. Libyan Arab Foreign Investment Company
1661. Lim Finance II, Inc.
1662. Limited Lincoln National Corporation
1663. Lincoln Variable Insurance
1664. Linda Demizio
1665. Linde Energy Services, Inc.
1666. Linden Advisors LP
1667. Linh Vo
1668. Linn Energy, LLC
1669. Liquidity Solutions, Inc.
1670. Liquidpoint
1671. Lispenard Street Credit (Master), Ltd.
1672. Litton Loan Servicing, L.P.
1673. LKQ Corporation
1674. LLC New York State Office of Unclaimed Funds
1675. LLCA-2
1676. Lloyds Bank
1677. Lloyds TSB Bank plc
1678. LM ISIS Opportunities Master Fund Ltd.
1679. LMA SPC for and on behalf of MAP 84 Segregated Portfolio
1680. LMA SPC, for and on behalf of Map 84 Segregated Portfolio
1681. Lmbarda Vita Socitea per Azioni
1682. Local Insight Media
1683. Local Insight Regatta Holdings, Inc.
1684. Local Media Finance LLC
1685. London Select Fund Limited
1686. Longacre Master Fund II, L.P.
1687. Longacre Master Fund Ltd
1688. Longacre Opportunity Fund, L.P.
1689. Longhorn Credit Funding, LLC
1690. Loomis Street, L.L.C.
1691. Loop Capital markets, LLC
1692. Loretta Wan Ling Huo
1693. Lorimor Corporation
1694. Los Angeles City Employees' Retirement System
1695. Louis Dreyfus Energy Services, L.P.
1696. Louise Nervo
1697. Louisiana Department of Revenue
1698. Lovells LLP
1699. LSF6 Mercury REO Investments Trust Serios 2008-1
1700. Luboja & Thau, LLP
1701. Ludwig Merckle
1702. Lufthansa AG

1703. Lukoil Finance Limited
1704. Luminus Energy Partners Master Fund Ltd.
1705. Lusardi Construction Company
1706. Luxembourg 3 S.a.R.L.
1707. LW Securities, Ltd.
1708. Lydian Overseas Partners Master Fund Ltd.
1709. Lyon Capital Ventures
1710. Lyondell
1711. LyondellBasell Industries
1712. Lyxor/York Fund Limited
1713. M&B Maher
1714. M&G Investment Management Limited
1715. M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
1716. M. Arthur Gensler Jr and Assoc, Inc.
1717. M. Brian Maher and Basil Maher
1718. M.B.H. Emprunteur
1719. M.H. Davidson & Co.
1720. M.R. Beal & Company
1721. Mack-Cali Realty LP
1722. Mackinaw Power Holdings, LLC
1723. Macquarie A-10
1724. Macquarie Bank Limited
1725. Madeline Dimodica
1726. Magnus Scaddan
1727. Main Street Natural Gas, Inc.
1728. Majestic Fund Limited
1729. Malaysian Airline System
1730. Man Group Finance Inc.
1731. Mansfield ISD
1732. Manuel Freude
1733. Manufacturers and Traders Trust Company
1734. Manzoni/Prêt D?Acquisition VLM
1735. Mapco Express, Inc.
1736. Maples and Calder
1737. Maples Finance Limited
1738. Marathon Credit Opportunity Master Fund Ltd.
1739. Marathon Oil Company
1740. Marble Care
1741. Marc Uribe
1742. Marfin Popular Bank Public Company
1743. Margaret L. Smith
1744. Margaret Mitchell-King
1745. Margolis Edelstein
1746. Maria DeSouza
1747. Marie Hunter
1748. Marina Bay-2nd Deal
1749. Marina District Finance Company, Inc.

1750.   Mariner LDC
1751.   Mark A. Crigler
1752.   Mark Glasser
1753.   Mark IV
1754.   Mark L. Zusy
1755.   Mark Mazzatta
1756.   Mark Neander
1757.   Mark T. Millkey
1758.   Market Place Apts
1759.   Marko Verbic
1760.   Marlies Wagner
1761.   Marriott International Inc.
1762.   Marsha Kosseff
1763.   Marshall & Ilsley Trust Company, N.A.
1764.   Marshall Funds, Inc.
1765.   Marshall Wace Core Fund Limited
1766.   Martha Chilton Mueller
1767.   Martin J. Redilla
1768.   Martin Kuemmel
1769.   Marvin Schwerdtferger
1770.   Mary E. Uhlman
1771.   Massachusetts Mutual Life Insurance
1772.   Massachusetts Water Resources Authority
1773.   Massdevelopment/Saltonstall Building Redevelopment Corporation
1774.   MassMutual Asia Limited
1775.   Mast Credit Opportunities I Master Fund Limited
1776.   Master Trust Bank of Japan, Ltd.
1777.   Materis SAS
1778.   Matteo Etedmad
1779.   Matthew Eller
1780.   Matthew Hudson
1781.   Maureen Mason
1782.   Maximilian Coreth
1783.   Mayer Brown LLP
1784.   MC Communications, LLC
1785.   McJunkin Corporation
1786.   McJunkin Red Man Holdings Corporation
1787.   McKenna Long & Aldridge LLP
1788.   Mclennan County
1789.   Medassets
1790.   Medco Health Solutions Inc.
1791.   Mediolanum Vita S.p.A.
1792.   Meera Sood Sagar
1793.   Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
1794.   Menter, Rudin & Trivelpiece, P.C.
1795.   MEP II S.A.R.L.
1796.   Merchantil Commercbank, N.A.
1797.   Meridian Company of New York
1798.   Merit Floors Inc.

1799. Merlin Entertainments Group
1800. Merlin Italian SNR
1801. Merlin Row SNR
1802. Merrill Lynch & Co.
1803. Merrill Lynch Credit Products
1804. Merrill Lynch Interntional
1805. Merrill Lynch Japan Securities Co. Ltd.
1806. Merrill Lynch, Pierce, Fenner & Smith Incorporated
1807. Metavante Corporation
1808. Metropolitan Life Insurance Company
1809. Metropolitan Transit Authority
1810. Metropolitan West Asset Management, LLC
1811. Metropolitan West Total Return Bond Fund
1812. MF Global Finance / MF Global Finance Europe Limited
1813. MF Global Ltd. / Man Financial
1814. MHB-Bank AG
1815. Michael Blumenthal
1816. Michael C. Frege
1817. Michael Duceatt
1818. Michael John Andrew Jervis
1819. Michael Karfunkel
1820. Michael R. Zodda
1821. Michael Ruppert
1822. Michael Sroka
1823. Michael Stores
1824. Michael Vana
1825. Michele McHugh-Mazzatta
1826. Michigan Department of Treasury
1827. Michigan Electric Transmission Co.
1828. Michigan State Housing Development Authority
1829. MicroHedge LLC
1830. Microsoft Corporation
1831. Microsoft Licensing
1832. Miczyslaw Wolski
1833. Midamerican Energy Company
1834. Midcontinent Express Pipeline LLC
1835. MidCountry Bank
1836. Midewest Realty Advisors LLC
1837. MidFirst Bank
1838. Midwest Independent System
1839. Milano
1840. Milano Assicurazioni S.p.A.
1841. Milbank, Tweed, Hadley & McCloy LLP
1842. Millenium Management, LLC
1843. Millenium USA, L.P.
1844. Millennium Automotive Group
1845. Millennium International, Ltd.
1846. Minardi Capital Corp
1847. Minera Del Norte S.A.

1848. Minnesota Masonic Home Care Center
1849. Minnesota State Board of Investment
1850. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
1851. Mirant Corporation
1852. Mirant North America, LLC
1853. Missouri Department Of Revenue, Bankruptcy Unit
1854. Misuzu Industry Co., Ltd.
1855. Misys IQ LLC
1856. Misys PLC
1857. Mitsubishi UFJ, Ltd.
1858. Mitsui-MOL
1859. Mizuho Alternative Investments LLC
1860. Mizuho Bank (Switzerland) Ltd.
1861. Mizuho Capital Markets Corp.
1862. Mizuho Corporate Bank
1863. Mizuho Corporate Bank LTD
1864. Mizuho Financial Group
1865. Mizuho Investors Securities Co., Ltd.
1866. Mizuho Securities Co., Ltd.
1867. Mizuho Trust & Banking (Luxembourg S.A.)
1868. MKP Capital Management, LLC
1869. MKP Vela CBO, LLC
1870. MKP Vela CDO Ltd
1871. Moana Properties
1872. Moderna Finance
1873. Mok, Ping Yu Francis
1874. Monika Wenza
1875. Monique Miller Fong
1876. Monument Realty LLC
1877. Moody's Corp.
1878. Moody's Investors Service
1879. Moore Macro Fund, L.P.
1880. Morgan Stanley & Co. Incorporated
1881. Morgan Stanley & Co. International plc
1882. Morgan Stanley Capital Services Inc.
1883. Morgan Stanley Senior Funding, Inc.
1884. Motors Insurance Corp 361. MP Bank HF
1885. Mount Kellett Master Fund II, L.P.
1886. Movie Gallery, Inc.
1887. MSN
1888. MSS Distressed & Opportunities 2
1889. MSTD, Inc.
1890. MTR Corporation Limited
1891. Mueller Water Products Inc.
1892. Multi Asset Platform Master Fund SPC
1893. Municipal Electric Authority of Georgia
1894. Murata Machinery, Ltd.
1895. Muriel Siebert & Co., Inc.
1896. Myung Soo Jung

1897. N. J. Joseph
1898. N.V. Luchthaven Schipol
1899. Na'alehu Ventures
1900. nabCapital Securities LLC
1901. Nakanishi Gakuen
1902. Nakilat Inc.
1903. Namrun Finance S.A.
1904. Nasdaq OMX
1905. Nathan W. Bear A-11
1906. National Agricultural Cooperative Federation
1907. National Australia Bank Limited
1908. National Bank of Canada
1909. National Bank of Fujairah psc
1910. National Cinemedia, Inc.
1911. National Futures Association (NFA)
1912. National Power Corporation
1913. National Rural Utilities Cooperative Finance Corporation
1914. Nationwide Fund Advisors
1915. Natixis Bleichroeder Inc.
1916. Natixis Entities
1917. Natixis S.A.
1918. Natl Australia Bank Limited
1919. Natsis
1920. NCAT-New Center Asset Trust
1921. Nebraska Investment Finance Authority
1922. Nebraska Investment Finance Authority
1923. Neff Corp.
1924. Neggio Holding 3 GMBH
1925. Nelnet, Inc.
1926. Neste Oil Oyj
1927. Netapp, Inc.
1928. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond  Fund
1929. Neuberger Berman Income Opportunity Fund Inc.
1930. Neuberger Berman LLC
1931. Neuberger Berman Management, LLC
1932. Nevada Power Company
1933. New Center Asset Trust
1934. New Edge
1935. New England Power Company
1936. New Generation Funding Trust 15, 16, 37, 38, 39 and 83
1937. New Holdco BV
1938. New Jersey Carpenters Health Fund
1939. New Jersey Housing and Mortgage Finance Agency
1940. New South Federal Savings Bank
1941. New York Institute of Finance, Inc.
1942. New York Life Insurance Co
1943. New York Life Investment Management
1944. New York State Common Retirement Fund
1945. Newedge USA, LLC

1946.  Newell Rubbermaid Inc.
1947.  Newpage Corporation
1948.  Newport Global Advisors LP
1949.  Newport Global Credit Fund (Master) L.P.
1950.  Newport Global Opportunities Fund LP
1951.  Newtonville Partners, L.L.C.
1952.  Nexen Energy Marketing Europe Limited
1953.  Nexen Energy Marketing London Limited
1954.  Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
1955.  NFI Luxco SCA
1956.  Ngoc Huong Huynh
1957.  NIBC Bank NV
1958.  Nicholas S. Mateko
1959.  Nick Santino
1960.  Nicolas Schuster
1961.  Niederosterreich-Mitte
1962.  Nippon Life Insurance Company
1963.  NML General Fund
1964.  NMLA General Fund (NMLGENCA) [by AllianceBernstein]
1965.  Nokia Corporation
1966.  Nol Shala
1967.  Nomura Capital Markets plc
1968.  Nomura Holding America Inc.
1969.  Nomura Holdings Inc.
1970.  Nomura International PLC and its affiliates
1971.  Nomura Securities Co. Ltd.
1972.  Noonday Offshore, Inc.
1973.  Norma Delepine
1974.  Normandy Hill Capital, LP NorthEast
1975.  Nortek Holdings, Inc.
1976.  Northern Ireland Governmental Officers Superannuation Committee
1977.  Northern State Power Company
1978.  Northgate Minerals Corporation
1979.  Northrup Grumman
1980.  NorthStar Real Estate Securities Opportunities Master Fund L.P.
1981.  NorthStar Real Estate Securities Opportunity Master Fund L.P.
1982.  Northwest Airlines, Inc.
1983.  Norton Gold Fields Limited
1984.  Novara
1985.  Novartis Finance Corporation
1986.  NPD Group Inc.
1987.  NPL
1988.  NRG Energy, Inc.
1989.  NSG Holdings LLC
1990.  nTAG Interactive Corporation
1991.  NTL Cable Plc
1992.  NTL Communications Ltd
1993.  Nuance Communications, Inc.
1994.  NuStar Logistics, L.P.

1995.  NY State Department of Labor
1996.  NY State Department Of Taxation and Finance
1997.  Nybron Refi
1998.  Nycomed Germany Holding GMBH
1999.  Nycomed Holding A/S
2000.  NYFIX, Inc.
2001.  Nykredit Bank A/S
2002.  NYSE Euronext Inc.
2003.  O'Reilly Automotive, Inc.
2004.  Oaktree Capital Management, L.P.
2005.  Oaktree High Yield Plus Fund, L.P.
2006.  Oaktree Huntington Investment Fund, L.P.
2007.  Oaktree Opportunities Fund VIII Delaware, L.P.
2008.  Obaxbank S.p.A.
2009.  OBB-Posbus GmbH
2010.  Oberoesterreichische Verischerung AG
2011.  Occidental Energy Marketing, Inc.
2012.  Occidental Power Services, Inc.
2013.  Oceania Cruises, Inc.
2014.  Oceania Vessel Finance, Ltd.
2015.  Och-Ziff
2016.  OCM Mezzanine Fund II Holdings, L.P.
2017.  OCM Opportunities
2018.  OCM Opportunities Fund VII Delaware, L.P.
2019.  OCM Opportunities Fund VIIb Delaware, L.P.
2020.  OCM Opportunities VIII Delaware, L.P.
2021.  Oesterreichische Elektrizitaetswirtschafts - AG
2022.  Office of the U.S. Trustee
2023.  Office Of The United States Attorney
2024.  Office of Thrift Supervision
2025.  Office of Thrift Supervision, Northeast Region
2026.  Official Committee of Unsecured Creditors
2027.  OGE Energy Corp.
2028.  Ohio Presbyterian Retirement Services
2029.  OI Canada Corporation
2030.  Oklahoma Gas And Electric Company
2031.  Oklahoma Municipal Power Authority
2032.  Omnicare, Inc.
2033.  OMX Timber Finance Investments
2034.  Oncor
2035.  OneBeacon US Holdings
2036.  ONEOK Energy Services Company, L.P.
2037.  Onex Debt Opportunity Fund, Ltd.
2038.  Opal Leasing Limited
2039.  Open Solutions Inc.
2040.  Openwave Systems Inc.
2041.  Operating Engineers Local 3 Trust Fund
2042.  Oppenheimer Funds Inc.
2043.  Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading,    LLC)

2044. Optim Energy, LLC (f/k/a Energy Co., LLC)
2045. Oracle Corporation
2046. Oracle Credit Corporation
2047. Orange Capital, LLC
2048. Orangina
2049. Oranje-Nassau Energie BV
2050. Orbitz Worldwide
2051. Ore Hill Hub Fund Ltd.
2052. Orion Cable
2053. Orrick, Herrington & Sutcliffe LLP
2054. Osterreichische
2055. OTP Bank Plc
2056. Oversea-Chinese Banking Corp. Ltd.
2057. Overstock.com
2058. Owens & Minor, Inc.
2059. Owens Illinois Inc.
2060. Oz Management LP
2061. OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
2062. Pablo Serratosa Lujan
2063. Pacific Coast Cap. Partners, LLC
2064. Pacific Gas & Electric Company
2065. Pacific International Finance Limited
2066. Pacific International Limited
2067. Pacific Investment Management LLC
2068. Pacific Summit Energy LLC
2069. PacifiCorp
2070. Pages Jaunes Groupe
2071. Palatine Asset Management
2072. Palmyra Capital Fund, L.P.
2073. Palmyra Capital Institutional Fund, L.P.
2074. Palmyra Capital Offshore Fund, L.P.
2075. Paloma Industries
2076. Paloma Industries Nogata Plant Ltd.
2077. Panagiota Manatakis
2078. PanAmSat Corporation
2079. Pangea Ltd A-12
2080. Panton Fund
2081. Panton Master Fund, LP
2082. Par Investment Partners, L.P.
2083. Park Place Apartments L.P.
2084. Parker Drilling Company
2085. Parmalat Participacoes Do Brasil Ltda
2086. Parmalat Participacoes Promissory Note
2087. Parsec Corp.
2088. Parsec Trading Corp.
2089. Partnerre Ltd.
2090. Partnership Life Assurance Company Ltd.
2091. Patricia Izquierdo Merlo
2092. Patricia O'Reilly

2093.   Patrick J. Coughlin
2094.   Patrick W. Daniels
2095.   Paul Berlage
2096.   Paul Edwards
2097.   Paul J. Battista
2098.   Pavel Kinel
2099.   Payreel, Inc.
2100.   PB Capital Corporation
2101.   Peabody Energy Corporation
2102.   Pebble Creek 2007-2, LLC
2103.   Pebble Creek 2007-2, LTD
2104.   Pebble Creek LCDO 2006-1
2105.   Pebble Creek LCDO 2007, LLC
2106.   Pebble Creek LCDO 2007-3
2107.   Pecos Investors LLC
2108.   Penn Convention Center Authority
2109.   Penn National Gaming
2110.   Pennsylvania Public School Employees' Retirement System
2111.   Pension Benefit Guaranty Corporation
2112.   Pension Plan and Trust
2113.   Pentwater Capital Management, LP
2114.   PEP Credit Investor L.P.
2115.   Pepsi Bottling Group, Inc.
2116.   Perella Weinberg Partners LP
2117.   Permal York, Ltd.
2118.   Perry Partners International, Inc.
2119.   Perry Partners L.P.
2120.   Perstorp AB
2121.   Pertus Sechzehnt GmbH
2122.   Pertus Sechzehnte GBMH
2123.   Peter Heun
2124.   Peter J. and Mary Jane Dapuzzo
2125.   Peter J. Thompson
2126.   PGA Holdings, Inc.
2127.   PGRS 1407 BWAY LLC
2128.   Pharmerica Corporation
2129.   Philip Morris International Inc
2130.   Philips Electronics NV
2131.   Phoenix Life Limited
2132.   PHS Group PLC
2133.   PHS Senior
2134.   PI US Holdings
2135.   Pietro Ferrero
2136.   Pilot Insurance Company
2137.   PIMCO Bermuda LIBOR Plus Fund
2138.   PIMCO Real Return Fund
2139.   PIMCO Real Return Fund (M)
2140.   Pinnacle Entertainment, Inc.
2141.   Pinnacle Foods Finance LLC

2142.  Pinnacle West Capital Corp.
2143.  Pioneer Europe Mac 70 Ltd
2144.  Pipeline Data, LLC
2145.  Piper Jaffray and Co.
2146.  Pira Energy Group
2147.  Pivotal Promontory
2148.  PJM Interconnection, L.L.C.\
2149.  Plainfield Special Situations Master Fund Limited
2150.  Planet Acquisition Holdco 1 Ltd
2151.  Planet Acquisition Holdco 2 Ltd
2152.  Plastech Engineered Products, Inc.
2153.  Plinius Investments B.V.
2154.  Plumbers and Pipefitters National Pension Fund
2155.  PMA Koryo Fund
2156.  PMA Prospect Fund
2157.  PNC Bank, National Association
2158.  PNM Resources, Inc.
2159.  PNMR Services Co.
2160.  Polaris Software Lab Limited
2161.  Police and Fire Retirement System of the City of Detroit
2162.  Pond Credit (Master), L.P.
2163.  Popolare
2164.  Popolare Vita S.p.A.
2165.  Popular Gestion S.G.I.I.C., S.A.
2166.  Popular High Grand Fixed Income Fund, Inc.
2167.  Portafolio de Inversiones C2-34, C.A.
2168.  Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
2169.  Portfolio Green German CMBS
2170.  Portland General Electric Company
2171.  Power Sector Assets & Liabilities Management Corporation
2172.  Powerex Corp.
2173.  Pozavarovalnica Sava, D.D.
2174.  PQ Corporation
2175.  Precis Corporation
2176.  Precision Partners
2177.  PRGS 1407 BWAY LLC
2178.  PricewaterhouseCoopers AG, Zurich
2179.  Primedia Inc.
2180.  Primeshares
2181.  Principal Financial Group, Inc.
2182.  Private Limited Company
2183.  ProFund Advisors LLC
2184.  Profunds Advisors LLC 424.
2185.  Programma Dinamico S.p.A.
2186.  Project Cabellero
2187.  Project Knight Senior
2188.  ProSiebenSat.
2189.  Protection One Alarm Monitoring, Inc.
2190.  Providence Equity Partners

2191.   Providence Equity Partners IV L.P.
2192.   Providence Equity Partners IV-A L.P.
2193.   Providence TMT Special Situations Fund L.P.
2194.   PSEG Power LLC
2195.   Psychiatric Solutions Inc.
2196.   PT Bank Negara Indonesia
2197.   PT Mnc Sky Vision
2198.   PTG Grande Asset DEB KF
2199.   PTG Tanco Kingfisher
2200.   Public Bank Berhad
2201.   Public Employees' Retirement Association of Colorado
2202.   Public Service Company of Colorado
2203.   Public Service Enterprise Group Incorporated
2204.   Public Service of North Carolina
2205.   Public Utility District No. 1 of Chelan County, WA
2206.   Puget Sound Energy Inc.
2207.   Punjab National Bank (International) Limited
2208.   Pursuit Capital Partners Master
2209.   Pursuit Capital Partners Master (Cayman) Ltd.
2210.   Pursuit Opportunity Fund I Master LTD.
2211.   Pursuit Partners
2212.   Putnam Investments, LLC and Affiliates
2213.   Pyrrhuloxia, LP
2214.   Qantas Aircraft Leases
2215.   Qatar Liquefied Gas Company Limited
2216.   Quadrifoglio Vita S.p.A.
2217.   Quantitative Enhanced Decisions Master Fund
2218.   Quantum Partners Ltd.
2219.   Quinlan Private European Strategic Property Fund
2220.   Quoc Truong Huynh
2221.   QVC, Inc.
2222.   QVT Financial LP
2223.   Qwest Services Corporation
2224.   R3
2225.   R3 Capital Partners Master, LP
2226.   Raiffeisen Centrobank AG
2227.   Raiffeisen Zentralbank Osterreich AG
2228.   Raiffeisen Zentralbank Osterreich Aktiengesellschaft
2229.   Rajesh Pentapati
2230.   Rak Koestler
2231.   Randolph H. Emerson
2232.   Ras Laffan Liquefied Natural Gas Company Limited (II)
2233.   RasGas
2234.   Raven Credits Opportunities Master Fund, Ltd.
2235.   Raymond F. Kravis Center for Performing Arts (The)
2236.   Raymond James & Associates, Inc.
2237.   RBC Dain Rauscher Inc.
2238.   RBS Greenwich Capital
2239.   RBS Securities Japan Limited

2240. Reddy Ice Corporation
2241. Regal Cinemas, Inc.
2242. Regency Gas Services LP
2243. Regent Seven Seas Cruises
2244. Region Marche
2245. Regions Bank
2246. Regulated Utilities
2247. Relative European Value S.A.
2248. Reliance Globalcom Services, Inc.
2249. Reliant Energy Inc. A-13
2250. Reliant Energy Power Supply, LLC
2251. Reliant Energy Services, Inc.
2252. Renal Advantage, Inc.
2253. Renate Werneyer
2254. Rent-A-Center, Inc.
2255. Rentokil
2256. Republic Waste
2257. Reserve Management Company Inc.
2258. Residential Funding Company LLC
2259. Resona Holdings
2260. Resrv Partners, Inc.
2261. Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
2262. Retirement Housing Foundation
2263. Reva Kirk
2264. Rexnord Corporation
2265. Reynolds American
2266. RFG Holding (France) SAS
2267. RFG Midco A/S
2268. RH Donnelley
2269. Richard A. Lough
2270. Richard B. Johnson
2271. Richard C. Miller
2272. Richard Clair
2273. Richard McKinney
2274. Richard Sheldon
2275. Richard Witten
2276. Rick Fleischman
2277. Right Management, Inc.
2278. Risparmio & Previdenza Societa per Azioni
2279. River Capital Advisors Inc.
2280. Rivka Schmuskovits
2281. Rizal Commercial Banking Corporation
2282. RJ Reynolds Tobacco Holdings, Inc.
2283. RMC
2284. Robert A. Schoellhorn Trust
2285. Robert Eberwein
2286. Robert F. Hausmann
2287. Robert Franz
2288. Robert L. Biscardi

2289.    Robert M. Pettit
2290.    Robert M. Rothman
2291.    Robert Teller
2292.    Rocio Gonzalez De Canales
2293.    Rock Creek Group LP, as Asset Manager
2294.    Rockefeller Center Management Corporation
2295.    Rockefeller Center North Inc.
2296.    Rockefeller Group Development Corporation
2297.    Rock-Forty Ninth LLC, Rockefeller Center et al.
2298.    Rockies Express Pipeline LLC
2299.    Rodger R. Stetler
2300.    Rogelio Beltran
2301.    Roger B. Nagioff
2302.    Roger Leveille
2303.    Roger Nieman
2304.    Rogge Global Partners PLC (on behalf of its customers)
2305.    Ronald J. Mandracchia
2306.    Ronald P. Zemenak
2307.    Ronald Profili
2308.    Rony Seikaly
2309.    Roofing Holding Inc.
2310.    Ross Financial Company
2311.    Rosslyn Investors I, LLC
2312.    Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
2313.    Rovida Holdings Limited
2314.    Royal & Sun Alliance Insurance Group Plc
2315.    Royal Bank of America
2316.    Royal Bank of Canada
2317.    Royal Bank of Scotland
2318.    RR Investment Co. Ltd.
2319.    RSA Insurance Group Plc
2320.    Rudolf Wehrli
2321.    Rudolf Weiszmann
2322.    Russell Investment Group, Inc.
2323.    Rutger Schimmelpenninck
2324.    Ruthann McFarland
2325.    RWE
2326.    RWE AG
2327.    RWE Supply & Trading GmbH
2328.    Saad Investments Company Limited
2329.    Sabine Naito
2330.    SABMiller Plc
2331.    SABMiller Finance B.V.
2332.    Sabre Holdings Corporation
2333.    Sabretooth Master Fund, LP
2334.    Sacher Funding Ltd.
2335.    Sailfish Structured Investment Management (G4), LLC
2336.    Saint Joseph's University
2337.    Salem Five Cents Savings Bank
2338.    Sally-Anne E. Osborne

2339.  Salt Lake Neighborhood Housing Services, Inc.
2340.  Salzburg Munchen Bank
2341.  Samir Tabet
2342.  Sampo Bank PLC
2343.  Samsung Life Insurance Co., Ltd.
2344.  Samuel E. Belk IV
2345.  Samuel E. Benjamin
2346.  Samuel H. Rudman
2347.  San Diego-Frazee, LLC
2348.  San Miniato Previdenza Societa per Azioni
2349.  Sandeep Bordia
2350.  Sandridge Energy, Inc.
2351.  Santa Fe Partners LLC
2352.  Santander Asset Management, S.A., S.G.I.I.C.
2353.  Santander Investment Securities Inc.
2354.  Saphir Finance PLC
2355.  Sarah Coombs
2356.  Sarasin Investmentfonds
2357.  SAS Institute Inc.
2358.  Satterlee Stephens Burke & Burke LLP
2359.  Saverio Panerai
2360.  SBA Comm
2361.  SBA Senior Finance
2362.  Schefenacker AG
2363.  Schieder Moebel Holding GMBH
2364.  Schroder Alternative Solutions
2365.  Scoggin Capital Management II
2366.  Scoggin International Fund, Ltd.
2367.  Scoggin Worldwide Fund, Ltd.
2368.  Scotia Capital (USA) Inc.
2369.  Scott Aitken
2370.  Scott Kitchens
2371.  Scottwood Master Ltd.
2372.  Sea Port Group Securities, LLC
2373.  Sears Holdings Corp.
2374.  Sears Roebuck Acceptance Corp.
2375.  Seattle Pacific University
2376.  SEB Enskilda, Inc.
2377.  SecondMarket, Inc.
2378.  Security Pacific Capital Leasing Corporation
2379.  SEI Institutional Investment Trust – Enhanced Income Fund
2380.  Semcrude LP
2381.  SemGroup Energy Partners, L.P.
2382.  Seneca Center
2383.  Sengent, Inc. -d/b/a ClariFI
2384.  Sequa Corporation
2385.  Serena Software, Inc.
2386.  Serengeti Overseas Ltd.
2387.  Serengeti Partners LP

2388. Serengeti Rapax MM LP
2389. Serpering Investments B.V.
2390. Service Corp Int'l
2391. SG Americas Securities LLC
2392. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
2393. SGS International, Inc.
2394. Shamah 2000 Family Trust
2395. Shane Visto
2396. Shannon Allen
2397. Shareholders of Novastar Financial Inc.
2398. Shea-Edwards Limited Partnership
2399. Shell Energy North America (US) L.P.
2400. Shell Trading (US) Company
2401. Sheridan Holdings, Inc.
2402. Sherrill-Lubinksi Corporation
2403. Shiga Bank, Ltd. (The)
2404. Shin Kong Life Insurance Company Ltd
2405. Shinhan Investment Corp.
2406. Shinkin Central Bank
2407. Shinsei Bank Limited
2408. Short Credit Master Fund, LP
2409. SHPS, Inc.
2410. Sidley Austin LLP
2411. Siebert Capital Markets
2412. Siegried Mosch
2413. Siemens AG
2414. Siemens/Convertibles global markets trading as Innovest European
2415. Sierra Pacific Power Company
2416. Siit Extended Duraction Fund Liquiditing Trust
2417. Silicon Graphics Inc.
2418. Silver Point Capital, LP
2419. Silver Sprints Apts
2420. Silvio Schuster
2421. Simeon Moreno
2422. Sinclair Television Group, Inc.
2423. Sing Heung
2424. Singapore Airlines
2425. Sirius International Limited
2426. Sisal Mezz
2427. Sisal S.p.A
2428. Sistema Universitario Ana G. Mendez
2429. Siu Lui Ching
2430. Six Flags Theme Parks Inc. A-14
2431. Sixth Gear
2432. SK Securities Co., Ltd.
2433. Sky Power Corporation
2434. SLG 220 News Owner LLC
2435. Slim Baccar
2436. SLM Corporation

2437.  SMBC Capital Markets
2438.  SMC Credit Opportunities Fund, Ltd.
2439.  Smitha Aivar
2440.  Smolanksy Fund Limited
2441.  Societa Cattolica di Assicurazione – Societa Cooperativa
2442.  Societe Generale
2443.  Soffer Turnberry/South Strip, LLC
2444.  Sola Ltd.
2445.  Solent Credit Opportunities Master Fund
2446.  Solo Cup Company
2447.  Solutia Inc.
2448.  Somers Dublin Ltd. A/C KBC Pledged
2449.  Somerset Properties SPE, LLC
2450.  Soros Fund Management LLC
2451.  Sothic Capital European Opportunities Master Fund
2452.  Sourcecorp, Inc.
2453.  South Mississippi Power Association
2454.  South Yorkshire Pension Authority
2455.  Southeastern Golf, Inc.
2456.  Southern Community Bank and Trust
2457.  Southern Community Financial Corporation
2458.  Southern Company
2459.  Southwestern Public Service Company
2460.  Sovereign Securities Corporation, LLC
2461.  SP4190 S. Lasalle, L.P.
2462.  Spanish Broadcasting Systems, Inc.
2463.  Sparbanken Vastra Malardalen
2464.  Sparda-Bank Hessen eG
2465.  Sparebank 1 SR-Bank
2466.  Sparkasse Heidelberg
2467.  Sparkasse Pforzheim Calw
2468.  Sparkasse Saarbruecken
2469.  SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital
       Offshore Fund, Ltd.)
2470.  Spectra Energy Capital, LLC (f/kfa Duke Capital)
2471.  Spectra Energy Partners OLP, LP
2472.  Spiegel Inc.
2473.  Spring Star Corp.
2474.  Springfield Associates LLC
2475.  Sprint Nextel Corp
2476.  Sprint Solutions, Inc
2477.  SR GGI Master MA, Ltd.
2478.  SR Latigo Master MA, Ltd.
2479.  Sridhar Duddukuri
2480.  Srihari Javvaji
2481.  Stacy Holder
2482.  Stagg, Terenz, Confusione & Wabnik, LLP
2483.  Stahl Acquisition BV
2484.  Stallion Oilfield Services Ltd.

2485.    Stamford Associates L.P.
2486.    Stamford Associates L.P.
2487.    Stamford Law Corporation
2488.    Stan Mehaffey
2489.    Standard Bank Plc
2490.    Standard Chartered Bank
2491.    Standard Chartered Bank (Hong Kong) Limited
2492.    Standard Credit Group LLC
2493.    Standard Life Bank Plc
2494.    Standard Pacific
2495.    Stanford Hospital and Clinics
2496.    Stanley Czajka
2497.    Staple Street Aviation (Master), L.P.
2498.    Star Tribune Co.
2499.    Starwood Hotels & Resorts
2500.    State Bank of Long Island
2501.    State Board of Administration of Florida
2502.    State of Arizona ex rel Arizona State Treasurer
2503.    State of Michigan, Department of Treasury
2504.    State Street Bank
2505.    Statler Arms Garage LLC
2506.    Steingass
2507.    Stephen Gott
2508.    Stephen Green
2509.    Stephen L. Hopkins
2510.    Stephen N. Hurley
2511.    Steptoe & Johnson LLP
2512.    Steven Anthony Pearson
2513.    Steven G. Holder Living Trust
2514.    Steven M. Speier
2515.    Steven Mehos
2516.    Steven T. Mulligan
2517.    STF THSRC
2518.    Stone Lion Portfolio L.P.
2519.    Stone Tower Capital LLC
2520.    Stone Tower Debt Advisors LLC
2521.    Stonehill Institutional Partners, L.P.
2522.    Stonehill Master Fund Ltd.
2523.    Stony Brook Court
2524.    Strategic Value Master Fund, Ltd.
2525.    Strategic Value Special Situations Master Fund LP
2526.    Straumar-Burdaras Investment Bank HF
2527.    Stroock & Stroock & Lavan LLP
2528.    Structure Consulting Group, LLC
2529.    Structure Tone Inc.
2530.    Structured Products Transaction Management Group
2531.    SuccessFactors Inc.
2532.    Sudhakar Aremanda
2533.    Sullivan & Company Marketing

2534.  Sumitomo Mitsui Banking Corp.
2535.  Sumitomo Mitsui Brussels Branch
2536.  Sumitomo Mitsui Financial Group
2537.  Sumitomo Trust & Banking
2538.  Sumitomo Trust & Banking Co., LTD
2539.  Summit Capital Partners, LP
2540.  Summit Petroleum Limited
2541.  Summit Systems, Inc.
2542.  Sun Microsystems, Inc.
2543.  Sun Trust Banks, Inc.
2544.  SunAmerica Asset Management
2545.  SunCal Debtors
2546.  SunCal Heartland, LLC
2547.  SunCal Marblehead, LLC
2548.  SunCal Oak Knoll, LLC
2549.  SunCal PSV, LLC
2550.  SunCal Torrance, LLC
2551.  Suncor Energy Marketing, Inc.
2552.  SunGard
2553.  SunGard Assent LLC
2554.  SunGard Asset Management Systems LLC
2555.  SunGard Availability Services LP
2556.  SunGard Business Integration Ltd.
2557.  SunGard Data Reference Solutions, LLC
2558.  Sungard Data Systems Inc.
2559.  SunGard Expert Solutions LLC
2560.  SunGard Institutional Brokerage Inc.
2561.  SunGard Investment Systems LLC
2562.  SunGard Kiodex, Inc.
2563.  SunGard Securities Finance LLC
2564.  Sunoco Inc.
2565.  Sunoco Logistics Partners Operations, LP
2566.  Sunrise Partners Limited Partnership
2567.  Sunshine Holdings Limited
2568.  SunTrust Robinson Humphrey, Inc.
2569.  Supervalu Inc.
2570.  Susan Sayers
2571.  Sutherland Asbill & Brennan
2572.  Svenska Handelsbanken AB
2573.  Svenska Litteratursaillskapet
2574.  Swedbank
2575.  Swedbank AB, New York Branch
2576.  Swift Transportation Co., Inc.
2577.  Swiss Reinsurance Company
2578.  Sylvia Lewis
2579.  Symetra Financial Corporation
2580.  Synagro Technologies, Inc.
2581.  Synatech
2582.  Syncora Syncora Holdings Ltd. Syniverse

2583. Syniverse Technologies
2584. SyntexEnergy LLC
2585. Systema
2586. Systema Vita Compagnia di Assicurizioni S.p.A.
2587. Szeto Ting Hoi
2588. T & W Funding Company
2589. T. Boone Pickens
2590. Ta Chong Finance (Hong Kong) Limited
2591. TAARP Group, LLP
2592. Taconic Capital Partners 1.5 L.P.
2593. Taconic Market Dislocation Fund II, L.P.
2594. Taconic Opportunity Fund L.P.
2595. Taifook Securities Company Limited
2596. Taipei Fubon Commercial Bank Co.
2597. Taishin International Bank
2598. TAM YIN MUI
2599. Tangoe, Inc.
2600. Targa Resources, Inc.
2601. Target Corporation
2602. Tarrant County
2603. Tata American International
2604. Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
2605. Tata Consultancy Services LTD
2606. TCW Absolute Return Credit Fund, L.P.
2607. TD Securities (USA) LLC
2608. TD Security
2609. TDS Investor Corporation
2610. Teachers' Retirement System of the State of Illinois
2611. Team Finance LLC
2612. Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
2613. Telecom Italia Capital S.A.
2614. Telefonica Europe B.V.
2615. Telefonica, S.A.
2616. Tembec
2617. Tembec Industries Inc.
2618. Temple Health System Transport Team, Inc.
2619. Temple Physicians, Inc.
2620. Temple University Health Systems, Inc. for itself and as Agent
2621. Templeton Global
2622. Tennenbaum Multi Strategy Master Fund
2623. Tennessee Department of Revenue
2624. Tensor Opportunity Limited
2625. Teppco Partners, L.P. A-15
2626. Tesoro Corporation
2627. Tetra Tech, Inc.
2628. Teva Hungary Pharmaceutical Marketing
2629. Teva Pharmaceutical Works Company
2630. TFS
2631. Thalia CLO

2632.   Thalia Credit FAC
2633.   The Adelphia Recovery Trust
2634.   The Arizona Department of Revenue
2635.   The Bank of New York
2636.   The Bank of New York Corporate Trustee Services Limited
2637.   The Bank Of Tokyo-Mitsubishi UFJ, Ltd
2638.   The Blackstone Group
2639.   The Carlyle Group
2640.   The Central Puget Sound Regional Transit Authority
2641.   The Christian and Missionary Alliance Foundation
2642.   The Chuo Mitsui Trust And Banking Co., Ltd
2643.   The City of Long Beach
2644.   The Clorox Company
2645.   The Commonwealth Of Pennsylvania
2646.   The Co-operative Bank p.l.c.
2647.   The Drake Global Opportunities (Master) Fund, Ltd.
2648.   The Drake Low Volatility Master Fund, Ltd.
2649.   The Drake Offshore Master Fund, Ltd.
2650.   The Governor and the Company of the Bank of Ireland
2651.   The Hartford Financial Services Group, Inc.
2652.   The Hertz Corporation
2653.   The Higo Bank, Ltd.
2654.   The Horne Depot, Inc.
2655.   The Hotchkiss School
2656.   The Informal Noteholder Group
2657.   The Iyo Bank, Ltd.
2658.   The Joint Administrators of the Lehman European Group Administration Companies
2659.   The Juilliard School
2660.   The Kiyo Bank
2661.   The Kuwana Shinkin Bank
2662.   The Kyoei Fire and Marine Insurance Company Ltd.
2663.   The Lehman Hong Kong Liquidators
2664.   The Lightstone Group
2665.   The Liverpool Limited Partnership
2666.   The McGraw-Hill Companies, Inc.
2667.   The Minami-Nippon Bank, Ltd.
2668.   The Neiman Marcus Group, Inc.
2669.   The O'Neil Group, LLC
2670.   The Pemex Project Funding Master Trust
2671.   The Pension Fund Group
2672.   The Primary Fund of the Reserve Fund
2673.   The Provisional French Administrator to Banque Lehman Brothers
2674.   The Provisional French Administrator to Banque Lehman Brothers SA
2675.   The Related Companies
2676.   The Reserve International Liquidity Fund
2677.   The Reserve Yield Plus Fund
2678.   The Rhodes Companies, LLC
2679.   The Seaport Group LLC
2680.   The Shoko Chukin Bank, Ltd.

2681.  The Sports Authority, Inc.
2682.  The TAARP Group, LLP
2683.  The Toyokawa Shinkin Bank
2684.  The Vanguard Group, Inc.
2685.  The Varde Fund IX, L.P.
2686.  The Varde Fund IX-A, L.P.
2687.  The Varde Fund V-B, L.P.
2688.  The Varde Fund VII-B, L.P.
2689.  The Varde Fund VIII, L.P.
2690.  The Walt Disney Company / Disney
2691.  The Williams Companies
2692.  The Yamagata Bank
2693.  Thomas Cook AG
2694.  Thomas M. Cockreil
2695.  Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
2696.  Thomas Reynolds
2697.  Thompson Investment Management, Inc.
2698.  Thomson Reuters Plc & Thomson Reuters Corp.
2699.  Thomson Tat
2700.  ThruPoint, Inc.
2701.  Ticknor Corner LLC
2702.  Tiffany & Co.
2703.  Tiger Asia Fund, L.P.
2704.  Tiger Asia Overseas Fund, Ltd.
2705.  Time Warner
2706.  Timothy A. Cotten
2707.  Tishman Speyer Properties, L.P.
2708.  Tishman Speyer Real Estate Venture VII, L.P
2709.  Tobacco Settlement Financing Corporation
2710.  Tokai Tokyo Securities Co., Ltd.
2711.  Tokai Tokyo Securities Co., Ltd.
2712.  Tom Wolf
2713.  Tomarchio Carmelo
2714.  TomTom N.V.
2715.  Toronto-Dominion Bank
2716.  Total Alpha Investment Fund Management Company S.A.
2717.  Total Gas & Power Limited
2718.  TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
2719.  Town Sports International, Inc.
2720.  Toys R Us
2721.  TPF Generation Holdings, LLC
2722.  TPG Credit Opportunities Investors, L.P.
2723.  TPG Credit Strategies Fund, L.P.
2724.  TPG-Austin Portfolio Holdings LLC
2725.  TPG-Axon Partners (Offshore) Ltd.
2726.  TPG-Axon Partners, LP
2727.  Tracey Morman
2728.  Trademarks LLC
2729.  Tradeweb Markets LLC
2730.  Trading Technologies International

2731.  Training the Street, Inc.
2732.  Trans World Airlines Inc.
2733.  Transamerica Asset Funding Corp.I
2734.  TransCanada Pipelines Limited
2735.  Transdigm Inc
2736.  Transocean Inc.
2737.  Travelers National Accounts
2738.  Travelport 2nd A&R
2739.  Travelport Holdings Ltd.
2740.  Travelport Inc.
2741.  Treasurer of Douglas County, Colorado
2742.  Treasurer of Garfield County, Colorado (The)
2743.  TRG Global Opportunity Master Fund, Ltd.
2744.  TRG Local Currency Opportunity Master Fund, Ltd.
2745.  Tribune Company
2746.  TriOptima AB
2747.  Triple Point Technology, Inc.
2748.  Tri-State Generation And Transmission Association, Inc.
2749.  Tronox Worldwide
2750.  Tronox Worldwide LLC
2751.  Trophy Hunter Investments
2752.  Tropicana Entertainment
2753.  Troutman Sanders LLP
2754.  Troy A. Uhlman
2755.  True Friend 4th Securitization Specialty Co.
2756.  TRW Automotive Holdings Corp.
2757.  TRW Automotive Inc.
2758.  TSO LLC
2759.  TUA Assicurazioni Societa per Azioni
2760.  Tudor Global Emerging Markets Portfolio L.P.
2761.  Turnberry Associates
2762.  Turnberry Fund
2763.  Turnberry Leveraged Credit Master LP
2764.  Turnberry Retail Holding, L.P.
2765.  Turnberry/Centra Crossroads, LLC
2766.  Turnberry/Centra Development, LLC
2767.  Turnberry/Centra Office Sub, LLC
2768.  Turnberry/Centra Quad, LLC
2769.  Turnberry/Centra Sub, LLC
2770.  Turnberry/South Strip, LP
2771.  Tuscon Electric Company
2772.  Tuxedo Reserve Owner LLC
2773.  Tuxedo TPA Owner LLC
2774.  TW Telecom Inc.
2775.  TXU / Texas Utilities
2776.  TXU Energy Company
2777.  Tyco Electronics Tyco International Group S.A.
2778.  U. Young Park

2779. U.S. Bank National Association
2780. U.S. Shipping Partners L.P.
2781. UBS AG
2782. UBS Financial Services
2783. UBS Financial Services of Puerto Rico
2784. UBS International Inc.
2785. UBS Securities LLC
2786. Udo Wellman
2787. Unclaimed Property Recovery Service, Inc.
2788. Unicredito Italiano
2789. Union Bank Of California, N.A.
2790. Union Investment Privatfonds GmbH
2791. United Air Lines
2792. United Coconut Planters Bank
2793. United Components, Inc.
2794. United Corporate Federal Credit Union
2795. United of Omaha Life Insurance
2796. United Parcel Services, Inc. / UPS
2797. United States Steel Corporation / US Steel Corp
2798. United Surgical Partners International, Inc.
2799. UnitedHealth Group IncA-16
2800. University of Pittsburgh
2801. Univision Communications Inc.
2802. UPC Broadband Holding B.V.
2803. UPCMedia
2804. US AG Bank
2805. US Airways Group, Inc.
2806. US Bank National Association
2807. US Bus Pension Scheme
2808. US Investigations Services, Inc.
2809. US Securities and Exchange Commission
2810. USAA Capital Corporation
2811. USI Holdings Corp.
2812. USPF Holdings, LLC
2813. Utah Housing Corporation
2814. Utendahl Capital Partners, L.P.
2815. Uwe Schaper
2816. Uwe Schirrmeister
2817. Uwe Schoenwaelder
2818. Valero Energy Corporation
2819. Van Der Moolen Specialists
2820. Van Gansewinkel Holding B.V.
2821. Van Trai Huynh
2822. Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
2823. Vanguard Fiduciary Trust Company Corporate Bond Trust
2824. Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
2825. Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
2826. Varde Investment Partners (Offshore) Master, L.P.
2827. Varde Investment Partners, L.P.

2828.  Varig S.A. (Vicao Aerea Rio-Grandense)
2829.  VBS Investment Bank
2830.  Venetian Macau Limited
2831.  Venise Acquisition
2832.  Venoco, Inc.
2833.  Venor Capital Master Fund Ltd.
2834.  Venstar Leasing
2835.  Verde CDO
2836.  Verint Systems Inc.
2837.  Verizon Communications Inc.
2838.  Verso Paper Holding LLC
2839.  Versorgungswerk der Apothekerkammer Nordrheim
2840.  Vertrue Incorporated
2841.  Veyance Technologies, Inc.
2842.  Victoria Reinsurance Company Ltd.
2843.  Vignette Europe Limited
2844.  Viktoiaplatz
2845.  Vincent Jackson
2846.  Virginia Electric And Power Company
2847.  Virtual Expo
2848.  Visteon Corporation
2849.  VITA
2850.  Vital Dinero Fondo de Inversion
2851.  Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
2852.  Vitol Asia Pte Ltd.
2853.  Vitol S.A.
2854.  Vittoria Veterano
2855.  Vodafone Group Plc
2856.  Volksbank Aichfeld-Murboden
2857.  Volksbank Bad Goisern
2858.  Volksbank Enns-St. Valentin
2859.  Volksbank Feldkirchen
2860.  Volksbank Gmuend
2861.  Volksbank Graz-Bruck
2862.  Volksbank Obersdorf-Wolkersdorf-Dt
2863.  Volksbank Oetscherland
2864.  Volksbank Osttirol
2865.  Volksbank Ried im Innkreis
2866.  Volksbank Schaerding
2867.  Volksbank Slovenia
2868.  Volksbank Tullnerfeld eG
2869.  Volksbank Voklabruck-Bmunden e.Gen
2870.  Vollers Excavating & Construstion,Inc
2871.  Vornado Realty L.P. Vought Aircraft Industries, Inc.
2872.  VR-LIW GmbH on behalf of Deutsche Apotheker
2873.  VR-LW GmbH
2874.  Wachovia Bank
2875.  Wachovia Securities Ltd.
2876.  Wagram
2877.  Wall St Concepts

2878.   Walmart Stores
2879.   Walter Mosch
2880.   Warburg Pincus Equity Partners L.P.
2881.   Washington Metro
2882.   Washington Mutual Bank
2883.   Washington Mutual, Inc.
2884.   Washington National Insurance Company
2885.   Washington State Tobacco Settlement Authority
2886.   Water Pollution Control Authority for the City of Bridgeport
2887.   Waterfall European CLO S.A.
2888.   Waterstone Market Neutral Mac 51 Ltd
2889.   WCCV
2890.   WCG Master Fund
2891.   WCI Capital Corp.
2892.   WCI Communities
2893.   WDAC Intermediate
2894.   Weetabix Mills
2895.   Wellmont Health System
2896.   Wellpoint Inc
2897.   Wells Fargo & Co.
2898.   Wells Fargo Bank Minnesota
2899.   Wells Fargo Bank, NA
2900.   Werra Papier
2901.   Wesco Aircraft Hardware Corp.
2902.   Westar Energy, Inc.
2903.   Western Asset UK GBP Credit Plus Bond Fund
2904.   Western Digital Corporation
2905.   Westernbank Puerto Rico
2906.   WestLB AG, New York Branch
2907.   Westport Capital Management
2908.   WH 2005 / NIAM III East Holding OY
2909.   Wharton Asian Arbitrage Fund I
2910.   Wharton Asian Special Opportunities Company 1 Ltd.
2911.   Whippoorwill Associates Inc
2912.   White Marlin CDO 2007-1
2913.   White Mountains Insurance Group, Ltd.
2914.   Whitworth College, d/b/a Whitworth University
2915.   Wilfried Uttendorf
2916.   William C. Meyer Jr.
2917.   William Capital Group, L.P.
2918.   William Kuntz, III
2919.   William P. White
2920.   Williams Partners L.P.
2921.   Wilmar Landco LLC
2922.   Wilmington Trust Company
2923.   Wilmington Trust Company
2924.   Wilmington Trust FSB
2925.   Wim J.M. Alen
2926.   Wimar Opco

2927. Wind Telecommunicazioni S.P.A.
2928. Windels Marx Lane & Mittendorf, LLP
2929. Windwalker Hawaii
2930. Wingecarribee Shire Council
2931. Winstar
2932. Wintergreen Orchard House
2933. Wisconsin Electric Power Company
2934. Wisconsin Energy Corporation
2935. Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
2936. Wisconsin Power And Light Company
2937. WMG Acquisition Corp.
2938. Wolf Hollow 2nd Lien
2939. Wolf Hollow I LP
2940. Wolters Kluwer NV
2941. Woodmark
2942. World Directories
2943. World Directories Acquisition Corp.
2944. WSG Development Co.
2945. WWK Hawaii
2946. Wyeth
2947. Xcel Energy Inc.
2948. Xerox Corporation
2949. Xianhua Xu
2950. Xicor, LLC
2951. XL Capital
2952. XL Specialty Insurance Company A-I7
2953. XLCA Admin, LLC
2954. XLCDS, LLC
2955. Yang Wei Ying
2956. Yankee Candle Company, Inc.
2957. Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
2958. Yarpa Investmenti S.G.R. S.P.A.-RP3
2959. Yellowstone Club
2960. Yellowstone Mtn Club
2961. Yildiz Holdings, Inc.
2962. Yin Ying Leung
2963. York Asian Opportunities Master Fund, L.P.
2964. York Capital Management, L.P.
2965. York Credit Opportunities Fund, L.P.
2966. York Credit Opportunities Master Fund, L.P.
2967. York Credit Opportunities Unit Trust
2968. York European Focus Master Fund, L.P.
2969. York European Opportunities Master Fund, L.P.
2970. York Global Master Fund, L.P.
2971. York Investment Master Fund, L.P.
2972. York Select Master Fund, L.P.
2973. York Select Unit Trust
2974. York Select, L.P.

2975.  Yorvik Partners LLP
2976.  Young Broadcasting
2977.  YPSO France S.A.S.
2978.  YPSO Senior
2979.  Yuanta Commercial Bank
2980.  Yuksung Korea Co., Ltd.
2981.  Yuma Hospital District
2982.  Yun You
2983.  Zahniser Trust
2984.  ZAIS Opportunity Master Fund, Ltd.
2985.  Zais Scepticus Fund I, Ltd.
2986.  ZAO KB Citibank
2987.  Zephyrus Investments LLC
2988.  Zwinger Opco 6 BV

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the.International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Anthony J. Napolitano & Associates
- Appleby Global
- Baker & McKenzie LLP
- Balcomb & Green, P.C.

- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Bickerton Lee Dang & Sullivan, LLP
- Bih Li & Lee
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- BLP Abogados
- BlueGate Partners, LLC
- Bonchonsky & Zaino, LLP
- Bonelli Erede Pappalardo
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Broad & Cassel
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- CB Richard Ellis
- Cederquist
- Chiomenti Studio Legale
- Chun Rair & Yoshimoto LLP
- Click & Null, P.C.
- Clyde Click
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- David Marks QC
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- Dickstein Shapiro LLP
- DLA Piper
- Dorsey & Whitney LLP
- DTZ Rockwood LLC
- Duff and Phelps

- Duff and Phelps
- Einstein Malanchuk LLP
- Epiq
- Ernst & Young LLP
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Herzfeld & Rubin, P.C.
- Hoegen & Associates, P.C.
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunt Leibert Jacobson, P.C.
- Hunton & Williams LLP
- Huron Consulting Group
- International Legal Counselors Thailand Ltd.
- Jackson Lewis LLP
- Jeffer, Mangels, Butler & Marmaro
- Jeffery Peter Onions QC
- Jenner & Block LLP
- Jenner and Block LLP
- Jones Day
- Juris Law Offices
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kelly Matthew Wright
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krebsbach & Snyder, P.C.
- Krieg Devault LLP

- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- Lombardo Dufresne
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Mandel, Katz & Brosnan LLP
- Mannheimer Swartling Advokatbyrå Ab
- Maples and Calder (Cayman Office)
- Mayo Crowe LLC
- Mazars LLP
- McCann FitzGerald Solicitors
- McDermott Will & Emery LLP
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Merra & Kanakis, P.C.
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- Mourant du Feu & Jeune
- Natixis Capital Markets
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Pachulski Stang Ziehl & Jones LL
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- PetroVal, Inc.
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP

- Raja & Tann
- Reilly Pozner & Connelly LLP
- Richard Sheldon QC
- Richards, Layton & Finger, P.A.
- Salvadore Auctions & Appraisals, Inc.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Snyder Valuation
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Sutherland Asbill & Brennan LLP
- Thacher Proffitt & Wood LLP
- The Madden Law Firm
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Travers Smith LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Valentine S. Grimes & Co.
- Wachtel & Masyr LLP
- Watson, Farley & Williams (Thailand) Limited
- White & Case
- Willkie Farr & Gallagher LLP
- Wilmer Cutler Pickering Hale and Dorr LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.
- Worldwide Trade Partners
- Wynn & Wynn, P.C.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- American Family Life Assurance Company Of Columbus
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
- Avenius, et, al. v. Banc of America Securities LLC, et., al.

- Bader & Yakaitis P S P & Trust
- Bank of America Trust and Banking Corporation (Cayman) Limited
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- FCCD Limited
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Harrier Finance Limited,
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Metropolitan West Low Duration Bond Fund
- Miron Berenshteyn
- Nomura Global Financial Products Inc.
- Oliver Cheng
- Olivia Bam

- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- PNC Bank, National Association
- Prudential Global Funding LLC
- Rathgar Capital Corporation
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1.    1221 Avenue of the Americas
2.    125 Broad Street
3.    1301 Properties Owner LP
4.    2027 Collections Center Drive
5.    4 Connections LLC
6.    425 Lexington Ave.
7.    515 South Flower Street
8.    55 Broadway
9.    767 Fifth Avenue
10.   77 West Wacker
11.   A V Services Inc.
12.   AC Nielsen Company
13.   Acronis, Inc.
14.   AFD Contract Furniture Inc.
15.   Agilysys Nj, Inc.
16.   Allen & Overy
17.   Alpha Office Supplies Inc.
18.   Anjarlekar & Associates
19.   ANZ Banking Group Limited
20.   Aperture Technologies
21.   Ashurst Morris Crisp
22.   Australia and New Zealand Banking Group Limited
23.   Automated Securities Clearance Ltd.

| | |
|---|---|
| 24. | Ayco Services Agency Inc. |
| 25. | Banctec Ltd. |
| 26. | Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency |
| 27. | Bank One Plaza |
| 28. | Bats Trading, Inc. |
| 29. | Bloomberg Finance LP |
| 30. | Bloomberg L.P. |
| 31. | Broadridge Securities Processing |
| 32. | BT Americas, Inc. |
| 33. | Cadwalader, Wickersham and Taft |
| 34. | Canary Wharf Management Limited |
| 35. | CB Richard Ellis Client Account RE Gloa |
| 36. | CDW Direct LLC |
| 37. | Centrale Attivita Finanziarie SPA |
| 38. | CHD Meridian Healthcare |
| 39. | Clayton Fixed Income Services, Inc. |
| 40. | Clifford Chance |
| 41. | Compliance Data Center Inc. |
| 42. | Compucenter (UK) Ltd. |
| 43. | Computer Associates International Inc. |
| 44. | Computer Financial Consultants, Inc. |
| 45. | Cushman & Wakefield Inc. |
| 46. | Cyveillance |
| 47. | Davis Polk and Wardwell |
| 48. | DBRS Inc. |
| 49. | Dell Marketing L.P. |
| 50. | Deutsche Borsche AG |
| 51. | DGWB, Inc. |
| 52. | Dimension Data |
| 53. | Diversified Global Graphics Group DG3 |
| 54. | DnB NOR Bank ASA |
| 55. | Drowst Trading LLC |
| 56. | Elyo Services Limited |
| 57. | Emil Werr |
| 58. | Enterprise Solution Providers Inc. |
| 59. | Ernst & Young LLP |
| 60. | Ernst & Young Private Limited |
| 61. | EXLservice Holdings Inc. |
| 62. | Fidessa Plc. |
| 63. | First Commercial Bank Co., Ltd, New York Agency |
| 64. | FTInteractive Data |
| 65. | Gartner Group Inc. |
| 66. | Gotham Technology Group |
| 67. | Greenline Financial Technologies Inc. |
| 68. | Hanover Moving &Storage Co Inc. |
| 69. | Hatfield Philips International Limited |
| 70. | Haworth Singapore PTE Ltd. |
| 71. | Headstrong Services, LLC |
| 72. | Henegan Construction Co., Inc. |
| 73. | Hewlett Packard AP (Hong Kong) Limited |
| 74. | Hewlett Packard Company |

| | |
|---|---|
| 75. | HSBC Bank |
| 76. | IBM Corporation |
| 77. | ICAP Securities Limited 1078. |
| 78. | Information Builders Inc. |
| 79. | Intuition Publishing |
| 80. | Ikon Office Solutions Inc. |
| 81. | ILOG Inc. |
| 82. | Inconit Corporation |
| 83. | Information Builders Inc |
| 84. | Infusion Development Corp. |
| 85. | Integreon Managed Solutions |
| 86. | Interactive Data Corp. |
| 87. | Intuition Publishing Inc. |
| 88. | IPC Information Systems Inc. |
| 89. | Iron Mountain Digital Archives |
| 90. | Iron Mountain Records Management |
| 91. | JQ Network PTD Limited 1082 |
| 92. | Kepner Tregoe Inc. |
| 93. | Key Systems |
| 94. | Kim & Chang |
| 95. | Kingston Communications PLC |
| 96. | KPMG, LLP |
| 97. | Lancaster Office Cleaning Co. |
| 98. | Lexis Nexis |
| 99. | Linklaters, S.L. |
| 100. | Liquid Engines, Inc. |
| 101. | Logical Information Machines |
| 102. | London & European Title Insurance Services Ltd. |
| 103. | London Borough of Tower Hamlets Rates |
| 104. | London Eastern Railway Limited |
| 105. | Mace Limited |
| 106. | McKee Nelson LLP |
| 107. | Mellon Analytical Solutions |
| 108. | Meridian IT, Inc. |
| 109. | Meridian It, Inc. |
| 110. | Michael Stapleton Associates |
| 111. | Microsoft Corporation |
| 112. | Microsoft Licensing, GP |
| 113. | Millennium Developers PVT Ltd. |
| 114. | Morse Group Limited |
| 115. | Morse Service Holdings Limited |
| 116. | National Bank of Australia |
| 117. | National Commerce Bank |
| 118. | Net One Systems |
| 119. | Network Appliance Inc. |
| 120. | Nishimura & Partners |
| 121. | Northrop Grunman |
| 122. | NYSE Market, Inc. |
| 123. | Origin HR Consulting Limited |
| 124. | Paul Weiss |
| 125. | Polaris Software Lab (India), Ltd. |

126.    Pricoa Relocation UK Limited
127.    Quest Software Inc.
128.    Rainmaker Group LLC
129.    Restaurant Associates
130.    Reuters America
131.    Reuters Ltd.
132.    Rittal Corporation
133.    Rockefeller Center North, Inc.
134.    Rolfe & Nolan Systems Inc.
135.    RR Donnelley Receivables Inc.
136.    SAS Institute Inc
137.    Sharon Land Company, LLC
138.    SOS Security Inc.
139.    Standard & Poors
140.    Standard and Poors Corp.
141.    Standard Chartered Bank
142.    Standard Register
143.    Storage Technology Corp
144.    Structure Group
145.    Sungard Securities Finance Ltd.
146.    Swapswire Limited
147.    Swets Information Services Inc.
148.    Tac Americas, Inc.
149.    Taipei Fubon Bank, New York Agency
150.    Tata Consultancy Services
151.    The Bank Of New York
152.    The British Land Company PLC
153.    Thomson Financial
154.    Tibco Software, Inc.
155.    Transaction Network Services
156.    Trilogy Leasing Co. LLC
157.    Trimont Real Estate Advisors Inc.
158.    Triple Point Technology, Inc.
159.    Verrazano Consulting Solutions, LLC
160.    Vertex Mortgage Services
161.    Video Corporation Of America
162.    Virtix
163.    Wipro Technologies
164.    Wombat Financial Software, Inc.
165.    ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP

- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

(a)    <u>Current</u>
- Metlife
- Mizuho Corporate Bank, Ltd.
- The Bank of NY Mellon
- The Vanguard Group
- Wilmington Trust Company
- U.S. Bank N.A.
- Elliot Management Corp.

(b)    <u>Former</u>
- Aegon USA Investment Management
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Royal Bank of Scotland, PLC
-

## Selected Derivative Counterparties

1.    Advanced Graphic Printing, Inc.
2.    Advanced Micro Devices, Inc.
3.    AIG CDS, Inc.
4.    Aircraft Finance Trust
5.    Allison Transmission
6.    AMBAC Credit Products, LLC
7.    A.M. McGregor Home

8.  American Investor Life Insurance Company
9.  Aviva Life Insurance Company
10. Aviva Live & Annuity Company
11. Banca Italease S.p.A.
12. Banco Espirito Santo Investimento
13. Banco Espirito Santo
14. Bayview Financial, L.P.
15. Bayview Opportunity Master Fund, L.P.
16. Bremer Financial Corporation
17. BRM Group, Ltd.
18. Canadian National Resources Limited
19. Capital Automotive L.P.
20. Cheung Kong Bond Finance Limited
21. Chevron U.S.A. Inc.
22. City of Milwaukee, Wisconsin
23. Colorado Housing Finance Authority
24. Consolidated Container Company LLC
25. Convexity Capital Master Fund L. P.
26. Deer Park Road Corporation
27. Delaware River Port Authority
28. Deutsche Bank National Trust Company
29. Deutsche Bank Trust Company Americas
30. Dexia Bank Internationale a Luxembourg SA
31. Dexia Banque Belgique SA
32. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33. Direct Energy Business, LLC
34. Dollar General Corporation
35. E-Capital Profits Limited
36. Embarcadero Aircraft Securitization Trust
37. Emigrant Bank
38. Energy America LLC
39. Enterprise Products Operating, LLC
40. EPCO Holdings, Inc.
41. Federal Home Loan Bank of Dallas
42. FirstBank of Puerto Rico
43. Florida Power & Light Company
44. FPL Energy Power Marketing, Inc.
45. FSA Credit Protection Trust 283
46. Gaston Christian School, Inc.
47. Government of Singapore Investment Corp.
48. H21 Absolute Return Concepts SPC  ARC-B07-20
49. H21 Absolute Return Portfolios SPC Class A
50. HarbourView CDO III, Limited
51. HFF I, LLC
52. Houghton Mifflin Harcourt Publishing Company
53. Iconix Brand Group, Inc.
54. Idaho Housing and Finance Association
55. Indianapolis Life Insurance Company (Inc)
56. ING Life Insurance & Annuity Company
57. ING USA Annuity & Life Insurance Company
58. Intel Corporation

| 59.  | Iowa Telecommunications Services Inc |
| 60.  | Irish Life & Permanent PLC |
| 61.  | Italease Finance S.p.A. |
| 62.  | JA Solar Holdings Co., LTD. |
| 63.  | Lexington Insurance Company |
| 64.  | Life Investors Insurance Company of America |
| 65.  | Lincore Limited |
| 66.  | Linn Energy, LLC |
| 67.  | MEG Energy Corp. |
| 68.  | Metavante Corporation |
| 69.  | Ministry of Finance Italy |
| 70.  | Monumental Life Insurance Company (INC) |
| 71.  | Natixis Environment & Infrastructures |
| 72.  | Nebraska Investment Finance Authority |
| 73.  | New Generation Funding Trust 15 |
| 74.  | New Generation Funding Trust 16 |
| 75.  | New Jersey Housing and Mortgage Finance Agency |
| 76.  | New York Life & Annuity Insurance Corporation |
| 77.  | New York Life INS & Annuity Corp Private Placi |
| 78.  | New York Life Insurance Company Inc |
| 79.  | Northcrest, Inc. |
| 80.  | Occidental Power Services, Inc. |
| 81.  | Official Committee of Unsecured Creditors |
| 82.  | OHP Opportunity Limited Partnership |
| 83.  | One Madison Investments (CAYCO) Limited |
| 84.  | Pacific Life & Annuity Co |
| 85.  | Pacific Lifecorp |
| 86.  | Pacific Life Insurance Company |
| 87.  | Pinnacle Foods Finance LLC |
| 88.  | Portfolio Green German CMBS GMBH |
| 89.  | Principal Financial Services Inc. |
| 90.  | Putnam (183 ISDA's) |
| 91.  | Reliastar Life Insurance Company |
| 92.  | Reliastar Life Insurance Company of New York |
| 93.  | Reynolds American Defined Benefit Master Trust |
| 94.  | Riversource Life Insurance Company of New York |
| 95.  | Russell Implementation Services Inc. |
| 96.  | Russell Investment Group |
| 97.  | Security Life of Denver Insurance Company |
| 98.  | Security Life of Denver Insurance Company Inc |
| 99.  | Simpson Meadows |
| 100. | Southern California Edison Company |
| 101. | Standard Credit Group LLC |
| 102. | Sunamerica Life Insurance Company |
| 103. | TFS (Germany) |
| 104. | TFS (TX) |
| 105. | TFS Derivatives Corporation |
| 106. | TFS Derivatives Total |
| 107. | TFS Derivatives Total |
| 108. | TFS Oil |
| 109. | TFS Oil Floor |

110.  TFS PWR NG
111.  TFS Sing
112.  TFS UK
113.  TFS UK Cleared
114.  TFS-ICAP
115.  Tobacco Settlement Financing Corporation
116.  Tradition (North America) Inc.
117.  Tradition Asiel Securities Inc.
118.  Tradition Services S.A. DE C.V. Mex
119.  Transamerica Financial Life Insurance Co
120.  Transamerica Occidental Life Insurance Co
121.  Tullett Prebon Holdings Corporation
122.  University of Pittsburgh
123.  Verde CDO Ltd.
124.  Verde CDO, LLC
125.  Veyance Technologies, Inc.
126.  Wellmont Health System
127.  West Corporation
128.  Zeeland Aluminium Company AG

## Principal Investments

1.   ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
2.   AlixPartners
3.   Applebees
4.   Brozero Limited
5.   Castex Energy 2007, L.P.
6.   Castex Energy, Inc.
7.   Celtic Pacific (UK) Two Limited
8.   Classic Cruises Holdings S.a.r.l.
9.   Crimson Exploration Inc.
10.  David Arrington Oil & Gas Barnett Shale IV, LLC
11.  David Arrington Oil & Gas, Inc.
12.  Delta Prefco Limited
13.  Delta Topco Limited
14.  DHS Drilling Company
15.  DHS Holding Company
16.  Energy XXI Gulf Coast, Inc.
17.  FDR Holdings, Ltd.
18.  First Wind Holdings, LLC
19.  Firth Rixson Limited
20.  Forgings International Holdings 1 Limited
21.  Forgings International Holdings Limited
22.  Forgings International Limited
23.  FR Acquisition Corporation (Europe) Limited
24.  FR Acquisition Corporation (Luxembourg) Sarl
25.  FR Acquisition Corporation (US), Inc.

26.    FR Acquisition Finance Subco (Luxembourg) Sarl
27.    FR Acquisition Holding Corporation (Luxembourg) Sarl
28.    FR Acquisition Subco (Luxembourg) Sarl
29.    Frontier Drilling ASA
30.    Frontier Drilling USA, Inc.
31.    Greenbrier Minerals Holdings, LLC
32.    Greenbrier Minerals, LLC
33.    Greenbrier Petroleum Corp.
34.    Hilcorp Energy I, L.P.
35.    Hilcorp Exploration Venture 1 LLC
36.    Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc.
37.    Jazz Pharmaceuticals, Inc.
38.    JFB Firth Rixson, Inc.
39.    JFB Overseas Holdings Limited
40.    JPI Commercial, LLC
41.    Labarge Pipe & Steel Company
42.    Latshaw Drilling & Exploration Company
43.    Latshaw Drilling Company, LLC
44.    LBPS Holding Co.
45.    LIM
46.    McJunkin Nigeria Limited
47.    McJunkin –Puerto Rico Corp.
48.    McJunkin Red Man Development Corp. (F/K/A McJunkin  Development  Corporation)
49.    McJunkin Red Man Holding Corp.
50.    McJunkin -West Africa Corp.
51.    MEG Energy Corp.
52.    Midway-Tristate Corp.
53.    Milton Oil & Gas Co.
54.    Minrad International, Inc.
55.    Mountain Drilling Company
56.    Mountain Drilling LLC
57.    MRC Management Co. (F/K/A MRM West Virginia Management Company)
58.    MRM Oklahoma Management LLC
59.    Oceana Cruises, Inc.
60.    Orthovita, Inc.
61.    Pegasus International, Inc.
62.    Petsec Energy Inc.
63.    Pinnacle Entertainment Corp.
64.    Prestige Cruise Holdings Inc.
65.    Radisson Seven Seas France
66.    Red Man Pipe & Supply Co.
67.    Regents
68.    RJO Holdings Corp.
69.    RJO Investor Corp.
70.    Ruffner Realty Co.
71.    Sacher Funding Ltd.

72.    SCP Worldwide I L.P.
73.    Sheridan Healthcare
74.    Sixth Gear Funding Trust
75.    Sixth Gear Inc.
76.    Sixth Gear Solutions Corp.
77.    SkyPower Corp.
78.    Spanish Broadcasting Systems, Inc.
79.    Supplystill Limited
80.    Universal Ensco, Inc.
81.    Universal Pegusus
82.    UP Acquisition Sub Inc.
83.    Up Holdings Inc.
84.    Varel Funding Corp.
85.    Varel International Ind., L.P.
86.    Veyance
87.    Voss of Norway
88.    Vought
89.    Walton Street Capital
90.    Walton Street Real Estate Fund V, L.P.
91.    Wesco Acquisition Partners, Inc.
92.    WTCC Ventana Alpha Mezz V, L.L.C.
93.    WTCC Ventana Investors V, L.L.C.
94.    WTCC Ventana Mezz V, L.L.C.
95.    Yankee Candle

**SCHEDULE 2**

LEHMAN BROTHERS HOLDINGS INC., *ET AL.*

SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR HAVE FORMERLY
EMPLOYED (WITHIN THE LAST TWO YEARS) BINGHAM MCCUTCHEN LLP IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[1]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Duke Energy Inc. | Non-Adverse Party | Q-Comm Corp.<br>Cinergy Communications Co.<br>Norlight Telecommunications<br>Cinergy Metronet Inc. |
| Veyance Technologies | Non-Adverse Party | Goodyear Engineered Products Canada Inc.<br>Monk Mining Supply, Inc.<br>National Belt Service, Inc.<br>RCT Servicos de Vulcanizacao Ltda<br>Specialty Fabrics & Converting, Inc.<br>Veyance Productos Industriales, S. De R.L. De C.V.<br>Veyance Technologies Australia Pty Ltd. |

---

[1]      The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Bingham through its conflict reporting system. Bingham has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Bingham has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.