**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Howard S. Beltzer
Jeffrey G. Tougas
Christine A. Walsh

*Counsel to BNP Paribas and Affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> **Case No. 08-13555 (JMP)** <br><br> (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF CERTAIN ADDITIONAL AFFILIATES OF BNP PARIBAS

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as attorneys for: BNP Paribas Hong Kong; BNP Paribas London Branch; BNP Paribas Milan; BNP Paribas PALM Paris; BNP Paribas Re'; BNP Paribas Seoul; BNP Paribas Tokyo Branch; BNP Paribas Wealth Management Singapore Branch; BNPP AM (Gulf Stream Funds); BNPP AM Investment Fund; Cardif Life Insurance Company; and Cardif Property and Casualty Company (collectively, the "**Additional BNPP Affiliates**") in the above-captioned jointly-administered chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

17652420

Procedure (the "**Bankruptcy Rules**"), Mayer Brown respectfully requests that all notices given, or required to be given, in these cases, and all papers served, or required to be served, in these cases, be given and served upon Mayer Brown at the office, address and telephone number set forth below, and that Mayer Brown be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Howard S. Beltzer, Esq.
Jeffrey G. Tougas, Esq.
Christine A. Walsh, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: hbeltzer@mayerbrown.com
jtougas@mayerbrown.com
cwalsh@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or the Additional BNPP Affiliates.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, or any case, controversy, or proceeding related to this case, (iii)

17652420

2

the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
October 7, 2010

By: /s/ Howard S. Beltzer
Howard S. Beltzer
Jeffrey G. Tougas
Christine A. Walsh
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
Ph: 212-506-2500
Fax: 212-262-1910

*Counsel to BNP Paribas and Affiliates*

\* \* \*

17652420