MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: 212-506-2500
Facsimile: 212-262-1910

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
**In re**                                                         :
                                                                  :      **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*      :      **08-13555 (JMP)**
                                                                  :
                                    **Debtors.**             :      **(Jointly Administered)**
                                                                  :
-----------------------------------------------------------------------x

### THIRD AMENDED VERIFIED STATEMENT OF MAYER BROWN LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Mayer Brown LLP together with its affiliates (collectively "Mayer Brown"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc., and related debtors (collectively, the "Debtors"), submits this third amended verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (this "Verified Statement") and respectfully states as follows:

1.      Mayer Brown is counsel, as of the date hereof, to the Entities in connection with the above-captioned cases. The address for Mayer Brown for purposes of this Verified Statement is 1675 Broadway, New York, New York, 10019.

2.      The mailing address for each of the Entities is listed on Exhibit A hereto.

3.      Each of the Entities holds or may hold claims against and/or interests in the Debtors arising by virtue of contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law. Mayer Brown holds no ownership interests in any such claims or interests.

4.      Each of the Entities separately requested that Mayer Brown represent them in connection with the Debtors' chapter 11 cases.  The approximate date that Mayer Brown was retained by each of the Entities is set forth in Exhibit A.

5.      Mayer Brown has provided, and may continue to provide, legal services to the Debtors and their affiliates.  With respect to prepetition legal services performed by Mayer Brown for the benefit of the Debtors, Mayer Brown has filed an unsecured, prepetition proof of claim $508,755.27 in the chapter 11 case of Lehman Brothers Holdings, Inc., Case No. 08-13555 (which proof of claim has been assigned Claim Number 42533).

6.      Mayer Brown reserves the right to further supplement this Verified Statement from time to time in accordance with Bankruptcy Rule 2019.

7.      The information contained herein and in the attached exhibits has been compiled by those at Mayer Brown with responsibility for gathering and maintaining such information.

8.      Following a reasonable inquiry under the circumstances into the accuracy and completeness of the information, the undersigned, who is a partner and authorized representative of Mayer Brown, declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated:  October 7, 2010
        New York, New York

Respectfully submitted,

MAYER BROWN LLP

By:___ /s/ Cary J. Malkin_____
        Cary J. Malkin

1675 Broadway
New York, New York 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

2