**EXHIBIT A**
**LIST OF MAYER BROWN CLIENTS BEING REPRESENTED IN CONNECTION WITH LEHMAN BROTHERS' U.S. BANKRUPTCY PROCEEDINGS**

ACE European Group Limited
Ace Building
100 Leadenhall Street
London EC3A 3BP
United Kingdom
Date Retained:  10/20/2008

AIG UK Limited
1 Wythall Green Way
Wythall
Birmingham B47 6WG
United Kingdom
Date Retained:  2/16/09

AMMC CLO V Limited
c/o U.S Bank National Association
Attn:  SFS-CDO Unit-AMMC CLO V, Ltd.
One Federal Street, 3rd Fl
Boston, MA 02110
Date Retained: 9/15/2008

The Andrew W. Mellon Foundation
140 East 62nd Street
New York, NY 10065
Date Retained:  1/27/2009

Arden Asset Management LLC
General Counsel
375 Park Avenue
32nd Floor
New York, NY 10152
Date Retained:  9/25/2008

Ares IIR CLO, Ltd.
Attn: The Directors
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town
Grand Cayman, Cayman Islands
Date Retained:  9/15/2008

Ares IX CLO, Ltd.
Attn: The Directors
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town
Grand Cayman, Cayman Islands
Date Retained:  9/15/2008

Ares VIR CLO, Ltd.
c/o U.S Bank National Association
One Federal Street, 3rd Fl
Attn:  CDO Unit- Ares-VIR  CLO, Ltd.
Boston, MA 02110
Date Retained: 9/15/2008

Armory Fund LDC;  Arbitral International Corp, et. al.
Av. Brigadiero Faria Lima, 2601 – cj 44
Sao Paulo 01452-000
Brazil
Date Retained:  10/2/2008

ASB Capital Management
7501 Wisconsin Avenue
Bethesda, MD 20814
Date Retained: : 9/15/2008

Ascot Underwriting Limited;
Ascot Underwriting Asia Pte. Ltd.
Plantation Place
30 Fernchurch Street
London EC3M 3BD
United Kingdom
Date Retained:  11/20/2008

Banca del Ceresio SA;
Belgrave Capital Management Ltd.
5 Lower Belgrave Street
London, Greater London SW1 W0NR
United Kingdom
Date Retained: 10/29/2008

Banca March
Castello, 77. 3a Planta
Madrid 28006
Spain
Date Retained: 10/26/2009

Banca Nazionale del Lavoro S.p.A.
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Banco Madrid
Paseo de la Castellana, 2
Madrid 28046
Spain
Date Retained: 1/7/2009

Bangkok Bank Public Company Limited
29 Broadway, 20th Floor
New York, NY 10006
Date Retained: 4/14/2009

Bank of America NA
231 South LaSalle Street
Chicago, IL 60697
Date Retained: 9/15/2008

Bank Leumi le-Israel, B.M.
Legal Department
35 Yehuda Halevi Street
Tel Aviv 65136
Israel
Date Retained: 9/28/2008

Bank Leumi (Switzerland) Ltd.
Claridenstrasse 34
CH-8022
Zurich
Switzerland
Date Retained: 10/19/2008

Bankinter, S.A.
Head of Legal and Tax Department
Paseo de la Castellana 29
Madrid 28046
Spain
Date Retained: 10/27/2008

Barep Asset Management (Ireland) Limted,
as Agent for Société Générale (Dublin
Branch), as Trustee for Barep Achillea
3rd Fl., IFSC House,
IFSC
Dublin 1, Ireland
Date Retained: 6/19/2009

Barry Harte Holdings Limited
11 Anglesea Street
Cork
Republic of Ireland
Date Retained: 3/25/2009

Bayerische Landesbank
560 Lexington Avenue
New York, NY 10022
Date Retained: 5/12/2009

BlackRock, Inc.
40 East 52nd Street
New York, NY 10022
Date Retained: 9/15/2008

BNP Paribas
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Arbitrage
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Commodity Futures Limited
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Equities France
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Fin' AMS
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Gestion CB-CDS
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Hong Kong
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas London Branch
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Milan
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Obli Longe Terme
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas PALM Paris
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Ré
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas S.B. Ré, Société Anonyme
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Securities Corp.
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Securities (Japan) Ltd.,
Tokyo Branch
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Seoul
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Sucursal en Espana P.P.
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Tokyo Branch
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Wealth Management
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Wealth Management Hong
Kong Branch
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNP Paribas Wealth Management
Singapore Branch
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNPP AM (Gulf Stream Funds)
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BNPP AM Investment Fund
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

BS Pension Fund Trustees Limited
Douglas House
116 Waterloo Street
Glasgow G2 7NL
United Kingdom
Date Retained: 2/20/2009

Canadian Imperial Bank of Commerce
CIBC World Markets Corp.
CIBC World Markets Inc.
425 Lexington Avenue
New York, NY 10017
Date Retained: 9/19/2008

Canary Wharf Holdings Limited; Canary
Wharf Group Plc; Canary Wharf (Drapers
Garden) Ltd.
One Canada Square
Canary Wharf
London E14 5AB
United Kingdom
Date Retained: 2/5/2009

Cantor Fitzgerald LP &
Delivery Concepts, LLC (d/b/a
Delivery.com)
110 East 59th Street
New York, NY 10022
Date Retained: 9/30/2008

Cardif Assicurazioni S.p.A.
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Cardif Life Insurance Company
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Cardif Lux International SA
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Cardif Property and Casualty Company
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Carlyle High Yield Partners VII, Ltd.
Attn: Worldwide Securities Services-
Carlyle High Yield Partners VII, Ltd.
600 Travis Street, 50th Floor
Houston, TX 77002
Date: Retained: 9/15/2008

Carlyle High Yield Partners IX, Ltd.
C/O Walkers SPV Limited
P.O. Box 908 GT
Walker House, Mary Street
George Town
Grand Cayman
Cayman Islands
Date Retained: 9/15/2008

CB Richard Ellis Investors, L.L.C.
515 South Flower Street, Suite 3100
Los Angeles California, 90071
Date Retained: 9/18/2008

Chambre de Commerce et d'industrie de Paris
27 Avenue de Friedland
Paris Cedex 08 75382
France
Date Retained: 6/16/2009

Citibank N.A.
390 Greenwich Street
New York, NY 10013
Date Retained: 9/29/2008

Compagnie d'Investissements de Paris S.A.S.
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Compagnie la Lucette
7 rue Scribe
Paris 75009
France
Date Retained: 9/9/2009

CooperNeff Master Fund I Segregated Portfolio Company SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Corus Bank, N.A.
3959 N. Lincoln Avenue
Chicago, IL 60613
Date Retained: 9/15/2008

Corus Construction Ventures, LLC
c/o St. Residential LLC
175 West Jackson
Suite 540
Chicago, IL 60604
Date retained: 6/7/2010

Darnell Limited
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Deutsche Zentrale-Genosennschaftsbank
Platz de Republic
Frankfurt Am Main 60265
Germany
Date Retained: 9/15/2008

DS Smith Pension Trustees Ltd.
2 King's Court
Willie Snaith Road
Newmarket, Suffolk CB8 7SG
United Kingdom
Date Retained: 6/1/2009

The County of DuPage, Illinois
421 North County Farm Road
Wheaton, IL 60187
Date Retained: 1/8/2009

Ernst & Young
5 Times Square
New York, NY 10036
Date Retained: 9/29/2008

Ernst & Young Ltd. (Bermuda)
Reid Hall
3 Reid Street
Hamilton HM11
Bermuda
Date Retained: 4/1/2009

Equilend Holdings, LLC
17 State Street
New York, NY 10004
Date Retained: 8/24/2010

Federal Home Loan Bank of Boston
111 Huntington Avenue
24th Floor
Boston, MA 02199
Date Retained: 2/9/2010

Federal Home Loan Bank of Chicago
111 East Wacker Drive
Chicago, IL 60601
Date Retained:  9/18/2008

General Electric Capital Corporation
GE Commercial Finance
401 Merritt Seven
2nd Floor
Norwalk, CT 06851-1000
Date Retained:  9/15/2008

GMAC Inc.
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
Attention:  Stephen Van Dolsen
Date Retained:  9/16/2008

GMAC Investment Management LLC
c/o GMAC Inc.
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
Attention:  Stephen Van Dolsen
Date Retained:  9/16/2008

Gulf Stream-Compass CLO-2002-1, Ltd.
Gulf Stream-Compass CLO 2003-1, Ltd.
Gulf Stream-Compass CLO 2004-1, Ltd.
Gulf Stream Sextant CLO 2007-1, Ltd.
Gulf Stream Sextant CLO 2006-1, Ltd.
c/o U.S. Bank N.A.
One Federal Street, 3rd Floor
Boston, MA 02110
Date Retained:  9/15/2008

Gulf Stream-Compass CLO 2005-1, Ltd.
Gulf Stream –Compass CLO 2005-II, Ltd.
Attention: The Directors
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town, Cayman Islands
Date Retained: 9/15/2008

Harlan Investment Limited
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Hawaï  Fund
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Hawaï  2 Fund
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Hawaï  2 PEA Fund
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Hawaï  PEA Fund
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Hewitt Associates Limited
6 More London Place
London SE1 2DA
United Kingdom
Date Retained:  10/7/2008

HSBC Securities
452 Fifth Avenue
9th Floor
New York, NY 10018
Date Retained:  9/15/2008

HSH Nordbank AG
230 Park Avenue
New York, NY 10169
Date Retained:  5/12/2009

Hudson Castle Group, Inc.
810 Seventh Avenue
11th Floor
New York, NY 10019
Date Retained: 9/15/2008

Hudson Castle Group, Inc.
120 White Plains Road
Suite 115
Tarrytown, NY 10591
Date Retained:  9/15/2008

Illinois Housing Development Authority
401 North Michigan Ave.
Suite 700
Chicago, IL 60611
Date Retained: 12/5/2008

Illinois Tool Works, Inc.
3600 West Lake Avenue
Glenview, IL 60026-5811
Date Retained: 1/26/2009

ING Investment Management CLO I, Ltd.
c/o U.S. Bank N.A.
Attention: CDO Business Unit ING
Investment Management
One Federal Street
3rd Floor
Boston, MA 02110
Date Retained:  9/15/2008

ING Investment Management CLO II, Ltd.
c/o U.S. Bank N.A.
One Federal Street
3rd Floor
Boston, MA 02110
Date Retained:  9/15/2008

Japan Net Bank
Shinjuku Mitsui Building 6F
2-1-1, Nishishinjuku
Tokyo 160-0-032
Japan
Date Retained:  10/8/2008

JER Real Estate Advisors (UK) Ltd.
Berkley Square House
Berkley Square
London W1J 6BY
United Kingdom
Date Retained:  9/15/2008

JER Real Estate Advisors (UK) Ltd.
Clarges House
6-12 Clarges Street
London W1J 8AD;
United Kingdom
Date Retained:  9/15/2008

Kingfisher Pension Trustee Limited
3 Sheldon Square
Paddington
London W2 6PX
United Kingdom
Date Retained:  8/2/2010

Kle Euribor Prime
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

Land Niederosterreich
Amt der NÖ Landesregierung
Landhausplatz 1
3109 St. Pölten
Austria
Date Retained:  9/26/2008

Lyxor Asset Management
Legal Projects
Tour Societe General
17, Courts Valmey
Paris La Defense 92987
Paris
Date Retained:  6/19/2009

M&I Marshall and Ilsley Bank
Marshall & Ilsley Corp.
770 North Water Street
Milwaukee, WI 53202
Date Retained:  9/15/2008

Macquarie Securities (USA) Inc.
125 West 55th Street
New York, NY 10019
Date Retained: 9/15/2008

McFarlane Partners
201 Spear Street
14th Floor
San Francisco, CA 94105
Date Retained: 9/29/2008

Merrill Lynch Pierce Fenner & Smith, Inc.
250 Vesey Street
New York, NY 10080
Date Retained: 9/15/2008

Metal Box Pension Trustees Limited
c/o Crown Packaging UK plc
Perry Wood Walk
Worchester WR5 1EG
United Kingdom
Date Retained: 8/6/2010

Metropolitan Pier and Exposition Authority
301 East Cermak
Chicago, IL 60616
Date Retained: 9/25/2008

MHB Bank Aktiengesellschaft
Hamburger Alle 14
60486 Frankfurt am Main
Germany
Date Retained: 9/24/2008

Edward Simon Middleton, Patrick Cowley, and Paul Jeremy Brough the Joint and Several Liquidators, without personal liability, of: (i) Lehman Brothers Asia Holdings Limited (in liquidation), (ii) Lehman Brothers Asia Limited (in liquidation), (iii) Lehman Brothers Futures Asia Limited (in liquidation), (iv) Lehman Brothers Securities Asia Limited (in liquidation), (v) LBQ Hong Kong Funding Limited (in liquidation), (vi) Lehman Brothers Nominees (H.K.) Limited (in liquidation), (vii) Lehman Brothers Asia Capital Company (in liquidation), and (viii) Lehman Brothers Commercial Corporation Asia Limited (in liquidation).
27th Floor
Alexandra House
18 Chater Road
Central
Hong Kong
Date Retained: 9/17/2008

Mitsubishi International Corporation
655 Third Avenue
New York, NY 10017
Date Retained: 9/18/2008

Mitsubishi Corporation
655 Third Avenue
New York, NY 10017
Date Retained: 9/30/2008

Moody's Investors Services Limited
2 Minster Court
Mincing Lane
London EC3R 7XB
United Kingdom
Date Retained: 10/6/2008

Morgan Stanley Mortgage Servicing Limited
25 Cabot Square, Canary Wharf, Fl. 5
London, E14 40A, England
Date Retained: 6/15/2009

MPC Münchmeyer Petersen Structured
Partners GmbH
MPC Capital Austria AG
MPC Capital Investments GmbH
MPC Capital Privatebank AG
Palmaile 71
Hamburg 22767
Germany
Date Retained:  10/10/2008

MP MR Ballpark 2, LLC
MP MR Ballpark 4, LLC
MP MR Ballpark 6, LLC
201 Spear Street, 14th Fl.
San Francisco, CA 94105
Date Retained:  9/23/2008

Multibank, Inc.
Via Espana No. 127
Panama
Panama
Date Retained:  10/23/2008

N.M. Rothschilds & Sons Ltd.
New Court
St. Swithin's Land
London EC4P 4DU
United Kingdom
Date Retained:  9/19/2008

National Bank of Canada Inc.
National Bank of Canada Financial Inc.
National Bank Financial Inc.
1155 Metcalfe, 19e étage
Montréal, Québec H3B 5G2
Date Retained:  9/29/2008

Nationwide Building Society
Commercial Division
Kings Park Road
Moulton Park
Northampton NN3 6NW
United Kingdom
Date Retained:  9/15/2008

Northern Trust Corporation
and certain of its subsidiaries
50 South LaSalle Street
Legal Department, M-9
Chicago, IL 60675
Date Retained:  9/24/2008

PricewaterhouseCoopers, Inc.
Royal Trust Tower,
TD Center, Suite 3000
Toronto, ON M5K1G8
Canada
Date Retained:  4/12/2010

Primus Guaranty Ltd.
c/o Primus Asset Management Inc.
360 Madison Avenue
23rd Floor
New York, NY 10017
Date Retained:  10/27/2008

ProLogis
4545 Airport Way
Denver, CO 80239
Date Retained:  9/15/2008

QBE Casualty Syndicate 386
Plantation Place
30 Fenchurch Street
London EC3M 3BD
United Kingdom
Date Retained:  1/28/2010

QBE Casualty Syndicate 386
Plantation Place
30 Fenchurch Street
London EC3M 3BD
United Kingdom
Date Retained:  1/28/2010

QBE Underwriting Limited
Plantation Place
30 Fenchurch Street
London EC3M 3BD
United Kingdom
Date Retained:  8/12/2009

Race Point IV CLO Ltd.
c/o Wilmington Trust Company
Attn: Corporate Capital Markets
1100 North Market Street
Wilmington, DE 19890-0001
Date Retained:  9/15/2008

RBC Dexia Investor Services Trust
71 Queen Victoria Street
London EC4V 4DE
United Kingdom
Date Retained:  1/20/2009

Renta4 Servicios de Inversion, S.A.
Paseao de la Habana
Madrid 28036
Spain
Date Retained: 10/27/2008

Schiller Park CLO, Ltd.
c/o Deerfield Capital Management LLC
One O'Hare Center
6259 North River Road
Rosemont, IL 60018
Date Retained:  9/15/2008

Schlumberger Limited, Inc.
5599 San Felipe, 17th Floor
Houston, TX 77056
Date Retained:  1/26/2009

Shanghai Commercial Bank Ltd.
12 Queen's Road Central
Hong Kong
Hong Kong
Date Retained:  9/17/2009

SICA V Parvest Absolute Return European Bond
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

SICA V Parvest Euro Short Term Bond
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

SICA V Parvest European Bond Opportunities
787 7th Avenue
New York, NY 10019
Date Retained: 10/1/2010

SMBC Capital Markets Inc.
Sumitomo Mitsui Banking Corporation
Brussels Branch
277 Park Avenue
New York, NY 10172
Date Retained:  9/18/2008

SMBC Friend Securities Co., Ltd.
7-12 Nihonbashi-Kabutocho
Cho-Ku
Tokyo 103-8221
Japan
Date Retained:  10/6/2008

Société Générale
Derivatives Group Legal
SG House, 41 Tower Hill
London EC3N 4SG
United Kingdom
Date Retained: 5/20/2009

Société Générale
SG Finance, Inc.
SG Options Europe
General Counsel
SG Americas
1221 Avenue of the Americas
New York, NY 10020
Date Retained: 9/15/2008

Société Générale Asset Management
Head of Legal for Alternative Investments
170, Place Henri Regnault
Paris 92043
France
Date Retained: 7/31/2009

Société Générale Bank & Trust
1221 Avenue of the Americas
New York, NY 10020
Date Retained: 8/31/2009

Société Générale; SG Hambros
1221 Avenue of the Americas
New York, NY 10020
Date Retained: 8/13/2009

Solus Alternative Energy Management LP
430 Park Avenue
New York, NY 10022
Date Retained: 9/15/2008

SP4 190 S. LaSalle, L.P.
c/o CB Richard Ellis Investors
515 S. Flower Street
Suite 3100
Los Angeles, CA 90071
Date Retained: 9/18/2008

Standish Mellon Asset Management Co. LLC
BNY Mellon Center
201 Washington Street
Boston, MA 02108
Date Retained: 12/2/2008

Stanfield Capital Partners LLC
LFSIGXG, LLC
430 Park Avenue
New York, N Y 10022
Date Retained: 7/27/2009

Stanfield Modena CLO, Ltd.
C/O J.P. Morgan Chase Bank
Attn: Institutional Trust Services
600 Travis, 50th Floor
Houston, TX 77002
Date Retained: 9/15/2008

Stanfield Vantage CLO, Ltd.
C/O J.P. Morgan Chase Bank, N.A.
Attn: Institutional Trust Services
600 Travis, 50th Floor
Houston, TX 77002
Date Retained: 9/15/2008

Stanfield Veyron CLO, Ltd.
C/O J.P. Morgan Chase Bank, N.A.
Attn: Institutional Trust Services
600 Travis, 50th Floor
Houston, TX 77002
Date Retained: 9/15/2008

Starwood Capital Group LLC
591 W. Putnam Ave.
Greenwich, CT 06830
Date Retained: 5/12/2009

State Street Bank & Trust Company
One Canada Square
Canary Wharf
London E14 5AP
United Kingdom
Date Retained: 1/21/2009

State Street Global Markets LLC
One Lincoln Street, 5th Floor
Boston, MA 02111
Date Retained: 9/15/2008

Sumitomo Mitsui Banking Corporation
277 Park Avenue
New York, NY 10172
Date Retained: 2/12/2009

11

Sumitomo Mitsui Banking Corporation
277 Park Avenue
6th Floor
New York, NY 10172
Date Retained: 8/11/2009

Sumitomo Mitsui Banking Corporation
Joint General Manager & General Counsel
Americas Counsel
277 Park Avenue
New York, NY 10172
Date Retained: 9/15/2008

Sun Hung Kai Investment Services Limited
12/F Citric Tower
1 Tim Mei Avenue
Central
Hong Kong
Hong Kong
Date Retained: 7/24/2009

SWIFT Master Auto Receivables Trust
c/o GMAC Inc.
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
Attention: Stephen Van Dolsen
Date Retained: 9/16/2008

TD Ameritrade Holding Corp.
6940 Columbia Gateway Drive
Suite 200
Columbia, MD 21046
Date Retained: 9/15/2008

TKG-StorageMart Partners, L.P.
2407 Rangeline Street
Stop 1
Columbia, MD 65202-1655
Date Retained: 5/7/2009

UBS AG
3 Finbury Avenue
London EC2M 2PA
United Kingdom
Date Retained: 10/13/2008

Union Bank of California, N.A.
445 S. Figueroa St
Los Angeles, CA 90071
Date Retained: 5/12/2009

Vantagepoint Funds
777 North Capital Street, NE
Washington, DC 20002-4240
Date Retained: 9/15/2008

Walton Street Capital LLC
900 N. Michigan Ave., 19th Floor
Chicago, IL 60611
Date Retained: 5/5/2009

Walton Street Capital LLC
Attn: Mr. James Odenbach
900 N. Michigan Avenue
19th Floor
Chicago, IL 60611
Date Retained: 2/3/2009

Washington Mutual Bank
Washington Mutual, Inc.
1301 Second Avenue, WMC 3501
Seattle, WA 98101
Date Retained: 9/23/2008

Waterstone Capital Advisors
8720 Red Oak Blvd.
Suite 300
Charlotte, NC 28217
Date Retained: 2/22/2010

Waveland Capital Management, L.P.
900 North Michigan Avenue
Suite 1100
Chicago, IL 60611
Date Retained: 9/23/2008

Zais Group LLC
2 Bridge Avenue
The Galleria Building Three
2nd Floor
Red Bank, NJ 07701
Date Retained: 9/29/2008