**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : | **Chapter 11 Case No.** |
| **In re** | : |  |
|  | : | **08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Jointly Administered** |
|  | : |  |
| Debtors. | : | **Ref. Docket Nos. 11046, 11398, 11420-** |
|  | : | **11425, 11452, 11453, 11454, 11462-** |
|  |  | **11463, 11465, 11467, 11469, 11471,** |

---------------------------------------------------------------x

**11472, 11473, 11474, 11478, 11491,**
**11493, 11495, 11500, 11495, 11526,**
**11529**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2010, I supervised the mailing of personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
29th day of September, 2010
*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREDIT SUISSE SINGAPORE BRANCH        CREDIT SUISSE SINGAPORE BRANCH
    ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
    1 MADISON AVE                              ATTN: RICHARD LEVIN
    NEW YORK NY 10010                      WORLDWIDE PLAZA
                                                   825 EIGHTH AVENUE
                                               NEW YORK NY 10019

Please note that your claim # 55825-02 in the above referenced case and in the amount of
         $0.00           has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH
745 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11495      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/22/2010                          Vito Genna, Clerk of Court

                               /s/ Angharad Bowdler
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 22, 2010.

# EXHIBIT B

TIME: 19:53:56
DATE: 09/22/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | ATTN: ALEX FOGARTY 100 QUEEN STREET MELBOURNE  VIC. 3000 AUSTRALIA |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHEY JESSICA FAINWAN 5 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHEY JESSICA FAINWAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHEY, JESSICA FAINWAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: HENGSTBERGER, KLAUS-GEORG - DR. BOCKENHEIMER LANDSTRASSE 10 60323 FRANKFURT AM MAIN  GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: HENGSTBERGER, SIGRID BOCKENHEIMER LANDSTRASSE 10 60323 FRANKFURT AM MAIN  GERMANY |
| CERBERUS SERIES FOUR HOLDINGS, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC |
| CITIBANK INTERNATIONAL PLC, GREECE BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK INTERNATIONAL PLC, GREECE BRANCH | ATTN: YIANNIS ZOGRAPHAKIS 8 OTHONOS STR. ATHENS  10557 GREECE |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK INTERNATIONAL PLC, GREECE BRANCH ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UBS AG ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: L&VN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINSEI SECURITIES CO LTD 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINSEI SECURITIES CO. LTD 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| HENGSTBERGER, KLAUS-GEORG - DR. | BRALEMSWEG 10 BOBLINGEN  71032 GERMANY |
| HENGSTBERGER, SIGRID | BRALIMSWEG 10 BOBLINGEN  71032 GERMANY |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW YORK NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PURSUIT OPPORTUNITY FUND I MASTER LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAIFFEISEN ZENTRALBANK OSTERREICH AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SILVER LAKE CREDIT FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10033 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS PCS FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10033 |
| MAXIS CORPORATION | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: HIDEO HONMA KOKUSAI HAMAMATSUCHO BLDG 5F 1-9-18, KAIGAN, MINATO-KU TOKYO 105-0022 JAPAN |
| MAXIS CORPORATION | ATTN: MR. HIDEO HONMA 2F KOKUSAI-HAMAMATSU BLD. 1-9-18 KAIGAN MINATO-KU TOKYO 105-0022 JAPAN |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: HEWLETT-PACKARD C/O PEPPER HAMILTON LLP ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: MAXIS CORPORATION ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: MAXIS CORPORATION ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 19:53:56
DATE: 09/22/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, (PARALLEL), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| PURSUIT OPPORTUNITY FUND I MASTER LTD | ATTN: FRANK CANELAS STAMFORD HARBOR PARK NORTH TOWER 4TH FLOOR 333 LUDLOW STREET (UNIQUE IDENIFICATION NO.: 888038500) STAMFORD CT 06902 |
| PURSUIT OPPORTUNITY FUND I MASTER LTD | ATTN: FRANK CANELAS STAMFORD HARBOR PARK - NORTH TOWER 4TH FLOOR 333 LUDLOW STREET (UNIQUE IDENIFICATION NO.: 1000096159) STAMFORD CT 06902 |
| PURSUIT OPPORTUNITY FUND I MASTER LTD | VEDDER PRICE P.C. ATTN: MICHAEL EDELMAN, ESQ. 1613 BROADWAY, 47TH FLOOR NEW YORK NK 10021 |
| PURSUIT OPPORTUNITY FUND I MASTER LTD | VEDDER PRICE P.C. ATTN: MICHAEL EDELMAN, ESQ. 47 TH FLOOR NEW YORK NK 10021 |
| SABRETOOTH MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| SILVER LAKE CREDIT FUND, L.P. | ATTN: ROSS WEINER, ESQ. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER LAKE CREDIT FUND, L.P. | ATTN: ROSS WEINER, ESQ. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER LAKE CREDIT FUND, L.P. | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed          55

EPIQ BANKRUPTCY SOLUTIONS, LLC