**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | **Ref. Docket Nos. 11389 & 11805** |

-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 5, 2010, I caused to be served the:

    a.  "Notice of Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief," dated September 15, 2010, to which was attached the "Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief," dated September 15, 2010 [Docket No. 11389], (the "Motion"), and

    b.  "Notice of Revised Schedule of Avoidance Actions to Proposed Order Granting Debtors' Motion, Pursuant to Section 105(a) of The Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief," dated October 5, 2010 [Docket No. 11805], (the "Notice"),

    by causing true and correct copies of the:

    i.  Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Notice, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  Notice, to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004,

    iv.  Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

    v.  Motion and Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, (the "Defendants").

3.  Additionally, I caused true and correct copies of the Complaint for the Adversary Proceeding case number listed on the annexed Exhibit E to be enclosed in the envelopes for the corresponding Defendants.

4.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
7th day of October, 2010

_____
Notary Public

Pete Caris

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\Avoidance Stay Mtn, Ntc of Revised Sch & Adversary Complaints_DI 11389 & 11805_AFF_10-5-10.doc

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brian.corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com

cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
graumane@sullcrom.com

gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com

jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com

lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com

mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov

tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SERIES 2006-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | AS ISSUER, C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | AS ISSUER, C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| ABOVENET COMMUNICATIONS INC. | CORPORATION SERVICE COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| AC CAPITAL PARTNERS LTD. | 19/20 CITY QUAY DUBLIN 2 IRELAND |
| ACA FINANCIAL GUARANTY CORPORATION | 600 FIFTH AVE. 2ND FL. NEW YORK NY 10020 |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ALLIANCEBERNSTEIN L.P F/K/A ALLIANCE CAPITAL | MANAGEMENT L.P. ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| ALPHA OFFICE SUPPLIES INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 2066 W. HUNTING PARK AVENUE PHILADELPHIA PA 19140-2814 |
| ALTA CDO LLC, FOR SERIES 2007-1, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 | SEG. PORTF. AS ISSUER, MAPLE FINC. LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, FAO THE SERIES 2007-1 | SEG. PORTF. AS ISSUER, MAPLE FINC. LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| ANA-DATA CONSULTING INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 112 THIRD STREET STAMFORD CT 06905-0420 |
| ASTERI GROUP LTD. | 200 PARK AVE. S., STE. 1511 NEW YORK NY 10003 |
| AUTOMATED SECURITIES CLEARANCE LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| AXA ASSURANCES I.A.R.D. MUTUELLE | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 26, RUE DROUOT PARIS 75008 FRANCE |
| AXA ASSURANCES VIE MUTUELLE | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 26, RUE DROUOT PARIS 75008 FRANCE |
| AXA COURTAGE ASSURANCE MUTUELLE | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 26, RUE DROUOT PARIS 75008 FRANCE |
| AXA FINANCIAL, INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| AXA, S.A. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 25, AVENUE MATIGNON PARIS 75008 FRANCE |
| BABSON CAPITAL MANAGEMENT | 1500 MAIN STREET SPRINGFIELD MA 01115-5189 |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANCO CREDITO DEL PERU | 410 PARK AVENUE NEW YORK NY 10022-4407 |
| BANK OF AMERICA NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE 100 NORTH TRYON STREET CHARLOTTE NC 28202 |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF AMERICA NATIONAL ASSOCIATION, | IN ITS OWN RIGHT AND AS SUCCESSOR TO LASALLE BANK NATIONAL ASSOCIATION 100 NORTH TRYON STREET CHARLOTTE NC 28202 |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO | LASALLE BANK NATIONAL ASSOCIATION ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 100 NORTH TRYON STREET CHARLOTTE NC 28255 |
| BANK OF CHINA | 410 MADISON AVE. NEW YORK NY 10017 |
| BARCLAYS BANK PLC | 200 PARK AVE. NEW YORK NY 10003 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, F/A/O THE SERIES | 2005-2 SEG. PORTF-ISSUER, MAPLE FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES | 2005-1 SEG. PORTF-ISSUER, MAPLE FIN. LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | PO BOX 2003 GEORGE TOWN CAYMAN ISLANDS GRAND CAYMAN KY1-9002 BRITISH WEST INDIES |
| BASIS YIELD ALPHA CAPITAL | WALKER HOUSE 87 MARY STREETGEORGE TOWN CAYMAN ISLANDS GRAND CAYMAN KY1-9002 BRITISH WEST INDIES |
| BEAR STEARNS ASSET MANAGEMENT | 383 MADISON AVE. 29TH FL. NEW YORK NY 10179 |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BENEFICIAL LIFE INSURANCE CO. | C/O BENEFICIAL FINANCIAL GROUP 150 SOCIAL HALL AVE. P.O. BOX 45654 SALT LAKE CITY UT 84145-0654 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BLACKROCK, INC. | 55 EAST 52ND STREET NEW YORK NY 10055 |
| BLUE CROSS BLUE SHIELD | 225 NORTH MICHIGAN AVE. CHICAGO IL 60601 |
| BLUE POINT CDO SERIES 2005-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES | 2005-1 SEG PORTF-ISSUER, MAPLES FIN LTD. QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO SPC, F/A/O THE SERIES | 2005-2 SEG.PORTF-ISSUER, MAPLES FIN LTD. QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LTD | FORMERLY KNOWN AS J.P.MORGAN CORPORATE TRUSTEE SERVICES LIMITED ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM |
| CALYON NEW YORK | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CANADIAN IMPERIAL BANK OF COMMERCE | 199 BAY STREET, COMMERCE COURT WEST, TORONTO ON M5L 1A2 CANADA |
| CENTRAL REINSURANCE CORP. | 12F 53 NANKING EAST ROAD, SECTION 2, TAIPEI, 104 TAIWAN |
| CHERRY HILL CDO LLC FOR SERIES 2007-1, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES | 2007-1 SEG PORTF-ISSUER, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES | 2007-2 SEG PORTF-ISSUER, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CAPITAL MANAGEMENT (UK) LLP | STORNOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH UNITED KINGDOM |
| CIENA COMMUNICATIONS INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 5445 DTC PARKWAY ENGLEWOOD CO 80111 |
| CITIBANK, N.A. | 388 GREENWICH STREET 14TH FLOOR NEW YORK NY 10013 |
| CITIGROUP ALTERNATIVE INVESTMENTS LLC | 399 PARK AVE. NEW YORK NY 10022 |
| CLUNE CONSTRUCTION COMPANY LP | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 10 SOUTH LASALLE STREET |

| Claim Name | Address Information |
|---|---|
| CLUNE CONSTRUCTION COMPANY LP | SUITE 300 CHICAGO IL 60603 |
| COPPER CREEK CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES | 2007-1 SEG PORTF-ISSUER, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| CROWN CITY CDO 2005-1 LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC, AS CO-ISSUER | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CSFB ALTERNATIVE CAPITAL I | 11 MADISON AVE. NEW YORK NY 10010-3629 |
| CSFB CDO-CITI | 11 MADISON AVE. NEW YORK NY 10010-3629 |
| DELAWARE INVESTMENT ADVISORS INC. | 2005 MARKET STREET FLOOR 39 PHILADELPHIA PA 19103-7026 |
| DELAWARE MANAGEMENT BUSINESS TRUST | 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELPHI FINANCIAL GROUP, INC. | 2001 MARKET STREETSUITE 1500 PHILADELPHIA PA 19103 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET 27TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTENTION: LEGAL DEPARTMENT OR CORPORATE EXECUTIVE 60 WALL STREET FRONT 1 NEW YORK NY 10005-2836 |
| DEXIA | PLACE ROGIER 11B 1210 BRUSSELS BELGIUM |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| EARTH THEBAULT INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 249 POMEROY ROAD PARSIPPANY NJ 07054 |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSEMEAD CA 91770 |
| ELLIOT ASSOCIATES, L.P. | 712 5TH AVE. NEW YORK NY 10019 |
| EMC CORPORATION | CT CORPORATION SYSTEM ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 155 FEDERAL ST., SUITE 700 BOSTON MA 02110 |
| EMORTGAGE LOGIC LLC | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 8317 WHITLEY ROAD FORT WORTH TX 76148 |
| EQUITY GROUP, INC. | 800 THIRD AVE. 39TH FLOOR NEW YORK NY 10022 |
| ESP FUNDING I (DELAWARE) CORP. | ATTN: DONALD PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ESP FUNDING I, LTD. | ATTN: MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| ETHIAS SA | RUE DES CROISIERS 24 LIEGE 4000 BELGIUM |
| EXCEL MEDIA SYSTEMS INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 145 WEST 30TH STREET NEW YORK NY 10001 |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-1, LTD. | CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 377 1077 XX AMSTERDAM NETHERLANDS |
| FIRST AMERICAN RESIDENTIAL VALUE VIEW LLC | LORRIE NEWBY 1 CORELOGIC DRIVE WESTLAKE TX 76262 |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | CORPORATION SERVICE COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED, | AS ISSUER, C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| FULLERTON DRIVE CDO LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC, | AS CO-ISSUER C/O NATIONAL REGISTERED AGENTS INC. 9 EAST LOOKERMAN ST., SUITE 1B DOVER DE 19901 |
| GARADEX INC. | 1840 –1245 RUE SHERBROOKE O MONTREAL QC H3G 1G2 CANADA |
| GARLAND INVESTMENT MANAGEMENT INC. | 920 COUNTRY CLUB DRIVE MORAGA CA 94556-1954 |
| GATEX PROPERTIES INC. | 1245 QUEST RUE SHERBROOKE ST. W. STE. 1640 MONTREAL QC CANADA |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GEORGESON INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 199 WATER STREET FLOOR 26 NEW YORK NY 10038-3560 |
| GMAC MORTGAGE CORPORATION | CORPORATION SERVICE COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GOLDMAN SACHS US MORTGAGES SAI FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT GROUP 4900 SEARS TOWER CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| GORDON RAUSSER | 222 NORTH LASALLE STREETSUITE 210 CHICAGO IL 60601 |
| GORDON RAUSSER | (DEFINED BENEFIT PENSION PLAN) 222 NORTH LASALLE STREET SUITE 210 CHICAGO IL 60601 |
| GORDON RAUSSER (IRA) | 222 NORTH LASALLE STREETSUITE 210 CHICAGO IL 60601 |
| GREYSTONE CDO SERIES 2006-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-1 | SEGR PORTF AS ISSUER, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF AS ISSUER, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HALIFAX EES TRUSTEES LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 6TH FLOOR P.O. BOX 1310 CROYDON, SURREY, CR9 1BG ENGLAND |
| HANOVER MOVING CO. INC. | C/O RICHARD H. WENDER WENDER LAW GROUP, PLLC ONE PENN PLAZA SUITE 2527 NEW YORK NY 10119 |
| HYPOTHECA CAPITAL LLC | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 52 VANDERBUILT AVENUE SUITE 403 NEW YORK NY 10017-3874 |
| IKB DEUTSCHE INDUSTRIEBANK | WILHELM-BÖTZKES-STRAßE 1 40474 DÜSSELDORF P.O. BOX 10 11 18 · 40002 DÜSSELDORF DÜSSELDORF |
| INFORMATION BUILDERS, INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE TWO PENN PLAZA NEW YORK NY 10121-2898 |
| INTEGREON MANAGED SOLUTIONS INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 219 EAST 44TH STREET 7TH FLOOR NEW YORK NY 10017-4364 |
| INTERFACE CABLE ASSEMBLIES & SERVICES CORPORATION | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 42-19 23RD AVENUE LONG ISLAND CITY NY 11105 |
| INTERNATIONAL BANK OF TAIPEI | 36 NAN KING EAST ROAD SECTION 3 TAIPEI 10411 TAIWAN |
| IRON FINANCIAL | 630 DUNDEE RD SUITE 200 NORTHBROOK IL 60062 |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES | 2006-1 SEGR PORTF ISSUER-MAPLES FIN LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| KINGS RIVER LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| KINGS RIVER LLC, AS CO-ISSUER | 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KOREA'S NATIONAL AGRICULTURAL | COOPERATIVE FEDERATION 75 CHUNGJONGRO 1-GA JUNG-GU SEOUL KOREA |
| KOREA'S NATIONAL AGRICULTURAL | COOPERATIVE FEDERATION 9F IMKWANG B/D, 267 MIKEUN-DONG SEODAEMUN-GU SEOUL KOREA |
| KUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| LAKE FOREST BUSINESS CENTER | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE KENNEDY ASSOCIATES REAL ESTATE COUNSEL, INC. 1215 FOURTH AVENUE SUITE 2400 SEATTLE WA 98161 |

| Claim Name | Address Information |
|---|---|
| LAKEVIEW CDO LLC SERIES 2007-1, | AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, F/A/O THE SERIES | 2007-2 SEGREGATED PORTFOLIO, AS CO-ISSUER, C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, F/A/O THE SERIES | 2007-3 SEGREGATED PORTFOLIO, AS CO-ISSUER, C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 | SEGR PORTF-ISSUER, C/O MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 | SEG PORTF AS ISSUER, C/O MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC,F/A/O THE SERIES 2007-1 | SEGR PORTF AS ISSUER, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 500 CHESTERFIELD PARKWAY MALVERN PA 19355 |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LOANPERFORMANCE | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 188 THE EMBARCADERO 3RD FLOOR SAN FRANCISCO CA 94105 |
| MACGREGOR GROUP INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 44 WALL STREET NEW YORK NY 10005-2401 |
| MADISON AVENUE STRUCTURED FINANCE CDO I, CORP. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| MADISON AVENUE STRUCTURED FINANCE CDO I, LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| MAGNETAR CAPITAL | 1603 ORRINGTON AVE. 13TH FLOOR EVANSTON IL 60201 |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MBIA CAPITAL MANAGEMENT CORPORATION | 113 KING ST. ARMONK NY 10504 |
| MIDDLEFIELD PARK | MIDDLEFIELD PARK ASSOCIATES ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE C/O WILLIS & CO 3130 ALPINE ROAD SUITE 190 PORTOLA VALLEY CA 94028 |
| MKP CAPITAL MANAGEMENT LLC | 600 LEXINGTON AVE. 18TH FLOOR NEW YORK NY 10022 |
| MODERN WOODMEN | 1701 1ST AVE. ROCK ISLAND IL 61201 |
| MONEYGRAM USA | 1550 UTICA AVE. SOUTH ST. LOUIS PARK MN 55416 |
| NICE NETZWERKE UND INNOVATIVER | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE COMPUTER-EINSATZ GMBH LIEBIGSTRASSE 9 LEONBERG 71229 GERMANY |

| Claim Name | Address Information |
| --- | --- |
| NORTHROP GRUNMAN CORPORATION | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 32 AVENUE OF THE AMERICAS NEW YORK NY 10013-2473 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM 277 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HERRENGASSE 1-3, A-1010 VIENNA AUSTRIA |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| OPEN SOLUTIONS | C/O JULIE A. MANNING SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| PALM BEACH CENTRE 1 LLC | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 15 MAIDEN LANE SUITE 1300 NEW YORK NY 10038 |
| PANTERA VIVE CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PANTERA VIVE CDO SPC, F/A/O THE SERIES | 2007-1, AS ISSUER PORTFOLIO C/O MAPLES FINANCE LTD, PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PB CAPITAL CORPORATION | 230 PARK AVE. NEW YORK NY 10169 |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2, LLC, | AS CO-ISSUER DEUTSCHE INTL CORPORATE SERVICES (DELAWARE), 1011 CENTRE RD., SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | AS ISSUER C/O DEUTSCHE BANK (CAYMAN) LTD. P.O. BOX 1984 GT GRAND CAYMAN KY-1104 CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEI SYSTEMS INC. | C/O DAVID P. THATCHER OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. ONE NINETY ONE PEACHTREE TOWER 191 PEACHTREE STREET, N.E. SUITE 4800 ATLANTA GA 30303 |
| PENN'S LANDING CDO LLC, AS CO-ISSUER | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PENN'S LANDING CDO SPC, F/A/O THE SERIES | 2007-1 SEGREGATED PORTFOLIO, AS ISSUER MAPLES FIN LTD, PO BOX 1093GT QUEENSGATE HOUSE, S CHURCH ST GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED, AS ISSUER | C/O M&C CORPORATE SERVICES LTD. P.O. BOX 309 GT, UGLAND HOUSE SOUTH CHURCH |

| Claim Name | Address Information |
|---|---|
| PHOENIX 2002-1 LIMITED, AS ISSUER | STREET GRAND CAYMAN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC, AS CO-ISSUER | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| PHOENIX 2002-2 LIMITED, AS ISSUER | QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PRINCETON ADVISORY GROUP, INC. | 700 ALEXANDER PARK SUITE 302 PRINCETON NJ 08540 |
| PRINCIPAL GLOBAL INVESTORS | LEVEL 4 10 GRESHAM STREET LONDON, ENGLAND EC2V 7JD UNITED KINGDOM |
| PRINCIPAL GLOBAL INVESTORS, | (EUROPE) LIMITED LEVEL 4 10 GRESHAM STREET LONDON, ENGLAND EC2V 7JD UNITED KINGDOM |
| PYXIS ABS CDO 2007-1 LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PYXIS ABS CDO 2007-1 LTD., AS ISSUER | C/O MAPLES FINANCE LIMITED QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC, AS ISSUER | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS, 60 WALL STREET 27TH FLOOR NEW YORK NY 10015 |
| RABOBANK GROUP | CROESELAAN 18 31 30 216 00 00 UTRECHT P8 10022 NETHERLANDS |
| RABOBANK INTERNATIONAL NEW YORK BRANCH | 10 EXCHANGE PLACE 16TH FL. JERSEY CITY NJ 07302; AND 245 PARK AVE. NEW YORK NY 10167-3700 |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RADIANZ AMERICAS INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 620 8TH AVENUE 46TH FLOOR NEW YORK NY 10018 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL.-MAIN STAT EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL.-MAIN STAT EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL- MAIN STAT-EX-MA-FED BOSTON MA 02110 |
| RGA LLC | 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017-6039 |
| ROTHSCHILD ASSET MANAGEMENT INC. | 1251 AVE. OF THE AMERICAS 44TH FLOOR NEW YORK NY 10020 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES | 2005-1, AS ISSUER AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES | 2006-4, AS ISSUER AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES | 2007-1, AS ISSUER AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SATYAM COMPUTER SERVICES LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1 GATEHALL DR #301 PARSIPPANY NJ 07054-4514 |
| SECURITIZED PRODUCT OF REST COLL LTD SPC | FAO SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSER, MAPLES FINANCE LTD BOX 1093GT QUEENSGATE HOUSE, S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD | F/A/O THE SERIES 2007-1 FEDERATION A-2 SEGR PORTF-ISSUE, MAPLES FINANCE LTD BOX 1093GT, QUEENSGATE HOUSE-S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD | F/A/O THE SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, MAPLES FINANCE LTD. BOX 1093GT-QUEENSGATE HOUSE, S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SENECA CAPITAL MANAGEMENT LLC | 909 MONTGOMERY STREET SAN FRANCISCO CA 94133-4618 |
| SENTINEL MANAGEMENT GROUP INC. | 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE | (07-1 40-100) LLC, AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SHIELD SECURITIES | SHIELD HOUSE 27A KINGSMEAD FARMBOROUGH HAMPSHIRE, GU14 7SJ UNITED KINGDOM |
| SHIN KONG INSURANCE CO. LTD. | 5-12 F NO. 13 CHIENKUO N RD. SEC 2 TAIPEI 104 TAIWAN |
| SHIN KONG LIFE INSURANCE CO., LTD. | SHIN KONG LIFE TOWER 66 CHUNG-HSIAO WEST ROAD SECTION 1 TAIPEI TAIWAN |
| SHINHAN BANK | 100-102, THE MAIN BRANCH OF SHINHAN BANK,DAEKYUNG BLDG., 120 BUNGI, TAUPYEONG-RO 2-GA, JUNG-GU SEOUL KOREA |
| SIDLEY AUSTIN LLP | MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | MARK B. BLOCKER, ESQ. JOEL S. FELDMAN, ESQ. SIMONE R. CRUICKSHANK, ESQ. ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SOCIETE GENERALE | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOLAR V CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF AS ISSUER, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| SOS SECURITY INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 850 7TH AVENUE #503 NEW YORK |

| Claim Name | Address Information |
|---|---|
| SOS SECURITY INC. | NY 10019-5230 |
| SOUTHERN MISSOURI BANCORP, INC. | 531 VINE ST. POPLAR BLUFF MO 63901 |
| SPIRAL BINDING COMPANY, INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE P.O. 286 ONE MALTESE DRIVE TOTOWA NJ 07511 |
| STAPLES, INC. | THE CORPORATION TRUST COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| STEWART LENDER SERVICES | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1980 POST OAK BLVD SUITE 900 HOUSTON TX 77056 |
| STONE TOWER | 152 WEST 57TH STREET NEW YORK NY 10019-3386 |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES | 2006-1 LLC, AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES | 2008-2A SEGREGATED PORTFOLIO, AS ISSUER C\O MAPLES FINANCE LIMITED P.O. BOX 1093 BOUNDRY HALL CRICKET SQUARE GRAND CAYMAN KYI-1102 CAYMAN ISLAND |
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 | SEGR PORTF AS ISSUER, STOWE CDO SPC ACCOUNT OF THE PORTF - MAPLES FIN LTD. BOX 1093GT, QUEENSGATE HOUSE S CHURCH ST GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SUNGARD REFERENCE DATA SOLUTIONS LLC | THE CORPORATION TRUST COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 SEGR PORTF - AS ISSUER SUNSET PARK CDO LTD. - MAPLES FIN LTD BOX 1093GT, QUEENSGATE HOUSE S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES | 2005-5 LLC, AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES | 2005-6 LLC, AS CO-ISSUER C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD-ISSUER | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| SUSQUAHANA BANK | 1570 MANHEIM PIKE LANCASTER PA 17604-3300 |
| SWISS LIFE LTD. | GENERAL-GUISAN-QUAI 40P.O. BOX 8022 ZURICH SWITZERLAND |
| TAIWAN LIFE | 17 HSU CHANG STREET, 18TH FLOOR TAIPEI TAIWAN |
| TAVARES SQUARE CDO LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC, AS CO-ISSUER | C/O NATIONAL REGISTERED AGENTS INC. 9 EAST LOOKERMAN ST., SUITE 1B DOVER DE 19901 |
| TAYLOR CREEK LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| TAYLOR CREEK LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| TEXAS TOWER LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 600 TRAVIS ST. HOUSTON TX 77002-3014 |
| THE BANK OF FUKUOKA, LTD. | ONE LIBERTY PLAZA 165 BROADWAY 47TH FL. NEW YORK NY 10006 |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON NATL | ASSOCIATION, IN ITS OWN RIGHT AND AS SUCCESSOR IN TRUST TO J.P.MORGAN CHASE BANK, ONE WALL STREET NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST | CO.NATIONAL ASSOCIATION ATTN: GLOBAL CORPORATE TRUST-CDO GROUP 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST | CO.NATIONAL ASSOCIATION ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |

| Claim Name | Address Information |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| THE DAEGU BANK, LTD. | 118 SUSEONG-DONG 2-GA SUSEONG-GU DAEGU 706-712 SOUTH KOREA |
| THE OCEANIC HEDGE FUND | 1 ALBERMARLE STREET LONDON W1S4HA LONDON UNITED KINGDOM |
| TIAA STRUCTURED FINANCE CDO I, LLC | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1209 ORANGE STREET WILMINGTON DE 19801 |
| TIAA STRUCTURED FINANCE CDO I, LTD. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| TOM DEPPING | MAIN STREET BANK P.O. BOX 5799 KINGWOOD TX 77325 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TRAVELERS EXPRESS COMPANY INC. | 1550 UTICA AVE. SOUTH MINNEAPOLIS MN 55416 |
| TRUST CO. OF THE WEST INC. | 865 FIGUEROA STREET STE 1800,LOS ANGELES CA 90017 |
| U.S. BANK NATIONAL ASSOCIATION | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| U.S. BANK NATIONAL ASSOCIATION | 1 FEDERAL ST. 3RD FLOOR MAIN STATION EX-MA-FED BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1 FEDERAL STREET 3RD FLOOR MAIL STATION EX-MA-FED BOSTON MA 02110 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UCA GLOBAL INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 3 STEWART COURT DENVILLE NJ 07834-1038 |
| UNION INVESTMENT GROUP | WIESENHÜTTENSTR. 10 D-60329,FRANKFURT AM MAIN GERMANY |
| UNIQA ALTERNATIVE INVESTMENTS | UNTERE DONAUSTRASSE 21 1020 VIENNA AUSTRIA |
| VANDERBILT CAPITAL ADVISORS | 200 PARK AVE. 20TH FLOOR NEW YORK NY 10166 |
| VERITAS CAPITAL | 590 MADISON AVE. 41ST FLOOR NEW YORK NY 10022 |
| VIDEO CORPORATION OF AMERICA | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 370 SEVENTH AVENUE SUITE 550 NEW YORK NY 10001 |
| VOX PLACE CDO LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| VOX PLACE CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| WEBEX COMMUNICATIONS, INC. | CORPORATION SERVICE COMPANY ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE CSC-LAWYER INCORPORATION SERVICE 2730 GATEWAY OAKS DR., SUITE 11 SACRAMENTO CA 95833 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| WELLS FARGO, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| WILLIAMS LEA INC. | ATTENTION: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1 DAG HAMMARSKJOLD PLAZA 8TH FLOOR NEW YORK NY 10017 |
| ZAIS GROUP, LLC | 2 BRIDGE AVE. SUITE 322 RED BANK NJ 07701 |
| ZAIS INVESTMENT GRADE LTD. | GENISIS BLDG. 4TH FL, PO BOX 2199 GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  413**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANCO CREDITO DEL PERU | 410 PARK AVENUE NEW YORK NY 10022-4407 |
| CROWN CITY CDO 2005-1 LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| CROWN CITY CDO 2005-1 LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ELLIOT ASSOCIATES, L.P. | 712 5TH AVE. NEW YORK NY 10019 |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| KINGS RIVER LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| KINGS RIVER LLC, AS CO-ISSUER | 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| QUARTZ FINANCE PLC, AS ISSUER | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| SHIN KONG INSURANCE CO. LTD. | 5-12 F NO. 13 CHIENKUO N RD. SEC 2 TAIPEI 104 TAIWAN |
| SHIN KONG LIFE INSURANCE CO., LTD. | SHIN KONG LIFE TOWER 66 CHUNG-HSIAO WEST ROAD SECTION 1 TAIPEI TAIWAN |
| STOWE CDO LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES | 2008-2A SEGREGATED PORTFOLIO, AS ISSUER C\O MAPLES FINANCE LIMITED P.O. BOX 1093 BOUNDRY HALL CRICKET SQUARE GRAND CAYMAN KYI-1102 CAYMAN ISLAND |
| TAYLOR CREEK LIMITED, AS ISSUER | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| TAYLOR CREEK LLC, AS CO-ISSUER | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| THE BANK OF FUKUOKA, LTD. | ONE LIBERTY PLAZA 165 BROADWAY 47TH FL. NEW YORK NY 10006 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |

**Total Creditor count  17**

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                               **Address Information**

**Total Creditor count  26**

**LBH Adv proc 810 (10/5/10)***
BANK OF NEW YORK
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
ONE WALL STREET
NEW YORK, NY 10286

**LBH Adv proc 810 (10/5/10)***
BNY CORPORATE TRUSTEE SERVICE S LTD.
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
ONE CANADA SQUARE
LONDON, E14 5AL
UNITED KINGDOM

**LBH Adv proc 810 (10/5/10)***
GAZPROMBANK MORTGAGE FUNDING 2 S.A.
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
1, ALLEE SCHEFFER
L-2520 LUXEMBOURG
PO BOX 8, L-2010 LUXEMBOURG

**LBH Adv proc 810 (10/5/10)***
GAZPROMBANK MORTGAGE FUNDING 2 S.A.
C/O TMF MANAGEMENT (UK) LIMITED
FOURTH FLOOR, ATLAS HOUSE
1 KING STREET
LONDON EC2V 8AU
UNITED KINGDON

**LBH Adv proc 810 (10/5/10)***
RUBY FINANCE PUBLIC LIMITED CO, AS ISSUER
OF THE SERIES 2006-7
C/O AIB INTERNATIONAL CENTRE
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

**LBH Adv proc 810 (10/5/10)***
RUBY FINANCE PUBLIC LIMITED CO, AS ISSUER
OF THE SERIES 2006-7
C/O THE BANK OF NEW YORK
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
ONE CANADA SQUARE
LONDON, E14 5AL
UNITED KINGDOM

**LBH Adv proc 811 (10/5/10)***
BANK OF NEW YORK MELLON NATIONAL
ASSOCIATION
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
ONE WALL STREET
NEW YORK, NY 10286

**LBH Adv proc 812 (10/5/10)***
NEBRASKA INVESTMENT FINANCE AUTHORITY
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
200 COMMERCE COURT
1230 O STREET
LINCOLN, NE 68508

**LBH Adv proc 830 (10/5/10)***
CONFLUENT V LIMITED
19-20 CITY QUAY
DUBLIN 2, IRELAND

**LBH Adv proc 830 (10/5/10)***
AXA INVESTMENT MANAGERS PARIS S.A.
COUER DÉFENSE TOUR B - LA DÉFENSE 4
100 ESPLANADE DU GÉNÉRAL DE GAULLE
92400 COURBEVOIE
FRANCE

**LBH Adv proc 831 (10/5/10)***
BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND
C/O BLUEBAY ASSET MANAGEMENT PLC
ATTN: SIMON SUTCLIFFE
77 GROSVENOR STREET
LONDON, W1K 3JR
UNITED KINGDOM

**LBH Adv proc 831 (10/5/10)***
CHADBOURNE & PARKE LLP
ATTN: DAVID LEMAY / CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**LBH Adv proc 832 (10/5/10)***
ADAGIO III CLO PLC
19-20 CITY QUAY
DUBLIN 2, IRELAND

**LBH Adv proc 832 (10/5/10)***
AXA INVESTMENT MANAGERS PARIS S.A.
COUER DÉFENSE TOUR B - LA DÉFENSE 4
100 ESPLANADE DU GÉNÉRAL DE GAULLE
92400 COURBEVOIE
FRANCE

**EXHIBIT E**

# Lehman Avoidance Adversary Actions

| | Adversary Proceeding No. | Defendant(s) | Count First Class Mail |
|---|---|---|---|
| 1. | 10-03547 (JMP) | TRUSTEE DEFENDANTS<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.<br><br>ISSUER DEFENDANTS<br><br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, et al.<br><br>NOTEHOLDER DEFENDANTS<br><br>AC CAPITAL PARTNERS LTD., et al. | 17 |
| 2. | 10-03809 (JMP) | TRUSTEE DEFENDANTS<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, NATIONAL ASSOCIATION, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION.<br><br>ISSUER DEFENDANTS<br><br>IMPAC CMB TRUST SERIES 2005-03, IMPAC CMB TRUST SERIES 2005-04, IMPAC CMB TRUST SERIES 2005-05, IMPAC CMB TRUST SERIES 2005-08, IMPAC CMB TRUST SERIES 2006-3, IMPAC SECURED ASSETS TRUST 2007-3, ACCESS GROUP INC. SERIES 2005-A, ACCESS GROUP INC. SERIES 2005-B, LAKEVIEW 2007-4, FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8, RACERS 2005-10, GREYSTONE 2006-3. | 26 |
| 3. | 10-03810 (JMP) | TRUSTEE DEFENDANTS<br><br>BANK OF NEW YORK AND BNY CORPORATE TRUSTEE SERVICES LIMITED.<br><br>ISSUER DEFENDANTS<br><br>GAZPROMBANK MORTGAGE FUNDING 2 S.A. and RUBY FINANCE PUBLIC LIMITED COMPANY, AS ISSUER OF THE SERIES 2006-7. | 6 |
| 4. | 10-03811 (JMP) | BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | 1 |
| 5. | 10-03812 (JMP) | NEBRASKA INVESTMENT FINANCE AUTHORITY | 1 |
| 6. | 10-03830 (JMP) | CONFLUENT V LIMITED and AXA INVESTMENT MANAGERS PARIS S.A. | 2 |
| 7. | 10-03831 (JMP) | BLUEBAY ASSET MANAGEMENT PLC, et al. | 2 |
| 8. | 10-03832 (JMP) | ADAGIO III CLO PLC and AXA INVESTMENT MANAGERS PARIS S.A. | 2 |