| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment: October 15, 2010 (12:00 p.m.)<br>Objections: October 15, 2010 (11:00 a.m.) |

---------------------------------------------------------x
:
In re                                                           :     Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC.,      :     Case No. 08-13555 (JMP)
*et al.*,                                                     :
:     (Jointly Administered)
Debtors.                          :
:
---------------------------------------------------------x

**NOTICE OF NON-OBJECTION BY THE UNITED STATES TRUSTEE RE:
DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 327(e) AND 330 AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 FOR
AUTHORIZATION TO EMPLOY AND RETAIN
WOLLMUTH MAHER & DEUSTCH LLP AS SPECIAL COUNSEL
TO THE DEBTORS, *NUNC PRO TUNC* TO SEPTEMBER 9, 2010**

TO: THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE:

Tracy Hope Davis, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. §§ 586(a)(3) and (5), hereby files her notice of non-objection in the chapter 11 cases of Lehman Brothers Holdings, Inc. and related debtors in possession (the "Debtors"), as follows:

Under current Court consideration is the "Application of the Debtors Pursuant to Section 327(e) and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Wollmuth Maher & Deutsch LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to September 9, 2010" (the "Application," Docket No. 11761).

Counsel to the United States Trustee has reviewed the Application and conferred with an attorney of Wollmuth Maher & Deutsch LLP. It is the understanding of the United States Trustee that, while the Debtors seek to retain the firm for the performance of legal services relating to certain "Representative Matters" (as defined in the Application), none of the Representative Matters will require that the firm be adverse to its current clients in the bankruptcy cases of the Debtor. Based on that understanding, on her Office's review of the Application, and on her monitoring of the Debtors' bankruptcy cases, the United States Trustee has no objection to the Application.

**WHEREFORE**, in light of the foregoing, the United States Trustee respectfully requests that the Court grant such relief as the Court may deem appropriate and just.

Dated:   New York, New York   Respectfully submitted,
         October 8, 2010

                                  TRACY HOPE DAVIS
                                  UNITED STATES TRUSTEE

                           **By:** */s/ Andrew D. Velez-Rivera*
                                  Trial Attorney
                                  33 Whitehall Street, 21st Floor
                                  New York, New York 10004
                                  Tel. (212) 510-0500; Fax (212) 668-2255