

Arete Research, LLC
3 Post Office Square, Fl. 7
Boston, MA 02109
Tel: +1 617.357.4800
Fax: +1 617.357.4809

October 4, 2010

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE: Lehman Brothers Holdings, Inc., et. Al
Chapter 11 Case No. 08-13555 (JMP)

Dear Sir or Madam:

Attached for filing in the above-captioned matter please find the "Response to the Debtors' Forty-Sixth Omnibus Objection to Claims to be Disallowed and Expunged". This filing is made on behalf of Arete Research, claim #6262.

Please contact me at 617-357-4800 with any questions or concerns regarding this filing.

Sincerely,

Anthony W. Graziano III





# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:  Lehman Brothers Holdings, Inc., et al.)  **Chapter 11 Case No.**
) 08-13555 (JMP)
)
) (Jointly Administered)
**Debtors**  )
)

## RESPONSE TO DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION
## TO CLAIMS TO BE DISALLOWED AND EXPUNGED

Now comes Arete Research, LLC ("Arete") and hereby responds to the Debtor's Forty-Sixth Omnibus Objection seeking the entry of an order to disallow and expunge the claims of Arete. Arete asserts that its claim, #6262, is valid based on the following statement of the facts and applicable law:

### Statement of Facts

1. Arete is a limited liability Delaware corporation with a principal place of business in Boston, MA. Arete provides equity research reports to institutional clients.

2. On August 20, 2008 Lehman Brothers ("Lehman") issued a check in the amount of $47,200 to Arete on behalf of Moore Capital ("Moore"). These funds were to be paid to Arete from the client commission sharing account that Moore held at Lehman, in payment for research services provided.

3. After depositing the check into its corporate banking account, Arete received notice on 9/18/2008 that six days earlier, on 9/12/2008, three days before Lehman's bankruptcy filing, a "stop payment" was placed on the check and the check was returned, unpaid.

### Applicable Law

4. Moore maintained a commission sharing account with Lehman pursuant to the safe harbor found at Section 28(e) of the Exchange Act which allows "…money managers to use client funds to purchase "brokerage and research services" for

their managed accounts under certain circumstances without breaching their fiduciary duties to clients." Moore, as the money manager, provided direction to their broker Lehman (as the holder of the commission sharing account) to use client funds to purchase research services from Arete, the third party provider.

5. The SEC has determined that, "…a broker-dealer effecting the trade (if not providing research and brokerage services directly) must be legally obligated to a third-party producer of research or brokerage services to pay for the service ultimately provided to a money manager." *see* 17 CFR Part 241 [Release No. 34-52635; File No. S7-09-05  Lehman, the broker effecting the trade in this transaction, is obligated to pay for the research services provided to the money manager.

WHEREFORE, Arete Research LLC requests that the Debtors' Objection to Claim be denied on the grounds that the claim should be paid as described in the above response.

Respectfully submitted,

*(signature)*

Anthony W. Graziano III
President
Arete Research, LLC
3 Post Office Square, 7th Floor
Boston, MA 02109
(617) 357-4800

## **CERTIFICATE OF SERVICE**

      I certify that on October 4, 2010, copies of this Response were served by mailing the same by ordinary U.S. Mail, postage pre-paid to the persons listed below:

United States Bankruptcy Court
Office of the Clerk
One Bowling Green
New York, NY 10004

The Honorable James M. Peck
One Bowling Green, Court Room #601
New York, NY 10004

Shai Waisman, Esq.
Weil, Gotshal & Manges LLC
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY 10004

Paul Schwartzberg, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY 10004

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY 10004

Linda Rifkin, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY 10004

Tracy Hope-Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005


_____
Anthony W. Graziano III

**LEHMAN BROTHERS**
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

| **LEHMAN BROTHERS** ACCOUNTS PAYABLE 70 Hudson Street Jersey City, NJ 07302-3988 | | | Date 08/20/08 | Check Number 002085085 1000002377 | |
|---|---|---|---|---|---|
| DATE | INVOICE / CREDIT MEMO NO. | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMOUNT |
| 081508 | 08150847200 ATTN: ANTHONY GRAZIANO; ARETE RESEARCH | 0000018832 | 4720000 | 00 | 4720000 |
| The attached check is in payment for items described above | | TOTAL | 4720000 | 00 | 4720000 |



THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT

**LEHMAN BROTHERS**
Citibank (Delaware)
New Castle, DE 19720

LEHMAN BROTHERS INC.   62-20
ACCOUNTS PAYABLE        311
70 Hudson Street
Jersey City, NJ 07302-3988

PAY ONLY ****4,200.00**** CTS/CTS

Check Number
002085085

Void After 180 Days

FORTY-SEVEN THOUSAND TWO HUNDRED DOLLARS AND ZERO CENTS **********
Void Over $47,200.00

Pay to the order of

ARETE RESEARCH LLC
3 Post Office Square
7th Floor
Boston, MA 02109

Date 08/20/08

Amount *$47,200.00

Authorized Signature

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑈002085085⑈ ⑆031100209⑆ 388 26983⑈

```
BANK OF AMERICA, N.A.                                  Page 01 of 01              H
EAST RETURN ITEMS                                      Bank    : 00493
P.O. BOX 2518                                          Center :
HOUSTON, TX  77252-2518                                Divider: 16,124
                                                       Code   : 5 M

                                                       Deposit Account:    460-620-0129
                                                       Charge Account :    460-620-0129
                                                       Store/Reference:00000000000000
        ARETE RESEARCH LLC
        3 POST OFFICE SQ FL 7
        BOSTON  MA      02109-3905
        US                                                     DESK #10
```

Date of Notice: 09-18-2008

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account. Please adjust your records by subtracting the total shown below.

If you have any questions or need additional information, please contact one of our Customer Service Representatives at 1-800-432-1000. Thank you for choosing Bank of America.

```
Number of Returned Items:                   1
Amount of Returned Item(s):         47,200.00
Return Items Fee:                        5.00
Total:                              47,205.00
```

| SEQUENCE/ | ABA NUMBER/ | MAKER NAME/ | RETURN REASON/ | AMOUNT |
|---|---|---|---|---|
| DEP DATE | DEP AMOUNT | CHECK DATE | I.D. | |
| 01270722612 | 0311-0020 | | Stop Payment | 47,200.00 |
| 9/12/2008 | 47,200.00 | | | |