| Objection to the claim to be disallowed & expunged. ||
|---|---|
| Names of the bankruptcy courts: | United States Bankruptcy Court Southern District of New York |
| Names of the Debtors: | Lehman Brothers Holdings Inc., *et al.*, 08-13555 |
| Chapter 11 Case No. | 08-13555(JMP) |
| Claim Number: | 64617 |
| Title of Objection: | Debtors' Forty-second Omnibus Objection to Claims (Late-filed Lehman Programs Securities Claims) |
| Name of the claimants: | Lin Chan, Hing<br>Shuk Yi Liu, Ivy |
| Classification and Amount: | Unsecured: $100,000 |
| Reasons why the claim should not be disallowed: | As shown in the post office's stamp chop, the letter was sent out on October 19, 2009. Usually it takes about 7 days to arrive at the US. However, for some unknown reasons which are out of the control of the claimants, the claim was filed on November 4, 2009. Thus, it had taken 16 days for a 7 days delivery. Disallowing the claim means punishing the claimant for the fault they have not committed. |
| Documentation for substantiating the claimants' argument | The scan copy of the envelope that bears the post office stamp to show the date of sending out is October 19, 2009. |
| The address of the claimants: | Same as the one in the proof of claim |
| The address to which the Debtors must return any reply to the claimants' response | Same as the one in the proof of claim. |

As bound by their works, the claimants would not be able to appear in the hearing on October 27, 2010.

Signatures:  *[signature]*    *[signature]*

Names        (Lin Chan, Hing)          (Shuk Yi Liu, Ivy)

Date:    October 7, 2010

OCT - 8 2010

1

