UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------------------x  Ref. Docket Nos. 11539, 11540, 11541, 11542, 11451, 11543-11549, 11554, 11563-11564

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 24, 2010, I supervised the mailing of personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Angharad Bowdler*

Sworn to before me this                    Angharad Bowdler
30th day of September, 2010

*/s/ Elli Petris*
Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
              Debtors.                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  GOLDMAN, SACHS & CO.                              GOLDMAN, SACHS & CO.
          TRANSFEROR: AGILO MASTER FUND LIMITED             MANAGING CLERK
          30 HUDSON STREET, 36TH FLOOR                      RICHARDS KIBBE & ORBE LLP
          JERSEY CITY NJ 07302                              ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281
```

Please note that your claim # 63833 in the above referenced case and in the amount of
        $10,706,519.00         has been transferred **(unless previously expunged by court order)**

```
          GFA I LLC
          TRANSFEROR: GOLDMAN, SACHS & CO.
          C/O ASHURST LLP
          ATTN: PATRICIA SEDDON
          7 TIMES SQUARE, 42ND FLOOR
          NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11554     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/24/2010                              Vito Genna, Clerk of Court


                                              /s/ Angharad Bowdler
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 24, 2010.

**EXHIBIT B**

```
TIME: 15:20:16                                                LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    1
DATE: 09/24/10                                                      CREDITOR LISTING

Name                                       Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                           LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: DEUTSCHE POSTBANK INTERNATIONAL SA ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                           LONDON  EC2N 2DB UNITED KINGDOM
GFA I LLC                                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
GOLDMAN, SACHS & CO.                       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                       TRANSFEROR: AGILO MASTER FUND LIMITED 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ISP FINANCIAL SERVICES LTD.                BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH  8034 SWITZERLAND
JPMORGAN CHASE BANK, N.A.                  TRANSFEROR: ISP FINANCIAL SERVICES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                           NEW YORK NY 10005-1401
SABRETOOTH MASTER FUND LP                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SABRETOOTH CAPITAL MANGEMENT LLC 405 LEXINGTON AVENUE, 50TH FLOOR
                                           NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SABRETOOTH CAPITAL MANGEMENT LP 405 LEXINGTON AVENUE, 50TH FLOOR
                                           NEW YORK NY 10174

Total Number of Records Printed     9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC