**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 11656-11658, |
|  | : | 11663, 11664, 11667, 11668, 11672, |
|  | : | 11674, 11677 & 11679 |

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS OTC DERIVATIVES INC.**, *et al.*, | : | **08-13893 (JMP)** |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket No. 11 |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 30, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              */s/ Panagiota Manatakis*
                                                                              Panagiota Manatakis

Sworn to before me this
7th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 11, 11656-11658, 11663, 11664, 11667, 11668, 11672, 11674, 11677, 11679_Aff 9-30-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                    |  Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
                                         |
                                         |  (Jointly Administered)
              Debtors.                   |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIBANK ESPANA, S.A.                        CITIBANK ESPANA, S.A.
     ATTN: JOSE ALBERTO PASCUAL                   PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP
     AVENIDA DE EUROPA, P.E. LA MORALEJA          ATTN: DOUGLAS R. DAVIS
     ALCOBENDAS                                   1285 AVENUE OF THE AMERICAS
     MADRID    28108                              NEW YORK NY 10019-6064
     SPAIN
```

Please note that your claim # 55402-01 in the above referenced case and in the amount of
      $109,697,046.00      has been transferred **(unless previously expunged by court order)**

```
     CITIGROUP GLOBAL MARKETS INC.                CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: CITIBANK ESPANA, S.A.            DOUGLAS R DAVIS
     ATTN: MARC HEIMOWITZ                         PAUL WEISS RIFKIND WHARTON & GARRISON LLP
     390 GREENWICH ST 4TH FL                      1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                            NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11664     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2010                       Vito Genna, Clerk of Court

                                       /s/ Angharad Bowdler
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 30, 2010.

# EXHIBIT B

TIME: 19:41:35
DATE: 09/30/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCLAER, 6 ESCALDES ENGORDANY   PRINCIPAT D'ANDORRA |
| BANCO DE ORO UNIBANK, INC. | BDO CORPORATE CENTER ATTN: MA. ANA ELENA R. REYES, LUISITO S. SALAZAR 7899 MAKATI AVENUE MAKATI CITY  0726 PHILIPPINES |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CASSA DI RISPARMIO DI RAVENNA S.P.A. | PIAZZA GARIBALDI 6 RAVENNA (RA) 48121 ITALY |
| CBW LLC | TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICIA SEDDON C/O ASHURST LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| CEBFT RUSSELL SHOR-T | ATTN: ELLIOT COHEN 909 A STREET TACOMA WA 98402 |
| CITIBANK ESPANA, S.A. | PAUL, WEISS, RIFKINK, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK ESPANA, S.A. | ATTN: JOSE ALBERTO PASCUAL AVENIDA DE EUROPA, P.E. LA MORALEJA ALCOBENDAS MADRID 28108 SPAIN |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK ESPANA, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013 |
| FRANK RUSSELL | TRANSFEROR: CEBFT RUSSELL SHOR-T ATTN: ELLIOT COHEN 909 A. STREET TACOMA WA 98402 |
| FRANK RUSSELL COMPANY | TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/I ELLIOT COHEN 909 A ST TACOMA WA 98402 |
| FRANK RUSSELL COMPANY | TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/O ELLIOT COHEN 909 A ST TACOMA WA 98402 |
| FRANK RUSSELL COMPANY | TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/O ELLIOT COHEN 909 A ST. TACOMA WA 98402 |
| FRANK RUSSELL COMPANY | TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/O ELLIOT COHEN 909 A. ST TACOMA WA 98402 |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GT DISTRESSED DEBT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |
| ISRAEL AIRCRAFT INDUSTRIES WORKERS' PROVIDENT FUND LTD. THE | THE ISRAEL AIRCRAFT INDUSTRIES WORKERS' PROVIDENT FUND LTD. BEN GURION INTERNATIONAL AIRPORT 70100 ISRAEL |
| ISRAEL AIRCRAFT INDUSTRIES WORKERS' PROVIDENT FUND LTD. THE | C/O JEREMY BENJAMIN, ADVOCATE GOLDFARB, LEVY, ERAN, MEIRI, TZAFRIR & CO. 2 WEIZMANN STREET TEL-AVIV  64239 ISRAEL |
| JPMORGAN CHASE BANK, N.A. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NETAPP, INC. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005-1401 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: ADAM RIESS C/O ROPES AND GRAY LLP AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LOOMIS STREET, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES AND GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STONE TOWER CREDIT MASTER FUND LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER -3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STONE TOWER CREDIT MASTER FUND LTD. ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER -3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| RIC III PLC THE U.S. DOLLAR CASH PLUS FUND | RIC III PLC THE US DOLLAR CASH PLUS FUND C/O ELIOTT COHEN 909 A ST TACOMA WA 98402 |
| STONE TOWER CREDIT MASTER FUND LTD | CHIEF FINANCIAL OFFICER C/O STONE TOWER FUND MANAGEMENT LLC 152 WEST 57TH STREET NEW YORK NY 10019 |
| STONE TOWER CREDIT MASTER FUND LTD. | C/O STONE TOWER FUND MANAGEMENT LLC 152 WEST 57TH STREET NEW YORK NY 10019 |
| YORVIK PARTNERS LLP | TRANSFEROR: ISRAEL AIRCRAFT INDUSTRIES WORKERS' PROVIDENT FUND LTD. TH ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UK |

Total Number of Records Printed    33

EPIQ BANKRUPTCY SOLUTIONS, LLC