WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
                                            :
---------------------------------------------------------------x
```

**DEBTOR'S FIFTH NOTICE OF AGENCY TERMINATIONS**

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession (the "Debtor") filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 3 in Case No. 08-13900].

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned.

The Debtor filed the first Notice of Filing of Agency Terminations [Docket No. 2854] on February 17, 2009, the Second Notice of Filing of Agency Terminations [Docket No. 4034] on June 18, 2009, the Third Notice of Filing of Agency Terminations [Docket No. 5014] on August 31, 2009, and the Fourth Notice of Filing of Agency Terminations [Docket No. 6325] (the "Fourth Notice") on December 21, 2009. Since the filing of the Fourth Notice, the Debtor has transferred, assigned or resigned from additional administrative agent positions.

Accordingly, attached hereto as Exhibit A is the Debtor's Fifth Notice of Agency Terminations, which specifies, as of October 5, 2010, those administrative agent positions that LCPI has terminated by transfer, assignment or resignation since the date of the filing of the Fourth Notice and the specific entities to which such positions were transferred or assigned.

LCPI expects to periodically file additional Notices of Agency Termination.

Dated: October 11, 2010
     New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## DEBTOR'S FIFTH NOTICE
## OF AGENCY TERMINATIONS

US_ACTIVE:\43354768\04\58399.0003

| Borrower | Date | New Agent |
|---|---|---|
| United Components, Inc. | 12/22/2009 | Bank of America, N.A. |
| Cinemark USA, Inc | 1/29/2010 | Barclays Bank PLC |
| Dresser, Inc. (First Lien) | 2/8/2010 | Barclays Bank PLC |
| Dresser, Inc. (Second Lien) | 2/8/2010 | Barclays Bank PLC |
| Iconix Brand Group, Inc. | 2/24/2010 | Barclays Bank PLC |
| National Cinemedia, LLC | 3/31/2010 | Barclays Bank PLC |
| Precision Partners, Inc. (First Lien) | 6/30/2010 | CIT Capital USA Inc. |
| Altegrity, Inc. (A/K/A US Investigations Services, Inc.) | 8/3/2010 | Goldman Sachs Bank USA |
| Veyance Technologies, Inc. | 8/24/2010 | Barclays Bank PLC |