767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

October 12, 2010

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")
Eleventh Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the eleventh) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the October 20 omnibus hearing.

In the just-ended 31-day period, Debtors have served 11 additional ADR Notices, bringing the total number of such notices served to 81 on 105 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in two additional ADR matters, both as a result of mediations. Upon closing of these settlements, Debtors will have settled 31 ADR matters involving 37 counterparties and received a total of $213,147,320.98 new dollars for the Debtors' estates.

To date, of the 17 ADR matters that have reached the mediation stage and have been concluded, all 17 have been settled in mediation. No mediation has yet terminated without settlement. Seven additional mediations have been scheduled to commence on the following dates: October 21, 25, 27, 28 and November 3 (two) and 5.

Respectfully Submitted,

*[signature: Peter Gruenberger]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)