IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Jeffrey T. Wegner, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent The Morningside Ministries Foundation, Inc., a creditor and party in interest in the above-captioned case.

    Mailing Address:    Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102
    E-mail Address:    jeffrey.wegner@kutakrock.com
    Telephone Number:    402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated: October 11, 2010            */s/ Jeffrey T. Wegner*
                                                Jeffrey T. Wegner (JTW 4893)
                                                Nebraska Bar No. 18265
                                                Kutak Rock LLP
                                                1650 Farnam Street
                                                Omaha, NE 68102
                                                Telephone: (402) 346-6000
                                                Facsimile: (402) 346-1148

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                          Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY T. WEGNER

UPON the motion of Jeffrey T. Wegner dated October 11, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey T. Wegner is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York

       _____, 2010

                                                        UNITED STATES BANKRUPTCY JUDGE