IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bruce A. Wilson, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent The Morningside Ministries Foundation, Inc., a creditor and party in interest in the above-captioned case.

Mailing Address:   Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102
E-mail Address:    bruce.wilson@kutakrock.com
Telephone Number:  402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated:  October 11, 2010          */s/ Bruce A. Wilson*
                                  Bruce A. Wilson (BAW 7206)
                                  Nebraska Bar No. 18885
                                  Kutak Rock LLP
                                  1650 Farnam Street
                                  Omaha, NE 68102
                                  Telephone:  (402) 346-6000
                                  Facsimile: (402) 346-1148

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                            Case No. 08-13555 (JMP)

            Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRUCE A. WILSON

UPON the motion of Bruce A. Wilson dated October 11, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bruce A. Wilson is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York

_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE