**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and  Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

     A CLAIM HAS BEEN FILED IN THIS CASE by Federal Home Loan Bank of Atlanta (the "Initial Claimant"), against Lehman Brothers Holdings Inc. (the "Debtor"), in an unliquidated amount (designated as Claim No. 19174), which claim was settled in the amount of $175,000,000.00, pursuant to a certain termination agreement entered into by and among the Initial Claimant, Lehman Brothers Special Financing Inc. as obligor and the Debtor as guarantor (as settled, the "Claim").  The claim was transferred from the Initial Claimant to the Transferor (named below) on or about September 30, 2010 (*See* Document Number 11769 on the docket.)  Assignee (named below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of $45,000,000.00 of the principal amount of the Claim.  A copy of the Evidence of Partial Transfer of Claim (the "Evidence of Partial Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

83425805.1

**Name of Assignee:**

SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Names and Addresses where notices
to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York  10036
Attn:   Ronald S. Beacher, Esq.
Telephone     (212) 297-5812

**Name and Address where
Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:   Brian A. Jarmain
Telephone:     (203) 542-4032

**Name of Transferor:**

Merrill Lynch Credit Products, LLC

**Name and Address where notices
to Transferor should be sent:**

Jeff Benesh / Ron Torok
Merrill Lynch Credit Products, LLC
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY  10036

83425805.1                                          2

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: Parsippany, New Jersey
October 6, 2010

**DAY PITNEY LLP**

By: /s/ Scott A. Zuber
Scott A. Zuber (SZ-9728)
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*