# Exhibit A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

    Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP Group, LLC ("Buyer"), a pro rata portion to the extent of 25.7142857% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against Lehman Brothers Holdings Inc. ("LBHI") docketed as Claim No. 19174 originally filed by Federal Home Loan Bank of Atlanta and settled in the allowed amount of $175,000,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $45,000,000 of the Settlement Amount.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

    IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the  30  day of September, 2010.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____
Name: Ron Tarov
Title: Director

**SPCP GROUP, LLC**

By: _____
Name:
Title:

KL2 2669221.1