IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

  I, Heather H. Anschutz, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Nebraska Investment Finance Authority, a creditor and party in interest in the above-captioned case.

  Mailing Address: Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102
  E-mail Address: heather.anschutz@kutakrock.com
  Telephone Number: 402-346-6000

  I agree to pay $25.00 upon the filing of this Motion.

Dated:  October 12, 2010      */s/ Heather H. Anschutz*
                 Heather H. Anschutz (HHA 9681)
                 Nebraska Bar No. 22906
                 Kutak Rock LLP
                 1650 Farnam Street
                 Omaha, NE 68102
                 Telephone:  (402) 346-6000
                 Facsimile: (402) 346-1148

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                         Case No. 08-13555 (JMP)

                            Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF HEATHER H. ANSCHUTZ

UPON the motion of Heather H. Anschutz dated October 12, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Heather H. Anschutz is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York

_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE