IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeremy T. Fitzpatrick, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Nebraska Investment Finance Authority, a creditor and party in interest in the above-captioned case.

Mailing Address:   Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102
E-mail Address:    jeremy.fitzpatrick@kutakrock.com
Telephone Number:  402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated:  October 12, 2010        */s/ Jeremy T. Fitzpatrick*
                                            Jeremy T. Fitzpatrick (JTF 4108)
                                            Nebraska Bar No. 21943
                                            Kutak Rock LLP
                                            1650 Farnam Street
                                            Omaha, NE 68102
                                            Telephone:  (402) 346-6000
                                            Facsimile: (402) 346-1148

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,              Case No. 08-13555 (JMP)

                              Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEREMY T. FITZPATRICK

UPON the motion of Jeremy T. Fitzpatrick dated October 12, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeremy T. Fitzpatrick is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York

_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE