**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

-------------------------------------------------------------------------------x    **Ref. Docket Nos. 11491,**
**11570, 11571, 11573, 11576-**
**11581, 11583, 11585, 11588-**
**11593, 11595, 11597-11607**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 27, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Panagiota Manatakis*
                                                        Panagiota Manatakis

Sworn to before me this
11th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  EUROSAI FINAZIARIA DI PARTECIPAZIONI S.R.L.
             ATTN: JOHN A. PINTARELLI, ESQ.
             C/O MORRISON & FOERSETER LLP
             1290 AVENUE OF THE AMERICAS
             NEW YORK NY 10104

Please note that your claim # 55727-01 in the above referenced case and in the amount of
        $2,201,612.58        has been transferred (unless previously expunged by court order)

        SEA PORT GROUP SECURITIES, LLC
        TRANSFEROR: EUROSAI FINAZIARIA DI PARTECIPAZIONI S.R.L.
        ATTN: STEPHEN HANSEN
        360 MADISON AVENUE, 22ND FLOOR
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11573     in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 09/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Angharad Bowdler
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 27, 2010.

**EXHIBIT B**

```
TIME: 20:26:41                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/27/10                                       CREDITOR LISTING

Name                                       Address
CBW LLC                                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
CBW LLC                                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
CERBERUS SERIES FOUR HOLDINGS, LLC         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: PHILIP LINDENBAUM 299 PARK AVENUE NEW YORK NY 10171
EUROSAI FINAZIARIA DI PARTECIPAZIONI       ATTN: JOHN A. PINTARELLI, ESQ. C/O MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
  S.R.L.
JPMORGAN CHASE BANK, N.A.                  TRANSFEROR: CONDUIT CAPITAL MARKETS LTD 4 NEW YORK PLAZA, 16TH FLOOR ATTN: JASON LEDDY, AUTHORIZED SIGNATORY NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                  TRANSFEROR: ISP FINANCIAL SERVICES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                           NEW YORK NY 10005-1401
KING STREET CAPITAL MASTER FUND, LTD.      ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW YORK CITY NY 10956
KING STREET CAPITAL MASTER FUND, LTD.      TRANSFEROR: JPMORGAN CHASE BANK, N.A. 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
KING STREET CAPITAL, L.P.                  ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW YORK CITY NY 10956
KING STREET CAPITAL, L.P.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: HEWLETT-PACKARD C/O PEPPER HAMILTON LLP ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK
                                           NEW YORK NY 10036
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: EUROSAI FINAZIARIA DI PARTECIPAZIONI S.R.L. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017


Total Number of Records Printed            12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC