UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                   Debtors.                     :
                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 11576-11581,
                                                     11583, 11585, 11588-11593, 11595,
                                                     11597-11607, 11616-11623

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 29, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Panagiota Manatakis*
                                        Panagiota Manatakis

Sworn to before me this
7th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 11576-11581, 11583, 11585, 11588-11593, 11595, 11597-11607, 11616-11623, _Aff 09-29-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   DYNEGY POWER MARKETING INC
           C/O ELIZABETH C. FREEMAN
           LOCKE LORD BISSELL & LIDDELL LLP
           600 TRAVIS, SUITE 3400
           HOUSTON TX 77002

Please note that your claim # 30414 in the above referenced case and in the amount of
     $3,697,653.44        has been transferred **(unless previously expunged by court order)**

           DOVER MASTER FUND II, L.P.
           TRANSFEROR: DYNEGY POWER MARKETING INC
           C/O LONGACRE MANAGEMENT, LLC
           ATTN: VLADIMIR JELISAVCIC
           810 SEVENTH AVENUE, 33RD FLOOR
           NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11616       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/29/2010                          Vito Genna, Clerk of Court

                                          /s/ Angharad Bowdler
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 29, 2010.

**EXHIBIT B**

```
TIME: 12:29:22                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/29/10                                         CREDITOR LISTING

Name                                 Address
CBW LLC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
DEKA INTERNATIONAL S.A., ON BEHALF OF: 5, RUE DES LABOURS LUXEMBOURG  1912 LUXEMBOURG
 DEKA-WORLDGARANT PLUS 2/2011
DEKA INTERNATIONAL S.A., ON BEHALF OF: HOGAN LOVELLS US LLP ATTN: MATTHEW P. MORRIS, ESQ. 875 THIRD AVENUE NEW YORK NY 10022
 DEKA-WORLDGARANT PLUS 2/2011
DOVER MASTER FUND II, L.P.           TRANSFEROR: DYNEGY POWER MARKETING INC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                     NEW YORK NY 10019
DYNEGY POWER MARKETING INC           C/O ELIZABETH C. FREEMAN LOCKE LORD BISSELL & LIDDELL LLP 600 TRAVIS, SUITE 3400 HOUSTON TX 77002
GOLDMAN SACHS LENDING PARTNERS LLC   MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC   MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC   TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                     JERSEY CITY NJ 07302
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL & PENSIONS LTD BELLERIVESTRASSE 33 PO BOX 567 ZURICH  8034 SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT FUND MEITAV CHISACHON GEMEL
                                     BELLERIVESTRASSE 33, P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT FUND MEITAV CHISACHON HISTALMUT
                                     BELLERIVESTRASSE 33, P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT FUND MEITAV CHISACHON HISTALMUT
                                     BELLERIVESTRASSE, P.O. BOX 567 ZURICH 8034    SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF THE PROVIDENT FUND MEITAV CHISACHON PIZUIM
                                     BELLERIVESTRASSE 33, P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV GEMEL LTD (THE "COMPANY") THE MANAGING COMPANY OF T BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034    SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV HISHTALMUT CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV HISHTALMUT SHARES BELLERIVESTRASSE 33 PO BOX 567 ZURICH  8034 SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV MISHAN LTD. BELLERIVESTRASSE 33 PO BOX 567 ZURICH  8034 SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV PIZUIM CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV TAGMULIM CLALI BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034   SWITZERLAND
ISP FINANCIAL SERVICES LTD.          TRANSFEROR: MEITAV TAGMULIM SHARES BELLERIVESTRASSE 33 P.O. BOX 567 ZURICH 8034    SWITZERLAND
JPMORGAN CHASE BANK, N.A.            TRANSFEROR: ISP FINANCIAL SERVICES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                     NEW YORK NY 10005
SERENGETI OVERSEAS MM L.P.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL
                                     NEW YORK NY 10012
SERENGETI PARTNERS LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                     NEW YORK NY 10012
SERENGETI RAPAX MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
UBS AG, LONDON BRANCH                TRANSFEROR: DEKA INTERNATIONAL SA, ON BEHALF OF: DEKA-WORLDGARANT PLUS ATTN: SHARON CANHAM ONE FINSBURY AVENUE
                                     LONDON  EC2M 2PP UNITED KINGDOM

Total Number of Records Printed      25
```