# EXHIBIT A



# Proof of securities ownership

The undersigned, Banque de Luxembourg, whose head office is 14 Boulevard Royal, L-2449 Luxembourg, hereby certifies that the following securities are held on behalf of:

Aspecta Assurance International Luxembourg S.A. Rub MSP D126

Ref:   **01671413**

| Securities name - ISIN Code - Asset class | | Currency | Valuation date | Quantity held |
|---|---|---|---|---|
| *Lehman Brothers Treasury BV in default -2007 26.11.22 on Equity* | | | | |
| XS0331506369 | *Structured products* | EUR | 29/09/2010 | 1 248 000,00 |

Made in Luxembourg,  30/09/2010                                        **Banque de Luxembourg \***

\* This electronic document is valid without signature



# Proof of securities ownership

The undersigned, Banque de Luxembourg, whose head office is 14 Boulevard Royal, L-2449 Luxembourg, hereby certifies that the following securities are held on behalf of:

Aspecta Assurance International Luxembourg S.A. Rub MSP D127

Ref:  **01674897**

| Securities name - ISIN Code - Asset class | | Currency | Valuation date | Quantity held |
|---|---|---|---|---|
| ***Lehman Brothers Treasury BV in default -2007 26.11.22 on Equity*** | | | | |
| XS0331506369 | *Structured products* | EUR | 29/09/2010 | 715 000,00 |

Made in Luxembourg,  30/09/2010                                   **Banque de Luxembourg \***

* This electronic document is valid without signature