**DUANE MORRIS LLP**
a Delaware Limited Liability Partnership
Eberhard H. Rohm, Esq.
William C. Heuer, Esq.
Patricia H. Heer, Esq.
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Aspecta Assurance*
*International Luxembourg S.A.*

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br>           Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Patricia H. Heer, an attorney with Duane Morris LLP, hereby certify that: (a) on October 12, 2010, I caused a true and correct copy of the Response of Aspecta Assurance International Luxembourg S.A. to Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims) and the within certificate of service to be served via regular mail on the following parties:

| Milbank, Tweed, Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>*Attn:* Dennis F. Dunne, Esq.<br>         Dennis F. O'Donnell, Esq.<br>         Evan Fleck, Esq. | Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>*Attn:* Andy Velez-Rivera, Esq.<br>         Paul Schwartzberg, Esq.<br>         Brian Masumoto, Esq.<br>         Tracy Hope Davis, Esq. | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attn:* Shai Waisman, Esq. |

**DUANE MORRIS LLP**
a Delaware Limited Liability Partnership

Dated:  October 12, 2010

 */s/ Patricia H. Heer, Esq.*
Eberhard H. Rohm, Esq.
William C. Heuer, Esq.
Patricia H. Heer, Esq.
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Aspecta Assurance*
*International Luxembourg S.A.*

DM3\1506549.1