UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF HOLLY E. LOISEAU

UPON the motion of Shai Y. Waisman dated September 28, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Holly E. Loiseau is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October 12, 2010

                                                 *s/ James M. Peck*
                                                 UNITED STATES BANKRUPTCY JUDGE