Joanne K. Lipson, WSBA #13204
CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101
Telephone:  (206) 624-9894
Facsimile:  (206) 624-8598
jlipson@crockerkuno.com
Attorneys for The Central Puget Sound Regional
Transit Authority

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                        :        Chapter 11
                                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :        Case No. 08-13555-JMP
                                                                                  :        **(Jointly Administered)**
                                        Debtors.                      :
---------------------------------------------------------------x

**OPPOSITION BY THE CENTRAL PUGET SOUND TRANSIT AUTHORITY TO
DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED
DERIVATIVE CLAIMS) AS RELATED TO CLAIM NOS. 31951 AND 31952**

Creditor, The Central Puget Sound Transit Authority ("Sound Transit"), opposes the objection by the Debtors to Sound Transit's claims numbered 31951 and 31952 (the "Objection").  The thrust of the Objection is to reduce the amount claimed by Sound Transit from some $6.5 million to $3.3 million.  Sound Transit opposes the reduction of its claims.

The Debtors do not state any specific basis for the objection.  However, from direct communication and between counsel for each, respondent Sound Transit understands that the Debtors advocate a different method than Sound Transit used for calculating its damages.  The Debtors also dispute the date (the "delivery date") of Sound Transit's notice to terminate its agreement with Lehman Brothers Special Financing Inc.

- 1

under the pertinent contract and applicable New York law from which to calculate termination damages.

The parties are discussing these issues. Accordingly, counsel for Sound Transit understand that the hearing on the objections to the claims will be adjourned to allow further negotiations and, if necessary, future mediation.

DATED this 12th day of October 2010.

CROCKER KUNO PLLC

By  */s/ Joanne K. Lipson*
    Joanne K. Lipson, WSBA #13204
    Attorneys for The Central Puget Sound
    Regional Transit Authority