Joanne K. Lipson, WSBA #13204
CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101
Telephone:  (206) 624-9894
Facsimile:  (206) 624-8598
jlipson@crockerkuno.com
Attorneys for The Central Puget Sound Regional
Transit Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :    Case No. 08-13555-JMP
                                                              :    **(Jointly Administered)**
                       Debtors.                            :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE OF
## OPPOSITION BY THE CENTRAL PUGET SOUND TRANSIT AUTHORITY TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) AS RELATED TO CLAIM NOS. 31951 AND 31952

I, Nancy Hunter, hereby certify under penalty of perjury that on October 12, 2010, I caused a copy of *Opposition By The Central Puget Sound Transit Authority to Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) as Related to Claim Nos. 31951 And 31952* to be sent by Federal Express, postage prepaid to the following:

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY  10004

**Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
Shai Waisman, Esq.
Penny Reid, Esq.
767 Fifth Avenue
New York, NY  10153

- 1

**Office of the United States Trustee**
Southern District of New York
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

**Attorneys for Official Committee of Unsecured Creditors**
Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005

and to be served via CM/ECF on all parties receiving electronic notice.

       DATED this 12th day of October 2010, at Seattle, Washington.

                                    */s/ Nancy Hunter*
                                   Nancy Hunter, CBA