## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2010, true and correct copies of the foregoing OPPOSITION TO DEBTOR'S MOTION TO STAY AVOIDANCE ACTIONS AND FOR RELATED RELIEF were served by U.S. Mail, First Class, Postage Prepaid, on the persons and/or parties below.

                                                      s/Thomas Pietrantonio, Esq.
                                                     _____

**Service List:**

Hon. James M. Peck
US Bankruptcy Court
Southern District of NY
Courtroom 601
One Bowling Green
New York, NY 10004


Weil, Gotshal & Manges LLP
Attorneys for Debtors
767 Fifth Ave.
New York, NY 10153

Attn.:  Mindy J. Spector, Esq.
       Peter Gruenberger, Esq.
       Shai Y. Waisman, Esq.


Office of the United States Trustee
for the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY 10004

Attn.:  Tracy Hope Davis, Esq.
       Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of
Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Attn.:   Dennis F. Dunne, Esq.
          Evan Fleck, Esq.
          Denis O'Donnell, Esq.