UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                              :        Chapter 11
                                                             Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.,    :        (Jointly Administered)
et al.,
                                                    :
       Debtors.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              )ss:
COUNTY OF NEW YORK    )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

On October 12, 2010, I caused the following document in the above captioned matter to be served via Federal Express Overnight Service on the parties listed below.

**RESPONSE OF MF GLOBAL UK LIMITED TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Paul Schwartzberg
Office of the United States Trustee
The Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

_____
Marie A. Siena

Sworn to before me this
13th day of October 2010.

_____
Notary Public

DOREEN DEVITO
Notary Public, State of New York
No. 01DE5064362
Qualified in Queens County
Commission Expires Aug. 12, 2014