**HOUSEBOAT MADDALENA**
**106 CHEYNE WALK**
**LONDON SW10 0DG**

HOME TEL: +44 20 7352 4138
MOBILE NO: +44 7710 325 531

1 October 2010

The Honorable James M Peck
Courtroom 601
One Bowling Green
New York
New York 10004
UNITED STATES

| | | |
|---|---|---|
| Weil Gotshal & Manges LLP<br>(Attorneys for the Debtors)<br>767 Fifth Avenue<br>New York<br>New York 10153<br>UNITED STATES | Attention: | Shai Waisman, Esq. |
| US Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York<br>New York 10004<br>UNITED STATES | Attention: | Andy Velez-Riviera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope-Davis, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York<br>New York 10005<br>UNITED STATES | Attention: | Dennis F Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. |

Dear Sirs,

**Written Response to Objection**

**Bankruptcy Court:** Southern District of New York

**Debtors:** Lehman Brothers Holdings Inc., et al.,

**Case No.:** 08-13555 (JMP)

**Title of Objection:** Debtors' Forty-second Omnibus Objection to Claims
(Late-filed Lehman Programs Securities Claims)



RECEIVED
OCT - 5 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

I, Michael Coldwell Burrow ('Claimant'), hereby object to the request referenced above that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow my claim (copy attached) in an amount of $200,000-00 relating to my investment in Lehman Brothers Secs NV 3-Year Locker on GAA (the 'Notes'), as per the attached confirmation dated May 09, 2007.

The Notes were issued by Lehman Brothers Securities N.V. with guarantor Lehman Brothers Holdings Inc, issue date 15th May 2007, maturity date 14th May 2010. The underlying was the Lehman Brothers Global Asset Allocator Net Values in USD.

My claim was properly filed on 26 October 2009, on the same day as the Blocking Number (9544953), which was required in the proof of claim, was provided by my brokers, Barclays Wealth (as successors of my Lehman Brothers brokerage account 739-71081), and was sent by Airsure courier on the same day (proof of dispatch attached), with guaranteed delivery to the United States on the next day (27 October). Blocking numbers were not available prior to that date, notwithstanding my repeated requests to obtain same.

My contention is that, if said claim was not in fact recorded by the Bankruptcy Court by the required date of 2 November, then this was the fault of the court for not allowing proper process for the filing of claims, as I did everything that I could possibly have done to comply with the courts' instructions.

My contact details can be found above. I understand that a hearing will be held on 27 October 2010 to consider the Objection. Please confirm as soon as possible that my claim has been upheld.

Yours faithfully,


**Michael Burrow**

**Email: michael_burrow@msn.com**


Cc    Barclays Wealth
      1 Churchill Place
      London
      E14 5HP

      Attention: Martin Davidson/Michelle Wright

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 || THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MR. MICHAEL BURROW
HOUSEBOAT MADDALENA
106 CHEYNE WALK
LONDON SW10 0DQ, UNITED KINGDOM
Telephone number: +44 7710 325631   Email Address: michael_burrow@msn.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:   Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 200,000-00   (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): ANN5214R2059   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
9544953   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
16367   (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.<br>26/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>[signature]   MR MICHAEL C. BURROW | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# LEHMAN BROTHERS

LEHMAN BROTHERS INTL (EUROPE)
ATTN: BRANCH MANAGER
25 BANK STREET
LONDON E14 5LE, UNITED KINGDOM
DAVISON, MARTIN

**Confirmation**                                    Page 1 of 2

**Account information**

Your investment representative
for this activity
IR #: 075002
DAVISON, MARTIN
44-20-7102-100

Account number
739-71081

MR MICHAEL BURROW
HOUSEBOAT MADDALENA
106 CHEYNE WALK
LONDON SW10 0DG
ENGLAND

This document confirms the transaction(s) described below. The transaction(s) are USD denominated unless otherwise reflected. Please review the details provided. Notify the branch manager immediately if you disagree with any information provided here.

## Transaction summary for May 09, 2007

|  | Total number |
|---|---|
| Buys | 1 |
| Sells | 0 |

## You bought

| Description (Symbol) | Trade date | Settlement date | Market | Capacity | Account type |
|---|---|---|---|---|---|
| CUSIP #: N5214R205000 | 01 May 07 | 15 May 07 | 8 | 7 | Cash |
| Trade #:  TMS05/09/07 - 0002111 | | | | | |
| ***WTS LEHMAN BROTHERS SECS NV (L007690) | Quantity bought | Price | | | Amount |
| 3 YEAR LOCKER ON GAA IN USD | 200 | 1000 | Principal | | 200,000.00 |
| UNSOLICITED | | | Net amount | | 200,000.00 |
| AS OF 05/01/07 | | | | | |
| TMS-REF200705090002111 | | | | | |
| LBIE EXECUTED; SETTLED BY LBI | | | | | |
| THE TIME OF TRANSACTION,AND IN | | | | | |
| TRANSACTIONS WHERE LEHMAN | | | | | |
| BROTHERS INC. ACTS AS AGENT | | | | | |
| THE NAME OF BUYER OR SELLER | | | | | |
| WILL BE FURNISHED UPON REQUEST | | | | | |
| Reference #:   578516 | | | | | |

Windows Live Hotmail Print Message                     26/10/2009 11:43

## FW: 'Blocking numbers' for your Lehman claims...

From: **Glenn.Palmer@Barclayswealth.com**
Sent: 26 October 2009 09:59:19
To: 'michael_burrow@msn.com'
Attachments:
LEHMAN PROGRAMS SECURITIES POC FORM1.pdf (30.9 KB), 1255086746075[1].pdf (32.7 KB)

Dear Michael,

Further to below, I have attached the contract notes related to your claims. The ISIN, Euroclear Depot and Blocking Numbers are also below.

| 3. Blocking Reference | 4. Account number | 2. Isin Sec ID | 1. Exercise amount |
|---|---|---|---|
| 9544953 | 16367 | ANN5214R2059 | 200 |

I have also attached a blank claim form.

I hope this helps.

Kind regards,

Glenn Palmer
Vice President
Barclays Wealth
Direct Line: 0207-699-2666
Mobile: 07775-545874
Fax: 0207-758-6831
Email: glenn.palmer@barclayswealth.com
Barclays Wealth
43 Brook Street
London
W1K 4HJ

---

**From:** Palmer, Glenn : Barclays Wealth
**Sent:** 05 October 2009 18:48
**To:** 'michael_burrow@msn.com'
**Subject:** 'Blocking numbers' for your Lehman claims...
**Sensitivity:** Confidential

Dear Michael,

We should be receiving the 'blocking numbers' which will help you make your claims to the LBHI bankruptcy administrators in the next two weeks.

We have been asked to send out to send out the attached letters to outline this.

Kind regards,

Glenn Palmer
Vice President
Barclays Wealth
Direct Line: 0207-699-2666
Mobile: 07775-545874
Fax: 0207-758-6831



*Despatch Kennedy Airport New York*

[Post Office stamp]

Post Office Ltd.
Your Receipt

Worlds End
351 - 353 Kings Road

London
Greater London
SW3 5EX

| | |
|---|---|
| Date and Time: | 26/10/2009 15:09 |
| Session Prefix: | 2-1838431 |
| Dest: | United States |
| Quantity: | 1 |
| Weight: | 0.031 kg |
| Airsure Letter | £5.85 |
| Total Cost of Services | £5.85 |
| Posted after Last Collection? | No |
| Conditions Accepted? | Yes |

Barcode: LY471795340GB

DESTINATION ADDRESS
Building Name or Number   Postcode
LEHMAN BROTHERS FDR STATI 10150-5076
Address Validated?        N

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
CONDITIONS

Standard Compensation. For lost
or damaged items, compensation
up to 100 times the price of a basic
weight 1st Class stamp will only be
paid with this receipt. To claim,
call 08457 740 740 or pick up a form
at a Post Office branch.

This is not a VAT receipt
Thank You