

Stratis Polychroneas
Head of Fixed Income
Solidus Securities S.A.
64 L. Riankour Str,
11523, Athens, Greece

October 4, 2010

The Honorable Judge James Peck,
Judge, United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-5632
Courtroom: 601

Dear Judge Peck,

I am the Head of Fixed Income Desk at Solidus Securities in Greece and I am writing to you, Your Honor, in order to facilitate our clients, in the best of my ability, regarding Lehman Brothers Holdings, Inc. Case No:08-13555 (JMP), Omnibus Objection 39.

Following a telephone conversation on 09/28/2010 with Mrs. Lynda Calderon, your Courtroom Deputy, I decided to send Your Honor a letter that clarifies our clients' intentions.

Our clients (Ilias Famelos, Ifigeneia Georgili-Genigeorgiou, Konstantinos Kokonas, Georgios Lagadinos, John Leivaditis, Leda Papadopoulou, Angeliki Psaroudaki and Theodoros Spiratos) received a letter with the following title:

> THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS THIRTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(s) AND/OR CLAIM(s) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).
>
> IF YOU HAVE QUESTIONS, PLEASE CONTACT
> DEBTOR'S COUNSEL, SARAH DECKER, AT 214-746-7700

Our clients have sent the same claims to different recipients and what probably happened was that these recipients forwarded these claims to the person responsible for gathering all claims. Our clients never intended to file duplicative claims. So if this Thirty-Ninth Omnibus Objection is to disallow and expunge **ONLY** the duplicative claims then there is no objection in part of our clients.

To clarify the above our clients have **ONLY** the following claims against Lehman Brothers Holdings, INC. Case No:08-13555 (JMP):

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM USD |
|---|---|---|---|---|
| FAMELOS, ILIAS | 06/03/2010 | 08-13555 (JMP) | 66759 | $73,555.00 |
| GEORGILI-GENIGEORGIOU, IFIGENEIA | 06/03/2010 | 08-13555 (JMP) | 66760 | $147,110.00 |
| KOKONAS, KONSTANTINOS | 06/03/2010 | 08-13555 (JMP) | 66755 | $73,555.00 |
| LAGADINOS, GEORGIOS | 06/03/2010 | 08-13555 (JMP) | 66757 | $44,133.00 |
| LEIVADITIS, JOHN | 06/03/2010 | 08-13555 (JMP) | 66762 | $205,954.00 |
| PAPADOPOULOU, LEDA | 06/03/2010 | 08-13555 (JMP) | 66756 | $257,442.50 |
| PSAROUDAKI, ANGELIKI | 06/03/2010 | 08-13555 (JMP) | 66761 | $147,110.00 |
| SPIRATOS, THEODOROS | 06/03/2010 | 08-13555 (JMP) | 66758 | $147,110.00 |

Respectfully,

Stratis Polychroneas
Head of Fixed Income
Solidus Securities
64 L. Riankour Str,
11523, Athens, Greece
Phone: +30 210 6900659
Fax:    +30 210 6925260
e-mail: s.polychroneas@solidus.gr

PS: The following e-mail that I have attached to this letter agrees with the above and is what Ms Decker says to one of our clients Mr. Leivaditis. This is also what Mrs. Lynda Calderon said to me over the phone.

---------- Προωθημένο μήνυμα ----------
Από: **John Leivaditis** <john.leivaditis@gmail.com>
Ημερομηνία: 24 Σεπτεμβρίου 2010 10:49 π.μ.
Θέμα: Re: FW: LEHMAN BROTHERS HOLDING INC.
Προς: "Decker, Sarah" <Sarah.decker@weil.com>

Dear Ms Decker,

Thank you very much for your reply on my inquities. I understand that the procedure of expunging the duplicate claims does not require any action from our part, I mean the part of Greek debtors, and the Objection to Claims does not require any action. Is

that the case? On the other hand, would it be appropriate to send a letter to the parties mentioned in the documents affirming that our claims amounts to ..... and that there are unique?
Thanking you again,
John Leivaditis

2010/9/23 Decker, Sarah <Sarah.decker@weil.com>

Mr. Leivaditis,

As you are aware, we represent Lehman Brothers Holding Inc. and affiliated entities (the "Debtors") in their chapter 11 cases. Randi Singer forwarded me your email of September 21, 2010, as I am handling inquiries on the Debtors' Thirty-Ninth Objection to Claims (Duplicative Claims) (the "Objection"). The Objection seeks to disallow and expunge your claim nos. 66990 and 66897 on the grounds that they are duplicative of claim no. 66762. If the Objection is granted, your claim numbers 66990 and 66897 will be disallowed and expunged in their entirety, and Claim 66762 will remain active on the claims register, subject to further objection on any and all bases. You can view each of those claims online at http://www.lehman-docket.com by going to the "claims" tab. I have also attached them for your convenience. A copy of the Objection is also attached.

If, after viewing the claims, you agree that claim nos. 66990 and 66897 are duplicative of the proposed surviving claim no. 66762, then you need not take any action. If, however, you disagree that those claims are duplicative, the notice you received contains instructions for filing a response to the Objection. Please note that if you do oppose the disallowance and expungement of claim nos. 66990 and 66897, then you must, as set forth in the notice, file with the Bankruptcy Court and serve on the parties listed a written response to the Objection that is actually received on or before **4:00 prevailing Eastern Time on October 18, 2010.** Further information concerning General Order M-242, which governs the manner of serving any response to the Objection, and General Order M-182, which governs the format of any response to the Objection, is available at http://www.nysb.uscourt.gov.

Please let me know if you have further questions, or if you would like me to call you so that we can discuss your inquiry.

Best regards,

Sarah Decker

Sarah Moore Decker

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
sarah.decker@weil.com
+1 214 746 7700 Direct
+1 214 746 7777 Fax

---

**From:** John Leivaditis <john.leivaditis@gmail.com>
**To:** Singer, Randi
**Cc:** Waisman, Shai
**Sent:** Tue Sep 21 06:56:30 2010
**Subject:** LEHMAN BROTHERS HOLDING INC.

Dear Mr. Singer,

My name is John Leivaditis and I am one of the unfortunate debtors of Lehman. I have received from your firm a bunch of legal documents according to which my claim, as well as the claims of other Greek debtors, has been recorded twice in your list of debtors and according to a Court decision duplicate claims must be rejected.I do not think think this is our fault. Following the previous Objection procedure, our representatine SOLIDUS SECURITIES SA had sent by the end of June 2010  a list of Greek debtors/clients together with the corrected claim forms (the initial ones were expressed in Euro) to all interested parties, in which it was mentioned that the amounts claimed were those included therein and nothing else. Subsequently, I have found out that a misatake was made from the American side. Anyway, we have to remedy the situation. As I understand the procedure, we must send to you and the other interested parties, an announcement mentioning that this claim against Lehman is unique and that we do not have any other. This announcement should be written in a 3,5 inch disk and served in accordance with General Orders M-182 and M-242.I do not know what these General Orders are and how do they operate. Please advise what we have to do since we do not have this kind of procedures ain Greece.
--
John Leivaditis

Pellis str. 1
Athens 145 61
email: john.leivaditis@gmail.com☐
Tηλ: 210 6233 982
Mobile 0030 6948 206694