BROWN RUDNICK LLP  
One Financial Center  
Boston, MA 02111  
(617) 856-8200  
Thomas H. Montgomery  

*Counsel to Darby Financial Products*

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| _____ | ) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

     I, Thomas H. Montgomery, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission ***pro hac vice*** before the Honorable James M. Peck, to represent Darby Financial Products in the above-referenced case. My office and email addresses, and my telephone and fax numbers are:

Thomas H. Montgomery, Esq.  
Brown Rudnick LLP  
One Financial Center  
Boston, MA 02111  
(617) 856-8200 Telephone  
(617) 856-8201 Facsimile  
tmontgomery@brownrudnick.com

     I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: October 13, 2010  
Boston, Massachusetts

                                              /s/ Thomas H. Montgomery_____  
                                              Thomas H. Montgomery

8274047

**ORDERED,**

That Thomas H. Montgomery, Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

8274047