HEARING DATE AND TIME:  December 1, 2010 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  November 15, 2010 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :    **08-13555 (JMP)**
                                                         :
                              Debtors.                   :    **(Jointly Administered)**
-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

         **PLEASE TAKE NOTICE** that on October 13, 2010, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their fifty-seventh omnibus objection to claims

(the "Debtors' Fifty-Seventh Omnibus Objection to Claims"), and that a hearing (the "Hearing")

to consider the Debtors' Fifty-Seventh Omnibus Objection to Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004, on **December 1, 2010 at 10:00 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Fifty-

Seventh Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,

Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**November 15, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Fifty-Seventh Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Fifty-

Seventh Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated:  October 13, 2010
   New York, New York

           /s/ Shai Y. Waisman
           Shai Y. Waisman

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

HEARING DATE AND TIME:  December 1, 2010 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  November 15, 2010 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| ------------------------------------------------------------------x | | |

**DEBTORS' FIFTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR
NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS
OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO
TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR
CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

### **Relief Requested**

1.     The Debtors file this fifty-seventh omnibus objection to claims (the

"Fifty-Seventh Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim filed in these chapter

11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order

disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.     The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed under the heading "*Claims

to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims")

have been amended and superseded by at least one subsequently-filed, corresponding

claim identified under the heading "*Surviving Claims*" (collectively, the "Surviving

Claims").  The Debtors seek the disallowance and expungement from the Court's claims

register of the Amended and Superseded Claims and preservation of the Debtors' right to

later object to any Surviving Claim on any basis.

3.     This Fifty-Seventh Omnibus Objection to Claims does not affect

any of the Surviving Claims and does not constitute any admission or finding with

respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to

object on any basis to any Amended and Superseded Claim as to which the Court does

not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      Commencing on September 15, 2008 and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Amended and Superseded Claims Should Be Disallowed and Expunged**

9.      In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, Debtors have determined that each Amended and Superseded Claim on Exhibit A has been amended and superseded by the corresponding Surviving Claim that was subsequently filed by or on behalf of the same creditor.

10.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent claims filed by the same creditor are routinely disallowed and expunged.  *See, e.g.*, *In re Enron Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct.

5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superceded by the Amended Claim, it was disallowed and expunged . . . ."); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim).

12.     The Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").  Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any basis.

### Notice

14.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Fifty-Seventh Omnibus Objection to Claims, in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635], on (i) each claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission;

---

[1]  Where a creditor has filed different documentation in support of the Amended and Superseded Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

(v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District

of New York; and (vii) all parties who have requested notice in these chapter 11 cases.

The Debtors submit that no other or further notice need be provided.

        15.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

        WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated: October 13, 2010
      New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | ALCALA LUNA, JOSE RICARDO & OCAMPO FLORES, ANA MARIA CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN JALISCO, 45082 MEXICO | 02/12/2009 | 08-13555 (JMP) | 2719 | $105,000.00 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO, 45082 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56480 | $105,000.00 |
| 2 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50409 | $9,625.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67061 | $14,049.00 |
| 3 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50410 | $9,035.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67053 | $14,049.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50411 | $19,250.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67063 | $28,098.00 |
| 5 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50412 | $18,070.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67055 | $28,098.00 |
| 6 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50413 | $86,630.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67062 | $126,440.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50414 | $72,290.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67054 | $112,391.00 |
| 8 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50415 | $85,500.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67048 | $112,391.00 |
| 9 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50417 | $216,860.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67057 | $337,173.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 10 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55229 | $62,457.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67046 | $84,293.00 |
| 11 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55230 | $41,640.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67045 | $56,196.00 |
| 12 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55231 | $10,410.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67047 | $14,049.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 13 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55232 | $45,180.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67051 | $70,244.00 |
| 14 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55233 | $9,625.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67060 | $14,049.00 |
| 15 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55234 | $77,000.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67059 | $112,391.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55235 | $57,750.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67058 | $84,293.00 |
| 17 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55236 | $54,220.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67052 | $84,293.00 |
| 18 | DONEHUE, JASON S. 306 WEST 80TH APT 3E NEW YORK, NY 10024 | 09/24/2009 | | 34898 | Undetermined | DONEHUE, JASON S. 306 WEST 80TH STREET APT 3E NEW YORK, NY 10024 | 02/17/2010 | | 66285 | $213,474.37 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | GONZALEZ, GEORGINA MARGARITA CALLE DEL CRESTON #1542 SECC. JARDINES PLAYAS DE TIJUANA, BC 22206 MEXICO | 04/13/2009 | 08-13555 (JMP) | 3764 | $150,000.00 | GONZALEZ, GEORGINA MARGARITA CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA, BC CP 22206 MEXICO | 10/27/2009 | 08-13555 (JMP) | 49490 | $150,000.00 |
| 20 | HO WAI SHUN FLAT C, FLOOR 27, BLOCK 14, CITY ONE SHATIN, N.T., HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64246 | $25,672.62* | HO WAI SHUN FLAT C, FLOOR 27, BLOCK 14, CITY ONE SHATIN, N.T., HONG KONG | 10/30/2009 | 08-13555 (JMP) | 57321 | $25,672.62* |
| 21 | ICP STRUCTURED CREDIT INCOME MASTER FUND LTD C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN PETER W GAUDENT, COO 360 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017 | 09/22/2009 | 08-13555 (JMP) | 32376 | $2,487,033.46* | BARCLAYS BANK PLC TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK, NY 10019 | 09/13/2010 | 08-13555 (JMP) | 67074 | $1,444,042.64 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22 **ICP STRUCTURED CREDIT INCOME MASTER FUND LTD C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN : PETER W. GAUDET, CHIEF OPERATING OFFICER 360 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017** | 09/22/2009 | 08-13888 (JMP) | 32548 | $2,487,033.46* | **BARCLAYS BANK PLC TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK, NY 10019** | 09/13/2010 | 08-13555 (JMP) | 67075 | $1,444,042.64 |
| 23 **LAM WAI HUNG SPENCER 27 SHATIN HEIGHTS ROAD G/F ALBERT VILLA SHATIN, NT, HONG KONG** | 11/03/2009 | 08-13555 (JMP) | 64533 | $128,363.11* | **LAM WAI HUNG SPENCER 27 SHATIN HELP HTS ROAD G/2 ALBERT VILLA SHATIN, NT, HONG KONG** | 10/27/2009 | 08-13555 (JMP) | 47648 | $128,363.11* |
| 24 **LUNA, ALCALA, JOSE RICARDO & ANA MARIA OCAMPO FLORES CANTAURO # 3056 COL. RINC. DE LA CALMA ZAPOPAN JALISCO, 45082 MEXICO** | 08/05/2009 | | 7426 | $105,000.00 | **LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO, 45082 MEXICO** | 10/29/2009 | 08-13555 (JMP) | 56480 | $105,000.00 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 25 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES AV TORRESLAND 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 08/07/2009 | | 7650 | $150,000.00 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 11/23/2009 | 08-13555 (JMP) | 65675 | $150,000.00 |
| 26 | SCHULZ, DR. JOACHIM GERARDSBROICH 77 B-4859 GEMMENICH, BELGIUM | 11/17/2008 | 08-13555 (JMP) | 775 | Undetermined | KOEPCHEN, ALMUT GERARDSBROICH 77 GEMMENICH, B-4851 BELGIUM | 11/13/2009 | 08-13555 (JMP) | 65509 | $85,464.00 |
| 27 | SK ENERGY CO. LTD. ATTN: PETROLEUM TRADING OPERATION TEAM 99, SEORIN-DONG, JONGRO-GU SEOUL, 110-110 KOREA, REPUBLIC OF | 08/26/2009 | 08-13885 (JMP) | 9469 | $11,528,609.00* | SK ENERGY CO., LTD. ATTN: PETROLEUM TRADING STRATEGY TEAM 99 SEORIN-DONG, JONGRO-GU SEOUL, 110-110 KOREA, REPUBLIC OF | 09/09/2010 | 08-13885 (JMP) | 67072 | $11,375,000.00 |
| 28 | SK ENERGY CO., LTD. J.H. CHOI, GENERAL MANAGER OF PETROLEUM TRADING OPERATION TEAM 99 SEORIN-DONG JONGRO-GU SEOUL, 110-110 KOREA, REPUBLIC OF | 08/26/2009 | 08-13555 (JMP) | 9470 | $11,528,609.00* | SK ENERGY CO., LTD. ATTN: PETROLEUM TRADING STRATEGY TEAM 99 SEORIN-DONG JONGRO-GU SEOUL, 110-110 KOREA, REPUBLIC OF | 09/09/2010 | 08-13555 (JMP) | 67073 | $11,375,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 12/09/2008 | 08-13555 (JMP) | 1258 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |
| 30 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 48729 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |
| 31 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 10/13/2009 | 08-13555 (JMP) | 37509 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 32 | **VARDE INVESTMENT PARTNERS, LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437** | 10/30/2009 | 08-13555 (JMP) | 58240 | $701,660.84* | **VARDE MANAGEMENT, L.P. (AS AGENT FOR VARDE FUND, L.P., VARDE FUND V-B, L.P., VARDE FUND VII-B, L.P., VARDE FUND VIII, L.P., VARDE FUND IX, L. P., VARDE FUND IX-A, L.P., VARDE FUND X (MASTER), L.P., VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., VARDE INVESTMENT PARTNERS NEW YORK, NY 10036** | 09/20/2010 | 08-13555 (JMP) | 67078 | **Undetermined** |
| | **TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437** | | | | $330,276.72* | | | | | |
| | **TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437** | | | | $187,109.56* | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $2,285,004.58* | | | | | |
| TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $296,256.80* | | | | | |
| TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $70,874.83* | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: THE VARDE FUND VII-B, L.P. TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $32,602.42* | | | | | |
| TRANSFERRED TO: THE VARDE FUND VIII LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $1,022,015.08* | | | | | |
| TRANSFERRED TO: THE VARDE FUND X (MASTER) LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $2,246,732.17* | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 33 | VELASCO RUVALCABA, OCTAVIO MARGARITA SEVILLA DE VELASCO & OTHER EFRAN GONZALEZ LUNA 2565 COLONIA ARCOS GUADALAJARA JAL, 4410 MEXICO | 02/13/2009 | 08-13555 (JMP) | 2753 | $116,000.00 | OCTAVIO VELASCO, MARGARITA AND SEVILLA EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL, 44100 MEXICO | 10/28/2009 | 08-13555 (JMP) | 50683 | $116,000.00 |
| 34 | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64206 | $10,269.05* | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45780 | $10,269.05* |
| 35 | WONG MING YUEN FLAT 16, 25/F,TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64207 | $10,000.00* | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45779 | $10,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | WONG PO MIN FLAT C, 27 FLOOR, BLOCK 4, NEW JADE GARDEN 233 CHAI WAN ROAD CHAI WAN, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64540 | $29,523.52* | WONG PO MIN FLAT C, 27 FLOOR, BLOCK 4, NEW JADE GARDEN 233 CHAI WAN ROAD CHAI WAN, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45239 | $29,523.52* |
| 37 | WONG, CHOY SUM FLAT E, 51/F, BLOCK 1 SORRENTO TSIM SHA TSUI KOWLOON, HONG KONG | 11/30/2009 | 08-13555 (JMP) | 65759 | $130,930.38* | WONG, CHOY SUM FLAT E, 51/F, BLOCK 1 SORRENTO, TSIM SHA TSUI KOWLOON, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50694 | $130,930.38* |
| | | | TOTAL | | $41,540,118.60 | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                                                         :
                                  **Debtors.**           :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' FIFTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

Upon the fifty-seventh omnibus objection to claims, dated October 13,

2010 (the "Fifty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and

expungement of the Amended and Superseded Claims on the basis that such claims have

been amended and superseded by the corresponding Surviving Claims, all as more fully

described in the Fifty-Seventh Omnibus Objection to Claims; and due and proper notice

of the Fifty-Seventh Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found

and determined that the relief sought in the Fifty-Seventh Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and

that the legal and factual bases set forth in the Fifty-Seventh Omnibus Objection to

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Fifty-Seventh Omnibus Objection to Claims.

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the

heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the

claims register subject to the Debtors' right to further object as set forth herein; and it is

further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto;

and it is further

ORDERED that all information included on and all documentation filed in

support of any Amended and Superseded Claim, including, but not limited to, derivative

and guarantee questionnaires and supporting documentation, shall be treated as having

been filed in support of and included in the corresponding Surviving Claim; and it is

further

ORDERED that nothing in this Order or the disallowance and

expungement of the Amended and Superseded Claims constitutes any admission or

finding with respect to any of the Surviving Claims, and the Debtors' rights to object to

the Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Fifty-Seventh Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE