UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

Written Response to
DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED LEHMAN PROGRAMS SECURITES CLAIMS)

**Cover sheet containing photocopies of first page of objection notice and certificate of posting of claim**

To facilitate processing of this written response, I have photocopied the first page of the objection notice containing my case-identifying information, on the reverse side of which is a photocopy of the certificate of posting of my claim on October 24, 2009 to Epiq Business Solutions via air mail.

**The claim**

I, THAM YIU KWOK, the claimant of claim number 64424, hold HKD 200,000 (equivalent to USD 25,672.62) in aggregate face value of the Lehman Programs Security: International Securities Identification Number XS0348407411.

I oppose the debtors' objection in seeking to disallow and expunge my claim.

**Why the claim should not be disallowed and expunged**

My claim is *a fair and documented claim* on the debtors.

I posted my claim on 24 October, as can be discernible from the date stamp in day-month-year numeral format in the certificate of posting (on the reverse side of the cover sheet and unfortunately photocopied upside down). I asked the postal clerk at the time of posting whether the air-mail letter from Hong Kong could reach the United States destination by November 2 and was verbally re-assured. It is a reasonable expectation that an air-mail letter from Hong Kong can be delivered to the United States destination in under ten days. Being a small investor of limited and much reduced means, I posted the claim via air mail on October 24, 2009 as *a reasonable period of time was allowed for the delivery of my claim. The delay in postal processing at the receiving end was unforeseen* and beyond one's control.

I appeal to the United States Bankruptcy Court for the Southern District of New York, on compassionate grounds, taking into consideration the circumstances stated above, not to disallow and expunge my claim but rather to let the claim proceed and take its full



RECEIVED
OCT - 7 2010

course in seeking eventual distribution on principal and interest to this small investor and petitioner.

**Apologies for not being able to attend the hearing**

The expenses and travelling time involved make it impossible for me to attend the hearing on October 27, 2010 as I am trying hard to hold on to my job in these hard times.

**Contact telephone numbers**

I live in Hong Kong and unfortunately had to find work in Macao. During weekdays, I may be reached at +853 6665 1924 (mobile phone) and +853 2883 1106 (Macao dormitory). On weekends and holidays, I may be reached at +852 2891 7486 (Hong Kong home - messages can be left at this number for me to call back). The local time for both Hong Kong and Macao is Greenwich Mean Time + 8 hours. For all matters relating to the claim, please contact me at the address below, which is the same as in the proof-of-claim form.

DATED: October 2, 2010
         Hong Kong

*[signature]*

Tham Yiu Kwok
Rm 26A Amber Garden
70-72 Kennedy Road
Hong Kong
+852 2891 7486

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               : Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              : 08-13555 (JMP)
                                                    :
                    Debtors.                        : (Jointly Administered)
                                                    :
------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000111771 MAIL ID *** 0033299270 *** BSIUSE: 164

THAM YIU KWOK
RM 26A AMBER GARDEN
70-72 KENNEDY ROAD
HONG KONG

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>THAM YIU KWOK<br>RM 26A AMBER GARDEN<br>70-72 KENNEDY ROAD<br>HONG KONG | **Claim Number:** | 64424 |
| | **Date Filed:** | 11/3/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 25,672.62<br>UNLIQUIDATED |

　　　　PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

　　　　The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

　　　　If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

　　　　If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]　　A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| Hongkong Post 香港郵政 Linking people Delivering business 連心意 送商機 | 投寄掛號郵件證明書 Certificate of Posting of Registered Packet | |
|---|---|---|
| 掛號郵件編號 Registered No. | RB 022 053 858 HK | |
| 寄往 Addressed to | | 日戳 Date Stamp |
| 姓名 Name | Epiq Bankruptcy Solutions LLC | |
| 城市 City | NY 10017 | |
| 國家 Country | USA | 郵務員簽署 Signature of accepting officer |
| ☑ 空郵 Air   ☐ 平郵 Surface | | 郵資總額（包括掛號及 AR 費用（如適用）） Total Postage (including Registration & AR fee (if applicable)) |
| ☐ 派遞通知書 AR Service   ☐ 快郵 Express | | HK$ 16 |

Hongkong Post
Certificate of Posting of Registered Packet
掛號郵件編號
Registered No.
08-13555-mg    Doc 11943    Filed 10/07/10    Entered 10/13/10 14:33:55    Main Document
Pg 4 of 4