05 October 2010

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

Dear Sirs,

**Re: Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

Name of the Bankruptcy Court: United States Bankruptcy Court / Southern District of New York

Name of Debtors: Lehman Brothers Holdings Inc., et al., Debtors (08-13555)

Case / Claim Number: 64973

Title of the Objection: Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)

Name of Claimant: Chau Kam Man & Chiang Wai Man Vivian

Classifications and Amount and Description: Unsecured: US$100,000.00 Unliquidated
ISIN: XS0287869050

Details of Claimant/Contact:
Name: Chau Kam Man & Chiang Wai Man Vivian
Address: 17A Hilltop, 60 Cloud View Road, North Point, Hong Kong.
Telephone no.: (852) 9193 2977 / 2578 5038
Email address: kmchau@netvigator.com

**Reasons why the claim to be disallowed & expunged**
On 21 October 2009, we duly completed and sent out by registered post to United States Bankruptcy Court / Southern District of New York our claims as listed in the Lehman Securities Proof of Claim enclosed herein ("Proof of Claims"). As far as we understand from the way the postal system for Hong Kong operates, the Proof of Claims should have reached you about October 28, 2009 and in any event, prior to the November 2, 2009 bar date.



In addition, if for whatever reason, the Proof of Claims was received late on November 6, 2009, we do not (with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conduct in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.

Yours Truly,

Name of Claimant: Chau Kam Man & Chiang Wai Man Vivian

Address: 17A Hilltop, 60 Cloud View Road, North Point, Hong Kong.
Telephone no.: (852) 9193 2977 / 2578 5038
Email address: kmchau@netvigator.com

| | | |
|---|---|---|
| Postal administration of origin / Administration des postes d'origine | 香港 HONG KONG | 派遞 / 收款通知書 ADVICE of delivery / of payment AVIS de réception / de paiement |

郵政公事 / On postal service / Sevice des postes
**CN 07**

**A.R.**

寄回本件郵局之郵戳 / Stamp of the office returning the advice / Timbre du bureau renvoyant l'avis

投寄郵局名稱 Office of posting / Bureau de dépôt: HEUNG KONG
日期 Date: 21/10/2009

收件人（姓名及詳細地址）Addressee (name and full address) / Destinataire (nom et adresse complète):
United States Bankruptcy Court / Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC, FDR Station,
P.O. Box 5076, New York, NY 10150-5076

**Nature of the item / Nature de l'envoi:**
- Letter / Lettre
- Registered / Recommandé ✓
- Printed paper / Imprimé
- Recorded delivery / Livraison attestée
- Parcel / Colis
- Insured / Valeur déclarée

Item No. / N° de l'envoi:

Ordinary money order / mandat ordinaire — Amount / Montant:

**To be completed at the point of destination / À compléter à destination**

上述郵件業已 The item mentioned above has been duly / L'envoi mentionné ci-dessus a été dûment
派遞 delivered / remis    付訖 paid / payé
日期及簽署 Date and signature / Date et signature: 11/6/09 [signature]

件可由收件人，或根據寄達國規例授權的另一人士簽收。
's advice may be signed by the addressee or, if the regulations of the country of destination so
'de, by another authorized person.
vis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient,
· autre personne autorisée.

**退回給 Return to / Renvoyer à**

姓名/商號名稱 Name/Co. Name / Nom ou raison sociale: ABN AMRO BANK
街道名稱及門牌號碼 Street and No. / Rue et n°: 38/F, CHEUNG KONG CENTER,
2 QUEEN'S ROAD CENTRAL, HK

地區及國家 Locality and country / Localité et pays: HK

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. / Chapter 11 / Case No. 08-13555 (JMP) (Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Chau Kam Man &/OR Chiang Wai Man Vivian
17A Hilltop 60 Cloud View Road North Point Hong Kong

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____ Email Address: kmchau@netvigator.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

Name and address where payment should be sent (if different from above)

Telephone number: _____ Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for Lehman Programs Security to which this claim relates.

Creditor holds    USD 100,000    (as at 15 September 2008) in aggregate face value of the Lehman Program Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $____(as statement above)____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0287869050    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Clearstream -    CA89029    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account number:

Clearstream -    18864

FOR COURT USE ONLY

5. Consent to Euroclear Bank, Clearstream Bank or other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signatures]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.