

Drs. A.A.M. Heinemann
Segbroeklaan 110
2565 DN The Hague
Netherlands
Europe

Phone: ++31-70-3649249

Chamber of the Honorable James M. Peck
Courtroom 601
One Bowling Green
New York
New York 10004
U. S. A.

The Hague, September 29, 2010

Re: United States Bankruptcy Court
    Southern District of New York.
    In re: Lehman Brothers Holdings Inc., et al.., Debtors
    Chapter 11 - Case No. 08-13555 (JMP)
    Objection to which my response is directed:
    Late-filed Lehman Programs Securities claims.
    Claim # 65588

Claimant: Drs. A.A.M. Heinemann
Amount of claim: US$ 14.181,-- based on the purchase by my broker of 10 China/India notes 06/13 for the price of Euro 1.000,-- each. The purchase price was guaranteed at the time of purchase by Lehman Brothers Inc.

Reasons why the claim should not be disallowed, expunged, reduced or reclassified for the reasons set forth in the 43rd omnibus objection dealing also with late-filed Lehman Programs Securities Claims:

On September 24, 2009 I ceded my China/India notes 06/13 to the "Stichting Hulp Gedupeerden" (Foundation Aid to Deceived Clients)represented by Messrs. Teunis & Jan Veleke, Nijverheidsstraat 37, 8391 AH Noordwolde, Netherlands in order to start a class-action against the broker firm Wijs & van Oostveen, Herengracht 493, 1017 BT Amsterdam. As from that date I was not longer the legal owner of my 10 China/India notes 06/13. The "Stichting Hulp Gedupeerden" representing currently 177 members has in the meantime filed a legal claim against Wijs & van Oostveen and probably there will be a first sentence by the judge in December next. Our lawyers in our case against Wijs & van Oostveen is the law firm Deminor domiciled in Brussels, Belgium but having a subsidiary in 1077 ZX Amsterdam, Netherlands, Strawinskylaan 3051. Originally I was not aware of the fact that the class-action of the law firm Deminor is only directed against the brokerfirm Wijs & van Oostveen. I thought that Lehman Brothers Inc. was the alternative opponent and for that reason I did send the Lehman Securities Programs Proof of Claim in the first instance to Deminor. I was moreover hesitant to fill in the Lehman Securities Programs Proof of Claim as I had ceded my China/India notes 06/13 to the Stichting Hulp Gedupeerden as a result of which I was not anymore the owner. Much later I understood that the cession of my property of the China/India notes was only done in order to substantiate my claim against Wijs & van Oostveen.

- 2 -

- 2 -

Finally on January 22, 2010 I received the acknowledgement of Receipt of Proof of Claim. However, the debtors - Lehman Brothers Holdings Inc., et al., now want that the Bankruptcy Court expunge, reduce, reclassify and/or disallow my claim on the ground that said claim violates the Bankruptcy Court's order as it has been filed after the deadline of November 2, 2009. In my opinion this would be extremely unfair as I have handled in a state of error. Moreover I did receive the acknowledgement of receipt of my Proof of Claim on January 25, 2010 well after the deadline of November 2, 2009. I hope you will take this into consideration.

<u>Address to which the Debtors must return their reply to my response:</u>
Heinemann A.A.M.
Segbroeklaan 110
2565 DN The Hague, Netherlands, Europe.

<u>Name, address and telephone number of my legal representative possessing ultimate authority to reconcile, settle or otherwise resolve my claim:</u>
Deminor Nederland B.V.
Attn.: LL.D. J.A. Klein, Esq.
Strawinskylaan 3051
NL-1077 ZX Amsterdam
The Netherlands
Europe
Phone: ++31-20-3012340

<u>Post Scriptum</u>: I will not be able to attend the hearing in the United States Bankruptcy Court for the Southern District of New York on October 27, 2010 during which hearing my objection will be considered. In order to attend the hearing I have to make a long and costly journey and eventually the hearing might be continued to another date. I hope you will have understanding for my decision.

Signed:

Drs. A.A.M. Heinemann