Tournai, 10/5/2010

United States Bankruptcy Court
Southern District of New York
Debtors: Lehman Brothers Holding Inc.
Case number 08-13555 (JMP)
   (jointly Administered)
claim numbers: 64652 and 64653
Notice of Hearing on debtors' forty-second
Omnibus objection to claims(late-filed Lehman programs securities claims
Lafrance Hughes for an amount of unsecured:$28,486.00
Lafrance Martine for an amount of unsecured:$14,243.00

   Your Honour,
   May I ask you not to disallow our claim ,taking into consideration that it was posted by our custody bank ,BNP-Paribas-Fortis Belgium, on October the 21th by registered mail and by plane,perfectly in the response deadline. But incomprehensibly ,the acknowledgment of receipt is dated 11/04/2009(see attached documents). Following the postal services in Belgium,it normally takes 2 or 3 days to have such a file delivered. We ignore what really caused such delays but you understand that it is beyond our will. We were perfectly in the times .That is the reason why we are confident that you will indulgently consider our request .
   Sincerely yours,

Lafrance Hughes                Lafrance Martine

49 rue Joseph Gorin            8 rue du Pave Dormont
7540 Kain-Tournai              7540 Kain-Tournai
Belgium                        Belgium



BELGIË / BELGIQUE / BELGIEN
BERICHT VAN ONTVANGST / AVIS DE RÉCEPTION / RÜCKSCHEIN
PRIORITAIR / PER LUCHTPOST / PRIORITAIRE / PAR AVION / PRIORITÄR MIT LUFTPOST

**AR**

Aangetekend Nr. / Recommandé Nr. / Einschreiben Nr.
RR 753 23056 5 BE

Bestemmeling van de zending / Destinataire de l'envoi / Empfänger der Sendung:
Lehman Brothers Holding Claims
Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR Station Box 5076 – NEW YORK

Datum van afgifte / Date du dépôt / Einlieferungsdatum: 20

Terug te sturen naar / A renvoyer à / To be returned to:
BNP PARIBAS FORTIS
Rue Albert 1
B-7540 KAIN
TOURNAI

De hierboven vermelde zending werd behoorlijk afgeleverd
L'envoi mentionné ci-dessus a été dûment remis
Die obengenannte Sendung wurde vorschriftsgemäß zugestellt
The above-mentioned mail item has been duly delivered

Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500

Naam, datum en handtekening / Name, Datum und Unterschrift / Name, date and signature

---

Copie Certifié Conforme.

*Luc Moulin*
*Directeur d'Agence*

**FORTIS**
KAIN
0 6 -10- 2010
**42313**

AFGIFTEBEWIJS VAN EEN INTERNATIONALE AANGETEKENDE ZENDING
RÉCÉPISSÉ DE DÉPÔT D'UN ENVOI RECOMMANDÉ INTERNATIONAL
EINLIEFERUNGSSCHEIN FÜR EINE INTERNATIONALE EINSCHREIBESENDUNG
201PoD.INT

Geadresseerde / Destinataire / Empfänger:
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR Station PO Box 5076
NEW YORK NY 10150-5076

**R** RR 753 23056 5 BE

AR
Port / Frais / Porto

TOURNAI 3-2.10.9-9   7500