United States Bankruptcy Court Southern District Of New York
Chapter 11 Case No. 08-13555( JMP) ,
Debtors :  Lehman Brothers Holdings Inc.,
Creditor Name and Address : Lin Wu  Chueh & Shih Shu Tsun

Notice of Hearing on debtors' foerty-third omnibus objection to Claims
( Late-Filed Lehman Programs securities Claims)

To Whom It May Concern:

Dear Sir, we are Lin Wu  Chueh & Shih Shu Tsun , the creditor of Chapter 11 Case No. 08-13555 (JMP). On or around 16 Oct, 2009, we duly completed and sent out by registered post to United States Bankruptcy Court Southern District Of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein. As far as I understand from the way the postal system for Hong Kong operates, the Proof of Claims should have reached you in any event, prior to the November 2, 2009 bar date. The Registered of Hong Kong Post Bar-code no. is PR746343332HK.

In addition, if for whatever reason, the Proof of Claims was received late on 2 November , We do not ( with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conducts in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.

Thanks for your attention in understanding my reasons to oppose the disallowance on this case.

_Lin Wu Chueh_
林五爵
_____

Creditor : Lin Wu  Chueh & Shih Shu Tsun

RECEIVED
OCT - 6 2010
U.S. BANKRUPTCY COURT, SDNY
JMP



# Certificate of Bulk Posting for Registered Packets
## 大量掛號郵件投寄證明書

| | 投寄人及地址 Sender and address | ABN AMRO BANK - 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HK. | 電話 Telephone | 2700 3389 / 2700 3390 |

請在投寄證明書上填寫各項所需資料，包括每件郵件的郵費。掛號郵件如有損壞或遺失，郵費將用作計算賠償額。
Please provide all the information as required in the certificate including the postage of each item. The postage is needed for compensation calculation in the event of damage or loss of a registered packet.

如沒有填寫郵費寄額，則在涉及賠償的情況下，我們將按照二等郵件首個重量級別的郵費計算賠償額。
If exact postage is not indicated then the postage of the first weight step second class will be adopted in case of compensation.

| | 收件人姓名及地址 Name and address of addressee | | 掛號郵件條碼編號 Regn. Bar-code No. | 郵資總額 Total Postage | 派遞通知書 AR Service "✓" |
|---|---|---|---|---|---|
| | 姓名 Name | 詳細地址 Full Address | | | |
| 1 | LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING | NEW YORK N.Y. HKPO6TTB | RR746343332HK | $19.63 | 11/3 |
| 2 | United States Bankruptcy Court Southern District of New York | NEW YORK N.Y. (LEHMAN BROTHERS HLDG CLAIMS PROCESSING (NOTICE)) | RR746343350HK | $27.10 | 10/30 |
| 3 | 吳昌翰先生 | TAIWAN HKP615B | RR746343363HK | $95.50 | |
| 4 | SUN GUAN EY HUAN 8/OR LIEN SHU CHU AND LISA CHEN 8/OR CHEN WAN HSUAN | TAIWAN HKPO61 | RR746343346HK | $18.70 | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

投寄人簽署 Signature of Sender: ✓

公司印章(公司適用) Company chop (for firms):

### 香港郵政專用 For Hongkong Post Use

收到掛號郵件總數
Total no. of registered packets received: _____

Pos 12/12A/12C 號碼 No.: _____

郵務人員簽署
Signature of accepting officer

日戳 Datestamp

15 OCT 2009

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Lin Wu Chueh & Shih Shu Tsun
No 36 Lane 319 Chin Hua Rd Taichung Taiwan

Telephone number: 886-4-2360-8437    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for Lehman Programs Security to which this claim relates.

Creditor holds    USD 100,000    ( as at 15 September 2008) in aggregate face value of the Lehman Program Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $____ (as statement above)    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0346438731    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Clearstream -    CA08555    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account number:

Clearstream -    19216

5. Consent to Euroclear Bank, Clearstream Bank or other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 13 OCT 09 | 林五爵    LIN WU CHUEH |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re                                                                   : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    : 08-13555 (JMP)

                         Debtors.                            : (Jointly Administered)

---------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000111842 MAIL ID *** 0033299466 *** BSIUSE: 360

LIN WU CHUEH & SHIH SHU TSUN
NO 36 LANE 319 CHIN HUA RD
TAICHUNG, TAIWAN, PROVINCE OF CHINA

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>LIN WU CHUEH & SHIH SHU TSUN<br>NO 36 LANE 319 CHIN HUA RD<br>TAICHUNG, TAIWAN, PROVINCE OF CHINA | **Claim Number:** | 64309 |
| | **Date Filed:** | 11/3/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 100,000.00<br>UNLIQUIDATED |

      PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

      The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

      If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.