**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Certain Entities*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon
csalomon@beckerglynn.com
Alec P. Ostrow
aostrow@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                                          :        Chapter 11 Case No.
                                                                                    :
                                                                                    :        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :
                                                                                    :        (Jointly Administered)
                                         Debtors.                        :
------------------------------------------------------------x

**AMENDED VERIFIED STATEMENT OF BECKER, GLYNN, MELAMED &**
**MUFFLY LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Becker, Glynn, Melamed & Muffly LLP ("Becker Glynn") hereby discloses:

1.     Becker Glynn is a law firm with an office at 299 Park Avenue, New York, NY 10171.

2.     Becker Glynn is counsel to the following creditors in the above-captioned Chapter 11 bankruptcy case:

| | |
|---|---|
| Richard E. Witten | Harold Shamah |
| 1445 Flagler Dr. | 125 Exeter St. |
| Mamaroneck, NY 10543-4506 | Brooklyn, NY 11235 |
| Claim Amount: $1,869,953.80 | Claim Amount: $734,522.10 |
| | |
| Issac Shamah | Shamah 2000 Family Trust |
| 219 North Broadway | 131 W. 33rd St., Ste. 1109 |
| Nyack, NY 10960-1618 | New York, NY 10001-2908 |
| Claim Amount: $320,999.95 | Claim Amount: $275,388.15 |

Ira Wertentiel
P.O. Box 247
Oak Creek, CO  80467
Claim Amount: $441,391.50

Summit Capital Partners, LP
1984 E. 1st St.
Brooklyn, NY 11223-2943
Claim Amount: $1,200,000.00

469 Bergman Properties LLC
1984 E. 1st St.
Brooklyn, NY 11223-2943
Claim Amount: $1,677,202.70

3.      Richard E. Witten, Harold Shamah, Isaac Shamah, Shamah 2000 Family Trust, Summit Capital Partners, LP and 469 Bergman Properties LLC are creditors of the Lehman Brothers Holdings Inc. ("LBHI") and customers of Lehman Brothers Inc. ("LBI").  Ira Wertentiel was assigned Robert Perl's claim against LBHI on or about December 1, 2008 as reflected in assignments attached as Exhibit A. The nature of all said creditors' claims is (a) securities purchased from the Debtors and held in the creditors' respective accounts at LBI and (b) alternatively, misrepresentation in connection with certain securities purchases.

4.      Each of the said creditors contacted Chester B. Salomon between December 2008 and September 2009 to advise it concerning its claims. Upon information and belief, except for Mr. Wertentiel, none of the creditors acquired their claims from any third party before or after the bankruptcy filing.

5.      In addition, Becker Glynn represents an entity that has filed a motion for relief from the automatic stay, but upon information and belief, is not itself a creditor. That entity is:

Alpine Bank
0350 Highway 133
Carbondale, CO 81623

6.      Alpine Bank is a senior mortgagee on real property owned by Ironbridge Homes LLC as to which one of the debtors, LB Rose Ranch LLC, is a junior mortgagee.

7.      Becker Glynn's representation of Alpine Bank came through referring counsel and is totally unrelated to the representation of the creditors described in paragraphs 2 through 4 above.

8.      Upon information and belief, Becker Glynn has no claims against or interests in the Debtors.

9.      In the event that Becker Glynn undertakes the representation of additional clients in this Chapter 11 case, this statement shall be supplemented in accordance with Bankruptcy Rule 2019.

Dated: New York, NY
       October 13, 2010

Respectfully submitted,

BECKER, GLYNN, MELAMED & MUFFLY LLP
  Attorneys for Certain Entities

By:  /s/ Alec P. Ostrow
      Alec P. Ostrow
299 Park Avenue
New York, NY 10171
Tel: (212) 888 - 3033
Fax: (212) 888- 0255
aostrow@beckerglynn.com

*140800v1*