UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                         Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Eric A. Schaffer, do hereby certify that on this 13th day of October, 2010 a true and correct copy of the foregoing *Limited Objection of The Bank of New York Mellon Trust Company, N.A., to Debtors' Motion Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 For Approval of a Settlement Agreement Among LBSF, LBHI, and Société Générale, New York Branch* was caused to be served on the parties listed on the attached service lists in the manners indicated.

Dated:  October 13, 2010

/s/ Eric A. Schaffer
Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Tel:  412-288-3131
Fax: 412-288-3063
Email:  eschaffer@reedsmith.com

*Counsel to The Bank of New York Mellon Trust Company, N.A., as indenture trustee*

- 2 -

**SERVICE LIST**

| *VIA HAND DELIVERY* | *VIA HAND DELIVERY* |
|---|---|
| Chambers of Honorable James J. Peck<br>One Bowling Green, Courtroom 601<br>New York, New York 10004 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attention    Tracy Hope Davis, Esq.<br>               Andy Velez-Rivera, Esq.<br>               Paul Schwartzberg, Esq.<br>               Brian Masumoto, Esq.<br>               Linda Riffkin, Esq. |
| *VIA ELECTRONIC MAIL* | *VIA ELECTRONIC MAIL* |
| Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Attention:    Dennis F. Dunne<br>             Dennis O'Donnell<br>             Evan Fleck, Esq.<br>Email: ddunne@milbank.com<br>Email: dodonnell@milbank.com<br>Email: efleck@milbank.com | Quinn Emanuel<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Attention    Eric Winston, Esq.<br>Email: ericwinston@quinnemanuel.com |
| *VIA ELECTRONIC MAIL* | *VIA ELECTRONIC MAIL* |
| Mayer Brown LLP<br>1675 Broadway<br>New York, New York 10019<br>Attention: Steven Wolowitz, Esq.<br>Email: swolowitz@mayerbrown.com | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention:    Lori R. Fife, Esq.,<br>             Ralph I. Miller, Esq.<br>             Jacqueline Marcus, Esq.<br>Email: lori.fife@weil.com<br>Email: ralph.miller@weil.com<br>Email: jacqueline.marcus@weil.com |

- 3 -

| *VIA OVERNIGHT MAIL*<br><br>Libra CDO Limited<br>c/o Deutsche Bank (Cayman) Limited<br>P.O. Box 1984 GT<br>Elizabethan Square<br>Grand Cayman<br>Cayman Islands<br>Attention: Global Transaction Banking, Trust & Securities Services | *VIA ELECTRONIC MAIL*<br><br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Attention: John C. Weitnauer, Esq.<br>Email: kit.weitnauer@alston.com |
|---|---|
| *VIA OVERNIGHT MAIL*<br><br>MKP Vela CBO, Ltd.<br>c/o Walkers SPV Limited<br>Walker House<br>Mary Street<br>George Town, Grand Cayman<br>Cayman Islands | |