WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
James C. Dugan

Attorneys For Interpleader Defendant Natixis
Financial Products LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

------------------------------------------------------------ x

Chapter 11 Case No.
08-13555 (JMP)

(Jointly Administered)

## NATIXIS FINANCIAL PRODUCTS LLC'S OBJECTION TO DEBTORS' MOTION TO STAY AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Natixis Financial Products LLC ("Natixis") is named as an interpleader defendant in an adversary proceeding filed under Docket No. : 10-03489 (JMP).

Natixis hereby joins with and incorporates by reference the arguments made by BNP Paribas, London Branch ("BNP Paribas") in its memorandum of law filed on October 13, 2010 (the "Memorandum of Law") in opposition to Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Related Relief dated September 15, 2010 (the "Motion"). Natixis is the Advance Swap Counterparty and, along with BNP Paribas, constitutes the "Controlling Class" under the Indenture dated as of September 7, 2006 for certain Notes co-issued by ESP Funding I, Ltd. and ESP Funding I (Delaware Corp.). Natixis, along with BNP Paribas, is a defendant in an interpleader action commenced in this Court by Bank of America, N.A., as successor Trustee of the ESP Funding facility (the "ESP Litigation"). Lehman Brothers Special Financing Inc. ("LBSF") has filed a counterclaim in the ESP Litigation (the "LBSF Counterclaim"), and now seeks via the Motion to stay that counterclaim. For all of the reasons set forth in the Memorandum of Law, Debtors' Motion with respect to the LBSF Counterclaim should be denied.

5911515.1

WHEREFORE, Natixis respectfully requests that the Court deny the relief requested by Debtors as it pertains to the LBSF Counterclaim.

Dated: October 13, 2010
      New York, New York

                                    WILLKIE FARR & GALLAGHER LLP

                                    By_____
                                        James C. Dugan

                                    787 Seventh Avenue
                                    New York, New York  10019
                                    (212) 728-8000
                                    jdugan@willkie.com

                                    *Attorney for Interpleader Defendant Natixis*
                                    *Financial Products LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2010 true and correct copies of the foregoing *Naxtixis Financial Products LLC's Objection To Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief* were served by U.S. Mail, First Class, Postage Prepaid, on the persons and/or parties below.

James C. Dugan

**Service List:**

Hon. James M. Peck
US Bankruptcy Court
Southern District of NY
Courtroom 601
One Bowling Green
New York, NY 10004

Weil, Gotshal & Manges LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153

Attn.: Mindy J. Spector, Esq.
     Peter Gruenberger, Esq.
     Shai Y. Waisman, Esq.

Office of the United States Trustee
for the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY 10004

Attn.: Tracy Hope Davis, Esq.
     Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of
Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Attn.: Dennis F. Dunne, Esq.

5912024.1

    Evan Fleck, Esq.
    Denis O'Donnell, Esq.

Thomas Pietrantonio, P.C.
Attorneys for Interface Cable
Assemblies and Services Corporation
334 Main Street
Port Washington, NY 11050

Boies, Schiller & Flexner LLP
Attorneys for BNP Paribas, London Branch
333 Main St.
Armonk, NY 10504

Attn.: Robin A. Henry
      Motty Shulman