Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL: (609) 924-6000
FAX: (609) 987-6651

Attorney for John J. Dmuchowski

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | : Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., et al. | : Case No. 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Wendy L. Mager, a member in good standing of the bars of the State of New Jersey, United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey, hereby request admission, *pro hac vice*, to represent Claimant John J. Dmuchowski in the above-captioned matter.

My address is Smith, Stratton, Wise, Heher & Brennan, LLP, 2 Research Way, Princeton, New Jersey 08540. My email address is wmager@smithstratton.com. My telephone number is (609) 924-6000. My facsimile number is (609) 987-6651.

      I agree to pay the fee of $25.00 upon the filing of the instant motion for *pro hac vice* admission.

Dated: October 13, 2010                       /s/ Wendy Mager
                                                      Wendy L. Mager
                                                      SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
                                                      2 Research Way
                                                      Princeton, New Jersey  08540
                                                      (609) 924-6000
                                                      (609) 987-6651 (fax)
                                                      wmager@smithstratton.com

                                                      Attorney for Claimant John J. Dmuchowski