Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL: (609) 924-6000
FAX: (609) 987-6651

Attorney for John J. Dmuchowski

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDING INC., et al. | : Case No. 08-13555 (JMP) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Wendy L. Mager, having requested admission *pro hac vice* to represent Claimant John J. Dmuchowski in the above-captioned bankruptcy cases and certified that she is a member of good standing of the bars of the State of New Jersey, United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey, it is hereby:

**ORDERED AND DECREED** that Wendy L. Mager is admitted *pro hac vice* to practice in these cases, pending in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2