# CERTIFICATE OF SERVICE

I, Wendy L. Mager, hereby certify that on October 13, 2010, I caused a copy of the foregoing document to be filed electronically with the Court and served via CM/ECF upon all parties receiving electronic notice.

Respectfully submitted,

/s/ Wendy Mager
Wendy L. Mager
SMITH, STRATTON, WISE,
HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey  08540
(609) 924-6000
(609) 987-6651 (fax)
wmager@smithstratton.com

Attorneys for John J. Dmuchowski