Hearing Date and Time: October 20, 2010 at 10:00 a.m.

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Sean O'Keefe – NY Bar No. 1980853, Cal Bar No. 122417
Paul J. Couchot – Cal Bar No. 131934

General Insolvency Counsel for SunCal Voluntary Debtors and
Counsel to SCC Acquisitions, Inc.

**RUS MILIBAND & SMITH, P.C.**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Ronald Rus - Cal Bar No. 67369
Joel S. Miliband- Cal Bar No. 77438

Counsel for SunCal Management, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re | **Chapter 11** |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC, et al.,** | **Case No. 08-13555 (JMP)** |
| | **Jointly Administered** |
| **Debtors.** | Ref. Docket No. 11959 |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

Viann Corbin, being first duly sworn, deposes and says:

1.    I am employed as a Legal Secretary in the offices of Winthrop Couchot Professional Corporation, located at 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92626. I am over the age of eighteen years and am not a party to the above-captioned action.

# EXHIBIT "1"

**VIA E-MAIL:**

Milbank, Tweed, Hadley & McCloy LLP, Dennis F. Dunne, Evan Fleck and Dennis O'Donnell:

E-MAIL: dodonnel@milbank.com; efleck@milbank.com; ddunne@milbank.com;

Weil, Gotshal & Manges, LLP, Edward Soto, Shai Waisman, Richard Krasnow; Lori Fife:

Edward.soto@weil.com; shai.waisman@weil.com; Richard.Krawnow@weil.com;

Lori.fife@weil.com; Alfredo R. Perez – alfredo.perez@weil.com

Pachulski, Stang, Ziehl & Jones, Richard Pachulski, Dean Ziehl and Shirley Cho:

E-MAIL: rpachulski@pszjlaw.com; dziehl@pszjlaw.com; scho@pszjlaw.com

Counsel to Trustee: Mike D Neue on behalf of Attorney The Lobel Firm, LLP

mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

Committee Counsel to the Trustee: Lei Lei Wang Ekvall on behalf of Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP - lekvall@wgllp.com

Committee counsel to the SunCal Debtors: Alan J Friedman on behalf of Attorney Irell & Manella LLP - afriedman@irell.com

Counsel for SunCal Management, LLC – Joel Miliband jmiliband@rusmiliband.com;
rrus@rusmiliband.com

**VIA OVERNIGHT DELIVERY:**

| Honorable James M. Peck<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004 | U.S. Trustee for the<br>Southern District of New York,<br>Attn: Andy Velez-Rivera, Paul Schwartzberg,<br>Brian Masumoto, Linda Riffkin and Gravy<br>Hope Davis<br>33 Whitchall St., 21st Fl.<br>New York, NY 10004 |
|---|---|
| Lehman Brothers Holdings Inc.<br>Attn: Corporate Officer<br>745 Seventh Avenue<br>New York, NY 10019 | |

# EXHIBIT "1"

2. On October 13, 2010, I caused to be served the "SunCal Parties' Response to Motion of Lehman Debtors Pursuant to Section 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Enter into Settlement with SunCal Trustee on behalf of SunCal Involuntary Debtors"(Docket No. 11959) by causing true and correct copies to be delivered either (1) via electronic mail or (2) via overnight delivery to those parties listed on Exhibit "1" attached hereto and incorporated herein by this reference.

Executed this 13th day of October 2010 at Newport Beach, California.

_____
Viann Corbin

| STATE OF CALIFORNIA | ) |
| COUNTY OF ORANGE | ) |

On October 13, 2010, before me, Susan L. Connor, personally appeared Viann Corbin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Susan Connor
Notary Public in and for said State

SUSAN L. CONNOR
Commission # 1858393
Notary Public - California
Orange County
My Comm. Expires Jul 19, 2013