| | |
|---|---|
| **DAY PITNEY LLP**<br>Joshua W. Cohen (JC-2978)<br>James J. Tancredi (JT-3269)<br>One Audubon Street<br>New Haven, CT 06511-6433<br>Telephone:   (203) 752-5000<br>Facsimile:    (203) 752-5001 | **Hearing Date:**   November 17, 2010<br>**Hearing Time:**   10:00 A.M.<br>**Objection Date:**   November 10, 2010 at 4 p.m. |

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:    (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                                                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
OF FIDELITY NATIONAL TITLE INSURANCE COMPANY'S
MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS
OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD
BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.
PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No. 11513] (the "Motion to Compel"), which was scheduled for October 20, 2010 at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to November 17, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing on the relief requested in the Motion to Compel will be held before the Honorable James M. Peck, United States

42154682.1

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion to Compel must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically with the Bankruptcy Court's CM-ECF System by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served upon Day Pitney LLP, One Audubon Street, New Haven, Connecticut 06511 (Attn: Joshua W. Cohen, Esq.) so as to be received no later than November 10, 2010 at 4:00 p.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that, unless objections are timely filed and received by the Bankruptcy Court, the Bankruptcy Court may grant the relief requested in Fidelity's Motion to Compel.

Dated at New Haven, Connecticut, this 13th day of October, 2010.

    FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:   /s/ Joshua W. Cohen
    Joshua W. Cohen (JC-2978)
    James J. Tancredi (JT-3269)
    DAY PITNEY LLP
    One Audubon Street
    New Haven, CT 06511-6433
    Tel: (203) 752-5008
    Fax: (203) 752-5001
    E-mail: jwcohen@daypitney.com

*Counsel for Fidelity National Title Insurance Company*