RECEIVED
OCT - 8 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

3rd October 2010

| | |
|---|---|
| Ruth Rayner | Honorable James M. Peck |
| Larch House | One Bowling Green |
| Heckfield Green | New York |
| Hoxne, Eye | New York 10004 |
| Suffolk | Courtroom 601 |
| IP21 5AA | USA |
| UK | |

**Reference: United States Bankruptcy Court Southern District of New York
Notice of Hearing on Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims)
Debtor: 08-13555 (JMP)
Claim Number: 36598**

Dear Sir/Madam

This letter is in reference to the above-mentioned claim. My name is Ruth Rayner and I am a former employee of Lehman Brothers International Europe. The claim amount is for $97,415, which is due to deferred salary over a five-year period.

The reason I am disagreeing with the objection is as follows:
On the 5th September 2009 I took my claim for to the post office in the United Kingdom and sent the claim by International Recorded Delivery to ensure if arrived (see attachment). The letter arrived at the United States post office on 6th September 2009 at 10.46pm. This information can be seen on www.USPS.com, which I have attached.
A couple of days before the deadline of 22 September I checked the Epiqsystems website and could not see my claim on the system. When I contacted Epiqsystems I was in contact with a helpful lady called Linda Black (lbla@epiqsystems.com) who advised they were still receiving in forms and scanning them onto the system so mine might be waiting to be added, I resent her a copy via email as well as I was concerned about missing the date. Meantime I checked with the UK and US post office that confirmed receipt and onward delivery of the letter. I finally saw the claim on the system as of the 10th October.
Just over a year later in September 2010 I received the letter advising I had missed the deadline for the claim. I contacted the US post office for proof of the date the delivery was made but due to being over a year later they can only confirm the information that shows on the website which is mentioned and attached as above.
I hope this shows that I did as much as I could to get the claim filed on time including phone conversations and emails (to Linda Black), which she will have on file.
The reason for only submitting the claim on the 5th September is I was only made aware that I could make a claim from an ex colleague in the USA that had received a form through the post to claim, I did not receive any information relating to a claim to my address in the UK but thought I had acted in good time to make the claim.

I am concerned that the letter states that if I file an objection I should appear at the hearing, as an individual and former employee I am not able to be at the hearing as I

am unable to travel to the USA due to cost and time off work, and dialling into the hearing is difficult with my job.

Yours faithfully

Ruth Jane Rayner
(Address detailed above)



**Post Office Ltd.**
Your Receipt

Brentwood
Unit 1-2 Baytree Shopping Centre

Brentwood
Essex
CM14 4BX

| | |
|---|---|
| Date and Time: | 05/09/2009 09:16 |
| Session Prefix: | 4-901461 |
| Dest: | United States |
| Quantity: | 1 |
| Weight: | 0.017 kg |
| Int Airmail Letter | £0.90 |
| Receipt | £0.00 |

Total Cost of Services      £0.90

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
CONDITIONS

For information regarding
Royal Mail
products and services
contact us on
08457 740 740
or visit our web site at
www.postoffice.co.uk

This is not a VAT receipt
Thank You

---



**Post Office Ltd.**
Your Receipt

Brentwood
Unit 1-2 Bartree Shopping Centre

Brentwood
Essex
CM14 4BX

| | |
|---|---|
| Date and Time: | 05/09/2009 09:20 |
| Session Prefix: | 6-901463 |
| Dest: | United States |
| Quantity: | 1 |
| Weight: | 0.017 kg |
| Int Airmail Letter | £0.90 |
| Receipt | £0.00 |
| Signed For Interna | £3.70 |
| PrePaidAmount | -£0.90 |

Total Cost of Services      £3.70

Posted after Last Collection?   No
Conditions Accepted?            Yes

Barcode: RJ23025423089

DESTINATION ADDRESS
Building Name or Number   Postcode
POBOX 5076 BANKRUPTCY SOV NY 10150-5076
Address Validated?        N

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
CONDITIONS

Standard Compensation. For lost
or damaged items, compensation
up to 100 times the price of a basic
weight 1st Class stamp will only be
paid with this receipt. To claim,
call 08457 740 740 or pick up a form
at a Post Office branch.

This is not a VAT receipt
Thank You


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RJ23 8254 230G B
Service(s): **Registered Mail**™
**Status: Inbound International Arrival**

Your item arrived in the United States in ISC NEW YORK NY(USPS) at 10:46 pm on September 06, 2009. No further information is available for this item.

Information on this item has been restored from offline files and will be available online for 30 days from 09/28/2010.

Track & Confirm
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

## LEHMAN BROTHERS | LehmanLive

Data as of August 31, 2008                                                           10003160 Ruth J. Rayner

### AWARD UNITS[1] OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value[2] | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested[3] | Units Outstanding | Market Value at $0.00* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 CSA | $20.9600 | $9,143 | 11/30/2011 | 436.19 | 5.52 | 0.00 | 0.00 | 441.71 | $0 |
| 12/07/2007 | 2007 SVP Principal | $47.6000 | $34,284 | 11/30/2012 | 720.26 | 14.84 | 0.00 | 0.00 | 735.10 | $0 |
| 12/07/2007 | 2007 SVP Discount | $47.6000 | $11,428 | 11/30/2012 | 240.08 | 4.95 | 0.00 | 0.00 | 245.03 | $0 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $14,231 | 11/30/2011 | 246.34 | 7.29 | 0.00 | 0.00 | 253.63 | $0 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $4,744 | 11/30/2011 | 82.12 | 2.40 | 0.00 | 0.00 | 84.52 | $0 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $8,625 | 11/30/2010 | 182.54 | 6.70 | 0.00 | 189.24 | 189.24 | $0 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $2,875 | 11/30/2010 | 60.84 | 2.20 | 0.00 | 0.00 | 63.04 | $0 |
| 12/09/2004 | 2004 Firmwide Principal | $32.1750 | $5,100 | 11/30/2009 | 158.50 | 7.12 | 0.00 | 165.62 | 165.62 | $0 |
| 12/09/2004 | 2004 Firmwide Discount | $32.1750 | $1,700 | 11/30/2009 | 52.84 | 2.40 | 0.00 | 0.00 | 55.24 | $0 |
| 12/10/2003 | 2003 Firmwide Principal | $26.7700 | $3,964 | 11/30/2008 | 148.06 | 7.90 | 0.00 | 155.96 | 155.96 | $0 |
| 12/10/2003 | 2003 Firmwide Discount | $26.7700 | $1,321 | 11/30/2008 | 49.34 | 2.75 | 0.00 | 0.00 | 52.09 | $0 |
| **Total** | | | **$97,415** | | **2,377.11** | **64.07** | **0.00** | **510.82** | **2,441.18** | **$0** |
| **Total Equity** | | | | | | | | | | **$0** |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (null on null)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

http://my.lehman.com/HRS/equityaward/westinghouse.do                                    19/09/2008

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** | |
|---|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)      0000036598 | |
| Name of Debtor Against Which Claim is Held<br>LBHI | Case No. of Debtor | | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Program Securities (See definition on reverse side).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
RUTH RAYNER (SSS293230)
(Schedule G)
35 CHASE ROAD
BRENTWOOD
ESSEX  CM14 4LG
UK

Telephone number: 1277 232621   Email Address: ruth.rayner@yahoo.co.uk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 97415

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: outstanding awards restricted awards
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe: restricted stock awards/units
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). See attached
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ 97415
(see attached)

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date:<br>4.9.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  R Rayner |
|---|---|

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 0 6 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.

Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE NAME OF THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| Case No. | Debtor | Case No. | Debtor |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market); exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.