UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )    ss.:
COUNTY OF NEW YORK    )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 13th of October 2010, I caused a true and correct copy of the Limited Objection of Bank of America, National Association, Successor by Merger to LaSalle Bank, National Association, in its Capacity as Libra Trustee, to Debtors' Motion for Approval of a Settlement Agreement Among LBSF, LBHI, and Societe-Generale,

New York Branch (Docket No. 11488), to be served upon the parties as indicated on the

attached service list:

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
13th October, 2010

/s/ John W. Weiss
John W. Weiss
Notary Public State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires 07/26/2012

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Weil Gotshal & Manges LLP, 767 Fifth Avenue New York, New York 10153 Attn: Lori R. Fife, Esq., Ralph I. Miller, Esq. Jacqueline Marcus, Esq | Office of the United States Trustee for the Southern District of New York 33 Whitehall Street, 21st Floor New York, NY  10004 Attn: Tracy Hope Davis, Esq., Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq |
| Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza New York, New York 10005 Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., Dennis O'Donnell, Esq | Quinn Emanuel 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017, Attn: Eric Winston, Esq. |
| Mayer Brown LLP, 1675 Broadway, New York, New York 10019, Attn: Steven Wolowitz, Esq.; | Libra CDO Limited, c/o Deutsche Bank (Cayman) Limited, P.O. Box 1984 GT, Elizabethan Square, Grand Cayman, Cayman Islands, Attn: Global Transaction Banking, Trust & Securities Services – Corporate Services Division |
| MKP Vela CBO, Ltd., c/o Walkers SPV Limited, Walker House, Mary Street, George Town, Grand Cayman, Cayman Islands | The Bank of New York Trust Company, National Association, 601 Travis Street, 16th Floor, Houston, Texas 77002 |