**URGENT**

To:

(1) The Chambers of the Honorable James M. Peck,
   One Bowling Green, New York, New York 10004, Courtroom 601

(2) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153
   (Attn: Shai Waisman, Esq.)

(3) The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,
   21st Floor, New York, New York 10004
   (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,
   Linda Riffkin, Esq., and Tracy Hope Davis; Esq.)

(4) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005
   (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

## Oppose to the Debtor's Objection to Disallow Claims

| | |
|---|---|
| **Court Name:** | United States Bankruptcy Court Southern District of New York |
| **Debtor:** | Lehman Brothers Holdings Inc., |
| **Case Number:** | Chapter 11 Case No. 08-13555 (JMP) |
| **Title of Objection:** | Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) |
| **Claim Number:** | 65031 |
| **Name of Claimant:** | Fok Yim Sheung, Floria |
| **Address:** | 26H, Block 13, Yuet Wu Villa, Tuen Mun, Hong Kong |
| **Telephone :** | (852) 24578804    (852) 94516152 |
| **Email :** | knjbbs@yahoo.com |

**Basis for the amount of Claim**: US100,000 face value on the LBH structured note with ISIN
034643873, with depository blocking reference 6014891 and with depository account number 92057

**Reason why the Claim should not be disallowed**: I have posted out the completed standard "Proof of
Claim" form on 18 September 2009 well before (more than seven weeks) the deadline of 2 November
2009.   It normally takes less than a week for a letter from Hong Kong to New York.   I am now
attaching a copy of the letter which clearly indicated a postal stamp chop of 21 September 2009 from
Hong Kong.,

Yours sincerely,

(Fok Yim Sheung, Floria)
24 September 2010



RECEIVED
OCT - 6 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000111975 MAIL ID *** 0033298782 *** BSTUSE: 235

FOK YIM SHEUNG, FLORIA
26 H BLOCK 13
YUET WU VILLA
TUEN MUN,  HONG KONG

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>FOK YIM SHEUNG, FLORIA<br>26 H BLOCK 13<br>YUET WU VILLA<br>TUEN MUN, HONG KONG | **Claim Number:**    65031 |
| | **Date Filed:**    11/6/2009 |
| | **Debtor:**    08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 100,000.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000065031

0000065031

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Ms. FOK YIM SHEUNG, FLORIA
26H BLOCK 13
YUET WU VILLA
TUEN MUN
HONG KONG

Telephone number (852) 2957 8804  Email Address: knjbbs @ yahoo.com

Name and address where payment should be sent (if different from above)

DITTO

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 100,000

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** 034643873        (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6014891
        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 92057
        (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

NOV 06 2009

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 18.9.2009 | |



To: United States Bankruptcy Court / Southern District of New York

Lehman Brothers Holdings Claims Processing Centre

c/o Epiq Bankruptcy Solutions, LLC

FDR Station, P.O. Box 5076

New York, NY 10150 - 5076

USA

RECEIVED
NOV 06 2009

BY AIR MAIL
PAR AVION

AIR MAIL