SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick
Michael H. Torkin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------- x
                                                   :
                                                   :
In re:                                             :        Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08 – 13555 (JMP)
                                                   :
                          Debtors.                 :        (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )        ss.:
COUNTY OF NEW YORK         )

     Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

     1.   I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

     2.   On October 13, 2010, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of (i) the *Response of IKB International S.A. to Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative*

*Claims*); and (ii) the *Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to*

*Federal Rule of Bankruptcy Procedure 2019.*

_____

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 13th day of October, 2010.

_____

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 20 13

## Exhibit A

Weil Gotshal & Manges LLP
Attn:   Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, Penny Reid, and Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004