**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x    Case No. 08-13555 (JMP)

In re:    Chapter 11

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    (Jointly Administered)

Debtors.

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I David W. Parham, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Cathay United Bank, a creditor in the above-referenced jointly administered cases, and in support thereof respectfully states as follows:

I certify that I am a member in good standing with the State Bar of Texas, and an attorney admitted to the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 13, 2010    Respectfully submitted,
Dallas, Texas

/s/ David W. Parham
David W. Parham
BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
E-mail: david.parham@bakermckenzie.com.
Telephone: (214) 978-3000