UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x   Case No.  08-13555 (JMP)

In re:                                                                              Chapter 11

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**       (Jointly Administered)

                                                    **Debtors.**


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the motion of David W. Parham, to be admitted, *pro hac vice*, to represent Cathay United Bank, (the "Client") a creditor in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of State Bar of Texas, and an attorney admitted to the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED**, that David W. Parham, Esq. is admitted to practice, *pro hac vice* in the above-referenced jointly administered bankruptcy cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         _____, New York            Honorable James M. Peck
                                              UNITED STATES BANKRUPTCY JUDGE

DALDMS/686392.1                                                                                1