MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Brian Trust, Esq.

*Counsel to Canadian Imperial Bank of Commerce*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on October 13, 2010, I caused copies of the Limited Objection of Canadian Imperial Bank of Commerce to Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief (the "Objection") to be served by hand delivery upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew D. Velez-Rivera, Esq., Linda Riffkin, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., and Tracy Hope Davis, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Mindy J. Spector, Esq., Peter Gruenberger, Esq., and Shai Y. Waisman, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,

17653122

New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq.).

I further certify that on October 13, 2010, I caused electronic mail filing notifications of the Objection to be served upon all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         October 13, 2010

/s/ James Hennessey
James Hennessey