RECEIVED OCT - 5 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Siepmann & Cie. GmbH & Co. KG, Jenischstrasse 35, 22609 Hamburg

Honorable James M. Peck,
Courtroom 601
One Bowling Green
New York
New York 10004

USA

Axel Siepmann
Tel. +49 (0)40 42236106
Mobil +49 (0)170 8006268
Fax +49 (0)40 53052898

Hamburg, 27. September 2010

**My Objection to OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**
United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555 (JPM)
Claim number: 65948
Debtors: Lehman Brothers Holding
Creditor/Claimant Name & return address for reply and inquiries of Debtors:
  Siepmann & Cie. GmbH & Co. KG; Atten.):Mr. Axel Siepmann; Jenischstrasse 35;
  22609 Hamburg; Germany; Telephone +49 170 8006268
Description of the basis for the amount of the claim: Holder of the security LB Treasury Co. BV S&P Div. Trends NTS 28.8.12 which is guaranteed by Lehman Brothers Holding

Dear Sir,

I oppose the disallowance/expungement of my claim No 65948 as I filed my claim prior to the deadline November 2nd 2009.

My proof of claim was first sent signed and sent 17th October at least 14 days before the deadline to:
United States Bankruptancy Court/Southern District of New York; Lehman Brothers Holdings Claims Processing Center; c/o Epiq Bankruptancy Solutions LLC; FDR Station P.O. Box 5076; New York, NY 10150-5076
In the accompanying letter I requested immediate confirmation of receipt.

As I did not get any receipt, I resent copies of my proof of claim on 6th December 2009 and asked again for immediate confirmation of receipt of my earlier and timely filed proof of claim. It took Epiq until 19th January 2010 to confirm receipt. Despite my request neither Epic nor any other party indicated to me that my proof claim filed in October had not been recorded or received and that my filing was actually received too

late. The letter dated 19 January 2009 sent by Epic uses the term "Dated received 12/15/2009" and does not mention the date filed. The Objection to my claim dated 13th September 2010 suddenly uses the term "date filed 12/15/2009".

As I have done all reasonable steps that a foreign small private investor may reasonably do to ensure that his filing reached the court in due course, I kindly ask the court to permit my claim that will hopefully allow me to minimize my loss as a small private investor into securities issued by Lehman Brothers Group.

Sincerely,

*[signature]*

Axel Siepmann, Siepmann & Cie. GmbH & Co. KG


Appendix: Evidence in the form of a topical printout of the letter sent in December 2009 to which copies of the proof of claim signed 17/10/2009 was attached.

Siepmann & Cie. GmbH & Co. KG, Jenischstrasse 35, 22609 Hamburg

United States Bankruptancy Court/Southern District
of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptancy Solutions LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076

Axel Siepmann
Tel. +49 (0)40 42236106
Mobil +49 (0)170 8006268
Fax +49 (0)40 53052898

Hamburg, 5. December 2009

Ladies and Gentlemen,

We have not received confirmation of the receipt of the attached documentation and kindly request to confirm the timely receipt of our letter&documentation send to you in October (copies attached).

Best regards

Siepmann & Cie. GmbH & Co. KG



Axel Siepmann

Siepmann & Cie. GmbH & Co. KG, Jenischstrasse 35, 22609 Hamburg

Axel Siepmann
Tel. +49 (0)40 42236106
Mobil +49 (0)170 8006268
Fax +49 (0)40 53052898

United States Bankruptancy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptancy Solutions LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076

Hamburg, 5th October 2009

Ladies and Gentlemen,

We are writing to you to secure our claims against Lehman Brothers Holdings.

We are holder of the security:

LEHMAN BR.TR.DIV.TR.NTS12
XS0317292117 / A0S6C6
50.000,00 EUR

Blocking Referenz CA22351
Location of security: Clearstream Luxembourg 43/680 account number 62013.

Please find attached the required documentation (Proof of Claim and Statement of our Bank). Please confirm the receipt of this letter.

Best regards

Siepmann & Cie. GmbH & Co. KG

*[signature]*

Axel Siepmann