9/30/2010

Louise L. Chappy
W277 N3024 Rocky Point Road
Pewaukee, WI 53072

Honorable James N. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

To whom it may concern re:

United States Bankruptcy Court
Southern District of New York
In re Lehman Brothers Holdings Inc. et al., Debtors

Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Notice of Hearing on Debtor's Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee
Claims)

Docket #4271

Lynn Chappy Revocable Trust – Louise Lynn Chappy Trustee U/A DTD 6/13/1997
Claim number 5968 filed 7/23/2009 Secured: $9932.00 through Wachovia Securities through First
Clearing, not Bank of Mellon.

My broker:  Barbara Donaldson
CROSSROADS CORPORATE CENTER
20800 SWENSON DRIVE SUITE 200
WAUKESHA WI 53186
(262) 798-3744
barbara.donaldson@wellsfargoadvisors.com,

stated Bank of Mellon did not have authority to make my claim, so I respectfully request my claim not
be disallowed and expunged.

Please refer to a copy of my Wachovia Securities statement showing my legitimate holdings as an
individual investor. I am physically unable to appear in New York for the hearing, but will be happy to
make arrangements to attend telephonically, although I have nothing more to report except I personally
purchased this investment as part of my retirement portfolio and feel I have a legitimate claim.

Sincerely,

Louise L. Chappy
362-691-4212



RECEIVED
OCT - 5 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

*Entero Object* (handwritten)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                 :

                    Debtors.                                 :

------------------------------------------------------------x

**Chapter 11 Case No.**

**08-13555 (JMP)**

**(Jointly Administered)**

LBH OMN150 09-24-2010 (MERGE2,TXNUM2) 4000052724 MAIL ID *** 0033525060 *** BSISUE: 249

CHAPPY, LYNN REV TR
LOUISE LYNN CHAPPY TTEE
U/A DTD 06/13/1997
W277N3024 ROCKY POINT RD
PEWAUKEE, WI 53072

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address:<br>CHAPPY, LYNN REV TR<br>LOUISE LYNN CHAPPY TTEE<br>U/A DTD 06/13/1997<br>W277N3024 ROCKY POINT RD<br>PEWAUKEE, WI 53072 | | Claim<br>Number | Date Filed | Case<br>Number | Classification and Amount |
|---|---|---|---|---|---|
| | Claim to be Disallowed<br>and Expunged | 5968 | 7/23/2009 | No Case | SECURED: $ 9,932.00 |
| | Surviving Claim | 21803 | 9/21/2009 | 08-13555 | UNSECURED: $ 233,469,683.43<br>UNLIQUIDATED |

        PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

        The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Bank of New York Mellon, in its capacity as indenture trustee, on behalf of itself and the holders of certain unsecured notes (the "Notes"). Your claim has been identified as also relating, in whole or in part, to the Notes. If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged. Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

        If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

        If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| **United States Bankruptcy Court/Southern District of New York** | | **PROOF OF CLAIM** |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

```
************AUTO**3-DIGIT 530
LYNN CHAPPY REV TR
LOUISE LYNN CHAPPY TTEE
U/A DTD 06/13/1997
W277N3024 ROCKY POINT RD
PEWAUKEE WI 53072
```

*lynnchappy@aol.com*

Telephone number: 262-691-4212   Email Address: _____

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
    (If known)

Filed on: _____

*COPY*

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ ~~100,000~~ 9932
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Bankruptcy loss
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe: LEHMAN BROS 6.24% CAP V I Callable Bond
Value of Property: $ ~~100,000~~ 9932   Annual Interest Rate 6.21%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ ~~100,000~~ 9932   Basis for perfection: Bond HELD at Wachovia
                Securities
**Amount of Secured Claim:** $ ~~10,000~~ 9932   **Amount Unsecured:** $ 0

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: 7/17/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*L Chappy*   LOUISE LYNN CHAPPY TTEE

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


**WACHOVIA SECURITIES**

LYNN CHAPPY REV TR
LOUISE LYNN CHAPPY TTEE
U/A DTD 06/13/1997

JUNE 1 - JUNE 30, 2009
ACCOUNT NUMBER: 2138-0244

## Preferreds/Fixed Rate Cap Securities

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| ING GROEP NV 7.375% PFD PERPETUAL HYBRID CAP SEC CALL STARTING 10/15/2012 IDG Acquired 09/28/07 L | 0.27 | 1,000 | 25.00 | 25,000.00 | 17.7000 | 17,700.00 | - 7,300.00 | 1,844.00 | 10.41 |
| JP MORGAN CHASE 6.20% CAP XIV DUE 10/15/34 CALLABLE 10/15/09 JPM'Y | | | | | | | | | |
| Acquired 09/22/04 L | | 400 | 25.00 | 10,000.00 | | 8,504.00 | - 1,496.00 | | |
| Acquired 04/27/09 S | | 400 | 19.20 | 7,899.97 | | 8,504.00 | 804.03 | | |
| Acquired 04/27/09 S | | 200 | 19.21 | 3,851.98 | | 4,252.00 | 400.02 | | |
| **Total** | **0.32** | **1,000** | | **$21,551.95** | **21.2600** | **$21,260.00** | **- $291.95** | **$1,550.00** | **7.29** |
| LEHMAN BROS CAP TRUST 6% DUE 4/22/53 CALLABLE 4/22/09 LHHMQ Acquired 04/01/04 L | | 1,000 | 25.00 | 25,000.00 | 0.1800 | 180.00 | - 24,820.00 | N/A | N/A |
| LEHMAN BROS 6.24% CAP VI DUE 1/18/2054 CALLABLE 1/18/2010 LEHNQ Acquired 01/05/05 L | | 400 | 25.00 | 10,000.00 | 0.1700 | 68.00 | - 9,932.00 | N/A | N/A |
| METLIFE 6.50% PFD NONCUMULATIVE PERP PFD CALL STARTING 09/15/10 MET'B Acquired 05/13/05 L | 0.11 | 350 | 25.00 | 8,750.00 | 20.5500 | 7,192.50 | - 1,557.50 | 568.75 | 7.90 |
| PRUDENTIAL FINANCIAL 9% MAT 6/15/68 JR SUB NOTES CALLABLE 06/15/13 PHR Acquired 06/25/08 L | 0.35 | 1,000 | 25.00 | 25,000.00 | 23.5800 | 23,580.00 | - 1,420.00 | 2,250.00 | 9.54 |
| ROYAL BK SCOTLAND 6.40% PERPETUAL NON-CUM PFD CALLABLE 9/30/09 RBS'M Acquired 08/19/04 L | 0.10 | 600 | 25.00 | 15,000.00 | 11.1900 | 6,714.00 | - 8,286.00 | 960.00 | 14.29 |

001 6N 6N/89