# In re LEHMAN BROTHERS HOLDINGS INC –

## Claims to be disallowed and expunged

### Dated September 13, 2010

| Name of Bankruptcy Court | United States Bankruptcy Court, Southern District of New York |
|---|---|
| Name(s) of Debtor(s) | 08-13555, Lehman Brothers Holdings Inc and its affiliates |
| Case no / title of the Objection | Chapter 11, Case No. 08-13555 (JMP), Claim No. 64135 – Claim to be disallowed and expunged |
| Name of claimant | Andersen, Samuel Magnus |
| Description of the basis for the amount of the claim | Investment in Global Podium, ISIN NO 001 0392731, total USD 86 393 (NOK 500 000), claim no. 64135 |
| Reasons why the claim should not be disallowed, expunged, reduced, or reclassified | (årsakene til at kravet ikke skal avvises; må minimum inkludere det spesifikke faktiske og juridiske grunnlaget for å motstride at kravet avvises)<br><br>Enclosure (Vedlegg.) |
| Documentation or evidence of the claim | (all dokumentasjon eller bevis for kravet utover det som er vedlagt proof of claim, og som viser hvorfor avslag på kravet motstrides) |
| Address for Debtors' reply to this response, if different from the proof of claim | As in proof of claim |
| Name, address and telephone no. with authority to resolve the claim on behalf of the claimant | (kunden selv eller evnt en juridisk representant)<br>Samuel Andersen<br>Lonalurke 157 5268 Haukeland<br>Norway |

**FRIST:** Skriftlig svar må senest **være følgende i hende innen 18. oktober kl 16 Prevailing Eastern Time:**

- Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 60
- Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (attn: Shai Waisman, Esq.)
- Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)
- Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

RECEIVED OCT - 6 2010

# Bestillingsblankett

| Global Podium Obligasjon 2 |
|---|
| 5-årig Podium obligasjon på en global aksjekurv |

| Salgsperiode | 22/10/2007 – 23/11/2007 |
|---|---|
| Investeringsperiode | 30/11/2007 – 30/11/2012 |

| Navn (bruk blokkbokstaver) | SAMUEL MAGNUS ANDERSEN |
|---|---|
| Adresse | LONALEITET 157 |
| Poststed | 5268 HAUKELAND |
| Person- eller organisasjonsnr. | 210835 43199 |

| Jeg/Vi ønsker å bestille | pålydende NOK 500 000,- | (minimum NOK 10.000) |
|---|---|---|

| Kontoinformasjon | |
|---|---|
| VPS-konto | (la feltet stå åpent dersom du ikke har VPS-konto) |
| [X] Vennligst etabler en VPS-konto i mitt/organisasjonens navn (obligatorisk hvis man ikke har VPS-konto). WarrenWicklund vil gjøre dette kostnadsfritt. | |
| Bankkonto 3411 11 05660 | Investeringsbeløpet pluss tegningsprovisjon må være tilgjengelig på belastningskonto den 27/11/2007 |
| [X] Jeg gir herved WarrenWicklund Asset Management ASA ugjenkallelig engangsfullmakt til å debitere min bankkonto med investeringsbeløpet inkludert kjøpsprovisjon. Datoen for debitering av kontoen er 30/11/2007 og det må være tilstrekkelige midler på den spesifiserte bankkontoen fra 27/11/2007. WarrenWicklund forbeholder seg retten til å debitere kontoen flere ganger dersom det ikke er tilstrekkelige midler på kontoen på debiteringsdatoen. | |
| [X] Sett kryss her for å bekrefte at du har lest og forstått denne brosjyren. Du bekrefter også at du har lest og forstått tilbudsdokumentasjonen og at du tilfredsstiller de krav som stilles i disse dokumentene, inkludert salgsbegrensningene. Du bekrefter også at du godtar salgsbetingelsene. | |
| [X] Sett kryss her for å bekrefte at du er 18 år eller eldre, eller representerer et selskap eller institusjon, og at du ikke er fast bosatt i, eller handler på vegne av noen med fast bopel i USA, og at du ikke vil hjelpe noen som har slik fast bopel med å investere i obligasjonene og at du øyeblikkelig vil informere WarrenWicklund skriftlig dersom du får fast bopel i USA. | |
| Selger | Optimum ASA |
| Tilrettelegger | WarrenWicklund Asset Management ASA |
| Utsteder | Lehman Brothers Treasury Co. B.V. |
| Kredittrating | A+ (Standard & Poor's pr. 25/05/2007) |
| Valuta | NOK |
| Registrering | Obligasjoner vil bli registrert i VPS |
| Avkastningsberegning | Se «Avkastning» på side 5, samt «Securities Note» |
| Angrerett: | Se «Angrerett» på side 12. |

Optimum
Monika Liseth Dingen
Mob.: +47 92 26 28 29
Tlf.: +47 55 33 77 30
E-mail: monika@optimum.no
www.optimum.no

KENT S
MONIKA

| Signert: *Samuel Andersen* | Dato: Bergen 28.10.2007 |
|---|---|

WARREN WICKLUND                    LEHMAN BROTHERS