# Schretlen & Co

Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green,
NEW YORK, NEW YORK 10004
UNITED STATES



| | | | |
|---|---|---|---|
| *Reference* | Claim number: 65160 | Date | 6 October 2010 |
| *Subject* | 'Proof of claim' Lehman Brothers | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
                                    :
In re                               :    **Chapter 11 Case No.**
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al., :  **08-13555 (JMP)**
                                    :
                        Debtors.    :    **(Jointly Administered)**
_____ x

**DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS).**

**Claimant's Name:** F.Ch.W. Mevissen BV
**Amount of Claim:** $ 42,453.00
**Basis of Claim:** Lehman Programs Securities Claims
**Claim number:** 65160
**International Securities
Identification Number (ISIN):** XS0210433206

**The claim should not be disallowed and expunged for the following reasons:**

The claim was sent with high priority on 23 October 2009. To guarantee a timely delivery (before the Bar Date of 2 November 2009), we have hired the international courier UPS.

Unfortunately, because of the negligence of UPS, the postal item of 23 October 2009 arrived late. UPS did not communicate the reason why the claim was not delivered in time. Only after we received the evidence of delivery (see attached), we discovered the late delivery.

 **Bewijs van aflevering**

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

**Trackingnummer:** H7034511362
**Service:** UPS SAVER
**Gewicht:** ,50 Kg
**Verzonden of gefactureerd op:** 23/10/2009
**Afgeleverd op:** 09/11/2009 10:24
**Afgeleverd aan:** NEW YORK, NY, US
**Getekend door:** SOTO

**Vestiging:** MAIL ROOM

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS: 10/11/2009 3:26 ET

[Logo UPS] **Proof of delivery**

Dear customer,

This message is a proof of delivery regarding the consignment as described below.

| | |
|---|---|
| Tracking number: | H7034511362 |
| Service: | UPS SAVER |
| Weight: | ,50 Kg |
| Sent or charged on: | 23/10/2009 |
| Delivered on: | 09/11/2009 10:24 |
| Delivered to: | NEW YORK, NY, US |
| Signed by: | SOTO |

Establishment: MAIL ROOM

It is our pleasure that we could serve you.

Yours faithfully,

UPS

Tracking results provided by UPS: 10/11/2009 3:26 ET

Translated by:

Mr. M. Kramer
Senior Legal Counsel
Schretlen & Co N.V.

Although not being a sworn translator, I declare that the translation of this "Proof of delivery" is, to my knowledge, a sufficiently accurate translation of the Dutch document "Bewijs van aflevering".

 # Bewijs van aflevering

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

| | |
|---|---|
| **Trackingnummer:** | H71466693731 |
| **Service:** | EXPRESS |
| **Gewicht:** | ,50 Kg |
| **Verzonden of gefactureerd op:** | 19/10/2009 |
| **Afgeleverd op:** | 20/10/2009 11:51 |
| **Afgeleverd aan:** | NEW YORK, NY, US |
| **Getekend door:** | SOTO |
| **Vestiging:** | MAIL ROOM |

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS:  12/11/2009 8:00   ET



# Bewijs van aflevering

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

| | |
|---|---|
| Trackingnummer: | H7034511371 |
| Service: | UPS SAVER |
| Gewicht: | ,50 Kg |
| Verzonden of gefactureerd op: | 29/10/2009 |
| Afgeleverd op: | 02/11/2009 9:55 |
| Afgeleverd aan: | NEW YORK, NY, US |
| Getekend door: | SOTO |

**Vestiging:**          RECEPTION

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS:   12/11/2009 7:59   ET

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                                Debtors.                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000112074 MAIL ID *** 0033298642 *** BSIUSE: 95

F. CH. W. MEVISSEN B.V.
T.A.V. DE HEER F.C.W. MEVISSEN
P/A HOEVENSTRAAT 1A
ST.HUIBRECHTS-LILLE, B-3910 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>F. CH. W. MEVISSEN B.V.<br>T.A.V. DE HEER F.C.W. MEVISSEN<br>P/A HOEVENSTRAAT 1A<br>ST.HUIBRECHTS-LILLE, B-3910 BELGIUM | **Claim Number:** 65160<br>**Date Filed:** 11/9/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 42,453.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

F. Ch. W. Mevissen B-V
Deheer F.C.W Mevissen
P/A Hoevenstraat 1A
B-3910 St-Huibrechts-Lille (gem. Neerpelt)
Belgie

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____   Email Address: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: _____   Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $  429,453.00**  (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0210433206** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6058408  (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
1239 Euroclear  (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 10.16.2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

_[signature]_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571