**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Edward M. Grauman hereby requests the withdrawal of his appearance on behalf of Giants Stadium LLC in the above-captioned Chapter 11 proceedings. Bruce E. Clark, Matthew A. Schwartz, and Thomas John Wright remain as attorneys of record for Giants Stadium LLC.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       October 14, 2010

        Respectfully submitted,

        /s/ Edward M. Grauman
        Edward M. Grauman
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004
        Telephone: (212) 558-4000
        Facsimile: (212) 558-3588

        *Attorney for Giants Stadium LLC*