# Schretlen & Co



Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green,
NEW YORK, NEW YORK 10004
UNITED STATES

| | | | |
|---|---|---|---|
| *Reference* | Claim number: 65158 | *Date* | 6 October 2010 |
| *Subject* | 'Proof of claim' Lehman Brothers | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
                                            :
**In re**                                   :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :    08-13555 (JMP)
                                            :
                              **Debtors.**  :    (Jointly Administered)
———————————————————— x

**DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS).**

**Claimant's Name:** mevrouw N.P.J. van Luijk
**Amount of Claim:** $ 399,058.20
**Basis of Claim:** Lehman Programs Securities Claims
**Claim number:** 65158
**International Securities**
**Identification Number (ISIN):** XS0223700658

## The claim should not be disallowed and expunged for the following reasons:

The claim was sent with high priority on 23 October 2009. To guarantee a timely delivery (before the Bar Date of 2 November 2009), we have hired the international courier UPS.

Unfortunately, because of the negligence of UPS, the postal item of 23 October 2009 arrived late. UPS did not communicate the reason why the claim was not delivered in time. Only after we received the evidence of delivery (see attached), we discovered the late delivery.



# Bewijs van aflevering

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

**Trackingnummer:** H7034511362
**Service:** UPS SAVER
**Gewicht:** ,50 Kg
**Verzonden of gefactureerd op:** 23/10/2009
**Afgeleverd op:** 09/11/2009 10:24
**Afgeleverd aan:** NEW YORK, NY, US
**Getekend door:** SOTO

**Vestiging:** MAIL ROOM

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS: 10/11/2009 3:26 ET

[Logo UPS]    **Proof of delivery**

Dear customer,

This message is a proof of delivery regarding the consignment as described below.

| | |
|---|---|
| **Tracking number:** | H7034511362 |
| **Service:** | UPS SAVER |
| **Weight:** | ,50 Kg |
| **Sent or charged on:** | 23/10/2009 |
| **Delivered on:** | 09/11/2009 10:24 |
| **Delivered to:** | NEW YORK, NY, US |
| **Signed by:** | SOTO |
| **Establishment:** | MAIL ROOM |

It is our pleasure that we could serve you.

Yours faithfully,

UPS

Tracking results provided by UPS:  10/11/2009 3:26  ET

Translated by:

Mr. M. Kramer
Senior Legal Counsel
Schretlen & Co N.V.

Although not being a sworn translator, I declare that the translation of this "Proof of delivery" is, to my knowledge, a sufficiently accurate translation of the Dutch document "Bewijs van aflevering".

 **Bewijs van aflevering**

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

| | |
|---|---|
| **Trackingnummer:** | H7146693731 |
| **Service:** | EXPRESS |
| **Gewicht:** | ,50 Kg |
| **Verzonden of gefactureerd op:** | 19/10/2009 |
| **Afgeleverd op:** | 20/10/2009 11:51 |
| **Afgeleverd aan:** | NEW YORK, NY, US |
| **Getekend door:** | SOTO |
| **Vestiging:** | MAIL ROOM |

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS:  12/11/2009 8:00   ET

 **Bewijs van aflevering**

Geachte klant,

Dit bericht is een afleveringsbewijs voor de hieronder vermelde zending.

| | |
|---|---|
| **Trackingnummer:** | H7034511371 |
| **Service:** | UPS SAVER |
| **Gewicht:** | ,50 Kg |
| **Verzonden of gefactureerd op:** | 29/10/2009 |
| **Afgeleverd op:** | 02/11/2009 9:55 |
| **Afgeleverd aan:** | NEW YORK, NY, US |
| **Getekend door:** | SOTO |

**Vestiging:**   RECEPTION

Het doet ons genoegen dat wij u van dienst konden zijn.

Hoogachtend,

UPS

Traceerresultaten verstrekt door UPS:  12/11/2009 7:59  ET

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                        : Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                 : 08-13555 (JMP)
                                                             :
                              Debtors.                       : (Jointly Administered)
                                                             :
------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000112069 MAIL ID *** 0033298860 *** BSIUSE: 313

MEVROUW N.P.J. VAN LUIJK
MOLENDIJK 20
ROCKANJE, 3235 XG NETHERLANDS

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>MEVROUW N.P.J. VAN LUIJK<br>MOLENDIJK 20<br>ROCKANJE, 3235 XG NETHERLANDS | **Claim Number:** 65158 |
| | **Date Filed:** 11/9/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 399,058.20 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Mevrouw N.P.J. van Cuyk
Molendijk 20
3235 XG Rockanje
Nederland

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __399,050.20__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0223700658__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
__6059131__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
__12039 Euroclear__ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date:<br>10-23-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>R. Brinkerste [signature] |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# POWER OF ATTORNEY

To Lehman Brothers Holding Claims Processing Center/Epic Bankruptcy Solutions LLC

I, Nelleke P.J. van Luijk,

do hereby duly appoint any officer of Schretlen & Co N.V.

to act as my attorney in fact, to sign and file all forms and documents relating to my claim based on the Lehman Programs Securities.

This power of attorney shall be governed by Dutch law and has been granted for an indefinite period or until revoked by me, which revocation is valid when notified to you.

N.P.J. van Luijk

Signed _____

Date  oct. 22 2009



Dossiernummer: 33177676        Blad 00001

Uittreksel uit het handelsregister van de Kamers van Koophandel
Deze inschrijving valt onder het beheer van de Kamer van Koophandel voor Amsterdam

**Rechtspersoon:**
| | |
|---|---|
| Rechtsvorm | :Besloten vennootschap |
| Naam | :B.V. Bewaarbedrijf Schretlen & Co |
| Statutaire zetel | :Amsterdam |
| Akte van oprichting | :17-06-1976 |
| Akte laatste statutenwijziging | :17-09-1998 |
| Maatschappelijk kapitaal | :EUR 453.780,22 |
| Geplaatst kapitaal | :EUR 127.058,46 |
| Gestort kapitaal | :EUR 127.058,46 |
| | (Kapitaal omgezet in euro ex art. 2:178c B.W.) |

**Onderneming:**
| | |
|---|---|
| Handelsna(a)m(en) | :B.V. Bewaarbedrijf Schretlen & Co |
| | Schretlen Safe Custody |
| Adres | :Apollolaan 15, 1077AB Amsterdam |
| Telefoonnummer | :020-5773488 |
| Datum vestiging | :11-05-1984 |
| Bedrijfsomschrijving | :Het bewaren en administreren van beleggingsobjecten ten behoeve van derden. |
| Werkzame personen | :0 |

**Enig aandeelhouder:**
| | |
|---|---|
| Naam | :Schretlen & Co. N.V. |
| Adres | :Apollolaan 15 Apollo House, 1077AB Amsterdam |
| Inschrijving handelsregister onder dossiernummer | :33002437 |
| Enig aandeelhouder sedert | :16-03-1992 |

**Bestuurder(s):**
| | |
|---|---|
| Naam | :Mos, Gerardus Albertus |
| Geboortedatum en -plaats | :05-08-1966, Utrecht |
| Adres | :Hazelaarlaan 5, 5248BN Rosmalen |
| Infunctietreding | :01-04-2007 |
| Titel | :Directeur |
| Bevoegdheid | :Gezamenlijk bevoegd (met andere bestuurder(s), |

03-03-2008        Blad 00002 volgt.

Op deze pagina treft u de digitale handtekening van een daartoe bevoegde functionaris van de kamer van koophandel aan. Om vast te stellen of het een rechtsgeldig document is, moet u de handtekening verifiëren. Voor verificatie is het noodzakelijk dat u beschikt over de verificatietool van de kamer van koophandel.

Let op: voor een correcte verificatie van de handtekening is het noodzakelijk dat u het tabblad "ondertekeningen" bekijkt! (Voor Acrobat Reader 6.0 of hoger is dit niet vereist.)

Indien u beschikt over Acrobat Reader 5.1* (of hoger) dient u onderstaande insteekmodule te installeren.
Insteekmodule voor Acrobat Reader 5.1

Indien u niet over de reader, maar over het volledige Acrobat-product (of approval) beschikt, dient u onderstaande insteekmodule te installeren.
Insteekmodule voor Acrobat 5.x

*Eerdere versies van de Acrobat Reader worden niet ondersteund, via de internetsite van Adobe kunt u uw versie gratis upgraden.
Upgrade Acrobat Reader

Indien u meer informatie wenst over onze CSP dienstverlening dan kunt u onze website raadplegen.
www.kvk.nl/egd

Elektronisch gewaarmerkt uittreksel uit het Handelsregister
Vereniging van Kamers van Koophandel en Fabrieken in Nederland
Woerden, NL.

Elektronisch ondertekend door: P. van Steenis (03 2008)
Elektronisch ondertekend op: /2008

Dit uittreksel is aangevraagd op www.kvk.nl
20080303094521766000

VVK en/of kamers van koophandel geven slechts waarborg of garantie met betrekking tot de juiste en/of volledige weergave van de informatie uit het Handelsregister in dit bericht indien het voorzien is van een verifieerbare elektronische handtekening en voorzover dergelijke waarborgen zijn opgenomen in de Algemene Voorwaarden Online Informatieverstrekking KvK en/of Vertrouwende Partij Overeenkomst.