United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc., et al., Debtors
Chapter 11 Case No. 08-13555 (JMP)

Re: Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)

Creditor Name and Address:
Chan, Lori
33-49 75th Street
Jackson Heights, NY 11372

Claim No.: 67020
Priority / Unsecured Amount: $ 417,994.37



RECEIVED
OCT - 8 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

To the attention of:

The Honorable James M. Peck, One Bowling Green, New York, NY 10004, Courtroom 601

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Shai Waisman, Esq.)

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 ( Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)


To Whom It May Concern:

I am writing to oppose the disallowance and expungement of my claim on the basis that my proof of claim was first filed on time on January 6, 2009 in compliance with the Lehman Brothers Bankruptcy Bar Date Order.

Please be advised that my original proof of claim was first filed on January 6, 2009 (Exhibit A), well in advance of the September 2009 Bar Date, via both certified mail and electronically as per the instructions I received in the mail. In light of the uncertainty and confusion relating to Lehman Brothers' Bankruptcy at the time, I contacted EPIQ Bankruptcy Solution representatives multiple times in early 2009 and was assured that my claim with Lehman Brothers was "covered", properly filed and on record with their office.

I recently looked at Lehman Bankruptcy claims online and saw that no proof of claim was attached to my scheduled claim number 555051560. I contacted EPIQ again and was informed that my initial proof of claim filed on January 6, 2009 was on EPIQ's computer system at their Beaverton Oregon office under a different case number (08-01420).

I was then advised by EPIQ to send an amended claim to their New York office revising the case number (08-13555), consistent with my scheduled claim on record in EPIQ's computer system (Exhibit B). Accordingly, my amended claim dated 8/11/10 along with my initial claim dated 1/6/09 should have been merged with my scheduled claim 555051560 in the EPIQ claims system. Instead, my amended claim to EPIQ's New York office was assigned a new claim number 67020 with a late filing date of 8/13/10.

For your reference, Exhibit C shows my one claim as separate claims in the EPIQ claims system.

Please note that I have a valid claim under Lehman's liquidation case number 08-13555 and have done all that I was instructed to do on a timely basis, and in compliance with EPIQ's instructions received by mail and by telephone. I received only claims information and instructions to file for the Lehman Bankruptcy under case number 08-01420, which I promptly responded to in January 2009. I was not aware that there were different claim numbers since I did not receive any communication relating to case number 08-13555, which now looks to be where my scheduled claim resides, and that led to my 8/11/10 amended claim.

In my recent follow up calls, EPIQ indicated that there was no address shown on their computer for my scheduled claim under case number 08-13555, which may explain why no information was sent to me regarding that case number in the first place.

While I am unfamiliar with the nuances of bankruptcy proceedings, I have duly complied with filing instruction as received and followed up in good faith in a timely manner. As such, I respectfully request that my claim be properly included in any distribution relating to the Lehman Brothers Bankruptcy case number 08-13555.

Thank you for your attention and assistance.

Dated: October 6, 2010

Sincerely Yours,

/s/ Lori Chan
Lori Chan

33-49 75th Street
Jackson Heights, NY 11372
Tele: (718) 429-4158
chan.lori@gmail.com

cc: Lehman Brothers Holdings Claim Processing
    c/o Epiq Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY 10017
Re: Chapter 11 Case Number: 08-13555 (JMP)
    Scheduled Claim Number: 555051560

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT  Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **LORI CHAN**

Name and address where notices should be sent: 1000004627 LBI 12/1/2008 728895
Chan, Lori
33-49 75th St.
3349 75th St.
Jackson Heights, NY 11372-1142

Telephone number: **(718) 429-4158 ; (917) 693-1347**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

**FILED ELECTRONICALLY ON**
Filed on: **1/6/09**

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **417,990**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **UNPAID 60 DAY WARN NOTICE, GUARANTEED WAGE COMPENSATION,**
(See instruction #2 on reverse side.) **EARNED SALARY AND SEVERANCE**

3. Last four digits of any number by which creditor identifies debtor: **-7018**

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property:$_____ Annual Interest Rate___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(4). **60 DAY Federal WARN NOT**
**($24,721)**

Amount entitled to priority:
$ **35,671**

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: **1/6/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Lori Chan     LORI CHAN**

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT A – PROOF OF CLAIM FILED JANUARY 6, 2009.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X Jackie Cannon   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) Jackie Cannon   C. Date of Delivery 1-9-09 |
| | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>LEHMAN BROTHERS CLAIM PROCESSING<br>C/O EPIQ BANKRUPTCY SOLUTION, LLC<br>10300 SW ALLEN BLVD<br>BEAVERTON, OR 97005 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0001 4035 0565 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT A - PROOF OF CLAIM FILED JANUARY 6, 2009 (PAGE 2)

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Lori Chan
33-49 75th Street
Jackson Heights, NY 11372

ID No. 555051560

Telephone number: 718-429-4158   Email Address: chan.lori@gmail.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 1/6/09

Name and address where payment should be sent (if different from above):

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 417,994.37
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Unpaid compensation & severance (see attached)
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__). FEDERAL WARN NOTICE 24,721

Amount entitled to priority:

$ 35,651

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 8/11/10

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Lori Chan    LORI CHAN

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT B - AMENDED PROOF OF CLAIM FILED AUGUST 11, 2010

(LBH) Search Claims                                                    http://chapter11.epiqsystems.com/LBH/claim/SearchClaims.aspx?rc...

Claim Question? Call: 646 282 2400                                                                                    Guest | Sign In

**epiq systems debtorMetrix**                                                               Lehman Brothers Holdings Inc. (Chapter 11)
                                                                                                                    Change Client

Client Home    Claims    Docket    Key Documents

Home»Search Claims                                                                                          Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | chan,lori | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

Debtor

Claim Date Range [  ] to [  ]

Order By: Creditor Name        Results Per Page: 50

**Results**

Expand All

[1] Page 1 of 1 - 03 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 67020 | | CHAN, LORI | 8/13/2010 | $417,994.37 | Image |
| | | 33-49 75TH STREET | Claimed Priority: | $35,651.00 | |
| | | JACKSON HEIGHTS, NY 11372 | Claimed Unsecured: | $382,343.37 | |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |
| | 555051550 | CHAN,LORI | | Schedule G | No Image |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |
| | 555051560 | CHAN,LORI | | $0.00 | No Image |
| | | | Scheduled Unsecured: | $417,994.37 | |
| | | Debtor: Lehman Brothers Holdings Inc. | Remarks: SCHEDULED CONTINGENT, UNLIQUIDATED | | |

[1] Page 1 of 1 - 03 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

EXHIBIT C - EPIQ SYSTEM LISTED CLAIMS FOR LORI CHAN