Omar-John C. Chavez, Esq.
Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL: (609) 924-6000
FAX: (609) 987-6651

Attorneys for Creditor John J. Dmuchowski

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re | x | |
| | : | |
| LEHMAN BROTHERS HOLDING INC., *et al.* | : | Chapter 11 Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

## AFFIDAVIT OF SERVICE FOR RESPONSE

I, Omar-John C. Chavez, hereby certify that on October 14, 2010, I caused copies of the foregoing documents to be filed electronically with the Court and served via CM/ECF upon all parties receiving electronic notice; and via Federal Express on the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004-1408; and upon all other parties listed below:

*Attorneys for Debtors and Debtors in Possession:*
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153
TEL: (212) 310-8000
Attn: Shai Waisman, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:    Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

*Attorneys for the Official Committee of Unsecured Creditors appointed in these cases:*
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
TEL:  (212) 530-5000
Attn:    Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Respectfully submitted,


   /s/ Omar-John C. Chavez
Omar-John C. Chavez
Wendy L. Mager
SMITH, STRATTON, WISE,
HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey  08540
(609) 924-6000
(609) 987-6651 (fax)
ochavez@smithstratton.com
wmager@smithstratton.com

*Attorneys for Creditor,*
*John J. Dmuchowski*