Objection Deadline: October 25, 2010 at 4:00 p.m. (E.S.T.)
Hearing Date and Time: November 1, 2010 at 10:00 a.m. (E.S.T.)

Omar-John C. Chavez, Esq.
Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL: (609) 924-6000
FAX: (609) 987-6651

Attorneys for Creditor John J. Dmuchowski

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | : Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., et al. | : Case No. 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

### NOTICE OF HEARING ON CROSS-MOTION OF JOHN J. DMUCHOWSKI FOR ENTRY OF AN ORDER PERMITTING LATE FILING OF HIS CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

**PLEASE TAKE NOTICE** that on November 1, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, Creditor John J. Dmuchowski (the "Claimant"), by and through his undersigned counsel, shall move before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York, 10004-1408, for the entry of an order to permit the late filing of Claimant's two proofs of claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Cross Motion shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with two hard copies delivered directly to Chambers) and shall be served upon: (a) Claimant's undersigned counsel; (b) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (c) attorneys for the Debtors, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (d) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (e) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than October 25, 2010 at 4:00 p.m. (E.S.T.) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the hearing and that if no responses to the Cross Motion are

timely filed and served, the Bankruptcy Court may enter an order granting the Cross Motion without further notice.

Dated: October 14, 2010                     /s/ Omar-John C. Chavez
                                                Omar-John C. Chavez
                                                Wendy L. Mager
                                                SMITH, STRATTON, WISE,
                                                HEHER & BRENNAN, LLP
                                                2 Research Way
                                                Princeton, New Jersey  08540
                                                (609) 924-6000
                                                (609) 987-6651 (fax)
                                                ochavez@smithstratton.com
                                                wmager@smithstratton.com

                                                *Attorney for Creditor,*
                                                *John J. Dmuchowski*