Omar-John C. Chavez, Esq.
Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL: (609) 924-6000
FAX: (609) 987-6651

Attorneys for Creditor John J. Dmuchowski

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDING INC., et al. | : Case No. 08-13555 (JMP) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

### [PROPOSED] ORDER GRANTING CROSS MOTION OF CLAIMANT JOHN J. DMUCHOWSKI TO PERMIT LATE FILING OF HIS CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

Upon consideration of the Cross Motion of Creditor John J. Dmuchowski (the "Claimant") to permit the late filing of Claimant's two proofs of claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Cross Motion"), and due notice thereof having been provided as set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures Dated February 13, 2009 entered in these proceedings, and it appearing that no other or further notice of the Cross Motion need be provided; and having considered the Cross Motion and any objections thereto;

2

and after due deliberation and sufficient cause appearing therefore, it is ORDERED as follows:

1. The Claimant's Cross Motion it hereby granted in its entirety; and

2. The Claimant's two proofs of claim are deemed timely filed pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1).

Dated: _____
New York, New York


_____
Honorable James M. Peck
United States Bankruptcy Judge