Andrew Dash, Esq.
William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Loreley Financing (Jersey) No. 24, Limited;*
*Loreley Financing (Jersey) No. 15, Limited; and*
*Loreley Financing (Jersey) No. 8, Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re                                                      :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
:
Debtors.                                      :    (Jointly Administered)
:
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF ONTARIO              )

Carol S. Ennis being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On the 13th day of October, 2010, I caused to be served true copies of the following documents:

1. Preliminary Objection of Certain Noteholders to Debtors' Motion, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief; and

2. Corrected Preliminary Objection of Certain Noteholders to Debtors' Motion, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief.

on the parties listed on the attached Service List, as indicated thereon.

*Carol S. Ennis*

Sworn to before me this
14th day of October, 2010.

*Notary Public*

GREGORY M. BAPST
Notary Public, State of New York
Ontario County, No. 01BA6119731
Commission Expires 12/06/2012

#1780050

## SERVICE LIST

Office of United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
(Sent by Federal Express)

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Mindy J. Spector, Esq.
Peter Gruenberger, Esq.
Shai Y. Waisman, Esq.
Attorneys for Debtors
mindy.spector@weil.com
peter.gruenberger@weil.com
shai.waisman@weil.com
(Sent by Electronic Mail)

Milbank, Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
ddunne@milbank.com
efleck@milbank.com
dodonnell@milbank.com
(Sent by Electronic Mail)