WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : **(Jointly Administered)**
: 
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF COSCAN**
**CONSTRUCTION, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

   **PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Coscan Construction, LLC for relief from the automatic stay [Docket No. 7226] (the "Motion"), which was scheduled for October 20, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to November 17, 2010 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: October 14, 2010
   New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

US_ACTIVE:\43529445\01\58399.0003