**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
Laurie R. Binder (LB-0476)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Global Thematic*
*Opportunities Fund LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>( Jointly Administered) |

**Certificate of Service**

   I, Laurie R. Binder, an attorney duly admitted, hereby certify that on October 13, 2010 I caused a copy of the Response of Global Thematic Opportunities Fund LP to Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) to be served by facsimile on the parties on the annexed Service List. Parties who filed notices of appearances received service by transmission of Notice of Electronic Filing generated by CM/ECF.

               /S/ Laurie R. Binder
                Laurie R. Binder

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attention:Shai Y.Waisman, Esq.
         Penny Reid, Esq.
(Facsimile No. (212) 310-8007)


Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq. (Facsimile No. (212) 822-5770)
         Dennis D. O'Connell, Esq. (Facsimile No. (212) 822-5287)
         Evan Fleck, Esq. (Facsimile No. (212) 822-5567)


The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
New York, New York  10004
Attention: Brian S. Masumoto, Esq.
         Andrew Velez-Rivera, Esq.
         Paul Schwartzberg, Esq
         Linda Rifkin, Esq.
         Tracy Hope Davis, Esq.
Facsimile No. (212) 668-2255


SK 25845 0001 1138701

2