Honorable Mr James M Peck  
One Bowling Green  
New York  
New York 10004  
Courtroom 601

Mrs R. Morzaria  
7 Edwina Gardens  
Redbridge  
Essex  
IG4 5BS

30th Sept 2010

| | |
|---|---|
| Bankruptcy Court: | United States Bankruptcy Court |
| Debtors: | Lehman Brothers Holdings Inc |
| Case No: | 08-13555 (JMP) |
| Objection to Claims: | Late filed Claims |
| Claimant Name: | Ragini Morzaria |

**Claim Number: 34917, 36226. 36225 & 34916**

Dear Sir/Madam

Please note I have received the above-mentioned letters rejecting my claims due to late filed claims.

I would appreciate, if you would reconsider these claims as I had posted them on the 9/15/2009 via UPS which was ample time for them to reach your offices, however UPS were unable to deliver to this address as the postal address has a PO BOX number and UPS require a signature.

UPS tried to resolve this issue by writing to the delivery address so as to obtain an alternative address where they could deliver. Hence the delay.

We did everything possible on our side to get the claims to you on time.

I have attached a copy of UPS receipt which is proof of when the letters where sent.

*R Morzaria*

R Morzaria



RECEIVED  
OCT - 7 2010  
U.S. BANKRUPTCY COURT, SDNY  
JMP

# UPS Waybill (Non-Negotiable) — SHIPPER'S COPY

Waybill / Tracking Number: **H817 382 685 8**

## Sender
- Name: S. MCGRAW
- LEHMAN DIGITAL
- CLERKENWELL ROAD
- LONDON EC1M 5PA
- Country: UK

## Receiver
- UNITED STATES BANKRUPTCY COURT
- LEHMAN BROTHERS HOLDINGS CLAIMS CENTER
- C/O EPIQ BANKRUPTCY SOLUTIONS LLC
- FDR STATION, NEW YORK
- NY 10150-5076
- Country: US

## Service Level
- [ ] Express Plus (1+)
- [ ] Express (1)
- [x] Express Saver (1P)
- [ ] Expedited (2)
- [ ] Standard

## Shipment Information
- No. of Packages: 1
- Total Actual Weight: 1 kg
- Reference No. 1: 601 3250
- Special Offer Code: PAPER DOCUMENTS

## Optional Services
- [ ] UPS NA1
- [ ] Saturday Delivery

Date of Shipment: 15/09/09

Shipper's Signature: [signed]

Received for UPS by: [signed]
Date: 15/09/09