UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDING, INC.
et al.,

                 Debtor

Case No.: 08-13555 (JMP)
Chapter 11   (Jointly Administered)

------------------------------------------------------------x

                 Plaintiff

v.

                 Defendant

Adversary Proceeding No.: _____

OCT 14

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Raphael Shannon, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent California Winery Workers' Pension Trust Fund, a Creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 4, 2010
San Francisco, ~~New York~~ California

[signature: Raphael Shannon]

*Mailing Address:*
McCarthy, Johnson & Miller, L.C.
Raphael Shannon, SBN: 83850
595 Market Street, Suite 2200
San Francisco, CA 94105
*E-mail address*: rshannon@mjmlaw.us
*Telephone number*: (415) 882-2992