UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDING, INC.
et al.,

       Debtor

Case No.: __08-13555__ (JMP)
Chapter __11__ (Jointly Administered)

------------------------------------------------------------x

       Plaintiff

   v.

       Defendant

Adversary Proceeding No.: _____

OCT 14 2010

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Ana Perez Hallmon__, request admission, *pro hac vice*, before the Honorable __James M. Peck__, to represent __California Winery Workers' Pension Trust Fund__, a __Creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __California__.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: __October 4, 2010__
__San Francisco__, ~~New York~~ California

*Ana Perez Hallmon*

Mailing Address:
McCarthy, Johnson & Miller, L.C.
Ana Perez Hallmon, SBN: 253309
595 Market Street, Suite 2200
San Francisco, CA 94105
E-mail address: ahallmon@mjmlaw.us
Telephone number: (415) 882-2992