UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDING, INC. et al.,

                         Debtor

Case No.: 08-13555 (JMP)
Chapter 11   (Jointly Administered)

-------------------------------------------------------x

                         Plaintiff

               v.

                         Defendant

Adversary Proceeding No.: _____

OCT 14

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lori A. Nord, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent California Winery Workers' Pension Trust Fund, a Creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 4, 2010
San Francisco, ~~New York~~ California

*[signature: Lori Nord]*

*Mailing Address:*
McCarthy, Johnson & Miller, L.C.
Lori A. Nord, SBN: 087993
595 Market Street, Suite 2200
San Francisco, CA 94105
E-mail address: lnord@mjmlaw.us
Telephone number: (415) 882-2992