Valença, 30 September of 2010

Subject: Lehman Brothers Holding Claims (Claim number 65140)

Dear Sirs,

First of all, I'm surprise when I received your notice regarding my claim (claim to be disallowed & expunged). The data filed was 11/9/2010 but I send the information claim by Express Mail Service in 10/28/2010 to the United States Bankruptcy Court / Southern District of New York, before the "Bar Date Order", the November 2, 2009. I send to you a copy of express mail form with the date.

However, I do oppose the disallowance, expungement, reduction or reclassification of my claim.

I send to you the information that you request:

  (i)  a caption setting firth the name of the Bankrupty Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

United States Bankrupty Court/ Southern District of New York
Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankrupty Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Debtor - Lehman Brothers Holdings Inc.,et.al., Debtors

Case Number – 08-13555



Title of Objection – Late-Filed Lehman Programs Securities Claims

  (ii)  the name of the claimant and description of the basis for the amount of the claim

The name of the claimant – LIAM HOLDINGS INC – ATT JOSÉ ANTÓNIO SANCHEZ
Claimant's address – OTAPOR – ESTRADA NACIONAL 13
                    4930-048 Valença
                    Portugal
E-mail adress – joseasanchez@mundo-r.com

Amount of the claim   $ 38.091,32

This is my amount investment on Lehman Brothers bonds, Isin Code XS0229584296.

  (iii)  a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced or reclassified.

Dear Sirs,

I'm a small investor, with a conservative risk profile and this amount is a important part of my income. When I bought the Lehman Brothers bonds, the issuer had a high rating (A+ rating Standard & Poors) and the relation risk / return was positive.

I send by express mail the claim on 10/28/2010, before the "Bar date Order". Unfortunately the date file was 11/9/2010.

Because of this I do appreciate your attention to my request.

(iv)     The address to any response from you is the same of claimant address:

OTAPOR – ESTRADA NACIONAL 13
4930-048 Valença
Portugal

And the person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim is me.

I send to you also a copy of the proof of claim, a copy of express mail dated 10/28/2010 (the date that I sent the proof of claim) and a copy of your notice regarding my claim.

Kind regards,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
:
Debtors.                                    :    (Jointly Administered)
:
------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 40001 12067 MAIL ID *** 0033298953 *** BSIUSE: 406

LIAM HOLDINGS INC
JOSE ANTONIO SANCHEZ
ATT OTAPOR- ESTRADA NACIONAL 13
VALENCA, 4930-048 PORTUGAL

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>LIAM HOLDINGS INC<br>JOSE ANTONIO SANCHEZ<br>ATT OTAPOR- ESTRADA NACIONAL 13<br>VALENCA, 4930-048 PORTUGAL | **Claim Number:** 65157 |
| | **Date Filed:** 11/9/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 38,091.32 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court <u>and</u> serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LIAM HOLDINGS INC

JOSÉ ANTÓNIO SANCHEZ
ATT OTAPOR - ESTRADA NACIONAL 13
4930 - 048 VALENÇA  PORTUGAL

Telephone number: +34652403913    Email Address: joseasanchez@mundo-r.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ $38.091,32    (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    XS0229584296    (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**6028562    (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
EUROCLEAR BANK ACCOUNT 13.038
**(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 2/10/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

```
            +           SELECTIVE INQUIRY : EXECUTION            +
            +-----------------------------------------------------+


 TYP SUBT CPN NOMINAL...AMOUNT SET.DAT PRI.DAT (E/C REF) REFERENCE
 S/N                 SECURITY................DESCRIPTION CUR EUCLID.STAT PARTSTAT
  RG REGISTRATION
  CO CORRESPONDENT (WHERE TO DELIVER)
  BE BENEFICIARY
  CE CERTIFICATION
  PR PROXY BENEFICIARY DETAILS
  RR REMARKS TO RECIPIENT
  RE REMARKS TO EOC
 ------------------------------------------------------------------------------
 MESSAGES FROM EOC



 ** IN PROGRESS **
 ------------------


 37                       25000    021009          (6028562) ULC20091002DI003
 S/N XS0229584296 LEHMAN BROTHERS TRE 7.25000 00/10/35 EUR IPRO (FUT )
  BE COMPANY NAME: LIAM HOLDINGS INC.  CONTACT NAME: JOSE ANTONIO SANCHEZ
     JOSEASANCHEZ AT MUNDO-R.COM       +346 52403913
  RE MARIA JOAO NAZARE                 +351 21 3598352
```

## Liam Holdings Inc.

Resolution of the Sole Director passed pursuant to the Articles of Association of the Company on the 16th March 2005.

**IT WAS RESOLVED:**

1. That **Jose Antonio Sanchez Mendez of C. Barcelona, 21 B - 6°D, Vigo, Spain**, is appointed as signatory in order to open, operate and close bank accounts on behalf of the company in any branch or subsidiary of **Banco Português de Negócios**, in Portugal or in any other country.

2. That regarding all the company's bank accounts the signatory will sign if necessary contracts and banking forms for the opening of the accounts and the said banks are hereby authorised and requested (i) to honour and comply with all cheques, drafts, bills of exchange, promissory notes, acceptances, negotiable instruments and orders expressed to be drawn, accepted, made or given on behalf of this company at any time or at times whether the banking account or accounts of this company are overdrawn or any overdraft is increased by any payment thereof or in relation thereto or are in credit or otherwise but without prejudice to the bank's right to refuse to allow any overdraft or increase of overdraft, (ii) to honour and comply with all instructions to deliver or dispose of any securities or documents or negotiation of loans and general credit operations or property held by the bank on behalf of the company; to hold the company liable and all agreements and indemnities in connection with the issue of letters of credit, drafts and telegraphic transfers and with all banking transactions provided that any such cheques, drafts, bills of exchange, promissory notes, acceptances, negotiable instruments, orders, instructions, agreements and indemnities are signed **by the above mentioned person.**

3. That these resolutions be communicated to the banks and shall constitute the company's mandate to the banks to remain in force until revoked or amended by notice in writing to the banks signed by any director or the secretary acting or purporting to act on behalf of the company.

4. There being no further business to discuss the meeting then terminated.

*[signature]*

For and on behalf of
**Fiduciary Directors (BVI) Limited**
Valerie Simpson

| | |
|---|---|
| Signed | *[signature]* |
| Name | YOLANDA HARNAMJI |
| Date | 16-3-05 |

Profession: Director

Fiduciary Management Limited  3 Bell Lane, Gibraltar