UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                                           :
                                                                                      :      Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :
                                                                                      :      Case No. 08-13555(JMP)
                        Debtors.                                           :
                                                                                      :      Jointly Administered
---------------------------------------------------------x
                                                                                      :

## CERTIFICATE OF SERVICE

      I, David H. Lee, an attorney, hereby certify that prior to 4:00 pm EST on the 13th day of October 2010, I caused a true and correct copy of the *Limited Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Stay Avoidance Actions and Grant Certain Related Relief* [Docket No. 11957] to be served electronically through the Court's ECF System on parties requesting electronic service and by Electronic Mail, Overnight Delivery or U.S. Mail, First Class, Postage Prepaid, on the parties listed below:

**Via Overnight Delivery**

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004


Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.

**Via Electronic Mail and First Class Mail**


Weil Gotshal & Manges LLP



13199988.1

767 Fifth Avenue
New York, NY 10153
Attn:  Mindy J. Spector, Esq.
       Peter Greenberger, Esq.
       Shai Y. Waisman, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Evan Fleck, Esq.
       Dennis O'Donnell, Esq.

                                                _____
                                                David H. Lee