## Exhibit C

May 20, 2009 email from LBI trustee

-----Original Message-----
From: Sahouri, Michael
To: ecl1030@verizon.net
Sent: Wednesday, May 20, 2009 9:04 PM
Subject: Lehman Brothers, Inc.

Dear Elizabeth Colon Lopez,

I'm an attorney with Hughes Hubbard & Reed. I'm contacting you on behalf of James W. Giddens, Trustee for the Liquidation of Lehman Brothers Inc., to acknowledge that the Trustee has received the claim you submitted and it is being processed. Our preference was to contact you via phone, but we were unable to reach you at the phone number you provided. Given the more than 80,000 claims that have been received, I can't give you a precise timeframe for when your claim will be resolved, but I wanted to email you and provide you with my name and phone number, listed below, as a point of contact as the process goes forward. Additionally, I would like to inform you that you have been sent a Request for Supplemental Information. This document should clearly state the type of information the Trustee would like you to provide, how to provide this information and how to explain why you may not have access to the requested information. If you have any questions related to the claims process (not to the substance, particulars, or merit of your claim) or if you have any questions regarding the Request for Supplemental Information, please feel free to call me. You will receive further contact in writing by mail when your claim is resolved. Thank you for your patience.

Regards,

Michael Sahouri
Hughes Hubbard & Reed LLP
Los Angeles, CA 90071
Phone: (213) 613-2844

********************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
********************************************************************
Unless otherwise indicated, this message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product or service, an official confirmation of any transaction, or as an official statement of the entity sending this message. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.