BAKER & MCKENZIE LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas 75201
Telephone: (214) 978 3000
Facsimile: (214) 978 3099
David W. Parham (admission *pro hac* pending)
David.Parham@bakermckenzie.com

Attorneys for Cathay United Bank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | : | Case No. 08-13555 (JMP) |
| In re | : | |
| | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| ------------------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

    I, David W. Parham, an attorney, hereby certifies that a true and correct copy of Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed was served via Federal Express Overnight Delivery on this 15th day of October 2010, upon the parties set forth on the annexed Service List.

                                                  /s/ David W. Parham
                                                  David W. Parham

DALDMS/686643.1

## SERVICE LIST

Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York  10004
Courtroom 601

Weil Gotshall & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn.:  Shai Waisman, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn.:  Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn.:  Dennis F. Dunne, Esq.
        Dennis O' Donnell, Esq.
        Evan Fleck, Esq.