

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                   :  Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et       :  Case No. 08-13555 (JMP)
al.,                                    :
                                        :  (Jointly Administered)
                           Debtors.     :
                                        :  Refers to Dkt. No. 11308
                                        :

---

### AFFIDAVIT OF GIUSTINO VINCENZO IN SUPPORT OF THE OPPOSITION OF BANCO DI NAPOLI S.P.A. TO DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

GIUSTINO VINCENZO, being duly sworn, deposes and says:

1.  I am employed full-time by the Banco di Napoli S.p.A. ("Banco di Napoli"), at Via Toledo, 177, 80132 Napoli, Italy as the Chairman of the Board of Directors. I am fully familiar with all the facts and circumstances set forth in this Affidavit which is submitted in support of the Opposition of Banco di Napoli to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Omnibus Objection") (Docket No. 11308).

2.  On July 2, 2009, the Court entered an order establishing November 2, 2009 (the "Securities Programs Bar Date") as the deadline by which all claims against the Debtors arising from securities on the Lehman Programs Securities list must be filed.

3.  Once Banco di Napoli learned that this Court had set November 2, 2009 (the "Securities Programs Bar Date") as the deadline to file claims against the Debtors arising from securities on the Lehman Programs Securities, Banco di Napoli diligently began preparation of

1

the Securities Programs proof of claim (Claim Number 65266) (the "LPS Proof of Claim") at issue.

4. On October 22, 2009, Banco di Napoli completed preparation of its LPS Proof of Claim, which asserts a claim in the amount of $111,447.67 arising from certain types of bonds covered by the Lehman Programs Securities List.

5. On the next day, October 23, 2009, Banco di Napoli promptly submitted its LPS Proof of Claim to its mailroom for delivery to Epiq Bankruptcy Solutions, LLC, as evidenced by a stamped delivery request receipt (the "Delivery Request Receipt"). A true and correct copy of the Delivery Request Receipt is attached hereto as "Exhibit A".

6. For some unforeseen reason, the LPS Proof of Claim was not actually received by Poste Italiane S.p.A. ("Poste Italiane"), the official government-owned postal service of Italy, until October 27, 2009.

7. In connection with the LPS Proof of Claim mailing, Banco di Napoli requested a return receipt so that it would have the ability to track the package. A true and correct copy of the Return Receipt is attached hereto as "Exhibit B."

8. On or about October 5, 2010, Banco di Napoli received the Omnibus Objection.

9. I declare under penalty of perjury that the foregoing is true and correct.

_____
GIUSTINO VINCENZO

Sworn and subscribed to before
me this 15 day of October, 2010.

_____
Notary Public

# **EXHIBIT A**

# BANCO DI NAPOLI

SEGRETERIA GENERALE

Napoli, 23 ottobre 2009

RACCOMANDATA A/R
ESTERA

**NUMERO RACCOMANDATA:** _____

A Servizi di Supporto
UFFICIO SMISTAMENTO

INTESA SANPAOLO S.p.A.
Nucleo Corrispondenza
NAPOLI
23 OTT. 2009

| DESTINATARIO | INDIRIZZO | CITTA' |
|---|---|---|
| Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Brothers Holdings<br>Claims Processing | 757 Third Avenue, 3rd Floor | New York, NY 10017 U.S.A. |

Segreteria Generale
_[signature]_

N. 3 SPEDIZIONi

- 2 -

# **EXHIBIT B**

- 2 -

