HEARING DATE AND TIME: October 27, 2010 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 18, 2010 at 4:00 p.m. (Eastern Time)

BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
Thomas H. Montgomery

*Counsel to AJF Holding B.V.
and A.J. Friederich*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

RESPONSE OF AJF HOLDING B.V. AND A.J. FRIEDERICH TO THE DEBTORS'
FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

AJF Holding B.V. ("AJF") and A.J. Friederich ("Friederich") hereby file this response to the Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) ("Objection"), and in support thereof, respectfully state as follows:

FACTUAL BACKGROUND

1. Commencing on September 15, 2008 and periodically thereafter, the Debtors commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code.

2. On July 2, 2009, this Court entered an order [Docket No. 4271] establishing November 2, 2009 at 4:00 p.m. as the deadline for filing proofs of claims against the Debtors arising from securities included on the Lehman Programs Securities list.

3. Friederich filed a claim in the amount of $152,091.22 [Claim No. 64385] for amounts owing under the Lehman Programs Securities.

4. AJF filed a claim in the amount of $152,091.22 [Claim No. 64386] for amounts owing under the Lehman Programs Securities.

5. Counsel to AJF and Friederich mailed, on their behalf, each of their respective duly executed proofs of claim (the "Claims") on October 26, 2009 via international post, although, according to representations by the claims agent, Epiq Bankruptcy Solutions, LLC, the Claims were not received by the Court until November 3, 2009.

6. On September 13, 2010, the Debtors filed their Objection seeking to disallow and expunge the Claims in their entirety, to which AJF and Friederich submit this Response.

## ARGUMENT

### A. Applicable Legal Standard

7. It is well-settled bankruptcy law that the Court may enlarge the period in which a proof of claim may be filed if the late filing resulted from excusable neglect. See Fed. R. Bankr. P. 3003(c)(3) and 9006(b)(1). The Supreme Court interpreted "excusable neglect" to be a flexible standard which can include "inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control." The Supreme Court also held that a finding of excusable neglect is based on equity and must take into account all relevant circumstances surrounding the case. *Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership*, 507 U.S. 380, 395 (1993). Accordingly, excusable neglect is not "limited to situations where the failure to timely file is due to circumstances beyond the control of the filer." *Id.* At 391. Pioneer set out four factors to guide the Court in the analysis of excusable neglect: "[1] the danger of prejudice to the debtor, [2] the length of delay and it potential impact on judicial proceedings, [3] the reason for the delay, including whether it was within the reasonable control of the movant, and [4] whether the movant acted in good faith." *Id.*

### B. The Danger of Prejudice to the Debtor

8. The Debtors cannot be surprised by the Claims as they resulted from the Lehman Programs Securities. Moreover, as of the time of filing this Response, there is no plan yet confirmed. Accordingly, the Debtors' reorganization will not be jeopardized by the allowance of the Claims.

### C. Length of Delay and Impact on Judicial Proceedings

9. The deadline for filing proofs of claim from securities included on the Lehman Programs Securities list was November 2, 2009 at 4:00 p.m. AJF and Friederich completed and mailed their respective proofs of claims on October 26, 2009 via international post as evidenced by the letter and envelope attached hereto as Exhibit A. However, according to representations by the claims agent, Epiq Bankruptcy Solutions, LLC, each of the Claims was filed on November 3, 2009, just one day after the deadline. Accordingly, the length of delay is minimal. The adverse impact, if any, on judicial proceedings will be limited because the Debtors are in the process of bringing their claims objections and there is no plan yet confirmed. Therefore, the length of delay and impact on judicial proceedings favors AJF and Friederich.

### D. Reason for Delay

10. Counsel to AJF and Friederich mailed, on their behalf, their Claims on October 26, 2009, one full week prior to the filing deadline, from their offices in the Netherlands via registered international mail. It appears that the mail carrier took one full week to deliver the Claims, thus causing an unintended delay in the filing of the Claims. Counsel to AJF and Friederich mailed the Claims with the commercially reasonable expectation that delivery of the claim would not be inexplicably delayed for an entire week.

E. **Good Faith**

11. AJF and Friederich acted in good faith. There is nothing to suggest that AJF and Friederich did not act in good faith. AJF and Friederich properly completed, executed and mailed the proofs of claims. Furthermore, AJF and Friederich reasonably relied upon the mail carrier's ability to deliver simple forms internationally in less than one full week. Any reasonably prudent person would have acted in the same manner and had the same expectations under such circumstances.

12. In sum, with no meaningful prejudice to the Debtors or the administration of this case, equity requires that AJF's and Friederich's Claims be allowed.

**WHEREFORE**, AJF and Friederich respectfully request that this Court disallow the Objection as it pertains to the Claims, enter an Order allowing the Claims in an amount not less than $152,091.22 for each claim (plus any accrued by unpaid interest payable under applicable law) and grant AJF and Friederich such other relief as may be appropriate and just.

Dated: October 18, 2010                          Respectfully submitted,

                                                 BROWN RUDNICK LLP

                                                 /s/ Thomas H. Montgomery
                                                 Thomas H. Montgomery, Esq.
                                                 One Financial Center
                                                 Boston, MA  02111
                                                 (617) 856-8200

                                                 *Counsel to AJF Holding B.V. and A.J. Friederich*

# 1780122 v2

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                                    Debtors.             :    (Jointly Administered)
                                                         :
----------------------------------------------------------x

LBH OMNI43 09-13-2010 (ADDRESS2,ADRKEYID3) 15087 MAIL ID *** 0033299470 *** BSIUSE: 364
FRIEDRICH, A.J.
PLAS|BOSSINADE ADVOCATEN
ATTN: MR. S.N.S.M. MAK
POSTBUS 1100
GRONINGEN, 9701 BC THE NETHERLANDS


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>FRIEDRICH, A.J.<br>TER BORCHLAAN 43<br>GRONINGEN, 9728 XA NETHERLANDS | **Claim Number:** 64385 |
| | **Date Filed:** 11/3/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 152,091.22 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                                Debtors.                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI43 09-13-2010 (ADDRESS2,ADRKEYID3) 15088 MAIL_ID *** 0033299469 *** BSITUSE: 363

AJF HOLDING B.V.
PLAS|BOSSINADE ADVOCATEN
ATTN: MR. S.N.S.M. MAK
POSTBUS 1100
GRONINGEN, 9701 BC THE NETHERLANDS

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>AJF HOLDING B.V.<br>TER BORCHLAAN 43<br>GRONINGEN, 9728 XA NETHERLANDS | **Claim Number:** | 64386 |
| | **Date Filed:** | 11/3/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 152,091.22 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Stefan Mahr* (signature)

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
  New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# Plas|Bossinade

Postbus 1100
9701 BC Groningen
Paterswoldseweg 802

**BY REGISTERD MAIL / AANGETEKEND**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

T: +31(0)50 521 43 33
F: +31(0)50 525 88 50
I: www.plasbossinade.nl

St. Beheer Derden
ABN-AMRO: 57.11.35.099

Groningen, 26 October 2009

Inzake   : AJF/Lehman
Onze ref.  : 20080017-22/fl/mbl/09-270897

F.C.M. Leentfaar LLM
attorney at law
Tel. direct  : +31(50) 521 43 73
Fax direct  : +31(50) 521 43 84
E-mail    : Leentfaar@plasbossinade.nl

Dear sir/madam,

On behalf of my clïents, AJF Holding BV and mr. A.J. Friederich, I herewith provide you with a statement of the claims my clients want to file in the bankruptcy of Lehman Brothers Holdings Inc.

Attached to this letter you will find the proof of claim forms as completed and signed by my clients.

I kindly ask you to affirm the receipt and registration of the claims.

With kind regards,

F.C.M. Leentfaar LLM

Attachments:

1. Lehman Securities Programs proof of claim form as completed en signed by AJF Holding B.V., represented by A.J. Friederich, CEO
2. Lehma Securities Programs proof of claim form as completed en signed by mr. A.J. Friederich

Alle werkzaamheden worden verricht uit
hoofde van een overeenkomst van opdracht
met de maatschap PlasBossinade, waarop van
toepassing zijn de op de achterzijde van deze
brief vermelde algemene voorwaarden.

All activities shall be carried out under an
assignment agreement with the partnership
PlasBossinade, to which the general terms
and conditions printed at the back of this
letter shall apply.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Creditor:
AJF Holding B.V.
Ver Beechlaan 43
9728 XA Groningen
The Netherlands
Telephone number: +31505214773  Email Address: mak@plasbossinade.nl

Correspondence:
Plas Bossinade advocaten
Attn. Mr. S.N.S.M. Mak
Postbus 1100
9701 BC Groningen, The Netherlands

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
to creditor address
Telephone number: +31502017400  Email Address: ajfholding@planet.nl

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 152091,22 (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0229584296 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
9454545 (Euroclear) (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholder's Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
90626 (Euroclear) (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 10/26/09
Signature: A.J. Friederich, CEO

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Creditor:<br>A.J. Friederich<br>Ter Borchlaan 43<br>9728 XA Groningen<br>The Netherlands<br>Telephone number: +31505214737  Email Address: | Correspondence<br>PhsBossinade advocaten<br>Attn. mr. S.N.S.M. Mak<br>Postbus 1100<br>9701 BC Groningen, The Netherlands | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|---|
| Name and address where payment should be sent (if different from above)<br>to creditor address<br>Telephone number: +31506017400  Email Address: ajfholding@planet.nl | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 152091,22 (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0229584296 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
9454544 (Euroclear) (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
98626 (Euroclear) (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date<br>10/26/'09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>A.J. Friederich |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

