Stephen B. McNally (SM-5335)
WUERSCH & GERING, LLP
100 Wall Street, 21st Floor
New York, New York 10005
Phone: (212) 509-5050
Facsimile: (212) 509-9559
Counsel to ALPIQ LTD., (f/k/a AARE-TESSIN AG
  FUR ELEKTRIZITAT)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Chapter 11 | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | :    Case No. 08-13555 (JMP) |
| Debtors. (Jointly Administered) | : |

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM  NOS. 31760 AND 65779

    PLEASE TAKE NOTICE THAT pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, ALPIQ LTD., (f/k/a AARE-TESSIN AG FUR ELEKTRIZITAT), by and through undersigned counsel Wuersch & Gering, L.P., hereby withdraws, with prejudice, its claim against LEHMAN BROTHERS COMMODITIES SERVICES, INC. filed on September 22, 2009 (identified by the Debtor as Claim No. 31760) and its claim against LEHMAN BROTHERS HOLDINGS, INC. filed on December 1, 2009 (identified by the Debtor as claim No. 65779).

Dated: New York, New York
October 18, 2010

                                      WUERSCH & GERING, LLP
                                      100 Wall Street, 21st Floor
                                      New York, New York 10005
                                      Phone: (212) 509-5050
                                      Facsimile: (212) 509-9559
                                      Counsel to ALPIQ LTD., (f/k/a AARE-TESSIN AG
                                          FUR ELEKTRIZITAT)

                                      By:    /s/ Stephen B. McNally
                                              Stephen B. McNally (SM-5335)