Dennis F. Dunne
Evan R. Fleck
Dennis O'Donnell
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

   CHARMAINE M. THOMAS, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 18th of October, 2010, I caused a copy of the following document (the "Document"):

   Statement Of Official Committee Of Unsecured Creditors In Support Of The Motion Of The Debtors Pursuant To Section 363 Of The Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 9019 For Authority To Enter Into Settlement With Suncal Trustee On Behalf Of Suncal Involuntary Debtors,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail,


2

to be served upon Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by FedEx for next business day delivery.

/s/ Charmaine M. Thomas
CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 18th day of October, 2010

/s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

## Exhibit A

alfredo.perez@weil.com; harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com;

davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com;
dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com;
dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com;
demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com;
dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov;
djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com;
dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; douglas.bacon@lw.com; dove.michelle@dorsey.com;
dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com;
drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com;
dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com;
ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com;
egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com;
ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com;
ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com;
ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com;
feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com;
fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
gary.ticoll@cwt.com; george.davis@cwt.com; geraci@thalergertler.com;
ggitomer@mkbattorneys.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
hanh.huynh@cwt.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@morganlewis.com; hbeltzer@mayerbrown.com; heim.steve@dorsey.com;
heiser@chapman.com; helmut.olivier@lehman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com;
howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com;
ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com;
ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com;
isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com;
jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com;
James.Sprayregen@kirkland.com; jamestecce@quinnemanuel.com;
jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us;
jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com;
jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-
david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com;

2

jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com;
jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com;
jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com;
jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com;
jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com;
jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com;
jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com;
jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmazermarino@msek.com;
jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com;
jmmurphy@stradley.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtimko@shutts.com;
jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com;
jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com;
ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com;
kovskyd@pepperlaw.com; kowens@foley.com; kpiper@steptoe.com;
kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com;
krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com;
lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; loizides@loizides.com; lromansic@steptoe.com;
lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com;
lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com;
MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com;
mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com;
matthew.morris@lovells.com; mbenner@tishmanspeyer.com;

mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com; michael.bonacker@lehman.com; michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mschonholtz@willkie.com; mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com; patrick.schmitz-morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com;

scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; Scott.Gibson@dubaiic.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wrightth@sullcrom.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com; sokeefe@winthropcouchot.com; pcouchot@winthropcouchot.com; jtill@thelobelfirm.com; wlobel@thelobelfirm.com; mneue@thelobelfirm.com; smiller@millerbarondess.com; mpritikin@millerbarondess.com; asherman@sillscummis.com; asteinberg@kslaw.com; sdavidson@kslaw.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; klyman@irell.com; afriedman@irell.com; hmeltzer@wgllp.com; esmiley@wgllp.com; rmarticello@wgllp.com; lgranfield@cgsh.com; paul.; mark.mckane@kirkland.com; jwcohen@daypitney.com; jjtancredi@daypitney.com; shana.elberg@skadden.com

5

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

Lei Lei Wang Ekvall, Esq.
WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
Fax No.:  (714) 966-1002)

**Exhibit C**

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Attn: Alfredo R. Pérez, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
　　　Lori R. Fife, Esq.
　　　Shai Y. Waisman, Esq.
　　　Jacqueline Marcus, Esq.

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez Rivera
　　　Paul Schwartzberg
　　　Brian Masumoto
　　　Linda Riffkin
　　　Tracy Hope Davis

The Lobel Firm, LLP
840 Newport Center Drive
Suite 750, Newport Beach, CA 92660
Attn: William N. Lobel

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
　　　Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
　　　Hydee R.Feldstein, Esq.

Winthrop Couchot Professional Corporation
660 Newport Center Drive
Fourth Floor
Newport Beach, CA 92660

Attn: Sean A. O'Keefe, Esq.
Paul J. Couchot, Esq.

Miller Barondess LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Attn: Louis R. Miller, Esq.
Martin H. Pritikin, Esq.

Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Attn: Alan Friedman, Esq.
Kerri A Lyman, Esq.

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
Center Tower, 650 Town Center Drive
Suite 950
Costa Mesa, CA 92626
Attn: Lei Lei Wang Ekvall, Esq.
Evan D. Smiley, Esq.
Hutchison B Meltzer, Esq.

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Attn: Arthur Steinberg, Esq.
Scott Davidson, Esq.

Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067-6200
Attn: Daniel H. Reiss, Esq.

Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York 10020
Attn: Andrew H. Sherman, Esq.

**DAY PITNEY LLP**
One Audubon Street
New Haven, CT 06511-6433
Attn: Joshua W. Cohen, Esq.
James J. Tancredi, Esq.

**DAY PITNEY LLP**
7 Times Square
New York, NY 10036-7311
Attn: Lehman- Suncal Team