
**Deutsche Post**

# Brief International

So bringen Sie einzelne Briefe oder kleine Sendungsmengen einfach und problemlos auf den Weg – weltweit!

## Formate und Preise



| Produkt | Maße | Gewicht | Preis in EUR |
|---|---|---|---|
| Standard | L: 14 cm - 23,5 cm* B: 9 cm - 12,5 cm H: bis 0,5 cm | bis 20 g | 1,70 EUR Marke bestellen |
| Kompakt | L: 14 cm - 23,5 cm* B: 9 cm - 12,5 cm H: bis 1,0 cm | bis 50 g | 2,20 EUR Marke bestellen |
| Groß | L: min. 14 cm B: min. 9 cm L+B+H = max. 90 cm** | bis 500 g | 6,00 EUR Marke bestellen |
| Maxi | L: min. 14 cm B: min. 9 cm L+B+H = max. 90 cm** | bis 1.000 g | 12,00 EUR Marke bestellen |
| Maxi | L: min. 14 cm B: min. 9 cm L+B+H = max. 90 cm** | bis 2.000 g | 24,00 EUR Marke bestellen |

\* Die Länge muss mindestens das 1,4-fache der Breite betragen.
\** Keine Seite darf länger als 60 cm sein.

### Leistungsmerkmale

Mit dem BRIEF INTERNATIONAL erreichen Sie Ihre Empfänger weltweit.

- prioritäre (schnelle) Beförderung
- weltweit bis 2 kg
- flexible Formate, auch für Warenversande

Ganz gleich, ob Sie persönliche Nachrichten, Einladungen, Verträge, Geschenke oder Waren aus Internetauktionen bis zwei Kilo ins Ausland verschicken wollen: Wir bieten Ihnen mit dem BRIEF INTERNATIONAL die geeignete Versandlösung an. Wählen Sie einfach zwischen den verschiedenen Formaten und Gewichtsstufen die für Sie passende Variante aus.

**Mehr Informationen zum Produkt**

### Weltweit verfügbare Zusatzleistungen

| Zusatzleistungen | Preis** |
|---|---|
| **Einschreiben** | + 2,05 EUR |
| **Rückschein*** | + 1,80 EUR |
| **Wertbrief**** | + 2,05 EUR zzgl. 1,50 EUR je 100 EUR Haftung |

\* Rückschein nur in Verbindung mit Einschreiben oder Wertbrief möglich.
\** Zzgl. zum Beförderungsentgelt
\*** Bis 5.000 EUR zugelassen, Valoren II bis 500 EUR.

### Informationen zum Versand

Allgemeine Informationen zum Versand entnehmen Sie bitte direkt unserer Broschüre:



## Zielland Vereinigte Staaten von Amerika

Vereinigte Staaten von Amerika

### Zusatzleistungen

| Zusatzleistungen | Bemerkungen | Preis** |
|---|---|---|
| **Einschreiben** | | + 2,05 EUR |

| Rückschein* | | + 1,80 EUR |
|---|---|---|
| Eigenhändig* | Nicht verfügbar | |
| EII | Sendungsverfolgung möglich (empfohlen für Sendungen ab 100g) | + 5,50 EUR |
| Wertbrief | Bis 5.000 EUR zugelassen, Valoren II bis 500 EUR. | + 2,05 EUR zzgl. 1,50 EUR je 100 EUR Haftung |
| Nachnahme* | Nicht verfügbar | |

\* Rückschein, Eigenhändig und Nachnahme sind untereinander beliebig kombinierbar, aber nur in Verbindung mit Einschreiben oder Wertbrief möglich (soweit die jeweiligen Zusatzleistungen verfügbar sind).
\*\* Zzgl. zum Beförderungsentgelt

## Laufzeiten

| Beförderungsleistung | Laufzeitorientierung* | Preis** |
|---|---|---|
| Luft (nur mit Luftpost-Vermerk) | 3-5 Werktage (Städte) | Ohne Aufpreis |
| Land | 30-40 Werktage | Ohne Aufpreis |
| EII | Schnellste Beförderung im Zielland | + 5,50 EUR |

\* Alle Laufzeiten sind Regellaufzeiten. Bei Zustellungen auf Inseln und in ländlichen oder schwer zugänglichen Gebieten sowie bedingt durch besondere Einfuhrbestimmungen - je nach Bestimmungsland - kann es zu längeren Laufzeiten kommen.
\*\* Zzgl. zum Beförderungsentgelt

## Informationen zum Versand

### Anschrift

| | |
|---|---|
| ABC MOVERS | (Name des Unternehmens) |
| 1500 E MAIN AVE STE 201 | (Hausnummer, Straße) |
| SPRINGFIELD VA 22162–1010 | (Bestimmungsort, Abk. des Staates, Postleitzahl) |
| VEREINIGTE STAATEN VON AMERIKA/ | (Bestimmungsland) |
| UNITED STATES OF AMERICA | |

Adressen bitte wie links im Muster dargestellt angeben.
Mehr Informationen zur **Anschriftengestaltung**.

### Einfuhr- und Zollbestimmungen

Für den Versand von Lebensmitteln in die USA gelten **besondere Bestimmungen**.

Internationalen Briefen können Waren und Gegenstände beigelegt werden. Für den Versand in einen Nicht-EU-Mitgliedsstaat müssen die **Zollbestimmungen** beachtet werden.

Ihrer Sendung müssen Sie eine Zollinhaltserklärung beifügen:

für Werte unter 300 Sonderziehungsrechte / SZR (ca. 338 EUR nach dem derzeitigen SZR Kurs) verwenden Sie bitte die **Zollinhalterklärung CN 22**

für Werte über 300 Sonderziehungsrechte / SZR (ca. 338 EUR nach dem derzeitigen SZR Kurs) verwenden Sie bitte die **Zollinhalterklärung CN 23**

### Unzulässige Inhalte

Bestimmte Briefe und Briefinhalte sind von der Postbeförderung ausgeschlossen:
**Beförderungsausschlüsse**

---

**Konzern**
■ Konzern Deutsche Post DHL
■ Über die Deutsche Post

**Kontakt**
Service Brief International: 01801 805555*
E-Mail-Kontakt

**Rechtliches**
■ Impressum
■ Datenschutz

■ Rechtliche Hinweise
■ AGB

Deutsche Post DHL – The Mail & Logistics Group

\* 3,9 ct je angefangene 60 Sek. aus den deutschen Festnetzen,
max. 42 ct je angefangene 60 Sek. aus den deutschen Mobilfunknetzen,
montags bis freitags von 8 bis 18 Uhr,
samstags von 8 bis 14 Uhr (außer an bundeseinheitlichen Feiertagen)

© 2010 Deutsche Post AG