**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, A. Lorraine Weekes, certify that:

    I am not less than 18 years of age, am not a party to the action, and am employed as a paralegal with the law firm of Shalov Stone Bonner & Rocco LLP.

    On October 18, 2010, a copy of Karl Ernsdörfer's Response to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) was electronically filed with the United States Bankruptcy Court for the Southern District of New York through the CM/ECF system.

    On October 18, 2010, I caused a copy of Karl Ernsdörfer's Response to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) to be served upon the parties indicated in the Service List by hand delivery.

    On October 18, 2010, I caused a copy of the "Notice of Electronic Filing" generated by the CM/ECF system upon the filing of Karl Ernsdörfer's Response to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) to be served upon the parties indicated in the following Service List by electronic mail.

Dated: 10/18/2010

/s/ A. Lorraine Weekes

A. Lorraine Weekes

**Service List**

*Served with a copy of Karl Ernsdörfer's Response to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims):*

Honorable James M. Peck
One Bowling Green,
New York, New York, 10004
Courtroom 601
*Via Hand Delivery*

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
 New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.
*Via Hand Delivery*

*Served with a copy of the Notice of Electronic Filing generated by the CM/ECF system upon the filing of Karl Ernsdörfer's Response to Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims):*

MILBANK, TWEED, HADLEY & MCCLOY LLP
 1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com ), and Evan Fleck, Esq. (efleck@milbank.com)
*Via Electronic Mail*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq. (shai.waisman@weil.com)
*Via Electronic Mail*