B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.  Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CBW LLC
Name of Transferee

Anchorage Short Credit Offshore Master Fund II, L.P.
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Ashurst LLP
7 Times Square
New York, NY 10036
Attn: Patricia Seddon
Tel: (212) 205-7043
Patricia.seddon@ashurst.com

Court Claim # (if known): 20538
Amount of Claim: $165,909.95
Date Claim Filed: 9/18/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

627398.1/445-01225

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CBW LLC

By: ___Patricia Seddon (under POA)___ Date: ___10-15-10___
Transferee/Transferee's Agent
Name: Patricia Seddon
Title: Attorney-in-Fact
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

627398.1/445-01225