UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :    (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 8667, 11656,
11667, 11690-11699, 11701-11711,
11713, 11715, 11721-11723, 11725
& 11727

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 4, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
7th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 8667, 11656, 11667, 11690-11699, 11701-11711, 11713, 11715, 11721-11723, 11725, 11727_Aff 10-04-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  J.P. MORGAN SECURITIES INC.
     C/O SUSAN MCNAMARA
     JPMORGAN LEGAL DEPARTMENT
     MAIL CODE: NY1-A436
     1 CHASE MANHATTAN PLAZA - FLOOR 26
     NEW YORK NY 10005-1401
```

Please note that your claim # 59202-01 in the above referenced case and in the amount of
$66,000.00    has been transferred (**unless previously expunged by court order**)

```
     THE VARDE FUND, L.P.
     TRANSFEROR: J.P. MORGAN SECURITIES INC.
     ATTN: EDWINA PJ STEFFER
     8500 NORMANDALE LAKE BOULEVARD
     SUITE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11690    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Angharad Bowdler
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 4, 2010.

**EXHIBIT B**

```
TIME: 11:54:10                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/04/10                                         CREDITOR LISTING

Name                                              Address
BANCO POPULAR ESPANOL S.A.                        ASHURST LLP ATTENTION: JUAN HORMAECHEA ALCALA, 44 MADRID  28014 SPAIN
BANCO POPULAR ESPANOL S.A.                        KAYE SCHOLER LLP ATTENTION: MADLYN GLEICH PRIMOFF, ESQ. 425 PARK AVENUE NEW YORK NY 10022-3598
BANCO POPULAR ESPANOL S.A.                        ASHURST LLP ATTN: JUAN HORMAECHEA & VICTORIA NAVARRO ALCALA, 44 MADRID  28014 SPAIN
BANCO POPULAR ESPANOL S.A.                        KAYE SCHOLER LLP ATTN: MADLYN GLEICH PRIMOFF 425 PARK AVENUE NEW YORK NY 10022
BANCO POPULAR ESPANOL S.A.                        ATTN: MR. CARLOS VIVAS SOTILLOS AND MR. MARCOS SUBIES ALVAREZ ADMINISTRACION DE TESORERIA C/ JOSE ORTEGA Y GASSET 29, 1A. PLANTA
                                                  MADRID  28006 SPAIN
BANCO POPULAR ESPANOL S.A.                        ATTN: MR. CARLOS VIVAS SOTILLOS AND MR. MARCOS SUBIES ALVAREZ C/ JOSE ORTEGA Y GASSET 29, 1A. PLANTA MADRID  28006 SPAIN
BANCO POPULAR ESPANOL S.A.                        ATTN: MR. CARLOS VIVAS SOTILLOS & MR. MARCOS SUBIES ALVAREZ ADMINISTRACION DE TESORERIA C/ JOSE ORTEGA Y GASSET 29, LA. PLANTA
                                                  MADRID  28006 SPAIN
BANCO POPULAR ESPANOL S.A.                        KAYE SCHOLER LLP ATTNTION: MADLYN GLEICH PRIMOFF, ESQ. 425 PARK AVENUE NEW YORK NY 10022-3598
BANCO POPULAR ESPANOL S.A.                        MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598
BANCO POPULAR ESPANOL S.A.                        TRANSFEROR: POPULAR GESTION, S.G.I.I.C., S.A. ADMINISTRACION DE TESORERIA ATTN: CARLOS VIVAS SOTILLOS & MARCOS SUBIES ALVAREZ
                                                  C/ JOSE ORTEGA Y GASSET 29, LA. PLANTA MADRID  28006 SPAIN
BANCO POPULAR ESPANOL S.A.                        TRANSFEROR: POPULAR GESTION, S.G.I.I.C., S.A. ADMINISTRACION DE TESORERIA ATTN: CARLOS VIVAS SOTILLOS & MARCOS SUBIES ALVAREZ
                                                  C/JOSE ORTEGA Y GASSET 29, LA PLANTA MADRID  28006 SPAIN
BARCLAYS BANK PLC                                 TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)           TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                                  COBHAM, SURREY  KT11 2PD UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CAR VAL INVESTORS UK LIMITED KNOLE HILL PARK FAIRMILE LANE SURREY  KT11 2PD UK
CASSA DI RISPARMIO DI RAVENNA S.P.A.              PIAZZA GARIBALDI 6 RAVENNA (RA)  48121 ITALY
J.P. MORGAN SECURITIES INC.                       C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
J.P. MORGAN SECURITIES LTD                        125 LONDON WALL LONDON  EC2Y 5AJ UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: LOOMIS STREET, L.L.C. ATTN: JAMES DAVID, ANALYST MAIL CODE: NY1-E91 4 NEW YORK PLAZA NEW YORK NY 10004
LOOMIS STREET, L.L.C.                             TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: ADAM RIESS C/O ROPES AND GRAY LLP AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
LYDIAN OVERSEAS PARTNERS MASTER FUND              KATTEN MUCHIN ROSENMAN LLP ATTN: WENDY COHEN 575 MADISON AVENUE NEW YORK NY 10022
LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND              C/O LYDIAN ASSET MANAGEMENT L.P. ATTN: BRUCE GILLE 495 POST ROAD EAST WESTPORT CT 06880
LTD.
LYDIAN SPV LIMITED                                TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV OFFSHORE LTD.                          TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD BANK OF AMERICA MERRILL LYNCH FIN CENTRE ATTN: JAMES RUSSELL
                                                  WARWICK COURT 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES CO. LTD            TRANSFEROR: MAXIS COPORATION ATTN: MASAHITO AMANO, MANAGING DIRECTOR NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU
                                                  TOKYO  103-8230 JAPAN
THE VARDE FUND IX LP                              TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                           TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                            TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                         TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                                 TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B LP                             TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                          TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A LP                            TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                         TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII LP                            TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) LP                      TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, LP
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES INC. ATTN: EDWINA JP STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: J.P. MORGAN SECURITIES LTD 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437


Total Number of Records Printed                   43                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

HSBC SECURITIES JAPAN LIMITED
TRANSFEROR: MIZUHO SECURITIES CO LTD
ATTN: TAKASHI NAKAMURA, DANIEL S. KENNY, AKIKO ASAKAWA
HSBC BUILDING, 11-1, NIHONABSHI
3 CHOME, CHUOU-KU
TOKYO, JAPAN


STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND LP
TRANSFEROR: HSBC SECURITIES JAPAN LIMITED
C/O STRATEGIC VALUE PARTNERS, LLC
100 WEST PUTNAM AVENUE
GREENWICH, CT 06830