B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CBW LLC</u>
        Name of Transferee

Name and Address where notices to transferee
should be sent:

c/o Ashurst LLP
7 Times Square
New York, NY 10036
Attn: Patricia Seddon
Tel: (212) 205-7043
Patricia.seddon@ashurst.com

Phone:_____
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

<u>Anchorage Short Credit Offshore Master Fund II,
L.P.</u>
        Name of Transferor

Court Claim # (if known): <u>20539</u>
Amount of Claim: <u>$165,909.18</u>
Date Claim Filed: <u>9/18/2009</u>

Phone: _____
Last Four Digits of Acct. #: _____

627399.1/445-01225

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CBW LLC


By: *Patricia Seddon* (under POA)     Date: 10-15-10
        Transferee/Transferee's Agent
Name: Patricia Seddon
Title: Attorney - in - Fact
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

627399.1/445-01225