UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Ref. Docket Nos. 11767 & 11770

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2010, I caused to be served the "Notice of Defective Transfer", a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
11th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 11767, 11770_Aff 10-7-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    VR BANK KAUFBEUREN - OSTALLGAU EG
               ATTN: CHRISTIAN MAYER, HEAD OF RISK MANAGEMENT
               MARKTPLATZ 1
               MARKTOBERDORF 87616 GERMANY


Additional:    VR BANK KAUFBEUREN - OSTALLGAU EG
               CLIFFORD CHANCE US LLP
               ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS.
               31 WEST 52ND STREET
               NEW YORK NY 10019


Transferee:    BARCLAYS BANK PLC
               745 SEVENTH AVENUE
               NEW YORK NY 10019


**Your transfer** of claim #   28185   is defective for the reason(s) checked below:

Can Not Locate Creditor




Docket Number 11767             Date 10/04/10

/s/ Jenna Noble
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 7, 2010.

**EXHIBIT B**

```
TIME: 20:28:35                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 10/07/10                                    CREDITOR LISTING

Name                            Address
BARCLAYS BANK PLC               745 SEVENTH AVENUE NEW YORK NY 10019
VR BANK KAUFBEUREN - OSTALLGAU EG    ATTN: CHRISTIAN MAYER, HEAD OF RISK MANAGEMENT MARKTPLATZ 1 MARKTOBERDORF  87616 GERMANY
VR BANK KAUFBEUREN - OSTALLGAU EG    CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC