**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | **Ref. Docket Nos. 11808, 11810,** |
| | | **11817** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New
      York, New York 10017.  I am over the age of eighteen years and am not a party to the
      above-captioned action.

2.    On October 8, 2010, I caused to be served the "Notice of Defective Transfer", a sample of
      which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1)
      personalized with the transferee, transferor and claim information for the above-referenced
      docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3)
      delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend:
      "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
      ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Panagiota Manatakis*
                                        Panagiota Manatakis

Sworn to before me this
11th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    LANDWIRTSCHAFTLICHE RENTENBANK
               ATTN: SINA R. HEKMAT
               C/O HOGAN & HARTSON LLP
               875 THIRD AVENUE
               NEW YORK NY 10022


Additional:




Transferee:    BARCLAYS BANK PLC
               ATTN: RICHARD KEARNEY
               5 THE NORTH COLONNADE
               CANARY WHARF
               LONDON E14 4BB GREAT BRITAIN


**Your transfer   of claim #   11008   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match




Docket Number 11817          Date 10/06/10

/s/ Jenna Noble
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2010.

**EXHIBIT B**

TIME: 19:55:36
DATE: 10/08/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| AGFIRST FARM CREDIT BANK | RUSTY MICKLER, GENERAL COUNSEL P.O. BOX 1499 COLUMBIA SC 29202 |
| BARCLAYS BANK PLC | ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE CANARY WHARF LONDON  E14 4BB GREAT BRITAIN |
| DOVER MASTER FUND II, L.P. | C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| DOVER MASTER FUND II, L.P. | C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LANDWIRTSCHAFTLICHE RENTENBANK | ATTN: SINA R. HEKMAT C/O HOGAN & HARTSON LLP 875 THIRD AVENUE NEW YORK NY 10022 |

Total Number of Records Printed        5

EPIQ BANKRUPTCY SOLUTIONS, LLC