**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 11749-11750, 11809, 11811, 11814, 11818, 11821-11822, 11841, 11844-11848 |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS COMMODITY SERVICES INC.,** *et al.*, | : | 08-13885 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x    Ref. Docket Nos. 29-30

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : | 08-13888 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x    Ref. Docket Nos. 153-154

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
11th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 29-30, (08-13885), 153-154, (08-13888), 11749-11750, 11809, 11811, 11814, 11818, 11821-11822, 11841,11844-11848 Aff 10-08-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|
| (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  AGFIRST FARM CREDIT BANK
            RUSTY MICKLER, GENERAL COUNSEL
            PO BOX 1499
            COLUMBIA SC 29202

Please note that your claim # 24523 in the above referenced case and in the amount of
        $349,875.65       has been transferred **(unless previously expunged by court order)**

            DOVER MASTER FUND II, L.P.
            TRANSFEROR: AGFIRST FARM CREDIT BANK
            C/O LONGACRE MANAGEMENT, LLC
            ATTN: VLADIMIR JELISAVCIC
            810 SEVENTH AVENUE, 33RD FLOOR
            NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11809    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2010                         Vito Genna, Clerk of Court

                                         /s/ Jenna Noble
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 8, 2010.

# EXHIBIT B

```
TIME: 19:25:24                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 10/08/10                                         CREDITOR LISTING

Name                                              Address
AGFIRST FARM CREDIT BANK                          1401 HAMPTON STREET P.O. BOX 1499 COLUMBIA SC 29202
AGFIRST FARM CREDIT BANK                          RUSTY MICKLER, GENERAL COUNSEL PO BOX 1499 COLUMBIA SC 29202
BANK VONTOBEL AG, ZURICH/SWITZERLAND              TRANSFEROR: CLARIDEN LEU LTD GOTTHARDSTRASSE 43 POSTFACH CH-8022 ZURICH   SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: EDISON MISSION MARKETING & TRADING INC. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MIDWEST GENERATION, LLC 745 SEVENTH AVENUE NEW YORK NY 10019
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)           TRANSFEROR: VR BANK KAUFBEUREN - OSTALLGAU EG 5 THE NORTH COLONNADE CANARY WHARF LONDON   E14 4BB GREAT BRITAIN
                                                  TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE
                                                  COBHAM, SURREY KT11 2PD UNITED KINGDOM
CLARIDEN LEU LTD                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BANCO DE ORO UNIBANK, INC. C/O DEUTSCHE BANK AG HONG KONG BRANCH ATTN: HENG CHEAM/CHRISTOPHER WONG
                                                  55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: TRAFIGURA DERIVATIVES LIMITED ATTN: MICHAEL SUTTON / PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: TRAFIGURA DERIVATIVES LTD ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON   EC2N 2DB UNITED KINGDOM
DIAMOND FINANCE PLC SERIES 2003-2                 REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022
DIAMOND FINANCE PLC SERIES 2003-2                 REED SMITH, LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VINDITTO, ESQ. NEW YORK NY 10022
DIAMOND FINANCE PLC SERIES 2003-2                 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
                                                  LONDON   E14 5AL UNITED KINGDOM
DOVER MASTER FUND II, L.P.                        TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10019
DOVER MASTER FUND II, L.P.                        TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIRE JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10019
EDISON MISSION MARKETING & TRADING INC.           EDISON MISSION MARKETING & TRADING, INC. GORDON F. PEERY, ESQ K&L GATES LLP ONE LINCOLN STREET STATE STREET FINANCIAL CTR
                                                  BOSTON MA 02111
EDISON MISSION MARKETING & TRADING INC.           ONE INTERNATIONAL PLACE 9TH FLOOR ATTN: MIKE BLASIK BOSTON MA 02110-1776
EFG BANK AB                                       TRANSFEROR: HELSINGBORGS STAD JAKOBSBERGSGATAN 16, BOX 55963 10216 STOCKHOLM   SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC                C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DEUTSCHE LUFTHANSA AG c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: INTESA SANPAOLO SPA ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
HELSINGBORGS STAD                                 RADHUSET HELSINGBORG 251 89 SWEDEN
ICP STRUCTURED CREDIT INCOME MASTER FUND          ATTN: MARYANN GARGANO, CONTROLLER C/O INSTITUTIONAL CREDIT PARTNERS LLC 1120 AVENUE OF THE AMERICAS, SUITE 1507 NEW YORK NY 10036
LTD
INTESA SANPAOLO SPA                               ATTN: MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN   20121 ITALY
LEHMAN BROTHERS (LUXEMBOURG) EQUITY               C/O JACQUES DELVAUX & LAURENT FISCH, ACTING AS JOINT TRUSTEES IN BANKRUPTCY 2, RUE DE LA CHAPELLE
FINANCE S.A.                                      L-1325 LUXEMBOURG-CITY (GRAND-DUCHY OF LUXEMBOURG, EUROPE) LUXEMBOURG   L-1325 LUXEMBOURG
LEHMAN BROTHERS (LUXEMBOURG) EQUITY               SHMUEL VASSER, ESQ. DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
FINANCE S.A.
LEHMAN BROTHERS (LUXEMBOURG) EQUITY               MONICA LAWRENCE, ESQ. DECHERT LLP 2929 ARCH STREET, CIRA CENTRE PHILADELPHIA PA 19004
FINANCE S.A.
LOOMIS STREET, L.L.C.                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
MIDWEST GENERATION, LLC                           C/O EDISON MISSION MARKETING & TRADING, INC ONE INTERNATIONAL PLACE 9TH FLOOR ATTN: MIKE BLASIK BOSTON MA 02110
MIDWEST GENERATION, LLC                           MIDWEST GENERATION, LLC GORDON F. PEERY, ESQ K&L GATES LLP ONE LINCOLN STREET STATE STREET FINANCIAL CTR BOSTON MA 02111
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS, L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12FL NEW YORK NY 10012
TRAFIGURA DERIVATIVES LIMITED                     ATTN: HEAD OF RISK MGMT, GENERAL COUNSEL C/O TRAFIGURA LIMITED PORTMAN HOUSE 2 PORTMAN STREET LONDON   W1H6DU UNITED KINGDOM

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:25:24                            LEHMAN BROTHERS HOLDING INC.                                                PAGE:   2
DATE: 10/08/10                                 CREDITOR LISTING

Name                          Address
TRAFIGURA DERIVATIVES LTD     FOR ALL OTHER COMMUNICATIONS TRAFIGURA DERIVATIVES LIMITED C/O TRAFIGURA LIMITE PORTMAN HOUSE, 2 PORTMAN STREET
                              LONDON  W1H 6DU UNITED KINGDOM
                              ATTN: CHRISTIAN MAYER, HEAD OF RISK MANAGEMENT MARKTPLATZ 1 MARKTOBERDORF  87616 GERMANY
                              CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
VR BANK KAUFBEUREN - OSTALLGAU EG
VR BANK KAUFBEUREN - OSTALLGAU EG

Total Number of Records Printed      43
```

EPIQ BANKRUPTCY SOLUTIONS, LLC