B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Sabretooth Master Fund, L.P. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Sabretooth Capital LLC
405 Lexington Avenue
50th Floor
New York, NY 10174

Court Claim # (if known): 19173 (11.4285714% of such claim)
Amount of Claim as Settled: $175,000,000.00
Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: 9/18/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: (212) 542-9198
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

628205.1/2801-00009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Sabretooth Master Fund, L.P.

By: _____                Date:   October 15, 2010
       Transferee/Transferee's Agent
Name:  Benjamin Baker
Title:    CFO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

628205.1/2801-00009

BOA                        Fax 6468550114              Oct 14 2010 12:43pm  P002/003

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Sabretooth Master Fund, L.P. ("Buyer"), a pro rata portion to the extent of 11.4285714% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against Lehman Brothers Special Financing Inc. ("LBSF") docketed as Claim No. 19173 originally filed by Federal Home Loan Bank of Atlanta and settled in the allowed amount of $175,000,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $20,000,000 of the Settlement Amount.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 15th day of ~~September~~, 2010.
October

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: RON TAROK
Title: VICE PRESIDENT

SABRETOOTH MASTER FUND, L.P.

By: _____
Name:
Title: