UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDING INC. et al,

Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

-------------------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2010, a true copy of the foregoing Declaration of John P. Gleason in Opposition to the Fortieth Objection of Debtor and the exhibits thereto, the Declaration of Miguel Mario Rosental in Opposition to the Fortieth Objection of Debtor and the Memorandum of Law in Opposition to the Fortieth Objection of Debtor all on behalf of creditor Chauny S.A. was sent by U.S. Mail with proper first class postage fees prepaid and via email to:

Shai Y. Waisman, Esq.
Randi W. Singer, Esq.
Weill, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attorneys for Debtors and Debtors in Possession

Dated: New York, New York
October 18, 2010

/s/ *John P. Gleason*
John P. Gleason