# **<u>EXHIBIT B</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
    LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :
                                                             :  Case No. 08-13555 (JMP)
                    Debtors.                                 :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## DECLARATION OF ALISON RICKETTS

Pursuant to 28 U.S.C. § 1746, Alison Ricketts declares as follows:

1.  I am Alison Ricketts, a Senior Company Secretarial Assistant employed by Pearl Group Management Services Ltd which is a subsidiary of Phoenix Group Holdings ("Phoenix Group"). Pearl Group Management Services Limited is an affiliate of Pearl Assurance Limited ("Pearl").

2.  I submit this Declaration in support of the Motion of Pearl Assurance Ltd to Deem Proofs of Claim to Be Timely Filed. I submit as to facts based on my personal knowledge or as contained in the business records of Phoenix Companies, as to which I am competent to testify.

3.  Through an affiliate, Axial Asset Management ("Axial"), Pearl owned securities issued by affiliates of Lehman Brothers Holdings Inc. ("LBHI") and guaranteed by LBHI: (a) $6,812,536, including interest, of a security with ISIN XS0282978666, issued by Lehman Brothers UK Capital Funding IV; and (b) $8,291,499, including interest, of a security with ISIN XS0243852562, issued by Lehman Brothers UK Capital Funding III (collectively, the "Securities").

4.  Axial prepared Lehman Securities Programs Proofs of Claim in Pearl's name with respect to the Securities as follows: (a) a Lehman Securities Programs Proof of Claim in the

3154475v2                                    1

amount of $6,812,536 with respect to the security with ISIN XS0282978666, which LBHI's claims agent designated Claim No. 65658; and (b) a Lehman Securities Programs Proof of Claim in the amount of $8,291,499 with respect to the security with ISIN XS0243852562, which LBHI's claims agent designated Claim No. 65659 (collectively, the "Pearl Proofs of Claim"). On October 28, 2009, Axial forwarded the Pearl Proofs of Claim to my attention to obtain the necessary signatures and for filing.

5.  On October 30, 2009, I sent the signed Pearl Proofs of Claim by airmail to the filing address indicated on the Pearl Proofs of Claim: Lehman Brothers Holdings Claims Processing, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5076, New York, NY 10150-5076 (the "LBHI Claims Filing Address").

6.  On information and belief, the United States Postal Service misdelivered the Pearl Proofs of Claim to a lockbox belonging to Pamarco Global Graphics at P.O. Box 5076, New York, NY 10087-5076 (the "Pamarco Lockbox Address"). The LBHI Claims Filing Address differs from the Pamarco Lockbox Address by only three digits in the ZIP Code.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 14, 2010
Birmingham, United Kingdom

_____
Alison Ricketts
Pearl Group Management Services Ltd.
1 Wythall Green Way
Wythall
Birmingham B47 6WG
United Kingdom

3154475v2                                    2