SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Michael H. Torkin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
: 
In re: : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  ss.:
COUNTY OF NEW YORK      )

Anne E. Marren, being duly sworn, deposes and says, under the penalty of perjury:

    1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

    2. On October 18, 2010, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of (i) the *Response of Ontario Teachers' Pension Plan Board to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims)*.

*[signature: Anne E. Marren]*

Anne E. Marren

SWORN TO AND SUBSCRIBED before me on this 18th day of October, 2010.

*[signature]*

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 20__

**Exhibit A**

Weil Gotshal & Manges LLP
Attn:   Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004