G R

GARADEX INC.

TÉL. (514) 849-7084 FAX. (514) 845-1266

Via Federal Express

October 13, 2010

**The Honorable James M. Peck**
Courtroom 601
One Bowling Green
New York, New York 10004

**Re: United States Bankruptcy Court**
**Southern District of New York**
**Lehman Brothers Holdings Inc., et al., (Debtors)**
**Case No. 08-13555**
**Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)**
**Garadex Inc.**
**c/o Andrew Gaty**
**1800 St. James Place, Suite 300**
**Houston, Texas 77056-4109**
**Claim No. 35520**
**Classification and Amount: Unsecured $1,900.00**

Dear Sir:

This claim should not be disallowed and expunged due to the fact that on September 18, 2009; we went to Canada Post to register our claim. Enclosed please find proof of claim and postmark dated September 18, 2009 which clearly indicates it was postmarked before the due date of September 22, 2009.

The person of authority to reconcile, settle, or otherwise resolve the claim on our behalf is Mr. Andrew Gaty c/o Garadex Inc., 1245 Sherbrooke Street West, Suite 1840, Montreal, QC H3G 1G2, Tel: 514-849-7084 Ext. 111.

Yours sincerely,

**GARADEX INC.**

Stephen Gaty

Enclosures



Postes Canada / Canada Post
Galerie-Taschereau
3848 Boul Taschereau
GREENFIELD-PARK J4V2H0
TPS/GST#: 125154369
TVQ/QST#: 1010401719

---

2009/09/18 05:09:32 sarah
CC/CC129976 G/W1 TR645545

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 353 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 340 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 367 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 407 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 398 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 375 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 415 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 384 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.115kg

N° de suivi / Tracking #
RT 932 677 424 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

SOUS-TOTAL/SUBTL $0.00
TPS/GST $0.00
TVP/PST $0.00
TVH/HST $0.00
TOTAL/TOTAL $0.00

Espèces CAN / CDN Cash $0.00
MONNAIE / CHG. DUE $0.00

Reçu requis pour tous les retours.
Receipt required for all returns.


R : 6 4 5 5 4 5 . 1 2 9 9 7 6 ;

Repérage sur le Web ou par téléphone :
Certaines conditions s'appliquent
Track your package by web or phone:
Some exceptions apply
WWW.POSTESCANADA.CA / WWW.CANADAPOST.CA
800-267-1177


Registered Recommandé
International/USA International/É. U.

CANADA POST POSTES CANADA

To Destinataire

Name Nom: U.S. Bankruptcy Court
Address Adresse: FDR Station, P.O. Box 5076
City Ville Country Pays: New York, NY, USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333

Advice of Receipt Avis de réception ▶ YES OUI NO NON

Declared Value Valeur déclarée ▶ $ Ø

CUSTOMER RECEIPT REÇU DU CLIENT

33-086-582 (98-10)

Item No. N° de l'article

RT 932 677 353 CA


REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour tout envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION LIEU D'ACCEPTATION


Registered International/USA
Recommandé International/É. U.
CANADA POST POSTES CANADA
To Destinataire
Name Nom U.S. Bankruptcy Court
Address Adresse FDR Station, PO Box 5076
City Ville Country Pays New York NY, USA
For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée $ Ø
Item No. N° de l'article RT 932 677 340 CA
CUSTOMER RECEIPT REÇU DU CLIENT
33-086-582 (98-10)

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PA
J4V 2H0


Registered International/USA
Recommandé International/É. U.
CANADA POST / POSTES CANADA
To / Destinataire
For enquiry call: / Pour renseignements appelez: 1 888 550-6333
Name / Nom: US BANKRUPTCY COURT
Address / Adresse: FDR STATION POBOX5076
City / Ville: NEW YORK Country / Pays: USA
Advice of Receipt / Avis de réception ▶ YES OUI / NO NON
Declared Value / Valeur déclarée ▶ $
Item No. / N° de l'article
RT 932 677 367 CA
CUSTOMER RECEIPT    REÇU DU CLIENT
33-086-582 (98-10)

| REGISTERED | RECOMMANDÉ | ACCEPTING LOCATION / LIEU D'ACCEPTATION |
|---|---|---|
| ▶ Items containing merchandise also require a Customs Declaration form. | ▶ Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises. | POSTES CANADA / CANADA POST 129976 2009-09-18 BUREAU DE POSTE / POST OFFICE GREENFIELD PARK, QC J4V 2H0 |
| ▶ Date stamp the seal(s) of the item in all cases. | ▶ Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas. | |
| ▶ Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. | ▶ Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité. | |


R Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA

To Destinataire
Name Nom: US BankruptcyCourt
Address Adresse: FDRSTN POBox 5076
City Ville: NewYork, NY Country Pays: USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt Avis de réception ▶ YES OUI NO NON
Declared Value Valeur déclarée ▶ $ 0
Item No. N° de l'article
RT 932 677 407 CA

CUSTOMER RECEIPT REÇU DU CLIENT
33-086-582 (98-10)

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0


R Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA

To Destinataire
Name Nom US Bankruptcy Court
Address Adresse FDR STATION PO Box 5076
City Ville Country Pays NEW YORK, NY, USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée $

CUSTOMER RECEIPT REÇU DU CLIENT
33-086-582 (98-10)

Item No. N° de l'article
RT 932 677 398 CA

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

**ACCEPTING LOCATION** **LIEU D'ACCEPTATION**

POSTES CANADA POST
2009-09-18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0


R Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA

To Destinataire
Name Nom: US BANKRUPTCY COURT
Address Adresse: FDR STATION PO BOX 5076
City Ville: NEW YORK Country Pays: USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt / Avis de réception: YES OUI / NO NON
Declared Value / Valeur déclarée: $ 0

CUSTOMER RECEIPT REÇU DU CLIENT
33-086-582 (98-10)
Item No. N° de l'article
RT 932 677 375 CA

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



Registered International/USA — Recommandé International/É. U.

CANADA POST — POSTES CANADA

| To | Destinataire | |
|---|---|---|
| Name / Nom | United States Bankruptcy Court | For enquiry call: / Pour renseignements appelez: 1 888 550-6333 |
| Address / Adresse | FDR Station, PO Box 5074 | Advice of Receipt / Avis de réception ▶ YES OUI / NO NON |
| City / Ville | New York | Country / Pays: USA | Declared Value / Valeur déclarée ▶ $ 0 |

CUSTOMER RECEIPT — REÇU DU CLIENT

33-086-582 (98-10)

Item No. / N° de l'article: RT 932 677 415 CA

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION — LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC


R Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA
To Destinataire
Name Nom U.S. Bankruptcy Court
Address Adresse FDR STATION PO Box 5076
City Ville New York NY Country Pays USA
For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée $ NA
CUSTOMER RECEIPT REÇU DU CLIENT
33-086-682 (98-10)
Item No. N° de l'article
RT 932 677 384 CA

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129976
2009 -09- 18
POST OFFICE
QC



Registered Recommandé
International/USA International/É. U.

CANADA POST / POSTES CANADA

To Destinataire

For enquiry call: Pour renseignements appelez: 1 888 550-6333

Name Nom: United States Bankruptcy Court

Address Adresse: FDR Station, PO Box 5076

City Ville: New York Country Pays: USA.

Advice of Receipt / Avis de réception: YES OUI / NO NON

Declared Value / Valeur déclarée: $

CUSTOMER RECEIPT REÇU DU CLIENT

33-086-582 (98-10)

Item No. N° de l'article: RT 932 677 424 CA

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

| ACCEPTING LOCATION | LIEU D'ACCEPTATION |
|---|---|
| POSTES CANADA / CANADA POST 129976 2009-09-18 | |