# GARADEX INC.

TÉL. (514) 849-7084   FAX. (514) 845-1266

<u>Via Federal Express</u>

October 13, 2010

**The Honorable James M. Peck**
Courtroom 601
One Bowling Green
New York, New York 10004

Re:   **United States Bankruptcy Court**
**Southern District of New York**
**Lehman Brothers Holdings Inc., et al., (Debtors)**
**Case No. 08-13555**
**Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims**
**(Late-Filed Claims)**
**Garadex Inc.**
**c/o Andrew Gaty**
**1800 St. James Place, Suite 300**
**Houston, Texas 77056-4109**
**Claim No. 35518**
**Classification and Amount:  Unsecured $1,250.00**

Dear Sir:

This claim should not be disallowed and expunged due to the fact that on September 18, 2009; we went to Canada Post to register our claim. Enclosed please find proof of claim and postmark dated September 18, 2009 which clearly indicates it was postmarked before the due date of September 22, 2009.

The person of authority to reconcile, settle, or otherwise resolve the claim on our behalf is Mr. Andrew Gaty c/o Garadex Inc., 1245 Sherbrooke Street West, Suite 1840, Montreal, QC H3G 1G2, Tel: 514-849-7084 Ext. 111.

Yours sincerely,

**GARADEX INC.**

Stephen Gaty

Enclosures



1245 OUEST, RUE SHERBROOKE STREET WEST, SUITE 1840, MONTREAL, QUE. H3G 1G2

```
              Postes Canada / Canada Post
                   Galerie-Taschereau
                   3848 Boul Taschereau
                 GREENFIELD-PARK   J4V2H0
                   TPS/GST#: 125154369
                   TVQ/QST#: 1010401719
              ---------------------
    2009/09/18              05:09:32            sarah
    CC/CC129976             G/W1              TR645545

    N/N                     1@$3.40             $3.40
    Let/Crt.pst.surd.É-U/Ltr O/S US

    Poids réel / Actual Weight 0.121kg

    N° de suivi / Tracking #
    RT 932 677 353 CA

     additionnelle refusée
    Additional  declined
    Le service de balance a été traité après
    l'heure limite
    Scale Service was processed after Mail
    Cut-Off time

    N/N                    1@($16.35)         ($16.35)
    Affranch. prépayé/Pre-affixed postage

    N/N                     1@$12.95           $12.95
    Recommandé É-U/Registered USA

    N/N                     1@$3.40             $3.40
    Let/Crt.pst.surd.É-U/Ltr O/S US

    Poids réel / Actual Weight 0.122kg

    N° de suivi / Tracking #
    RT 932 677 340 CA

     additionnelle refusée
    Additional  declined
    Le service de balance a été traité après
    l'heure limite
    Scale Service was processed after Mail
    Cut-Off time

    N/N                    1@($16.35)         ($16.35)
    Affranch. prépayé/Pre-affixed postage

    N/N                     1@$12.95           $12.95
    Recommandé É-U/Registered USA

    N/N                     1@$3.40             $3.40
    Let/Crt.pst.surd.É-U/Ltr O/S US
```

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 367 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)       ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                 1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 407 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)       ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                 1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 398 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)       ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                          1@$12.95           $12.95
Recommandé É-U/Registered USA

N/N                          1@$3.40            $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 375 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                          1@($16.35)        ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                          1@$12.95           $12.95
Recommandé É-U/Registered USA

N/N                          1@$3.40            $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 415 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                          1@($16.35)        ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                          1@$12.95           $12.95
Recommandé É-U/Registered USA

N/N                          1@$3.40            $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 384 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

```
N/N                  1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                  1@$12.95        $12.95
Recommandé É-U/Registered USA

N/N                  1@$3.40         $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.115kg

N° de suivi / Tracking #
RT 932 677 424 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                  1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                  1@$12.95        $12.95
Recommandé É-U/Registered USA

SOUS-TOTAL/SUBTL                     $0.00
TPS/GST                              $0.00
TVP/PST                              $0.00
TVH/HST                              $0.00
TOTAL/TOTAL                          $0.00

Espèces CAN / CDN Cash               $0.00
MONNAIE / CHG. DUE                   $0.00

Reçu requis pour tous les retours.
Receipt required for all returns.
```

R:645545.129976;

Repérage sur le Web ou par téléphone :
Certaines conditions s'appliquent
Track your package by web or phone:
Some exceptions apply
WWW.POSTESCANADA.CA / WWW.CANADAPOST.CA
800-267-1177



| Registered Recommandé | |
|---|---|
| International/USA International/É. U. | CANADA POST / POSTES CANADA |

| To Destinataire | For enquiry Pour renseignements call: appelez: |
|---|---|
| Name/Nom: U.S. Bankruptcy Court | 1 888 550-6333 |
| Address/Adresse: FDR Station P.O. Box 5076 | Advice of Avis de Receipt réception: YES/OUI ☐ NO/NON ☑ |
| City/Ville: New York, NY Country/Pays: USA | Declared Value Valeur déclarée ▶ $ |
| CUSTOMER RECEIPT REÇU DU CLIENT | Item No. N° de l'article |
| 33-086-582 (98-10) | RT 932 677 353 CA |

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour les envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

2009 -09- 19
GREENFI... OFFICE



| | Registered | Recommandé |
|---|---|---|
| **R** | International/USA | International/É. U. |

**To**  Destinataire

Name/Nom: U.S. Bankruptcy Court
Address/Adresse: FDR Station PO Box 5076
City/Ville: New York  Country/Pays: NY, USA

**CUSTOMER RECEIPT**    **REÇU DU CLIENT**
33-086-582 (98-10)

For enquiry / Pour renseignements call / appelez:
**1 888 550-6333**

Advice of / Avis de Receipt / réception ▶ YES/OUI  NO/NON

Declared Value / Valeur déclarée ▶ $ 0

Item No. / N° de l'article
**RT 932 677 340 CA**

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
**12997**
2009 -09- 1 8
BUREAU DE POSTE / POST OF
GREENFIELD P
J4V 2H0





**Registered** **Recommandé**
International/USA International/É.U.

To         Destinataire
Name  Nom
US Bankruptcy Court
Address  Adresse
FDRSTN PO Box 5076
City  Ville         Country  Pays
New York, NY    USA

CUSTOMER RECEIPT    REÇU DU CLIENT
33-086-582 (98-10)

For enquiry  Pour renseignements
call:        appelez:
1 888 550-6333

Advice of  Avis de     YES  NO
Receipt    réception   OUI  NON

Declared Value  Valeur déclarée
$ 0

Item No.    N° de l'article
RT 932 677 407 CA

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



**Registered** / **Recommandé**
International/USA  International/É.U.
CANADA POST / POSTES CANADA

To / Destinataire
Name/Nom: US Bankruptcy Court
Address/Adresse: FDR Station PO Box 5076
City/Ville: New York  Country/Pays: NY, USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: NO / NON

Declared Value / Valeur déclarée: $

CUSTOMER RECEIPT / REÇU DU CLIENT
33-086-582 (98-10)

Item No. / N° de l'article
RT 932 677 398 CA

**REGISTERED** / **RECOMMANDÉ**

- Items containing merchandise also require a Customs Declaration form. / Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Date stamp the seal(s) of the item in all cases. / Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. / Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
CANADA POST
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



| Registered | Recommandé | |
|---|---|---|
| International/USA | International/É. U. | CANADA POST / POSTES CANADA |

**To / Destinataire**

Name / Nom: US Bankruptcy Court
Address / Adresse: FDR Station PO Box 5076
City / Ville: New York    Country / Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: YES/OUI ☐  NO/NON ☑
Declared Value / Valeur déclarée: $ 0

**CUSTOMER RECEIPT / REÇU DU CLIENT**
33-086-582 (98-10)

Item No. / N° de l'article: **RT 932 677 375 CA**

**REGISTERED / RECOMMANDÉ**

- Items containing merchandise also require a Customs Declaration form.
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Date stamp the seal(s) of the item in all cases.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING / LIEU
POSTES CANADA LOCATION D'ACCEPTATION
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



**Registered    Recommandé**
International/USA  International/É. U.

CANADA POST / POSTES CANADA

| To | Destinataire | For enquiry, call: | Pour renseignements appelez: |
|---|---|---|---|

Name / Nom: United States Bankruptcy Court
Address / Adresse: FDR Station, PO Box 5071
City / Ville: New York,    Country / Pays: USA

1 888 550-6333

Advice of Receipt / Avis de réception: YES/OUI ☐  NO/NON ☑

Declared Value / Valeur déclarée: $ 0

**CUSTOMER RECEIPT    REÇU DU CLIENT**
33-086-582 (98-10)

Item No. / N° de l'article: **RT 932 677 415 CA**

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.



ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
1290 6
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V





**Registered    Recommandé**
International/USA   International/É. U.

CANADA POST / POSTES CANADA

To   Destinataire
For enquiry / Pour renseignements call / appelez:
1 888 550-6333

Name / Nom: United States Bankruptcy Court
Address / Adresse: FDR Station, PO Box 5076
City / Ville: New York   Country / Pays: USA

Advice of Receipt / Avis de réception: NO / NON
Declared Value / Valeur déclarée: $

CUSTOMER RECEIPT   REÇU DU CLIENT
33-086-582 (98-10)

Item No. / N° de l'article: **RT 932 677 424 CA**

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8