# GARADEX INC.

TÉL. (514) 849-7084   FAX. (514) 845-1266

<u>Via Federal Express</u>

October 13, 2010

**The Honorable James M. Peck**
Courtroom 601
One Bowling Green
New York, New York 10004

Re:  **United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Inc., et al., (Debtors)
Case No. 08-13555
Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims
(Late-Filed Claims)
Garadex Inc.
c/o Andrew Gaty
1800 St. James Place, Suite 300
Houston, Texas 77056-4109
Claim No. 35516
Classification and Amount:  Unsecured $16,700.00**

Dear Sir:

This claim should not be disallowed and expunged due to the fact that on September 18, 2009; we went to Canada Post to register our claim. Enclosed please find proof of claim and postmark dated September 18, 2009 which clearly indicates it was postmarked before the due date of September 22, 2009.

The person of authority to reconcile, settle, or otherwise resolve the claim on our behalf is Mr. Andrew Gaty c/o Garadex Inc., 1245 Sherbrooke Street West, Suite 1840, Montreal, QC H3G 1G2, Tel: 514-849-7084 Ext. 111.

Yours sincerely,

**GARADEX INC.**

Stephen Gaty

Enclosures



```
            Postes Canada / Canada Post
                Galerie-Taschereau
                3848 Boul Taschereau
              GREENFIELD-PARK    J4V2H0
                TPS/GST#: 125154369
                TVQ/QST#: 1010401719
            --------------------
   2009/09/18          05:09:32          sarah
   CC/CC129976            G/W1         TR645545

   N/N                 1@$3.40            $3.40
   Let/Crt.pst.surd.É-U/Ltr O/S US

   Poids réel / Actual Weight 0.121kg

   N° de suivi / Tracking #
   RT 932 677 353 CA

    additionnelle refusée
   Additional  declined
   Le service de balance a été traité après
   l'heure limite
   Scale Service was processed after Mail
   Cut-Off time

   N/N                1@($16.35)        ($16.35)
   Affranch. prépayé/Pre-affixed postage

   N/N                 1@$12.95          $12.95
   Recommandé É-U/Registered USA

   N/N                 1@$3.40            $3.40
   Let/Crt.pst.surd.É-U/Ltr O/S US

   Poids réel / Actual Weight 0.122kg

   N° de suivi / Tracking #
   RT 932 677 340 CA

    additionnelle refusée
   Additional  declined
   Le service de balance a été traité après
   l'heure limite
   Scale Service was processed after Mail
   Cut-Off time

   N/N                1@($16.35)        ($16.35)
   Affranch. prépayé/Pre-affixed postage

   N/N                 1@$12.95          $12.95
   Recommandé É-U/Registered USA

   N/N                 1@$3.40            $3.40
   Let/Crt.pst.surd.É-U/Ltr O/S US
```

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 367 CA

 additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                 1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 407 CA

 additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                 1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 398 CA

 additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                  1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                  1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 375 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                  1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                  1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                  1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 415 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                  1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                  1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                  1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 384 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time


N/N             1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N             1@$12.95        $12.95
Recommandé É-U/Registered USA

N/N             1@$3.40         $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.115kg

N° de suivi / Tracking #
RT 932 677 424 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N             1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N             1@$12.95        $12.95
Recommandé É-U/Registered USA

SOUS-TOTAL/SUBTL                $0.00
TPS/GST                         $0.00
TVP/PST                         $0.00
TVH/HST                         $0.00
TOTAL/TOTAL                     $0.00

Espèces CAN / CDN Cash          $0.00
MONNAIE / CHG. DUE              $0.00

Reçu requis pour tous les retours.
Receipt required for all returns.



R:645545.129976;

Repérage sur le Web ou par téléphone :
Certaines conditions s'appliquent
Track your package by web or phone:
Some exceptions apply
WWW.POSTESCANADA.CA / WWW.CANADAPOST.CA
800-267-1177







**Registered    Recommandé**
International/USA International/É. U.

To        Destinataire
Name / Nom: U.S. Bankruptcy Court
Address / Adresse: FDR Station PO Box 5076
City / Ville: New York   Country/Pays: NY, USA

CUSTOMER RECEIPT    REÇU DU CLIENT
33-086-582 (98-10)

For enquiry / Pour renseignements call / appelez:
1 888 550-6333

Advice of / Avis de Receipt / réception: NO/NON
Declared Value / Valeur déclarée: $ 0
Item No. / N° de l'article:
RT 932 677 340 CA

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8
BUREAU DE POSTE / POST OF
GREENFIELD PA
J4V 2H0



| Registered | Recommandé | |
|---|---|---|
| International/USA | International/É.U. | CANADA POST / POSTES CANADA |

To / Destinataire

Name/Nom: US BANKRUPTCY COURT
Address/Adresse: FDR STATION PO BOX 5076
City/Ville: NEW YORK Country/Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: YES/OUI

Declared Value / Valeur déclarée: $ 0

Item No. / N° de l'article: RT 932 677 367 CA

CUSTOMER RECEIPT / REÇU DU CLIENT
33-086-582 (98-10)

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0





| REGISTERED | RECOMMANDÉ | ACCEPTING LOCATION | LIEU D'ACCEPTATION |
|---|---|---|---|
| ▶ Items containing merchandise also require a Customs Declaration form. | ▶ Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises. | POSTES | CANADA POST |
| ▶ Date stamp the seal(s) of the item in all cases. | ▶ Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas. | 2009 -09- 1 8 | |
| ▶ Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. | ▶ Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité. | BUREAU DE POSTE / POST OFFICE GREENFIELD PARK, QC J4V 2H0 | |



**Registered** **Recommandé**
International/USA  International/É. U.
CANADA POST / POSTES CANADA

To / Destinataire
Name/Nom: US BANKRUPTCY COURT
Address/Adresse: FDR STATION PO BOX 5076
City/Ville: NEW YORK  Country/Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333
Advice of Receipt / Avis de réception: NO/NON
Declared Value / Valeur déclarée: $ 0
Item No. / N° de l'article: RT 932 677 375 CA

CUSTOMER RECEIPT / REÇU DU CLIENT
33-086-582 (98-10)

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / POSTES CANADA / CANADA POST
LIEU D'ACCEPTATION
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



**Registered    Recommandé**
International/USA  International/É. U.

**CANADA POST / POSTES CANADA**

To / Destinataire
Name / Nom: United States Bankruptcy Court
Address / Adresse: FDR Station, PO Box 5070
City / Ville: New York    Country / Pays: USA

For enquiry, call: / Pour renseignements appelez: 1 888 550-6333
Advice of Receipt / Avis de réception: YES/OUI
Declared Value / Valeur déclarée: $ 0

**CUSTOMER RECEIPT    REÇU DU CLIENT**
33-086-582 (98-10)

Item No. / N° de l'article
**RT 932 677 415 CA**



**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
1290-6
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V





| Registered | Recommandé |
|---|---|
| International/USA | International/É. U. |

**To** / **Destinataire**

Name / Nom: United States Bankruptcy Court
Address / Adresse: FDR Station, PO Box 5076
City / Ville: New York   Country / Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of / Avis de Receipt / réception: ☐ YES/OUI  ☒ NO/NON

Declared Value / Valeur déclarée: $ 0

**CUSTOMER RECEIPT   REÇU DU CLIENT**
33-086-582 (98-10)

Item No. / N° de l'article: **RT 932 677 424 CA**

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8