To: The United States Bankruptcy Court Southern District of New York
CC:
(1) The Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601
(2) Attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153
(3) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004
Attn: Andy Velez-Rivera Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq
(4) Attorneys for the official committee of unsecured creditors
Milbank, Tweed, Hadley & MCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005. Attn: Dennis F. Dunne, Esq., Dennis O/Donnell, Esq., and Evan Fleck, Esq

Date: Oct, 8, 2010

Name of Bankruptcy Court: United States Bankruptcy Court Southern District of New York
Debtor: Lehman Brothers Holdings Inc. et al.
Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
Title of Objection: Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
Name of claimant:    Ho Kam Yuen
Classifications and Amount: Unsecured: $100,000

Claimant/Creditor Address:
(1) Residential Address:
Flat C, 5/F,
28 Nassau Street,
Mei Foo Sun Chuen
Kowloon, Hong Kong
(2) Correspondence address:
Room 501F, 5/Floor, Lai Cheong Factory Building
479 Castle Peak Road, Lai Chi Kok, Kowloon, Hong Kong
Contact number: (China) 86-13267128845, 86-15017955642
(Hong Kong) 852-9843-9748
Claim number:    64516


RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Debtor         : 08-13555

Date: 11, Oct, 2010

Dear Sir,

I filed the claim and sent out all documents on Oct 19, 2010. (Pls see attached receipt) The Post Office said it takes only 10 days to deliver from HKG to USA.   I sent out on Oct 19 2010 showing my 100% intention of sending out the claim in time.   Only at this moment, I was told that my claim was received one day later and dis-allow my claim.

The fact is : I bought the product. I had presented all required information supporting my claim. The legal status is no doubt.   Like most of the people, I bought the Lehman brothers product and suffered the loss.   Under no circumstances should such postal delay deny my right of the claim.

I write to protect my interests through your complicated legal procedures.   I fight to get back my own money, nothing more.   I earnestly request your kind consideration not to disallow my claim. I use my money , I bought the Lehman Brother's product. This is the fact that I am entitled to the claim.

I would like to request that I would not appear at the hearing as I have to station in the Mainland China .

Yours faithfully,

Ho Kam Yuen


Encl.
1) Receipt of registered air mail showing the date sent was: Oct 19, 2010
2) Letter received from the Court dis-allow my claim



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                        Debtors.               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000111650 MAIL ID *** 0033298788 *** BSIUSE: 241

HO KAM YUEN
FLAT C, 5/F
28 NASSAU STREET, MEI FOO SUN CHUEN
KOWLOON, HONG KONG


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>HO KAM YUEN<br>FLAT C, 5/F<br>28 NASSAU STREET, MEI FOO SUN CHUEN<br>KOWLOON, HONG KONG | **Claim Number:** 64516<br>**Date Filed:** 11/3/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 100,000.00 |

　　　　PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

　　　　The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

　　　　If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

　　　　If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]　　A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.