UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (the "**Court**")

IN re:

Lehman Brothers Holdings Inc., *et al.*,

Chapter 11 Case no.
08-13555 (JMP)
(Jointly Administered)

Sarkar, Amit K (the "**Claimant**")
78 Lansdowne Road
Notting Hill
London, W11 2LS
United Kingdom
(+44 7803 046 453)



Claim Number: 34872
Date Filed: 9/24/2009
Debtor: 08-13555 (Lehman Brothers Holdings Inc.)
Classification and amount: PRIORITY $3,076,963.23 (the "**Claim**")

**OMNIBUS OBJECTION TO CLAIMS (LATE FILED)**

**OPPOSITION TO PROPOSED DISALLOWANCE AND EXPUNGEMENT OF CLAIM on the grounds that that the said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. (the "Disallowance")**

The Claimant has made the Claim on the basis of his award of contingent stock awards, made as part of his compensation as an employee of Lehman Brothers during the period 2003-2006. Relevant documentation was filed with the Claim.

The Claimant objects to the Disallowance of the Claim on the basis that a good faith attempt was made to file the Claim in time but that due to the fact that a courier was making delivery, the filing of the Claim was not accepted by Equip Bankruptcy Solutions ("Equip") in time.

The Claimant is resident in the United Kingdom and used the services of Fed Ex to ASSIST timely delivery of the Claim. The Claimant dispatched the Proof of Claim from the United Kingdom on 16 September, 2009 and Fed Ex indicated that delivery would be made on 17 September, 2009. The protocol attaching to the Fed Ex account was such that Fed Ex would notify the dispatcher in the event that delivery was not made as indicated (or if there was a problem or issue in effecting delivery).

The following address was used for the attempts to file the Claim:
Lehman Brothers Holdings Claims Processing Center

C/o Equip Bankruptcy Solutions, LLC
FDR Station, P O Box 5076
New York, NY 10150-5076

This address was set out in the Proof of Claim form that was sent to the Claimant directly by the Court. This Proof of Claim form states in the definitions section that:

"Proof of Claim
A proof of claim is a form used by the creditor to indicate the amount of debt owed by the debtor on the date of the bankruptcy filing. The creditor **must** [*emphasis added*] file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing Center
C/o Equip Bankruptcy Solutions, LLC
FDR Station, P O Box 5076
New York, NY 10150-5076 (the "Address")"

On this basis, the Claimant believed in good faith that this was the only address available for him to use to file the Claim (whether by post, courier or other means).

Fed Ex made an attempt to deliver to this address within time but service was not accepted. The Claimant understands that this was on the basis that Equip refused to accept a delivery by courier. This restriction was not evident on the Proof of Claim form that simply stated that filing must be made at the Address. The Claimant believes that a further attempt was made to deliver and service was again rejected on the same grounds. The Claimant was concurrently monitoring the filing web site and became concerned when he did not see his Claim published. As a result he followed up with Fed Ex. Unfortunately Fed Ex had not immediately contacted the Claimant when issues arose with respect to the filing (as was the normal protocol on the account).

This was immediately followed up the Claimant with Fed Ex and delivery was made to an alternative address on 24 September, 2009 and such filing was accepted. The Claimant believes from oral discussions with Fed Ex at the time that this alternative address was the head office of Lehman Brothers Holdings in New York (but this detail is not contained in the attached Fed Ex documentation).

Relevant documentation from Fed Ex is attached.

In light of the above, the Claimant is asking the Court to exercise its equitable discretion to allow the Claim to proceed notwithstanding the fact that its filing was technically out of time. In addition, the Claimant respectfully submits that, in light of the above circumstances, the delay in filing should be characterized as "excusable neglect" and as such not be expunged and disallowed. In particular, the Claimant makes reference to the approach taken by the Ninth Circuit in In re Dix, 95 B.R. 134 (bankr. 9th Cir.1988) and the five factors to be considered when considering whether a delay in filing was due to "excusable neglect". In particular:
    (i)     given the time frame involved the delay will not prejudice the debtor;
    (ii)    the delay was short (a matter of days) and would not impact on efficient court administration;

(iii) the circumstances leading to the rejection by Equip of the attempts to make a filing in time were outside of the reasonable control of the Claimant who took steps to address the issues as soon as he became aware of them;

(iv) the Claimant at all times acted in good faith with respect to the filing;

(v) the Claimant is acting for himself.

The Claimant submits that failure by the Court to do so would amount to unfair hardship being imposed upon the Claimant, notwithstanding his good faith efforts to make his filing in time.

The Claimant confirms that he is acting for himself. Either he or Miss Rebecca Fuller (his agent) have the authority to reconcile, settle or otherwise resolve the Claim on his behalf.

The Claimant and his agent can be contacted at the following address:
78 Lansdowne Road
Notting Hill
London, W11 2LS
United Kingdom
(+44 7803 046 453)

The Claimant notes that whilst he does not intend to participate in the hearing on 27 October, 2010 in person (as he is resident in the United Kingdom) either he or his agent plan to participate in the hearing telephonically as per the Court's instructions.

Signed by:

*[signature]*

Amit Kumar Sarkar

Date: 8th October 2010

Encl. Fed Ex documentation

K. Fuller



Page 4 of 5



🖨 Print page | Close ✖

## Detailed Results

Tracking no.: 796947993938                    Select time format: **24H**

### Delivered                         **Delivered**
                                      Signed for by: M.SANCHEZ

**Shipment Dates**                    **Destination**

Ship date   Sep 16, 2009              NEW YORK, NY
Delivery date   Sep 24, 2009 11:11    Signature Proof of Delivery

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

Service type        International Priority Service

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 24, 2009 11:11 | Delivered | NEW YORK, NY | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                                    Debtors.                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

LBH OMNI40 09-13-2010 (MERGE2,TXNUM2) 4000081518 MAIL ID *** 0033297993 *** BSIUSE: 168

SARKAR, AMIT K
78 LANSDOWNE RD
NOTTINGHILL
LONDON, W112LS UNITED KINGDOM


THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

NOTICE OF HEARING ON DEBTORS' FORTIETH
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>SARKAR, AMIT K<br>78 LANSDOWNE RD<br>NOTTINGHILL<br>LONDON, W112LS UNITED KINGDOM | **Claim Number:** 34872 |
| | **Date Filed:** 9/24/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** PRIORITY: $ 3,076,963.23 |

    PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fortieth Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

    The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

    If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.