UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., ET AL.,

Debtors

Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

CLAIM TO BE DISALLOWED AND EXPUNGED

$9,870.00 IN 524908 UB4 BOND
Yielding 5.75          due in 2017

MATTINGLY, LOUISE
28 FORT GREENE PLACE
BROOKLYN, NY 11217
Claim # 34567

Please do not disallow and expunge my claim. When I was sent the form by my broker right before the deadline, I was told to mail right away. However, I was sick with a stomach flu. My husband was out of town at a college reunion. At the first moment that I was able I made it to the mailbox. I am sorry it was **1 day late**.....I was hoping it wouldn't be.....
Thank you,





RECEIVED OCT 1 2 2010 U.S. BANKRUPTCY COURT, SDNY JMP