

05 October 2010

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

Dear Sirs,

**Re: Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

Name of the Bankruptcy Court: United States Bankruptcy Court / Southern District of New York

Name of Debtors: Lehman Brothers Holdings Inc., et al., Debtors (08-13555)

Case / Claim Number: 64971

Title of the Objection: Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)

Name of Claimant: Yu Chun Kwan

Classifications and Amount and Description: Unsecured: US$171,000.00 Unliquidated
                              ISIN: XS0301813522

Details of Claimant/Contact:
Name: Yu Chun Kwan
Address: P O Box 72282 Kowloon, Hong Kong.
Telephone no.: (852) 9341 3658 / 2770 2362
Email address: hondeal@hktrade.com/ hondeal@yahoo.com

**Reasons why the claim to be disallowed & expunged**
On 21 October 2009, I duly completed and sent out by registered post to United States Bankruptcy Court / Southern District of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein ("Proof of Claims"). As far as I understand from the way the postal system for Hong Kong operates, the Proof of Claims should have reached you about October 28, 2009 and in any event, prior to the November 2, 2009 bar date.

In addition, if for whatever reason, the Proof of Claims was received late on November 6, 2009, I do not (with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to my mistake or conduct in any way and is beyond my control, I urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. I enclose evidence in support of my position and belief that the Proof of Claims should not have been filed late in the circumstances.

Yours Truly,

*[signature]*

Name of Claimant: Yu Chun Kwan

Address: P O Box 72282 Kowloon, Hong Kong.
Telephone no.: (852) 9341 3658 / 2770 2362
Email address: hondeal@hktrade.com/ hondeal@yahoo.com

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Yu Chun Kwan
Rm808 8/F Blk H Luk Yeung Sun Chuen Tsuen Wan New Territories Hong Kong
852-93413658
X852-27702362   X  HONDEAL@HKTRADE.COM
Telephone number:         Email Address:  HONDEAL@YAHOO.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
Yu Chun Kwan
P O Box 72282 Kowloon Hong Kong

Telephone number:         Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for Lehman Programs Security to which this claim relates.

Creditor holds     USD 171,000     ( as at 15 September 2008) in aggregate face value of the Lehman Program Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $___(as statement above)___ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):     XS0301813522     (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Clearstream -    CA89242    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account number:

Clearstream -    18864

5. Consent to Euroclear Bank, Clearstream Bank or other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date,    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

X _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Postal administration of origin / Administration des postes d'origine | 香港 HONG KONG | 派遞 / 收款通知書 ADVICE of delivery/of payment AVIS de réception/de paiement | | 郵政公事 On postal service Sevice des postes | CN 07 |
|---|---|---|---|---|---|

投寄郵局名稱 / Office of posting / Bureau de dépôt: HEUNG KONG

日期 Date: 21/10/2009

收件人 (姓名及詳細地址) / Addressee (name and full address) / Destinataire (nom et adresse complète): United States Bankruptcy Court/Southern District of New York LEHMAN BROTHERS HOLDINGS CLAIMS processing center c/o Epiq Bankruptcy solutions, LLC FDR station, P.O. Box 5076, New York, NY 10150-5076

A.R.

寄回本件郵局之郵戳 Stamp of the office returning the advice Timbre du bureau renvoyant l'avis

派遞/收款通知書項目 Nature of the item / Nature de l'envoi:
- 信件 Letter / Lettre
- 掛號 Registered / Recommandé
- 郵件編號 Item No. / N° de l'envoi
- 郵政匯票 Ordinary money order / mandat ordinaire
- 印刷品 Printed paper / Imprimé
- 記錄派遞 Recorded delivery / Livraison attestée
- 金額 Amount / Montant
- 包裹 Parcel / Colis
- 保價金額 Insured / Valeur déclarée
- 金額 Amount / Montant

派遞的地填寫 To be completed at the point of destination / A compléter à destination

上述郵件業已 The item mentioned above has been duly
派遞 delivered / L'envoi mentionné ci-dessus a été dûment remis

日期及簽署 Date and signature / Date et signature: 11/09 [signature]

付訖 Paid above [signature]

退回給 Return to / Renvoyer à
姓名/商號名稱 Name/Co. Name / Nom ou raison sociale: ABN AMRO BANK
街道名稱及門牌號碼 Street and No. / Rue et n°: 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HK
地區及國家 Locality and country / Localité et pays: HK

本通知可由收件人, 或根據寄達國的現行規定的另一入簽收
This advice may be signed by the addressee or, if the regulations of the country of destination so de, by another authorized person.
Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par autre personne autorisée.



# 大量掛號郵件投寄證明書
## Certificate of Bulk Posting for Registered Packets

| | 空郵 Air | 平郵 Surface | 本地 Local |

| 投寄人及地址 Sender and address | ABN AMRO BANK – 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HONG KONG | 電話 Telephone | 2/003389　2/50339 |

請在投寄證明書上填寫各項所需資料，包括每件郵件的郵費。掛號郵件如有損壞或遺失，郵費將用作計算賠償額。
Please provide all the information as required in the certificate including the postage of each item. The postage is needed for compensation calculation in the event of damage or loss of a registered packet.

如沒有填寫郵費實額，則在涉及賠償的情況下，我們將按照二等郵件首個重量級別的郵費計算賠償額。
If exact postage is not indicated then the postage of the first weight step second class will be adopted in case of compensation.

| # | 收件人姓名及地址 Name and address of addressee | | 掛號郵件條碼編號 Regn. Bar-code No. | 郵資總額 Total Postage | 派遞通知書 AR Service "✓" |
|---|---|---|---|---|---|
| | 姓名 Name | 詳細地址 Full Address | | | |
| 1 | LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING | NEW YORK | HKP604H | RR746 343403HK | $23.50 | |
| 2 | LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING CENTER / United States Bankruptcy Court | NEW YORK | HKP604B | RR746343417HK | $28.70 | |
| 3 | United States Bankruptcy Court / Southern District of New York / LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING | NEW YORK | HKP607J | RR746343465HK | $31.90 | |
| 4 | United States Bankruptcy Court / Southern District of New York | NEW YORK | HKP608B | RR746343475HK | $31.90 | Double |
| 5 | United States Bankruptcy Court / Southern District of New York | NEW YORK | HKP606B | RR746 343 425 HK | $44.90 | |
| 6 | United States Bankruptcy Court / Southern District of New York | NEW YORK | HKP607B | RR746 343 448 HK | $31.90 | |
| 7 | United States Bankruptcy Court / Southern District of New York | NEW YORK | HKP607J | RR746343 434HK | $34.50 | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

投寄人簽署 Signature of Sender: 

公司印章(公司適用) Company chop (for firms):

### 香港郵政專用　For Hongkong Post Use

收到掛號郵件總數 Total no. of registered packets received:

郵務人員簽署 Signature of accepting officer

Pos 12/12A/12C 號碼 No.:

日戳 Datestamp