**GABRIELE STAHL**                                                                    **MAINPARKSTRASSE 11**
                                                                                      **63814 MAINASCHAFF**

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601

USA - New York, New York 10004

**In Re: Lehman Brothers Holdings, Inc., et al., Debtors**
**Chapter 11 Case No. 08-13555 (JMP)**

**FORMAL OBJECTION AGAINST MY CLAIM OBJECTION
(CLAIM NUMBER 66397) BEING DISALLOWED AND EXPUNGED AS A LATE-
FILED CLAIM**

Dear Sirs,

I, Gabriele Stahl, object that my claim will be disallowed and expunged as a late filed claim. I am attaching pertinent information to show that I had in good faith, submitted a timely filed claim, yet due to circumstances beyond my control this claim was never delivered to the offices of the claims and noticing administrator. Once I had discovered that my claim had not been added to the claims register, I took immediate action to remedy this and re-submitted all of my documentation again. I was in contact with the Deutsche Post AG to follow up on what had happened to my original submitted claim. Please review the proof of receipt from the Deutsche Post AG in Germany. I kindly ask you to re-consider your objection and let my claim be allowed as a timely filed claim.

Sincerely yours,

*[signature]*
Gabriele Stahl

Attachments 1 to 3



RECEIVED
OCT 12 2010
U.S. BANKRUPTCY COURT, SDNY

**(ii) Gabriele Stahl, Mainparkstrasse 11, D- 63814 Mainaschaff, Germany**

Claim Number 66397

Debtor: 08-13555

Classification and amount: USD 71,005.00

ISIN                                      DE000A0SUA99

Clearstream Bank Blocking Number          71002009100511 67985/956722

Depository Participant Account Number     7100

(iii) I have send you the requested documents in due time on 10 October 2009 at 11:20am
Please find the proof in the

**Attachment 1**

*The receipt of posting* at the postal office of Deutsche Post AG in Germany

Number of the receipt of posting **RR 4173 7283 2DE**

I have initiated a persecution of the consignment at the German Deutsche Post AG. Please find the proof in the **Attachment 2 and 3.** The investigation has never found the consignment.

(iv) Docket No. 4271

Attachments 1 to 3

(v) Adress mentioned above

(vi) No legal support. Please contact me personally. Gabriele Stahl, Mainparkstrasse 11, 63814 Mainaschaff, Germany

Attachment 1

Receipt of Posting



Einlieferungsbeleg/Quittung
Bitte Beleg gut aufbewahren!

Deutsche Post AG   63739
Aschaffenburg
84042759   2450 10.10.09   11:20

..........................................
Sendungsnummer: RR 4173 7283 2DE
Einschreiben International
Rückschein

........................U.S.A...

**Bruttoumsatz    9,85 EUR**
umsatzsteuerbefreit nach §4 UStG A
Nettoumsatz     9,85 EUR

Servicenummer National
Telefon: 0 18 05/29 06 90
14 ct/60 Sek im Festnetz
Mo.-Fr.8-18h

Servicenummer International
Telefon: 0 18 01/80 55 55
3,9 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h und Sa. 8-14h

Internet: www.deutschepost.de/briefstatus
Vielen Dank für Ihren Besuch.
Ihre Deutsche Post AG

Niederlassung internationale Produktion BRIEF

**Deutsche Post DHL**

Deutsche Post AG · NL internationale Produktion BRIEF
Kundenservice · 60611 Frankfurt

*Attachment 2*

Frau
Gabriele Stahl
Mainparkstrasse 11
63814 Mainaschaff

Ihr Zeichen
Unser Zeichen  I100041356 / dd8wzp  (Bei Rückfragen bitte immer angeben)
Telefon  069 97502-140
e-mail  letter.inquiries@deutschepost.de
Datum  11.05.10
Betrifft  EINSCHREIBEN
Einlieferungsnummer: RR417372832DE, Einlieferungsdatum: 10.10.2009
Empfänger: United States Bankrutcy Court/Southern District of Lehman Brothers Holdings Claims Processing Center in NY10150-50 New York / USA

Sehr geehrte Frau Stahl,

die nachstehend bezeichnete, von Ihnen eingelieferte Sendung nach dem Ausland ist dem Empfänger leider nicht zugegangen. Durch die bisherigen Nachforschungen ist ihr Verbleib nicht ermittelt worden.

| | |
|---|---|
| **Sendung:** | Einschreibbrief |
| **Einlieferungs-Nr.:** | RR417372832DE |
| **Einlieferungs-Datum:** | 10.10.2009 |
| **PLZ und Einlieferungsort / Land:** | 63739 Aschaffenburg |
| **Anschrift des Empfängers:** | United States Bankrutcy Court/Southern District of Lehman Brothers Holdings Claims Processing Center c/o EPIQ Bancrutcy Solutions, LLC FDR Station Box 5076 NY10150-50 New York / USA |

Zur Einleitung des Ersatzverfahrens bitten wir Sie, die umseitige Erklärung auszufertigen, zu unterschreiben und uns baldmöglichst im beigefügten Freiumschlag zurückzusenden.

Bitte beachten Sie die Haftungsbestimmungen auf der Rückseite.

Mit freundlichen Grüßen

Ihr Kundenservice BRIEF International
Dieses Schreiben wurde maschinell erstellt und ist ohne Unterschrift gültig.

| Hausadresse | Kontoverbindung | Vorstand | Vorsitzender des |
|---|---|---|---|
| Eckenheimer Landstr. 242 | Deutsche Post AG | Dr. Frank Appel, Vorsitzender | Aufsichtsrates |
| 60320 Frankfurt | Postbank Köln | Ken Allen | Prof. Dr. |
| | Konto-Nr.: 16 503 | Bruce Edwards | Wulf von Schimmelmann |
| Telefon 069 97502-140 | BLZ: 370 100 50 | Jürgen Gerdes | |
| Mo.-Fr. 8-18 h Sa. 8-14 h | | Lawrence A. Rosen | Sitz Bonn |
| Telefax 069 97502-111 | | Walter Scheurle | Registergericht Bonn |

27/02/2010  10:30    06597502202    DP AG INTERNATIONAL    Seite 1 von 1

INES CSI —

*Attachment 3*

Deutsche Post DHL    INES CSI V1.3    Platz: ab2kdk Nachforscher

-- leer --

### Ergebnis der Sendungssuche

**Sendungsdaten**
**Sendungsdetails**

| | | | | |
|---|---|---|---|---|
| Identcode Int. | | Identcode DE | RR417372832DE | Retc |
| Richtung | E | Sendungsart | EBf | Retc |
| Herkunftsland | DE - Deutschland | Zielland | US - Vereinigte Staaten | Retc |
| | | | | |
| Abgang Auswst. | DEFRAA | Eingang Auswst. | | Rücl |
| Abgang KSchl. | DEFRAAUSJFKAAUR90631 | Eingang KSchl. | DEFRAAUSJFKAAUR90631 | Rücl |
| Abgang Zeit | 12.10.2009 | Eingang Zeit | | Rücl |
| BDV-Nr. | | Status | C: <- Abgangs-OE | |
| | | | | |
| Empfänger | | Zustellung Name | | |
| PLZ | | Zustellung PLZ | | |
| Ort | | Zustellung Zeit | | |
| Wert | DTS | Zustellung Status | | |
| Nachnahme | EUR | | | |

**Lebenslauf**
**Sendungslebenslauf**

| Event-Zeit ↑ | Event-Text |
|---|---|
| 10.10.2009 11:19:54 | Annahme: Elisenstr. 32, 63739 Aschaffenburg |
| 12.10.2009 03:14:54 | Abgang OE: IPZ Frankfurt |
| 12.10.2009 04:02:00 | Abgang OE: DEFRAA, KSchl: DEFRAAUSJFK... |
| 12.10.2009 04:02:00 | Listen-Nr... |

http://pbxines-a0002/webfrontend/records.jsf    27.02.2010