October 4, 2010

Honorable James M. Peck

Courtroom 601

One Bowling Green

New York, NY 10004

Dear Honorable James M. Peck

I am writing in regard to:

United States Bankruptcy Court

Southern District of New York

In re: Lehman Brothers Holdings Inc. et al Debtors

Chapter 11 Case no. 08-13555 (JMP)

Omnibus Objection to Claims (late-filed claims)

The claimant is: Mr. Antonio Vilchez Moleon

The claim number is: 65291

The claim classification and amount: Unsecured $ 69,611.85

The reason why my claim should not be disallowed is because I send the Proof of Claim from Spain on October 28, because I had need a translator to complete the Proof, and the Spanish bank that sell to me the Lehman Notes (Bankinter) don't help me to complete the form with the appropriate information.

I hope you will understand that is very difficult to me translate from English to Spanish and backward, and the postal service from Spain have not executed the send like they said to me. Besides that amount of money ($ 69,611.85) represented the savings of a lifetime.

As a result, my claim should be upheld.

I have attached documentation of the above referenced claim.

I am representing myself with regard to this claim. Any reply to this response should be sent to me at:

Mr. Antonio Vilchez Moleon

Calle Castañeda numero 4, piso 3C

Granada 18009, Spain

Telephone: 0034 958 22 78 72

Email: m.a.vilchez@hotmail.com

Sincerely,

Antonio Vilchez Moleon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000112100 MAIL ID *** 0033299037 *** BS IUSE: 490

VILCHEZ MOLEON, ANTONIO
CALLE CASTANEDA NUMERO 4, PISO 3 O C
GRANADA, 18009 SPAIN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** <br> VILCHEZ MOLEON, ANTONIO <br> CALLE CASTANEDA NUMERO 4, PISO 3 O C <br> GRANADA, 18009 SPAIN | **Claim Number:**  65291 <br><br> **Date Filed:**  11/10/2009 <br><br> **Debtor:**  08-13555 <br><br> **Classification and Amount:**  UNSECURED: $ 69,611.85 |

        PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

        The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow the claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

        If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

        If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]        A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000065291

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ANTONIO VILCHEZ MOLEON
CALLE CASTAÑEDA NUMERO 4, PISO 3ºC.
18009 GRANADA - SPAIN

Telephone number: 0034958227872   Email Address: mavilchez@telefonica.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __69.611,85_____   (Required)

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0342637872__   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: __6060485__
   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: __6060485__
   (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

NOV 1 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: | MR. ANTONIO VILCHEZ MOLEON |
|---|---|---|
| 27 OCTOBER 2.009 | | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*



España

GRANADA
CP

28 07 2009

Franqueo Pagado en Oficina

CORREOS

RECEIVED
NOV 16 2009

R    RR 50 216 909 3 ES

UNITED STATES BANKRUPTCY
COURT/SOUTHERN DISTRICT OF NEW YORK
Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O Box 5076
New York, NY 10150-5076

ANTONIO VILCHEZ MOLEON
CALLE CASTAÑEDA Nº 4, PISO 3ºC
18001 GRANADA, SPAIN

| Administración de Correos de origen / Administration des postes d'origine | | AVISO de recibo/de entrega/de pago/de inscripción |
| --- | --- | --- |

**ESPAÑA** / **ESPAGNE**

CN 07

| Oficina de depósito Bureau de dépôt | Fecha Date |
| --- | --- |

AVISO de recibo/de entrega/de pago/de inscripción
AVIS de réception/de livraison/de paiement/d'inscription

UNITE STATES BANKRUPTCY COURT/SOUTRHERN DISTRIC OF NEW YORK
Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O Box 5076
New York, NY 10150-5076

**A.R.**

Servicio de Correos
Service des postes
Sello de la oficina que devuelve el aviso
Timbre du bureau renvoyant l'avis

Prioritario/Carta
Prioritaire/Lettre
No prioritario/impreso
Non Prioritaire/Imprimé
Encomienda
Colis

Certificado.
Recommandé
Entrega registrada
Livraison attestée
Valor declarado
Valeur déclarée

N.º del envío
Nº de l'envoi
Importe
Montant                    €

Con pago/
Manual ordinaire
De depósito
De versement
Cheque de asignación
Chèque d'assignation
Importe
Montant                    €

A completar en destino / A compléter à destination

El envío arriba indicado fue debidamente    L'envoi mentionné ci-dessus a été délivré

entregado
livré
pagado
payé
en CCP
en CCP

Fecha y firma* / Date et signature*

Prioritario/
Por avión

Devolver a / Renvoyer à

Nombre o razón social / Nom ou raison sociale
ANTONIO VILCHEZ MOLEON
Calle y n.º / Rue et n.º
CASTAÑEDA Nº 4 Piso 3ºC
Localidad y país / Localité et pays
GRANADA - SPAIN

A llenar por el expedidor
A remplir par l'expéditeur

RR50216909 5ES

* Este aviso podrá ser firmado por el destinatario o, si la reglamentos del país de destino lo prevén, por otra persona autorizada.
* Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée.

SOCIEDAD ESTATAL CORREOS Y TELEGRAFOS S.A. VÍA DUBLIN 7 CP 28010 MADRID
REG. MERCANTIL DE MADRID Tomo 15.451 Libro 0 Folio 93 Secc. 8 Hoja M260323 Inscrip. 1 CIF: A83052407