October 5, 2010

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601



### Re: Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims)

Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York

Names of Debtor: Lehman Brothers Holdings inc., et al.

Debtor No.: 08-13555

Case No./Claim No.: 64596

Objection of the Claims: Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims

Name of Claimant: Tsui, John &/or Lee Ho Yi Linda

Classification and Amount of the claim: Unsecured: $100,000.00, Unliquidated

Reason:
On or around 21 Oct 2009, we duly completed and sent out by registered post to United States Bankruptcy Court/Southern District of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein ("Proof of Claims"). To our best knowledge (Or, "As far as I understand from the way the postal system for Hong Kong operates,"), the Proof of Claims should be reached you on or about 28 Oct 2009 and in any event, prior to the November 2, 2009 bar date.

In addition, if for whatever reason, the Proof of Claims was received late on 04 Nov 2009, we do not (with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conduct in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.

Name of the Claimant: Tsui, John &/or Lee Ho Yi Linda

Address of the Claimant: Flat 4 3/F Block B
King Lai Court, 36-38 Court Fung Shing St, Ngau Chi Wan, Hong Kong

Email address of the Claimant: jtsui@tycoelectronics.com

Phone No. of the Claimant: 852-9436-6631

Yours Truly,

_____
Name: Tsui, John &/or Lee Ho Yi Linda
Address: Flat 4 3/F Block B
King Lai Court, 36-38 Court Fung Shing St, Ngau Chi Wan, Hong Kong
Email: jtsui@tycoelectronics.com
Tel#: 852-9436-6631

# Hongkong Post 香港郵政
Giving people Delivering business
用心傳遞 成就無限

## 大量掛號郵件投寄證明書
## Certificate of Bulk Posting for Registered Packets

| | 空郵 Air | 平郵 Surface | 本地 Local |

投寄人及地址 / Sender and address: ABN AMRO BANK – 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HONG KONG

電話 / Telephone: 2700 3389 / 2150 3310

請在投寄證明書上填寫各項所需資料，包括每件郵件的郵資。掛號郵件如有損壞或遺失，郵費將用作計算賠償額。
Please provide all the information as required in the certificate including the postage of each item. The postage is needed for compensation calculation in the event of damage or loss of a registered packet.

如沒有填寫郵資實額，則在涉及賠償的情況下，我們將按照二等郵件首個重量級別的郵資計算賠償額。
If exact postage is not indicated then the postage of the first weight step second class will be adopted in case of compensation.

| | 收件人姓名及地址 Name and address of addressee | | 掛號郵件條碼編號 Regn. Bar-code No. | 郵資總額 (包括掛號及 AR 費用(如適用)) Total Postage (including Reg & AR fee (if applicable)) | 派遞通知書 AR Service ✓ |
|---|---|---|---|---|---|
| | 姓名 Name | 詳細地址 Full Address | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | United States Bankruptcy Court/Southern District of New York / Lehman Brothers Holdings Claims Processing | New York | HKP00TJ RR746343465HK | $31 | |
| 4 | | | | | Double Reg. |
| 5 | | | | | |
| 6 | | | | | |
| 7 | United States Bankruptcy Court/ Southern District of New York | New York | HKP00TJ RR746343439HK | $34.50 | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

投寄人簽署 / Signature of Sender:

公司印章(公司適用) / Company chop (for firms):

香港郵政專用 For Hongkong Post Use

收到掛號郵件總數 / Total no. of registered packets received:

Pos 12/12A/12C 號碼 No.:

郵務人員簽署 / Signature of accepting officer:

日戳 / Datestamp

Pos 20 (9/2006)

## HONG KONG — ADVICE of delivery / of payment (CN 07)

**Office of posting:** Cheung Kong
**Date:** 21/10/2009
**Addressee:** United States Bankruptcy Court / Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions LLC, JDR Station, P.O. Box 5076, New York, NY 10150-5076

**Nature of the item:** Registered

**Delivered (stamp):** Epiq Bankruptcy Solutions, 757 Third Avenue, 3rd Floor, New York, NY 10017, 646-282-2500
**Date and signature:** 11/04/09

**Return to:**
Name: ABN AMRO BANK
Street: 38/F, Cheung Kong Center, 2 Queen's Road Central, HK
Locality and country: HK

---

## HONG KONG — ADVICE of delivery / of payment (CN 07)

**Office of posting:** Cheung Kong
**Date:** 21/10/2009
**Addressee:** United States Bankruptcy Court, Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions LLC, JDR Station, P.O. Box 5076, New York, N.Y. 10150-5076

**Nature of the item:** Registered

**Delivered (stamp):** Epiq Bankruptcy Solutions, 757 Third Avenue, 3rd Floor, New York, NY 10017, 646-282-2500
**Date and signature:** 11/04/09

**Return to:**
Name: ABN AMRO BANK
Street: 38/F, Cheung Kong Center, 2 Queen's Road Central, H.K.
Locality and country: HK