

Global Investors

The Chambers of the Honorable James M. Peck

One Bowling Green

Courtroom 601

New York

New York  10004

UNITED STATES

Subject : opposition to the objection of the claim referenced below

Claim References :

**Creditor Name and Adress :**
Allianz Global Investors France SA
Acting on behalf of the
CEA PIMCO DT FUND
CASE POSTALE T205
COMPLIANCE AND LEGAL DEPARTMENT
20 RUE LE PELETIER
PARIS CEDEX 09, 75444 FRANCE

| | |
|---|---|
| Claim Number: | 65413 |
| Date Filed: | 10/1/2009 |
| Debtor: | 08-13555 |
| Classification and Amount: | UNSECURED: $ 500,000.00 |

Paris, October 11, 2010

Dear Madame, Sir

You informed us on September 13, 2010 of the rejection of our above referenced claim, because the claim was filed after the BAR DATE ORDER (i.e. September 22, 2009) "Late Field claims". Please find attached your letter of rejection.

By this letter, we want to indicate our disagreement and opposition to this objection, because our proof of claim against LBHI was sent via the depositary/custodian of the Fund (i.e. Caceis Bank) by DHL on 16 September 2009 (see attached DHL documents sent and any related documents) and arrived within 2 or maximum 3 days later, so before September 22, 2009.

Therefore, we ask you to reconsider your objection and accept our proof of claim.

Sincerely,





**Global Investors**

ALLIANZ GLOBAL INVESTORS actiong on behalf a for the account of the Funds CEA PIMCO DT

Sylvie Bernard                                     Johann Gaulier

Enclosed :    DHL DOX
              DHL Letter

This letter was sent also to : Attorneys of the Debtors, Weil Gotschal & Manges LLP ; The Office of the Unites States Trustee for the Southern District of New York ; Attorneys for the official committee of unsecured creditors appointed in these cases Milbank, Tweed Hadley & Mc Cloy LLP.