WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |

------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 20, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I. **UNCONTESTED MATTERS:**

1. Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

    Response Deadline: October 13, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward uncontested. A stipulation and agreed order will be presented to the Court.

2. Motion of Alpine Bank for Relief from the Automatic Stay **[Docket No. 11662]**

    Response Deadline: October 15, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward. A stipulation and agreed order will be presented to the Court.

3. Motion of Lehman Brothers Special Financing Inc. for Enforcement of the Automatic Stay and for Sanctions for Violation of the ADR Procedures Order **[Docket No. 11756]**

    Response Deadline: October 13, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Holly E. Loiseau in Support of Motion **[Docket No. 11758]**

B. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 12056]**

Status: This matter is going forward.

4. Motion of Debtors for Authorization and Approval of the Global Settlement Among the Debtors and the AMBAC Settling Parties **[Docket No. 11806]**

Response Deadline: October 13, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Declaration of Daniel Ehrmann in Support of Motion **[Docket No. 11807]**

Status: This matter is going forward.

## II. CONTESTED MATTERS:

5. Motion of the Debtors for Authority to Enter into Settlement with Suncal Trustee on Behalf of Suncal Involuntary Debtors **[Docket No. 11688]**

Response Deadline: October 13, 2010 at 4:00 p.m.

Responses Received:

A. SunCal Parties' Response **[Docket No. 11959]**

Related Documents:

B. Debtors' Reply **[Docket No. 12045]**

C. Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 12049]**

D. Notice of Joint Plan for the SunCal Involuntary Cases **[Docket No. 11779]**

E. Notice of Modified Proposed Plan in the SunCal Chapter 11 Cases **[Docket No. 11780]**

F. Declaration in Support of F. Robert Brusco in support of Motion **[Docket No. 12109]**

Status: This matter is going forward.

6.  Debtors' Motion for Approval of a Settlement Agreement Among LBSF, LBHI, and Societe Generale, New York Branch and Certain Related Relief **[Docket No. 11488]**

    Response Deadline:   October 13, 2010 at 4:00 p.m.

    Responses Received:

        A.   Limited Objection of The Bank of New York Mellon, Trust Company, N.A. **[Docket No. 11963]**

        B.   Limited Objection of Bank of America, National Association **[Docket No. 11967]**

    Related Documents:

        C.   Debtors' Reply **[Docket No. 12048]**

        D.   Declaration of Robert Hershan in Support of Motion **[Docket No. 11489]**

        E.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 11931]**

    Status: This matter is going forward.

7.  Debtors' Motion to Stay Avoidance Actions and Grant Certain Related Relief **[Docket No. 11389]**

    Response Deadline:   October 13, 2010 at 4:00 p.m.

    Responses Received:

        A.   Opposition of Interface Cable **[Docket No. 11916]**

        B.   Opposition of BNP Paribas, London Branch **[Docket No. 11932]**

        C.   Limited Objection of Canadian Imperial Bank of Commerce **[Docket No. 11946]**

        D.   Limited Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company Motion **[Docket No. 11957]**

        E.   Objection Nebraska Investment Finance Authority **[Docket No. 11960]**

F. Objection of US Bank, National Association, as Trustee **[Docket No. 11964]**

G. Objection of Natixis Financial Products LLC **[Docket No. 11965]**

H. Corrected Preliminary Objection of Loreley Noteholders **[Docket No. 11990]**

Related Documents:

I. Debtors' Omnibus Reply **[Docket No. 12052]**

J. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 12081]**

K. Declaration of Shai Y. Waisman in Support of Motion **[Docket No. 11390]**

L. Notice of Revised Schedule of Avoidance Actions to Proposed Order **[Docket No. 11805]**

Status: This matter is going forward.

8. Lehman Brothers Special Financing Inc.'s Motion for Expedited Discovery Pursuant to Bankruptcy Rules 7026 and 9014 **[Adv. Case No. 10-03547, Docket No. 2]**

Response Deadline: October 13, 2010 at 4:00 p.m.

Responses Received:

A. Limited Objection of Deutsche Bank Trust Company Americas, as Indenture Trustee **[Docket No. 16]**

B. Objection of US Bank, National Association **[Docket No. 18]**

Related Documents:

C. Reply of Lehman Brothers Special Financing Inc. **[Docket No. 23]**

Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III. UNCONTESTED MATTERS:**

9. Motion of Newport Global Opportunities Fund (Master) L.P. and Newport Global Opportunities Fund L.P. for Entry of an Order Authorizing Newport to File Under

Seal the Motion for Leave to Conduct Rule 2004 Discovery and Certain Exhibits Thereto **[Docket No. 3650]**

Response Deadline: October 13, 2010

Responses Received: None.

Related Documents:

    A.    Notice of Adjournment **[Docket No. 3674]**

Status: This matter is going forward.

## IV. CONTESTED MATTERS:

10. Motion of Newport Global Opportunities Fund (Master) L.P. and Newport Global Opportunities Fund L.P. for Leave to Conduct Rule 2004 Discovery **[Docket No. 3649]**

    Response Deadline: October 13, 2010 at 4:00 p.m.

    Responses Received:

        A.    Trustee's Opposition to Motion **[Docket No. 3799]**

        B.    Certain Prime Brokerage Customers' Joinder to Motion **[Docket No. 3797]**

        C.    LibertyView's Joinder to Motion **[Docket No. 3798]**

    Related Documents:

        D.    Notice of Adjournment **[Docket No. 3674]**

        E.    Newport's Reply in Further Support of the Motion **[Docket No. 3805]**

    Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

V. **Adversary Proceedings:**

    11.    Turnberry et al v. LBHI **[Adv. Case No. 09-01062]**

        **Pre-Trial Conference**

        Related Documents:

            A.    Adversary Complaint **[Docket No. 1]**

            B.    Amended Answer and Counterclaim of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB **[Docket No. 30]**

            C.    Motion of Turnberry Retail Holding, L.P., et al. to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

            D.    Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

        Status: This matter is going forward.

    12.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

        **Pre-Trial Conference**

        Related Documents:

            A.    Adversary Complaint **[Docket No. 1]**

            B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

            C.    Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

            D.    Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

        Status: This matter is going forward.

    13.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

        **Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    C.    Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

    D.    Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter is going forward.

## VI. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

14. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline: November 10, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 17, 2010.

15. Motion of Carolyn Fogarazzo, et al. for Relief from the Automatic Stay **[Docket No. 10279]**

    Response Deadline: November 10, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 17, 2010.

16. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline: July 8, 2010 at 5:00 p.m.

        A.    Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

Related Documents:

    B.    Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

    C.    Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

    D.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

    E.    Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

Status: This matter has been adjourned to November 17, 2010.

17. Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 11171]**

Response Deadline:    September 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Objection of Somerset Properties SPE, LLC **[Docket No. 11333]**

Related Documents:

    B.    Bridge Order **[Docket No. 11312]**

    C.    Order Granting Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for the Chapter 11 Plan of Merit, LLC **[Docket No. 11653]**

Status: An order has been entered granting the relief requested with respect to Merit, LLC. The matter has been adjourned to November 17, 2010 on consent with respect to LB Somerset LLC and LB Preferred Somerset LLC.

18. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

Response Deadline:    November 10, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to November 17, 2010.

19. Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

   Response Deadline: November 10, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to November 17, 2010.

**B. Adversary Proceeding**

20. PT Bank Negara Indonesia (Persero) Tbk v. LBSF, et al. **[Adv. Case No. 09-01480]**

   **Pre-Trial Conference**

   Related Documents:

   A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

   B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

   C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

D.  Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

<u>Status</u>: This matter has been adjourned to November 17, 2010.

Dated: October 19, 2010
       New York, New York

        /s/ Harvey R. Miller
        Harvey R. Miller

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

Dated: October 19, 2010
       New York, New York

        /s/ Jeffrey S. Margolin
        James B. Kobak, Jr.
        Jeffrey S. Margolin

        HUGHES HUBBARD & REED LLP
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726

        Attorneys for James W. Giddens, Trustee for
        the SIPA Liquidation of Lehman Brothers Inc.