October 5, 2010



The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

**Re: <u>Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims)</u>**

Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York

Names of Debtor: Lehman Brothers Holdings inc., et al.

Debtor No.: 08-13555

Case No./Claim No.: 64321

Objection of the Claims: Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims

Name of Claimant: HE PING &/OR DING XIAFEN

Classification and Amount of the claim: Unsecured: EUR $100,000.00, Unliquidated

Reason:
On or around 21 Oct 2009, we duly completed and sent out by registered post to United States Bankruptcy Court/Southern District of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein ("Proof of Claims"). To our best knowledge (Or, "As far as I understand from the way the postal system for Hong Kong operates,"), the Proof of Claims should be reached you on or about 28 Oct 2009 and in any event, prior to the November 2, 2009 bar date.

In addition, if for whatever reason, the Proof of Claims was received late on 04 Nov 2009, we do not (with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conduct in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.

Name of the Claimant: HE PING &/OR DING XIAFEN

Address of the Claimant:
FLAT B 5/F TOWER 1 BEACON HILL ROAD
ONE BEACON HILL
KOWLOON TONG
KOWLOON
HONG KONG

Email address of the Claimant: jackho_ww@yahoo.com.tw

Phone No. of the Claimant: 86-13502877821

Yours Truly,

Name: HE PING &/OR DING XIAFEN
Address: FLAT B 5/F TOWER 1 BEACON HILL ROAD
ONE BEACON HILL
KOWLOON TONG
KOWLOON
HONG KONG
Email: jackho_ww@yahoo.com.tw
Tel#: 86-13502877821

# Certificate of Bulk Posting for Registered Packets

| Sender and address | ABN AMRO BANK - 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HONG KONG | Telephone | 27003389 / 27503390 |

Please provide all the information as required in the certificate including the postage of each item. The postage is needed for compensation calculation in the event of damage or loss of a registered packet.

If exact postage is not indicated then the postage of the first weight step second class will be adopted in case of compensation.

| # | Name | Full Address | Regn. Bar-code No. | Total Postage | AR Service |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | United States Bankruptcy Court Southern District of New York Lehman Brothers Holdings Claims Processing | New York | HKP607J RR746343465HK | $31 | |
| 4 | | | | | Double Reg. |
| 5 | | | | | |
| 6 | | | | | |
| 7 | United States Bankruptcy Court Southern District of New York | New York | HKP607J RR746343439HK | $34.50 | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

Signature of Sender: [signature]      Company chop (for firms): [stamp]

**For Hongkong Post Use**

Total no. of registered packets received: _____

Pos 12/12A/12C No.:

Signature of accepting officer: [signature]

Datestamp

## First A.R. Form (CN 07)

**Postal administration of origin / Administration des postes d'origine:** 香港 HONG KONG

**ADVICE of delivery / of payment — AVIS de réception/de paiement**

**On postal service / Service des postes — CN 07**

**Stamp of the office returning the advice / Timbre du bureau renvoyant l'avis**

**Office of posting / Bureau de dépôt:** CHEUNG KONG

**Date:** 21/10/2009

**Addressee (name and full address) / Destinataire (nom et adresse complète):**
United States Bankruptcy Court / Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, JDR Station, P.O. Box 5076, New York, NY 10150-5076

**Nature of the item / Nature de l'envoi:**
- [ ] Letter / Lettre
- [ ] Printed paper / Imprimé
- [ ] Parcel / Colis
- [x] Registered / Recommandé
- [ ] Recorded delivery / Livraison attestée
- [ ] Insured / Valeur déclarée

No. / N° de l'envoi: ____

Amount / Montant: ____

Ordinary money order / mandat ordinaire — Amount / Montant: ____

**To be completed at the point of destination / A compléter à destination**

The item mentioned above has been delivered / L'envoi mentionné ci-dessus a été dûment remis:

Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500

**Date and signature:** 11/04/09

**Return to / Renvoyer à:**
Name/Co. Name: ABN AMRO BANK
Street and No.: 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HK
Locality and country: HK

---

## Second A.R. Form (CN 07) — duplicate

**Postal administration of origin / Administration des postes d'origine:** 香港 HONG KONG

**ADVICE of delivery / of payment — AVIS de réception/de paiement**

**On postal service / Service des postes — CN 07**

**Office of posting:** CHEUNG KONG

**Date:** 21/10/2009

**Addressee:** United States Bankruptcy Court / Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, JDR Station, P.O. Box 5076, New York, NY 10150-5076

**Nature of the item:**
- [x] Registered / Recommandé

The item mentioned above has been delivered:

Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500

**Date and signature:** 11/04/09

**Return to:**
Name/Co. Name: ABN AMRO BANK
Street and No.: 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, H.K.
Locality and country: HK