October 5, 2010

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

**Re: Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims)**

Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York

Names of Debtor: Lehman Brothers Holdings inc., et al.

Debtor No.: 08-13555

Case No./Claim No.: 64589

Objection of the Claims: Omnibus Objection To Claims (Late-Filed Lehman Programs Securities Claims

Name of Claimant:    WRENTON MANAGEMENT LIMITED

Classification and Amount of the claim: Unsecured: EUR $100,000, Unliquidated

Reason:
On or around 21 Oct 2009, we duly completed and sent out by registered post to United States Bankruptcy Court/Southern District of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein ("Proof of Claims"). To our best knowledge (Or, "As far as I understand from the way the postal system for Hong Kong operates,"), the Proof of Claims should be reached you on or about 28 Oct 2009 and in any event, prior to the November 2, 2009 bar date.

In addition, if for whatever reason, the Proof of Claims was received late on 04 Nov 2009, we do not (with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conduct in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.


RECEIVED
OCT 14
U.S. BANKRUPTCY COURT, SDNY

Name of the Claimant: WRENTON MANAGEMENT LIMITED

Address of the Claimant:
2371 MABOLO STREET
DASMARINAS VILLAGE
MAKATI CITY
PHILIPPINES

Email address of the Claimant:    Img_crg@yahoo.com
ignacio.vargas@hk.abnamro.com

Phone No. of the Claimant: 63-9178616643

Yours Truly,

*Leo Mcgurn Garcia*           *Carmen R. Garcia*

x *Leo Mc Garcia*             x *Carmen R. Garcia*

Name: WRENTON MANAGEMENT LIMITED
Address: 2371 MABOLO STREET
DASMARINAS VILLAGE
MAKATI CITY
PHILIPPINES

**Hongkong Post** — Linking people Delivering business 傳心意 連萬里

# 大量掛號郵件投寄證明書
## Certificate of Bulk Posting for Registered Packets

| | | | Main Air | Surface | Local |
|---|---|---|---|---|---|
| | | | ✓ | | |

| 投寄人及地址 Sender and address | ABN AMRO BANK – 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HONG KONG | 電話 Telephone | 2/003389  2/50339 |
|---|---|---|---|

請在投寄證明書上填寫各項所需資料，包括每件郵件的郵費。掛號郵件如有損壞或遺失，郵費將用作計算賠償額。
Please provide all the information as required in the certificate including the postage of each item. The postage is needed for compensation calculation in the event of damage or loss of a registered packet.

如沒有填寫郵費實額，則在涉及賠償的情況下，我們將按照二等郵件首個重量級別的郵費計算賠償額。
If exact postage is not indicated then the postage of the first weight step second class will be adopted in case of compensation.

| # | 姓名 Name | 詳細地址 Full Address | 掛號郵件條碼編號 Regn. Bar-code No. | 郵資總額 Total Postage (including Reg & AR fee (if applicable)) | 派遞通知書 AR Service "✓" |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | RS | | | | |
| 3 | | | | | |
| 4 | United States bankruptcy court Southern District of New York | New York | HKp609B RR746340395HK | $31 | Double |
| 5 | | | | | |
| 6 | United States Bankruptcy Court Southern District of New York | New York | HKp609B RR 746 343 498HK | $31 | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

| 投寄人簽署 Signature of Sender: | | 公司印章(公司適用) Company chop (for firms): | |
|---|---|---|---|

香港郵政專用    **For Hongkong Post Use**

| 收到掛號郵件總數 Total no. of registered packets received: | 2009-OCT-21 PM 2:46 | 郵務人員簽署 Signature of accepting officer | 日戳 Datestamp |
|---|---|---|---|
| Pos 12/12A/12C 號碼 No.: | | | |

**HONG KONG**
ADVICE of delivery/of payment
AVIS de réception/de paiement

On postal service
Sevice des postes

**A.R.**

Stamp of the office returning the advice
Timbre du bureau renvoyant l'avis

Office of posting / Bureau de dépôt: HONG KONG
Date: 21/10/2009

Addressee: United States Bankruptcy Court / Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5076, New York, NY 10150-5076

Return to / Renvoyer à:
Name: ABN AMRO Bank
Street and No.: 38/F Cheung Kong Center, 2 Queen's Road Central, H.K.
Locality: HK

The item mentioned above has been delivered:
Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500
Date and signature: 11/3/09

---

**HONG KONG**
ADVICE of delivery/of payment
AVIS de réception/de paiement

On postal service
Sevice des postes

**A.R.**    CN 07

Stamp of the office returning the advice
Timbre du bureau renvoyant l'avis

Office of posting / Bureau de dépôt: Hong Kong
Date: 21/10/2009

Addressee: United States Bankruptcy Court / Southern District of New York, Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5076, New York, NY 10150-5076

Return to / Renvoyer à:
Name: ABN AMRO Bank
Street and No.: 38/F Cheung Kong Center, 2 Queen's Road Central, H.K.
Locality: HK

The item mentioned above has been delivered:
Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500
Date and signature: 11/3/09