Heinz Fiebiger
Ch du Roussillon 6
1217 Meyrin
Switzerland

heinz.fiebiger@hotmail.com

Chambers of the
Honorable James M. Peck
One Bowling Green
Courtroom 601

New York, NY 10004

8 October 2010

Re: United States Bankruptcy Court
Chapter 11 case No. 08-13555 (JMP)

| Creditor<br>Heinz Fiebiger<br>Ch du Roussillon 6<br>Meyrin, 1217 Switzerland | Debtor<br>Lehman Brothers Holdings Inc |
|---|---|
| Claim Number<br>Date Filed<br>Debtor<br>Classification and Amount | 65471<br>11/12/2009<br>08-13555<br>UNSECURED $ 28,350.00 |

Dear Sirs,

I oppose to the disallowance & expunction of the claim 65471.

The calim documents were mailed to
    Lehman Brothers Holdings Processing Center
    FDR Station PO Box 5076
    New York, NY 10150-5076
on 30 October 2009 by TNT Swiss Post AG who guarantee delivery to Eastern USA within two days.

The acknowledgement of receipt by Epiq Bankruptcy Solutions, LLC, is dated **13 days** later. There is no acknowledgement of receipt by Lehman Brothers Holdings Processing Center, who must have received the documents within the deadline of the bar date order.

In view of the apparent irregularities in the Processing of the claim I ask for the maintenance of claim number 65471

With my best regards

*[signature: Heinz Fiebiger]*

Heinz Fiebiger

RECEIVED
U.S. BANKRUPTCY COURT, SDNY
JMP