## MOHINANI HASSOMAL BULCHAND
*18/F, 909 Cheung Sha Wan Road, Lai Chi Kok, Kowloon, Hong Kong.*

Tuesday, October 12, 2010

Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holdings Inc., et al., Debtors**
**Debtors' Forty-second Omnibus Objection to Claims  (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the address provided by my Bank and which was received by the Honourable Court on 10 November 2009.

| | |
|---|---|
| **Claim No** | 65307 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured    $ 178,070.00 |
| **Claimant** | **Mohinani Hassomal Bulchand and Renu Harish** |

I have been regularly using the normal postal service for a long time and never had to face such delays.

In view of the fact that I had signed the claim form and mailed it before the due date of 2nd November and also in view of the fact that in most cases the postmarked date is regarded as proof of mailing, I would request the Honorable Court to accept my claim as valid.

I am 72 years old and I had invested in Lehman issued products, knowing well the market risk involved, but the collapse of the company came as total shock. In view of my age and the above I would request the Honourable to consider my request favourably.

Thank you for your attention.

Yours faithfully,

*[signature]*
Mohinani Hassomal Bulchand

*[RECEIVED stamp: OCT 14 2010, U.S. BANKRUPTCY COURT, SDNY, JMP]*