CAJA DE CREDITO DE LOS INGENIEROS, SCC
Attn: Joan Cavallé
Via Laietana, 39
Barcelona, Spain 08003
Telephone: +34 268 2929
Email: asesoriajuridica@caja-ingenieros.es

*Attorney-in-fact to the Spanish Holders of
Lehman Programs Securities
(as identified herein)*



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**OPPOSITION TO DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

Certain holders of Lehman Programs Securities, namely Lehman Programs Securities with ISIN XS0215349357 issued by LB Capital Funding LP (the "LB Capital Funding Securities") and Lehman Programs Securities with ISIN XS0310125546 issued by LB Tresury Co. BV (the "LB Treasury Securities") the holders on whose behalf this opposition is filed are collectively referred to herein as the "Spanish Holders of Lehman Programs Securities" and the Lehman Programs Securities to which each such holder's claim relates are listed in Exhibit A, by their undersigned attorney-in-fact, a representative of Caja de Credito de los Ingenieros, hereby file their Opposition to Debtors' Forty-Second Ominbus Ojection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection"), as set forth below.

**I.   PRELIMINARY STATEMENT**

On September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Objection. In the Objection, the Debtors incorrectly seek to disallow and expunge

the claims filed by the Spanish Holders of Lehman Programs Securities against Lehman Brothers Holdings Inc. on the grounds that the claims fail to comply with the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in the Chapter 11 case (the "Bar Date Order") on the basis that they were filed after the November 2, 2009 bar date established for Lehman Programs Securities in the Bar Date Order. The Spanish Holders of Lehman Programs Securities hereby assert that their claims were timely filed and should be allowed.

## II.    BACKGROUND

The Spanish Holders of Lehman Programs Securities filed their claims through their attorney-in-fact, a representative of Caja de Credito de los Ingenieros, and correspondingly their proofs of claim forms were sent to the United States from Barcelona, Spain, in two packages.

The first package contained the claims related to the LB Capital Funding Securities. These claims were addressed to Lehman Brothers Holdings Claims Processing Center, c/o EPIQ Bankruptcy Solutions, FDR Station P.O. Box 5076, New York. The package was sent by courier and the courier company attempted to make delivery to the above-stated address but was not able to because it is a post office box. The courier instead delivered the package to Lehman Brothers Holding, 101 Hudson St., Jersey City, NJ 07302. The package was delivered and signed for on October 23, 2009 at 12:16 PM, as shown in Exhibit B.

The second package contained the claims related to the LB Treasury Securities. These claims were posted after the first package had been delivered to the abovementioned address in New Jersey. As the first package had been redirected to that address and signed for, the second package was couriered directly to that address. This package was delivered and signed for on October 26, 2009 at 11:03 AM, as shown in Exhibit C.

## III.    OPPOSITION TO THE OBJECTION

In their Objection, Debtors assert that the claims of the Spanish Holders of Lehman Programs Securities were not timely filed. However, both packages reached a Lehman Brothers address prior to the

bar date of November 2, 2009. Upon discovery that the packages had been delivered to the incorrect address, Caja de Credito de los Ingenieros and its legal advisors placed a call to EPIQ. The situation was explained, and EPIQ confirmed that the claims would be sent from the New Jersey address to the appropriate address for EPIQ and that they would be accepted by EPIQ as if received by EPIQ on their respective dates of delivery to Lehman Brothers.

Therefore, although the claims were registered into EPIQ's system after the bar date, they should be considered timely filed because they were delivered and signed for at a Lehman Brothers address prior to the bar date and in reliance on EPIQ's assurance that the Spanish Holders of Lehman Programs Securities need take no further action, as the proofs of claim would be forwarded on to EPIQ with the understanding that they would be considered timely filed. Pursuant to the principle underlying Rule 5005(c) of the Federal Rules of Bankruptcy Procedure, we assert that it would not be in the interests of justice for the Objection to be upheld and it may be ordered that these claims be deemed filed with the clerk as of the date of their original delivery.

## IV.  REQUESTED RELIEF

Based on the foregoing, the Spanish Holders of Lehman Programs Securities respectfully request that the Court overrule the Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Claims) with respect to their claims and deem their claims to have been filed as of the date of their original delivery.

Dated: 10/11/2010

CAJA DE CREDITO DE LOS INGENIEROS, SCC

By: _____

Name: AGUSTIN LOPEZ MILLAN
Title: Deputy General Director

Attorney-in-fact for the Spanish Holders of Lehman Programs Securities

# EXHIBIT A

## Spanish Holders of Lehman Programs Securities

| Claim Number | ISIN | Issuer | Last Name | First Name | Additional Party | Original Claim Amount |
|---|---|---|---|---|---|---|
| 64228 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Gine Davi | Jose | Mª Caridad Roger Planas | USD 28,942.94 |
| 64227 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Fernandez Tremps | Adolfo | Mª Vicenta Ortega Ordovas | USD 50,650.14 |
| 64226 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Matellanes Martin Mateos | Jose M. | Mercedes de Azpiazu Gelabert | USD 28,942.94 |
| 64133 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Herrero Moro | Mª del Milagro | Pedro Hernandez del Santo | USD 72,357.34 |
| 64132 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Vila Despujol | Miguel | Carmen Grifoll de la Esperanza | USD 36,178.67 |
| 64131 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Gonzalez Alvarez | Eleuterio | Mª Mercedes Gasch Riudor | USD 43,414.41 |
| 64130 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Gonzalez Gasch | Esteban | | USD 28,942.94 |
| 64129 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Gonzalez Gasch | Helena | | USD 28,942.94 |
| 64128 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Gonzalez Gasch | Mercedes | | USD 28,942.94 |
| 64127 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Oriol de Mingo | Manuel | Mercedes Bitaube Cortes | USD 43,414.41 |
| 64204 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Garcia-Mila Palaudarias | Jaime | Rosa M. Mateu Sole | USD 14,471.47 |
| 64203 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Juanals Garcia | Juan | Anna Bellvehi Soler | USD 72,357.34 |
| 64202 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Hijos Raubert | Esteban | Mª Jesús Gago Moreda | USD 43,414.41 |
| 64899 | XS0310125546 | Lehman Brothers Treasury Co. BV | Villanueva Toran | Jose Enrique | | USD 70,875.00 |
| 64898 | XS0310125546 | Lehman Brothers Treasury Co. BV | Bertran Alcaide | Jose | | USD 70,875.00 |
| 64897 | XS0310125546 | Lehman Brothers Treasury Co. BV | Soler Linares | Jesus | | USD 70,875.00 |
| 64896 | XS0310125546 | Lehman Brothers Treasury Co. BV | Sanglas Camps | Javier | | USD 70,875.00 |
| 64895 | XS0310125546 | Lehman Brothers Treasury Co. BV | Alaix Idoate | Fernando | | USD 70,875.00 |
| 64894 | XS0310125546 | Lehman Brothers Treasury Co. BV | Gonzalez Alvarez | Eleuterio | Mª Mercedes Gasch Riudor | USD 70,875.00 |
| 64852 | XS0310125546 | Lehman Brothers Treasury Co. BV | Redon Castaner | Antonio | | USD 70,875.00 |
| 64850 | XS0310125546 | Lehman Brothers Treasury Co. BV | Arnaiz Lopez | Aida Maria | | USD 70,875.00 |
| 64851 | XS0310125546 | Lehman Brothers Treasury Co. BV | Ramiro Fernandez | Adolfo | | USD 70,875.00 |
| 64900 | XS0310125546 | Lehman Brothers Treasury Co. BV | Jove Vintro | Jose L. | | USD 70,875.00 |
| 64901 | XS0310125546 | Lehman Brothers Treasury Co. BV | Lafuente Bel | Jose Luis | M.Carmen Caminals Rosell | USD 70,875.00 |
| 64903 | XS0310125546 | Lehman Brothers Treasury Co. BV | Perez Ruiz deTorres | Juan Jose | | USD 70,875.00 |
| 64902 | XS0310125546 | Lehman Brothers Treasury Co. BV | Pedraza Llanos | Jose Luis | | USD 70,875.00 |
| 64904 | XS0310125546 | Lehman Brothers Treasury Co. BV | Sanmarti Aulet | Juan M. | Maria Antonia Bosch Mallada | USD 70,875.00 |
| 64905 | XS0310125546 | Lehman Brothers Treasury Co. BV | Sanchez Lafuente Mariol | Juana M. | Jose Asto Ruil | USD 70,875.00 |
| 64906 | XS0310125546 | Lehman Brothers Treasury Co. BV | Gallen Raluy | Lidia | | USD 70,875.00 |
| 64907 | XS0310125546 | Lehman Brothers Treasury Co. BV | de Aguirre Torres | Maria Concepcion | | USD 70,875.00 |
| 64908 | XS0310125546 | Lehman Brothers Treasury Co. BV | Albareda Costa | Maria Jose | | USD 70,875.00 |
| 64911 | XS0310125546 | Lehman Brothers Treasury Co. BV | Subira Farre | Pedro J | Ramona Serentill Llovera | USD 141,750.00 |
| 64910 | XS0310125546 | Lehman Brothers Treasury Co. BV | Sanz Gareta | Maria Teresa | | USD 70,875.00 |
| 64909 | XS0310125546 | Lehman Brothers Treasury Co. BV | Cabre Rabada | Maria Montserrat | Encarnacion Cabre Rabada | USD 70,875.00 |
| 64912 | XS0310125546 | Lehman Brothers Treasury Co. BV | Garcia-Torrent Molina | Ramon | | USD 70,875.00 |
| 64913 | XS0310125546 | Lehman Brothers Treasury Co. BV | Aguilera Caelles | Vicente | | USD 70,875.00 |

EXHIBIT B

28 de octubre de 2009
Remitente ASDASD
Página 1 de 1



ATTN : JAVIER MAYO
PHONE : 933333333

# DELIVERY NOTIFICATION

INQUIRY FROM:
JAVIER MAYO
CAJA DE INGENIEROS
POTOSI 30
BARCELONA 08013

SHIPMENT TO:
LEHMAN BROTHERS HOLDING
101 HUDSON ST
JERSEY CITY NJ 07302

Shipper Number............ASDASD    Tracking Identification Number...H7278432497

According to our records 1 parcel was delivered on 23/10/09 at 12:16 P.M.. The shipment was signed for by BEY as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO./STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| ASDASD | 497 | H7278432497 | 101 HUDSON ST JERSEY CITY | ~~~ |

SPA11NA:000A0000



# EXHIBIT C

SPA1INA:000A0000

28 de octubre de 2009
Remitente ASDASD
Página 1 de 1



ATTN : JAVIER MAYO - H72848303394
PHONE : 93333333

## DELIVERY NOTIFICATION

INQUIRY FROM:   JAVIER MAYO
                CAJA DE INGENIEROS
                POTOSI 30
                BARCELONA 08013

SHIPMENT TO:    LEHMAN BROTHERS HOLDING
                101 HUDSON ST FL 11
                JERSEY CITY NJ 07302

Shipper Number............ASDASD        Tracking Identification Number...H72848303394

According to our records, 1 parcel was delivered on 26/10/09 at 11:03 A.M., and left at MAIL ROOM.
The shipment was signed for by MASI as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO.STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| ASDASD | 394 | H72848303394 | 101 HUDSON ST FL 11 JERSEY CITY | *signature* |

[UPS Carta de Porte / Shipper's Copy waybill, shown rotated 180°]

UPS
CARTA DE PORTE (No Negociable)
Shipper's Copy

Nº de Seguimiento / Tracking de la Carta de Porte: H728 483 039 4

1 Nº DE CUENTA UPS DEL REMITENTE: 8F6W35
N.I.F./C.I.F. DEL REMITENTE: F-08216863
NOMBRE DEL REMITENTE: Caixa d'Enginyers
Nº DE TELÉFONO: 93.268.29.29
NOMBRE Y DIRECCIÓN DE LA EMPRESA: Via Laietana, 39
CÓDIGO POSTAL: 08003 Barcelona
PAÍS: ESP

2 Nº DE CUENTA UPS DEL DESTINATARIO: 8F6W35
NOMBRE Y DIRECCIÓN DE LA EMPRESA:
LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
101 HUDSON STREET, SUITE 2
JERSEY CITY
NJ 07302

4 OPCIÓN DE SERVICIO:
Express Plus
Express [X]
Express Saver
Expedited
Standard

5 DATOS DEL ENVÍO:
Nº DE PAQUETES: 1
Peso: 1 kg

7 FECHA DEL ENVÍO: 23/10/09
FIRMA DEL REMITENTE: [signature]

PARA USO DE UPS:
RECIBIDO EN UPS POR: 252
FECHA: 23/10/09   HORA: 18:15]