Jiansheng Jensen Shen
8502 Hornwood Dr.
Houston, TX 77036

October 13, 2010

To: The Chamber of the Honorable James M. Peck
One Bowling Green
New York, New York 10004, (Courtroom 601

Re: United States Bankruptcy Court
Southern District of New York
In re Lehman Brothers Holding Inc., et al.
Chapter 11 Case No. 08-13555

Credit Name and Address
Shen, Jiansheng Jensen
8502 Hornwood Dr.
Houston, TX 77036

Claim number 35437
Debtor: 08-13555
Classification and Amount: Priority: $ 8002.50

Re: Oppose Objection: Omnibus Objection to Claims ( Late-Filed Claims)

Dear Sirs:

I oppose the disallowance, expungement, reduction or reclassification of my claims.
The reason for my late file is as the following: I have not received the notice until midnight of September 21, 2010 after my international travel. I could not meet your dead line received by September 22.

I am attaching the e-ticket on September 21, by Continental Airline: Shanghai to Houston Continental Flight number 86 on September 21 2009. 3:45 pm / 11:24 pm.

Also, I am including my bio and introduction of Greater Houston Partnership form the delegation book. As a Director Asia of the Greater Houston Partnership I frequently traveled oversea and could not get your note in time. In 2009, I organized a large Huston Business Investment Delegation, and was traveling during September 5 to 21, 2009 in China.

Also I am attaching copies of the proof with the transaction of history of Lehman Brothers ( LEH).

I will be traveling to Korea and China during October 16- November 7, 2010. I could be reached by the e-mails: united@msn.com; jshen@houston.org . After November 7, I will be back in USA. I could be reached by the same e-mails and cell phone 713 298 5188.

Thanks

Jiansheng Jensen Shen
Cell: 713 298 5188
united@msn.com; jshen@houston.orgs.



RECEIVED
OCT 1 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

# Continental Airlines 

**Confirmation:** **DFKL9S**

Print your boarding pass at continental.com within 24 hours of your flight

Issue Date: August 14, 2009

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SHEN/JIANSHENGMR | 0052187602562 | CO-KB027940 | ---/40J/32D/16D |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 05SEP09 | CO89 | T | HOUSTON BUSH INTL (IAH) 6:00AM | NEWARK EWR (EWR) 10:14AM | 737-800 | Snack |
| Sat, 05SEP09 | CO87 | T | NEWARK EWR (EWR) 11:20AM | SHANGHAI (PVG) 1:45PM | 777-200 | Lunch |
| Mon, 21SEP09 | CO86 | T | SHANGHAI (PVG) 3:45PM | NEWARK EWR (EWR) 6:20PM | 777-200 | Dinner |
| Mon, 21SEP09 | CO1611 | T | NEWARK EWR (EWR) 8:30PM | HOUSTON BUSH INTL (IAH) 11:24PM | 737-700 | |

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 935.00USD | **Form of Payment:** |
| U.S. Passenger Facility Charge: | 12.00 | MASTERCARD |
| U.S. APHIS User Fee: | 5.00 | Last Four Digits 3581 |
| U.S. Customs User Fee: | 5.50 | |
| U.S. Immigration User Fee: | 7.00 | |
| China Airport Fee: | 13.20 | |
| U.S. Federal Transportation Tax: | 32.20 | |
| U.S. Security Service Fee: | 7.50 | |
| Per Person Total: | 1,017.40USD | |

**eTicket Total:** **1,017.40USD**

The airfare you paid on this itinerary totals: 935.00 USD

**The taxes you paid on this itinerary total: 82.40 USD**

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### International eTicket Travel Reminders

* **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
* **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
* Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
* Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
* The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
* For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
* If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
* For the most current status of your reservation, flights and other important policies, go to continental.com.
* Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.
* International taxes and fees may be collected at your departure airport.

### Important Baggage Information

For information regarding baggage fees, allowances, weight/size restrictions and embargoes, go to continental.com. If your flight originates with one of our codeshare partners or another airline you will need to check the operating carrier for baggage policies.

### Earn Bonus Miles and Save with Our Car Partners

Compare great rental car rates and earn up to 1,500 OnePass® miles with Avis and Hertz. Book your next car rental at continental.com

### Earn Bonus Miles When You Change Your Ticket

Earn 500 bonus miles when you change your ticket at continental.com. Update your reservation by August 31, 2009. Learn more.

# Tentative Itinerary ( Confidential, for members only)
## Greater Houston Business Development and Investment Mission to Xiamen
### ( Optional Hangzhou- Shanghai)
### Sept 5 - Sept 21
Jensen V9

| | Saturday, Sept 5 | | Option |
|---|---|---|---|
| 6:00 AM | Depart Houston to Shanghai by Continental Flight 89 6:00AM arrives Newark at 10:26AM Flight 87 Departs Newark at 11:20AM arrives Shanghai at 1:45PM | Travel | |
| | **Sunday, Sept 6** | | |
| 1:45 p.m. | Arrive in Shanghai - Transfer from Pudong Airport to HongQiao Airport to Xiamen | Travel | |
| 6:45 p.m. | Dept Shanghai Hong Qiao Airport to Xiamen MF8536 (6:45 p to 8:15 p) | Travel | |
| Note | Xiamen Chamber of Commerce will pick up you at the Airport | Xiamen | |
| 9:00 p.m. | Check in Hotel<br>Wyndham Xiamen<br>12 Lu Jiang Dao<br>Xiamen,<br>Fujian, China 361001<br>Tel: (592) 6366666 Ext. 6881<br>Fax: (592) 2971958<br>Mobile: 13959230646 (Tracy)jzyzeng@wyndham.com<br>Wyndham Hotels and Resorts, Be Well. www.wyndham.com | Xiamen | |
| | **Monday, Sept 7** | | |
| 7:00 a.m. | Breakfast | Xiamen | Option |
| 8:00 | Exhibition preparation | Xiamen | Option |
| 9:00 a.m.-12:00 | Visit and prepare Exhibition booth | Xiamen | Option |
| 12:00 | Lunch host by MetroBank Xiamen office | Xiamen | Option |
| 4:00-4:30 | Don, Cody meet John | Xiamen | Option |
| 5:45 | Ready in Lobby | Xiamen | All |
| 6:30-7:30 p.m. | Welcome Reception | Xiamen | All |
| 7:30-8:45 p.m. | Welcome Banquets | Xiamen | All |
| | **Tuesday, Sept 8 ( Houston 1/2 day)** | | |
| 7:30-8:00 | With Media John | | Don and Cody |
| 9:08 a.m. | Opening Ceremony | Xiamen | All |
| 9:30 p.m.- 12:00 noon | Booth Exhibition | Xiamen | All |
| 12:00 | Lunch with Chong Qing Mayor | Xiamen | All |
| 2:30-4:00 | Houston Seminar: hosted by Houston, Xiamen Chamber of Commerce, Dept of Commerce<br>Signing Ceremony of Partnership Agreement btw Greater Houston Partnership and Xiamen Chamber of Commerce | Xiamen | All |
| 4:00-5:00 | Individual meetings with Chinese Investors | Xiamen | All |
| 6:00 | Dinner hosted by Xiamen Chamber of Commerce | Xiamen | All |
| 8:00 | Fire Work Performance | Xiamen | Option |

| | Wednesday, Sept 9 | | |
|---|---|---|---|
| 8:00 a.m.-9:00 | Breakfast at hotel. Shandong Foreign Trade and Commercial Bureau, Liu Xiaojiang Deputy Director Gerneral 刘厅长/ 山东省外经贸厅 曹国平 电话：0531-89013432 手机：13953105167 cao_gp@yahoo.com.cn | Xiamen | Cody |
| 9:00 a.m. | Meeting and Exhibition | Xiamen | All |
| 10:00 a.m. | 2009 WAIPA Roundtable Conference Drafted Agenda Xiamen Lakeside Hotel, NO. 99 Hubinnanlu, Xiamen, Fujian, China | Xiamen | All |
| 10:00-10:30 | **Session 1 Welcome Speech By Sponsors** | Xiamen | All |
| 10:10-10:20 | Speech by Minister level official from MOFCOM; | Xiamen | All |
| 10:20-10:30 | Speech by Mr. Alessandro Teixeira, President of WAIPA | Xiamen | All |
| 10:30-11:00 | Session 2.Professional speech   Topic :   High Tide of Public Stimulus, Fresh Streams of FDI | Xiamen | All |
| 10:30-10:45 | Speech by representative of UNCTAD | Xiamen | All |
| 10:40-11:00 | (TBD) | Xiamen | All |
| 11:00-11:15 | Speech by representative of Domestic Organization (TBD) | Xiamen | All |
| 11:15-11:30 | Tea Break | Xiamen | All |
| 11:30-12:00 | Session 3 Discussion | Xiamen | All |
| | **Session 4** | Xiamen | All |
| 12:10-14:00 | **Lunch with Mayor of Xiamen** | Xiamen | All |
| Afternoon | Individual and match-making meeting   Morris Group Xiamen Univ visit TBD | Xiamen | Option |
| 2;30-3:30 | Xiamen University | Xiamen | Shawn, Stewart |
| 2:30-3:30 | Media interview: Don Wang and Cody | Xiamen | Cody n Don |
| 6:00 p.m. | Dinner all members/ Xiamen Government or Chen Tieming 13906019948 思明 | Xiamen | All |
| | **Thursday 10, 2009** | | |
| 7:00 a.m. | Breakfast | | |
| 9:00 a.m. | At Exhibition booths meeting prospects | Xiamen | Option |
| 1:00 p.m. | Leave | Travel | All |
| 3:55 pm | MF8145, 3:55 p.m Xiamen to Hangzhou 5:10 pm | Travel | All |
| 5:30 pm | 瑞莱中心酒店   Ruihan Center Hotel 电话 Phone： 0571-56199970/56199999 地址：杭州体育场路366号 Address: 366 Tiyuchang Road, Hangzhou 传真 28111 5168 | Hangzhou | |

08-13555-mg    Doc 12131    Filed 10/14/10    Entered 10/19/10 14:54:51    Main Document
Pg 5 of 12

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | All |
| [redacted] | [redacted] | [redacted] | All |
| [redacted] | [redacted] | [redacted] | All |
| **Friday, Sept 11** | | | |
| 9:00 a.m.-10:00 a.m. | Meet Director General of Hangzhou Foreign Trade and Economy Cooperation | Hangzhou | All |
| 10 am- 11:00 am | Site Visit (project matching) Silk City, New Hotel individual visit | Hangzhou | All |
| 11:00am - 1:00 p.m. | Lunch with Hangzhou Government | Hangzhou | All |
| 1:30 - 3:00 p.m. | Seminar: Doing Business with Houston, Texas, USA "Houston Business and Investment Opportunity and Visa issue" hosted by Zhejiang/ Hangzhou Foreign Trade and Economy Cooperation and Greater Houston Partnership<br><br>1:30 p.m. -1:40 p.m. Welcome remark by Zhejiang or Hangzhou Government leaders<br><br>(1:40-2:40 pm) Houston presentation by the Greater Houston Partnership and delegation member companies<br>2:40 - 3:00  Q and A<br>3:00 - 4:00 Individual Business Meetings | Hangzhou | All |
| 3:00 - 4:00 p.m. | Individual meetings | Hangzhou | All |
| 6:30 p.m. | Dinner | Hangzhou | All |
| **Saturday, Sept 12** | | | |
| 7:30 a.m. | Breakfast at hotel | Hangzhou | |
| 8:30 a.m. | Prospect visit or city tour | Hangzhou | Option |
| 13:00 p.m. | Depart Hangzhou to Shanghai by Van | Travel | All |
| 4:30 pm | Arrival Shanghai  Check in Hotel    PULLMAN SHANGHAI SKYWAY<br>sm9@pullmanshanghaiskyway.com<br>15 Dapu Road, Luwan District Shanghai – 200023 – China<br>中国上海市卢湾区打浦路15号 邮编 200023<br>T  +86 (21) 33 18 99 88   8717  M  +86 (0)138 17 97 49 58   F  +86 (21) 53 02 53 87<br>www.pullmanhotels.com   www.accorhotels.com.cn | Shanghai | All |
| 5:00 pm | Individual time Group options | Shanghai | Group option |
| **Sunday, Sept 13** | | | |
| 9:00 | City tour | Shanghai | Group option |
| 18:00 | River tour with some Shanghai Investment Committee | Shanghai | Group option |
| **Monday, Sept 14** | | | |
| 7:30 | | Shanghai | All |
| 8:00 | Leave | | |

| | | | |
|---|---|---|---|
| 9:00 - 10:00 a.m. | Visit Shansi | Shanghai | Ramon, jensen |
| 9:00 - 10:00 a.m. | Visit Minhang | Shanghai | Cody n group |
| 10:45 p.m -11:30 a.m. | Vsiit | | All |
| 12:00 - 1:30 | lunch | | All |
| 3:00-4:00 | Seminar: Doing Business with Houston, Texas, USA " Houston Business and Investment Opportunity and Visa issue" | Shanghai | Cody, Jensen |
| 4:00-4:30 | Depart of Commerce: Shanghai briefing | Shanghai | All |
| 5:00 - 6:30 | Dinner | Shanghai | All |
| | **Tuesday, Sept 15** | | |
| 6:00 | Cody Leaves to Airport | Shanghai | Cody |
| 9:00 | Cody's Flight | Shanghai | Cody |
| 12:45 | Group leaving | Shanghai | 6 persons |
| 3:45 p.m. | More : Shanghai, People's Republic of China (PVG) ; CO86 | Shanghai | 7 persons |
| | **Wednesday, Sept 16** | | |
| 8:00 | Breakfast with Prospects | Shanghai | JS |
| 9:00 - 5:00 p.m. | Visit Prospects | Shanghai | JS |
| | **Thursday, Sept 17** | | |
| | | | JS |
| 8:00 | Breakfast with Prospects | Shanghai | JS |
| 9:00 - 5:00 p.m. | Visit Prospects | Shanghai | JS |
| | | | JS |
| | **Friday, Sept 18 - 20** | | |
| | | | JS |
| All Day | China (Wuxi) International New Energy Expo 2009 | Wuxi | JS |
| | **Monday, Sept 21** | | |
| | | | JS |
| 3:45 p.m. | More : Shanghai, People's Republic of China (PVG) ; CO86 | Travel | JS |
| 11:11 p.m. | Arrive in Houston. CO1611 | Houston | |
| | | | JS |

Travel
Meeting

**Contact**

| Firm | Name/Cell Phone in China | E-mail |
|---|---|---|



All the World—One Region



Jensen Shen
*Director, Asia, Australia and Oceania*
*Greater Houston Partnership*

**Jensen Shen**, Director, Asia, Australia and Oceania, International Business for the Greater Houston Partnership, is responsible for promoting trade and foreign direct investment in the Houston region.

Prior to joining the Great Houston Partnership, Shen was the Regional Director - Asia/Pacific for the Office of the Governor of Texas, Economic Development and Tourism division (EDT), from 2001 – 2006.

In 2003, Governor Perry gave recognition to Jensen for building a solid foundation for Texas and China. He served as a representative for Texas in the Taiwan-United States Sister Relations Alliance (TUSA). He also was a member of the Texas- Shimane (Japan) workforce committee.

With 19 years experience in the international trade business, Shen served as Vice President and Director of Asia/Pacific Business, for AFEC Commodities, one of the leading multinational agricultural trading companies. He worked as Manager and later as Vice President for AFEC-Plexchem, affiliated with Plexchem, the largest trading company in the world in the plastic and chemical field.

He holds a Bachelors degree in Atomic Energy from Fudan University, a Masters degree of Medicine/ Doctor of Dental Surgery from the Dental School of Shanghai No. 2 Medical University, and a Masters degree in Chemistry from the University of Houston.



# ABOUT THE GREATER HOUSTON PARTNERSHIP

The Greater Houston Partnership traces its roots to Houston's original Chamber of Commerce, founded in 1840. The Partnership was formed in 1989, as a merger of the Houston Chamber of Commerce, the Houston Economic Development Council and the Houston World Trade Center.

Our principal objective is to build regional economic prosperity. We do so in a variety of ways including:

- Lobbying for legislation that favors the region's business community
- Facilitating relocations and expansions in the Houston area
- International outreach initiatives (conducting outbound business development missions and hosting inbound foreign trade delegations)
- Strategic planning

The Houston region consists of 10 counties including Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, San Jacinto and Waller.

The organization is comprised of more than 2,100 Member companies and an active 130-Member board of directors. The board and our Members at large represent a cross-spectrum of Houston's business community in terms of sectors and company size. The chairman of our board serves a rotating, one-year term. The 2009 chairman is Daniel G. Bellow, President, Jones Lang LaSalle-Houston.

*Opportunity Houston*[SM] is part of the Greater Houston Partnership's 10-year Strategic Plan which aims to create 600,000 net regional jobs, attract $60 billion in capital investment, and increase foreign trade by $120 billion for the greater Houston area. We are currently working with our regional allies to make that vision a reality.

See **www.houston.org** for more information.

Greater Houston Partnership
houston.org

1200 Smith, Suite 700 | Houston, TX 77002

Austin | Brazoria | Chambers | Fort Bend | Galveston | Harris | Liberty | Montgomery | San Jacinto | Waller

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re. Lehman Brothers Holdings Inc., et al Debtors | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Name of Debtor Against Which Claim is Held: **Lehman Brothers Holdings Inc**
Case No. of Debtor: **08-13555**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Jiansheng Jensen Shen
8502 Hornwood Dr.
Houston TX 77036
Telephone number: 7132985188   Email Address: unitedj@msn.com

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **002.50**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*

   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.   07/08, 08/25, 09/11 2009

2. **Basis for Claim:** purchased stock LEHMQ on 7/8, 8/25, 9/11 2009
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property $ _____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any
   $ _____ Basis for perfection _____
   Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☑ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ **002.50**

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain.

**FOR COURT USE ONLY**

Date: **09/21/2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Accounts & Trade > Portfolio >
History                                              Help/Glossary | Download | Print

Account   JOINT WROS (X91144754)        Name This Account

| History | Pending Transfers |

Time Period:   Jul - Sep 2008      From: [        ]  To: [        ]
Sort by:       Symbol                      ○ Ascending  ● Descending
               [Display]   ☐ Display settlements in core account

**Jul - Sep 2008 Transaction History**                       As of 09/24/2009, 3:30 AM ET

| Date | Transaction | Symbol/Desc | Details | Amount |
|---|---|---|---|---|
| 09/11/2008 | YOU BOUGHT | LEHMQ / LEHMAN BROS HLDGS CORP | | |
| Margin | | Shares: +100.000 | Price: $4.4295 | Amount: -$453.90 |
| | | | Comm: $10.95 | |
| | | Settlement Date: 09/16/2008 | | |
| 09/01/2008 | DIVIDEND RECEIVED | INTC / INTEL CORP | | |
| Margin | | | | Amount: $42.00 |
| 09/30/2008 | INTEREST EARNED | 315994103 / CASH | | |
| Cash | | | | Amount: $0.43 |
| 09/30/2008 | REINVESTMENT | 315994103 / CASH | | |
| Cash | | Shares: +0.430 | Price: $1.00 | Amount: -$0.43 |
| 08/29/2008 | INTEREST EARNED | 315994103 / CASH | | |
| Cash | | | | Amount: $0.46 |
| 08/29/2008 | REINVESTMENT | 315994103 / CASH | | |
| Cash | | Shares: +0.460 | Price: $1.00 | Amount: -$0.46 |
| 07/31/2008 | INTEREST EARNED | 315994103 / CASH | | |
| Cash | | | | Amount: $0.46 |
| 07/31/2008 | REINVESTMENT | 315994103 / CASH | | |
| Cash | | Shares: +0.460 | Price: $1.00 | Amount: -$0.46 |

Listed above is the most recent account history between 07/01/2008 and 09/30/2008. For account history prior to what can be displayed here, please check your account statements or call a Fidelity Representative at 1-800-544-6666.

Access your cost basis and gain/loss information for all your securities by clicking here



© 1998-2009 FMR LLC
All rights reserved
Terms of Use   Privacy   Security   Site Map

Accounts & Trade > Portfolio >     Help/Glossary | Download | Print
History

Account   TRADITIONAL IRA (106820687)    Name This Account

| History | Pending Transfers |
|---|---|
| Time Period: | Jul - Sep 2008    From:     to: |
| Sort by | Symbol    Ascending  ● Descending |
| Display | Display settlements in core account |

As of 09/24/2009, 3:30 AM ET

**Jul - Sep 2008 Transaction History**

| Date | Transaction | Symbol | Description | Details | Amount |
|---|---|---|---|---|---|
| 08/25/2008 | DIVIDEND RECEIVED | LEHMQ | LEHMAN BROS HLDGS CORP | | $47.60 |
| Cash | | | | | |
| 07/31/2008 | YOU BOUGHT | LEHMQ | LEHMAN BROS HLDGS CORP | Price: $17.09 | -$1,378.15 |
| Cash | | | Shares: +80.000 | Comm: $10.95 | |
| | | | Settlement Date: 08/05/2008 | | |
| 07/28/2008 | YOU BOUGHT | LEHMQ | LEHMAN BROS HLDGS CORP | Price: $16.029 | -$3,216.75 |
| Cash | | | Shares: +200.000 | Comm: $10.95 | |
| | | | Settlement Date: 07/31/2008 | | |
| 09/22/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Price: $0.7798 | $400.85 |
| Cash | | | Shares: +500.000 | Comm: $10.95 | |
| | | | Settlement Date: 09/25/2008 | | |
| 08/18/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Price: $4.6877 | -$948.49 |
| Cash | | | Shares: +200.000 | Comm: $10.95 | |
| | | | Settlement Date: 08/21/2008 | | |
| 08/14/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Price: $6.0058 | -$1,212.11 |
| Cash | | | Shares: +200.000 | Comm: $10.95 | |
| | | | Settlement Date: 08/19/2008 | | |
| 07/28/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Price: $8.289 | -$2,497.65 |
| Cash | | | Shares: +300.000 | Comm: $10.95 | |
| | | | Settlement Date: 07/31/2008 | | |
| 09/30/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | $5.71 |
| Cash | | | | | |
| 09/30/2008 | REINVESTMENT | FDRXX | FIDELITY CASH RESERVES | Price: $1.00 | -$5.71 |
| Cash | | | Shares: +5.710 | | |
| 08/29/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | $8.46 |
| Cash | | | | | |
| 08/29/2008 | REINVESTMENT | FDRXX | FIDELITY CASH RESERVES | Price: $1.00 | -$8.46 |
| Cash | | | Shares: +8.460 | | |
| 07/31/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | $14.57 |
| Cash | | | | | |

Personal Information/Address

Personal Information/Address

# Personal Information/Address

## Personal Information

| | | |
|---|---|---|
| Name | JIANSHENG JENSEN SHEN | Update |
| Date of Birth | 06/23/1944 | Update |
| Primary E-Mail Address | UNITEDJ@EMAIL.MSN.COM | Update |
| Optional E-Mail Address | | |
| Country of Citizenship | | Update |

## Personal Address/Phone

What is Personal Address/Phone?

| | | |
|---|---|---|
| Mailing Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 - 4722 | Update |
| Legal/Residential Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 | |
| Phone Numbers | 713-298-5188 (Day)<br>713-777-9576 (Evening) | |

## Address/Phone Group 1

What are Address/Phone Groups?

| | | |
|---|---|---|
| For These Accounts | JOINT WROS (X91144754)<br>TRADITIONAL IRA (106820695)<br>TRADITIONAL IRA (106820687) * | |
| Mailing Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 - 4722 | Update |
| Legal/Residential Address | | |
| Phone Numbers | 713-298-5188 ext. 0000 (Day)<br>713-777-9576 (Evening) | |

*This account has a different Legal/Residential Address than the one displayed. If you update this group's Legal/Residential Address, it will apply to all accounts in this group.



Copyright 1998 - 2009 FMR LLC
All rights reserved
Terms of Use   Privacy   Security   Site Map