The chambers of the Honorable
James M. Peck
Courtroom 601
One Bowling Green, New York
New York 10004
UNITED STATES

Huizen, The Netherlands, October 11, 2010

Court: United States Bankrupty Court
Southern District of New York

Debitor: Lehman Brothers Holdings INC.
Debtor 08-13555

Case number: 08-13555

Claim Number: 64409

Objection: Entitled to the Claim

Creditor Name: Mr J.C. Spilt.
Amount of claim $ 154,233.02
ISIN: XS0229584296

Dear Sir,

Further to your letter of September 13, 2010, I disagree with the objection. The claim should be acknowledged because I, J.C. Spilt bought the 7.25% Lehman Brothers (var) 5 october 2035 (isin code XS 0229584296) for nominal € 102,000 ($ 154,233.02) on 09/26/2005 and still holding this position in my portfolio.

Your reply can be sent to:    J.C. Spilt
Valkeveenselaan 2A
1272 ND  Huizen
The Netherlands

Yours sincerely,

J.C. Spilt
Valkeveenselaan 2A
1272 ND  HUIZEN
The Netherlands

* enclosures





# Bank ten Cate & Cie

*private banking sinds 1881*

Herengracht 130
Postbus 3960 1001 AT Amsterdam
Telefoon: 020 - 6264500
Telefax:  020 - 6251242
Bank: Kas Bank 22.36.30.047

Bank ten Cate & Cie N.V.
Herengracht 130
1015 BV  AMSTERDAM
The Netherlands

Amsterdam, The Netherlands, October 11, 2010

Dear Sir, Madam,

Bank ten Cate & Cie N.V. declares that we have the following position in custody:

7.25% Lehman Brothers (var) 5 october 2035, XS 0229584296 for nominal
€ 102.000.

In custody for: J.C. Spilt
 Valkeveenselaan 2A
 1272 ND  HUIZEN
 The Netherlands

With kind regards,

D.J. Raithel                    Q.S. Meulblok

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                        :
In re                                                   :   Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :   08-13555 (JMP)
                                                        :
                                Debtors.                :   (Jointly Administered)
                                                        :
------------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 40001 11700 MAIL ID *** 0033299300 *** BSIUSE: 194
SPILT, J.C.
VALKEVEENSELAAN 2 A
HUIZEN, 1272 ND NETHERLANDS


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>SPILT, J.C.<br>VALKEVEENSELAAN 2 A<br>HUIZEN, 1272 ND NETHERLANDS | **Claim Number:** 64409<br>**Date Filed:** 11/3/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 154,233.02 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
       New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS



MAILID *** 0008278579 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000111700 ****

SPILT, J.C.
VALKEVEENSELAAN 2 A
HUIZEN, 1272 ND THE NETHERLANDS

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | SPILT, J.C. |
| Date Received: | 11/03/2009 |
| Claim Number: | 64409 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

27 OKT 2009

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000064409 |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

J.C. Spilt
Valkeveenselaan 2 A
1272 ND Huizen
The Netherlands

Telephone number: 035-6940630  Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

035-6940630

Telephone number:  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 154,233.02 (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0229584296 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6053935 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
24180 (Euroclear Bank) (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>26-10-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>J.C. Spilt | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>NOV 0 3 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



# ABN·AMRO Private Banking

**Effecten**

Private Banking 't Gooi
Postbus 343
1400 AH BUSSUM
TEL. 0800-0240733

DE HEER J.C. SPILT EN/OF
ERVEN VAN
MEVROUW G. SPILT-MOLENAAR
VALKEVEENSELAAN 2-A
1272 ND HUIZEN

Nota koop
Opdracht gegeven via kantoor dd. 21-09-2005

| Soort effectencontract | Depotnummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 47.57.79.576 | 20.20050921.850927 | 00000047 | 22-09-2005 | 1/1 |

Wij hebben voor u gekocht op 21-09-2005
7 1/4% LEHMAN BROTHERS TREASURY 05/35    Fondscode: 084036    Beurs: EURONEXT AMSTERDAM

| Uitgevoerd nominaal | Prijs | Afrekenbedrag(EUR) |
|---|---|---|
| EUR 102.000 | 100,00% | 102.000,00 D |

Totaal geboekt van 47.57.79.576    Valutadatum 05-10-2005    102.000,00 D

---

# ABN·AMRO Private Banking

**Rekeningafschrift**

Private Banking 't Gooi
Postbus 343
1400 AH BUSSUM
TEL. 0800-0240733

DE HEER J.C. SPILT EN/OF
ERVEN VAN
MEVROUW G. SPILT-MOLENAAR
VALKEVEENSELAAN 2-A
1272 ND HUIZEN



| Soort rekening (in EUR) | | BIC | | | | |
|---|---|---|---|---|---|---|
| EFFECTENREKENING | | ABNANL2A | | | | |
| Rekeningnummer | IBAN | | Datum afschrift | Aantal bladen | Blad | Volgnr |
| 47.57.79.576 | NL63ABNA0475779576 | | 26-09-2005 | 2 | 001 | 36 |
| Vorig saldo | Nieuw saldo | | Totaal afgeschreven | Totaal bijgeschreven | | |
| 109.613,76 +/CREDIT | 8.038,92 +/CREDIT | | 102.439,33 | 864,49 | | |

| Boekdatum (Rentedatum) | Omschrijving | Bedrag af (debet) | Bedrag bij (credit) |
|---|---|---|---|
| 26-09 (24-09) | GIRO           503 NUON CCC<br>ACCEPTGIRO  52110404001379 | 391,53 | |
| 26-09 (24-09) | 43.91.47.190<br>A VAN COOTEN TANDARTS<br>2650 417 050905 | 47,80 | |
| 23-09 (24-09) | GIRO   6849726<br>SVB-VK UTR AOW/AWW -TAPE<br>SOC.VERZ.BANK<br>AOW    SEP 05  SOFI 026897921 EUR<br>BRUTO        930,17 LOONH.   -152,91<br>ZFW          -80,06 | | 697,20 |
| 22-09 | KOOP 7.25% LEHMAN TREAS35 PER | 102.000,00 | |