# *Néstor de Jesús*

Calle Reina Ana #163
La Villa de Torrimar
Guaynabo, Puerto Rico 00969

October 12, 2010

UNITES STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS, et al, Debtors

Chapter 11 Case No. 08-1355 (JMP) – (Jointly Administered)

RESPONSE TO OBJECTION TO CLAIM TO BE DISALLOWED AND EXPUNGED

<u>Creditor Name and Address:</u>
de Jesús, Néstor E.
La Villa de Torrimar
Reina Ana Street, #163
Guaynabo, Puerto Rico 00969

Claim Number: 34492
Date Filed: 9/23/2009
Debtor: 08-13555
Classification and Amount: $750,555.00

I recognize that the claim and evidentiary documents I sent were received by Equip Bankruptcy Solutions LLC (the court-approved claims agent) on the morning of September 23, 2009. I am requesting that the court consider the following facts and circumstances when determining if it will accept my request to be included with the other former Lehman Brothers employees in the claim for payment of employee compensation as provided in the Employee Restricted Stock Units Agreement.

- I am a member of a very small office in San Juan, Puerto Rico (five employees at the time). As individual former Lehman employees, we have no legal counsel in this case. The Puerto Rico employees only learned that former Lehman Brothers employees were submitting a claim for the unpaid Employee Restricted Stock Units through informal verbal communication with certain employees in the New York office at the very last moment. Indeed, as we recall, it was only on September 21st that we learned other former Lehman employees were actually submitting claims to the court for the unpaid compensation represented by the Restricted Stock Units.
- My claim was submitted via next day air delivery on September 21, 2009 (please see attached mailing UPS slip). We believed that delivery would be made on September 22nd.
- On the date of submittal (September 21st), the address we had available for Equip Bankruptcy Solutions LLC was only a Post Office Box address.
- Delivery was made the morning of September 23rd (see attached tracking report from UPS).

I ask the court to consider the particular circumstances, and not disallow or expunge my petition of claim. I will not be able to travel to New York to attend the hearing scheduled for October 27th but I'm making arrangements to participate via telephone. I do not have legal representation in this claim.

Respectfully,

*Néstor de Jesús*
Néstor de Jesús

RECEIVED
OCT 14 2010
U.S. BANKRUPTCY COURT SDNY

## *Néstor de Jesús*

Calle Reina Ana #163
La Villa de Torrimar
Guaynabo, Puerto Rico 00969

<u>List of Recepients:</u>

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andy Vélez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

# Tracking Results

**Your package has been delivered.**

| | |
|---|---|
| **Tracking Number:** | J2049932992 |
| **Status:** | **Delivered** |
| **Delivered On:** | 09/23/2009 11:07 A.M. |
| **Signed By:** | SANCHEZ |
| **Location:** | RECEPTIONIST |
| **Delivered To:** | NEW YORK, NY, US |
| **Type:** | Package |
| **Service:** | NEXT DAY AIR |

---

**UPS Next Day Air® / UPS Worldwide Express℠ — Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER:** J204 993 299 2

**① SHIPMENT FROM:**
- SHIPPER'S UPS ACCOUNT NO.: 69596W
- REFERENCE NUMBER: 16129-2764
- NAME: Nestor de Jesús
- TELEPHONE: 787-759-8907
- COMPANY: Barclays Capital
- STREET ADDRESS: 270 Muñoz Rivera, Suite 501
- CITY AND STATE: San Juan PR
- ZIP CODE: 00918

**② EXTREMELY URGENT DELIVERY TO:**
- NAME: Lehman Brothers Holdings Claims Processing
- COMPANY: c/o Epiq Bankruptcy Solutions LLC
- STREET ADDRESS: FDR Station, PO Box 5076
- CITY AND STATE: New York, NY
- ZIP CODE: 10150-5076

**③ WEIGHT** — Enter "LTR" if Letter
**④ SHIPPER RELEASE**

**⑤ TYPE OF SERVICE:** ☒ NEXT DAY AIR    ☐ EXPRESS (INT'L)
For Worldwide Express Shipments, Mark an "X" in this box if shipment only contains documents of no commercial value. ☐ DOCUMENTS ONLY

**⑥ OPTIONAL SERVICES:**
- ☐ SATURDAY PICKUP
- ☐ SATURDAY DELIVERY
- ☐ DECLARED VALUE FOR CARRIAGE
- ☐ C.O.D.

**⑦ ADDITIONAL HANDLING CHARGE:** ☐ An Additional Handling Charge applies for certain items. See instructions.

**⑧ METHOD OF PAYMENT:** ☒ BILL SHIPPER'S ACCOUNT NUMBER    ☐ BILL RECEIVER    ☐ BILL THIRD PARTY    ☐ CREDIT CARD (American Express, Diner's Club, MasterCard, Visa)    ☐ CHECK

**⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** / EXPIRATION DATE

**⑩ SHIPPER'S SIGNATURE:** X _[signature]_

DATE OF SHIPMENT: 7/21/09

010191120 1/07 S — SHIPPER'S COPY