United States Bankruptcy Court
Southern District of New York

Lehman Brothers Holdings Inc., et al., Debtors

Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered)

Oct 14, 2010

**Title of Objection:** Claim to be Disallowed & Expunged

**Name of Claimant:** Temel, Tulug T.
**Claim Number:** 40791
**Basis of Claim:** Deferred Employee Compensation

**Reason Why Claim Should Not be Disallowed:**
"Proof of Claim" documents reached me through post passed the deadline of Sep 22, 2009 and therefore I was not aware of the deadline nor the fact that this was required. Upon receiving such documents (on Oct 13, 2009) I filed at once the "Proof of Claim" documents together with supporting evidence which reached you on Oct 16, 2009. Due to the fact that the delay in post was not caused by me and it was out of my control I therefore request that my claim should not be disallowed.

Tulug Temel

**Documentation and Other Evidence of Claim:**
Already provided with the original "Proof of Claims" received by you on Oct 16, 2009.

**Claimant Contact Details:**
Temel, Tulug T.
18A Belsize Square
London NW3 4HT
United Kingdom
Tel. +44 20 7794 8415
Cell +44 7769 694 172

**Ultimate authority to reconcile, settle, or otherwise resolve the claim:**
Temel, Tulug T.



RECEIVED OCT 18 2010 U.S. BANKRUPTCY COURT, SDNY JMP