RECEIVED
BANKRUPTCY COURT, SDNY

# In re LEHMAN BROTHERS HOLDINGS INC –

## Claims to be disallowed and expunged

Dated September 13, 2010

| | |
|---|---|
| Name of Bankruptcy Court | United States Bankruptcy Court, Southern District of New York |
| Name(s) of Debtor(s) | 08-13555, Lehman Brothers Holdings Inc and its affiliates |
| Case no / title of the Objection | Chapter 11, Case No. 08-13555 (JMP), Claim No. 64244 – Claim to be disallowed and expunged |
| Name of claimant | Meltzer, Kari |
| Description of the basis for the amount of the claim | Investment in Global Podium, ISIN NO 001 0387749, total USD 86 393 (NOK 500 000), claim no. 64244 |
| Reasons why the claim should not be disallowed, expunged, reduced, or reclassified | (årsakene til at kravet ikke skal avvises; må minimum inkludere det spesifikke faktiske og juridiske grunnlaget for å motstride at kravet avvises) The claim was sent from Norway on October 23, 2009. According to the Postal Service in Norway, should this be sufficient time in order to receive the letter before November 2, 2009. It was received Nov. 3, 2009. |
| Documentation or evidence of the claim | (all dokumentasjon eller bevis for kravet utover det som er vedlagt proof of claim, og som viser hvorfor avslag på kravet motstrides) The same. |
| Address for Debtors' reply to this response, if different from the proof of claim | As in proof of claim. The same. |
| Name, address and telephone no. with authority to resolve the claim on behalf of the claimant | (kunden selv eller evnt en juridisk representant) KARI MELTZER KATTUGLEBROTET 23 5099 BERGEN NORWAY |

**FRIST:** Skriftlig svar må senest **være følgende i hende innen 18. oktober kl 16 Prevailing Eastern Time:**

- Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 60
- Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (attn: Shai Waisman, Esq.)
- Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)
- Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

Bergen, Norway 7/10-10

_Kari Meltzer_
KARI MELTZER