B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Serengeti Partners L.P.</u>                                       <u>Longacre Master Fund II, L.P.</u>
Name of Transferee                                                 Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>66556 (amending claims</u>
should be sent:                                                           <u>15084 filed on 9/17/09, and 5126 filed on 7/6/09)</u>
                                                                                    Amount of Claim:<u>$1,600,00.00</u>
Serengeti Partners L.P.                                                Date Claim Filed: <u>4/21/10</u>
c/o Serengeti Asset Management LP                         Debtor: <u>Lehman Brothers Special Financing Inc.</u>
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>212-672-2248</u>                                              Phone:
Last Four Digits of Acct #:                                         Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

608002.1/2731-00028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  10/19/10
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

608002.1/2731-00028