To the chambers of the Honorable
James M. Peck
One Bowling Green, New York
New York 10004, courtroom 601


Roosendaal, 12 th october 2010


Your reference:
Lehman Brothers Holdings Ind., ef al,
Debtors (Chapter 11 cade no. 08-135555 IMP


Your Honour,

With respect I herewith introduce myself on behalf of my company R.F.P. Robijn B.V.
a limited liability company according to Dutch Law settled at the Netherlands in Roosendaal (town)
Adress: 4706 MG Roosendaal (NL) Robijndijk 179.

On october 8th 2010 I received a notice regarding my claim I have sent tot Lehman Brothers
Holdings Inc. on october 16th 2009.

Herewith you find enclosed four addenda

1. Proof of claims with a copy of the form dated october 16th 2009

2. Acknowledgement of the receipt mentioned herebove

3. A copy of my Bank account ING, dated september 24th 2009 about the bond issued bij Lehman
   Brothers 2005/2035 ISIN code X S0218304458 with was held bij ING Bank in my portfolio.
   The amount of the claim is Euro 15.000,- (European Euro's).

4. Notice form the U.S. Bankruptcy court Southern District A New York dated but not signed
   September 13, 2010 New York that the claim is expunged. (I understand not admitted)


The reason that the claim will be or is disallowed and expunged is that my claim was filed after the
november 2, 2009 bar date.
Herewith I object and want to oppose to the disallowance and expungement because to my opinion
I sent the claim in the right time and by registered post more than fourteen days before the closing
of the bar date order.

The reason that the claim was not filed before november 16, 2009 is unknown for me but is
definitely not due to circumstances in my sphere of influence.
Probably there were too many claims received at the same time at the Processing Center and it is
not justified that this fact is at my risk.

Please consider in your judgment/sentence that I am not familiar with the (North) American Legal
system and that I was not informed about the final bar date (order).

Finally I friendly request to you to take consideration that nor the interests of LBHI nor other
(former) share or stakeholders will be violated if my claim yet will be allowed.

Therefore I mean that the apparant imposed deadline is unreasonable.



Conclusion:

These are the reasons and grouds that I request you to nullity the descion of Lehman Brothers Holdings Inc. which filed their – Forty- Second Omnibus objection to my claim and order this company and/or the assigned Trustee to allow my claim as LBHI guaranteed my claim to her daughter company Lehman Brothers Treasury (LBT) at the Netherlands.

If I was formally to late with my claim I respectfully request to admitt the claim yet.
Finally I want to participate in a hearing telephonically.
I send a copy to all the persons mentioned in page 2 of the notice september 13, 2010.

Yours Truly

R.F.P. Robijn B.V.
(a limited liability company)
Mr. J.J.C.M. Willemen
only shareholder and director
Robijndijk 179
4706 MG Roosendaal
Netherlands

Gsm Telephone: (0)0031 653357929