# ING

| | |
|---|---|
| Kantooradres / Branch address<br>ING Servicelijn<br>Postbus 1800<br>locatiecode FP A 02.14<br>1000 BV Amsterdam | Telefoon / Telephone<br>0800-7011 |

Postbus 1800, 1000 BV Amsterdam, FP A 02.14

R.F.P. Robyn B.V.

Robijndijk 179
4706 MG ROOSENDAAL

Datum / Date
24-09-2009

Rekeningnr. / Account No.
66.76.96.539

Depotnr. / Depot No.
085.1639

Blad / Page
1

Lehman Brothers

Geachte heer/mevrouw,

Volgens onze administratie heeft u obligaties Lehman Brothers 2005/2035 (ISIN-code XS0218304458) in uw portefeuille. De laatst bij ons bekende koers is 39%. Dit was de slotkoers van 8 september 2008 op Euronext Amsterdam. Uw positie op 15 september 2008 staat onder aan deze brief.

Faillissement Lehman Brothers Treasury
Deze effecten zijn uitgegeven door Lehman Brothers Treasury (LBT). Het faillissement van LBT is uitgesproken op 8 oktober 2008.

Rol van ING
ING zal niet namens u een claim indienen bij de curator. Deze brief is uitsluitend bedoeld om onze kennis over de afwikkeling van het faillissement van LBT met u te delen. De informatie in deze brief is afkomstig van derden, ING staat daarom niet in voor de juistheid en/of volledigheid van deze informatie.

Uw rol
U bent zelf verantwoordelijk voor het indienen van uw claim bij de curator en het verzamelen van de daarvoor benodigde informatie. U mag de informatie in deze brief, zonder eigen onderzoek, niet voor juist en/of volledig aannemen. Ook bent u er zelf voor verantwoordelijk dat u uw vordering tijdig bij de curator indient. Doet u dat niet dan kunt u later geen aanspraak maken op een eventuele uitkering uit de failliete boedel.

Wat kunt u nu doen?
Op dit moment is het ING nog niet duidelijk hoe u een claim kunt indienen bij LBT. Wilt u op de hoogte gehouden worden, stuur dan een email naar de curator info.lbtreasurybv@houthoff.com.

Naast LBT kunt u ook bij Lehman Brothers Holding International (LBHI) een vordering indienen.

Wilt u een vordering bij LBHI indienen dan moet u nu twee dingen doen:
1. Geef ons uiterlijk 8 oktober 10.00 uur de opdracht om de hierboven genoemde effecten te blokkeren. Dit kan telefonisch via 0900 0664 (10 cent per minuut). Na 3 werkdagen kunt u opnieuw bellen met dit nummer en ontvangt u van ons uw unieke Euroclear Bank Electronic Reference Number. Dit nummer heeft u nodig voor het formulier dat u zelf bij LBHI kunt inleveren (zie stap 2).
2. Stuur ruim voor 2 november 2009 een volledig ingevulde Lehman Securities Programs Proof of Claim naar de US Bankruptcy Court in New York. Dit formulier