

Arete Research, LLC
3 Post Office Square, Fl. 7
Boston, MA 02109
Tel: +1 617.357.4800
Fax: +1 617.357.4809

October 11, 2010

OCT 1 5 2010

by first class mail and facsimile
Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE:   Lehman Brothers Holdings, Inc., et. Al
      Chapter 11 Case No. 08-13555 (JMP)
      Notice of Hearing on Debtors' Forty-Sixth Omnibus Objection to Claims

Dear Sir or Madam:

Please be advised that, Anthony Graziano, President of Arete Research LLC (Claim #6262) has arranged to telephonically participate in the hearing scheduled for November 10th at 10:00 am.

Please contact me at 617-357-4800 with any questions or concerns.

Sincerely,

Barbara Boehler
Compliance Officer

cc:   The Honorable James M. Peck
      Weil, Gotshal & Manges LLP (Attn: Shai Weisman, Esq.)
      The Office of the U.S. Trustee (Attn: Andy Velez-Rivera, Esq., Paul Schwartzber, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq.; and Tracy Hope Davis, Esq.)
      Milbank, Tweed, Hadley and McCloy LLP (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)