William Skolnick
68 Seacord Rd.
New Rochelle, N.Y. 10804
914-420-6975

October 12, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, N.Y. 10004

United States Bankruptcy Court
Southern District of New York
In Re; Lehman Brothers Holdings Inc. Et al ; Debtors

Chapter 11 Case No 08-13555( JMP)

Creditor;
William Skolnick
68 Seacord Rd.
New Rochelle, N.Y. 10804
**Claim Number 6598**

You will see from the attached documentation, that the claim was recorded late due to clerical confusion as to where the claim was originally mailed overnight. The claim was mailed by fedex overnight within the appropriate time , but given the material that I originally received from Epiq (enclosed), the claim was mailed overnight to Beaverton Oregon , which was the address for Lehman Brothers Inc. not Lehman Brothers Holdings. There was no one at Lehman Brothers Inc that was able to help me & initially the many people I spoke to at Epiq couldn't help me either. I have included all the appropriate documentation backing up my claims and my attempt to meet the formal deadline.

My claim should not be disallowed or expunged given the documentation I have provided showing that my claim was filed on time and in good faith.

Thank you for your consideration

*William Skolnick* /s/
William Skolnick

RECEIVED
OCT 14 2010
U.S. BANKRUPTCY COURT, SDNY
JMP



FedEx US Airbill

FedEx Tracking Number: 8671 1281 2909

**1 From**
Date: 9/24/08
Sender's FedEx Account Number: 1601-6694-0
Sender's Name: William Sanuk
Phone: (212) 907-4000
Company: OPPENHEIMER & CO. INC
Address: 200 PARK AVE FL 35
City: NEW YORK   State: NY   ZIP: 10166-2599

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Lehman Brothers Inc Claims Process
Phone: (646) 282-2500
Company: c/o Epiq Bankruptcy Solutions
Recipient's Address: 10300 SW Allen Blvd
City: Beaverton   State: OR   ZIP: 97005

0388375257

**4a Express Package Service** — Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

519

## Detailed Results

| Detailed Results | Notifications |
|---|---|

Enter tracking number

Tracking no.: 867112812909

**Delivered**

Initiated — Picked up — In transit — Delivered

Delivered
Signed for by: B.HOUK

**Shipment Dates**

Ship date  Sep 21, 2009
Delivery date  Sep 22, 2009 8:42 AM

**Destination**

Signature Proof of Delivery

### Shipment Facts

| Service type | Priority Envelope | Delivered to Reference | Shipping/Receiving G74 |
|---|---|---|---|

### Shipment Travel History

Select time zone: Select           Select time form

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 22, 2009 8:42 AM | **Delivered** | | |
| Sep 22, 2009 7:51 AM | On FedEx vehicle for delivery | LAKE OSWEGO, OR | |
| Sep 22, 2009 7:32 AM | At local FedEx facility | LAKE OSWEGO, OR | |
| Sep 22, 2009 5:41 AM | At dest sort facility | PORTLAND, OR | |
| Sep 22, 2009 3:39 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 21, 2009 11:23 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 21, 2009 11:47 PM | Departed FedEx location | NEWARK, NJ | |
| Sep 21, 2009 8:03 PM | Left FedEx origin facility | NEW YORK, NY | |
| Sep 21, 2009 4:31 PM | Picked up | NEW YORK, NY | |

William Skolnick
68 Seacord Rd.
New Rochelle, N.Y. 10804
914-420-6975

September 21, 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O.Box 5076
New York, N.Y. 10150-5076

To Whom It May Concern:

I am a former Lehman Brothers Employees, I worked in Equity sales in the Middle Market group and my compensation was commissioned based, payable on a monthly basis.

I have submitted claims for Adjusted Compensation, Equity Accrual and Restricted Stock Units.

The attached Sales compensation form came directly from Lehman Brothers Sales Comp system and I trust you can confirm the amounts on that system.

The attached worksheet highlights **Adjustment to Production** of $238,816.36 – Representing production that was held for payment but never payed.**Equity Accrual Calculation** of $44,084 represents real earned income, as it was compensation that was earned, taken out of compensation and kept in accrual to ultimately purchase stock which of course was not to be in 2008. **Restricted Stock Units** that was valued at date of grant at $499,064.

Thank you for your consideration

Sincerely

*[signature]*
William Skolnick

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

WILLIAM SLOTNICK
68 SEACORD RD.
NEW ROCHELLE, N.Y. 10804

Telephone number: 914-420-6975   Email Address: WMS70@OPTONLINE.NET

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ _____
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: EMPLOYEE
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
   Describe: RESTRICTED STOCK UNITS / EQUITY AWARD & ADJ. 10 PREVIOUSLY
   Value of Property: $ _____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: $ 781,964

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 9/2/09

Signature: William Slotnick

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Name: 10205046 - WILLIAM SKOLNICK
From: 12/1/2007 To: 11/30/08
Future payout trades

| | Year Total | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Production | 4,711,230.60 | 178,862.84 | 320,798.88 | 404,470.40 | 426,286.28 | 687,992.29 | 543,214.47 | 607,436.81 | 487,040.27 | 479,592.85 | 575,535.52 |
| Net Production | 654,474.30 | 28,985.36 | 53,268.17 | 64,206.63 | 60,353.94 | 83,314.11 | 72,388.36 | 82,160.85 | 65,063.41 | 72,677.29 | 72,056.18 |
| Average Rate (%) | 13.89 | 16.25 | 16.6 | 15.87 | 14.16 | 12.11 | 13.33 | 13.53 | 13.33 | 15.15 | 12.52 |
| Prior Months -Deficit/Overage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adj to Net Production | -238,816.36 | 0 | -13,556.67 | -17,249.19 | -19,138.33 | -45,702.11 | -35,323.66 | -35,583.09 | -27,468.86 | -17,932.97 | -36,863.49 |
| Monthly Payout Balance | | 28,985.36 | 39,711.50 | 46,957.45 | 41,217.61 | 37,612.00 | 37,064.70 | 46,577.76 | 37,594.55 | 64,744.32 | 35,192.69 |
| Draw Amount | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Sales Compensation | 415,657.94 | 28,985.36 | 39,711.50 | 46,957.45 | 41,217.61 | 37,612.00 | 37,064.70 | 46,577.76 | 37,594.55 | 64,744.32 | 35,192.69 |
| Cash Commissions | 342,587.89 | 0 | 35,561.19 | 41,140.57 | 36,720.89 | 33,944.57 | 33,523.15 | 40,848.21 | 33,931.14 | 55,208.71 | 31,709.45 |
| Equity Accrual Calculated | 44,084.69 | 0 | 4,150.31 | 5,816.88 | 4,496.72 | 3,667.43 | 3,541.55 | 5,729.55 | 3,663.41 | 9,535.61 | 3,483.24 |
| Recorded Total Sales Compensation | 386,672.58 | 0 | 39,711.50 | 46,957.45 | 41,217.61 | 37,612.00 | 37,064.70 | 46,577.76 | 37,594.55 | 64,744.32 | 35,192.69 |
| -Deficit/Overage | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**LEHMAN BROTHERS | LehmanLive**

Data as of August 31, 2008                                                                                                    10205046 William M. Skolnick

## AWARD UNITS' OUTSTANDING

| Grant Date | Grant Description | Grant Price | Grant Value[2] | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested[3] | Units Outstanding | Market Value at $3.65[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.9600 | $11,848 | 11/30/2011 | 565.28 | 7.14 | 0.00 | 0.00 | 572.42 | $2,089 |
| 12/07/2007 | 2007 IR Firmwide Principal | $47.6000 | $177,767 | 11/30/2012 | 3,734.60 | 76.92 | 0.00 | 0.00 | 3,811.52 | $13,912 |
| 12/07/2007 | 2007 IR Firmwide Discount | $47.6000 | $59,256 | 11/30/2012 | 1,244.87 | 25.65 | 0.00 | 0.00 | 1,270.52 | $4,637 |
| 12/08/2006 | 2006 IR Firmwide Principal | $57.7700 | $65,919 | 11/30/2011 | 1,141.06 | 33.77 | 0.00 | 0.00 | 1,174.83 | $4,288 |
| 12/08/2006 | 2006 IR Firmwide Discount | $57.7700 | $21,973 | 11/30/2011 | 380.36 | 11.25 | 0.00 | 0.00 | 391.61 | $1,429 |
| 11/30/2005 | 2005 IR Firmwide Principal | $47.2500 | $62,143 | 11/30/2010 | 1,315.20 | 48.25 | 0.00 | 1,363.45 | 1,363.45 | $4,977 |
| 11/30/2005 | 2005 IR Firmwide Discount | $47.2500 | $20,714 | 11/30/2010 | 438.40 | 16.05 | 0.00 | 0.00 | 454.45 | $1,659 |
| 12/09/2004 | 2004 IR Firmwide Principal | $32.1750 | $30,888 | 11/30/2009 | 960.00 | 43.12 | 0.00 | 1,003.12 | 1,003.12 | $3,661 |
| 12/09/2004 | 2004 IR Firmwide Discount | $32.1750 | $10,296 | 11/30/2009 | 320.00 | 14.30 | 0.00 | 0.00 | 334.30 | $1,220 |
| 12/10/2003 | 2003 IR Firmwide Principal | $26.7700 | $28,695 | 11/30/2008 | 1,071.90 | 57.18 | 0.00 | 1,129.08 | 1,129.08 | $4,121 |
| 12/10/2003 | 2003 IR Firmwide Discount | $26.7700 | $9,565 | 11/30/2008 | 357.30 | 19.15 | 0.00 | 0.00 | 376.45 | $1,374 |
| Total | | | $499,064 | | 11,528.97 | 352.78 | 0.00 | 3,495.65 | 11,881.75 | $43,367 |
| Total Equity | | | | | | | | | | $43,367 |

[1] Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (04:00 PM EDT on September 12 2008)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

*LBJ*

*[signature]*

William Skolnick
68 Seacord Rd.
New Rochelle, N.Y. 10804
914-420-6975

December 17, 2009

Bridget Gallerie
Director, Client Services
Epiq Systems
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
New York, NY 10017

Dear Bridget,

Thank you very much for your help in trying to clear up the confusion regarding my claim. As we discussed and I have included in this fax, my claim form that I thought (and still believe) I included in filing the original claim in September to Lehman Brother Holdings which I unfortunately Fedexd in error to Lehman Bothers Inc Inc.

I hope that my claim to Lehman Brothers Holding will be submitted & accepted.

Thank you for your help

Happy Holidays

William Skolnick