**To:**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
The Chambers of the Honorable James M. Peck
ONE BOWLING GREEN   NEW YORK, NY 10004   COURTROOM 601

**CLAIMANT:**   ROBERT DIMEGLIO
344 E. 28TH STREET
NEW YORK, N.Y. 10016

**CHAPTER 11 CASE NO:** 08-13555 (JMP)
**CLAIM NUMBER:**   65508
**DEBTOR:**   08-13555

**CLASSIFICATION AND AMOUNT:**   $12,960

October 12, 2010

Dear Sir / Madam:

**THE CLAIMANT ALLEGES THAT THIS CLAIM SHOULD NOT BE DISALLOWED, EXPUNGED, REDUCED, OR RECLASSIFIED FOR THE REASONS SET FORTH:**

The claimant was instructed by his broker International Assets Advisory LLC to contact Julie J. Becker of Wilmington Trust FSB in order to settle this claim. On 4.5.09 Wilmington Trust FSB instructed claimant to file a Trustee's Mailing Matrix, stating this was all that was needed to file claim. A Trustee's Mailing Matrix was completed and filed by claimant on 4.8.09 in a timely manner as per instructions. At this time, Wilmington Trust FSB informed the claimant to wait to receive word of any status updates regarding this claim; the claimant would be contacted and no further action by claimant was necessary.

Subsequently, Wilmington Trust FSB never contacted or informed the claimant as to any status updates regarding the claim as promised. No letters were sent by mail, emails, or phone contacts made. Claimant attempted to contact Wilmington Trust FSB and International Assets Advisory LLC many times over the next several months without receiving any further instructions or definitive useful information.

Frustrated by the futility of the situation, the claimant opted to search online for any useful information and status updates. Only through happenstance claimant stumbled upon www.epiqsystems.com – AND THERE found out for the <u>FIRST time</u> that a claim had NOT been filed – by noticing the correct claim form.

Notwithstanding, the claimant immediately followed all instructions and filed the proper claim form through www.epiqsystems.com ON TIME by the deadline of 11.2.09 stated on their website.

**The claimant should not be faulted and this claim should not be disallowed as the claimant was misdirected and misinformed regarding the entire claims process from all parties from the onset.** Note that claimant never received ANY

instructions or notification in writing by mail, email, or by phone contact from Lehman Brothers Holdings, Inc. or from any involved parties representing Lehman Brothers Holdings, Inc. that claimant needed to take any further action to file a claim or instructions of how such claims should be filed.

    Claimant was unaware as he never received any notification in writing by mail, email, or by telephone from Lehman Brothers Holdings, Inc. or from any involved parties representing Lehman Brothers Holdings, Inc. that there was a strict September 22, 2009 deadline for filing proofs of claim. As previously noted, claimant was initially misinformed by party representing Lehman Brothers Holdings, Inc. that Trustee's Mailing Matrix he filed and sent by certified mail on 4.8.09 was all that was sufficient to filing a claim.

Dated:    New York, New York
October 12, 2010

Yours Truly,

X _____

Robert DiMeglio, Claimant