UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re                                   : Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  : 08-13555 (JMP)
                                        :
Debtors.                                : (Jointly Administered)
----------------------------------------X

THIS IS A RESPONSE TO THE

"NOTICE OF HEARING ON DEBTORS' FORTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)"
DATED: September 13, 2010

| CLAIM | |
|---|---|
| **Creditor Name and Address:**<br>Smejkal, Frank<br>1305 Beverly Street<br>Houston, TX 77008 | Claim Number: 34673<br><br>Date Filed: 9/23/2009<br><br>Debtor: 08-13555<br><br>Classification and Amount: UNSECURED $250,000.00 |

This filing is made to evidence my objection to the disallowance, expungment, reduction or reclassification of my claim(s) listed above under CLAIM 34673, and by this response I am filing with the Court and serving the parties listed in the notice described above. This filing is made in response to the OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS) dated September 13, 2010.

On or about September 21, 2009 I filed a proof of claim in the above styled action which was accepted by the court. On or about September 24, 2010 I received notice that the claim had been disallowed as a result of a late filing. By this filing, I request the court to reconsider the disallowance of the claim based on the late filing.

The claim(s) listed above should not be disallowed, expunged, reduced or reclassified due to the fact despite the good faith efforts to file the claim before the September 22, 2009 bar date, the mail was inadvertently delivered a day late. This was despite my good faith efforts to ensure timely delivery through proper expedited postage and handling. In support of the foregoing, please find the enclosed copy of the EXPRESS MAIL receipt that has a Scheduled Date of Delivery of 9/22/2010 and a Scheduled Time of Delivery by Noon to support this filing. For all other documentation for the claim please see the proof of claim previously filed with the Bankruptcy Court. Further, there should be no prejudice by allowing this claim.

For the foregoing reasons, I request that the claim be reinstated and not subject to the Omnibus Objection to Claims for Late Filing.

Dated: October 08, 2010

/s/ Frank Smejkal

Frank Smejkal
1305 Beverly Street
Houston, Texas 77008
(713)705-2772

**EXPRESS MAIL** — Customer Copy, Label 11-B, March 2004
UNITED STATES POSTAL SERVICE — Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 77024
- Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
- Postage: $17.50
- Date Accepted: Mo. 9 Day 21 Year 09
- Scheduled Date of Delivery: Month 9 Day 22
- Return Receipt Fee: $
- Time Accepted: 9:27 ☒ AM ☐ PM
- Scheduled Time of Delivery: ☒ Noon ☐ 3 PM
- Military: ☐ 2nd Day ☐ 3rd Day
- COD Fee: $
- Insurance Fee: $
- Total Postage & Fees: $17.50
- Flat Rate ☐ or Weight: lbs. __ ozs. 4
- Int'l Alpha Country Code:
- Acceptance Emp. Initials: RR

Barcode: EH 924592191 US

**DELIVERY (POSTAL USE ONLY)** — Delivery Attempt / Time / AM-PM / Employee Signature (blank)

**CUSTOMER USE ONLY**
- PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No.
- Federal Agency Acct. No. or Postal Service Acct. No.
- ☐ WAIVER OF SIGNATURE (Domestic Mail Only)
- NO DELIVERY: ☐ Weekend ☐ Holiday
- Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )
SMEJKAL
1305 BEVERLY STREET
HOUSTON TX 77008

**TO:** (PLEASE PRINT) PHONE ( )
Epiq Bankruptcy Solutions, LLC
ATTN: LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING
757 THIRD AVENUE, 3rd FLOOR
NEW YORK, NEW YORK
ZIP+4: 10017+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811