

Francisco Coca Vañó
Dulce Mª de Azcoitia Otamendi
c/ Manuel del Valle 16, 5 Dcha.
28043 MADRID (SPAIN)

October 12, 2010

SUBJECT: OPPOSITION TO CLAIM DISALLOWANCE AND EXPUNGEMENT

Please take notice that, with this writing, we DO OPPOSE the disallowance, expungement, reduction or reclassification of our Claim.

i.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
LEHMAN BROTHERS HOLDINGS INC.
Chapter 11 Case No. 08-13555 (JMP)
Objection:    Late-Filed Lehman Programs Securities Claims

ii.

Creditor Name and Address:
    Coca Vañó, Francisco José
    de Azcoitia Otamendi, Dulce Mª
    c/ Manuel del Valle 16, 5 Dcha.
    MADRID, 28043 SPAIN
Claim number:    64495
Debtor:    08-13555
Amount of claim:    $ 71,358.36



iii.

Please take notice that we DO OPPOSE the disallowance, expungement, reduction or reclassification of our Claim listed above due to the following:

    A. We received from Lloyds TSB Bank plc (our depositing bank) the Proof of Claim on October 6, 2009.

    B. Once translated into Spanish and requested data obtained, we fulfilled the Proof of Claim and we sent it on October 20, 2009 by certified mail, as per the copy attached.

    C. Subsequently, the Acknowledgement of Receipt of Proof of Claim dated January

19, 2010, was received by us a few days later.

D. No further notice was received until September 17, 2010, when we received the Late-Filed Lehman Programs Securities Claims dated last September 13, 2010 (just 4 days after), rejecting our claim and giving us a deadline of October 18, 2010 for this opposition.

It is not admissible that an entity as Lehman Brothers Holdings Inc., widely known for its prestige, seriousness and professionalism, due to bankruptcy it objects to our legitimate rights based on less than 24 hours delay (which delay, regretfully, we cannot verify nor understand such an enormous delay, especially when your "Late-Filed Lehman Programs Securities Claims" notice dated on September 13, 2010 took only 4 days) and therefore we do request that a revision of this Claim takes place.

iv.

ATTACHEMENTS

1. Spanish Post Office (Correos) submission date - October 20, 2009.
2. Fulfilled Proof of Claim - October 20, 2009.

v.

The Debtor must return and reply to our response to:

Coca Vañó, Francisco José
de Azcoitia Otamendi, Dulce Mª
c/ Manuel del Valle 16, 5 Dcha.
MADRID, 28043 SPAIN

vi.



The people possessing the ultimate authority to reconcile, settle or otherwise resolve the claim are:

Coca Vañó, Francisco José
de Azcoitia Otamendi, Dulce Mª
c/ Manuel del Valle 16, 5 Dcha.
MADRID, 28043 SPAIN
Telephone: +34 91 415 03 13
E-mail address: cocaazcoitia@ya.com

In summary, we consider that being in possession of Lehman's Bonds, legally issued, and having now to suffer the unfortunate loss of a part of our savings, it is completely unreasonable that due to a possible delay of less than 24 hours from third parties delay (Spain and/or US post offices), out of our control we lose our right, as Bond owners, to claim the debt.

2/3

Yours very truly,

*[signature: Dulce Mª de Azcoitia]*

de Azcoitia Otamendi, Dulce Mª
c/ Manuel del Valle 16, 5 Dcha.
MADRID, 28043 SPAIN

This statement is being addressed to:

a. The Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601.

b. Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn.: Shai Waisman, Esq.).

c. United States Trustee for the Southern District of New York, 33 Whitehall Street 21st Floor, New York, New York 10004 (Attn.: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)

d. Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)




RR51772508 1ES

**REMITENTE**
D Francisco [illegible]     NIF [illegible]

**DESTINATARIO**
D Lehman Brothers Holdings Claims Processing
C/ c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O. Box [illegible]    Nº    Piso
Población New York  New York  10150-5076
CP □□□□□  Provincia         País USA

Carta Certificada
Fecha: 20/10/2009
Peso: 11 gr
Hora: 11:58
Importe: 3,02 €

Sello de fechas o validación mecánica
www.correos.es

ESPACIO A RELLENAR POR CORREOS
CLASE: Carta / Paquete Postal / Paquete Azul
PESO: grs
MODALIDAD: Urgente / ☐ Reembolso Internacional
Importe €
Aviso de Recibo / Asegurada / Importe €

SAP 400232 / Gandolfo-2009

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

COCA VAÑO, FRANCISCO JOSÉ
C/MANUEL DEL VALLE, 16, 5° DCHA
28043 - MADRID (SPAIN)

Telephone number: 914150313   Email Address: cocaazcoitia@ya.com

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 71.358,359999999995** (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0229269856** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA65607** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 52634** (Required)

**FOR COURT USE ONLY**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 20/10/2009 | [signature] |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571