Hearing Date: November 17, 2010, at 10:00 a.m.
Objection Deadline: November 10. 2010, at 4:00 p.m.

Howard J. Weg (Cal. State Bar No. 091057)
   Admitted Pro Hac Vice
David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Cascade Investment, L.L.C.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                  :

**In re:**                                  :         **Chapter 11 Case**

                                  :

**LEHMAN BROTHERS HOLDINGS INC.,**  :
*et al.*,                                :         **Case No. 08-13555 (JMP)**

                                  :
                                  :         **(Jointly Administered)**
             **Debtors**           :
-----------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

       Daniel Marcus, certifies as follows:

    1.     I am a paralegal employed by the law firm of Peitzman, Weg &

Kempinsky LLP, counsel to Cascade Investment, L.L.C. in the above captioned case.

    2.     On October 19, 2010, I caused a copy of the:

               Notice of Motion and Motion of Cascade Investment, L.L.C. for
               Leave to Conduct Discovery of (1) The Debtors, and (2) JPMorgan
               Chase Bank, N.A. Pursuant to Federal Rule of Bankruptcy
               Procedure 2004 and [Proposed] Order

1

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases. (v) Wachtell, Lipton, Rosen & Katz, 51 Sest 52nd Street New York, NY 10019 (Attn: Harold S. Novikoff and Amy R. Wolf, Esq.), attorneys for Defendant JMPorgan Chase Bank, N.A.

3. On October 19, 2010, I caused a copy of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 19, 2010

/s/ Daniel Marcus
Daniel Marcus

2