MARITTA KNÖLLER
Kurpfalzstrasse 10
67133 Maxdorf
Germany

Tel.: 0049 - (0)6237 - 80529
Fax: 0049 - (0)6237 - 920529

Maxdorf, 7th October 2010

The Chambers of the Honorable
James M. Peck
Courtroom 601
One Bowling Green
New York 10004
USA



RECEIVED

OCT 1 2 2010

U.S. BANKRUPTCY COURT, SDNY
JMP

### Re: Chapter 11 / Lehman Brothers Holdings Inc.

Dear Judge Peck,

As creditor of Lehman Brothers Holdings Inc. Mrs. Maritta Knöller hereby files a written response with the court to the Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection"), which was filed on September 13, 2010 by Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). I am writing this response, so that the claim of Maritta Knöller against Lehman Brothers Holdings Inc. will not be disallowed and expunged by the Bankruptcy Court.

(i)    **Name of the Bankruptcy Court:**
United States Bankruptcy Court for the Southern District of New York

**Name of the Debtors:**
Lehman Brothers Holdings Inc., et al.

**Case Number:**
Chapter 11 Case No. 08-13555 (JMP)

**Title of the Objection to which the response is directed:**
Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)

(ii)   **Name of the Claimant:**
Peter Knöller / Maritta Knöller

**Description of the basis for the amount of the claim:**
Unsecured: $ 64,805.65 (exchange rate as applicable on September 15, 2008)
Claim Number: 64248
C-Quadrat Best Entry Fox Note
International Securities Identification Number (ISIN): DE000A064LS9

**(iii) Statement including the reasons why the claim should not be disallowed and expunged:**

I, Claus-Peter Knöller, am writing for and on behalf of my parents Peter Knöller (died March 8, 2009) and Maritta Knöller, who are creditors of Lehman Brothers Holdings Inc., as they hold the "7yr Best Entry Note" (ISIN DE000A0G4LS9), issued by the affiliate Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holdings Inc.. Mr. Peter Knöller died in 2009 (see attachment). Maritta Knöller is the sole heir of her husband Peter Knöller, and therefore the sole holder of the securities.

In my statement I will explain the specific factual and legal bases upon which Maritta Knöller relies in opposing the "Objection". I understand that the "Objection" alleges that the claim of Maritta Knöller was filed on November 5, 2009 and therefore three working days too late. However, the "Lehman Securities Programs Proof of Claim" (see attachment) contains a stamp showing that the claim was received and filed by Epiq Bankruptcy Solutions, LLC on November 3, 2009. Therefore, the date shown and alleged in the "Objection" is wrong. The fact that the claim was filed one day after the deadline was not caused because of any misbehavior by Maritta Knöller and therefore it is considered as disproportionate rigidity that the claim should be disallowed and expunged.

Maritta Knöller acquired the securities on February 24, 2007 from the distribution partner of Lehman Brothers Holding Inc. in Austria the firm C-Quadrat Investment AG (Stubenring 2 / 1010 Vienna, Austria). C-Quadrat Investment AG arranged the derivative held by Maritta Knöller. This acquisition was mediated by the firm Eventus Finanzplanungs GmbH (Mallaustrasse 69-73 / 68219 Mannheim, Germany) which acted as broker. Liability for transactions mediated by Eventus Finanzplanungs GmbH (Mallaustrasse 69-73 / 68219 Mannheim, Germany) is assumed by Jung, DMS & Cie. AG (Ludwig-Ganghofer-Strasse 1 / 82031 Grünwald, Germany).

The first notice that claims based on Lehman Programs Securities against Lehman Brothers Holdings Inc. have to be filed in New York until November 2, 2009 was issued to Maritta Knöller on September 7, 2009 (see attachment) by the Augsburger Aktienbank AG (Halderstrasse 21 / 86150 Augsburg, Germany), which is the depositary bank of Maritta Knöller. The notice stated that the claims have to be filed with the original documents and not by fax or by duplicate. Furthermore, Maritta Knöller was requested to file an application with Augsburger Aktienbank AG (Halderstrasse 21 / 86150 Augsburg, Germany) in order to get the required blocking number, which she needed to file the claim in New York.

Maritta Knöller made the application to get the blocking number the day after she received the notice (September 10, 2009) (see attachment). The blocking number (necessary for the "Lehman Securities Programs Proof of Claim" under No. 3) and the Clearstream Bank Number (necessary for the "Lehman Securities Programs Proof of Claim" under No. 4) were sent with a letter from the Augsburger Aktienbank AG (Halderstrasse 21 / 86150 Augsburg, Germany) dated September 14, 2009 (see attachment). Maritta Knöller sent this information to her broker Eventus Finanzplanungs GmbH (Mallaustrasse 69-73 / 68219 Mannheim, Germany) via fax on the day she received the letter (September 15, 2009) (see attachment).

In order to file the "Lehman Securities Programs Proof of Claim" Maritta Knöller also needed the exchange rate as applicable on September 15, 2008 to state the claim amount in US dollars and the amount of the claim in general, as it was not known by the distribution partner C-Quadrat Investment AG (Stubenring 2 / 1010 Vienna, Austria), whether the claim amount was the subscribed amount of the securities (100%) or 130% of the subscribed amount due to meeting the 70% threshold. These are facts that could not be known by private clients like Maritta Knöller,

who have no profound knowledge of securities and thus are reliant on information by the issuer, their distribution partners and security brokers.

The broker Eventus Finanzplanungs GmbH (Mallaustrasse 69-73 / 68219 Mannheim, Germany) sent several emails (September 15, 2009 / September 23, 2009) to the distribution partner C-Quadrat Investment AG (Stubenring 2 / 1010 Vienna, Austria) in order to receive the necessary information (exchange rate / claim amount) (see attachment). The broker received an answer from the C-Quadrat Investment AG on October 7, 2009 after further inquiry (see attachment).

The necessary information that 130% of the subscribed amount has to be stated in the "Lehman Securities Programs Proof of Claim" due to the characteristics of this derivative was sent to Maritta Knöller by the broker Eventus Finanzplanungs GmbH (Mallaustrasse 69-73 / 68219 Mannheim, Germany) with a letter dated October 16, 2009 (see attachment). Furthermore, this letter made reference to an attached guidebook for completing the "Lehman Securities Programs Proof of Claim", especially with regard to the required exchange rate. Due to the weekend Maritta Knöller received this letter on October 20, 2009. As Maritta Knöller does not speak English, my father Peter Knöller, the former co-holder of the securities, was dead, and I studied in London (UK), she needed help with filling out the "Lehman Securities Programs Proof of Claim". Therefore, the completed "Lehman Securities Programs Proof of Claim" was sent by international registered mail on October 26, 2009 at 10.34 am in 68199 Mannheim, Germany and was received and filed in New York on November 3, 2009 (see attachment).

From our point of view there was no culpable deferral by Maritta Knöller with respect of filing her claim against Lehman Brothers Holdings Inc.. It has to be considered that she is a private client, resident in Germany, not able to speak the English language and required to rely on expert advice. The gathering of the necessary information to fill out the "Lehman Securities Programs Proof of Claim" was always promptly initiated and realized by Maritta Knöller. Due to the mail delivery time, which was necessary for every application for required information, and the cooperation with the broker, the guarantor of the broker, the distribution partner and the issuer of the securities it is very time-consuming and aligned with a lot of effort for a private client to comply with the required details in respect of the "Lehman Securities Programs Proof of Claim". Another reason for the time-consuming period to gather all necessary information was that the involved parties, especially the distribution partner C-Quadrat Investment AG (Stubenring 2 / 1010 Vienna, Austria), were very careful not to give any legal advice in order to avoid liability. This situation is dissatisfying for the protection of private clients, especially as those clients have lost their complete investment after they bought the Lehman Brothers securities from them.

Maritta Knöller sent the "Lehman Securities Programs Proof of Claim" seven days before the deadline from Germany to New York. The international certified mail was delivered to the international logistics center in Frankfurt for overseas Transport on October 27, 2009 (see attachment). Therefore, it is not appropriate to disallow and expunge claims that have been filed one day after the deadline, especially as creditor protection should be a priority in the liquidation of Lehman Brothers Holdings Inc.. Maritta Knöller is one of the creditors of Lehman Brothers Holdings Inc. and its affiliates, who invested in its complex financial products and trusted in its good market reputation, though she was finally immensely disappointed.

(iv) **Documentation and Other Evidence of the Claim:**
I have attached all the necessary documentation in order to back up the reasons set out in the statement above. Furthermore, I have also prepared working translations of these documents for your convenience. Please let me know, if you need any additional information or evidence in order to decide about the "Objection" and our response.

**(v + vi) Address and Legal Representative:**
My son Claus-Peter Knöller, born 8 July 1984, is hereby appointed as my legal representative and authorized and empowered, for and on behalf of myself, to reconcile, settle, or otherwise resolve the claim on my behalf.
His telephone number: 0049 - (0)157 – 73449046

His address (the address to which the Debtors must return any reply to this response):
Claus-Peter Knöller
Kurpfalzstrasse 10
67133 Maxdorf
Germany

Yours sincerely,

Maritta Knöller                                    Claus-Peter Knöller