**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS**
**PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000064248

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Peter und Maritta Knöller
Kurpfalzstr. 10
67133 Maxdorf ; Germany
+49 6237 80629
maritta.knoeller@gmx.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 64.805,65 (Required) (Bloomberg Schlusskurs New York)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): DE 000A0G4LS9 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA 42269 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: Clearstream 62074 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

NOV 03 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| Date.<br>26.10.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. ☒ M. Knöller |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

( Maritta Knöller )

Einlieferungsbeleg/Quittung
Bitte Beleg gut aufbewahren!

Deutsche Post AG   68199 Mannheim
85041542   8352 26.10.09   10:34

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sendungsnummer: RR 4172 7178 5DE
Einschreiben International

*Schomulter + Knölle*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sendungsnummer: RR 4172 7179 9DE
Einschreiben International

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Bruttoumsatz   16,10 EUR
umsatzsteuerbefreit nach §4 UStG A
Nettoumsatz    16,10 EUR

Servicenummer National
Telefon: 0 18 05/29 06 90
14 ct/60 Sek. im Festnetz
Mo.-Fr.8-18h

Servicenummer International
Telefon: 0 18 01/80 55 55
3,9 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h und Sa. 8-14h

Internet: www.deutschepost.de/briefstatus
Vielen Dank für Ihren Besuch.
Ihre Deutsche Post AG

☒          ☒          ☒

Mailing Receipt
Please keep this receipt!

Deutsche Post AG      68199 Mannheim
85041542      8352   26/10/2009      10:34 am


Mailing Number: RR 4172 7178 5DE
International Certified Mail

Knöller

Mailing Number: RR 4172 7179 9DE
International Certified Mail


Gross Sales      16.10 EUR
Not subject to VAT according to para 4 UStG A
Net Sales      16.10 EUR

**Home**

## Sendungsstatus

**Ihre Abfrage führte zu folgendem Ergebnis:**

**Suchkriterium:**    **RR417271799DE**

Die Sendung wurde am 27.10.2009 im internationalen Logistikzentrum Frankfurt zur
Weiterbeförderung nach Vereinigte Staaten von Amerika übergeben.

**Neue Abfrage**

Für weitere Fragen/Informationen wenden Sie sich bitte an unseren **Kundenservice
International +49 (0)18 01 / 80 55 55** Montag bis Freitag von 8-18 Uhr, Samstag von 8-14
Uhr; 3,9 ct je angefangene Minute aus den deutschen Festnetzen; höchstens 0,42 EUR pro
angefangener Minute aus den deutschen Mobilfunknetzen.

Hilfe                                                                                   **Ausdrucken**

## Mailing Status

Your request lead to the following result:

Mailing Number:            RR 4172 7179 9DE

The International Certified Mail was delivered on October 27, 2009 at the International Logistics Center Frankfurt for overseas transport to the United States of America.

## Sterbeurkunde

| | |
|---|---|
| Standesamt | Maxdorf -/- |
| Registernummer | S 27/2009 -/- |

### Verstorbener

| | |
|---|---|
| Familienname | Knöller -/- |
| Geburtsname | -/- |
| Vorname(n) | Karl Peter -/- |
| Zeitpunkt des Todes | 08.03.2009, 18:20 Uhr -/- |
| Sterbeort | Maxdorf -/- |
| Letzter Wohnsitz | Maxdorf -/- |
| Geburtstag | 28.02.1946 -/- |
| Geburtsort | Ludwigshafen am Rhein -/- |
| Religion | -/- |
| Familienstand | verheiratet -/- |

### Ehegatte

| | |
|---|---|
| Familienname | Knöller -/- |
| Geburtsname | Rizzi -/- |
| Vorname(n) | Monika Maritta -/- |

| | |
|---|---|
| Ort, Tag | Maxdorf, 20.03.2009 |
| Urkundsperson | (Beckmann, Standesbeamter) |

**Certificate of Death**

| | |
|---|---|
| Register Office: | Maxdorf |
| Register Number: | S 27/2009 |

**Dead Person:**

| | |
|---|---|
| Last Name: | Knöller |
| Birth Name: | --- |
| First Name: | Karl Peter |
| Time of Death: | March 8, 2009          6.20 pm |
| Place of Death: | Maxdorf |
| Last Place of Residence: | Maxdorf |
| Date of Birth: | February 28, 1946 |
| Place of Birth: | Ludwigshafen am Rhein |
| Religion: | --- |
| Family Status: | Married |

**Spouse:**

| | |
|---|---|
| Last Name: | Knöller |
| Birth Name: | Rizzi |
| First Name: | Monika Maritta |

| | |
|---|---|
| Place, Date | Maxdorf, March 20, 2009 |
| Commissioner of Oaths: | Beckmann, Registrar |

**Augsburger Aktienbank AG**

AUGSBURGER
# Aktienbank

Augsburger Aktienbank AG  86135 Augsburg
716//00096/07/IA/12529-09.09/0,55 EUR   K2055

Herrn und Frau
Peter und Maritta Knöller
Kurpfalzstr. 10
67133 Maxdorf

7. September 2009

## Information für die Inhaber von Lehman-Brothers-Zertifikate für die Anmeldung von Forderungen

Sehr geehrte Kunden,

die Verbraucherzentrale Bundesverband e.V. informiert auf ihrer Internetseite
http://www.vzbv.de/go/presse/1190/3/9/index.html, wie die Inhaber von Lehman-Brothers-Zertifikaten
ihre Forderungen in den USA anmelden können. Gleichzeitig werden Fristen für die Anmeldung bekannt
gegeben. Demnach müssen die **Unterlagen bis zum 02.11.2009 im Original** bei der zuständigen Stelle
eingegangen sein.

Auf Basis der durch die Verbraucherzentrale veröffentlichten betroffenen Wertpapiere ("Lehman Programs
Securities List") haben wir ermittelt, dass Sie solche Wertpapiere im Bestand haben. Sofern Sie Ihre
Ansprüche anmelden wollen, müssen Sie das veröffentlichte Formular zu jeder Wertpapierkennnummer
(WKN) ausfüllen, mit einer so genannten "Blocking-Number" ergänzen und an die genannte Adresse senden.
Die benötigte **Blocking-Number erhalten Sie auf schriftliche Anforderung** gerne von uns zugesandt.

Wir bitten Sie, uns mitzuteilen, ob Sie eine "Blocking Number" benötigen. Um die Einhaltung des
Vorlagetermins in den USA zu sichern, bitten wir um **Rückmeldung bis zum 19.10.2009.** Einzelheiten
entnehmen Sie bitte den Informationen der genannten Verbraucherzentrale.
Eine Bereitstellung bzw. Weiterleitung der betreffenden Unterlagen durch uns ist leider nicht möglich.
Die vorstehenden Angaben haben rein informativen Charakter. Eine Empfehlung ist hiermit nicht verbunden.
Die Augsburger Aktienbank AG übernimmt keine Gewähr für die Richtigkeit und Vollständigkeit des Inhaltes.

Mit freundlichen Grüßen

Augsburger Aktienbank AG

von Canal          ppa. Werkmeister

4814215600

Finanzdienstleistungen gemäß § 4 Ziffer 8 UStG sind mehrwertsteuerfrei.



Augsburger Aktienbank AG          Telefon 08 21.50 15 -0          Vorsitzender des Aufsichtsrates:          Sitz der Gesellschaft: Augsburg
Haiderstraße 21                   Telefax 08 21.50 15 -2 78      Robert Baresel                          Registergericht HRB 43

Augsburger Aktienbank AG

Mr. and Mrs.
Peter and Maritta Knöller
Kurpfalzstr. 10
67133 Maxdorf

September 7, 2009

**Information for holders of Lehman Brothers Certificates with respect to the filing of their claims**

Dear customer,

The customer advice center Bundesverband e.V. informs on their homepage http://www.vzbv.de/go/presse/1190/3/9/index.html, how the holders of Lehman Brothers Certificates can file their claims in the United States of America. At the same time deadlines are announced for the filing of the claims. According to that announcement the original documents have to be received by the proper body until November 2, 2009.

Due to the "Lehman Programs Securities List" we identified that you own such relevant securities. If you have to file your claims, you have to fill out the published form with respect to every security number (WKN), to amend a blocking number and to send this information to the published address. The required blocking number can be requested from us by a written application.

We ask you to tell us if you need a blocking number. In order to secure the compliance with the filing deadline in the US, we ask you to respond until October 19, 2009. For details please see the information of the customer advice center.
Unfortunately, we cannot provide or forward the relevant documents. These details are solely of informative nature. A recommendation is not made. The Augsburger Aktienbank AG does not take any liability for the correctness and completeness of this content.

Kind regards,

Augsburger Aktienbank AG

von Canal              ppa. Werkmeister

MARITTA KNÖLLER
Kurpfalzstraße 10
67133 Maxdorf

Tel.: (06237) 80529

Maxdorf, den 10.09.2009

Augsburger Aktienbank AG
Halderstrasse 21
86150 Augsburg

**Betreff: Blocking Number Lehman-Brothers-Zertifikate (Kundennummer 4814215)**

Sehr geehrte Damen und Herren,

meine Kundennummer bei der Augsburger Aktienbank lautet 4814215. Wie Sie mir in Ihrem Brief vom 07.09.2009 (Kopie anbei) mitgeteilt haben, müssen meine Forderungen bezüglich meiner Lehman-Brothers-Zertifikate in den USA bis zum 02.11.2009 angemeldet werden. Ich will meine Ansprüche anmelden. Daher brauche ich, wie in Ihrem Brief geschildert, eine so genannte Blocking Number. Folglich bitte ich Sie und beantrage damit, mir die erforderliche Blocking Number schnellstmöglich zu übersenden.

Vielen Dank für Ihre Mithilfe und die hoffentlich zügige Erledigung meines Antrags.

Mit freundlichen Grüßen

Maritta Knöller

MARITTA KNÖLLER
Kurpfalzstraße 10
67133 Maxdorf

Tel.: (06237) 80529

Maxdorf, 10th September 2009

Augsburger Aktienbank AG
Halderstrasse 21
86150 Augsburg

**Re: Blocking Number Lehman-Brothers-Certificate (Client Number 4814215)**

Dear Sir or Madam,

My client number at Augsburger Aktienbank AG is 4814215. As you informed me with the letter dated September 7, 2009 (copy attached), my claims regarding my Lehman Brothers Certificates have to be filed until September 2, 2009 in the US. I want to file my claims. Therefore, I need, as you said, the blocking number. This is why I hereby make an application to you to provide me with the required blocking number as soon as possible.

Thank you for your help and hopefully for the fast handling of my application.

Kind regards,

Maritta Knöller

AUGSBURGER
# Aktienbank

**Augsburger Aktienbank AG**

Augsburger Aktienbank AG  86135 Augsburg

Herr Peter Knöller
Frau Maritta Knöller
Kurpfalzstr. 10
67133 Maxdorf

14. September 2009

### Mitteilung der „Blocking-Number" für Lehman-Brothers-Zertifikate

Sehr geehrter Herr Knöller,
sehr geehrte Frau Knöller,

gerne teilen wir Ihnen mit diesem Schreiben Ihre „Blocking-Number" für Ihr Lehman-Brothers-Zertifikat
mit der ISIN DE000A0G4LS9 / WKN A0G4LS mit.

**Ihre „Blocking-Number" lautet:**          CA42269

Diese Nummer tragen Sie bitte in Ihrem Formular „Lehman Securities Programs Proof of Claim" unter
der Nummer 3 ein.

**Unsere Clearstream-Depotnummer:**          62074

Diese Nummer tragen Sie bitte in Ihrem Formular „Lehman Securities Programs Proof of Claim" unter
der Nummer 4 ein.

Mit freundlichen Grüßen

Augsburger-Aktienbank AG



Finanzdienstleistungen gemäß § 4 Ziffer 8 UStG sind mehrwertsteuerfrei.



| Augsburger Aktienbank AG | Telefon  08 21.50 15 -0 | Vorsitzender des Aufsichtsrates: | Sitz der Gesellschaft: Augsburg |
| Halderstraße 21 | Telefax  08 21.50 15 -2 78 | Robert Baresel | Registergericht HRB 43 |

Augsburger Aktienbank AG


Mr. Peter Knöller
Mrs. Maritta Knöller
Kurpfalzstr. 10
67133 Maxdorf

September 14, 2009

## Notice of the blocking number for Lehman Brothers Certificates

Dear Mr. Knöller,
Dear Mrs. Knöller,

Hereby we provide you with the blocking number for your Lehman Brothers Certificates with
the ISIN DE000A0G4LS9 / WKN A0G4LS.

Your blocking number is:    CA42269

Please fill in this number under Number 3 of the form "Lehman Securities Programs Proof of
Claim".

Our Clearstream Banking Number is:    62074

Please fill in this number under Number 4 of the form "Lehman Securities Programs Proof of
Claim".

Kind regards,

Augsburger Aktienbank AG

SENDEBERICHT

```
ZEIT  : 15/09/2009 14:42
NAME  : RIZZI&KNOELLER
FAX   : 06237920529
S-NR. : BROE8F623522
```

```
DATUM/UHRZEIT              15/09  14:41
FAX-NR./NAME               06218799860
Ü.-DAUER                   00:00:25
SEITE(N)                   01
ÜBERTR                     OK
MODUS                      FOTO
                           ECM
```

Blocking Number an
Thomas Braun gefaxt

**Transmission Report**
**Fax from Maritta Knöller to Eventus Finanzplanungs GmbH**

Time:  15/09/2009    2.42 pm
Name: RIZZI & KNOELLER
Fax:    06237920529
S-Nr.:  BROE8f623522

| Date / Time | 15/09 | 2.41 pm |
|---|---|---|
| Fax Nr. / Name | 06218799860 | |
| Transmission Duration | 00:00:25 | |
| Page(s) | 01 | |
| Transmission | OK | |
| Mode | Foto | |
| | ECM | |

Fax: 0049 (069) 710 49 89 30
r.stern@c-quadrat.com
rt@c-q.at
www.c-quadrat.at

**Von:** thomas.braun@eventus-gruppe.de [mailto:thomas.braun@eventus-gruppe.de]
**Gesendet:** Mittwoch, 23. September 2009 15.38
**An:** 'Helmut Egel'; Stern Rita
**Cc:** hartmut.maeckle@eventus-gruppe.de
**Betreff:** Forderungsanmeldung C2 Best Entry Fox
**Wichtigkeit:** Hoch

Sehr geehrter Herr Egel,
sehr geehrte Frau Stern,

auf unsere u.a. Mail vom 15.09.2009 kommen wir zurück. Die ersten Blocking Numbers und die
Depotnummer der Augsburger Aktienbank bei Clearstream liegen uns inzwischen vor. Die
entsprechenden Kunden möchten nun zeitnah ihre Forderungen anmelden, wofür diese die in unserer
Mail erbetenen Informationen zwingend benötigen.

Wir erlauben uns daher, Sie um Informationen zum aktuellen Sachstand hinsichtlich unserer Anfrage
zu bitten.

Vielen Dank und freundliche Grüße

Thomas Braun

EVENTUS Finanzplanungs GmbH
Thomas Braun, CFP

Telefon:        0621/8799-546
Fax:            0621/8799-880
Internet:       www.eventus-gruppe.de

Sitz:           Amtsgericht Mannheim; HRB 9236
Postanschrift:  Mallaustr. 69-73; 68219 Mannheim
Geschäftsführer: Diplom-Bankbetriebswirt (BA)
                Thomas Braun, CFP

-----Ursprüngliche Nachricht-----
**Von:** thomas.braun@eventus-gruppe.de [mailto:thomas.braun@eventus-gruppe.de]
**Gesendet:** Dienstag, 15. September 2009 13:00
**An:** 'Helmut Egel'; 'Stern Rita'
**Betreff:** Forderungsanmeldung C2 Best Entry Fox
**Wichtigkeit:** Hoch

Sehr geehrte Frau Stern,
sehr geehrter Herr Egel,

wie abgestimmt haben wir die über uns vermittelten Lehman Kunden informiert, auch wenn ich eine
zentral gesteuerte Vorgehensweise über das Haftungsdach bevorzugt hätte..

Zur Vervollständigung der Forderungsanmeldungen bitten wir um verbindliche Mitteilung folgender
Informationen:

1.) Wie lautet die Depotnummer der Augsburger Aktienbank bei Clearstream bzw. Euroclear ?

2.) Mit welchem Dollarkurs werden die Forderungen umgerechnet ?

3.) Sind nur die reinen Zeichnungsbeträge anzumelden oder durch Erreichen der Barrieren höhere
Werte ? (z.B. 130% der Zeichnungsbeträge wegen Erreichen der 70%
Schwelle)

Besten Dank und freundliche Grüße

Thomas Braun

EVENTUS Finanzplanungs GmbH
Thomas Braun, CFP

Telefon:        0621/8799-546
Fax:            0621/8799-860
Internet:       www.eventus-gruppe.de

Sitz:           Amtsgericht Mannheim; HRB 9236
Postanschrift:  Mallaustr. 69-73; 68219 Mannheim
Geschäftsführer:  Diplom-Bankbetriebswirt (BA)
                Thomas Braun, CFP

From: thomas.braun@eventus-gruppe.de
Sent: Wednesday, September 23, 2009       3:38 pm
Sent to: 'Hartmut Egel'; Stern Rita
CC: hartmut.maeckle@eventus-gruppe.de
Re: Filing of claims C2 Best Entry Fox
Importance: High

Dear Mr. Egel,
Dear Mrs. Stern,


We write you with regard to our email from September 15, 2009. The first blocking numbers
and banking numbers of Augsburger Aktienbank at Clearstream are now available. The
relevant clients want to promptly file their claims, but still need the necessary information,
which we requested from you in our email.

Please provide us with the requested information as soon as possible.

Thank you. Kind regards,

Thomas Braun

Eventus Finanzplanungs GmbH
Thomas Braun, CFP


---Original message---
From: thomas.braun@eventus-gruppe.de
Sent: Tuesday, September 15, 2009       1:00 pm
Sent to: 'Hartmut Egel'; Stern Rita
Re: Filing of claims C2 Best Entry Fox
Importance: High

Dear Mrs. Stern,
Dear Mr. Egel,


As discussed with you, we informed the clients mediated by us, even if we I would have
preferred a centrally controlled proceeding.

To complete the filing of claims we request the following information from you:

1) What is the Clearstream or Euroclear Bank Number of Augsburger Aktienbank?

2) What is the exchange rate applicable for the amount of the claims?

3) Do only have the subscribed amount have to be filed or higher amounts due to meeting
the threshold (e.g., 130% of the subscribed amount due to meeting the 70%
threshold)?

Thank you. Kind regards,

Thomas Braun
Eventus Finanzplanungs GmbH

## thomas.braun@eventus-gruppe.de

**Von:** Stem Rita [R.Stem@c-quadrat.com]
**Gesendet:** Mittwoch, 7. Oktober 2009 13:04
**An:** thomas.braun@eventus-gruppe.de
**Betreff:** AW: Forderungsanmeldung C2 Best Entry Fox

Hallo Thomas,

das freut mich sehr zu hören!

Ansetzen sollst Du bitten den Forderungsbetrag von 130%. Wenn also ein Kunde bei Emission EUR 2.000,- investiert hat, und somit 2 Stücke besitzt, wäre das ein Wert von EUR 2.600,-. Dieser müsste dann noch x dem angegebenen Dollar-Kurs umgerechnet werden.

Liebe Grüße und schöne Woche noch!
Rita

Rita Stem
Vertriebsdirektorin

Goethestr. 10
60313 Frankfurt am Main

Mob: 0049 (0151) 57 15 91 55
Fon: 0049 (069) 710 49 89 55
Fax: 0049 (069) 710 49 89 30
r.stem@c-quadrat.com
rt@c-q.at
www.c-quadrat.at


**Von:** thomas.braun@eventus-gruppe.de [mailto:thomas.braun@eventus-gruppe.de]
**Gesendet:** Mittwoch, 07. Oktober 2009 12:53
**An:** Stem Rita
**Betreff:** AW: Forderungsanmeldung C2 Best Entry Fox

Hallo Rita,

lieben Dank für Deine Nachfrage. Bei mir ist nur noch die Frage offen, ob der Zeichnungsbetrag oder 130% des Zeichnungsbetrages angesetzt werden sollen (wegen der Barriere). Für eine kurze Info dazu wäre ich Dir sehr dankbar. Die Ausfüllhilfe als solche ist für mich eine sehr gute Hilfe.

Danke und liebe Grüße

Thomas

EVENTUS Finanzplanungs GmbH
Thomas Braun, CFP

Telefon:      0621/8799-646
Fax:          0621/8799-660
Internet:     www.eventus-gruppe.de

Sitz:            Amtsgericht Mannheim; HRB 9236
Postanschrift:   Mallaustr. 69-73; 68219 Mannheim
Geschäftsführer: Diplom-Bankbetriebswirt (BA)


06.10.2010

thomas.braun@eventus-gruppe.de

From: Stern Rita [R.Stern@c-quadrat.com]
Sent: Wednesday, October 7, 2009        1:04 pm
Sent to: thomas.braun@eventus-gruppe.de
Re: AW: Filing of claims C2 Best Entry Fox

Hello Thomas,

That is good to hear!
130% of the subscribed amount has to be filed. If a client has invested 2000 EUR, thus owning 2 securities, this would be an amount of 2600 EUR. This has to be converted in the relevant US dollar exchange rate.

Kind regards,

Rita Stern
Sales Director

Goethestrasse 10
60313 Frankfurt am Main


From: thomas.braun@eventus-gruppe.de
Sent: Wednesday, October 7, 2009        12:53 pm
Sent to: Stern Rita
Re: AW: Filing of claims C2 Best Entry Fox

Hello Rita,

Thank you for your question. I only need to know, whether the subscribed amount or 130% of the subscribed amount have to be filed (due to the threshold). Information about this would be appreciated. The filing guidebook is a very good help.

Thank you. Kind regards,

Thomas Braun

Eventus Finanzplanungs GmbH
Thomas Braun, CFP

EVENTUS
Finanzplanungs GmbH

Mallaustr. 69-73
68219 Mannheim

Telefon (0621) 8799-546
Fax    (0621) 8799-800

EVENTUS Finanzplanungs GmbH  Mallaustr. 69-73  D-68219 Mannheim

Frau
Maritta Knöller
Kurpfalzstr. 10

67133 Maxdorf

16.10.2009
Az  EVFP-MK
Thomas Braun
Tel. 8799-546

### C-Quadrat Best Entry Fox Zertifikat (Lehman Brothers)

Sehr geehrte Frau Knöller,

auf unser per Einschreiben versandtes Schreiben in dieser Angelegenheit nehmen wir Bezug:

Anbei erhalten Sie für die Anmeldung Ihrer Forderung in den USA eine Ausfüllhilfe der Firma C-Quadrat und ein entsprechendes Anmeldeformular.

Aufgrund der Ausgestaltung dieses Zertifikates sind 130% Ihres Zeichnungsbetrages als anzumeldende Forderung für die Umrechnung in US Dollar heranzuziehen. Ein Hinweis zu dem entsprechenden US Dollarkurs finden Sie in der Ausfüllhilfe.

Bitte beachten Sie, dass die Anmeldung spätestens am 02.11.2009 in New York eingegangen sein muss.

Diese Mitteilung und deren Anlagen dienen lediglich Informationszwecken. Sie ersetzen keine Rechtsberatung und begründen keinerlei Zusage, Gewähr oder Haftung jedweder Art. Sie basieren auf uns übermittelten Informationen und erfolgen unter dem Vorbehalt einer Änderung.

Mit freundlichen Grüßen

**EVENTUS**
Finanzplanungs GmbH

Thomas Braun, CFP
Geschäftsführer

Eventus Finanzplanungs GmbH    Mallaustr. 69-73 D-68219 Mannheim


Mrs.
Maritta Knöller
Kurpfalzstr. 10

67133 Maxdorf

                                              October 16, 2009
                                              Az EVFP-MK
                                              Thomas Braun
                                              Tel. 8799-546


**C-Quadrat Best Entry Fox Certificate (Lehman Brothers)**

Dear Mrs. Knöller,

We write you with regard to our letter sent via certified mail:

Please find attached a guidebook of the firm C-Quadrat for the filing of your claims in the US
and the relevant filing form.

Due to the characteristics of the certificate 130% of the subscribed amount has to be stated as
claim amount with regard to the exchange in US dollars. A hint regarding the applicable
exchange rate can be found in the guidebook.

Please be aware that the filing form has to be filed in New York until November 2, 2009.

This notice und its attachments are only of informative character. They do not replace legal
advice and create no liability of any kind. They are based on information transmitted to us and
are made subject to change.


Kind regards,

Eventus
Finanzplanungs GmbH


Thomas Braun, CFP
Executive Director