

**Allianz**

**Global Investors**

The Chambers of the Honorable James M. Peck

One Bowling Green

Courtroom 601

New York

New York  10004

UNITED STATES

Subject : opposition to the objection of the claim referenced below

Claim References :

**Creditor Name and Adress :**
**Allianz Global Investors France SA**
**Acting on behalf of the**
**CEA PIMCO DT FUND**
**CASE POSTALE T205**
**COMPLIANCE AND LEGAL DEPARTMENT**
**20 RUE LE PELETIER**
**PARIS CEDEX 09, 75444 FRANCE**

| | |
|---|---|
| Claim Number: | 65413 |
| Date Filed: | 10/1/2009 |
| Debtor: | 08-13555 |
| Classification and Amount: | UNSECURED: $ 500,000.00 |

Paris, October 11, 2010

Dear Madame, Sir

You informed us on September 13, 2010 of the rejection of our above referenced claim, because the claim was filed after the BAR DATE ORDER (i.e. September 22, 2009) "Late Field claims". Please find attached your letter of rejection.

By this letter, we want to indicate our disagreement and opposition to this objection, because our proof of claim against LBHI was sent via the depositary/custodian of the Fund (i.e. Caceis Bank) by DHL on 16 September 2009 (see attached DHL documents sent and any related documents) and arrived within 2 or maximum 3 days later, so before September 22, 2009.

Therefore, we ask you to reconsider your objection and accept our proof of claim.

Sincerely,



RECEIVED
OCT 14 2010
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Allianz Global Investors France SA        Siège social :                    Société de gestion de portefeuille
S.A. au capital de 10 159 600 euros      20, rue Le Peletier               Agréée par la Commission des
382 820 252 RCS Paris                    75444 Paris Cedex 09              Opérations de Bourse le 30 Juin 1997

**Allianz** (ⅲ)

**Global Investors**

ALLIANZ GLOBAL INVESTORS actiong on behalf a for the account of the Funds CEA PIMCO DT

Sylvie Bernard

Johann Gaulier

Enclosed :     DHL DOX
               DHL Letter

This letter was sent also to : Attorneys of the Debtors,Weil Gotschal & Manges LLP ; The Office of the Unites
States Trustee for the Southern District of New York ; Attorneys for the official committee of unsecured
creditors appointed in these cases Milbank, Tweed Hadley & Mc Cloy LLP.

Allianz Global Investors France SA          Siège social :                Société de gestion de portefeuille
S.A. au capital de 10 159 600 euros         20, rue Le Peletier           Agréée par la Commission des
382 820 252 RCS Paris                       75444 Paris Cedex 09          Opérations de Bourse le 30 Juin 1997

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
-------------------------------------------------------------x

LBH OMNI40 09-13-2010 (MERGE2,TXNUM2) 4000112216 MAIL ID *** 0033297845 *** BSJUSE: 20

ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHALF OF
THE FUND CEA
PIMCO DT FUND
CASE POSTALE T 205
ATTN:RADIA KROURI, HEAD OF LEGAL DEPARTMENT
20, RUE LE PELETIER
PARIS CEDEX 09, 75444 FRANCE

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTIETH
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING<br>ON BEHALF OF THE FUND CEA<br>PIMCO DT FUND<br>CASE POSTALE T 205<br>ATTN:RADIA KROURI, HEAD OF LEGAL<br>DEPARTMENT<br>20, RUE LE PELETIER<br>PARIS CEDEX O9, 75444 FRANCE | **Claim Number:**   65413<br><br>**Date Filed:**   10/1/2009<br><br>**Debtor:**   08-13555<br><br>**Classification and Amount:**   UNSECURED: $ 500,000.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fortieth Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, John O'Connor, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  September 13, 2010
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

Claim References :

| Creditor Name and Address: | Claim Number: | 65413 |
|---|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHALF OF THE FUND CEA PIMCO DI FUND CASE POSTALE T 205 ATTN RADIA KROURI, HEAD OF LEGAL DEPARTMENT 20, RUE LE PELETIER PARIS CEDEX 09, 75444 FRANCE | Date Filed: | 10/1/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 500,000.00 |

Please find attached the documents to our letter dated October 11, 2010 :

- DHL DOX
- DHL Letter

- LBIE Objection  CEA PIMCO

- Letter dated Octobre 11, 2010



Reproduction

SPS Core 3 1/6/2005

**PRODUCT:**

**DOX**

**DESTINATION:**

**TSS**

**AIR WAYBILL:** (Non-Negotiable)

**5761614843**



1 OF 1
Origin: **CDG**

Extra charges

17:37 16/09/2009 V15H-B
Dimensions (cm) :  L:  W:  H:
Volumetric weight :  0,50 Kg
Customer weight :  0,50 Kg
Actual weight  :

**FROM :** Account Nr DHL: **220113331**

CACEIS BANK
AMARA RISK FASTNET
1/3 PLACE VALHUBERT

PARIS    75013
FRANCE
FR:FRANCE

Phone    :01 43 23 69 85
Shipp. VAT:
Reference :CACEIS BK

**TO :**

LEHMAN BROTHERS HOLDING CLAIMS PRO.
EPIQ BANKRUPTCY SOLUTIONS LLC
FDR STATION
PO BOX 5076

NEW YORK    10150-5076

UNITED STATES OF AMERICA
Rec. VAT:
Phone  :  .

DESCRIPTION:    DATE:    16/09/09
**DOCUMENTATION**

VALUE: 0,00 EUR    WEIGHT:  0,50 Kg

**Additional Info :** Pick-up time + route :
Bill to account  :
DHL terms of trade :
Reason for export :
Insurance value    0,00



Information France / USA

Nous soussignés DHL Express S.A., spécialisés dans l'acheminement urgent de documents et colis dont le siège social est situé :

Z.I. Paris Nord II
241 Rue de la Belle Etoile
BP 50252
95957 ROISSY CDG CEDEX

Certifions par la présente que la banque Caceis Groupe Crédit Agricole nous a confié, le 16/09/2009 un pli à destination des USA sous le bordereau DHL n° **5761614843**

Le délai donné à titre indicatif entre la France et la ville de New-York était de **24 heures à 48 heures** durant cette période

Le présent document est délivré pour servir et valoir ce que de droit et ne saurait engager la société DHL Express S.A. au delà des limites et conditions du contrat susvisé auquel elle se réfère.

Fait à Roissy, le 07/10/2010,

KEY ACCOUNT SERVICE

Samir IMRIT

DHL International EXPRESS
Immeuble Le Triangle
9-23 rue Paul Lafargue