UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re : Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)

: (Jointly Administered)

Debtors. :

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                 ) ss.:
COUNTY OF NEW YORK  )

Evan F. Jaffe, being duly sworn, deposes and says:

1.    I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, New York 10022.

2.    On October 15, 2010, I served a true and correct copy of the **Opposition of Banco di Napoli S.p.A. to Debtors Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)** upon the attached service list, in the manner indicated.

By: _____
Evan F. Jaffe

Sworn to me this
19th day of October, 2010

_____
Notary Public

AMANDA L. LEONARD
Notary Public, State of New York
No. 01LE6142036
Qualified in New York County
Commission Expires April 21, 2014

## SERVICE LIST

**OVERNIGHT MAIL**

Weil, Gotshal & Manges LLP
Attn: Shai Waisman, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Southern District of New York
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005