CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile:  (212) 878-8375
Andrew P. Brozman (AB-2456)
Jennifer C. DeMarco (JD-9284)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Lehman Brothers Holding Inc., et al.,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**THIRD SUPPLEMENTAL AND AMENDED VERIFIED STATEMENT OF
CLIFFORD CHANCE US LLP PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Clifford Chance US LLP ("Clifford Chance"), in connection with the above captioned chapter 11 cases of Lehman Brothers Holdings Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), makes the following Third Supplemental and Amended Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1    The address for Clifford Chance for purposes of this Supplemental and Amended Verified Statement is 31 West 52nd Street, New York, New York, 10019.

2    Clifford Chance represents the entities listed on Exhibit A hereto (collectively, the "Entities") in connection with the Debtors' chapter 11 cases.

3.    Each of the Entities may hold claims against and/or interests in the Debtors arising at various times out of applicable agreements, law or equity, pursuant to their relationship

with the Debtors.  The Entities may also hold claims against and/or interests in the Debtors in addition to those disclosed herein that do not fall within the scope of Clifford Chance's representation of the Entities.

4. The specific nature and amount of the claims held by the Entities are set forth in proofs of claim filed against the Debtors' estates.

5. The following are the facts and circumstances in connection with Clifford Chance's employment in these cases.  Clifford Chance represented certain of the Entities or their affiliates prior to the Debtors' chapter 11 cases and each of the Entities separately requested that Clifford Chance represent them in connection with the Debtors' chapter 11 cases.  Clifford Chance also represents certain of the Entities on matters unrelated to the Debtors' chapter 11 cases.[1]

6. Clifford Chance represents or advises, or may have represented or advised, other parties in interest with respect to the Debtors' chapter 11 cases that have not been included in this Verified Statement because the parties that Clifford Chance represents do not currently intend to appear in the Debtors' chapter 11 cases or such representations have been concluded. These parties may include commercial and investment banks, private equity or hedge funds, and other financial institutions and parties to various agreements with the Debtors.

7. Clifford Chance provided certain services to certain of the Debtors and, as a result holds pre-petition claims against such Debtors.[2]

8. Clifford Chance will supplement this Verified Statement in accordance with Rule 2019 as necessary.

---

[1] These representations may include those by Clifford Chance LLP in the administrations of Lehman Brothers International (Europe) and its affiliates as well as in the insolvency proceedings of affiliates of the Debtors in other jurisdictions.

AMR-242440-v5

9. The undersigned certifies that the foregoing is true and correct to the best of her knowledge and belief.

Dated: New York, New York
       October 19, 2010

                                         Respectfully submitted,

                                         CLIFFORD CHANCE US LLP

By:   /s/ Jennifer DeMarco
       Andrew P. Brozman (AB-2456)
       Jennifer C. DeMarco (JD-9284)
       31 West 52nd Street
       New York, New York 10019
       Tel: (212) 878-8000
       Fax: (212) 878-8375

---

[2] Clifford Chance LLP also rendered services to affiliates of the Debtors and holds claims against those entities as well.

AMR-242440-v5

**EXHIBIT A**

**Attorneys for:**

| Name | Address |
|---|---|
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEATH BENEFIT SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| AAREAL BANK AG | OPS – LEGAL DOCUMENTATION<br>PAULINENSTRASSE 15<br>65189 WIESBADEN, GERMANY |
| AHORRO CORPORACIÓN FINANCIERA, S.V., S.A. | PASEO DE LA CASTELLANA, 89, 10TH FLOOR<br>28046 MADRID<br>SPAIN |
| ALLIANZ IARD | 87, RUE DE RICHELIEU, CC A314<br>PARIS CEDEX 02, 75113<br>FRANCE |
| ALLIANZ VIE | 87, RUE DE RICHELIEU, CC A314<br>PARIS CEDEX 02, 75113<br>FRANCE |
| ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND, LTD. | MIGNON GÉNEVE, S.A.<br>7 RUE DE TOURNAY<br>CHAMBESY 1292<br>GENEVA, SWITZERLAND |
| AMBER FINANCE LIMITED | MOURANT & CO. LIMITED<br>22 GRENVILLE STREET, ST. HELIER, JERSEY, JE4 8PX, CHANNEL ISLANDS |
| AMPERSAND INVESTMENTS (UK) LIMITED | 30 ST. MARY AXE<br>LONDON EC3A 8EP<br>UK |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| ANGELINA OZORES OZORES | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| ANGLO IRISH BANK CORP. PLC PENSION PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | HSBC HOUSE<br>68 WEST BAY ROAD<br>GEORGE TOWN, GRAND CAYMAN KY1-1102<br>GRAND CAYMAN, CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | HSBC HOUSE<br>68 WEST BAY ROAD |

| Name | Address |
|---|---|
| | GEORGE TOWN, GRAND CAYMAN KY1-1102<br>GRAND CAYMAN, CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | 22 GRENVILLE STREET, ST. HELIER<br>JERSEY JE4 8PX, CHANNEL ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | HSBC HOUSE<br>68 WEST BAY ROAD<br>GEORGE TOWN, GRAND CAYMAN KY1-1102<br>GRAND CAYMAN, CAYMAN ISLANDS |
| ARABA PENSIONES EPSV-TUBOPLAST HISPANIA SA | C/P O DE LA BIOSFERA, 6 1 A PLANTA<br>01013 VITORIA-GASETEIZ, SPAIN |
| AREA-SOCIETE DES AUTOROUTES RHONE ALPES | 260 AVENUE JEAN MONNET<br>BP 48, 69671 BRON CEDEX<br>FRANCE |
| ASCAT VIDA S.A. DE SEGUROS Y REASEGUROS | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| ASEGURADORA VALENCIANA SOCIEDAD ANONIMA DE SEGUROS Y REASEGUROS, S.A. | C/FRANCSICO SILVELA, N 106<br>MADRID, 28002<br>SPAIN |
| ASTREA LLC | C/O CAPITAL DYNAMICS, ITS SERVICER<br>BAHNHOFSTRASSE 22<br>CH-6301 ZUG, SWITZERLAND |
| AUDI AG | C/O VOLKSWAGEN AG<br>LETTERBOX 011/1842/1<br>38436 WOLFSBURG / GERMANY |
| BANC DE SABADELL, S.A. | PLAZA CATALUNA<br>08201 SABADELL, SPAIN |
| BANCAJA FONDOS, S.G.I.I.C., S.A. | DEPARTAMENTO DE CONTROL DE RIESGOS<br>CALLE MARÍA DE MOLINA, 39<br>28006 MADRID<br>SPAIN |
| BANCO COOPERATIVO ESPANOL, S.A. | VIRGEN DE LOS PELIGROS, 4<br>28013 MADRID, SPAIN |
| BANCO ESPAÑOL DE CRÉDITO, S.A. | MESENA, 80. EDEFICIO CPD, SÓTANO-1<br>28033 – MADRID (SPAIN) |
| BANCO MERCANTIL DEL NORTE, S.A., INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE | AVE. REVOLUTION #3000, COL. PRIMAVERA<br>MONTERREY, N.L. C.P., 64830, MEXICO |
| BANCO URQUIJO SABADELL BANCA PRIVADA, S.A. | PLAZA CATALUNA<br>08201 SABADELL, SPAIN |
| BANK OF SINGAPORE LIMITED | RAFFLES PLACE #8-01, REPUBLIC PLAZA<br>SINGAPORE 048619 |
| BANKINTER GESTIÓN DE ACTIVOS, S.A. S.G.I.I.C. | P° DE LA CASTELLANA, 29<br>28010 MADRID<br>SPAIN |
| BANKINTER, S.A. | P° DE LA CASTELLANA, 29<br>28010 MADRID<br>SPAIN |

| Name | Address |
|---|---|
| BANQUE POPULAIRE - CAISSE D'EPARGNE | LE PONANT DE PARIS<br>5, RUE LEBLANC<br>75511 PARIS CEDEX 15 |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| BENITO VAZQUEZ FERNANDEZ | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| BIAM EQUITY MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| BIAM MANAGED MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| BIAM PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BLUECREST EMERGING MARKETS MASTER FUND LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BLUECREST STRATEGIC LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BLUEMATRIX MASTER FUND LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BLUETREND MAG LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BLUETREND MASTER FUND LIMITED | 40 GROSVENOR PLACE<br>LONDON SW1X 7AW<br>UNITED KINGDOM |
| BROAD PEAK MASTER FUND LTD | C/O BROAD PEAK INVESTMENT ADVISORS PTE LTD<br>CENTENNIAL TOWER #26-02<br>3 TEMASEK AVE |

| Name | Address |
|---|---|
|  | SINGAPORE 039190 |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| C.A.O.G.A. | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL CHARENTE PERIGORD | SERVICE INGENIERIE FINANCIERE ET TRESORERIE<br>RUE D'EPAGNAC, BP 21<br>16 800 SOYAUX, FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL LOIRE HAUTE-LOIRE | 94 RUE BERGSON<br>42007 SAINT-ETIENNE CEDEX 1, FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL NORD MIDI-PYRENEES | 219 AVENUE FRANÇOIS VERDIER<br>81000 ALBI, FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL PROVENCE COTE D'AZUR | AVENUE PAUL ARENE – LES NEGADIS<br>BP 78-83002 DRAGUIGNAN CEDEX, FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL SUD-MEDITERRANEE | 30 RUE PIERRE BRETONNEAU<br>66000 PERPIGNAN, FRANCE |
| CAIXA CATALUNYA BORSA 11, F.I. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA BORSA 12, F.I. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA BORSA GARANTIT 1, F.I. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA CREIXEMENT, F.I. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA FONCAT, F.P. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA III, F.P. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA SPREAD, F.I. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA VI, F.P. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA CATALUNYA VIII, F.P. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |

| Name | Address |
|---|---|
| CAIXA CATALUNYA XII, F.P. | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA D'ESTALVIS DEL PENEDES | FONT DEL CUSCO, 11<br>08720 VILAFRANCA DEL PENEDES |
| CAIXA D'ESTALVIS DE CATALUNYA | PLAZA ANTONIO MAURA 6<br>BARCELONA, 08003<br>SPAIN |
| CAIXA D'ESTALVIS DE SABADELL | C/ GRACIA 17<br>SABADELL, 08201 SPAIN |
| CAIXA PENEDES GESTIO, S.G.I.I.C., S.A | RAMBLA NOSTRA SENYORA, 2-4<br>08720, VILAFRANCA DEL PENEDÈS<br>BARCELONA, SPAIN |
| CAIXA PENEDES PENSIONS E.G.F.P., S.A | RAMBLA NOSTRA SENYORA, 2-4<br>08720, VILAFRANCA DEL PENEDÈS<br>BARCELONA, SPAIN |
| CAJA DE AHORROS DE NAVARRA | CALLE ARRIETA, 10, 1<br>31002 PAMPLONA, SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CALLE VILLAMAGNA 6, 3* PLANTA<br>28001- MADRID<br>ESPAÑA |
| CAJA DE AHORROS DE VALENCIA, CASTELLÓN Y ALICANTE (BANCAJA) | EDIFICIO SOROLLA, $3^A$ PLANTA<br>PINTOR SOROLLA, 8<br>46002 VALENCIA<br>SPAIN |
| CAJA DE AHORROS DEL MEDITERRÁNEO | AVENIDA ÓSCAR ESPLÁ, 37<br>03007 ALICANTE, SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE CORDOBA | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | PASEO DE LA CASTELLANA, 189<br>28046 MADRID (SPAIN) |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE ZARAGOZA, ARAGÓN Y RIOJA | PLAZA DE PARAÍSO, NO 2<br>50008 - ZARGOZA, SPAIN |
| CAJA DE MADRID DE PENSIONES, S.A., E.G.F.P., AND THE PENSION FUND'S CONTROL COMMISSION | PASEO DE LA CASTELLANA 189,<br>28046 MADRID, (SPAIN) |
| CAJA GRANADA VIDA, COMPANIA DE SEGUROS Y REASEGUROS, S.A. | C/FRANCSICO SILVELA, N 106<br>MADRID, 28002<br>SPAIN |
| CAJASUR ENTIDAD DE SEGUROS Y REASEGUROS | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| CAJASUR FONDO DE PENSIONES | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| CAJASUR I FONDO DE PENSIONES | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| CAJASUR II FONDO DE PENSIONES | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| CANADA LIFE ASSURANCE (IRELAND) LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4 |

AMR-242440-v5

| Name | Address |
|---|---|
| | IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM ACCOUNT | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| CHINA EVERBRIGHT BANK | EVERBRIGHT BUILDING, NO. 6 FUXINGMEN WAI AVENUE<br>XICHENG DISTRICT, BEIJING 100045, P.R.C. |
| CHINA MERCHANTS BANK CO. LTD. | CHINA MERCHANTS BANK TOWER NO. 7088<br>SHENNAN BLVD.<br>SHENZEN, CHINA 518040 |
| CLOSE GLOBAL FUNDS LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| CNP ASSURANCES | 4 PLACE RAOUL DAUTRY<br>75716 PARIS CEDEX 15<br>FRANCE |
| BANQUE POSTALE PREVOYANCE | 4 PLACE RAOUL DAUTRY<br>PARIS CEDEX 15, 75716 |
| CNP CAUTION | 4 PLACE RAOUL DAUTRY<br>PARIS CEDEX 15, 75716 |
| CNP EUROPE LIFE LIMITED (F/K/A CNP UNICREDIT LIFE LIMITED) | EMBASSY HOUSE<br>HERBERT PARK LANE, BALLSBRIDGE<br>DUBLIN, 4<br>IRELAND |
| CNP I.A.M. | 4 PLACE RAOUL DAUTRY<br>PARIS CEDEX 15, 75716 |
| CNP UNICREDIT VITA S.P.A. | PIAZZA DURANTE, N. 11,<br>MILANO, 20131<br>ITALY |
| CNP VIDA AHORRO DECIDIDO FP | CALLE OCHANDIANO, 10 EL PLANTIO<br>28023 MADRID, SPAIN |
| CNP VIDA DE SEGUROS Y REASEGUROS S.A. | C/O CNP VIDA SEGUROS Y REASEGUROS<br>CALLE OCHANDIANO, 10 EL PLANTIO<br>28023 MADRID, SPAIN |
| CONFERACIÓN ESPAÑOLA DE CAJAS DE AHORROS (CECA) | ALCALÁ, 27 – 5 PLANTA<br>28014 MADRID (SPAIN) |
| CONGREGATION OF THE SISTERS OF MERCY - SOUTHERN PROVINCE | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4 |

AMR-242440-v5

| Name | Address |
|---|---|
| | IRELAND |
| COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. (TRADING AS RABOBANK INTERNATIONAL, LONDON BRANCH) | [THAMES COURT 1 QUEENHITHE LONDON EC4V 3RL][3] |
| CORDOBA I FONDO DE PENSIONES | AVDA. DEL GRAN CAPITAN N 11 14.008 CORDOBA, SPAIN |
| CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK | 9 QUAI DU PRESIDENT PAUL DOUMER 92400 COURBEVOIE, FRANCE |
| CRÉDIT AGRICOLE MUTUEL DE FRANCHE-COMTÉ | 11 AVENUE ELISEE CUSENIER 25084 BESANCON CEDEX 09, FRANCE |
| CRÉDIT AGRICOLE S.A. | BOULEVARD SYLVAIN DUPUIS, 251 1070 BRUXELLES, BELGIUM |
| CRÉDIT AGRICOLE SECURITIES (USA), INC. | 1301 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019 |
| CREDIT ANDORRA, S.A. | AV. MERITXELL 80, EDIFICI B, PLANTA 5 AD500 ANDORRA LA VELLA (ANDORRA) |
| CREDIT COOPERATIF | 72 AVENUE DE LA LIBERTE 92002 NANTERRE - FRANCE |
| DEXIA BANK BELGIUM S.A. | DEXIA BANQUE BELGIQUE SA BOULEVARD PACHECO, 44 1000 BRUSSELS - BELGIUM |
| DEXIA BANK SA | DEXIA BANQUE BELGIQUE SA BOULEVARD PACHECO, 44 1000 BRUSSELS - BELGIUM |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG | 69, ROUTE D'ESCH L-2953 LUXEMBOURG |
| DEXIA CREDIOP S.P.A. | VIA VENTI SETTEMBRE, 30 00187 ROME |
| DEXIA CREDIT LOCAL | TOUR DEXIA 1 PASSAERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 92919 LA DÉFENSE CEDEX, FRANCE |
| DEXIA KOMMUNALBANK DEUTSCHLAND AG | CHARLOTTENSTRASSE 82 10969 BERLIN GERMANY |
| DEXIA KOMMUNALKREDIT BANK AG | FISCHHOFF 3, 1010 VIENNA, AUSTRIA |
| DG HYP DEUTSCHE GENOSSENSCHAFTS-HYPOTHEKENBANK AG | ROSENTRASSE 2 20095 HAMBURG, GERMANY |
| DINERO ACTIVO I FONDO DE INVERSION | C/ POSTAS, 12-1 O 01001 VITORIA-GASETEIZ, SPAIN |
| DIVERSIFIED ASIAN STRATEGIES FUND | P.O. BOX 1981 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 |

---

[3] Double check address- no claim # on chart

AMR-242440-v5

| Name | Address |
|---|---|
|  | IRELAND |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTBANK | PLATZ DER REPUBLIK<br>60265 FRANKFURT AM MAIN, GERMANY |
| DZ BANK INTERNATIONAL S.A. | 4 RUE THOMAS EDISON<br>BOITE POSTALE 661<br>LUXEMBOURG-STRASSEN, L2016 |
| DZ PRIVATBANK (SCHWEITZ) AG | MUNSTERHOF 12<br>ZURICH, 8022<br>SWITZERLAND |
| EBS BUILDING SOCIETY - MANAGEMENT PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| EBS BUILDING SOCIETY - SENIOR MANAGEMENT PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| EBS BUILDING SOCIETY - STAFF PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| EIRCOM SUPERANNUATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| EMI PENSION TRUST (IRELAND) LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| EMPLEADOS CAJA EXTREMADURA FP | C/O CNP VIDA SEGUROS Y REASEGUROS<br>CALLE OCHANDIANO, 10 EL PLANTIO<br>28023 MADRID, SPAIN |
| EMPLEADOS CAJASUR FONDO DE PENSIONES | AVDA. DEL GRAN CAPITAN N 11<br>14.008 CORDOBA, SPAIN |
| EMPLEATS CAIXA MANLLEU FP | C/O CNP VIDA SEGUROS Y REASEGUROS<br>CALLE OCHANDIANO, 10 EL PLANTIO<br>28023 MADRID, SPAIN |
| ENBW TRADING GMBH | DURLACHER ALLEE 93<br>76131 KARLSRUHE<br>GERMANY |
| EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA III | C/P O DE LA BIOSFERA, 6 1 A PLANTA<br>01013 VITORIA-GASETEIZ, SPAIN |
| ESPRIT INTERNATIONAL LIMITED | HSBC HOUSE, 68 WEST BAY ROAD<br>GEORGE TOWN, GRAND CAYMAN KY1-1102<br>CAYMAN ISLANDS |

| Name | Address |
|---|---|
| ESPV ARABA ETA GASTEIZKO AURRESKI KUTXA IV | C/P O DE LA BIOSFERA, 6 1 A PLANTA<br>01013 VITORIA-GASETEIZ, SPAIN |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN 4<br>IRELAND |
| FATAI INVESTMENT LIMITED | C/O P.O. BOX 210, 1ST FLOOR, NO. 1 THE MEWS<br>ANN STREET, ST. HELIER, JERSEY<br>JE4-8SY, CHANNEL ISLANDS, UNITED KINGDOM |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND L.P. | 505 FIFTH AVENUE, 23RD FLOOR<br>NEW YORK, NY 10017 |
| FIR TREE VALUE MASTER FUND L.P. | 505 FIFTH AVENUE, 23RD FLOOR<br>NEW YORK, NY 10017 |
| FONALAVA FONDO DE INVERSION | C/ POSTAS, 12-1 O<br>01001 VITORIA-GASETEIZ, SPAIN |
| FRANCISCAN ORDER OF IRELAND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |
| FUNDACION ISLA COTO | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| FUNDO DE PENSOES DO PESSOAL GLOBAL | AV. DUQUE DE ALIVA, 171<br>1069-031 LISBOA, PORTUGAL |
| FUTURESPANA HORIZONTE IV FONDO DE PENSIONES | C/FRANCSICO SILVELA N 106<br>MADRID, 28002<br>SPAIN |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG<br>GRAND-DUCHY OF LUXEMBOURG,<br>R.C.S. LUXEMBOURG B-125-9, |
| GESMADRID, S.G.I.I.C., S.A. | PASEO DE LA CASTELLANA N. 189<br>MADRID, 28020 |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSIÓN COLECTIVA, S.A. | PASEO DE LA CASTELLANA N. 189<br>MADRID, 28020 |
| GESTORA DE FONDOS DEL MEDITERRÁNEO, S.G.I.I.C., S.A. | AVENIDA DE ELCHE, 178 CENTRO ADMINISTRAT<br>ALICANTE, 03008 |
| GLOBAL- COMPANHIA DE SEGUROS, SA | AV. DUQUE DE ALIVA, 171<br>1069-031 LISBOA, PORTUGAL |
| GLOBAL VIDA- COMPANHIA DE SEGUROS DE VIDA, SA | AV. DUQUE DE ALIVA, 171<br>1069-031 LISBOA, PORTUGAL |
| GM HOURLY CREDIT-LIQUIDATING POOL | C/O PROMARK INVESTMENT ADVISORS, INC.<br>767 FIFTH AVE |

AMR-242440-v5

| Name | Address |
|---|---|
| | NEW YORK, NY 10153 |
| GMAM GROUP PENSION TRUST I - 6FDK | C/O PROMARK INVESTMENT ADVISORS, INC<br>767 5TH AVENUE<br>NEW YORK, NY 10153 |
| GMAM GROUP PENSION TRUST I - 6FPC | C/O PROMARK INVESTMENT ADVISORS, INC<br>767 5TH AVENUE<br>NEW YORK, NY 10153 |
| GMAM INVESTMENT FUNDS TRUST - 3037020140 | C/O PROMARK INVESTMENT ADVISORS, INC<br>767 5TH AVENUE<br>NEW YORK, NY 10153 |
| GMAM INVESTMENT FUNDS TRUST II - GREK | C/O PROMARK INVESTMENT ADVISORS, INC<br>767 5TH AVENUE<br>NEW YORK, NY 10153 |
| GRANITE FINANCE LIMITED | C/O HSBC HOUSE<br>68 WEST BAY ROAD<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-1102 |
| GYPSUM OPERATIVE PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |
| GYPSUM STAFF PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |
| HALEWOOD COMPANY LIMITED | C/O MOSSACK FONSECA & CO (BVI) LTD<br>PO BOX 3136<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS |
| IBERCAJA PENSION, ENTIDAD GESTORA DE FONDOS DE PENSIONES, S.A. | PASEO DE LA CONSTITUCION 4, 8 FLOOR<br>50008 ZARAGOZA, SPAIN |
| IBERCAJA VIDA COMPANIA DE SEGUROS Y REASEGUROS, S.A.U. | PASEO DE LA CONSTITUCION 4, 8A PLANTA<br>ZARAGOZA, 50008 (SPAIN) |
| IKB DEUTSCHE INDUSTRIEBANK AG, LONDON BRANCH | 80 CANNON STREET<br>LONDON, EC4N 6HL |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIBUTORY PENSION PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |
| INDUSTRIAL BANK CO., LTD. | 28F, XINGYE BUILDING<br>NO. 168 JIANG NING ROAD<br>SHANGHAI, 200041 |
| ING ADMINISTRADORA DE FONDOS DE PENSIONES Y CESANTIA S.A. | CARRERA 7 N. 99-53<br>4TH FLOOR<br>BOGOTÁ, COLUMBIA |
| ING AM INTERFINANCE SERVICES | PRINSES BEATRIXLAAN |

AMR-242440-v5

| Name | Address |
|---|---|
| | 15, 2595 AK<br>THE HAGUE, THE NETHERLANDS |
| ING BANK A.S. | ESKI BUYUKDERE CADDESI AYAZAGA KOYYOLU NO. 6, MASLAK SARIYER<br>INSTANBUL, TURKEY |
| ING BANK N.V. | LOCATIONCODE: AMP F 04.044<br>BIJLMERPLEIN 888<br>1102 MG AMSTERDAM, THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | MARNIXLAAN 24<br>1000 BRUSSELS, BELGIUM |
| ING CAPITAL MARKETS LLC | 1325 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER, LTD. | C/O ING INVESTMENT MANAGEMENT CO<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT CO<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT CO<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| INMOCASER, S.A.U. | AVENIDA DE BURGOS, 109<br>MADRID, 28050<br>SPAIN |
| INVARDIA, S.L. | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| INVERPENSIONES FP | CALLE OCHANDIANO, 10 EL PLANTIO<br>28023 MADRID, SPAIN |
| INVESTEC PRINCIPAL FINANCE- PANGAEA ABS 2007-I B.V | C/O INVESTEC PRINCIPAL FINANCE<br>2 GRESHAM STREET<br>LONDON, EC2V 7QP UNITED KINGDOM |
| INVESTISSEMENT TRESOR VIE | 4 PLACE RAOUL DAUTRY<br>PARIS CEDEX 15, 75716 |
| IPC- CAPITAL STRATEGY XII | C/O IP CONCEPT FUND MANAGEMENT S.A.<br>4, RUE THOMAS EDISON<br>L-1445 LUXEMBOURG |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| JOSE MANUEL GRANA MOLARES | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| KFW (ALSO KNOWN AS KREDITANSTALT FUR WIEDERAUFBAU) | WINCHESTER HOUSE, 1 GREAT WINCHESTER ST<br>LONDON, EC2N 2DB<br>UNITED KINGDOM |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT |

AMR-242440-v5

| Name | Address |
|---|---|
|  | 40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| LUFTHANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DEATH BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| M.P. Y CAJA DE AHORROS DE RONDA, CADIZ, ALMERIAM MALAGA Y ANTEQUERA | C/ CABALLERO DE GRACIA, 26, 3 PLANTA<br>28013 MADRID, SPAIN |
| MARBLE FINANCE LIMITED - SERIES 2002-4 | C/O HSBC HOUSE<br>68 WEST BAY ROAD<br>GRAND CAYMAN, KY1- 1102<br>CAYMAN ISLANDS |
| MEDITERRANEO VIDA SOCIEDAD ANONIMA DE SEGUROS Y REASEGUROS | AVENIDA DE ELCHE, 178<br>ALICANTE, 03008<br>SPAIN |
| MFA FINANCIAL, INC. | 350 PARK AVENUE<br>NEW YORK, NY 10022 |
| MGM INTERNATIONAL ASSURANCE LTD | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| MONTE DE PIEDAD Y CAJA GENERAL DE AHORROS DE BADAJOZ | PASEO DE SAN FRANCISCO 18,<br>06001 BADAJOZ, (SPAIN) |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, CÁDIZ, ALMERÍA, MÁLAGA Y ANTEQUERA | ANTEQUERA, C/CABALLERO DE GRACIA 26, 3 P<br>MADRID, 28013<br>SPAIN |
| NATIONAL IRISH BANK PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| NATIONALE NEDERLANDEN INTERFINANCE B.V. | C/O ING INVESTMENT MANAGEMENT<br>PRINSES BEATRIXLAAN 15<br>2595 AK  THE HAGUE, THE NETHERLANDS |
| NEW IRELAND SUPERANNUATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| NUI GALWAY PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4 |

AMR-242440-v5

| Name | Address |
|---|---|
|  | IRELAND |
| O.M.I PROVINCIAL ACCOUNT | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| OBSIDPADO DE LA DIOCESIS DE CORDOBA | CALLE TORRIJOS N O 12<br>14003 CORDOBA, SPAIN |
| OCASO, S.A., COMPANIA SEGUROS Y REASEGUROS | CALLE PRINCESA, 23<br>MADRID, 28008<br>SPAIN |
| ONYX FINANCE LIMITED - SERIES 2001-1 | MOURANT & CO. LIMITED<br>22 GRENVILLE STREET<br>ST. HELIER, JERSEY, JE4 8PX, CHANNEL ISLANDS |
| PACIFICA | 8-10, BLD DE VAUGIRARD<br>PARIS, 75015<br>FRANCE |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | 840 NEWPORT CENTER DRIVE, SUITE 100<br>NEWPORT BEACH, CA 92660 |
| PJ CARROLL & CO LTD PENSION PLAN FOR SALARY & FACTORY STAFF | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| PLAN FOR EMPLOYEE BENEFIT INVESTMENT FUNDS, CORE PLUS FIXED INCOME FUND | C/O ING INVESTMENT MANAGEMENT<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| PMA KORYO FUND | PO BOX 309<br>GRAND CAYMAN, KYI-1104<br>CAYMAN ISLANDS |
| PMA PROSPECT FUND | PO BOX 309<br>GRAND CAYMAN, KYI-1104<br>CAYMAN ISLANDS |
| POLLYSON INTERNATIONAL LIMITED | C/O PO BOX 210, 1ST FLOOR, NO. 1 MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS, JE4 8SY |
| PONTE DA BARCA, S.L. | GARCIA BARBON, 1-7 A<br>36201 VIGO, SPAIN |
| POSTE ITALIANE S.P.A. | VIALE EUROPA N. 175<br>ROME, 00144<br>ITALY |
| PREVIPOSTE | 4 PLACE RAOUL DAUTRY<br>PARIS CEDEX 15, 75716 |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | PARNASSUSTOREN, LOCATELLIKADE 1, 1076 AZ<br>P.O. BOX 75215<br>AMSTERDAM, 1070 AE<br>THE NETHERLANDS |
| PVV SICAV- PVV CLASSIC | C/O IP CONCEPT FUND MANAGEMENT S.A. |

AMR-242440-v5

| Name | Address |
|---|---|
| | 4, RUE THOMAS EDISON<br>L-1445 LUXEMBOURG |
| PVV SICAV- PVV UNTERNEHMENSANLEIHEN PLUS | C/O IP CONCEPT FUND MANAGEMENT S.A.<br>4, RUE THOMAS EDISON<br>L-1445 LUXEMBOURG |
| QUARTZ FINANCE LIMITED | 22 GRENVILLE STREET, ST. HELIER<br>JERSEY, JE4 8PX<br>CHANNEL ISLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | C/O ING INVESTMENT MANAGEMENT LLC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| SA NOSTRA – CAIXA DE BALEARS | C/ RAMON LLULL 2<br>PALMA DE MALLORCA, 07007<br>SPAIN |
| SA NOSTRA COMPANIA DE SEGUROS DE VIDA S.A. | C/ RAMON LLULL 2<br>PALMA DE MALLORCA, 07007<br>SPAIN |
| SAF BTP VIE | PRO BTP FINANCE<br>7 RUE DU REGARD<br>PARIS, 75006<br>FRANCE |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TRUSTEE OF THE SHELL CONTRIBUTORY PENSION FUND | C/O SHELL ASSET MANAGEMENT COMPANY, B.V.<br>THE HAGUE, CN 2501<br>THE NETHERLANDS |
| SHINING PROSPECTS PTE. LTD. | C/O MS. KATHY HONEYWOOD<br>CLIFFORD CHANCE LLP<br>10 UPPER BANK STREET<br>LONDON, E14 5JJ |
| SISTERS OF CHARITY | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE | 36 RUE DU DOCTEUR SCHMITT<br>ST. APOLLINAIRE, 21850<br>FRANCE |

AMR-242440-v5

| Name | Address |
|---|---|
| SOCIETY OF AFRICAN MISSIONS (SMA) | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| SPARKASSE NIEDEROESTERREICH MITTE WEST AKTIENGESELLSHCAFT | DOMGASSE 5<br>ST. POELTEN, 3100<br>AUSTRIA |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | SRM ADVISERS (LONDON) LLP<br>3 CADOGAN GATE<br>LONDON, SW1X 0AS |
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| STAR ASIA FINANCE LLC | C/O MERCURY PARTNERS LLC<br>500 WEST PUTNAM AVENUE<br>GREENWICH, CT 06830 |
| STICHTING BEWAARDER AZL CREDITS | C/O ING INVESTMENT MANAGEMENT<br>THE HAGUE, 2595 AK<br>THE NETHERLANDS |
| STICHTING PENSIOENFONDS ABP | C/O APG ASSET MANAGEMENT US INC<br>666 THIRD AVE, SECOND FLOOR<br>NEW YORK, NY 10017 |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V.<br>P.O. BOX 575<br>THE HAGUE, CN 2501<br>THE NETHERLANDS |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | 55 EAST 52ND STREET<br>LONDON, EC3A 8EP<br>UNITED KINGDOM |
| SWISS RE FUNDS (LUX) I | 30 ST MARY AXE<br>LONDON, EC3A 8EP |
| SWISS RE GLOBAL MARKETS LIMITED | 55 EAST 52ND STREET<br>NEW YORK, NY 10055 |
| SWISS RE LIFE & HEALTH CANADA | 30 ST MARY AXE<br>LONDON, EC3A 8EP |
| SWISS REINSURANCE COMPANY LTD | MYTHENQUAI 50/60<br>ZURICH, 8022<br>SWITZERLAND |
| THE BECTON DICKINSON PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| THE CORK EXAMINER PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD |

AMR-242440-v5

| Name | Address |
|---|---|
|  | DUBLIN, 4<br>IRELAND |
| THE GOVERNOR AND COMPANY OF THE BANK OF IRELAND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| THE GREENCORE GROUP PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| THE HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| THE ING PROPRIETARY ALPHA FUND, LLC | C/O ING INVESTMENT MANAGEMENT LLC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| THE IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN FOR SENIOR MANAGEMENT | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| THETA CORPORATION | 5TH FLOOR LANDSDOWNE HOUSE, 57 BERKELEY<br>LONDON, W1J 6AB<br>UNITED KINGDOM |
| TLLB2002 INTERNATIONAL LIMITED | 68 WEST BAY ROAD<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-110202<br>CAYMAN ISLANDS |
| TOMAR TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| TOTAL PRODUCE IRELAND PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| TÜRKIYE İŞ BANKASI A.Ş. / TREASURY DEPARTMENT | IS KULELERI<br>80620 4. LEVENT<br>ISTANBUL, TURKEY |
| TURKIYE SINAI KALKINMA BANKASI A.S. | MECLISI MEBUSAN CAD. 81 FINDIKLI 34427<br>ISTANBUL, TURKEY |
| UNICORP VIDA COMPANIA DE SEGUROS Y REASEGUROS, S.A. | C/FRANCISCO SILVELA, N 106<br>MADRID, 28002 |

AMR-242440-v5

| Name | Address |
|---|---|
|  | SPAIN |
| UNICREDIT BANK AG | ARABELLASTRASSE 12<br>D-81925 MUNICH<br>GERMANY |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FUND | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| VITAL DINERO FONDO DE INVERSION | C/ POSTAS, 12-1 O<br>01001 VITORIA-GASETEIZ, SPAIN |
| VITAL PENSION GARANTIZADO 2012 P.P.I. | C/P O DE LA BIOSFERA, 6 1 A PLANTA<br>01013 VITORIA-GASETEIZ, SPAIN |
| VOLKSWAGEN AG | LETTERBOX 011/1842/1<br>38436 WOLFSBURG / GERMANY |
| VR BANK KAUFBEUREN - OSTALLGÄU EG | MARKTPLATZ 1<br>MARKTOBERDORF, 87616<br>GERMANY |
| WGZ BANK AG | LUDWIG- ERHARD- ALLEE 20<br>DUSSELDORF, D-40227<br>GERMANY |
| WINCENT INVESTMENT LIMITED | C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS<br>ANN STREET, ST. HELIER, JERSEY<br>JE4 8SY CHANNEL ISLANDS, UNITED KINGDOM |
| XEROX (IRELAND) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT<br>40 MESPIL ROAD<br>DUBLIN, 4<br>IRELAND |
| XIAMEN INTERNATIONAL BANK | XIAMEN INTERNATIONAL BANK BUILDING<br>8-10 LU JIANG ROAD<br>XIAMEN, CHINA 361001 |
| ZAMA INTERNATIONAL LIMITED | C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEW<br>ANN STREET, ST. HELIER, JERSEY<br>JE4 8SY  CHANNEL ISLANDS, UNITED KINGDOM |

AMR-242440-v5