# EXHIBITS A-F

# EXHIBIT A

08-13555-mg    Doc 12169-1    Filed 10/18/10    Entered 10/20/10 09:54:24    Exhibits A - F    Pg 2 of 15

| RAPHAEL SHANNON<br>LORI A. NORD<br>DIANE SIDD-CHAMPION<br>PATRICIA A. McCORMICK<br>ELIZABETH J. MASSON<br>ANA P. PEREZ | **McCARTHY, JOHNSON & MILLER**<br>LAW CORPORATION<br>595 MARKET STREET, SUITE 2200<br>SAN FRANCISCO 94105-2834<br>TEL: (415) 882-2992<br>(916) 443-0726<br>FAX: (415) 882-2999 | P. H. McCARTHY, JR.<br>(1906-1983)<br><br>HERBERT S. JOHNSON<br>(1911-1989)<br><br>JAMES E. MILLER<br>(RETIRED 2007) |
|---|---|---|

September 24, 2009

Clerk of the United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claim Processing
One Bowling Green
New York, New York 10004

    Re:    California Winery Workers' Pension Plan Trust Fund- Proof of Claim

    The California Winery Workers' Pension Plan Trust Fund ("Trust Fund") respectfully requests the United States Bankruptcy Court/Southern District of New York allow this tardy proof of claim. Due to circumstances beyond our control the enclosed proof of claim is being filed tardy.

    In July 2009, I was informed that the custodian of the derivatives which form the basis for this claim would file the proof of claim on behalf of the Trust Fund as creditor. In the past, the custodian has filed such proof of claims on behalf of the Trust Fund as they have access to the information required to file the proof of claim. I sought confirmation that the proof of claim had been filed by the custodian, but was not informed until September 22, 2009 that the custodian did not intend to file the proof of claim because they felt they did not have enough information to file the claim. As soon as we were informed that the custodian would not file the claim, we began collecting the information necessary to file the proof of claim. However, due to the late date on which we were informed that the claim would not be filed by the custodian, we were unable to collect the necessary information to file the proof of claim until today September 24, 2009, which we are filing as agent for this creditor.

    In consideration of these circumstances, we respectfully request the Court accept this tardy proof of claim. We will submit the additional documentation to support the derivative claim by the October 22, 2009 deadline.

                                      Sincerely,

                                      RAPHAEL SHANNON
                                     AGENT FOR TRUST FUND

RS:AP: al
Enclosure

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000036757 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Special Financing Inc. and<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13888<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

California Winery Workers' Pension Plan Trust Fund
Attn: Raphael Shannon, Esq.
McCarthy, Johnson & Miller LC
595 Market Street, Suite 2200
San Francisco, CA 94105

Telephone number: (415) 882-2992   Email Address: rshannon@mjmlaw.us

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

**Name and address where payment should be sent** (if different from above)
same as above

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 93,688.37
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☒ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Amounts owed under derivative contract governed by FXall Master Agreement dated 3/29/2007.
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** n/a
   **3a. Debtor may have scheduled account as:** n/a
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   **Describe:** _____
   **Value of Property:** $_____   **Annual Interest Rate** _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   **Basis for perfection:** _____
   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 25 2009
U.S. BANKRUPTCY COURT, SDNY

| Date:<br>9/24/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Raphael Shannon   RAPHAEL SHANNON, AGENT |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT B

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0004893217 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000082934 ****
CALIFORNIA WINERY WORKERS' PENSION PLAN TRUST FUND
ATTN: RAPHAEL SHANNON, ESQ.
MCCARTHY, JOHNSON & MILLER LC
595 MARKET STREET, SUITE 2200
SAN FRANCISCO, CA 94105

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| Case Number: | 08-13888 |
| Creditor: | CALIFORNIA WINERY WORKERS' PENSION PLAN TRUST FUND |
| Date Received: | 09/25/2009 |
| Claim Number: | 36757 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

# EXHIBIT C

| | | |
|---|---|---|
| RAPHAEL SHANNON<br>LORI A. NORD<br>DIANE SIDD-CHAMPION<br>PATRICIA A. McCORMICK<br>ELIZABETH J. MASSON<br>ANA P. PEREZ | **McCARTHY, JOHNSON & MILLER**<br>LAW CORPORATION<br>595 MARKET STREET, SUITE 2200<br>SAN FRANCISCO 94105-2834<br>TEL: (415) 882-2992<br>(916) 443-0726<br>FAX: (415) 882-2999 | P. H. McCARTHY, JR.<br>(1906-1983)<br><br>HERBERT S. JOHNSON<br>(1911-1989)<br><br>JAMES E. MILLER<br>(RETIRED 2007) |

October 21, 2009

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

    Re:    California Winery Workers' Pension Plan Trust Fund- Proof of Claim
             Claim Number 36757

       The attached proof of claim amends the previously submitted claim number 36757, received by the Court September 25, 2009. Please return the enclosed copy in the self-stamped envelope to confirm the Court's receipt of the enclosed amended proof of claim.

                                       Thank you,

                                       *Raphael Shannon*

                                       RAPHAEL SHANNON
                                       AGENT FOR TRUST FUND

RS:AP: al
Enclosure



RECEIVED OCT 2 2 2009 U.S. BANKRUPTCY COURT, SDNY

73

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000044972 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Special Financing Inc.<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13888<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

California Winery Workers' Pension Plan Trust Fund
Attn: Raphael Shannon, Esq.
McCarthy Johnson & Miller LC
595 Market Street, Suite 2200
San Francisco, CA 94105

Telephone number: (415) 882-2992    Email Address: rshannon@mjmlaw.us

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: __36757__
(If known)

Filed on: 9/25/2009

**Name and address where payment should be sent (if different from above)**

same as above

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ __187,838.58__
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☒ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** __Amounts owed under derivative contract governed by FXall Master Agreement dated 3/29/2007.__
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** __n/a__
   3a. Debtor may have scheduled account as: __n/a__
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:** 10/21/09    **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/ Raphael Shannon — RAPHAEL SHANNON, AGENT

FOR COURT USE ONLY

RECEIVED
OCT 2 2 2009
U.S. BANKRUPTCY COURT, SDNY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT D

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0004893780 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000091675 ****
CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND
ATTN: RAPHAEL SHANNON, ESQ.
MCCARTHY JOHNSON & MILLER LC
595 MARKET STREET, SUITE 2200
SAN FRANCISCO, CA 94105

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| Case Number: | 08-13888 |
| Creditor: | CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND |
| Date Received: | 10/22/2009 |
| Claim Number: | 44972 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

# EXHIBIT E

LBSF-CalWine.xls

**Currency Legend:**
DKK - Danish Krone
EUR - EURO
GBP - Pound Sterling
JPY - Japanese YEN
KRW - Korean Won
NOK - Norwegian Krone
PLN - Polish Zlotych
RUB - Russian Rubles
SEK - Swedisk Krona
BRL - Brazilian Real

| Type | Port | Legal Entity | Bank Acct# | TRADE | SETTLE | SECURITY | Foreign Currency | CRSS RATE | USD Currency |
|---|---|---|---|---|---|---|---|---|---|
| Forward Sell | CWWPP | California Winery Workers Pension Plan | 610001348-06 | 8/26/2008 | 9/29/2008 | -BRL Cash | -2,863,450.76 | 1.6546 | 1,730,600.00 |
| Forward Buy | CWWPP | California Winery Workers Pension Plan | 610001348-06 | 9/16/2008 | 9/29/2008 | -BRL Cash | 2,863,450.76 | 1.8555 | -1,543,223.~~ |

# EXHIBIT F

Lehman Brothers Special Financing Inc.

Case No. 08-13888 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - PLACER COUNTY | State Street Bank and Trust | CDO Services Group, Mail Code: EUC108 | 200 Clarendon Street | Boston | MA | 2116 | United States | Derivative Master Account Number 030106THEC |
| California Endowment | PIMCO | 840 Newport Center Drive | Suite 100 | Newport Beach | CA | 92660 | UNITED STATES | Derivative Master Account Number 0109010235 |
| CALIFORNIA FIELD IRONWORKERS P PENSION PLAN | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 0914051309 |
| California Housing Finance Agency | 1121 L Street, 7th Floor | | | Sacramento | CA | 95814 | UNITED STATES | Derivative Master Account Number 072303AIGF |
| California Lutheran University | 60 West Olsen Road | | | Thousand Oaks | CA | 91360 | UNITED STATES | Derivative Master Account Number 111204CLU |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CALPERS) | c/o Calpiers-Investment Office | 400 Q Street, Suite E4800 | | Sacramento | CA | 95814 | UNITED STATES | Derivative Master Account Number 071503NAPA |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CALPERS) | Calpers - Investment Office | 400 Q Street, Suite E4800 | Lincoln Plaza East | Sacramento | CA | 95821-9001 | UNITED STATES | Derivative Master Account Number 021904CPER |
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 120106WEST |
| California Wellness Foundation | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 072202WAMC |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 5780 Powers Ferry Road, N.W., Suite 300 | | | Atlanta | GA | 303274390 | United States | Derivative Master Account Number 050508INGI |
| CALYON | Foreign Exchange Dept | 1301 Avenue of Americas | | New York | NY | 10019 | UNITED STATES | Derivative Master Account Number 68103BQNY |
| Calyon | 1301 Avenue of the Americas | | | New York | NY | 10020 | UNITED STATES | Derivative Master Account Number 39692BQSZ |
| CALYON | 17-00 6 Raffles Quay | | | Singapore | | | Singapore | Derivative Master Account Number 051796BISI |
| Camden County Municipal Utilities | 1645 FERRY AVE | | | Camben | NJ | 8104 | United States | Derivative Master Account Number 030195CCMU |
| Camden-Clarke Memorial Hospital | 800 Garfield Avenue | PO Box 718 | | Parkersburg | WV | 26101 | UNITED STATES | Derivative Master Account Number 072004HOSP |