B 210A (Form 210A) (12/09)

**RECEIVED OCT 15 2010**

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Botticelli, L.L.C.** | **Morgan Stanley & Co. International PLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Botticelli, L.L.C.
245 Park Avenue
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: **58729 (87.255% of claim)**
Amount of Claim as Filed: **$4,570,302.00**
Amount of Claim Transferred: **$3,987,812.53**
Date Claim Filed: **10/30/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Thomas M. Fuller_  **Thomas M. Fuller, Authorized Signatory**   Date: 10/6/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Morgan Stanley & Co. International PLC

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Morgan Stanley & Co. International PLC** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Botticelli, L.L.C.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with **Proof of Claim Number 58729** against **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) ("Debtor").

    Seller hereby waives any objection to the transfer of the Purchased Claim to Purchaser on the books and records of the Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Purchased Claim, recognizing Purchaser as the sole owner and holder of the Purchased Claim, and directing that all payments or distributions of money or property in respect of the Purchased Claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of ~~September~~ OCTOBER, 2010.

| Morgan Stanley & Co. International PLC | Botticelli, L.L.C. |
|---|---|
| By: _____ | By: Angelo, Gordon & Co., L.P., Manager |
| Name: | By: _____ |
| Title: BRIAN CRIPPS, Authorised Signatory | Name: Thomas M. Fuller |
| 25, Cabot Square | Title: Authorized Signatory |
| Canary Wharf | 245 Park Avenue, 26th Floor |
| London E144QA | New York, NY 10167 |

623941.2/892-03591

Schedule 1

Transferred Claims

87.25490196% of XS0334634648 = USD 3,987,812.53 of USD 4,570,302.00 (equivalent to CHF 4,450,000 of CHF 5,100,000) outstanding amount of XS0334634648 as described in the Proof of Claim as of September 6, 2010) OCTOBER

Original claim amount USD 4,570,302.00 -- proof of claim number 58729 (the outstanding principal amount of the Proof of Claim as of September ___, 2010).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity |
|---|---|---|---|---|---|---|
| Lehman Brothers Treasury CO. BV Program Securities Bonds Issue of CHF 5,100,000 Equity-Linked Notes due December 2012 (Series 9178) | XS0334634648 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | CHF 4,500,000.00 of CHF 5,100,000.00<br><br>Equivalent to USD 3,987,812.53 of USD 4,570,302.00 | N/A | 13/12/2012 |

Schedule 1-1