**To UNITED STATES BANKRUPTCY COURT SOUTHERN DISRICT OF NEWYORK.**

**The chambers of the Honorable James M.Peck, One bowling Green, New York, New York 10004,
Courtroom 601**
**Attorneys for the debtors, Weil Gotshal&Manges LLP, 767 Fifth avenue, New York, New York 10153
(attn; Shai Waisman, esq)**
**The office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,
21 st Floor, New York, New York10004 ( attn: Andy Velez- Rivera,Esq., Paul Schwartzberg, Esq.,
Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope. Davis; Esq. )**
**Attorneys for the unsecured creditors appointed in these cases, Milbank, Tweed, Hadley&McCloy
LLP, 1 Chase Manhattan Plaza New York 10005 ( Attn dennis F. Dunne, Esq., Dennis
O'Donnel,Esq., and Evan Fleck,ESQ)**

**RE; Fortythird omnibus objection to claims (late filed Lehman Programs securities claims)**

**Chapt 11 Case No. 08-13555 (JMP)**

**De Haes  PC**
**Heemstede  29-9- 2010**
**Weissenbruchweg 4**
**2102AG Heemstede**
**Netherlands**
**Tel + 31655824631**
**haespieter@gmail.com**

**CLAIM NO 64476**

**Debtor    08-13555**

**Amount  $ 35,652.50**



**Dear All**

**Thank you for your letter with respect to the disallowance of my claim.**

**I am very surprised about this, my claim was sent on the 26 of October 2009, I had this letter even
registered, a costly way to guarantee delivery. I am informed that the letter was expected to be
delivered in maximum 4 days. I would like to ask you not to disallow or expunge my case since I
have done everything what can reasonably be expected to have this document delivered in a
timely matter.**

**I also would appreciate you to understand that it was made extremely difficult to get hold of the
right information in the Netherlands on how to act and what exactly to do in this bankruptcy. In
that respect I was already very satisfied that I was able to send out the letter well before the
deadline of November 2.**

**I could also imagine that during those last days before the closing date a lot of letters have
arrived, this could perhaps have caused some delay in the process at the bankruptcy court.**

**I attach the proof of having sent this letter on October 26, the receipts and payment of the special
registration at the TNT post office in the Netherlands.**

**I would appreciate if you could call me for further discussion at my mobile no  +31655824631 I will
also be available on this tel no on October 27, at 10:00 AM your time. (the hearing)**

**I will not accept disallowance, expungement, reduction, or reclassification of my claim**

**My mail address is Haespieter@gmail.com**

**Kind regards**

**Drs Pieter de Haes LLM**
**Tel +31655824631**

*Reich*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

:

*LEHMAN*

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Chapter 11 Case No.

Debtors.

08-13555 (JMP)

(Jointly Administered)

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000111169 MAIL ID *** 0033299303 *** BSIUSE: 197

DE HAES, PC
WEISSEN BRUCHWEG 4
HEEMSTEDE, 2102 AG NETHERLANDS

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| Creditor Name and Address: | CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|---|
| DE HAES, PC<br>WEISSEN BRUCHWEG 4<br>HEEMSTEDE, 2102 AG NETHERLANDS | **Claim Number:** | 64476 |
| | **Date Filed:** | 11/3/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 35,652.50 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# Primera

### Primera de Pijp
Raadhuisstraat 30
2101 KH Heemstede
T: 023 5287562

------------------------------------------

Verkoop

------------------------------------------

BONNR: 001059261    GEBR: 3    KASSA: 01
DATUM: 26/10/09    TIJD: 14:10

1    X POSTZEGELS            10.45    10.45

------------------------------------------

Totaal:            €        10,45

0.00% BTV van        10.45   =    0.00

------------------------------------------

EFT        10.45
EUR        10.45
BON        10.45

Bedankt en tot ziens!
E-mail: de.pijp@blz.nl
Ruilen binnen 14 dagen



PRIMERA DE PIJP
RAADHUISSTRAAT 30
2101 HH HEEMSTEDE

            BETAALAUTOMAAT
DATUM    26/10/09 TIJD:        14:10:45
KASSANR    BHWZ75  REFERENTIE  003933

TOTAAL            EUR    .10,45

TLV REK  0650923200 PASVOLGNR    000.
ING                    BET KENMERK
        U HEEFT BETAALD TOT ZIENS
BOEKINGSPERIODE 299
        1  -  0  -  161

