Freshfields Bruckhaus Deringer US LLP
520 Madison Avenue
New York, New York 10022
Tel. (212) 277-4000
Fax (212) 277-4001

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDING INC., et al., <br><br> Debtors | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Suzanne Alenick, certify that I am over eighteen (18) years of age, am not a party to this action, and am an attorney licensed by the State of New York. On October 18, 2010, I caused copies of the (i) Second Amended Verified Statement of Freshfields Bruckhaus Deringer US LLP Pursuant to Rule 2019(A) of the Federal Rules of Bankruptcy Procedure; (ii) Response of High Lodge Capital LLC to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims); and (iii) Response of Darren Davy to Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) to be served by hand upon the following:

Attn: Honorable James M. Peck
Southern District Bankruptcy Court
Courtroom 601
One Bowling Green
New York, New York 10004

Attn: Andy Velez-Rivera, Esq
Attn: Paul Schwartzberg, Esq
Attn: Brian Masumoto, Esq.
Attn: Linda Riffkin, Esq.
Attn: Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Attn: Dennis F. Dunne, Esq
Attn: Dennis O'Donnell, Esq.
Attn: Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005

Attn: Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
October 20, 2010

_Suzanne Alenick_
Suzanne Alenick