# UNITES STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.,               Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed file under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Credit Suisse Credit Strategies Liquidating Trust** | **Credit Suisse Credit Strategies Master Fund, Ltd.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Credit Suisse Credit Strategies Liquidating Trust**
c/o Puglisi & Associates
850 Library Avenue, Suite 204
Newark, Delaware 10711
Attn: Donald J. Puglisi
Telephone: 302-738-6680
Facsimile: 302-738-7210
E-mail: dpuglisi@puglisiassoc.com

Secondary Notification:

**Credit Suisse Credit Strategies Liquidating Trust**
c/o Credit Suisse Alternative Capital, Inc.
Eleven Madison Avenue, 13th Floor
New York, NY 10010
Attn: Tinwah Wong
Telephone: 212-538-1905
Facsimile: 212-448-3186
E-mail: list.ai-hfmo@credit-suisse.com; tinwah.wong@credit-suisse.com

Court Claim # (if known):

**22833** (as amended by **66810**) lodged against Lehman Brothers Special Financing Inc. (08-13888) and

**22834** (as amended by **66809**) lodged against Lehman Brothers Holdings Inc. (08-13555)

Amount of Claim: $336,941.98 (the "Settled Claim Amount")

Date Claim Filed: 9/21/2009

Phone: 212-538-1905
Last Four Digits of Acct#: N/A

Last Four Digits of Acct #: N/A

Name and Address where transferee
payments should be sent (if different from
above):

Same as Above

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10/20/10
Transferee/Transferee's Agent
David H. Lerner
Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

17654107 09118168

*EVIDENCE OF TRANSFER*

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("<u>Bankruptcy Court</u>")
Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc ("<u>LBSF</u>") (08-13888)
and Lehman Brothers Holdings Inc (08-13555) ("<u>LBHI</u>" together with LBSF, the "<u>Debtors</u>")
in *Lehman Brothers Holdings Inc., et al.*
Case No. 08-13555 (JMP) (Jointly Administered)

Claim Nos: **22833** lodged against Lehman Brothers Special Financing Inc. (08-13888) (as amended by **66810**) and **22834** lodged against Lehman Brothers Holdings Inc. (08-13555) (as amended by **66809**)

    **Credit Suisse Credit Strategies Master Fund, Ltd.**, its successors and assigns ("***Seller***"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Credit Suisse Credit Strategies Liquidating Trust**
c/o Puglisi & Associates
850 Library Avenue, Suite 204
Newark, Delaware 10711
Attn: Donald J. Puglisi
Telephone: 302-738-6680
Facsimile: 302-738-7210
E-mail: dpuglisi@puglisiassoc.com

<u>Secondary Notification</u>:

**Credit Suisse Credit Strategies Liquidating Trust**
c/o Credit Suisse Alternative Capital, Inc.
Eleven Madison Avenue, 13th Floor
New York, NY 10010
Attn: Tinwah Wong
Telephone: 212-538-1905
Facsimile: 212-448-3186
E-mail: list.ai-hfmo@credit-suisse.com; tinwah.wong@credit-suisse.com

its successors and assigns ("***Buyer***"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the original principal amount of $374,379.98, which, upon agreement, entered into on June 1, 2010, among the Debtors and the Seller, has been reduced

and settled for the principal amount of $336,941.98 (the "***Settled Claim Amount***") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated October 20, 2010.

**CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD.**
By: Credit Suisse Alternative Capital, Inc., as investment adviser

By: _____
Name: THOMAS FLANNERY
Title: AUTHORIZED SIGNATORY

**CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST**
By: Credit Suisse Alternative Capital, Inc., as its Administrator

By: _____
Name: David H. Lerner
Title: Authorized Signatory

3

17654103 09118168