CAJA DE CREDITO DE LOS INGENIEROS, SCC
Attn: Joan Cavallé
Via Laietana, 39
Barcelona, Spain 08003
Telephone: +34 268 2929
Email: asesoriajuridica@caja-ingenieros.es

*Attorney-in-fact to the Spanish Holders of
Lehman Programs Securities
(as identified herein)*



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**OPPOSITION TO DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

Certain holders of Lehman Programs Securities, namely Lehman Programs Securities with ISIN XS0215349357 issued by LB Capital Funding LP (the "LB Capital Funding Securities") and Lehman Programs Securities with ISIN XS0310125546 issued by LB Tresury Co. BV (the "LB Treasury Securities") the holders on whose behalf this opposition is filed are collectively referred to herein as the "Spanish Holders of Lehman Programs Securities" and the Lehman Programs Securities to which each such holder's claim relates are listed in Exhibit A, by their undersigned attorney-in-fact, a representative of Caja de Credito de los Ingenieros, hereby file their Opposition to Debtors' Forty-Third Ominbus Ojection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection"), as set forth below.

**I.    PRELIMINARY STATEMENT**

On September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Objection. In the Objection, the Debtors incorrectly seek to disallow and expunge the claims filed by the Spanish Holders of Lehman Programs Securities against Lehman Brothers Holdings Inc. on the grounds that the claims fail to comply with the Bankruptcy Court's July 2, 2009 order setting

forth the procedures and deadlines for filing proofs of claim in the Chapter 11 case (the "Bar Date Order") on the basis that they were filed after the November 2, 2009 bar date established for Lehman Programs Securities in the Bar Date Order. The Spanish Holders of Lehman Programs Securities hereby assert that their claims were timely filed and should be allowed.

## II. BACKGROUND

The Spanish Holders of Lehman Programs Securities filed their claims through their attorney-in-fact, a representative of Caja de Credito de los Ingenieros, and correspondingly their proofs of claim forms were sent to the United States from Barcelona, Spain, in two packages.

The first package contained the claims related to the LB Capital Funding Securities. These claims were addressed to Lehman Brothers Holdings Claims Processing Center, c/o EPIQ Bankruptcy Solutions, FDR Station P.O. Box 5076, New York. The package was sent by courier and the courier company attempted to make delivery to the above-stated address but was not able to because it is a post office box. The courier instead delivered the package to Lehman Brothers Holding, 101 Hudson St., Jersey City, NJ 07302. The package was delivered and signed for on October 23, 2009 at 12:16 PM, as shown in Exhibit B.

The second package contained the claims related to the LB Treasury Securities. These claims were posted after the first package had been delivered to the abovementioned address in New Jersey. As the first package had been redirected to that address and signed for, the second package was couriered directly to that address. This package was delivered and signed for on October 26, 2009 at 11:03 AM, as shown in Exhibit C.

## III. OPPOSITION TO THE OBJECTION

In their Objection, Debtors assert that the claims of the Spanish Holders of Lehman Programs Securities were not timely filed. However, both packages reached a Lehman Brothers address prior to the bar date of November 2, 2009. Upon discovery that the packages had been delivered to the incorrect address, Caja de Credito de los Ingenieros and its legal advisors placed a call to EPIQ. The situation was

explained, and EPIQ confirmed that the claims would be sent from the New Jersey address to the appropriate address for EPIQ and that they would be accepted by EPIQ as if received by EPIQ on their respective dates of delivery to Lehman Brothers.

Therefore, although the claims were registered into EPIQ's system after the bar date, they should be considered timely filed because they were delivered and signed for at a Lehman Brothers address prior to the bar date and in reliance on EPIQ's assurance that the Spanish Holders of Lehman Programs Securities need take no further action, as the proofs of claim would be forwarded on to EPIQ with the understanding that they would be considered timely filed. Pursuant to the principle underlying Rule 5005(c) of the Federal Rules of Bankruptcy Procedure, we assert that it would not be in the interests of justice for the Objection to be upheld and it may be ordered that these claims be deemed filed with the clerk as of the date of their original delivery.

## IV. REQUESTED RELIEF

Based on the foregoing, the Spanish Holders of Lehman Programs Securities respectfully request that the Court overrule the Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Claims) with respect to their claims and deem their claims to have been filed as of the date of their original delivery.

Dated: 10/11/2010

CAJA DE CREDITO DE LOS INGENIEROS, SCC

By: _____

Name: AGUSTIN LOPEZ MILLAN
Title: Deputy General Director

Attorney-in-fact for the Spanish Holders of Lehman Programs Securities

# EXHIBIT A

## Spanish Holders of Lehman Programs Securities

| Claim Number | ISIN | Issuer | Last Name | First Name | Additional Party | Original Claim Amount |
|---|---|---|---|---|---|---|
| 64230 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Cardeno Forastero | Jose | | USD 72,357.34 |
| 64229 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Cordoncillo Fontanet | Francisco J. | Mª del Roser Mitjavila Garcia | USD 28,942.94 |
| 64431 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Cerda Baro | Agustin | Rosa Mussons Salabert | USD 57,885.87 |
| 64432 | XS0215349357 | Lehman Brothers Capital Funding LP (UK) | Collet Cabot | Joan | Rosa Fisa Plana | USD 43,414.41 |

# EXHIBIT B



28 de octubre de 2009
Remitente ASDASD
Página 1 de 1

ATTN : JAVIER MAYO
PHONE : 93333333

## DELIVERY NOTIFICATION

INQUIRY FROM:   JAVIER MAYO
CAJA DE INGENIEROS
POTOSI 30
BARCELONA 08013

SHIPMENT TO:   LEHMAN BROTHERS HOLDING
101 HUDSON ST
JERSEY CITY NJ 07302

Shipper Number............................ ASDASD          Tracking Identification Number... H7278432497

According to our records 1 parcel was delivered on 23/10/09 at 12:16 P.M.. The shipment was signed for by BEY as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| ASDASD | 497 | H7278432497 | HUDSON ST 101 JERSEY CITY | *(signature)* |

SPA1INA:000A0000

# UPS Carta De Porte (No Negociable)

**SHIPPER'S COPY**

Nº De Seguimiento / Tracking De La Carta De Porte: H 727 843 249 7

02690103411 Rev. 01/09 EN

### 1 Nº De Cuenta UPS Del Remitente

Nombre Del Remitente: **CAJA DE INGENIEROS**
Nombre Y Dirección Del Remitente: **VIA LAIETANA 39**
**08003 BARCELONA**
**SPAIN**

N.I.F./C.I.F. Del Remitente: **F08216863**
Nº De Teléfono: **932682929**

### 2 Nº De Cuenta UPS Del Destinatario

Código Postal: 
Persona De Contacto: 

Nombre Y Dirección De La Empresa:
**LEHMAN BROTHERS HOLDING**
**C/O EPIQ BANKRUPTCY SOLUTIONS LLC**
**FDR STATION**
**NEW YORK PO BOX 5076**
**EE UU 10150-5076**

País: PARTICULAR

### 3 PAGO DE LOS GASTOS

☒ REMITENTE (R)
☐ DESTINATARIO (D)
☐ TERCEROS (T)

FACTURAR LOS GASTOS DE ENVÍO A:
☐ REMITENTE (R) ☐ DESTINATARIO (D) ☐ TERCEROS (T)

FACTURAR ADUANAS E IMPUESTOS A:
☐ REMITENTE (R) ☐ DESTINATARIO (D) ☐ TERCEROS (T)

### 4 OPCIÓN DE SERVICIO

☐ Express Plus
☐ Express
☐ Express Saver
☐ Expedited
☒ Standard

### 5 DATOS DE ENVÍO

Nº De Paquetes: **1**
Peso Real: **1**
Peso Volumétrico: **2**

Referencia 1: 
Referencia 2: 
Código De Oferta Especial: 
Descripción De La Mercancía: **DOCUMENTS**

### 6 SERVICIOS OPCIONALES

☐ Entrega En Sábado

### 7 FECHA DEL ENVÍO
DD/MM/AA: **21/10/09**

FIRMA DEL REMITENTE: [signature]

PARA USO DE UPS
Recogida En UPS Por: **262**
Fecha: **21/10/09**

3901

# EXHIBIT C



28 de octubre de 2009
Remitente ASDASD
Página 1 de 1

ATTN : JAVIER MAYO - H7284830394
PHONE : 93333333

## DELIVERY NOTIFICATION

INQUIRY FROM:   JAVIER MAYO
CAJA DE INGENIEROS
POTOSI 30
BARCELONA 08013

SHIPMENT TO:   LEHMAN BROTHERS HOLDING
101 HUDSON ST FL 11
JERSEY CITY NJ 07302

Shipper Number............................ ASDASD        Tracking Identification Number... H7284830394

According to our records 1 parcel was delivered on **26/10/09** at **11:03 A.M.**, and left at **MAIL ROOM**.
The shipment was signed for by **MASI** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| ASDASD | 394 | H7284830394 | HUDSON ST FL 11 101 JERSEY CITY | *(signature)* |

SPA1INA:000A0000

*[UPS Carta de Porte (Shipper's Copy) - handwritten shipping label, rotated 90°]*

**Remitente (Sender):**
Caixa d'Enginyers
Via Laietana, 39
08003 Barcelona
ESP
N° de Teléfono: 93.268.2424
N.I.F./C.I.F.: F-08216863
N° de Cuenta UPS: 8F6W35

**Destinatario (Recipient):**
LEHMAN BROTHERS HOLDING
CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
401 HUDSON STREET, SUITE 2
JERSEY CITY
NJ 07302

Opción de Servicio: Express (X)
N° de Paquetes: 1
Peso: 1 kg
Fecha de Envío: 23/10/09

N° de Seguimiento: H728 483 0394

Para Uso de UPS: 252
Hora: 13:15

02690103411 Rev. 01/09 EN
403138/1 - 030430 / Spanish
3901