# UNITES STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed file under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

**Credit Suisse Credit Strategies**                    **Credit Suisse Credit Strategies Master**
**Liquidating Trust**                                  **Fund, Ltd.**

_____                        _____
Name of Transferee                                     Name of Transferor

Name and Address where notices to                      Court Claim # (if known):
transferee should be  sent:

**Credit Suisse Credit Strategies**                    **22833** (as amended by **66810**) lodged
**Liquidating Trust**                                  against Lehman Brothers Special
c/o Puglisi & Associates                               Financing Inc. (08-13888) and
850 Library Avenue, Suite 204
Newark, Delaware 10711                                 **22834** (as amended by **66809**) lodged
Attn: Donald J. Puglisi                                against Lehman Brothers Holdings Inc.
Telephone: 302-738-6680                                (08-13555)
Facsimile: 302-738-7210
E-mail: dpuglisi@puglisiassoc.com                      Amount of Claim: $336,941.98 (the
                                                       "Settled Claim Amount")

Secondary Notification:                                Date Claim Filed: 9/21/2009

**Credit Suisse Credit Strategies**
**Liquidating Trust**
c/o   Credit   Suisse   Alternative
Capital, Inc.
Eleven Madison Avenue, 13th Floor                      Phone: 212-538-1905_____
New York, NY 10010                                     Last Four Digits of Acct#: N/A
Attn: Tinwah Wong
Telephone: 212-538-1905
Facsimile: 212-448-3186
E-mail:        list.ai-hfmo@credit-
suisse.com;   tinwah.wong@credit-
suisse.com

Last Four Digits of Acct #: N/A

Name and Address where transferee
payments should be sent (if different from
above):

Same as Above

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date:_____ 10/20/10 _____
    Transferee/Transferee's Agent
        David H. Lerner
      Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

*EVIDENCE OF TRANSFER*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:   Clerk

AND TO:   Lehman Brothers Special Financing Inc ("LBSF") (08-13888)
           and Lehman Brothers Holdings Inc (08-13555) ("LBHI" together with LBSF, the "Debtors")
           in *Lehman Brothers Holdings Inc., et al.*
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim Nos: **22833** lodged against Lehman Brothers Special Financing Inc. (08-13888) (as amended by **66810**) and **22834** lodged against Lehman Brothers Holdings Inc. (08-13555) (as amended by **66809**)

      **Credit Suisse Credit Strategies Master Fund, Ltd.,** its successors and assigns ("*Seller*"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **Credit Suisse Credit Strategies Liquidating Trust**
        c/o Puglisi & Associates
        850 Library Avenue, Suite 204
        Newark, Delaware 10711
        Attn: Donald J. Puglisi
        Telephone: 302-738-6680
        Facsimile: 302-738-7210
        E-mail: dpuglisi@puglisiassoc.com

        Secondary Notification:

        **Credit Suisse Credit Strategies Liquidating Trust**
        c/o Credit Suisse Alternative Capital, Inc.
        Eleven Madison Avenue, 13th Floor
        New York, NY 10010
        Attn: Tinwah Wong
        Telephone: 212-538-1905
        Facsimile: 212-448-3186
        E-mail: list.ai-hfmo@credit-suisse.com; tinwah.wong@credit-suisse.com

its successors and assigns ("*Buyer*"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the original principal amount of $374,379.98, which, upon agreement, entered into on June 1, 2010, among the Debtors and the Seller, has been reduced

and settled for the principal amount of $336,941.98 (the "***Settled Claim Amount***") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated October _20_, 2010.

**CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD.**
By: Credit Suisse Alternative Capital, Inc., as investment adviser

By: _____
Name: THOMAS FLANNERY
Title: AUTHORIZED SIGNATORY

**CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST**
By: Credit Suisse Alternative Capital, Inc., as its Administrator

By: _____
Name: David H. Lorner
Title: Authorized Signatory

3

17654103 09118168