**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )    s.s.:
NEW YORK COUNTY    )

Domenique Scalia, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 18th day of October, 2010, I caused a copy of the following filings to be served Via Hand Delivery by Urban Express on the parties shown on the attached Service List:

- Response of Symphony Asset Management LLC on Behalf of Adagio Fund to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12074]

- Response of Symphony Asset Management LLC on Behalf of Andante Fund L.P. to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12076]

- Response of Symphony Asset Management LLC on Behalf of Encore L.P. to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12078]

- Response of Symphony Asset Management LLC on Behalf of Fortissimo Fund to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12075]

          */s/ Domenique Scalia*
          Domenique Scalia

Sworn to before me the 20th day of October, 2010

 */s/ Patricia A. Ashman*
Notary Public, State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# SERVICE LIST
## STANDARD PARTIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005