**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **(Jointly Administered)** |
| **Debtors.** | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   )  s.s.:
NEW YORK COUNTY    )

Domenique Scalia, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 19th day of October, 2010, I caused a copy of the following filings to be served Via Facsimile on the party shown on the attached Service List:

- Response of Symphony Asset Management LLC on Behalf of Adagio Fund to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12074]

- Response of Symphony Asset Management LLC on Behalf of Andante Fund L.P. to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12076]

NEWYORK 7765178 (2K)

- Response of Symphony Asset Management LLC on Behalf of Encore L.P. to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12078]

- Response of Symphony Asset Management LLC on Behalf of Fortissimo Fund to the Debtors' Fortieth Omnibus Objection to Late-Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12075]

                                   */s/ Domenique Scalia*
                                   Domenique Scalia

Sworn to before me the 20th day of October, 2010

*/s/ Patricia A. Ashman*
Notary Public, State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010.

# SERVICE LIST
# STANDARD PARTIES

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-931