# GARADEX INC.

TÉL. (514) 849-7084   FAX. (514) 845-1266

<u>Via Federal Express</u>

October 13, 2010

**The Honorable James M. Peck**
Courtroom 601
One Bowling Green
New York, New York 10004

Re:   **United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Inc., et al., (Debtors)
Case No. 08-13555
Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims
(Late-Filed Claims)
Garadex Inc.
c/o Andrew Gaty
1800 St. James Place, Suite 300
Houston, Texas 77056-4109
Claim No. 35844
Classification and Amount:  Unsecured $34,000.00**

Dear Sir:

This claim should not be disallowed and expunged due to the fact that on September 18, 2009; we went to Canada Post to register our claim. Enclosed please find proof of claim and postmark dated September 18, 2009 which clearly indicates it was postmarked before the due date of September 22, 2009.

The person of authority to reconcile, settle, or otherwise resolve the claim on our behalf is Mr. Andrew Gaty c/o Garadex Inc., 1245 Sherbrooke Street West, Suite 1840, Montreal, QC H3G 1G2, Tel: 514-849-7084 Ext. 111.

Yours sincerely,

**GARADEX INC.**

Stephen Gaty

Enclosures



1245 OUEST, RUE SHERBROOKE STREET WEST, SUITE 1840, MONTREAL, QUE. H3G 1G2

```
              Postes Canada / Canada Post
                    Galerie-Taschereau
                    3848 Boul Taschereau
                 GREENFIELD-PARK    J4V2H0
                   TPS/GST#: 125154369
                   TVQ/QST#: 1010401719
              ---------------------
      2009/09/18         05:09:32         sarah
      CC/CC129976           G/W1         TR645545

      N/N                  1@$3.40          $3.40
      Let/Crt.pst.surd.É-U/Ltr O/S US

      Poids réel / Actual Weight 0.121kg

      N° de suivi / Tracking #
      RT 932 677 353 CA

       additionnelle refusée
       Additional  declined
       Le service de balance a été traité après
       l'heure limite
       Scale Service was processed after Mail
       Cut-Off time

      N/N                1@($16.35)      ($16.35)
      Affranch. prépayé/Pre-affixed postage

      N/N                  1@$12.95        $12.95
      Recommandé É-U/Registered USA

      N/N                  1@$3.40          $3.40
      Let/Crt.pst.surd.É-U/Ltr O/S US

      Poids réel / Actual Weight 0.122kg

      N° de suivi / Tracking #
      RT 932 677 340 CA

       additionnelle refusée
       Additional  declined
       Le service de balance a été traité après
       l'heure limite
       Scale Service was processed after Mail
       Cut-Off time

      N/N                1@($16.35)      ($16.35)
      Affranch. prépayé/Pre-affixed postage

      N/N                  1@$12.95        $12.95
      Recommandé É-U/Registered USA

      N/N                  1@$3.40          $3.40
      Let/Crt.pst.surd.É-U/Ltr O/S US
```

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 367 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                    1@($16.35)        ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                    1@$12.95          $12.95
Recommandé É-U/Registered USA

N/N                    1@$3.40           $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 407 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                    1@($16.35)        ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                    1@$12.95          $12.95
Recommandé É-U/Registered USA

N/N                    1@$3.40           $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 398 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                    1@($16.35)        ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                    1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                    1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 375 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                    1@($16.35)       ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                    1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                    1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 415 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                    1@($16.35)       ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                    1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                    1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 384 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

```
N/N                 1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

N/N                 1@$3.40          $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.115kg

N° de suivi / Tracking #
RT 932 677 424 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N                 1@($16.35)      ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N                 1@$12.95         $12.95
Recommandé É-U/Registered USA

SOUS-TOTAL/SUBTL                    $0.00
TPS/GST                             $0.00
TVP/PST                             $0.00
TVH/HST                             $0.00
TOTAL/TOTAL                         $0.00

Espèces CAN / CDN Cash              $0.00
MONNAIE / CHG. DUE                  $0.00

Reçu requis pour tous les retours.
Receipt required for all returns.
```



R:645545.129976;

Repérage sur le Web ou par téléphone :
Certaines conditions s'appliquent
Track your package by web or phone:
Some exceptions apply
WWW.POSTESCANADA.CA / WWW.CANADAPOST.CA
800-267-1177



| Registered | Recommandé |
|---|---|
| International/USA | International/É. U. |

**To** Destinataire

Name/Nom: U.S. Bankruptcy Court
Address/Adresse: FDR Station, P.O. Box 5076
City/Ville: New York  Country/Pays: NY, USA

CUSTOMER RECEIPT    REÇU DU CLIENT
33-086-582 (98-10)

For enquiry / Pour renseignements call / appelez:
**1 888 550-6333**

Advice of / Avis de Receipt / réception: YES/OUI ☐  NO/NON ☒

Declared Value / Valeur déclarée: $ 0

Item No. / N° de l'article: **RT 932 677 353 CA**

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour tout envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

2009 -... 1 9

GREENFI... OFFICE



**Registered** / **Recommandé** — International/USA / International/É.U.

CANADA POST / POSTES CANADA

To / Destinataire

Name/Nom: U.S. Bankruptcy Court
Address/Adresse: FDR Station PO Box 5076
City/Ville: New York  Country/Pays: NY, USA

CUSTOMER RECEIPT / REÇU DU CLIENT
33-086-582 (98-10)

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: YES/OUI
Declared Value / Valeur déclarée: $ 0
Item No. / N° de l'article: RT 932 677 340 CA

---

**REGISTERED** / **RECOMMANDÉ**

- Items containing merchandise also require a Customs Declaration form. / Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Date stamp the seal(s) of the item in all cases. / Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. / Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8
BUREAU DE POSTE / POST OF...
GREENFIELD PA[RK]
J4V 2H0



**Registered   Recommandé**
International/USA   International/É. U.

To       Destinataire
Name / Nom: US BANKRUPTCY COURT
Address / Adresse: FDR STATION PO BOX 5074
City / Ville: NEW YORK   Country / Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of / Avis de Receipt / réception: YES / OUI

Declared Value / Valeur déclarée: $

CUSTOMER RECEIPT   REÇU DU CLIENT
33-086-682 (98-10)

Item No. / N° de l'article: RT 932 677 367 CA

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



| Registered<br>International/USA | Recommandé<br>International/É. U. | CANADA POSTES<br>POST CANADA |
|---|---|---|
| **To** Destinataire | | For enquiry  Pour renseignements<br>call:  appelez:<br>**1 888 550-6333** |
| Name / Nom: US Bankruptcy Court | | |
| Address / Adresse: FDRSTN PO BOX 5076 | | Advice of / Avis de  ☐ YES/OUI  ☒ NO/NON<br>Receipt / Réception |
| City / Ville: New York, NY  Country / Pays: USA | | Declared Value  Valeur déclarée<br>▶ $ Ø |
| **CUSTOMER RECEIPT**   **REÇU DU CLIENT**<br>33-086-582 (98-10) | | Item No.  N° de l'article<br>**RT 932 677 407 CA** |

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LIEU CANADA POST
LOCATION D'ACCEPTATION

2009 -09- 18

BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



**Registered    Recommandé**
International/USA    International/É.U.

CANADA POST / POSTES CANADA

To    Destinataire
Name / Nom: US Bankruptcy Court
Address / Adresse: FDR Station PO Box 5076
City / Ville: New York    Country / Pays: NY, USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: NO / NON

Declared Value / Valeur déclarée: $ —

CUSTOMER RECEIPT    REÇU DU CLIENT
33-086-582 (98-10)

Item No. / N° de l'article
**RT 932 677 398 CA**

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the Item in all cases.
- Refer to the Canada Postal Guide for Information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

**ACCEPTING LOCATION / LIEU D'ACCEPTATION**
POSTES / CANADA POST
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



| Registered | Recommandé | |
|---|---|---|
| **R** International/USA | International/É. U. | CANADA POST / POSTES CANADA |

**To / Destinataire**

Name / Nom: US Bankruptcy Court
Address / Adresse: FDR Station PO Box 5076
City / Ville: New York    Country / Pays: USA

For enquiry / Pour renseignements appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: YES / OUI ☑   NO / NON

Declared Value / Valeur déclarée: $ 0

**CUSTOMER RECEIPT / REÇU DU CLIENT**
33-086-582 (98-10)

Item No. / N° de l'article: **RT 932 677 375 CA**

---

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
**129976**
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



**Registered  Recommandé**
International/USA  International/É.U.

To / Destinataire
Name/Nom: United States Bankruptcy
Address/Adresse: FDR Station, PO Box 5071
City/Ville: New York  Country/Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333

Advice of Receipt / Avis de réception: YES/OUI ☐  NO/NON ☒

Declared Value / Valeur déclarée: $

CUSTOMER RECEIPT   REÇU DU CLIENT
33-086-582 (98-10)

Item No. / N° de l'article
RT 932 677 415 CA

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129C-6
2009 -09- 1 8
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V





**Registered  Recommandé**
International/USA  International/É. U.

CANADA POST / POSTES CANADA

To / Destinataire
Name / Nom: United States Bankruptcy Court
Address / Adresse: FDR Station, PO Box 5076
City / Ville: New York    Country / Pays: USA

For enquiry / Pour renseignements call / appelez: 1 888 550-6333
Advice of Receipt / Avis de réception: NO / NON
Declared Value / Valeur déclarée: $ 0
Item No. / N° de l'article: RT 932 677 424 CA

**CUSTOMER RECEIPT    REÇU DU CLIENT**
33-086-562 (98-10)

**REGISTERED**
- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**
- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION
POSTES CANADA / CANADA POST
129976
2009 -09- 1 8