UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,       Case No. 08-13555 (JMP)

                        Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID W. PARHAM

UPON the motion of David W. Parham dated October 13, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David W. Parham is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            October 20, 2010

                                                                *s/ James M. Peck*
                                                                UNITED STATES BANKRUPTCY JUDGE