

RECEIVED
OCT 14 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

To:

Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

7 October 2010

### Re: Claim number 65858 - Objection for Claim to be Disallowed & Expunged
### United States Bankruptcy Court Southern District of New York
### In re Lehman Brothers Holdings Inc (case 08-13555 (JMP))

My name is Tal Lev Ari, I was an employee of Lehman Brothers Limited, a UK subsidiary of Lehman Brothers Holding Inc, at the time the company filed for protection under chapter 11. Lehman Brothers Limited, along with other European subsidiaries, was put into administration in the UK following the bankruptcy of the US parent company.

Claim 65858 is for a total amount of $178,077.26, on the basis of deferred compensation for services provided. CSA awards, which are equity based units in Lehman Brothers Holding Inc, were awarded to employees as part of the employee compensation scheme. Of the total claim amount a sum of $10,950 has priority as it was earned within 180 days before filing of the bankruptcy petition.

Shortly after Lehman Brothers Limited was put into administration, claim forms covering claims arising out of employment were sent out by PWC, the UK administrator, to all former employees of Lehman Brothers Limited. These were filed, processed and dealt with by PWC/ Lehman Human Resources staff without any further involvement of the employees. Under such claim certain payments covering holiday entitlement and redundancy were made.

Upon the receipt of the Notice of Deadline for Filing Proofs of Claim from the United States Bankruptcy Court Southern District of New York in July 2009, I contacted both PWC and Lehman Human Resources staff to inquire whether any action was required on my part. It should be highlighted, that due to the complexity of the Lehman administration both teams (PWC and Lehman Human Resources) designated to assist affected employees were not very cooperative, attentive or easily accessible. When I finally managed to talk to one representative over the phone I was advised that since the CSA claims arise out of my employment no further action was required on my end. Since I did not need to submit proofs of claim to the UK court because PWC/Lehman HR submitted the claims on behalf of the employees – I did not question the advice provided.

Only after the Bar Date Order had lapsed, I learned from two ex-colleagues I ran into by chance, that they were advised to the contrary, i.e. that they themselves should provide the proofs of claim to the US Bankruptcy Court. Once I have learnt this I immediately sent my proof of claim accompanied by a letter describing the circumstances that led to the delay to the approved claim agent.

I have suffered significant financial losses, including my employment, as a result of the bankruptcy of Lehman Brothers. Throughout the process I have acted based on advice and instructions given by representatives of a team portrayed as "a dedicated team to employees' queries". Under no circumstances did I deliberately or negligently fail to follow instructions received.

On the grounds of being misguided by Lehman Human Resources/PWC representatives I plead with you not to disallow or expunge my claim despite the late submission.

As I live in the UK I contacted Honorable James M. Peck's clerk and asked to participate in the hearing telephonically. Details of the court conference services were provided and arrangements are in place for me to dial in.


Tal Lev Ari
Flat 15, 1 Parkhill Road
London NW3 2YJ


Copy:
(i)     Weil Gotshal & Manges LLP (attn: Shai Waisman, Esq)
        767 Fifth Avenue
        New York
        New York 10153

(ii)    Office of the United States Trustee for the Southern District of New York (attn: Andy Velez-Rivera,
        Esq., Paul Schwartzberg, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq)
        33 Whitehall Street
        21st Floor
        New York
        New York 10004

(iii)   Milbank, Tweed, Hadley & McCloy LLP (attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and
        Evan Fleck, Esq.)
        1 Chase Manhattan Plaza
        New York
        New York 100005

From:   Meeus Aelbrecht Ludovicus
        Coletijnenhof 16
        8000 Brugge
        Belgium


To:     Lehman Brothers Holdings Claims Processing
        c/o Epiq Bankruptcy Solutions, LLC
        FDR Station, P.O. Box 5076
        New York,
        New York 10150-5076
        USA

To:     Chambers of the Honorable James M. Peck
        One Bowling Green
        New York
        New York 10004
        Courtroom 601
        USA

To:     Weil Gotshal & Manges LLP
        Attn. Shai Waisman, Esq.
        767 Fifth Avenue
        New York
        New York 10153
        USA

To:     Office of the United States Trustee for the Southern District of New York
        Attn. Andy Velze-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda
        Riffkin Esq. and Tracy Hope Davis, Esq.
        33, Whitehall Street
        21st floor
        New York
        New York 10004
        USA

To:     Milbank, Tweed, Hadley & McCloy LLP
        Attn. Dennis F. Dunne, Esdq., Dennis O'Donnell, Esq and Evan Fleck, Esq.
        1 Chase Manhattan Plaza
        New York
        New York 10005
        USA

Re:     **"Lehman Brothers Holdings Inc. and certain of its affiliates"**
        **Chapter 11 Case No. 08-13555 (JMP)**
        **United States Bankruptcy Court Southern District of New York**
        **Objection against the disallowance of Claim Number 65311 and Claim Number
        66283**

October 8, 2010


By registered mail


Dear Sir,


I hereby oppose the disallowance of the aforementioned claims.

## 1. Facts

At the end of October 2009, I received the document attached hereto as Annex 1. At that time, we were on holiday abroad and only returned home on October 31, 2009. On October 31, 2009 (a Sunday), we took note of Annex 1.

According to Annex 1, a proof of claim needed to be filed by November 2, 2009.

On November 2, 2009, I partly completed the form and handed it over to my bank, ING Belgium NV (the "Bank"). The Bank further completed the form and called Epic on November 2, 2009. The Bank told me that they asked Epic whether they could submit the claim by fax (which was not the case) and how they needed to submit the form, taking into account the timing. The Bank informed me that they were told by Epic during that call that Epic was going to take into account all claims submitted prior to November 15, 2009 and therefore instructed the Bank to send the form by mail. On the basis of that information, the Bank sent the form by mail to the attention of Epic.

When completing the form, the Bank however misspelled my name and did not properly fill in the amount of the claim (not knowing what EUR/USD exchange rate had to be used).

According to your records (Annex 2), the form was received on November 10, 2010.

Epiq Systems informs me on January 19, 2010 that the claim has been recorded by Epiq under number nr 65311. I checked the respective website and acknowledge that there are errors in the claim. I inform the Bank thereof. The Bank informs Epic with respect to the errors on February 5, 2010 (Annex 3).

On February 11, 2010, Epiq Systems sends us Annex 4, requesting us to file a new claim as an update of the previous claim. The new claim is numbered 66283 (Annex 5). The new form does not refer to the old claim that was already filed and registered under number 65311, although it all relates to the same matter. The updated claim is received on February 17, 2010 (Annex 6).

At the end of September 2010, we are informed that both claim 65311 and claim 66283 (which relate in fact all to the same facts) are disallowed because of late filing (Annex 7 and 8).

## 2. Reasons for opposing to the disallowance

Taking into account the aforementioned facts, it was impossible to file a claim before November 2, 2009. It cannot be expected from a creditor to be able to file a claim in due time if that person is only informed literally a couple of days prior to the deadline. If the judgement dates from July

2, 2009 it is not acceptable to only inform a creditor at the end of October 2009 and just leaving him a couple of days to file a claim. The way in which this was handled does not allow a creditor to exercise his rights and that is not acceptable.

I therefore strongly oppose to the disallowance of the aforementioned claims and wish that the claims are accepted.

\*        \*

Sincerely yours,

Name of the claimant: Meeus Aelbrecht Ludovicus
Address of the claimant and address to be used for returns by the Debtors: Coletijnenhof 16, 8000 Brugge, Belgium

Name of the person having authority to settle the claim: the claimant itself (tel. +32.50.39.09.65)

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000065311

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Ludovicus NEEUS - AELBRECHT
Coletijrenhof 16
8000 Brugge

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on:_____

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $**_____ + accruals (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0218304458 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** Clearstream Bank. CA 67771
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 11169
(Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | |
|---|---|
| Date. 2/11/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. MEEUS L.A.N |

**FOR COURT USE ONLY**

**FILED / RECEIVED**

NOV 10 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*Annex 2*          *Dok 3*

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P  646 282 2500   F  646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0008274902 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000112137 ****

NEEUS-AELBRECHT, LUDOVICUS
COLETTIJNENHOF 16
BRUGGE, 8000 BELGIUM

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case.  It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH.  To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | NEEUS-AELBRECHT, LUDOVICUS |
| Date Received: | 11/10/2009 |
| Claim Number: | 65311 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed.  The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents.  If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

05/02/2010  16:52     32-50-408398              ING BC BRUGGE                        PAG.   01/04

*Annex 3*

Ludovicus MEEUS-AELBRECHT
COLETTIJNENHOF 16
**8000**                    **BRUGES**
**BELGIUM**

001 64 62822501 - FAX
4 pages

Bruges, 5.2.2010
5 february.

Claim number: 65311
Case number 08-13555

We received an acknowledgement of receipt of proof of claim. You will find this acknowledgement in copy.

We note that our name is not correct. It's not NEEUS but **MEEUS**. We thank you to correct this. We note also that the amount of claim is not filled in on our Proof of claim. Can you do the necessary to correct this please.

**Amount of claim is 28.302 dollar (20.000 euro x 1.4151) + accruals.** It concerns ISIN XS 0218304458 – Lehman Broth 05/35.

Thank you to do the necessary and sorry for the inconvenience.

MEEUS L.A.N.

Annex 4



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

February 10, 2010

Meeus-Aelbrecht, Ludovicus
Colettijnenhof 16
Brugge 8000
Belgium

Dear Ludovicus Meeus-Aelbrecht,

Enclosed please find your correspondence we received regarding the Lehman Brothers Holdings Bankruptcy. Unfortunately, when you wish to change your claim amount you must submit a new proof of claim form and check the box in the upper right hand corner which indicates that your new claim amends a previously filed claim.

Please fill out the attached proof of claim form and send to the address below:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Please let me know if you have any questions.

Best regards,

Christopher Simco
Case Manager
Epiq Systems
Bankruptcy Solutions
757 Third Avenue
New York, NY 10017
Phone: 646.282.2568
Cell: 646.282.2492
Fax: 646.282.2501
www.epiq11.com

Annex 5    Doc 7.



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000113739 ****
MEEUS LUDOVICUS
COLETTYNENHOF 16
BRUGGE, 8000 BELGIUM

March 29, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | MEEUS LUDOVICUS |
| Date Received: | 02/17/2010 |
| Claim Number: | 66283 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

17/02/2010   16:21   +32-50-288-778          ING ASSEBROEK                    PAGE   01/03

---

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000066283

---

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

MEEUS   Ludovicus
COLETTYNENHOF   16
8000  BRUGGE
               BELGIUM
0032 50 390965
Telephone number:               Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:               Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 28.302 + accruals (Required)   28.302 dollar = 20.000 Euro X 1,4151
                                                    euro — dollar ratio on Sept 15/2008

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS 0218304458        (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Clearstream Bank          CA 67771
                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 11169
                    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

FEB 17 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>2/11/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>        Ludovicus  MEEUS   L. A. N. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*Onnex 7*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                            :
                                                 :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :
                                                 :    08-13555 (JMP)
                               Debtors.          :
                                                 :    (Jointly Administered)
-----------------------------------------------------------------X

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000112137 MAIL ID *** 0033298627 *** BSIUSE: 80

MEEUS-AELBRECHT, LUDOVICUS
COLETTIJNENHOF 16
BRUGGE, 8000 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>MEEUS-AELBRECHT, LUDOVICUS<br>COLETTIJNENHOF 16<br>BRUGGE, 8000 BELGIUM | **Claim Number:**    65311<br><br>**Date Filed:**    11/10/2009<br><br>**Debtor:**    08-13555<br><br>**Classification and Amount:**    UNSECURED: $ 0.00<br>UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---
[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Annex 8*

*Dot 9*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re                                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :

                              Debtors.             :

--------------------------------------------------------------X

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000113739 MAIL ID *** 0033298626 *** BSIUSE: 79
MEEUS LUDOVICUS
COLETTYNENHOF 16
BRUGGE, 8000 BELGIUM

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>MEEUS LUDOVICUS<br>COLETTYNENHOF 16<br>BRUGGE, 8000 BELGIUM | **Claim Number:** 66283<br><br>**Date Filed:** 2/17/2010<br><br>**Debtor:** 08-13555<br><br>**Classification and Amount:** UNSECURED: $ 28,302.00<br>UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.