G R

GARADEX INC.

TÉL. (514) 849-7084 FAX. (514) 845-1266

Via Federal Express

October 13, 2010

**The Honorable James M. Peck**
Courtroom 601
One Bowling Green
New York, New York 10004

**Re: United States Bankruptcy Court**
**Southern District of New York**
**Lehman Brothers Holdings Inc., et al., (Debtors)**
**Case No. 08-13555**
**Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)**
**Garadex Inc.**
**c/o Andrew Gaty**
**1800 St. James Place, Suite 300**
**Houston, Texas 77056-4109**
**Claim No. 35514**
**Classification and Amount: Unsecured $34,000.00**

Dear Sir:

This claim should not be disallowed and expunged due to the fact that on September 18, 2009; we went to Canada Post to register our claim. Enclosed please find proof of claim and postmark dated September 18, 2009 which clearly indicates it was postmarked before the due date of September 22, 2009.

The person of authority to reconcile, settle, or otherwise resolve the claim on our behalf is Mr. Andrew Gaty c/o Garadex Inc., 1245 Sherbrooke Street West, Suite 1840, Montreal, QC H3G 1G2, Tel: 514-849-7084 Ext. 111.

Yours sincerely,

RECEIVED
OCT 14 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

**GARADEX INC.**

Stephen Gaty

Enclosures

Postes Canada / Canada Post
Galerie-Taschereau
3848 Boul Taschereau
GREENFIELD-PARK J4V2H0
TPS/GST#: 125154369
TVQ/QST#: 1010401719
--------------------

2009/09/18 05:09:32 sarah
CC/CC129976 G/W1 TR645545

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 353 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 340 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après l'heure limite
Scale Service was processed after Mail Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.122kg

N° de suivi / Tracking #
RT 932 677 367 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N              1@($16.35)     ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N              1@$12.95       $12.95
Recommandé É-U/Registered USA

N/N              1@$3.40        $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 407 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N              1@($16.35)     ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N              1@$12.95       $12.95
Recommandé É-U/Registered USA

N/N              1@$3.40        $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 398 CA

 additionnelle refusée
Additional  declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N              1@($16.35)     ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.121kg

N° de suivi / Tracking #
RT 932 677 375 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 415 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.126kg

N° de suivi / Tracking #
RT 932 677 384 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

N/N 1@$3.40 $3.40
Let/Crt.pst.surd.É-U/Ltr O/S US

Poids réel / Actual Weight 0.115kg

N° de suivi / Tracking #
RT 932 677 424 CA

additionnelle refusée
Additional declined
Le service de balance a été traité après
l'heure limite
Scale Service was processed after Mail
Cut-Off time

N/N 1@($16.35) ($16.35)
Affranch. prépayé/Pre-affixed postage

N/N 1@$12.95 $12.95
Recommandé É-U/Registered USA

| | |
|---|---|
| SOUS-TOTAL/SUBTL | $0.00 |
| TPS/GST | $0.00 |
| TVP/PST | $0.00 |
| TVH/HST | $0.00 |
| TOTAL/TOTAL | $0.00 |
| Espèces CAN / CDN Cash | $0.00 |
| MONNAIE / CHG. DUE | $0.00 |

Reçu requis pour tous les retours.
Receipt required for all returns.

R:645545.129976;

Repérage sur le Web ou par téléphone :
Certaines conditions s'appliquent
Track your package by web or phone:
Some exceptions apply
WWW.POSTESCANADA.CA / WWW.CANADAPOST.CA
800-267-1177

R Registered International/USA — Recommandé International/É. U.

CANADA POST — POSTES CANADA

To — Destinataire

Name / Nom: U.S. Bankruptcy Court

Address / Adresse: FDR Station P.O. Box 5076

City / Ville — Country / Pays: New York NY, USA

For enquiry call: / Pour renseignements appelez: 1 888 550-6333

Advice of Receipt / Avis de réception ▶ YES OUI — NO NON

Declared Value / Valeur déclarée ▶ $ Ø

CUSTOMER RECEIPT — REÇU DU CLIENT

33-086-592 (98-10)

Item No. / N° de l'article: RT 932 677 353 CA

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION — LIEU D'ACCEPTATION

POSTES ... 2009 ... 1 8 ... BUREAU ... GREENF... OFFICE





R Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA

To Destinataire

Name Nom U.S. Bankruptcy Court
Address Adresse FDR Station PO Box 5076
City Ville Country Pays New York NY, USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333

Advice of Receipt Avis de réception YES OUI NO NON

Declared Value Valeur déclarée $ Ø

Item No. Nº de l'article RT 932 677 340 CA

CUSTOMER RECEIPT REÇU DU CLIENT

33-086-582 (98-10)

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PA
J4V 2H0

R Registered / Recommandé
International/USA International/É. U.
CANADA POST / POSTES CANADA

To / Destinataire

For enquiry call: / Pour renseignements appelez: 1 888 550-6333

Name / Nom: US BANKRUPTCY COURT

Address / Adresse: FDR STATION PO BOX 5074

City / Ville: NEW YORK, Country / Pays: USA

Advice of Receipt / Avis de réception ▶ YES / OUI — NO / NON

Declared Value / Valeur déclarée ▶ $

CUSTOMER RECEIPT / REÇU DU CLIENT

Item No. / N° de l'article: RT 932 677 367 CA

33-086-582 (98-10)

| REGISTERED | RECOMMANDÉ |
|---|---|
| ▶ Items containing merchandise also require a Customs Declaration form. | ▶ Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises. |
| ▶ Date stamp the seal(s) of the item in all cases. | ▶ Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas. |
| ▶ Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. | ▶ Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité. |

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0

Registered Recommandé
International/USA International/É. U.
CANADA POST POSTES CANADA
To Destinataire
Name Nom
US Bankruptcy Court
Address Adresse
FDRSTN PO BOX 5076
City Ville Country Pays
New York, NY USA
For enquiry call: Pour renseignements appelez:
1 888 550-6333
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée
$ 0
CUSTOMER RECEIPT REÇU DU CLIENT
33-086-592 (98-10)
Item No. N° de l'article
RT 932 677 407 CA

REGISTERED

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

RECOMMANDÉ

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION / LIEU D'ACCEPTATION

POSTES CANADA POST
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



Registered International/USA
Recommandé International/É. U.
CANADA POST POSTES CANADA
To Destinataire
Name Nom US Bankruptcy Court
Address Adresse FDR STATION PO Box 5076
City Ville Country Pays NewYork, NY, USA
For enquiry call: Pour renseignements appelez: 1 888 550-6333
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée $ Ø
Item No. N° de l'article RT 932 677 398 CA
CUSTOMER RECEIPT REÇU DU CLIENT
33-086-582 (98-10)

| REGISTERED | RECOMMANDÉ |
|---|---|
| Items containing merchandise also require a Customs Declaration form. | Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises. |
| Date stamp the seal(s) of the item in all cases. | Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas. |
| Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country. | Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité. |

ACCEPTING LOCATION — LIEU D'ACCEPTATION

POSTES CANADA POST
2009-09-18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0



R Registered International/USA Recommandé International/É. U.

CANADA POST POSTES CANADA

To Destinataire

Name Nom US BANKRUPTCY COURT

Address Adresse FDR STATION PO BOX 5076

City Ville NEW YORK Country Pays USA

For enquiry call: Pour renseignements appelez: 1 888 550-6333

Advice of Receipt Avis de réception YES OUI NO NON

Declared Value Valeur déclarée $ 0

Item No. N° de l'article RT 932 677 375 CA

CUSTOMER RECEIPT REÇU DU CLIENT

33-086-582 (98-10)

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION LIEU D'ACCEPTATION

POSTES CANADA POST
129976
2009 -09- 18
BUREAU DE POSTE / POST OFFICE
GREENFIELD PARK, QC
J4V 2H0

R Registered International/USA — Recommandé International/É. U.

CANADA POST — POSTES CANADA

To — Destinataire

Name / Nom: United States Bankruptcy Court

Address / Adresse: FDR Station, PO Box 5076

City / Ville: New York — Country / Pays: USA

For enquiry call: / Pour renseignements appelez: 1 888 550-6333

Advice of Receipt / Avis de réception ▶ YES OUI / NO NON

Declared Value / Valeur déclarée ▶ $ 0

Item No. / N° de l'article: RT 932 677 415 CA

CUSTOMER RECEIPT — REÇU DU CLIENT

33-086-582 (98-10)

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION — LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST

129076

2009-09-18

BUREAU DE POSTE / POST OFFICE GREENFIELD PARK, QC

J4V

R Registered International/USA — Recommandé International/É. U.

CANADA POST — POSTES CANADA

To — Destinataire

For enquiry call: — Pour renseignements appelez: 1 888 550-6333

Name — Nom: U.S. Banklupte, Court

Address — Adresse: FDR STATION PO BOX 5076

City — Ville: New YORK NY, Country — Pays: USA

Advice of Receipt — Avis de réception: YES/OUI — NO/NON

Declared Value — Valeur déclarée: $ NA

CUSTOMER RECEIPT — REÇU DU CLIENT

33-086-682 (98-10)

Item No. — N° de l'article: RT 932 677 384 CA

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le (les) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

ACCEPTING LOCATION — LIEU D'ACCEPTATION

POSTES CANADA / CANADA POST

129976

2009 -09- 18

...TE / POST OFFICE

...RK, QC

Registered International/USA
Recommandé International/É. U.
CANADA POST POSTES CANADA
To Destinataire
For enquiry call: Pour renseignements appelez: 1 888 550-6333
Name Nom United States Bankruptcy Court
Address Adresse FDR Station, PO Box 5076
City Ville New York Country Pays USA.
Advice of Receipt Avis de réception YES OUI NO NON
Declared Value Valeur déclarée $ 0
CUSTOMER RECEIPT REÇU DU CLIENT
Item No. N° de l'article RT 932 677 424 CA
33-086-582 (98-10)

**REGISTERED**

- Items containing merchandise also require a Customs Declaration form.
- Date stamp the seal(s) of the item in all cases.
- Refer to the Canada Postal Guide for information pertaining to prohibitions, restrictions and limitations of liability for each country.

**RECOMMANDÉ**

- Un formulaire de déclaration en douane est requis pour chaque envoi renfermant des marchandises.
- Estampillez le(s) cachet(s) avec un timbre à date dans tous les cas.
- Le Guide des postes du Canada contient de l'information sur les pays assujettis à des interdictions, des restrictions, ou des limitations de responsabilité.

| ACCEPTING LOCATION | LIEU D'ACCEPTATION |
|---|---|
| POSTES CANADA / CANADA POST 129976 2009-09-18 | |