**To :** United States Bankruptcy Court
Southern District of New York

**In re :** Lehman Brothers Holdings Inc., et al.,

Chapter 11 Case No.
09 - 13555 (JMP)
(jointly Administered)

**Name of Debtor :** N.J.L.M. van den Brink (claimant name)

**Claim number :** 65553 and 64697

**Claim basis :** owner of € 30.000,-- Lehman Brothers 05/35 - 2744 (adm)
(ISIN number XS0218304458)
and
owner of € 4.000,- Lehman Brothers 05/35 - EMTN (adm)
at an ING Bank account in the Netherlands.

**Statement why my claim should not be disallowed, expunged, reduced or reclassified:**

Both my claims have been send on October the 22nd, 2009 by **registered mail** to the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076
(**included** in this letter the original **date stamped** envelope and **reception proof**)
The date of October the 22nd can be checked, it is clearly readable.
So my original claim has been send at a **correct** time of 12 days before the closing date to Lehman Brothers Holdings Bankruptcy Court.
**However the letter was rejected (not accepted) for reasons not known to me, by the Bankruptcy Court.**
As the letter was registered by me, the letter was send back to my address in The Netherlands.

**Once again,** I did send back a letter containing both my claims to the Bankruptcy Court
This time the letter has been accepted, however past the closing date for claims to Lehman Brothers Holdings.

Today, I find myself with both my claims to be rejected because the Closing Date should not have been respected by me.
This is not justified!

I did respect the closing date of **November the 2nd, 2009**, as I did send my both my claims **12 days** before the formal closing date.
I was only aware that my letters were not accepted by the Lehmans Brothers Holdings Bankruptcy Court, when these were send back to me.
This happened after the formal closing date.

I ask the Bankruptcy Court Southern District of New York to formally fully recognize my justified claims and put these on the formal list of **Debtors.**

Heesum, october the 4th, 2010


RECEIVED
OCT 13 2010