BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
Thomas H. Montgomery

*Counsel to AJF Holding B.V.
and A.J. Friederich*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Chapter 11 |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF ONTARIO      )

Carol S. Ennis being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On the 18th day of October, 2010, I caused to be served a true copy of the following document:

> Response of AJF Holding B.V. and A.J. Friederich to the Debtors' Forty-Third Omnibus Objection to Claims (late-Filed Lehman Programs Securities Claims)

> on the parties listed on the attached Service List, by messenger.

*[signature]*
Carol S. Ennis

Sworn to before me this
20th day of October, 2010.

*[signature]*
Notary Public

**WILLIAM J. BOYLE**
Notary Public, State of New York
Ontario County Reg. #01BO6223233
Commission Expires 06/07/_1̲4̲_

#1780915

2

# SERVICE LIST

Weil Gotshal & Mangus LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq.

Office of United States Trustee for
  the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.

# 1780640 v1 - ENNISCS - 028651/0003