## Exhibit A

**(Schedule of Avoidance Actions)**

08-13555-mg    Doc 12199-1    Filed 10/20/10    Entered 10/20/10 16:32:47    Exhibit A
Pg 1 of 11

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03489 (JMP) | <u>INTERPLEADER COUNTER-DEFENDANTS</u><br><br>BANK OF AMERICA, N.A., successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee<br>ESP FUNDING I, LTD., as Issuer<br>ESP FUNDING I (DELAWARE) CORP., as Co-Issuer |
| 10-03542 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>U.S. BANK NATIONAL ASSOCIATION<br>BANK OF AMERICA NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br><u>ISSUER DEFENDANTS</u><br><br>AIRLIE CDO I, CORP.<br>AIRLIE CDO I, LTD.<br>AIRLIE LCDO I (AVIV LCDO 2006-3)<br>CORP, AIRLIE LCDO I (AVIV LCDO 2006-3), LTD.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), CORP.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD.<br>AVIV LCDO 2006-1, CORP.<br>AVIV LCDO 2006-1, LTD.<br>AVIV LCDO 2006-2, CORP.<br>AVIV LCDO 2006-2, LTD.<br>BALBOA CDO I, CORP.<br>BALBOA CDO I, LTD.<br>BELLE HAVEN ABS CDO 2005-1, LLC<br>BELLE HAVEN ABS CDO 2005-1, LTD.<br>BELLE HAVEN ABS CDO 2006-1, LLC<br>BELLE HAVEN ABS CDO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-1, CORP.<br>EXUM RIDGE CBO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-2, CORP.<br>EXUM RIDGE CBO 2006-2, LTD.<br>EXUM RIDGE CBO 2006-4, CORP.<br>EXUM RIDGE CBO 2006-4, LTD.<br>EXUM RIDGE CBO 2006-5, CORP.<br>EXUM RIDGE CBO 2006-5, LTD.<br>EXUM RIDGE CBO 2007-1, CORP.<br>EXUM RIDGE CBO 2007-1, LTD.<br>EXUM RIDGE CBO 2007-2, CORP.<br>EXUM RIDGE CBO 2007-2, LTD.<br>GEMSTONE CDO VI CORP.<br>GEMSTONE CDO VI LTD.<br>GREYSTONE CDO SERIES 2008-4 LLC<br>GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-4 SEGREGATED PORTFOLIO<br>PEBBLE CREEK LCDO 2006-1, CORP.<br>PEBBLE CREEK LCDO 2006-1, LTD.<br>PEBBLE CREEK LCDO 2007-3, LLC<br>PEBBLE CREEK LCDO 2007-3, LTD.<br>RACE POINT IV CLO, LTD.<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2002-26 TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-20AT TRUST<br>SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD.<br>STOWE CDO LLC<br>STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-1 SEGREGATED PORTFOLIO<br><br>TRADEWINDS II CDO SERIES 2006-1 LLC<br>TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO<br>WHITE MARLIN CDO 2007-1, CORP.<br>WHITE MARLIN CDO 2007-1, LTD |
| 10-03543 (JMP) | U.S. BANK NATIONAL ASSOCIATION, as Trustee<br>MADISON AVENUE STRUCTURED FINANCE CDO I, LTD.<br>MADISON AVENUE STRUCTURED FINANCE CDO I, CORP., as Issuers |
| 10-03544 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee<br>LIBERTY SQUARE CDO I, CORP.<br>LIBERTY SQUARE CDO I, LTD.<br>LIBERTY SQUARE CDO II, LTD.<br>LIBERTY SQUARE CDO II, CORP., as Issuers |
| 10-03545 (JMP) | TRUSTEE DEFENDANTS<br><br>THE BANK OF NEW YORK MELLON CORPORATION<br>BNY CORPORATE TRUSTEE SERVICES LIMITED<br><br>ISSUER DEFENDANTS<br><br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005- 11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-6<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-12<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-17<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-4<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-9<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-17 |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-19 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-2 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-3 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-4 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-5 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-6 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-7 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-8 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-9 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-10 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-11 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-12 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-13 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-14 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2005-1 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-1 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-2 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-3 |
| | JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-1 |
| | JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-2 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-1 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-2 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-3 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-5 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2004-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2005-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2006-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2008-1 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2003-6 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2003-8 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-3 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-4 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-2 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2004-2 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2004-3 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2006-5 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2007-3 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2008-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-4 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-12 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-3 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-4 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-10 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-11 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-2 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-3 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-10 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-11 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-5 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-7 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-9 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-6 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-7 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-8 |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-9<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-10<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-11<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-12<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-13<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-6<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-9<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-17<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-18<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-19 |
| 10-03546 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO. NATIONAL ASSOCIATION, as Trustee<br>TIAA STRUCTURED FINANCE CDO I, LTD., as Issuer<br>TIAA STRUCTURED FINANCE CDO I, LLC, as Co-Issuer |
| 10-03547 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>BANK OF AMERICA NATIONAL ASSOCIATION<br>THE BANK OF NEW YORK MELLON NATIONAL ASSOCIATION<br>BNY CORPORATE TRUSTEE SERVICES LTD.<br>CITIBANK, N.A.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br><u>ISSUER DEFENDANTS</u><br><br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, as Issuer<br>801 GRAND CDO SERIES 2006-1 LLC, as Co-issuer<br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-2, as Issuer<br>801 GRAND CDO SERIES 2006-2 LLC, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-1, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-2, as Co-issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-1 LLC, as Co-Issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-2 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-1 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-2 LLC, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC THE SERIES 2007-1, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC FOR SERIES 2007-2, as Co-issuer<br>COPPER CREEK CDO SPC, f/a/o SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | COPPER CREEK CDO LLC, as Co-issuer<br>CROWN CITY CDO 2005-1 LIMITED, as Issuer<br>CROWN CITY CDO 2005-1 LLC, as Co-Issuer<br>CROWN CITY CDO 2005-2 LIMITED, as Issuer<br>CROWN CITY CDO 2005-2 LLC, as Co-issuer<br>FREEDOM PARK CDO SERIES 2005-1 LIMITED, as Issuer<br>FREEDOM PARK CDO SERIES 2005-1 LLC, as Co-issuer<br>FULLERTON DRIVE CDO LIMITED, as Issuer<br>FULLERTON DRIVE CDO LLC, as Co-issuer<br>GREYSTONE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer<br>GREYSTONE CDO SERIES 2006-1 LLC, as Co-issuer<br>GREYSTONE CDO SPC, f/a/o THE SERIES 2006-2 SEGREGATED PORTFOLIO, as Issuer<br>GREYSTONE CDO SERIES 2006-2 LLC, as Co-issuer<br>JEFFERSON VALLEY CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer<br>JEFFERSON VALLEY CDO SERIES 2006-1 LLC, as Co-Issuer<br>KINGS RIVER LIMITED, as Issuer<br>KINGS RIVER LLC, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC SERIES 2007-1, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Co-issuer<br>LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Issuer<br>LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Co-issuer<br>PANTERA VIVE CDO SPC, f/a/o THE SERIES 2007-1, as Issuer<br>PANTERA VIVE CDO LLC, as Co-issuer<br>PEBBLE CREEK LCDO 2007-2, LTD., as Issuer<br>PEBBLE CREEK LCDO 2007-2, LLC, as Co-issuer<br>PENN'S LANDING CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>PENN'S LANDING CDO LLC, as Co-issuer<br>PHOENIX 2002-1 LIMITED, as Issuer<br>PHOENIX 2002-1 LLC, as Co-issuer<br>PHOENIX 2002-2 LIMITED, as Issuer<br>PYXIS ABS CDO 2007-1 LTD., as Issuer<br>PYXIS ABS CDO 2007-1 LLC, as Co-issuer<br>QUARTZ FINANCE PLC, as Issuer<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-19-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-1-C TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST<br>RAACLC TRUST, SERIES 2003-A<br>RUBY FINANCE PLC, f/a/o THE SERIES 2005-1, as Issuer<br>RUBY FINANCE PLC, f/a/o THE SERIES 2006-4, as Issuer<br>RUBY FINANCE PLC, f/a/o THE SERIES 2007-1, as Issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>   f/a/o THE SERIES 2007-1 FEDERATION A-1 SEGREGATED PORTFOLIO, as Issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>   f/a/o THE SERIES 2007-1 FEDERATION A-2 SEGREGATED PORTFOLIO, as Issuer<br>SOLAR V CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>SOLAR V CDO LLC, as Co-issuer<br>STOWE CDO SPC, f/a/o THE SERIES 2006-1SEGREGATED PORTFOLIO, as Issuer<br>STOWE CDO SERIES 2006-1 LLC, as Co-issuer<br>STOWE CDO SPC, f/a/o THE SERIES 2008-2A SEGREGATED PORTFOLIO, as Issuer<br>STOWE CDO LLC, as Co-Issuer<br>SUNSET PARK CDO LIMITED SPC, f/a/o THE SERIES 2005-5 SEGREGATED PORTFOLIO, as Issuer<br>SUNSET PARK CDO SERIES 2005-5 LLC, as Co-issuer<br>SUNSET PARK CDO SERIES 2005-6 LIMITED, as Issuer<br>SUNSET PARK CDO SERIES 2005-6 LLC, as Co-issuer<br>SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC,<br>   f/a/o THE SERIES 2007-1 TABXSPOKE (07-1 40-100) SEGREGATED PORTFOLIO, as Issuer |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC, as Co-issuer<br>TAVARES SQUARE CDO LIMITED, as Issuer<br>TAVARES SQUARE CDO LLC, as Co-issuer<br>TAYLOR CREEK LIMITED, as Issuer<br>TAYLOR CREEK LLC, as Co-issuer<br>VOX PLACE CDO LIMITED, as Issuer<br>VOX PLACE CDO LLC, as Co-issuer<br><br>NOTEHOLDER DEFENDANTS<br><br>AC CAPITAL PARTNERS LTD.<br>ACA FINANCIAL GUARANTY CORPORATION<br>ASTERI GROUP LTD.<br>BABSON CAPITAL MANAGEMENT<br>BANCO CREDITO DEL PERU<br>BANK OF CHINA<br>THE BANK OF FUKUOKA, LTD.<br>BARCLAYS BANK PLC<br>BASIS YIELD ALPHA CAPITAL<br>BASIS CAPITAL PTY LIMITED<br>BLUE CROSS BLUE SHIELD<br>BEAR STEARNS ASSET MANAGEMENT<br>BENEFICIAL LIFE INSURANCE CO.<br>BLACKROCK, INC.<br>CALYON NEW YORK<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>CENTRAL REINSURANCE CORP.<br>CHEYNE CAPITAL MANAGEMENT (UK) LLP<br>CITIGROUP ALTERNATIVE INVESTMENTS LLC<br>CSFB ALTERNATIVE CAPITAL I<br>CSFB CDO-CITI<br>THE DAEGU BANK, LTD.<br>DELAWARE INVESTMENT ADVISORS INC.<br>DELAWARE MANAGEMENT BUSINESS TRUST<br>DELPHI FINANCIAL GROUP, INC.<br>DEXIA, EDISON INTERNATIONAL<br>ELLIOT ASSOCIATES, L.P.<br>EQUITY GROUP, INC.<br>ETHIAS SA<br>FAR GLORY LIFE INSURANCE CO., LTD.<br>FAXTOR SECURITIES BV<br>GARADEX INC.<br>GARLAND INVESTMENT MANAGEMENT INC.<br>GATEX PROPERTIES INC.<br>GOLDMAN SACHS US MORTGAGES SAI FUND<br>GORDON RAUSSER<br>GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN)<br>GORDON RAUSSER (IRA)<br>KUO HUA LIFE INSURANCE, LTD.<br>IKB DEUTSCHE INDUSTRIEBANK<br>INTERNATIONAL BANK OF TAIPEI<br>IRON FINANCIAL<br>JA HOKKAIDO SHINREN<br>KOREA'S NATIONAL AGRICULTURAL COOPERATIVE FEDERATION<br>MAGNETAR CAPITAL<br>MBIA CAPITAL MANAGEMENT CORPORATION<br>MKP CAPITAL MANAGEMENT LLC<br>MODERN WOODMEN<br>MONEYGRAM USA |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
|  | THE OCEANIC HEDGE FUND<br>OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM<br>OMICRON INVESTMENT MANAGEMENT GMBH (f/k/a UNIQA ALTERNATIVE INVESTMENTS GMBH)<br>PB CAPITAL CORPORATION<br>PRINCETON ADVISORY GROUP, INC.<br>PRINCIPAL GLOBAL INVESTORS, (EUROPE) LIMITED<br>PRINCIPAL GLOBAL INVESTORS<br>RABOBANK INTERNATIONAL NEW YORK BRANCH<br>RABOBANK GROUP<br>RGA LLC<br>ROTHSCHILD ASSET MANAGEMENT INC.<br>SENECA CAPITAL MANAGEMENT LLC<br>SENTINEL MANAGEMENT GROUP INC.<br>SHIELD SECURITIES<br>SHING KONG LIFE INSURANCE CO., LTD.<br>SHINGKONG INSURANCE CO. LTD.<br>SHINHAN BANK<br>SOUTHERN MISSOURI BANCORP, INC.<br>SOCIETE GENERALE<br>STONE TOWER<br>SUSQUAHANA BANK<br>SWISS LIFE LTD.<br>TAIWAN LIFE<br>TOM DEPPING<br>TRAVELERS EXPRESS COMPANY INC.<br>TRUST CO. OF THE WEST INC.<br>UNION INVESTMENT GROUP<br>UNIQA ALTERNATIVE INVESTMENTS<br>VANDERBILT CAPITAL ADVISORS<br>VERITAS CAPITAL<br>WELLS FARGO, NATIONAL ASSOCIATION<br>ZAIS GROUP, LLC<br>ZAIS INVESTMENT GRADE LTD |
| 10-03548 (JMP) | AXA, S.A.<br>AXA ASSURANCES VIE MUTUELLE<br>AXA ASSURANCES I.A.R.D. MUTUELLE<br>AXA COURTAGE ASSURANCE MUTUELLE<br>AXA FINANCIAL, INC.<br>ALLIANCEBERNSTEIN L.P. F/K/A/ ALLIANCE CAPITAL MANAGEMENT L.P. |
| 10-03550 (JMP) | ABOVENET COMMUNICATIONS INC. |
| 10-03551 (JMP) | EMC CORPORATION |
| 10-03552 (JMP) | FRAGOMEN, DEL REY, BERNSEN AND LOEWY, LLP |
| 10-03553 (JMP) | GMAC MORTGAGE CORPORATION |
| 10-03554 (JMP) | STAPLES INC. |
| 10-03555 (JMP) | SUNGARD REFERENCE DATA SOLUTIONS, INC. |
| 10-03556 (JMP) | WEBEX COMMUNICATIONS INC. |
| 10-03557 (JMP) | ALPHA OFFICE SUPPLIES INC. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03558 (JMP) | EARTH THEBEAULT INC. |
| 10-03559 (JMP) | HANOVER MOVING CO. INC. |
| 10-03560 (JMP) | EMORTGAGE LOGIC LLC |
| 10-03563 (JMP) | EXCEL MEDIA SYSTEMS INC. |
| 10-03564 (JMP) | RADIANZ AMERICAS INC. |
| 10-03565 (JMP) | GEORGESON INC. |
| 10-03566 (JMP) | HYPOTHECA CAPITA LLC |
| 10-03567 (JMP) | VIDEO CORPORATION OF AMERICA |
| 10-03571 (JMP) | INFORMATION BUILDERS INC. |
| 10-03574 (JMP) | ANA-DATA CONSULTING INC. |
| 10-03575 (JMP) | INTEGREON MANAGED SOLUTIONS INC. |
| 10-03579 (JMP) | LIBERTY PROPERTY LIMITED PARTNERSHIP |
| 10-03580 (JMP) | OPEN SOLUTIONS INC. |
| 10-03582 (JMP) | AUTOMATED SECURITIES CLEARANCE LTD. |
| 10-03585 (JMP) | LOANPERFORMANCE |
| 10-03587 (JMP) | CLUNE CONSTRUCTION COMPANY L.P. |
| 10-03588 (JMP) | NETZWERKE UND INNOVATIVER COMPUTER-EINSATZ GMBH |
| 10-03590 (JMP) | PEI SYSTEMS INC. |
| 10-03593 (JMP) | CIENA COMMUNICATIONS INC. |
| 10-03596 (JMP) | SPIRAL BINDING COMPANY, INC. |
| 10-03597 (JMP) | MACGREGOR GROUP INC. |
| 10-03598 (JMP) | FIRST AMERICAN RESIDENTIAL VALUE VIEW LLC |
| 10-03599 (JMP) | NORTHROP GRUNMAN CORPORATION |
| 10-03600 (JMP) | TEXAS TOWER LTD. |
| 10-03601 (JMP) | PALM BEACH CENTRE 1 LLC |
| 10-03602 (JMP) | WILLIAMS LEA INC. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03603 (JMP) | UCA GLOBAL INC. |
| 10-03604 (JMP) | SATYAM COMPUTER SERVICES LTD. |
| 10-03605 (JMP) | SOS SECURITY INC. |
| 10-03606 (JMP) | STEWART LENDER SERVICES |
| 10-03607 (JMP) | INTERFACE CABLE ASSEMBLIES & SERVICES CORPORATION |
| 10-03608 (JMP) | MIDDLEFIELD PARK |
| 10-03609 (JMP) | DEUTSCHE BANK TRUST COMPANY AMERICAS |
| 10-03617 (JMP) | LAKE FOREST BUSINESS CENTER |
| 10-03809 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>WELLS FARGO BANK NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br><br><u>ISSUER DEFENDANTS</u><br><br>IMPAC CMB TRUST SERIES 2005-03<br>IMPAC CMB TRUST SERIES 2005-04<br>IMPAC CMB TRUST SERIES 2005-05<br>IMPAC CMB TRUST SERIES 2005-08<br>IMPAC CMB TRUST SERIES 2006-3<br>IMPAC SECURED ASSETS TRUST 2007-3<br>ACCESS GROUP INC. SERIES 2005-A<br>ACCESS GROUP INC. SERIES 2005-B<br>LAKEVIEW 2007-4<br>FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8<br>RACERS 2005-10<br>GREYSTONE 2006-3 |
| 10-03810 (JMP) | <u>TRUSTEE DEFENDANTS</u><br><br>BANK OF NEW YORK<br>BANK OF NEW YORK TRUSTEE SERVICES LIMITED<br><br><u>ISSUER DEFENDANTS</u><br><br>GAZPROMBANK MORTGAGE FUNDING 2 S.A.<br>RUBY FINANCE PUBLIC LIMITED COMPANY, AS ISSUER OF THE SERIES 2006-7 |
| 10-03811 (JMP) | BANK OF NEW YORK MELLON NATIONAL ASSOCIATION |
| 10-03812 (JMP) | NEBRASKA INVESTMENT FINANCE AUTHORITY |
| 10-03830 (JMP) | CONFLUENT V LIMITED<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03831 (JMP) | BLUEBAY ASSET MANAGEMENT PLC |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
|  | BLUEBAY HIGH YIELD BOND FUND<br>BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) SARL<br>BLUEBAY STRUCTURED FUNDS-HIGH YIELD ENHANCED FUND<br>BLUEBAY STRUCTURED FUNDS-HIGH YIELD PORTABLE ALPHA FUND<br>G.A. FUND-BOND HIGHER YIELD EURO TP<br>INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL<br>INTERPOLIS PENSIOENEN VERMOGENSBEHEER B.V.<br>LGT CAPITAL INVEST (SC3) LTD.<br>PANACEA TRUST- BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST<br>STICHTING BEDRIJFSPENSIOENFONDS VOOR DE METAALEKTRO<br>STICHTING MN SERVICES EUROPEES HIGH YIELD FONDS<br>BLUEBAY VALUE RECOVERY (MASTER) FUND LIMITED |
| 10-03832 (JMP) | ADAGIO III CLO PLC<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03833 (JMP) | MATIGNON DERIVATIVES LOANS<br>AXA INVESTMENT MANAGERS PARIS S.A. |