

Honorable James M. Peck
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Chase Manhattan Plaza
New York, New York 10005

Re: United States Bankruptcy Court
    Southern District of New York

In re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11  Case No. 08-13555 (JMP)

Claimant: Wheeler, Evelyn I.
    Robert J. Duplain JTWROS
    7410 Rossmore Court
    Dayton, Ohio 45459-4213
    937-435-7056 phone

Claim: $11,000 Lehman Brothers Holding Notes
    Paying 5.7% maturing on 2/10/2029 with paid in full feature at death of owner.

This claim should not be disallowed as follows:
1) No communication explaining why claim number 8011 filed on 8/8/2009 was disallowed.
2) Evelyn Wheeler's date of death on 7/14/2008 was prior to Lehman Brothers bankruptcy on 9/15/2008. Paperwork to Citi Bank as agent for the $11,000 claim was received by Citi Bank on 8/4/2008. (Time between death and claim was required to obtain death certificate.) Lehman Brothers had a liability to pay this claim with death 62 days prior to bankruptcy and with notification 42 days prior to bankruptcy.

I respectfully request that the Court allow these claims to be paid.

Robert J. Duplain

*Robert J Duplain*
Executor For The Estate of Evelyn I. Wheeler

10/8/10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X

LBH OMNI53 09-24-2010 (MERGE2,TXNUM2) 4000054682 MAIL ID *** 0033523594 *** BSIUSE: 39

WHEELER, EVELYN I
ROBERT J DUPLAIN JTWROS
7410 ROSSMORE CT.
DAYTON, OH 45459-4213

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| WHEELER, EVELYN I<br>ROBERT J DUPLAIN JTWROS<br>7410 ROSSMORE CT.<br>DAYTON, OH 45459-4213 | Claim to be Disallowed and Expunged | 8011 | 8/11/2009 | 08-13555 | UNSECURED: $ 11,000.00 |
| | Surviving Claim | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Wilmington Trust Company, in its capacity as indenture trustee, on behalf of itself and the holders of certain senior unsecured notes (the "Senior Notes"). Your claim has been identified as also relating, in whole or in part, to the Senior Notes. **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Senior Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Senior Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Senior Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged. Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Brothers Holdings, Inc | 08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000008011

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Evelyn I Wheeler
Robert J Duplain JTWROS
7410 Rossmore Ct.
Dayton, Ohio 45459-4213

Telephone number: 937-435-7056  Email Address: rjduplain@sbcglobal.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 11,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Payment at death of owner on 7/14/2008
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3555
   3a. Debtor may have scheduled account as: 08-13555
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY
FILED / RECEIVED
AUG 11 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 8/8/2009 | Robert J Duplain |

Robert Duplain | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## GUARANTEE CLAIM SUMMARY

Evelyn I Wheeler, Robert J Duplain JTWROS
7410 Rossmore Ct.
Dayton, OH 45459-4213 United Sta

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Holdings Inc. (08-13555) |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Lehman Brothers Holdings, INC. Chapter 11 Bankruptcy on September 15, 2008 |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | In February 2004 Evelyn purchased $11,000 of the Lehman Brothers Holding Notes paying 5.7% interest from UBS. They were to mature on 2/10/2029 and had a paid in full feature at the death of the owner. Evelyn died 7/14/2008. On 8/3/2008 a copy of her death certificate and relevant paperwork to receive the $11,000 payment was sent to Citi Bank as agent. Citi Bank received the paperwork on 8/04/2008. The money should have been returned to Evelyn's estate immediately. (Evelyn had other financial instruments like this and they were all paid very promptly, including GM). Lehman Brothers declared bankruptcy on 9/15/2008. Nothing has been paid. Our estate has been punished because Lehman Brothers was not timely on processing paperwork over approximately 1.5 months. |
| Amount of claim against Obligor | $11,000.00 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | See notes in prior section. I do not have appropriate Lehman Brothers documents |
| Amount of claim against the Guarantor | $11,000.00 |