UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
          Debtors.                                          :
                                                            :    Ref. Docket No. 12048
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2010, I caused to be served the "Debtors' Reply to Limited Objections and in Support of Debtors' Motion for Approval of a Settlement Agreement among LBSF, LBHI, and Société Générale, New York Branch and Certain Related Relief," dated October 18, 2010 [Docket No. 12048], by causing true and correct copies to be:

    i.   delivered via facsimile to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Eleni Kossivas
                                                            Eleni Kossivas

Sworn to before me this
19th day of October, 2010

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP APRIL 26, 2014

T:\Clients\LBH\Affidavits\Debtors_Reply_DI 12048_AFF_10-18-10.doc

# EXHIBIT A

| Name | Fax |
| --- | --- |
| ALSTON BIRD LLP ATTN J WEITNAUER | 404-881-7777 |
| ALSTON BIRD LLP ATTN M JOHNSON | 212-210-9444 |
| REED SMITH LLP ATTN E SCHAFFER | 212-521-5450 |

# EXHIBIT B

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION
601 TRAVIS, 16TH FLOOR
HOUSTON, TEXAS 77002

BANK OF AMERICA, N.A.
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255


ALSTON & BIRD LLP
MICHAEL E. JOHNSON, ESQ.
90 PARK AVENUE
NEW YORK, NEW YORK 10016

ALSTON & BIRD LLP
JOHN C. WEITNAUER, ESQ.
1201 WEST PEACHTREE STREET
ATLANTA, GEORGIA 30309

REED SMITH LLP
ERIC A. SCHAFFER
MICHAEL J. VENDITTO
599 LEXINGTON AVENUE
NEW YORK, NY 10022