**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re:                                                     :
                                                           :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :
                                                           :   Case No. 08-13555 (JMP)
                    Debtors.                               :
                                                           :   (Jointly Administered)
-----------------------------------------------------------X
In re:                                                     :
                                                           :   SIPA Proceeding
LEHMAN BROTHERS INC.,                                      :
                                                           :   Case No. 08-01420 (JMP)
                    Debtor.                                :
                                                           :
-----------------------------------------------------------x
```

**STIPULATION TO ADMISSION OF EXHIBITS**

Barclays Capital, Inc. ("Barclays"), Lehman Brothers Holdings, Inc. ("LBHI"), the Trustee in the Securities Investor Protection Act liquidation of Lehman Brothers Inc. (the "Trustee"), and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc. (the "Creditors' Committee", collectively with LBHI and the Trustee, the "Movants"), hereby stipulate that the following trial exhibits shall be admitted into evidence:

BCI Exhibits 48a, 49a, 50a, 51, 301, 301a, 325, 384, 583, 623, 624, 628, 629, 648, 733a, 843, 848, 849, 850, 908, 920, 924, 925, 926, 927, 928, 929, 930, 931, 932, 933, 934, 950, 952, 953, 954, 955, 956, 957, 958, 960, 962, 969, 971, 972, 973, 982, 983, 984, 990, 991, 992, 993, 994, 999 and 1104.

Movants' Exhibits 142, 432, 434, 724, 726, 728, 732, 733, 738, 740, 873, 888, 889, 916 and 962.

1

Dated: New York, New York
      October 14, 2010

BOIES SCHILLER & FLEXNER LLP

By:   /s/ Jonathan D. Schiller
      Jonathan D. Schiller
      Hamish P. M. Hume
      Jack G. Stern

575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

HUGHES HUBBARD & REED LLP

By:   /s/ William R. Maguire
      William R. Maguire
      Seth D. Rothman
      Neil J. Oxford

One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

JONES DAY

By:   /s/ Robert W. Gaffey
      Robert W. Gaffey
      Jayant W. Tambe
      William J. Hine

222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

QUINN EMANUEL URQUHART & SULLIVAN LLP

By:   /s/ James C. Tecce
      James C. Tecce
      Erica Taggart
      Eric Kay

55 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Official Committee of Unsecured Creditors*

**SO ORDERED:**

Dated: New York, New York
      October 20, 2010

      *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE