Paul Zakian
129 East 82nd street, Apt 10A
New York, NY 10028
September 26, 2010

Chambers of Honorable James M. Peck
One Bowling Green
New York, NY 10004, Courtroom 601

In Regards to:

United States Bankruptcy Court, Southern District of New York

Lehman Brothers Holdings Inc et al Debtors

Chapter 11 Case No 08-13555 (JMP) Jointly Administered

Claim Number 36799

Date Filed 10/7/2009

Debtor : 08-13555

Classification Amt: Unsecured $176,151.00

Dear Honorable Court and other relevant parties,

I am humbly writing to you to ask that you repeal the objection to my claim (#36799) which was filed 2 weeks late, as a result of an urgent family medical situation. I was required, as sole caretaker, to attend to the affairs of my mother who is 72 years old and lives alone in Wynnewood Pennsylvania, for two months as she endured double knee repair surgery and rehabilitation at Pennsylvania Hospital (documentation enclosed). As a result, I was restricted to accessing and acting on my personal affairs which includes this claim.

Please direct any reply to:

Paul Zakian
129 East 82nd Street, Apt 10A
New York, NY, 10028
917-826-1369

With Sincere regards

*[signature: Paul Zak...]*

Paul Zakian

RECEIVED
OCT 1 2 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

000201865                                                                                                                                    421127275

# Medicare Summary Notice

**CMS**

Page 1 of 8

November 9, 2009

LAURA     ZAKIAN
807 WICKFIELD RD
WYNNEWOOD PA  19096-1610



**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-2604D**

If you have questions, call:
1-800-MEDICARE
(1-800-633-4227) (#12502)

**Ask for Doctor Services**
TTY for hearing impaired: 1-877-486-2048

**BE INFORMED:**  Protect your Medicare number as you would a credit card number.

This is a summary of claims processed from 08/28/2009 through 10/19/2009.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 18-09279-262-880 | | | | | | |
| Bryn Mawr Medical Speci, 933 Haverford Rd, | | | | | | a |
|    Bryn Mawr, PA  19010-3819 | | | | | | |
| Dr. Mayer, Henry S.  M.D. | | | | | | |
| 08/25/09 | 1 Cardiovascular stress test (93018) | $273.00 | $17.12 | $13.70 | $3.42 | |
| Claim number 11-09229-859-700 | | | | | | |
| Main Line Healthcare, P O Box 8538 227, | | | | | | a |
|    Philadelphia, PA  19171-0001 | | | | | | |
| Dr. Thaler, Malcolm S.  M.D. | | | | | | |
| 08/14/09 | 1 Office/outpatient visit, est (99213) | $100.00 | $65.14 | $52.11 | $13.03 | |
| 08/14/09 | 1 Routine venipuncture (36415) | 20.00 | 3.00 | 3.00 | 0.00 | b |
| 08/14/09 | 1 Urinalysis nonauto w/o scope (81002) | 15.00 | 3.74 | 3.74 | 0.00 | b |
| | Claim Total | $135.00 | $71.88 | $58.85 | $13.03 | |

---

**THIS IS NOT A BILL - Keep this notice for your records.**

BPAB035355
0001 00

# PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-09236-580-320 | | | | | | |
| Main Line Healthcare, P O Box 8538 227, Philadelphia, PA 19171-0001 | | | | | | a |
| Referred by: Dr. Booth Jr, Robert E., M.D. | | | | | | |
| Dr. Thaler, Malcolm S. M.D. | | | | | | |
| 08/21/09 | 1 Office consultation (99244) | $285.00 | $196.36 | $157.09 | $39.27 | |
| 08/21/09 | 1 Admin influenza virus vac (G0008-GA) | 25.00 | 22.64 | 22.64 | 0.00 | b |
| 08/21/09 | 1 Td vaccine no prsrv >/= 7 im (90714-GA) | 50.00 | 0.00 | 0.00 | 50.00 | c |
| | Claim Total | $360.00 | $219.00 | $179.73 | $89.27 | |
| Claim number 11-09268-212-050 | | | | | | |
| Medical Assoc Of The MA, P O Box 843254, Boston, MA 02284-3254 | | | | | | a |
| Dr. Levy, Mark M.D. | | | | | | |
| 09/21/09 | 1 Initial inpatient consult (99253) | $195.00 | $121.25 | $97.00 | $24.25 | |
| Claim number 11-09272-260-440 | | | | | | |
| Medical Assoc Of The MA, P O Box 843254, Boston, MA 02284-3254 | | | | | | a |
| Dr. Levy, Mark M.D. | | | | | | |
| 09/22/09 | 1 Subsequent hospital care (99231) | $80.00 | $39.09 | $31.27 | $7.82 | |
| 09/23/09 | 1 Subsequent hospital care (99232) | 110.00 | 69.88 | 55.90 | 13.98 | |
| 09/24/09 | 1 Subsequent hospital care (99232) | 110.00 | 69.88 | 55.90 | 13.98 | |
| | Claim Total | $300.00 | $178.85 | $143.07 | $35.78 | |
| Claim number 11-09231-450-510 | | | | | | |
| Pennsylvania Cardiology Asso, Farm Journal Buildin , 230 W Washington Sq 3Rd Fl, Philadelphia, PA 19106-3500 | | | | | | d,a |
| Referred by: Dr. Booth Jr, Robert E., M.D. | | | | | | |
| Dr. Norris, Robert B. M.D. | | | | | | |
| 08/17/09 | 1 Office consultation (99244) | $275.00 | $196.36 | $157.09 | $39.27 | |
| 08/17/09 | 1 Electrocardiogram, complete (93000) | 80.00 | 23.01 | 18.41 | 4.60 | |
| | Claim Total | $355.00 | $219.37 | $175.50 | $43.87 | |

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-09265-486-580 | | | | | | d,a |
| Pennsylvania Cardiology Asso, | | | | | | |
| Farm Journal Buildin , | | | | | | |
| 230 W Washington Sq 3Rd Fl, | | | | | | |
| Philadelphia, PA 19106-3500 | | | | | | |
| Latta, Patricia A. CRNP | | | | | | |
| 09/15 - 17/09 | 3 Subsequent hospital care (99232) | $330.00 | $178.20 | $142.56 | $35.64 | |
| Yoon, Julie O. NP | | | | | | |
| 09/18/09 | 1 Subsequent hospital care (99232) | 110.00 | 59.40 | 47.52 | 11.88 | |
| | Claim Total | $440.00 | $237.60 | $190.08 | $47.52 | |
| Claim number 11-09252-323-020 | | | | | | a |
| Rad Assoc Of The Main Line, P O Box 225, | | | | | | |
| Paoli, PA 19301-0225 | | | | | | |
| Referred by: Dr. Norris, Robert B., M.D. | | | | | | |
| Dr. Marek, Jennifer L. | | | | | | |
| 08/26/09 | 1 Heart wall motion add-on (78478-26GC) professional charge | $136.00 | $28.98 | $23.18 | $5.80 | |
| 08/26/09 | 1 Heart function add-on (78480-26GC) professional charge | 136.00 | 18.89 | 15.11 | 3.78 | |
| | Claim Total | $272.00 | $47.87 | $38.29 | $9.58 | |
| Claim number 11-09253-771-690 | | | | | | a |
| Rad Assoc Of The Main Line, P O Box 225, | | | | | | |
| Paoli, PA 19301-0225 | | | | | | |
| Referred by: Dr. Norris, Robert B., M.D. | | | | | | |
| Dr. Marek, Jennifer L. | | | | | | |
| 08/26/09 | 1 Heart image (3d), multiple (78465-26GC) professional charge | $320.00 | $83.32 | $66.66 | $16.66 | |
| Claim number 11-09268-221-720 | | | | | | a |
| Rehabilitation Associat, P O Box 843254, | | | | | | |
| Boston, MA 02284-3254 | | | | | | |
| Dr. Padhye, Rajendra S. M.D. | | | | | | |
| 09/18/09 | 1 Initial hospital care (99222) | $210.00 | $128.92 | $103.14 | $25.78 | |
| 09/19/09 | 1 Subsequent hospital care (99232) | 115.00 | 69.88 | 55.90 | 13.98 | |

000201869                                                                                          421127275

**Your Medicare Number: XXX-XX-2604D**                                                       Page 4 of 8
                                                                                              November 9, 2009

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)



| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| 09/20/09 | 1 Subsequent hospital care (99232) | 115.00 | 69.88 | 55.90 | 13.98 | |
| 09/21/09 | 1 Subsequent hospital care (99232) | 115.00 | 69.88 | 55.90 | 13.98 | |
| | Claim Total | $555.00 | $338.56 | $270.84 | $67.72 | |

Claim number 11-09272-270-020
**Rehabilitation Associat, P O Box 843254,**                                                                      a
    **Boston, MA 02284-3254**
Dr. Padhye, Rajendra S. M.D.

| 09/22/09 | 1 Subsequent hospital care (99232) | $115.00 | $69.88 | $55.90 | $13.98 | |
| 09/23/09 | 1 Subsequent hospital care (99231) | 82.00 | 39.09 | 31.27 | 7.82 | |
| 09/24/09 | 1 Hospital discharge day (99238) | 160.00 | 70.00 | 56.00 | 14.00 | |
| | Claim Total | $357.00 | $178.97 | $143.17 | $35.80 | |

Claim number 11-09271-199-840
**Rjk Medical Assoc Ltd, Co Cbs,**                                                                                  a
    **8701D West Chester Pike ,**
    **Upper Darby, PA 19082-0000**
Dr. Kreb III, Robert J. M.D.

| 09/16/09 | 1 Initial inpatient consult (99253) | $175.00 | $121.25 | $97.00 | $24.25 | |

Claim number 11-09268-640-910
**Safecare Ambulance Services, 300 Domino Lane,**                                                                   a
    **Philadelphia, PA 19128-4352**

| 09/18/09 | 1 bls (A0428-HH) | $476.62 | $231.06 | $184.85 | $46.21 | |
| 09/18/09 | 30 Ground mileage (A0425-HH) | 408.60 | 206.10 | 164.88 | 41.22 | |
| | Claim Total | $885.22 | $437.16 | $349.73 | $87.43 | |

Claim number 18-09264-437-500
**Society Hill Anes Consult, PO Box 826190,**                                                                       a
    **Philadelphia, PA 19182-6190**
Referred by: Dr. Booth Jr, Robert E., M.D.
Peezick, Carol CRNA

| 09/15/09 | 15 Anesth, knee arthroplasty (01402-QX) | $805.00 | $248.54 | $198.83 | $49.71 | e |

BPAB035355

000201870
421127275

**Your Medicare Number: XXX-XX-2604D**

Page 5 of 8
November 9, 2009

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 18-09264-437-920 <br> **Society Hill Anes Consult, PO Box 826190,** <br>    **Philadelphia, PA  19182-6190** <br> Referred by: Dr. Booth Jr, Robert E., M.D. <br> Dr. Berman, David B. M.D. | | | | | | a |
| 09/15/09 | 15 Anesth, knee arthroplasty (01402-QK) | $1,955.00 | $248.54 | $198.83 | $49.71 | e |
| 09/15/09 | 1 Inject spine w/cath l/s (cd) (62319-59) | 765.00 | 94.72 | 75.78 | 18.94 | |
| 09/15/09 | 1 Doc antibio given b/4 surg (4048F) | 0.00 | 0.00 | 0.00 | 0.00 | f |
| | **Claim Total** | **$2,720.00** | **$343.26** | **$274.61** | **$68.65** | |
| Claim number 11-09267-157-830 <br> **Society Hill Anes Consult, PO Box 826190,** <br>    **Philadelphia, PA  19182-6190** <br> Dr. Glasser, Steven M.D. | | | | | | a |
| 09/16/09 | 1 Hosp manage cont drug admin (01996) | $255.00 | $66.87 | $53.50 | $13.37 | |
| Claim number 11-09267-157-940 <br> **Society Hill Anes Consult, PO Box 826190,** <br>    **Philadelphia, PA  19182-6190** <br> Dr. Haas, Allen B. M.D. | | | | | | a |
| 09/17/09 | 1 Hosp manage cont drug admin (01996) | $255.00 | $66.87 | $53.50 | $13.37 | |
| Claim number 18-09275-052-120 <br> **Trustees Of The Univ Of, PO Box 0905,** <br>    **Philadelphia, PA  19175-0905** <br> Referred by: Dr. Booth Jr, Robert E., M.D. <br> Dr. Barroeta, Julieta | | | | | | a |
| 09/15/09 | 2 Tissue exam by pathologist (88305-26) professional charge | $440.00 | $78.24 | $62.59 | $15.65 | |
| 09/15/09 | 2 Decalcify tissue (88311-26) professional charge | 56.00 | 25.08 | 20.06 | 5.02 | |
| | **Claim Total** | **$496.00** | **$103.32** | **$82.65** | **$20.67** | |

000201871                                                                          421127275

**Your Medicare Number: XXX-XX-2604D**
Page 6 of 8
November 9, 2009

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-09247-816-670 **Univ Of Penn - Comm Rad, Suite 118, 999 Old Eagle School Road, Wayne, PA 19087-1707** Referred by: Dr. Booth Jr, Robert E., M.D. Dr. Kneeland, Bruce M.D. | | | | | | a |
| 08/17/09 | 1 Chest x-ray (71020-26GC) professional charge | $30.00 | $11.81 | $9.45 | $2.36 | |
| Claim number 11-09275-536-560 **Univ Of Penn - Comm Rad, Suite 118, 999 Old Eagle School Road, Wayne, PA 19087-1707** Referred by: Dr. Booth Jr, Robert E., M.D. Dr. Love, Michael B. M.D. | | | | | | a |
| 09/15/09 | 1 X-ray exam of knee, 1 or 2 (73560-26LT) professional charge | $22.00 | $9.19 | $7.35 | $1.84 | |
| 09/15/09 | 1 X-ray exam of knee, 1 or 2 (73560-26RT) professional charge | 22.00 | 9.19 | 7.35 | 1.84 | |
| | **Claim Total** | **$44.00** | **$18.38** | **$14.70** | **$3.68** | |
| Claim number 18-09264-041-900 **3B Orthopaedics,P.C., PO Box 828079, Philadelphia, PA 19182-8079** Dr. Booth Jr, Robert E. M.D. | | | | | | a |
| 09/15/09 | 1 Total knee arthroplasty (27447-50) | $12,920.00 | $2,402.40 | $1,921.92 | $480.48 | |
| Claim number 18-09264-041-910 **3B Orthopaedics,P.C., PO Box 828079, Philadelphia, PA 19182-8079** Marsicano, Marisa A. PA | | | | | | a |
| 09/15/09 | 1 Total knee arthroplasty (27447-82AS50) assistant surgeon | $1,530.00 | $326.73 | $261.38 | $65.35 | |

BPAB035355