GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

                      Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE OF ADJOURNMENT**

## NOTICE OF ADJOURNMENT OF MOTION PURSUANT TO RULE 9006(b)(1) FOR AN ORDER PERMITTING THE LATE FILING OF A CLAIM

PLEASE TAKE NOTICE that the hearing on the motion of **Mark Glasser** for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, presently scheduled for October 20, 2010, has been adjourned to **November 10, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. This adjournment is made at the request and consent of counsel for the debtor.

Dated: New York, New York
        October 20, 2010

                                        GUSRAE, KAPLAN, BRUNO &
                                         NUSBAUM PLLC

                                         By: _____/s_____
                                             Brian D. Graifman, Esq.
                                             *Attorneys for Mark Glasser*
                                             120 Wall Street
                                             New York, NY  10005
                                             212-269-1400