SEP 2 3 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :      Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                     :      08-1355 (JMP)
                                                            :
          Debtors                                           :      (Jointly Administered)
                                                            :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | The Hokuetsu Bank, Ltd.<br>2-2-14 Ootedori, Nagaoka City, Niigata-ken<br>940-8650 Japan<br><br>Address for notices:<br>Shinichiro Abe<br>Baker & McKenzie GJBJ Tokyo Aoyama Aoki Koma Law Office<br>(Gaikokuho Joint Enterprise)<br>The Prudential Tower, 11th Floor<br>2-13-10 Nagatacho, Chiyoda-ku<br>Tokyo 100-0014 Japan |
| Claim Number: | 16021 |
| Date Claim Filed: | September 16, 2009 (Received: September 18, 2009) |
| Total Amount of Claim Filed: | N/A |

I, the undersigned, am an authorized signatory for the above-referenced creditor in connection with the above-referenced claim. I hereby withdraw the above-referenced claim and authorize the Debtor's claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

September 16, 2010

Counsel for The Hokuetsu Bank Ltd.
Shinichiro Abe, Attorney-at-Law

*[signature]*

**BAKER & MCKENZIE**

東京青山・青木・狛法律事務所

Baker & McKenzie GJBJ
Tokyo Aoyama Aoki Koma Law Office
(Gaikokuho Joint Enterprise)
The Prudential Tower
13-10, Nagatacho 2-chome
Chiyoda-ku, Tokyo 100-0014, Japan

Tel : +81 3 5157 2700
Fax : +81 3 5157 2900
www.taalo-bakernet.com
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Cancun
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

September 22, 2010

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
U.S.A.
Attn: Lehman Brothers Holdings Claims Processing

Dear Sir:

**RE:    Withdrawal of Proof of Claim against Lehman Brothers Holdings Inc.**

On behalf of The Hokuetsu Bank Ltd., I enclose a copy of the Withdrawal of Claim against Lehman Brothers Holdings Inc., duly signed by me.

Kindly acknowledge receipt of this document.

Yours sincerely,

Shinichiro Abe

Baker & McKenzie GJBJ Tokyo Aoyama Aoki Koma Law Office (Gaikokuho Joint Enterprise) is a member of Baker & McKenzie International, a Swiss Verein.

# DHL Waybill

## 1 Payer account number and insurance details / 顧客番号・保険

Charge to: Shipper / Receiver / 3rd Party
Payer Account No. 運送料金結払先 荷受人 第三者
着払い専用

Shipment Insurance / 保険  Insured value (in local currency)
申告価額を日本円でご記入ください
☐ Yes

Payment options: ☐ Cash/現金  ☐ Cheque/小切手  ☐ Credit Card/クレジットカード
Not all payment options are available in all countries.

## 2 From (Shipper/荷送人)

Shipper's account number/顧客番号: 580063703
Contact name/担当者名: Shinji Otsuka

Shipper's reference (up to 32 characters but only first 12 will be shown on invoice)

Company name/会社名: BAKER&MCKENZIE GJBJ TOKYO AOYAMA AOKI KOMA

Address/住所: LAW OFFICE//11F. THE PRUDENTIAL TOWER 13-10 NAGATA-CHO 2-CHOME CHIYODA-KU TOKYO JAPAN

Postcode/ZIP Code (required)/郵便番号: 100-0014

Phone, Fax or E-mail (required): 81-3-5157-2700

## 3 To (Receiver/荷受人)

Epiq. Bankruptcy Solutions, LLC

757 Third Avenue, 3rd Floor
New York, New York

Attn: Lehman Brothers Holdings
Claims Processing

私書箱への配達はできませんのでご注意ください。

Postcode/ZIP Code (required)/郵便番号: 10017
Country/国名: U.S.A.
Contact person/担当者名: Marcus Konstant
Phone, Fax or E-mail (required): 860 731 6027

## 4 Shipment details

Total number of packages/総個数: 1
Total Weight/総重量: 0.5 kg

## 5 Full description of contents/貨物明細

Document
90222958-00001
Maki Futamura

**RECEIVED SEP 23 2010 BY:_____**

## 6 Dutiable shipments only (WPX) (Customs Requirement)

TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary

## 7 Services/サービス

Worldwide Express: ☐ Dutiable Parcel  ☑ Non-dutiable Document
Express Document (<250g)

Other Products: ☐ Domestic  ☐ Other

Service Options: ☐ Saturday Delivery  ☐ Special Pickup  ☐ Delivery notification  ☐ Other

CHARGES

PICKED UP BY
Route No.
Time 5:00  Date

PS09/07 F15 JP MP