UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                Debtors.                       :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc (08-13555) |
|---|---|
| Creditor Name and Address: | WWK Hawaii Maoula LLC<br>c/o Windwalker Hawaii, LLC<br>Attn: Alan J. Worden<br>12 Oak Street, Nantucket, MA 02554 |
| Claim Number (if known): | 10475 |
| Date Claim Filed: | 9/4/09 |
| Total Amount of Claim Filed: | undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Authorized Signatory |
|---|---|
| Printed Name: Alan J. Worden | Dated: 10/14/10 |