UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc (08-13555) |
|---|---|
| Creditor Name and Address: | WWK Hawaii Waikapuna LLC<br>c/o Windwalker Hawaii, LLC<br>Attn: Alan J. Worden<br>12 Oak Street, Nantucket, MA 02554 |
| Claim Number (if known): | 10479 |
| Date Claim Filed: | 9/4/09 |
| Total Amount of Claim Filed: | undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Authorized Signatory |
|---|---|
| Printed Name:  Alan J. Worden | Dated: 10/14/10 |

US_ACTIVE:\43326298\01\58399.0003