UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                           :          Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :          08-13555 (JMP)
                                                                                    :
                        Debtors.                                        :          (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc (08-13555) |
| Creditor Name and Address: | WWK Hawaii-Naalehu Parcel 1 LLC<br>c/o Windwalker Hawaii, LLC<br>Attn: Alan J. Worden<br>12 Oak Street, Nantucket, MA 02554 |
| Claim Number (if known): | 10478 |
| Date Claim Filed: | 9/4/09 |
| Total Amount of Claim Filed: | undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Alan J. Worden | Dated: 10/14/10 |

US_ACTIVE:¥43326298¥01¥58399.0003