

UNION BANCAIRE PRIVÉE

EPIQ SYSTEMS
757 Third Avenue
Third Floor
New York, NY 10017
USA

Geneva, 14 septembre 2010

**Debtor : Lehman Brothers Holding Inc.
Court claim 66929
Case number 08-13555
Creditor : Bank Julius Baer & Co. Ltd**

Dear Sir,

Please find enclosed the Evidence of transfer of the above mentioned claim from Bank Julius Baer & Co. Ltd to Union Bancaire Privée, Geneva, Switzerland.

Kindly acknowledge receipt of this transfer of claim and confirm to us that this change has been duly registered.

We thank you in advance.

Yours faithfully,

Union Bancaire Privée, UBP SA

Nicolas Rossier                    Jean-Marc Epiney

**Encl. ment.**

FILED / RECEIVED

SEP 1 7 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Union Bancaire Privée, UBP SA, Rue du Rhône 96-98, P.O. Box, CH-1211 Geneva, Switzerland,** all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **66929**) in **nominal amount of USD 50'000.--** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 September 2010.

**Bank Julius Baer & Co. Ltd.**

Patrik Roos
Executive Director

Fabian Friedli
Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN XS0301813522<br><br>6.9% Notes lehman brothers uk 2007 | 66929 | 7 October 2009 | Lehman Brothers UK Capital Funding V LP | USD 50000 |

RECEIVED
SEP 17 2010

EPIQ SYSTEMS
757 Third Avenue
Third Floor
New York, NY 10017
USA



30000009
CH-1200
Affr. Poste
751242
15.09.10
005.80
PRIORIT
Gross 2
LA POSTE