Crumbie Law Group
280 Trumbull Street, Fl. 21
Hartford, CT  06103
Tel: (860)725-0025
Fax: (860)760-0308
John Rose, Jr. (JR-4389)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                                    Debtors,
-------------------------------------------------------------X


### ORDER WITHDRAWING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIM NO. 6910, NO. 6911 AND NO. 6912

      Upon the motion in Opposition To Disallowance Of Claimant's Proofs Of Claim By Debtors' Forty-Sixth Omnibus Objection To Claims (No Debtor Claims), by John Rose, Jr., Esq. dated October 20, 2010, it is hereby

      **ORDERED,** that Debtors' Forty-Sixth Omnibus Objection To Claims (No Debtor Claims), with respect to Proofs of Claim No. 6910, No. 6911, and No. 6912, is withdrawn without prejudice and Debtors' reserve the right to object to any and all claims on any basis in the future.


Dated:   New York, New York
             October 21, 2010


                                                  UNITED STATES BANKRUPTCY JUDGE