**CERTIFICATION OF SERVICE**

This is to certify that the within was e-filed with the Bankruptcy Court Clerk and that a true copy of the within, together with the attachments, was mailed, first class mail, on October 20, 2010 to:

The Chambers of the Honorable James M. Beck (hard copy)
Courtroom 601
One Bowling Green
New York, NY 10004

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masvinoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
The Office of the United State Trustee for the Southern District of New York
33 Whitehall Street, 21st floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Flick, Esq.
Milbank, Tweed, Hadley, & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_John Rose, Jr._