Watson, Farley & Williams (New York) LLP
Christopher P. Belisle (CB-0119)
Jane Freeberg Sarma (JF-5473)
1133 Avenue of the Americas, 11th Floor
New York, New York 10036

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11
Case No. 08-13555 (JMP)

**NOTICE OF WITHDRAWAL OF OBJECTION OF EMAD MORRAR TO
DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(AMENDED AND SUPERSEDED CLAIMS)**

PLEASE TAKE NOTICE that the objection to Debtors' Thirty-Eighth Objection To Claims (Amended and Superseded Claims) filed by Emad Morrar [Dkt. No. 12051] is hereby withdrawn.

Dated: October 22, 2010
       New York, New York

                WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

                By: /s/ Jane Freeberg Sarma
                    Christopher P. Belisle (CB-0119)
                    Jane Freeberg Sarma (JF-5473)
                    Attorneys for Claimant Emad Morrar
                    1133 Avenue of the Americas, 11th Floor
                    New York, New York 10036
                    Telephone: (212) 922-2200