WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION OF LEHMAN BROTHERS FINANCE ASIA PTE. LTD.**
**(IN CREDITORS' VOLUNTARY LIQUIDATION) FOR ENTRY OF AN ORDER**
**(I) THAT ITS DERIVATIVE AND GUARANTEE QUESTIONNAIRES BE DEEMED**
**TIMELY FILED PROOFS OF CLAIM AND (II) PERMITTING A LATE CLAIM**
**FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion

of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation) for entry of an

order (i) deeming its filed Guarantee Questionnaires and Derivative Questionnaires to be timely

filed proofs of claim and (ii) permitting it to file late proofs of claim against Lehman Brothers

Holdings Inc. and certain of its debtor affiliates pursuant to Rule 9006(b) of the Federal Rules of

Bankruptcy [Docket No. 11167] (the "Motion"), which was scheduled for October 27, 2010 at

10:00 a.m., **has been adjourned to December 1, 2010 at 10:00 a.m. (Eastern Standard**

**Time)**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be

1

further adjourned from time to time without further notice other than an announcement at the

hearing.

Dated: October 21, 2010
      New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession