UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                        :   Chapter 11 Case no.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
:
Debtors.                                  :   (Jointly Administered)
:
------------------------------------------------------------x

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
(Attn: Shai Waisman, Esq.)


October 10, 2010


**CLAIMANTS RESPONSE TO NOTICE OF HEARING ON DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

| CLAIMS TO BE DISALLOWED & EXPUNGED ||
|---|---|
| Creditor Name and Address:<br><br>JOHN, TAN LYE THIAM<br>B288A Bt Batok St 25<br>#15-228<br>Singapore 650288<br>Republic of Singapore | Claim number: 34794<br><br>Date Filed: 9/24/2009<br><br>Debtor: 08-13555<br><br>Classification and Amount: Unsecured: $25,535.00<br>Unliquidated |

      I refer to your notice dated September 13, 2010, regarding your objection to my claim as detailed above.

      I request that you reconsider and reinstate my claim which was filed late due to the following reasons that were beyond my control.

      First, as a private and small-time investor of the Lehman minibond, I experienced some difficulties in filing my claim in view of the paucity of information available to investors regarding their legal rights, options and means/manner to pursue their claims following Lehman's collapse and bankruptcy. Even the local bank, which sold me the minibond investment products, was of little help maintaining instead that their role is merely a distributor of Lehman minibond products.

      Second, while Epiq served a useful contact and reference point, they seem to be over-whelmed as e-mail correspondences with them took months even for basic enquiries on the claim filing process and documentation requirements.



RECEIVED
OCT 18 2010

Last but not least, the late delivery and receipt of my claim was due in part to the courier (DHL), who has acknowledged that their staff's tardiness had further delayed the delivery of my claim letter to Epiq. DHL has since waived delivery charge in view of the late delivery of the above document.

Kindly re-consider and reinstate my claim as explained above. Meanwhile, if you need further details on my claim beyond those already provided in my proof of claim as submitted earlier, I am contactable via the address and contact numbers as indicated below.

Thank You.


Mr Tan Lye Thiam John
Address: B288A Bt Batok St 25
#15-228 Singapore 650288
Republic of Singapore

Contact numbers:
Tel (mobile): (65) 9111-0272
Tel (residence): (65) 6561-1833
Fax: (65) 6729-0082
Internet e-mail: tanlye@pacific.net.sg


cc.


The chambers of the Honorable James M. Peck
One Bowling Green,
Courtroom 601,
New York, New York 10004


The Office of the United States Trustee
For the Southern District of New York
33, Whitehall Street 21st floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.)


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O' Donell, Esq., Evan Fleck, Esq.)