12 October 2010.

United States Bankruptcy Court
Southern District of New York

In re
Lehman Brothers Holdings Inc, et al,
Debtors.

Chapter 11 Case No
08-13555 (JMP)
Fortieth Omnibus Objection to claims (late-filed claims)

RECEIVED OCT 13 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Claimant: PAOLA BIRASCHI
Classification and claim amount: $559,646.00 unsecured on the basis of deferred stock compensation

I oppose to the objection and ask for my claim not to be disallowed, expunged, reduced or reclassified because the late filing was not dependent on my circumstances. In fact, I duly posted my claim at least 5 days prior to the deadline from the Post Office in Canary Wharf, London UK. The Post Office indicated to me that it would only take 3 days for the letter to be received and I therefore relied on the Post Office.

Regards,
Paola Biraschi

PAOLA BIRASCHI
73 BRYANSTON COURT
GEORGE STREET
LONDON W1H 7HD
U.K.
Phone: +44 7764655400