BUTZEL LONG, a professional corporation
Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494

*Attorneys for Caixa Geral de Depósitos, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING MOTION OF CAIXA GERAL DE DEPÓSITOS, S.A. SEEKING
AUTHORITY TO ASSIGN ITS INTERESTS AS LENDER IN A PROMISSORY
NOTE ISSUED BY LEHMAN BROTHERS HOLDINGS INC., *et al.*__**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 9653] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. Caixa Geral De Depósitos, S.A. ("CGD") filed the Motion seeking authority to assign its interests as Lender in a Promissory Note issued by Lehman Brothers Holdings Inc., *et al.* ("LBHI") (the "Motion"), in the above-referenced chapter 11 cases with this Court on September 23, 2010.

2. In accordance with the Second Amended Case Management Order and by stipulation of the parties, October 15, 2010 at 4:00 pm (Prevailing Eastern Time) was established as the deadline for the parties to object or file a response to the Motion (the "Objection Deadline"). The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Motion has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Motion been served on CGD's counsel.

4. Accordingly, for the reasons set forth in the Motion, CGD respectfully requests that the proposed Order annexed hereto as Exhibit A, and unmodified since the filing of the Motion be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: New York, New York
October 19, 2010

BUTZEL LONG, a professional corporation

By: /s/ Eric B. Fisher
Eric B. Fisher, Esq.
Barry N. Seidel, Esq.

380 Madison Avenue
New York, New York 10017
Tel.:   (212) 818-1110
Fax:   (212) 818-0494

*Attorneys for Caixa Geral de Depósitos, S.A.*

# **EXHIBIT A**
(**Proposed Order**)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

**ORDER GRANTING MOTION OF CAIXA GERAL DE
DEPÓSITOS, S.A. SEEKING AUTHORITY TO ASSIGN ITS
INTERESTS AS LENDER IN A PROMISSORY NOTE ISSUED
BY LEHMAN BROTHERS HOLDINGS INC., *et al.*__**

Upon the motion of Caixa Geral De Depósitos, S.A. ("CGD") Seeking Authority to Assign Its Interests as Lender in a Promissory Note Issued by Lehman Brothers Holdings Inc., *et al*. ("LBHI") (the "Motion")[1], and a hearing on the Motion having been held; and sufficient notice having been duly given; and due deliberation having been had; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that CGD, and its successors and assigns, shall be and hereby is authorized to freely assign or otherwise transfer its Claim and interests in the Promissory Note to any third party free of any restrictions or requirements set forth in the Promissory Note without further order of this Court or obtaining prior consent from LBHI; provided, that any such assignment or other transfer shall be (1) subject to (a) all applicable orders of this Court, including, but not limited to, the Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Establishing Certain Restrictions and Procedures Applicable to Transfers of the Debtors Securities, entered on March 25, 2010 [Docket No. 7826], and (b) the applicable requirements of the Federal Rules of

---

[1] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed in the Motion.

2

Bankruptcy Procedure; and (2) without prejudice to the Debtors' right to object to or challenge any of said claims.

Dated:  New York, New York
       October \_\_\_\_ , 2010

                                                  _____
                                                  United States Bankruptcy Judge