**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK) ss.:

Eric B. Fisher, being duly sworn, deposes and says:

1. I am over the age of eighteen years, and not a party to this action.

2. On October 19, 2010, I caused a true and correct copy of the Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of Caixa Geral de Depósitos, S.A. Seeking Authority to Assign Its Interests As Lender In A Promissory Note Issued By Lehman Brothers Holdings Inc., et al., dated October 19, 2010 to be served on the following by facsimile:

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.

*Attorneys for the Creditors' Committee*

Fax: 212-530-5219 and
     213-629-5063

Weil, Gotshal & Manges LLP
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

*Attorneys for the Debtors*

Fax: 212-310-8007

Sworn to before me this
19th day of October, 2010

_____
Notary Public

PHONE PHONETHEVA
Notary Public, State of New York
No. 01PH6194998
Qualified in New York County
Commission Expires October 14, 2012

_____
Eric B. Fisher