WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                  :

**In re**                                :     **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     **08-13555 (JMP)**

                      Debtors.     :     **(Jointly Administered)**

------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims), solely as to the claims listed below, that was scheduled for October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to December 1, 2010 at 10:00 a.m.** (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Alweis, Edward J. & Mary | 8175 |
| Berman, Peter | 31104 |
| Brown, Edward D. and Vergene D. | 7268 |
| Brozgal, Edith J. | 8063 |
| Cagliero, Robert J. | 32535 |
| DePalma, Mary J. | 9054 |
| DeSouza, Donna | 9654 |
| Edelmann, Stephen and Jacqueline | 31084 |
| Frankenberg, Hank | 8201 |
| Giordano, Joseph J. | 9021 |
| Giuseppe, Battecca | 24235 |
| Giuseppe, Battecca | 24236 |
| Hess William & Mary C. | 7711 |
| Hill, Francis J., IRA | 9974 |
| Hospitals Insurance Company Inc. | 16975 |
| Ilaria, Ghiretti and Clauda, Furia | 24233 |
| Ilaria, Ghiretti and Clauda, Furia | 24234 |
| Kern, Sandra | 8218 |
| Leslie Steppel Weisbrod Trust | 19325 |
| Leslie Steppel Weisbrod Trust | 19378 |
| Malin, Ruth | 7560 |
| Markovitz, Anne | 8335 |
| Markovitz, Bernard | 8334 |
| Mosca, Jan Brown | 8205 |
| Morris-Brogan, Linda | 25535 |
| New York State Comptroller | 29068 |
| Noriega, Patricia A. | 24121 |
| Palone, Michael F. | 8983 |
| Pike, Susan Mary | 9135 |
| Rapp, Lester M. | 18185 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Rehorst, Joyce | 31085 |
| Schmidt, Joseph W. & Beatrice | 9395 |
| Schmidt, Joseph W. & Beatrice | 9396 |
| Schneider, Marvin | 8774 |
| Shirley Mahlstrom REV TR U/A | 8802 |
| Smith, William H. | 9187 |
| Stashower, Susan | 33326 |

Dated: October 22, 2010
      New York, New York

    /s/ Shai Waisman
    Shai Y. Waisman

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession