WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' FORTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Adante Fund LP C/O Symphony Asset Management LLC | 34461 |
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Encore Fund, LP C/O Symphony Asset Management LLC | 34460 |
| Fortissimo Fund C/O Symphony Asset Management LLC | 34459 |
| Gatex Properties Inc. | 35849 |
| Gatex Properties Inc. | 35519 |
| GH Phipps Construction Companies 7061931 Zions First National Bank FBO | 66484 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| John, Tan Lye Thiam | 34794 |
| Kazumichi, Norimatsu | 46347 |
| King, Harriet Chan | 34546 |
| Layton Companies, Inc, The 5175510 Zions First National Bank FBO | 66487 |
| McMahon, Edith E & Joseph F. McMahon | 66611 |
| Quismorio, James | 36443 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |
| Rodriguez-Colon, Elizabeth | 34491 |
| Sinclair Medical Plan SI97400 Zions First National Bank FBO | 66489 |
| Smejkal, Frank | 34673 |
| Startek Inc. 8109959 Zions First National Bank FBO | 66490 |
| UT State Bar 8938175 Zions First National Bank FBO | 66492 |
| Utah Business/Benchmark Insurance Co. 8914701 | 66491 |

Dated:  October 22, 2010
         New York, New York

                              */s/ Shai Y. Waisman*
                              Shai Y. Waisman

                                              WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession