UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                    Case No.: <u>08-13555(JMP)</u>

    Lehman Brothers Holdings Inc., et al               Chapter <u>11</u>
              Debtors

--------------------------------------------------------X    Adversary Proceeding No.: _____


              Plaintiff

       v.


              Defendant
--------------------------------------------------------X


### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, _____John Polich_____ , request admission, ***pro hac vice***, before the

Honorable ____James M. Peck_____ , to represent __the County of Ventura_____ , a

_California county_____ in the above-referenced ☒ case ☐ adversary proceeding.


*I certify that I am a member in good standing* of the bar in the State of

_California_____ .


As the County of Ventura is a local government agency, I request that the filing fee of

$25.00 be waived.


Dated: __10/12/10____

Ventura, California                                      _____
                                                         *Mailing Address:*

                                      Office of the Ventura County Counsel

                                      800 South Victoria Avenue

                                      Ventura, California 93009-1830

                                *E-mail address:* john.polich@ventura.org

                                *Telephone number:* (805) 654-2592