UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                                :   **(Jointly Administered)**
          Debtors.                              :
                                                :   Ref. Docket Nos. 12145-12147
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2010, I caused to be served the:

   a. "Notice of Sixty-Third Supplemental List of Ordinary Course Professionals," dated October 19, 2010 [Docket No. 12145], (the "Notice"),

   b. "Affidavit and Disclosure Statement of Terry V. Ruckle on Behalf of Park Place Partners, Inc. D/B/A Land Advisors Organization," dated October 19, 2010 [Docket No. 12146], (the "Ruckle Affidavit"), and

   c. "Affidavit and Disclosure Statement of Greg Vogel on Behalf of Land Advisors Organization, LLC," dated October 19, 2010 [Docket No. 12147], (the "Vogel Affidavit"),

   by causing true and correct copies of the:

   a. Notice, Ruckle Affidavit and Vogel Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. Ruckle Affidavit and Vogel Affidavit, to be delivered via electronic mail to gvogel@landadvisors.com, and

   c. Notice, Ruckle Affidavit and Vogel Affidavit, to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

T:\Clients\LBH\Affidavits\Ntc of 63rd Supp List, Ruckle & Vogel Aff and DS_DI 12145-12147_AFF_10-19-10.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
21st day of October, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\Ntc of 63rd Supp List, Ruckle & Vogel Aff and DS_DI 12145-12147_AFF_10-19-10.doc

# EXHIBIT A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com