Adam Brezine (NY State Bar #3922762)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 268-2000
Facsimile:      (415) 268-1999
Email:   adam.brezine@hro.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re:                                                  :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC.,                          :     08-13555 (JMP)
*et al.*,                                               :
                                                        :     (Jointly Administered)
                          Debtors.                      :
------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Millennium Marketing & Management Pty, Ltd. ("Millennium") hereby enters its appearance by and through its counsel, Holme Roberts & Owen LLP, pursuant to Section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given and served upon:

> Adam Brezine, Esq.
> HOLME ROBERTS & OWEN LLP
> 560 Mission Street, 25th Floor
> San Francisco, CA  94105-2994
> Telephone:     (415) 268-2000
> Facsimile:      (415) 268-1999
> Email:   adam.brezine@hro.com
>          kerry.moynihan@hro.com

#23424 v1 lax

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings herein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, facsimile, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

Neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Millennium: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designed as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (ii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments

#23424 v1 lax

or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:   San Francisco, California
         October 22, 2010

                                   Respectfully submitted,

                                   /s/ *Adam Brezine*
                                   Adam Brezine, Esq.
                                   HOLME ROBERTS & OWEN LLP
                                   560 Mission Street, 25th Floor
                                   San Francisco, CA  94105-2994
                                   Telephone:     (415) 268-2000
                                   Facsimile:      (415) 268-1999
                                   Email:  adam.brezine@hro.com

                                   Attorneys for Creditor Millennium
                                   Marketing & Management Pty, Ltd.

#23424 v1 lax