210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc.                    Case No.  08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank Julius Baer & Co. Ltd. | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Julius Baer & Co. Ltd
Legal Products & Services
P.O. Box, CH-8010 Zurich, Switzerland
Fax +41 58 887 0008

Court Claim # if known)      59233
Amount of Claim:   Note: This is a Partial Transfer of Claim. See Attached Evidence of Transfer of Claim for Details.

Date Claim Filed:   10/30/2009

Phone:  +41 58 887 7336
Email:  patrik.roos@juliusbaer.com
Last Four Digits of Acct #:   n/a

Phone:  +41 44 235 27 26
Last Four Digits of Acct #:   n/a

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Davis Polk & Wardwell LLP as counsel for Transferee    Date:  10/25/2010
   /s/ James I. McClammy
      James I. McClammy

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT C

### Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Bullish Note Lehman Brothers Treasury BV 2007-21.12.2009 | XS0336050215 | Lehman Brothers Treasury BV | Lehman Brothers | EUR 1'675'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 46 of the Addendum to the Proof of Claim.**

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Bank Julius Baer & Co. Ltd.
Legal Products & Services
P.O. Box, CH-8010 Zurich, Switzerland
Telephone +41 58 887 73 36
Fax +41 58 887 0008
Email: Roos, Patrik [patrik.roos@juliusbaer.com]

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

5

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 26 August 2010.

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

Bank Julius Baer & Co. Ltd.
Transferee

By: _____
Name: Patrick Fos
Title: Executive Director

By: _____
Name: M. Caputi
Title: Associate Director

6