# AFFIDAVIT OF JOSEPH KELLY

I, **JOSEPH KELLY,** Trustee, of The August 86 Trust, Unit 12, Pinewood Close, Boghall Road, Bray, Co. Wicklow, Ireland aged eighteen years and upwards **MAKE OATH AND SAY** as follows:

1.  I am a trustee of The August 86 Trust ("The Trust"), and I make this Affidavit from facts within my own knowledge, save where otherwise appearing and where so appearing, I believe same to be true.

2.  I beg to refer to the pleadings had herein when produced.

3.  I say that the Trust invested in Lehman Brothers Holding Inc Capital Protected Notes Linked to the European Fundamental Values Portfolio (EFV), ISIN XS0181619072, on 30th October 2003 and that said portfolio was overseen on behalf of the Trust by BDO Simpson Xavier Private Wealth Management Ltd ("BDO") of Beaux Lane House, Mercer Street Lower, Dublin 2, Ireland.

4.  I say that on the 16th October 2009 BDO advised the Trust as a note holder to file a claim against Lehman Brothers Holdings Inc in accordance with the instructions provided to them by Lehman Brothers Treasury Co. BV ("LBT").

5.  Given that only the filing party is deemed to be able to take any decisions in respect of the relevant Note BDO was not in a position to file a claim on our behalf and it fell upon me to make said application, unfamiliar though I am with such applications.

6.  I say that I was advised by BDO to download a Proof of Claim Form by logging on to http://www.lehman-claims.com and to complete same.

7.  I say I was advised that the Proof of Claim Form should be received by 5pm (US Eastern Standard Time) (10pm local time in Ireland) on the 22nd October 2009 at the following address:

    > Lehman Brothers Holdings Claims processing Center
    > c/o Epiq Bankruptcy Solutions, LLC
    > FDR Station, PO Box 5076
    > New York, NY 10150-5076

8.  I say that this was a tight deadline and that same was due to the late notice of requirement to file a claim received from the LBT Bankruptcy Trustee.

9.  I say that the Form I was instructed to download made no reference to Blocking numbers but rather asked for "*the last four digits of any number by which creditor identifies debtor*". I say that the blocking

number requirement was not clear and that notice of it was not clearly provided and I beg to refer to a copy of said Form upon which marked with the letters and number "JK 1" I have signed my name prior to the swearing hereof. I further say that  the numbers provided were as requested on the Form and should therefore have been sufficient for the Debtors to efficiently manage the processing of our claim and also provide the Debtor with a mechanism by which they could confirm our ownership and amount of security for purposes of processing the Securities Program Proofs of Claim. I say that the numbers provided should in no way burden the Debtors in the reconciliation of our claim.

10.    I say that I duly included the last four digits of our brokerage number with Barclays Wealth which is the account in which the notes were held, said numbers being the information requested on the Form. I further say that a copy of our Barclays Wealth Brokerage Account was enclosed with our initial Proof of Claim and that said document provided the debtors with a further mechanism by which they could confirm our ownership and amount of security for purposes of processing the Securities Program Proofs of Claim and I beg to refer to a copy of said Brokerage Account upon which marked with the letters and number "JK 2" I have signed my name prior to the swearing hereof.

11.    I say that the completed form was sent by TNT to the aforementioned address on the 19th October 2009 and was delivered to the address on 20th October 2009.

12.    I say that I checked our Proof of Claim had been successfully filed on http://chapter11.epiqsystems.com/LBH .I assumed at this stage that our Claim had been completed correctly.

13.    I say that I received Acknowledgement of Receipt of Proof of Claim from EPIQ Systems on 2nd December 2009 and I beg to refer to the said Acknowledgement upon which marked with the letters and number "JK 3" I have signed my name prior to the swearing hereof.

14.    I say that I received no further correspondence in relation to this matter until 23rd July 2010 when I received an objection to our claim from Weil, Gotshal & Manges LLP, Attorneys for Debtors.

15.    I say that on receipt of this correspondence I contacted Erin Eckols of Weil, Gotshal & Manges LLP, Attorneys for Debtors, to ascertain why they were objecting to our claim, at which time I was advised that we had failed to provide the correct Blocking number in our initial Proof of Claim Form and that we had provided a Brokerage number instead.

16.    I say that on 30th July I contacted Mark Pedley at Barclays Wealth for a Blocking Number on our Brokerage Account and that same was

provided to me. I then provided this Blocking Number to Erin Eckols of Weil, Gotshal & Manges LLP by email dated 30th July 2010 requesting that she update our claim accordingly.

17.     I say that by email dated 12th August Erin Eckols advised me that, as Attorneys for the Debtors, they cannot accept any documentation related to filed claims and that if we wished to oppose disallowance of our claim we needed to file a response in accordance with the notice to objection procedure.

18.     I say that I completed the initial Proof of Claim Form by answering each of the questions asked within it accordingly.

19.     I say that I subsequently completed a new Proof of Claim Form on the instruction of our Attorneys Thaler Gertler and that said Proof of Claim Form differed from the original Proof of Claim Form I completed in that it specifically requested a Blocking Number under section 3 of the Form. I beg to refer to said Proof of Claim upon which marked with the letters and number "JK 4" I have signed my name prior to the swearing hereof.

20.     I say that my initial Proof of Claim Form was compliant in that all questions were answered as requested and satisfied and that our claim is substantiated and should not be disallowed or expunged.

**SWORN** by the said **JOSEPH KELLY**
this 22nd day of October         200
at
in the County of
before me a Practising Solicitor
and I know the deponent

**PRACTISING SOLICITOR**

**EXHIBIT '  JK 1'** referred to in the Affidavit of Joseph Kelly, sworn this 22nd day of October 2010.

_____
                                    **Joseph Kelly**

_____
                                    **Practising Solicitor**

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings/Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Lehman Brothers Holdings Inc., et al.
Debtors.

Name of Debtor Against Which Claim is Held    Case No. of Debtor

This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be made pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

August '86 Trust
Balbec City Ltd
12
? Close, Boghall Road
? Wicklow, Ireland

Telephone number: 01-2764203    Email Address: JKPowercity@eircom.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:_____    Email Address:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case

1. Amount of Claim as of Date Case Filed:  $  443,410

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR GUARANTEE OF A DEBTOR, YOU MUST LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. All such amounts of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: Investment in Lehman Bros Capital Protected Notes linked to Eurostoxx Fundamental Values Portfolio (EFV)
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:  0905
3a. Debtor may have scheduled account as:_____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate_____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection:_____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

Amount entitled to priority:

$_____

**FOR COURT USE ONLY**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Joseph Kelly    Joseph Kelly (Trustee)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT ' JK 2'** referred to in the Affidavit of Joseph Kelly, sworn this 22ᵈ
day of October 2010.

_____
                                    **Joseph Kelly**

_____
                                    **Practising Solicitor**

# BARCLAYS WEALTH

## Brokerage account
739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

page 1 of 8

Your investment
representative:
This account is being
introduced by BBPLC to BCI
as a courtesy

MARTIN DAVISON
BARCLAYS WEALTH
1 CHURCHILL PLACE
LONDON
E14 5HP

Member SIPC

00041620700001
THE AUGUST 86 TRUST
C/O POWER CITY LTD
UNIT 12
PINEWOOD CLOSE
BOUGHALL ROAD BRAY CO WICKLOW
IRELAND

### Portfolio summary

3 · Account asset allocation
· Change in account value
4 · Tax spotlight
· Bulletin board
5 · Currencies
6 · Holdings
8 · Tax lots

### Valuation summary USD

Last period account value        278.82
This period account value        278.10

All transaction dates
appearing on this statement
are settlement dates unless
otherwise labeled.

---

### Bulletin board (continued on pg 4)

Barclays Wealth is the wealth management division of Barclays Bank PLC, functioning through Barclays Capital Inc. in the United States. Barclays Capital Inc., an affiliate of Barclays Bank PLC, is a U.S. registered broker-dealer and regulated by the Securities & Exchange Commission. The registered office of Barclays Capital Inc. is 200 Park Avenue, New York, NY 10166. Member SIPC. Barclays Bank PLC is registered in England and Wales (registered no. 1026167) with a registered office at 1 Churchill Place, London, E14 5HP, United Kingdom. Barclays Bank PLC is authorized and regulated by the Financial Services Authority.

Please note that the current market environment is creating the inability to determine a market value for certain products. These products will not reflect a price in the market value column and will be referenced in the comment section as "Unpriced Security." This will impact your month to month overall account value, and may also result in an unrealized loss equal to the purchase price of that security. This does not necessarily mean that the security has no value, but rather reflects the current inability to provide a price that we believe is accurate or can be relied upon as accurate.

# BARCLAYS WEALTH

| Brokerage account
739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

## Understanding your portfolio statement

**Client Services Department.** Within the U.S. 800-253-4626/ International 212-526-5600

Please contact us immediately to report any errors, omissions or discrepancies you find in your statement. Any oral communications should also be re-confirmed in writing. Please send all written inquiries to:

Barclays Wealth
Compliance Division
200 Park Avenue, 4th Floor
New York, NY 10166

If you have any questions about your statement or if you have a material change in your investment objectives or financial situation, please call us. A financial statement of Barclays Capital Inc. is available for your personal inspection at our offices, or a copy of it will be mailed upon your written request.

**Transaction charges.** Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed separately to you. We will also send you this information upon request.

**Client order policy.** We route client orders to the market where we believe clients receive the best execution, taking into account price, reliability, market depth, quality of service, speed and efficiency. Ordinarily, we route orders only to markets where there is an opportunity for them to be executed at a better price than the quoted bid or offer. Barclays Wealth does not accept payment for payment for directing customer orders to particular broker-dealers or market centers. However, we may receive discounts, rebates, reductions of fees or credits as a result of the overall volume of our trading activity or directing general orders. When the overall volume of our trading activity is sufficient to such broker/dealers or market centers. If your statement indicates that a security was delivered to you or your designated representative, and you have not received it within three weeks, you must notify your branch office immediately. Unless we are notified in writing within 3 months of the statement delivery date Barclays Wealth will not be responsible for the cost of posting a replacement bond.

**Pricing and foreign exchange rates.** We obtain pricing and foreign exchange rates from various outside services and other independent sources. The prices and rates provided are not all guaranteed by these services. They are believed to be reliable, but should not information. The prices of the securities appearing herein have not been adjusted from the closing market prices to reflect any adjustment (such as an illiquidity discount) that may apply to be appropriate to a particular security or position that is a restricted security, a control security or a similar type of security that is not freely tradeable in the hands of the client. You or your service providers should make the necessary adjustments that you believe are appropriate to the security, the prices and rates in the statement reflect market conditions. The prices and rates in this statement are provided by Barclays and are intended for information purposes of this information may not reflect all adjustments necessary for tax

reporting purposes. You should verify cost basis and corresponding gain/loss information against your own records when calculating reportable gain or loss resulting from a sale. You are solely responsible for the accuracy of cost basis and gain/loss information reported to federal, state and other taxing authorities. Taxes for tax reporting purposes, you should rely on the official tax forms we send you at the appropriate time. The information in this statement is not intended to be tax advice. Late charges if you purchase securities in your cash account and do not make payment by the settlement day, you may have to pay a late charge.

**Funds and Securities.** Client funds and securities are held at Barclays Wealth. We will pay you a free credit balance in any account, except for regulated commodity accounts, on demand. These funds may be used for our business purposes and are properly accounted for on our record book.

**Guide to Barclays Capital Inc. Equity Research Rating System.** Our coverage analysts use a relative rating system in which they rate stocks as 1-Overweight, 2-Equal Weight, or 3-Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector (the sector coverage universe).

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

### Stock Rating

| | |
|---|---|
| 1 - Overweight: | The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 2 - Equal Weight: | The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 3 - Underweight: | The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| RS Rating Suspended: | The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Barclays Capital is acting in an advisory capacity in a merger or strategic transaction involving the company. |

### Sector View

| | |
|---|---|
| 1 - Pos./ Positive: | Sector coverage universe fundamentals/valuations are improving. |
| 2 - Neut./ Neutral: | Sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating. |
| 3 - Neg./ Negative: | Sector coverage universe fundamentals/valuations are deteriorating. |

**Interest charges.** Any interest you are charged is generally calculated from the 16th day of the prior month to the last day of the prior month, with interest charged to your account on the first business day of the new month.

To calculate interest charges, we do the following:
- Net average daily debit balance x interest rate x number of days the account was in debit during the billing cycle.

We charge you interest on the debit balance in your account. Interest charges that are not paid will be added to the opening balance debit balance in your account for the next interest period.

We pay credit balances in accordance w/ Financial Industry Regulatory Authority Rule 426. It is our understanding that any free credit balances in your account are being maintained for the purpose of investing those amounts through us.

**General Information.** All transactions are subject to the conditions, rules, regulations, customs, usages, rulings and interpretations of the pertinent exchanges, markets, self-regulatory organizations and the clearing houses, as well as the terms and conditions set forth on the reverse side of the Barclays Wealth trade confirmation. All balances are subject to verification. Post-settlement differences and other differences may appear on subsequent statements. We or our affiliates trade for our own accounts, including as odd lot brokers, block positioners or arbitrageurs. At the time of any transaction in your account, we or our affiliates may have a long or short position in the same security or our affiliates may have a long or short position in the same security as that recorded on your account.

**Tax Information.** To the extent required, we prepare and file with the IRS a statement should be used for preparation of your income tax return. This statement should facilitate preparation and subsequent examination of your income tax return and to verify interest charges that may appear on your next statement.

We are required by law to report to the Internal Revenue Services certain dividends, bond interest and the net proceeds of certain transactions. For tax reporting purposes, you should rely on the 1099 forms that you will receive from us after the end of the year.

**Member of SIPC.** Barclays Capital Inc. is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for the securities and cash held in client accounts up to $500,000 per client (including up to $100,000 for claims for cash). In addition to the coverage required by SIPC, Barclays Capital Inc. carries excess coverage provided by certain underwriters at Lloyd's of London and certain insurance companies for clients of Barclays Capital Inc. are protected up to $500 million for any one claim less ($12 million for cash) with an aggregate loss limit of $500 million for all claims. This coverage does not protect against changes in market value. Securities lending, borrowing transactions (including repurchase and reverse repurchase agreements) and private equity may not be protected by SIPC. You may obtain information about SIPC, including the SIPC brochure, at www.sipc.org or by calling 202-371-8300.

**Manager Access Programs.** If you invest in MAP, Barclays Access Program Account, or you invest in the BW Managed Account. Additionally, as an agent in the investment advisory transactions, but not principal transactions, in these transactions for non-IRA/ERISA accounts in such instances, Barclays Capital Inc. will earn a mark-up, markdown or spread in the net price at which the transaction is executed.

001852 000000 000416

# BARCLAYS WEALTH

**Brokerage account**
739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

## Account asset allocation

Asset allocation includes derivative instruments classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.

| | Last period | This period | % change |
|---|---|---|---|
| Cash, cash equivalents & other | $218.82 | $218.10 | -0.3% |

* Includes securities for which prices are not readily available or other factors that prevent the pricing of these securities. Market values for these securities are therefore not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities.

## Change in account value

Interest and dividends for this year include all income received in 2010. Please see the Tax Spotlight section for a summary of income that may be reportable in 2010.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $218.82 | $255.64 |
| Change in value * | -$0.72 | -$37.54 |
| Closing portfolio value | $218.10 | $218.10 |

* May include changes in market value, changes in accrued interest on securities transferred in or out of your account.

**BARCLAYS WEALTH**

| Brokerage account 739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

page 4 of 8

## Bulletin board *(continued from pg. 1)*

Barclays Capital Inc. ("BCI") is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable BCI to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

In the event of an significant business disruption at Barclays Wealth in the Americas, please refer to www.barclayswealthamericas.com or call our customer information line +1 866 663 2360 to hear updates on a recorded message. For more information on Barclays Wealth's approach to business continuity management please go to www.barclayswealthamericas.com, Important Information, or contact Joanne Klein at +1 212 412 6722 or joanne.klein@barcap.com.

Additional information about your Investment Representative or your Representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.finra.org/brokercheck or call 1-800-289-9999 for more information.

If you are interested in reviewing a quarterly report on Barclays Capital Inc.'s routing of non-directed customer orders (orders for which customers have not specified execution in a specific market or venue) in national market system securities and listed options, please see SEC Rule 606 at www.tta.thomson.com. This report is available within one month after the end of the quarter addressed in the report. Customers may request a written copy of the report be furnished to them, free of charge. Barclays Capital compiles and publishes a quarterly report regarding its routing of non-directed customer orders in accordance with SEC Rule 606.

## Bulletin board *(continued from pg. 1)*

Leveraged and Inverse exchange traded funds (ETFs) are highly complex financial instruments with significant risks. These securities may not be appropriate or suitable for many investors, especially if held longer than one trading session. These securities have unique compounding, daily reset, and leverage features that may significantly amplify risk, particularly for medium and long-term investors and in periods of high market volatility, before investing in any ETF, carefully read the prospectus to ensure that your financial status, investment objectives, tax status, and risk tolerance are appropriate for the unique risks associated with these investments. For additional information, please review the FINRA Investor Alert at (http://www.finra.org/Investors/ProtectYourself/InvestorAlerts/MutualFunds/P119778).

BWA values our client relationship, and places the utmost priority on protecting your privacy and security. We will soon begin masking account numbers on certain financial documents mailed to our clients. Please note that documents where a full account number is required for business purposes will remain unmasked for your convenience. Should you have any questions, please contact your Barclays Wealth Investment Representative.

# BARCLAYS WEALTH

**Brokerage account**
739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

## Currencies

**Valuation currency: USD**

**Account currency analysis**

*These currency values are consolidated, reflecting the values of all asset types held in your account.*

| | Last period | | | This period | | | |
|---|---|---|---|---|---|---|---|
| | Market value | FX rate | Value in USD | Market value | FX rate | Value in USD | Change in value (USD) |
| EUR | 178.32 | 1.227100 | $218.82 | 178.32 | 1.223100 | $218.10 | -$0.72 |

### Cash and cash equivalents by currency

| | Last period (USD) | This period (USD) | % change |
|---|---|---|---|
| EUR | $218.82 | $218.10 | -0.3% |

ANTI-FRAUD PROTECTION INCORPORATES SYSTEM, SCANCHA GMBH

00163 000000 000416

# BARCLAYS WEALTH

**Brokerage account**
739-70905

THE AUGUST 86 TRUST
June 1 - June 30, 2010

## HOLDINGS

*In instances where prices of securities are not readily available, securities may not have been actively traded or where other factors prevent the pricing of securities, \*\* appears in the market price column; the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on an individual component due to rounding.*

*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please view the Tax Lot section for details regarding cost basis.*

## Fixed income

*Yield information is provided for informational purposes only. Barclays makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

EURO (EUR) FX rate in USD: 1.223100

| International bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market value (EUR) Market price | Market value (EUR) Accrued int. (EUR) | Unrealized gl (EUR) Unrealized gl (USD) | Market value (USD) Accrued int. (USD) | Y-T-M(%) Comment |
|---|---|---|---|---|---|---|---|---|
| ***LEHMAN BROTHERS HOLDING CO*** EURO MEDIUM TERM NOTE DUE 04 DEC 2009 ISIN: XS0181619072 DATED DATE 04 DEC 2003 | 300,000 | 100.000 100.000 | 300,000.00 300,000.00 | | | N/A N/A | | In cash account |
| **Total EUR Fixed income** | | | | | Market value (EUR) 0.00 Accrued int. (EUR) 0.00 | | Market value (USD) $0.00 Accrued int. (USD) $0.00 | |
| **Total Fixed income** | | | | | | | Market value (USD) $0.00 Accrued int. (USD) $0.00 | |

THIS PAGE INTENTIONALLY LEFT BLANK

**THE AUGUST 86 TRUST**
June 1 - June 30, 2010

## BARCLAYS WEALTH

### Cash, cash equivalents & other

**Brokerage account 739-70905**

*Money Market Preferred, SAVRs and other Auction Rate Securities are included in the Cash, Cash Equivalents and Other category. The interest rate on these securities generally is reset on a periodic basis in an auction process. Investors should be aware that these securities may have a final legal maturity date that is of a long-term nature and that under certain circumstances the rate paid or the mechanism for setting the rate paid on these securities could change. Please consult your investment representative with any questions.*

*Gain/Loss information also excludes cash, cash equivalents, and other.*

**EURO (EUR) FX rate in USD: 1.223100**

**Cash balance**

|  | Value (EUR) | Value (USD) |
|---|---|---|
| CASH ACCOUNT | 178.32 | $218.10 |

**Total EUR Cash, cash equivalents & other**

| Market value (EUR) | Accrued income (EUR) | Market value (USD) | Accr. income (USD) |
|---|---|---|---|
| 178.32 |  |  |  |

**Total Cash, cash equivalents & other**

| Market value (USD) | Accrued income (USD) |
|---|---|
| $218.10 | $0.00 |

# BARCLAYS WEALTH

THE AUGUST 86 TRUST
June 1 - June 30, 2010

page    8 of    8

| Brokerage account
| 739-70905

## TAX LOTS

* Security price not readily available.
** Days Held: Either # of days if held one year or less or L if held for more than one year or SI for index/Options.

## Fixed income

*Unrealized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your unrealized gain/loss.*

EURO (EUR) FX rate in USD: 1.22310

| | Quantity or Par | Settle date | Unit cost / Adj. Unit cost | Total cost / Adj total cost | Market price * | Market value (EUR) / Market value (USD) | Unrealized gl (EUR) / Unrealized gl (USD) | Days held ** |
|---|---|---|---|---|---|---|---|---|
| International bonds - long | | | | | | | | |
| ***LEHMAN BROTHERS HOLDING CO | 300,000 | 04 Dec 2003 | 100.00 / 100.00 | 300,000.00 / 300,000.00 | | * / $ 0.00 | N/A / N/A | L |
| EURO MEDIUM TERM NOTE | | | | | | | 0.00 | |
| RMMD0000   12/04/2009 | | | | | | | | |

**EXHIBIT ' JK 3'** referred to in the Affidavit of Joseph Kelly, sworn this 22ⁿᵈ
day of October 2010.


_____
                                    **Joseph Kelly**


_____
                                    **Practising Solicitor**

clearstream –> 0044 207 862 7000

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

# epiq
SYSTEMS

MAILID *** 0004908366 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000089424 ****

AUGUST '86 TRUST, THE
C/O POWER CITY LTD.
UNIT 12
PINEWOOD CLASE, BOGHALL ROAD
BRAZ, C. WICKLAW, IRELAND

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq
Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN
BROTHERS HOLDINGS INC. case. It is also publically available at the following website address:
http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please
review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | AUGUST '86 TRUST, THE |
| Date Received: | 10/20/2009 |
| Claim Number: | 42708 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim
is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed
above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page,
type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY
IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information
used to distinguish or trace an individual's identity, such as their social security number, biometric
records, drivers license number, account number, credit or debit card number (including any
passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or
identifying information which is linked or linkable to a specific individual, such as date and place
of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed
claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at
http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be
sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

**EXHIBIT ' JK 4'** referred to in the Affidavit of Joseph Kelly, sworn this 22nd
day of October 2010.

_____

Joseph Kelly

_____

**Practising Solicitor**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

The August '86 Trust
C/o Power City Limited
Unit 12 Pinewood Close
Boghall Road, Bray
Co. Wicklow. Ireland

Telephone number: 00353 1 3363203 Email Address: dkpowercity@Eircom.Net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __448,110.00__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0181619072__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for the Lehman Programs Securities to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

Blocking No 9544973 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

Clearstream Alc 16367 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Joseph Kelly — JOSEPH KELLY (Trustee) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571