October 14, 2010

Robert L. Goss
5 Sailwing Club Drive
Hilton Head, SC 29926

To:

United States Bankruptcy Court/Southern District of NY
Honorable James M. Peck
One Bowling Green
New York, NY ~~1004~~ 10004
Courtroom 601

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Att: Shai Waisman, Esq.

United States Trustee for the Southern District of NY
33 Whitehall St., 21sr floor
New York, NY 10004
Att: Atty's Velez-Rivera, Esq., Schwartzbery, Esq., Masumoto Esq., Riffkin Esq., Davis Esq.

Milbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Att: Atty's Duane Esq., O'Donnell Esq., & Flick Esq.

Re:

Lehman Brothers Holdings, Inc.
Chapter 11 Case # 08-13555 (JMP)
Claim # 900007265
Deferred Compensation Plan (LDCP)



Gentlemen:

1. Please note per the attached September 18, 2009 letter, that I advised the U.S. Bankruptcy Court of my new address, effective 10/01/09. The recent 9/13/10 correspondence that I received was sent to my old address (12 Edgehill Drive, Darien, CT 06820).

2. Per a Lehman Bros. letter dated 10/20/08, I was advised that "as a participant in the Lehman Bros.Deferred Compensation Plan (LDCP) prior to 9/19/08, you may submit a claim as a creditor of LBI and participate in any distributions from monies available as a result of liquidation."

3. Upon receipt of a letter dated 8/10/09 from James W. Giddens, denying a SIDA claim, I refiled my claim on 9/18/09 on the form provided me with a proof of claim showing my participation in the Lehman Bros. Deferred Compensation Plan (LDCP).

4. This 9/13/10 letter wants to now disallow and expunge my claim on the ground that the Debtors have no liability as it was submitted against entities that are not Debtors in the Debtor's jointly administered Chapter 11 cases.

Given the fact that I followed the instructions provided me, does ANY entity related to the Lehman Bros. that I worked for, have any liability pursuant to my claim? I am entitled to know. Please don't make this as difficult as trying to nail jello to a tree!

5. Finally, given the fact that I live in South Carolina and not Connecticut, I would appreciate a more flexible time to attend a hearing date other than October 27, 2010, only.

Respectfully submitted,

Robert L. Goss
5 Sailwing Club Drive
Hilton Head, SC 29926

Home 843-342-5678
Cell 203-655-9876
Robertgoss1@aol.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | **08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

LBH OMNI37 09-13-2010 (MERGE2,TXNUM2) 4000078464 MAIL ID *** 0033299789 *** BSIUSE: 52

GOSS, ROBERT
~~12 EDGEHILL DRIVE~~
~~DARIEN, CT 06820~~

**Mr. Robert Goss**
5 Sailwing Club Dr.
Hilton Head Is, SC 29926

**<u>THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.</u>**

**<u>IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.</u>**

**NOTICE OF HEARING ON DEBTORS' THIRTY-SEVENTH**
**<u>OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)</u>**



| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>GOSS, ROBERT<br>~~12 EDGEHILL DRIVE~~<br>~~DARIEN, CT 06820~~<br><br>Robert L. Goss<br>5 Sailwing Club Dr.<br>Hilton Head Island, SC 29926 | **Claim Number:**<br>**Date Filed:**<br>**Classification and Amount:** | 31250<br>9/22/2009<br>PRIORITY: $ 56,000.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "<u>Debtors</u>") filed their Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) (the "<u>Objection</u>") with the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that the Debtors have no liability for said claim(s), as they were submitted against entities that are not debtors in the Debtors' jointly administrated chapter 11 cases. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court <u>and</u> serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

Robert L. Goss
12 Edgehill Drive
Darien, CT. 06820

New address effective 10-1-2009
Robert L. Goss
5 Sailwing Club Drive
Hilton Head, SC. 29926

Re: **Claim #900007265**

United States Bankruptcy Court/Southern District of New York
c/o Epiq Bankruptcy Solutions LLC.
FDR Station P.O. Box 5076
New York, NY. 10150-5076

In Re:
Lehman Brothers Holdings Inc. et al.
Case **#08-13555 (JMP)**

Gentlemen:

My original claim was mailed via certified mail on May 13th, 2009. I erred in the part of my claim that included SIPC related data. This was not appropriate as I was not filing as a customer of any Lehman Brothers department.

I am in receipt of the enclosed SIPA Denial Letter dated August 10th, 2009. I am not objecting to the Trustee determination due to the fact that SIPC should not have had any part in my claim.

Enclosed with this letter is a proof of claim form you recently provided me with, as well as the data showing my participation in the Lehman Brothers Deferred Compensation Plan (LDCP).

The full amount I anticipated receiving was $56,000 at the rate of $8000 per year, covering years 9 through 15 in the payment schedule.

Please accept this data in your consideration of my participation in the Deferred Compensation Plan (LDCP).

Sincerely,

Robert L. Goss
September 18th, 2009

Enclosures:

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
Lehman Brothers Holdings Inc., et al.
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

UNIQUE IDENTIFICATION NUMBER: 1000004624

Name of Debtor Against Which Claim is Held: LBI

Case No. of Debtor

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004624******
GOSS,ROBERT
12 EDGEHILL DRIVE
DARIEN, CT 06820

Mr. Robert L. Goss
5 Sailwing Club Dr.
Hilton Head Island, SC 29926

Telephone number: ~~203 858-2863~~ 655 9876
Email Address: ROBERTGOSS1@AOL.COM

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 900007265
(If known)

Filed on: 5-13-09

Name and address where payment should be sent (if different from above)

5 SAILWING CLUB DRIVE
HILTONHEAD S.C. 29926

Telephone number: ~~203-858-2863~~ Email Address: SAME AS ABOVE

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 56,000 @ RATE OF $8000/YEAR

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** DEFERRED COMP PLAN DOCUMENTS ATTACHED -LDCP-
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ______
3a. **Debtor may have scheduled account as:** ______
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ______
Value of Property: $______ Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$______ Basis for perfection: ______
**Amount of Secured Claim:** $______ **Amount Unsecured:** $______

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$______

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $______
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

FOR COURT USE ONLY

# LEHMAN BROTHERS

October 20, 2008

Robert Goss
12 Edgehill Drive
Darien, CT 06820

Mr. Robert L. Goss
5 Sailwing Club Dr.
Hilton Head Island, SC 29926

As a result of Lehman Brothers Inc. ("LBI") having been placed into a liquidation proceeding under the Securities Investor Protection Act of 1970, as amended ('SIPA"), on September 19, 2008 ("Filing Date"), LBI's obligations under the non-qualified, deferred compensation plans are deemed pre-Filing Date claims under SIPA and the Bankruptcy Code. Consequently, future payments of deferred compensation cannot be made without the approval of the SIPA trustee and the Bankruptcy Court overseeing the SIPA liquidation, which is separate from the Lehman Brothers Holding Inc. ("LBHI") chapter 11 case.



As a participant in the Lehman Brothers Deferred Compensation Plan (LDCP) prior to September 19, 2008, you may submit a claim as a creditor of LBI and participate in any distributions from monies available as a result of its liquidation.

The Securities Investor Protection Corporation and Federal Courts have appointed James W. Giddens as the trustee to administer the LBI SIPA liquidation. At some point in the future the SIPA trustee will be sending and publishing notice of the procedures for the filing of claims and the date by which such claims must be filed.

All inquiries regarding this proceeding should be directed to:

US: (866) 841-7868
Non-US: (503) 597-7690

For more information please visit http://chapter11.epiqsystems.com

WWW. LEHMAN TRUSTEE . COM

10-29-08
11:20 A.M.

Lehman Brothers Deferred Compensation Plan (LDCP)
Statement of Account as of December 31, 1996

Name: ROBERT GOSS
Social Security #: XXX-XX-9013
Option Selected: Option 1, The Original LDCP

Original Deferral Amount: $12,000.00

Retirement Benefit: Fifteen Annual Installments to participant as follows:

| Assuming You Begin Receipt of Payments at Age | Estimated Annual Benefit | Total Estimated 15-Year Benefit |
|---|---|---|
| 55 | $4,800 | $72,000 |
| 60 | $6,400 | $96,000 |
| 65 | $8,000 | $120,000 |

The estimated projections listed above assume payments will begin on the first day of the month following or coincident with your 55th, 60th or 65th birthday.

Death Benefit: Fifteen Annual Installments to your beneficiary as follows:

| Estimated Annual Benefit | Total Estimated 15-Year Benefit |
|---|---|
| $8,000 | $120,000 |

LDCP Beneficiary:

Disability Benefit: $6,000 annually

# LEHMAN BROTHERS

2008 8th of 15 Rec'd.

March 10, 2008

2009 - 9
2010 - 10
2011 - 11
2012 - 12
2013 - 13
2014 - 14
2015 - 15

7 X 8 = $56,000

Mr. Robert Goss
12 Edgehill Drive
Darien, CT 06820

Dear Mr. Goss:

Enclosed please find a check in the gross amount of $8,000.00. This payment represents the eighth of fifteen annual installments payable from the Lehman Brothers Deferred Compensation Plan (LDCP) in which you are a participant. Pursuant to the letter and W-4P that was mailed to you, unless otherwise indicated this payment is subject to Federal income tax.

The Federal estimated tax rules provide that penalties may be applicable if your withholding and estimated tax payments are insufficient.

Please note this payment is taxable as ordinary income upon receipt and cannot be rolled over into an Individual Retirement Account (IRA) as this is a non-qualified plan distribution. For further tax information, we suggest that you consult your tax advisor.

If you have any questions please contact me at (212) 320-7977 or by e-mail at erin.dsouza@lehman.com.

Sincerely,

Erin D'Souza

Erin D'Souza