UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:                                                            Chapter 11

**LEHMAN BROTHERS HOLDINGS INC., et al,**                         Case No. 08-13555 (JMP)
                                                                  (Jointly Administered)
Debtor.
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

NADINE GRAVENEY, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on October 25, 2010, I served a true copy an **Affidavit of Joseph Kelly**, by e-mailing and/or faxing and mailing a true copy thereof, to the person(s) listed below:

**Office of the United States Trustee**
33 Whitehall Street; 21st Floor
New York, New York 10004
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Tracy Hope Davis, Esq.

**Milbank Tweed Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.

**Weil Gotshall & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attn:  Shai Y. Waisman, Esq.

Erin Eckols, Esq.
Weil, Gotshal & Manges, LLP
200 Crescent Court; Suite 300
Dallas, Texas 75201

_____
Nadine Graveney

Sworn to before me this
25th day of October, 2010

_____
Notary Public

W:\Clients A-Z\Clients T-Z\The August '86 Trust\AffofServ.wpd

Dawn M. Migliore
Notary Public, State of New York
No. 01MI6103949
Qualified in Nassau County
Commission Expires on January 12, 2012