請寄到 收件地址 : One Bowling Green, New York, New York 10004, Courtroom 601
收件人: The Chambers of the Honorable James M. Peck

United States Bankruptcy Court Southern District Of New York
Chapter 11 Case No. 08-13555( JMP) ,
Debtors : Lehman Brothers Holdings Inc.,
Creditor Name: Lin Hsien Hsiung &/Lin Lai Chao Yin &/Lin Yu Tang &/ Lin Yu Ting
Creditor Address : No.58 , Kwang Ming Road, Ta Chia Taichung Hsien 437, Taiwan. R.O.C

Notice of Hearing on debtors' forty-second omnibus objection to Claims
( Late-Filed Lehman Programs securities Claims)

To Whom It May Concern:

Dear Sir, we are Lin Hsien Hsiung &/Lin Lai Chao Yin &/Lin Yu Tang &/ Lin Yu Ting, the creditor of Chapter 11 Case No. 08-13555 (JMP). On or around 22 Oct, 2009, we duly completed and sent out by registered post to United States Bankruptcy Court Southern District Of New York my claims as listed in the Lehman Securities Proof of Claim enclosed herein. As far as I understand from the way the postal system for Hong Kong operates, the Proof of Claims should have reached you in any event, prior to the November 2, 2009 bar date. The Registered of Hong Kong Post Bar-code no. is RR746343482HK.

In addition, if for whatever reason, the Proof of Claims was received late on 2 November , We do not ( with all due respect) believe that it has caused any real or substantial prejudice to the debtor, or cause any delay, or have any significant adverse on the ongoing proceedings.

As any late filing is not attributable to our mistake or conducts in any way and is beyond our control, we urge you to reconsider the position and admit the Proof of Claims or deem it as timely filed. We enclose evidence in support of our position and belief that the Proof of Claims should not have been filed late in the circumstances.

Thanks for your attention in understanding my reasons to oppose the disallowance on this case.

林憲雄

Creditor : Lin Hsien Hsiung &/Lin Lai Chao Yin &/Lin Yu Tang &/ Lin Yu Ting


RECEIVED OCT 18 2010 U.S. BANKRUPTCY COURT, SDNY JMP

22 OCT 2009

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Lin Hsien Hsiung &/Lin Lai Chao Yin&/Lin Yu Cheng &/Lin Yu Tang &/Lin Yu Ting
No 58 Kwang Ming Road, Ta Chia Taichung Hsien 437 Taiwan

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Telephone number: 886-9158 56188 / 886-9176 78988   Email Address: valerie 980919@yahoo.com.tw

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

Telephone number:                Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for Lehman Programs Security to which this claim relates.

Creditor holds    USD 200,000    ( as at 15 September 2008) in aggregate face value of the Lehman Program Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $____(as statement above)____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0346438731    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

Clearstream -    CA08554    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account number:

Clearstream -    19216

| 5. Consent to Euroclear Bank, Clearstream Bank or other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| Date.<br>21 OCT 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>林憲雄<br><br>LIN HSIEN HSIUNG | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Certificate of Bulk Posting for Registered Packets

香港 Post  
大量掛號郵件投寄證明書

| Air | Surface | Local |

**Sender and address:** ABN AMRO BANK - 38/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, H.K.  
**Telephone:** 27006389 / 29212211 / 27003310  
29A

| # | Name | Full Address | Regn. Bar-code No. | Total Postage (including Reg & AR fee if applicable) | AR Service ✓ |
|---|------|--------------|---------------------|------|---|
| 1 | United States Bankruptcy Court / Southern District of New York | New York USA | HK0673A RR746343471HK | $18.60 | |
| 2 | Lehman Brothers Holdings Claims Processing | New York USA | HK660C | $19.60 | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**Signature of Sender:** _(signed)_  
**Company chop (for firms):** 

## For Hongkong Post Use

Total no. of registered packets received: _____  
Signature of accepting officer: _____  
Pos 12/12A/12C No.: _____  
Datestamp

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,             : 08-13555 (JMP)
                    Debtors.                       : (Jointly Administered)
---------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000111370 MAIL ID *** 0033209078 *** BSI/JSE: 531

LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG &/LIN YU TING
NO 58 KWANG MING ROAD
TA CHIA TAICHUNG HSIEN 437
TAIWAN, PROVINCE OF CHINA

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address: LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN, PROVINCE OF CHINA | Claim Number: 64873 |
| | Date Filed: 11/5/2009 |
| | Debtor: 08-13555 |
| | Classification and Amount: UNSECURED: $ 200,000.00 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.