# PARAMOUNT PRO PRINTING CORPORATION

*Serving Americas Corporations with quality printing and excellent service at low prices since 1956*



**30 JOURNAL SQUARE, P.O. BOX 6639, JERSEY CITY, NJ 07306**

phone: 201 533 8080
fax: 201 533 8228
email: info@paramountprint.com
website: www.paramountprint.com

**CHAPTER 11 CASE NUMBER 08-13555 (JMP) - CLAIM 41**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRCIT OF NEW YORK**

**RE: LEHMAN BROTHERS HOLDINGS INC, ET AL., DEBTORS**

**SUBJECT: OPPOSED TO THE DISALLOWANCE & EXPUNGEMENT OF CLAIM 41 AGAINST PARAMOUNT PRO PRINTING CORPORATION**

**CREDITOR NAME AND ADDRESS:**
Paramount Pro Printing Corporation
30 Journal Square
PO Box 6639
Jersey City, NJ 07306
(Previously Located at 418 Summit Avenue, Jersey City, NJ 07306)

This letter is in regards to the Chapter 11 Case No. 08-13555 (JMP) Claim 41 of Lehman Brothers Holdings., et al., Debtors in the United States Bankruptcy Court Southern District of New York.

Paramount Pro Printing Corporation stands behind its claim against Lehman Brothers for the unsecured debt of $26,577.66 as this is a valid claim. The reason this is a valid claim is that Paramount Pro Printing Corporation was a print vendor for Lehman Brothers and had provided services to Lehman Brothers that were not paid for. Along with these services special paper stock, envelopes, with pre-printed masters were in storage to provide Lehman Brothers with the services requested. These services include the printing of business cards, letterheads, note cards, announcements, compliment cards, envelopes, along with other standard items and custom items. Along with the printing Paramount Pro Printing Corporation invested into a custom website that was being built specifically for Lehman Brothers. Thus, the debt is owed to Paramount Pro Printing Corporation for Services rendered.

Please send all Correspondences To:

Jeff Nalick
c/o Paramount Pro Printing Corporation
30 Journal Square
PO Box 6639
Jersey City, NJ 07306

Phone: 201-533-8080
Fax: 201-533-8228
jeff@paramountprint.com



RECEIVED OCT 18 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Sincerely,

Chad Nalick
Vice President