WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                    Debtors.                   :   (Jointly Administered)
-------------------------------------------------------------------x
```

## QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period July 14, 2010 to and including September 30, 2010 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as Exhibit A.

Dated: October 25, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A
## (Quarterly Report)

## Claims Settlements For the Period 7/14/2010 to 9/30/2010

| Claimant | Claim # | Type of Claim | Filed Claim Amount | Claim Settlement Amount | Priority of Claim Settlement Amount |
|---|---|---|---|---|---|
| PEQUOT DIVERSIFIED MASTER FUND, LTD. | 12315 | General Unsecured | 1,131,166.66 | 33,284.00 | General Unsecured |
| ONE EAST PARTNERS MASTER, L.P | 17626 | General Unsecured | 76,975.77 | 73,125.00 | General Unsecured |