WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                               :

**In re**                             :        **Chapter 11 Case No.**

                                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**

                                             :

                    **Debtors.**      :        **(Jointly Administered)**

                                             :

                                             :

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Twenty-Eighth Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), solely as to the claims listed

below, that was scheduled for September 1, 2010, at 2:00 p.m. (Prevailing Eastern Time), and

that was previously adjourned as to certain Valued Derivative Claims to October 27, 2010, at

10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to November 10, 2010, at**

**10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard.  The Hearing on the Objection as to all other Valued Derivative Claims set forth therein

that were previously adjourned to October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time)

shall proceed as scheduled on October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time).  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| The Rutland Hospital, Inc. | 19545 |
| The Rutland Hospital, Inc. | 19546 |

Dated:  October 25, 2010
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession