UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                                                    :          Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
:          (Jointly Administered)
Debtors.                             :
:
---------------------------------------------------------------x          Ref. Docket Nos. 11712, 11717,
11719, 11735, 11745, 11751-11752

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 5, 2010,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
7th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LYDIAN OVERSEAS PARTNERS MASTER FUND LTD.          LYDIAN OVERSEAS PARTNERS MASTER FUND LTD.
     C/O LYDIAN ASSET MANAGEMENT L.P.                    WENDY COHEN
     ATTN: BRUCE GILLE                                   KATTEN MUCHIN ROSENMAN LLP
     495 POST ROAD EAST                                  575 MADISON AVENUE
     WESTPORT CT 06880                                   NEW YORK NY 10022
```

Please note that your claim # 13213-01 in the above referenced case and in the amount of $0.00 has been transferred **(unless previously expunged by court order)**

```
     LYDIAN SPV LTD
     TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD.
     C/O LYDIAN ASSET MANAGEMENT LP
     495 POST ROAD EAST
     WESTPORT CT 06880
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11712     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/05/2010                       Vito Genna, Clerk of Court

                                       /s/ Angharad Bowdler
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 5, 2010.

**EXHIBIT B**

```
TIME: 18:14:22                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 10/05/10                                             CREDITOR LISTING

Name                                 Address
LYDIAN OVERSEAS PARTNERS MASTER FUND  C/O LYDIAN ASSET MANAGEMENT L.P. ATTN: BRUCE GILLE 495 POST ROAD EAST WESTPORT CT 06880
 LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND  WENDY COHEN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022
 LTD.
LYDIAN SPV LTD                        TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV OFFSHORE LTD               TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880


Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:16:21                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 10/05/10                                         CREDITOR LISTING

Name                                       Address
BANC OF AMERICA SECURITIES LLC             TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N TRYON STREET NCI-027-14-01 CHARLOTTE NC 28255
BANCO POPULAR ESPANOL S.A.                 ADMINISTRACION DE TESORERIA ATTN: MR. CARLOS VIVAS SOTILLOS AND MR. MARCOS SUBIES ALVAREZ C/ JOSE ORTEGA Y GASSET 29, 1A. PLANTA
                                           MADRID 28006 SPAIN
BANCO POPULAR ESPANOL S.A.                 ASHURST LLP ATTN: JUAN HORMAECHEA & VICTORIA NAVARRO ALCALA, 44 MADRID 28014 SPAIN
BANCO POPULAR ESPANOL S.A.                 MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)    TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                           COBHAM, SURREY KT11 2PD UNITED KINGDOM
CONTRARIAN FUNDS, LLC                      TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CVI GVF (LUX) MASTER S.A.R.L.              TRANSFEROR: NOMURA INTERNATIONAL PLC. 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG L-1528 LUXEMBOURG
LYDIAN OVERSEAS PARTNERS MASTER FUND       KATTEN MUCHIN ROSENMAN LLP ATTN: WENDY COHEN 575 MADISON AVENUE NEW YORK NY 10022
LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND       KATTEN MUCHIN ROSENMAN LLP ATTN: WENDY ROSEN 575 MADISON AVENUE NEW YORK NY 10022
LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND       C/O LYDIAN ASSET MANAGEMENT L.P. ATTN: BRUCE GILLE 495 POST ROAD EAST WESTPORT CT 06880
LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND       WENDY COHEN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022
LTD.
LYDIAN SPV LIMITED                         TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV OFFSHORE LTD.                   TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYXOR ASSET MANAGEMENT S.A.                AS SUB-MANAGER OF THE LYXOR/JANDAKOT FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY
                                           PARIS - LA DEFENSE CEDEX 92987 FRANCE
LYXOR ASSET MANAGEMENT S.A.                MAYER BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019
NOMURA INTERNATIONAL PLC.                  TRANSFEROR: KLAUS TSCHIRA STIFTUNG GGMBH NOMURA HOUSE 1 ST MARTIN'S LE GRAND LONDON EC1A 4NP ENGLAND
SERENGETI OVERSEAS MM L.P.                 TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                      TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012

Total Number of Records Printed            18
```