UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **Ref. Docket Nos. 8862, 11563,** |
| | : | **11767, 11770, 11794-11797,** |

-----------------------------------------------------------------------x    **11855-11856**

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS COMMODITY** | : | **08-13885 (JMP)** |
| **SERVICES INC.**, *et al.*, | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket Nos. 31-32**

## AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 11, 2010,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
12th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31-32, (08-13885), 8862, 11563, 11767, 11770, 11794-11797, 11855, 11856_ Aff 10-11-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARCLAYS BANK PLC
             TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD
             745 SEVENTH AVENUE
             NEW YORK NY 10019

Please note that your claim # 41195-11 in the above referenced case and in the amount of
        $1,559,463.89        has been transferred **(unless previously expunged by court order)**

             SERENGETI OVERSEAS MM L.P.
             TRANSFEROR: BARCLAYS BANK PLC
             C/O SERENGETI ASSET MANAGEMENT LP
             632 BROADWAY 12TH FL
             NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11794        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 11, 2010.

**EXHIBIT B**

TIME: 18:26:18
DATE: 10/11/10

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: EDISON MISSION MARKETING & TRADING INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MIDWEST GENERATION, LLC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VR BANK KAUFBEUREN - OSTALLGAU EG 5 THE NORTH COLONNADE CANARY WHARF LONDON E14 4BB GREAT BRITAIN |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: JQS INVESTMENT ADVISORS S.A. C/O CAR VAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| EDISON MISSION MARKETING & TRADING INC. | GORDON F. PERRY ESQUIRE K&L GATES LLP STATE STREET FINANCIAL CTR ONE LINCOLN STREET BOSTON MA 02111 |
| EDISON MISSION MARKETING & TRADING INC. | ONE INTERNATIONAL PLACE 9TH FLOOR ATTN: MIKE BLASIK BOSTON MA 02110-1776 |
| EFG BANK AB | TRANSFEROR: HELSINGBORGS STAD JAKOBSBERGSGATAN 16, BOX 55963 10216 STOCKHOLM   SWEDEN |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HARVEST SS, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO & ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVE GREENWICH CT 06830 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: EFG BANK AB ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JQS INVESTMENT ADVISORS S.A. | C/O PHILLIPS NIZER LLP ATTENTION: PETER HARUTUNIAN 666 FIFTH AVENUE NEW YORK NY 10103 |
| MIDWEST GENERATION, LLC | C/O EDISON MISSION MARKETING & TRADING, INC ONE INTERNATIONAL PLACE ATTN: MIKE BLASIK 9TH FLOOR BOSTON MA 02110 |
| MIDWEST GENERATION, LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS, LTD | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOROS FUND MANAGEMENT LLC GORDON F. PERRY, ESQ K&L GATES LLP ONE LINCOLN STREET STATE STREET FINANCIAL CTR BOSTON MA 02111 |
| SABRETOOTH MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) SABRETOOTH MASTER FUND, L.P. C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |

Total Number of Records Printed        22

EPIQ BANKRUPTCY SOLUTIONS, LLC