**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :

In re                                  :          Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :         **08-13555 (JMP)**
                                    :          **(Jointly Administered)**
          Debtors.                :

                                          :          **Ref. Docket Nos. 11893, 11895,**
                                          :                     **11897**
---------------------------------------------------------------x
                                          :

In re                                  :          Chapter 11 Case No.

**LEHMAN BROTHERS SPECIAL FINANCING**  :         **08-13888 (JMP)**
**INC.,**                                    :          **(Jointly Administered)**
          Debtors.                :
---------------------------------------------------------------x   **Ref. Docket Nos. 156, 158-164**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
15th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS LENDING PARTNERS LLC                    GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I  MANAGING CLERK
      C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY            RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FL                             ONE WORLD FINANCIAL CENTER
      JERSEY CITY NJ 07302                                  NEW YORK NY 10281
```

Please note that your claim # 66655-17 in the above referenced case and in the amount of
       $15,000,000.00       has been transferred **(unless previously expunged by court order)**

```
      HBK MASTER FUND L.P.
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      C/O HBK SERVICES LLC ATTN: LEGAL DEPT
      2101 CEDAR SPRINGS ROAD, SUITE 700
      DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11893      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2010                      Vito Genna, Clerk of Court

                                      /s/ Jenna Noble
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2010.

**EXHIBIT B**

```
TIME: 15:18:52                                           LEHMAN BROTHERS HOLDING INC.
DATE: 10/13/10                                                CREDITOR LISTING                                                       PAGE:   1

Name                                    Address
GOLDMAN SACHS LENDING PARTNERS LLC      MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                        JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                        DALLAS TX 75201
HBK MASTER FUND L.P.                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.               ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FL. NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: PURSUIT OPPORTUNITY FUND I MASTER LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                        NEW YORK NY 10005

Total Number of Records Printed         10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC