Justin A. Kuehn (JK 5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
kuehn@bragarwexler.com
*Attorneys for Mark Mazzatta and*
*Michele McHugh-Mazzatta*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtors. | Case no. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Justin A. Kuehn of Bragar Wexler Eagel & Squire, P.C., hereby appears in the above-captioned case as counsel to Mark Mazzatta and Michele McHugh-Mazzatta, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

Justin A. Kuehn (JK 5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
kuehn@bragarwexler.com

**PLEASE TAKE FURTHER NOTICE** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, opening reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by, mail, courier service,

2

delivery, telephone, facsimile, telegraph, telex, telefax, or otherwise filed with regard to this case and any proceedings therein.

Dated: New York, NY
       October 26, 2010

BRAGAR WEXLER EAGEL & SQUIRE, P.C.

/s/ Justin A. Kuehn
Justin A. Kuehn (5853)
885 Third Avenue – Suite 3040
New York, NY 10022
Phone: (212) 308-5858
Fax: (212) 486-0462
kuehn@bragarwexler.com

*Attorneys for Mark Mazzatta and*
*Michele McHugh-Mazzatta*