Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London

Name of Transferor

The Bank of Nova Scotia

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matthew Weinstein
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 42540
Amount of Claim: $45,000,000.00
Date Claim Filed: September 4, 2009 and amended on October 20, 2009

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 10-20-10

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Bank of Nova Scotia

THE BANK OF NOVA SCOTIA, a Canadian chartered bank, having its head office located at Scotia Plaza, 40 King Street West, Toronto, Ontario, Canada M5W 2X6 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON with offices located at 60 Wall Street, 3rd Floor, New York, NY 10005 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $45,000,000.00, docketed as Claim No. 42540 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) as such claim is deemed to be amended pursuant to the terms of the Termination Agreement dated as of July 21, 2010 among the Seller, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. (the "Claim").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of October, 2010.

THE BANK OF NOVA SCOTIA

By: _____

DEUTSCHE BANK AG, LONDON

By: _____

*Lehman.Scotia Assignment of Claim.Exe.DOC*

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Bank of Nova Scotia

THE BANK OF NOVA SCOTIA, a Canadian chartered bank, having its head office located at Scotia Plaza, 40 King Street West, Toronto, Ontario, Canada M5W 2X6 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON with offices located at 60 Wall Street, 3rd Floor, New York, NY 10005 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $45,000,000.00, docketed as Claim No. 42540 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) as such claim is deemed to be amended pursuant to the terms of the Termination Agreement dated as of July 21, 2010 among the Seller, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. (the "Claim").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of October, 2010.

THE BANK OF NOVA SCOTIA

By:_____

DEUTSCHE BANK AG, LONDON

By:_____

Lehman.Scotia Assignment of Claim.Exe.DOC

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London                    The Bank of Nova Scotia

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                    Court Claim # (if known): 42541
c/o Deutsche Bank Securities Inc.           Amount of Claim: $45,000,000.00
60 Wall Street, 3rd Floor                   Date Claim Filed: September 4, 2009 and
New York, NY 10005                          amended on October 20, 2009
Attention: Matthew Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ illegible signature                 Date: 10-20-10
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Bank of Nova Scotia

THE BANK OF NOVA SCOTIA, a Canadian chartered bank, having its head office located at Scotia Plaza, 40 King Street West, Toronto, Ontario, Canada M5W 2X6 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSHCE BANK AG, LONDON, with offices located at 60 Wall Street, 3rd Floor, New York, NY 10005 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $45,000,000.00, docketed as Claim No. 42541 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) as such claim is deemed to be amended pursuant to the terms of the Termination Agreement dated July 21, 2010 among the Seller, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. (the "Claim") .

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of October, 2010.

THE BANK OF NOVA SCOTIA

By: _____

DEUTSCHE BANK AG, LONDON

By: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Bank of Nova Scotia

THE BANK OF NOVA SCOTIA, a Canadian chartered bank, having its head office located at Scotia Plaza, 40 King Street West, Toronto, Ontario, Canada M5W 2X6 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSHCE BANK AG, LONDON, with offices located at 60 Wall Street, 3rd Floor, New York, NY 10005 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $45,000,000.00, docketed as Claim No. 42541 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) as such claim is deemed to be amended pursuant to the terms of the Termination Agreement dated July 21, 2010 among the Seller, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. (the "Claim").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of October, 2010.

THE BANK OF NOVA SCOTIA

By:_____

DEUTSCHE BANK AG, LONDON

By:_____

10

*Lehman.Scotia Assignment of Claim.Exe.DOC*