Hearing Date and Time: December 1, 2010 at 10:00 a.m. (Prevailing Eastern Time)

**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **(Jointly Administered)** |
| **Debtors.** | |

**AMENDMENT TO THE RESPONSE OF SYMPHONY ASSET MANAGEMENT LLC
ON BEHALF OF FORTISSIMO FUND
TO THE DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO LATE-FILED
CLAIMS AND MOTION TO DEEM PROOF OF CLAIM TIMELY FILED**

Symphony Asset Management LLC ("Symphony"), by and through its undersigned

counsel, acting on behalf of Fortissimo Fund (the "Claimant") pursuant to a certain investment

agreement, hereby submits this amendment (the "Amendment") to the Claimant's Response and

Motion to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)

(the "Response and Motion")[1] [Docket No. 12075] filed on October 18, 2010, and respectfully states as follows:

In the Response and Motion, the Claimant inadvertently referred to the Objection to its Claim as the Debtors' Fortieth (40th) Omnibus Objection to Claims (Late-Filed Claims) instead of the Debtors' Forty-First (41st) Omnibus Objection to Claims (Late-Filed Claims). The Claimant hereby amends its Response and Motion to replace all references to the Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) with references to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims).

Dated: October 26, 2010
New York, New York

**White & Case LLP**

By: _____
     Abraham L. Zylberberg, Esq.
     1125 Avenue of the Americas
     New York, NY 10036-2787
     Telephone: (212) 819-8200
     Facsimile: (212) 354-08113
     Email: azylberberg@whitecase.com

     Attorneys for Symphony Asset
     Management LLC

---

[1] All capitalized terms not defined herein carry the meaning set forth in the Response and Motion.