WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                        :
                    Debtors.            :   (Jointly Administered)
                                        :
-------------------------------------------------------------------x

**SIXTH SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER**
**ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT**
**TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY**
**CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK          )
                           )   ss:
COUNTY OF NEW YORK         )

Harvey R. Miller, being duly sworn, deposes and says:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("Weil"). I submit this affidavit to supplement the affidavits I have previously submitted on behalf of Weil, sworn to on October 8, 2008 (the "Original Affidavit") [Docket No. 758], March 4, 2009 (the "Supplemental Affidavit") [Docket No. 2985], August 12, 2009 (the "Second Supplemental Affidavit") [Docket No. 4779], March 30, 2010 (the "Third Supplemental Affidavit) [Docket No. 7904], July 21, 2010 (the "Fourth Supplemental

Affidavit") [Docket No. 10358], and September [], 2010 (the "Fifth Supplemental Affidavit," and together with the Original Affidavit, the Supplemental Affidavit, the Second Supplemental Affidavit, the Third Supplemental Affidavit, and the Fourth Supplemental Affidavit, the "Previous Affidavits") in support of the engagement of W by Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively, the "Debtors") in connection with the above-captioned cases filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

2.  Unless otherwise stated herein, I have personal knowledge of the facts set forth in this affidavit. To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

**Weil's Connections with Parties in Interest
in Matters Unrelated to these Chapter 11 Cases**

3.  As previously disclosed, Weil has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases. Since filing the Fifth Supplemental Affidavit, Weil has become aware of additional parties in interest in these chapter 11 cases with whom Weil has, or may have, connections as described below. Most of these additions are entities that may be parties in interest in the above captioned chapter 11 case (the "Potential Parties In Interest") and that Weil has included in its disclosure procedures out

of an abundance of caution. Certain of the entities included in this affidavit were previously disclosed under other categories in the Previous Affidavits.

4. The categories of connections are: (i) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services within the last two (2) years and whose engagement remains open ("Current Clients"); (ii) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services in the past two (2) years and with respect to which Weil's engagement has been formally closed ("Former Clients"); (iii) Potential Parties in Interest, or affiliates thereof, for which a Weil engagement has been opened for at least six (6) months but for which no attorney time has been billed ("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, who have a substantive relationship to a matter for which Weil performed services for a Current or Former Client, or affiliate thereof within the last two years ("Related Entities"). All client connections were diligently reviewed by an attorney working under my supervision. Based on such review, as to each connection Weil does not hold or represent an interest that is adverse to the Debtors' estates.

**Current Clients**

5. Weil has performed services within the past two (2) years for the Current Clients, described below, or their affiliates, in matters unrelated to the Debtors:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| BNP Paribas Wealth Management (Hong Kong Branch) | Potential Party in Interest | Affiliate of Current Client |
| Carlyle Mortgage Capital, LLC | Potential Party in Interest | Affiliate of Current Client |
| Cerberus Series Four Holding, LLC | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| CIT Bank | Potential Party in Interest | Affiliate of Current Client |
| CIT group / Equipment Financing, Inc. | Potential Party in Interest | Affiliate of Current Client |
| CIT Healthcare LLC | Potential Party in Interest | Affiliate of Current Client |
| CIT Lending Services Corp. | Potential Party in Interest | Affiliate of Current Client |
| Citibank Espana, S.A. | Potential Party in Interest | Affiliate of Current Client |
| Dechert LLP | Potential Party in Interest | Current Client |
| Fidelity National Title Insurance Company | Potential Party in Interest | Affiliate of Current Client |
| Fortis Bank (Hong Kong Branch) | Potential Party in Interest | Affiliate of Current Client |
| HSBC Trinkaus & Burkhard (International) S.A. | Potential Party in Interest | Affiliate of Current Client |
| INVISTA Textiles (U.K.) Limited Pension Plan | Potential Party in Interest | Affiliate of Current Client |
| LEGG Mason US$ Core Bond Fund | Potential Party in Interest | Affiliate of Current Client |
| MF Global UK Limited | Potential Party in Interest | May be Affiliate of Current Client |
| Merrill Lynch Credit Products, LLC | Potential Party in Interest | Affiliate of Current Client |
| Merrill Lynch Japan Finance Co., Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Monarch Master Funding Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Morgan Stanley Alpha Advantage European Fixed Income Fund | Potential Party in Interest | Affiliate of Current Client |
| Morgan Stanley Institutional Fund Trust, Municipal Portfolio | Potential Party in Interest | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII (Parallel 2), L.P. | Potential Party in Interest | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII (Parallel), L.P. | Potential Party in Interest | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII, L.P. | Potential Party in Interest | Affiliate of Current Client |
| OCM Opportunities Fund VIIb (Parallel), L.P. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| OCM Opportunities Fund VIIb, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Ontario Teachers' Pension Plan Board | Potential Party in Interest | Current Client |
| Provident Fund Meitav Chisachon Gemel | Potential Party in Interest | May be Affiliate of Current Client |
| Provident Fund Meitav Chisachon Pizium | Potential Party in Interest | May be Affiliate of Current Client |
| Raiffeisenbank Oberdrautral – Weissensee | Potential Party in Interest | Affiliate of Current Client |
| RBC Capital Markets Corporation | Potential Party in Interest | Affiliate of Current Client |
| Standard & Poor's (f/k/a/ Standard & Poor's Corporation) | Potential Party in Interest | Current Client |
| Stone Tower Credit Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Van Kampen Corporate Bond Fund | Potential Party in Interest | Affiliate of Current Client |
| Van Kampen Equity and Income Fund | Potential Party in Interest | Affiliate of Current Client |
| Van Kampen International Growth Fund | Potential Party in Interest | Affiliate of Current Client |
| The Varde Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |

6.  Weil has not, does not, and will not represent any of the Current Clients or their respective affiliates or subsidiaries in connection with the pending chapter 11 cases or in any other matters adverse to the Debtors.

**Related Entities**

7.  Weil has determined that the following entities, or their affiliates, are Related Entities:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| AIM Core Bond Fund | Potential Party in Interest | May be Related to Current Client |
| AIM High Yield Fund | Potential Party in Interest | May be Related to Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| AIM Income Fund | Potential Party in Interest | May be Related to Current Client |
| AIM Libor Alpha Funds | Potential Party in Interest | May be Related to Current Client |
| AIM Short Term Bond Fund | Potential Party in Interest | May be Related to Current Client |
| AIM V.I. Basic Balanced Fund | Potential Party in Interest | May be Related to Current Client |
| AIM V.I. Diversified Income Fund | Potential Party in Interest | May be Related to Current Client |
| AIM V.I. High Yield Fund | Potential Party in Interest | May be Related to Current Client |
| CVI GVF Luxembourg Twelve S.a.r.l. | Potential Party in Interest | Affiliate is Related to Current Client |
| Invesco Aim Advisors, Inc. | Potential Party in Interest | Affiliate is Related to Current Client |
| Pensionskasse Unilever Schweiz | Potential Party in Interest | Affiliate may be Related to Current Client |
| Silver Lake Credit Fund, L.P. | Potential Party in Interest | Affiliate is Related to Current Client |
| Willow Re Ltd. | Potential Party in Interest | May be Related to Current Client |

8.    To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, Weil will make the appropriate supplemental disclosures to the Court.

### Xanadu

9.    As set forth in the Fourth Supplemental Affidavit, on December 11, 2009, certain of LBHI's wholly-owned, non-debtor subsidiaries transferred their general partnership interests in Lehman Brothers Real Estate Mezzanine Partners, L.P. and Lehman Brothers Real Estate Mezzanine Partners II, L.P. (the "Investment Funds") to unrelated third parties, PCCP, LLC and certain of its affiliates (collectively, "PCCP"). LBHI continues to hold a 20% limited partnership interest in the Investment Funds.

10. Prior to the Commencement Date, a subsidiary of the Investment Funds (the "Subsidiary"), participated in the extension of a loan (the "Loan") to an entity called ERC 16W Limited Partnership (the "Borrower"), as part of a syndicate of financial institutions (the "Syndicate"). The Loan was advanced in connection with the development of a sports and entertainment complex in East Rutherford, New Jersey commonly referred to as Xanadu. The participation held by the Subsidiary represented approximately 40% of the Loan and the Subsidiary participated out approximately 50% of its percentage of the Loan to LB Xanadu LLC ("LB Xanadu"), an indirect fourth tier subsidiary of LBHI.

11. In connection with the Loan, assertions have been made that the Subsidiary breached certain funding obligations. The assertions were the subject of certain litigation instituted by the Borrower which, we understand, has been dismissed. Neither LBHI nor LB Xanadu has any direct contractual relationship with the Borrower with respect to the Loan and were not named as parties in such litigation. Weil did not represent any party in the litigation.

12. Weil has been engaged to represent the Syndicate, together with co-counsel, with respect to the Loan, including with respect to the exercise of remedial rights. Weil will not represent the Syndicate in litigating any claim the Syndicate may have against PCCP, the Investment Funds, or any Lehman entity.

13. As set forth in the Fourth Supplemental Affidavit, Weil continues to advise PCCP and the Investment Funds with respect to certain aspects of their businesses unrelated to the Loan.

**Lehman Brothers Real Estate Partners**

14. On December 23, 2009, certain of LBHI's wholly owned non-debtor subsidiaries entered into a transaction agreement (the "Transaction Agreement") with certain members of the management team (the "Management Group") of Lehman Brothers Real Estate Partners, L.P., Lehman Brothers Real Estate Partners II, L.P., and Lehman Brothers Real Estate Partners III, L.P. (collectively, the "LBREP Funds"). The transactions contemplated by the Transaction Agreement closed on May 29, 2010. Pursuant to the Transaction Agreement, certain of LBHI's wholly-owned non-debtor subsidiaries sold control of, and the right to receive management fees in respect of, the LBREP Funds. Lehman retained a limited partnership stake in the LBREP Funds and was represented by Weil in connection with this transaction.

15. Prior to the Commencement Date, Weil represented the LBREP Funds in a number of real estate-related transactions. As a result of such representations, Weil has acquired substantial knowledge of the LBREP Funds' businesses and operations. The Management Group has requested that Weil continue to represent the LBREP Funds with respect to new and existing matters.

16. Weil has obtained conflicts waivers from the LBREP Funds with respect to all current and future matters in which Weil represents Lehman in matters where Lehman is adverse to the LBREP Funds.

**Other Representations**

17. As disclosed in the Previous Affidavits, prior to the Commencement Date, it was common for Weil to be engaged by the Debtors or their affiliates in situations where, pursuant to a contractual arrangement, Weil provided

services to the Debtors or their affiliates but a third party was responsible, by direct obligation or as a reimbursement, for Weil's fees and expenses (the "Indirect Payment Representations"). A list of the third parties who have made such payments and who have not previously been disclosed by Weil, is attached hereto as Exhibit A. To the extent that Weil enters into any additional Indirect Payment Representations during the pendency of these chapter 11 cases, Weil will make the appropriate supplemental disclosures to the Court.

18. Weil does not hold or represent an interest that is adverse to the Debtors' estates, and Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

19. The foregoing constitutes the fifth supplemental statement of Weil pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated: October 26, 2010
      New York, New York

    /s/ Harvey R. Miller
    Harvey R. Miller
    Weil Gotshal & Manges LLP

    Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 26th day of October, 2010.

    /s/ Joanne C. Pflaum
    Notary Public

    Joanne C. Pflaum
    Notary Public, State of New York
    No. 4848238
    Qualified in Nassau County
    Commission Expires September 30, 2013

## **Exhibit A**
(Indirect Payment Representations)

| |
|---|
| Veyance Technologies, Inc. |
| EPD Holdings, Inc. |
| Precision Partners, Inc. |
| Precision Partners Holding Co. |
| The Electromac Group, Inc. |