Hearing Date and Time: December 1, 2010 at 10:00 a.m. (Prevailing Eastern Time)

**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

### AMENDMENT TO THE RESPONSE OF SYMPHONY ASSET MANAGEMENT LLC ON BEHALF OF ANDANTE FUND L.P. TO THE DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO LATE-FILED CLAIMS AND MOTION TO DEEM PROOF OF CLAIM TIMELY FILED

Symphony Asset Management LLC ("Symphony"), by and through its undersigned counsel, acting on behalf of Andante Fund L.P. (the "Claimant") pursuant to a certain investment agreement, hereby submits this amendment (the "Amendment") to the Claimant's Response and Motion to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)

NEWYORK 7906600 (2K)

(the "Response and Motion")[1] [Docket No. 12076] filed on October 18, 2010, and respectfully states as follows:

In the Response and Motion, the Claimant inadvertently referred to the Objection to its Claim as the Debtors' Fortieth (40th) Omnibus Objection to Claims (Late-Filed Claims) instead of the Debtors' Forty-First (41st) Omnibus Objection to Claims (Late-Filed Claims). The Claimant hereby amends its Response and Motion to replace all references to the Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) with references to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims).

Dated: October 26, 2010
New York, New York

**White & Case LLP**

By: _____
Abraham L. Zylberberg, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-08113
Email: azylberberg@whitecase.com

Attorneys for Symphony Asset Management LLC

---

[1] All capitalized terms not defined herein carry the meaning set forth in the Response and Motion.

NEWYORK 7906600 (2K)

2