Hearing Date and Time: December 1, 2010 at 10:00 a.m. (Prevailing Eastern Time)

**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

**AMENDMENT TO THE RESPONSE OF SYMPHONY ASSET MANAGEMENT LLC
ON BEHALF OF ENCORE FUND L.P.
TO THE DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO LATE-FILED
CLAIMS AND MOTION TO DEEM PROOF OF CLAIM TIMELY FILED**

Symphony Asset Management LLC ("Symphony"), by and through its undersigned counsel, acting on behalf of Encore Fund L.P. (the "Claimant") pursuant to a certain investment agreement, hereby submits this amendment (the "Amendment") to the Claimant's Response and Motion to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)

NEWYORK 7906727 (2K)

(the "Response and Motion")[1] [Docket No. 12078] filed on October 18, 2010, and respectfully states as follows:

In the Response and Motion, the Claimant inadvertently referred to the Objection to its Claim as the Debtors' Fortieth (40th) Omnibus Objection to Claims (Late-Filed Claims) instead of the Debtors' Forty-First (41st) Omnibus Objection to Claims (Late-Filed Claims). The Claimant hereby amends its Response and Motion to replace all references to the Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) with references to the Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims).

Dated: October 26, 2010
New York, New York

**White & Case LLP**

By: _____
Abraham L. Zylberberg, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-08113
Email: azylberberg@whitecase.com

Attorneys for Symphony Asset Management LLC

---

[1] All capitalized terms not defined herein carry the meaning set forth in the Response and Motion.