WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                               :
**In re**                                      :       **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**
                                               :
                    **Debtors.**               :       **(Jointly Administered)**
                                               :
---------------------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 27, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       Alexander Hamilton U.S. Custom House, before the Honorable, James
                       M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                       Green, New York, NY 10004-1408

**I.    UNCONTESTED CLAIM MATTERS:**

    1.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative
          Claims) **[Docket No. 9983]**

          Response Deadline:   August 3, 2010 at 4:00 p.m.

          Unresolved Responses (Adjourned):

                    A.    Response of Investcorp Interlachen Multi-Strategy Master Fund
                          Limited **[Docket No. 10616]**

                    B.    Response of Rutland Hospital, Inc. **[Docket No. 10598]**

          Resolved Responses:

                    C.    Response of U.S. AGBank, FCB **[Docket No. 10494]**

Related Documents:

> D.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11161]**
>
> E.    Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12246]**
>
> F.    Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12285]**

Status: This matter is going forward on an uncontested basis with respect to the Resolved Response only.  All Unresolved Responses have been adjourned to November 10, 2010 at 10:00 a.m.

2.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Unresolved Responses (Adjourned):

> A.    Response of Central Puget Sound Transit Authority **[Docket No. 11914]**
>
> B.    Response of Darby Financial Products **[Docket No. 11930]**
>
> C.    Response of Global Thematic Opportunities Fund LLP **[Docket No. 11953]**
>
> D.    Response of IKB International SA **[Docket No. 11929]**
>
> E.    Response of Lincore Limited **[Docket No. 11922]**
>
> F.    Response of MF Global UK Limited **[Docket No. 11904]**
>
> G.    Response of The Morningside Ministries **[Docket No. 11894]**

Related Documents:

> H.    Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12249]**

Status: This matter is going forward on an uncontested basis only.  All Unresolved Responses have been adjourned to January 20, 2011 at 10:00 a.m.

3.      Debtors' Thirty-Sixth Omnibus Objection to Claims (Failure to Submit Guarantee Questionnaire Claims) **[Docket No. 11301]**

      <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

      <u>Responses Received</u>:  None.

      <u>Related Documents</u>:   None.

      <u>Status</u>: This matter is going forward uncontested.  No responses have been received.

4.      Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**

      <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

      <u>Related Documents</u>:

            A.     Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[Docket No. 12250]**

      <u>Status</u>: This matter is going forward on an uncontested basis only.  All claims identified on <u>Exhibit A</u> attached hereto have been adjourned to December 1, 2010 at 10:00 a.m.

5.      Debtors' Thirty-Eighth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 11303]**

      <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

      <u>Responses Received</u>:  None.

      <u>Related Documents</u>:   None.

      <u>Status</u>: This matter is going forward uncontested.  No responses have been received.

6.      Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

      <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 12251]**

Status: This matter is going forward on an uncontested basis only.  All claims identified on Exhibit B attached hereto have been adjourned to December 1, 2010 at 10:00 a.m.

7.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 12254]**

Status: This matter is going forward on an uncontested basis only.  All claims identified on Exhibit C attached hereto have been adjourned to December 1, 2010 at 10:00 a.m.

8.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 12255]**

Status: This matter is going forward on an uncontested basis only.  All claims identified on Exhibit D attached hereto have been adjourned to December 1, 2010 at 10:00 a.m.

9.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 12256]**

Status: This matter is going forward on an uncontested basis only. All claims identified on Exhibit E attached hereto have been adjourned to December 1, 2010 at 10:00 a.m.

10.    Debtors' Forty-Fourth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 11340]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter is going forward uncontested. No responses have been received.

## II.    CONTESTED CLAIM MATTERS:

11.    Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 10280]**

Response Deadline:    August 19, 2010 at 4:00 p.m.

Unresolved Responses:

    A.    Response of RBC Capital Markets Corporation **[Docket No. 10895]**

    B.    Response of The August '86 Trust **[Docket No. 10978]**

    C.    Response of Aspecta Assurance International Luxembourg S.A. **[Docket No. 11905]**

Related Documents:

    D.    Debtors' Omnibus Reply **[Docket No. 12220]**

    E.    Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 11160]**

> F.     Affidavit of Joseph Kelly in support of Response of The August '86 Trust **[Docket No. 12273]**
>
> Status: This matter is going forward on a contested basis with respect to the Unresolved Responses.

12.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Duplicative Claims) **[Docket No. 11304]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Unresolved Responses:

> A.     Objection of Stratis Polychroneas, et al. **[Docket No. 11928]**

Related Documents:    None.

Status: This matter is going forward on a contested basis with respect to the Unresolved Response and on an uncontested basis with respect with all other claims identified in the Debtors' objection.

13.    Debtors' Objection to Proofs of Claim filed by William Kuntz III (Claim Nos. 33550, 33551, 33552, 35121, and 35430) **[Docket No. 11351]**

Response Deadline: October 20, 2010 at 4:00 p.m.

Responses Received:

> A.     Reply of William Kuntz, III **[Docket No. 11669]**
>
> B.     First Supplemental Reply of William Kuntz, III **[Docket No. 11670]**

Related Documents:

> C.     Notice Under Local Rule 9014-2 To Call Witness In Defense Of Proofs of Claim by William Kuntz, III **[Docket No. 11739]**
>
> D.     Supporting Affidavit of William Kuntz, III **[Docket No. 11880]**
>
> E.     Debtors' Reply **[Docket No. 11268]**

Status: This matter is going forward.

III.    <u>**ADJOURNED MATTERS**</u>:

14.    Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8006]**

Response Deadline:    May 3, 2010 at 4:00 p.m.

Unresolved Responses:

      A.    Response of Paul Berlage **[Docket No. 8876]**

      B.    Response of Gisela Schultz **[Docket No. 8877]**

      C.    Response of Bernd & Renate Werneyer **[Docket No. 8893]**

      D.    Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

Related Documents:

      E.    Order Granting the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9275]**

Status: This matter has been adjourned to November 10, 2010 at 10:00 a.m.

15.    Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8007]**

Response Deadline:    May 3, 2010 at 4:00 p.m.

Unresolved Responses:

      A.    Response of Gisela Schultz **[Docket No. 8877]**

      B.    Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

      C.    Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

      D.    Response of Irmgard Wiecorek **[Docket No. 8883]**

      E.    Response of Uwe Schaper **[Docket No. 8885]**

      F.    Response of Korinna Schwerdt **[Docket No. 8886]**

      G.    Response of Juergen Klein **[Docket No. 8887]**

H.      Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I.      Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J.      Response of Manuel Freude **[Docket No. 8895]**

K.      Response of Dietmar Reinartz **[Docket No. 8896]**

L.      Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M.      Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N.      Response of Wilfried Uttendorf **[Docket No. 8899]**

O.      Response of Gerd Meyer **[Docket No. 8900]**

P.      Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q.      Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R.      Response of Martin Kuemmel **[Docket No. 8905]**

S.      Response of Marlies Wagner **[Docket No. 8906]**

T.      Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U.      Response of Gertrud Styra **[Docket No. 8908]**

V.      Response of Bernhard Koenner **[Docket No. 8909]**

W.      Response of Uwe Schoenwaelder **[Docket No. 8910]**

X.      Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y.      Response of Hanspeter Wittig **[Docket No. 8912]**

Z.      Response of Peter Huen **[Docket No. 8913]**

AA.     Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB.     Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents:

    CC.    Order Signed Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9234]**

Status: This matter has been adjourned to November 10, 2010 at 10:00 a.m.

16.    Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 9656]**

Response Deadline:    July 20, 2010 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Howard Terry and The Terry Foundation **[Docket No. 10324]**

Related Documents:

    B.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

17.    Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 10282]**

Response Deadline:    August 19, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 11158]**

    B.    Notice of Adjournment of Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claims **[Docket No. 12248]**

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

18.    Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

Status: This matter has been adjourned to December 10, 2010 at 10:00 a.m.

19.    Motion of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation) for Entry of an Order (I) That Its Derivative and Guarantee Questionnaires be Deemed Timely Filed Proofs of Claim and (II) Permitting a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 11167]**

Response Deadline:    September 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

20.    Motion of Dr. Peter Berman to Amend Proof of Claim **[Docket No. 10852]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

21.    Motion of Joyce L. Rehorst to Amend Proof of Claim **[Docket No. 10858]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

22.    Motion of Jacqueline W. Edelmann, et al. to Amend Proof of Claim **[Docket No. 10863]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

23.    Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

Response Deadline:          August 20, 2010 at 4:00 p.m.

Responses Received:

      A.    Debtors' Objection **[Docket No. 10946]**

      B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

Related Documents:

      C.    Affidavit in Support of Notice of Motion and Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9538]**

      D.    Notice of Adjournment of Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 10566]**

Status: This matter has been adjourned to November 10, 2010 at 10:00 a.m.

24.    Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Response Deadline:          August 25, 2010 at 4:00 p.m.

Responses Received:          None.

Related Documents:                None.

Status: This matter has been adjourned to November 10, 2010 at 10:00 a.m.


Dated:  October 26, 2010
        New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

# Exhibit A

(**Thirty-Seventh** Omnibus Objection to Claims (No Liability Claims)
[Docket No. 11302] - Adjourned Objections)

| Claimant Name | Claim Number |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | 12708 |
| Goss, Robert | 31250 |
| Millennium Marketing & Management Pty Ltd. | 66106 |
| Paramount Pro Printing Corp. | 41 |
| Stack, Ronald | 13430 |

# Exhibit B

(**Fortieth** Omnibus Objection to Claims (Late-Filed Claims)
[Docket No.  11305] - Adjourned Objections)

| Claimant Name | Claim Number |
|---|---|
| Allianz Global Investors France SA Acting on Behalf of The Fund CEA Pimco DT Fund | 65413 |
| Amster, Geraldine D. | 66444 |
| Amster, Gilbert & Geraldine | 66445 |
| An Post Supeannnuation | 35173 |
| Atherton Construction Inc. 0552700 Zions First National Bank FBO | 66479 |
| Bank of Estonia | 42196 |
| Bank of Estonia | 42197 |
| Best Life & Health Insurance 56011039 Zions First National  Bank FBO | 66478 |
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| Building Management Services 1146295 Zions First National Bank FBO | 66480 |
| California Department of Water Resources | 35944 |
| California Winery Workers Pension Plan Trust Fund | 44972 |
| Cathay United Bank | 35181 |
| Chauny, S.A. | 34873 |
| Church of Scientology Religious Tr 1406252 Zions First National Bank FBO | 66483 |
| Churth of Scientology Int. 1481250 Zions First National Bank FBO | 66481 |
| Colon Lopez, Elizabeth | 34924 |
| CPF Board | 34745 |
| CPF Board | 34746 |
| De Jesus, Nestor E | 34492 |
| Deseret Gen & Trans Co-op 1810550 Zions First National Bank FBO | 66482 |
| DiMeglio, Robert | 65508 |
| Dixie and Anne Leavitt Foundation 5184809 Zions First National Bank FBO | 66485 |
| Dmuchowski, John J | 34401 |

| Claimant Name | Claim Number |
|---|---|
| Dow Corning Corporation | 43840 |
| Dow Corning Corporation | 43964 |
| Empire State Carpenters Pension Plan c/o Manning-Napier Advisors | 34521 |
| Filbee, Sarah M | 34468 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Garadex Inc. | 35516 |
| Garadex Inc. | 35514 |
| Garadex Inc. | 35517 |
| Garadex Inc. | 35518 |
| Garadex Inc. | 35520 |
| Garadex Inc. | 35844 |
| Gelb, Jay | 35981 |
| GMAM Group Pension Trust II for the Account of GM Global High Quality Fixed Income Pool Acct # GFI-119 | 36788 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Iroda, Nagy Es Trocsanyi Ugyvedi | 36738 |
| J Sainsbury Common Investment Fund | 34632 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| Mattingly, Louise | 34564 |
| McCarthy,  Brian M. | 35446 |
| Monahan, Maria | 34563 |
| Morzaria, Ragini | 34917 |
| Morzaria, Ragini | 36226 |
| Morzaria, Ragini | 36225 |
| Morzaria, Ragini | 34916 |

| Claimant Name | Claim Number |
|---|---|
| Ontario Teachers' Pension Plan Board | 65647 |
| Palchynsky, John N. | 34712 |
| Palchynsky, John N. | 34713 |
| Portman Building Society Pension and Assurance Scheme | 35141 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Robert Stockdale | 42212 |
| Rodriguez-Colon, Elizabeth | 34490 |
| Sarkar, Amit K | 34872 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Skolnick, William | 65968 |
| Smejkal, Frank | 34671 |
| Smejkal, Frank | 34672 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Verde Valley Medical Center 6120100 Zions First National Bank FBO | 66488 |
| Vereker, William | 62466 |
| Vintah Basin Medical Center 8748701 Zions First National Bank FBO | 66493 |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |

| Claimant Name | Claim Number |
|---|---|
| Zanco, Mario | 35574 |

# Exhibit C

(**Forty-First** Omnibus Objection to Claims (Late-Filed Claims)
[Docket No. 11306] - Adjourned Objections)

| Claimant Name | Claim Number |
|---|---|
| Adante Fund LP C/O Symphony Asset Management LLC | 34461 |
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Encore Fund, LP C/O Symphony Asset Management LLC | 34460 |
| Fortissimo Fund C/O Symphony Asset Management LLC | 34459 |
| Gatex Properties Inc. | 35849 |
| Gatex Properties Inc. | 35519 |
| GH Phipps Construction Companies 7061931 Zions First National Bank FBO | 66484 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| John, Tan Lye Thiam | 34794 |
| Kazumichi, Norimatsu | 46347 |
| King, Harriet Chan | 34546 |
| Layton Companies, Inc, The 5175510 Zions First National Bank FBO | 66487 |
| McMahon, Edith E & Joseph F. McMahon | 66611 |
| Quismorio, James | 36443 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |
| Rodriguez-Colon, Elizabeth | 34491 |
| Sinclair Medical Plan SI97400 Zions First National Bank FBO | 66489 |
| Smejkal, Frank | 34673 |
| Startek Inc. 8109959 Zions First National Bank FBO | 66490 |
| UT State Bar 8938175 Zions First National Bank FBO | 66492 |
| Utah Business/Benchmark Insurance Co. 8914701 | 66491 |

# Exhibit D

(**Forty-Second** Omnibus Objection to Claims (Late-Filed Lehman Programs
Securities Claims) [Docket No. 11307]  - Adjourned Objections)

| Claimant Name | Claim Number |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Aguiler Caelles, Vincente | 64913 |
| Alaix Idoate, Fernando | 64895 |
| Albareda Costa, Maria Jose | 64908 |
| Arnaiz Lopez, Aida Maria | 64850 |
| Beheermaatschappij Riksen BV | 65161 |
| Bertran Alcalde, Jose | 64898 |
| Burrow, Michael | 64939 |
| Cabre Rabada, Maria Montserrat | 64909 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de Aguirre Torres, Maria Concepcion | 64907 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fernandez Tremps, Adolfo | 64227 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Force Manner Co. Ltd | 65120 |
| Forest Holding, Inc. | 64161 |
| Gallen Raluy, Lidia | 64906 |
| Garcia-Mila Palaudarias, Jaime | 64204 |
| Garcia-Torrent Molina, Ramon | 64912 |
| Gine Davi, Jose | 64228 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Alvarez, Eleuterio | 64131 |

| | |
|---|---|
| Gonzalez Alvarez, Eleuterio | 64894 |
| Gonzalez Gasch, Esteban | 64130 |
| Gonzalez Gasch, Helena | 64129 |
| Gonzalez Gasch, Mercedes | 64128 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Herreor Moro, Maria del Milagro | 64133 |
| Hijos Rauber, Esteban | 64202 |
| Ho Kam Yuen | 64516 |
| Iberaval | 64505 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Janals Garcia, Juan | 64203 |
| Jose Ruivo Dragao, Joao | 64556 |
| Jove Vintro, Jose | 64900 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Kuntz-Braack, Nils | 64637 |
| Kuntz-Braack, Silvia | 64638 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lafuente Bell, Jose Luis | 64901 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Matellanes Martin Mateos, Jose | 64226 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |

| | |
|---|---|
| Ng Pui Shan Vinci | 64319 |
| Oriol de Mingo Manuel | 64127 |
| Pardo Cordero, Emilio | 64718 |
| Pearl Assurance PLC | 65658 |
| Pearl Assurance PLC | 65659 |
| Pedraza Llanos, Jose Luis | 64902 |
| Perez Ruiz de Torres, Juan Jose | 64903 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Ramiro Fernandez, Adolfo | 64851 |
| Redon Castaner, Antonio | 64852 |
| Sanchez Lafuente Mariol, Juana | 64905 |
| Sanglas Camps, Javier | 64896 |
| Sanmarti Aulet, Juan | 64904 |
| Sanz Gareta, Maria Teresa | 64910 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Soler Linares, Jesus | 64897 |
| Stahl, Gabriele | 66397 |
| Steinhardt, Pedro | 64365 |
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Subira Farre, Pedro | 64911 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Synam Ltd. | 64625 |
| Synam Ltd. | 64626 |
| Synam Ltd. | 64627 |

| | |
|---|---|
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Vila Despujol, Miguel | 64132 |
| Vilchez Moleon, Antonio | 65291 |
| Villanueva Toran, Jose Enrique | 64899 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

# Exhibit E

(**Forty-Third** Omnibus Objection to Claims (Late-Filed Lehman Programs
Securities Claims) [Docket No. 11308] - Adjourned Objections)

| Claimant | Claim Number |
|----------|--------------|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Cardeno Forastero, Jose | 64230 |
| Cerda Baro, Agustin | 64431 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Collet Cabot, Joan | 64432 |
| Cordoncillo Fontanet, Francisco | 64229 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 62623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |

| | |
|---|---|
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Ho, Chu Wai Yee | 65692 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Mohinani, Hassomal Bulchand | 65305 |
| Mohinani, Hassomal Bulchand | 65306 |
| Mohinani, Hassomal Bulchand | 65307 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |

| | |
|---|---|
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |
| Todini, Giovanna | 64323 |
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |