WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### MOTIONS TO AMEND PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the hearing (the "<u>Hearing</u>") on the relief requested in the following motions, which was scheduled for October 27, 2010 at 10:00 a.m., **has been adjourned to December 1, 2010 at 10:00 a.m.:**

- Motion of Dr. Peter Berman to Amend Proof of Claim **[Docket No. 10852]**;

- Motion of Joyce L. Rehorst to Amend Proof of Claim **[Docket No. 10858]**; and

- Motion of Jacqueline W. Edelmann, et al. to Amend Proof of Claim **[Docket No. 10863]**.

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice.

Dated:  October 26, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession