# EXHIBIT A

**United States Bankruptcy Court/Southern District of New York** Proof of Claim

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

UNIQUE IDENTIFICATION NUMBER: 1000004011

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000011335

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

_ _ .LY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004011******
AKF ENGINEERS, LLP (f/k/a ATKINSON KOVEN FEINBERG ENGINEERS, LLP)
ROBERT L'INSALATA
1501 BROADWAY, SUITE 700
NEW YORK, NY 10036

Telephone number: 212 3545656    Email Address: dthornhill@AKFgroup.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above) ()

AKF
P.O. Box 5985
New York, NY 10087-5985
Telephone number: 212 3545656    Email Address: dthornhill@AKFgroup.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 45,678.62

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: SERVICES PERFORMED
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as: ATKINSON KOVEN FEINBERG ENGINEERS, LLP (former name)
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. — INVOICES ATTACHED —
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

FILED / RECEIVED

SEP 1 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 9/9/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. DAVID THORNHILL, CHIEF FINANCIAL OFFICER |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Statement

**AKF**
**1501 Broadway**
**Suite 700**
**New York, NY 10036**
**Tel 212.354.5656**

September 2, 2009

Mr. Colin Bowen
Lehman Brothers Inc.
c/o Tishman Speyer
40 Corporate Place South
Piscataway, NJ 08854

| | |
|---|---:|
| **Current** **Past Due** | 12,653.59 |
| **Balance Due** | 12,653.59 |

**Outstanding Invoices**

| Number | Date | Invoiced | Balance Due |
|---|---|---|---|
| **Project: Y060468 Lehman Brothers-Piscataway Data Center-C** | | | |
| 92415 | 09/04/2008 | $1,000.00 | $1,000.00 |
| 92416 | 09/04/2008 | $11,000.00 | $11,000.00 |
| 92530 | 09/08/2008 | $653.59 | $653.59 |
| **Total for Y060468** | | **$12,653.59** | **$12,653.59** |
| **Statement Totals** | | **$12,653.59** | **$12,653.59** |

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 150 Days | Over 150 Days | |
|---|---|---|---|---|---|---|
| | | | | | 12,653.59 | |

---

Please Remit to: AKF 1501 BROADWAY, SUITE 700, NEW YORK, NY 10036 TEL 212.354.5656

| Invoice |
| --- |

**AKF**
**1501 Broadway, Suite 700**
**New York, NY 10036**
**(212) 354-5656**

September 4, 2008
Project No:   Y060468
Invoice No:   92415

Project Manager:   Patrick Waddleton

Colin Bowen
Lehman Brothers Inc.
c/o Tishman Speyer
40 Corporate Place South
Piscataway, NJ  08854

Project      Y060468          Lehman Brothers-Piscataway Data Center-CX

**Professional Services through August 31, 2008**

Fee

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
| --- | --- | --- | --- | --- | --- |
| Seasonal IAQ-08 | 1,000.00 | 100.00 | 1,000.00 | 0.00 | 1,000.00 |
| | **Total Fee** | | | | **1,000.00** |

**Total this Invoice**          **$1,000.00**

**Invoice**

**AKF**
**1501 Broadway, Suite 700**
**New York, NY 10036**
**(212) 354-5656**

September 4, 2008
Project No:     Y060468
Invoice No:     92416

Project Manager:    Patrick Waddleton

Colin Bowen
Lehman Brothers Inc.
c/o Tishman Speyer
40 Corporate Place South
Piscataway, NJ  08854

Project        Y060468                Lehman Brothers-Piscataway Data Center-CX

<u>**Professional Services through August 31, 2008**</u>

Fee

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
|---|---|---|---|---|---|
| Seasonal IAQ-09 | 11,000.00 | 100.00 | 11,000.00 | 0.00 | 11,000.00 |
| | **Total Fee** | | | | **11,000.00** |

**Total this Invoice**        **$11,000.00**

**Invoice**

**AKF**
**1501 Broadway, Suite 700**
**New York, NY 10036**
**(212) 354-5656**

September 8, 2008
Project No:   Y060468
Invoice No:   92530

Project Manager:   Patrick Waddleton

Colin Bowen
Lehman Brothers Inc.
c/o Tishman Speyer
40 Corporate Place South
Piscataway, NJ  08854

Project      Y060468              Lehman Brothers-Piscataway Data Center-CX

**Professional Services through August 31, 2008**

Fee

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
|---|---|---|---|---|---|
| Base Contract | 502,940.00 | 97.60 | 490,869.44 | 490,215.85 | 653.59 |

**Total this Invoice**        **$653.59**

# Statement

**AKF**
**1501 Broadway**
**Suite 700**
**New York, NY 10036**
**Tel 212.354.5656**

September 2, 2009

Mr. Colin Bowen
Lehman Brothers
745 Seventh Avenue
New York, NY 10019

|  |  |
|---|---:|
| **Current** | |
| **Past Due** | 33,025.03 |
| **Balance Due** | 33,025.03 |

**Outstanding Invoices**

| Number | Date | Invoiced | Balance Due |
|---|---|---|---|
| **Project: Y050633 Lehman Brothers-101 Hudson St-32nd Fl Da** | | | |
| 79537 | 01/31/2007 | $1,653.20 | $1,653.20 |
| **Project: Y050946 Lehman Bros. - 65 Broadway Evaluation** | | | |
| 70603 | 12/27/2005 | $6,039.95 | $6,039.95 |
| **Project: Y060322 Lehman Brothers-PR6 Emergency Generators** | | | |
| 73782 | 05/22/2006 | $22,073.42 | $22,073.42 |
| **Project: Y070271 Lehman Brothers-Mexico Transformer Test** | | | |
| 81319 | 03/31/2007 | $1,274.31 | $1,158.46 |
| 82824 | 06/26/2007 | $2,100.00 | $2,100.00 |
| **Total for Y070271** | | **$3,374.31** | **$3,258.46** |
| **Statement Totals** | | **$33,140.88** | **$33,025.03** |

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 150 Days | Over 150 Days |
|---|---|---|---|---|---|
| | | | | | 33,025.03 |

---

Please Remit to: AKF 1501 BROADWAY, SUITE 700, NEW YORK, NY 10036 TEL 212.354.5656

# Atkinson Koven Feinberg Engineers, LLP

1501 Broadway, Suite 700
New York, NY 10036-5572

212-354-5656

Tax ID #:    13-3496488

# Invoice

Invoice:    79537
Invoice Date: January 31, 2007

To:    Lehman Brothers
       1301 Avenue of the Americas
       9th Floor
       New York, NY 10019
       Blaine Capobianco

Project:  Y050633      Lehman Brothers-101 Hudson St-32nd Fl Data Center Expansion

Client ID:  LEBR745
AKF PM:  Robert L'Insalata
Professional Services for the Period: 6/24/2006 to 8/4/2006

---

**TOTAL INVOICE AMOUNT**          **$ 1,653.20**

Contract Number:

## Professional Services

| | Rate | DPE | Multiplier | Hours | Charge |
|---|---|---|---|---|---|
| Kelvin Caraballo | 25.24 | 1.41 | 2.75 | 3.00 | 288.02 |
| Pearl Odu | 26.44 | 1.41 | 2.75 | 6.00 | 615.18 |
| Robert L'Insalata | 250.00 | 1.00 | 1.00 | 3.00 | 750.00 |

## Professional Services Totals          $1,653.20

***  Invoice Amount          $1,653.20

**Billing Summary**

| | Current | Prior | Total |
|---|---|---|---|
| Professional Services | $1,653.20 | $62,049.23 | $63,702.43 |
| Reimbursable Expenses: | $0.00 | $422.03 | $422.03 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Total: | $1,653.20 | $62,471.26 | $64,124.46 |

| Aged Receivables: | | | | |
|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | over 120 |
| $1,653.20 | $0.00 | $0.00 | $0.00 | $3,708.86 |

## Atkinson Koven Feinberg Engineers, LLP

1501 Broadway, Suite 700
New York, NY 10036-5572

Tax ID #:    13-3496488

212-354-5656

# **Invoice**

Invoice:    70603
Invoice Date: December 27, 2005

To:    Lehman Brothers
       745 Seventh Avenue
       New York, NY 10019
       Mr. Gene Mianti

Project: Y050946        Lehman Bros. - 65 Broadway Evaluation

Client ID: LEBR745
AKF PM:  Glen Neville
Professional Services for the Period: 11/12/2005 to 12/9/2005

---

Billing Group:  001                **TOTAL INVOICE AMOUNT**        **$ 6,039.95**
Contract Number:

## **Professional Services**

| | Rate | DPE | Multiplier | Hours | Charge |
|---|---|---|---|---|---|
| Glen Neville | 86.54 | 1.41 | 2.75 | 18.00 | 6,039.95 |

## **Professional Services Totals**                                  $6,039.95

---

**Billing Group 001 Totals:**                   Billing Group Total:          $6,039.95

## **Project Totals:**

                    *** Total Project Invoice Amount        $6,039.95

| Billing Summary | Current | Prior | Total |
|---|---|---|---|
| Professional Services | $6,039.95 | $0.00 | $6,039.95 |
| Reimbursable Expenses: | $0.00 | $0.00 | $0.00 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Total: | $6,039.95 | $0.00 | $6,039.95 |

Aged Receivables:

# Atkinson Koven Feinberg Engineers, LLP

1501 Broadway, Suite 700
New York, NY 10036-5572
212-354-5656

Tax ID #:   13-3496488

# Invoice

Invoice:   73782
Invoice Date: May 22, 2006

To:   Lehman Brothers
      745 Seventh Avenue
      New York, NY 10019
      Mr. Joseph Morra

Project:  Y060322    Lehman Brothers-PR6 Emergency Generators in Denver

Client ID:  LEBR745
AKF PM:   Edward Feinberg

Professional Services for the Period: 4/15/2006 to 5/12/2006

---

|  | **TOTAL INVOICE AMOUNT** | **$ 22,073.42** |
|---|---|---|

Contract Number:

| | |
|---|---|
| Contract Amount: | $20,000.00 |
| Percent Complete: | 100.00 |
| Fee Earned: | $20,000.00 |
| Prior Fee Billings: | $0.00 |
| Current Fee Total: | $20,000.00 |

## Reimbursables

| Expense | Bill Units | Unit Cost Rate | Markup | Charge |
|---|---|---|---|---|
| EDWARD FEINBERG | 1.00 | 1,884.93 | 1.1000 | $2,073.42 |
| **Reimbursables Totals** | Total: | | | $2,073.42 |

|  | *** Invoice Amount | $22,073.42 |
|---|---|---|

Atkinson Koven Feinberg Engineers, LLP
Project:   Y060322

| Billing Summary | Current | Prior | Total |
|---|---|---|---|
| Professional Services | $20,000.00 | $0.00 | $20,000.00 |
| Reimbursable Expenses: | $2,073.42 | $0.00 | $2,073.42 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Total: | $22,073.42 | $0.00 | $22,073.42 |

| Aged Receivables: | | | | |
|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | over 120 |
| $22,073.42 | $0.00 | $0.00 | $0.00 | $0.00 |

**Centurion® Card - 21005** Transaction Detail

| | |
|---|---|
| Transaction Date: | 03/23/2006 |
| Post Date: | 03/24/2006 |
| Transaction Description: | DELTA AIR LINES    TAMPA    FL<br>TKT# 0062176035401 |
| Charge: | $915.90 |
| Merchant Address: | DELTA AIR LINES |
| | DEPT 680 1030 DELTA BLVD |
| | ATLANTA GA 30354 |
| | USA |
| Merchant Type: | AIRLINES INT'L |
| Doing Business As: | No Additional Information |

Back to Top

**Atkinson Koven Feinberg Engineers, LLP**
1501 Broadway Suite 700
New York, NY 10036
212 354-5656   Tax ID#: 13-3496488

# Invoice

To:                          Lehman Brothers                          Invoice # 81319R
                             745 Seventh Avenue                       Date: 3/31/2007
                             New York, NY 10019
                             Mr. Joseph Grassi


Client: LEBR745
Project #:  Y070271          Lehman Brothers-Mexico Transformer Test

AKF PM:                      Glen Neville

Contract Number:

**Total Amount Due This Invoice**       **$1,158.46**


## Reimbursables

| Expense | Bill Units | Unit Cost Rate | Markup | Charge |
|---|---|---|---|---|
| GLEN P. NEVILLE | 1.00 | 1,158.46 | 1.00 | 1,158.46 |

**Total Reimbursable Expenses**       **$1,158.46**

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

## Travel Arrangements for GLEN NEVILLE

**C**

| | |
|---|---|
| **Record Locator** | MCJRRL |
| **Trip ID** | 11351333713 |
| | AKF ENGINEERS |

**Agent ID : LL**

1 Parklane Blvd  Suite 1614 East - Dearborn, MI  48126
Phone: (888) 762-8728 / Fax: (313) 203-3822

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 005 | Ticket Date | 2/21/07 |
| Ticket Number | 7818719704 | Invoice | 0292032 |
| Check Digit | 4 | Electronic | Yes |

**Billing Code** — YO7000500

Y07 0271

### Charges

| | |
|---|---|
| Ticket Base Fare | 997.00 |
| Ticket Tax Fare | 161.46 |
| Total (USD) Ticket Amount | 1,158.46 |

Airfare charged to American Express

| **Total** | 1,158.46 |
|---|---|

PLEASE REVIEW THIS ITINERARY/INVOICE
IF WE ARE NOT CONTACTED WITHIN 1 BUSINESS DAY
THE TRAVELER WILL BE RESPONSIBLE FOR ANY PENALTY
FEE APPLICABLE TO CHANGES/CANCELLATIONS OR REISSUES

## Travel Details        Wednesday February 21, 2007

FOR UP TO DATE PASSPORT AND VISA REQUIREMENTS CONTACT CIBT AT 800-929-2428

FOR UP TO DATE PASSPORT AND VISA REQUIREMENTS CONTACT CIBT AT 800-929-2428

### Flight Information

| | | | |
|---|---|---|---|
| Airline | CONTINENTAL AIR | Estimated time | 4 hours 10 minutes |
| Flight | 63 | Distance | 1,400 Miles |
| Origin | Newark, NJ | Meal Service | No Meal Service |
| Destination | Houston Geo Bush, TX | Plane | Boeing 767-200 |
| Departing | 3:10 PM | | |
| Arriving | 6:20 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL C |
| Arrival Terminal | TERMINAL C |
| Seat | 34F |
| Class | Coach |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | CONTINENTAL AIR | Estimated time | 1 hour 40 minutes |
| Flight | 2653 | Distance | 412 Miles |
| | OPERATED BY  EXPRESSJET AIRLINES INC DBA CO EXPRESS | | |
| Origin | Houston Geo Bush, TX | Meal Service | Snack/brunch |
| Destination | Monterrey Mx Mty, MEXICO | Plane | Embraer 145 jet |
| Departing | 7:40 PM | | |
| Arriving | 9:20 PM | | |

ONLINE I OFFLINE I ALL AROUND THE WORLD I EXPERIENCE MATTERS™

**Atkinson Koven Feinberg Engineers LLP**

1501 Broadway, Suite 700
New York, NY 10036-5572

212-354-5656

Tax ID #:     13-3496488

# Invoice

Invoice:      82824
Invoice Date: June 26, 2007

To:    Lehman Brothers
       745 Seventh Avenue
       New York, NY 10019
       Mr. Joseph Grassi

Project:  Y070271     Lehman Brothers-Mexico Transformer Test

Client ID: LEBR745
AKF PM:   Glen Neville
Professional Services for the Period: 2/1/2007 to 2/28/2007

---

| | **TOTAL INVOICE AMOUNT** | **$ 2,100.00** |
|---|---|---|

Contract Number:

**Professional Services**

| | Rate | DPE | Multiplier | Hours | Charge |
|---|---|---|---|---|---|
| Glen Neville | 75.00 | 1.00 | 1.00 | 28.00 | 2,100.00 |

**Professional Services Totals**                                              $2,100.00

\*\*\* Invoice Amount                                              $2,100.00

| Billing Summary | Current | Prior | Total |
|---|---|---|---|
| Professional Services | $2,100.00 | $0.00 | $2,100.00 |
| Reimbursable Expenses: | $0.00 | $1,158.46 | $1,158.46 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Total: | $2,100.00 | $1,158.46 | $3,258.46 |

| Aged Receivables: | | | | |
|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | over 120 |
| $2,100.00 | $0.00 | $1,158.46 | $0.00 | $0.00 |