# EXHIBIT B

Sch G  
Executory Contracts and Unexpired Leases  
G: Vendor Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| ADITI TECHNOLOGIES PRIVATE LIMITED | 2002 156TH AVE NE, SUITE 200 | | | BELLEVUE | WA | 98007 | UNITED STATES | |
| ADMIT ONE | ATTN:LEGAL DEPARTMENT | 1605 NW SAMMAMISH RD, SUITE 105 | | ISSAQUAH | WA | 98027 | UNITED STATES | |
| ADVANCED SEC. | 95 PLAISTOW RD STE 211 | | | PLAISTOW | NH | 03865-2827 | UNITED STATES | |
| Advanced Technologies Support Group, Inc. (ATSG) | Attn: Gerald Markowitz, EVP | 10075 Red Run Blvd. | Suite 550 | Owings Mills | MD | 21117 | UNITED STATES | ASPS |
| Advanced Technologies Support Group, Inc. (ATSG) | Attn: Gerald Markowitz, EVP | 10075 Red Run Blvd. | Suite 550 | Owings Mills | MD | 21117 | UNITED STATES | ASPS TS-01 |
| Advanced Technologies Support Group, Inc. (ATSG) | Attn: Gerald Markowitz, EVP | 10075 Red Run Blvd. | Suite 550 | Owings Mills | MD | 21117 | UNITED STATES | Master |
| Advanced Technologies Support Group, Inc. (ATSG) | Attn:Gerald Markowitz, EVP | 10075 Red Run Blvd. | Suite 550 | Owings Mills | MD | 21117 | UNITED STATES | PSS |
| ADVANCED TECHNOLOGY SUPPORT | 10075 RED RUN BLVD, SUITE 550 | | | OWINGS MILLS | MD | 21117 | UNITED STATES | |
| ADVENT SOFTWARE | 600 TOWNSEND STREET | | | SAN FRANCISCO | CA | 94103 | UNITED STATES | |
| AE BRUGGEMANN | 101 MERRITT 7 | | | NORWALK | CT | 06851 | UNITED STATES | |
| AECSOFT USA, INC | 5433 WESTHEIMER, SUITE 925 | | | HOUSTON | TX | 77056 | UNITED STATES | |
| AEGIS SPECIALISTS | 39 VICTORIA STREET | | | LONDON, SW1H 0EU | | | UNITED KINGDOM | |
| AFFILIATED PHYSICIANS | 18 EAST 48TH STREET | | | NEW YORK | NY | 10017 | UNITED STATES | |
| AFTERBURNER, INC. | ATTN:JAMES MURPHY | 1503 B NORTHSIDE DRIVE | | ATLANTA | GA | 30318 | UNITED STATES | |
| AFTERBURNER, INC. | JAMES MURPHY | 1503 B NORTHSIDE DRIVE | | ATLANTA | GA | 30318 | UNITED STATES | |
| AGILYSYS AND INNOVATIV SYSTEMS DESIGN | 204 FERNWOOD AVE | | | EDISON | NJ | 08837 | UNITED STATES | |
| AIG TECHNOLOGIES INC | 920 HEMLOCK DRIVE | | | COLUMBIA | SC | 29201 | UNITED STATES | |
| AIM SEC. | 425 N GLOSTER ST | | | TUPELO | MS | 38804-3625 | UNITED STATES | |
| AKF ENGINEERS, LLP | ROBERT L'INSALATA | 1501 BROADWAY | STE 700 | NEW YORK | NY | 10036 | UNITED STATES | |
| ALACRA INC | Attn: Fran Falchook, VP, Sales & Marketing | 100 Broadway | Suite 1101 | New York | NY | 10005 | UNITED STATES | Alcara Master Svcs Agrmnt |
| ALARMPOINT SYSTEMS INC | Attn: Troy Mealpin, CEO | 4457 Willow Road | Suite 220 | Pleasanton | CA | 94588 | UNITED STATES | AlarmPoint Enterprise Lic |
| ALASKA DEPARTMENT OF REVENUE | P.O. BOX 110420 | | | JUNEAU | AK | 99811 | UNITED STATES | |
| ALL REGS | 2975 LONE OAK DRIVE, SUITE 140 | | | EAGAN | MN | 55121 | UNITED STATES | |
| ALLO COMMUNICATIONS | 610 BROADWAY | | | IMPERIAL | NE | 69033 | UNITED STATES | |
| ALPHA OFFICE PRODUCTS / STAPLES | 1801 WASHINGTON BLVD | | | BALTIMORE | MD | 21230 | UNITED STATES | |
| ALTERNATIVE BUSINESS ACCOMMODATIONS | 1650 BROADWAY, SUITE 501 | | | NEW YORK | NY | 10019 | UNITED STATES | |
| ALTOVA INC. | ATTN GENERAL COUNSEL | RUDOLFSPLATZ 13A/9 | | WIEN | | | AUSTRIA | |
| ALTOVA, INC. | 900 CUMMINGS CENTER SUITE 314T | | | BEVERLY | MA | 01915 | UNITED STATES | |
| AMBERPOINT, INC | 155 GRAND AVENUE, SUITE 404 | | | | CA | 94612 | UNITED STATES | |
| AMEREX FLOOR | 512 7TH AVE FL 9 | | | NEW YORK | NY | 10018-0861 | UNITED STATES | |
| AMEREX NATURAL GAS | ONE SUGAR CREEK CENTER BLVD., SUITE 700 | | | SUGAR LAND | TX | 77478 | UNITED STATES | |
| AMEREX POWER | ONE SUGAR CREEK CENTER BLVD. | SUITE 700 | | SUGAR LAND | TX | 77478 | UNITED STATES | |
| AMEREX SING | ONE SUGAR CREEK CENTER BLVD. | SUITE 700 | | SUGAR LAND | TX | 77478 | UNITED STATES | |
| AMERICAN DATA MANAGEMENT INC* | 1421 SE 23RD ST | | | CAPE CORAL | FL | 33990-4631 | UNITED STATES | |
| AMERIVEST PARTNERS - AMEX-1LB-STK | 40 WALL STREET | 45TH FLOOR | | NEW YORK | NY | 10005 | UNITED STATES | |