# EXHIBIT C

| Vendor Name+ | Type II | Notification Address 1 | Notification City, State Zip | Lehman Entity | Original Cure Amount | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 125 High Street, L.P. | Lease | 125 High Street, L.P. c/o Tishman Speyer Properties, L.P. | Boston MA 02110 | LBHI | $159,266.67 | $0.00 |
| 125 High Street, L.P. | Lease | 125 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York NY 10111 | LBHI | $0.00 | $0.00 |
| 125 High Street, L.P. | Lease | 126 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York NY 10111 | LBHI | $0.00 | $0.00 |
| 1301 Properties Owner L.P. | Lease | 127 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York NY 10019 | LBHI | $2,047,686.99 | $1,068,500.66 |
| 2001 K LLC (Overlandlord) | | 128 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York, NY 10019 | | $0.00 | $0.00 |
| 270 Muñoz Rivera Partners, S.E. | Lease | 129 High Street, L.P. c/o Tishman Speyer Properties, L.P. | Hato Rey, P.R. 00918 | LBI | $6,850.33 | $0.00 |
| 45 Broadway Owner LLC | Lease | 130 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York NY 10006 | LBI | $0.00 | $0.00 |
| Telwares, Inc. | Sublease | 131 High Street, L.P. c/o Tishman Speyer Properties, L.P. | New York, NY 10004 | LBI | $10,246.88 | $0.00 |
| 70 Hudson Street LLC | Lease | 132 High Street, L.P. c/o Tishman Speyer Properties, L.P. | Secaucus, NJ 07094-3688 | LBHI | $1,038,504.13 | $0.00 |
| AFA | | | | | $0.00 | $0.00 |
| AKF Engineers, LLP | Master Agreement | 1501 Broadway | New York, NY 10036 | LBHI | $4,464.20 | $40,348.68 |
| Alpro | | | | | $35,165.76 | $35,165.76 |
| Ambient Group Inc. | Standalone Agreement | 55 West 39th St. | New York, NY 10018 | LBI | $0.00 | $0.00 |
| Ambient Group Inc. | Standalone Agreement | 55 West 39th St. | New York, NY 10018 | LBI | $18,475.00 | $18,475.00 |
| Ambient Water | | | | | $5,755.00 | $5,755.00 |
| Archipelago Holdings, Inc. | Sublease | Archipelago Holdings, Inc. | Chicago, IL 60606 | Townsend Analytics, Ltd. | $32,715.03 | $0.00 |
| Archipelago Holdings, Inc. | Sublease | Archipelago Holdings, Inc. | Chicago, IL 60606 | | $0.00 | $0.00 |
| ASCO | | | | | $12,433.30 | $12,433.00 |
| Assured Environments | Master Agreement | 45 Broadway | New York, NY 10006 | LBI | $9,654.34 | $9,654.34 |
| Assured Environments | Master Agreement | 45 Broadway | New York, NY 10006 | LBI | $0.00 | $0.00 |
| BUSINESS INTREGRATION GROUP | | | | | | |
| Capital Moving & Storage | Master Agreement | 97 Burma Road | Jersey City, NJ 07305 | | $17,697.01 | $17,697.01 |
| Carrier | | | | | $0.00 | $11,371.57 |
| CB RICHARD ELLIS | Master Agreement | 200 Park Avenue, 18th Floor | New York, NY 10166 | LBI | $0.00 | $0.00 |
| CB RICHARD ELLIS | Master Agreement | 200 Park Avenue, 9th Floor | New York, NY 10166 | LBI | $0.00 | $0.00 |
| CB RICHARD ELLIS | Master Agreement | 200 Park Avenue, 9th Floor | New York, NY 10166 | LBI | $3,627.00 | $33,549.00 |
| Clifford Chance US LLP | Sublease | Clifford Chance US LLP | New York, NY 10019 | LBHI | $46,468.58 | $0.00 |
| Clifford Chance US LLP (Sublandlord) | Sublease | Clifford Chance US LLP | New York, NY 10019 | | $0.00 | $0.00 |
| Clifford Chance US LLP (Sublandlord) | Sublease | Clifford Chance US LLP | Washington, D.C. 2006 | | $0.00 | $0.00 |
| Clune Construction Company | Master Agreement | 10 South LaSalle St. | Chicago, IL 60603 | LBHI | $247,784.00 | |

Page 1 of 6