|  |  |
|---|---|
|  | Hearing Date: November 10, 2010 |
|  | Hearing Time: 10:00 a.m. |

| | |
|---|---|
| Christopher J. Battaglia | Leyza F. Blanco |
| Donna H. Lieberman | GRAYROBINSON P.A. |
| Neal W. Cohen | 1221 Brickell Avenue - Suite 1650 |
| HALPERIN BATTAGLIA RAICHT, LLP | Miami, Florida 33131 |
| 555 Madison Avenue, 9th Floor | (305) 416-6880 |
| New York, New York 10022 | |
| (212) 765-9100 | |

*Co-counsel for Bouef Limited*

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

### BOUEF LIMITED'S RESPONSE TO DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)
**(Claim No. 2061)**

Bouef Limited ("Bouef") by and through undersigned counsel hereby files its Response to Debtors' Forty-Ninth Omnibus Objection to Claims (the "Objection to Claim") and in support thereof states as follows:

1. On or about January 27, 2009, Bouef filed a General Unsecured Proof of Claim (the "Claim") in the amount of $174,847.70 that was assigned claim no. 2061.

2. On September 24, 2010, Debtors filed their Forty-Ninth Omnibus Objection to Claims which objects to Bouef's Claim.

3. Debtors object to Bouef's Claim on the basis that it is duplicative and part of Indenture Trustee Claims. However, nothing contained in the Indenture Trustee Claims

identified by the Debtors indicates that such claims are duplicative of Bouef's Claim or relate in anyway to Boeuf's Claim. Absent further information reflecting the duplicitous nature of the claims the Debtors' objection should be denied.

WHEREFORE, Boeuf Limited respectfully requests that the Court enter an Order overruling the Debtors' Objections and allowing Bouef Limited's claim number 2061 in full and any other further relief the Court deems just and proper.

Dated: October 27, 2010

                HALPERIN BATTAGLIA RAICHT, LLP
                *Co-counsel for Bouef Limited*

By:   /s/Christopher J. Battaglia
       Christopher J. Battaglia
       Donna H. Lieberman
       Neal W. Cohen
       555 Madison Avenue, 9th Floor
       New York, New York 10022
       (212) 765-9100 (phone)
       (212) 765-0964 (facsimile)

-and-

GRAYROBINSON P.A.
*Co-counsel for Bouef Limited*
Leyza F. Blanco
1221 Brickell Avenue - Suite 1650
Miami, Florida 33131
(305) 416-6880