Hearing Date: November 10, 2010
Hearing Time:  10:00 a.m.

| | |
|---|---|
| Christopher J. Battaglia<br>Donna H. Lieberman<br>Neal W. Cohen<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100 | Leyza F. Blanco<br>GRAYROBINSON P.A.<br>1221 Brickell Avenue - Suite 1650<br>Miami, Florida 33131<br>(305) 416-6880 |

*Co-counsel for Lilith Ventures, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### LILITH VENTURES, LTD.'S RESPONSE TO DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)
(Claim No. 2060)

Lilith Ventures, Ltd. ("Lilith") by and through undersigned counsel hereby files its Response to Debtors' Fifty-Fifth Omnibus Objection to Claims (the "Objection to Claim") and in support thereof states as follows:

1. On or about January 27, 2009, Lilith filed a General Unsecured Proof of Claim (the "Claim") in the amount of $252,305.40 that has been assigned claim no. 2060.

2. On September 24, 2010, Debtors filed their Fifty-Fifth Omnibus Objection to Claims which objects to Lilith's Claim.

3. Debtors object to Lilith's Claim on the basis that it is duplicative and part of Indenture Trustee Claims. However, nothing contained in the Indenture Trustee Claims

identified by the Debtors indicates that such claims are duplicative of Lilith's Claim or relate in anyway to Lilith's Claim. Absent further information reflecting the duplicitous nature of the claims the Debtors' objection should be denied.

WHEREFORE, Lilith Ventures, Ltd. respectfully requests that the Court enter an Order overruling the Debtors' Objections and allowing Lilith Ventures, Ltd.'s claim number 2060 in full and any other further relief the Court deems just and proper.

Dated: October 27, 2010

        HALPERIN BATTAGLIA RAICHT, LLP
        *Co-counsel for Lilith Ventures, Ltd.*

By:   /s/Christopher J. Battaglia
       Christopher J. Battaglia
       Donna H. Lieberman
       Neal W. Cohen
       555 Madison Avenue, 9th Floor
       New York, New York 10022
       (212) 765-9100 (phone)
       (212) 765-0964 (facsimile)

        -and-

        GRAYROBINSON P.A.
        *Co-counsel for Lilith Ventures, Ltd.*
        Leyza F. Blanco
        1221 Brickell Avenue - Suite 1650
        Miami, Florida 33131
        (305) 416-6880