UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                  ) ss:
COUNTY OF NEW YORK )

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On October 27, 2010 I served a copy of the document referenced below by causing true and correct copies of the same to be sent by hand delivery to the persons listed on **Exhibit A**.

**DOCUMENT 1:**    LILITH VENTURES, LTD.'S RESPONSE TO DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS).

/s/ Mary Charles-Kennedy
Mary Charles-Kennedy

Sworn to before me this 27th
day of October 2010.

/s/ Jocelyn Keynes
Jocelyn Keynes
Notary Public, State of New York
No. 02KE6039345
Qualified in New York County
Commission Expires 5/25/14

{00135181.1 / 0832-001}

## Exhibit A

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn:   Shai Waisman, Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street - 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

{00135181.1 / 0832-001}