**TARTER KRINSKY & DROGIN LLP**
*Attorneys for AKF Engineers, LLP*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8028
Scott S. Markowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

Karen Menendez, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

On October 27, 2010, I served true copies of **AKF Engineers, LLP's Response in Opposition to Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims)** by depositing the papers, enclosed in a first class postpaid wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the state, addressed to the following addressees on the attached Service List.

/s/ Karen Menendez
Karen Menendez

Sworn to before me this
27th day of October, 2010

/s/ Steven Troup
Steven Troup
Notary Public, State of New York
No. 02TR-4731552
Qualified in New York County
Commission Expires Feb. 28, 2011

{Client\000999\AD104\00305934.DOC;1}

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
 Paul Schwartzberg, Esq.
 Brian Masumoto, Esq.
 Linda Riffkin, Esq.
 Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
 Dennis O'Donnell, Esq.
 Evan Fleck, Esq.