**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
Attorneys for Debtor
875 Third Avenue
New York, New York 10022
Telephone No.: 212-603-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| In re: | Chapter 11 |
| | Case No. 08-13555 (jmp) |
| **LEHMAN BROTHERS HOLDINGS, INC.** | (Jointly Administered) |
| ***ET. AL.*** | |
| Debtor. | |

------------------------------------------------------X        **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                            ss.:
COUNTY OF NEW YORK   )

**Kavneet Singh Sethi**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Old Westbury, N.Y.

2. On the **27th day** of **October, 2010**, I served *Claimaint William Berkman's Resposne to Debtors' Objection to Claimaint's Claim via FIRST CLASS MAIL* upon:

by

| Weil Gotshal & Manges<br>Attn: Shai Waisman<br>767 Fifth Avenue<br>New York, NY 10153 | Honorable James M. Peck<br>One Bownling Green<br>Courtroom 601<br>New York, NY 10004 |
|---|---|
| Andy Velez<br>U.S. Trustee's Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Milbank Tweed Hadley & McCloy<br>Dennis F. Durine<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |

depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/S/Kavneet Singh Sethi_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Kavneet Singh Sethi**

Sworn to before me this
**27th** day of **October, 2010**
/s/Robert M. Sasloff__
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2014

{00472506.DOC;1}**448690**