Motions to Revoke Legally (all ways) Comply...

Page 1 of 3

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

JPML, United States Court of Appeals For the Federal Circuit, US Supreme Court, All Others

# UNITED STATES DISTRICT COURT

for the 3rd Federal Circuits, all United States & All Federal Circuits.

B E Smith & All Others (All Homeless) — A Class Action
Plaintiff

v.

Too Many To List Here (Please see Federal Pacer)
Defendant

If you can't read these legal documents Please utilize Tennant federalsubpoena@yahoo.com

Civil Action No. Fed: 5-CU-4457
And All Others
or the US Courts

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION & Criminal.

Please send instead

To: United States Court of Appeals, US Supreme Court, US Whitehouse, United States Bankruptcy Court For Lehman Brothers, One Bowling Green, New York, New York 10004-1408 and all others, all addresses, all entities and all individuals all within and all surrounding, possibly involved. (all ways)

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: Please send

① All informations in legal writings leaving nobody out to all US Courts, all US Supreme Court, all United States Whitehouse of how and why Lehman Brothers was allowed to file bankruptcy after being Federally served (legal documents all filed) 2 months (all dates) by the plaintiffs.

Place ② Please see all United States Court of Appeals For the Federal Circuits (all names) stamp(s) legal documents also.

Courtroom No.:
Date and Time:

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): Please send ③ Please see all Federal Pacer, all legal filings, all legal filings into all Websites insertions pages and all US Courts and all other Courts dockets. (All legal and equitable issues are legally attached to these official Federal documents. All, if eligible; official laws of jurisprudence (all spellings) US Code, US Federal Rules & Regulations, all other laws.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. ④ Please see all legal attachments and transfers from the United States Bankruptcy Courts For Lehman Brothers to all other United States Courts up to this current date(s)

Date: 9/23/2010

CLERK OF COURT

[signature]
Signature of Clerk or Deputy Clerk

OR

[signature] BE S & all
Attorney's signature
Pro Se

A Class Action (All Homeless)

All legal copies all served (all ways) are also legally and equitably bonded so

The name, address, e-mail, and telephone number of the attorney representing (name of party) B E Smith & All Others no phone, C/o The US Supreme Court, who issues or requests this subpoena, are: All Nine Justices and A Jury Trial Again legally requested.

⑤ All informations of all possibly Lehman Brothers proceedings and all transfer of assets and all possible conflicts of these legal issues if correct Barclay (all entities and all individuals all within and all surrounding) (all names) and all similar to structures (all ways) ABN Amro (all written names) and the plaintiffs past financial matters (also in legal writings)

Observations And Opinions.

*Observations And Opinions.*  Page 2 of 3

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. Fed: 5-CV-4457 And All Others

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* United States Court of Appeals (all entities as legally printed on page #1 of 2), US Bankruptcy Court for Lehman Brothers, One Bowling Green, NY, NY 10004-1408

was received by me on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ Sent via United States Mail, legally stilled and online website form insertions (references also) possibly faxed to all available fax numbers found on *(date)* 9/22/2010; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/23/2010

BE Sullivan (A class Actions - All Homeless)
*Server's signature*

BE Smith & All others (A Class Actions - All Homeless)
*Printed name and title*

717 Madison Place, NW
Washington, DC 20439
*Server's address*

All informations in all legal replies in all legal writings leaving nobody out not even possible federals and states security agencies and locals) (all possible duals interests), all possible manipulations to the US Whitehouse, the US Supreme Court, the Federal Pacer Account Fed: 5-CV-4457, US Court of Appeals by 10/26/2010.

Additional information regarding attempted service, etc:

⑤ All informations as legally printed in number #5 (on page 1 of 2) and all entities and all individuals (in all ways in the past and in the present) and all entities with and starting with epi... in the names (all ways) and locations and all entities and all possible individuals at 4905 (all locations) Tilghman Street in Allentown Pa to all locations (as legally printed before & again) I name California for legal examples also Epichem (all coatings - all industries) to all Jersey City New Jersey locations and all entities (iShares & Barclays Capital - Knight Securities - IMAX - BNY Mellon Investors - Lord Abbett & Co - Comodo (Thruster out to Salt Lake City utah) to even possibly Knight Alarm Security in Wendys Restaurants to all Real Estate Entities (all industries) Westfield or Westbury RE - all names to the correct Westfield Coatings to all Metlife (marsh & more insurance), Rest Pen entities, First Horizon and more in all legal writings, even all parties (LVIP and Paragon, Fidelity & other Credit Unions. Parity & Company more) BE

*Page 3 of 3*
*But all legal efilings/all ways, are legally included*

✓ Lehman Brothers 09 22 2010 website insertions to Epiqsystems fed:5-cv-4457 and all others opinions and observation.09 22 2010 If known please legally replies in legal writings to the nearest united states court and give them the above number to forward to the us court off appeals for the federal circuits (all names) and the us supreme court.
All informations on all possible individuals and all possible entities responsible leaving nobody out even possible federals and states and locals security agencies in all reaL NAMES and with all real identities of all possible audio and video entities and all technologies all surronding and all within all legal rights and all intellectual properties of all video and all mediums for legal examples dvds,cd,s,home video rights,all televisions shows for legal examples also fineas & ferb to all candice cartoons to all possible writers groups to all travels of all related and all associated and all involved informations ,if known and sony atv entities and disney and all others,if known.

please legally insert what is replied on legally in all legal writings into the http://www.uscourts.gov website insertions page. These legal issues are national also.All industries. Also all legal typings are automatically transferred to all official federal subpoena forms ,all official stamps and all official signatures of the United states district court and 3rd federal circuits (in this case all federal circuits and more

website online form insertions already completed:
http://www.uconn.edu/contact.php,!!!!please forward to federal pacer account and us court of appeals-all names-thanks,http://www.uconn.edu/thankyou.php    successful legally states ...Thanks for contacting us. We'll get back to you as soon as possible....
http://www.ncc.commnet.edu/contact.asp,please forward to federal pacer account and us court of appeals-all names-thanks,http://www.ncc.commnet.edu/confirmContact.asp sucessful legally states...Thank you. Your message has been sent.

http://www.uscourts.gov/ContactUs/ContactUs.aspx,!!!!please forward to federal pacer account and us court of appeals-all names-thanks,
    thanks for your
assistance,http://www.uscourts.gov/ContactUs/ContactUsThankYou.aspx    successful legally states...Your message has been sent...

also legally entered today is all legal documents all sent out via united states mail (some faxed yesterday),also later on an official federal subpoena form will be usps mailed to the united states court of appeaLS,united states bankruptcy court (for lehman brothers proceedings),one bowling green,new york new york 10004-1408 -two legal pages and also all sent via and hand deliverd to the usps workers at the emmaus pa post office today was the following all sent via us mail:
1> all federal subpoenas and all legal attachments to the us treasury aka internal revenue service in holtsville new york and conf page of yeSterdaYS legal fax to them

2> 7 legal documents to federal pacer in texas to be filed on federal pacer account fed5cv4457 and all others as usual-some copies of 9012010 officiaL FEDERAL subpoenas forms with a legal attempts aND EQUITABLE attempts to all percentages all respective of aLL awards amounts already overdue and payable to the plantiffs by the commonwealth of pennsylvania and lehigh county pa and all surronding entities and all surronding individuals all legally involved-a totally cleaRED aka net
    american dollars amount of $50 trillion after all expenses and all taxes aka take home and all legal addresses corrections legally including all forced physical addresses by the lehigh county pa aka commonwealth of pennsylvania for doing the legal efilings on federal pacer (one year probations and more) and cover letter to legal fax number 6108202013 fax from careerlink and copies of all forced payments to pa-scdu and also the lehigh county pa aka commonwealth of pennsylvania
    bureau of collections (all forced issues and in legal disputes legally printed on ) all returned unopened us mail three pieces and also legal printings on them not to be reopened by anyone but the united states court of appeals (all terminology similar to and the same) and legal fax to 9-1-610-820-2013 serial #H6J0233719 and all legal documents to the pa-scdu and lehigh county pa bureau of collections.

Page 1