AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

JPML, United States Supreme Court, United Nations, United States Court of Appeals (All Names), Federal Pacer

for the 3rd Federal Circuits, All Federal Circuits all US

Page 1 of 4

BE Smith & Any Others (A Class Action) (All Homeless)
**Plaintiff**

v. Please see (Federal Pacer)
Too Many To List Here
**Defendant**

Civil Action No. Fed 5-12-2010-5 And All Others
Please send instead.

RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION & Criminal

To: United States Bankruptcy Court(s) (For Lehman Brothers) all entities and all individuals all
To: Within and all surroundings, One Bowling Green, New York, New York 10004-1048
Southern District of New York (All Locations All Others)

① YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: All legal ebilings, all websites online forms insertions of all legal documents, all legal edocuments insertions, all US court(s) dockets, all Lehigh County Pa dockets (other ways) are legally and equitably included.

Place: Please send instead

Courtroom No.: Please send instead
Date and Time: Please send instead

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): ② http://www.snl.com/irweblinkx/makers.aspx?iid=100383 (all internet hyperlinks addresses - all ways) and all contents and all archives(s) and all historical (s) websites contents and all sitemaps and all site indexes contents and all possible individuals and all possible entries all within and all surrounding are all legally and equitably included, if

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

③ All past and present financial matters of the plaintiffs are again legally included: For legal examples: HoraceMann (all Mann and last names of man... and all possible if correct Goldman Sachs, all Prudential, all stockholdings (past and present), all mortgages (all other..

Date: 10/6/2010

NAIC & AAII past member & own.

CLERK OF COURT

[signature]
Signature of Clerk or Deputy Clerk

OR

[signature] BE Smith & all who
Attorney's signature
Pro Se
(A Class Action All Homeless)

The name, address, e-mail, and telephone number of the attorney representing (name of party) BE Smith & all who Page c/o The US Supreme Court , who issues or requests this subpoena, are:

If correct, all individuals and all entities all possibly responsible leaving nobody out in legal writings.

④ All informations of all possible (if correct) manipulations of the Lehman Brothers (all) legal and equitable proceedings even possible locations Redwood Shores, California (all correct informations and all entities all surroundings and all within, if correct

1) Observations and Opinions Now Page 2 of 4
Motions and Petitions to legally and equitably comply...

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. Fed 15-CV-4457 And All others

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* United States Bankruptcy Courts For Lehman Brothers — all entities (as legally printed on page 1), One Bowling Green,

was received by me on *(date)* _____ New York, New York, 10004-1048

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ via and by United States (USPS) mail, all legal efilings, all website online forms, all faxes

on *(date)* 10/6/2010 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ Informa Pauperis (as usual — All legal documents stand corrected.)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

A Class Actions (All Homeless) ← All legally written

Date: 10/6/2010    _____[signature]_____
Server's signature    A Class Actions

BK Smith & All others (All Homeless)
Printed name and title c/o The United States Supreme Court, c/o 717 Madison Place
Washington, DC 20439
Server's address

If you can't read and understand these legal documents please legally efile/email federalsubpoena@yahoo.com

Additional information regarding attempted service, etc:

⑤ Please see all recent online websites legal documents and legal edocuments, lawsuits, all legal faxes to all US States and more.

⑥ All legally written replies by all Senior/Top Justices in the United States Bankruptcy Courts (all legally involved to be sent (all ways) to the United States Court of Appeals (all names), the United States Supreme Court, the United States Whitehouse, if possible the United Nations by 11/16/2010 on all legal and equitable issues especially how the plaintiffs filed all legal documents two months before Lehman Brothers legal documents (if correct) and all possible improper proceedings (if correct)

# NATIONAL PENN BANCSHARES, INC.

Career Opportunities | Contact Us | Privacy Notice

Home | National Penn Bank

## Investor Relations

- Corporate Profile
- Corporate News
- Governance Documents
- Calendar of Events
- Shareholder Services
- Stock Information
- Stock Splits & Dividends
- Officers & Directors
- Basis Calculator
- Financial Highlights
- Analyst Estimates
- Documents / SEC Filings
- Section 16 Filings
- Market Makers
- Mergers & Acquisitions
- Deposit Marketshare
- Peer Analysis
- FAQs
- Contact Us / Request Information
- Email Alerts
- Presentations

## Market Makers

NATIONAL PENN BANCSHARES, INC. (NASDAQ - NPBC)

The following firms are believed to presently make a market in National Penn Bancshares, Inc. stock on the NASDAQ

| Company | Phone | Address |
|---|---|---|
| Automated Trading Desk Financial Services, LLC | (843) 789-2000 | 11 eWall Street<br>Mount Pleasant, SC 29464 |
| B-Trade Services LLC | (212) 448-5690 | 1633 Broadway<br>48th Floor<br>New York, NY 10019 |
| Boenning & Scattergood, Inc. | (610) 832-1212 | Four Tower Bridge<br>200 Barr Harbor Drive, Suite 300<br>West Conshohocken, PA 19428 |
| C. L. King & Associates, Inc. | (518) 431-3500 | Nine Elk Street<br>Albany, NY 12207 |
| Citadel Securities LLC | (312) 395-2100 | 131 South Dearborn Street<br>32nd Floor<br>Chicago, IL 60603 |
| Citigroup Global Markets Holdings Inc. | (212) 816-6000 | 388 Greenwich Street<br>38th Floor<br>New York, NY 10013 |
| E*TRADE Capital Markets LLC | (312) 986-9986 | One Financial Place<br>440 South LaSalle Street, Suite 3030<br>Chicago, IL 60605 |
| RBC Wealth Management | (410) 685-2600 | 100 Light Street<br>Ninth Floor<br>Baltimore, MD 21202 |
| FBR Capital Markets & Co. | (703) 312-9500 | 1001 19th Street, North<br>Arlington, VA 22209 |
| FTN Financial Securities Corp. | (901) 435-7944 | 845 Crossover Lane<br>Suite 150<br>Memphis, TN 38117 |
| FTN Equity Capital Markets Corp. | (216) 592-1700 | 1301 East Ninth Street<br>Suite 3232<br>Cleveland, OH 44114 |
| Goldman, Sachs & Co. | (212) 902-1000 | 200 West Street<br>New York, NY 10282 |
| Janney Montgomery Scott LLC | (215) 665-6000 | 1801 Market Street<br>Philadelphia, PA 19103 |
| Keefe, Bruyette & Woods, Inc. | (212) 887-7777 | 787 Seventh Avenue<br>Fourth Floor<br>New York, NY 10019 |
| Knight Equity Markets, L.P. | (201) 557-6844 | 545 Washington Boulevard<br>Jersey City, NJ 07310 |
| Lehman Brothers Inc. | (646) 348-7100 | 100 Wall Street<br>17th Floor<br>New York, NY 10005 |
| Maxim Group LLC | (212) 895-3500 | 405 Lexington Avenue<br>New York, NY 10174 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | (212) 449-1000 | One Bryant Park<br>New York, NY 10036 |
| Morgan Stanley & Co., Incorporated | (212) 761-4000 | 1585 Broadway<br>New York, NY 10036 |
| RBC Capital Markets Corp | (212) 428-6200 | RBC Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 |
| Ryan Beck & Co., Inc. | (973) 597-6000 | 18 Columbia Turnpike<br>First Floor<br>Florham Park, NJ 07932 |

| | | |
|---|---|---|
| Sandler O'Neill & Partners, L.P. | (212) 466-7800 | 919 Third Avenue<br>Sixth Floor<br>New York, NY 10022 |
| Stifel, Nicolaus & Company, Incorporated | (314) 342-2000 | One Financial Plaza<br>501 North Broadway<br>Saint Louis, MO 63102 |
| Susquehanna Capital Group | (610) 617-2600 | 401 City Line Avenue<br>Suite 220<br>Bala Cynwyd, PA 19004 |
| UBS Securities LLC | (203) 719-4379 | 677 Washington Boulevard<br>Fourth Floor<br>Stamford, CT 06901 |

Copyright 2010, © SNL Financial LC  Terms of Use

Corporate Profile / Corporate News / Governance Documents / Calendar of Events / Shareholder Services / Stock Information
Stock Splits & Dividends / Officers & Directors / Basis Calculator / Financial Highlights / Analyst Estimates / Documents / SEC Filings
Section 16 Filings / Market Makers / Mergers & Acquisitions / Deposit Marketshare / Peer Analysis / FAQs
Contact Us / Request Information / Email Alerts / Presentations

*[Handwritten annotations:]*
*All correct informations (past and in present)*
*BF + of all url (A class Actions / All Homeless)*
*BF Smith & All others (A class Actions / All Homeless)*
*All legally signed*

http://www.snl.com/irweblinkx/makers.aspx?iid=100383                10/5/2010