AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

Page 1 of 4

JPML, US Supreme Court, US Court of Appeals (All Names), All US Courts

# UNITED STATES DISTRICT COURT
for the
District of Pa, NJ, NY (All US States)

United States of America -to be determined-
v. [illegible]

Defendant: Too Many to list here. Please see federal pacer account fed:5-cv-4457 And All others

Case No. Fed: 5-CV-4457 And All others

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE and civil

To: United States Bankruptcy Court (for Lehman Brothers), One Bowling Green, New York, New York 10004-1048 (Southern District of New York) And All others.

If you can't read these legal documents please email/write federalsubpoena@yahoo.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. Please send instead.

Place of Appearance:
1) All websites legal insertions, all legal etchings, all ways are legally included (and equitably included)

All courts Dockets, all US court dockets, all

Courtroom No.:
Date and Time:

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): Please send.

2) Please see and review and all legally & equitable corrections to all legal etchings and legal filings against Lehman Brothers (and all entities and all individuals all surroundings and all within Two months Before Lehman Brothers filed for Bankruptcy Also list correct. All informations on in legal writings to a US Court of Appeals, US Supreme Court (All US Courts) all Lehigh County and Commonwealth of Pennsylvania lower also.

Date: 10/10/2010

CLERK OF COURT
[signature] Michael G. [illegible]
Signature of Clerk or Deputy Clerk

RECEIVED OCT 12 2010 BANKRUPTCY COURT OF NEW YORK

The name, address, e-mail, and telephone number of the attorney representing (name of party) [illegible] Pro Se both c/o the US Supreme Court, who requests this subpoena, are:

3) The plaintiffs ex-wife/cohabitor (All ways) was a teacher at Allentown School District also Commonwealth of Pennsylvania. Possibly still is.

4) Please see all Lehigh County Pa (allentown all surrounding and all individuals and all legal and equitable issues against the plaintiffs. All possible if correct also Lehigh County Pa Public Officials and their spouses occupations also, if involved.

5) Please (after all US courts involved, please file US court of Appeals (All Names) Federal Pacer Fed:5-CV-4457 And All others

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. Fed. 5-W-4457 And All others

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ^ United States Bankruptcy Court, New York, New York
was received by me on *(date)* one Bankruptcy, New York And All others

☑ I personally served the subpoena on the individual at *(place)*
Service USPS mail, legal address, attorney,    on *(date)* 10/10/2010    ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)*    , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*    ; or

☐ I returned the subpoena unexecuted because    ; or

☐ Other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $    for travel and $    for services, for a total of $

A Class Actions
/ All
I declare under penalty of perjury that this information is true.    (Homeless)

Date: 10/10/2010

[signature] BE Smith And Others ( All Homeless )
Server's signature  A Class Actions

Printed name and title C/o of The
United States Supreme Court c/o 717 Madison
Place NW, Washington, DC
20439
Server's address

Additional information regarding attempted service, etc:

⑥ Please see the two new (as is legal and equitable) inclusions:
Commonwealth of Pennsylvania Financial Reports - (June 30, 2008 And
June 30, 2005

AR disc. PA PUBLIC SCHOOL EMP RETIREM
08-13555-mg Doc 12344 Fil

# Pennsylvania Public School Employees' Retirement System




## Comprehensive Annual Financial Report

### Fiscal Year Ended June 30, 2008

A Component Unit of the Commonwealth of Pennsylvania

# Public School Employees' Retirement System

## Comprehensive Annual Financial Report

Fiscal Year Ended June 30, 2005

A Component Unit of the
Commonwealth of Pennsylvania