12 October 2010

United Bankruptcy Court
Southern District of New York
In Re
Lehman Brothers Holdings Inc., et al.,
        Debtors
Chapter 11 Case No.
08-13555 (JMP)
Fortieth Omnibus Objection to Claims (Late-Filed Claims)

RECEIVED
US TRUSTEES NEW YORK
2010 OCT 14 AM 10: 55

Claimant: PAOLA BIRASCHI
Classification and Claim Amount: $559,676.00 unsecured on the basis of deferred stock compensation

I oppose to the objection and ask for my claim not to be disallowed, expunged, reduced or reclassified because the late filing was not dependant on my circumstances. In fact, I duly posted my claim from the Post Office in Canary Wharf, London UK, at least 5 days prior to the deadline. The Post Office indicated to me that it would only take 3 days for the letter to be received and I therefore relied on the Post Office.

Regards
Paola Biraschi

PAOLA BIRASCHI
73 Bryanston Court II
George Street
London W1H 7HD
U.K.
Phone: +44 77 611 65 51 00