| | |
|---|---|
| Bankruptcy Court | United States Bankruptcy Court, Southern District of New York |
| Debtors | Lehman Brothers Holdings Inc |
| Case number | 08-13555 (JMP) |
| Title of Objection | Omnibus Objection to Claims |
| | |
| Claimant name | Katalin Tischhauser |
| Basis for claim | Guaranteed Compensation |
| | |
| Reasons | The claim was sent in time, however, as I live overseas I can only assume that the few days' delay (early October 2009 receipt of claim vs late September 2009 deadline) had to be caused by postal delays/error. |
| | I don't believe it is fair to hold me responsible for that, especially as delay in question is only a matter of a few days. |
| | As a private individual I cannot match the expertise and efficiency of corporate creditors' legal departments or legal representatives but I hope that this will not disadvantage my claim. |
| Documentation | Proof supplied with original claim filed (claim number 37153) |
| Address | 7 Eccleston Sq. London SW1V 1NP England |
| Representation | myself |

*Katalin Tischhauser*
Katalin Tischhauser

14 October 2010, London



RECEIVED OCT 18 2010 U.S. BANKRUPTCY COURT, SDNY JMP