**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : 08-13555 (JMP) |
| | : **(Jointly Administered)** |
| Debtors. | : |
| | : **Ref. Docket Nos. 12246, 12248 –12251,** |

-------------------------------------------------------------------------x   **12254 - 12256**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 22, 2010, I caused to be served the:

     a.  "Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated October 22, 2010 [Docket No. 12246], (the "28th Omnibus Adjournment Notice"),

     b.  "Notice of Adjournment of Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) as to Certain Claimants," dated October 22, 2010 [Docket No. 12248], (the "31st Omnibus Adjournment Notice"),

     c.  "Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated October 22, 2010 [Docket No. 12249], (the "35th Omnibus Adjournment Notice"),

     d.  "Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated October 21, 2010 [Docket No. 12250], (the "37th Omnibus Adjournment Notice"),

     e.  "Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated October 22, 2010 [Docket No. 12251], (the "40th Omnibus Adjournment Notice"),

     f.  "Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated October 22, 2010 [Docket No. 12254], (the "41st Omnibus Adjournment Notice"),

g.  "Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Claims) Solely as to Certain Claims," dated October 21, 2010 [Docket No. 12255], (the "42nd Omnibus Adjournment Notice"),

h.  "Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated October 21, 2010 [Docket No. 12256], (the "43rd Omnibus Adjournment Notice"),

by causing true and correct copies of the:

a.  28th Omnibus Adjournment Notice, 31st Omnibus Adjournment Notice, 35th Omnibus Adjournment Notice, 37th Omnibus Adjournment Notice, 40th Omnibus Adjournment Notice, 41st Omnibus Adjournment Notice, 42nd Omnibus Adjournment Notice and 43rd Omnibus Adjournment Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

b.  28th Omnibus Adjournment Notice, 31st Omnibus Adjournment Notice, 35th Omnibus Adjournment Notice, 37th Omnibus Adjournment Notice, 40th Omnibus Adjournment Notice, 41st Omnibus Adjournment Notice, 42nd Omnibus Adjournment Notice and 43rd Omnibus Adjournment Notice, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

c.  28th Omnibus Adjournment Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit C</u>,

d.  31st Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

e.  35th Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

f.  37th Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

g.  40th Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

h.  41st Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

i.  42nd Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

j.  43rd Omnibus Adjournment Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>, and

k.  28th Omnibus Adjournment Notice, 31st Omnibus Adjournment Notice, 35th Omnibus Adjournment Notice, 37th Omnibus Adjournment Notice, 40th Omnibus Adjournment Notice, 41st Omnibus Adjournment Notice, 42nd Omnibus Adjournment Notice and 43rd Omnibus Adjournment Notice, to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
25th day of October, 2010

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-3-

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com

cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov

djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net

fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov

jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com

jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com

mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com

r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com

wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

Total Creditor count  1

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ALWEIS, EDWARD J. & MARY | 7639 TARPON COVE CIRCLE LAKE WORTH FL 33467 |
| BERMAN, PETER | GARTH G. HOYT, ESQUIRE MCCAUSLAND, KEEN & BUCKMAN RADNOR COURT, SUITE 160 259 NORTH RADNOR-CHESTER ROAD RADNOR PA 19087-5257 |
| BROWN, EDWARD D AND VERGENE D | REV TRUST DTD 11/16/94 EDWARD D + VERGENE D BROWN TTEES 1514 E CAMPO BECCO DR PHOENIX AZ 85022-2023 |
| BROZGAL, EDITH J. | APT 4-D 531 S. TERRACE DRIVE ALTOONA PA 16602 |
| CAGLIERO, ROBERT J. | 5280 - 302 WEST HARBOR VILLAGE DR. VERO BEACH FL 32967-7362 |
| DEPALMA, MARY J. | 8239 LONGDEN CIR CITRUS HEIGHTS CA 95610-0813 |
| DESOUZA, DONNA | 4400 BRITLEY LANE HARRISBURG NC 28075 |
| EDELMANN, STEPHEN AND JACQUELINE | GARTH G. HOYT, ESQUIRE MCCAUSLAND, KEEN & BUCKMAN RADNOR COURT, SUITE 160 259 NORTH RADNOR-CHESTER ROAD RADNOR PA 19087-5257 |
| FRANKENBERG, HANK | 16 HORSESHOE LANE ROLLING HILLS ESTATES CA 90274 |
| GIORDANO, JOSEPH J. | 772 WILLOWBROOK DR. APT 908 NAPLES FL 34108 |
| GIUSEPPE, BATTECCA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| HESS WILLIAM & MARY C. | 236 INDIAN COVE DR DAWSONVILLE GA 30534 |
| HILL, FRANCIS J., IRA | 9595 RED BIRDLANE ALPHARETTA GA 30022 |
| HOSPITALS INSURANCE COMPANY INC | 50 MAIN STREET SUITE 1220 WHITE PLAINS NY 10606 |
| ILARIA, GHIRETTI AND CLAUDA, FURIA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| KERN, SANDRA | 5333 ADAMS ROAD DELRAY BEACH FL 33484 |
| LESLIE STEPPEL WEISBROD TRUST | ROBERT N. H. CHRISTMAS NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| MALIN, RUTH | 5401 BAHIA LANE LA JOLLA CA 92037 |
| MARKOVITZ, ANNE | 600 GRANT ST., 3 5454 PITTSBURGH PA 15219 |
| MARKOVITZ, BERNARD | 600 GRANT ST., # 5454 PITTSBURGH PA 15219 |
| MORRIS-BROGAN, LINDA | 12434 CARRIAGE HILL DR. HOUSTON TX 77077-2908 |
| MOSCA, JAN BROWN | 261 INDIAN BLUFF DR. ARAPAHOE NC 28510 |
| NEW YORK STATE COMPTROLLER THOMAS P. DINAPOLI | AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND C/O ENTWISTLE & CAPPUCCI LLP 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| NORIEGA, PATRICIA A. | NATACION NO.21 COLONIA RAQUET CLUB HERMOSILLO, SONORA MEXICO |
| PALONE, MICHAEL F. | HAMILTON LANE ONE PRESIDENTIAL BLVD, 4TH FLOOR BALA CYNWYD PA 19004 |
| PIKE, SUSAN MARY | 23412 MOBILE ST. WEST HILLS CA 91307 |
| RAPP, LESTER M | 642 NORTH 8TH STREET BATON ROUGE LA 70802 |
| REHORST, JOYCE | GARTH G. HOYT, ESQUIRE MCCAUSLAND, KEEN & BUCKMAN RADNOR COURT, SUITE 160 259 NORTH RADNOR-CHESTER ROAD RADNOR PA 19087-5257 |
| SCHMIDT, JOSEPH W & BEATRICE | 810 W. 12TH STREET RENO NV 89503 |
| SCHNEIDER, MARVIN | 2200 NORTH CENTRAL RD. APT 3R FORT LEE NJ 07024 |
| SHIRLEY MAHLSTROM REV TR U/A | C/O BRAD ROTHENBERG 6514 PLANTATION PINES BLVD. FORT MYERS FL 33966 |
| SMITH, WILLIAM H. | 9595 RED BIRD LANE ALPHARETTA GA 30022 |
| STASHOWER, SUSAN | 300 WEST 72 STREET # 6F NEW YORK NY 10023 |

**Total Creditor count  33**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CENTRAL PUGET SOUND TRANSIT | AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| DARBY FINANCIAL PRODUCTS | ATTN: DAVID POLLARD, ESQ. & TODD SILVERBERG, ASSOCIATE DIRECTOR 101 CALIFORNIA STREET 3250 SAN FRANCISCO CA 94111 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | JOSEPHS S. MCALINDEN GLOBAL THEMATIC OPPORTUNITIES FUND LP C/O CATALPA CAPITAL, LLC 230 PARK AVENUE, SUITE 863 NEW YORK NY 10169 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | JOSEPH S. MCALINDEN GLOBAL THEMATIC OPPORTUNITIES FUND LP C/O CATALPA CAPITAL, LLC 230 PARK AVENUE, SUITE 863 NEW YORK NY 10169 |
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MF GLOBAL UK LIMITED | KATTEN MUCHIN ROSENMAN, LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| MF GLOBAL UK LIMITED | C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENERAL COUNSEL 440 SOUTH LASALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| MF GLOBAL UK LIMITED | C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENRAL COUNSEL 440 SOUTH LASALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |

**Total Creditor count  12**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS | (JERSEY) LIMITED DEBRA FELDER ORRICK, HERRINGTON & SUTCLIFFE LLP, COLUMBIA CENTER, 1152 15TH STREET, N.W., WASHINGTON DC 20005 |
| GOSS, ROBERT | ROBERT GOSS, 5 SAILWING CLUB DR., HILTON HEAD ISLAND SC 29926 |
| MILLENNIUM MARKETING | & MANAGEMENT PTY LTD. KERRY MOYNIHAN, HOLME, ROBERTS & OWEN LLP, 800 WEST OLYMPIC BOULEVARD, 4TH FLOOR LOS ANGELES CA 90015 |
| PARAMOUNT PRO PRINTING CORPORATION | 418 SUMMIT AVE. JERSEY CITY NJ 07306 |
| STACK, RONALD A. | 22 SHOREWOOD DRIVE SANDS POINT NY 11050 |

**Total Creditor count  5**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA | ON BEHALF OF THE FUND CEA PIMCO DT FUND JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| AN POST SUPEANNUATION | JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| ATHERTON CONSTRUCTION, INC. 0552700 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BANK OF ESTONIA | JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BROOKS, DAVID J | DAVID S. PEGNO, DEWEY PEGNO & KRAMARSKY LLP, 220 E. 42ND STREET, NEW YORK NY 10017 |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CATHAY UNITED BANK | DAVID W. PARHAM, 2001 ROSS AVENUE 2300 TRAMMELL CROW CENTER DALLAS TX 75201 |
| CHAUNY, S.A. | JOHN P GLEASON, GLEASON & KOATZ, LLP, 122 E. 42ND STREET, NEW YORK NY 10168 |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| COLON LOPEZ, ELIZABETH | MENACHEM M. BENSINGER, MCGRAIL & BESINGER LLP 676A NINTH AVENUE # 211 NEW YORK NY 10036 |
| CPF BOARD | JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 2 RESEARCH WAY, PRINCETON NJ 08540 |
| DOW CORNING | MICHAEL A. COHEN, KIRKLAND & ELLIS LLP, 601 LEXINGTON AVENUE, NEW YORK NY 10022 |
| EMPIRE STATE CARPENTERS PENSION PLAN | C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT NY 14450 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GARADEX INC. | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056 |
| GELB, JAY | 185 SOUNDVIEW DRIVE PORT WASHINGTON NY 11050 |
| GMAM GROUP PENSION TRUST II | GM GLOBAL HIGH QUALITY FIXED INCOME POOL ACCT # GFI-119 JEN PREMISLER, CLIFFORD CHANCE US LLP 31 WEST 52ND STREET, NEW YORK NY 10019 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |
| HIGH LODGE CAPITAL LLC | PATRICK D. OH, FRESHFIELDS BRUCKHAUS DERINGER US LLP, 520 MADISON AVENUE, NEW YORK NY 10022 |
| IRAGORRI, JULIAN | JOHN ROSE, JR., CRUMBIE LAW GROUP, 280 TRUMBALL STREET, 21ST FLOOR, HARTFORD |

| Claim Name | Address Information |
|---|---|
| IRAGORRI, JULIAN | CT 06103 |
| IRODA, NAGY ES TROCSANYI UGYVEDI | UGOCSA UTCA 4/B BUDAPEST 1126 HUNGARY |
| J SAINSBURY COMMON INVESTMENT FUND | JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| LEV ARI, TAL | FLAT 15 1 PARKHILL ROAD LONDON NW3 2YJ UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE CO | CARROLL DEVILLIER JR., BREAZEALE, SACHSE & WILSON, L.L.P., 23RD FLOOR, ONE AMERICA PLACE, 301 MAIN STREET BATON ROUGE LA 70821-3197 |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MONAHAN, MARIA | JOHN M. DALTON, 406 FOREST AVENUE, STATEN ISLAND NY 10301 |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX IG4 5BS UNITED KINGDOM |
| ONTARIO TEACHERS' PENSION PLAN BOARD | MICHAEL H. TORKIN, SHERMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK NY 10022 |
| PALCHYNSKY, JOHN N. | 32 HILLDALE ROAD PINE BROOK NJ 07058 |
| PORTMAN BUILDING SOCIETY PENSION | AND ASSURANCE SCHEME JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| ROBERT STOCKDALE | JEN PREMISLER, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK NY 10019 |
| RODRIGUEZ-COLON, ELIZABETH | URB, DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SCAVONE, JOSEPH AND THERESA | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SKOLNICK, WILLIAM | 68 SEACORD RD NEW ROCHELLE NY 10804 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR,CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 21 PRINCEDALE ROAD LONDON W11 3NW UNITED KINGDOM |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| WESTLB AG | TIMOTHY T, BROWN, CADWALADAR, WICKERSHAM & TAFT LLP, 700 6TH STREET, N.W., WASHINGTON DC 20001 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  72**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ADANTE FUND LP | C/O SYMPHONY ASSET MANAGEMENT LLC ABRAHAM L. ZYLBERBERG, WHITE & CASE LLP, 1125 AVENUE OF THE AMERICAS, NEW YORK NY 10036-2787 |
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| DAVY, DARREN | PATRICK D. OH, FRESHFIELDS BRUCKHAUS DERINGER US LLP, 520 MADISON AVENUE, NEW YORK NY 10022 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 2 RESEARCH WAY, PRINCETON NJ 08540 |
| ENCORE FUND, LP | C/O SYMPHONY ASSET MANAGEMENT LLC ABRAHAM L. ZYLBERBERG, WHITE & CASE LLP, 1125 AVENUE OF THE AMERICAS, NEW YORK NY 10036-2787 |
| FORTISSIMO FUND | C/O SYMPHONY ASSET MANAGEMENT LLC ABRAHAM L. ZYLBERBERG, WHITE & CASE LLP, 1125 AVENUE OF THE AMERICAS, NEW YORK NY 10036-2787 |
| GATEX PROPERTIES INC | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056-4109 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| KAZUMICHI NORIMATSU | 14-10-306 SUZURANDAI-HIGASHIMACHI 9-CHOME, KITAKU KOBE-CITY HYOGO 651-1112 JAPAN |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| QUISMORIO, JAMES | 1738 VIA DEL REY SOUTH PASADENA CA 91030 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  23**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| AGUILERA CAELLES, VICENTE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| AGUILERA CAELLES, VICENTE | AV. DE ROMA, 153-2-2 BARCELONA 08011 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | C/PARIS 57-61, 2-1 BARCELONA 08029 SPAIN |
| BEHEERMAATSCHAPPIJ RIKSEN BV | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| BERTRAN ALCADE, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| BERTRAN ALCADE, JOSE | C/MIGUEL REVERTER, 7-A SANT JUST DESVERN(BARCELONA) 08960 SPAIN |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CASTANER, ANTONIO REDON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CASTANER, ANTONIO REDON | AVDA. MADRID, 94 SANT CUGAT DE VALLES BARCELONA 08915 SPAIN |
| CHANG SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CLEIJPOOL, G.J. | MR. EDUOARD FREMAULT, AVENUE EDMOND VAN NIEUWENHUYSE 6B8, 1160 BRUSSELS BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DE LOCHTENBERG BEHEER | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | MARIA MERCEDES GASCH RIUDOR AVDA. PRAT DE LA RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| F. CH. W. MEVISSEN BV | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA OR | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA OR | CORCEGA 89, ATICO 2 BARCELONA 08029 SPAIN |
| FERNANDEZ, ADOLFO RAMIRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ, ADOLFO RAMIRO | C/GANDUXER, 96, ENTLO. 1 BARCELONA 08022 SPAIN |
| FERNANDO ALAIX IDOATE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDO ALAIX IDOATE | C/FOLGAROLAS, 30, 3-2 BARCELONA 08022 SPAIN |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| FORCE MANNER COMPANY LIMITED | 44 WYNDHAM STREET 27/FLOOR, UNIT C&D WYNDHAM PLACE, CENTRAL HONG KONG |
| FOREST HOLDING INC | 60 MARKET SQAURE P.O. BOX 364 BELIZE CITY BELIZE |
| FOREST HOLDING INC | ROGERIA MAURICIA SILVA COSTA RUA D. MARIA DORES PAYZINHO 66, LT 4 BRC CARCAVELOS 2775 PORTUGAL |
| GALLEN RALUY, LIDIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GALLEN RALUY, LIDIA | C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA) 08348 SPAIN |
| GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE | CARRENCA, 29, 6-2 BARCELONA 08017 SPAIN |

| Claim Name | Address Information |
| --- | --- |
| GARCIA-TORRENT MOLINA, RAMON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-TORRENT MOLINA, RAMON | C/GANDUXER, 132-6-2 BARCELONA 08022 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | PASEO BONANOVA, 26, 5-2 BARCELONA 08022 SPAIN |
| GONG CHENG HSIUNG | 23/F B BLOCK 5 AVON PARK 15 YAT-MING ROAD FANLING, NT HONG KONG |
| GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH | AVDA. PRAT DEL A RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| GONZALEZ GASCH, ESTEBAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, ESTEBAN | JULIA CENTELLES, 14, 4-2 GRANOLLERS 08402 SPAIN |
| GONZALEZ GASCH, HELENA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, HELENA | PRINCEP DE VIANA, 15, 1-2 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ GASCH, MERCEDES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, MERCEDES | PRAT DE LA RIBA, 54 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| H. ROOTVELD | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ | ALTA DE GIRONELLA, 49, PISO 3 BARCELONA 08017 SPAIN |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | PJ DEL CARMEN, 30, CASA D SANT CUGAT DEL VALLES (BARCELONA) 08190 SPAIN |
| HO KAM YUEN | FLAT C, 5/F 28 NASSAU STREET, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| IBERAVAL SGR | C/ESTACION, 13 C.I.F. XXXXX0796 VALLADOLID 47004 SPAIN |
| IE SHE HOEN & TAN TJIANG MOY | FLAT C-2, 17/F, BLK C, WILSHIRE TOWER 200 TIN HAU TEMPLE ROAD HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JOVE VINTRO, JOSE L | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| JOVE VINTRO, JOSE L | C/BEETHOVEN, 12-5-1 BARCELONA 08021 SPAIN |
| JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER | CL JOAQUIN VAYREDA, 22-1 GERONA 17001 SPAIN |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| KUNTZE-BRAACK, NILS | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| KUNTZE-BRAACK, SILVIA | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAFUENTE BEL, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 |

| Claim Name | Address Information |
|---|---|
| LAFUENTE BEL, JOSE LUIS | BARCELONA 08003 SPAIN |
| LAFUENTE BEL, JOSE LUIS | M. CARMEN CAMINALS ROSELL PSJ. XIPRE, 1-4-2 HOSPITALET DE LLOBREGAT (BARCELONA) 08903 SPAIN |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG | NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN, PROVINCE OF CHINA |
| LOPEZ, AIDA MARIA ARNAIZ | CAJA DE CREDITO DE LOS INGNENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| LOPEZ, AIDA MARIA ARNAIZ | C/BAQUE, 6 CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| MARIA CONCEPCION DE AGUIRRE TORRES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MARIA CONCEPCION DE AGUIRRE TORRES | C/MANDRI 49, 4-PTA. 11 BARCELONA 08022 SPAIN |
| MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZ | PGE. DE LES MORERES, 4 CAN BALET PREMIA DE DALT (BARCELONA) 08003 SPAIN |
| MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MEVROUW E.C. ROOTVELD | & F.B.A.P. ROOTVELD SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| MEVROUW N.P.J. VAN LUIJK | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| MOK SIU YUK, EMILY | 167 QUEEN'S ROAD EAST 5TH FLOOR WANCHAI HONG KONG |
| MONTSERRAT CABRE RABADA, MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MONTSERRAT CABRE RABADA, MARIA | ENCARNACION CABRE RABADA C/VILADOMAT, 235-237, 3-1 BARCELONA 08029 SPAIN |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| ORIOL DE MINGO, MANUEL | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ORIOL DE MINGO, MANUEL | MERCEDES BITAUBE CORTES BALMES, 415, 7-D BARCELONA 08022 SPAIN |
| PARDO CORDERO, EMILIO | BOITE POSTALE N. 4 BEDOUS 64490 FRANCE |
| PEARL ASSURANCE PLC | ROBIN E. KELLER & CHRISTOPHER BRYANT, HOGAN LOVELLS US LLP, 875 THIRD AVENUE, NEW YORK NY 10022 |
| PEARL ASSURANCE PLC | CRAIG H. ULMAN & KHANG V. TRAN, HOGAN LOVELLS US LLP, COLUMBIA SQUARE, 555 THIRTEENTH STREET, N.W., WASHINGTON DC 20004 |
| PEDRAZA LLANOS, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEDRAZA LLANOS, JOSE LUIS | C/CAMI DE CAN GANXET, 47-1-2 SANT CUGAT DEL VALLES (BARCELONA) 08190 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | C/LA LUZ, 1 BJS. CASABERMEJA (MALAGA) 29160 SPAIN |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POLITT, HANS-DIETRICH | HARTMUT RITTER, BREITE STRASSE 25/26, 38100 BRAUNSCHWIEG GERMANY |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |
| R.F.P. ROBYN B.V. | JOOST WILLEMEN, VIJFHUIZENBERG 50, POSTBUS 69, 4700 AB  ROOSENDAAL THE NETHERLANDS |
| SANCHEZ-LAFUENTE MARIOL, JUANA MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANCHEZ-LAFUENTE MARIOL, JUANA MARIA | JOSE ASTO RULL PS. SANT JOAN 165, 4-2 BARCELONA 08037 SPAIN |

| Claim Name | Address Information |
|---|---|
| SANGLAS CAMPS, JAVIER | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANGLAS CAMPS, JAVIER | C/RICARDO VILLA, 7-9, 3-4 BARCELONA 08017 SPAIN |
| SANMARTI AULET, JUAN M. | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANMARTI AULET, JUAN M. | MARIA ANTONIA BOSCH MALLADA PS. DEL COLLET, 9-11, ESC. C 3-2 CASTELLDEFELS(BARCELONA) 08860 SPAIN |
| SANZ GARETA, MARIA TERESA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANZ GARETA, MARIA TERESA | C/DEGA BAHI, 39-2 BARCELONA 08026 SPAIN |
| SCHAEFER, EDITH | MICHAEL PLFAUMER, GROSSMAN & HAAS, KRONENSTRASSE 24, ZEPPELIN-CARRE, 70173 STUTTGART GERMANY |
| SCHOWATAN, CHRISTINA | MEDAUTBHAT 1 MUTTERSTADT 67712 GERMANY |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE | DAN SHAKED, SHAKED & POSNER, 255 W. 36TH ST., 8TH FLOOR, NEW YORK NY 10018 |
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| SOLER LINARES, JESUS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SOLER LINARES, JESUS | C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA) 08348 SPAIN |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STEINHARDT, PEDRO | AMENABAR 1572 P2 "A" BUENOS AIRES 1426 ARGENTINA |
| STICHTING QUADRAAM | SCHRETLEN & CO. N.V., APOLLO HOUSE - APOLLOLAAN 15, 1077AB AMSTERDAM THE NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUBIRA FARRE, PEDRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SUBIRA FARRE, PEDRO | RAMONA SERENTILL LLOVERA C/DOLORS MODOLELL, 7 BIS BAJOS 2 SAN JUST DESVERN (BARCELONA) 08960 SPAIN |
| SUTER, CLAUDIA | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| SYNAM LIMITED | WING ON COURT 18TH FLOOR, FLAT C 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPER | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPER | PASEO BONANOVA, 12 BARCELONA 08022 SPAIN |
| VILCHEZ MOLEON, ANTONIO | CALLE CASTANEDA NUMERO 4, PISO 3 O C GRANADA 18009 SPAIN |
| VILLANUEVA TORAN, JOSE ENRIQUE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| VILLANUEVA TORAN, JOSE ENRIQUE | AV. MERIDIANA, 24-6-1 BARCELONA 08018 SPAIN |
| WEB-PRO TECHNOLOGY LIMITED | PALM GROVE HOUSE P.O. BOX 438 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN, NEW TERRITORIES HONG KONG |

**Claim Name**                              **Address Information**

| Total Creditor count  139 |

**EXHIBIT J**

| Claim Name | Address Information |
|------------|---------------------|
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANCO DI NAPOLI S.P.A | ANDREA PINCUS, REED SMITH LLP, 599 LEXINGTON AVENUE, NEW YORK NY 10022 |
| BANI, THEOPHIL | ANDREA PINCUS, REED SMITH LLP, 599 LEXINGTON AVENUE, NEW YORK NY 10022 |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| CARDENO FORASTERO, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVELLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CARDENO FORASTERO, JOSE | AVDA. DE CHILE, 38, 6-2 BARCELONA 08028 SPAIN |
| CERDA BARO, AGUSTIN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | ROSA MUSSONS SALABERT GAVINA 16, INTERIOR CERDANYOLA DEL VALLES (BARCELONA) 08290 SPAIN |
| CHU, TAI-FANG & SHU MEI LIN | PO BOX 8-95 KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| COLLET CABOT, JOAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| COLLET CABOT, JOAN | ROSA FISA PLANA MANILA 59, 5-1 BARCELONA 08034 SPAIN |
| CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROS | SALVADOR ESPRIU, 95, 3-2 BARCELONA 08005 SPAIN |
| DE HAES, PC | WEISSEN BRUCHWEG 4 HEEMSTEDE 2102 AG NETHERLANDS |
| DER M&P MENG UND VORSORGESTIFUNG | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| FLACH-MEIER | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| FRIEDRICH, A.J. | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| GLOOR, MAX | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| GOSELE, HEINZ | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| KALT, EDGAR | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| KNOLLER, PETER & MARITTA | CLAUS-PETER KNOELLER, KURPFALZSTRASSE 10, 67133 MAXDORF GERMANY |
| KNUPP, WALTER | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, PC | N.V. DE VEREENIGDE EFFECTEN COMPANGIE, OOSTBUS 81, 1135 ZJ EDAM THE NETHERLANDS |
| KONIG, PC | JAN NIEUWENHUIZENPLEIN 12, 1135 WV EDAM THE NETHERLANDS |
| KUPAT HATAGMULIM SHEL ODVEY BANK | EITAN LAVIE, SULAMI LAVIE LAW FIRM RUBENSTEIN BLDG 20 LINCOLN ST., 15TH FLOOR TEL-AVIV 67134 ISRAEL |
| LIMTONG MANUEL TAN &/OR LIMTONG EUSEBIO EDGARDO TA | SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |

| Claim Name | Address Information |
| --- | --- |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG TAIWAN, PROVINCE OF CHINA |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| MEYER-MEIER, ADRIAN | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| MOHINANI HASSOMAL BULCHAND &/OR MOHINANI RENU HARI | FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOHINANI, HASSOMAL BULCHAND AND RENU HARISH | 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| SCHEURMANN, BEATRIX | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| SCHNOPP, MAX LUDWIG | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| SCHWARZ, MATTHIAS | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| TODINI, GIOVANNA | VIA MAURIZIO QUADRIO, 15 ROME 00152 ITALY |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| WELLINGER, CHRISTOHER | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| WERNLI, BEAT | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA | NANCY KOURLAND, ROSEN & ASSOCIATES, 747 THIRD AVENUE, NEW YORK NY 10017 |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  70**