UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :     (Jointly Administered)
         Debtors.                                              :
                                                               :     Ref. Docket No. 12268
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2010, I caused to be served the "Debtors' Reply to Responses and in Further Support of Debtors' Objection to Proofs of Claim Filed by William Kuntz III (Claim Nos. 33550, 33551, 33552, 35121 and 35430) dated October 25, 2010 [Docket No. 12268], by causing true and correct copies to be:

   a. enclosed securely in a postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Panagiota Manatakis
Sworn to before me this
26th day of October, 2010

/s/ Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Kuntz Reply_DI 12268_AFF_10-25-10.doc

# EXHIBIT A

KUNTZ, WILLIAM A
BOX 461
LAKE PLACID, NY 12946

WILLIAM KUNTZ, III
INDIA ST
PO BOX 1801
NANTUCKET ISLAND, MA 02554-1801

WILLIAM KUNTZ
5 FEDERAL STREET
P.O. BOX 1801
NANTUCKET ISLAND, MA 02554-1801

KUNTZ, WILLIAM
925 ALPRILLA FARM RD
HOPKINTON, MA 01748

WILLIAM KUNTZ, III
BOX 461; OLYMPIC STATION
LAKE PLACID, NEW YORK 12946-0461

WILLIAM KUNTZ
BOX 1801
NANTUCKET, MA 02174

WILLIAM KUNTZ
BOX 1801
NANTUCKET, MA 02554-4801

KUNTZ, WILLIAM
925 ALPRILLA FARM RD
HOPKINTON, MA 01748

**EXHIBIT B**

**Email Addresses**
Kuntzwm1@yahoo.com