### MOHINANI HASSOMAL BULCHAND
*FLAT A, 15TH FLOOR, WING ON COURT, 24 HOMAN TIN HILL ROAD, KOWLOON,  HONG KONG*

Friday, October 08, 2010

Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holdings Inc., et al., Debtors**
**Debtors' Forty-second Omnibus Objection to Claims  (Late-Filed Lehman**
**Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the
address provided by my Bank and which was received by the Honourable Court on 3
November 2009.

| | |
|---|---|
| **Claim No** | 64316 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured    $ 100,000.00 |
| **Claimant** | **Mohinani Hassomal Bulchand &/or** |
| | **Mohinani Renu Harish** |

I have been regularly using the normal postal service for a long time and never had to
face such delays.

In view of the fact that I had signed the claim form and mailed it before the due date of
2nd November and also in view of the fact that in most cases the postmarked date is
regarded as proof of mailing, I would request the Honorable Court to accept my claim as
valid.

I am 72 years old and I had invested in Lehman issued products, knowing well the market
risk involved, but the collapse of the company came as total shock.  In view of my age
and the above I would request the Honourable to consider my request favourably.

Thank you for your attention.

Yours faithfully,

Mohinani Hassomal Bulchand

