John Palchynsky
32 Hilldale Road
Pine Brook, New Jersey
07058


October 12, 2010


To whom it may concern:

I am writing to formally oppose the action to disallow and expunge the two claims listed below.

| Name of Bankruptcy Court | Name of Debtors/Case Number | Claim Number | Title of Objection | Name of Claimant | Basis for Claim |
|---|---|---|---|---|---|
| United States Bankruptcy Court Southern District of New York | Lehman Brothers Holdings Inc., et al., Debtors (08-13555) | 34713 | Omnibus Objection to Claims (Late-Filed Claims) | John Palchynsky | Employee Compensation |
| United States Bankruptcy Court Southern District of New York | Lehman Brothers Holdings Inc., et al., Debtors (08-13555) | 34712 | Omnibus Objection to Claims (Late-Filed Claims) | John Palchynsky | Employee Compensation |

The above claims should not be disallowed and expunged for the following reasons:

The two claims listed above were submitted on time and mailed to the correct address using the United States Postal Service "Express Mail" service. The guaranteed delivery date was September 21st, 2009, one day before the claim deadline date.

I have included as evidence, the original USPS "Express Mail" form and a letter from the United States Postal Service Montville New Jersey Postmaster.

Thank you.

Sincerely,

John Palchynsky
(W) 201 499-8306
(C) 917 566-2671

RECEIVED
OCT 19 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

**USPS EXPRESS MAIL Label — Finance Copy (Label 11-B, March 2004)**

Barcode: EH 010250365 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 07045
- Day of Delivery: 2nd Del. Day
- Postage: $13.05
- Date Accepted: Mo. 9 / Day 19 / Year 09
- Scheduled Date of Delivery: Month 9 / Day 21
- Return Receipt Fee: $8.30
- Time Accepted: 1:35 PM
- Scheduled Time of Delivery: Noon
- Flat Rate or Weight: lbs. — / ozs. 20
- Acceptance Emp. Initials: 1305

**FROM:** (PLEASE PRINT)
Ian Peldynsky (?)
16 Highland Ave
Montville, N.J.
07045

**TO:** (PLEASE PRINT)
EPIQ Bankruptcy
Solutions LLC
757 Third Ave, 3rd Floor
New York, NY
ZIP: 10017

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)** — Post Office To Addressee
(blank)



**UNITED STATES POSTAL SERVICE**

10/27/2009

EPIQ Bankruptcy Solution, LLC.
757 Third Avenue, 3rd Fl.
NY, NY 10017

Re: Late Mail

To Whom It May Concern,

    This letter is in regards to a piece of mail addressed to The EPIQ Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Fl., NY, NY 10017. The correspondence in question was mailed from the Montville Post Office on September 19, 2009 by John Polchynsky 16 Highland Avenue, Montville, NJ 07045 Express Mail #EH 010250365 US. This piece of mail was sent Express Mail by the addressee, to be guaranteed next day deliver, so that it would arrive on time, before the deadline.

Unfortunately, the piece never made it by the guarantee time which made the Express Mail late arrival to your company. I am sending you a copy of the Express Mail label in hopes that you will consider Mr. Polchynsky's request even though it was past the due date.

Thanking you in advance in this matter.

Elizabeth E DeVincenzo
Postmaster

16 Skyline Drive
Montville, NJ 07045-9998
973-335-1748
FAX: 1.650.577.4215

