Pg 1 of 5

Wayne D. Reid, II
433 Langley Oaks Drive
Marietta, Georgia 30067

October 10, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

RE: Chapter 11 Case Number 08-13555 (JMP) Lehman Brothers Holdings, Inc. et al

Your Honor,

Please allow this letter to serve as response to the attached notification received regarding my claim number 65976 in the bankruptcy case of Lehman Brothers Holdings, Inc., et al (debtor 08-13555), "Lehman", in the United States Bankruptcy Court, Southern District of New York. This claim arises from my purchase of securities from Lehman.

My claim in the amount of $433,751.50 reflects the market value of the securities at the time of bankruptcy as shown in my customer statement (attached).

This claim should NOT be disallowed as the claim was originally filed on January 28, 2009 (please see attached FedEx receipt) and signed for by J. Shaw which was prior to the bar date.

Please contact me with any questions regarding this matter at the address above, my email (wayne.reid@earthlink.net) or by telephone at (404) 444 9646. Please note that previous correspondence included my work address, 4300 Northpoint Parkway, Alpharetta, Georgia 30022. However I have since discontinued my employment at that location.

Thank you for your attention in this matter.

Sincerely,

Wayne D. Reid, II

RECEIVED
OCT 19 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                : Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al.,         : 08-13555 (JMP)
                                                                     :
                                                Debtors.      : (Jointly Administered)
                                                                     :
---------------------------------------------------------------x

LBH OMNI41 09-13-2010 (MERGE2.TXNUM2) 4000112997 MAIL ID *** 0033298508 *** BSIUSE: 145

REID, WAYNE D, II
433 LANGLEY OAKS DRIVE
MARIETTA, GA 30067

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | Claim Number: | 65976 |
| | Date Filed: | 12/18/2009 |
| | Debtor: | No Debtor Asserted |
| | Classification and Amount: | UNSECURED: $ 433,751.50 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-First Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

      Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

      The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

      A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

      If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

      You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

      If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

      If you have any questions about this notice or the Objection, please contact Debtors' counsel, John O'Connor, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
       New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# LEHMAN BROTHERS

**Brokerage account**
**835-17639**

WAYNE D REID II
July 1 - September 30, 2008

page 10 of 10

## TAX LOTS

** Days Held: Either # of days if held one year or less or L if held for more than one year or S/L for Index Options.

## Equities

| Rights and warrants - long | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC CALL WT LKD MILLENNIUM | 780 | 28 Apr 2008 | $252.26 | $196,760.15 | $244.40 | $190,632.00 | -$6,128.15 | 158 |
| WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 565 | 25 Jul 2007 | 260.01 | 146,903.85 | 430.30 | 243,119.50 | 96,215.65 | L |

## Wayne D. Reid, II

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, January 28, 2009 12:48 PM
**To:** wreid@irongatecap.com
**Subject:** FedEx Shipment 796286920827 Delivered

---

This tracking update has been requested by:

Company Name:           Irongate Capital
Name:                   Wayne Reid
E-mail:                 wreid@irongatecap.com

---

Our records indicate that the following shipment has been delivered:

Ship (P/U) date:            Jan 26, 2009
Delivery date:              Jan 28, 2009 9:43 AM
Sign for by:                J.SHAW
Delivered to:               Shipping/Receiving
Service type:               FedEx 2Day
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            796286920827

| Shipper Information | Recipient Information |
|---|---|
| Wayne Reid | Lehman Brothers Claims Processing |
| Irongate Capital | c/o Epiq Bankruptcy Solutions LLC |
| 4300 Northpoint Parkway; Suite 350 | 10300 SW ALLEN BLVD |
| Alpharetta | BEAVERTON |
| GA | OR |
| US | US |
| 30022 | 97005 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:48 AM CST
on 01/28/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.