October 11, 2010

Honorable James M. Peck

Courtroom 601

One Bowling Green

New York, NY 10004

Dear Honorable James M. Peck

I am writing in regard to:

United States Bankruptcy Court

Southern District of New York

In re: Lehman Brothers Holdings Inc. et al Debtors

Chapter 11 Case no. 08-13555 (JMP)

Omnibus Objection to Claims (late-filed claims)

The claimant is: Mr. Jose Luis Liceras Ruiz

The claim number is: 64970

The claim classification and amount: Unsecured $ 97.456,59

The reason why my claim should not be disallowed is because I send the Proof of Claim from Spain on October 28, because I had need a translator to complete the Proof, and the Spanish bank that sell to me the Lehman Notes (Bankinter) don't help me to complete the form with the appropriate information.

I hope you will understand that is very difficult to me translate from English to Spanish and backward, and the postal service from Spain have not executed the send like they said to me. Besides that amount of money ($ 97.456,56) represented the savings of a lifetime.

As a result, my claim should be upheld.

I have attached documentation of the above referenced claim.

I am representing myself with regard to this claim. Any reply to this response should be sent to me at:

Mr. José Luis Liceras Ruiz

Calle Memorial Nuñez Blanca N° 9

Granada 18007, Spain

Telephone: 0034 958 120954

Email: sonia_alanzor@hotmail.com



RECEIVED OCT 19 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Sincerely,

José Luis Liceras Ruiz