**GEADRESSEERDEN:**
**BRIEF MOET NAAR ALLE VIER GENOEMDE PARTIJEN WORDEN VERSTUURD ZOALS VERMELD OP PAGINA TWEE, DERDE ALINEA VAN DE MEEGESTUURDE BIJLAGE (= REACTIE US BANKRUPTCY COURT)**

Dordrecht, October 6, 2010

Subject: Opposing the Objection to my Lehman Brothers claim, nr. 65324,

Honorable recipient,

Reffering to your letter of September 13, 2010, I object to the possible rejection of my Lehman Brothers claim.

I didn't file my claim too late. To proof this, I have attached the registration of the Post Office. I have sent my claim by certified mail on October 11, 2009.

Sincerely,

P. van der Graaf
Adres: Meranti 173
3315 TF Dordrecht
Holland

Case No. 08-13555
Claimnr. 65234
Debtor: Lehman Brothers Holdings I



RECEIVED
OCT 19 2010
U.S. BANKRUPTCY COURT, SDNY
JMP