43b Barnton Avenue
Edinburgh
EH4 6JJ

18th October 2010

The Honorable James M. Peck
One Bowling Green
New York
New York 10004

Ref:

United States Bankruptcy Court, Southern District of New York
Debtors : Lehman Brothers Holdings Inc et al
Case Number : 08-13555 (JMP)
Response to Debtors Fortieth Omnibus Objection to Claims (Late Filed Claims)

Dear Sir,

I am writing to you on behalf of my husband, Mr Colin Tennant, a former Lehman employee, who is attempting to claim for his unvested stock in Lehman Brothers.

We would request that his claim not be disallowed because the reason it was filed late was that the paperwork was held in US Customs on entry to the United States. I know that I sent the paperwork (by a supposedly specially fast delivery service offered by the Royal Mail) in good time to meet the 22nd September 2009 deadline. I say this because people who sent their claims later than us managed to file on time (I imagine their claims were not held up in Customs).

Unfortunately I no longer have proof of postage (having given up on it as a lost cause once I realised, to my great dismay, what had happened), but perhaps the fact that the claim was only one day late despite having been held in customs for many days will support our claim.

Since filing the above referenced claim we have moved, and our new address is : 43b Barnton Avenue, Edinburgh EH4 6JJ, Scotland.

Yours faithfully,

*Katie*

Mrs C. M. Tennant.

