## WRITTEN RESPONSE OF RONALD A. STACK

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al :

                                         Debtors.    :

------------------------------------------------X

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

RECEIVED OCT 20 2010 U.S. BANKRUPTCY COURT, SDNY JMP

(ii) The name of the claimant is Ronald A. Stack. Claimant was a Managing Director of Lehman Brothers Holdings Inc from September 1995 to September 2008. The basis of the amount of the claim is deferred compensation, vested and unvested stock options, restricted shares and common stock of Lehman Brothers Holdings Inc (LBH). Specifically, Claimant claims the amount of $4,406,999 plus interest for lost earned compensation and bonus for years 2003, 2004, 2005, 2006 and 2007 never received from RSU/Equity Award Program for Managing Directors. The Claim number is 13430 and was filed on 09/16/2009.

(iii) The Claim should not be disallowed, expunged, reduced or classified because the Claimant, in good faith, filed the form provided in a timely manner and in the time period required and wrote in LBI in an effort to include LBI as well as LBH. It is clear from the accompanying documentation that Claimant was claiming with respect to the RSU/Equity Award Program for Managing Directors which was an obligation of LBH and not LBI. In the interest of justice and to reflect Claimant's clear intent the Claim should be regarded as one against LBH and should not be disallowed, expunged, reduced or classified because doing so would treat Claimant

in an unfair way and one that would treat him differently than others similarly situated. In addition, acceptance of the Claimant's claim against LBH would in no way increase the cumulative cost of such payments by LBH but instead only would decrease slightly the amount of any such payments to similar claimants against LBH whose claims and situation were the same or similar to the Claimant's.

(iv) A copy of documentation previously furnished is attached to this Written Response.

(v) The address to which the Debtors must return any reply to this Written Response is the same as that presented in the proof of claim; and

(vi) Ronald A. Stack, 22 Shorewood Drive, Sands Point, NY 11050, 516 883 4084 has ultimate authority to reconcile, settle or otherwise resolve the claim.

I certify that I am authorized to file this claim and that the statements set forth in this Written Response are true and correct..

_____
Ronald A. Stack

October 19, 2010*

* This response is filed today pursuant to an extension the Claimant was given to submit the response of 4:00 P.M. on October 20, 2010. The delay was granted by Mr. Casey Burton [(214) 746-8182/(214) 746-7700] of the firm Weil Gotshal & Manges to Mr. Eric Zabecki, Esq. of Pick & Zabecki, LLP on behalf of the Claimant on October 18, 2010.

State of New York
County of New York
Sworn to before me this 19th day of October 2010.

Patricia Maffia

PATRICIA MAFFIA
Notary Public, State of New York
No. 30-4821771 Qual. in Nassau Co.
Certificate filed in New York County
Commission Expires December 31, 19__ 2013

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC PDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000243222 |
|---|---|---|
| Name of Debtor Against Which Claim is Held: Lehman Brothers Inc. | Case No. of Debtor | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)  0000013430 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000243222******
STACK, RONALD A.
22 SHOREWOOD DRIVE
SANDS POINT, NY 11050

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 516-883-4084   Email Address: Rckstack@verizon.net

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 4,406,999
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Claim for earned compensation and bonus payments for years 2003, 2004, 2005, 2006 2007 Never received from RSU/Equity Bank Program in Mgg Purchases
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FILED/RECEIVED
SEP 16 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/14/09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

*2003* (handwritten)

Ronald A. Stack
7 Monfort Road
Port Washington, NY 11050

| Pay Group: | BWS-BiWeekly Salaried | Business Unit: FID |
|---|---|---|
| Pay Begin Date: | 03/28/2004 | Advice #: 2541691 |
| Pay End Date: | 04/10/2004 | Advice Date: 04/08/2004 |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 500.00 | |

| Employee ID: | 10037302 |
|---|---|
| Department: | 26836-Munis Management/Admin |
| Location: | 399 Park Avenue - 16th Floor |
| Pay Rate: | $200,000.00 Annual |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Salary | | | 7,692.31 | 640.00 | 61,538.48 |
| Bonus 2003 | | | 0.00 | | 1,139,999.96 |
| 2003 RSU Bonus | | | 0.00 | | 570,012.44 |
| 2003 Option Awd Bonus | | | 0.00 | | 189,987.60 |
| Emp IncentPr OptnExc | | | 0.00 | | 33,084.87 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 2,075.31 | 305,869.58 |
| Medicare Tax | 106.93 | 17,869.79 |
| Social Security Tax | 0.00 | 5,449.80 |
| NY Vol Dis/EE | 0.76 | 6.08 |
| NY Tax | 527.83 | 99,110.61 |

| Total: | 7,692.31 | 640.00 | 1,961,538.48 | Total: | 2,710.83 | 428,305.86 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 190.50 | 1,333.50 |
| Pre-Tax Dental | 12.00 | 84.00 |
| TDSP 401(k) | 0.00 | 13,000.00 |
| TDSP 401(k) 50+ Catch up | 0.00 | 3,000.00 |
| FSA Health Care | 125.00 | 875.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 6.25 | 43.75 |
| GVUL-Supple Life Ins | 416.12 | 2,342.60 |
| Supple LTD Ins | 29.17 | 204.19 |
| '03 OptAwd Bonus Offset | 0.00 | 189,987.60 |
| '03 RSU Bonus Offset | 0.00 | 570,012.44 |
| RSU Net Taxes | 0.00 | 13,576.20- |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 9.75 | 68.25 |

| Total: | 327.50 | 18,292.50 | Total: | 451.54 | 749,014.38 | *Taxable |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 7,692.31 | 7,374.56 | 2,710.83 | 779.04 | 4,202.44 |
| YTD: | 1,961,538.48 | 1,216,399.06 | 428,305.86 | 767,306.88 | 765,925.74 |

MESSAGE:

### NET PAY DISTRIBUTION

| Advice #000000002541691 | 4,202.44 |
|---|---|
| Total: | 4,202.44 |

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 04/08/2004

Advice No. 2541691

Deposit Amount: $4,202.44

To The Account(s) Of

**RONALD A. STACK**
7 Monfort Road
Port Washington, NY 11050

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1001065275665 | $4,202.44 |
| | | |
| Total: | | $4,202.44 |

# NON-NEGOTIABLE

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

*2004*

| Pay Group: | BWS-BiWeekly Salaried | Business Unit: | FID |
|---|---|---|---|
| Pay Begin Date: | 09/25/2005 | Advice #: | 3005042 |
| Pay End Date: | 10/08/2005 | Advice Date: | 10/07/2005 |

Ronald A. Stack
22 Shorewood Drive
Sands Point, NY 11050

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 500.00 | |

Employee ID: 10037302
Department: 26836-Munis Management/Adminis
Location: 399 Park Avenue - 16th Floor
Pay Rate: $200,000.00 Annual

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Salary | | 7,692.31 | | 1,600.00 | 153,846.20 |
| Bonus 2004 | | 0.00 | | | 1,139,999.96 |
| 2004 RSU Bonus | | 0.00 | | | 760,000.04 |
| ReplacementPLOptnExc | | 0.00 | | | 955,260.00 |
| **Total:** | | **7,692.31** | | **1,600.00** | **1,293,846.16** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 2,036.18 | 714,354.66 |
| Medicare Tax | 105.72 | 32,660.82 |
| Social Security Tax | 0.00 | 5,580.00 |
| NY Vol Dis/EE | 1.15 | 23.00 |
| NY Tax | 514.02 | 181,552.66 |
| **Total:** | **2,657.07** | **934,171.14** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 190.50 | 3,619.50 |
| Pre-Tax Dental | 12.00 | 228.00 |
| TDSP 401(k) | 0.00 | 14,000.00 |
| TDSP 401(k) 50+ Catch up | 0.00 | 4,000.00 |
| FSA Healthcare | 208.34 | 3,958.33 |
| **Total:** | **410.84** | **25,805.83** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 6.25 | 118.75 |
| GVUL-Supple Life Ins | 494.96 | 8,745.52 |
| Supple LTD Ins | 43.75 | 816.67 |
| Net Funds Adjustment | 0.00 | 436,563.09- |
| **Total:** | **544.96** | **426,882.15-** |

## TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 9.60 | 169.76 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 7,692.31 | 7,291.07 | 2,657.07 | 955.80 | 4,079.44 |
| YTD: | 1,293,846.16 | 2,234,470.09 | 934,171.14 | 401,076.32- | 760,751.34 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003005042 | 4,079.44 |
| **Total:** | **4,079.44** |

MESSAGE:

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 10/07/2005
Advice No. 3005042

Deposit Amount: $4,079.44

To The Account(s) Of

RONALD A. STACK
22 Shorewood Drive
Sands Point, NY 11050

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1001065275665 | $4,079.44 |
| **Total:** | | **$4,079.44** |

## NON-NEGOTIABLE



**Lehman Brothers**
**2005 Total Compensation Statement**

<u>CONFIDENTIAL</u>

Employee : Stack, Ronald A.
Division : Fixed Income Division
Hire Date : September 11, 1995

Stock Program : MD
Employee Id : 10037302

## COMPENSATION

| Compensation Type | Current - 2005 |
|---|---|
| Paid Salary | $200,000 |
| Bonus | $2,200,000 |
| **TOTAL COMPENSATION** | **$2,400,000** |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $940,000.04 | $126.00 | $88.20 | 10,657.60 |

Your equity award was calculated based on total compensation of $2,400,000, where "total compensation" includes salary, bonus, and other forms of eligible compensation.
All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2005 equity award agreements (expected to be finalized in early 2006), the Employee Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $2,200,000 | |
| Less RSUs | ($940,000) | |
| Total Cash Payment (Before Taxes) | $1,260,000 | Payable on or about January 31, 2006 |

## ANNUAL SALARY

Effective Fiscal Year 2006, your annual base salary will be as follows:

| | |
|---|---|
| Current Annual Salary | $200,000 |

Note: All bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2006) and not having given or received notice of employment termination before that date.
If you are not employed on January 31, 2006, or you have received notice of employment termination before that date, you will not be eligible to receive a bonus award (including any special awards) or any equity award for fiscal year 2005.
If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212)526-8346.

Killian, G
12-Dec-05

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801


2005

| Pay Group: | BW2-BiWeekly Exempt Employees | Business Unit: FID |
| Pay Begin Date: | 10/08/2006 | Advice #: 3421795 |
| Pay End Date: | 10/21/2006 | Advice Date: 10/20/2006 |

Ronald A. Stack
22 Shorewood Drive
Sands Point, NY 11050

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 500.00 | |

Employee ID: 10037302
Department: 26836-Munis Management/Administ
Location: 399 Park Avenue - 16th Floor
Pay Rate: $200,000.00 Annual
SSN: XXX-XX-7798

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Reg Salary 10/08/06-10/21/06 | 96.153846 | 80.00 | 7,692.31 | | 0.00 |
| Bonus 2005 | | | 0.00 | | 1,259,999.96 |
| 2005 RSU Bonus | | | 0.00 | | 940,000.04 |
| Regular Salary | | | 0.00 | 1,680.00 | 161,538.51 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 2,017.83 | 377,127.73 |
| Medicare Tax | 105.60 | 20,493.39 |
| Social Security Tax | 0.00 | 5,840.40 |
| NY Vol Dis/EE | 1.15 | 24.15 |
| NY Tax | 494.38 | 101,523.67 |

| Total: | | 7,692.31 | | 1,421,538.47 |
| Total: | 2,618.96 | 505,009.34 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 199.50 | 3,990.00 |
| Pre-Tax Dental | 12.00 | 240.00 |
| TDSP 401(k) | 0.00 | 15,000.00 |
| TDSP 401(k) 50+ Catch up | 0.00 | 5,000.00 |
| FSA Healthcare | 208.33 | 4,166.66 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 6.25 | 125.00 |
| GVUL-Supple Life Ins | 540.83 | 10,082.68 |
| Supple LTD Ins | 43.75 | 875.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 10.50 | 195.60 |

| Total: | 419.83 | 28,396.66 | Total: | 590.83 | 11,082.68 | * Taxable |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 7,692.31 | 7,282.98 | 2,618.96 | 1,010.66 | 4,062.69 |
| YTD: | 1,421,538.47 | 1,393,337.41 | 505,009.34 | 39,479.34 | 877,049.79 |

### NET PAY DISTRIBUTION
Advice #000000003421795    4,062.69

MESSAGE:

---

**LEHMAN BROTHERS**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 10/20/2006
Advice No. 3421795

Deposit Amount: $4,062.69

To The Account(s) Of

**RONALD A. STACK**
22 Shorewood Drive
Sands Point, NY 11050

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1001065275665 | $4,062.69 |
| Total: | | $4,062.69 |

**NON-NEGOTIABLE**

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

2006

| | | |
|---|---|---|
| Pay G... Date: 09/23/2007 | BW2-BiWeekly Exempt Employees | Business Unit: FID |
| Pay B... Date: | Advice #: 3862533 |
| Pay A... Date: 10/06/2007 | Advice Date: 10/05/2007 |

Ronald A. Stack
22 Shorewood Drive
Sands Point, NY 11050

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 500.00 | |

Employee ID: 10037302
Department: 26836-Munis Management/Administ
Location: 399 Park Avenue - 16th Floor
Pay Rate: $200,000.00 Annual
SSN: XXX-XX-7798

### HOURS AND EARNINGS

| | | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Reg Salary | | | 96.153846 | 80.00 | 7,692.31 | 1,600.00 | 153,846.20 |
| Bonus 2006 | | | | | 0.00 | | 1,124,989.95 |
| 06 RSU Bon | | | | | 0.00 | | 1,275,000.05 |
| EIP Opt Ex | | | | | 0.00 | | 824,009.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 1,994.76 | 615,961.45 |
| Medicare Tax | 105.46 | 30,387.37 |
| Social Security Tax | 0.00 | 6,045.00 |
| NY Vol Dis/EE | 1.04 | 20.80 |
| NY Tax | 493.60 | 151,678.88 |

| Total: | | | | 7,692.31 | | 1,278,846.15 | Total: | 2,594.86 | 804,093.50 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 210.00 | 3,990.00 |
| Pre-Tax Dental | 12.00 | 228.00 |
| TDSP 401(k) | 0.00 | 15,500.00 |
| TDSP 401(k) 50+ Catch up | 0.00 | 5,000.00 |
| FSA Healthcare | 208.34 | 3,958.33 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 6.25 | 118.75 |
| GVUL-Supple Life Ins | 591.48 | 10,427.72 |
| Supple LTD Ins | 43.75 | 831.25 |
| RSU Net Taxes | 0.00 | 361,303.80- |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 11.50 | 202.50 |

| Total: | 430.34 | 28,676.33 | Total: | 641.48 | 349,926.08- | * Taxable |

### TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 7,692.31 | 7,273.47 | 2,594.86 | 1,071.82 | 4,025.63 |
| YTD: | 1,278,846.15 | 2,075,180.92 | 804,093.50 | 321,249.75- | 796,002.40 |

**NET PAY DISTRIBUTION**
Advice #000000003862533    4,025.63

MESSAGE:

## LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 10/05/2007
Advice No. 3862533

Deposit Amount: $4,025.63

To The Account(s) Of

**RONALD A. STACK**
22 Shorewood Drive
Sands Point, NY 11050

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 001065275665 | $4,025.63 |
| Total: | | $4,025.63 |

## NON-NEGOTIABLE

2006

**Lehman Brothers
2006 Total Compensation Statement
<u>CONFIDENTIAL</u>**

Employee: Stack, Ronald A.
Division: Fixed Income Division
Hire Date: 9/11/95

Employee ID: 10037302
Stock Program: MD

## COMPENSATION

| Compensation Type | Current - 2006 |
|---|---|
| Paid Salary | $200,000 |
| Bonus | $2,400,000 |
| **TOTAL COMPENSATION** | **$2,600,000** |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $1,275,000.05 | $77.03 | $53.92 | 23,646.14 |

Your equity award was calculated based on total compensation of $2,600,000, where "total compensation" includes salary, bonus, and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2006 equity award agreements (expected to be finalized in early 2007), the Employee Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $2,400,000 | |
| Less RSUs | ($1,275,000) | |
| Total Cash Payment (Before Taxes) | $1,125,000 | Payable on or about January 31, 2007 |

## ANNUAL SALARY

Effective Fiscal Year 2007, your annual base salary will be as follows:

| Current Annual Salary | $200,000 |
|---|---|

---

The above bonus (including equity awards and any special awards) is contingent on your remaining actively employed through the scheduled bonus award date (on or about January 31, 2007). If you are no longer actively employed on such date, or if you have received notice of employment termination, or are serving out any period of required notice of resignation through such date, you will not be eligible for a bonus or any portion of it.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212)526-8346.

Killian, G
11-Dec-06

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY, 10019-6801

 2007

| Pay Group: | BW2-BiWeekly Exempt Employees | Business Unit: FID |
|---|---|---|
| Pay Begin Date: | 06/01/2008 | Advice #: 4187399 |
| Pay End Date: | 06/14/2008 | Advice Date: 06/13/2008 |

Ronald A. Stack
22 Shorewood Drive
Sands Point, NY 11050

Employee ID: 10037302
Department: 26836-Munis Management/Administ
Location: 399 Park Avenue - 16th Floor
Pay Rate: $200,000.00 Annual
SSN: XXX-XX-7798

LBI BW2 FID
26836 399.ARK16 4187399
Ronald A. Stack
22 Shorewood Drive
Sands Point, NY 11050

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 500.00 | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Reg Salary | | | 96.153846 | 80.00 | 7,692.31 | 960.00 | 92,307.72 |
| Bonus 2007 | | | | | 0.00 | | 877,999.96 |
| 07 RSU Bon | | | | | 0.00 | | 672,000.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 1,980.52 | 238,155.34 |
| Medicare Tax | 105.33 | 14,001.22 |
| Social Security Tax | 0.00 | 6,324.00 |
| NY Vol Dis/EE | 1.20 | 14.40 |
| NY Tax | 492.94 | 68,944.86 |

| Total: | | 7,692.31 | 970,307.68 | Total: | 2,579.99 | 327,439.82 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 219.00 | 2,409.00 |
| Pre-Tax Dental | 12.00 | 132.00 |
| TDSP 401(k) | 0.00 | 15,500.00 |
| TDSP 401(k) 50+ Catch up | 0.00 | 5,000.00 |
| FSA Healthcare | 208.34 | 2,291.65 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 4.50 | 49.50 |
| GVUL-Supple Life Ins | 591.48 | 6,506.28 |
| Supple LTD Ins | 34.38 | 378.18 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 11.50 | 126.50 |

| Total: | 439.34 | 25,332.65 | Total: | 630.36 | 6,933.96 | * Taxable | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 7,692.31 | 7,264.47 | 2,579.99 | 1,069.70 | 4,042.62 |
| YTD: | 970,307.68 | 945,101.53 | 327,439.82 | 32,266.61 | 610,601.25 |

### NET PAY DISTRIBUTION
Advice #000000004187399  4,042.62

MESSAGE:

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Date: 06/13/2008

Advice No. 4187399

Deposit Amount: $4,042.62

To The
Account(s) Of

**RONALD A. STACK**
22 Shorewood Drive
Sands Point, NY 11050

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 001065275665 | $4,042.62 |
| Total: | | $4,042.62 |

## NON-NEGOTIABLE

