| GUY, BACHAR & Co. LAW - OFFICES | SULAMI, LAVIE LAW FIRM |
|---|---|
| Orly Guy, LL.B. | Eitan Lavie, Adv. |
| Moshe Bachar, LL.B. | Yaniv Sulami, Adv. |
| Ronit Gottlieb, LL.B. | Sarit Sulami, Adv. |
| Tal Shank, LL.B. | Sagit Tzuberi, Adv. |
| Gil-ad Zager, LL.B. | Shulamit Kabaz, Adv. |
| Shiri Galon, LL.B. | Amichay Michaelis, Adv. |
| Shay Luzon, LL.B. | Ofer Samoch, Adv. |
| Adir Zewevi, LL.B. | Lital Labenski, Adv. |
| Yael Trope, LL.B. | Ayelet-Hashachr Michaely, Adv. |
|  | Pinchas Crown, Adv. |
|  | Dr. Chagai Vinizky, Adv. |
|  | Doron Hackam, Adv. |
|  | Consultant B.A |

Tel Aviv October 13, 2010

To
The chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004         Via Mail
Court room 601
U.S.A


RECEIVED
OCT 20 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc.
Chapter 11 Case Number 08-13555 (JMP)

Dear Sir,

### Re: Lehman Brothers Holdings Inc.- Objection to Disallow & Expunge claim number 64331

We are honored to address you, on behalf of our client, Kupat Hatagmulim Shel Ovdey Bank Leumi Ltd. with regard to the Lehman Brothers Holdings Inc. claim Chapter 11 Case Number 08-13555 (JMP) as follows:

Our client's submitted their claim under claim number 64331. Unfortunately, they have been notified that they did not submit their claim at the dead line determined for this claim.

With all the respect, we oppose to this conclusion and we are asking for the reexamination of this decision due to the following reasons:

We hereby declare that our client, the claimant Kupat Hatagmulim Shel Ovdey Bank Leumi Ltd. Owned 1,000,000 units of Lehman Brothers securities as of September 15, 2008, as set forth in the proof of claim.

Our client's proof of claim was actually submitted on October 20, 2009. In accordance to our understanding the date of sending the claim should be considered as the date of submitting the claim. Especially with regard to claims that are send outside U.S. territory.

As you can see, the claim was postmarked October 20, 2009 via first class mail (please find attached the confirmation). We already found that this claim was dispatched to New York via air transport on October 25, 2009 (please find attached the confirmation).

Rubinstein Bldg, 20 Lincoln St. 15th floor, Tel-Aviv 67134

| GUY, BACHAR & Co. LAW - OFFICES | גיא, בכר ושות' עורכי דין ונוטריון | SULAMI, LAVIE LAW FIRM | סולמי-לביא, עורכי דין |
|---|---|---|---|
| Orly Guy, LL.B. | אורלי גיא | Eitan Lavie, Adv. | איתן לביא |
| Moshe Bachar, LL.B. | משה בכר | Yaniv Sulami, Adv. | יניב סולמי |
| Ronit Gottlieb, LL.B. | רונית גוטליב | Sarit Sulami, Adv. | שרית סולמי |
| Tal Shank, LL.B. | טל שנק | Sagit Tzuberi, Adv. | שגית צוברי |
| Gil-ad Zager, LL.B. | גיל-עד זגר | Shulamit Kabaz, Adv. | שולמית כבאז |
| Shiri Galon, LL.B. | שירי גלאון | Amichay Michaelis, Adv. | עמיחי מיכאליס |
| Shay Luzon, LL.B. | שי לוזון | Ofer Samoch, Adv. | עופר סמוך |
| Adir Zewevi, LL.B. | אדיר זאבי | Lital Labenski, Adv. | ליטל לבנסקי |
| Yael Trope, LL.B. | יעל טרופה | Ayelet-Hashachr Michaely, Adv. | איילת השחר מיכאלי |
| | | Pinchas Crown, Adv. | פנחס קראון |
| | | Dr. Chagai Vinizky, Adv. | ד"ר חגי ויניצקי |
| | | Doron Hackam, Adv. | דורון חכם |
| | | Consultant B.A | |

We would also like to emphasize, that even if one would claim that the submission date should not be considered as the date of sending the claim, still we believe that in accordance to any standard, 14 days are fairly reasonable frame time for a first class mail to be delivered from Israel to New York and request the honorable Court to consider this claim as timely filed and valid.

We truly believe that asking our client to suffer damages as result of technical delivery issues that are not in her control and could not be forecast by her is not justified. Our client send the claim at the date that should have been sufficient to stand in the applicable dead line.

Accordingly, we will appreciate your positive response with regard to our client request, detailed above.

- Please find attached a Power of Attorney form which empowers Orly Guy and/or Eitan Lavie to be Kupat Hatagmulim Shel Ovdey Bank Leumi Ltd. lawful attorneys concerning the Lehman Brothers Holdings Inc. claim.

All replies and contact to our response and further information shall be sent to Eitan Lavie adv. at Guy-Bachar & Co. Law Offices and Notary and Sulami-Lavie Law Firm at Rubinshtein Building 15th floor 20 Lincoln Street Tel Aviv 67134, Israel.
Telephone: 972-35615166

Sincerely,

Orly Guy, Adv.                                    Eitan Lavie, Adv.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re                                    :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (JMP)
                    Debtors.             :   (Jointly Administered)
----------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000111887 MAIL ID *** 0033399280 *** BSIUSR: 174

KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD
YEHUDA HALEVI ST NO. 9
TEL AVIV, 65135 ISRAEL

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD<br>YEHUDA HALEVI ST NO. 9<br>TEL AVIV, 65135 ISRAEL | **Claim Number:** 64331<br>**Date Filed:** 11/3/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 0.00 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax Identification number, is available on the Debtors' website at http://www.lehman-docket.com.

TOTAL P.01

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

11-OCT-2010 09:54   FROM 03 5148755                           TO  OFEK                              P.01/01

אישור על משלוח דברי דואר רשומים במרוכז         רשות הדואר                        leumi

תאריך 20.10.09

שם השולח: בנק לאומי לישראל בע"מ
מס' סניף 800   שם סניף: תסניף המרכזי, תל-אביב

| מס' | שם הנמען / מען | בס"ר רשום | R | דואר |
|---|---|---|---|---|
| 1 | Lehman Brothers / FDR station | | ✗ | |
| 2 | Holdings chains / P.O.Box 5076 | | | |
| 3 | Processing centre / New York U.S.A. | RR494138973 IL | | |
| 4 | Jammu And / Banchkula Haryan | | | |
| 5 | Kashmir Bank / India | RR494138390 IL | | |
| 6 | caixa Oustaluis / Barcelona | | | |
| 7 | I Pensions / Spain | RR494138443 IL | | |
| 8 | Kasikorn Bank / Nakorn PatRom | | | |
| 9 | Thailand | RR494138430 IL | | |
| 10 | Cross Border / London, U.K | RR494138409 IL | | |
| 11 | | | | |
| 12 | 5 × 11.9 | | | |
| 13 | 59.50 | | | |
| 14 | | | | |
| 15 | | | | |

דואר ישראל מעקב משלוחים

| שירותים לעסקים | שירותים ומוצרים | בנק הדואר | דואר שליחים | השירות הבולאי | שיווק ישיר | מודיעין | EMS |

## מודיעין דואר

איתור מיקוד

איתור סניף

מעקב משלוחים

מחירון

מדריך הדואר

שערי מט"ח

מילון מושגים

אחריות ופיצויים

לא רואים תשובות ?



ב- 349₪ בלבד!

מעקב פריטים   מידע על פריט   שמספרו RR494138973IL

הפריט שוגר לארה"ב בדרך האוויר ב 25/10/2009

ניתן לבצע מעקב אחר דואר רשום לחו"ל לאחר יציאתו מן הארץ באמצעות האתרים של המדינות הבאות:
אוסטריה, איטליה, איסלנד, אירלנד, ארה"ב, ברזיל, דנמרק, הונג קונג, טייוואן, נורבגיה, ניו זילנד, סינגפור, ספרד, פורטוגל, פינלנד, צ'כיה, קוריאה הדרומית, קנדה, רומניה, שוויץ, תאילנד.
המידע באחריות המדינות.

* לגבי דואר רשום המיועד למדינות אחרות אין אפשרות למעקב באינטרנט לאחר יציאת דבר הדואר מהארץ.
לפרטים נוספים אודות סניף הדואר לחצו כאן

למידע על פריט נוסף »

צפייה במוקדי שליחים בארץ

קיים מעקב מקוון לפריטי EMS הנשלחים מחו"ל לישראל ומישראל למדינות הבאות

למידע נוסף אודות מאפייני השירות:   EMS   דואר שליחים   דואר רשום

המידע המוצג במערכת זו הוא לידיעה בלבד ואינו מתאים לשמש אסמכתא תקפה לכל עניין שהוא ולכל הליך על פי כל דין.
חברת דואר ישראל לא תישא בכל אחריות שהיא, מכל מין וסוג בגין הסתמכות על המידע המוצג במערכת. לקבל מידע רשמי ותוקף אנא פנה למחלקת פניות הציבור באיזורך.
שולחים מכתבים, חבילות או דברי דואר בארץ או לחו"ל ?
קנו כעת בחנות המקוונת בולים , מעטפות או אריזות לחבילות.
הזמנות מעל 250 ש"ח יסופקו ללא תוספת דמי משלוח !
לרכישה כעת הקליקו כאן

תודה שהשתמשת בשירותים המקוונים של חברת דואר ישראל!

| מפת האתר | צור קשר | אודות הדואר | מרכז המבקרים | הודעות לעיתונות | תנאי שימוש | הרשמה לחנות |

13-OCT-2010  15:39    FROM  03 5148755           TO  036240111           P.01/01

## POWER OF ATTORNEY

We the undersigned, Kupat Hatagmulim Shel Ovdey Bank Leumi Ltd. Registration No. *520005497* do hereby appoint and empower: Orly Guy and/or Eitan Lavie, severally, to be our true and lawful attorneys, and, without prejudice to the general purport thereof, to perform and/or sign all or any of the actions, matters, agreements and/or documents, concerning any claim against Lehman Brothers Holdings Inc. including Representing us in all matters with respect to the Lehman Brothers Holdings Inc., including all dealings with all private and/or official and/or government entities, banks, legal authorities, and any other entity, and to sign all required documents.

IN WITNESS WHEREOF WE HAVE HEREUNTO SET OUR HAND AND SEAL TODAY

THIS 13th DAY OF OCTOBER, 2010

_____
Kupat Hatagmulim Shel Ovdey Bank Leumi Ltd.