## **<u>EXHIBIT F</u>**

### **(CHUBB 2008-2009 EXCESS POLICY)**

# POLICYHOLDER
## DISCLOSURE NOTICE OF
## TERRORISM INSURANCE COVERAGE
### (for policies with no terrorism exclusion or sublimit)

You are hereby notified that, under the Terrorism Risk Insurance Act (the "Act"), effective December 26, 2007, this policy makes available to you insurance for losses arising out of certain acts of terrorism.  Terrorism is defined as any act certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that the insurance provided by your policy for losses caused by acts of terrorism is partially reimbursed by the United States under the formula set forth in the Act.  Under this formula, the United States pays 85% of covered terrorism losses that exceed the statutorily established deductible to be paid by the insurance company providing the coverage.

However, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

10-02-1281 (Ed. 1/2003)

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The portion of your policy's annual premium that is attributable to insurance for such acts of terrorism is: $ **-0-.**

If you have any questions about this notice, please contact your agent or broker.

10-02-1281 (Ed. 1/2003)

# IMPORTANT NOTICE TO POLICYHOLDERS

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").  Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478.  Additional information may be available from your producer.

Thank you for choosing Chubb.

# Schedule of Forms

To be attached to and form part of
Policy No.    7043-0876

Company:    Federal Insurance Company

Issued to:    LEHMAN BROTHERS HOLDINGS INC.


14-02-12123 (10/06 ed.)

14-02-3756 (10/01 ed.)

14-02-9228 (4/04 ed.)

17-02-2373 (5/01 ed.)

Q06-1290 (7/06 ed.)

Q08-1140 (6/08 ed.)

QLEHMAN5 (6/05 ed.)

# *EXCESS POLICY*

DECLARATIONS

Policy Number   7043-0876

**Federal Insurance Company**,
a stock insurance company,
incorporated under the laws of
Indiana, herein called the
Company.

---

Item 1.   **Parent Organization**:   LEHMAN BROTHERS HOLDINGS INC.

Item 2.   Principal Address:   1271 Avenue of the Americas, 44th Floor
New York, NY  10020

Item 3   Limit of Liability:

Each **Policy Period**                    $15,000,000.00

Item 4.   **Underlying Insurance**:

(A)        **Primary Policy**

| Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|
| XL Specialty Insurance Company | ELU104715-08 | $20,000,000.00 | May 16, 2008 To May 16, 2009 |

(B)        Other Policies

| Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|
| | | | |

Item 5.   **Policy Period**:                    From:   12:01 a.m. on May 16, 2008
                                                 To:      12:01 a.m. on May 16, 2009

Item 6.   Endorsements Effective at Inception:   See Schedule of Forms Attached

Item 7.   Termination of Prior Policies:   None

Item 8.   Pending or Prior Date:   March 31, 1989

The Company issuing this policy has caused this policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly authorized representative of the Company.

**FEDERAL INSURANCE COMPANY**

_____
Secretary

_____
Thomas F. Motamed
President

08/21/2008
_____
Date

_____
Robert Hamburger
Authorized Representative

Form 14-02-2272 (Ed. 5/97)

# Excess Policy

In consideration of the payment of the premium and subject to the Declarations, limitations, conditions, provisions and other terms of this policy, the Company agrees as follows:

| | | |
|---|---|---|
| ***Insuring Clause*** | 1. | The Company shall provide the **Insureds** with insurance during the **Policy Period** excess of the **Underlying Limit**. Coverage hereunder shall attach only after the insurers of the **Underlying Insurance** shall have paid in legal currency the full amount of the **Underlying Limit** for such **Policy Period**. Coverage hereunder shall then apply in conformance with the terms and conditions of the **Primary Policy** as amended by any more restrictive terms and conditions of any other policy designated in Item 4(B) of the Declarations, except as otherwise provided herein. |
| ***Maintenance of Underlying Insurance*** | 2. | All **Underlying Insurance** shall be maintained in full effect during the **Policy Period** and shall afford the same coverage provided by all **Underlying Insurance** in effect upon inception of this **Policy Period**, except for any depletion or exhaustion of the **Underlying Limit** solely by reason of payment of losses thereunder. |
| ***Depletion of Underlying Limit*** | 3. | Only in the event of exhaustion of the **Underlying Limit** by reason of the insurers of the **Underlying Insurance,** or the **Insureds** in the event of financial impairment or insolvency of an insurer of the **Underlying Insurance**, paying in legal currency loss which, except for the amount thereof, would have been covered hereunder, this policy shall continue in force as primary insurance, subject to its terms and conditions and any retention applicable to the **Primary Policy**, which retention shall be applied to any subsequent loss in the same manner as specified in the **Primary Policy**. |
| | | The risk of uncollectability of any **Underlying Insurance**, whether because of financial impairment or insolvency of an underlying insurer or any other reason, is expressly retained by the **Insureds** and is not in any way insured or assumed by the Company. |
| ***Underlying Sublimits*** | 4. | If any **Underlying Limit** is subject to a **Sublimit**: |
| | a. | coverage hereunder shall not apply to any claim which is subject to such **Sublimit**, however, |
| | b. | the **Underlying Limit** shall be recognized hereunder as depleted to the extent of any payment of such claim subject to such **Sublimit**. |
| ***Limit of Liability*** | 5. | The Company's maximum liability for loss shall be the amount set forth in Item 3 of the Declarations. |
| ***Claim Participation*** | 6. | The Company may, at its sole discretion, elect to participate in the investigation, settlement or defense of any claim covered by this policy even if the **Underlying Insurance** has not been exhausted. |

| | | |
|---|---|---|
| **Pending or Prior Matters** | 7. | The Company shall not be liable under this policy for any loss which is based upon, arises from or is in consequence of any demand, suit or other proceeding pending, or order, decree or judgment entered against any **Insured** on or prior to the Pending or Prior Date set forth in Item 8 of the Declarations, or the same or any substantially similar fact, circumstance or situation underlying or alleged therein. |
| **Subrogation - Recoveries** | 8. | In the event of any payment under this policy, the Company shall be subrogated to the extent of such payment to all the **Insureds'** rights of recovery and the **Insureds** shall execute all papers required and shall do everything necessary to secure and preserve such rights, including the execution of such documents necessary to enable the Company effectively to bring suit in the name of the **Insured**. |
| | | Any amounts recovered after payment of loss hereunder shall be apportioned in the inverse order of payment to the extent of actual payment. The expenses of all recovery proceedings shall be apportioned among the recipients of the recovery in the ratio of their respective recoveries. |
| **Notice** | 9. | The **Insureds** shall, as a conditions precedent to exercising their rights under this policy, give to the Company written notice as soon as practicable of the cancellation of any **Underlying Insurance**, any notice given under any **Underlying Insurance** and additional or return premiums charged or paid in connection with any **Underlying Insurance**. |

Notice to the Company under this policy shall be given in writing addressed to:

Notice of claim:   Home Office Claims Department
                   Chubb Group of Insurance Companies
                   15 Mountain View Road
                   Warren, New Jersey 07059

All other notices: Executive Protection Practice
                   Chubb Group of Insurance Companies
                   15 Moutain View Road
                   Warren, New Jersey 07059

Such notice shall be effective on the date of receipt by the Company at such address.

| | | |
|---|---|---|
| **Company Authorization Clause** | 10. | By acceptance of this policy, the **Parent Organization** named in Item 1 of the Declarations agrees to act on behalf of all the **Insureds** with respect to the giving and receiving of notice of claim or termination, the payment of premiums and the receiving of any return premiums that may become due under this policy, the negotiation, agreement to and acceptance of endorsements, and the giving or receiving of any notice provided for under this policy (except the giving of notice to apply for any extended reporting period), and the **Insureds** agree that the **Parent Organization** shall act on their behalf. |
| **Alteration** | 11. | No change in, modification of, or assignment of interest under this policy shall be effective except when made by written endorsement to this policy which is signed by an authorized representative of the Company. |

# Excess Policy

**Policy Termination**

12.  This policy shall terminate at the earliest of the following times:

(a)  sixty days after the receipt by the **Parent Organization** of a written notice of termination from the Company;

(b)  upon the receipt by the Company of written notice of termination from the **Parent Organization**;

(c)  upon expiration of the **Policy Period**;

(d)  thirty days after the effective date of any alteration or termination of any **Underlying Insurance**, whether by the **Insureds** or any insurer of the **Underlying Insurer**, unless the Company (i) receives written notice of such alteration or termination from the **Parent Organization**, (ii) receives such information as the Company reasonably requests, and (iii) agrees, pursuant to an endorsement, not to terminate this policy; or

(e)  at such other time as may be agreed upon by the Company and the **Parent Organization**.

Notice of cancellation or non-renewal of the **Primary Policy** duly given by the primary insurer shall serve as notice of the cancellation or non-renewal of this policy by the Company.

The Company shall refund the unearned premium computed at customary short rates if the policy is terminated by the **Parent Organization**. Under any other circumstances the refund shall be computed pro rata.

**Termination of Prior Policies**

13.  Any policies specified in Item 7 of the Declarations shall terminate, if not already terminated, as of the inception date of this policy.

**Policy Definitions**

14.  When used in this policy:

**Insureds** means those persons or organizations insured under the **Primary Policy**.

**Parent Organization** means the organization designated in Item 1 of the Declarations.

**Primary Policy** means the policy scheduled in Item 4(A) of the Declarations or any policy of the same insurer replacing or renewing such policy.

**Policy Period** means the period of time specified in Item 5 of the Declarations, subject to prior termination in accordance with Section 12 above. If any extended reporting period is exercised, such extension shall be treated as set forth in the **Primary Policy**.

**Sublimit** means any **Underlying Insurance** limit of liability which:

a.  applies only to a particular grant of coverage under such **Underlying Insurance**, and

b.  reduces and is part of the otherwise applicable limits of liability of such **Underlying Insurance** set forth in Item 4 of the Declarations.

| | |
|---|---|
| ***Policy Definitions***<br>*(continued)* | **Underlying Insurance** means all policies scheduled in Item 4 of the Declarations and any policies of the same insurers replacing or renewing them.<br><br>**Underlying Limit** means the amount equal to the aggregate of all limits of liability as set forth in Item 4 of the Declarations for all **Underlying Insurance**, subject to any **Sublimits**, plus the applicable uninsured retention, if any, under the **Primary Policy**. |

**ENDORSEMENT/RIDER**

Effective date of
this endorsement/rider: May 16, 2008

Federal Insurance Company

Endorsement/Rider No. 1

To be attached to and
form a part of Policy No. 7043-0876

Issued to:  LEHMAN BROTHERS HOLDINGS INC.

---

AMEND INSURING CLAUSE AND DEPLETION OF UNDERLYING LIMITS SECTION ENDORSEMENT

In consideration of the premium charged, it is agreed that:

(1)     The following definitions are added to Section 14, Policy Definitions:

"**Underlying Policy**" means a policy scheduled in Item 4(A) or Item 4(B) of the Declarations (or a policy of the same insurer that replaces or renews any such scheduled policy during the **Policy Period**);

"**Underlying Insurer**" means the insurer(s) of each respective **Underlying Policy**.

(2)     Section 1, Insuring Clause, is deleted and replaced with the following:

The Company shall provide the **Insureds** with insurance during the **Policy Period** excess of the **Underlying Limit**. Coverage hereunder shall attach only after the **Underlying Insurers** and/or, subject to paragraph (3) of this endorsement, the **Insureds**, shall have paid in legal currency the full amount of the **Underlying Limit** for such **Policy Period**. Coverage hereunder shall then apply in conformance with the terms and conditions of the **Primary Policy** as amended by any more restrictive terms and conditions of any other policy designated in Item 4(B) of the Declarations, except as otherwise provided herein.

(3)     Section 3, Depletion of Underlying Limit is deleted and replaced with the following:

In the event of exhaustion of the **Underlying Limit** by reason of the **Underlying Insurers** and/or the **Insureds**, paying in legal currency loss which, except for the amount thereof, would have been covered hereunder, this Policy shall continue in force as primary insurance, subject to its terms and conditions and any retention applicable to the **Primary Policy,** which retention shall be applied to any subsequent loss in the same manner as specified in the **Primary Policy**.

If the **Insureds** have for any reason (other than the financial impairment or insolvency of an **Underlying Insurer**) contributed to the payment of a loss which:

(i)      would otherwise be covered under this Policy;
(ii)     payment for such loss is sought under any **Underlying Insurance** together with this Policy; and
(iii)    such contribution to the payment of loss by the **Insureds** together with any payment by the **Underlying Insurers** exhausts the **Underlying Limit**, then the amount of the limit of liability of this Policy that would otherwise be available for payment of such loss shall, at a minimum, be reduced by the highest percentage by which the limit of any **Underlying**

**Policy** was reduced as a result of such payment by the **Insureds**.  However, the limit of liability of this Policy shall only be reduced by the amount paid by the Company for such loss unless otherwise agreed to by the **Insureds** and the Company.

The title and any headings in this endorsement/rider are solely for convenience and form no part of the terms and conditions of coverage.

All other terms, conditions and limitations of this Policy shall remain unchanged.

_Robert Hamburger_

_____
Authorized Representative

**ENDORSEMENT**

Effective date of
this endorsement: May 16, 2008

Company:  Federal Insurance Company

Endorsement No. 2

To be attached to and
form a part of Policy No. 7043-0876

Issued to:  LEHMAN BROTHERS HOLDINGS INC.

---

NEW YORK AMENDATORY ENDORSEMENT

In consideration of the premium charged, it is agreed that:

(1)    If judgment against any person or entity entitled to coverage under the policy remains unsatisfied
thirty (30) days after the serving of notice of entry of judgment upon such person or entity (or his,
her or its attorney) and upon the Company, then, except during a stay or limited stay of execution
against such person or entity on such judgment, an action may be maintained against the
Company under the policy for the amount of such judgment.  Nothing herein is intended,
however, nor shall it be construed, to obligate the Company to make any payment it would not
otherwise be obligated to make under the terms, conditions, limitations and endorsements of the
policy, or to pay any Loss in excess of the then-available Limit of Liability under the policy.

(2)    Notice of any claim or of any circumstances which may give rise to a claim, whether by or on
behalf of any person or entity entitled to coverage under this policy or by or on behalf of any
claimant against any such person or entity, will be deemed written notice to the Company if given
to any licensed agent of the Company in the State of New York, with particulars sufficient to
identify the person or entity entitled to coverage.

(3)    Failure by any person or entity entitled to coverage under the policy to give any notice required to
be given within any prescribed time will not invalidate any coverage that would otherwise have
been available if it is shown that (a) it was not reasonably possible to give such notice within the
prescribed time, and (b) notice was given as soon as reasonably possible.

(4)    Section 12.  Policy Termination is deleted and replaced with the following:

"Policy Termination
12.  This policy shall terminate in accordance with the following provisions:

(a) The Parent Organization may cancel this policy at any time by written notice stating when
thereafter such cancellation is to be effective.  Except as set forth in 12.(g) below, the
Company may cancel this policy only for non-payment of premium, and only by delivering or
mailing to the Parent Organization, with a copy to the agent or broker of record, if any, written
notice stating when, not less than fifteen (15) days thereafter, such cancellation will become
effective and stating the reason for such cancellation.  Proof of mailing of such notice will be

sufficient proof that the notice was given and this policy will terminate at the date and hour specified in such notice.

(b) The Company will refund the unearned premium computed at the customary short rate if this policy is cancelled by the Parent Organization.

(c) The Company may

    (i)   non-renew this policy, or

    (ii)  condition its renewal upon a change in limits, change in the type of coverage, reduction of coverage, increased deductibles or retentions or addition of exclusions, or upon increased premiums in excess of ten percent (10%) of the expiring rate (exclusive of premiums commensurate with insured value added subsequent to issuance of this policy or at the request of the Parent Organization or as a result of experience rating or retrospective rating);

    (iii) condition its renewal upon requirements relating to the Underlying Insurance, in which event the conditional renewal notice shall be treated as an effective notice of nonrenewal if such requirements are not satisfied as of the later of the Expiration Date in ITEM 5 of the Declarations or sixty days after the mailing or delivery of such notice;"

by mailing or delivering to the Parent Organization, at least sixty (60) days but not more than one hundred twenty (120) days before the end of the Policy Period as set forth in Item 5 of the Declarations, written notice containing the specific reason or reasons for non-renewal or conditional renewal, and setting forth the amount of any premium increase and the nature of any other proposed changes. Any notice of non-renewal will advise the Parent Organization of any rights to coverage and the duration thereof. Copies of notices required under this paragraph will also be mailed or delivered to the authorized insurance agent or broker of record, if any. This requirement will not apply when the Parent Organization or an agent or broker authorized by such entity has mailed or delivered written notice that this policy has been replaced or is no longer desired. If the Company provides notice of non-renewal and subsequently extends the Policy Period for ninety (90) days or less, no additional notice of non-renewal will be required.

(d) If before the end of the Policy Period as set forth in Item 5 of the Declarations the Company provides an incomplete or late conditional renewal notice, coverage hereunder will remain in effect on the same terms and conditions and at the lower of the current rates or the rates for the prior period until sixty (60) days after proper notice is mailed, unless the Parent Organization elects to cancel sooner; provided, however, that if the Parent Organization elects to accept the terms, conditions and rates of the conditional renewal notice and renews this policy on that basis, such terms, conditions and rates will govern upon expiration of such sixty (60) day period.

(e) If before the end of the Policy Period as set forth in Item 5 of the Declarations the Company fails to provide timely or substantially complete notice of non-renewal or conditional renewal, coverage will remain in effect on the same terms and conditions as this policy for another Policy Period at the lower of the proposed or existing Policy Period premium rates.

(f) The Limit of Liability set forth in Item 3 of the Declarations will not be increased by any non-renewal or conditional renewal notification requirements except that it will be increased in proportion to the extension of the policy.

(g) Notwithstanding anything to the contrary in this policy, this policy may be cancelled by the Company for acts or omissions by the Parent Organization or its representative constituting fraud or material misrepresentation in obtaining the policy or in presenting a claim under the

policy.  Such cancellation will be with respect solely to the coverage afforded under this policy for the Underlying Insurance under which the fraud or material misrepresentation occurred. Written notice stating when, not less than fifteen (15) days thereafter, such cancellation shall be effective, will be mailed or delivered to the Parent Organization at the last address known to the Company and its authorized agent or broker, if any.  Such notice shall state the specific reason(s) for the cancellation.  Proof of mailing is sufficient proof that the proper notice has been given."

(5)    The bankruptcy or insolvency of the Insureds, or the Insureds estate(s), shall not relieve the Company of its obligations nor deprive the Company of its rights under this policy.

(6)    It is hereby understood and agreed that, notwithstanding anything in the policy to the contrary, with respect to such insurance as is afforded by the policy, the terms of the policy, as respects coverage for operations in the State of New York, shall conform to the coverage requirements of the applicable insurance laws of the State of New York, or the applicable regulations of the New York Insurance Department; provided, however, that the Company's Limit of Liability, as set forth in Item 3 of the Declarations, shall be excess of the limits of liability of any Underlying Insurance, or self-insurance, as stated in Item 3 of the Declarations, or in any endorsement attached hereto.

(7)    The policy will be deemed to have been amended to the extent necessary to effect the purposes of this Amendatory Endorsement.

The regulatory requirements of this Amendatory Endorsement shall supersede and take precedence over any provisions of the policy or any endorsement to the policy, whenever added, that are inconsistent with or contrary to the provisions of this Amendatory Endorsement, unless such policy or endorsement provisions comply with the applicable insurance laws of the State of New York.

All other terms, conditions and limitations of this policy shall remain unchanged.

_Robert Hamburger_

_____
Authorized Representative

ENDORSEMENT/RIDER

Effective date of
this endorsement/rider: May 16, 2008

Federal Insurance Company

Endorsement/Rider No. 3

To be attached to and
form a part of Policy No. 7043-0876

Issued to:  LEHMAN BROTHERS HOLDINGS INC.

---

### COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS

It is agreed that this insurance does not apply to the extent that trade or economic sanctions or other laws
or regulations prohibit the coverage provided by this insurance.

The title and any headings in this endorsement/rider are solely for convenience and form no part of the terms and
conditions of coverage.

All other terms, conditions and limitations of this Policy shall remain unchanged.

_____
Authorized Representative

Effective date of
this Endorsement: May 16, 2008

**Federal Insurance Company**

Endorsement No.:    4

To be attached to and form a part of Policy
Number:              7043-0876

Issued to:    LEHMAN BROTHERS HOLDINGS INC.

---

### AMENDED NOTICE ENDORSEMENT

It is agreed that Section 9, Notice, of this Policy, is amended by deleting the second paragraph in its entirety
and replacing it with the following:

Notices required to be given to the Company under this policy shall be given in writing addressed to:

<u>Notice of Claims:</u>

Home Office Claims Department
Chubb Group of Insurance Companies
15 Mountain View Road
Warren, New Jersey  07059

<u>All Other Notices:</u>

Department of Financial Institutions
Chubb Group of Insurance Companies
15 Mountain View Road
Warren, New Jersey  07059

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date:  May 16, 2008

By  _____
           Authorized Representative

**ENDORSEMENT/RIDER**

Effective date of
this endorsement/rider: May 16, 2008

Federal Insurance Company

Endorsement/Rider No. 5

To be attached to and
form a part of Policy No. 7043-0876

Issued to:  LEHMAN BROTHERS HOLDINGS INC.

---

FOLLOW FORM ENDORSEMENT

In consideration of the premium charged, it is agreed that in the event of any conflict between the provisions of this
Policy and the terms and conditions of the **Primary Policy**, then the terms and conditions of the **Primary Policy** shall
control, except with regard to premium, limit of liability, retention or attachment point, and the Pending & Prior
Litigation Exclusion date, and in no event shall the coverage provided under this Policy be more broad than the
coverage under the **Primary Policy** or any **Underlying Insurance**.

It is further understood and agreed that in any case where this Policy contains any provision which is not referenced in
the terms and conditions of the **Primary Policy**, then the provisions of this Policy shall prevail.

The title and any headings in this endorsement/rider are solely for convenience and form no part of the terms and
conditions of coverage.

All other terms, conditions and limitations of this Policy shall remain unchanged.


_____
Authorized Representative

**ENDORSEMENT/RIDER**

Effective date of
this endorsement/rider: May 16, 2008

Federal Insurance Company

Endorsement/Rider No. 6

To be attached to and
form a part of Policy No. 7043-0876

Issued to:  LEHMAN BROTHERS HOLDINGS INC.

OUTSIDE DIRECTORSHIP CLAIMS ENDORSEMENT

In consideration of the premium charged, it is agreed that:

1.      The following Section is added to the policy:

      15.      Non-Accumulation of Limits

          If any loss arising from a claim made against any **Insured**, as covered by the **Primary Policy** under Endorsement Number 34, Amend Insured Person Endorsement (hereinafter "ODL Claim"), including any revisions or amendments made to Endorsement Number 34, is covered under any other valid policy(ies) issued by any member company of the Chubb Group of Insurance Companies, then the total amount the Company shall pay under all such policies for all covered loss an account of such claim shall not exceed the combined aggregate Limit of Liability of $25,000,000.

          Further, solely with respect to an ODL Claim, this Policy shall recognize any payment of loss made by the insurers of the **Underlying Insurance**, any of the member companies of the insurers of the **Underlying Insurance** or any **Insured**, as being part of the **Underlying Limit** with respect to an ODL Claim.

          Nothing in this Section shall be construed as increasing the respective Limits of Liability beyond the amount stated in each of the respective policies.

2.      Solely as respects an ODL Claim, Section 4. Underlying Sublimits is deleted in its entirety.

The title and any headings in this endorsement/rider are solely for convenience and form no part of the terms and conditions of coverage.

All other terms, conditions and limitations of this Policy shall remain unchanged.


_____
Authorized Representative

**ENDORSEMENT**

Effective date of
this endorsement: May 16, 2008

Company: Federal Insurance Company

Endorsement No. 7

To be attached to and
form a part of Policy No. 7043-0876

Issued to: LEHMAN BROTHERS HOLDINGS INC.

---

### AMEND SECTIONS 1 AND 3 FOR NON-INDEMNIFIABLE LOSS ENDORSEMENT

In consideration of the premium charged, it is agreed:

(1)   Solely with respect to loss covered under Insuring Agreement I. (A) of the **Primary Policy**, the second sentence of Section 1 Insuring Clause of this Policy is amended to read in its entirety as follows:

Coverage hereunder shall attach only after the insurers of the **Underlying Insurance** shall have paid in legal currency the full amount of the **Underlying Limit** for such **Policy Period**; except that in the event of financial impairment or insolvency of an insurer of any policy of **Underlying Insurance** (an "Underlying Policy"), coverage otherwise afforded by this Policy shall drop down and attach, to the extent of the unexhausted portion of such Underlying Policy's limit of liability (but subject in all events to this Policy's own limit of liability as set forth in Item 3 of the Declarations), at the point where such Underlying Policy would have attached had such financial impairment or insolvency not occurred.

(2)   Solely with respect to loss covered under Insuring Agreement I. (A) of the **Primary Policy**, Section 3 Depletion of Underlying Limit of this Policy is deleted and replaced with the following:

3.   Only in the event of:

(a)   exhaustion of the **Underlying Limit** by reason of the insurers of the **Underlying Insurance** paying in legal currency loss which, except for the amount thereof, would have been covered hereunder; or

(b)   financial impairment or insolvency of the insurers of the **Underlying Insurance**,

this Policy shall continue in force as primary insurance, subject to its terms and conditions and any retention applicable to the **Primary Policy**, which retention shall be applied to any subsequent loss in the same manner specified in the **Primary Policy**.

The title and any headings in this endorsement are solely for convenience and form no part of the terms and conditions of coverage.

All other terms, conditions and limitations of this policy shall remain unchanged.

_____
Authorized Representative