# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 28, 2010

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

**VIA ECF**
Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc.
Case No. 08-13555 (JMP)

Dear Sir/Madam:

Please remove my name and address [gponto@bakerlaw.com] from the electronic service list in the above-referenced case immediately. I am no longer involved with this case and do not wish to receive electronic ECF notices for this case. Thank you.

Very truly yours,

s/Geraldine E. Ponto

Geraldine E. Ponto

GEP/nml