# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.** Case Nos. 08-13555
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Cantor Fitzgerald Securities** | **Caixa Geral de Depositos S.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 2430

Claim Amount: $100,148,932.56

Name and Address where notices to Transferee should be sent:

Cantor Fitzgerald Securities
110 East 59th Street, 4th Floor
New York, New York 10022
Attn: Stephen Ewald
Tel: 212.829.5238
Email: SEwald@cantor.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CANTOR FITZGERALD SECURITIES**

By: _/s/ Stephen P. Ewald_    Date: 10/27/10
Name: Stephen P. Ewald
Title: Assistant General Counsel

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Caixa Geral de Depositos S.A.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Cantor Fitzgerald Securities** ("Buyer") all rights, title and interest in and to the Claim of Seller referenced as proof of claim number 2430 in the principal amount of $100,148,932.56 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of September, 2010.

| SELLER: | BUYER: |
|---|---|
| CAIXA GERAL DE DEPOSITOS S.A. | CANTOR FITZGERALD SECURITIES |
| By_____  _____<br>Dale Prusinowski    Luis Oliveira<br>Name:<br>Deputy General    Comptroller<br>Title: Manager | By_____<br>Name: James Bond<br>Title: Chief Operating Officer |

