

*De Vereenigde*
*Effecten Compagnie*

The Chambers of The Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601
United States of America



Edam, october 5th 2010

Dear Sirs,

**Re: disallowed claim Lehman Brother Holdings Inc, et all
United States Bankruptcy Court, Southern District of new York
Chapter 11 Case No. 08-13555 (JMP)
Claimnumber 66063 Date Filed 11/3/2009 Debtor 08-13555
Classification and amount UNSECURED US$ 11,668.49**

Through this letter we, as Asset managers with full power of attorney for our client P.C. König object to you disallowing the claim mentioned above to wich our client is entitled. The reasons for our objection are as follows:

a) The claim documentation was filed properly and sent to you timely (Exh 1) It was send as a batch with other calims on ( 22 october 2009 ), who have all been received by you timely. It therefore is impossible that you did not receive this one

b) We have sent a letter to the United States Bankruptcy Court on october 22nd 2009 with attached a list of all claimants under this bankruptcy, including this one (Exh 2)

Therefore there is no reason to deny the claim.

Please note that we are living in Europe and english is not our native language. Also note that it is practically impossible for us to come to a hearing in th U.S. in person. Therefore we choose to be heard by telephone.

Sincerely,
**N.V. Vereenigde Effceten Compagnie**

United States Bankruptcy Court/Southern District of new York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, N.Y 10150-5076

Edam, The Netherlands, october 22nd 2009

Dear Sirs,

Attached we send you a complete list of clients who have a claim towards Lehman Brothers Holding with specifications and block numbers. All of these clients have filed their claim as instructed; they have printed the form, signed it and sent it tou your Court, so either they are already into your possession, or should be so within a few days.

The aim of this list is to provide a complete overview and extra checking opportunity to be certain that all of our clients claims came into your possesion. In case of any questions, suggestions or remarks, please contact us. The best way is via e-mail: info@effectencompagnie.nl

Yours sincerely,

N.V. Vereenigde Effecten Compagnie
A. van der Luyt, general manager

1 Attachment, 3 pages.



| Account Number | Family Name | Surname | e-Mail | Claim Amount US$ Incl. Intrest | ISIN | Name | Cur. | Quantity | Block Number |
|---|---|---|---|---|---|---|---|---|---|
| 85858 | | | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 6045225 |
| 04682 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045159 |
| 09021 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045161 |
| 13592 | | | | 97,474.88 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6047923 |
| 13592 | | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 46,000 | 6045155 |
| 17709 | | | | 86,290.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 26,000 | 6045830 |
| 17709 | | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 2,000 | 6047925 |
| 17709 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 30,000 | 6045113 |
| 17709 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 6045227 |
| 22207 | | | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 20,000 | 6047927 |
| 22207 | | | | 84,347.83 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 37,000 | 6045147 |
| 30977 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 6047928 |
| 30977 | | | | 15,190.53 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 6,000 | 6047930 |
| 31280 | | | | 60,163.96 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 35,000 | 6045115 |
| 41952 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 27,000 | 6045229 |
| 41952 | | | | 39,381.15 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 6045231 |
| 49805 | | | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 8,000 | 6047932 |
| 58501 | | | | 12,152.43 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 50,000 | 6045117 |
| 61165 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045149 |
| 62038 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 76,000 | 6045233 |
| 71268 | | | | 110,850.64 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 6045235 |
| 81541 | | | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 6045237 |
| 82896 | | | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045239 |
| 84370 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045241 |
| 85912 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045243 |
| 88560 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045245 |
| 88800 | | | | 5,834.24 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 4,000 | 6045119 |
| 88844 | | | | 29,171.22 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 20,000 | 6047886 |
| 90068 | | | | 140,129.35 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 50,000 | 6047886 |
| 99128 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 44,000 | 6045157 |
| 99128 | | | | 20,419.85 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 14,000 | 6045247 |
| 99219 | | | | 11,668.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 8,000 | 6045249 |
| 96137 | König | | P.C. | pauline.konig@12move.nl | 109,392.08 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 75,000 | 6045251 |
| 00027 | | | | 37,976.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6047896 |
| 01298 | | | | 131,270.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 90,000 | 6045121 |
| 06214 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045151 |
| 09094 | | | | 116,684.88 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 80,000 | 6045123 |
| 18352 | | | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 6045253 |
| 35095 | | | | 281,024.87 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 185,000 | 6047887 |
| 52674 | | | | 516,478.14 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 340,000 | 6047888 |
| 52704 | | | | 483,058.97 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 318,000 | 6047894 |
| 00768 | | | | | | | | | |