

*De  Vereenigde*

*Effecten  Compagnie*

The Chambers of The Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601
United States of America

Edam, october 5th 2010

Dear Sirs,

**Re: disallowed claim Lehman Brother Holdings Inc, et all**
**United States Bankruptcy Court, Southern District of new York**
**Chapter 11 Case No. 08-13555 (JMP)**
**Claimnumber 64413 Date Filed 11/3/2009 Debtor 08-13555**
**Classification and amount UNSECURED US$ 17,502.73  Blocking number 6045241**

Through this letter we, as Asset managers with full power of attorney for our client C.H. van Gestel object to you disallowing the claim mentioned above to wich our client is entitled. The reasons for our objection are as follows:

a) The claim documentation was filed properly and sent to you timely (Exh 1) It was send as a batch with other calims on ( 22 october 2009 ), who have all been received by you timely. It therefore is impossible that you did not receive this one

b) We have sent  a letter to the United States Bankruptcy Court on october 22nd 2009 with attached a list of all claimants under this bankruptcy, including this one (Exh 2)

Therefore there is no reason to deny the claim.

Please note that we are living in Europe and english is not  our native language. Also note that it is practically impossible for us to come to a hearing in th U.S. in person. Therefore we choose to be heard by telephone.

Sincerely,
**N.V. De Vereenigde Effceten Compagnie**



RECEIVED

OCT 2 2 2010

U.S. BANKRUPTCY COURT, SDNY
JMP

United States Bankruptcy Court/Southern District of new York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, N.Y 10150-5076

**Edam, The Netherlands, october 22nd 2009**

Dear Sirs,

Attached we send you a complete list of clients who have a claim towards Lehman Brothers Holding with specifications and block numbers. All of these clients have filed their claim as instructed; they have printed the form, signed it and sent it tou your Court, so either they are already into your possession, or should be so within a few days.

The aim of this list is to provide a complete overview and extra checking opportunity to be certain that all of our clients claims came into your possesion. In case of any questions, suggestions or remarks, please contact us. The best way is via e-mail: info@effectencompagnie.nl

Yours sincerely,

N.V. Vereenigde Effecten Compagnie
A. van der Luyt, general manager

1 Attachment, 3 pages.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Gestel, C.H. van<br>Raminhout 11<br>2719KM  Zoetermeer<br>The Netherlands<br><br>+31(0)299 - 315 778          christ.vangestel@wanadoo.nl<br>Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>  *(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __17,502,73_____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.  **For schedule of ISIN codes and Blocking numbers see the bottom of this page**

International Securities Identification Number (ISIN): _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:  **See the bottom of this page for the Kas Bank N.V. Blocking Numbers**

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:  0222988568  (Kas Bank N.V.)

(Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| **Date**<br><br>10/16/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| ISIN Code | Name of Security | Quantity | Blocking Number |
|---|---|---|---|
| XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR  12.000 | 6045241 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                              Debtors.             :        (Jointly Administered)
                                                   :
------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000111733 MAIL ID *** 0033299313 *** BSIUSE: 207

GESTEL, C.H. VAN
RAMINHOUT 11
ZOETERMEER, 2719 KM NETHERLANDS

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address:<br>GESTEL, C.H. VAN<br>RAMINHOUT 11<br>ZOETERMEER, 2719 KM NETHERLANDS<br>3AA<br> | **Claim Number:**    64413 |
| | **Date Filed:**    11/3/2009 |
| | **Debtor:**    08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 17,502.73 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

| Account Number | Name fields | Claim Amount US$ Incl. Intrest | ISIN | Name | Cur. | Quantity | Block Number |
|---|---|---|---|---|---|---|---|
| 222285858 | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 6045225 |
| 222904682 | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045159 |
| 222909021 | | 72,928.06 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045161 |
| 222913592 | | 97,474.88 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6047923 |
| 222913592 | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 46,000 | 6045155 |
| 222917709 | | 86,290.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 26,000 | 6045830 |
| 222917799 | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 2,000 | 6047925 |
| 222917709 | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 30,000 | 6045113 |
| 222922079 | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 6045227 |
| 222930977 | | 84,347.83 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6047927 |
| 222930977 | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 37,000 | 6045147 |
| 222931280 | | 15,190.53 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 10,000 | 6047928 |
| 222941952 | | 60,163.96 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 6,000 | 6047930 |
| 222941952 | | 39,381.15 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 35,000 | 6045115 |
| 222949805 | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 27,000 | 6045229 |
| 222958502 | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 6045231 |
| 222961163 | | 12,152.43 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 8,000 | 6047932 |
| 222962038 | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045117 |
| 222971266 | | 110,850.64 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 76,000 | 6045233 |
| 222981547 | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 6045235 |
| 222982896 | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 6045237 |
| 222984376 | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045239 |
| 222984917 | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045241 |
| 222988568 | Gestel C.H. van christ.vangestel@wanadoo.nl | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045243 |
| 222988800 | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 6045243 |
| 222988843 | | 5,834.24 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 4,000 | 6045245 |
| 222990686 | | 29,171.22 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 20,000 | 6045119 |
| 222991283 | | 140,129.35 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 50,000 | 6047886 |
| 222991283 | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 44,000 | 6045157 |
| 222992190 | | 20,419.85 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 14,000 | 6045247 |
| 222996137 | | 11,668.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 8,000 | 6045249 |
| 223000027 | | 109,392.08 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 75,000 | 6045251 |
| 223501298 | | 37,976.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6047896 |
| 223506214 | | 131,270.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 90,000 | 6045121 |
| 223509094 | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045151 |
| 223518382 | | 116,684.88 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 80,000 | 6045123 |
| 223535085 | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 6045253 |
| 223552674 | | 281,024.87 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 185,000 | 6047887 |
| 223552704 | | 516,478.14 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 340,000 | 6047888 |
| 223600768 | | 483,058.97 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 318,000 | 6047894 |