October 18th, 2010

UNITED STATES BANKRUPTCY

SOUTHERN DISTRICT OF NEW YORK

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue

New York, New York 10153

(212) 310 – 8000

Shai Y. Waisman

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

In re

LEHMAN BROTHERS HOLDINGS INC., et al., Debtors

In response to the objection notice for claim # 64365, Mr. Pedro Steinhardt opposes to the DISALLOWANCE, EXPUNGEMENT, REDUCTION OR RECLASSIFICATION of his claim stating that he does not speak English and therefore had difficulties understanding the instructions for the claim and the November 2nd, 2009 deadline for filling such claim. Despite his language barrier he was able to file the claim but did so very close to the bar date. Also the fact that he lives in Argentina did not help because it took two business days for the courier to deliver the claim.

Creditor Name and address:

Steinhardt, Pedro

Amenabar 1572 P2 "A"

Buenos Aires, 1426 Argentina

Claim Number: 64365

Date Filed:    11/3/2009

Debtor:    08-13555

Classification and Amount:    UNSECURED $ 24,000



RECEIVED
OCT 21 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

**GUIA AEREA** (No negociable)
http://www.dhl.com

6 6 4 5 2 6 8 2 9 1

ORIGEN: MVD
CÓDIGO DE DESTINO: TSS

Enviado por (remitente):
BUERO
URUGUAY

Para (Destinatario):
Nombre de la Compañía: EPIQ BANKRUPTCY SOLUTIONS LLC
Dirección de entrega:
AEN LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING
757 Third Avenue 3rd Floor
NEW YORK NY
Código postal: 10017
País: UNITED STATES

Fecha: 10/30/09