The chambers of the Honorable James M. Peck
One Bowling Green, New York
New York 10004, Courtroom 601

Ove Nordhagen
Hagaveien 17
n-1960 Løken, Norway                        2010 10 18

Claim Number;           64995

To the respective court/ whom it may concern,

This is a complaint written in response to the denial of claim received from You September 13th 2010.

I want to stress that according to the (claim) deadline set forth, <u>the forms were electronically filled out in time</u> and the <u>corresponding papers posted ahead of the November 2nd bar date</u>. Attached is the Norwegian Royal Mails official proof of paid postage for the delivery.

I was very surprised to receive the rejection and hope this clarifies the matter and enables the procedures to continue as they should.

Thank you for the understanding and time.

Best wishes

*Ove Nordhagen*
Ove Nordhagen


RECEIVED OCT 22 2010 U.S. BANKRUPTCY COURT, SDNY JMP