

# ZPR INTERNATIONAL, INC.
P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

October 15, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
    ZPR International Inc. Claim Number    6530
    Originally filed:    7/28/2009
    Classification and Amount:    ADMIN: $216,000.00

Dear

We object to the request to disallow and expunge our claim. The objection was based on the fact that we inadvertently did not fill in the Case Number and Debtor name in the boxes on the form. This omission was probably made because our claim is against the lead Debtor and under the main claim number.

We are enclosing a new claim form with all the information.

Sincerely,

Max Zavanelli,
President

CC:    Weil Gotshal & Manges LLP
    767 fifth Avenue
    New York, New York 10153
    Attn: Shai Waisman, Esq.

    The Office of the United States Trustee for the Southern District of New York
    33 Whitehall Street
    21st Floor
    New York, New York 10004
    Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,
    Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York 10004
    Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.



RECEIVED OCT 2 2 2010 U.S. BANKRUPTCY COURT, SDNY JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                           :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)

            Debtors.                            :    (Jointly Administered)

                                                :

------------------------------------------------------------x

LBH OMNI46 09-24-2010 (MERGE2,TXNUM2) 4000053191 MAIL ID *** 0033526413 *** BSIUSE: 80

ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL,
ERIK ENCARNACION, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 | **Claim Number:** 6530<br>**Date Filed:** 7/28/2009<br>**Classification and Amount:** ADMIN: $ 216,000.00 |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as it was submitted without specifying a case number or a Debtor against whom the claim is asserted. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Bros. Hldg. Inc | 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR, DBF, CREDNUM) CREDNUM #1000151475
ZPR INTERNATIONAL INC.
1642 N. Volusia Ave
Orange City, FL 32763
Attn: Max Zavanelli

Telephone number: 386-775-1177   Email Address: max@zprinternational.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 6530
(If known)

Filed on: 7/28/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:   Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 216,000.00
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Third Party Payment due
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 6926
   3a. Debtor may have scheduled account as: 6926
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

   Amount entitled to priority:
   $_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: Oct-15 2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FROM : ZPR INT ATST          FAX NO. : +3702731659          Sep. 26 2002 12:00PM P1

## Agreement Between
## ZPR International, Inc.
## And The Subscriber

WHEREAS, ZPR International, Inc. ("ZPR") provides certain Investment Data, defined as: models, methodologies, quantitative techniques, databases and reports ("Investment Data") which ZPR prepares and updates on a regular basis and which are available through ZPR's software and reports as well as other research services and reports ZPR may, from time to time prepare and provide; and

WHEREAS, LEHMAN BROTHERS ("Subscriber") desires to subscribe to the Investment Data and research services to have them provided on Subscriber's behalf to OppenheimerFunds, Inc. ("OFI") which has been on a continuing basis since 1998.

NOW THEREFORE, it is hereby agreed as follows:

1. ZPR provide the Investment Data and research services to OFI through the Subscriber in accordance with the working arrangement between OFI and ZPR since 1998.

2. Subscriber will pay to ZPR fees for such Investment Data and research as approved by OFI under the general working arrangement between OFI and ZPR applicable to it.

   The Subscriber is paying on behalf of OFI using soft dollar services.

3. This Agreement is effective from the date hereof unless terminated by Agreement between OFI and ZPR or replaced with a more specific Agreement between OFI and ZPR.

Entered into this 25th day of September, 2002

_____  Sept 25            _____  9/27/02
Signature                Date                Signature                Date

MAX ZAVANELLI  PRESIDENT                    Doug Leo, Vice President
Name & Title                                Name & Title

For:                                        For:

ZPR International, Inc.                     Lehman Brothers
Ukmerges Str. 41-513                        745 7th Ave
Vilnius, LT-2034                            Third Floor
Lithuania                                   New York, NY 10019



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370(5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

September 9, 2008

Kimberley Potoczniak
Lehman Brothers
Commission Mgt. Group
745 7th Avenue, 16th Floor
New York, NY 10019

**Subject: Research Invoice #5 2008**

    Bill to:  Lehman Bros.
              On behalf of Oppenheimer Funds, Inc.

  Ship to:

        Dr. Marc Reinganum
        Oppenheimer Funds, Inc.
        Two World Financial Center
        255 Liberty Street, 11th Floor
        New York, NY 10281-1008

**For: Research Services**

| | |
|---|---:|
| ICX + IE System on the OFI Universes + REITS  *October/November/December 2008* | $202,500 |
| Internet Database Updates | $13,500 |
| **Total Research Services:** | **$216,000** |

Please arrange payment to **ZPR International, Inc.** Due upon receipt.
For your convenience, please send payment to:

Max Zavanelli
1642 N. Volusia Avenue
Orange City, FL 32763

Thank You,

*[signature]*

Max Zavanelli
President

CC: Dr. Marc Reinganum, OFI
     Alvaro Arza, OFI
     Mary Ervolino, Lehman Brothers

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

UNIQUE IDENTIFICATION NUMBER: 1000151475

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000006530

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000151475******
ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763

Telephone number: 386-775-1177   Email Address: zmax@[illegible]

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:   Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 216,000
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** THIRD PARTY PAYMENT DUE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 6926
3a. Debtor may have scheduled account as: 6926
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ 216,000
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

**FOR COURT USE ONLY**

FILED / RECEIVED
JUL 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 7/24/09
Signature: [signed] MAX ZAVANELLI PRESIDENT
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.