WINSTON & STRAWN LLP
David Neier
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
dneier@winston.com

Attorneys for Deutsche Hypothekenbank (Actien-Gesellschaft)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.,<br><br>                                       Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

PLEASE TAKE NOTICE that Deutsche Hypothekenbank (Actien-Gesellschaft) hereby withdraws the following:  Proof of Claim No. 23769 filed in the above-captioned case on September 21, 2009 by creditor, Deutsche Hypothekenbank (Actien-Gesellschaft); and requests that the claim register maintained by Epiq Bankruptcy Solutions LLC be updated accordingly.

Dated: New York, New York
October 28, 2010

        Respectfully submitted

        /s/ David Neier

        David Neier
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        Telephone:  (212) 294-6700
        Facsimile:  (212) 294-4700
        dneier@winston.com

        Attorneys for Deutsche Hypothekenbank
         (Actien-Gesellschaft)

NY:1311655.2