UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Lehman Brothers Holdings Inc.,** | § | **Case No. 08-13555 (JMP)** |
| *et al.,* | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**FIRST AMENDED VERIFIED STATEMENT OF SUTHERLAND
ASBILL & BRENNAN LLP, PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Sutherland Asbill & Brennan LLP ("Counsel"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, file this statement ("Statement") in connection with the Counsel's representation of multiple creditors in the above-captioned jointly administered cases of Lehman Brothers Holdings Inc., *et al.* ("Debtors"), and makes the following disclosure as counsel for multiple parties:

1.     Counsel appears in these cases on behalf of the following (the "Entities"):

| *Entity* | *Address* |
|---|---|
| Shell Energy North America (US), LP<br>Shell Trading (US) Company | Two Houston Center<br>909 Fannin Street<br>Plaza Level 1<br>Houston, TX 77010 |
| Cargill, Incorporated<br>Cargill Power Markets, LLC | P.O. Box 5653<br>Minneapolis, MN  55440-5653 |
| AgriBank, FCB | P.O. Box 64949<br>Saint Paul, MN 55164-0949 |
| US AgBank, FCB | 245 N. Waco<br>Wichita, KS 67202 |
| AgFirst Farm Credit Bank | 1401 Hampton Street<br>P.O. Box 1499<br>Columbia SC 29202- 1499 |

| | |
|---|---|
| ProFund Advisors LLC<br>ProShares Ultra Russell1000 Growth<br>ProShares Ultra Russell 2000<br>ProShares Ultra Russell 2000 Growth<br>Access Flex Bear High Yield Fund<br>Access Flex High Yield Fund<br>Access VP High Yield Fund<br>Rising U.S. Dollar ProFund | 7501 Wisconsin Avenue<br>Suite #1000<br>Bethesda MD 20814-3343 |
| Kraft Foods Finance Europe AG | Three Lakes Drive – NF584<br>Northfield, IL  60093 |
| Philip Morris Finance S.A | Chollerstrasse 4<br>P.O. Box 855<br>CH -6301 Zug, Switzerland |
| American Equity Investment Life<br>Insurance Company | 5000 Westown Parkway<br>West Des Moines, IA  50266 |
| Aviva Italia Holding, S.p.A.<br>Aviva S.p.A.<br>Aviva Vita S.p.A.<br>Aviva Life S.p.A.<br>Aviva Italia S.p.A.<br>Aviva Assicurazioni S.p.A.<br>Aviva Previdenza S.p.A. | Viale Abruzzi 94<br>20131 Milano, Italy |
| MidFirst Bank | 501 NW Grand Blvd.<br>Oklahoma City OK 73118-6054 |
| Luminus Partners Energy Master Fund<br>Ltd. | 1700 Broadway<br>34th Floor<br>New York, NY  10019 |
| Arizona Public Service Company | 400 N-5th Street<br>18th Floor<br>Phoenix AZ 85004 |
| Tenor Opportunity Master Fund, Ltd. | 1180 Avenue of the Americas<br>Suite 1940<br>New York, NY  10036 |
| Targa Resource Partners LP<br>Targa Resources, Inc. | 1000 Louisiana, Suite 4300<br>Houston TX 77002 |

8389602.2

| Pacific Life Insurance Company<br>Pacific Life & Annuity Company<br>Pacific LifeCorp. | P.O. Box 9000<br>Newport Beach, CA  92658 |
|---|---|
| Aviva International Insurance Ltd. | St. Helens, 1 Undershaft<br>London EC3P 3DQ<br>United Kingdom |
| SOLA Ltd.<br>Solus Core Opportunities Master Fund<br>Ultra Master Ltd. | 430 Park Avenue<br>12th Floor<br>New York, NY  10022 |
| South Mississippi Electric Power<br>Association | P.O. Box 15849<br>Hattiesburg, MS  39404 |

2.  Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3.  Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4.  The undersigned hereby verifies under oath that this Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Counsel reserves the right to revise and supplement these statements.

Dated this 28th day of October, 2010
Houston, Texas

SUTHERLAND ASBILL & BRENNAN LLP

/s/ Paul B. Turner
Paul B. Turner
1001 Fannin, Suite 3700
Houston, Texas  77002
(713) 470-6100

3