The Chambers of The Honorable James M. Peck,
One Bowling Green, New York,
New York 10004
Courtroom 601,
United States of America


Apeldoorn, Netherlands October 5th 2010


Dear Sirs,

**Re: disallowed claim Lehman Brother Holdings Inc, et all**
**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP)**
**Claim number 64419 Date Filed 11/3/2009 Debtor 08-13555**
**Classification and amount UNSECURED US$ 87,513.66**


Through this letter I object to you disallowing the claim mentioned above to which I am entitled. The reason for my objection is that my broker (N.V. Vereeniggde Effecten Coampagnie) has sent a letter to the United States Bankruptcy Court on October 22nd 2009 with attached a list of all claimants under this bankruptcy, including mine, see enclosed exhibit.

Therefore there is no reason to deny the claim.

Please note that I am living in Europe and English is not my native language. Also note that it is practically impossible for me to come to a hearing in the U.S. in person. Therefore I choose to be heard by telephone.


Sincerely,

Doppenberg A.F.J.
Ferguutgaarde 7
7329 BG Apeldoorn
The Netherlands


1 exhibit



RECEIVED OCT 25 2010 U.S. BANKRUPTCY COURT, SDNY JMP

United States Bankruptcy Court/Southern District of new York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, N.Y 10150-5076

Edam, The Netherlands, october 22nd 2009

Dear Sirs,

Attached we send you a complete list of clients who have a claim towards Lehman Brothers Holding with specifications and block numbers. All of these clients have filed their claim as instructed; they have printed the form, signed it and sent it tou your Court, so either they are already into your possession, or should be so within a few days.

The aim of this list is to provide a complete overview and extra checking opportunity to be certain that all of our clients claims came into your possesion. In case of any questions, suggestions or remarks, please contact us. The best way is via e-mail: info@effectencompagnie.nl

Yours sincerely,

N.V. Vereenigde Effecten Compagnie
A. van der Luyt, general manager

1 Attachment, 3 pages.

| Account Number | | | Claim Amount US$ Incl. Intrest | ISIN | Name | Cur. | Quantity | Block Number |
|---|---|---|---|---|---|---|---|---|
| 222601655 | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045129 |
| 222610034 | | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 6045167 |
| 222618744 | | | 20,419.85 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 14,000 | 6045169 |
| 222618752 | | | 65,635.25 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 45,000 | 6045171 |
| 222626747 | | | 103,557.83 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 71,000 | 6045077 |
| 222627689 | | | 33,546.90 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 23,000 | 6045173 |
| 222629215 | | | 11,668.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 8,000 | 6045175 |
| 222630884 | | | 102,153.02 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6047698 |
| 222631767 | | | 91,943.09 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 44,000 | 6045131 |
| 222631767 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6047899 |
| 222631775 | | | 58,342.44 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 37,000 | 6045079 |
| 222632224 | | | 63,800.24 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 40,000 | 6045177 |
| 222632232 | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 42,000 | 6047892 |
| 222634634 | | | 53,597.06 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 50,000 | 6045081 |
| 222634634 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 18,000 | 6047900 |
| 222635282 | | | 20,419.85 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 18,000 | 6045133 |
| 222636343 | | | 21,878.42 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 15,000 | 6045179 |
| 222636351 | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045181 |
| 222636432 | | | 21,878.42 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 15,000 | 6045083 |
| 222652357 | | | 74,137.90 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6045183 |
| 222652357 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 30,000 | 6047901 |
| 222665186 | Doppenberg | A.F.J. | 87,513.66 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 60,000 | 6045085 |
| 222658770 | | ad.doppenberg@kpnplanet.nl | 53,173.61 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 11,000 | 6047903 |
| 222658770 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6045089 |
| 222667788 | | | 145,856.10 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 100,000 | 6045153 |
| 222667885 | | | 16,044.17 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 11,000 | 6045185 |
| 222670096 | | | 91,761.62 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 22,000 | 6047895 |
| 222670096 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 40,000 | 6045091 |
| 222681187 | | | 123,977.69 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 85,000 | 6045093 |
| 222681217 | | | 27,342.96 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 18,000 | 6047905 |
| 222681225 | | | 79,911.65 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 19,000 | 6047907 |
| 222681225 | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 35,000 | 6045135 |
| 222688033 | | | 76,873.54 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 17,000 | 6047909 |
| 222688033 | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 35,000 | 6045095 |
| 222685994 | | | 51,049.64 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 35,000 | 6045187 |
| 222712724 | | | 91,889.35 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 63,000 | 6045165 |
| 222716282 | | | 221,781.79 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 146,000 | 6047889 |
| 222716436 | | | 134,597.57 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 55,000 | 6047911 |
| 222716436 | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 35,000 | 6045163 |
| 222724579 | | | 106,507.50 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 75,000 | 6045776 |
| 222731400 | | | 101,776.57 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 67,000 | 6047890 |



TNT post

**Verzendbewijs**

Verzendbewijs van een geregistreerde zending.
Invullen met pen.
Verzending vindt plaats onder de geldende algemene voorwaarden (z.o.z.).

Naam geadresseerde
Lehman Brothers Holdings Claims
Postcode en plaats van bestemming
5076 Newyork 10150 SU

GarantiePost    X Aangetekend

Onderstaande gegevens worden ingevuld door baliemedewerker
Verzendkosten
€ _____ 10,45

Aangenomen door (naam)