

P.O. Box 1995 · Vancouver, WA 98668-1995
www.ci.vancouver.wa.us

VIA FEDERAL EXPRESS

October 22, 2010

United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004-1408

Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153-0119

      **RE:**  Lehman Brothers, Chapter 11 Case No. 08-13555 (JMP), Amended Calculation of Damages of Counterparty City of Vancouver Washington Downtown Redevelopment Authority (121903 VNACLBSF).

Enclosed please find an amended calculation of damages for the captioned claim.

Sincerely,

Brent D. Boger
Assistant City Attorney

Enclosure (as stated)

---

# PiperJaffray.

## MEMORANDUM

To:   Lloyd Tyler – City of Vancouver
      Carrie Lewellen – City of Vancouver
      Brent Borger – City of Vancouver

From: James B. Sult 602-808-5425

RE:   Vancouver DRA Conference Center and Hotel Project DSRF Damage Calculation

The DRA entered into a Reserve Fund Forward Purchase and Sale Agreement ("Agreement") dated December 1, 2003 with Lehman Brothers Special Financing Inc. ("Provider") to provide guaranteed investment earnings at and annual interest rate 5.05%, payable semiannually, on the principal amount of the DSRF of $4.07 million. As a result of the bankruptcy filing of the Provider, the Provider has not delivered on its obligations under the Agreement since January 1, 2009. We have prepared an estimate of the economic impact or damages to the Vancouver Downtown Redevelopment Agency ("DRA") regarding investment earnings of the Debt Service Reserve Fund ("DSRF") for the DRA's Conference Center and Hotel Project Revenue Bonds, Series 2003A as a result of the Provider's non-performance.

Our analysis compares the guaranteed interest payments pursuant to the Agreement to actual interest earnings that the DRA has actually received on the DSRF from January 1, 2009 through October 1, 2010 and estimated earnings from October 1, 2010 through January 1, 2034, assuming that the DSRF was invested in a similar fashion as the Agreement on October 1, 2010.

**Assumptions**
1) The economic impact, or damage, is calculated as of January 1, 2009, the date of the last interest payment from the Provider pursuant to the Agreement.
2) Actual interest earnings on the DSRF were provided by the City of Vancouver.
3) Future estimated earnings are based on a rate of 3.5% which is an estimate of the market rate for an investment similar to the Agreement as of October 1, 2010.
4) The economic impacts, or damages, are based on the present value of the difference of the actual (1/1/2009 through 10/1/2010) or future estimated earnings (10/1/2010 through 1/1/2034) and the earnings amounts for the same time periods guaranteed under the agreement. The earnings differentials are present valued to January 1, 2009 at the actual earnings rate (1/1/2009 through 10/1/2010) and the estimated future earnings rate of 3.5% (10/1/2010 through 1/1/2034).

**Results**
The resulting estimated damages to the DRA total $1,267,184. The detailed calculation is attached hereto.

CC:   Bill Doyle – Orrick
Attachment

# APPENDIX A

# CALCULATION DETAIL

**Vancouver Downtown Redevelopment Agency**
**Conference Center and Hotel Project Financing**

**DSRF Principal**  $ 4,070,000

|  | Original DSRF Interest per Lehman Agmt. @ 5.05% | Actual Investment Earnings (1-1-09 through 10-1-11) | | | | New Investment Agreement Projected Earnings | | |
|---|---|---|---|---|---|---|---|---|
|  |  | Actual Interest Received | Actual Interest Rate | Difference | PV to 1/1/09 @ Actual Rate | Interest @ 3.50% | Difference | PV to 1/1/09 @ 3.50% |
| 1/1/2009 |  |  |  |  |  |  |  |  |
| 7/1/2009 | 102,768 | 12,529 | 0.625% | 90,239 | 89,957 | - | - | - |
| 1/1/2010 | 102,768 | 9,559 | 0.462% | 93,209 | 92,779 | - | - | - |
| 7/1/2010 | 102,768 | 4,142 | 0.200% | 98,626 | 98,330 | - | - | - |
| 10/1/2010 | 51,384 | 3,958 | 0.380% | 47,426 | 47,112 | - | - | - |
| 1/1/2011 | 51,384 |  |  |  |  | 35,613 | 15,771 | 14,714 |
| 7/1/2011 | 102,768 |  |  |  |  | 71,225 | 31,543 | 28,922 |
| 1/1/2012 | 102,768 |  |  |  |  | 71,225 | 31,543 | 28,424 |
| 7/1/2012 | 102,768 |  |  |  |  | 71,225 | 31,543 | 27,935 |
| 1/1/2013 | 102,768 |  |  |  |  | 71,225 | 31,543 | 27,455 |
| 7/1/2013 | 102,768 |  |  |  |  | 71,225 | 31,543 | 26,983 |
| 1/1/2014 | 102,768 |  |  |  |  | 71,225 | 31,543 | 26,519 |
| 7/1/2014 | 102,768 |  |  |  |  | 71,225 | 31,543 | 26,063 |
| 1/1/2015 | 102,768 |  |  |  |  | 71,225 | 31,543 | 25,614 |
| 7/1/2015 | 102,768 |  |  |  |  | 71,225 | 31,543 | 25,174 |
| 1/1/2016 | 102,768 |  |  |  |  | 71,225 | 31,543 | 24,741 |
| 7/1/2016 | 102,768 |  |  |  |  | 71,225 | 31,543 | 24,315 |
| 1/1/2017 | 102,768 |  |  |  |  | 71,225 | 31,543 | 23,897 |
| 7/1/2017 | 102,768 |  |  |  |  | 71,225 | 31,543 | 23,486 |
| 1/1/2018 | 102,768 |  |  |  |  | 71,225 | 31,543 | 23,082 |
| 7/1/2018 | 102,768 |  |  |  |  | 71,225 | 31,543 | 22,685 |
| 1/1/2019 | 102,768 |  |  |  |  | 71,225 | 31,543 | 22,295 |
| 7/1/2019 | 102,768 |  |  |  |  | 71,225 | 31,543 | 21,912 |
| 1/1/2020 | 102,768 |  |  |  |  | 71,225 | 31,543 | 21,535 |
| 7/1/2020 | 102,768 |  |  |  |  | 71,225 | 31,543 | 21,164 |
| 1/1/2021 | 102,768 |  |  |  |  | 71,225 | 31,543 | 20,800 |
| 7/1/2021 | 102,768 |  |  |  |  | 71,225 | 31,543 | 20,443 |
| 1/1/2022 | 102,768 |  |  |  |  | 71,225 | 31,543 | 20,091 |
| 7/1/2022 | 102,768 |  |  |  |  | 71,225 | 31,543 | 19,745 |
| 1/1/2023 | 102,768 |  |  |  |  | 71,225 | 31,543 | 19,406 |
| 7/1/2023 | 102,768 |  |  |  |  | 71,225 | 31,543 | 19,072 |
| 1/1/2024 | 102,768 |  |  |  |  | 71,225 | 31,543 | 18,744 |
| 7/1/2024 | 102,768 |  |  |  |  | 71,225 | 31,543 | 18,422 |
| 1/1/2025 | 102,768 |  |  |  |  | 71,225 | 31,543 | 18,105 |
| 7/1/2025 | 102,768 |  |  |  |  | 71,225 | 31,543 | 17,793 |
| 1/1/2026 | 102,768 |  |  |  |  | 71,225 | 31,543 | 17,487 |
| 7/1/2026 | 102,768 |  |  |  |  | 71,225 | 31,543 | 17,187 |
| 1/1/2027 | 102,768 |  |  |  |  | 71,225 | 31,543 | 16,891 |
| 7/1/2027 | 102,768 |  |  |  |  | 71,225 | 31,543 | 16,601 |
| 1/1/2028 | 102,768 |  |  |  |  | 71,225 | 31,543 | 16,315 |
| 7/1/2028 | 102,768 |  |  |  |  | 71,225 | 31,543 | 16,034 |
| 1/1/2029 | 102,768 |  |  |  |  | 71,225 | 31,543 | 15,759 |
| 7/1/2029 | 102,768 |  |  |  |  | 71,225 | 31,543 | 15,488 |
| 1/1/2030 | 102,768 |  |  |  |  | 71,225 | 31,543 | 15,221 |
| 7/1/2030 | 102,768 |  |  |  |  | 71,225 | 31,543 | 14,959 |
| 1/1/2031 | 102,768 |  |  |  |  | 71,225 | 31,543 | 14,702 |
| 7/1/2031 | 102,768 |  |  |  |  | 71,225 | 31,543 | 14,449 |
| 1/1/2032 | 102,768 |  |  |  |  | 71,225 | 31,543 | 14,201 |
| 7/1/2032 | 102,768 |  |  |  |  | 71,225 | 31,543 | 13,957 |
| 1/1/2033 | 102,768 |  |  |  |  | 71,225 | 31,543 | 13,717 |
| 7/1/2033 | 102,768 |  |  |  |  | 71,225 | 31,543 | 13,481 |
| 7/1/2034 | 102,768 |  |  |  |  | 71,225 | 31,543 | 13,021 |
| Total | 5,138,375 | 30,188 |  | 329,498 | 328,179 | 3,311,963 | 1,466,726 | 939,005 |

**Summary:**

Gross Difference (Original guaranteed earnings versus actual earnings from 1/1/2009 through 10/1/2010)  329,498
PV Difference (Original guaranteed earnings versus actual earnings from 1/1/2009 through 10/1/2010)  328,179

Gross Difference (Original guaranteed earnings versus projected earnings from 10/1/2010 through 1/1/2034)  1,466,726
PV Difference (Original guaranteed earnings versus projected earnings from 10/1/2010 through 1/1/2034)  939,005

| Total Present Value Damages as of January 1, 2009 | $ 1,267,184 |
|---|---|