# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 42: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FACELLA SENSI DELLA PENNA, SALVATORE<br>C/O AVV. PIETRO PAOLO MENNEA<br>VIA SILLA, 7<br>ROME, 00192<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64937 | $106,312.50 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $106,312.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1