# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABLEMEN & ASSOCIATES LTD<br>FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE<br>78 BONHAM ROAD<br>HONG KONG,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/21/2010 | 66158 | $38,508.93* | Late-Filed Lehman Programs Securities Claim |
| 2 | ABLEMEN & ASSOCIATES LTD<br>FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE<br>78 BONHAM ROAD<br>HONG KONG,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/21/2010 | 66159 | $20,000.00* | Late-Filed Lehman Programs Securities Claim |
| 3 | AGUILERA CAELLES, VICENTE<br>AV. DE ROMA, 153-2-2<br>BARCELONA, 08011<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64913 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 4 | ALBAREDA COSTA, MARIA JOSE<br>C/PARIS 57-61, 2-1<br>BARCELONA, 08029<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64908 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 5 | BERTRAN ALCADE, JOSE<br>C/MIGUEL REVERTER, 7-A<br>SANT JUST DESVERN(BARCELONA), 08960<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64898 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 6 | BURROW, MICHAEL<br>HOUSEBOAT MADDALENA<br>106 CHEYNE WALK<br>LONDON, SW10 0DG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64939 | $200,000.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | CASTANER, ANTONIO REDON<br>AVDA. MADRID, 94<br>SANT CUGAT DE VALLES<br>BARCELONA, 08915<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64852 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 8 | CHANG SING CHEUNG &/OR SO WAI LAN<br>FT E 24/F BLK 1 PARK VIEW GDN<br>8 PIK TIN STREET<br>SHATIN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64597 | $200,000.00* | Late-Filed Lehman Programs Securities Claim |
| 9 | CHAU KAM MAN & CHIANG WAI MAN VIVIAN<br>17A HILLTOP<br>60 CLOUD VIEW ROAD<br>NORTH POINT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64973 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 10 | CLEIJPOOL, G.J. & VAN DER SANDE, J.M.<br>TREVIERENLEI 18<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64705 | $248,167.50 | Late-Filed Lehman Programs Securities Claim |
| 11 | DE LA ROSA DIAZ, JOSE ANTONIO<br>CALLE JULIAN SANZ IBANEZ 44 4-C<br>ZARAGOZA, 50017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64471 | $27,492.59 | Late-Filed Lehman Programs Securities Claim |
| 12 | DE LOCHTENBERG BEHEER B.V.<br>T.A.V. DE HEER O. BARTELS<br>OVERVELDSESTRAAT 2<br>PRINSENBEEK, 4841 KX<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65162 | $70,755.00 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | EITO EITO, ANGELES<br>CALLE DOCTOR CERADA 14-16 ESE. 2, 6<br>ZARAGOZA, 50005<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64438 | $18,810.71 | Late-Filed Lehman Programs Securities Claim |
| 14 | ELEUTERIO GONZALEZ ALVAREZ<br>MARIA MERCEDES GASCH RIUDOR<br>AVDA. PRAT DE LA RIBA, 54 BAJOS<br>GRANOLLERS (BARCELONA), 08401<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64894 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 15 | F. CH. W. MEVISSEN B.V.<br>T.A.V. DE HEER F.C.W. MEVISSEN<br>P/A HOEVENSTRAAT 1A<br>ST.HUIBRECHTS-LILLE, B-3910<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65160 | $42,453.00 | Late-Filed Lehman Programs Securities Claim |
| 16 | FERNANDEZ TREMPS, ADOLFO &<br>MARIA VICENTA ORTEGA ORDOVAS<br>CORCEGA 89, ATICO 2<br>BARCELONA, 08029<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64227 | $50,650.14 | Late-Filed Lehman Programs Securities Claim |
| 17 | FERNANDEZ, ADOLFO RAMIRO<br>C/GANDUXER, 96, ENTLO. 1<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64851 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 18 | FERNANDO ALAIX IDOATE<br>C/FOLGAROLAS, 30, 3-2<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64895 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 19 | FOK YIM SHEUNG, FLORIA<br>26 H BLOCK 13<br>YUET WU VILLA<br>TUEN MUN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65031 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 20 | FOK YIM SHEUNG, FLORIA<br>26 H BLOCK 13<br>YUET WU VILLA<br>TUEN MUN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65032 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 21 | FOK YIM SHEUNG, FLORIA<br>26 H BLOCK 13<br>YUET WU VILLA<br>TUEN MUN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65033 | $50,000.00 | Late-Filed Lehman Programs Securities Claim |
| 22 | FORCE MANNER COMPANY LIMITED<br>44 WYNDHAM STREET<br>27/FLOOR, UNIT C&D<br>WYNDHAM PLACE, CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65120 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 23 | FOREST HOLDING INC<br>60 MARKET SQAURE<br>P.O. BOX 364<br>BELIZE CITY,<br>BELIZE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64161 | $204,063.33 | Late-Filed Lehman Programs Securities Claim |
| 24 | GALLEN RALUY, LIDIA<br>C/LA PLANA, 1 URB. LA LLOBERA<br>CABRILS(BARCELONA), 08348<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64906 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 25 | GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE<br>CARRENCA, 29, 6-2<br>BARCELONA, 08017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64204 | $14,471.47 | Late-Filed Lehman Programs Securities Claim |
| 26 | GARCIA-TORRENT MOLINA, RAMON<br>C/GANDUXER, 132-6-2<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64912 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS<br>PASEO BONANOVA, 26, 5-2<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64228 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |
| 28 | GONG CHENG HSIUNG<br>23/F B BLOCK 5 AVON PARK<br>15 YAT-MING ROAD<br>FANLING, NT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64858 | $85,000.00* | Late-Filed Lehman Programs Securities Claim |
| 29 | GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH RUIDOR<br>AVDA. PRAT DEL A RIBA, 54 BAJOS<br>GRANOLLERS (BARCELONA), 08401<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64131 | $43,414.41 | Late-Filed Lehman Programs Securities Claim |
| 30 | GONZALEZ GASCH, ESTEBAN<br>JULIA CENTELLES, 14, 4-2<br>GRANOLLERS, 08402<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64130 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |
| 31 | GONZALEZ GASCH, HELENA<br>PRINCEP DE VIANA, 15, 1-2<br>GRANOLLERS (BARCELONA), 08400<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64129 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |
| 32 | GONZALEZ GASCH, MERCEDES<br>PRAT DE LA RIBA, 54<br>GRANOLLERS (BARCELONA), 08400<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64128 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |
| 33 | GONZALEZ ROQUET, MARIA<br>CALLE VERONICA 16 4 IZQ.<br>ZARAGOZA, 50001<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64439 | $17,363.73 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | GROOTENHUIS, J.B.<br>ROSTOCKLAAN 14<br>BUSSUM, 1404 AG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64928 | $56,724.00 | Late-Filed Lehman Programs Securities Claim |
| 35 | HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO<br>ALTA DE GIRONELLA, 49, PISO 3<br>BARCELONA, 08017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64133 | $72,357.34 | Late-Filed Lehman Programs Securities Claim |
| 36 | HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA<br>PJ DEL CARMEN, 30, CASA D<br>SANT CUGAT DEL VALLES (BARCELONA), 08190<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64202 | $43,414.41 | Late-Filed Lehman Programs Securities Claim |
| 37 | HO, CHU WAI YEE., DR<br>8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65692 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 38 | HO KAM YUEN<br>FLAT C, 5/F<br>28 NASSAU STREET, MEI FOO SUN CHUEN<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64516 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 39 | IBERAVAL SGR<br>C/ESTACION, 13<br>C.I.F. XXXXX0796<br>VALLADOLID, 47004<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64505 | $1,424,300.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 40 | IE SHE HOEN & TAN TJIANG MOY<br>FLAT C-2, 17/F, BLK C, WILSHIRE TOWER<br>200 TIN HAU TEMPLE ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64974 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 41 | INTEGRALE CCA.<br>PLACE SAINT JOCQUES<br>11 BTE 101<br>LIEGE, 4000<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64920 | $4,245,300.00 | Late-Filed Lehman Programs Securities Claim |
| 42 | JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER<br>CL JOAQUIN VAYREDA, 22-1<br>GERONA, 17001<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64203 | $72,357.34 | Late-Filed Lehman Programs Securities Claim |
| 43 | JOSE RUIVO DRAGAO, JOAO<br>VILA DRAGAO<br>ALDEIA CAMPO<br>VILAMOURA<br>QUARTEIRA, 8125-417<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64556 | $51,015.83 | Late-Filed Lehman Programs Securities Claim |
| 44 | JOVE VINTRO, JOSE L<br>C/BEETHOVEN, 12-5-1<br>BARCELONA, 08021<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64900 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 45 | JUVENTIS INTERNATIONAL LIMITED<br>LEVEL 13<br>1 QUEEN'S ROAD<br>CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64613 | $300,000.00 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | KING SANG, LEUNG<br>FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN<br>TAK KEI STREET<br>SHATIN N.T.,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64595 | $200,000.00* | Late-Filed Lehman Programs Securities Claim |
| 47 | KUNTZE-BRAACK, NILS<br>KLABAUTERMANNWEG 130<br>HAMBURG, D-22457<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64637 | $2,699.87 | Late-Filed Lehman Programs Securities Claim |
| 48 | KUNTZE-BRAACK, SILVIA<br>KLABAUTERMANNWEG 130<br>HAMBURG, D-22457<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64638 | $2,699.87 | Late-Filed Lehman Programs Securities Claim |
| 49 | LAFRANCE, HUGHES<br>49 RUE JOSEPH GORIN<br>KAIN-TOURNAI, 7540<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64653 | $28,486.00 | Late-Filed Lehman Programs Securities Claim |
| 50 | LAFRANCE, MARTINE<br>8, RUE DU PAVE DORMONT<br>KAIN-TOURNAI, 7540<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64652 | $14,243.00 | Late-Filed Lehman Programs Securities Claim |
| 51 | LAFUENTE BEL, JOSE LUIS<br>M. CARMEN CAMINALS ROSELL<br>PSJ. XIPRE, 1-4-2<br>HOSPITALET DE LLOBREGAT(BARCELONA), 08903<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64901 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 52 | LAM YING CHOI & YEUNG SO FAN<br>12B, BLOCK 1, FLORA GARDEN<br>7 CHUN FAI ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64972 | $142,430.00* | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | LICERAS RUIZ, JOSE LUIS<br>C/MEMORIAL NUNEZ BLANCA NO. 9<br>GRANADA, 18007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64970 | $97,456.59 | Late-Filed Lehman Programs Securities Claim |
| 54 | LIN CHAN, HING<br>SHUK YI LIU, IVY<br>3A BLOCK 32<br>GREENWOOD TERRACE<br>FO TAN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64617 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 55 | LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG &/LIN YU TING<br>NO 58 KWANG MING ROAD<br>TA CHIA TAICHUNG HSIEN 437<br>,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64873 | $200,000.00* | Late-Filed Lehman Programs Securities Claim |
| 56 | LOPEZ, AIDA MARIA ARNAIZ<br>C/BAQUE, 6<br>CERDANYOLA DEL VALLES<br>BARCELONA, 08290<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64850 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 57 | MARIA CONCEPCION DE AGUIRRE TORRES<br>C/MANDRI 49, 4-PTA. 11<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64907 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 58 | MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZPIAZU GELABERT<br>PGE. DE LES MORERES, 4 CAN BALET<br>PREMIA DE DALT (BARCELONA), 08003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64226 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | MEEUS LUDOVICUS<br>COLETTYNENHOF 16<br>BRUGGE, 8000<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/17/2010 | 66283 | $28,302.00* | Late-Filed Lehman Programs Securities Claim |
| 60 | MEEUS-AELBRECHT, LUDOVICUS<br>COLETTIJNENHOF 16<br>BRUGGE, 8000<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65311 | Undetermined | Late-Filed Lehman Programs Securities Claim |
| 61 | MEVROUW E.C. ROOTVELD EN<br>MEVROUW F.B.A.P. ROOTVELD<br>GROENLOSEWEG 106<br>WINTERSWIJK, 7104 GA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65164 | $35,377.50 | Late-Filed Lehman Programs Securities Claim |
| 62 | MEVROUW N.P.J. VAN LUIJK<br>MOLENDIJK 20<br>ROCKANJE, 3235 XG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65158 | $399,058.20 | Late-Filed Lehman Programs Securities Claim |
| 63 | MOK SIU YUK, EMILY<br>167 QUEEN'S ROAD EAST<br>5TH FLOOR<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64857 | $130,000.00* | Late-Filed Lehman Programs Securities Claim |
| 64 | MONTSERRAT CABRE RABADA,<br>MARIA<br>ENCARNACION CABRE RABADA<br>C/VILADOMAT, 235-237, 3-1<br>BARCELONA, 08029<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64909 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 65 | NG PUI SHAN VINCI<br>FLAT C 21/F BLOCK 11 CITY GARDEN<br>NORTH POINT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64319 | $700,000.00* | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | NORDHAGEN, OVE<br>HAGAVEIN 17<br>LOKEN, N-1960<br>NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64995 | $330.00 | Late-Filed Lehman Programs Securities Claim |
| 67 | ORIOL DE MINGO, MANUEL<br>MERCEDES BITAUBE CORTES<br>BALMES, 415, 7-D<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64127 | $43,414.41 | Late-Filed Lehman Programs Securities Claim |
| 68 | PARDO CORDERO, EMILIO<br>BOITE POSTALE N. 4<br>BEDOUS, 64490<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64718 | $31,833.52 | Late-Filed Lehman Programs Securities Claim |
| 69 | PEARL ASSURANCE PLC<br>HELD BY THE BANK OF NEW YORK<br>DEPOSITORY (NOMINEES) LTD<br>THE PEARL CENTRE<br>LYNCHWOOD<br>PETERBOROUGH, PE2 6FY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2009 | 65658 | $6,812,536.00 | Late-Filed Lehman Programs Securities Claim |
| 70 | PEARL ASSURANCE PLC<br>HELD BY THE BANK OF NEW YORK<br>DEPOSITORY (NOMINEES) LTD<br>THE PEARL CENTRE<br>LYNCHWOOD<br>PETERBOROUGH, PE2 6FY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2009 | 65659 | $8,291,499.00 | Late-Filed Lehman Programs Securities Claim |
| 71 | PEDRAZA LLANOS, JOSE LUIS<br>C/CAMI DE CAN GANXET, 47-1-2<br>SANT CUGAT DEL VALLES<br>(BARCELONA), 08190<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64902 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | PEREZ RUIZ DE TORRES, JUAN JOSE<br>C/LA LUZ, 1 BJS.<br>CASABERMEJA(MALAGA), 29160<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64903 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 73 | PLENTYWEALTH INVESTMENT CO. LTD<br>ROOM 2206<br>22/F 118 CONNAUGHT ROADWEST<br>HONG KONG,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64615 | $1,200,000.00 | Late-Filed Lehman Programs Securities Claim |
| 74 | POLITT, HANS-DIETRICH<br>ZUR RAST 14<br>BADDECKENSTEDT, 38271<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/20/2009 | 65645 | $71,005.00 | Late-Filed Lehman Programs Securities Claim |
| 75 | POON YUK WAH<br>G/F, HOUSE B, 11-13 WILTSHIRE ROAD<br>WILTSHIRE PLACE<br>KOWLOON TONG,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64707 | $200,000.00 | Late-Filed Lehman Programs Securities Claim |
| 76 | R.F.P. ROBYN B.V.<br>REF. J.J.C.M. WILLEMEN<br>ROBYNDYK 179<br>ROOSENDAAL, 4706 MG<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65538 | Undetermined | Late-Filed Lehman Programs Securities Claim |
| 77 | ROOTVELD, H.<br>GROENLOSEWEG 106<br>WINTERSWIJK, 7104 GA<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65163 | $14,151.00 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | SANCHEZ-LAFUENTE MARIOL, JUANA MARIA<br>JOSE ASTO RULL<br>PS. SANT JOAN 165, 4-2<br>BARCELONA, 08037<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64905 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 79 | SANGLAS CAMPS, JAVIER<br>C/RICARDO VILLA, 7-9, 3-4<br>BARCELONA, 08017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64896 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 80 | SANMARTI AULET, JUAN M.<br>MARIA ANTONIA BOSCH MALLADA<br>PS. DEL COLLET, 9-11, ESC. C 3-2<br>CASTELLDEFELS(BARCELONA), 08860<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64904 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 81 | SANZ GARETA, MARIA TERESA<br>C/DEGA BAHI, 39-2<br>BARCELONA, 08026<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64910 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 82 | SCHAEFER, EDITH<br>REBMANNSTR. 16<br>STUTTGART, 70180<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64512 | $35,377.50 | Late-Filed Lehman Programs Securities Claim |
| 83 | SCHOWATAN, CHRISTINA<br>MEDAUTBHAT 1<br>MUTTERSTADT, 67712<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64583 | $55,547.70 | Late-Filed Lehman Programs Securities Claim |
| 84 | SCHRODER, INGRID<br>BRENTANOSTRASSE 12<br>BONN, D-53113<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64926 | $1,480.00 | Late-Filed Lehman Programs Securities Claim |

**OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | SHRAM, MOSHE AND HANNA SHRAM<br>231 STRATFORD CIRCLE<br>LOS ANGELES, CA 90077 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64621 | $785,000.00 | Late-Filed Lehman Programs Securities Claim |
| 86 | SIEPMANN & CIE GMBH & CO KG<br>JENISCHSTR. 35<br>HAMBURG, 22609<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 12/15/2009 | 65948 | $72,500.00 | Late-Filed Lehman Programs Securities Claim |
| 87 | SOLER LINARES, JESUS<br>C/LA PLANA, 1 URB. LA LLOBERA<br>CABRILS(BARCELONA), 08348<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64897 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 88 | STAHL, GABRIELE<br>MAIUPARKSTRASSE 11<br>MAINASCHAFF, D-63814<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/17/2010 | 66397 | $71,005.00 | Late-Filed Lehman Programs Securities Claim |
| 89 | STEINHARDT, PEDRO<br>AMENABAR 1572 P2 ""A""<br>BUENOS AIRES, 1426<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64365 | $24,000.00 | Late-Filed Lehman Programs Securities Claim |
| 90 | STICHTING QUADRAAM<br>T.A.V. DE HEER DRS.IR. M.A. MITTELMEIJER RI.<br>POSTBUS 7<br>DUIVEN, 6920 AA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65159 | $353,775.00 | Late-Filed Lehman Programs Securities Claim |
| 91 | STRADMEIJER, A.E.<br>GRONINGERSTRAAT 187<br>DE PUNT, 9493 PB<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64876 | $76,045.61 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 92 | SUBIRA FARRE, PEDRO<br>RAMONA SERENTILL LLOVERA<br>C/DOLORS MODOLELL, 7 BIS BAJOS 2<br>SAN JUST DESVERN (BARCELONA), 08960<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64911 | $141,750.00 | Late-Filed Lehman Programs Securities Claim |
| 93 | SUTER, CLAUDIA<br>MOSERHUGEL 2<br>BREMGARTEN AG, 5620<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64142 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |
| 94 | SUTER, CLAUDIA<br>MOSERHUGEL 2<br>BREMGARTEN AG, 5620<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64188 | $8,767.91 | Late-Filed Lehman Programs Securities Claim |
| 95 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64625 | $178,070.00 | Late-Filed Lehman Programs Securities Claim |
| 96 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64626 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 97 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64627 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 98 | TOP ADVANCE LIMITED<br>31/F THE CENTER<br>99 QUEEN'S ROAD CENTRAL<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65764 | $142,430.00* | Late-Filed Lehman Programs Securities Claim |
| 99 | TSUI, JOHN &/OR LEE HO YI LINDA<br>FLAT 4 3/F BLOCK B KING LAI COURT<br>36-38 COURT FUNG SHING<br>ST NGAU CHI WAN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64596 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 100 | VAN MEURS-BERGSMA, HMA<br>GRENSLAAN 6<br>AERDENHOUT, 2111 GH<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/28/2009 | 66022 | $71,000.00 | Late-Filed Lehman Programs Securities Claim |
| 101 | VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPERANZA<br>PASEO BONANOVA, 12<br>BARCELONA, 08022<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64132 | $36,178.67 | Late-Filed Lehman Programs Securities Claim |
| 102 | VILCHEZ MOLEON, ANTONIO<br>CALLE CASTANEDA NUMERO 4, PISO 3 O C<br>GRANADA, 18009<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65291 | $69,611.85 | Late-Filed Lehman Programs Securities Claim |
| 103 | VILLANUEVA TORAN, JOSE ENRIQUE<br>AV. MERIDIANA, 24-6-1<br>BARCELONA, 08018<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64899 | $70,875.00 | Late-Filed Lehman Programs Securities Claim |
| 104 | WEB-PRO TECHNOLOGY LIMITED<br>PALM GROVE HOUSE<br>P.O. BOX 438 ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64586 | $200,000.00* | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 42: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | WONG YEE WAN & POON KAI HUNG<br>FLAT E, 8/F, BLK 1<br>POK FU LAM GDNS<br>POK FU LAM<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64977 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 106 | WOUTERS, DANIELLE<br>STEENOVENSTRAAT 14<br>WESTMALLE, 2390<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65102 | $70,755.00 | Late-Filed Lehman Programs Securities Claim |
| 107 | WRENTON MANAGEMENT LIMITED<br>2ND FLOOR ABBOTT BUILDING<br>P.O. BOX 933 ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64589 | $142,430.00 | Late-Filed Lehman Programs Securities Claim |
| 108 | YAM CHAK HONG HENRY<br>FLAT A, 17/F, HIBISCUS COURT<br>WORLD-WIDE GARDENS<br>7 LUNG PAK ST.<br>SHATIN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64978 | $150,000.00* | Late-Filed Lehman Programs Securities Claim |
| 109 | YU CHUN KWAN<br>RM 808 8/F BLK H LUK YEUNG SUN CHUEN<br>TSUEN WAN, NEW TERRITORIES,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64971 | $171,000.00* | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $32,020,366.44 | |