**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                                         :
                               **Debtors.**             :    **(Jointly Administered)**
--------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' FORTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

Upon the forty-fourth omnibus objection to claims, dated September 15,

2010 (the "Forty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), reducing, reclassifying (in certain instances), and allowing the

Settled Derivative Claims on the grounds that the Debtors and claimants have agreed

upon a claim value and, in certain instances, classification not currently reflected on the

proof of claim, all as more fully described in the Forty-Fourth Omnibus Objection to

Claims; and due and proper notice of the Forty-Fourth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Forty-Fourth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Forty-Fourth Omnibus Objection to Claims.

creditors, and all parties in interest and that the legal and factual bases set forth in the

Forty-Fourth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification set forth on

Exhibit 1 under the column headings "Modified Claim Amount" and "Modified Class";

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A to the Forty-

Fourth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
     October 28, 2010              _s/ James M. Peck_____
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES INC 801 CHERRY STREET, SUITE 3500 ATTN: JAMES FEHLEISON FORT WORTH, TX 76102 | 17223 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $2,023,802.96* | Lehman Brothers Special Financing Inc. | Unsecured | $1,800,000.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES INC 801 CHERRY STREET, SUITE 3500 ATTN: JAMES FEHLEISON FORT WORTH, TX 76102 | 17224 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $2,023,802.96* | Lehman Brothers Holdings Inc. | Unsecured | $1,800,000.00 |
| 3 | CITADEL ENERGY INVESTMENTS LTD C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M. QUINN 131 SOUTH DEARBORN STREET CHICAGO, IL 60603 | 33628 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,394,930.18 | Lehman Brothers Holdings Inc. | Unsecured | $1,140,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CITADEL ENERGY INVESTMENTS LTD. C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M. QUINN 131 SOUTH DEARBORN STREET CHICAGO, IL 60603 | 33627 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,394,930.18 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,140,000.00 |
| 5 | COMPASS HTV LLC C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET 55 EAST 52ND STREET NEW YORK, NY 10055 | 26914 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,110,833.10*<br><br>$1,110,833.10 | Lehman Brothers Holdings Inc. | Unsecured | $721,251.13 |
| 6 | COMPASS HTV LLC C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET 55 EAST 52ND STREET NEW YORK, NY 10055 | 26915 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,110,833.10*<br><br>$1,110,833.10 | Lehman Brothers Special Financing Inc. | Unsecured | $721,251.13 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | COMPASS OFFSHORE HTV PCC LIMITED C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET 55 EAST 52ND STREET NEW YORK, NY 10055 | 26912 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,385,043.65*<br><br>$1,385,043.65 | Lehman Brothers Special Financing Inc. | Unsecured | $889,328.61 |
| 8 | COMPASS OFFSHORE HTV PCC LIMITED C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET 55 EAST 52ND STREET NEW YORK, NY 10055 | 26913 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,385,043.65*<br><br>$1,385,043.65 | Lehman Brothers Holdings Inc. | Unsecured | $889,328.61 |
| 9 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF AUSTIN CAPITAL SAFE HARBOR PORTABLE, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29321 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,620,342.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,293,335.97 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TARGA RESOURCES PARTNERS LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29317 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,131,151.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,746,314.68 |
| 11 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TARGA RESOURCES PARTNERS LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29318 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,131,151.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,746,314.68 |
| 12 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TARGA RESOURCES PARTNERS LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29319 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,664,653.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,539,804.95 |
| 13 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TARGA RESOURCES PARTNERS LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29320 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,664,653.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,539,804.95 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF AUSTIN CAP SAFE HARBOR PORTABLE ALPHA OFFSHORE FUND TWO, LTD ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH, CT 06830 | 29812 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,641,444.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,293,335.97 |
| 15 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF SG AM EC V- CA (FORMERLY KNOWN AS SG AM AI EC V) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29347 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $489,093.00 | Lehman Brothers Special Financing Inc. | Unsecured | $475,973.55 |
| 16 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF SG AM EC V- CA (FORMERLY KNOWN AS SG AM AI EC V) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29348 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $486,920.00 | Lehman Brothers Holdings Inc. | Unsecured | $475,973.55 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 17 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: PIPER JAFFRAY FINANCIAL PRODUCTS II INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 26486 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $724,976.16*<br><br>$724,976.16 | Lehman Brothers Special Financing Inc. | Unsecured | $600,000.00 |
| 18 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: PIPER JAFFRAY FINANCIAL PRODUCTS II INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 26487 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $724,976.16*<br><br>$724,976.16 | Lehman Brothers Holdings Inc. | Unsecured | $600,000.00 |
| 19 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CME GROUP INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 29657 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $60,100,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $13,634,365.67 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CME GROUP INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 29658 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $60,100,000.00*<br><br>$60,100,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $13,634,365.67 |
| 21 | ESSEX FOUNTAIN PARK APTS, LP C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GERALDINE FREEMAN, ESQ. FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO, CA 94111 | 57737 | 10/30/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $56,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $44,800.00 |
| 22 | ESSEX INGLENOOK COURT, LLC ATTN: GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO, CA 94111 | 57738 | 10/30/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $11,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $8,800.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | ESSEX WANDERING CREEK, LLC C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GERALDINE FREEMAN, ESQ. FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO, CA 94111 | 57739 | 10/30/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $7,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $5,600.00 |
| 24 | FOREST CITY CAPITAL CORPORATION C/O THOMPSON HINE LLP ATTENTION: ARIK A. SHERK, ESQ. P.O. BOX 8801 DAYTON, OH 45401-8801 | 24916 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $177,152.05 | Lehman Brothers Special Financing Inc. | Unsecured | $168,294.45 |
| 25 | GLG MARKET NEUTRAL FUND C/O GLG PARTNERS LP ATTN: ALEX SAN MIGUEL 1 CURZON ST LONDON, W1J 5HB UNITED KINGDOM | 15004 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,211,488.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,950,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | GLG MARKET NEUTRAL FUND C/O GLG PARTNERS LP ATTN: ALEX SAN MIGUEL 1 CURZON ST LONDON, W1J 5HB UNITED KINGDOM | 15005 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,211,488.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,950,000.00 |
| 27 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City, NJ 07302 | 14291 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,573,210.85* | Lehman Brothers Special Financing Inc. | Unsecured | $14,500,000.00 |
| 28 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City, NJ 07302 | 14293 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $19,573,210.85* | Lehman Brothers Holdings Inc. | Unsecured | $14,500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 29 | GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC ATTN DANIEL J CAFFARELLI 135 EAST 57TH STREET, 11TH FL NEW YORK, NY 10022 | 34228 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $57,775.00* | Lehman Brothers Holdings Inc. | Unsecured | $55,000.00 |
| 30 | GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC ATTN DANIEL J CAFFARELLI 135 EAST 57TH STREET, 11TH FL NEW YORK, NY 10022 | 34229 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $57,775.00* | Lehman Brothers Special Financing Inc. | Unsecured | $55,000.00 |
| 31 | KING STREET ACQUISITION COMPANY, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 33646 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $12,482,338.77* | Lehman Brothers Special Financing Inc. | Unsecured | $10,300,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | KING STREET ACQUISITION COMPANY, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 33647 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $12,482,338.77* | Lehman Brothers Holdings Inc. | Unsecured | $10,300,000.00 |
| 33 | LATIGO MASTER FUND, LTD. C/O LATIGO PARTNERS, L.P. ATTN: WAHED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 11353 | 09/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $313,860.00* | Lehman Brothers Holdings Inc. | Unsecured | $278,286.00 |
| 34 | LATIGO MASTER FUND, LTD. C/O LATIGO PARTNERS, L.P. ATTN: WAHED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 11354 | 09/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $313,860.00* | Lehman Brothers Special Financing Inc. | Unsecured | $278,286.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 33290 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $5,368,208.00* Undetermined  $5,368,208.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,400,000.00 |
| 36 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 33291 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $5,368,208.00* Undetermined  $5,368,208.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,400,000.00 |
| 37 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: PAR INVESTMENT PARTNERS, L.P. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 48725 | 10/27/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,190,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,000,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 38 | MARATHON PETROLEUM COMPANY LLC (MNA) C/O ALAN HALPERIN 555 MADISON AVE., 9TH FLOOR NEW YORK, NY 10022 | 14863 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $701,894.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $643,994.00 |
| 39 | MCDONNELL LOAN OPPORTUNITY LTD. C/O MCDONNELL INVESTMENT MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1515 WEST 22ND STREET OAK BROOK, IL 60523 | 17629 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,765,332.98* | Lehman Brothers Special Financing Inc. | Unsecured | $1,700,000.00 |
| 40 | MCDONNELL LOAN OPPORTUNITY LTD. C/O MCDONNELL INVESTMENT MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1515 WEST 22ND STREET OAK BROOK, IL 60523 | 17631 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,765,332.98* | Lehman Brothers Holdings Inc. | Unsecured | $1,700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 41 | MIDWEST GENERATION, LLC C/O EDISON MISSION MARKETING & TRADING, INC ONE INTERNATIONAL PLACE ATTN: MIKE BLASIK BOSTON, MA 02110 | 16610 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $47,132,903.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $43,000,000.00 |
| 42 | MIDWEST GENERATION, LLC C/O EDISON MISSION MARKETING & TRADING, INC ONE INTERNATIONAL PLACE 9TH FLOOR BOSTON, MA 02110 | 16612 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $47,132,903.00* | Lehman Brothers Holdings Inc. | Unsecured | $43,000,000.00 |
| 43 | PIONEER CHOICE HOLDINGS LIMITED ATTN: WILLIAM WEI CHENG FU C/O 200 CANTONMENT ROAD # 15-00 SOUTHPOINT , 089763 SINGAPORE | 8356 | 08/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,096,263.00 | Lehman Brothers Special Financing Inc. | Unsecured | $3,045,966.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 12795 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $557,055.16* | Lehman Brothers Holdings Inc. | Unsecured | $472,055.59 |
| 45 | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 12796 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $557,511.17* | Lehman Brothers Special Financing Inc. | Unsecured | $472,055.59 |
| 46 | PUERTO SWAP FCCC CORP. C/O THOMPSON HINE LLP ATTENTION: ARIK A. SHERK, ESQ. P.O. BOX 8801 DAYTON, OH 45401-8801 | 24917 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $232,719.64 | Lehman Brothers Special Financing Inc. | Unsecured | $116,359.82 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | SERENGETI OVERSEAS MM L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK, NY 10012 | 33585 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,537,050.41* | Lehman Brothers Special Financing Inc. | Unsecured | $1,481,080.13 |
| | TRANSFERRED TO: SERENGETI PARTNERS LP TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK, NY 10012 | | | | | $1,537,050.40* | | | $1,481,080.12 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 48 | SERENGETI OVERSEAS MM L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK, NY 10012 | 33656 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,537,050.41* | Lehman Brothers Holdings Inc. | Unsecured | $1,481,080.13 |
| | TRANSFERRED TO: SERENGETI PARTNERS LP TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK, NY 10012 | | | | | $1,537,050.40* | | | $1,481,080.12 |
| 49 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ NEW YORK, NY 10017 | 33600 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $3,054,687.50* | Lehman Brothers Special Financing Inc. | Unsecured | $2,901,953.13 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ NEW YORK, NY 10004 | 33597 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $3,054,687.50* | Lehman Brothers Holdings Inc. | Unsecured | $2,901,953.13 |
| 51 | SWAP FINANCIAL GROUP, LLC ATTN PETER SHAPIRO 76 SOUTH ORANGE AVENUE, SUITE 6 SOUTH ORANGE, NJ 07079 | 1376 | 12/18/2008 | Lehman Brothers Derivative Products Inc. | Unsecured | $212,157.91 | Lehman Brothers Derivative Products Inc. | Unsecured | $175,343.10 |
| 52 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 14819 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $7,047,245.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $6,700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 18 of 19

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 44: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 53 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD, CT 06910 | 14820 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,047,245.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,700,000.00 |
| | | | | | TOTAL | $374,269,631.85 | | TOTAL | $245,328,816.43 |