**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the thirty-seventh objection to claims, dated September 13, 2010 (the "Thirty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the No Liability Claims on the grounds that they assert claims against entities that are not debtors in these jointly administered chapter 11 cases, all as more fully described in the Thirty-Seventh Omnibus Objection to Claims; and due and proper notice of the Thirty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Seventh Omnibus Objection to Claims.

Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned to December 1, 2010 (or as may be further adjourned by the Debtors) the Thirty-Seventh Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
     October 28, 2010             _s/ James M. Peck_
                                                  Honorable James M. Peck
                                                  United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 360 TREASURY SYSTEM AG<br>GRUENEBURGWEG 16-18,<br>FRANKFURT AM MAIN, 60322<br>GERMANY | | | 09/23/2008 | 11 | Undetermined | No Liability Claim |
| 2 | ADAMS, BLANCH R.<br>MORGAN STANLEY CUSTOMER<br>5826 S. KING DRIVE<br>CHICAGO, IL 60637 | | | 08/17/2009 | 8411 | $10,070.00 | No Liability Claim |
| 3 | AKSI INTERNATIONAL INC (#160334)<br>ATUL JOGANI<br>57/14 BAAN SATHORN, SATHORN SOI1<br>SATHORN ROAD<br>BANGKOK, 10120<br>THAILAND | | | 05/21/2009 | 4478 | $200,000.00 | No Liability Claim |
| 4 | ANGLICAN COMMUNITY FUND INC.<br>2ND FLOOR<br>573 HAY STREET<br>PERTH, 6000<br>AUSTRALIA | | | 12/29/2008 | 1498 | $1,000,000.00 | No Liability Claim |
| 5 | ANSALDI, AMY<br>1524 BROADWAY<br>ALAMEDA, CA 94501 | | | 09/22/2009 | 31932 | $3,000.00 | No Liability Claim |
| 6 | BECKER, JANIS<br>200 EAST 27TH ST APT 8H<br>NEW YORK, NY 10016 | | | 09/21/2009 | 20230 | $114,000.00 | No Liability Claim |
| 7 | BEILE, WERNER DR., & ALICE<br>LECKINGSER STRASSE 208<br>ISERLOHN, 58640<br>GERMANY | | | 01/20/2009 | 1793 | $20,369.00 | No Liability Claim |
| 8 | BLOK, TH.A E/O C.G. BLOK-CLUWEN<br>ESPLANADE 77<br>1315 TE ALMERE,<br>NETHERLANDS | | | 10/26/2009 | 64060 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BOELE, F.A.<br>RINGMUS 40<br>HEEMSKERK, 1965 EG<br>NETHERLANDS | | | 10/19/2009 | 41242 | $24,000.00 | No Liability Claim |
| 10 | BOWLES, GEORGE R.<br>6428 STONE CREEK TRAIL<br>FORT WORTH, TX 76137 | | | 10/07/2008 | 116 | $16,000.00 | No Liability Claim |
| 11 | BRUNS, MICHAEL<br>ALTENHAEGER STRASSE 64<br>31558 HAGENBURG,<br>GERMANY | | | 10/16/2009 | 40896 | Undetermined | No Liability Claim |
| 12 | CUATRECASAS LLP<br>TOWER 42-20 FLOOR<br>25 OLD BROAD STREET<br>LONDON, EC2N 1HQ<br>UNITED KINGDOM | | | 09/21/2009 | 22785 | $205,501.89 | No Liability Claim |
| 13 | DALE LANGLEY AND CO<br>60 LOMBARD STREET<br>LONDON, EC3V 9EA<br>UNITED KINGDOM | | | 07/23/2009 | 5975 | $2,446.40 | No Liability Claim |
| 14 | DEL BALZO, LUDOVICO<br>23, PELHAM CRESCENT<br>LONDON, SW7 2NR<br>UNITED KINGDOM | | | 09/10/2009 | 11103 | $745,448.00 | No Liability Claim |
| 15 | DRAKE, ALAN<br>55 SQUIRRELS HEATH ROAD<br>HAROLD WOOD<br>ROMFORD, RM3 0LS<br>UNITED KINGDOM | | | 09/09/2009 | 10977 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | EFINANCIAL CAREERS LTD<br>2ND FLOOR STAPLETON HOUSE<br>29-33 SCRUTTON STREET<br>LONDON, EC2A 4HU<br>UNITED KINGDOM | | | 08/05/2009 | 7422 | $5,078.94 | No Liability Claim |
| 17 | EVERLEAD TRADING LIMITED<br>UBS AG, C/O ROHIT NANANI<br>#50-01 NORTH TOWER<br>ONE RAFFLES QUAY<br>, 048583<br>SINGAPORE | | | 07/21/2009 | 5803 | $250,000.00 | No Liability Claim |
| 18 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>8808 PFAFFIKON,<br>SWITZERLAND | | | 09/30/2008 | 61 | Undetermined | No Liability Claim |
| 19 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>PFAFFIKON, 8808<br>SWITZERLAND | | | 09/30/2008 | 62 | Undetermined | No Liability Claim |
| 20 | FIRIS AG<br>BAHNHOFSTRASSE 13<br>PFAFFIKON, 8808<br>SWITZERLAND | | | 09/30/2008 | 63 | Undetermined | No Liability Claim |
| 21 | FIRST SECURITIES ASA<br>ATTN COMPLIANCE<br>PB 1441 VIKA<br>0115 OSLO<br>,<br>NORWAY | | | 10/07/2008 | 113 | $5,000.00 | No Liability Claim |
| 22 | FITCH TRAINING LIMITED<br>28 HEADFORT PLACE<br>LONDON, SW1X7DH<br>UNITED KINGDOM | | | 12/12/2008 | 1302 | $19,041.85 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | GABAY, ALBERT<br>15 WHITMAN DR<br>BROOKLYN, NY 11234 | | | 08/24/2009 | 9154 | $3,970.00 | No Liability Claim |
| 24 | GERSON, JIMMY<br>COFRE DE PEROTE 359-3<br>LOMAS DE CHAPULTEPEC<br>MEXICO, DF CP11000<br>MEXICO | | | 02/23/2009 | 2973 | $60,000.00 | No Liability Claim |
| 25 | GUEVOURA FUND LIMITED<br>210 NEPTUNE HOUSE<br>MARINA BAY,<br>GIBRALTAR | | | 09/16/2009 | 14180 | $2,065,723.83 | No Liability Claim |
| 26 | HAMSTER, KARL HANS<br>DANZIGER WEG 4<br>HOFHEIM, D-65719<br>GERMANY | | | 10/19/2009 | 41270 | Undetermined | No Liability Claim |
| 27 | HANG HING PRINTING CO., LTD<br>2 SHIN HING STREET 5/F<br>CENTRAL,<br>HONG KONG | | | 09/16/2009 | 14306 | $11,072.00 | No Liability Claim |
| 28 | HILL & ASSOCIATES RISK CONSULTING SINGAPORE PTD LTD<br>51 CUPPAGE ROAD<br>#10-18 STARHUB CENTRE<br>KEENE, VA 229469<br>SINGAPORE | | | 08/31/2009 | 9939 | $1,929.69 | No Liability Claim |
| 29 | HILLMAN, ROBERT<br>514 W. 110TH ST., APT 9C<br>NEW YORK, NY 10025 | | | 09/22/2009 | 27372 | $21,315.00 | No Liability Claim |
| 30 | HOFFMAN, RAINER<br>GROSS HURDENER BERG 2<br>OVERATH, 51491<br>GERMANY | | | 11/20/2008 | 825 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | HOLMES & COMPANY, LLP<br>888 SW 5TH AVE SUITE 470<br>PORTLAND, OR 97204 | | | 08/07/2009 | 7693 | $38,222.00 | No Liability Claim |
| 32 | IDEAGLOBAL (I.D.E.A INC)<br>100 WALL STREET, 19TH FLOOR<br>NEW YORK, NY 10005 | | | 12/05/2008 | 1757 | $13,005.00 | No Liability Claim |
| 33 | ILEFINE PARTY LTD<br>PO BOX 527<br>ROUND CORNER<br>SYDNEY N.S.W., 2158<br>AUSTRALIA | | | 11/20/2008 | 817 | Undetermined | No Liability Claim |
| 34 | IMAGO DIGITAL LIMITED<br>UNITER HOUSE 3<br>RADFORD WAY<br>BILLERICAY, CM12 0DX<br>UNITED KINGDOM | | | 07/23/2009 | 5936 | $37,189.60 | No Liability Claim |
| 35 | INTERNATIONAL CAPITAL MARKET ASSOCIATION (ICMA)<br>ICMA<br>TALACKER 29, P.O. BOX 8022<br>ZURICH,<br>SWITZERLAND | | | 12/15/2008 | 1341 | Undetermined | No Liability Claim |
| 36 | JANZ, DR. ROLF-DIETRICH & GERTRUD<br>KAPITAN -DREYER-WEG 38<br>HAMBURG-BLANKENESE, 22587 | | | 01/21/2009 | 1835 | Undetermined | No Liability Claim |
| 37 | JOHN BROUGHAN & ASSOCIATES<br>""GOLEEN"",CROSS AVE.,<br>BLACKROCK,CO. DUBLIN,<br>REP.OF IRELAND<br>,<br>IRELAND | | | 07/24/2009 | 6097 | $13,165.00 | No Liability Claim |

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | JUDGE, FRANCIS J.<br>291 B LIBRA AVE<br>MANDEVILLE, LA 70471-2858 | | | 09/04/2009 | 10434 | $8,000.00 | No Liability Claim |
| 39 | KASTNER, ERIKA & MANFRED, DR.<br>RICARDA-HUCH-STR. 4<br>NEUMUNSTER, 24536<br>GERMANY | | | 01/20/2009 | 1800 | Undetermined | No Liability Claim |
| 40 | KONAN, ATAKAN<br>CIFTEHAVUZLAR, GULDEN SOKAK<br>OZDEN<br>APT. NO 11 D. 11<br>KADIKOY, ISTANBUL,<br>TURKEY | | | 12/03/2008 | 1186 | $18,000.00 | No Liability Claim |
| 41 | KRENZ, GERD<br>ANWALTSSOZIETAT<br>HAGE & SCHOTT-ZETERBERG<br>RESIDENZTR. 106<br>BERLIN, 13409<br>GERMANY | | | 09/04/2009 | 10473 | $14,554.32 | No Liability Claim |
| 42 | LAI WING TAK<br>B5., 11/F., BLOCK B<br>HONG KONG INDUSTRIAL CENTRE,<br>489-491 CASTLE PEAK ROAD<br>KOWLOON,<br>HONG KONG | | | 03/23/2009 | 3452 | $1,333,330.00 | No Liability Claim |
| 43 | LIN, WONG YUK<br>FLAT 514, 5/F.<br>WING YAN HOUSE<br>TUNG YAN COURT<br>,<br>HONG KONG | | | 08/19/2009 | 8714 | $65,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | MACFARLANES LLP<br>SEBASTIAN BYRON, CREDIT CONTROL MANAGER<br>20 CURSITOR STREET<br>LONDON, EC4A 1BD<br>UNITED KINGDOM | | | 03/09/2009 | 3235 | $10,383.10 | No Liability Claim |
| 45 | MCCARTNEY, ALLISON BETH<br>121 WEST 19TH STREET, 7F<br>NEW YORK, NY 10011 | | | 11/24/2008 | 917 | $52,500.00 | No Liability Claim |
| 46 | MEHR, AMIR<br>5 HARTWELL DRIVE<br>BEACONSFIELD, BUCKS, HP9 1JA<br>UNITED KINGDOM | | | 09/21/2009 | 24320 | $37,235.94 | No Liability Claim |
| 47 | MOY, EDMUND<br>40 ROLLING HILL DRIVE<br>CHATHAM, NJ 07928 | | | 02/02/2009 | 2464 | $80,769.24 | No Liability Claim |
| 48 | OPEN SYSTEMS TECHNOLOGIES<br>462 FASHION AVE FL 15<br>NEW YORK, NY 100187429 | | | 09/22/2009 | 33115 | $158,375.00 | No Liability Claim |
| 49 | OSTER, JEFFREY<br>6 WING SET PLACE<br>ALAMO, CA 94507 | | | 09/22/2009 | 33165 | $75,000.00 | No Liability Claim |
| 50 | OSTER, JEFFREY<br>6 WING SET PLACE<br>ALAMO, CA 94507 | | | 09/22/2009 | 33166 | $200,000.00 | No Liability Claim |
| 51 | PARK HYATT ZURICH<br>BEETHOVENSTRASSE 21<br>ZURICH, 8002<br>SWITZERLAND | | | 09/22/2009 | 32012 | $2,563.41 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | PARK HYATT ZURICH<br>BEETHOSVENSTRASSE 21<br>ZURICH, 8002<br>SWITZERLAND | | | 09/22/2009 | 32013 | $12,355.60 | No Liability Claim |
| 53 | RED HOUSE FINANCE LTD<br>PORTCULLIS TRUSTNET (SINGAPORE) PTE LTD<br>6 TEMASEK BOULEVARD<br>#09-05 SUNTEC TOWER FOUR<br>SINGAPORE, 038986 | | | 05/19/2009 | 4453 | $1,000,000.00 | No Liability Claim |
| 54 | RED HOUSE FINANCE LTD<br>PORTCULLIS TRUSTNET (SINGAPORE) PTE LTD<br>6 TEMASEK BOULEVARD<br>#09-05 SUNTEC TOWER FOUR<br>SINGAPORE, 038986 | | | 05/19/2009 | 4454 | $1,000,000.00 | No Liability Claim |
| 55 | ROCKWELL AUTOMATION HOLDINGS INC<br>C/O UBS TRUSTEES (SINGAPORE) LTD.<br>5 TEMASEK BOULEVARD, #18-00<br>SUNTEC TOWER 5<br>, 038985<br>SINGAPORE | | | 06/10/2009 | 4834 | $1,000,000.00 | No Liability Claim |
| 56 | RODGERS, CATHERINE M.<br>477 HARRISON STREET<br>NUTLEY, NJ 07110 | | | 12/04/2008 | 1217 | $10,950.00 | No Liability Claim |
| 57 | SANCIAUME, ANNE<br>CHEMIN DE BERMOUCHE 1733<br>1997 HAUTE-NENDAZ,<br>SWITZERLAND | | | 01/26/2009 | 1964 | $315.31 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | SARAFF, SUSHEEL KUMAR & PUSHPA DEVI (#180522) 1349-62 SAICHOI MANSION 22ND FLOOR, TOWER B BANGKOK, 10600 THAILAND | | | 05/18/2009 | 4391 | $100,000.00 | No Liability Claim |
| 59 | SCHUTZ, MARTINA BRIGITTE UND UDO WASSERFALLSTRABE 297 GOLLING AN DER SALZACH, A-5440 | | | 09/22/2009 | 32241 | $11,761.60 | No Liability Claim |
| 60 | SEITZ, BERTWIN BISCHOF-VON-LIGGG-STR. 4 DILLINGEN, 89407 GERMANY | | | 07/30/2009 | 6723 | $4,282.20 | No Liability Claim |
| 61 | SULLIVAN, MARK L. 21 OVERHILL AVENUE RYE, NY 10580 | | | 01/27/2009 | 2074 | $125,000.00 | No Liability Claim |
| 62 | SULLIVAN, MARK L. 21 OVERHILL AVENUE RYE, NY 10580 | | | 01/27/2009 | 2075 | $25,000.00 | No Liability Claim |
| 63 | TASS WERTPAPIERHANDELSBANK GMBH AM UNTERTOR 4 SKORPIONHAUS HOFHEIM, D65719 GERMANY | | | 07/20/2009 | 5638 | $2,942.00 | No Liability Claim |
| 64 | TELSTRA INTERNATIONAL HK LTD. SUITE 2908, 29/F, DAH SING FINANCIAL CENTRE 108 GLOUCESTER ROAD, WANCHAI , HONG KONG | | | 09/11/2009 | 11371 | $4,477.80 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 9 of 10

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | TOTAL DERIVATIVES<br>69 CARTER LANE<br>LONDON, EC4V 5EX<br>UNITED KINGDOM | | | 08/03/2009 | 7064 | $10,621.00 | No Liability Claim |
| 66 | TREASURE COAST REGIONAL PLANNING COUNCIL<br>421 SW CAMDEN AVENUE<br>STUART, FL 34994 | | | 12/19/2008 | 1394 | $17,403.77 | No Liability Claim |
| 67 | VROMEN, MICHAEL & RIVERA<br>P.O. BOX 23421<br>TEL AVIV, 61L31<br>ISRAEL | | | 03/30/2009 | 3578 | $15,000.00 | No Liability Claim |
| 68 | WALKERS<br>WALKER HOUSE<br>87 MARY STREET<br>GEORGETOWN, KY1-9001<br>CAYMAN ISLANDS | | | 08/07/2009 | 7649 | $1,521.41 | No Liability Claim |
| 69 | WONG YUK LIN<br>FLAT 514, 5/F., WING YAN HOUSE<br>TUNG YAN COURT<br>SHAU KEI WAN,<br>HONG KONG | | | 04/24/2009 | 3949 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $10,282,889.90 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                    Page 10 of 10

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 37: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED<br>MIFA CORP J2, 22 GREENVILLE STREET<br>ST HELIER<br>JERSEY, JE4 8PX1<br>UNITED KINGDOM | | | 09/15/2009 | 12708 | $13,404,919.19 | No Liability Claim |
| 2 | GOSS, ROBERT<br>12 EDGEHILL DRIVE<br>DARIEN, CT 06820 | | | 09/22/2009 | 31250 | $56,000.00 | No Liability Claim |
| 3 | MILLENNIUM MARKETING & MANAGEMENT PTY LTD<br>80 LANG ROAD<br>CENTENNIAL PARK, NSW<br>AUSTRALIA | | | 01/12/2010 | 66106 | Undetermined | No Liability Claim |
| 4 | PARAMOUNT PRO PRINTING CORPORATION<br>418 SUMMIT AVE.<br>JERSEY CITY, NJ 07306 | | | 09/26/2008 | 41 | $26,577.66 | No Liability Claim |
| 5 | STACK, RONALD A.<br>22 SHOREWOOD DRIVE<br>SANDS POINT, NY 11050 | | | 09/16/2009 | 13430 | $4,406,999.00 | No Liability Claim |
| | | | | | TOTAL | $17,894,495.85 | |