**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **(Jointly Administered)** |
| **Debtors.** | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    s.s.:
NEW YORK COUNTY      )

Domenique Scalia, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 26th day of October, 2010, I caused a copy of the following filings to be served Via Regular Mail on the parties shown on the attached Service List:

   • Amendment to the Response of Symphony Asset Management LLC on Behalf of Andante Fund L.P. to the Debtors' Forty-First Omnibus Objection to Late – Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12304]

   • Amendment to the Response of Symphony Asset Management LLC on Behalf of Encore Fund L.P. to the Debtors' Forty-First Omnibus Objection to Late –

NEWYORK 7765178 (2K)

- Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12305]

- Amendment to the Response of Symphony Asset Management LLC on Behalf of Fortissimo Fund to the Debtors' Forty-First Omnibus Objection to Late – Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12301]

 */s/ Domenique Scalia*
Domenique Scalia

Sworn to before me this 28th day of October, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

## SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

THE SUMITOMO TRUST & BANKING CO., LTD.
ATTN: MASAYA YAMASHIRO,
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO, 100-6611