**White & Case LLP**
Abraham L. Zylberberg, Esq.
Richard Graham, Esq.
Radek Pawlowski, Esq.
1125 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: azylberberg@whitecase.com,
rgraham@whitecase.com,
radek.pawlowski@whitecase.com

*Attorneys for Symphony Asset Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **(Jointly Administered)** |
| **Debtors.** | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         )     s.s.:
NEW YORK COUNTY    )

Domenique Scalia, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 26th day of October, 2010, I caused a copy of the following filings to be served Via Facsimile on the party shown on the attached Service List:

- Amendment to the Response of Symphony Asset Management LLC on Behalf of Andante Fund L.P. to the Debtors' Forty-First Omnibus Objection to Late – Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12304]

- Amendment to the Response of Symphony Asset Management LLC on Behalf of Encore Fund L.P. to the Debtors' Forty-First Omnibus Objection to Late –

Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12305]

- Amendment to the Response of Symphony Asset Management LLC on Behalf of Fortissimo Fund to the Debtors' Forty-First Omnibus Objection to Late – Filed Claims and Motion to Deem Proof of Claim Timely Filed [Docket No. 12301]

                                       */s/ Domenique Scalia*
                                       Domenique Scalia

Sworn to before me this 28th day of October, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

## SERVICE LIST

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-931

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
FAX:  212-208-6118