# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AARE-TESSIN AG FUR ELEKTRIZITAT UNIQUE ID NO. 1000221168 C/O WUERSCH & GERING, LLP 100 WALL STREET NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2009 | 65779 | $12,000,670.89* | Late-Filed Claim |
| 2 | ALBERTA CHILDRENS HOSPITAL FOUNDATION 2888 SHAGANAPPI TRAIL NW CALGARY, AB T3B 6A8 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35545 | $4,058.42 | Late-Filed Claim |
| 3 | AMINDSEN, ANNE SKARERVEIEN 45B LORENSKOG, N-1470 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64999 | $252.00 | Late-Filed Claim |
| 4 | AMLIN PLC ST. HELENS 1 UNDERSHAFT LONDON, EC3A 8ND UNITED KINGDOM | 09-10137 (JMP) | BNC Mortgage LLC | 09/25/2009 | 34918 | Undetermined | Late-Filed Claim |
| 5 | ANDRE, WOLFGANG SCHEURENMULHE 6 HENNEF, 53773 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/30/2009 | 57089 | $22,350.00 | Late-Filed Claim |
| 6 | ASH, RICHARD 35 UPPER CLIFF AVE NORTHBRIDGE NSW, 2063 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34375 | $10,950.00 | Late-Filed Claim |
| 7 | AUGUSTIN, CHRISTINE ERNST-BARLACH-STR. 33/351 SINDELFINGEN, 71065 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64250 | $14,061.59 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BALAHADIA, OFELIA S. 153 BOYD AVE JERSEY CITY, NJ 07304 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34609 | $100,705.28 | Late-Filed Claim |
| 9 | BANQUE AUDI SARADAR BANK AUDIA PLAZA BAB IDRISS BEIRUT, 2021 8102 LEBANON | | Lehman No Case Asserted/All Cases Asserted | 12/04/2009 | 65889 | Undetermined | Late-Filed Claim |
| 10 | BAYNE, LORRAINE 43 VICTOR AVE GLEN RIDGE, NJ 07028 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34878 | $25,452.59 | Late-Filed Claim |
| 11 | BENCHETRIT, DELPHINE 35 RUE DE BELLECHASSE 75 PARIS, 75007 FRANCE | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34810 | $525,000.00 | Late-Filed Claim |
| 12 | BERNARD, THOMAS E 281 NORTHSTAR DR. ASPEN, CO 81611-2811 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34752 | Undetermined | Late-Filed Claim |
| 13 | BESTWAY INTERNATIONAL INC C/O SPCG 40 KING ST. W 28TH FLOOR, SUITE 2801 TORONTO, ON M5H 3Y2 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/10/2010 | 66261 | $500,000.00 | Late-Filed Claim |
| 14 | BIELACK, ANNEMARIE ELSTORFER RING 47F HAMBURG, 21149 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57305 | Undetermined | Late-Filed Claim |
| 15 | BLUE TIGER VENTURES LLC 650 S CHERRY STREET SUITE 1005 GLENDALE, CO 80246 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34528 | $158,860.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | BROOKS, MARK<br>24 SAUNCEY AVENUE<br>HARPENDEN<br>HERTS, AL5 4QF<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/20/2010 | 66662 | $2,734.00 | Late-Filed Claim |
| 17 | BROOKS, MARK<br>24 SAUNCEY AVENUE<br>HARPENDEN<br>HERTS, AL5 4QF<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 05/20/2010 | 66663 | $2,734.00* | Late-Filed Claim |
| 18 | BROWNE, DEENA L<br>911 CROSS LN<br>BLUE BELL, PA 19422-1575 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34812 | $16,000.00 | Late-Filed Claim |
| 19 | BUCHHEIT, MARTIN F & HENRIETTA W<br>4002 MCKIBBON ROAD<br>ST. LOUIS, MO 63134-3214 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/01/2010 | 66332 | $7,000.00 | Late-Filed Claim |
| 20 | BUSLER, CECIL R<br>635 WILLOW VALLEY SQ<br>APT H-107<br>LANCASTER, PA 17602-4869 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34731 | $7,500.00 | Late-Filed Claim |
| 21 | CARGILL, FRANK<br>18 BERKLEY STREET<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34367 | $2,640.00 | Late-Filed Claim |
| 22 | CARGILL, FRANK<br>18 BERKLEY STREET<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34368 | $2,640.00 | Late-Filed Claim |
| 23 | CARVALHEIRA, TRICIA I<br>PO BOX 586<br>SELDEN, NY 11784 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/21/2009 | 65984 | $6,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CASTREN & SNELLMAN ATTORNEYS AT LAW ETELAESPLANAH 14 HELSINKI, 00130 FINLAND | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35171 | Undetermined | Late-Filed Claim |
| 25 | CEREP III INVESTMENT D S.A.R.L. ATTN: OUSAAMA DAHER 2, AVENUE CHARLES DE GAULLE LUXEMBOURG, L-1653 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43839 | Undetermined | Late-Filed Claim |
| 26 | CHASE, SANDRA L. 39 BOULDER DROOK DR. STAMFORD, CT 06903 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34619 | $25,000.00 | Late-Filed Claim |
| 27 | CHIA-CHI, LIN & PEI-JUNG, HOU NO. 141 FUXING RD LUGANG TOWN CHANGHUA COUNTY 505 , TAIWAN, PROVINCE OF CHINA | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34772 | Undetermined | Late-Filed Claim |
| 28 | CHIANG, YU-FAN 409 OAK PARK DRIVE SAN FRANCISCO, CA 94131-1027 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34740 | $42,926.00 | Late-Filed Claim |
| 29 | CHIN, RAYMOND 10 MARKHAM CIRCLE OLD BRIDGE, NJ 08857 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66007 | $20,000.00 | Late-Filed Claim |
| 30 | CHUNG, LINH G 179 GRAND STREET UNIT #5C NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34556 | $7,046.00 | Late-Filed Claim |
| 31 | COFFEY, ROSALIND 38 NORTH MOORE STREET APT. 6 NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34925 | $603,450.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | DALEY, KENNETH CAXTON THE LUTH WISBOROUGH GREEN WEST SUSSEX, RH14 0BL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41159 | Undetermined | Late-Filed Claim |
| 33 | DEFOUR, NICOLE 900 SAW CREEK ESTATES BUSHKILL, PA 18324 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34476 | $16,000.00 | Late-Filed Claim |
| 34 | DEFOUR, NICOLE 900 SAW CREEK ESTATES BUSHKILL, PA 18324 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34669 | $14,353.98 | Late-Filed Claim |
| 35 | DEFOUR, NICOLE 900 SAW CREEK ESTATES BUSHKILL, PA 18324 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34670 | $10,950.00 | Late-Filed Claim |
| 36 | DIAMOND, THOMAS 229 CAMDEN RD PENSACOLA, FL 32514 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34763 | $10,000.00 | Late-Filed Claim |
| 37 | DORCHUCK, JORDAN D 9878 BLUESTAR DRIVE PARKER, CO 80138 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34357 | $100,000.00 | Late-Filed Claim |
| 38 | DRAVES, ALICE T 47 ELM TREE LANE FON DU LAC, WI 54935-3702 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34738 | $21,744.80 | Late-Filed Claim |
| 39 | DUFFY,PHILIP STEPHEN FLAT 9 FONDA COURT 3 PREMIERE PLACE LONDON, E14 8SD UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35417 | $10,039.22* | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 40 | EMMANUEL, ROGER<br>30, RUE DE LORRAINE<br>78<br>SAINT-GERMAIN-EN-LAYE, 78100<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35504 | Undetermined | Late-Filed Claim |
| 41 | EWING, SANFORD FERREY<br>110 STEPHEN MATHER RD<br>DARIEN, CT 06820 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/30/2010 | 66432 | $2,349,051.06 | Late-Filed Claim |
| 42 | FERCONIO, MICHAEL R.<br>5509 STONEWALL AVENUE<br>DOWNERS GROVE, IL 60515 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34789 | Undetermined | Late-Filed Claim |
| 43 | FINKE, HELGA<br>OBERBINGE 11<br>KASSEL, D34130<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/27/2009 | 48727 | $7,075.50 | Late-Filed Claim |
| 44 | FINKE, KARL<br>OBERGINGE 11<br>KASSEL, D34130<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/27/2009 | 48728 | $2,830.20 | Late-Filed Claim |
| 45 | FOLEY, FAMILY TRUST 9/4/87<br>565 WOODSIDE DRIVE<br>WOODSIDE, CA 94062 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66494 | $120,000.00 | Late-Filed Claim |
| 46 | FOTI, RUTH<br>24 KENNEDY RD.<br>CRESSKILL, NJ 07626 | | Lehman No Case Asserted/All Cases Asserted | 02/11/2010 | 66263 | $55,000.00 | Late-Filed Claim |
| 47 | FOX ROTHSCHILD LLP<br>CHAPTER 7 TRUSTEE OF THE ESTATE<br>OF THELEN, LLP<br>ATTN: YANN GERON<br>100 PARK AVE, STE 1500<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/22/2010 | 66314 | $9,503.84 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | FREDERICKS, WILLIAM E. 1413 GOLF STREET SCOTCH PLAINS, NJ 07076 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/24/2009 | 34795 | $23,553.00 | Late-Filed Claim |
| 49 | FRIDMAN, MYRNA PARADO DE RAMBLA GANDHI 211 AP. 601 MONTEVIDEO, CP 11300 URUGUAY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/01/2009 | 35862 | $30,000.00 | Late-Filed Claim |
| 50 | FU, VIRGINIA FLAT 3A. 2 WANG FUNG TERRACE TAI HANG RD. HU, HONG KONG | | **Lehman No Case Asserted/All Cases Asserted** | 10/13/2009 | 37531 | $11,400.00 | Late-Filed Claim |
| 51 | GALLIA ASSETS CORP, CITY OF PANAMA C/O DR. RUDOLF MERONI MERONI & SCHMID ATTORNEYS-AT-LAW ROTFLUHSTRASSE 67 ZOLLIKON - ZURICH, CH-8702 SWITZERLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/28/2009 | 50550 | $330,000.00 | Late-Filed Claim |
| 52 | GESELLSCHAFT FUR TECHNISCHE ZUSAMMENARBEIT (GTZ) GMBH ATTN: FRIEDRICH V. KENNE DAG-HAMMARSKJOLD-WEG 1-5 65760  ESCHBORN, GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/07/2009 | 36849 | $569,842.72 | Late-Filed Claim |
| 53 | GIANNI, ORIGONI, GRIPPO & PARTNERS 6-8 TOKENHOUSE YARD LONDON, EC2R 7AS UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/30/2009 | 35592 | $986,086.86* | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | GIBBONS, JOHN MIDCON PTY LTD PO BOX 333 MOHA VALE NSW, 2103 AUSTRALIA | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35358 | $500,000.00 | Late-Filed Claim |
| 55 | GIFFORD, PAUL 175 BROCKET WAY CHIGWELL ESSEX, IG7 4LY UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34766 | $13,325.51 | Late-Filed Claim |
| 56 | GLG GLOBAL CONVERTIBLE UCITS (DISTRIBUTING) FUND, A SUB-FUND OF GLG INVESTMENTS IV PLC C/O GLG PARTNERS LP 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62731 | $375,000.00* | Late-Filed Claim |
| 57 | GLG GLOBAL CONVERTIBLE UCITS FUND, A SUB-FUND OF GLG INVESTMENTS PLC C/O GLG PARTNERS LP 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62732 | $10,000,000.00* | Late-Filed Claim |
| 58 | GOMEZ, DAMIANA 478 CENTRAL PARK WEST #3D NEW YORK, NY 10025 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34621 | $50,000.00 | Late-Filed Claim |
| 59 | GONONSKY, ROBERT 35 EAST 85TH ST APT 2B NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34391 | Undetermined | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 60  GONONSKY, ROBERT<br>35 E 85TH ST APT 2B<br>NEW YORK, NY 100280961 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34550 | Undetermined | Late-Filed Claim |
| 61  GORWOOD, RACHEL<br>24 HOLLY LODGE<br>90 WIMBLEDON HILL ROAD<br>WIMBLEDON, SW19 7PB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64585 | $23,000.00 | Late-Filed Claim |
| 62  GRABOWSKY, RICHARD<br>233 HANCOCK AVE<br>BRIDGEWATER, NJ 08807 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34855 | $34,614.00 | Late-Filed Claim |
| 63  GROSS, DAVID J.<br>350 W. 53RD STREET, APT 6C<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36525 | $400,000.00 | Late-Filed Claim |
| 64  GROSSMAN, NURIT<br>12 AMNON VETAMAR ST.<br>HAIFA, 34791<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 39740 | $52,148.00 | Late-Filed Claim |
| 65  GROVER, ANJALI<br>IC/32<br>GURU GOBIND SING MARG<br>NEW DELHI<br>NEW DELHI, 110005<br>INDIA | | Lehman No Case Asserted/All Cases Asserted | 09/25/2009 | 34910 | $100,000.00 | Late-Filed Claim |
| 66  GULDBRANDSEN, JAN<br>KRANGEVEIEN 31<br>NESODDTANGEN, 1450<br>NORWAY | | Lehman No Case Asserted/All Cases Asserted | 11/02/2009 | 63425 | $172,786.00 | Late-Filed Claim |
| 67  HAMMOUD, SAAD<br>27 POPLAR GROVE<br>LONDON, W67RG<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34651 | $3,500,090.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | HEMMER, G.A.J. BORDEWIJKSTRAAT 16 ALKMAAR, 1822 JB NETHERLANDS | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/14/2009 | 40175 | $5,000.00 | **Late-Filed Claim** |
| 69 | HERRMANN, WOLFGANG & UTE ROITZHEIMER STRASSE 188 EUSKIRCHEN, 53879 GERMANY | 08-13905 (JMP) | **CES Aviation LLC** | 11/03/2009 | 64547 | Undetermined | **Late-Filed Claim** |
| 70 | HISPANIC FEDERATION 55 EXCHANGE PL STE 500 NEW YORK, NY 10005-3303 | | **Lehman No Case Asserted/All Cases Asserted** | 10/19/2009 | 42195 | $25,000.00 | **Late-Filed Claim** |
| 71 | HOCKAUF, MARIANNE C/O REINHILDE HOCKAUF-SCHNEIDER BAULSCHULEN WEG 49 COBURG, 96450 GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/28/2009 | 35059 | $20,600.00 | **Late-Filed Claim** |
| 72 | HOCKAUF, MARIANNE BAUMSCHULENWEG 49 COBURG, D-96450 GERMANY | | **Lehman No Case Asserted/All Cases Asserted** | 12/01/2009 | 65791 | $20,600.00 | **Late-Filed Claim** |
| 73 | HUY SY, JOHN GO BENG MRS ELLEN SY GO / MR JOHN SY GO BENG HUY JR 678 WISCONSIN STREET, EAST GREEN HILLS MANDA LU YONG, PHILIPPINES | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/24/2009 | 34718 | $99,999.87 | **Late-Filed Claim** |
| 74 | IGLESIAS, JOAQUIM PASEO MAYOR #D-28, ST#8 SAN JUAN, PR 00926 | | **Lehman No Case Asserted/All Cases Asserted** | 09/23/2009 | 34498 | Undetermined | **Late-Filed Claim** |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | IMBROGNO, WILLIAM<br>28 SCOTIA BUILDING<br>58, JARDINE ROAD<br>LONDON, E1W 3WA<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35186 | $17,000.24 | Late-Filed Claim |
| 76 | JACOBS, MICHAEL M.<br>6 BREARLY CRESCENT<br>FAIR LAWN, NJ 07410-3353 | | Lehman No Case Asserted/All Cases Asserted | 09/30/2009 | 35563 | $144,000.00 | Late-Filed Claim |
| 77 | JACOBS, MICHAEL M.<br>6 BREARLY CRESCENT<br>FAIR LAWN, NJ 07410 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35582 | $144,000.00 | Late-Filed Claim |
| 78 | JAGENBURG, VANESSA<br>18 FERNWOOD ROAD<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34724 | $700,000.00 | Late-Filed Claim |
| 79 | KOCH, DAVID<br>FLAT 21 THE WESTBOURNE<br>1 ARTESIAN ROAD<br>LONDON, W25DL<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 10/01/2009 | 35953 | $10,950.00* | Late-Filed Claim |
| 80 | KOZAK, BRIAN J.<br>73 RICHMOND BLVD.<br>4B<br>RONKONKOMA, NY 11779 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 36754 | Undetermined | Late-Filed Claim |
| 81 | KOZAK, BRIAN J.<br>73 RICHMOND BLVD.<br>4B<br>RONKONKOMA, NY 11779 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 36755 | Undetermined | Late-Filed Claim |
| 82 | KPMG AUDIT PLC<br>DEPT 791<br>58 CLARENDON ROAD<br>WATFORD HERTFORDSHIRE, WD17 1DE<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 10/08/2009 | 36985 | Undetermined | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | KRAUSE, ELIZABETH TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP 120 BROADWAY, 18TH FLOOR NEW YORK, NY 10271 | | Lehman No Case Asserted/All Cases Asserted | 11/06/2009 | 65052 | $250,000.00 | Late-Filed Claim |
| 84 | LAW OFFICE OF TSHOMBE SAMPSON TSHOMBE SAMPSON, ESQ. 1014 6TH STREET SUITE H SANTA MONICA, CA 90403 | 09-10137 (JMP) | BNC Mortgage LLC | 10/09/2009 | 37192 | $1,500,000.00 | Late-Filed Claim |
| 85 | LEHANE,FIONA CATHERINE (FORMERLY FIONA CATHERINE GAFFNEY-NAME CHANGED) 88 RED POST HILL LONDON, GT LON, SE249PW UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/25/2009 | 34912 | $22,386.00 | Late-Filed Claim |
| 86 | LI SHUI ZHONG | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34753 | $30,200.00 | Late-Filed Claim |
| 87 | LIST, HANS CHRISTOPH CONCORDIAPLATZ 4 WIEN, A-1010 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35588 | $100,000.00 | Late-Filed Claim |
| 88 | LITTLE NELL APARTMENTS, L.P. 1800 BERING DRIVE, SUITE 501 HOUSTON, TX 77057 | | Lehman No Case Asserted/All Cases Asserted | 04/29/2010 | 66586 | $132,751.83 | Late-Filed Claim |
| 89 | MASSARO, SUSAN - TRADITIONAL IRA FIDELITY MGT TRUST CUSTODIAN 75-31 FURMANVILLE AVE MIDDLE VILLAGE, NY 11379 | | Lehman No Case Asserted/All Cases Asserted | 04/01/2010 | 66443 | $10,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | MCALLISTER, DAN SAN DIEGO COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY DESK 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 65273 | $111,162.02 | Late-Filed Claim |
| 91 | MCCARTHY, DAVID 2112 VANDERBILT PORTAGE, MI 49024 | | Lehman No Case Asserted/All Cases Asserted | 01/29/2010 | 66182 | Undetermined | Late-Filed Claim |
| 92 | MCGRIGOR DONALD SOLICITORS 5 OLD BAILEY LONDON, EC4M 7BA UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35177 | Undetermined | Late-Filed Claim |
| 93 | MCHUGH, KENNETH G 458 VANCE AVENUE WYCKOFF, NJ 07481-1128 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34725 | $0.00 | Late-Filed Claim |
| 94 | MCMAHON, IAN 27 THE STENNINGS EAST GRINSTEAD WEST SUSSEX, RH19 1PF UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34607 | $33,907.05 | Late-Filed Claim |
| 95 | MENSAH, VIVIEN 95 S CONGER AVENUE CONGERS, NY 10920 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34558 | Undetermined | Late-Filed Claim |
| 96 | MOSCHELLA, DARREN 74 MISSION HILLS CT. HOLMDEL, NJ 07733 | | Lehman No Case Asserted/All Cases Asserted | 07/21/2010 | 66951 | Undetermined | Late-Filed Claim |
| 97 | MSJJ HOLDINGS, LP ATTN: DON COLEMAN 110 W 26TH AVE KANSAS CITY, MO 64116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34991 | $1,000,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 98 | MUI, DAISY<br>56-11 219TH ST<br>BAYSIDE, NY 11364 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34500 | Undetermined | Late-Filed Claim |
| 99 | MULLINS, SUSAN W<br>1540 GA HWY 107<br>ASHBURN, GA 31714-3575 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34822 | $15,000.00 | Late-Filed Claim |
| 100 | MURA, MICHAEL<br>33 WALTON STREET<br>ST ALBANS, AL1 4DQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34839 | $10,950.00 | Late-Filed Claim |
| 101 | MURPHY, MARGARET M.<br>155 E. TALL OAKS CIRCLE<br>PALM BEACH GARDENS, FL 33410 | | Lehman No Case Asserted/All Cases Asserted | 08/16/2010 | 67024 | $10,100.15 | Late-Filed Claim |
| 102 | NAUTA DUTILH N.V.<br>C/O INCE & CO INTERNATIONAL LAW FIRM<br>ROOM 3801-6 38TH FLOOR<br>ICBC TOWER CITIBANK PLAZA<br>HONG KONG,<br>HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 11/12/2009 | 65524 | Undetermined | Late-Filed Claim |
| 103 | NESS, ARNFINA<br>GNEISVEGEN 12<br>FJERDINGBY, N-2008<br>NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64993 | $4,751.00 | Late-Filed Claim |
| 104 | OGIER<br>WHITELEY CHAMBERS<br>DON STREET<br>ST HELIER<br>JERSEY, JE4 9WG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50065 | Undetermined | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | OTSUKA, KAZUE<br>2-27-20-405 MEGURO-HONCHOU<br>MEGURO-KU, 152-0002<br>JAPAN | | Lehman No Case Asserted/All Cases Asserted | 10/12/2009 | 37403 | $84.40 | Late-Filed Claim |
| 106 | PELLEGRINO, EILEEN<br>13 STONEY BROOK RD<br>HOLMDEL, NJ 07733 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34850 | $24,113.00 | Late-Filed Claim |
| 107 | PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM<br>C/O ALAN VAN NOORD, CFA, CHIEF INVESTMENT OFFICER AND JEFFREY B. CLAY, EXECUTIVE DIRECTOR<br>P.O. BOX 125<br>HARRISBURG, PA 17108-0125 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/12/2010 | 66390 | $36,439,975.00 | Late-Filed Claim |
| 108 | PONZECCHI, STEPHEN<br>82 FORSTER ROAD<br>BECKENHAM<br>KENT, BR3 4LQ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35427 | $30,900.00 | Late-Filed Claim |
| 109 | POPE, JODIE<br>13 CAMDEN PARK ROAD<br>CHISLEHURST<br>KENT, BR7 5HE | | Lehman No Case Asserted/All Cases Asserted | 10/19/2009 | 41667 | Undetermined | Late-Filed Claim |
| 110 | PUERTAS, MIGUEL IGNACIO<br>325 W. 45TH STREET<br>#807<br>NEW YORK, NY 10036 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34435 | $38,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 111 PUTTOCK, ADRIAN<br>108 CONRWALL ROAD<br>GREEN HILL<br>HERNE BAY<br>KENT, CT6 7SX<br>UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/22/2010 | 66320 | $7,903.85 | Late-Filed Claim |
| 112 RATNOWSKY, MARC<br>A1433 WATERFORD GREEN DR<br>MARIETTA, GA 30068 | | **Lehman No Case Asserted/All Cases Asserted** | 10/27/2009 | 49446 | $96,000.00 | Late-Filed Claim |
| 113 RIZZO, FRANK H AND PEGGY R, JT TEN<br>1476 E. 18TH ROAD<br>STREATOR, IL 61364 | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/23/2009 | 34483 | $320,000.00 | Late-Filed Claim |
| 114 RIZZOTTO, ANTHONY<br>24 TWIN TERRACE<br>HOLMDEL, NJ 07733 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/23/2009 | 34571 | $70,000.00 | Late-Filed Claim |
| 115 ROGER, EMMANUEL<br>30, RUE DE LORRAINE<br>78<br>SAINT GERMAIN EN LAYE, 78100<br>FRANCE | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/29/2009 | 35505 | Undetermined | Late-Filed Claim |
| 116 ROSENBLATT, STEPHEN<br>27 PRYER MANOR RD<br>LARCHMONT, NY 10538 | | **Lehman No Case Asserted/All Cases Asserted** | 09/23/2009 | 34583 | $2,762,925.00 | Late-Filed Claim |
| 117 ROSENZWEIG, HELEN<br>1 BAYCLUB DR, APT 15X<br>BAYSIDE, NY 11360 | | **Lehman No Case Asserted/All Cases Asserted** | 10/07/2009 | 36830 | $7,500.00 | Late-Filed Claim |
| 118 SALWIN, PIOTR A.<br>45 TUDOR CITY PLACE<br>APARTMENT 1011<br>NEW YORK, NY 10017 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/23/2009 | 34389 | $150,000.00 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 119 | SGHERZA, VINCENT<br>98 PARK AVE<br>APT 2C<br>HOBOKEN, NJ 07030 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34436 | $150,632.25 | Late-Filed Claim |
| 120 | SHAPIRO, RYAN M.<br>62 STUART DRIVE<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36567 | $21,348.00 | Late-Filed Claim |
| 121 | SHERMAN, CANDICE<br>660 SANDSTONE DRIVE<br>ATHENS, GA 30605 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/26/2010 | 66421 | $15,000.00 | Late-Filed Claim |
| 122 | SINGHAL, ARUN<br>04-04, SCOTTS 28<br>SCOTTS ROAD<br>SINGAPORE, 228223 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34870 | $164,992.00 | Late-Filed Claim |
| 123 | SIRERA, PEDRO AND CAYETENA B. BUSCENY DE AND MIRNA ANDREA, JTWROS<br>AV. LAS HERAS 3759 PISO 11A<br>BUENOS AIRES, 1425<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35586 | $87,042.08 | Late-Filed Claim |
| 124 | SMITH, JAMES P.<br>50 CAMBRIDGE DR<br>SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34566 | $62,500.00* | Late-Filed Claim |
| 125 | ST HILDA'S EAST COMMUNITY CENTRE<br>18 CLUB ROW<br>LONDON, E2 7EY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34977 | Undetermined | Late-Filed Claim |
| 126 | STEPHENS, FOREST<br>75 WEST 100 N<br>RUPERT, ID 83350 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42447 | $20,972.52 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 127 | STOCKHAMER, NEIL<br>11 LILLIAN LANE<br>PLAINVIEW, NY 11803 | | Lehman No Case Asserted/All Cases Asserted | 12/02/2009 | 65817 | $1,000.00* | Late-Filed Claim |
| 128 | STRICKER, LAURA<br>APT. 1A<br>430 CUNAT BLVD<br>RICHMOND, IL 60071-8918 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34526 | Undetermined | Late-Filed Claim |
| 129 | SWANDER FINANCE S.A.<br>C/O ROBERTO DUPONT<br>CASA LA ROSADA-PARADA 26-BRAVA<br>ELIAS REGULES, RINCON DEL INDIO<br>PUNTA DE ESTE,<br>URUGUAY | | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36206 | $209,094.88 | Late-Filed Claim |
| 130 | SWIDLER, JOSHUA E.<br>FOREST LODGE<br>WINDSOR GREAT PARK<br>WINDSOR, SL42BU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35236 | $41,963.00 | Late-Filed Claim |
| 131 | TEH VUI HAU<br>BLOCK 129 BUKIT MERAH VIEW #18-158<br>, 150129<br>SINGAPORE | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/21/2009 | 42942 | Undetermined | Late-Filed Claim |
| 132 | TENSOR OPPORTUNITY LIMITED<br>ATTN: KEVIN BARRETT<br>C/O EMS CAPITAL LP<br>499 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2010 | 66236 | $2,369,647.41* | Late-Filed Claim |
| 133 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN,SURREY, KT3 5NQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34489 | Undetermined | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 134 | THE UPS STORE PETRO CANADA CENTRE EAST TOWER 100-111 5TH AVENUE SW CALGARY, AB T2P 3Y6 CANADA | | Lehman No Case Asserted/All Cases Asserted | 09/30/2009 | 35579 | Undetermined | Late-Filed Claim |
| 135 | UNICREDIT BANK AUSTRIA AG, FORMERLY BANK AUSTRIA CREDITANSTALT AG, FORMERLY BANK AUSTRIA AKTIENGESELLSCHAFT SCHOTTENGASSE 6 - 8 VIENNA, A-1010 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2010 | 66235 | $2,919,533.31 | Late-Filed Claim |
| 136 | URIA MENENDEZ ABOGADOS, S.L.P. C/ PRINCIPE DE VERGARA, 187 MADRID, 28002 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34656 | $69,050.39 | Late-Filed Claim |
| 137 | VAN ARK, LISA 662 MOURNING DOVE RD. LITTLE SUAMIC, WI 54141 | | Lehman No Case Asserted/All Cases Asserted | 01/19/2010 | 66117 | $944.63 | Late-Filed Claim |
| 138 | WALLACE, DANIEL 347 WEST BROADWAY # 7 NEW YORK, NY 10013 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34707 | Undetermined | Late-Filed Claim |
| 139 | WALLACH, DAVID 1 BAY-CLUB DR, APT 15X BAYSIDE, NY 11360 | | Lehman No Case Asserted/All Cases Asserted | 10/07/2009 | 36831 | $7,500.00 | Late-Filed Claim |
| 140 | WOOLFOOT, KATE JANE FLAT 3 112 FLEET ROAD LONDON, NW3 2QX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35191 | $27,400.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | WU CHIK KIH TOWN COURT#305 2/12/2004 KAMI IKEBUKURO TOSHIMA-KU, 13 JAPAN | | Lehman No Case Asserted/All Cases Asserted | 12/21/2009 | 66006 | $0.00 | Late-Filed Claim |
| 142 | XU, YEREN MOTOAZABU-KAN #201 3-6-9 MOTOAZBU MINATO-KU, 1060046 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35245 | $435,304.00 | Late-Filed Claim |
| 143 | YANG, KRISTEN CHEN 110 ROCKLAND DRIVE JERICHO, NY 11753 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34880 | $121,316.00 | Late-Filed Claim |
| 144 | YIP, RAYMOND 227-16 64TH AVE OAKLAND GARDENS, NY 11364 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34561 | $50,000.00 | Late-Filed Claim |
| 145 | YVAN, DEPUYDT RUE GONTRAN BACHY 56 SPIENNES, 7032 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55039 | Undetermined | Late-Filed Claim |
| 146 | YVAN, DEPUYDT RUE GONTRAN BACHY 56 SPIENNES, 7032 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55040 | Undetermined | Late-Filed Claim |
| 147 | ZAMORA, BARBARA L. TOKYO MIDTOWN RESIDENCES # 1910 9-7-2 AKASAKA 13 MINATO-KU, 107-0052 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2010 | 66230 | $25,500.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 148 | ZAMORA, BARBARA L. TOKYO MIDTOWN RESIDENCES # 1910 9-7-2 AKASAKA 13 MINATO-KU, 107-0052 JAPAN | | Lehman No Case Asserted/All Cases Asserted | 02/03/2010 | 66233 | $3,327.00 | Late-Filed Claim |
| 149 | ZAMORA,BARBARA L. TOKYO MIDTOWN RESIDENCES # 1910 9-7-2 AKASAKA MINATO-KU, 13, 107-0052 JAPAN | | Lehman No Case Asserted/All Cases Asserted | 02/03/2010 | 66234 | $14,950.01 | Late-Filed Claim |
| 150 | ZELENOVIC, TOMISLAV 10573 WEST PICO BOULEVARD APARTMENT 77 LOS ANGELES, CA 90064 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40494 | $80,180.76 | Late-Filed Claim |
| | | | | | TOTAL | $85,271,383.11 | |