# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 41: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MORENO, SIMEON<br>C/O SARA DISCEPOLO, ESQ.<br>1050 WINTER STREET, SUITE 1000<br>WALTHAM, MA 02451 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/11/2010 | 66084 | $2,500.00* | Late-Filed Claim |
| | | | | | TOTAL | $2,500.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts