# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 41: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANDANTE FUND LP<br>C/O SYMPHONY ASSET MANAGEMENT LLC<br>555 CALIFORNIA STREET<br>SUITE 2975<br>SAN FRANCISCO, CA 94104-1503 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34461 | $14,582,093.45* | Late-Filed Claim |
| 2 | CHAN, LORI<br>33-49 75TH STREET<br>JACKSON HEIGHTS, NY 11372 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2010 | 67020 | $417,994.37 | Late-Filed Claim |
| 3 | DAVY, DARREN<br>3 ALLISON ROAD<br>ALPINE, NJ 07620 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63539 | $367,045.90 | Late-Filed Claim |
| 4 | DMUCHOWSKI, JOHN<br>86 WINCHESTER DRIVE<br>EAST WINDSOR, NJ 08520 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34402 | $47,727.00 | Late-Filed Claim |
| 5 | ENCORE FUND, LP<br>C/O SYMPHONY ASSET MANAGEMENT LLC<br>555 CALIFORNIA STREET<br>SUITE 2975<br>SAN FRANCISCO, CA 94104-1503 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34460 | $3,316,824.36* | Late-Filed Claim |
| 6 | FORTISSIMO FUND<br>C/O SYMPHONY ASSET MANAGEMENT LLC<br>555 CALIFORNIA STREET<br>SUITE 2975<br>SAN FRANCISCO, CA 94104-1503 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34459 | $4,392,949.91* | Late-Filed Claim |
| 7 | GATEX PROPERTIES INC<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056-4109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35519 | $25,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 41: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | GATEX PROPERTIES INC. C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON, TX 77056-4109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35849 | $11,562.50 | Late-Filed Claim |
| 9 | GH PHIPPS CONSTRUCTION COMPANIES 7061931 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66484 | $200,000.00 | Late-Filed Claim |
| 10 | HAHN-COLBERT, SANDRA 70 BEAVER BROOK RD. HOLMES, NY 12531 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34726 | $750,000.00 | Late-Filed Claim |
| 11 | HAHN-COLBERT, SANDRA M 70 BEAVER BROOK RD. HOLMES, NY 12531 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34727 | $250,000.00 | Late-Filed Claim |
| 12 | JOHN, TAN LYE THIAM B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE, 650288 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34794 | $25,535.00* | Late-Filed Claim |
| 13 | KAZUMICHI NORIMATSU 14-10-306 SUZURANDAI-HIGASHIMACHI 9-CHOME, KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/26/2009 | 46347 | Undetermined | Late-Filed Claim |
| 14 | KING, HARRIET CHAN 395 SOUTH 2ND STREET #1 BROOKLYN, NY 11211 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34546 | $6,081.00* | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts                Page 2 of 4

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 41: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | LAYTON COMPANIES, INC, THE 5175510<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66487 | $500,000.00 | Late-Filed Claim |
| 16 | MCMAHON, EDITH E & JOSEPH F. MCMAHON<br>310 PACIFIC AVENUE<br>WEST CAPE MAY, NJ 08204 | | Lehman No Case Asserted/All Cases Asserted | 05/17/2010 | 66611 | $10,000.00 | Late-Filed Claim |
| 17 | QUISMORIO, JAMES<br>1738 VIA DEL REY<br>SOUTH PASADENA, CA 91030 | | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36443 | Undetermined | Late-Filed Claim |
| 18 | REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/18/2009 | 65975 | $433,751.50 | Late-Filed Claim |
| 19 | REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | | Lehman No Case Asserted/All Cases Asserted | 12/18/2009 | 65976 | $433,751.50 | Late-Filed Claim |
| 20 | RODRIGUEZ-COLON, ELIZABETH<br>URB. DOS PINOS<br>784 CALLE LINCE<br>SAN JUAN, PR 00923 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34491 | Undetermined | Late-Filed Claim |
| 21 | SINCLAIR MEDICAL PLAN SI97400<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66489 | $750,000.00 | Late-Filed Claim |
| 22 | SMEJKAL, FRANK<br>1305 BEVERLY STREET<br>HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34673 | $250,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 41: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | STARTEK INC. 8109959<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66490 | $500,000.00 | Late-Filed Claim |
| 24 | UT STATE BAR 8938175<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66492 | $300,000.00 | Late-Filed Claim |
| 25 | UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66491 | $350,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $27,920,316.49 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts