UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
                       Debtors.                             :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (FAILURE TO SUBMIT GUARANTEE QUESTIONNAIRE CLAIMS)

Upon the thirty-sixth omnibus objection to claims, dated September 13, 2010 (the "Thirty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the Failure to Submit Guarantee Questionnaire Claims on the basis that such claims fail to comply with the Bar Date Order's specific direction that holders of those claims complete the Guarantee Questionnaire, all as more fully described in the Thirty-Sixth Omnibus Objection to Claims; and due and proper notice of the Thirty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-Sixth Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Sixth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Thirty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "Failure to Submit Guarantee Questionnaire Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Failure to Submit Guarantee Questionnaire Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirty-Sixth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      October 28, 2010        *s/ James M. Peck*
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 36: EXHIBIT 1 – FAILURE TO SUBMIT GUARANTEE QUESTIONNAIRE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DAHL, FRODE<br>31 KENILWORTH SQUARE<br>DUBLIN 6,<br>IRELAND | | Lehman No Case Asserted/All Cases Asserted | 10/26/2009 | 65274 | $3,278.00 | Failure to Submit Guarantee Questionnaire Claim |
| 2 | GEELEN, FLORENCE AND LUCY<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30624 | Undetermined | Failure to Submit Guarantee Questionnaire Claim |
| 3 | GOODSITT, ROBERT & DOROTHY<br>54 PHEASANT RIDGE DR<br>HENDERSON, NV 89014-2116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7096 | $46,500.00 | Failure to Submit Guarantee Questionnaire Claim |
| 4 | KERNZAHL AG<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30623 | Undetermined | Failure to Submit Guarantee Questionnaire Claim |
| 5 | KHEMCHANDANI, GITA<br>C/O 20 COLLYER QUAY #18-01<br>TUNG CENTRE<br>, 049319<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18570 | $128,700.00 | Failure to Submit Guarantee Questionnaire Claim |
| 6 | LONG, CHARLES<br>PINEAPPLE HOUSE<br>18 CONDUIT MEWS<br>LONDON, W2 3RE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14103 | $3,612.00 | Failure to Submit Guarantee Questionnaire Claim |
| 7 | MAGO, BRIJ M.<br>5407 CARRIAGEWAY LN.<br>RICHMOND, VA 23234 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6219 | $100,000.00 | Failure to Submit Guarantee Questionnaire Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 36: EXHIBIT 1 – FAILURE TO SUBMIT GUARANTEE QUESTIONNAIRE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | MOORADIAN, MICHAEL L<br>5417 TIMBER BEND DRIVE<br>BRIGHTON, MI 48116 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6148 | $3,149.51 | Failure to Submit Guarantee Questionnaire Claim |
| 9 | REUBEN BROTHERS LIMITED<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30626 | Undetermined | Failure to Submit Guarantee Questionnaire Claim |
| 10 | WEHRLE, E. GAINES<br>1025 PONTE VEDRA BLVD.<br>PONTE VEDRA BEACH, FL 32082 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32786 | $2,136,528.91* | Failure to Submit Guarantee Questionnaire Claim |
| 11 | WEHRLE, HENRY B., JR AND SHARON M.<br>835 HILLCREST DRIVE EAST<br>CHARLESTON, WV 25311 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32382 | $686,790.75 | Failure to Submit Guarantee Questionnaire Claim |
| 12 | WEHRLE, STEPHEN AND LAURA<br>15 GROSSCUP ROAD<br>CHARLESTON, WV 25314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30715 | $1,424,406.73* | Failure to Submit Guarantee Questionnaire Claim |
| 13 | WEHRLE, STEPHEN AND LAURA<br>15 GROSSCUP ROAD<br>CHARLESTON, WV 25314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30716 | $1,831,442.00* | Failure to Submit Guarantee Questionnaire Claim |
| 14 | ZANDE, ANTHONY L. & WEHRLE-ZANDE, LYNN<br>10707 BELVEDERE SQUARE<br>VERO BEACH, FL 32963 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28671 | $915,721.00 | Failure to Submit Guarantee Questionnaire Claim |
| | | | | | TOTAL | $7,280,128.90 | |