14 October, 2010,
Leyden The Netherlands

Dear Sirs,

In reference to your letter, dated 09/13/2010, Claim Number 65586, date filed 11/17/2009, Debtor 08-13555, Classification and amount Unsecured $ 140,000.00 in the name of Faber, Doeke C., Virulypad 27, 2316 ZS Leyden, The Netherlands, concerning my Claim to be disallowed and expunged, I would like to inform you as follows.

I do realize that my Claim came in too late and apologize for that.
There is however a reason for that, which I beg you to consider.
30 December 2009, I was diagnosed with cancer of the liver with metastases in both lymph nodes and the liver (stage 4). I was informed by the medical team that I had 4 – 6 months to live and was advised to go home and enjoy the days that were allowed me!
In first instance, they refused further treatment, as patients in stage 4 do not have access to further treatment. Only palliative care!
After long discussions with the medical team, I have been given 6 chemo treatments over a period of 5 months starting in January 2009. In June last year the hospital stopped further treatment, because , as said earlier, patients in stage 4 do not qualify for further treatment.

Wanting to live and thus looking for further medical treatment elsewhere, I have contacted Prof.Dr Th. Vogl in Frankfurt. He does experimental radiology, especially on patients with cancer of the liver. He has accepted me in that group of patients. After 12 treatments since June last year, the situation is now under control. His diagnosis is that I may have a few additional years. I hope and prey he is right.

With the physical and mental struggle that I had to fight and win, the heavy doses of medicine to be taken, the frequent admissions to hospital in Frankfurt, Germany and in The Netherlands, were all an extremely heavy burden on me. It thus has caused procrastination of all other things, important as they were!

Dear Sirs, I hope that I have been able to explain the reason and circumstances under which the Claim was submitted too late.
Therefore, I do kindly request that you reconsider the objection that the Claim be disallowed and Expunged.

Looking forward to your positive response, I remain, Sirs

Yours sincerely

Doeke C. Faber

Virulypad 27
2316ZS Leyden
The Netherlands

RECEIVED OCT 25 2010 U.S. BANKRUPTCY COURT, SDNY

US BANKRUPTCY COURT SOUTHERN DISTRICT OF NY

LEHMAN BROTHERS HOLDINGS., et al., DEBTORS

CHAPTER 11 CASE NO. 08-13555 (JMP)(JOINTLY ADMINISTERED)

OBJECTION TO CLAIM TO BE DISALLOWED & EXPUNGED

CLAIMANT: DENNIS CHARLES REVELOTIS
CLAIM NUMBER: 2511   DATE FILED: 2/2/2009
DEBTOR  08-13555
CLASSIFICATION AND AMOUNT: UNSECURED $4000

I HAVE ATTACHED SUPPORTING DOCUMENTATION OF MY CLAIM

[signature] 10/9/10

RECEIVED OCT 25 2010
U.S. BANKRUPTCY COURT, SDNY
JMP



**Fidelity** ®
**Fidelity** ® INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP℠

**Investment Report**

**Investment Report**

August 1, 2010 - August 31, 2010

**Fidelity Traditional IRA** 110-033758      DENNIS C REVELOTIS - TRADITIONAL IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

Private Client Group Account Executive: PHAROAH NEVES, Team 310

**Holdings** (Symbol) as of August 31, 2010

| | Performance August 31, 2010 | Quantity August 31, 2010 | Price per Unit August 31, 2010 | Cost | Total Value August 1, 2010 | Total Value August 31, 2010 |
|---|---|---|---|---|---|---|
| **Bonds 14% of holdings** | | | | | | |
| LEHMAN BROS HLDGS INC MTN BE
0.000% 12/29/2008
ZERO COUPON
***UNRATED***
AT MATURITY
CUSIP: 52517P2T7 | | 4,000.000 | --------- | 4,000.00 | unavailable | unavailable |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                          :    **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**

        Debtors.                       :    **(Jointly Administered)**

                                               :

------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000002552 MAIL ID *** 0035611684 *** BSIUSE: 221

REVELOTIS, DENNIS CHARLES
66 FULLER POND RD
MIDDLETON, MA 01949

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>REVELOTIS, DENNIS CHARLES<br>66 FULLER POND RD<br>MIDDLETON, MA 01949 | **Claim Number:** | 2511 |
| | **Date Filed:** | 2/2/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 4,000.00 |

    PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

    The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

    If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.