In Re: Lehman Bros
et al., Debtors

4075 Via Marina
Apt. B-311
Marina del Rey, Ca.
90292

# Cusip 52519FEW7

The Honorable James M. Peck
One Bowling Green, N.Y., N.Y. 10004

RECEIVED OCT 25 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Dear Mr. Peck,

I disagree with the Objection concerning a Bond ($50,000.00) that I purchased 10/11/2007.

I do not accept that the claim is duplicative. I was never informed about a Class Action suit at Wilmington Trust, nor did I ever sign any such paper. The only way I knew of it was from your letter.

It is three years since I purchased this Bond from Ameritrade. It was a solicited trade. I thought a Bond to be a very honorable financial instrument. It was well recommended by all the best? rating agencies. Now, I know they all lied or were paid extra for their approval.

I do oppose the expungement of my claim. I feel that I have a better chance of collecting all, or a portion at least of the $50,000.00 I invested in good faith, by keeping the claim with you, rather than the Wilmington Trust effort.

Thank you.

Very truly,
Kathryn K. Secrest

P.S. If you give me the opportunity, I shall be there at the hearing in November.

I was born in Philadelphia in 1926 and I am certain you have heard that Philadelphia produces fighters.

Telephone # 1-310-751-2392