CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Jennifer B. Premisler

*Attorney for Astrea LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                              :
                                                                   :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :
                                                                   :   Case No. 08-13555 (JMP)
Debtors.                                                           :
                                                                   :   (Jointly Administered)
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Damien A. Morris, hereby certifies under penalty of perjury, that:

I am not a party in the above-captioned proceeding and employed by the law firm of Clifford Chance US LLP;

On October 27, 2010, I caused a true and correct copy of the *Response of Astrea LLC to Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims)* to be served upon the following:

**Hand Delivery**

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green, Room 601
New York, NY 10004

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Federal Express Delivery**

Tracy H. Davis
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Dated:  October 28, 2010                              CLIFFORD CHANCE US LLP
        New York, New York

                                                      By:  /s/ Damien A. Morris
                                                           Damien A. Morris
                                                           Clifford Chance US LLP
                                                           31 West 52nd Street
                                                           New York, New York 10019
                                                           (212) 878-8000