# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DE HAES, PC<br>WEISSEN BRUCHWEG 4<br>HEEMSTEDE, 2102 AG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64476 | $35,652.50 | Late-Filed Lehman Programs Securities Claim |
| 2 | ISOLA, LUIGI<br>C/O D'ALESSANDRO & PARTNERS - SGE<br>VIA ANFITEATRO LATERIZIO NO 290<br>NOLA NAPLES, 80035<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65672 | $85,050.00 | Late-Filed Lehman Programs Securities Claim |
| 3 | LEHRMAN, NINA<br>TEJAS SECURITIES GROUP, INC.<br>F/B/O PETER SINGH<br>8226 BEE CAVES RD<br>AUSTIN, TX 78746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64600 | $260,000.00 | Late-Filed Lehman Programs Securities Claim |
| 4 | MURA, FRANCO<br>C/O D'ALESSANDRO & PARTNERS-SGE<br>VIA ANFITEATRO LATERIZIO NO. 290<br>NOLA (NAPLES), 80035<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65203 | $14,175.00 | Late-Filed Lehman Programs Securities Claim |
| 5 | MURA, FRANCO<br>C/O D'ALESSANDRO & PARTNERS-SGE<br>VIA ANFITEATRO LATERIZIO NO. 290<br>NOLA (NAPLES), 80035<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65204 | $42,525.00 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $437,402.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts