# EXHIBIT 3

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABLEMEN & ASSOCIATES LTD<br>FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE<br>78 BONHAM ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/11/2010 | 66112 | $20,000.00* | Late-Filed Lehman Programs Securities Claim |
| 2 | AJF HOLDING B.V.<br>TER BORCHLAAN 43<br>GRONINGEN, 9728 XA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64386 | $152,091.22 | Late-Filed Lehman Programs Securities Claim |
| 3 | ANDERSEN, SAMUEL MAGNUS<br>LONALEITET 157<br>HAUKELAND, 5268<br>NORWAY | | Lehman No Case Asserted/All Cases Asserted | 11/03/2009 | 64135 | $86,393.00 | Late-Filed Lehman Programs Securities Claim |
| 4 | AUGUSTO, CHIERICHETTI<br>VIA DELLA BIELLA, 6<br>CASTELLANZA (VA), 21053<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/18/2009 | 65606 | $28,486.00 | Late-Filed Lehman Programs Securities Claim |
| 5 | BAKKER, P.J.<br>POSTBUS 741<br>MAASTRICHT, 6200 AS<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64414 | $91,889.35 | Late-Filed Lehman Programs Securities Claim |
| 6 | BANCO DI NAPOLI S.P.A.<br>ATTN: DOMENICO VACCARO<br>VIA TOLEDO, 177<br>NAPOLI, 80132<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65266 | $111,447.67 | Late-Filed Lehman Programs Securities Claim |
| 7 | BANI, THEOPHIL<br>ST. ULRICHWEG 15<br>STRENGELBACH, 4802<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64138 | $13,179.26 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BIANCO, GRAZIELLA<br>VIA TANA BASSA, 30<br>MONTEGROSSO D'ASTI (AT), 14048<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65673 | $7,204.47 | Late-Filed Lehman Programs Securities Claim |
| 9 | BUGINI, HANS & BARBARA<br>MITTELDORFSTRASSE 5B<br>HAUSEN AG, 5212<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64174 | $8,786.17 | Late-Filed Lehman Programs Securities Claim |
| 10 | CARDENO FORASTERO, JOSE<br>AVDA. DE CHILE, 38, 6-2<br>BARCELONA, 08028<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64230 | $72,357.34 | Late-Filed Lehman Programs Securities Claim |
| 11 | CERDA BARO, AGUSTIN<br>ROSA MUSSONS SALABERT<br>GAVINA 16, INTERIOR<br>CERDANYOLA DEL VALLES<br>(BARCELONA), 08290<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64431 | $57,885.87 | Late-Filed Lehman Programs Securities Claim |
| 12 | CHU, TAI-FANG & SHU MEI LIN<br>PO BOX 8-95<br>KAOHSIUNG, 807<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65550 | $130,000.00 | Late-Filed Lehman Programs Securities Claim |
| 13 | COCA VANO, FRANCISCO JOSE<br>C/MANUEL DEL VALLE, 16,5 DCHA<br>MADRID, 28043<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64495 | $71,358.36 | Late-Filed Lehman Programs Securities Claim |
| 14 | COLLET CABOT, JOAN<br>ROSA FISA PLANA<br>MANILA 59, 5-1<br>BARCELONA, 08034<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64432 | $43,414.41 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROSER MITJAVILA GARCIA<br>SALVADOR ESPRIU, 95, 3-2<br>BARCELONA, 08005<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64229 | $28,942.94 | Late-Filed Lehman Programs Securities Claim |
| 16 | DILISSEN, MARLEEN<br>ENGELSTRAAT 82<br>SINT-AMANDSBERG, 9040<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65711 | $2,702.55 | Late-Filed Lehman Programs Securities Claim |
| 17 | EDIFICACIONES MARSOL, S.A.<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65623 | $99,418.68 | Late-Filed Lehman Programs Securities Claim |
| 18 | EDIFICACIONES MARSOL, S.A.<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65624 | $73,400.16 | Late-Filed Lehman Programs Securities Claim |
| 19 | EIGENHEER, HEIDI<br>BRUNEGGERSTRASSE 11<br>MORIKEN AG, 5103<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64149 | $21,042.98 | Late-Filed Lehman Programs Securities Claim |
| 20 | ERNSDORFO, KARL<br>C/O ROTTER RECHTSANWATTE<br>LUISE-ULLRICH-STR. 2<br>GRUNWALD, 82031<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64555 | $284,720.00 | Late-Filed Lehman Programs Securities Claim |
| 21 | EUROMIX SICAV, SA<br>AVENIDA MADRID, 77-10-A<br>LOGROFRO, 26006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64315 | $141,510.00 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | FABER, DOEKE C.<br>VIRULYPAD 27<br>LEYDEN, 2316 ZS<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2009 | 65586 | $140,000.00 | Late-Filed Lehman Programs Securities Claim |
| 23 | FIEBIGER, HEINZ<br>CH DU ROUSSILLON 6<br>MEYRIN, 1217<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2009 | 65471 | $28,350.00 | Late-Filed Lehman Programs Securities Claim |
| 24 | FISCHLI, RUDOLF & MARIANNE<br>HOHENWEF 41A<br>UNTERSIGGENTHAL, 5417<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64180 | $35,071.63 | Late-Filed Lehman Programs Securities Claim |
| 25 | FISCHLI, RUDOLF & MARIANNE<br>HOHENWEG 41A<br>UNTERSIGGENTHAL, 5417<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64183 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |
| 26 | FISCHLI, RUDOLF & MARIANNE<br>HOHENWEG 41A<br>UNTERSIGGENTHAL, 5417<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64184 | $13,151.86 | Late-Filed Lehman Programs Securities Claim |
| 27 | FLACH-MEIER, REGULA<br>REBHALDENSTRASEE 58<br>GOSSAU ZH, 8625<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64150 | $9,644.70 | Late-Filed Lehman Programs Securities Claim |
| 28 | FRIEDRICH, A.J.<br>TER BORCHLAAN 43<br>GRONINGEN, 9728 XA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64385 | $152,091.22 | Late-Filed Lehman Programs Securities Claim |
| 29 | GLOOR, MAX<br>IM TROTTENACKER 4<br>BIBERSTEIN, 5023<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64140 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | GOSELE, HEINZ & DORIS<br>IM HUBEL 11<br>SURSEE, 6210<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64139 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 31 | HE PING &/OR DING XIAFEN<br>NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT<br>SHANGHAI,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64321 | $142,430.00* | Late-Filed Lehman Programs Securities Claim |
| 32 | HEINEMANN, A.A.M.<br>SEGBROEKLAAN 110<br>THE HAGUE, 2565 DN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2009 | 65588 | $14,181.00 | Late-Filed Lehman Programs Securities Claim |
| 33 | KALT, EDGAR<br>RIETEREWEG 6<br>BIRMENSTORF AG, 5413<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64145 | $22,236.61 | Late-Filed Lehman Programs Securities Claim |
| 34 | KNOLLER, PETER UND MAVITTA<br>KURPFULFSTR. 10<br>MAXDORF, 67133<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64248 | $64,805.65 | Late-Filed Lehman Programs Securities Claim |
| 35 | KNUPP, WALTER & EDITH<br>GROSSACHERSTRASSE 27<br>OBERWIL-LIELI, 8966<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64173 | $17,572.35 | Late-Filed Lehman Programs Securities Claim |
| 36 | KOK, ERIC<br>54 JALAN BUKIT SEGAR 3<br>TAMAN SEGAR CHEARS<br>KUALA LUMPUR, 56100<br>MALAYSIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2009 | 65597 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | KONIG, P.C.<br>WIJNKOOPSBAAI 98<br>CAPELLE A/D IJSSEL, 2904BR<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/05/2010 | 66063 | $11,668.49 | Late-Filed Lehman Programs Securities Claim |
| 38 | KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD<br>YEHUDA HALEVI ST NO. 9<br>TELAVIV, 65135<br>ISRAEL | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64331 | Undetermined | Late-Filed Lehman Programs Securities Claim |
| 39 | LIMTONG MANUEL TAN &/OR LIMTONG EUSEBIO EDGARDO TAN<br>SERAFIN BORCES STREET<br>MABOLO CEBU CITY,<br>PHILIPPINES | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64306 | $180,070.00* | Late-Filed Lehman Programs Securities Claim |
| 40 | LIN WU CHUEH & SHIH SHU TSUN<br>NO 36 LANE 319 CHIN HUA RD<br>TAICHUNG,<br>TAIWAN, PROVINCE OF CHINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64309 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 41 | MARTINEZ LOPEZ, ENCARNACION<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65628 | $13,557.09 | Late-Filed Lehman Programs Securities Claim |
| 42 | MEYER-MEIER, ADRIAN<br>MARTINSBERGSTR 12<br>BADEN, 5400<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64146 | $35,071.63 | Late-Filed Lehman Programs Securities Claim |
| 43 | MEYER-MEIER, ADRIAN<br>MARTINSBERGSTR 12<br>BADEN, 5400<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64147 | $39,455.58 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | MOHINANI HASSOMAL BULCHAND &/OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64316 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 45 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65305 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 46 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65306 | $141,740.00 | Late-Filed Lehman Programs Securities Claim |
| 47 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65307 | $178,070.00 | Late-Filed Lehman Programs Securities Claim |
| 48 | MOTLLO CARBO, ANTONIO C/ LOS PENASCALES 46, 6-A MADRID, 28028 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65627 | $73,400.16 | Late-Filed Lehman Programs Securities Claim |
| 49 | MOTLLO MARTINEZ, ANTONIO C/ SANTA MARIA MAGDALENA 19 MADRID, 28016 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65625 | $44,040.09 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | MOTLLO MARTINEZ, ANTONIO<br>C/ SANTA MARIA MAGDALENA 19<br>MADRID, 28016<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65626 | $144,244.93 | Late-Filed Lehman Programs Securities Claim |
| 51 | NIESZNER, THOMAS & CORNELIA<br>BLEUMATTHALDE 10<br>GIPF-OVERFRICK, 5073<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64175 | $21,042.98 | Late-Filed Lehman Programs Securities Claim |
| 52 | NIESZNER, THOMAS & CORNELIA<br>BLEUMATTHALDE 10<br>GIPF-OBERFRICK, 5073<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64181 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |
| 53 | NIESZNER, THOMAS & CORNELIA<br>BLEUMATTHALDE 10<br>GIPF-OBERFRICK, 5073<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64182 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |
| 54 | REYMEN, EDMOND<br>K. DE PRETERLEI 42<br>BORGERHOUT, 2140<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64443 | $28,302.00 | Late-Filed Lehman Programs Securities Claim |
| 55 | SCHENKER, RUDOLF & ERIKA<br>SALISTRASSE 1<br>DANIKEN SO, 4658<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64148 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 56 | SCHEURMANN, BEATRIX<br>ALLMENDWEG 3<br>SAFENWIL, 5745<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64151 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 57 | SCHNOPP, MAX LUDWIG<br>HUMBELRAIN 14<br>SCHONENBERG ZH, 8824<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64178 | $7,891.12 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | SCHWARZ, MATTHIAS & BRIGITTA<br>OBSTEINENWEG 11<br>VILLIGEN, 5234<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64141 | $13,151.86 | Late-Filed Lehman Programs Securities Claim |
| 59 | SPILT, J.C.<br>VALKEVEENSELAAN 2 A<br>HUIZEN, 1272 ND<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64409 | $154,233.02 | Late-Filed Lehman Programs Securities Claim |
| 60 | STRADMEIJER, A.E.<br>GRONINGERSTRAAT 187<br>DE PUNT, 9493 PB<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64877 | $304,182.45 | Late-Filed Lehman Programs Securities Claim |
| 61 | STRAUSS-MUHLEMANN, PETER<br>VEILCHENSTRASSE 4<br>RINIKEN, CH-5223<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64176 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 62 | STRAUSS-MUHLEMANN, PETER<br>VEILCHENSTRASSE 4<br>RINIKEN, CH-5223<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64177 | $13,151.86 | Late-Filed Lehman Programs Securities Claim |
| 63 | THAM YIU KWOK<br>RM 26A AMBER GARDEN<br>70-72 KENNEDY ROAD<br>,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64424 | $25,672.62* | Late-Filed Lehman Programs Securities Claim |
| 64 | TODINI, GIOVANNA<br>VIA MAURIZIO QUADRIO, 15<br>ROME, 00152<br>ITALY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64323 | $120,000.00 | Late-Filed Lehman Programs Securities Claim |
| 65 | VAN OVERBEKE, IGNACE<br>LOPPENSESTRAAT 39<br>LOPPEM, 8210<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64387 | $11,404.80 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | VAN OVERBEKE, IGNACE<br>LOPPENSESTRAAT 39<br>LOPPEM, 8210<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64388 | $8,553.60 | Late-Filed Lehman Programs Securities Claim |
| 67 | VOGLER, KARL & ALICE<br>NUSSHALDENSTRASSE 33<br>DOTTINGEN, 5312<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64186 | $13,179.26 | Late-Filed Lehman Programs Securities Claim |
| 68 | VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG<br>BRUGGERSTRASSE 21<br>BADEN, 5400<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64152 | $35,071.63 | Late-Filed Lehman Programs Securities Claim |
| 69 | VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG<br>BRUGGERSTRASSE 21<br>BADEN, 5400<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64154 | $17,535.81 | Late-Filed Lehman Programs Securities Claim |
| 70 | VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG<br>BRUGGERSTRASSE 21<br>BADEN, 5400<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64155 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 71 | WELLINGER, CHRISTOPH<br>IM WYGARTLI 53<br>HOFSTETTEN SO, 4114<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64187 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 72 | WERNLI, BEAT & MARIA<br>QUELLENWEG 1<br>VILLIGEN, 5234<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64179 | $13,151.86 | Late-Filed Lehman Programs Securities Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73 | WILLEMS, SIMONE<br>KREGLINGERSTRAAT 39<br>DEURNE (ANTWERPEN), B-2100<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64706 | $43,591.00 | Late-Filed Lehman Programs Securities Claim |
| 74 | WINIGER, ROMAN<br>GASSACKERSTRASSE 19<br>DIETIKON, 8953<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64153 | $17,572.35 | Late-Filed Lehman Programs Securities Claim |
| 75 | WONG TAK KEUNG & LAM SAU LING<br>8/F, 93D BROADWAY, MEI FOO SUN CHUEN<br>KOWLOON,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64975 | $153,000.00* | Late-Filed Lehman Programs Securities Claim |
| 76 | WOO SET WAH & CHUI FUNG MING SANDRA<br>11D, LILY COURT<br>9 LUNG PAK ST<br>WORLD-WIDE GARDENS<br>SHATIN, NT,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64976 | $150,000.00* | Late-Filed Lehman Programs Securities Claim |
| 77 | WOODTLY, URSULA & NICOLA MUMENTHALER<br>FISCHERWEG 54<br>OFTRINGEN, CH-4665<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64185 | $21,919.77 | Late-Filed Lehman Programs Securities Claim |
| 78 | YIU YUEN ON PAUL<br>FLAT 7D WING ON COURT 24<br>HO MAN TIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64396 | $500,000.00* | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $5,321,353.27 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts