**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                                                  :    Chapter 11 Case No.
                                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                                              :
                                               Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the thirty-fifth omnibus objection to claims, dated September 10, 2010 (the "Thirty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), reducing, reclassifying (in certain instances), and allowing the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records, and that the classifications (in certain instances) are improperly identified as secured claims on claimants' proofs of claim, all as more fully described in the Thirty-Fifth Omnibus Objection to Claims; and due and proper notice of the Thirty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Fifth Omnibus Objection to Claims.

need be provided; and the Court having found and determined that the relief sought in the Thirty-Fifth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading "Modified Claim Amount" and reclassified to the classification listed under the column heading "Modified Class"; and it is further

ORDERED that Debtors have adjourned to January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time)(or as may be further adjourned by the Debtors), the Thirty-Fifth Omnibus Objection as to each Valued Derivative Claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Thirty-Fifth Omnibus Objection to Claims that does not appear on Exhibit 1 or Exhibit 2 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
       October 28, 2010                        *s/ James M. Peck*
                                        Honorable James M. Peck
                                        United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF TACOMA ATTN: LEGAL DEPARTMENT DEPT. OF PUBLIC UTILITIES, LIGHT DIVISION AKA TACOMA CITY LIGHT OR TACOMA POWER TACOMA, WA 98409-3192 | 32477 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $509,600.00 | Lehman Brothers Holdings Inc. | Unsecured | $135,596.63 |
| 2 | CITY OF TACOMA ATTN: LEGAL DEPARTMENT DEPT. OF PUBLIC UTILITIES, LIGHT DIVISION AKA TACOMA CITY LIGHT OR TACOMA POWER TACOMA, WA 98409-3192 | 32478 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $509,600.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $135,596.63 |
| 3 | DE' LONGHI CAPITAL SERVICES S.R.L. (FORMERLY DE' LONGHI CAPITAL SERVICES S.P.A.) ATTENTION: MARO PICCITTO VIA LODOVICO SEITZ, 47 TREVISO, 31100 ITALY | 29933 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,262,407.93 | Lehman Brothers Holdings Inc. | Unsecured | $1,186,071.08 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | DE'LONGHI CAPITAL S.R.L. (FORMERLY DE'LONGHI CAPITAL SERVICES S.P.A.) ATTN: MARCO PICCITTO VIA LODOVICO SEITZ, 47 TREVISO, 31100 ITALY | 17331 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,262,407.93 | Lehman Brothers Special Financing Inc. | Unsecured | $1,186,071.08 |
| 5 | POSTE ITALIANE S.P.A ATTN: ANNA MANGHETTI, FINANCE DEPARTMENT VIALE EUROPA N. 175 ROME, 00144 ITALY | 26518 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $994,922.16* | Lehman Brothers Holdings Inc. | Unsecured | $939,545.66 |
| 6 | POSTE ITALIANE S.P.A ATTN: ANNA MANGHETTI, FINANCE DEPARTMENT VIALE EUROPA N. 175 ROME, 00144 ITALY | 26519 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $994,922.16* | Lehman Brothers Special Financing Inc. | Unsecured | $939,545.66 |
| | | | | | TOTAL | $5,533,860.18 | | TOTAL | $4,522,426.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS - ADJOURNED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CENTRAL PUGET SOUND TRANSIT AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE, WA 98101 | 31951 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,255,592.98 | Lehman Brothers Holdings Inc. | Unsecured | $3,326,386.94 |
| 2 | CENTRAL PUGET SOUND TRANSIT AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE, WA 98101 | 31952 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,255,592.98 | Lehman Brothers Special Financing Inc. | Unsecured | $3,326,386.94 |
| 3 | DARBY FINANCIAL PRODUCTS 101 CALIFORNIA STREET 3250 SAN FRANCISCO, CA 94111 | 19182 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,063,040.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,066,370.44 |
| 4 | DARBY FINANCIAL PRODUCTS 101 CALIFORNIA STREET 3250 SAN FRANCISCO, CA 94111 | 19183 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,063,040.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,066,370.44 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS - ADJOURNED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | GLOBAL THEMATIC OPPORTUNITIES FUND LP C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33274 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Secured | $438,225.00* | Lehman Brothers Special Financing Inc. | Unsecured | $229,543.00 |
| 6 | GLOBAL THEMATIC OPPORTUNITIES FUND LP C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33281 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $438,225.00* | Lehman Brothers Holdings Inc. | Unsecured | $229,543.00 |
| 7 | IKB INTERNATIONAL SA 12, RUE ERASME , L-1486 LUXEMBOURG | 32732 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,469,693.61 | Lehman Brothers Special Financing Inc. | Unsecured | $508,172.16 |
| 8 | IKB INTERNATIONAL SA 12, RUE ERASME , L-1486 LUXEMBOURG | 32733 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,469,693.61 | Lehman Brothers Holdings Inc. | Unsecured | $508,172.16 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS - ADJOURNED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | LINCORE LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17559 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $18,824,851.23* | Lehman Brothers Special Financing Inc. | Unsecured | $3,014,998.00 |
| 10 | LINCORE LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17560 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $18,824,851.23* | Lehman Brothers Holdings Inc. | Unsecured | $3,014,998.00 |
| 11 | MF GLOBAL UK LIMITED C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENERAL COUNSEL 440 SOUTH LASALLE STREET 440 SOUTH LASALLE STREET CHICAGO, IL 60605 | 18079 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $2,706,950.59 | Lehman Brothers Commercial Corporation | Unsecured | $1,558,676.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS - ADJOURNED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | MF GLOBAL UK LIMITED C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENRAL COUNSEL 440 SOUTH LASALLE STREET 440 SOUTH LASALLE STREET CHICAGO, IL 60605 | 18080 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,784,358.39 | Lehman Brothers Holdings Inc. | Unsecured | $1,558,676.00 |
| 13 | THE MORNINGSIDE MINISTRIES FOUNDATION, INC. ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO, TX 78201 | 26067 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $495,099.25 | Lehman Brothers Special Financing Inc. | Unsecured | $3,756.03 |
| 14 | THE MORNINGSIDE MINISTRIES FOUNDATION, INC. ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO, TX 78201 | 26070 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $495,099.25 | Lehman Brothers Holdings Inc. | Unsecured | $3,756.03 |
| | | | | | TOTAL | $68,584,313.12 | | TOTAL | $21,415,805.14 |

\* - Indicates claim contains unliquidated and/or undetermined amounts