RECEIVED
US TRUSTEES NEW YORK
2010 SEP 34 AM 10: 55

*Synam Limited*
Wing On Court,
18th Floor, Flat C,
24 Homantin Hill Rd,
Kowloon, Hong Kong

Date: 29th September 2010

Honorable James M. Peck
One Bowling Green
New York
New York 1004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holding Inc., et al., Debtors**
**Debtor's Forty –second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the address provided by my Bank and which was received by the Honorable Court on 4th November 2009.

| | |
|---|---|
| **Claim No.** | 64625 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured $178,070.00 |
| **Claimant** | Synam Limited |

I have been regularly using the normal postal service for a long time and never had to face such delays.

I am 75 years old and had invested in Lehman issued Securities fully knowing the market risk involved. However the collapse came as a total surprise.

Any amount that I can get from the liquidation would benefit me a lot.

In view of the above and also that I had signed the claim form and mailed it before the due date of 2nd November. I would request the Honorable Court to accept my claim as valid.

Thanking you, we remain.

Sincerely Yours,

*[signature]*
------------------
Synam Limited

*Synam Limited*
Wing On Court,
18th Floor, Flat C,
24 Homantin Hill Rd,
Kowloon, Hong Kong

Date: 29th September 2010

Honorable James M. Peck
One Bowling Green
New York
New York 1004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holding Inc., et al., Debtors**
**Debtor's Forty –second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the address provided by my Bank and which was received by the Honorable Court on 4th November 2009.

| | |
|---|---|
| **Claim No.** | 64626 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured $100,000.00 |
| **Claimant** | Synam Limited |

I have been regularly using the normal postal service for a long time and never had to face such delays.

I am 75 years old and had invested in Lehman issued Securities fully knowing the market risk involved. However the collapse came as a total surprise.

Any amount that I can get from the liquidation would benefit me a lot.

In view of the above and also that I had signed the claim form and mailed it before the due date of 2nd November. I would request the Honorable Court to accept my claim as valid.

Thanking you, we remain.

Sincerely Yours,

*[signature]*

--------------------
Synam Limited

*Synam Limited*
Wing On Court,
18th Floor, Flat C,
24 Homantin Hill Rd,
Kowloon, Hong Kong

Date: 29th September 2010

Honorable James M. Peck
One Bowling Green
New York
New York 1004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holding Inc., et al., Debtors**
**Debtor's Forty –second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the address provided by my Bank and which was received by the Honorable Court on 4th November 2009.

| | |
|---|---|
| **Claim No.** | 64627 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured $100,000.00 |
| **Claimant** | Synam Limited |

I have been regularly using the normal postal service for a long time and never had to face such delays.

I am 75 years old and had invested in Lehman issued Securities fully knowing the market risk involved. However the collapse came as a total surprise.

Any amount that I can get from the liquidation would benefit me a lot.

In view of the above and also that I had signed the claim form and mailed it before the due date of 2nd November. I would request the Honorable Court to accept my claim as valid.

Thanking you, we remain.

Sincerely Yours,

*[signature]*

--------------------
Synam Limited

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

RECEIVED US TRUSTEES NEW YORK 2010 SEP 15

NY

| Name of Debtor: Jennifer Convertible, Inc | Case Number: 10-13779 (ALG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Advanced Technology Repair**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Advanced Technology Repair
PO Box 1032
Medford, NJ 08055

Court Claim Number: _____
(*If known*)

Telephone number:
(609) 714-2944

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:    $ 1,895.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:   services performed**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 9/13/10   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Terry Smith*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Advanced Technology Repairs Inc.

P.O. Box 1032
Medford, NJ 08055

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2010 | 5813 |

| Bill To |
|---|
| Jennifer Convertible<br>417 Crossways Park Drive<br>Woodbury, NY  11797-2061 |

| Vendor Code |
|---|
| 8J7 |

| Work Order # | Customer Claim # | Customer Name | Service Date | Amount |
|---|---|---|---|---|
| PCL016686 | 241203 | Regina Devero | 5/20/2010 | 25.00 |
| PKP017997 | 238499 | Michele Tourscher | 5/20/2010 | 100.00 |
| PKP019121 | 234043 | Karl Werner | 5/2/2001 | 25.00 |

**Total**  $150.00

**Balance Due**  $150.00

Advanced Technology Repairs Inc.

P.O. Box 1032
Medford, NJ 08055

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2010 | 5824 |

| Bill To |
|---|
| Jennifer Convertible<br>417 Crossways Park Drive<br>Woodbury, NY 11797-2061 |

| Vendor Code |
|---|
| 8J7 |

| Work Order # | Customer Claim # | Customer Name | Service Date | Amount |
|---|---|---|---|---|
| FR008143 | 238263 | Milton Cohen | 5/24/2010 | 60.00 |
| EB060619 | 239909 | Ravi Udugampola | 5/24/2010 | 25.00 |
| PKP019109 | 240689 | Stephen Odabashian | 5/25/2010 | 30.00 |
| PW019405 | 240363 | Emily Goldson | 5/26/2010 | 25.00 |
| JUC027856 | 237694 | Sandy Noll | 5/29/2010 | 35.00 |
| JUC026680 | 239265 | Jerry Tanella | 5/29/2010 | 25.00 |
| JLU004032 | 239659 | Ms. Timbers | 5/29/2010 | 25.00 |
| JML008602 | 250621 | Joyce Neher | 5/28/2010 | 60.00 |

**Total** $285.00

**Balance Due** $285.00

Advanced Technology Repairs Inc.

P.O. Box 1032
Medford, NJ 08055

# Invoice

| Date | Invoice # |
|---|---|
| 6/7/2010 | 5826 |

**Bill To**

Jennifer Convertible
417 Crossways Park Drive
Woodbury, NY 11797-2061

| Vendor Code |
|---|
| 8J6 |

| Work Order # | Customer Claim # | Customer Name | Service Date | Amount |
|---|---|---|---|---|
| MNJ019634 | 242452 | Lynnel Coates | 6/1/2010 | 25.00 |
| PCL022375 | 241025 | Karen Prince | 6/1/2010 | 25.00 |
| MNJ019833 | 242995 | Paulette Bynum | 6/4/2010 | 60.00 |
| FR008000 | 239385 | Sam Inguanti | 6/4/2010 | 25.00 |
| FR008601 | 240650 | Susan Losacco | 6/4/2010 | 25.00 |
| EB057150 | 238915 | Amy Pettigrew | 6/4/2010 | 25.00 |
| PCL018399 | 239793 | Dorothea Martin | 6/5/2010 | 85.00 |
| PW018237 | 236476 | Michael Morgan | 6/5/2010 | 85.00 |
| PCL022525 | 239699 | Patricia Pitts | 6/5/2010 | 25.00 |

**Total** $380.00

**Balance Due** $380.00

Advanced Technology Repairs Inc.

P.O. Box 1032
Medford, NJ 08055

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2010 | 5846 |

**Bill To**

Jennifer Convertible
417 Crossways Park Drive
Woodbury, NY  11797-2061

| Vendor Code |
|---|
| 8J7 |

| Work Order # | Customer Claim # | Customer Name | Service Date | Amount |
|---|---|---|---|---|
| EB060661 | 245740 | Carlos Gonzalez | 6/22/2010 | 25.00 |
| JWC019888 | 245932 | Jennifer Rosato | 6/22/2010 | 60.00 |
| EB055297 | 243862 | Alicia Mooris | 6/22/2010 | 60.00 |
| FR008531 | 245711 | Josephine Sparacio | 6/21/2010 | 60.00 |
| LBC018282 | 245683 | Jane Gutshall | 6/21/2010 | 30.00 |
| JUC028077 | 247023 | Jeff Timmons | 6/21/2010 | 60.00 |
| FR008406 | 239432 | Karen Cook | 6/21/2010 | 25.00 |

**Total** $320.00

**Balance Due** $320.00

Advanced Technology Repairs Inc.

P.O. Box 1032
Medford, NJ 08055

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2010 | 5847 |

| Bill To |
|---|
| Jennifer Convertible<br>417 Crossways Park Drive<br>Woodbury, NY  11797-2061 |

| Vendor Code |
|---|
| 8J7 |

| Work Order # | Customer Claim # | Customer Name | Service Date | Amount |
|---|---|---|---|---|
| PCL022573 | 247263 | Rosalie Coyle | 6/23/2010 | 25.00 |
| PW020079 | 246262 | Dianne Kushmir | 6/23/2010 | 100.00 |
| EB060560 | 246451 | Tarek Abousalem | 6/22/2010 | 25.00 |
| JML008135 | 244468 | Darnell Depalma | 6/24/2010 | 25.00 |
| JML006503 | 245759 | Harley Calloway | 6/24/2010 | 85.00 |
| JML008504 | 245057 | Jennifer Ring | 6/24/2010 | 25.00 |
| PH003360 | 239871 | Charles Browning | 6/25/2010 | 100.00 |
| PA016509 | 247920 | Rosann McKenna | 6/25/2010 | 25.00 |
| PW016527 | 245795 | Michael Roshko | 6/26/2010 | 25.00 |
| PA016562 | 244388 | Alice Rogers-Men | 6/26/2010 | 60.00 |
| PW020228 | 247053 | Victor Mitchell | 6/26/2010 | 25.00 |
| PW019978 | 244514 | Amanda Frederrick | 6/26/2010 | 60.00 |
| PH006157 | 233729 | Jennifer Convertibles | 5/6/2010 | 60.00 |
| MNJ019598 | 244396 | Angela Reddig | 6/24/2010 | 60.00 |
| JEB009914 | 236392 | Alan Preefea | 6/22/2010 | 60.00 |

**Total** $760.00

**Balance Due** $760.00