CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
David A. Sullivan (DS-8967)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 28143
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

PLEASE TAKE NOTICE that TLLB2002 International Limited ("TLLB2002"), by and through its undersigned counsel, hereby files this notice of withdrawal of Proof of Claim No. 28143 filed against Lehman Brothers Holdings Inc., Case No. 08-13555, filed on September 22, 2009 pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

TLLB2002 hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the Court, or the Debtors' duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Respectfully submitted,

Dated: New York, New York
October 28, 2010

CLIFFORD CHANCE US LLP

By: /s/ David A. Sullivan
David A. Sullivan (DS-8967)
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

AMR-278638-v1                                                                                                      70-40394982