CLOSED, ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09–cv–10317–GBD
### *Internal Use Only*

| | |
|---|---|
| Firstbank Puerto Rico v. Barclays Capital, Inc. | Date Filed: 12/21/2009 |
| Assigned to: Judge George B. Daniels | Date Terminated: 09/07/2010 |
| Cause: 28:1332 Diversity–Other Contract | Jury Demand: Plaintiff |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Firstbank Puerto Rico**     represented by     **Daniel Seth Weinberger**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 613–2000
Fax: (212) 554–9632
Email: dweinberger@gibbonslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mitchell**
Gibbons Del Deo
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 613–2009
Fax: (212) 554–9692
Email: jmitchell@gibbonslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R. Valen**
Gibbons, Del Deo et al.
One Gateway Center
Newark, NJ 07102–5497
(973)–596–4885
Fax: (973)–639–6240
Email: tvalen@gibbonslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Barclays Capital, Inc.**     represented by     **Lindsee P. Granfield**
Cleary Gottlieb Steen &Hamilton, LLP(NYC)
One Liberty Plaza
New York, NY 10006
212–225–2000
Fax: 212–225–3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2009 | 1 | COMPLAINT against Barclays Capital, Inc. (Filing Fee $ 350.00, Receipt Number 709856)Document filed by Firstbank Puerto Rico.(laq) (Entered: 12/22/2009) |

| | | |
|---|---|---|
| 12/21/2009 | | SUMMONS ISSUED as to Barclays Capital, Inc. (laq) (Entered: 12/22/2009) |
| 12/21/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying First Bancorp. as Corporate Parent. Document filed by Firstbank Puerto Rico.(laq) (Entered: 12/22/2009) |
| 12/21/2009 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 12/22/2009) |
| 12/21/2009 | | Case Designated ECF. (laq) (Entered: 12/22/2009) |
| 12/23/2009 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Barclays Capital, Inc. served on 12/21/2009, answer due 1/11/2010. Service was accepted by Daniel W. Hartman, Analyst. Document filed by Firstbank Puerto Rico. (Mitchell, Jeffrey) (Entered: 12/23/2009) |
| 12/23/2009 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying First Bancorp. as Corporate Parent. Document filed by Firstbank Puerto Rico.(Mitchell, Jeffrey) (Entered: 12/23/2009) |
| 12/28/2009 | 5 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/17/2010 at 09:30 AM in Courtroom 21D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 12/28/2009) (jfe) (Entered: 12/28/2009) |
| 12/29/2009 | 6 | AFFIDAVIT OF SERVICE of Notice of Initial Pretrial Conference and Civil Case Management Plan and Scheduling Order served on Barclays Capital, Inc. on 12/29/09. Service was accepted by John Erban, analyst. Document filed by Firstbank Puerto Rico. (Mitchell, Jeffrey) (Entered: 12/29/2009) |
| 01/07/2010 | 7 | STIPULATION AND ORDE: Barclays shall have until 2/11/2010 to answer or otherwise move in response to the Complaint dated 12/11/09. Barclays Capital, Inc. answer due 2/11/2010. (Signed by Judge George B. Daniels on 1/7/2010) (tro) (Entered: 01/07/2010) |
| 01/11/2010 | 8 | NOTICE OF APPEARANCE by Daniel Seth Weinberger on behalf of Firstbank Puerto Rico (Weinberger, Daniel) (Entered: 01/11/2010) |
| 01/22/2010 | 9 | ENDORSED LETTER addressed to Judge George B. Daniels from Jeffrey Mitchell dated 1/21/10 re: Request that the 3/17/10 initial conference be adjourned to 3/24/10. ENDORSEMENT: So )rdered. (Signed by Judge George B. Daniels on 1/22/10) (cd) (Entered: 01/22/2010) |
| 01/22/2010 | | (Court only) ***Deadline terminated. (cd) (Entered: 01/22/2010) |
| 02/11/2010 | 10 | ORDER. re: MOTION to Dismiss dated February 11, 2010. Document filed by Barclays Capital, Inc. Oral argument on Defendant's motion to dismiss is scheduled for 4/29/10 at 10:00 a.m. Modified on 4/9/2010 (djc). (Entered: 02/11/2010) |
| 02/11/2010 | 11 | DECLARATION of Amy Chung, dated February 11, 2010 in Support re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010..* Document filed by Barclays Capital, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Granfield, Lindsee) (Entered: 02/11/2010) |
| 02/11/2010 | 12 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010..* Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 02/11/2010) |
| 02/12/2010 | 13 | CERTIFICATE OF SERVICE of Andrew M. Scott, dated February 11, 2010 re: 10 , 11 and 12 . Service was made by HAND. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 02/12/2010) |
| 02/19/2010 | 14 | STIPULATION AND ORDER: The time for Plaintiff to file its opposition to the Motion by defendant to dismiss the Complaint is extended from 2/18/2010 to 3/26/2010. The time for Defendants to file its reply on the Motion is extended to 4/15/2010. The Initial Pretrial Conference is adjourned to 4/22/2010, at 10:00 a.m. (Signed by Judge George B. Daniels on 2/19/2010) (tro) (Entered: 02/19/2010) |

| | | |
|---|---|---|
| 02/19/2010 | | Set Deadlines/Hearings: Initial Conference set for 4/22/2010 at 10:00 AM before Judge George B. Daniels. (tro) (Entered: 02/19/2010) |
| 03/26/2010 | 15 | DECLARATION of Daniel S. Weinberger in Opposition re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010.*. Document filed by Firstbank Puerto Rico. (Attachments: # 1 Exhibit A Part 1 of 3, # 2 Exhibit A Part 2 of 3, # 3 Exhibit A Part 3 of 3, # 4 Exhibit B Part 1 of 2, # 5 Exhibit B Part 2 of 2, # 6 Exhibit C, # 7 Exhibit D Part 1 of 4, # 8 Exhibit D Part 2 of 4, # 9 Exhibit D Part 3 of 4, # 10 Exhibit D Part 4 of 4, # 11 Exhibit E, # 12 Exhibit F, # 13 Exhibit G Part 1 of 2, # 14 Exhibit G Pat 2 of 2, # 15 Exhibit H, # 16 Exhibit I Part 1 of 2, # 17 Exhibit I Part 2 of 2, # 18 Exhibit J, # 19 Exhibit K)(Weinberger, Daniel) (Entered: 03/26/2010) |
| 03/26/2010 | 16 | MEMORANDUM OF LAW in Opposition re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010.*. Document filed by Firstbank Puerto Rico. (Weinberger, Daniel) (Entered: 03/26/2010) |
| 04/08/2010 | 17 | ORDER re: 10 MOTION to Dismiss dated February 11, 2010. filed by Barclays Capital, Inc. Oral Argument set for 4/29/2010 at 10:00 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 4/7/10) (djc) Modified on 4/9/2010 (djc). (Entered: 04/08/2010) |
| 04/14/2010 | 18 | ENDORSED LETTER addressed to Judge George B. Daniels from Daniel S. Weinberger dated 4/12/10 re: counsel for plaintiff request that in order to avoid the potentially unnecessary expenses associated with preparing for the initial pretrial conference prior to the oral argument on Barclays' Motion to Dismiss: the parties respectfully request that the initial pre−trial conference be adjourned to May 10, 2010, or if the Court is unavailable on May 10, to May l4, 2010. ENDORSEMENT: the conference is adjourned to May 13 2010 at 11:00 a.m. (Signed by Judge George B. Daniels on 4/14/10) (pl) (Entered: 04/14/2010) |
| 04/15/2010 | 19 | DECLARATION of Ari D. MacKinnon, dated April 15, 2010 in Support re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010.*. Document filed by Barclays Capital, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I Part 1, # 10 Exhibit I Part 2)(Granfield, Lindsee) (Entered: 04/15/2010) |
| 04/15/2010 | 20 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss /*Notice of Motion to Dismiss, dated February 11, 2010.*. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 04/15/2010) |
| 04/16/2010 | 21 | CERTIFICATE OF SERVICE of Richard V. Conza, dated April 15, 2010, 19 20 . Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 04/16/2010) |
| 04/29/2010 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 4/29/2010. Counsel for plaintiff and defense counsel present. Court reporter also present. Next conference is scheduled for June 1, 2010 at 10am. (mro) (Entered: 05/03/2010) |
| 04/29/2010 | | Set Deadlines/Hearings: Conference set for 6/1/2010 at 10:00 AM before Judge George B. Daniels. (mro) (Entered: 05/03/2010) |
| 05/03/2010 | 22 | ORDER. Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's unjust enrichment, constructive trust/accounting, and conversion claims is denied. Defendant's Motion to Dismiss is granted to the extent Plaintiff's negligence and breach of contract claims are dismissed for failure to state a cause of action. (Signed by Judge George B. Daniels on 5/3/10) (djc) (Entered: 05/03/2010) |
| 05/03/2010 | | (Court only) ***Motion(s) terminated: 10 MOTION to Dismiss Notice of Motion to Dismiss, dated February 11, 2010. filed by Barclays Capital, Inc. (djc) (Entered: 05/14/2010) |
| 05/12/2010 | 23 | STIPULATION AND ORDER: Barclays shall have until May 25, 2010 to answer the complaint dated December 21, 2009. So Ordered (Signed by Judge George B. Daniels on 5/12/2010) (js) (Entered: 05/12/2010) |

| | | |
|---|---|---|
| 05/14/2010 | 24 | TRANSCRIPT of proceedings held on April 29, 2010 1–:56 a.m. before Judge George B. Daniels. (ajc) (Entered: 05/14/2010) |
| 05/25/2010 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Barclays Capital, Inc..(Granfield, Lindsee) (Entered: 05/25/2010) |
| 05/25/2010 | 26 | ANSWER to Complaint. Document filed by Barclays Capital, Inc..(Granfield, Lindsee) (Entered: 05/25/2010) |
| 05/25/2010 | 27 | CERTIFICATE OF SERVICE of Richard V. Conza re 25 and 26 on May 25, 2010. Service was made by First Class Mail. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 05/25/2010) |
| 05/28/2010 | 28 | ENDORSED LETTER addressed to Judge George B. Daniels from Boaz S. Morag dated 5/26/2010 re: Counsel requests an adjournment of the status conference currently scheduled for 6/1/2010. ENDORSEMENT: The conference is adjourned to July 21, 2010 at 9:45 a.m. (Status Conference set for 7/21/2010 at 09:45 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 5/28/2010) (tro) (Entered: 05/28/2010) |
| 05/28/2010 | 29 | MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010*. Document filed by Barclays Capital, Inc..(Granfield, Lindsee) (Entered: 05/28/2010) |
| 05/28/2010 | 30 | DECLARATION of Ari D. MacKinnon in Support re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Barclays Capital, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Granfield, Lindsee) (Entered: 05/28/2010) |
| 05/28/2010 | 31 | MEMORANDUM OF LAW in Support re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 05/28/2010) |
| 06/03/2010 | 32 | CERTIFICATE OF SERVICE of Andrew M. Scott, dated May 28, 2010, 29 30 31 . Service was made by Federal Express. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 06/03/2010) |
| 06/10/2010 | 33 | ORDER DECLARING CASE ELIGIBLE FOR MEDIATION...the above−entitled action is eligible for mediation, pursuant to the Civil Justice Expense and Delay Reduction Plan. This action is eligible for mediation subject to the limitations and restrictions as noted: ALL ISSUES ARE ELIGIBLE. So Ordered (Signed by Judge George B. Daniels on 6/1/2010) (js) (Entered: 06/10/2010) |
| 06/15/2010 | 34 | STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO REFER TO BANKRUPTCY COURT: The time for plaintiff FirstBank Puerto Rico ("FirstBank") to serve and file its opposition to the Motion by defendant Barclays Capital, Inc. ("Barclays") to Refer this Action to the Bankruptcy Court (the "Motion") is to be extended from June 11, 2010 to June 30, 2010. The time for Barclays to Serve and file its reply on the Motion is to be extended to 12:00 p.m. on July 16, 2010. (Signed by Judge George B. Daniels on 6/14/2010) (jpo) (Entered: 06/15/2010) |
| 06/15/2010 | | ***DELETED DOCUMENT. Deleted document number 35 STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO REFER TO BANKRUPTCY COURT. The document was docketed twice in this case. (ad) (Entered: 06/16/2010) |
| 06/30/2010 | 35 | MEMORANDUM OF LAW in Opposition re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Firstbank Puerto Rico. (Mitchell, Jeffrey) (Entered: 06/30/2010) |
| 06/30/2010 | 36 | DECLARATION of Daniel S. Weinberger in Opposition re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Firstbank Puerto Rico. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D Part 1 of 2, # 5 Exhibit D |

| | | |
|---|---|---|
| | | Part 2 of 2)(Mitchell, Jeffrey) (Entered: 06/30/2010) |
| 07/13/2010 | 37 | NOTICE SELECTING MEDIATOR – Notice of selection of mediator.(sc) (Entered: 07/13/2010) |
| 07/16/2010 | 38 | DECLARATION of Ari D. MacKinnon in Support re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Barclays Capital, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Granfield, Lindsee) (Entered: 07/16/2010) |
| 07/16/2010 | 39 | REPLY MEMORANDUM OF LAW in Support re: 29 MOTION to Transfer Case / *Notice of Motion to Refer this Action to Bankruptcy Court, dated May 28, 2010.*. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 07/16/2010) |
| 07/16/2010 | 40 | CERTIFICATE OF SERVICE of 38 39 on July 16, 2010. Document filed by Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 07/16/2010) |
| 07/29/2010 | 41 | MOTION for Thomas R. Valen to Appear Pro Hac Vice. Document filed by Firstbank Puerto Rico.(mro) (Entered: 07/30/2010) |
| 08/04/2010 | 42 | ORDER granting 41 Motion for for Thomas R. Valen to Appear Pro Hac Vice for Firstbank Puerto Rico to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 8/4/2010) (jmi) (Entered: 08/04/2010) |
| 08/11/2010 | | CASHIERS OFFICE REMARK on 41 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 07/29/2010, Receipt Number 910693. (jd) (Entered: 08/11/2010) |
| 08/31/2010 | 43 | TRANSCRIPT of proceedings held on 8/25/10 before Judge George B. Daniels. (ama) (Entered: 08/31/2010) |
| 09/07/2010 | 44 | ORDER: The dispute in this case is a core proceeding and is referred to the Bankruptcy Court for the Southern District of New York. (Signed by Judge George B. Daniels on 9/7/2010) (jpo) (Entered: 09/07/2010) |
| 09/07/2010 | | Transmission to Docket Assistant Clerk. Transmitted re: 44 Order, to the Docket Assistant Clerk for case processing. (jpo) (Entered: 09/22/2010) |
| 09/07/2010 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. (laq) (Entered: 10/05/2010) |