UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRSTBANK PUERTO RICO,

           Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

           Defendant.

Civil Action No.

**RULE 7.1 DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for FirstBank Puerto Rico ("FirstBank"), certifies that FirstBank is a wholly owned subsidiary of First Bancorp., a publicly-owned financial holding company incorporated under the laws of the Commonwealth of Puerto Rico.

Dated: New York, New York
       December 21, 2009

                            GIBBONS P.C.

                            By:_____
                            Jeffrey A. Mitchell (JM5323)
                            *Attorneys for Plaintiff*
                            *FirstBank Puerto Rico*
                            One Pennsylvania Plaza, 37th Floor
                            New York, New York 10119
                            (212) 613-2009
                            (212) 554-9696 (fax)

#1458269 v1
109459-67363