# UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

FIRSTBANK PUERTO RICO,

                Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

                Defendant.

**09 CV 10317**

Civil Action No.

**JUDGE DANIELS**

## SUMMONS IN A CIVIL ACTION

TO:    Barclays Capital, Inc.
         200 Park Avenue
         New York, NY 10166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffrey A. Mitchell, Esq.
        Gibbons P.C.
        One Pennsylvania Plaza, 37th Floor
        New York, New York 10119-3701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF COURT

Date: December 21, 2009

*Signature of Clerk or Deputy Clerk*

#1458468 v1
109459-67363

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTBANK PUERTO RICO,<br><br>                     Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL, INC.,<br><br>                     Defendant. | Civil Action No. 09-cv-10317<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                                 ):ss:
COUNTY OF NEW YORK  )

      Andres Flores, being duly sworn, deposes and says:

      I am over eighteen years of age, not a party to this action, and reside in the State of New York. On December 21, 2009, I served true copies of the *Civil Cover Sheet, Summons, Complaint* and *Rule 7.1 Disclosure Statement* in the above-captioned action, along with a copy of Judge Daniels' rules, on Barclays Capital, Inc. by hand delivering same to Daniel W. Hartman, an analyst for Barclays Capital Inc. authorized to accept service of legal papers, at 745 Seventh Avenue, New York, New York 10019.

      Mr. Hartman is Caucasian, 25-30 years old, approximately 5'8" and 170 lbs, with brown eyes and dark brown hair.

                                                    _____
                                                    Andres Flores

So sworn before me this
22nd day of December, 2009

_____
Notary Public

MARTIN BRECH
Notary Public, State of New York
No. 4977428
Qualified in Putnam County
Commission Expires April 20, 20 11

#1461831 v1
109459-67363