08-13555-mg Doc 12435-7 Filed 10/28/10 Entered 10/28/10 18:51:06 doc 4 Pg
Case 1:09-cv-10517-GBD Document 4 Filed 12/23/09 Page 1 of 1
1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRSTBANK PUERTO RICO,

        Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

        Defendant.

Civil Action No.

**RULE 7.1 DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for FirstBank Puerto Rico ("FirstBank"), certifies that FirstBank is a wholly owned subsidiary of First Bancorp., a publicly-owned financial holding company incorporated under the laws of the Commonwealth of Puerto Rico.

Dated: New York, New York
       December 21, 2009

                GIBBONS P.C.

                By: _____
                    Jeffrey A. Mitchell (JM5323)
                    *Attorneys for Plaintiff*
                    *FirstBank Puerto Rico*
                One Pennsylvania Plaza, 37th Floor
                New York, New York 10119
                (212) 613-2009
                (212) 554-9696 (fax)

#1458269 v1
109459-67363