UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRSTBANK PUERTO RICO,

          Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

          Defendant.

Civil Action No. 09-cv-10317

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ):ss:
COUNTY OF NEW YORK  )

      Andres Flores, being duly sworn, deposes and says:

      I am over eighteen years of age, not a party to this action, and reside in the State of New York. On December 29, 2009, I served true copies of the notice of *Initial Pretrial Conference* and *Civil Case Management Plan and Scheduling Order* in the above-captioned action on Barclays Capital, Inc. by hand delivering same to John Erban, an analyst for Barclays Capital Inc. authorized to accept service of legal papers, at 745 Seventh Avenue, New York, New York 10019.

      Mr. Hartman is Caucasian, 25-30 years old, approximately 5'5" and 150 lbs, with blue eyes and dark brown hair.

                                            _____
                                            Andres Flores

So sworn before me this
29th day of December, 2009

_____
Notary Public

        MARTIN BRECH
  Notary Public, State of New York
        No. 4977428
   Qualified in Putnam County
  Commission Expires April 20, 20_11_

#1462736 v1
109459-67363