08-13555-mg Doc 12435-8 Filed 10/28/10 Entered 10/28/10 18:51:06 doc 7 Pg
Case 1:09-cv-10317-GBD Document 7 Filed 01/07/10 Page 1 of 2
1 of 2

*BAH1605*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

FIRSTBANK PUERTO RICO,

    Plaintiff,

  - against -         09 Civ. 10317 (GBD)

BARCLAYS CAPITAL INC.,

    Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 JAN 2010

## STIPULATION AND [PROPOSED] ORDER

    Defendant Barclays Capital Inc. ("Barclays"), by its attorneys, Cleary Gottlieb Steen & Hamilton LLP, and plaintiff FirstBank Puerto Rico, by its attorneys, Gibbons P.C., hereby stipulate and agree as follows:

    1.  Barclays shall have until February 11, 2010 to answer or otherwise move in response to the Complaint dated December 21, 2009 (the "Complaint"). Any motion will not challenge service of process on Barclays or personal jurisdiction over Barclays in the Southern District of New York.

[New York #2160455 v1]

08-13555-mg Doc 12435-8 Filed 10/28/10 Entered 10/28/10 18:51:06 doc 7 Pg
Case 1:09-cv-10357-GBD Document F Filed 01/07/10 Page 2 of 2
2 of 2

2. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the time to respond to the Complaint.

Dated: New York, New York
January 5, 2010

GIBBONS P.C.

By: _____
Jeffrey A. Mitchell

One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613-2009

Attorneys for FirstBank Puerto Rico

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lindsee P. Granfield
Boaz S. Morag

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

SO ORDERED: **07 JAN 2010**

_____
United States District Judge
HON. GEORGE B. DANIELS

[New York #2160455 v1]

2