UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTBANK PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL INC.,<br><br>Defendant. | Civil Action No. 09-cv-10317 (GBD)<br><br>ECF Case<br>Document Filed Electronically<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Plaintiff FirstBank Puerto Rico in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: dweinberger@gibbonslaw.com.

Dated: New York, New York
        January 11, 2010

**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Telephone (212) 613-2000
Fax: (212) 290-2018
dweinberger@gibbonslaw.com


By:    s/ Daniel S. Weinberger


*Attorneys for Plaintiff FirstBank Puerto Rico*

#1465314 v1
109459-67363