



JEFFREY MITCHELL
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-20009 Fax: (212) 554-9696
jmitchell@gibbonslaw.com

January 21, 2010

BY FAX (212-805-6735)

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**SO-ORDERED:**

*/s/ George B. Daniels/*

**George B. Daniels, U.S.D.J.**

Dated: 22 JAN 2010

Re: *Firstbank Puerto Rico v. Barclays Capital Inc.* (09 Civ. 10317 (GBD))

Dear Judge Daniels:

I write to confirm to the Court that counsel for the parties have confirmed to your law clerk Melissa that the initial conference in the above-referenced case may be adjourned from March 17, 2010 to March 24, 2010. Your law clerk, Melissa, asked that I send a letter to Your Honor to that effect so it may be "so ordered" by the Court and e-filed.

Respectfully submitted,

Jeffrey Mitchell

JAM/

cc:     Cleary Gottlieb Steen & Hamilton LLP