UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
FIRSTBANK PUERTO RICO,

                 Plaintiff,

        - against -

BARCLAYS CAPITAL INC.,

                 Defendant.
------------------------------------------------------------------------ X

09 Civ. 10317 (GBD)

## NOTICE OF MOTION TO DISMISS

       PLEASE TAKE NOTICE that, upon the Declaration of Amy Chung, dated February 11, 2010, all attached exhibits, the accompanying Memorandum of Law, and the pleadings, defendant Barclays Capital Inc. will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing plaintiff's claims with prejudice, and for such additional or other relief as this Court deems just and proper.

Dated: New York, New York
         February 11, 2010

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          By:      /s/ Lindsee P. Granfield
                                                Lindsee P. Granfield
                                                Boaz S. Morag

                                           One Liberty Plaza
                                           New York, New York 10006
                                           (212) 225-2000

                                           Attorneys for Barclays Capital Inc.

TO:     Jeffrey A. Mitchell, Esq.
           Gibbons P.C.
           One Pennsylvania Plaza, 37th Floor
           New York, New York 10119-3701

           Attorneys for Plaintiff