UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
FIRSTBANK PUERTO RICO,                                              :
                                                                    :    09 Civ. 10317 (GBD)
                            Plaintiff,                              :
                                                                    :
            - against -                                             :
                                                                    :
BARCLAYS CAPITAL INC.,                                              :
                                                                    :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------- X

## DECLARATION OF AMY CHUNG

Pursuant to 28 U.S.C. § 1746, Amy Chung declares as follows:

1. I am an associate of the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant Barclays Capital Inc. ("Barclays"). I am a member of the Bar of this Court.

2. I submit this Declaration in support of Barclays' motion to dismiss the Complaint, dated December 21, 2009.

3. I attach true and correct copies of the following documents as Exhibits A through H:

| Exhibit | Document |
|---|---|
| A | Letter from Boaz S. Morag to Lawrence Odell, dated September 25, 2009. |
| B | Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 19, 2008 (D.I. 258 in In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP) (Bankr. S.D.N.Y.)). |

| Exhibit | Document |
|---|---|
| C | Letter from Víctor Barreras to Adriana León/Allyson Carine, dated September 24, 2008 (Exhibit G to D.I. 4485 in <u>In re Lehman Brothers Holdings Inc.</u>, No. 08-13555 (JMP) (Bankr. S.D.N.Y.)). |
| D | Asset Purchase Agreement, dated September 16, 2008 (Exhibit A to D.I. 280 in <u>In re Lehman Brothers Holdings Inc.</u>, No. 08-13555 (JMP) (Bankr. S.D.N.Y.)). |
| E | Clarification Letter Agreement, dated September 20, 2008 (Exhibit C to D.I. 280 in <u>In re Lehman Brothers Holdings Inc.</u>, No. 08-13555 (JMP) (Bankr. S.D.N.Y.)). |
| F | Order Approving, and Incorporating by Reference for the Purposes of This Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, dated September 19, 2008 (D.I. 3 in <u>SIPC v. Lehman Brothers Inc.</u>, Adv. Proc. No. 08-1420 (JMP) (Bankr. S.D.N.Y.)). |
| G | ISDA Master Agreement, dated January 16, 1997, with Schedule to Master Agreement and Credit Support Annex to Schedule to Master Agreement (Exhibit D to D.I. 4485 in <u>In re Lehman Brothers Holdings Inc.</u>, No. 08-13555 (JMP) (Bankr. S.D.N.Y.)). |
| H | Letter from Lindsee P. Granfield to Honorable George B. Daniels, dated February 9, 2010. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2010, in New York, New York.

_____
AMY CHUNG