UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
FIRSTBANK PUERTO RICO,                                                   :
                                                                         :    09 Civ. 10317 (GBD)
                           Plaintiff,                                    :
                                                                         :    CERTIFICATE OF
              - against -                                                :    SERVICE
                                                                         :
BARCLAYS CAPITAL INC.,                                                   :
                                                                         :
                           Defendant.                                    :
                                                                         :
------------------------------------------------------------------------ X

        I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 11th day of February 2010, the Notice of Motion to Dismiss with the Declaration of Amy Chung executed on February 11, 2010 with Exhibits A through H and the Memorandum of Law of Barclays Capital Inc. in Support of Motion to Dismiss were served by hand upon:

> Jeffrey A. Mitchell
> Gibbons, P.C.
> One Pennsylvania Plaza, 37th Floor
> New York, NY  10119-3701

        2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        February 11, 2010

                                            /s/Andrew M. Scott
                                              Andrew M. Scott