UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRSTBANK PUERTO RICO,

        Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

        Defendant.

Civil Action No. 09 Civ. 10317 (GBD)

**STIPULATION AND ORDER**

USDC
DOC...
FLE... LLY FILED
DOC...
DAT... 19 FEB 2010

---

Subject to the Court's approval hereof, it is hereby stipulated and agreed by and between the undersigned, counsel for the respective parties hereto, as follows:

1. The time for plaintiff FirstBank Puerto Rico ("FirstBank") to file its opposition to the Motion by defendant Barclays Capital, Inc. ("Barclays") to dismiss the Complaint (the "Motion") is to be extended from February 18, 2010 to March 26, 2010.

2. The time for Barclays to file its reply on the Motion is to be extended to April 15, 2010.

3. In light of the foregoing Motion and the parties' joint request that the Initial Pretrial Conference be adjourned from March 24, 2010 to a date shortly after the Motion is fully briefed on April 15, 2010, the Initial Pretrial Conference is adjourned to April _22_, 2010 at _10:00_ o'clock. am.

4. Pursuant to Rule 1.E. of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the time in connection with the Motion and with respect to the Initial Pretrial Conference.

New York, New York
February 16, 2010

#1473242 v3
109459-67363

| GIBBONS P.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: _____<br>　　Jeffrey A. Mitchell<br>　　Daniel S. Weinberger | By: _Lindsee P Granfield / bc_____<br>　　Lindsee P. Granfield<br>　　Boaz S. Morag |
| One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119<br>(212) 613-2009 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for Plaintiff FirstBank Puerto Rico* | *Attorneys for Defendant Barclays Capital Inc.* |

**SO ORDERED:**

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS

Date: **1 9 FEB 2010**

#1473242 v3
109459-67363