# Exhibit I
# Part 2 of 2

l. **Statement question 2 – Other Income.** From time to time, the Debtors may have de minimis income from sources other than the operation of business that will not appear in response to Statement question 2.

m. **Statement question 3 – Payments to Creditors.** Amounts still owing to any creditor listed on Statement 3b or 3c are reflected in Schedule E and F, as applicable.

  i. **Statement Question 3b.** The payments listed reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf. Payments made by LBI are indicated with an asterisk on Schedule 3b.

  ii. **Statement Question 3c.** The payments listed on the Debtors' response to Statement question 3c reflect payments made by the applicable Debtor entity and those payments made by LBI on the Debtors' behalf. Payments made by LBI are indicated with an asterisk on Schedule 3c. Amounts listed include payroll payments, W-2 income events, checks and wires. For explanation of the treatment of payments that may have been made by an affiliate on behalf of another affiliate, please refer to Global Note 6.

n. **Statement question 4b – Property attached, garnished or seized.** The Debtors have listed amounts held by certain financial institutions pending the legal and/or equitable resolution of various asserted claims. The Debtors contest and dispute these parties' right to hold, attach garnish or seize such funds.

o. **Statement question 7 – Gifts.** See Global Note 9 above regarding the Debtors' consolidated entity accounts payable and disbursement systems.

p. **Statement question 8 – Losses.** The Debtors' responses to Statement question 8 do not include financial losses or defense costs paid pursuant to the director and officer liability policies.

q. **Statement question 10 – Other Transfers.** In response to Statement question 10, the Debtors list certain transfers of collateral that were made prior to and remained outstanding as of the Petition Date of the respective Debtor. The Debtors reserve the right to argue that such transfers were outside the ordinary course of business and reserve all rights with respect to a final determination as to the nature of the transfers, notwithstanding their inclusion in this Statement question 10. Investigation continues with respect to such transfers.

r. **Statement question 12 – Safe Deposit Boxes.** The Debtors have listed certain physical vaults in response to the applicable Debtor's response to statement question 12. Investigation and inquiry continues in efforts to ascertain information about and/or obtain control over assets of the Debtors that may be in vaults of non-debtor affiliates and third parties, including financial institutions, holding such assets at the direction of such non-debtor affiliates or third parties.

s. **Statement question 18 – Nature, location and name of business.** The Debtors' responses to Statement question 18 includes only ownership interests in businesses that are either (i) direct subsidiaries of the applicable Debtor or (ii) entities that file reports with the Securities and Exchange Commission (an "SEC-filer").

t. **Statement question 19 – Books, Records and Financial Statements.** The firms and individuals listed in response to Statement questions 19(a)-(c) are not intended to be an exhaustive list of all parties but rather represent a listing of those firms and/or individuals that supervised or were primarily responsible for the respective tasks.

**Statement question 20 – Inventory.** The Debtors maintain physical inventory at the vaults listed in response to Statement question 12 and in the vaults of certain non-debtor affiliates and third parties and maintain their non-physical inventory in accounts at certain non-Debtor affiliates including LBI (the "Non-

physical Accounts"). An electronic inventory calculation with respect to the Non-physical Accounts was prepared periodically by LBI and/or Lehman Brothers International (Europe) and provided to the Debtors at regular intervals prior to [September 14, 2008].

u.  **Statement questions 21 and 22.** The Debtors' response reflects information as of each respective Debtor's Petition Date.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Special Financing Inc., Debtor

Case No. 08-13888 (JMP)

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 0.00 | | |
| B - Personal Property | | 11 | $ 48,548,582,515.59 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 3 | | $ Undetermined | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 3 | | $ Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 6 | | $ Undetermined | |
| G - Executory Contracts and Unexpired Leases | | 376 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | 402 | $ 48,548,582,515.59 | $ Undetermined | |

Lehman Brothers Special Financing Inc.

Case No. 08-13888 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| 1100 VERMONT OWNER LLC | 520 Madison Avenue, 29th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 103007JOSS |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 0512041445 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 0606051199 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | PIMCO | 840 Newport Center Drive | Suite 100 | Newport Beach | CA | 92660 | UNITED STATES | Derivative Master Account Number 0109010060 |
| 1199 NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SERVICE EMPLOYEES | c/o BlackRock Financial Mangement, Inc. | 40 E. 52nd Street, 18th Floor | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 111706BL25 |
| 1301 MEZZANINE BORROWER LLC | Two North Riverside Plaza, Suite 2100 | | | Chicago | IL | 60606 | United States | Derivative Master Account Number 1219051305 |
| 1SH - Strategic Global Fund: Emerging Market | One Post Office Square | One Post Office Square | | Boston | MA | 2109 | United States | Derivative Master Account Number 060101P1SH |
| 3D CAPITAL FUND LTD | Barclays Global Investors, NA | 45 Fremont Street | | San Francisco | CA | 94105 | UNITED STATES | Derivative Master Account Number 0423043DFD |
| 3D GLOBAL OPPORTUNITIES FUND | c/o Barclays Global Investors, N.A. as Investment | Manager for The 3D Global Opportunities Fund Ltd. | 400 Howard Street | San Francisco | CA | 94105 | UNITED STATES | Derivative Master Account Number 112205BARC |
| 3G Fund LP | 3G Capital Partners Ltd. | 800 Third Avenue | 31st Floor | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 0620083GCA |
| 3M DEFINED CONTRIBUTION PLANS | Western Asset Management Co. | 385 East Colorado Blvd | | Pasadena | CA | 91101 | UNITED STATES | Derivative Master Account Number 031706WES5 |
| 424 CHURCH STREET LLC | Amstar Group | 1050 17th Street | Suite 1200 | Denver | CO | 80265 | United States | Derivative Master Account Number 022707424C |
| 550845 D DH, | MAINZER LANDSTRASSE 11-13 60329 | | | FRANKFURT | | 60329 | Germany | Derivative Master Account Number 102907ALLI |
| 551304 / AllianzGI Inv KAG mbHA/C dbi Fonds VPT R1 | Mainzer Landstrasse 11-13 | | | frankfurt am main | | 60329 | Germany | Derivative Master Account Number 110706DRES |

Lehman Brothers Special Financing Inc.    Case No. 08-13888 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| First Merit Bank NA | 3 Cascade Plaza | | | Akron | OH | 44308-1103 | United States | Derivative Master Account Number 031600FMBA |
| First Midwest Bank | One Pierce Place, Suite 1500 | P.O. Box 4169 | | Itasca | IL | 60143-4169 | UNITED STATES | Derivative Master Account Number 121602MIDW |
| FIRST PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND I | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051706SANT |
| FIRST PUERTO RICO AAA TARGET MATURITY FUND II INC | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051606SA13 |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND I | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051606SA15 |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND II | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051606SA17 |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FUND I | Santander Asset Management | First P.R. Tax-Advantaged Targt Mat. Fund I Inc. | Suite 1600, Santader Tower, B-7 Tabonuco Sreet | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051606SA34 |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FUND II | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051606SA22 |
| FIRST PUERTO RICO TAX EXEMPT FUND | Santander Asset Mangement c/o First Puerto Fico Ta | First Puerto Fico Tax Exempt Fund, Inc. Ste 1600 | Santander Tower, B-7 Tabonuco St. | Guaynabo | PR | 00968-3028 | Puerto Rico | Derivative Master Account Number 051605SA37 |
| First Tennessee Bank NA | 4000 Horizon Way | | | Irving | TX | 75063 | UNITED STATES | Derivative Master Account Number 091200FHHL |
| FirstBank of Puerto Rico | 1519 Ponce de Leon, Stop 23 | PO Box 9146 | | San Juan | PR | 00908-0146 | UNITED STATES | Derivative Master Account Number 052394FFED |