USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 APR 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
Firstbank Puerto Rico,              :
                                    :
                    Plaintiff,      :           ORDER
                                    :       09 cv 10317 (GBD)
        -against-                   :
                                    :
Barclays Capital Inc.,              :
                                    :
                    Defendants.     :
                                    :
                                    :
----------------------------------- x

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant's Motion to Dismiss is scheduled for April 29, 2010 at

10:00am.


Dated: April 7, 2010
       New York, New York

                                            SO ORDERED:

                                            *[signature]*
                                            GEORGE B. DANIELS
                                            United States District Judge