

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **14** APR 2010

DANIEL S. WEINBERGER
Associate

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2063 Fax: (212) 554-9632
dweinberger@gibbonslaw.com

April 12, 2010

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDER!**
The conference is adjourned to May 13, 2010 at 11:00 a.m.
*George B. Daniel*
HON. GEORGE B. DANIELS

14 APR 2010

Re: *FirstBank Puerto Rico v. Barclays Capital Inc.* (09 Civ. 10317 (GBD))

Dear Judge Daniels:

We represent plaintiff FirstBank Puerto Rico ("FirstBank") in the above-referenced action and write on behalf of FirstBank and defendant Barclays Capital Inc. ("Barclays") to request a brief adjournment of the initial pre-trial conference that is currently scheduled for April 22, 2010. The Court scheduled an oral argument on Barclays' Motion to Dismiss for April 29, 2010. [See Dkt. # 17]. In order to avoid the potentially unnecessary expenses associated with preparing for the initial pre-trial conference prior to the oral argument on Barclays' Motion to Dismiss, the parties respectfully request that the initial pre-trial conference be adjourned to May 10, 2010, or if the Court is unavailable on May 10, to May 14, 2010.

Respectfully submitted,

Daniel S. Weinberger

DSW/fm

cc: Jeffrey A. Mitchell, Esq.
Lindsee P. Granfield, Esq. (by e-mail)
Boaz S. Morag (by e-mail)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
(212) 225-2000
*Attorneys for Defendant Barclays Capital Inc.*