# EXHIBIT B

**MEGA, Lead, CLMAGT, PENAP, SchedF, APPEAL, FeeDueAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 08-13555-jmp

*Date filed:* 09/15/2008

*Assigned to:* Judge James M. Peck  
Chapter 11  
Voluntary  
Asset

*Debtor*  
**Lehman Brothers Holdings Inc.**  
745 Seventh Avenue  
New York, NY 10019  
Tax ID / EIN: 13-3216325

represented by **Arthur J. Margulies**  
Jones Day  
222 East 41st Street  
New York, NY 10017  
(212) 326-3406  
Fax : (212) 755-7306  
Email: ajmargulies@jonesday.com

**Benjamin Rosenblum**  
Jones Day  
222 East 41st Street  
New York, NY 10017  
(212) 326-3939  
Fax : (212) 755-7306  
Email: brosenblum@jonesday.com

**Diane Harvey**  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8781  
Fax : (212) 833-3607  
Email: diane.harvey@weil.com

**Harvey R. Miller**  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8000  
Fax : (212) 310-8007  
Email: harvey.miller@weil.com

**Jacqueline Marcus**  
Weil Gotshal & Manges, LLP

767 5th Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: jacqueline.marcus@weil.com

### Jerrold Lyle Bregman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
(212) 696-6185
Email: jbregman@curtis.com

### Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
Fax : (212) 752-5378
Email: joshua.dorchak@bingham.com

### Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061
(212) 696-6028
Fax : (212) 697-1559
Email: lharrison@curtis.com

### Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
Fax : 212-715-8000
Email: boneill@kramerlevin.com

### Ralph I. Miller
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005
(202) 682-7000
Fax : (202) 857-0940
Email: ralph.miller@weil.com

**Robert J. Lemons**
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8924
Fax : (212) 310-8007
Email: robert.lemons@weil.com

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
Fax : (212) 310-8007
Email: shai.waisman@weil.com

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
212-696-6065
Fax : (212) 697-1559
Email: sreisman@curtis.com

**Thomas T. Janover**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
U.S.A.
(212)715-9100
Fax : (212) 715-8000
Email: tjanover@kramerlevin.com

**William J. Hine**
Jones Day
222 East 41st Street
New York, NY 10017-6702
(212) 326-3684
Fax : (212) 755-7306
Email: wjhine@jonesday.com

*Petitioning Creditor*  represented by **Gregg L. Weiner**
**A/P Hotel, LLC**  Fried, Frank, Harris, Shriver & Jacobson
 One New York Plaza
 New York, NY 10004
 (212) 859-8000

|  |  |
|---|---|
| | Fax : (212) 859-4000 |
| | Email: weinegr@friedfrank.com |
| *Trustee* <br> **James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.** | represented by **Christopher K. Kiplok** <br> Hughes Hubbard & Reed LLP <br> One Battery Park Plaza <br> New York, NY 10004 <br> (212)837-6810 <br> Fax : (212) 422-4726 <br> Email: kiplok@hugheshubbard.com |
| | **Jeffrey S. Margolin** <br> Hughes Hubbard & Reed <br> 1 Battery Park Plaza <br> New York, NY 10004 <br> (212) 837-6375 <br> Fax : (212) 422-4726 <br> Email: margolin@hugheshubbard.com |
| | **Neil J. Oxford** <br> Hughes Hubbard & Reed LLP <br> One Battery Park Plaza <br> New York, NY 10004 <br> (212)837-6843 <br> Fax : (212)422-4726 <br> Email: oxford@hugheshubbard.com |
| | **Sarah K. Loomis Cave** <br> Hughes Hubbard & Reed, LLP <br> One Battery Park Plaza <br> New York, NY 10004 <br> (212) 837-6559 <br> Fax : (212) 422-4726 <br> Email: cave@hugheshubbard.com |
| | **William R. Maguire** <br> Hughes Hubbard & Reed LLP <br> One Battery Park Plaza <br> New York, NY 10004-1482 <br> (212)837-6879 <br> Fax : (212)422-4726 <br> Email: maguire@hugheshubbard.com |
| *Trustee* <br> **Citibank, N.A., In Its Capacity As Trustee** | represented by **D. Sam Anderson** <br> Bernstein Shur Sawyer & |

| | |
|---|---|
| Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>207-774-1200 | Nelson<br>100 MIddle Street<br>P.O. Box 9729<br>Portland, ME 04101<br>(207) 774-1200<br>Fax : (207) 774-1127<br>Email: sanderson@bernsteinshur.com |
| | **Michael A. Fagone**<br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>Portland, ME 04104<br>(207) 774-1200<br>Fax : (207) 774-1127<br>Email: mfagone@bernsteinshur.com |
| *Trustee*<br>**Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group**<br>c/o Duane Morris LLP, Suite 2000<br>1540 Broadway<br>New York, NY 10036<br>212-692-1000 | represented by **William Heuer**<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>212.692.1070<br>Fax : 212.208.4521<br>Email: wheuer@duanemorris.com |
| *U.S. Trustee*<br>**United States Trustee**<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 | represented by **Andrew D. Velez-Rivera**<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004<br>(212) 510-0500<br>Fax : (212) 668-2255 |
| *Claims and Noticing Agent*<br>**Epiq Bankruptcy Solutions, LLC Claims Agent**<br><br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br>www.bsillc.com<br>646-282-2500 | |
| *Claims and Noticing Agent*<br>**Epiq Bankruptcy Solutions, LLC,** *Craig Fallon*<br>757 Third Avenue<br>New York, NY 10017 | |

*Creditor Committee*  
**Official Committee of Unsecured Creditors**

represented by **Dennis F. Dunne**  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005  
(212) 530-5000  
Fax : (212) 530-5219  
Email: ddunne@milbank.com

**Robert K. Dakis**  
Quinn Emanuel Urquhart Oliver & Hedges  
51 Madison Ave  
22nd Floor  
New York, NY 10010  
212 849 7447  
Fax : 212 849 7100  
Email: robertdakis@quinnemanuel.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/11/2010 | 7531 | Examiner's Report */ Report of Anton R. Valukas, Examiner* filed by Patrick J. Trostle on behalf of Anton R. Valukas. (Attachments: # 1 Volume 1# 2 Volume 2# 3 Volume 3# 4 Volume 4# 5 Volume 5 - Redacted# 6 Volume 6 - Appendix 1# 7 Volume 7 - Appendices 2-7# 8 Volume 8 - Appendices 8-22 (Part 1 of 5)# 9 Volume 8 - Appendices 8-22 (Part 2 of 5)# 10 Volume 8 - Appendices 8-22 (Part 3 of 5)# 11 Volume 8 - Appendices 8-22 (Part 4 of 5)# 12 Volume 8 - Appendices 8-22 (Part 5 of 5)# 13 Volume 9 - Appendices 23-34 (Part 1 of 5)# 14 Volume 9 - Appendices 23-34 (Part 2 of 5)# 15 Volume 9 - Appendices 23-34 (Part 3 of 5)# 16 Volume 9 - Appendices 23-34 (Part 4 of 5)# 17 Volume 9 - Appendices 23-34 (Part 5 of 5)) (Trostle, Patrick) (Entered: 03/11/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/15/2010 10:17:11 | | | |
| **PACER Login:** | cg3184 | **Client Code:** | 26842-042 |
| **Description:** | Docket Report | **Search Criteria:** | 08-13555-jmp Fil or Ent: filed Doc From: 7531 Doc To: 7531 Format: html |

| **Billable Pages:** | 3 | **Cost:** | 0.24 |
|---|---|---|---|