# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.,* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, DECEMBER 17, 2008, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Schedule A and B to Clarifying Letter Agreement**