# EXHIBIT H

# **EXHIBIT A**

1. Identify each item of property listed in Schedule 1 ("Swap Collateral") of which you or any of your subsidiaries or affiliates had possession, custody or control on September 29, 2008.

2. As to the Swap Collateral identified in Schedule 1, identify each item of which you or any of your subsidiaries or affiliates *did not* have possession, custody or control on September 29, 2008.

3. As to the Swap Collateral identified in your response to Interrogatory 2, state whether, when, to whom and for what consideration (if any) each item was transferred to another person or entity, the nature and purpose of the transfer, and identify all documents pursuant to which such transfer was made.

4. As to the Swap Collateral identified in your response to Interrogatory No. 1, identify each item of which you or any of your subsidiaries or affiliates presently have possession, custody or control.

5. As to the Swap Collateral identified in your response to Interrogatory No. 1, identify each item of which you or any of your subsidiaries or affiliates *do not* presently have possession, custody or control.

6. As to the Swap Collateral identified in your response to Interrogatory No. 5, state whether, when, to whom and for what consideration (if any) each item was transferred to another person or entity, the nature and purpose of the transfer, and identify all documents pursuant to which such transfer was made.

Schedule 1 - Swap Collateral

**Securities Pledged for Interest Rate Swaps Collateral**

| Date | Cusip Number | | Cash Flow | Face Pledge | Par Value Pledge |
|---|---|---|---|---|---|
| 9/25/2008 | 31391JPY0 | Intp | 25,017.50 | 30,950,709.00 | 5,386,960.38 |
| 9/25/2008 | 31391JPY0 | Prin | 71,403.90 | | |
| 9/25/2008 | 31391KYD3 | Intp | 1,830.65 | 2,000,000.00 | 392,578.10 |
| 9/25/2008 | 31391KYD3 | Prin | 6,837.22 | | |
| 9/25/2008 | 31390MKJ2 | Intp | 7,045.38 | 7,000,000.00 | 1,521,040.29 |
| 9/25/2008 | 31390MKJ2 | Prin | 16,132.90 | | |
| 9/25/2008 | 31371KWF4 | Intp | 1,762.70 | 2,073,064.00 | 379,406.89 |
| 9/25/2008 | 31371KWF4 | Prin | 5,182.99 | | |
| 9/25/2008 | 31401JVN5 | Intp | 14,087.58 | 10,666,337.00 | 3,325,377.33 |
| 9/25/2008 | 31401JVN5 | Prin | 55,641.59 | | |
| 9/25/2008 | 31400CDE1 | Intp | 9,361.07 | 8,000,000.00 | 2,197,057.20 |
| 9/25/2008 | 31400CDE1 | Prin | 49,599.76 | | |
| 9/25/2008 | 31391Y3S4 | Intp | 1,360.14 | 1,000,000.00 | 323,023.84 |
| 9/25/2008 | 31391Y3S4 | Prin | 3,409.15 | | |
| 9/25/2008 | 31401NW39 | Intp | 6,920.65 | 7,800,000.00 | 1,648,155.13 |
| 9/25/2008 | 31401NW39 | Prin | 12,800.66 | | |
| 9/25/2008 | 31402A4J2 | Intp | 9,722.22 | 6,193,841.00 | 2,296,941.71 |
| 9/25/2008 | 31402A4J2 | Prin | 36,390.80 | | |
| 9/25/2008 | 31401AG84 | Intp | 20,428.08 | 15,181,749.00 | 4,761,527.39 |
| 9/25/2008 | 31401AG84 | Prin | 141,211.22 | | |
| 9/25/2008 | 31376J7J2 | Intp | 24,268.13 | 15,000,000.00 | 5,777,856.15 |
| 9/25/2008 | 31376J7J2 | Prin | 46,495.35 | | |
| 9/25/2008 | 31400CAT1 | Intp | 16,533.85 | 15,000,000.00 | 3,935,937.15 |
| 9/25/2008 | 31400CAT1 | Prin | 32,186.25 | | |
| 9/25/2008 | 31402D5A4 | Intp | 28,290.79 | 18,190,000.00 | 6,667,830.45 |
| 9/25/2008 | 31402D5A4 | Prin | 121,959.76 | | |
| 9/25/2008 | 31391Y6N2 | Intp | 11,882.65 | 9,591,196.00 | 2,824,611.73 |
| 9/25/2008 | 31391Y6N2 | Prin | 27,224.42 | | |
| 9/25/2008 | 31401JVN5 | Intp | 3,301.88 | 13,334,578.00 | 4,157,238.18 |
| 9/25/2008 | 31401JVN5 | Intp | 14,309.79 | | |
| 9/25/2008 | 31401JVN5 | Prin | 56,519.22 | | |
| 9/25/2008 | 31401JVN5 | Prin | 13,041.40 | | |
| 9/25/2008 | 31402FBD6 | Intp | 12,480.05 | 6,711,261.00 | 2,964,129.16 |
| 9/25/2008 | 31402FBD6 | Prin | 31,083.00 | | |
| 9/25/2008 | 31401C3G6 | Intp | 1,321.62 | 1,000,000.00 | 314,728.09 |
| 9/25/2008 | 31401C3G6 | Prin | 2,461.00 | | |
| 9/25/2008 | 31401H7M8 | Intp | 14,213.58 | 10,205,000.00 | 3,303,392.49 |
| 9/25/2008 | 31401H7M8 | Prin | 107,867.36 | | |
| 9/25/2008 | 31402BDE1 | Intp | 3,185.04 | 2,000,000.00 | 758,490.00 |
| 9/25/2008 | 31402BDE1 | Prin | 5,919.98 | | |
| 9/25/2008 | 31401HJ45 | Intp | 8,612.93 | 8,302,184.00 | 2,052,349.45 |
| 9/25/2008 | 31401HJ45 | Prin | 14,753.64 | | |
| 9/25/2008 | 31401NP29 | Intp | 15,541.84 | 10,838,817.00 | 3,516,940.43 |
| 9/25/2008 | 31401NP29 | Prin | 213,100.03 | | |
| 9/25/2008 | 31402HH61 | Intp | 16,395.77 | 10,201,592.00 | 3,885,453.41 |
| 9/25/2008 | 31402HH61 | Prin | 49,530.26 | | |
| 9/25/2008 | 31366LFL5 | Intp | 145.97 | 3,868,461.00 | 16,807.11 |
| 9/25/2008 | 31366LFL5 | Prin | 2,129.51 | | |
| 9/20/2008 | 36202KAL9 | Intp | 114.32 | 1,000,000.00 | 24,525.76 |
| 9/20/2008 | 36202KAL9 | Prin | 416.72 | | |
| 9/20/2008 | 36202KAL9 | Intp | 114.32 | 1,000,000.00 | 24,525.76 |
| 9/20/2008 | 36202KAL9 | Prin | 416.72 | | |
| 9/20/2008 | 36202KAL9 | Intp | 114.32 | 1,000,000.00 | 24,525.76 |
| 9/20/2008 | 36202KAL9 | Prin | 416.72 | | |
| 9/20/2008 | 36202KAL9 | Intp | 57.16 | 500,000.00 | 12,262.88 |
| 9/20/2008 | 36202KAL9 | Prin | 208.36 | | |
| 9/20/2008 | 36202KAL9 | Intp | 114.32 | 1,000,000.00 | 24,525.76 |
| 9/20/2008 | 36202KAL9 | Prin | 416.72 | | |
| | | | **1,393,290.91** | **219,608,789.00** | **62,518,197.98** |