# EXHIBIT I
# Part 1

## Schedule A

This schedule is Schedule A referred to in Section 1(a)(ii)(A) of the clarifying letter agreement, dated as of September 20, 2008, among Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Inc. ("LBI" and, together with LBHI, "Seller"), LB 745 LLC ("LB"), and Barclays Capital Inc. ("Purchaser") entered into in connection with the Asset Purchase Agreement, dated as of September 16, 2008, by and among LBHI, LBI, LB and Purchaser, as amended.

Any recipient of this Schedule A is required to enter into and is bound by the terms of a confidentiality agreement or other obligation acceptable to Seller and Purchaser. The listing of any security on this Schedule A does not indicate that such security has been delivered to Purchaser or the value of any such security. In particular, the par amounts set forth on Schedule A are provided for use of the parties for informational purposes only and are not indicative of the value of the securities.

Confidential                                                                                                                                HHR_00005032

Schedule A

| Cusip | Par Value | | Description |
|---|---|---|---|
| 31364HP68 | 398,924 | FNR 2008-36 IY | FANNIE MAE |
| 31364HPK7 | 173,525 | FNR 2008-36 ZB | FANNIE MAE |
| 31364HPK7 | 155,259 | FNR 2008-36 IA | FANNIE MAE |
| 31364HQ83 | 481,132 | FNR 2008-36 IU | FANNIE MAE |
| 31364HQC4 | 158,762 | FNR 2008-36 IW | FANNIE MAE |
| 31364HR82 | 4,122,674 | FNR 2008-36 SI | FANNIE MAE |
| 31364HR82 | 4,122,674 | FNR 2008-36 IV | FANNIE MAE |
| 31364HR82 | 4,122,674 | FNR 2008-36 OV | FANNIE MAE |
| 31364HR82 | 141,789 | FNR 2008-36 LB | FANNIE MAE |
| 31364HR90 | 289,766 | FNR 2008-36 LI | FANNIE MAE |
| 31364HRE9 | 373,017 | FNR 2008-36 AO | FANNIE MAE |
| 31364HRE9 | 223,810 | FNR 2008-36 YC | FANNIE MAE |
| 31364HS65 | 613,944 | FNR 2008-36 DO | FANNIE MAE |
| 31364HVL8 | 149,768 | FNR 2008-36 YS | FANNIE MAE |
| 31364HVN4 | 558,726 | FNR08-46 HI | FANNIE MAE |
| 31364HVN4 | 558,726 | FNR08-46 HI | FANNIE MAE |
| 31364HVN4 | 558,726 | FNR08-46 EI | FANNIE MAE |
| 31364HVN4 | 125,104 | FNR08-46 EO | FANNIE MAE |
| 31364HWE3 | 227,915 | FNR08-46 MI | FANNIE MAE |
| 31364HWE3 | 227,915 | FNR08-46 MI | FANNIE MAE |
| 31364HWE3 | 227,915 | FNR08-46 MO | FANNIE MAE |
| 31364HWE3 | 227,915 | FNR08-46 LI | FANNIE MAE |
| 31364HWE3 | 209,682 | FNR08-46 JZ | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR08-46 JM | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR08-46 JN | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR 2008-64 HO | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR 2008-64 HI | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR 2008-64 HI | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR 2008-64 EB | FANNIE MAE |
| 31364HWQ6 | 675,007 | FNR 2008-64 CI | FANNIE MAE |
| 31364HWQ6 | 355,112 | FNR 2008-64 CI | FANNIE MAE |
| 31364J2K8 | 524,906 | FNR 2008-64 CI | FANNIE MAE |
| 31364J2L6 | 96,316 | FNR 2008-64 EI | FANNIE MAE |
| 31364J4X8 | 301,248 | FNR 2008-64 EI | FANNIE MAE |
| 31364JF40 | 1,133,868 | FNR 2008-64 AO | FANNIE MAE |
| 31364JF40 | 1,133,868 | FNR 2008-76 EF | FANNIE MAE |
| 31364JF40 | 1,133,868 | FNR 2008-76 EI | FANNIE MAE |
| 31364JF40 | 1,133,868 | FNR 2008-76 DB | FANNIE MAE |
| 31364JF40 | 908,229 | FNR 2008-76 GF | FANNIE MAE |
| 31364JK44 | 2,444,732 | FNR 2008-76 LB | FANNIE MAE |
| 31364JK89 | 2,579,147 | FNR 2008-76 JI | FANNIE MAE |
| 31364JK77 | 1,668,773 | FNR 2008-76 JI | FANNIE MAE |
| 31364JN74 | 693,758 | FNR 2008-76 LA | FANNIE MAE |
| 31364JN74 | 50,228 | FHR 3408 AO | FREDDIE MAC |
| 31364JN82 | 496,314 | FHR-3408 BO | FREDDIE MAC |
| 31364TC82 | 2,037 | FHR 3416 BD | FREDDIE MAC |
| 31365CVA2 | 1,204 | FHR 3416 BO | FREDDIE MAC |
| 31365CYP6 | 760 | FHR 3416 GD | FREDDIE MAC |
| 31365DGS8 | 266,049 | FHR 3416 IB | FREDDIE MAC |
| 31365DN92 | 26,804 | FHR 3416 NI | FREDDIE MAC |
| **31366LFL5** | **16,607** | **FHR 3416 NO** | **FREDDIE MAC** |
| 31366TE21 | 1,203 | FHR 3416 GT | FREDDIE MAC |
| 31367NZP9 | 59 | FHR 3428 CO | FREDDIE MAC |
| 31368H2B8 | 281 | FHR-3424 BI | FREDDIE MAC |
| 31368H5N9 | 12,697 | FHR-3424 BO | FREDDIE MAC |
| 31368HBX0 | 175,027 | FHR-3424 DI | FREDDIE MAC |
| 31368HJ53 | 452,722 | FHR-3424 DO | FREDDIE MAC |
| 31368HKQ5 | 1,133,868 | FHR-3424 IG | FREDDIE MAC |
| 31368HKQ5 | 334,900 | FHR-3424 IM | FREDDIE MAC |
| 31368HLX9 | 5,454,561 | FHR-3424 IN | FREDDIE MAC |
| 31368HMH3 | 14,977 | FHR-3424 IV | FREDDIE MAC |
| 31368JAV1 | 371,171 | FHR-3424 OK | FREDDIE MAC |
| 31368JBX6 | 4,687 | FHR-3424 OL | FREDDIE MAC |
| 31369XHL4 | 674 | FHR 3424 PO | FREDDIE MAC |
| 3136F3V78 | 4,100,000 | FHR-3450 AJ | FREDDIE MAC |
| 3136F3WP7 | 375,000 | FHR-3450 AO | FREDDIE MAC |
| 3136F5LY5 | 165,000 | FHR-3450 BI | FREDDIE MAC |
| 3136F6UV9 | 2,000 | FHR-3450 BO | FREDDIE MAC |
| 3136F73E5 | 50,000 | FHR-3450 CI | FREDDIE MAC |
| 3136F7BE6 | 500,000 | FHR-3450 CO | FREDDIE MAC |
| 3136F7DG9 | 200,000 | FHR-3450 DI | FREDDIE MAC |
| 3136F8F83 | 40,000 | FHR-3450 DO | FREDDIE MAC |
| 3136F8FP5 | 631,000 | FHR-3450 ZY | FREDDIE MAC |
| 3136F8Y58 | 200,000 | FHR 3460 PE | FREDDIE MAC |
| 3136F8Y66 | 11,700,000 | FHR-3456 KI | FREDDIE MAC |
| 3136F9B85 | 11,500,000 | FHR-3456 KV | FREDDIE MAC |
| 3136F9FW8 | 20,000,000 | FHR-3456 NI | FREDDIE MAC |
| 3136F9HJ5 | 1,000,000 | FHR-3456 JB | FREDDIE MAC |
| 3136F9WQ2 | 10,610,000 | FHR 3469 B | FREDDIE MAC |
| 3136FA2Z2 | 82,378 | FHR 3469 CI | FREDDIE MAC |

Confidential

HHR_00005049

**Schedule A**

| Cusip | Par Value | Description | | |
|---|---|---|---|---|
| 31371JS54 | 22,484 | W/PRIN STRIP 02-15-37 | | |
| 31371JX25 | 3,517 | W/PRIN STRIP 05-15-37 | | |
| 31371JYB4 | 131,873 | UNITED STATES TREASURY BONDS R/MD | 7 125 | 02/15/2023 |
| 31371JYJ7 | 79,036 | UNITED STATES TREASURY BONDS R/MD | 7 125 | 02/15/2023 |
| 31371K2M2 | 193,682 | W/PRINC STRIPS 11/15/08 | | |
| 31371K4E8 | 1,680,429 | W/PRINC STRIPS 05/15/09 | | |
| 31371KBN0 | 30,141 | W/PRINC STRIPS 02/15/10 | | |
| 31371KMG3 | 149,178 | W/PRINC STRIPS 08/15/10 | | |
| 31371KMX6 | 140,556 | W/PRIN STRIP 02-15-11 | | |
| 31371KNL1 | 2,850 | W/PRINC STRIPS 08/15/11 | | |
| 31371KNY3 | 94,273 | W/PRIN STRIP 02-15-12 | | |
| 31371KRV5 | 34,765 | W/PRIN STRIP 08-15-12 | | |
| 31371KU82 | 346,065 | W/PRIN STRIP 11-15-12 | | |
| 31371KVA8 | 104,605 | W/PRIN STRIP 02-15-13 | | |
| 31371KWF4 | 379,407 | W/PRIN STRIP 05-15-13 | | |
| 31371KWH0 | 1,871,698 | W/PRIN STRIP 11-15-08 | | |
| 31371KXQ9 | 16,580 | W/PRIN STRIP 11-15-13 | | |
| 31371KY47 | 14,783,954 | W/PRIN STRIP 05-15-14 | | |
| 31371KY47 | 14,783,954 | W/PRIN STRIP 08-15-14 | | |
| 31371KY47 | 14,783,954 | W/PRIN STRIP 11-15-09 | | |
| 31371KY47 | 1,390,651 | W/PRIN STRIP 11-15-14 | | |
| 31371L2G3 | 42,019 | W/PRIN STRIP 02-15-10 | | |
| 31371L4G1 | 832,553 | W/PRIN STRIP 05-15-10 | | |
| 31371L5W5 | 902,132 | W/PRIN STRIP 08-15-10 | | |
| 31371L6J3 | 54,443 | W/PRIN STRIP 11-15-10 | | |
| 31371LAC3 | 7,908,042 | W/PRIN STRIP 10-31-08 | | |
| 31371LB81 | 1,630,392 | U S TREASURY NOTE | | |
| 31371LC56 | 322,701 | U S TREASURY NOTE | | |
| 31371LDQ9 | 103,259 | U S TREASURY NOTE | | |
| 31371LDT3 | 6,129,725 | U S TREASURY NOTE | | |
| 31371LMX4 | 555,055 | U S TREASURY NOTE | | |
| 31371LPP8 | 3,128 | U S TREASURY NOTE | | |
| 31371LPU7 | 1,208,655 | U S TREASURY NOTE | | |
| 31371LQ36 | 414,555 | U S TREASURY NOTE | | |
| 31371LVB2 | 110,648 | U S TREASURY NOTE | | |
| 31371LVE8 | 109,958 | U S TREASURY NOTE | | |
| 31371LY29 | 8,332 | U S TREASURY NOTE | | |
| 31371LYD5 | 19,046 | U S TREASURY NOTE | | |
| 31371LZP7 | 27,576 | U S TREASURY NOTE | | |
| 31371LZR3 | 173,843 | U S TREASURY NOTE | | |
| 31371LZT9 | 3,942,372 | U S TREASURY NOTE | | |
| 31371M2M8 | 80,653 | U S TREASURY NOTE | | |
| 31371M3A3 | 28,558,496 | U S TREASURY NOTE | | |
| 31371M5N3 | 395,496 | U S TREASURY NOTE | | |
| 31371MBE6 | 93,585 | U S TREASURY NOTE | | |
| 31371MDV6 | 42,588 | U S TREASURY NOTE | | |
| 31371MF85 | 48,913 | U S TREASURY NOTE | | |
| 31371MGD3 | 2,887,715 | U S TREASURY NOTE | | |
| 31371MHA8 | 3,982 | U S TREASURY NOTE | | |
| 31371MHC4 | 262,319 | U S TREASURY NOTE | | |
| 31371MHP5 | 34,396 | U S TREASURY NOTE | | |
| 31371MJN8 | 81,897 | U S TREASURY NOTE | | |
| 31371MJV0 | 56,223 | U S TREASURY NOTE | | |
| 31371MKM8 | 76,646 | U S TREASURY NOTE | | |
| 31371MLN5 | 2,588,425 | U S TREASURY NOTE | | |
| 31371MND5 | 6,959,522 | U S TREASURY NOTE | | |
| 31371MNQ6 | 73,587 | U S TREASURY NOTE | | |
| 31371MNV5 | 131,085 | U S TREASURY NOTE | | |
| 31371MQ26 | 499,489 | U S TREASURY NOTE | | |
| 31371MQ83 | 8,996,402 | U S TREASURY NOTE | | |
| 31371MS81 | 965,921 | U S TREASURY NOTE | | |
| 31371MUA3 | 256,041 | U S TREASURY NOTE | | |
| 31371MVA2 | 6,777,638 | U S TREASURY NOTE | | |
| 31371MVC8 | 97,503 | U S TREASURY NOTE | | |
| 31371MXX0 | 6,109,900 | U S TREASURY NOTE | | |
| 31371MZK8 | 3,231,154 | US TREAS INFLATION INDEX NOTE | | |
| 31371N2D6 | 13,066,694 | U S TREASURY NOTE | | |
| 31371N2E4 | 499,999 | U S TREASURY NOTE | | |
| 31371N2G9 | 474,428 | U S TREASURY NOTE | | |
| 31371N2J3 | 869,211 | U S TREASURY NOTE | | |
| 31371N2L8 | 880,897 | U S TREASURY NOTE | | |
| 31371N2R5 | 696,088 | U S TREASURY NOTE | | |
| 31371N2Z7 | 1,396,412 | U S TREASURY NOTE | | |
| 31371N3G8 | 295,997 | U S TREASURY NOTE | | |
| 31371N3U7 | 50,942 | U S TREASURY NOTE | | |
| 31371N3V5 | 276,264 | U S TREASURY NOTE | | |
| 31371N4F9 | 4,660,240 | U S TREASURY NOTE | | |
| 31371N4H5 | 3,403,743 | U S TREASURY NOTE | | |
| 31371N4J1 | 1,555,829 | U S TREASURY NOTE | | |
| 31371N4P7 | 4,471,086 | U S TREASURY NOTE | | |

Confidential

HHR_00005053

Schedule A

| Cusip | Par Value | Description |
|---|---|---|
| 31373TYZ7 | 105,592 | TINT 02-15-18 |
| 31373U6J1 | 18,696 | TINT 05-15-18 |
| 31373UB30 | 276,888 | TINT 08-15-18 |
| 31373UBE6 | 75,583 | TINT 11-15-18 |
| 31373UBJ5 | 36,355 | TINT 05-15-19 |
| 31373UFD4 | 4,025 | TINT 08-15-19 |
| 31373UGL5 | 43,446 | TINT 11-15-19 |
| 31373UJN8 | 175,921 | TINT 02-15-20 |
| 31373URC3 | 115,806 | TINT 05-15-20 |
| 31373UUE5 | 576 | TINT 08-15-20 |
| 31373YEL9 | 18,745 | TINT 11-15-20 |
| 31374BUM8 | 139,926 | TINT 11-15-20 |
| 31374E2P6 | 6,753 | TINT 02-15-21 |
| 31374FXA2 | 14,216 | TINT 05-15-21 |
| 31374FY45 | 128,148 | TINT 05-15-21 |
| 31374GWQ6 | 4,380 | TINT 08-15-21 |
| 31374QXP5 | 9,661 | TINT 11-15-2021 |
| 31374SSD4 | 800 | TINT 02-15-22 |
| 31374TCB3 | 2,691 | TINT 02-15-22 |
| 31374TLX5 | 151,943 | TINT 05-15-22 |
| 31374TVK2 | 159,124 | TINT 08-15-22 |
| 31374XLK4 | 9,259 | TINT 11-15-22 |
| 31375BV38 | 87,641 | TINT 02-15-23 |
| 31375LZB4 | 21,481 | TINT 08-15-23 |
| 31375QG32 | 117,368 | TINT 5-15-23 |
| 31375UNH4 | 1,634 | TINT 11-15-23 |
| 31375UQ99 | 576 | TINT 02-15-24 |
| 31375WPX3 | 2,479 | TINT 5-15-24 |
| 31376CS21 | 2,529 | TINT 08-15-24 |
| 31376CSQ6 | 28,476 | TINT 11-15-24 |
| 31376J2G3 | 905,309 | TINT 02-15-25 |
| 31376J4L0 | 15,475,011 | TINT 05-15-25 |
| 31376J4L0 | 15,475,011 | TINT 08-15-25 |
| 31376J4L0 | 15,475,011 | TINT 11-15-25 |
| 31376J4L0 | 15,475,011 | TINT 02-15-26 |
| 31376J4L0 | 15,475,011 | TINT 05-15-26 |
| 31376J4L0 | 14,466,566 | TINT 08-15-26 |
| 31376J5B1 | 19,460,137 | TINT 11-15-26 |
| 31376J5B1 | 19,460,137 | TINT 02-15-27 |
| 31376J5B1 | 19,460,137 | TINT 05-15-27 |
| 31376J5B1 | 19,460,137 | TINT 08-15-27 |
| 31376J5B1 | 9,412,214 | TINT 11-15-27 |
| 31376J5H8 | 15,823,420 | TINT 02/15/28 |
| 31376J5H8 | 13,444,769 | TINT 08/15/28 |
| **31376J7J2** | **4,660,804** | **TINT 05-15-28** |
| 31376KBZ8 | 12,764 | TINT 11-15-28 |
| 31376KCL8 | 947,135 | TINT 2-15-29 |
| 31376KEA0 | 182,480 | TINT 08/15/29 |
| 31376KEB8 | 99,262 | TINT 5-15-29 |
| 31376KKR6 | 592,825 | TINT 11-15-29 |
| 31376KL53 | 3,679,787 | TINT 5-15-30 |
| 31376KLJ3 | 3,679 | TINT 02-15-30 |
| 31376KP59 | 3,365,964 | TINT 08-15-30 |
| 31376KSC1 | 1,128,727 | TINT 02-15-31 |
| 31376KW36 | 1,014 | FED. HOME LOAN MTG. CORP - PC |
| 31376KWH5 | 4,325 | FED. HOME LOAN MTG. CORP - PC |
| 31376LEX8 | 2,295 | FEDL HOME LOAN MTG CORP#170060PART/CTF PASS THRU POOL CPN  R/MD 16.00   04/01/2012 |
| 31376MNA6 | 33,413 | FED. HOME LOAN MTG. CORP - PC |
| 31376PGY5 | 1,462 | FED. HOME LOAN MTG. CORP - PC |
| 31376PWB7 | 2,641 | FED. HOME LOAN MTG. CORP - PC |
| 31376Q6B4 | 7,187 | FHLMC GOLD ARM 30YR |
| 31376S7G8 | 2,826 | FHLMC GOLD ARM 30YR |
| 31376TL86 | 1,890 | FHLMC GOLD ARM 30YR |
| 31377HH39 | 8,895 | FHLMC GOLD ARM 30YR |
| 31377KXY6 | 31,688 | FHLMC GOLD ARM 30YR |
| 31377RAV2 | 4,221,666 | FHLMC GOLD ARM 30YR |
| 31377RAW0 | 2,455,563 | FHLMC GOLD ARM 30YR |
| 31377RB58 | 3,448,346 | FHLMC GOLD ARM 30YR |
| 31377RDY3 | 3,412,306 | FHLMC GOLD ARM 30YR |
| 31377RDZ0 | 2,996,705 | FED. HOME LOAN MTG. CORP - PC |
| 31377RE22 | 25,155,642 | FED. HOME LOAN MTG. CORP - PC |
| 31377RGW4 | 2,254,166 | FHLMC-FHA VA |
| 31377RHV5 | 3,157,318 | FEDL HOME LOAN MTG CORP 555156PART CTF PASS THRU POOL   ISSUE DATE   03/01/1993R/MD  7 50   04/01/2016 |
| 31377RKU3 | 7,363,094 | FHLMC ARMS |
| 31377RMW7 | 44,191,451 | FHLMC ARMS |
| 31378CAN2 | 144,767 | FHLMC ARMS |
| 31378CKL5 | 650 | FHLMC ARMS |
| 31378G6M0 | 121,255 | FHLMC ARMS |
| 31378PCR2 | 4,935 | FHLMC - ARM |
| 31378RU72 | 19,573 | FHLMC ARMS |

Confidential

HHR_00005055