UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
FIRSTBANK PUERTO RICO,

                Plaintiff,

      - against -

BARCLAYS CAPITAL INC.,

                Defendant.
--------------------------------------------------------------------- X

09 Civ. 10317 (GBD)

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 15th day of April 2010, the Reply Memorandum of Law of Barclays Capital Inc. in Further Support of its Motion to Dismiss and the Declaration of Ari D. MacKinnon executed on April 15, 2010 with Exhibits A through I were served by hand upon:

> Jeffrey A. Mitchell
> Gibbons, P.C.
> One Pennsylvania Plaza, 37th Floor
> New York, NY 10119-3701

        2. This service was made an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       April 15, 2010

                                                _____
                                                    Richard V. Conza