USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03 MAY 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

Firstbank Puerto Rico,

      Plaintiff,

  -against-

Barclays Capital, Inc.,

      Defendant.

------------------------------------- x

ORDER
09 cv 10317 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's unjust enrichment, constructive trust/accounting, and conversion claims is denied.

Defendant's Motion to Dismiss is granted to the extent Plaintiff's negligence and breach of contract claims are dismissed for failure to state a cause of action.

Dated: May 3, 2010
   New York, New York

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge