*Janices, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

FIRSTBANK PUERTO RICO,

            Plaintiff,

     - against -

BARCLAYS CAPITAL INC.,

            Defendant.

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **1 2 MAY 2010**

09 Civ. 10317 (GBD)

## STIPULATION AND [PROPOSED] ORDER

Defendant Barclays Capital Inc. ("Barclays"), by its attorneys, Cleary Gottlieb Steen & Hamilton LLP, and plaintiff FirstBank Puerto Rico, by its attorneys, Gibbons P.C., hereby stipulate and agree as follows:

1.    Barclays shall have until May 25, 2010 to answer the Complaint dated December 21, 2009 (the "Complaint").

2. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the time to answer the Complaint following the Court's May 3, 2010 Order.

Dated: New York, New York
May 10, 2010

| GIBBONS P.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: _____ <br> Jeffrey A. Mitchell | By: _____ <br> Lindsee P. Granfield <br> Boaz S. Morag |
| One Pennsylvania Plaza, 37th Floor <br> New York, New York 10119 <br> (212) 613-2009 | One Liberty Plaza <br> New York, New York 10006 <br> (212) 225-2000 |
| Attorneys for FirstBank Puerto Rico | Attorneys for Barclays Capital Inc. |

SO ORDERED: 1 2 MAY 2010

*[signature]*

United States District Judge
Dated: HON. GEORGE B. DANIELS

2