UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
FIRSTBANK PUERTO RICO,

              Plaintiff,

        - against -

BARCLAYS CAPITAL INC.,

              Defendant.
---------------------------------------------------------------- X

09 Civ. 10317 (GBD)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Barclays Capital Inc., by and through its undersigned counsel, states that it is an indirect, wholly-owned subsidiary of Barclays PLC and that no other publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 25, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lindsee P. Granfield
    Boaz S. Morag

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.