UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
FIRSTBANK PUERTO RICO,                                                   :
                                                                         :      09 Civ. 10317 (GBD)
                        Plaintiff,                                       :
                                                                         :      <u>CERTIFICATE OF</u>
        - against -                                                      :      SERVICE
                                                                         :
BARCLAYS CAPITAL INC.,                                                   :
                                                                         :
                        Defendant.                                       :
                                                                         :
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1.  On the 25th day of May 2010, Rule 7.1 Disclosure Statement and Defendant Barclays Capital Inc.'s Answer were served by First Class Mail upon:

                Jeffrey A. Mitchell, Esq.
                Daniel S. Weinberger, Esq.
                Rogelio J. Carrasquillo, Esq.
                Gibbons, P.C.
                One Pennsylvania Plaza, 37th Floor
                New York, NY  10119-3701

       2.  This service was made an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       May 25, 2010

                                                                        /s/Richard V. Conza
                                                                        Richard V. Conza