# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-2894
E-Mail: bmorng@cgsh.com

May 26, 2010

VIA FACSIMILE

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

SO ORDERED
The conference is adjourned to
July 21, 2010 at 9:45 a.m.

*[signed] George B. Daniels*
HON. GEORGE B. DANIELS

Re: *FirstBank Puerto Rico v. Barclays Capital Inc.*, 09 Civ. 10317 (GBD)

Dear Judge Daniels:

On behalf of defendant Barclays Capital Inc. ("Barclays"), and with the agreement of counsel for plaintiff FirstBank Puerto Rico ("FirstBank"), we write to request an adjournment of the status conference set for June 1, 2010.

At the April 29, 2010 oral argument, Your Honor requested that counsel for Barclays advise the Court and FirstBank in advance of the June 1 conference, if Barclays intended to move formally to refer this action to the Bankruptcy Court. Yesterday, the undersigned informed counsel for FirstBank that Barclays intends to file such a motion and that it would do so by Friday, May 28. Counsel for the parties apprised the Court's Deputy this morning of this development and were requested to submit this letter.

The parties are in agreement that it makes sense to adjourn the June 1 conference to a date at the Court's convenience between July 19 and July 22. The adjourned date could serve, if the Court wishes, as the date for oral argument of the referral motion or for any other useful purpose the Court and the parties think such an appearance would serve.

The Honorable George B. Daniels, p. 2

      If this proposal is acceptable to the Court, we respectfully request that the Court "So Order" this letter and advise the parties of the new date and time during the week of July 19 through July 22 of the next court appearance in this case.

                              Respectfully submitted,

                              Boaz S. Morag

cc: Jeffrey A. Mitchell, Esq.