UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FIRSTBANK PUERTO RICO,                                             :
                                                                   :    09 Civ. 10317 (GBD)
                Plaintiff,                                         :
                                                                   :
               - against -                                        :
                                                                   :
BARCLAYS CAPITAL INC.,                                             :
                                                                   :
                Defendant.                                         :
------------------------------------------------------------------ X


## NOTICE OF MOTION TO REFER THIS ACTION TO BANKRUPTCY COURT

       PLEASE TAKE NOTICE that, upon the Declaration of Ari D. MacKinnon, dated May 28, 2010, all attached exhibits, the accompanying Memorandum of Law, the pleadings, prior hearing transcripts, and all other papers in this case, defendant Barclays Capital Inc. will move this Court, at a date and time to be determined by this Court, for an order referring this action to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a) and Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.), and for such additional or other relief as this Court deems just and proper.

Dated: New York, New York
May 28, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lindsee P. Granfield
Boaz S. Morag

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

TO:   Jeffrey A. Mitchell, Esq.
      Gibbons P.C.
      One Pennsylvania Plaza, 37th Floor
      New York, New York 10119-3701

      Attorneys for Plaintiff