UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                            :
FIRSTBANK PUERTO RICO,                                      :
                                                            :                09 Civ. 10317 (GBD)
                              Plaintiff,                    :
                                                            :
                                                            :                CERTIFICATE OF
               - against -                                  :                SERVICE
                                                            :
BARCLAYS CAPITAL INC.,                                      :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------------------- X

       I, Andrew M. Scott, an attorney admitted to practice in the State of New York and

the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby

certify that:

       1.  On the 28th day of May 2010, the Notice of Motion to Refer this Action to

Bankruptcy Court with the Declaration of Ari D. MacKinnon executed on May 28, 2010 with

Exhibits A through K and the Memorandum of Law of Barclays Capital Inc. in Support of its

Motion to Refer this Action to the Bankruptcy Court were served by Federal Express upon:

> Jeffrey A. Mitchell, Esq.
> Gibbons, P.C.
> One Pennsylvania Plaza, 37th Floor
> New York, NY  10119

       2.  This service was made an assistant managing clerk of this firm under my

general supervision.

Dated:  New York, New York
      May 28, 2010

                                 /s/Andrew M. Scott
                                   Andrew M. Scott