

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRSTBANK PUERTO RICO,

          Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

          Defendant.

Civil Action No. 09 Civ. 10317 (GBD)

---

### STIPULATION [AND ORDER] EXTENDING BRIEFING SCHEDULE ON MOTION TO REFER TO BANKRUPTCY COURT

Subject to the Court's approval hereof, it is hereby stipulated and agreed by and between the undersigned, counsel for the respective parties hereto, as follows:

1. The time for plaintiff FirstBank Puerto Rico ("FirstBank") to serve and file its opposition to the Motion by defendant Barclays Capital, Inc. ("Barclays") to Refer this Action to the Bankruptcy Court (the "Motion") is to be extended from June 11, 2010 to June 30, 2010.

2. The time for Barclays to serve and file its reply on the Motion is to be extended to 12:00 p.m. on July 16, 2010.

3. Pursuant to Rule 1.E. of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the time in connection with the Motion.

New York, New York
June 9, 2010

#1521614 v1
109459-67363

| | |
|---|---|
| GIBBONS P.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: _____<br>Jeffrey A. Mitchell<br>Daniel S. Weinberger | By: _____<br>Lindsee P. Granfield<br>Boaz S. Morag |
| One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119<br>(212) 613-2009 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for Plaintiff FirstBank Puerto Rico* | *Attorneys for Defendant Barclays Capital Inc.* |

**SO ORDERED:**

_____
U.S.D.J.
HON. GEORGE B. DANIELS

Date: **14 JUN 2013**

#1521614 v1
109459-67363