UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIRSTBANK PUERTO RICO,

Plaintiff,

- against –

BARCLAYS CAPITAL INC.,

Defendant.

09 Civ. 10317 (GBD)

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 16th day of July 2010, I have caused service of the Declaration of Ari D. MacKinnon, with Exhibits A-F and the Reply Memorandum of Law of Barclays Capital Inc. In Further Support of Its Motion To Refer This Action to The Bankruptcy Court, both documents dated July 10, 2010, to be made by Federal Express and by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated:   New York, New York
         July 16, 2010

_____
Richard V. Conza