UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FIRSTBANK PUERTO RICO,

    Plaintiff,

-against-

BARCLAYS CAPITAL, INC.,

    Defendant.

Civil Action No. 09 Civ. 10317 (GBD)

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF THOMAS R. VALEN**

**UPON MOTION OF** Daniel S. Weinberger, an associate at Gibbons P.C., attorneys for Plaintiff FirstBank Puerto Rico, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York, to admit pro hac vice Thomas R. Valen, Esq., and said sponsor's affidavit in support thereof,

**IT IS HEREBY ORDERED** that Thomas R. Valen, Esq. hereby is permitted to practice pro hac vice as counsel for Plaintiff FirstBank Puerto Rico in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 0 4 AUG 2010
New York, NY

_George B. Daniels_
Hon. George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS