The Chambers of The Honorable James M. Peck,
One Bowling Green, New York,
New York 10004 Courtroom 601,
United States of America


Emmeloord, Netherlands october 5th 2010


Dear Sirs,

**Re: disallowed claim Lehman Brother Holdings Inc, et all**
**United States Bankruptcy Court, Southern District of new York**
**Chapter 11 Case No. 08-13555 (JMP)**
**Claimnumber 65815 Date Filed 12/2/2009 Debtor 08-13555**
**Classification and amount UNSECURED US$ 20,419.85**


Through this letter I object to you disallowing the claim mentioned above to wich I am entitled. The reasons for my objection are as follows:

a) The claim documentation was filed properly and sent to you timely (Exh 1)

b) My broker has sent a letter to the United States Bankruptcy Court on october 22nd 2009 with attached a list of all claimants under this bankruptcy, including mine. (Exh 2)

Therefore there is no reason to deny the claim.

Please note that I am living in Europe and english is not my native language. Also note that it is practically impossible for me to come to a hearing in th U.S. in person. Therefore I choose to be heard by telephone.


Sincerely,


A. de Lange
Pilotenweg 20 c
8303 EK Emmeloord



RECEIVED
OCT 19 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :
                            Debtors.                             :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

LBH OMNI43 09-13-2010 (MERGE2,TXNUM2) 4000112735 MAIL ID *** 0033299340 *** BSIUSE: 234

LANGE, A. DE
PILOTENWEG 20 C
EMMELOORD, 8303EK NETHERLANDS


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>LANGE, A. DE<br>PILOTENWEG 20 C<br>EMMELOORD, 8303EK NETHERLANDS | **Claim Number:** 65815 |
| | **Date Filed:** 12/2/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 20,419.85 |

     PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

     The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

     If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

     If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| Account Number | Family Name | Surname | e-Mail | Claim Amount US$ Incl. Intrest | ISIN | Name | Cur. | Quantity | Block Number |
|---|---|---|---|---|---|---|---|---|---|
| 222885858 | | | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 60452245 |
| 222904682 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 60045159 |
| 222909021 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 6045161 |
| 222913592 | | | | 97,474.88 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6047923 |
| 222913592 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 46,000 | 60045155 |
| 222917709 | | | | 86,290.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 26,000 | 60045830 |
| 222917709 | | | | | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 2,000 | 6047925 |
| 222917709 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 30,000 | 60045113 |
| 222922079 | | | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 60452227 |
| 222930977 | | | | 84,347.83 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 20,000 | 6047927 |
| 222930977 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 37,000 | 60045147 |
| 222931280 | | | | 15,190.53 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 10,000 | 6047928 |
| 222941952 | | | | 60,163.96 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 6,000 | 6047930 |
| 222941952 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 35,000 | 60045115 |
| 222949805 | | | | 39,381.15 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 27,000 | 60045229 |
| 222958502 | | | | 18,961.29 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 13,000 | 60045231 |
| 222961163 | | | | 12,152.43 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 8,000 | 6047932 |
| 222962038 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 60045117 |
| 222971266 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 60045149 |
| 222981547 | | | | 110,850.64 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 76,000 | 60452233 |
| 222982896 | | | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 60045235 |
| 222984376 | | | | 14,585.61 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 10,000 | 60045237 |
| 222985917 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 60045239 |
| 222988568 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 60045241 |
| 222988800 | | | | 17,502.73 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 12,000 | 60045243 |
| 222988843 | | | | 5,834.24 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 4,000 | 60045245 |
| 222990686 | | | | 29,171.22 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 20,000 | 60045119 |
| 222991283 | | | | 140,129.35 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 50,000 | 6047886 |
| 222991283 | | | | | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 44,000 | 6045157 |
| 222992190 | Lange | A | de albertdelange@wanadoo.nl | 20,419.85 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 14,000 | 6045247 |
| 222996137 | | | | 11,668.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 8,000 | 6045249 |
| 223000027 | | | | 109,392.08 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 75,000 | 6045251 |
| 223501298 | | | | 37,976.33 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 25,000 | 6047896 |
| 223505214 | | | | 131,270.49 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 90,000 | 60045121 |
| 223509094 | | | | 72,928.05 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 50,000 | 60045151 |
| 223518352 | | | | 116,684.88 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 80,000 | 60045123 |
| 223535095 | | | | 36,464.03 | XS0288702052 | 5,0 EMTN AREVO/LEH 32 EM | EUR | 25,000 | 60045253 |
| 223552674 | | | | 281,024.87 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 185,000 | 6047887 |
| 223552704 | | | | 516,478.14 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 340,000 | 6047888 |
| 223600768 | | | | 483,058.97 | XS0229584296 | 7,25 VAR LEHMAN 35 VRN | EUR | 318,000 | 6047894 |

United States Bankruptcy Court/Southern District of new York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, N.Y 10150-5076


**Edam, The Netherlands, october 22nd 2009**


Dear Sirs,

Attached we send you a complete list of clients who have a claim towards Lehman Brothers Holding with specifications and block numbers. All of these clients have filed their claim as instructed; they have printed the form, signed it and sent it tou your Court, so either they are already into your possession, or should be so within a few days.

The aim of this list is to provide a complete overview and extra checking opportunity to be certain that all of our clients claims came into your possesion. In case of any questions, suggestions or remarks, please contact us. The best way is via e-mail: info@effectencompagnie.nl


Yours sincerely,

N.V. Vereenigde Effecten Compagnie
A. van der Luyt, general manager


1 Attachment, 3 pages.