UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors

Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

### RESPONSE TO
### NOTICE OF HEARING ON DEBTORS' FORTY-THIRD
### OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

| | |
|---|---|
| Claim Number: | 65597 |
| Creditor Name and Address: | KOK, ERIC<br>54 JALAN BUKIT SEGAR 3<br>TAMAN SEGAR CHERAS<br>KUALA LUMPUR, 56100 MALAYSIA |
| Classification and Amount: | UNSECURED: $100,000.00<br>UNLIQUIDATED |

TO:

(1) THE CHAMBERS OF THE HONORABLE JAMES M. PECK
    ONE BOWLING GREEN
    NEW YORK, NEW YORK 10004
    COURTROOM 601
    UNITED STATES OF AMERICA

(2) WEIL, GOTSHAL & MANGES LLP
    767 FIFTH AVENUE
    NEW YORK, NEW YORK 10153
    UNITED STATES OF AMERICA
    ATTN: SHAI WAISMAN, ESQ.

(3) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK
    33 WHITEHALL STREET
    21ST FLOOR
    NEW YORK, NEW YORK 10004
    UNITED STATES OF AMERICA
    ATTN: ANDY VELEZ-RIVERA, ESQ., PAUL SCHWARTZBERG, ESQ., BRIAN MATSUMOTO, ESQ.,
       LINDA RIFKIN, SQ., AND TRACY HOPE DAVIS, ESQ.

(4) MILLBANK TWEED, HADLEY & MCCLOY LLP
    1 CHASE MANHATTAN PLAZA
    NEW YORK, NEW YORK 10005
    UNITED STATES OF AMERICA
    ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONELL, ESQ., AND EVAN FLECK, ESQ.


RECEIVED OCT 19 2010

1

I refer to the Notice from Weil, Gotshal & Manges LLP dated September 13, 2010.

I wish to oppose the disallowance, expungement, reduction or reclassification of my claim listed above.

I believe that my claim should not be disallowed, expunged, reduced or reclassified, for the following reasons:

1. I was not aware of the November 2, 2009 bar date until after it had passed as I was away from my mailing address at the time the letter advising me to file my claim by the bar date had arrived there and I did not have access to my mail until just after the bar date had passed.
2. I had filed my claim as soon as I could after becoming aware of the contents of the said letter.

If you have any questions about this Response, please contact me at the address stated in my proof of claim or at +(60) 12 228 2929.

Dated: October 12, 2010

_____
KOK, ERIC