KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to* **GLG Credit Fund**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                       :

In re                                                       :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)

                      Debtors.                    :        (Jointly Administered)

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF GLG**
**CREDIT FUND TO PERMIT IT TO FILE A LATE PROOF OF CLAIM**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of GLG Credit Fund to Permit it File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No. 9537] (the "Motion"), which was scheduled for a hearing on November 10, 2010, at 10:00 a.m., **has been adjourned to January 20, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43460023\01\58399.0008

Dated: November 1, 2010
      New York, New York

                      KLESTADT & WINTERS, LLP
                      Attorneys for GLG Credit Fund

                      By: */s/ John E. Jureller, Jr.*
                          John E. Jureller, Jr.
                      292 Madison Avenue, 17th Floor
                      New York, New York 10017
                      (212) 972-3000

To:   Shai Y. Waisman, Esq.
       Mark Bernstein, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY 10153
       (212) 310-8778
       Attorneys for Debtors

       Dennis F. Dunne, Esq.
       Evan R. Fleck, Esq.
       Dennis C. O'Donnell, Esq.
       Milbank, Tweed, Hadley & McCloy LLP
       1 Chase Manhattan Plaza
       New York, NY 10005
       (212) 530-5000
       Attorneys for Creditors' Committee

## CERTIFICATE OF SERVICE

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2. On the 1st day of November, 2010, I served a copy of Notice of Adjournment, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Shai Y. Waisman, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorneys for Creditors' Committee

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr.

Dated: November 1, 2010

3