**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :    (Jointly Administered)
                    Debtors.                  :
                                              :
-------------------------------------------------------------------x    Ref. Docket Nos. 11674, 11755,
                                                   10853, 10855
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Panagiota Manatakis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Panagiota Manatakis

Sworn to before me this
8th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CEBFT RUSSELL SHOR-T
      ATTN: ELIOT COHEN
      909 A STREET
      TACOMA WA 98402
```

Please note that your claim # 33007 in the above referenced case and in the amount of
$75,296,430.95         has been transferred **(unless previously expunged by court order)**

```
      FRANK RUSSELL COMPANY
      TRANSFEROR: CEBFT RUSSELL SHOR-T
      C/O ELLIOT COHEN
      909 A ST.
      TACOMA WA 98402
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11672   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/06/2010                              Vito Genna, Clerk of Court

                                              /s/ Angharad Bowdler
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 6, 2010.

**EXHIBIT B**

```
TIME: 17:08:47                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:  1
DATE: 10/06/10                                              CREDITOR LISTING

Name                                   Address

MERRILL LYNCH CREDIT PRODUCTS, LLC     TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036
RIC III PLC THE U.S. DOLLAR CASH PLUS  RIC III PLC THE US DOLLAR CASH PLUS FUND C/O ELIOTT COHEN 909 A ST TACOMA WA 98402
 FUND
SABRETOOTH MASTER FUND, L.P.           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL MANAGEMENT, LLC ATTN: BENJAMIN BAKER
                                       405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SERENGETI OVERSEAS LTD.                TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.             TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12 FL NEW YORK NY 10012


Total Number of Records Printed
```