UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                            Debtors.                             :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 11891, 11892,
                                                                     11898, 11910, 11912, 11989

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Panagiota Manatakis*
                                                    Panagiota Manatakis

Sworn to before me this
15th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA
          ATTN: JEFFREY BENESH AND RON TOROK
          BANK OF AMERICA TOWER- 3RD FLOOR
          ONE BRYANT PARK
          NEW YORK NY 10036
```

Please note that your claim # 19174-05 in the above referenced case and in the amount of
          $0.00         has been transferred **(unless previously expunged by court order)**

```
          SPCP GROUP, L.L.C. AS AGENT FOR SILVER POINT CAPTIAL FUND, L.P. AND SI    SPCP GROUP, L.L.C. AS AGENT FOR SILVER POINT
          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC                            RONALD S. BEACHER,ESQ.
          SILVER POINT CAPITAL, LP                                                  DAY PITNEY LLP
          ATTN: ADAM J. DEPANFILIS                                                  7 TIMES SQUARE
          660 STEAMBOAT ROAD                                                        NEW YORK NY 10036
          GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11891       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2010                         Vito Genna, Clerk of Court


                                         /s/ Jenna Noble
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2010.

# EXHIBIT B

```
TIME: 17:29:15                                        LEHMAN BROTHERS HOLDING INC.                                               PAGE:   1
DATE: 10/14/10                                             CREDITOR LISTING

Name                                          Address
BANCA POPOLARE DELL'ALTO ADIGE SOC.           ATTN: ROBERTO VANZETTA & MICHAEL SCHWINGSHACKL VIA MACELLO 55 BOLZANO  39100 ITALY
  COOP. PA
CNP ASSURANCES                                CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CNP ASSURANCES                                DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                              4 PLACE RAOUL DAUTRY PARIS CEDEX 15  75716 FRANCE
CREDITO EMILIANO S.P.A.                       TRANSFEROR: BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. PA ATTN: MR. LUCA PASQUALE MARIANI & MR. EFISIO BERTRAND VIA EMILIA S. PIETRO
                                              REGGIO EMILIA   42121 ITALY
CVI GVF (LUX) MASTER S.A.R.L.                 TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                              SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: QUEENSLAND TREASURY CORPORATION C/O DEUTSCHE BANK AG, HONG KONG BRANCH, ATTN: JACK TSAI 55/F CHEUNG KONG CENTER
                                              2 QUEEN'S ROAD, CENTRAL HONG KONG   HONG KONG
GOLDMAN, SACHS & CO.                          TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CARITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          RICHARDS, KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
QUEENSLAND TREASURY CORPORATION               ATTN: BENJAMIN MCGUCKIN & SANDIE ANGUS GPO BOX 1096 BRISBANE  QLD 4001 AUSTRALIA
SPCP GROUP, L.L.C. AS AGENT FOR SILVER        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPTIAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD
  POINT CAPTIAL FUND, L.P. AND SI             GREENWICH CT 06830
SPCP GROUP, L.L.C. AS AGENT FOR SILVER        RONALD S. BEACHER,ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
  POINT CAPTIAL FUND, L.P. AND SI
SPCP GROUP, L.L.C. AS AGENT FOR SILVER        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPTIAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD
  POINT CAPTIAL FUND, L.P. AND SI             GREENWICH CT 06830
UBS AG, LONDON BRANCH                         TRANSFEROR: DEKA INTERNATIONAL SA, ON BEHALF OF: DEKA-WORLDGARANT PLUS ATTN: SHARON CANHAM ONE FINSBURY AVENUE
                                              LONDON  EC2M 2PP UNITED KINGDOM

Total Number of Records Printed               15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC