UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    08-13555 (JMP)
                                                      :    (Jointly Administered)
                        Debtors.                      :
                                                      :
-----------------------------------------------------------------x    Ref. Docket Nos. 11933, 11934,
                                                           11935, 11936, 12002, 12003 &
                                                           12004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Eleni Kossivas*
                                               Eleni Kossivas

Sworn to before me this
20th day of October, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   RMS BELIMO AG                                   RMS BELIMO AG
      VALIANT PRIVATBANK AG                           PELIKANWEG 28
      PO BOX                                          MURI    3074
      BERN 3001 SWITZERLAND                           SWITZERLAND
```

Please note that your claim # 38516-01 in the above referenced case and in the amount of
         $89,214.02         has been transferred **(unless previously expunged by court order)**

```
                                                      JPMORGAN CHASE BANK N.A.
                                                      TRANSFEROR: RMS BELIMO AG
                                                      ATTN: SUSAN MCNAMARA
                                                      MAIL CODE: NY1-A436
                                                      ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12002      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/18/2010                       Vito Genna, Clerk of Court

                                       /s/ Jenna Noble
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 18, 2010.

**EXHIBIT B**

```
TIME: 15:40:33                                    LEHMAN BROTHERS HOLDING INC.
DATE: 10/18/10                                         CREDITOR LISTING
PAGE:   1

Name                                      Address
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
JPMORGAN CHASE BANK N.A.                  TRANSFEROR: RMS BELIMO AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                 TRANSFEROR: VALIANT PRIVATBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                 TRANSFEROR: VEREIN FAZU ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL
                                          LOS ANGELES CA 90071
CCM OPPORTUNITIES FUND VIIB DELAWARE,     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL
L.P.                                      LOS ANGELES CA 90071
RMS BELIMO AG                             PELIKANWEG 28 MURI  3074 SWITZERLAND
RMS BELIMO AG                             VALIANT PRIVATBANK AG PO BOX BERN  3001 SWITZERLAND
VALIANT PRIVATBANK AG                     P.O. BOX BERN  3001 SWITZERLAND
VEREIN FAZU                               AUSGLEICHSKASSE AGRAPI BERN 6  3000 SWITZERLAND
VEREIN FAZU                               VALIANT PRIVATBANK AG PO BOX BERN  3001 SWITZERLAND

Total Number of Records Printed    11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC