UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                   :     Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :     08-13555 (JMP)
                                                        :     (Jointly Administered)
            Debtors.                                    :
                                                        :
------------------------------------------------------------------x    Ref. Docket Nos. 12057, 12058,
                                                              12060, 12063, 12083, 12084, 12085,
                                                              12086, 12087, 12088, 12089, 12090,
                                                              12091 & 12092

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2010,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Eleni Kossivas*
                                                  Eleni Kossivas

Sworn to before me this
21st day of October, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD.
      C/O ANCHORAGE ADVISORS, L.L.C.
      610 BROADWAY, 6TH FLOOR
      ATTENTION: KATHRYN PRUESS
      NEW YORK NY 10012

Please note that your claim # 22216-01 in the above referenced case and in the amount of
      $165,909.18        has been transferred **(unless previously expunged by court order)**

      CBW LLC
      TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD.
      C/O ASHURST LLP; ATTN: PATRICIA SEDDON
      TIMES SQUARE TOWER, 7 TIMES SQUARE
      NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12057     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/19/2010                         Vito Genna, Clerk of Court

                                         /s/ Jenna Noble
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 19, 2010.

**EXHIBIT B**

```
TIME: 15:07:15
DATE: 10/20/10
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. | C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR ATTENTION: KATHRYN PRUESS NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LTD. | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LTD. | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LTD. | C/O ANCHORAGE ADVISORS, L.L.C. ATTN: KATHRYN PRUESS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANCA DI SAN MARINO S.P.A. | ATTN: MR. EMANUELE CESARINI STRADA DELLA CROCE, 39 FAETANO REPUBBLICA DI SAN MARINO 47896 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LTD. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA DI SAN MARINO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174 |

Total Number of Records Printed    11