UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 12065, 12122,
                                                                       12138-12142, 12144

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Panagiota Manatakis*
                                                        Panagiota Manatakis

Sworn to before me this
22nd day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DMR STRUCTURED ARBITRAGE MASTER FUND LTD
      C/O DECLARATION MANAGEMENT & RESEARCH LLC
      ATTN: LARRY GUILLARD
      1800 TYSONS BLVD., SUITE 200
      MCLEAN VA 22102
```

Please note that your claim # 15745 in the above referenced case and in the amount of
         $244,375.00   allowed at $207,720.00         has been transferred **(unless previously expunged by court order)**

```
      LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: DMR STRUCTURED ARBITRAGE MASTER FUND LTD
      ATTN: VLADIMIR JELISAVCIC
      810 SEVENTH AVENUE, 33RD FL
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12122      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/21/2010                       Vito Genna, Clerk of Court

                                       /s/ Jenna Noble
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2010.

**EXHIBIT B**

TIME: 12:53:42
DATE: 10/21/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| DMR STRUCTURED ARBITRAGE MASTER FUND LTD | C/O DECLARATION MANAGEMENT & RESEARCH LLC ATTN: LARRY GUILLARD 1800 TYSONS BLVD., SUITE 200 MCLEAN VA 22102 |
| LONGACRE MASTER FUND II, L.P. | AS ASSIGNEE OF FH EMERGING MARKETS DEBT FUND, L.P. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVE, FLOOR 33 NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: DMR STRUCTURED ARBITRAGE MASTER FUND LTD ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MP BANK HF | ATTN: JOHANN TOMAS SIGUROSSON SKIPHOLTI 50D 2 H REYKJAVIK 105 ICELAND |
| MP BANK HF | LOVELLS LLP ATTN: MATTHEW P. MORRIS 590 MADISON AVENUE NEW YORK NY 10022 |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE 50TH FLOOR NEW YORK NY 10174 |
| SERENGETI LYCAON MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MGMT LP; ATTN: S CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | TRANSFEROR: LONGACRE MASTER FUND II, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MGMT LP; ATTN: S CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

Total Number of Records Printed    17

EPIQ BANKRUPTCY SOLUTIONS, LLC