**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :     (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x     Ref. Docket Nos. 12170, 12171,
                                                                     12178, 12181, 12238

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Eleni Kossivas*
                                                                Eleni Kossivas

Sworn to before me this
25th day of October, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LIMITED
     ATTN: ALLEN GAGE
     1 MADISON AVENUE
     NEW YORK NY 10010

CREDIT SUISSE CREDIT STRATEGIES MASTER FUND,
ATTN: RICHARD LEVIN
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 66809 in the above referenced case and in the amount of
    $336,941.97         has been transferred (**unless previously expunged by court order**)

CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST
TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LIMITED
C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI
850 LIBRARY AVENUE, SUITE 204
NEWARK DE 10711

CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING
C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC.
ATTN: TINWAH WONG
ELEVEN MADISON AVENUE, 13TH FL
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12181         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/22/2010                             Vito Genna, Clerk of Court

                                             /s/ Jenna Noble
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 22, 2010.

# EXHIBIT B

```
TIME: 17:15:09                                              LEHMAN BROTHERS HOLDING INC.                                                            PAGE:  1
DATE: 10/22/10                                                    CREDITOR LISTING

Name                                              Address
AG SUPER FUND INTERNATIONAL PARTNERS, LP          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 245 PARK AVENUE NEW YORK NY 10167
BANK JULIUS BAER & CO. LTD.                       BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BLUE ANGEL CLAIMS LLC                             TRANSFEROR: CONFEDERACION ESPANOLA DE CAJAS DE AHORROS (CECA) ATTN: ANTHONY YOSELOFF 65 EAST 55TH STREET, 19TH FLOOR
                                                  NEW YORK NY 10022
BOTTICELLI, LLC                                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 245 PARK AVENUE NEW YORK NY 10167
CONFEDERACION ESPANOLA DE CAJAS DE                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
AHORROS (CECA)
CONFEDERACION ESPANOLA DE CAJAS DE                ATTN: LEGAL DEPT. ALCALA, 27 - 5 PLANTA MADRID 28014 SPAIN
AHORROS (CECA)
CREDIT SUISSE CREDIT STRATEGIES                   C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. ATTN: TINWAH WONG ELEVEN MADISON AVENUE, 13TH FL NEW YORK NY 10010
LIQUIDATING TRUST
CREDIT SUISSE CREDIT STRATEGIES                   TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LIMITED C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI
LIQUIDATING TRUST                                 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 10711
CREDIT SUISSE CREDIT STRATEGIES                   TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD. C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI 850 LIBRARY AVENUE, SUITE 204
LIQUIDATING TRUST                                 NEWARK DE 10711
CREDIT SUISSE CREDIT STRATEGIES MASTER            ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
FUND, LIMITED
CREDIT SUISSE CREDIT STRATEGIES MASTER            ATTN: RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
FUND, LIMITED
CREDIT SUISSE CREDIT STRATEGIES MASTER            ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
FUND, LTD.
CREDIT SUISSE CREDIT STRATEGIES MASTER            ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
FUND, LTD.
CREDIT SUISSE CREDIT STRATEGIES MASTER            CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019
FUND, LTD.
CREDIT SUISSE CREDIT STRATEGIES MASTER            RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH PLAZA NEW YORK NY 10019
FUND, LTD.
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
UNION BANCAIRE PRIVEE, UBP SA                     TRANSFEROR: BANK JULIUS BAER & CO. LTD. RUE DU RHONE 96-98 GENEVA  CH-1211 SWITZERLAND


Total Number of Records Printed          18
```