UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | 08-13555 (JMP) (Jointly Administered) |
| Debtor | |

-----------------------------------------------------------------------

| | |
|---|---|
| In re | |
| LEHMAN COMMERCIAL PAPER INC.,. | Chapter 11 Case No. |
| | 08-13900 (JMP) |
| Debtor | |

-----------------------------------------------------------------------

| | |
|---|---|
| LH 1440 L.L.C., | |
| Plaintiff, | Adv. Proc. No. 09-01138(JMP) |
| -against- | |
| LEHMAN COMMERCIAL PAPER INC., LEHMAN BROTHERS HOLDINGS, INC., and STATE STREET BANK AND TRUST COMPANY, | |
| Defendants. | |

-----------------------------------------------------------------------x

### OBECTION TO PRESENTMENT OF STIPULATION, AGREEMENT AND ORDER GRANTING STATE STREET BANK AND TRUST COMPANY LIMITED RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that LH 1440 L.L.C. objects to the proposed annexed Stipulation, Agreement, and Order to grant State Street Bank and Trust Company Limited Relief from the Automatic Stay.

PLEASE TAKE NOTICE that among the reasons that LH 1440 L.L.C objects are:

1. The Stipulation and Order dated August 13, 2010 between Plaintiff LH 1440 L.L.C. ("LH 1440") and Defendants Lehman Commercial Paper and Lehman Brothers Holding Inc. (collectively "Lehman") specifically provided that LH 1440 reserved the right to reinstate its claims against Lehman in the Adversary Proceeding in the event that the Order dismissing LH 1440's claims against State Street Bank and Trust Company ("State Street") was reversed on appeal;

2. LH 1440 timely appealed the decision dismissing its claims against State Street to the United States District Court for the Southern District of New York and said appeal is currently pending before the Hon. Laura T. Swain. Said appeal has been fully briefed and a conference is scheduled before Judge Swain for December 3, 2010;

3. Lehman and State Street seek to have certain facts "so ordered" that are currently the subject of the aforementioned appeal;

4. The loan documents do not speak to any priority or seniority within the loan documents and it is inappropriate that the Court be asked to summarily order that the acquisition loan possesses priority or seniority over the building loan or the project loan;

5. The mortgage securing the acquisition loan was not recorded prior to the mortgages securing the project loan or the building loan and thus State Street's interests under the acquisition loan are not senior to Lehman's interests under either the project loan or the building loan

6. The mortgages securing the acquisition loan, the building loan and the project were filed contemporaneously and simultaneously on October 19, 2007 at 9:23 a.m. (Copies of the NYC Department of Finance Office of the City Registers Recording

2

and Endorsement Cover Pages attached hereto) without any indication that one was intended to be senior to the other.

Dated:   New York, New York
         November 1, 2010

                                  MARK L. LUBELSKY AND ASSOCIATES
                                  By: _____
                                  Mark L. Lubelsky (MLL 7958)
                                  Attorneys for Plaintiff LH 1440 L.L.C.
                                  123 West 18th Street
                                  Eighth Floor
                                  New York, New York 10011
                                  212-242-7480
                                   FILE:

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2007062101818008005EB224 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE        PAGE 1 OF 35

**Document ID:** 2007062101818008      Document Date: 06-08-2007      Preparation Date: 06-22-2007
Document Type: AGREEMENT
Document Page Count: 33

| PRESENTER:<br>NEW YORK LAND SERV./TO BE PICKED UP<br>COMMONWEALTH LAND TITLE INS. CO.<br>630 THIRD AVENUE<br>NEW YORK, NY  10017<br>212-490-2277<br>Title No. 07NYB10849 | RETURN TO:<br>JAMES THOMAS, ESQ.<br>WINDELS MARX LANE & MITTENDORF LLP<br>156 WEST 56TH STREET<br>NEW YORK, NY  10019 |
|---|---|

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 1 | Entire Lot | 1400 STORY AVENUE |

Property Type: COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 8 | Entire Lot | N/A STORY AVENUE |

Property Type: COMMERCIAL REAL ESTATE
x  Additional Properties on Continuation Page

### CROSS REFERENCE DATA
Document ID: 2007062101818007
x  Additional Cross References on Continuation Page

### PARTIES

| PARTY 1:<br>LH 1440 L.L.C.<br>60 HEMPSTEAD AVENUE, SUITE 718<br>WEST HEMPSTEAD, NY  11552 | PARTY 2:<br>LEHMAN BROTHERS HOLDINGS INC.<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10022 |
|---|---|

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 15,649,568.31 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 15,649,568.31 | NYC Real Property Transfer Tax: | |
| Exemption: | | 255 | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 213.00 | | |
| Affidavit Fee: | $ | 8.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed        10-19-2007 09:23
City Register File No.(CRFN):
          2007000529632

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2007062101818009005E7219 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE                                   PAGE 1 OF 32

**Document ID:** 2007062101818009    **Document Date:** 06-08-2007    **Preparation Date:** 06-22-2007
**Document Type:** MORTGAGE
**Document Page Count:** 30

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK LAND SERV./TO BE PICKED UP<br>COMMONWEALTH LAND TITLE INS. CO.<br>630 THIRD AVENUE<br>NEW YORK, NY  10017<br>212-490-2277<br>Title No. 07NYB10849 | JAMES THOMAS, ESQ.<br>WINDELS MARX LANE & MITTENDORF LLP<br>156 WEST 56TH STREET<br>NEW YORK, NY  10019 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 1 | Entire Lot | 1400 STORY AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 8 | Entire Lot | N/A STORY AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

x   Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN_____   or   Document ID_____   or _____ Year_____ Reel ___ Page ____   or   File Number_____

### PARTIES

| MORTGAGOR/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| LH 1440 L.L.C.<br>60 HEMPSTEAD AVENUE, SUITE 718<br>WEST HEMPSTEAD, NY  11552 | LEHMAN BROTHERS HOLDINGS INC.<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10022 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 4,875,819.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 4,875,819.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 24,379.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 54,852.75 | $ | 0.00 |
| Spec (Additional): | $ | 12,189.50 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 14,627.40 | | |
| NYCTA: | $ | 30,473.75 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 136,522.40 | | |
| Recording Fee: | $ | 198.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     10-19-2007 09:23
City Register File No.(CRFN):
2007000529633

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2007062101818010005EA2C4 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE     PAGE 1 OF 32

**Document ID:** 2007062101818010     **Document Date:** 06-08-2007     **Preparation Date:** 06-22-2007
**Document Type:** MORTGAGE
**Document Page Count:** 30

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK LAND SERV./TO BE PICKED UP<br>COMMONWEALTH LAND TITLE INS. CO.<br>630 THIRD AVENUE<br>NEW YORK, NY  10017<br>212-490-2277<br>Title No. 07NYB10849 | JAMES THOMAS, ESQ.<br>WINDELS MARX LANE & MITTENDORF LLP<br>156 WEST 56TH STREET<br>NEW YORK, NY  10019 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 1 | Entire Lot | 1400 STORY AVENUE |

Property Type: COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3621 | 8 | Entire Lot | N/A STORY AVENUE |

Property Type: COMMERCIAL REAL ESTATE

x  Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel___ Page____ or File Number_____

### PARTIES

| MORTGAGOR/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| LH 1440 L.L.C.<br>60 HEMPSTEAD AVENUE, SUITE 718<br>WEST HEMPSTEAD, NY  11552 | LEHMAN BROTHERS HOLDINGS INC.<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY  10022 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 6,232,323.69 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 6,232,323.69 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 31,161.50 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 70,113.38 | $ | 0.00 |
| Spec (Additional): | $ | 15,580.75 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 18,696.90 | | |
| NYCTA: | $ | 38,951.88 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 174,504.41 | | |
| Recording Fee: | $ | 198.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed     10-19-2007 09:23
City Register File No.(CRFN):
2007000529634

*City Register Official Signature*