STATE OF NEW YORK    )
                     )    ss. :
COUNTY OF NEW YORK   )

Diana Morales, being duly sworn, deposes and says:
Deponent is not a party to the action, is over 18 years of age, and resides at Bronx, New York.

That on the 1ST day of November, 2010, deponent served the
**_OBJECTION TO PRESENTMENT OF STIPULATION, AGREEMENT AND ORDER GRANTING STATE STREET BANK AND TRUST COMPANY LIMITIED RELIEF FROM THE AUTOMATIC STAY_** by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State,
**VIA REGULAR** and **VIA E-MAIL** upon:

Andrew C. Phelan, Esq.
Counsel for State Street Bank and Trust Company
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110

Jacqueline Marcus, Esq.
Counsel for Lehman
WEIL, GOTSHAL & MANAGES LLP
767 Fifth Avenue
New York, New York  10153

_____
Diana Morales

Sworn before me on the
    1st day of November, 2010

_____
Notary Public, State of New York

MARK L. [illegible]
Notary Public
No. [illegible]
Qualified [illegible]
Commission [illegible] 20[illegible]

MARK L. [illegible]
Notary Public, [illegible] York
No. 02LU[illegible]
Qualified in Nass[illegible] County
Commission Expires Dec. 27, 20 10