United States Bankruptcy Court Southern District of New York
Debtors : Lehman Brothers Holdings Inc.
Case : 08-13555 (JMP)
Claim: 34848
Regarding Debtors Objection to Claims (Late-Filed Claims)

Claimant: Rodney N. Brown
Amount: $109,106.10 for deferred compensation

Claim 34848 was completed/uploaded/submitted at http://lehman-claims.com on Sept 17th. This is a full 1 week prior to the received date (Sept 24th) stated on this objection.

I am currently residing in Texas and am unable to fly to New York to attend this hearing.

Rodney N Brown
Case 08-13555, claim 34848



RECEIVED OCT 18 2010 COURT, SDNY JMP