HLH Partnership
22 Ashwood
Irvine, CA 92604
U.S.A
Tel. 949-559-6230
Email: asher5@cox.net

U.S. Bankruptcy Court, Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 1004
Attn: The Honorable James M Peck

Chapter 11 Case No. 08-13555                                  Fiftieth Omnibus Objection

Claim No. 10311

October 8, 2010

Dear Judge Peck,

In re Lehman Brothers Holdings Inc. - Notice to Debtors objecting to and disputing the expungement of our claim and opposing any attempt to eradicate or reclassify our previously filed claim number 10311, filed with the USBC Southern District of New York on September 3rd, 2009.

HLH Partnership contends that they have a secured claim against the debtor, in the form of Preferred Stock. Our claim is a priority claim and as such should not be included in the unsecured basket. We are asserting our right to a priority claim that is superior to the right possessed by common shareholders. We are not asking to be included in a duplicative claim or to be paid more than once for the same debt.

The Preferred Stock, we own, was listed separately in the voluntary Bankruptcy Petition filed by Lehman Brothers Inc., and was not part of the unsecured or subordinated securities listed in subcategory (a). The Preferred Stock was listed in sub category (b) and as such cannot be lumped in with other unsecured debts. For your reference Exhibit A to Voluntary Petition is attached and made a part hereof.

For clarification purposes our claim refers to and is part of the $12 Million Series K Preferred Securities with a note rate of 6.375% (listed as b. 6 of the exhibit) and is not part of the Claim Number 21803 (unsecured).The definition of a Preferred Stock is a class of shares of stock in a corporation which gives the holders priority in payment of dividends (and distribution of assets in case of dissolution of the corporation) over owners of "common" stock at a fixed rate.

<u>Please accept this as written notice that Aaron Sher, one of the General Partners of HLH Partnership intends to participate in the hearing telephonically and can be contacted at 949-559-6230 P.S.T.</u>

Thanks for your consideration.

Sincerely,
*Aaron Sher* G. P.
HLH Partnership
ENC.



RECEIVED
OCT 18 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC.                              :     08-_____ (__)
                                                           :
         Debtor.                                           :
                                                           :
-----------------------------------------------------------x

### EXHIBIT "A" TO VOLUNTARY PETITION

The Debtor has securities registered under Section 12 of the Securities and Exchange Act of 1934. The Debtor's SEC file number is 333-134553.

1. The following consolidated financial data is the latest available information and refers to the Debtor's condition as of May 31, 2008.

   Total assets                                              $    639 billion

   Total debts (including debts listed in 2.c., below)       $    613 billion

   a. Debt securities held by more than 500 holders

   |            |              |                |                  | Approximate number of holders |
   |------------|--------------|----------------|------------------|-------------------------------|
   | secured ☐  | unsecured ☒  | subordinated ☐ | $110.553 billion | Greater than 500              |
   | secured ☐  | unsecured ☒  | subordinated ☒ | $12.625 billion  | Greater than 500              |
   | secured ☐  | unsecured ☒  | subordinated ☒ | $5.004 billion   | Greater than 500              |
   | secured ☐  | unsecured ☐  | subordinated ☐ |                  |                               |
   |            |              | total:         | $128.182 billion |                               |

   b. Number of shares of preferred stock

      1) 5.94% Cumulative Preferred Stock, Series C: up to 5.0 million
      2) 5.67% Cumulative Preferred Stock, Series D: up to 4.0 million
      3) 6.50% Cumulative Preferred Stock, Series F: up to 12.0 million
      4) Floating Rate Convertible Preferred Stock, Series G: up to 5.2 million
      5) 7.95% Non-Convertible Perpetual Preferred Stock, Series J: up to 66.0 million
      6) 6.375% Preferred Securities, Series K: up to 12.0 million
      7) 6.375% Preferred Securities, Series L: up to 12.0 million
      8) 6.00% Preferred Securities, Series M: up to 16 million
      9) 6.24% Preferred Securities, Series N: up to 8 million
      10) 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series P: up to 4.0 million
      11) 8.75% Non-Cumulative Mandatory Convertible Preferred Stock, Series Q: up to 2.0 million

   c. Number of shares of common stock                    694,401,926 (outstanding)[1]

---

[1] This number is as of June 30, 2008