Wayne D. Reid, II
433 Langley Oaks Drive
Marietta, Georgia 30067

October 10, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

RE: Chapter 11 Case Number 08-13555 (JMP) Lehman Brothers Holdings, Inc. et al

Your Honor,

Please allow this letter to serve as response to the attached notification received regarding my claim number 65975 in the bankruptcy case of Lehman Brothers Holdings, Inc., et al (debtor 08-13555), "Lehman", in the United States Bankruptcy Court, Southern District of New York. This claim arises from my purchase of securities from Lehman.

My claim in the amount of $433,751.50 reflects the market value of the securities at the time of bankruptcy as shown in my customer statement (attached).

This claim should NOT be disallowed as the claim was originally filed on January 28, 2009 (please see attached FedEx receipt) and signed for by J. Shaw which was prior to the bar date.

Please contact me with any questions regarding this matter at the address above, my email (wayne.reid@earthlink.net) or by telephone at (404) 444 9646. Please note that previous correspondence included my work address, 4300 Northpoint Parkway, Alpharetta, Georgia 30022. However I have since discontinued my employment at that location.

Thank you for your attention in this matter.

Sincerely,

Wayne D. Reid, II

RECEIVED
OCT 18 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                               Debtors.                      :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

LBH OMNI41 09-13-2010 (MERGE2.TXNUM2) 40001 12996 MAIL ID *** 0033298507 *** BSIUSE: 144

REID, WAYNE D, II
433 LANGLEY OAKS DRIVE
MARIETTA, GA 30067


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | **Claim Number:** 65975<br>**Date Filed:** 12/18/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 433,751.50 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-First Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the September 22, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

## Wayne D. Reid, II

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, January 28, 2009 12:48 PM
**To:** wreid@irongatecap.com
**Subject:** FedEx Shipment 796286920827 Delivered

---

This tracking update has been requested by:

Company Name:           Irongate Capital
Name:                   Wayne Reid
E-mail:                 wreid@irongatecap.com

---

Our records indicate that the following shipment has been delivered:

Ship (P/U) date:             Jan 26, 2009
Delivery date:               Jan 28, 2009 9:43 AM
Sign for by:                 J.SHAW
Delivered to:                Shipping/Receiving
Service type:                FedEx 2Day
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.50 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             796286920827

Shipper Information                        Recipient Information
Wayne Reid                                 Lehman Brothers Claims
Irongate Capital                           Processing
4300 Northpoint Parkway; Suite 350         c/o Epiq Bankruptcy Solutions
Alpharetta                                 LLC
GA                                         10300 SW ALLEN BLVD
US                                         BEAVERTON
30022                                      OR
                                           US
                                           97005

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:48 AM CST
on 01/28/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

# LEHMAN BROTHERS

| | Brokerage account 835-17639 | | WAYNE D REID II July 1 - September 30, 2008 | | | |
|---|---|---|---|---|---|---|
| | | | | | page 10 of 10 | |

## TAX LOTS

** Days Held: Either # of days if held one year or less or  L if held for more than one year or S/L for Index Options.

## Equities

| Rights and warrants - long | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC CALL WT LKD MILLENNIUM | 780 | 28 Apr 2008 | $252.26 | $196,760.15 | $244.40 | $190,632.00 | -$6,128.15 | 158 |
| WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 565 | 25 Jul 2007 | 260.01 | 146,903.85 | 430.30 | 243,119.50 | 96,215.65 | L |