UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                                    Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN POLICH

      UPON the motion of John Polich dated October 13, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that John Polich is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          November 1, 2010

                                                   *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE