## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: PHZ Long/Short Trading Ltd.

**PHZ Long/Short Trading Ltd.,** a corporation organized under the laws of the Cayman Islands, with all notices and correspondence to be sent care of PHZ Capital Partners, LP, 53 Stonehenge Road, Lincoln, Massachusetts 01773 ("**SELLER**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Chase Lincoln First Commercial Corporation**, its successors and assigns, with all notices and correspondence to be sent care of JPMorgan Chase Bank, N.A., Mail Code: NY1-A436, One Chase Manhattan Plaza – Floor 26, New York, New York 10005, ATTN: Susan McNamara ("**BUYER**"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $44,139,168.58 and assigned Claim No. 42497 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the __30__ day of September, 2010.

**PHZ Long/Short Trading Ltd.**

By: _____
Name:    Navigator Management Ltd.
Title: _____Director_____

**Chase Lincoln First Commercial Corporation**

By: _Samantha Ham_____
Name: _____
Title: ___Samantha E. Hamerman_____
         Authorized Signatory