UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                :

In re                                  :        Chapter 11 Case No.
                                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                                :       (Jointly Administered)

         Debtors.                     :
                                                :       Ref. Docket No. 12439
------------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                             ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2010, I caused to be served the "Notice of Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlement Agreement between LB Somerset LLC, LB Preferred Somerset LLC, KBIA Somerset Investments, LLC, KBIA Preferred, LLC, Falls of Neuse Investments, LLC, Somerset Properties SPE, LLC, Somerset Associates, LLC, and Kevin Wilk," dated October 28, 2010, to which was attached the "Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlement Agreement between LB Somerset LLC, LB Preferred Somerset LLC, KBIA Somerset Investments, LLC, KBIA Preferred, LLC, Falls of Neuse Investments, LLC, Somerset Properties SPE, LLC, Somerset Associates, LLC, and Kevin Wilk," dated October 28, 2010 [Docket No. 12439], by causing true and correct copies to be:

     a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

     b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

     c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

     d. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
29th day of October, 2010

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | atrehan@mayerbrown.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adg@adorno.com | azylberberg@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bankr@zuckerman.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bdk@schlamstone.com |
| agolianopoulos@mayerbrown.com | bgraifman@gkblaw.com |
| ahammer@freebornpeters.com | bguiney@pbwt.com |
| aisenberg@saul.com | bhinerfeld@sbtklaw.com |
| akantesaria@oppenheimerfunds.com | bill.freeman@pillsburylaw.com |
| alesia.pinney@infospace.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | bpershkow@profunds.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | brian.pfeiffer@friedfrank.com |
| ann.reynaud@shell.com | bromano@willkie.com |
| anthony_boccanfuso@aporter.com | brosenblum@jonesday.com |
| aoberry@bermanesq.com | broy@rltlawfirm.com |
| aostrow@beckerglynn.com | btrust@mayerbrown.com |
| apo@stevenslee.com | btupi@tuckerlaw.com |
| aquale@sidley.com | bturk@tishmanspeyer.com |
| araboy@cov.com | bwolfe@sheppardmullin.com |
| arahl@reedsmith.com | bzabarauskas@crowell.com |
| arheaume@riemerlaw.com | cahn@clm.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carlsons@sullcrom.com |
| arthur.rosenberg@hklaw.com | carol.weinerlevy@bingham.com |
| arwolf@wlrk.com | cbelisle@wfw.com |
| aseuffert@lawpost-nyc.com | cbelmonte@ssbb.com |

cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com

dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com

dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john@crumbielaw.com

john.mcnicholas@dlapiper.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joseph.scordato@dkib.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

JPintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@morittthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com

mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org

shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com

tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| Internal Revenue Service | 212-436-1931 |
| Office of The US Trustee - Andrew D. Velez-Rivera | 212-668-2255 |

**EXHIBIT C**

Office of the US Trustee
Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | C/O DUANE MORRIS, LLP ATTN: MARGERY N. REED, ESQUIRE 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| ACE AMERICAN INSURANCE COMPANY | ACE USA ATTN: ELEANOR BETZ 436 WALNUT STREET PHILADELPHIA PA 19106 |
| ACE AMERICAN INSURANCE COMPANY | C/O ACE USA ATTN: ELEANOR BETZ 436 WALNUT STREET PHILADELPHIA PA 19106 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | BECKET AND LEE LLP ATTORNEYS/AGENT FOR CREDITOR POB 3001 MALVERN PA 19355-0701 |
| CLYDE CLICK, P.C. | 3475 PIEDMONT ROAD, NE PROMINENCE AT BUCKHEAD, SUITE 1910 ATLANTA GA 30305-2981 |
| EVERGREEN LAW GROUP | SUNGGONGHWAE BUILDING 3-7, JEONG-DONG, JUNG-GU SEOUL 100-120 KOREA |
| FALLS OF NEUSE INVESTMENTS, LLC | 1 MILL RIDGE LANE SUITE 100 ATTN: KEVIN J. WILK CHESTER NJ 07930 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | C/O DUANE MORRIS, LLP ATTN: MARGERY N. REED, ESQUIRE 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | ACE USA ATTN: ELEANOR BETZ 436 WALNUT STREET PHILADELPHIA PA 19106 |
| KUMHO INDUSTRIAL CO., LTD. | KUMHO  ASIANA BLDG, 1-57 SHINMUN-RO ATTN: VP AN SEOK KIM OF STRATEGIC MGMT HEADQUARTERS OF KUMHO ASIANA GROUP JONGNO-GU, SEOUL KOREA, REPUBLIC OF |
| LB PREFERRED SOMERSET LLC | 1271 AVENUE OF THE AMERICAS ATTN: DAVID ZACKOWITZ NEW YORK NY 10020 |
| LB SOMERSET LLC | 1271 AVENUE OF THE AMERICAS ATTN: DAVID ZACKOWITZ NEW YORK NY 10020 |
| LBQ HONG KONG FUNDING LIMITED (IN LIQUIDATION) | C/O KPMG ATTN: CHRIS BALL 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS (TAIWAN) LIMITED | C/O KPMG ATTN: CARMEN LEE 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | C/O KPMG INDIA PRIVATE LIMITED LODHA EXCELUS APOLLO MILLS COMPOUND NM JOSHI MARG MAHALAXMI INDIA |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG CERTIFIED PUBLIC ACCOUNTANTS ATTN: CARMEN LEE 8TH FLOOR, PRINCES' BUILDING 10 CHATER ROAD CENTRAL, HONG KONG HONG KKONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: MS CARMEN LEE 8TH FLOOR, PRINCES' BUILDING 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: CARMEN LEE 8TH FLOOR, PRINCES' BUILDING 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA HOLDINGS | ATTN: MR. EDWARD MIDDLETON AS JOINT AND SEVERAL LIQUIDATOR FOR AND ON BEHALF OF LEHMAN BROTHERS COMMERCIAL CORP LIMITED (IN LIQUIDATION) LEHMAN BROTHERS COMMERCIAL CORPORATION LIMITED (IN LIQUIDATION) 8/F, PRINCE'S BUILDING; 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDAT | C/O KPMG ATTN: CHRIS BALL 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | C/O KPMG ATTN: ROSALIE LUI/EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORP ASIA | ATTN: MR. EDWARD MIDDLETON AS JOINT AND SEVERAL LIQUIDATOR FOR AND ON BEHALF OF LEHMAN BROTHERS COMMERCIAL CORP LIMITED (IN LIQUIDATION) LEHMAN BROTHERS COMMERCIAL CORPORATION LIMITED (IN LIQUIDATION) 8/F, PRINCE'S BUILDING; 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITE | C/O KPMG ATTN: PHILIP SMITH/ YVONNE CHONG 8TH FLOOR, PINCE'S BUILDING 10 CHARTER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITE | C/O KPMG ATTN: PHILIP SMITH/YVONNE CHONG 8TH FLOOR, PRINCE'S BUILDING 10 CHARTER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITE | C/O KPMG ATTN: PHILIP SMITH/YVONNE CHONG 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS EQUITY FINANCE (CAYMAN) LIMITED (I | C/O KPMG ATTN: CONNIE LAU 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | 10-1, ROPPONGI, 6-CHOME, MINATO-KU JAPAN |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | ATTN: MOHAN NADIG, JULIE GREENALL-OTA ROPPONGI HILLS MORI TOWER 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6137 JAPAN |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATI | C/O KPMG ATTN: ROSALIE LUI/EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS HOLDINGS INC. | 1271 AVENUE OF THE AMERICAS 35TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS INC. | JAMES GIDDENS, SIPA TRUSTEE OF LEHMAN BROTHERS INC C/O THEODORE V.H. MAYER, ESQ. HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | LEVEL 23 23 CANADA SQUARE LONDON E14 5LQ UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | PRICEWATERHOUSE COOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | LINKLATERS LLP ATTN: TITIA HOLTZ, ELIZABETH DOWD 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN:VERONICA DANG AND PHILLIP SMITH 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN: VERONICA DANG AND PHILIP SMITH 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN: VERONICA DANG AND PHILLIP SMITH 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS NOMINEES (H.K.) LIMITED (IN LIQUID | C/O KPMG ATTN: CHRIS BALL 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUID | C/O KPMG ATTN: ROSALIE LUI/ EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN COMMERCIAL PAPER INC. | 1271 AVENUE OF THE AMERICAS 35TH FLOOR NEW YORK NY 10020 |
| PAMI LLC | 1271 AVENUE OF THE AMERICAS 35TH FLOOR NEW YORK NY 10020 |
| RICHARDS LAYTON & FINGER | ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | C/O LEE E. KAUFMAN 920 N. KING STREET WILMINGTON DE 19801 |
| SOMERSET ASSOCIATES, LLC | C/O JONATHAN RABINOWITZ, ESQ. RABINOWITZ LUBETKIN & TULLY, LLC 293 EISENHOWER PARKWAY, SUITE 100 LIVINGSTON NJ 07039 |
| SOMERSET ASSOCIATES, LLC | 1 MILL RIDGE LANE SUITE 100 CHESTER NJ 07930 |
| STAUSS, TOM | ATTN: WILMINGTON TRUST SP SERVICES, INC. 1105 NORTH MARKET STREET SUITE 1300 WILMINGTON DE 19801 |
| TRUE FRIEND | 4TH SECURITIZATION SPECIALITY LTD. 36-3 YEOUIDO-DONG, YEONGDEUNGPO-GU REPRESENTATIVE: MYUNG SEON YOO SEOUL KOREA, REPUBLIC OF |
| WOODLANDS COMMERCIAL BANK | WOODLANDS COMMERCIAL BANK ATTN: STEVE KORELL, ESQ. , GENERAL COUNSEL 1271 SIXTH AVE., 35TH FLOOR NEW YORK NY 10020-1300 |
| WOODLANDS COMMERCIAL BANK | ARNOLD & PORTER, LLP ATTN: ANTHONY BOCCANFUSO 399 PARK AVE., 34TH FLOOR NEW YORK NY 10022 |
| WOODLANDS COMMERCIAL BANK | 4001 SOUTH 700 EAST SALT LAKE CITY UT 84107 |

**Total Creditor count  51**