ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 183<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20002 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $65,263.01 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

HSBC BANK USA, NATIONAL ASSOCATION,
as Trustee

By: _[signature]_

Name: Sandra E. Horwitz
Title: Vice-President

Dated: OCTOBER 20, 2010

FILED / RECEIVED
OCT 21 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

CPAM: 3075500.1

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE LLP

Execution Version

---

# POWER OF ATTORNEY OF HORIZON II INTERNATIONAL LIMITED

---

**THIS POWER OF ATTORNEY** is granted by way of deed on 28 Sept. 2010.

1. **HORIZON II INTERNATIONAL LIMITED**, a Cayman Islands company whose registered office is at HSBC House, 68 West Bay Road, George Town, Grand Cayman, KY1-1102, Cayman Islands, (the "**Company**") **APPOINTS** HSBC Bank USA, National Association, Corporate Trust & Loan Agency, whose registered office is at 452 Fifth Avenue, New York, NY 10018-2706, United States of America acting through, severally and not jointly, its corporate trust officers Thomas Musarra, Robert Conrad, Sandra E. Horwitz and Frank Godino (the "**Attorney**") to be its attorney for the following purposes:

    1.1 to approve, execute, deliver, amend and withdraw on behalf of the Company proofs of claim against Lehman Brothers Holdings Inc. and any of its related debtors, including Lehman Brothers Special Financing Inc.; and

    1.2 to take all actions and to execute such additional documents as the Attorney may think fit to give effect to the arrangements referred to in Clause 1.1 above.

2. The Attorney may not appoint one or more persons to act as substitute or substitutes in his place for all or any of the purposes referred to in this power of attorney. The Attorney may not delegate all or any of the powers referred to in this agreement.

3. All actions authorised by this power of attorney may be taken by any of the persons specified in Clause 1. Any and all acts done, decisions made and instruments or other documents executed pursuant to this power of attorney by any of such persons shall therefore be as valid and effectual as though done by all such persons.

4. This power of attorney shall expire after a period of six months from the date of this deed and completely replaces the power of attorney of the Company dated 22 September 2010 appointing the individuals specified in Clause 1 as attorneys of the Company for the purposes set out in Clause 1.1 and Clause 1.2 (the "**Existing PoA**") and the Existing PoA and all authority granted by it is hereby revoked in its entirety with immediate effect.

5. The Company declares that a person who deals with the Attorney in good faith may accept a written statement signed by the Attorney to the effect that this power of attorney has not been revoked as conclusive evidence of that fact.

6. The Attorney is appointed on the condition that the Attorney will report in written form any and all actions taken in connection with this power of attorney on a weekly basis to the Company.

7. This power of attorney is governed by, and shall be construed in accordance with, English law.

**IN WITNESS** whereof this power of attorney has been duly executed and delivered by the Company as a deed on the date first above written.

UK-2386036-v3       - 1 -       70-40394982

**EXECUTED** as a **DEED** by                )
**HORIZON II INTERNATIONAL LIMITED** )

acting by                                     )

..................................................
Director                                      )

*David Preston*          *Bronwynne R. Arch*

For and on behalf of
MIL (Cayman) Limited
as Corporate Director

..................................................    )

Director                                      )