UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
IN RE                                  : CHAPTER 11
                                       : CASE NO.
LEHMAN BROTHERS HOLDINGS INC, et al    : 08-13555 (JMP)
              Debtors,                 : (JOINTLY ADMINISTERED)
---------------------------------------X

OBJECTION

CLAIM BY KURT WOLF
141-11 JEWEL AVE
FLUSHING, NY 11367

(ii) PER CONFIRMATION BY GILFORD SECURITIES INC
OF PURCHASE OF 200 ON 3/1/03 FOR $5000—
                  2000 ON 3/17/03 FOR $5479.60
                                     ―――――――
                                     $5479.60

(iii) MY ABOVE INVESTMENT WAS IN 6.375 CUM JR PREF
I WAS NOT TOLD WHEN I MADE THIS INVESTMENT
THAT I WAS PURCHASING UNSECURED NOTES.

(iv) SEE COPIES OF MY PURCHASE CONFIRMATION

(v) ANY REPLY OR RESPONSE SHOULD BE SENT
TO: KURT WOLF AT 141-11 JEWEL AVE
FLUSHING, NY 11367

(vi) YOU MAY CONTACT MY ATTORNEY HOWARD C. WACHTER,
66-25 103 STREET FOREST HILLS NY 11375
718 897-1044 TO SETTLE MY CLAIM,

YOURS TRULY,

Kurt Wolf

KURT WOLF TRUSTEE
KURT WOLF REVOCABLE TRUST

RECEIVED
OCT 25 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

I WOULD LIKE TO PARTICIPATE IN A HEARING TELEPHONICALLY.
MY TELEPHONE # 718 263-1178

Yours Truly,

Kurt Wolf

KURT WOLF
141-11 Jewel Ave.
FLUSHING, NY 11367

# Client Confirmation

**GILFORD SECURITIES INCORPORATED** 

Through The Courtesy of:
GILFORD SECURITIES INC.
850 THIRD AVENUE, 14TH FLOOR
NEW YORK, NY 10022

Your Account Executive is: JOHN THOMAS WAGNER M  212-888-6400

KURT WOLF TTEE
MR KURT WOLF REVOCABLE TRUST
UA DTD 06/22/01
141-11 JEWEL AVE
FLUSHING  NY 11367-1617

Your Account Number: HMY-123541-1 | OY7 | AE | ISO | Day's Int | F | MKT | Class | TRF | ABC | N | 3A0 | CUSIP Number 52519Y209 | Our Trade ID 04237AFRM7018

ON 08/24/2004 YOU PURCHASED 2,000 LEHMAN BROTHERS HOLDINGS CAPITAL TR III 6.375% CUM TR PREF Q3 6.375 03/15/2052 DTD 03/17/03 TICKER SYMBOL LEHPRK CALLABLE 03/15/2008 25.00, 1ST CPN 06/15/2003, PRICE SHOWN IS AN AVERAGE PRICE. DETAILS AVAILABLE UPON WRITTEN REQUEST, DEFERRABLE INTEREST

AT $25.0875   6.437 YIELD TO MATURITY

| | |
|---|---|
| Amount | 50,175.00 |
| Interest | |
| Execution Cost/Exchange Fee | |
| Commission | 300.00 |
| Misc. Tax | |
| Misc. Fee | 4.60 |
| Regulatory Fee | |
| **Net Amount** | **50,479.60** |
| Due Date | 08/27/2004 |

See reverse for explanations  01P-000100

---

# Client Confirmation

**GILFORD SECURITIES INCORPORATED**

Through The Courtesy of:
GILFORD SECURITIES INC.
850 THIRD AVENUE
NEW YORK, NY 10022

Our office is located at: GILFORD SECURITIES INC. 850 THIRD AVENUE NEW YORK NY 10022

Your Account Executive is: JOHN THOMAS WAGNER M  212-888-6400

KURT WOLF TTEE
MR KURT WOLF REVOCABLE TRUST
UA DTD 06/22/01
141-11 JEWEL AVE
FLUSHING  NY 11367-1617

Your Account Number: HMY-123541-1 | OY7 | AE | ISO | Day's Int | F | 5 | MKT | 3 | Class | TRF | ABC | 30 | CUSIP Number 52519Y209 | Our Trade ID 03072Q6WCL015

ON 03/13/2003 AS OF 03/12/2003 YOU PURCHASED 200 LEHMAN BROTHERS HOLDINGS CAPITAL TR III 6.375% CUM TR PREF Q3 6.375 03/15/2052 DTD 03/17/03 TICKER SYMBOL LEHMAN2 CALLABLE 03/15/2008 25.00, 1ST CPN 06/15/2003, PROSPECTUS UNDER SEPARATE COVER, DEFERRABLE INTEREST PROSPECTUS ENCLOSED OR TO FOLLOW UNDER SEPARATE COVER

AT $25.00   6.375 YIELD TO MATURITY

| | |
|---|---|
| Amount | 5,000.00 |
| Interest | |
| Execution Cost/Exchange Fee | |
| Commission | |
| Misc. Tax | |
| Misc. Fee | |
| Regulatory Fee | |
| **Net Amount** | **5,000.00** |
| Due Date | 03/17/2003 |

See reverse for explanations  SEQ NO. BAL-466

