UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :   (Jointly Administered)
            Debtors.                                        :
                                                            :   Ref. Docket No. 11351
------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2010 OCT 27 A 8:59
S.D. OF N.Y.

Proof of Mailing












**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Ann Kunz, Bx 401, Nantucket MA 02154

One piece of ordinary mail addressed to:
Gels
Unclaimed Property
44 Alder [St?]
[Reg. Dmy] NY 11374-5043

PS Form 3817, January 2001

U.S. POSTAGE PAID HYANNIS, MA 02601 MAY 14, '10 AMOUNT $1.15  000515513-09

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Kunz, BA801, Nantucket, MA 02554

One piece of ordinary mail addressed to:
Dome [O'Donnell]
Millbank Tweed
1 Chase Plaza
NY NY 10005

PS Form 3817, January 2001

ELIZABETHTOWN NY — U.S. POSTAGE PAID ELIZABETHTOWN, NY 12932 JUL 17 '10 $1.15  00044341-02

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Kunz, Amherst MA 02554-1801

One piece of ordinary mail addressed to:
[LS Mirris?]
33 Whitehall
NY NY 10004

PS Form 3817, January 2001

U.S. POSTAGE PAID HYANNIS, MA 02601 AUG 03, '09 AMOUNT $1.15  00098747-05

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**
This Certificate of Mailing provides evidence that mail has been presented to USPS® for [mailing].
This form may be used for domestic and international mail.

From: Ann Kunz, Bx 1801, Nantucket

To: Millbank Tweed
1 Chase Plaza
NY NY 10005

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID HYANNIS, MA 02601 MAY 01, '10 AMOUNT $1.15  000515513-02

**UNITED STATES POSTAL SERVICE® — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
WILLIAM KUNTZ
BOX 1801
NANTUCKET MASS 02554

To:
LAWYER TANENBAUM
WEIL GOTSHAL
767 5th ave
NY NY 10153

U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 07 10 $1.15
0005151304

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE® — Certificate Of Mailing**

From: Kuntz
Box 1801
Nantucket MA 02554

To: US Trustee
33 Whitehall
NY NY 10004

U.S. POSTAGE PAID WESTPORT, NY 12993 AUG 28 10 $1.15
00040327-02

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**Certificate Of Mailing**

From: Kuntz
Box 1801
Nantucket MA 02554

To: Milbank Tweed
One Chase Plaza
NY NY 10005
Dennis Dunne

U.S. POSTAGE PAID WESTPORT, NY 12993 AUG 12 10 $1.15
00040327-02

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE® — Certificate Of Mailing**

From: Kuntz
Box 1801
Nantucket MA 02554

To: Milbank Tweed
1 Chase Plaza
NY NY 10005
Dennis Dunne

U.S. POSTAGE PAID WESTPORT, NY 12993 AUG 28 10 $1.15
00040327-02

PS Form 3817, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From: Wm Kunz
     Bx 1801
     Nantucket, MA 02554

To: Michelle Meece
    1 Chase Plaza
    NY NY
    O'Donnell / Rende

U.S. POSTAGE PAID WESTPORT, NY 12993 JUN 10, '10 $1.15

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

From: Wm Kunz
     Bx 1801
     Nantucket, MA 02554

To: Trustees #21
    33 Whitehall
    NY NY 10004

U.S. POSTAGE PAID WESTPORT, NY 12993 JUN 10, '10 $1.15

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Kunz
              Bx 1801
              Nantucket, MA

One piece of ordinary mail addressed to: Michelle Meece
                                         1 Chase Plaza
                                         NY NY 10005
                                         Donna / O'Donnell

U.S. POSTAGE PAID NANTUCKET, MA 02554 JUL 30, '10 $1.15

PS Form 3817, January 2001

---

**CERTIFICATE OF MAILING** — U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Kunz
              Bx 1801
              Nantucket, MA 02554

One piece of ordinary mail addressed to: Michelle Meece
                                         1 Chase Plaza
                                         NY NY 10005

U.S. POSTAGE PAID HYANNIS, MA 02601 JUN 26, 2010 $1.15

PS Form 3817, January 2001

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Kunz
BC 801
Nantucket MA 02554

One piece of ordinary mail addressed to:
Milbank Tweed
1 Chase Plaza
NY NY 10005

PS Form 3817, January 2001

U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 07 '10 AMOUNT $1.15 00081857-13

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Kunz
BC 801
Nantucket MA 02554

One piece of ordinary mail addressed to:
US Trustee #2
33 Whitehall
NY NY 10004

PS Form 3817, January 2001

U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 07 '10 AMOUNT $1.15 00081857-13

---



**U.S. Postal Service — CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $1.05 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.85 |

Postmark Here: NANTUCKET, MA SEP 25 2010
09/25/2010

Sent To: William Barrett
Street, Apt. No.; or PO Box No.: BH
City, State, ZIP+4: [illegible]

7010 1060 0001 5826 8548