# ANNETTA FARBER PUGIA
# 3 OLD TOPSFIELD ROAD
# BOXFORD, MASSACHUSETTS 01921



RECEIVED OCT 27 2010 U.S. BANKRUPTCY COURT, SDNY

Dated June 29, 2010

Clerk of the Bankruptcy Court
Most Honorable James M. Peck
Court Room 601
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

*Handwritten note:* Dear Clerk, Could you advise the deposition of this matter? Ms Pugia

Dear Clerk of the Court,

Find attached my second objection to Lehman Brother's motion, case number 08-13555 (JMP) a chapter 11 bankruptcy, disallowing my claim for payment.

I have forwarded this action even thought I see no different between this notice attached to my objection and this letter and my prior answered objection to the debtors original notice.

I not only strongly object to debtor disallowing my claim, I intent to subject to my health at that time and funds attend the hearing.

Please make sure I am advised.

Thanking you for your attention to this letter and my attached objection; I Remain,

Very Sincerely Yours,

*/s/ Annetta F Pugia*

Ms. Annetta Farber Pugia

cc: consuls of record

*Handwritten:* ?? Advise please?

# Joseph R. & Annetta F. Puglia
## 3 Old Topsfield Road
## Boxford, Massachusetts 01921

------------------------------------------------------------

Dated August 3, 2010

Re: Notice of Hearing
Lehman Brothers Holding, Inc., et al.;

Sarah Moore Decker, Esq.
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201-7830

Dear Ms. Decker, While I thank you for your notice of hearing,' just received', related to our claim number 35260 for which we filed PRO SE a motion to the court which request they not grant an objection, on money loss by my wife, thereby disallowing and expunging my wife Annetta Farber Puga investment in Lehman Brothers.

A notice of the court hearing this matter in less then 24 hours does little good when we live in Boston and have not made the required pre-deigned plans to attend the hiring?

As I discussed with you we wanted to attend the hearing to put before the judge real people faces who having believed that Lehman Brothers was what they represented, a solid long term secured investment firm invested in good faith their funds in them.

Not what the proven record now shows a bunch of what can only be people who didn't for whatever reason understand that their mismanagement of the moneys in their trust came from the hard work of people like my wife.

We not able to attend due to your late notice can now only hope that the clerk brings forward to the Judges attention our motion for consideration.

The motion of one,' Real Person', who lose money and not the attorneys all looking to secure their positions for fees; I Remain,

Sincerely,

Joseph R. Pugia, Senior

cc: Clerk Court Room 601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................X

In RE

LEHMAN BROTHERHOLDING INC>, et al,

Debtor,

Chapter 11 Case
Number 08-13555 (JMP)
(Jointly Administered)

..................................................................X

NOW COMES AGAIN; ANNETTA FARBER PUGIA
HOLDER/CREDITOR IN THE ABOVE TITLED MATTER AND ONCE
AGAIN FILES AND BRINGS FORWARD HER OBJECTION TO
DEBTOR LEHMAN BROTHERS HOLDINGS INC. SECOND
CORRECTED NOTICE OF THEIR TWENTY-SEVENTH OMINIBUS TO
CLAIMS OF INDENTURE TRUSTEE (ATTACHED)

I, Annetta Farber Pugia of 3 Old Topsfield Road, Boxford, Massachusetts 01921 a citizen of the United States pleas this most honorable court does not disallow her claim:

Claim Number: 35260

Date Filed: 09/28/2009

Amount: $23,595.15

For, But Not Limited to the Following Reasons:

1.) Holder Creditor is a senior living on Social Security and her claim for $23,595.15 not only represents a large sum to her, but is required by her to meet her obligations.

2.) Holder/creditor places reliance and assures on the debtor's claims that her investment was safe from failure before investing her funds, while the debtor knew full well that it was unable to meet its obligations and was facing financial problems and potential ruin.

1.

*3.) Further, while the debtor knew it had financial problems and it took the holder/creditors investment it continued to pay its executives large salaries.*

## *SUMMARY*

*The debtor fail in its fiduciary duty under the prudent-man rule causing great harm to its investors, while assuring the investors through its brochures and adverting that is was acting in a prudent manner.*

*Even more the record has shown that its senior executives and officers were performing in corrupt misbehavior that went against all the rules of proper conduct for a company entrusted with the investments of its clients.*

*Therefore this most honorable court which now stands as the last court for the small investors, those investors who was led to believe they were investing their life savings/funds in a company who was acting prudent with their funds under the rule should disallow the debtor's motion in the favor of the creditor in this matter.*

*------------------------------------    Dated June 29, 2010*
*Annetta Farber Pugia*
*3 Old Topsfield Road*
*Boxford, Massachusetts 01921*
*(978) 887-2919*

## NOTICE OF SERVICE

*Now comes, Annetta Farber Pugia a creditor in the above titled matter and under the pains and penalties of perjury to hereby certify that I have on this date of June 29, 2010 forwarded by first class prepaid Untied States mail to debtor's, trustee and committee of unsecured creditors in this matter to the attorneys of record this second filed objection to:*

*Attorneys of Debtor*
*WEIL, GOTSHAL & MANGES LLP,*
*767 Fifth Avenue,*
*New York, New York 10153,*

*Marked to the attentions of: Attorneys Mr. Shai Y. Waisman, Mr. John O'Connor and Ms. Sarah Decker*

*And*

*The Office of the Trustee*
*For The Second District of New York*
*33 Whitehall Street, 21st Floor*
*New York, New York 1004*

*Marked to the Attentions of: Attorneys Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope*

*And*

*The Official Committee of unsecured debtors*
*Milbank, Tweed, Hadley & McCloy, LLP*
*1 Chase Manhattan Plaza*
*New York, New York 10005*

*Marked to the Attention of: Attorneys Dennis F. Dunne, Dennis O'Donnell and Evan Fleck*

_____     *Dated June 29, 2010*
**Annetta Farber Pugia**