United States Bankruptcy Court
Southern District of New York
In Re Lehman Brothers Holdings Inc., et al.    Chapter 11 Case No 08-13555(JMP)

    Debtors    (Jointly Administered)
DiLiegghio, Rolando & Elizabeth
3630 N Indianhead Rd.
Hernando, FL  34442
    Creditors

    Objection to Debtors Fifty-Eighth Omnibus

    Objection To Claims (No Supporting Documentation Claims)

1. The Claimants/Creditors names are:
   DiLiegghio, Rolando & Elizabeth    Claim # 6300 & 6301
   3630 N. Indianhead Rd.
   Hernando, FL  34442

2. The Claim Numbers 6300 & 6301 were filed 27 Jul2009 in the amount of $30,000.00
   Representing Claimants/Creditors ownership of:
   600 shares Lehman Brothers Capital Trust IV  Preferred debt security CUSIP 52520B206
   175 shares Lehman Brothers Capital Trust IV Preferred debt security CUSIP 52520B206

3. Claimants/Creditors purchased and continue to own the securities set out in paragraph 2
   Representing a valid claim against Debtors in the amount of $30,000.00 plus accrued
   Interest and penalties, if any.

4. Attached as proof of Claimants/Creditors purchase and ownership of the securities set out
   In paragraph 2 above are:
   Trade Confirmations dated 26Mar2008 for both of the securities set out in paragraph 2 above.

5. Elizabeth DiLiegghio is one and the same person as Elizabeth DiLiegghio, as Trustee of the
   Elizabeth DiLiegghio Trust U/A/D 8/11/00 as set out in the Trade Confirmations
   Rolando DiLiegghio is one and the same person as Rolando Diliegghio, as Trustee of the
   Rolando DiLiegghio Trust U/A/D 8/11/00 as set out in the Trade Confirmations
   Referred to in paragraph 4 above and attached hereto.

6. The Elizabeth DiLiegghio Trust U/A/D 8/11/00 is a revocable trust with the same social
   Security number as Elizabeth DiLiegghio, the trust assets enure to Elizabeth DiLiegghio's
   Benefit, and Elizabeth DiLiegghio can revoke the trust and claim the trust assets to her
   Sole use at any time.
   The Rolando DiLiegghio Trust U/A/D 8/11/00 is a revocable trust with the same social
   Security number as Rolando DiLiegghio, the trust assets enure to Rolando DiLiegghio's
   Benefit, and Rolando DiLiegghio can revoke the trust and claim the trust assets to his
   Sole use at any time.

7. All replies should be addressed to:
   Elizabeth DiLiegghio or Rolando DiLiegghio
   3630 N. Indianhead Rd.
   Hernando FL 344412



RECEIVED OCT 29 2010 U.S. BANKRUPTCY COURT, SDNY

8. Person with ultimate authority to reconcile, settle, or otherwise resolve this claim is:
   Elizabeth or Rolando DiLiegghio
   3630 N. Indianhead Rd.
   Hernando, FL  34442
   Telephone 352-527-3518

Dated October 23, 2010

*Elizabeth DiLiegghio*
Elizabeth DiLiegghio

*Rolando DiLiegghio*
Rolando DiLiegghio

*Elizabeth DiLiegghio Trustee*
Elizabeth DiLiegghio as Trustee 8/11/00

*Rolando DiLiegghio as Trustee*
Rolando DiLiegghio as Trustee 8/11/00

## TRADE CONFIRMATION

One North Jefferson
St. Louis, MO 63103
314 955-3000

A.G. Edwards is a division of Wachovia Securities, LLC. Member SIPC.

 

WACHOVIA SECURITIES | EDWARDS.

00004478 01 MB   0.360 01    TR 00022 AGCDWD01 100000

**ACCOUNT #:** 2440-4935

**FINANCIAL CONSULTANT:** JEFFREY MALAVSKY

ROLAND DILIEGGHIO TTEE
ROLAND DILIEGGHIO TRUST
U/A DTD 08-11-00
3630 INDIANHEAD ROAD
HERNANDO FL 34442-4687

**TRADE DATE:** 03/26/2008
**SETTLEMENT DATE:** 03/31/2008

Office Phone Numbers:   239/275-4466
                        800/247-2168

### WE CONFIRM THE FOLLOWING TRANSACTIONS SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| ACTION | SYMBOL | CUSIP | QUANTITY | PRICE | MARKET | TYPE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| Bought | LEH PRL | 52520B206 | 775 | 19.30 | 1 | Cash | Principal | 14,957.50 |
| | | | | | | | Commission | 245.18 |
| | | | | | | | Transaction Charge | 5.50 |
| | | | | | | | **Amount** | **15,208.18** |

LEHMAN BROTHERS CAPITAL
TRUST IV 6.375%
PREFERRED DEBT
CPN 6.375% DUE 10/31/52
CALL 10/31/08 @ 25.000
ACCRUED INTEREST 205.86
ACCRUED INTEREST 0.26 / SHARE
PRINCIPAL PRICE 19.03 / SHARE
YIELD TO MATURITY = 8.299%
RATED A2 / A-
DISCOUNT 25%

Thank you for your business
-- End of Confirmation --

**PLEASE RETAIN FOR YOUR TAX RECORDS.**        Page 1 of 2

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

| Account Number | Financial Consultant | Office Phone Number |
|---|---|---|
| 2440-4935 | JEFFREY MALAVSKY | 239/275-4466 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY SETTLEMENT DATE 03/31/08

| | |
|---|---|
| PURCHASES | 15,208.18 |
| SALES | |
| **NET AMOUNT** | **15,208.18** |

ROLAND DILIEGGHIO TTEE
ROLAND DILIEGGHIO TRUST
U/A DTD 08-11-00
3630 INDIANHEAD ROAD
HERNANDO FL 34442-4687

A. G. EDWARDS
5246 RED CEDAR DRIVE
SUITE 1
FORT MYERS FL 33907

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

▲ CHECKS SHOULD BE MADE PAYABLE TO A.G. EDWARDS AND SENT TO THIS ADDRESS



# TRADE CONFIRMATION

One North Jefferson  
St. Louis, MO 63103  
314 955-3000

A.G. Edwards is a division of Wachovia Securities, LLC. Member SIPC.

 

00004477 01 MB   0.360 01   TR 00022 AGCDWD01 100000

**ACCOUNT #:** 2440-4926  
**FINANCIAL CONSULTANT:** JEFFREY MALAVSKY

ELIZABETH DILIEGGHIO  
TTEE ELIZABETH  
DILIEGGHIO TRUST  
U/A/D 8/11/00  
3630 INDIANHEAD ROAD  
HERNANDO FL 34442-4687

**TRADE DATE:** 03/26/2008  
**SETTLEMENT DATE:** 03/31/2008

Office Phone Numbers:  239/275-4466  
                       800/247-2168

### WE CONFIRM THE FOLLOWING TRANSACTIONS SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| ACTION | SYMBOL | CUSIP | QUANTITY | PRICE | MARKET | TYPE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| Bought | LEH PRL | 52520B206 | 600 | 19.30 | 1 | Cash | Principal | 11,580.00 |
|  |  |  |  |  |  |  | Commission | 189.82 |
|  |  |  |  |  |  |  | Transaction Charge | 5.50 |
|  |  |  |  |  |  |  | Amount | 11,775.32 |

LEHMAN BROTHERS CAPITAL TRUST IV 6.375% PREFERRED DEBT  
CPN 6.375% DUE 10/31/52  
CALL 10/31/08 @ 25.000  
ACCRUED INTEREST 159.38  
ACCRUED INTEREST 0.26 / SHARE  
PRINCIPAL PRICE 19.03 / SHARE  
YIELD TO MATURITY =  8.299%  
RATED A2 / A-  
DISCOUNT 25%

**PLEASE RETAIN FOR YOUR TAX RECORDS.**

Page 1 of 3

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

| Account Number | Financial Consultant | Office Phone Number |
|---|---|---|
| 2440-4926 | JEFFREY MALAVSKY | 239/275-4466 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY SETTLEMENT DATE 03/31/08

| PURCHASES | 15,206.41 |
|---|---|
| SALES | 13,896.69 |
| NET AMOUNT | 1,309.72 |

ELIZABETH DILIEGGHIO  
TTEE ELIZABETH  
DILIEGGHIO TRUST  
U/A/D 8/11/00  
3630 INDIANHEAD ROAD  
HERNANDO FL 34442-4687

A. G. EDWARDS  
5246 RED CEDAR DRIVE  
SUITE 1  
FORT MYERS FL 33907

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

CHECKS SHOULD BE MADE PAYABLE TO  
A. G. EDWARDS AND SENT TO THIS ADDRESS

One North Jefferson
St. Louis, MO 63103
314 955-3000

A.G. Edwards is a division of Wachovia Securities, LLC. Member SIPC.

 

**ACCOUNT #:** 2440-4926 | ELIZABETH DILIEGGHIO
TTEE ELIZABETH

**TRADE DATE:** 03/26/2008
**SETTLEMENT DATE:** 03/31/2008

| ACTION | SYMBOL | CUSIP | QUANTITY | PRICE | MARKET | TYPE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| Bought | LEH PRL | 52520B206 | 175 | 19.29 | 1 | Cash | Principal | 3,375.75 |
| | | | | | | | Commission | 55.34 |
| | | **LEHMAN BROTHERS CAPITAL TRUST IV 6.375% PREFERRED DEBT** | | | | | Amount | 3,431.09 |
| | | CPN 6.375% DUE 10/31/52 | | | | | | |
| | | CALL 10/31/08 @ 25.000 | | | | | | |
| | | ACCRUED INTEREST 46.48 | | | | | | |
| | | ACCRUED INTEREST 0.26 / SHARE | | | | | | |
| | | PRINCIPAL PRICE 19.02 / SHARE | | | | | | |
| | | YIELD TO MATURITY = 8.303% | | | | | | |
| | | RATED A2 / A- | | | | | | |
| | | DISCOUNT 25% | | | | | | |
| Sold | F | 345370860 | 1,000 | 5.96 | 3 | Cash | Principal | 5,960.00 |
| | | | | | | | Commission | 160.66 |
| | | **FORD MOTOR COMPANY NEW** | | | | | Fee | 0.07 |
| | | DISCOUNT 25% | | | | | Transaction Charge | 5.50 |
| | | | | | | | Amount | 5,793.77 |
| Sold | PFE | 717081103 | 400 | 20.652 | 3 | Cash | Principal | 8,260.80 |
| | | | | | | | Commission | 152.28 |
| | | **PFIZER INC** | | | | | Fee | 0.10 |
| | | DISCOUNT 25% | | | | | Transaction Charge | 5.50 |
| | | | | | | | Amount | 8,102.92 |

**Thank you for your business**
-- End of Confirmation --

**PLEASE RETAIN THIS COPY FOR YOUR TAX RECORDS.**

Page 3 of 3