**CT Corporation**   1209 Orange Street            302 777 0220 tel
Wilmington, DE 19801        www.ctlegalsolutions.com

October 25, 2010

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10153

Re:  Leham Brother Holdings Inc., et al., Debtors // To: TIAA Structured Finance CDO I, LLC

Case No.  08-13555 (JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for TIAA Structured Finance CDO I, LLC

TIAA Structured Finance CDO I, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517436797

FedEx Tracking# 790729421737



cc:  United States District Court - Southern District
     One Bowling Green,
     New York, NY  10004-1408