**CT Corporation**   1209 Orange Street   302 777 0220 tel
Wilmington, DE 19801   www.ctlegalsolutions.com

October 25, 2010

Shai Y Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10153

Re: Lehman Brothers Holdings Inc,. et al., Debtors // To: PHOENIX 2002-1 LLC, etc.

Case No. 08-13555 (JMP)

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of PHOENIX 2002-1 LLC. Currently, the state lists Donald J. Puglisi as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517436753

FedEx Tracking# 790361659966



cc: United States Bankruptcy Court Southern District
    One Bowling Green,
    New York, NY  10004