# WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + (212) 819-7077    lowen@whitecase.com

November 1, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



RECEIVED
NOV - 2 2010
U.S. BANKRUPTCY COURT, SDNY

Attn:   Corrections Department

Re: Request for Removal of E-mail from ECF Notification Distribution Lists for Cases: *In re: Lehman Brothers Holdings* Case No. 08-13555-jmp and Adversary Proceeding *Bank of America, N.A., v. BNP Paribas, London Branch et al.* Case No. 10-03489-jmp

Dear Sir/Madam,

As per the Order signed by Judge Peck on October 21, 2010, White & Case LLP no longer represents an interested party in the above mentioned adversary proceeding.

Therefore, Mr. Dwight Healy requests that his e-mail be removed from the ECF notification distribution lists for cases 10-03489 and 08-13555 as well as all other related cases.

Thank you for your attention to this matter.

If you have any questions or concerns please feel free to contact me.

Sincerely,

Lindsay Owen

LO:wu