Two Requests: Employment(s) And Income(s) & Professions Issues (Questions)

**Pennsylvania CareerLink®**
LEHIGH VALLEY
www.careerlinklehighvalley.org

1601 UNION BOULEVARD
PO BOX 20490
LEHIGH VALLEY PA 18002-0490
Voice: (610) 437-5627
Fax:   (610) 841-1131

Who's Who '10 IN BUSINESS Lehigh Valley

RECEIVED OCT 22 2010

Now added: 10/18/2010
Fed: 5-CV-4957 And All others

All employment(s) issues to the Allentown Pa address and all Lehman Brothers and General Motors Corporations (all names) and all entities and all individual(s) possible to the US Bankruptcy Court & copies to: US Supreme Court, US Court of Appeals, US Whitehouse.

# FAX

TO: All Receivers of All Faxes        FROM: B F Smith (All Others)
FAX: 610-944-9275 and All others     PAGES: 4 pages (Now pot 4 pages All Including)
RE: 2 Issues                          DATE: 10/15/2010

COMMENTS: All pages are included (all ways) please see the US courts.gov webmaster for all full versions and all current website insertions and all official forms if needed (all included and attached all ways.

① Enclosed is BF Smith resume for all employment(s) considerations.

② All informations In Writings (all ways) to the entities all above (copies of all writings of all types and all types of communications of copies left up to your entity - recommend all ways. All enclosed besides cover page is Resume and two official forms. All informations of all Lehman Brothers and General Motors Corporations and BF Smith (all ways, all possible involvements, all possible associations, all possible connections, all possible relations), all possible focus on the Allentown Pa and all surroundings and all within locations and entities. For examples also: Pennsylvania Public Employees' Retirement System Comprehensive Annual Financial Report Fiscal Year Ended June 30, 2008 (all years, all editions, all ways, all contents, all possible entities and all possible individuals, all correct names) and http://ir.fhnc.com/analysts.cfm and http://www.sol.com/irweblinks/mslers.aspx?id=100383 (all internet hyperlinks addresses), all US Courts, all Lehigh County Pa (all entities and all individuals) are included, all if known. Thanks!

BFS   BF Smith

Working to Keep People Working

Motions and Petitions to Return

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action    Page 1 of 5 (Enclosed Legally)

JPML, US Court of Appeals (All Atomies), US Supreme Court

# UNITED STATES DISTRICT COURT
for the 3rd Federal Circuits (All Federal Circuits)

3 official forms - all completed
I cannot obtain Federal Form
Oct 23, 2009 stamp on
US Bankruptcy Court NY Claim(s)

B E Smith & All others (All Homeless)   A Class Actions (All Homeless)
_____
Plaintiff
v.
Too Many Too List Here. Please see Federal
_____
Defendant Pages
Account US Courts (All) Fed: 5-CV-4457 & All others

Civil Action No. Fed: 5-CV-4457 And All others

Form all Completed Legally & Equitably

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION & Criminal

To: United States Bankruptcy Court, SDNY, One Bowling Green, New York, New York 10004 (All Rooms, all entities and all individuals) and all others.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: Please send (1) All legal efilings, all websites, forms & sections, all US court dockets, all court dockets (all ways) are again updated legally and equitably. Please see all recent legal efilings (http:// www.uscourts.gov and more.

| Place: If you can't read, please call / email legally federalsubpoena@yahoo.com | Courtroom No.: |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): Please send
(a) http://www.snl.com/ipweblinkx/makers.aspx?iid=100983 (and especially all Annual Reports and member firms).

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. (b) https://ecf.paed.uscourts.gov/cgi-bin/DktRpt.pl?47222 6250911945-L-961-0-1 (all documents - legal and equitable)

Date: 10/12/2010

CLERK OF COURT

_____       OR       _____
Signature of Clerk or Deputy Clerk              Attorney's signature
                                                Pro Se

A Class Actions All Homeless

The name, address, e-mail, and telephone number of the attorney representing (name of party) B E Smith
Pro Se  c/o The US Supreme Court, who issues or requests this subpoena, are:

(2) Motion(s) and Petition(s) also to correct all Improper procedures of all past sales, mergers, acquisitions of all financial (all industries) in the past also (to correct). Examples: Wells Fargo, PNC, National City, Wachovia
(c) Pennsylvania Public School Employees Retirement System Comprehensive Annual Financial Report, PSERS 2009 (All years, all editions, all legal and equitable contents and all US States similar to versions also & more.

B E Smith

Petitions And Motions And Appeals, Page 1062

,8 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

and others

# UNITED STATES DISTRICT COURT

**RECEIVED**

see all legal forms
regs and website online forms in sections from here
out. A class Action

for the 3rd Federal Circuits and all 11 Federal Circuits

OCT 23 2009

United States Court of Appeals
For The Federal Circuit

BE Smith & Others (All Homeless)
_____
Plaintiff
v.
Too Many To List Here (Please see all
_____
Defendant
Federal Pacer Accounts)

Civil Action No. Fed:5-CV-4457 And Others

**SUBPOENA TO APPEAR AND TESTIFY**
**AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: United States Supreme Court, One First Street, NE, Washington DC 20543 and
B: all 11 Federal Circuits

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

1) All recent orders (with no pen signature?) from all United States Courts in Philadelphia Pennsylvania are appealed (although previously legally involved in all higher United States Courts)

| Place: Please Send | Courtroom No.: |
|---|---|
| | Date and Time: |

Please have the appropriate judge sign these orders.

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please send

2) A Homeless person (the plaintiffs) all being denied the rights to hand deliver all legal packages in USDC in Allentown Pennsylvania to be sent through the United States Courts intermail ing systems to higher US courts

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

3) Please see all recent imprisonments and arrests for legal efilings (standing up for my rights) also.

Date: 10/19/2009

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR

_____
~~Attorney's~~ signature
Pro Se

A Class Action - All Homeless

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* BE Smith
no phone # federalsubpoena@yahoo.com, who issues or requests this subpoena, are:
pro se

4) All legal documents and exhibits and others legally attached and now sent as well as United States Certified Mail 7008 1140 0004 8064 8605
BE Smith & Others now not allowed to file in either Courts and US Courts in Allentown

Fed 5-cv-4457
And Another

### TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/15/2010 14:28
NAME    : CAREERLINK L.V.
FAX     : 6108411131
TEL     : 6104375627
SER.#   : H6J233719
```

```
DATE,TIME           10/15  14:26
FAX NO./NAME        917177959281
DURATION            00:01:16
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```

### TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/15/2010 14:30
NAME    : CAREERLINK L.V.
FAX     : 6108411131
TEL     : 6104375627
SER.#   : H6J233719
```

```
DATE,TIME           10/15  14:28
FAX NO./NAME        916109449275
DURATION            00:01:20
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```

### TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/15/2010 15:38
NAME    : CAREERLINK L.V.
FAX     : 6108411131
TEL     : 6104375627
SER.#   : H6J233719
```

```
DATE,TIME           10/15  15:37
FAX NO./NAME        915708204868
DURATION            00:01:21
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```

10/18/2010

Fed 5-cv-4457 And Mothers
and USTP to get this

Pennsylvania

ITSKY
10/18/20

Fed:5-CV-4457 And An others    10/18/2010

Personal visit to Pa State Representative and Pa State Senators to Enforce the PSERS AR-

Lehman Brothers And General Motor Corporation
Mr Grams

Fed:5-CV-4457 And any others
The Plaintiffs legal attempts to get the State of Pa to legally comply in legal writings.    10/18/2010

A Personal visit to:

KEN NAVITSKY
LEGISLATIVE ASSISTANT TO
STATE REPRESENTATIVE DOUGLAS G. REICHLEY
HOUSE OF REPRESENTATIVES
COMMONWEALTH OF PENNSYLVANIA

PHONE: (610) 965-9933
FAX: (610) 965-9174
E-MAIL: knavitsk@pahousegop.com

1245 CHESTNUT STREET
UNIT #5
EMMAUS, PA 18049

Fed:5-CV-4457 And Any others
A personal visit to get the Commonwealth of Pa to legally comply(s) in legal writings done.    10/18/2010

Senate of Pennsylvania
BOB MENSCH
24TH DISTRICT

459 MAIN CAPITOL
HARRISBURG, PA 17120-3024
PHONE: (717) 787-3110
CELL: (484) 433-5917
FAX: (717) 787-8004
E-MAIL: bmensch@pasen.gov



BE Smith & All others c/o
Fed: 5-cv-4457 and All others c/o
United States of App-DS (c/o)
One Columbus Circle, NE
Washington, DC
20544

United States Bankruptcy Court
One Bowling Green
New York, New York
10004

RECEIVED
OCT 22 2010
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

10/18/2010