UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                        Case No. 08-13555 (JMP)

                        Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ANA PEREZ HALLMON

UPON the motion of Ana Perez Hallmon dated October 14, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Ana Perez Hallmon is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           November 3, 2010

                                                                         *s/ James M. Peck*
                                                                         UNITED STATES BANKRUPTCY JUDGE