# *Synam Limited*

Wing On Court,
18th Floor, Flat C,
24 Homantin Hill Rd,
Kowloon, Hong Kong

Date: 29th September 2010

Honorable James M. Peck
One Bowling Green
New York
New York 1004
Courtroom 601

**United States Bankruptcy Court, Southern District of New York**
**Chapter 11 Case No. 08-13555 (JMP) Jointly Administered**
**In Re Lehman Brothers Holding Inc., et al., Debtors**
**Debtor's Forty –second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)**

I write in connection with the following claim which was signed and mailed to the address provided by my Bank and which was received by the Honorable Court on 4th November 2009.

| | |
|---|---|
| **Claim No.** | 64626 |
| **Debtor** | 08-13555 |
| **Classification & Amount** | Unsecured  $100,000.00 |
| **Claimant** | Synam Limited |

I have been regularly using the normal postal service for a long time and never had to face such delays.

I am 75 years old and had invested in Lehman issued Securities fully knowing the market risk involved. However the collapse came as a total surprise.

Any amount that I can get from the liquidation would benefit me a lot.

In view of the above and also that I had signed the claim form and mailed it before the due date of 2nd November. I would request the Honorable Court to accept my claim as valid.

Thanking you, we remain.

Sincerely Yours,

--------------------
Synam Limited

OCT – 4 2010