# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FINDOMESTIC BANCA S.P.A. ATTN: ALPHA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/23/2009 | 45257 | $116,528.00 | Late-Filed Claim |
| 2 | PAPILLON, MARIE J. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, CHARLES E. LEVIN 227 WEST MONROE STREET CHICAGO, IL 60606-5096 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/25/2009 | 35021 | $250,000.00* | Late-Filed Claim |
| 3 | PB CAPITAL CORPORATION ATTENTION: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43002 | $272,025,430.55 | Late-Filed Claim |
| 4 | PB CAPITAL CORPORATION ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43003 | $272,025,430.55 | Late-Filed Claim |
| 5 | RYB, PAUL 3 REYNOLDS CLOSE LONDON, NW117EA UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 11/25/2009 | 65722 | $581,500.12 | Late-Filed Claim |
| 6 | SARMAST, AIDA 752 E. NICHOLS DRIVE LITTLETON, CO 80122-2842 | | Lehman No Case Asserted/All Cases Asserted | 03/04/2010 | 66363 | $48,603.23 | Late-Filed Claim |
| | | | | | TOTAL | $545,047,492.45 | |

* - Indicates claim contains unliquidated and/or undetermined amounts