# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADAGIO FUND<br>C/O SYMPHONY ASSET MANAGEMENT LLC<br>555 CALIFORNIA STREET<br>SUITE 2975<br>SAN FRANCISCO, CA 94104-1503 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34458 | $58,093,845.59* | Late-Filed Claim |
| 2 | ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHALF OF THE FUND CEA<br>PIMCO DT FUND<br>CASE POSTALE T 205<br>ATTN:RADIA KROURI, HEAD OF LEGAL DEPARTMENT<br>PARIS CEDEX O9, 75444<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 65413 | $500,000.00 | Late-Filed Claim |
| 3 | AMSTER, GERALDINE D.<br>1307 PALISADES DR.<br>PACIFIC PALISADES, CA 90272 | | Lehman No Case Asserted/All Cases Asserted | 04/01/2010 | 66444 | $5,372.01 | Late-Filed Claim |
| 4 | AMSTER, GILBERT & GERALDINE<br>1307 PALISADES DR<br>PACIFIC PALISADES, CA 90272 | | Lehman No Case Asserted/All Cases Asserted | 04/01/2010 | 66445 | $34,816.97 | Late-Filed Claim |
| 5 | AN POST SUPEANNUATION SCHEME<br>C/O GENERAL POST OFFICE<br>O'CONNELL STREET<br>DUBLIN 1,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35173 | $25,248.01 | Late-Filed Claim |
| 6 | ATHERTON CONSTRUCTION, INC.<br>0552700<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66479 | $200,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BANK OF ESTONIA<br>ESTONIA PST 13<br>TALLINN, 15095<br>ESTONIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/19/2009 | 42196 | $66,356.52 | Late-Filed Claim |
| 8 | BANK OF ESTONIA<br>ESTONIA PST 13<br>TALLINN, 15095<br>ESTONIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 42197 | $115,512.22 | Late-Filed Claim |
| 9 | BEST LIFE & HEALTH INSURANCE<br>56011039<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66478 | $50,000.00 | Late-Filed Claim |
| 10 | BIRASCHI,PAOLA<br>FLAT 73 BRYANSTON COURT II<br>GEORGE STREET<br>LONDON, GT LON, W1H 7HD<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/25/2009 | 34980 | $559,676.00 | Late-Filed Claim |
| 11 | BROOKS, DAVID J<br>22 BARTLETT DR<br>MANHASSET, NY 11030-2121 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34559 | $259,911.00 | Late-Filed Claim |
| 12 | BUILDING MANAGEMENT SERVICES<br>1146295<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66480 | $200,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | CALIFORNIA DEPARTMENT OF WATER RESOURCES<br>ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL<br>CALIFORNIA ENERGY RESOURCES SCHEDULING<br>PO BOX 219001<br>SACRAMENTO, CA 95821-9001 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 10/01/2009 | 35944 | $651,049.00 | Late-Filed Claim |
| 14 | CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND<br>ATTN: RAPHAEL SHANNON, ESQ.<br>MCCARTHY JOHNSON & MILLER LC<br>595 MARKET STREET, SUITE 2200<br>SAN FRANCISCO, CA 94105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 44972 | $187,838.58 | Late-Filed Claim |
| 15 | CATHAY UNITED BANK<br>2F, NO 7 SONG REN RD.<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35181 | $179,551.11* | Late-Filed Claim |
| 16 | CHAUNY, S.A.<br>RINCON 487-OF 601<br>MONTEVIDEO, 110000<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34873 | $3,574,050.24 | Late-Filed Claim |
| 17 | CHURCH OF SCIENTOLOGY INT.<br>1481250<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66481 | $200,000.00 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66483 | $200,000.00 | Late-Filed Claim |
| 19 | COLON LOPEZ, ELIZABETH 2 SOUTH END AVENUE, 7M NEW YORK, NY 10280 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34924 | $98,695.11 | Late-Filed Claim |
| 20 | CPF BOARD 79 ROBINSON ROAD, CPF BUILDING # 32-00 S (068897) , SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34745 | $23,548.79 | Late-Filed Claim |
| 21 | CPF BOARD 79 ROBINSON ROAD, CPF BUILDING # 32-00 S (068897) , SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34746 | $6,170.62 | Late-Filed Claim |
| 22 | DE JESUS, NESTOR E LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO, PR 00969 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34492 | $750,555.00 | Late-Filed Claim |
| 23 | DE NICOLA, MICHELA B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON, SW11 4AP UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65763 | $6,531.08 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | DESERET GEN & TRANS CO-OP 1810550 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66482 | $1,000,000.00 | Late-Filed Claim |
| 25 | DIMEGLIO, ROBERT 344 E 28TH STREET, SUITE 23H NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/13/2009 | 65508 | $12,960.00 | Late-Filed Claim |
| 26 | DIXIE AND ANNE LEAVITT FOUNDATION 5184809 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66485 | $200,000.00 | Late-Filed Claim |
| 27 | DMUCHOWSKI, JOHN J 86 WINCHESTER DRIVE EAST WINDSOR, NJ 08520 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34401 | $5,069.83 | Late-Filed Claim |
| 28 | DOW CORNING CORPORATION ATTN: ANGELA COLE 2200 W. SALZBURG ROAD MAIL # CO1232 MIDLAND, MI 48686-0994 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43840 | $3,612,935.35 | Late-Filed Claim |
| 29 | DOW CORNING CORPORATION ATTN: ANGELA COLE 2200 W SALZBURG RD., MAIL # C01232 AUBURN, MI 48611 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43964 | $3,612,935.35* | Late-Filed Claim |
| 30 | EMPIRE STATE CARPENTERS PENSION PLAN C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT, NY 14450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34521 | $105,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | FILBEE, SARAH M<br>107 MAZE HILL<br>GREENWICH<br>LONDON, SE108XQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34468 | $3,045.00 | Late-Filed Claim |
| 32 | FOCHT, DEBORAH E<br>530 E LAUREL ROAD<br>NOKOMIS, FL 34275 | 09-10137 (JMP) | BNC Mortgage LLC | 09/23/2009 | 34380 | $160,537.26* | Late-Filed Claim |
| 33 | FOCHT, DEBORAH E.<br>530 E. LAUREL ROAD<br>NOKOMIS, FL 34275 | 09-10137 (JMP) | BNC Mortgage LLC | 10/21/2009 | 42914 | $160,537.26* | Late-Filed Claim |
| 34 | FRANZO, ROSEMARIE<br>119 87TH STREET<br>BROOKLYN, NY 11209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/15/2010 | 66393 | $41,428.57 | Late-Filed Claim |
| 35 | FRYER, KELLY<br>49 MARITIME CLOSE<br>KENT<br>GREENHITHE, DA9 9QW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 39842 | $3,756.00 | Late-Filed Claim |
| 36 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35516 | $16,700.00 | Late-Filed Claim |
| 37 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35514 | $34,000.00 | Late-Filed Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35517 | $35,000.00 | Late-Filed Claim |
| 39 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35518 | $1,250.00 | Late-Filed Claim |
| 40 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35520 | $1,900.00 | Late-Filed Claim |
| 41 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35844 | $34,000.00 | Late-Filed Claim |
| 42 | GELB, JAY<br>185 SOUNDVIEW DRIVE<br>PORT WASHINGTON, NY 11050 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35981 | $736,692.00 | Late-Filed Claim |
| 43 | GMAM GROUP PENSION TRUST II FOR THE ACCOUNT OF GM GLOBAL HIGH QUALITY FIXED INCOME POOL ACCT # GFI-119<br>C/O PROMARK INVESTMENT ADVISORS, INC.<br>NEW YORK, NY 10153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36788 | $82,324.08 | Late-Filed Claim |
| 44 | HAHN-COLBERT, SANDRA M<br>70 BEAVER BROOK RD<br>HOLMES, NY 12531 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34728 | $41,888.00 | Late-Filed Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | HIGH LODGE CAPITAL LLC<br>C/O DARREN DAVY<br>3 ALLISON ROAD<br>ALPINE, NJ 07620 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63540 | $65,585.00 | Late-Filed Claim |
| 46 | IRAGORRI, JULIAN<br>66 NINTH AVENUE, APT 5E<br>NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64991 | $2,841,142.00 | Late-Filed Claim |
| 47 | IRODA, NAGY ES TROCSANYI UGYVEDI<br>UGOCSA UTCA 4/B<br>BUDAPEST, 1126<br>HUNGARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36738 | $11,666.00 | Late-Filed Claim |
| 48 | J SAINSBURY COMMON INVESTMENT FUND<br>33 HOLBORN<br>LONDON, EC1N 2HT<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34632 | $347,948.56 | Late-Filed Claim |
| 49 | LEV ARI, TAL<br>FLAT 15<br>1 PARKHILL ROAD<br>LONDON, NW3 2YJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/07/2009 | 65858 | $178,077.26 | Late-Filed Claim |
| 50 | LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION<br>433 METAIRIE ROAD, SUITE 600<br>METAIRIE, LA 70005 | | Lehman No Case Asserted/All Cases Asserted | 10/07/2009 | 36856 | $2,587,212.95 | Late-Filed Claim |
| 51 | LYNCH, BRENDAN E.<br>604 SCOTCH RD<br>PENNINGTON, NJ 08534 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 35000 | $31,845.66 | Late-Filed Claim |
| 52 | MARSILIO, PAUL A.<br>25-11 37TH STREET<br>ASTORIA, NY 11103 | | Lehman No Case Asserted/All Cases Asserted | 02/08/2010 | 66257 | $118,406.62 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | MATTINGLY, LOUISE<br>28 FORT GREENE PLACE<br>BROOKLYN, NY 11217 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34564 | $9,870.00 | Late-Filed Claim |
| 54 | MCCARTHY, BRIAN M.<br>195 WALNUT LANE<br>MANHASSET, NY 11030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35446 | $302,000.00 | Late-Filed Claim |
| 55 | MCCARTHY, LAWRENCE E<br>4741 GARDEN POINT TRL<br>WELLINGTON, FL 33414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/15/2010 | 66392 | $4,500,083.35 | Late-Filed Claim |
| 56 | MONAHAN, MARIA<br>57 BAYSIDE LN<br>STATEN ISLAND, NY 103093908 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34563 | $5,450.00 | Late-Filed Claim |
| 57 | MORZARIA, RAGINI<br>7 EDWINA GARDENS<br>REDBRIDGE<br>ESSEX, 1G4 5BS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34917 | $14,038.00 | Late-Filed Claim |
| 58 | MORZARIA, RAGINI<br>7 EDWINA GARDENS<br>REDBRIDGE,ESSEX, IG4 5BS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36226 | $14,038.00 | Late-Filed Claim |
| 59 | MORZARIA, RAGINI<br>7 EDWINA GARDENS<br>REDBRIDGE,ESSEX, IG4 5BS<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36225 | $132,475.33 | Late-Filed Claim |
| 60 | MORZARIA, RAGINI<br>7 EDWINA GARDENS<br>REDBRIDGE ESSEX, IG4 5BS<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/25/2009 | 34916 | $132,475.33 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | ONTARIO TEACHERS' PENSION PLAN BOARD<br>ATTN: JEFF DAVIS<br>5650 YONGE STREET<br>SUITE 500<br>TORONTO, ON M2M 4H5<br>CANADA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/20/2009 | 65647 | $12,634,480.65* | Late-Filed Claim |
| 62 | PALCHYNSKY, JOHN N.<br>16 HIGHLAND AVENUE<br>MONTVILLE, NJ 07045 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34712 | Undetermined | Late-Filed Claim |
| 63 | PALCHYNSKY, JOHN N.<br>16 HIGHLAND AVENUE<br>MONTVILLE, NJ 07045 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34713 | $36,447.00 | Late-Filed Claim |
| 64 | PORTMAN BUILDING SOCIETY PENSION AND ASSURANCE SCHEME<br>C/O NATIONWIDE PENSION FUND<br>NATIONWIDE BUILDING SOCIETY<br>NATIONWIDE HOUSE<br>SWINDON, SN38 2GN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35141 | $53,033.55 | Late-Filed Claim |
| 65 | RAYNER, RUTH J.<br>LARCH HOUSE<br>HECKFIELD GREEN<br>HOXNE, EYE<br>SUFFOLK, IP21 5AA<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36598 | $97,415.00 | Late-Filed Claim |
| 66 | RIVKIN, JACK L.<br>PO BOX 2249<br>AMAGANSETT, NY 11930 | | Lehman No Case Asserted/All Cases Asserted | 03/08/2010 | 66375 | $6,815,723.30 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | ROBERT STOCKDALE<br>C/O NSK PENSION<br>NSK EUROPE LTD<br>BELMONT PLACE, BELMONT ROAD<br>BERKSHIRE, SL6 6BT<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 42212 | $63,132.76 | Late-Filed Claim |
| 68 | RODRIGUEZ-COLON, ELIZABETH<br>URB, DOS PINOS<br>784 CALLE LINCE<br>SAN JUAN, PR 00923 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34490 | Undetermined | Late-Filed Claim |
| 69 | SARKAR, AMIT K<br>78 LANSDOWNE RD<br>NOTTINGHILL<br>LONDON, W112LS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34872 | $3,076,963.23 | Late-Filed Claim |
| 70 | SCAVONE, JOSEPH AND THERESA<br>229 CENTRAL AVENUE<br>DEER PARK, NY 11729 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34945 | $31,641.00 | Late-Filed Claim |
| 71 | SCAVONE, THERESA, FOR JOSEPH SCAVONE<br>229 CENTRAL AVENUE<br>DEER PARK, NY 11729-5025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34944 | $31,641.00 | Late-Filed Claim |
| 72 | SCELLATO, JAMES<br>31 FIELD STREET<br>STATEN ISLAND, NY 10314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41376 | Undetermined | Late-Filed Claim |
| 73 | SCELLATO,JAMES<br>31 FIELD STREET<br>STATEN ISLAND, NY 10314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41377 | Undetermined | Late-Filed Claim |
| 74 | SCELLATO,JAMES<br>31 FIELD STREET<br>STATEN ISLAND, NY 10314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41378 | $23,736.64 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA<br>3447 HAMPRESTON WAY N.W.<br>KENNESAW, GA 30144-7442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2010 | 66616 | $52,000.00 | Late-Filed Claim |
| 76 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA<br>3447 HAMPRESTON WAY N.W.<br>KENNESAW, GA 30144-7442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2010 | 66617 | $52,000.00 | Late-Filed Claim |
| 77 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA<br>3447 HAMPRESTON WAY N.W.<br>KENNESAW, GA 30144-7442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2010 | 66618 | $52,000.00 | Late-Filed Claim |
| 78 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA<br>3447 HAMPRESTON WAY N.W.<br>KENNESAW, GA 30144-7442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2010 | 66619 | $52,000.00 | Late-Filed Claim |
| 79 | SHEN, JIANSHENG JENSEN<br>8502 HORNWOOD DR.<br>HOUSTON, TX 77036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35437 | $8,002.50 | Late-Filed Claim |
| 80 | SKOLNICK, WILLIAM<br>68 SEACORD RD<br>NEW ROCHELLE, NY 10804 | | Lehman No Case Asserted/All Cases Asserted | 12/17/2009 | 65968 | $781,964.00 | Late-Filed Claim |
| 81 | SMEJKAL, FRANK<br>1305 BEVERLY STREET<br>HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34671 | $730.12 | Late-Filed Claim |
| 82 | SMEJKAL, FRANK<br>1305 BEVERLY STREET<br>HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34672 | $78,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | SUTTON, JULIAN R<br>33 PINE GROVE<br>BROOKMANS PARK<br>HERTS, AL9 7BP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35055 | $778,003.52 | Late-Filed Claim |
| 84 | TAYLOR,CHRISTOPHER C<br>23220 PARK ENSENADA<br>CALABASAS, CA 91302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34879 | $28,888.89 | Late-Filed Claim |
| 85 | TEMEL, TULUG T.<br>18A BELSIZE SQUARE<br>LONDON, NW3 4HT<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40791 | $2,693,326.13 | Late-Filed Claim |
| 86 | TENNANT, COLIN H<br>21 PRINCEDALE ROAD<br>LONDON, W11 3NW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34355 | $600,000.00 | Late-Filed Claim |
| 87 | VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 S VICTORIA AVE<br>VENTURA, CA 93009-1290 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65230 | $854.67 | Late-Filed Claim |
| 88 | VENTURA, GIORGIO<br>VIA MELCHIORRE GIOIA 53<br>MILANO, 20124<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35587 | $558,124.00 | Late-Filed Claim |
| 89 | VERDE VALLEY MEDICAL CENTER<br>6120100<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66488 | $3,000,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | VEREKER, WILLIAM<br>13 DAWSON PLACE<br>LONDON, W2 4TH<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 10/23/2009 | 62466 | $11,672,138.61 | Late-Filed Claim |
| 91 | VINTAH BASIN MEDICAL CENTER<br>8748701<br>ZIONS FIRST NATIONAL BANK FBO<br>ATTN: BRIAN SHRUM, CUSTODIAN<br>ONE SOUTH MAIN, 12TH FLOOR<br>SALT LAKE CITY, UT 84133-1109 | | Lehman No Case Asserted/All Cases Asserted | 04/02/2010 | 66493 | $500,000.00 | Late-Filed Claim |
| 92 | WESTLB AG<br>ATTN: LEGAL DEPARTMENT, 51 FLOOR<br>7 WORLD TRADE CENTER<br>250 GERENWICH AVENUE<br>NEW YORK, NY 10007 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36789 | $21,252,180.52 | Late-Filed Claim |
| 93 | WILKINSON, TIMOTHY B<br>CORNER COTTAGE<br>PARSONAGE LANE<br>ESSEX<br>CHELMSFORD, CM3 4SU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34829 | $1,543,425.91 | Late-Filed Claim |
| 94 | ZAKIAN, PAUL A.<br>129 EAST 82ND STREET<br>APT 10A<br>NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36799 | $176,151.00 | Late-Filed Claim |
| 95 | ZANCO, MARIO<br>VIA CONCORDIA 10<br>CUSANO MILANINO, 20095<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35574 | $115,491.00 | Late-Filed Claim |
| | | | | | TOTAL | $150,042,495.61 | |