> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

> **PLEASE TAKE NOTICE** that on November 3, 2010, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their sixty-fourth omnibus objection to claims (the "Debtors' Sixty-Fourth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Debtors' Sixty-Fourth Omnibus Objection to Claims will be held

1

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **December 22, 2010 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

           **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixty-

Fourth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,

Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**December 6, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Sixty-Fourth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Sixty-Fourth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: November 3, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                    :   Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   **08-13555 (JMP)**
                                         :
Debtors.                          :   (Jointly Administered)

------------------------------------------------------------------x

**DEBTORS' SIXTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.    The Debtors file this sixty-fourth omnibus objection to claims (the "Sixty-Fourth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Supporting Documentation Claims") and have determined that the No Supporting Documentation Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were submitted with no supporting documentation or an explanation as to why such documentation was unavailable.  Therefore, the No Supporting Documentation Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

3.    The Debtors reserve all their rights to object on any basis to any No Supporting Documentation Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.        Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

1015(b).  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.        On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.        On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.        On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must: . . . (vi) include supporting documentation

or an explanation as to why documentation is not available . . . ."  (Bar Date Order at 6.)  The

supporting documentation requirement was specifically set forth on the face of the Court-

approved proof of claim form.  (*Id.* at Ex. B.)  Furthermore, the Bar Date Order provides that

"any holder of a claim against the Debtors who is required, but fails to file a proof of such claim

in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable

Debtor and other requirements set forth herein, shall forever be barred, estopped, and enjoined

from asserting such claim against the Debtors (or filing a Proof of Claim with respect

thereto) . . . ." (*Id.* at 9-10.)  A copy of the Bar Date Order was made publicly available at

http://www.lehman-docket.com.

9.      Claimants also received notice of the Bar Date Order via mail.  (*See*

Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  In the Bar Date Notice,

which also was published in The New York Times (International Edition), The Wall Street

Journal (International Edition), and The Financial Times, claimants were specifically instructed

that "[i]f you file a Proof of Claim, your filed Proof of Claim must: . . . (vi) include supporting

documentation or an explanation as to why documentation is not available . . . ."  (Bar Date

Notice at 4.)

10.      Claimants that filed a proof of claim prior to entry of the Bar Date Order

were instructed that they need not file a new claim if their proof of claim substantially conformed

to the Court-approved proof of claim form, which form clearly set forth the requirement that

claimants provide supporting documentation with their claim form or an explanation as to why

such documentation is unavailable.  (*Id.* at 2.)[1]  The Bar Date Notice also prominently stated in

bold-face type that "any creditor who fails to file a Proof of Claim in accordance with the Bar

Date Order on or before the Bar Date . . . specifying the applicable Debtor and other

requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes to assert

against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim

(and from filing a Proof of Claim with respect to such claim) . . . ."  (*Id.* at 6.)

---

[1] The Bankruptcy Rule's Official Form 10, the standardized proof of claim form, also requires claimants to attach supporting documentation or explain why said documentation is not available.

11.     On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The No Supporting Documentation Claims Should Be Disallowed and Expunged**

12.     In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on Exhibit A as claims that should be disallowed and expunged on the basis that they do not include any supporting documentation or an explanation as to why such documentation is unavailable and, therefore, do not constitute valid *prima facie* claims.

13.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

14.     The Bar Date Order specifically requires that "each Proof of Claim *must*: . . . (vi) include supporting documentation or an explanation as to why documentation is not available . . . ."  (Bar Date Order at 6 (emphasis added).)  This requirement for proofs of claim is not a unique one.  Indeed, this Court and others in the Southern District of New York have entered similar orders requiring that proofs of claim include supporting documentation or an explanation as to why documentation is unavailable.  (*See* Oct. 20, 2009 Order [Dkt. No. 316] at 6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); *see also* Oct. 14, 2009 Order at 2-3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG) (Gerber, J.).)  The

Bankruptcy Rule's official proof of claim form also includes this standard requirement. However, the No Supporting Documentation Claims did not include any supporting documentation or an explanation as to its unavailability.

15.    Claimants were specifically provided notice of the Bar Date Order's supporting documentation requirement via the Bar Date Notice.  The Bar Date Notice included instructions on how to complete the proof of claim forms and a warning that failure to comply with those instructions would result in claims being barred.  (*See* Bar Date Notice at 4, 6.) Claimants were also notified that they needed to submit new proofs of claim if their claims submitted prior to the Bar Date Order did not substantially conform to the Court-approved proof of claim form, which clearly set forth the supporting documentation requirement.  (*See id.* at 2.) Nevertheless, the No Supporting Documentation Claims were submitted without the required supporting documentation or an explanation as to why such documentation is unavailable.

16.    Additionally, the Debtors have confirmed that the Debtors' schedules do not reflect claims or amounts for claimants holding No Supporting Documentation Claims by comparing the information contained on the No Supporting Documentation Claims with the Debtors' schedules (including using combinations of the creditor's name and address, common abbreviations, and d/b/a and f/k/a information).

17.    Because the No Supporting Documentation Claims fail to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, the Debtors request that the Court disallow and expunge in their entirety the No Supporting Documentation Claims listed on <u>Exhibit A</u>.

**Notice**

18.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Sixty-Fourth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii)

the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv)

the Internal Revenue Service; (v) the United States Attorney for the Southern District of New

York; (vi) each claimant listed on Exhibit A, and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9635].

The Debtors submit that no other or further notice need be provided.

19.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  November 3, 2010
        New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-----------|---------|--------------------|----------------------------------|
| 1 | AJUFO, ANULIKA NWAMAKA<br>FLAT 7 BROADOAK HOUSE<br>MORTIMER CRESCENT<br>LONDON, NW6 5PA<br>UNITED KINGDOM | | 07/23/2009 | 5999 | $4,888.98 | No Supporting Documentation Claim |
| 2 | ALLEN, DEAN S<br>51 WILLOWMERE CIRCLE<br>RIVERSIDE, CT 06878 | | 09/16/2009 | 13338 | $1,000,000.00 | No Supporting Documentation Claim |
| 3 | ARANCID, JOHN<br>23 KENNINGTON ST<br>STATEN ISLAND, NY 10308 | | 09/22/2009 | 32278 | Undetermined | No Supporting Documentation Claim |
| 4 | ARRONSON, JANE S<br>2835 SUMMER VALLEY CT<br>CHARLOTTE, NC 28269 | | 07/21/2009 | 5830 | $151.06* | No Supporting Documentation Claim |
| 5 | BACHOFNER, HERBERT<br>15705 SW ALDERBROOK<br>DR.<br>TIGARD, OR 97224 | | 07/17/2009 | 5521 | $42,000.00 | No Supporting Documentation Claim |
| 6 | BADIER,ARNAUD<br>8 BOULEVARD CLEMENCEAU<br>VILLENEUVE-LES-AVIGNON, 30 30400<br>FRANCE | | 07/21/2009 | 5809 | $411.00 | No Supporting Documentation Claim |
| 7 | BAGAROZZA, DERIC P.<br>9718 FT. HAMILTON PKWY<br>APT. 3G<br>BROOKLYN, NY 11209 | 08-13555<br>(JMP) | 07/14/2009 | 5324 | $12,353.50 | No Supporting Documentation Claim |
| 8 | BELL, CHRISTIAN J<br>87-32 86 STREET<br>WOODHAVEN, NY 11421 | | 08/19/2009 | 8735 | $7,500.00* | No Supporting Documentation Claim |
| 9 | BENVENUTO, M<br>94 PARK HILL AVENUE<br>MASSAPEQUA, NY 11758 | | 07/20/2009 | 5714 | $1,048.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | BLONKVIST, KEVIN<br>1608 STANOLIND AVE<br>MIDLAND, TX 797058651 | | 07/23/2009 | 6014 | Undetermined | No Supporting Documentation Claim |
| 11 | BRETTAR, LEO<br>1130 PARK AVENUE<br>NEW YORK, NY 10128 | | 09/22/2009 | 28441 | Undetermined | No Supporting Documentation Claim |
| 12 | BUBALO, LARA<br>5813 PENROSE AVE<br>DALLAS, TX 75204 | | 09/21/2009 | 19799 | Undetermined | No Supporting Documentation Claim |
| 13 | BULLARD, GLEN GORDON<br>1730 WEST 145TH STREET<br>#6F<br>GARDENA, CA 90247 | | 07/24/2009 | 6060 | $8,000.00 | No Supporting Documentation Claim |
| 14 | BURKHOLDER, KACI DENISE<br>3125 THOMAS AVE<br>APT D<br>DALLAS, TX 75204 | | 09/21/2009 | 19806 | Undetermined | No Supporting Documentation Claim |
| 15 | CALO, GERARDO JR.<br>3 KEITH PLACE<br>GLEN COVE, NY 11542 | | 09/15/2009 | 12787 | $70,000.00 | No Supporting Documentation Claim |
| 16 | CIOFFI-BROWN, A<br>1369 FAIRWAY DR<br>LAKE FOREST, IL 60045 | | 07/31/2009 | 6809 | Undetermined | No Supporting Documentation Claim |
| 17 | CLAUS, ERIC F<br>15 MERCER STREET-APT. 6<br>NEW YORK, NY 10013-2542 | 08-13905 (JMP) | 09/21/2009 | 25493 | Undetermined | No Supporting Documentation Claim |
| 18 | COCCOLI, VIRGINIA<br>1 FELIX LANE<br>NORWALK, CT 06850 | 08-13555 (JMP) | 09/18/2009 | 17836 | Undetermined | No Supporting Documentation Claim |
| 19 | COCHRAN, BILL<br>5040 N LA LOMITA<br>TUCSON, AZ 85718 | | 07/20/2009 | 5760 | $349.93* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 20 | COMMUNIER-WILCOX, GWEN<br>JESSAMINE COTTAGE<br>39 ALGAR ROAD<br>OLD ISLEWORTH, MDDSX, TW7 7AG<br>UNITED KINGDOM | | 07/30/2009 | 6686 | $10,950.00 | No Supporting Documentation Claim |
| 21 | CONE, WILLIAM<br>6923 PETERS SAN FELIPE ROAD<br>SEALY, TX 77474 | | 08/03/2009 | 7097 | Undetermined | No Supporting Documentation Claim |
| 22 | CORNELL TANKERSLEY, KAREN<br>4636 BIRKSHIRE LANE<br>PLANO, TX 75024 | 08-13555 (JMP) | 09/21/2009 | 20309 | $245,599.00 | No Supporting Documentation Claim |
| 23 | COWAN, VALERIE M<br>10912 E VASSAR DRIVE<br>AURORA, CO 80014-1757 | 08-13555 (JMP) | 07/31/2009 | 7307 | $712.78 | No Supporting Documentation Claim |
| 24 | DICKEY, ROBERT<br>320 W. MERMAID LN.<br>PHILADELPHIA, PA 19118-4010 | 08-13555 (JMP) | 08/13/2009 | 8118 | Undetermined | No Supporting Documentation Claim |
| 25 | DRINKWATER, JILL<br>7 HERRIDA WAY<br>SANTA FE, NM 87508 | | 07/27/2009 | 6453 | $300.00* | No Supporting Documentation Claim |
| 26 | DUDZIK, CHESTER<br>50 CHURCH ST APT 6<br>GREENWICH, CT 06830 | | 07/22/2009 | 5893 | Undetermined | No Supporting Documentation Claim |
| 27 | ECKLUND, DONALD R<br>3314 SOUTH EMERALD AVE<br>CHICAGO, IL 60616 | | 07/21/2009 | 5842 | $128.86* | No Supporting Documentation Claim |
| 28 | EDELMAN, VICTORIA<br>41 MUSIKER AVENUE<br>RANDOLPH, NJ 07869 | | 07/20/2009 | 5610 | $106.70 | No Supporting Documentation Claim |
| 29 | ERRICKSON, MARVIN O.<br>1870 PACIFIC BEACH DR APT 3<br>SAN DIEGO, CA 92109 | | 07/20/2009 | 5650 | $1,217.04* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 30 | ESTRIN, ALINA<br>150 WEST 19 STREET<br>BAYONNE, NJ 07002 | 09-10137<br>(JMP) | 09/14/2009 | 12200 | $9,000.00 | No Supporting Documentation Claim |
| 31 | EWOBARE, RUTH SODJE<br>824 MARC DRIVE<br>NORTH BRUNSWICK, NJ 08902 | | 09/22/2009 | 27561 | Undetermined | No Supporting Documentation Claim |
| 32 | FIELDS, PERLE<br>100 WILLOW PKWY<br>BUFFALO GROVE, IL 60089 | | 09/14/2009 | 12562 | $168.03* | No Supporting Documentation Claim |
| 33 | FLANEL, DARREL E<br>2043 ALAMEDA AVENUE<br>SARASOTA, FL 34234 | | 07/16/2009 | 5455 | $50,000.00 | No Supporting Documentation Claim |
| 34 | FRANKHUISEN, AUGUSTINA<br>29710 DAWNCREST CIRCLE<br>TEMECULA, CA 92591 | | 09/17/2009 | 15700 | Undetermined | No Supporting Documentation Claim |
| 35 | FRENCH-DAVIS, CAROLYN O<br>203 WATERSIDE DRIVE<br>LAFAYETTE, LA 70503 | | 08/03/2009 | 7276 | $27,000.00 | No Supporting Documentation Claim |
| 36 | FUCHS, MERWIN<br>3303 PARK PLACE<br>SPRINGFIELD, NJ 07081 | | 07/20/2009 | 5720 | $213.50* | No Supporting Documentation Claim |
| 37 | GAMBOA, EDWARD P<br>125 WAINWRIGHT DR S<br>MATAWAN, NJ 07747-9726 | | 09/16/2009 | 13335 | $1,625.00* | No Supporting Documentation Claim |
| 38 | GARNER, TANYA<br>20050 APPLEDOWRE CIR<br>GERMANTOWN, MD 20876 | | 07/20/2009 | 5713 | $5,000.00 | No Supporting Documentation Claim |
| 39 | GAYNOR, THOMAS<br>318 SYLVANIA AVENUE<br>AVON BY THE SEA, NJ 07717 | | 09/18/2009 | 16325 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 40  GEORGIANNI, KARA<br>213-14 29TH AVENUE<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | 09/17/2009 | 15590 | $36,000.00 | No Supporting Documentation Claim |
| 41  GERRISH, WAKEFIELD<br>3146 GOODING PLACE<br>THE VILLAGES, FL 32162 | | 09/17/2009 | 15707 | Undetermined | No Supporting Documentation Claim |
| 42  GESTEN, EDWARD T<br>9849 E. TROON NORTH DR<br>SCOTTSDALE, AZ 85262 | | 07/27/2009 | 6339 | Undetermined | No Supporting Documentation Claim |
| 43  GIGIS, GEORGE<br>754 LARKWOOD RD<br>CHARLESTON, SC 29412 | | 07/20/2009 | 5673 | $142.93* | No Supporting Documentation Claim |
| 44  GILBERT, ADRIAN M<br>2581 EVANSVILLE AVE<br>HENDERSON, NV 89052 | | 07/16/2009 | 5468 | $174.53* | No Supporting Documentation Claim |
| 45  GOLDMAN, RALPH<br>13916 ATLANTIC BLVD<br>JACKSONVILLE, FL 322253241 | | 08/26/2009 | 9486 | $888,000.00 | No Supporting Documentation Claim |
| 46  GRIFFIN, JAMES<br>839 MILBURN<br>EVANSTON, IL 60201 | | 07/21/2009 | 5814 | $160.02* | No Supporting Documentation Claim |
| 47  GUDEBSKI, EDWARD J<br>19 BROOKVIEW LANE<br>MANANLAPAN, NJ 07726 | | 07/20/2009 | 5647 | Undetermined | No Supporting Documentation Claim |
| 48  HADLEY, EDWIN N.<br>23 TIMBER DRIVE<br>NORTH CALDWELL, NJ 07006 | | 09/22/2009 | 32004 | $4,837.55 | No Supporting Documentation Claim |
| 49  HALLIGAN, JAMES J<br>1998 BROADWAY #1205<br>SAN FRANCISCO, CA 94109 | | 07/15/2009 | 5369 | $750,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 50 | HAROUNI, JOSEPH<br>355 CRAIG AVENUE<br>STATEN ISLAND, NY 10307-1210 | | 07/30/2009 | 6676 | Undetermined | No Supporting Documentation Claim |
| 51 | HAVERSTICK, S A<br>25 MADISON TERRACE<br>SHORT HILLS, NJ 07078 | | 08/31/2009 | 9865 | $2,000,000.00 | No Supporting Documentation Claim |
| 52 | HELDMAN, JOHN E.<br>8 BELAIRE<br>LAGUNA NIGUEL, CA 92677 | | 07/17/2009 | 5561 | $30,000.00 | No Supporting Documentation Claim |
| 53 | HIRST, JULIAN C<br>89 CAMBRIDGE ST<br>LONDON SW1V 4PY,<br>UNITED KINGDOM | | 09/08/2009 | 10865 | Undetermined | No Supporting Documentation Claim |
| 54 | HOGUE, WILLIAM H<br>7743 HUNTERS RUN DRIVE<br>GERMANTOWN, TN 38138 | | 08/10/2009 | 7927 | $10,000.00 | No Supporting Documentation Claim |
| 55 | HOHENSTEIN, STACY SCHIMMEL<br>401 E 80TH ST - 31G<br>NEW YORK, NY 10075 | | 09/18/2009 | 18092 | $18,573.60 | No Supporting Documentation Claim |
| 56 | HOLLADAY, TIMOTHY F<br>6432 TOKENEAK TRAIL<br>MOBILE, AL 36695 | | 07/23/2009 | 5989 | $25,000.00 | No Supporting Documentation Claim |
| 57 | HORSMAN, DONALD<br>9520 MAINLANDS BLVD W<br>PINELLAS PARK, FL 33782 | | 07/14/2009 | 5311 | $500,000.00 | No Supporting Documentation Claim |
| 58 | HOSKING, GARY<br>132 LAWNDALE AVENUE<br>WILMETTE, IL 60091 | | 07/27/2009 | 6438 | Undetermined | No Supporting Documentation Claim |
| 59 | JOHNSON, AUBREY R<br>4485 HIGHGROVE POINTE NE<br>ATLANTA, GA 30319 | | 07/24/2009 | 6125 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 60 | JOHNSON, MARGARET<br>165 EAST 71 STREET<br>NEW YORK, NY 10021 | | 08/13/2009 | 8182 | $2,991.00 | No Supporting Documentation Claim |
| 61 | KALLEN, JOEL<br>11801 ROCKVILLE PIKE<br>#410<br>ROCKVILLE, MD 20852 | | 07/22/2009 | 5928 | $422.58* | No Supporting Documentation Claim |
| 62 | KAMPFE, DAVID<br>320 EAST 9TH STREET<br>APARTMENT 403<br>NEW YORK, NY 10003 | 08-13555<br>(JMP) | 09/16/2009 | 13359 | $8,615.00 | No Supporting Documentation Claim |
| 63 | KATZKI, STEVEN<br>4514 DRUMMOND AVENUE<br>CHEVY CHASE, MD 20815-5435 | | 07/15/2009 | 5381 | Undetermined | No Supporting Documentation Claim |
| 64 | KETCHAM, THOMAS G. (IRA)<br>JOHN F. KETCHAM TRUST<br>13608 AVISTA DR.<br>TAMPA, FL 33624 | | 08/11/2009 | 8021 | $17,505.00 | No Supporting Documentation Claim |
| 65 | KETTERER, GWYNETH M<br>652 HUDSON ST<br>APT 3S<br>NEW YORK, NY 10014-1629 | | 07/27/2009 | 7303 | Undetermined | No Supporting Documentation Claim |
| 66 | KHATIBLOO, SHOURA<br>155 MONTARA ROAD<br>ALISO VIEJO, CA 92656 | | 08/20/2009 | 8761 | $15,000.00 | No Supporting Documentation Claim |
| 67 | KLONSKY, DANIEL S.<br>34 FLAMINGO ROAD<br>ROSLYN, NY 11576 | 08-13555<br>(JMP) | 09/21/2009 | 23913 | $384,000.00 | No Supporting Documentation Claim |
| 68 | KONEHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | | 09/18/2009 | 17411 | $70,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 69 | KONINGSBERG, NEIL B.<br>90 LAW QUEBRADAS LANE<br>ALAMO, CA 94507 | 08-13555<br>(JMP) | 09/22/2009 | 31933 | $65,000.00 | No Supporting Documentation Claim |
| 70 | KORTLANDER, FREDERICK<br>850 NORTH DEWITT PLACE<br>APT 14K<br>CHICAGO, IL 60611-7320 | 08-13555<br>(JMP) | 08/06/2009 | 7521 | $6,765.20* | No Supporting Documentation Claim |
| 71 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | 07/16/2009 | 5487 | $696,547.90 | No Supporting Documentation Claim |
| 72 | LAM, DICK<br>2099 LAKE STREET<br>SAN FRANCISCO, CA 94121 | | 07/29/2009 | 6629 | Undetermined | No Supporting Documentation Claim |
| 73 | LEE, JOSEPH STEVEN JR.<br>4541 CHERRY FOREST CIRCLE<br>LOUISVILLE, KY 40245 | | 09/17/2009 | 15421 | $6,200.00 | No Supporting Documentation Claim |
| 74 | LEGGETT, WILLIAM D<br>3251 TEMPLETON GAP ROAD<br>COLORADO SPRINGS, CO 80907 | | 08/10/2009 | 7813 | $500.00* | No Supporting Documentation Claim |
| 75 | LEGROS,H-LEIGHTON<br>P O  BOX 7896<br>HORSE SHOE BAY, TX 78657 | | 08/13/2009 | 8233 | $624.00 | No Supporting Documentation Claim |
| 76 | LENIHAN, WILLIAM<br>1217 GEORGINA AVENUE<br>SANTA MONICA, CA 90402 | | 08/26/2009 | 9422 | $800,000.00 | No Supporting Documentation Claim |
| 77 | LEVEY, ROBERT<br>55 W 95TH STREET #75<br>NEW YORK, NY 10025 | | 07/27/2009 | 6255 | Undetermined | No Supporting Documentation Claim |
| 78 | LEVY, ALAN<br>32 PEARSALL AVE APT 1B<br>GLEN COVE, NY 11542 | | 07/14/2009 | 5314 | $592.12* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | LEVY, MICHAEL J<br>666 W END AVE #7S<br>NEW YORK, NY 10025-7357 | | 08/28/2009 | 9678 | $50,000.00 | No Supporting Documentation Claim |
| 80 | LINZMEIER,RALPH B.<br>5 SAWGRASS<br>COTO DE CAZA, CA 92679 | | 07/27/2009 | 6251 | $60,000.00 | No Supporting Documentation Claim |
| 81 | LOFTUS, BRIAN J<br>2635 VISTA ORNADA<br>NEWPORT BEACH, CA 92660 | | 07/17/2009 | 5540 | $415.41 | No Supporting Documentation Claim |
| 82 | LYNCH, JOHN J<br>815 NORTH WASHINGTON AVENUE<br>DUNELLEN, NJ 08812 | | 07/17/2009 | 5548 | $2,500.00 | No Supporting Documentation Claim |
| 83 | MAGO, AASHA<br>5407 CARRIAGEWAY LN.<br>RICHMOND, VA 23234 | | 07/27/2009 | 6220 | $10,000.00 | No Supporting Documentation Claim |
| 84 | MAILLIE, PATRICIA J<br>132 N. MERRILL<br>PARK RIDGE, IL 60068 | | 09/08/2009 | 10859 | $30.00* | No Supporting Documentation Claim |
| 85 | MANEY, KATHRYN C<br>PO BOX 2194<br>CAROLINA BEACH, NC 28428-2194 | | 09/04/2009 | 10447 | $720,000.00 | No Supporting Documentation Claim |
| 86 | MANOR, JAMES DOUGLAS<br>1600 ABRAMS RD #19<br>DALLAS, TX 75214 | | 09/21/2009 | 19805 | Undetermined | No Supporting Documentation Claim |
| 87 | MAREK, HARVEY<br>83 SCISM ROAD<br>TIVOLI, NY 12583 | | 07/16/2009 | 5472 | Undetermined | No Supporting Documentation Claim |
| 88 | MARTEL, DONNA<br>994 SAN CARLOS CT NE<br>SAINT PETERSBURG, FL 33702 | | 09/21/2009 | 24181 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 89 | MCCARTHY,ROBERT E.<br>6 OREGON AVE<br>HAZLET, NJ 07730 | 08-13555 (JMP) | 09/04/2009 | 10413 | $208,000.00 | No Supporting Documentation Claim |
| 90 | MCCLAIN, LISA<br>800 WEST END AVENUE<br>NEW YORK, NY 10025-5467 | | 08/03/2009 | 7160 | $82,189.93 | No Supporting Documentation Claim |
| 91 | MCDONALD, DELORES<br>7204 FAIRWAY LANE<br>PARKER, CO 80134 | | 07/17/2009 | 5530 | Undetermined | No Supporting Documentation Claim |
| 92 | MCNEIL, MICHAEL L<br>2000 N.W. PUTNAM ROAD<br>BEND, OR 97701 | | 07/17/2009 | 5524 | Undetermined | No Supporting Documentation Claim |
| 93 | MESZAROS, LISA M<br>22 THUNDER TRL<br>IRVINE, CA 92614-7419 | | 08/25/2009 | 9390 | $6,000.00 | No Supporting Documentation Claim |
| 94 | MILLER, BLAKE<br>32 THE TERRACE<br>KATONAH, NY 10536 | | 09/18/2009 | 17342 | Undetermined | No Supporting Documentation Claim |
| 95 | MORAN, VINCENT<br>6340 WINGED FOOT DRIVE<br>STUART, FL 34997 | | 09/16/2009 | 13418 | $45,000.00 | No Supporting Documentation Claim |
| 96 | MOREAU, AMY C.<br>30902 CLUBHOUSE DR<br>UNIT 1J<br>LAGUNA NIGUEL, CA 92677-2378 | | 09/08/2009 | 10836 | $25,595.93 | No Supporting Documentation Claim |
| 97 | MULLEN, ELEANOR<br>95 FRANCES AVENUE<br>SHARON HILL, PA 19079 | | 07/20/2009 | 5628 | $168.84* | No Supporting Documentation Claim |
| 98 | NADAS,JOHN<br>15390 BRAUN CT<br>MOORPARK, CA 93021 | | 08/07/2009 | 7683 | $40,301.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 99 | NADELLA, MAHIDHAR<br>KENCES BRINDAVAN, 6TH BLOCK, 3D<br>142 EVR LANE<br>KILPAUK<br>CHENNAI, 600 010<br>INDIA | 08-13555 (JMP) | 09/22/2009 | 31752 | $3,144.00 | No Supporting Documentation Claim |
| 100 | NAPOLITANO, ANTHONY<br>10 LYMAN RD<br>FRAMINGHAM, MA 01701 | | 07/27/2009 | 6471 | Undetermined | No Supporting Documentation Claim |
| 101 | NATHAN, CHARLES<br>40174 VIA MARISA<br>MURRIETA, CA 92562 | | 07/17/2009 | 5525 | $288.15* | No Supporting Documentation Claim |
| 102 | NEWLANDS, MARY<br>8 CANTERBURY WAY<br>CAPE ELIZABETH, ME 04107 | | 09/21/2009 | 25111 | Undetermined | No Supporting Documentation Claim |
| 103 | NEWMAN, JAY H<br>24 WEST 10 ST.<br>NEW YORK, NY 10011 | | 07/14/2009 | 5322 | Undetermined | No Supporting Documentation Claim |
| 104 | NORTON, ROBERT<br>10 RACHEL CT<br>BASKING RIDGE, NJ 07920 | | 08/19/2009 | 8740 | $1,100.00* | No Supporting Documentation Claim |
| 105 | O'BRIEN,MAURICE PATRICK<br>42 TANEY ROAD<br>GOATSTOWN<br>DUBLIN 14<br>DUBLIN, DUBLIN, 14<br>IRELAND | 08-13555 (JMP) | 09/10/2009 | 11272 | $3,475.00 | No Supporting Documentation Claim |
| 106 | OLESZKOWICZ, MARTIN L<br>7084 TREELINE DRIVE<br>WEST BLOOMFIELD, MI 48322 | | 09/21/2009 | 24685 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 107 | OLIVER, KIRK R<br>4631 VALLEY RIDGE ROAD<br>DALLAS, TX 75220 | | 07/30/2009 | 6731 | $1,200,000.00 | No Supporting Documentation Claim |
| 108 | PARK, DALE SAMUEL<br>17 FALCON WAY<br>WASHINGTON, NJ 07882 | 08-13555 (JMP) | 07/15/2009 | 5394 | $50,000.00 | No Supporting Documentation Claim |
| 109 | PELLIGRINO, EILEEN<br>13 STONEYBROOK ROAD<br>HOLMDEL, NJ 07733 | | 09/22/2009 | 28444 | Undetermined | No Supporting Documentation Claim |
| 110 | PERROTTA, ANTHONY<br>10339 SCOTLAND AVE<br>FORT MILL, SC 29707 | 09-10137 (JMP) | 08/07/2009 | 7698 | $9,875.00 | No Supporting Documentation Claim |
| 111 | PHILLIPS, DORIS M<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | | 09/22/2009 | 31702 | Undetermined | No Supporting Documentation Claim |
| 112 | PHILLIPS, YOAN<br>154 BD BERTHIER<br>PARIS, 75017<br>FRANCE | | 09/14/2009 | 12355 | $10,000.00 | No Supporting Documentation Claim |
| 113 | PLATEK, RICHARD<br>333 GRAND CENTRAL AVENUE<br>AMITYVILLE, NY 11701 | | 09/04/2009 | 10334 | $80,000.00 | No Supporting Documentation Claim |
| 114 | PORTER, DUWARN V<br>22897 EAST WIND DR.<br>RITCHTON, IL 60471 | | 07/16/2009 | 5458 | $19,188.00 | No Supporting Documentation Claim |
| 115 | PORTNY, DAVID S.<br>24 SYLVAN LANE<br>OLD GREENWICH, CT 06870 | 08-13555 (JMP) | 09/22/2009 | 31658 | $10,950.00* | No Supporting Documentation Claim |
| 116 | PRAETZEL, ROBERT C<br>5717 WATTSBURG RD<br>ERIE, PA 16509 | | 07/15/2009 | 5378 | Undetermined | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 117 PRICHARD, WILLIAM<br>206 PORSPECT TERRACE<br>DAVENPORT, IA 52803-3943 | | 07/20/2009 | 5676 | $84.50* | No Supporting Documentation Claim |
| 118 RAMIREZ,CARISSA D<br>100 W 26TH ST APT 6E<br>NEW YORK, NY 100016893 | | 07/16/2009 | 5490 | $1,424.50 | No Supporting Documentation Claim |
| 119 ROGERS, STEPHEN A.<br>9 CLIFTON COURT<br>PIKESVILLE, MD 21208 | 08-13555 (JMP) | 09/02/2009 | 10109 | $16,394.12 | No Supporting Documentation Claim |
| 120 RUSHING, KELLY A<br>2428 GRAMERCY<br>HOUSTON, TX 77030 | | 08/07/2009 | 7725 | $855.26* | No Supporting Documentation Claim |
| 121 SAALWACHTER, FREDERIC L<br>4013 PIPING ROCK LANE<br>HOUSTON, TX 77027 | | 08/03/2009 | 7187 | Undetermined | No Supporting Documentation Claim |
| 122 SCHICICMO, GEOFFREY<br>844 WEST WISCONSIN STREET<br>CHICAGO, IL 60614 | 08-13555 (JMP) | 09/16/2009 | 13880 | $200,000.00 | No Supporting Documentation Claim |
| 123 SCHRAMM, GRACY C<br>311 52ND ST SW<br>ALBUQUERQUE, NM 87105 | | 07/20/2009 | 5690 | $153.70* | No Supporting Documentation Claim |
| 124 SCOTT, PETRA<br>66 EAST PARK ST<br>EAST ORANGE, NJ 07017 | | 09/22/2009 | 32277 | Undetermined | No Supporting Documentation Claim |
| 125 SESSIONS, DONALD<br>1476 ROXBURY ROAD<br>SALT LAKE CITY, UT 84108 | | 08/04/2009 | 7352 | $595.00* | No Supporting Documentation Claim |
| 126 SHERMAN,JOHN P.<br>95 EVERGREEN AVENUE<br>RYE, NY 10580 | | 09/22/2009 | 32033 | $1,310.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 127 | SHINDER, RICHARD J<br>21 S END AVE APT 340<br>NEW YORK, NY 10280-1061 | 08-13555 (JMP) | 09/16/2009 | 13158 | $100,000.00* | No Supporting Documentation Claim |
| 128 | SIDERI, EDWARD<br>7206 19TH AVE<br>BROOKLYN, NY 11204 | | 08/04/2009 | 7357 | $60,000.00 | No Supporting Documentation Claim |
| 129 | SPANGLER, RODNEY<br>6240 NORTH PLACITA DE ROJELIO<br>TUSCON, AZ 85718 | | 08/14/2009 | 8276 | Undetermined | No Supporting Documentation Claim |
| 130 | STUART, EDGAR<br>215 DEER PARK DRIVE<br>NASHVILLE, TN 37205 | 08-13555 (JMP) | 07/24/2009 | 6115 | Undetermined | No Supporting Documentation Claim |
| 131 | SWEETNAM, RICHARD<br>102 WEST 85TH STREET<br>NEW YORK, NY 10024 | | 09/22/2009 | 28436 | Undetermined | No Supporting Documentation Claim |
| 132 | SYKES, MARY<br>652 HUDSON STREET<br>APT. 35<br>NEW YORK, NY 10014-1619 | | 07/27/2009 | 7302 | Undetermined | No Supporting Documentation Claim |
| 133 | TAFT, WILLIAM J<br>175 EAST 62ND STREET<br>APT 8D<br>NEW YORK, NY 10065 | | 09/21/2009 | 25581 | Undetermined | No Supporting Documentation Claim |
| 134 | TIBBETTS, WESLEY R.<br>2217 ZVAN STREET #1121<br>DALLAS, TX 75201 | | 09/21/2009 | 19798 | Undetermined | No Supporting Documentation Claim |
| 135 | TOTH, JOHN<br>10 OBERT COURT<br>E. BRUNSWICK, NJ 08816-3581 | | 08/06/2009 | 7515 | $597,954.94* | No Supporting Documentation Claim |
| 136 | TRIPLETT, DUANE E<br>7843 EAST MEDINA<br>MESA, AZ 85208 | | 08/03/2009 | 7183 | $1,404.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT A – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 137 | ULURMBRAND, ELLEN 55 MONROE BLVD, APT. 3A LONG BEACH, NY 11561 | | 09/21/2009 | 23833 | $2,278.26 | No Supporting Documentation Claim |
| 138 | ULURMBRAND, ELLEN 55 MONROE BLVD, APT. 3A LONG BEACH, NY 11561 | | 09/21/2009 | 23834 | $5,000.00 | No Supporting Documentation Claim |
| 139 | UNGAR, BRUCE 149 OXFORD BLVD. GARDEN CITY, NY 11530 | | 09/22/2009 | 32536 | Undetermined | No Supporting Documentation Claim |
| 140 | VAN INWEGEN, CORNELIUS 8550 W. BROOKVIEW DR BOISE, ID 83709 | | 07/20/2009 | 5596 | $17,541.00 | No Supporting Documentation Claim |
| 141 | WARFIELD JR, T J 11421 SE 67TH PL BELLEVUE, WA 98006 | | 08/28/2009 | 9677 | Undetermined | No Supporting Documentation Claim |
| 142 | WEINSTEIN, BERNARD 26 REYNOLDS LANE KATONAH, NY 10536 | | 08/05/2009 | 7440 | $46,988.00* | No Supporting Documentation Claim |
| 143 | ZIMMERMAN, KAREN 1444 FLAGLER DRIVE MAMARONECK, NY 10543 | | 08/03/2009 | 7266 | Undetermined | No Supporting Documentation Claim |
| | | | | TOTAL | $11,526,579.35 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                                                             :
                                    **Debtors.**            :        **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

Upon the sixty-fourth omnibus objection to claims, dated November 3, 2010 (the "Sixty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Supporting Documentation Claims on the grounds that such claims fail to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Sixty-Fourth Omnibus Objection to Claims; and due and proper notice of the Sixty-Fourth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Sixty-Fourth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Fourth Omnibus Objection to Claims.

Omnibus Objection to Claims, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixty-Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Sixty-Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Supporting Documentation Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Supporting Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Sixty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE