> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, AT (214) 746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

**PLEASE TAKE NOTICE** that on November 3, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their sixty-fifth omnibus objection to

claims (the "Debtors' Sixty-Fifth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Sixty-Fifth Omnibus Objection to Claims will be held before

the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **December 22, 2010 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixty-Fifth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **December 6, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Sixty-Fifth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Sixty-

Fifth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: November 3, 2010
       New York, New York

                                         /s/ Shai Y. Waisman
                                         Shai Y. Waisman

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Debtors
                                         and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                   Debtors.              :    (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' SIXTY-FIFTH OMNIBUS**
**OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, AT (214) 746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the
above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the
"Debtors"), respectfully represent:

## **Relief Requested**

1.      The Debtors file this sixty-fifth omnibus objection to claims (the
"Sixty-Fifth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the
United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving
procedures for the filing of omnibus objections to proofs of claim filed in these chapter
11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order
disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on
Exhibit A and have determined that the proofs of claim listed under the heading "*Claims
to be Disallowed and Expunged*" (collectively, the "Duplicative Claims") are duplicative,
either entirely or in substance, of the corresponding claims identified under the heading
"*Surviving Claims*" (collectively, the "Surviving Claims").  The Debtors seek the
disallowance and expungement from the Court's claims register of the Duplicative
Claims and preservation of the Debtors' right to later object to any Surviving Claim on
any other basis.

3.      This Sixty-Fifth Omnibus Objection to Claims does not affect any
of the Surviving Claims and does not constitute any admission or finding with respect to

any of the Surviving Claims.  Further, the Debtors reserve all their rights to object on any

other basis to any Duplicative Claim as to which the Court does not grant the relief

requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### **The Duplicative Claims Should Be Disallowed and Expunged**

9.      In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on Exhibit A as Duplicative Claims that are either exact duplicates or are in substance duplicates of the corresponding Surviving Claims.  Specifically, the Duplicative Claims were filed by the same claimants against the same Debtors, for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims.

10.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Accordingly, courts in the Southern District of New York

routinely disallow and expunge duplicative claims filed by the same creditor against the same debtors. *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate claim); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging duplicate claim); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

12.    The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.    Accordingly, to avoid the possibility of a creditor receiving duplicative or multiple recoveries on its claim, the Debtors request that the Court disallow and expunge in their entirety the Duplicative Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any other basis.

## <u>Notice</u>

14.    No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Sixty-Fifth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

---

[1]  Where a creditor has filed different documentation in support of the Duplicative Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney

for the Southern District of New York; (vi) each claimant listed on Exhibit A, and (vii)

all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no

other or further notice need be provided.

        15.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

        WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated:  November 3, 2010
      New York, New York

          /s/ Shai Y. Waisman
          Shai Y. Waisman

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AFFRONTI, FRANK 446 MANOR AVE CRANFORD, NJ 07016 | 09/24/2009 | 08-13555 (JMP) | 35113 | Undetermined | AFFRONTI, FRANK 446 MANOR AVE CRANFORD, NJ 07016 | 09/22/2009 | 08-13555 (JMP) | 29966 | Undetermined |
| 2 | AFFRONTI, MINDY (WEISS) 446 MANOR AVENUE CRANFORD, NJ 07016 | 09/24/2009 | 08-13555 (JMP) | 35111 | Undetermined | AFFRONTI, MINDY (WEISS) 446 MANOR AVE CRANFORD, NJ 07016 | 09/22/2009 | 08-13555 (JMP) | 29961 | Undetermined |
| 3 | BABCOCK INTERNATIONAL GROUP PENSION SCHEME ATTN: MR S. BILLIALD 33 WIGMORE STREET LONDON, W1U 1QX UNITED KINGDOM | 09/23/2009 | 08-13555 (JMP) | 34512 | $178,137.63 | BABCOCK INTERNATIONAL GROUP PENSION SCHEME ATTENTION: S. BILLIALD 33 WIGMORE STREET LONDON, WIU 1QX UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 26551 | $178,137.63 |
| 4 | BISSESSAR, BABITA 1750 EAST 52ND STREET BROOKLYN, NY 11234 | 09/21/2009 | 08-13555 (JMP) | 24620 | $3,705.38 | BISSESSAR, BABITA 1750 EAST 52ND STREET BROOKLYN, NY 11234 | 09/21/2009 | | 25015 | $3,705.38 |
| 5 | BRAEM, JOHAN HANDZAAMSE NIEUWSTRAAT 7 HANDZAME, B8610 BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65174 | Undetermined | BRAEM, JOHAN HANDZAAMSE NIEUWSTRAAT 7 HANDZAME, 8610 BELGIUM | 10/28/2009 | 08-13555 (JMP) | 51708 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6  CHAMBERS, PAUL 10 BURNTWOOD ROAD SEVENOAKS, TN13 1PT UNITED KINGDOM | 09/23/2009 | | 34479 | $101,970.00 | CHAMBERS, PAUL 10 BURNTWOOD ROAD SEVENOAKS, TN13 1PT UNITED KINGDOM | 09/22/2009 | | 28317 | $101,970.00 |
| 7  CHAN LAI KAN RM1024, MING SHUN LAU, JAT MIN CHUEN SHATIN,, NT HONG KONG | 09/28/2009 | | 35179 | $65,000.00 | CHAN LAI KAN RM 1024 MING SHUN LAU JAT MIN CHUEN HONG KONG SAR,, | 06/05/2009 | | 4776 | $65,000.00 |
| 8  CORNELL, JENNIFER I 14 NITA ROAD WARLEY BRENTWOOD, CM145BQ UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24177 | $6,000.00 | CORNELL, JENNIFER I 14 NITA ROAD WARLEY BRENTWOOD ESSEX, CM14 5BQ UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24175 | $6,000.00 |
| 9  DAMY GOMEZ AND OTHERS, EDUARDO E 103103 2163 LIMA LOOP LAREDO LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51135 | $100,000.00 | DAMY GOMEZ, EDUARDO E AND OTHERS 103103 2163 LIMA LOOP LAREDO LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51134 | $100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64728 | $42,729.00 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63613 | $42,729.00 |
| 11 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64892 | $138,000.00 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63612 | $138,000.00 |
| 12 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64893 | $85,458.00 | DEWITT SECURITIES LTD PASEA ESTATE PO BOX 958 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63611 | $85,458.00 |
| 13 | FAYER, RUSSELL A 172 ROBERT DRIVE NEW ROCHELLE, NY 10804 | 10/09/2009 | | 37331 | Undetermined | FAYER, RUSSELL A. 111 CHURCH STREET WHITE PLAINS, NY 10601 | 10/09/2009 | | 37330 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 14  **GAY, PAUL**<br>**86 CLAYGATE LANE**<br>**HINCHLEY WOOD**<br>**SURREY**<br>**ESHER, KT100BJ**<br>**UNITED KINGDOM** | 09/22/2009 | | 31129 | $64,000.00 | **GAY,PAUL**<br>**86 CLAYGATE LANE**<br>**HINCHLEY WOOD**<br>**ESHER**<br>**SURREY, KT10 0BJ**<br>**UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 31128 | $64,000.00 |
| 15  **GAY, PAUL**<br>**86 CLAYGATE LANE**<br>**HINCHLEY WOOD**<br>**SURREY**<br>**ESHER, KT100BJ**<br>**UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 31130 | $64,000.00 | **GAY,PAUL**<br>**86 CLAYGATE LANE**<br>**HINCHLEY WOOD**<br>**ESHER**<br>**SURREY, KT10 0BJ**<br>**UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 31128 | $64,000.00 |
| 16  **GEENS, EDDY**<br>**LANGE BRUUL 10**<br>**BOORTMEERBEEK, B3190**<br>**BELGIUM** | 11/09/2009 | 08-13555 (JMP) | 65265 | $35,377.50 | **GEENS, EDDY**<br>**LANGE BRUUL 10**<br>**BOORTMEERBEEK, B3190**<br>**BELGIUM** | 10/30/2009 | 08-13555 (JMP) | 57127 | $35,377.50 |
| 17  **GORMAN, LESLIE D.**<br>**305 EAST 63RD STREET**<br>**APT. 17-B**<br>**NEW YORK, NY 10021** | 09/15/2009 | | 12727 | $500,000.00* | **GORMAN, LESLIE D.**<br>**305 EAST 63RD STREET**<br>**APT 17-B**<br>**NEW YORK, NY 10065** | 09/15/2009 | 08-13555 (JMP) | 12729 | $500,000.00* |
| 18  **GORMAN, LESLIE D.**<br>**305 EAST 63RD STREET**<br>**APT 17-B**<br>**NEW YORK, NY 10065** | 09/15/2009 | 08-13555 (JMP) | 12728 | $500,000.00* | **GORMAN, LESLIE D.**<br>**305 EAST 63RD STREET**<br>**APT 17-B**<br>**NEW YORK, NY 10065** | 09/15/2009 | 08-13555 (JMP) | 12729 | $500,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 19  HO KWOK HUNG 24G, PARK TOWERS 1 NO. 1 KING'S ROAD NORTH POINT, HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64669 | $170,000.00* | HO KWOK HUNG 24G PARK TOWERS ONE NO. 1, KING'S ROAD NORTH POINT, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 49430 | $170,000.00* |
| 20  HOUSSONLOGE, ANN-GAELLE RUE DES CLOUTIERS, 37 ROUX, 6044 BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64725 | $30,724.00 | HOUSSONLOGE, ANN-GAELLE RUE DES CLOUTIERS, 37 6044 ROUX, BELGIUM | 11/02/2009 | 08-13555 (JMP) | 65667 | $30,724.00 |
| 21  ILBERT, CHRISTIAN CHAUSSEE DE SOIGNIES, 99 LE ROEULX, 7070 BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64724 | $6,144.00 | ILBERT, CHRISTIAN CHAUSSEE DE SOIGNIES, 99 7070 LE ROEULX, BELGIUM | 11/02/2009 | | 65668 | $6,144.00 |
| 22  INCORE BANK AG POSTFACH DREIKONIGSTRASSE 8 , CH8022 SWITZERLAND | 01/18/2010 | | 66110 | $1,791.15 | INCORE BANK AG POSTFACH DREIKONIGSTRASSE 8 ZURICH, CH-8022 SWITZERLAND | 09/18/2009 | | 18625 | $1,791.15 |
| 23  JAKEMAN, JAMES P 90 MANOR WAY BECKENHAM, KENT, BR3 3LR UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19140 | $1,848,569.57 | JAKEMAN, JAMES P 90 MANOR WAY BECKENHAM, KENT, BR3 3LR UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 24 JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19141 | $1,848,569.57 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |
| 25 JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19142 | $1,848,569.57 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |
| 26 JOOST, MICHAEL<br>NAHESTRASSE 2<br>BAD MUNSTER, 55583<br>GERMANY | 11/04/2009 | 08-13555 (JMP) | 64681 | $75,000.00 | JOOST, MICHAEL<br>NAHESTRASSE 2<br>BAD MUNSTEN, 55583<br>GERMANY | 10/27/2009 | 08-13555 (JMP) | 49853 | $75,000.00 |
| 27 JOTWANI,TARUN<br>48 WYNNSTAY GARDENS<br>LONDON, ANT, W8 6UT<br>UNITED KINGDOM | 09/22/2009 | | 28294 | Undetermined | JOTWANI, TARUN<br>48 WYNNSTAY GARDENS<br>LONDON, W8 6UT<br>UNITED KINGDOM | 09/21/2009 | | 25378 | Undetermined |
| 28 KWOK WA WAI DAVID<br>C/O NEWARE TECHNOLOGY (HONG KONG) LTD<br>UNIT B, 11/F TOWER B, BILLION CENTRE<br>1 WANG KWONG ROAD<br>KOWLOON BAY,<br>KOWLOON,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64520 | $160,000.00* | KWOK WA WAI DAVID<br>C/O NEWARE TECHNOLOGY (HONG KONG) LTD<br>RM 1108 11/F METRO CENTRE II<br>21 LAM HING ST<br>KOWLOON BAY,<br>KOWLOON,<br>HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45289 | $160,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | LEUNG LAU CHING FLAT 2713, 27/F, KING YU HOUSE KING LAM ESTATE JUNK BAY, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64515 | $20,000.00* | LEUNG LAU CHING FLAT 2713, 27/F KING YU HOUSE KING LAM ESTATE JUNK BAY, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 47752 | $20,000.00* |
| 30 | LEUNG YUEN MAY FLAT 1, FIRST FLOOR, YUEN WING BUILDING WHAMPOA EST. HUNG HOM, HONG KONG | 11/09/2009 | 08-13555 (JMP) | 65262 | $16,130.00* | LEUNG YUEN MAY FLAT 1, FIRST FLOOR, YUEN WING HOUSE WHAMPOA EST. HUNG HOM, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50878 | $16,130.00* |
| 31 | LIN SAMUEL 104B HONG LOK ROAD EAST HONG LOK YUEN TAI PO, HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64664 | $180,000.00* | LIN SAMUEL 104B HONG LOK ROAD EAST HONG LOK YUEN TAI PO HONG KONG, | 10/28/2009 | 08-13555 (JMP) | 50340 | $180,000.00* |
| 32 | LUCAS-MELCHER, MARION AND JOACHIM KAPERSBURGSTR. 21A WEHRHEIM, 61273 GERMANY | 11/06/2009 | 08-13555 (JMP) | 65083 | $32,084.00 | LUCAS-MELCHER, MARION AND JOACHIM KAPERSBURGSTR. 21A WEHRHEIM, 61273 | 10/09/2009 | 08-13555 (JMP) | 37268 | $32,084.00 |
| 33 | MARGREITER, HULDA DANIEL - SWAROVSKI STRASSE 48 ABSAM, A-6067 AUSTRIA | 11/12/2009 | 08-13555 (JMP) | 65484 | $530,739.78 | MARGREITER, HULDA DANIEL-SWARVSKI STRASSE 48 ABSAM, A-6067 AUSTRIA | 10/21/2009 | 08-13555 (JMP) | 42955 | $530,739.78 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 34 MEBIUS, E. CELSIUSPLANTSOEN 2 BADHOEVEDORP, 1171 BX NETHERLANDS | 11/25/2009 | 08-13555 (JMP) | 65726 | $220,473.44 | MEBIUS, E. CELSIUSPLANTSOEN 2 BADHOEVEDORP, 1171 BX NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 61694 | $220,473.44* |
| 35 MEDIA FACTORY BEHEER BV ZONNELAAN 24 HILVERSUM, 1217 NJ NETHERLANDS | 11/23/2009 | 08-13555 (JMP) | 65687 | $212,250.00 | MEDIA FACTORY BEHEER BV ZONNELAAN 24 HILVERSUM, 1217 NJ NETHERLANDS | 10/19/2009 | 08-13555 (JMP) | 41043 | $212,250.00 |
| 36 MESSINA, LEONARD 51 WEST ZORANNE DRIVE FARMINGDALE, NY 11735-2820 | 09/22/2009 | | 31741 | Undetermined | MESSINA, LEONARD 51 WEST ZORANNE DRIVE FARMINGDALE, NY 11735 | 09/22/2009 | 08-13555 (JMP) | 31739 | Undetermined |
| 37 NG SUI LING *****NO ADDRESS PROVIDED***** , | 11/10/2009 | 08-13555 (JMP) | 65279 | $200,000.00* | NG SUI LING FLAT A 8/F KEN 7 BUILDING 39-39A  JORDAN ROAD HONG KONG, KLN, HONG KONG | 11/02/2009 | 08-13555 (JMP) | 60831 | $200,000.00* |
| 38 NGAN LAI FONG FLAT C, 6/F, BLK 12, LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI YUEN LONG, NT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64549 | $40,000.00* | NGAN LAI FONG FLAT C, 6/F., BLOCK 12, LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI YUEN LONG, N.T., HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45898 | $40,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 39 | NICAISE, MARC & FANNY MEERTS RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64727 | $17,658.00 | NICAISE, MARC & MEERTS, FANNY RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 10/27/2009 | 08-13555 (JMP) | 64065 | $17,658.00 |
| 40 | OEGES BEHEER B.V. MARCONISTRAAT 31A ZEVENAAR, 6902 PC NETHERLANDS | 12/01/2009 | 08-13555 (JMP) | 65782 | $19,344.00 | OEGES BEHEER B.V. MARCONISTRAAT 31A LEVENAAR, 6902 PC NETHERLANDS | 09/30/2009 | 08-13555 (JMP) | 35627 | $19,344.00 |
| 41 | OEGES BEHEER B.V. MARCONISTRAAT 31A ZEVENAAR, 6902 PC NETHERLANDS | 12/01/2009 | 08-13555 (JMP) | 65783 | $18,975.00 | OEGES BEHEER B.V. MARCONISTRAAT 31A LEVENAAR, 6902 PC NETHERLANDS | 10/19/2009 | 08-13555 (JMP) | 41647 | $18,975.00 |
| 42 | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92702 | 10/07/2009 | 09-10137 (JMP) | 40917 | $157,453.39 | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92703 | 09/18/2009 | 09-10137 (JMP) | 16207 | $157,453.39 |
| 43 | PANG KAK SAN ROOM 2311, 23 FLOOR, ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG KOWLOON, HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64672 | $30,000.00* | PANG KAK SAN ROOM 2311, 23/F, ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG KOWLOON, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45406 | $30,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts                                                          Page 9 of 15

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 44 PETER, KARIN SPEERSTRASSE 32 RICHTERSWIL, 8805 SWITZERLAND | 11/19/2009 | 08-13555 (JMP) | 65618 | $26,809.65 | PETER, KARIN SPEERSTRASSE 32 RICHTERSWIL, 8805 SWITZERLAND | 10/28/2009 | 08-13555 (JMP) | 51521 | $26,809.65 |
| 45 PETTIT-BREINGAN, LARA 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | | 31713 | $1,100,000.00 | PETTIT-BREINGAN, LARA A. 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 46 PETTIT-BREINGAN, LARA A 7A LOCUST LN HALESITE, NY 11743-1308 | 09/22/2009 | | 31715 | $1,100,000.00 | PETTIT-BREINGAN, LARA A. 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 47 PETTIT-BREINGAN, LARA A 74 LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | | 31716 | $1,100,000.00 | PETTIT-BREINGAN, LARA A. 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 48 PETTIT-BREINGAN, LARA A 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31717 | $1,100,000.00 | PETTIT-BREINGAN, LARA A. 7A LOCUST LANE HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 49 PLINNINGER, JOSEF AND MARIANNE MOEWESTR. 50 A MUNCHEN, D-81827 GERMANY | 10/05/2009 | | 36215 | $1,463.60 | PLINNINGER, JOSEF AND MARIANNE MOEWESTR. 50 A MUNCHEN, D-81827 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36214 | $1,463.60 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 50 | PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY, MO 65109 | 11/03/2009 | 08-13555 (JMP) | 64371 | $10,626,702.00 | PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY, MO 65109 | 11/02/2009 | 08-13555 (JMP) | 62752 | $10,626,702.00 |
| 51 | RECOURT, A., DR BROEKKANT 57 BUDEL, CS 6021 NETHERLANDS | 03/11/2010 | 08-13555 (JMP) | 66385 | $25,855.51 | RECOURT, A. BROEKKANT 57 GORICS, BUDEL, NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 53323 | $25,855.51 |
| 52 | REEL HOLDING BV POSTBUS 96 SITTARD, 6130 AB NETHERLANDS | 11/03/2009 | 08-13555 (JMP) | 64429 | $35,377.50 | REEL HOLDING BV POST BUS 96 AB SITTARD, 6130 NETHERLANDS | 10/23/2009 | 08-13555 (JMP) | 45560 | $35,377.50 |
| 53 | RODDY, JAMES C. 59 EAST 78 ST APT 2 NEW YORK, NY 10021 | 08/03/2009 | | 6980 | $89,867.40 | RODDY, JAMES C. 59 EAST 78 ST APT 2 NEW YORK, NY 10075 | 08/03/2009 | 08-13555 (JMP) | 6981 | $89,867.40 |
| 54 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W114SD UNITED KINGDOM | 09/09/2009 | 08-13555 (JMP) | 10988 | $656,525.00 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W11 4SD UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 55 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W114SD UNITED KINGDOM | 09/09/2009 | 08-13555 (JMP) | 10990 | $656,525.00 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W11 4SD UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |
| 56 | SEBASTIANI,GIOVANNI 55 QUEENSDALE ROAD LONDON, GT LON, W11 4SD UNITED KINGDOM | 09/09/2009 | | 10989 | $656,525.00 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W11 4SD UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |
| 57 | SIBIRSKI, LINDA J. 2165 BRIGHAM STREET APT 6E BROOKLYN, NY 11229 | 09/16/2009 | 08-13555 (JMP) | 13456 | Undetermined | SIBIRSKI, LINDA J. 2165 BRIGHAM STREET APT 6E BROOKLYN, NY 11229 | 09/16/2009 | 08-13555 (JMP) | 13455 | Undetermined |
| 58 | SINGAPORE AIRLINES LIMITED C/O J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON, MA 02116 | 09/21/2009 | 08-13885 (JMP) | 24146 | $23,045,516.90 | SINGAPORE AIRLINES LIMITED C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON, MA 02116 | 12/04/2008 | 08-13885 (JMP) | 1206 | $23,045,516.90 |
| 59 | STEELE, ALEXANDRA MARIA AVDA. DE LA GALAXIA, 19 PORTAL 8, 1, ""N"" ARAVACA, MADRID, 28023 SPAIN | 11/03/2009 | 08-13555 (JMP) | 64221 | $19,660.59 | STEELE, MARIA PILAR AVDA DE LA GALAXIA 19 PORTA 8, 1, N ARAVACA (MADRID), 28023 SPAIN | 10/19/2009 | 08-13555 (JMP) | 41509 | $19,660.59 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 60  STOVOLD, MILES 25 CROWN LANE CHISLEHURST KENT, BR7 5PL UNITED KINGDOM | 09/18/2009 | | 19411 | $1,087,402.00 | STOVOLD, MILES 90 OVERBURY AVENUE KENT, BECKENHAM, BR3 6PY UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19412 | $1,087,402.00 |
| 61  TANG MAN KIU FLAT H, 26F, BLK 1 ISLAND PLACE 51 TANNER ROAD NORTH POINT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64538 | $50,000.00* | TANG MAN KIU FLAT H 26/F BLK 1 ISLAND PLACE 51 TANNER ROAD NORTH POINT, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 47757 | $50,000.00* |
| 62  TAYLOR,KEVIN CHARLES 4 REMBRANDT CLOSE ISLE OF DOGS LONDON, GT LON, E143UZ UNITED KINGDOM | 09/10/2009 | | 11287 | $25,000.00 | TAYLOR, KEVIN CHARLES 4 REMBRANDT CLOSE ISLE OF DOGS LONDON, E143UZ UNITED KINGDOM | 09/10/2009 | 08-13555 (JMP) | 11271 | $25,000.00 |
| 63  TO CHOR CHOR RITA FLAT 45C, TOWER 5, THE BELCHER'S 89 POK FU LAM ROAD HONG KONG, CHINA | 11/03/2009 | 08-13555 (JMP) | 64539 | $40,000.00* | TO CHOR CHOR RITA FLAT 45C, TOWER 5, THE BELCHER'S 89 POK FU LAM ROAD , HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45750 | $40,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 64 | TOPPLE, CHRISTOPHER MAR 10 MALCOLM ROAD WIMBLEDON LONDON, SW194AS UNITED KINGDOM | 09/21/2009 | | 25761 | $1,500,000.00 | TOPPLE, CHRISTOPHER MAR 10 MALCOLM ROAD WIMBLEDON, SW194AS UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25760 | $1,500,000.00 |
| 65 | TOPPLE, CHRISTOPHER MARCUS 10 MALCOLM ROAD WIMBLEDON LONDON, GT LON, SW194AS UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25759 | $1,500,000.00 | TOPPLE, CHRISTOPHER MAR 10 MALCOLM ROAD WIMBLEDON, SW194AS UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25760 | $1,500,000.00 |
| 66 | VERSTRAETE, JULIANA POPERINGESTRAAT 80 A WOESTEN, 8640 BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65175 | Undetermined | VERSTRAETE, JULIANA POPERINGESTRAAT 80 A WOESTEN, 8640 BELGIUM | 10/28/2009 | 08-13555 (JMP) | 51709 | Undetermined |
| 67 | WANG, DAVID YULAN 65 LAURA AVENUE EDISON, NJ 08820 | 09/21/2009 | | 25503 | $43,041.00 | WANG, DAVID YULAN 65 LAURA AVENUE EDISON, NJ 08820 | 09/21/2009 | 08-13555 (JMP) | 25179 | $43,041.00 |
| 68 | WANG, DAVID YULAN 65 LAURA AVENUE EDISON, NJ 08820-2115 | 09/21/2009 | | 25504 | $43,041.00 | WANG, DAVID YULAN 65 LAURA AVENUE EDISON, NJ 08820 | 09/21/2009 | 08-13555 (JMP) | 25179 | $43,041.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 69  WERNER, MOSTL JOSEF-RESSEL-STR 2A/314 WIEN, 1140 AUSTRIA | 11/23/2009 | 08-13555 (JMP) | 65705 | $1,427.00 | WERNER, MOSTL JOSEF-RESSEL-STR 2A/314 WIEN, 1140 AUSTRIA | 10/30/2009 | 08-13555 (JMP) | 59142 | $1,427.00 |
| 70  WESTCOTT LIMITED JP MORGAN TRUST COMPANY OF THE BAHAMAS LTD. ATTN: CAMERON A. CAREY BAHAMAS FINANCIAL CENTER, 2ND FLOOR NASSAU, BAHAMAS | 09/21/2009 | 08-13555 (JMP) | 21791 | $35,565.00 | WESTCOTT LIMITED JP MORGAN TRUST COMPANY OF THE BAHAMAS LTD ATTN: CAMERON A. CAREY BAHAMAS FINANCIAL CENTER, 2ND FLOOR NASSAU, BAHAMAS | 09/22/2009 | 08-13555 (JMP) | 27610 | $35,565.00 |
| 71  YIP HAY WAN RM. 2910 KING TSUI COURT 8 FUNG HA ROAD CHAI WAN, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64422 | $20,000.00* | YIP HAY WAN ROOM 2910 KING TSUI COURT 8 FUNG HA ROAD CHAI WAN, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50667 | $20,000.00 |

TOTAL   $54,155,157.13

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                         :         **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     :         **08-13555 (JMP)**
                                                              :
                                         **Debtors.**     :         **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

Upon the sixty-fifth omnibus objection to claims, dated November 3, 2010 (the

"Sixty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664], seeking disallowance and expungement of the Duplicative Claims on the

grounds that such claims are duplicative of the corresponding Surviving Claims, either exactly or

in substance, all as more fully described in the Sixty-Fifth Omnibus Objection to Claims; and

due and proper notice of the Sixty-Fifth Omnibus Objection to Claims having been provided to

(i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Sixty-Fifth

Omnibus Objection to Claims, and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Fifth Omnibus Objection to Claims.

management and administrative procedures for these cases [Docket No. 9635]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Sixty-Fifth Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Sixty-Fifth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of

the corresponding Surviving Claims; and is further

ORDERED that nothing in this Order or the disallowance and expungement of the

Duplicative Claims constitutes any admission or finding with respect to any of the Surviving

Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Sixty-Fifth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE