> **THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, CLARIFY AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, TERESA BRADY, AT 212-310-8093.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' SIXTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

PLEASE TAKE NOTICE that on November 3, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their sixty-seventh omnibus objection to

claims (the "Debtors' Sixty-Seventh Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Sixty-Seventh Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **December 22, 2010 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

           **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixty-

Seventh Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq., and Penny Reid, Esq.); (iii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul

Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.);

and (iv) attorneys for the official committee of unsecured creditors appointed in these cases,

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York

10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be

so filed and received by no later than **December 6, 2010 at 4:00 p.m. (Eastern Time)** (the

"Response Deadline").

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Sixty-Seventh Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Sixty-

Seventh Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: November 3, 2010
   New York, New York

      /s/ Shai Y. Waisman
      Shai Y. Waisman
      Penny P. Reid

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

HEARING DATE AND TIME: December 22, 2010 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: December 6, 2010 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

### DEBTORS' SIXTY-SEVENTH OMNIBUS
### <u>OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)</u>

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, CLARIFY AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, TERESA BRADY, AT 212-310-8093.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.    The Debtors file this sixty-seventh omnibus objection to claims (the "Sixty-Seventh Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order reducing, reclassifying (in certain instances), clarifying (in certain instances) and allowing the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively, the "Valued Derivative Claims") should be reduced, reclassified (in certain instances), clarified (in certain instances), and allowed on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records; that the claim classifications, in certain instances, improperly assert secured, administrative expenses or priority claims; and that the Debtor against whom the claim is asserted, in certain instances, has been determined by the Debtors to be in need

2

of clarification after a review of the claimant's supporting documentation. The Debtors, therefore, request that the Court reduce, as appropriate, each such claim to the amount listed on <u>Exhibit A</u> under the column heading "*Modified Claim Amount*"; reclassify, as appropriate, each claim to the classification listed under the column heading "*Modified Class*"; clarify, as appropriate the Debtor against whom each claim is asserted to the Debtor listed under the column heading "*Modified Debtor*"; and allow each such claim only to the extent of such modified amount, classification and Debtor.

3.      The Debtors reserve all their rights to object on any other basis to any Valued Derivative Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered an order setting forth procedures for filing proofs of claim in these chapter 11 cases, including procedures for filing proofs of claim and supporting documentation for claims based on derivative contracts (the "Bar Date Order") [Docket No. 4271].  The Bar Date Order provided that "each holder of a claim against a Debtor based on amounts owed pursuant to any Derivative Contract must: . . . complete the electronic Derivative Questionnaire [and] electronically upload supporting documentation on the website . . . ."  (Bar Date Ord. at 7.)  The Bar Date Order further provided that "each holder of a claim against a Debtor based on a Guarantee by a Debtor of the obligations of a non-Debtor entity under a Derivative Contract must [also]: . . . complete the electronic Guarantee Questionnaire and electronically upload supporting documentation on the website . . . ."  (*Id.* at 8.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.      Exhibit C to the Bar Date Order was a version of the Derivative Questionnaire, which required that the claimant provide various information in support of its claim, such as copies of relevant agreements; a copy of the termination notice; a valuation statement; individual trade-level detail; trade value methodology and

4

quotations; and unpaid amounts, collateral, and other costs associated with the claim

pursuant to the derivative contract.  Also attached to the Bar Date Order was Exhibit D, a

version of the Guarantee Questionnaire setting forth the information forming the basis of

the claimant's assertions of a guarantee.

10.    On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Valued Derivative Claims Should be
### Reduced, Reclassified, Clarified and Allowed

11.    In reviewing the claims filed on the claims register in these cases

and maintained by the Court-appointed claims agent, the Debtors have identified the

claims on <u>Exhibit A</u> as being claims that should be reduced, reclassified (in certain

instances), clarified (in certain instances) and allowed on the basis that the amounts listed

on the proofs of claim are greater than the fair, accurate, and reasonable values

determined by the Debtors after a review of the claimant's supporting documentation and

the Debtors' books and records; that the classifications (in certain instances) are

improperly identified as secured, administrative expenses or priority claims on claimants'

proofs of claim; and that Debtor against whom the claim is asserted (in certain instances)

has been determined by the Debtors to be in need of clarification after a review of the

claimant's supporting documentation.

12.    A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.    The Valued Derivative Claims listed on Exhibit A should be reduced and allowed in the amount listed on Exhibit A under the column heading "*Modified Claim Amount*" because the asserted claim amount is greater than the fair, accurate, and reasonable value of the claim as determined by the Debtors after a review of the supporting documentation provided by the claimants and the Debtors' books and records. In certain instances, the Valued Derivative Claims listed on Exhibit A should be reclassified to the classifications listed under column heading "*Modified Class*" because the classifications are improperly identified as secured, administrative expenses or priority claims on claimants' proofs of claim. In certain instances, the Debtors against whom the Valued Derivative Claims listed on Exhibit A are asserted should be clarified to the Debtors listed under the column heading "*Modified Debtor*" based on the Debtors' review of the supporting documentation provided by the claimants.

14.    The Debtors have developed and currently utilize a thorough, multi-step process to review claims filed against the Debtors and based on a Derivative Contract[1] ("Derivative Claims") in order to determine the fair, accurate, and reasonable value of such claims, the proper classification of such claims, and the Debtor against

---

[1] "Derivative Contract" is defined in the Bar Date Order as meaning "any contract that is of (i) a 'swap agreement' as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a 'forward contract' as such term is defined in section 101(25) of the Bankruptcy Code . . . ." (*See* Bar Date Ord. at 6.)

whom such claims are asserted, for purposes of settlement (the "Proposed Settlement").

In order to determine the Proposed Settlement, the Debtors:  (i) collect and review

documents related to the relevant Derivative Claim including, but not limited to, the

relevant Derivative Questionnaire and/or Guarantee Questionnaire, the termination

notice, and the valuation statement; (ii) reconcile posted collateral and any cash payments

already received, made, or missed; and (iii) review the valuation methodology used by

the claimant to determine the value of the claim, including verifying the legitimacy of

quotes provided by the claimant in connection with their valuation statement, reviewing

claimant's "loss" calculation, and evaluating any set-off claims.[2]  In their efforts to

determine the Proposed Settlement, the Debtors engage in, to the extent the holder is

willing to so engage, lengthy negotiations with the holder of the Derivative Claim that are

often very detailed and may extend over a period of months.

     15.    Once the Debtors have determined the Proposed Settlement with

respect to a particular Derivative Claim, it is presented to the Debtors' Settlement

Adjudication Committee (the "Committee") for final approval.  The Committee,

comprised of senior management of the Debtors and Alvarez & Marsal, reviews the work

done to arrive at the Proposed Settlement and approves or disapproves the Proposed

Settlement.  If the Proposed Settlement presented to the Committee is less than the

amount included in the corresponding Derivative Claim, or different from the

---

[2] For a more comprehensive discussion of the valuation process, please see the Declaration of Gary H. Mandelblatt in Support of Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (attached as "Exhibit C" to Debtors' Omnibus Reply to Objections to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [Docket No. 4113]).

classification included in the corresponding Derivative Claim, the Debtors will seek

approval to object to such claim.

16.     The Debtors have undertaken this lengthy process with respect to

each of the Valued Derivative Claims listed on Exhibit A, and have concluded that a fair,

accurate, and reasonable valuation of the Valued Derivative Claim is less than that

reflected on the proof of claim submitted by the claimant; that the Valued Derivative

Claim (in certain instances) should be reclassified from a secured, administrative expense

or priority claim, to an unsecured claim; and that the Debtor against whom the Valued

Derivative Claim (in certain instances) is asserted should be clarified.  Despite the

Debtors' efforts at negotiating this Proposed Settlement, the Debtors and the holders of

the Valued Derivative Claims have reached an impasse.  Holders of the Valued

Derivative Claims should not be allowed to recover more than the true and proper value

of their claims, nor should the holders of the Valued Derivative Claims be allowed

secured, administrative expenses or priority claims when they hold general unsecured

claims.  The claims register maintained by the Court-appointed claims agent should also

be clear which Debtors the holders of the Valued Derivative are asserting claims against.

Accordingly, in order to properly reflect the fair, accurate, and reasonable value of these

claims, the Debtors request that the Court reduce each Valued Derivative Claim to the

amount listed on Exhibit A under the column heading "*Modified Claim Amount*" and

allow each such claim only to the extent of such modified amount.  In addition, the

Debtors request that the Court reclassify the Valued Derivative Claims listed on Exhibit

A to the classifications listed under the column heading "*Modified Class*" to reflect that

the classifications in the specified claims are improperly identified as secured,

8

administrative expenses or priority claims on claimants' proofs of claim and such claims are reclassified as general unsecured claims. The Debtors also request that the Court clarify the Debtors against whom the Valued Derivative Claims listed on <u>Exhibit A</u> are asserted to the Debtors listed under the column heading "*Modified Debtor*" to reflect the Debtors against whom the claims are asserted.

## <u>Notice</u>

17.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Sixty-Seventh Omnibus Objection to Claims on: (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to this Sixty-Seventh Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

18.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: November 3, 2010
      New York, New York

          /s/ Shai Y. Waisman
       Shai Y. Waisman
       Penny P. Reid

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Debtors
       and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED GRAPHIC PRINTING, INC. C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 36802 | 10/07/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $224,918.50 | Lehman Brothers Special Financing Inc. | Unsecured | $199,822.26 |
| 2 | AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O AIG INVESTMENTS ATTN: CHERIE SCHAIBLE, VP & ASSISTANT GENERAL COUNSEL 70 PINE STREET, 10TH FLOOR NEW YORK, NY 10270 | 34197 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $12,496,044.00* | Lehman Brothers Special Financing Inc. | Unsecured | $6,126,900.14 |
| 3 | AOZORA BANK LTD C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO, 102-8660 JAPAN | 13907 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $23,559,819.67* | Lehman Brothers Special Financing Inc. | Unsecured | $16,851,776.10 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 40

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | AOZORA BANK, LTD C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO, 102-8660 JAPAN | 15627 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $23,559,819.67* | Lehman Brothers Holdings Inc. | Unsecured | $16,851,776.10 |
| 5 | ATTN: AARON B. LEE FEDERAL HOME LOAN BANK OF DES MOINES 801 WALNUT STREET, SUITE 200 DES MOINES, IA 50309 | 23895 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $3,522,098.08 $4,873,014.13 $8,395,112.21 | Lehman Brothers Special Financing Inc. | Unsecured | $355,168.23 |
| 6 | ATTN: AARON B. LEE FEDERAL HOME LOAN BANK OF DES MOINES 801 WALNUT STREET, SUITE 200 DES MOINES, IA 50309 | 23896 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,383,027.78 | Lehman Brothers Holdings Inc. | Unsecured | $355,168.23 |
| 7 | AXIS BANK LTD, TREASURY C/O VASANT SHUKLA 8TH FLOOR MAKER TOWERS ""F"" CUFFE PARADE MUMBAI, 400 005 INDIA | 12569 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,296,913.25* | Lehman Brothers Special Financing Inc. | Unsecured | $2,292,951.67 |
| 8 | AXIS BANK LTD, TREASURY C/O VASANT SHUKLA 8TH FLOOR MAKER TOWERS ""F"" CUFFE PARADE MUMBAI, 400 005 INDIA | 12570 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,296,913.25* | Lehman Brothers Holdings Inc. | Unsecured | $2,292,951.67 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | **MODIFIED** | | |
| 9 | BISGAIER FAMILY LLC ATTN: CHARLES BISGAIER 3605 TANGLEWOOD DRIVE ANN ARBOR, MI 48105 | 9306 | 08/25/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $80,000.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,425.00 |
| 10 | CANYON BALANCED MASTER FUND, LTD. C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES, CA 90067 | 17438 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $2,290,590.94*  $2,290,590.94 | Lehman Brothers Special Financing Inc. | Unsecured | $609,499.83 |
| 11 | CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17884 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,788.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,405.46 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17885 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,788.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,405.46 |
| 13 | CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17714 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $23,043,755.94* | Lehman Brothers Holdings Inc. | Unsecured | $5,153,859.08 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | **MODIFIED** | | |
| 14 | CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17886 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $23,043,755.94* $23,043,755.94 | Lehman Brothers Special Financing Inc. | Unsecured | $5,153,859.08 |
| 15 | CANYON VALUE REALIZATION FUND, L.P. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17881 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $7,741,745.12* Undetermined $7,741,745.12 | Lehman Brothers Special Financing Inc. | Unsecured | $1,759,631.71 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CANYON VALUE REALIZATION FUND, L.P. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES, CA 90067 | 17882 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,741,745.12* | Lehman Brothers Holdings Inc. | Unsecured | $1,759,631.71 |
| 17 | CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, KY1-9005 | 12170 | 09/14/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,746,427.84 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,726,767.69 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, KY1-900510 | 12171 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,609,787.84 | Lehman Brothers Holdings Inc. | Unsecured | $1,726,767.69 |
| 19 | CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK, NY 10019 | 27310 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $13,904,506.00* | Lehman Brothers Special Financing Inc. | Unsecured | $9,055,734.84 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | CHINA MINSHENG BANKING CORP., LTD FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING, 100031 CHINA | 18870 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $21,140,456.95* | Lehman Brothers Special Financing Inc. | Unsecured | $1,582,513.93 |
| 21 | CHINA MINSHENG BANKING CORP., LTD FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING, 100031 CHINA | 18871 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,672,340.03* | Lehman Brothers Holdings Inc. | Unsecured | $1,582,513.93 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 22640 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $589,099.00* | Lehman Brothers Holdings Inc. | Unsecured | $11,145.47 |
| 23 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 22777 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $589,099.00 | Lehman Brothers Special Financing Inc. | Unsecured | $11,145.47 |
| 24 | CLINTON MAGNOLIA MASTER FUND LTD C/O CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK, NY 10019 | 24093 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,149,333.00* | Lehman Brothers Special Financing Inc. | Unsecured | $520,806.38 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | CLINTON MAGNOLIA MASTER FUND LTD C/O CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK, NY 10019 | 24094 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,149,333.00* | Lehman Brothers Holdings Inc. | Unsecured | $520,806.38 |
| 26 | CLINTON MULTISTRATEGY MASTER FUND LTD. C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK, NY 10019 | 24959 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,045,998.73* | Lehman Brothers Holdings Inc. | Unsecured | $3,510,691.95 |
| 27 | CLINTON MULTISTRATEGY MASTER FUND, LTD. C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH, ST. 26TH FLOOR NEW YORK, NY 10019 | 24958 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,045,998.73 | Lehman Brothers Special Financing Inc. | Unsecured | $3,510,691.95 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | COMMONWEALTH BANK OF AUSTRALIA ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY, 1155 AUSTRALIA | 14796 | 09/17/2009 | Lehman Brothers Commercial Corporation | Priority Secured Unsecured Subtotal | Undetermined Undetermined $2,980,498.92* $2,980,498.92 | Lehman Brothers Commercial Corporation | Unsecured | $2,629,167.55 |
| 29 | COMMONWEALTH BANK OF AUSTRALIA ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY, 1155 AUSTRALIA | 14797 | 09/17/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured Subtotal | Undetermined Undetermined $2,976,468.18* $2,976,468.18 | Lehman Brothers Holdings Inc. | Unsecured | $2,599,687.61 |
| 30 | COMMONWEALTH BANK OF AUSTRALIA ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY, 1155 AUSTRALIA | 14798 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Priority Secured Unsecured Subtotal | Undetermined Undetermined $38,986,539.54* $38,986,539.54 | Lehman Brothers Special Financing Inc. | Unsecured | $18,435,519.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31 | COMMONWEALTH BANK OF AUSTRALIA ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY, 1155 AUSTRALIA | 14799 | 09/17/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $38,938,357.70*<br><br>$38,938,357.70 | Lehman Brothers Holdings Inc. | Unsecured | $18,414,316.79 |
| 32 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNITY LIMITED TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29323 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,232,533.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,947,015.70 |
| 33 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNITY LIMITED TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29324 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,232,533.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,947,015.70 |
| 34 | CREDIT OPPORTUNITY ASSOCIATES LLC ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10017 | 19833 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,537,187.28 | Lehman Brothers Holdings Inc. | Unsecured | $14,701,578.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | CREDIT OPPORTUNITY ASSOCIATES LLC ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10017 | 25634 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,537,187.28 | Lehman Brothers Special Financing Inc. | Unsecured | $14,701,578.00 |
| 36 | CSP II USIS HOLDINGS L.P. C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 16198 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,574,529.52 | Lehman Brothers Holdings Inc. | Unsecured | $505,069.72 |
| 37 | CSP II USIS HOLDINGS L.P. C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 16199 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,574,529.52 | Lehman Brothers Special Financing Inc. | Unsecured | $505,069.72 |
| 38 | CTC MASTER FUND, LTD. C/O CTC FUND MANAGEMENT, L.L.C. ATTN: JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO, IL 60604 | 12071 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,635,613.47* | Lehman Brothers Special Financing Inc. | Unsecured | $2,600,922.19 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 39 | CTC MASTER FUND, LTD. C/O CTC FUND MANAGEMENT, L.L.C. ATTN: JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO, IL 60604 | 12072 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,635,613.47* | Lehman Brothers Holdings Inc. | Unsecured | $2,600,922.19 |
| 40 | DISCOVERY GLOBAL CITIZENS MASTER FUND LTD C/O SEWARD & KISSEL LLP ATTN ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33298 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $613,570.00* $109,094.68* $722,664.68 | Lehman Brothers Holdings Inc. | Unsecured | $218,321.34 |
| 41 | DISCOVERY GLOBAL CITIZENS MASTER FUND LTD C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33299 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $613,570.00* $109,094.68* $722,664.68 | Lehman Brothers Special Financing Inc. | Unsecured | $218,321.34 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 42 | DOVER MASTER FUND II, L.P. TRANSFEROR: DYNEGY POWER MARKETING INC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 30414 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,697,653.44 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,462,993.01 |
| 43 | E-CAPITAL PROFITS LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17556 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $49,962,736.88* | Lehman Brothers Special Financing Inc. | Unsecured | $10,424,596.24 |
| 44 | E-CAPITAL PROFITS LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17558 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $49,962,736.88* | Lehman Brothers Holdings Inc. | Unsecured | $10,424,596.24 |
| 45 | ESPERANCE FAMILY FOUNDATION, THE ATTN: ROGER NEWTON 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 15244 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $400,020.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $22,125.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| 46 | GABRIEL CAPITAL, L.P. ATTN: J. EZRA MERKIN, GENERAL PARTNER 450 PARK AVENUE NEW YORK, NY 10022 | 15126 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,542,177.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,661,824.50 |
| 47 | GARLAND BUSINESS 14 QUAI DU SEUGET GENEVA, SWITZERLAND | 12561 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,517,166.66 | Lehman Brothers Special Financing Inc. | Unsecured | $1,250,000.00 |
| 48 | HALBIS US CREDIT ALPHA MASTER FUND, LTD C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK, NY 10018 | 12897 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,228,570.59* | Lehman Brothers Special Financing Inc. | Unsecured | $1,028,073.01 |
| 49 | HFF I, LLC 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK, NY 10016 | 19008 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,769,705.21 | Lehman Brothers Holdings Inc. | Unsecured | $1,304,579.27 |
| 50 | HFF I, LLC 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK, NY 10016 | 19164 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,769,705.21 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,304,579.27 |
| 51 | ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK, NY 10017 | 14172 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,752,642.00* | Lehman Brothers Special Financing Inc. | Unsecured | $228,114.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 16 of 40

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 52 | ICM BUSINESS TRUST, C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK, NY 10017 | 14173 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,013,945.00* | Lehman Brothers Holdings Inc. | Unsecured | $228,114.00 |
| 53 | INDUSTRIAL BANK CO, LTD ATTN: TONG LIN, LEGAL DEPT, FINANCIAL MARKETS 28F, XINGYE BUILDING NO. 168 JIANG NING ROAD SHANHAI, 200041 CHINA | 12929 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,027,727.00* | Lehman Brothers Holdings Inc. | Unsecured | $637,544.00 |
| 54 | INDUSTRIAL BANK CO, LTD ATTN: TONG LIN, LEGAL DEPT., FINANCIAL MARKETS 28F, XINGYE BUILDING NO. 168 JIANG NING ROAD SHANHAI, 200041 CHINA | 12930 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,027,727.00* | Lehman Brothers Special Financing Inc. | Unsecured | $637,544.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 17820 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,616.26 | Lehman Brothers Special Financing Inc. | Unsecured | $8,595.08 |
| 56 | JFJ INVESTMENTS INC. ATTN: JEAN BURNS 1501 2ND AVENUE TAMPA, FL 33605 | 12471 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $454,500.00* | Lehman Brothers Special Financing Inc. | Unsecured | $315,423.00 |
| 57 | KILROY REALTY, L.P. ATTN: RICHARD E. MORAN JR., EVP AND CFO 12200 W. OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES, CA 90064 | 12597 | 09/14/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,400,000.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,369,711.00 |
| 58 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17727 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $86,495,307.00*<br><br>$86,495,307.00 | Lehman Brothers Special Financing Inc. | Unsecured | $26,480,252.50 |
| 59 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17728 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,495,307.00* | Lehman Brothers Holdings Inc. | Unsecured | $26,480,252.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 60 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17729 | 09/18/2009 | Lehman Brothers Commercial Corporation | Secured Unsecured Subtotal | Undetermined $1,306,502.00* $1,306,502.00 | Lehman Brothers Commercial Corporation | Unsecured | $991,245.47 |
| 61 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17730 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,306,502.00* | Lehman Brothers Holdings Inc. | Unsecured | $991,245.47 |
| 62 | LOEB ARBITRAGE B FUND LP C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12032 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $221,839.28 | Lehman Brothers Holdings Inc. | Unsecured | $190,663.71 |
| 63 | LOEB ARBITRAGE B FUND LP C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12033 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $221,839.28 | Lehman Brothers Special Financing Inc. | Unsecured | $190,663.71 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 64 | LOEB ARBITRAGE FUND C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12034 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $523,298.49 | Lehman Brothers Holdings Inc. | Unsecured | $458,125.91 |
| 65 | LOEB ARBITRAGE FUND C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12035 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $523,298.49 | Lehman Brothers Special Financing Inc. | Unsecured | $458,125.91 |
| 66 | LOEB OFFSHORE B FUND LTD. C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12028 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,590.90 | Lehman Brothers Holdings Inc. | Unsecured | $70,095.28 |
| 67 | LOEB OFFSHORE B FUND LTD. C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12029 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $81,590.90 | Lehman Brothers Special Financing Inc. | Unsecured | $70,095.28 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 68 | LOEB OFFSHORE FUND LTD. C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12030 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $97,247.72 | Lehman Brothers Holdings Inc. | Unsecured | $85,186.59 |
| 69 | LOEB OFFSHORE FUND, LTD. C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK, NY 10006 | 12031 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $97,247.72 | Lehman Brothers Special Financing Inc. | Unsecured | $85,186.59 |
| 70 | MARATHON MASTER FUND LTD MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK, NY 10036 | 66358 | 03/04/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $89,848.00* | Lehman Brothers Special Financing Inc. | Unsecured | $84,262.36 |
| 71 | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. C/O MARATHON ASSET MANAGEMENT ATTENTION : GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK, NY 10036 | 23673 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $647,539.00* | Lehman Brothers Special Financing Inc. | Unsecured | $593,522.75 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 72 | MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. C/O MARATHON ASSET MANAGEMENT ATTENTION : GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK, NY 10036 | 23674 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $642,898.00* | Lehman Brothers Holdings Inc. | Unsecured | $593,522.75 |
| 73 | MARINER LDC ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23763 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,116,026.89* | Lehman Brothers Special Financing Inc. | Unsecured | $4,654,409.49 |
| 74 | MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON, NY 10528 | 23755 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,180,156.42* | Lehman Brothers Special Financing Inc. | Unsecured | $7,839,212.70 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75 | MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON, NY 10528 | 23756 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $14,180,156.42* | Lehman Brothers Holdings Inc. | Unsecured | $7,839,212.70 |
| 76 | MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. ATTN: PAUL SCOTT PRICE 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP, WA 98374 | 31929 | 09/22/2009 | Lehman Brothers Derivative Products Inc. | Priority | $44,497.53 | Lehman Brothers Derivative Products Inc. | Unsecured | $40,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 77 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR NEW YORK, NY 10036 | 17450 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $2,891,939.45*  $2,891,939.45 | Lehman Brothers Special Financing Inc. | Unsecured | $1,355,932.32 |
| 78 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 18011 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $2,891,939.45 | Lehman Brothers Holdings Inc. | Unsecured | $1,355,932.32 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 24 of 40

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 79 | MITSUI & CO ENERGY RISK MANAGEMENT LTD ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON, EC4M 7BB UNITED KINGDOM | 14100 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Secured | $4,301,122.82 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,399,237.86 |
| 80 | MITSUI & CO ENERGY RISK MANAGEMENT LTD ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON, EC4M 7BB UNITED KINGDOM | 14101 | 09/16/2009 | Lehman Brothers Holdings Inc. | Secured | $4,301,122.82 | Lehman Brothers Holdings Inc. | Unsecured | $1,399,237.86 |
| 81 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL, H3B 4L2 CANADA | 15693 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,895,458.00* | Lehman Brothers Holdings Inc. | Unsecured | $524,621.43 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 82 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 15848 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,895,458.00* | Lehman Brothers Special Financing Inc. | Unsecured | $524,621.43 |
| 83 | NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM, AL 35210 | 29995 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $913,798.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,114,466.85 |
| 84 | NEWTON, ROGER AND COCO JTWROS 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 15249 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $400,020.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $22,125.00 |
| 85 | NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33279 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $936,320.07* | Lehman Brothers Special Financing Inc. | Unsecured | $297,645.90 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 86 | NISOURCE FINANCE CORP ATTN: VINCENT V. REA 801 E. 86TH AVE MERRILLVILLE, IN 46410 | 19227 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,796,998.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,795,405.00 |
| 87 | ORE HILL CREDIT HUB FUND LTD. F/K/A ORE HILL CONCENTRATED CREDIT HUB FUND LIMITED C/O ORE HILL PARTNERS LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019 | 21916 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,005,235.00* | Lehman Brothers Holdings Inc. | Unsecured | $694,116.78 |
| 88 | ORE HILL CREDIT HUB FUND LTD. FKA ORE HILL CONCENTRATED CRED HUB FUND FKA ONE HILL CONCENTRATED CREDIT HUB FUND C/O ORE HILL PARTNERS, LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019 | 21915 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,005,235.00* | Lehman Brothers Special Financing Inc. | Unsecured | $694,116.78 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 89 | OWL CREEK I, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30836 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,477.00* | Lehman Brothers Holdings Inc. | Unsecured | $80,000.85 |
| 90 | OWL CREEK I, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30837 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $86,477.00* | Lehman Brothers Special Financing Inc. | Unsecured | $80,000.85 |
| 91 | OWL CREEK II, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30834 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $627,833.00* | Lehman Brothers Holdings Inc. | Unsecured | $580,813.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 92 | OWL CREEK II, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30835 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $627,833.00* | Lehman Brothers Special Financing Inc. | Unsecured | $580,813.20 |
| 93 | OWL CREEK OVERSEAS FUND, LTD C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30832 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,224,642.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,132,926.79 |
| 94 | OWL CREEK OVERSEAS FUND, LTD C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30833 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,224,642.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,132,926.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 95 | PEABODY ENERGY CORPORATION C/O BRYAN L. SUTTER, ESQ. 701 MARKET STREET, STE. 900 ST. LOUIS, MO 63101-1826 | 15942 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $975,829.64 | Lehman Brothers Holdings Inc. | Unsecured | $753,054.18 |
| 96 | PEABODY ENERGY CORPORATION C/O BRYAN L. SUTTER, ESQ. 701 MARKET STREET, STE 900 ST. LOUIS, MO 63101-1826 | 8037 | 08/12/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $975,829.64 | Lehman Brothers Special Financing Inc. | Unsecured | $753,054.18 |
| 97 | PENTWATER GROWTH FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14082 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,759,866.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,061,522.57 |
| 98 | PENTWATER GROWTH FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14083 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,759,866.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,061,522.57 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 99 | POHJOLA BANK PLC LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA, FINLAND | 21406 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $21,156,071.58*<br>Undetermined<br><br>$21,156,071.58 | Lehman Brothers Holdings Inc. | Unsecured | $19,096,516.13 |
| 100 | POHJOLA BANK PLC LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA, FINLAND | 21407 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $21,213,636.38*<br>Undetermined<br><br>$21,213,636.38 | Lehman Brothers Special Financing Inc. | Unsecured | $18,558,623.98 |
| 101 | PROSPECT HARBOR CREDIT PARTNERS, L.P. ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON, MA 02199 | 43781 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,243,494.52 | Lehman Brothers Special Financing Inc. | Unsecured | $356,127.17 |
| 102 | PROSPECT HARBOR CREDIT PARTNERS, L.P. ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON, MA 02199 | 43782 | 10/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,243,494.52 | Lehman Brothers Holdings Inc. | Unsecured | $356,127.17 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 103 | QFR MASTER VICTORIA FUND, L.P. C/O QFR CAPITAL GROUP, LLC ATTN: JOSE LUIS DAZA ATTN: KRISTEN BOYLE 489 FIFTH AVENUE 31ST FLOOR NEW YORK, NY 10167 | 16735 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,416,867.17* | Lehman Brothers Holdings Inc. | Unsecured | $1,940,290.69 |
| 104 | QFR MASTER VICTORIA FUND, L.P. C/O QFR CAPITAL GROUP, LLC ATTN: JOSE LUIS DAZA ATTN: KRISTEN BOYLE 489 FIFTH AVENUE 31ST FLOOR NEW YORK, NY 10167 | 16737 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,416,867.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,940,290.69 |
| 105 | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: NOEL NESSER, CHIEF FINANCIAL OFFICER - ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 24371 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,338,738.95* | Lehman Brothers Holdings Inc. | Unsecured | $7,069,667.23 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 106 | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: NOEL NESSER, CHIEF FINANCIAL OFFICER - ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 25647 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $7,388,738.95* Undetermined  $7,388,738.95 | Lehman Brothers Special Financing Inc. | Unsecured | $7,069,667.23 |
| 107 | RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD F/K/A RCG LATITUDE MASTER FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK, NY 10022 | 26598 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $128,947.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 108 | ROSS FINANCIAL CORPORATION C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN, KY1-1206 CAYMAN ISLANDS | 23839 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,683,905.85* | Lehman Brothers Holdings Inc. | Unsecured | $37,762,892.91 |
| 109 | ROSS FINANCIAL CORPORATION C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN, KY1-1206 CAYMAN ISLANDS | 23840 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,683,905.85* | Lehman Brothers Special Financing Inc. | Unsecured | $37,762,892.91 |
| 110 | ROYAL CHARTER PROPERTIES - EAST, INC. ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK, NY 10021 | 10220 | 09/03/2009 | Lehman Brothers Derivative Products Inc. | Administrative<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$8,911,102.24*<br>Undetermined<br><br>$8,911,102.24 | Lehman Brothers Derivative Products Inc. | Unsecured | $7,085,655.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 111 | SANKATY CREDIT OPPORTUNITIES II LP ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON, MA 02199 | 43777 | 10/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,124,985.90 | Lehman Brothers Holdings Inc. | Unsecured | $15,448.13 |
| 112 | SANKATY CREDIT OPPORTUNITIES III LP ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON, MA 02199 | 43778 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,124,985.90 | Lehman Brothers Special Financing Inc. | Unsecured | $15,448.13 |
| 113 | SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO ATTN: ADA L. SOLA-FERNANDEZ, ASSOCIATE VP FOR FINANCIAL AFFAIRS PO BOX 21345 SAN JUAN, 00928-1345 PUERTO RICO | 30843 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $3,500,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,237.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 114 | SPCP GROUP, L.L.C. TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 1299 | 12/12/2008 | Lehman Brothers Holdings Inc. | Unsecured | $1,046,015.30* | Lehman Brothers Holdings Inc. | Unsecured | $201,399.83 |
| 115 | SPCP GROUP, L.L.C. TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 1300 | 12/12/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $1,046,015.30* | Lehman Brothers Special Financing Inc. | Unsecured | $201,399.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 116 | SPCP GROUP, LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 08630 | 33129 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $642,451.00 | Lehman Brothers Holdings Inc. | Unsecured | $495,488.00 |
| 117 | SPCP GROUP, LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 08630 | 33130 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $642,451.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $495,488.00 |
| 118 | STATE BANK OF INDIA C/O TLT LLP ATTN: RICHARD TALL ONE REDCLIFF STREET BRISTOL, BS1 6TP UNITED KINGDOM | 9280 | 08/24/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $48,500.00 $1,234,000.00 $1,282,500.00 | Lehman Brothers Special Financing Inc. | Unsecured | $836,460.00 |
| 119 | STATE BANK OF INDIA C/O TLT LLP ATTN: RICHARD TALL ONE REDCLIFF STREET BRISTOL, BS1 6TP UNITED KINGDOM | 9371 | 08/25/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $48,500.00 $1,234,000.00 $1,282,500.00 | Lehman Brothers Holdings Inc. | Unsecured | $836,460.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 120 | THOMSON REUTERS GROUP LIMITED ATTN: DARAGH FAGAN, DIRECTOR THE THOMSON REUTERS BUILDING SOUTH COLONNADE, CANARY WHARF LONDON, E14 5EP UNITED KINGDOM | 22149 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,923,532.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,766,368.61 |
| 121 | THOMSON REUTERS GROUP LIMITED ATTN: DARAGH FAGAN, DIRECTOR THE THOMSON REUTERS BUILDING SOUTH COLONNADE, CANARY WHARF LONDON, E14 5EP UNITED KINGDOM | 22150 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,923,532.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,726,742.74 |
| 122 | TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23751 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,856,351.75* | Lehman Brothers Special Financing Inc. | Unsecured | $684,952.08 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 123 | TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23752 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,856,351.75* | Lehman Brothers Holdings Inc. | Unsecured | $684,952.08 |
| 124 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH, CT 06831 | 27671 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $299,947.80* | Lehman Brothers Special Financing Inc. | Unsecured | $289,723.85 |
| 125 | TYTICUS MASTER FUND LTD. C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT ATTN: JOSEPH WUNDERLICH 63 COPPS HILL ROAD RIDGEFIELD, CT 06877 | 22654 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,928,804.50* | Lehman Brothers Holdings Inc. | Unsecured | $4,201,026.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT A – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 126 | TYTICUS MASTER FUND, LTD. C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P. ATTN: JOSEPH WUNDERLICH 63 COPPS HILL ROAD RIDGEFIELD, CT 06877 | 22656 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $6,928,804.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,201,026.50 |
| 127 | VENOCO, INC. TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA, CA 93013 | 4479 | 05/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $710,506.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $133,858.17 |
| 128 | VENOCO, INC. TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA, CA 93013 | 4480 | 05/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $710,506.00 | Lehman Brothers Holdings Inc. | Unsecured | $133,858.17 |
| | | | | | TOTAL | $903,086,365.86 | | TOTAL | $475,501,146.74 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the sixty-seventh omnibus objection to claims, dated November 3, 2010 (the "Sixty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in certain instances), clarify (in certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records; that the classifications (in certain instances) are improperly identified as secured, administrative expenses or priority claims on claimants' proofs of claim; and that the Debtor against whom the claim is asserted, in certain instances, has been determined by the Debtors to be in need of clarification after a review of the claimants' supporting

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Seventh Omnibus Objection to Claims.

documentation; all as more fully described in the Sixty-Seventh Omnibus Objection to

Claims; and due and proper notice of the Sixty-Seventh Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Sixty-Seventh Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set

forth in the second amended order entered on June 17, 2010 governing case management

and administrative procedures for these cases [Docket No. 9635]; and it appearing that no

other or further notice need be provided; and the Court having found and determined that

the relief sought in the Sixty-Seventh Omnibus Objection to Claims is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Sixty-Seventh Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Sixty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Claim Amount", reclassified to the classification listed

under the column heading "Modified Class", and clarified to the Debtor listed under the

column heading "Modified Debtor"; and it is further

2

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Sixty-Seventh Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE