> **THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

            **PLEASE TAKE NOTICE** that on November 3, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their sixty-eighth omnibus objection to

claims (the "Debtors' Sixty-Eighth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Sixty-Eighth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **December 22, 2010 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixty-

Eighth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,

Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

US_ACTIVE:\43540952\04\58399.0008

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**December 6, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

                **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Sixty-Eighth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Sixty-

Eighth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated:  November 3, 2010
       New York, New York

                             /s/ Shai Y. Waisman
                             Shai Y. Waisman

                             WEIL, GOTSHAL & MANGES LLP
                             767 Fifth Avenue
                             New York, New York 10153
                             Telephone: (212) 310-8000
                             Facsimile: (212) 310-8007

                             Attorneys for Debtors
                             and Debtors in Possession

US_ACTIVE:\43540952\04\58399.0008

**HEARING DATE AND TIME: December 22, 2010 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE:  December 6, 2010 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**DEBTORS' SIXTY-EIGHTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

   Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), respectfully represent as follows:

## <u>Relief Requested</u>

   1.  The Debtors file this sixty-eighth omnibus objection to claims (the "<u>Sixty-Eighth Omnibus Objection to Claims</u>") pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "<u>Procedures Order</u>") [Docket No. 6664], seeking entry of an order reducing, reclassifying (in certain instances), modifying the Debtor entity (in certain instances), and allowing the claims listed on <u>Exhibit A</u> annexed hereto.[1]

   2.  The Debtors have examined the proofs of claim identified on <u>Exhibit A</u> and have determined that the proofs of claim listed on <u>Exhibit A</u> (collectively, the "<u>Settled Derivative Claims</u>") should be reduced, reclassified and modified (in certain instances), and allowed.  Pursuant to this Court's order approving procedures for the settlement or assumption and assignment of prepetition derivative contracts (the "<u>December Order</u>") [Docket No. 2257], claimants and the Debtors have negotiated settlements of disputes related to derivative claims.  These signed agreements include

---

[1] Not all claims listed on <u>Exhibit A</u> require reclassification or modification of the Debtor entity.  <u>Exhibit A</u>, however, sets forth which specific claims will be reclassified to non-priority general unsecured claims pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

US_ACTIVE:\43540952\04\58399.0008

claim values and identify the correct Debtor entity against whom the claim would be

asserted.  The proofs of claim being objected to are not consistent with such settlements.

The Debtors, therefore, request that the Court reduce, reclassify, and/or modify, as

appropriate, each such claim to reflect (a) the Debtor listed on <u>Exhibit A</u> under the

column heading *"Modified Debtor,"* (b) the amount listed under the column heading

*"Modified Amount,"* and (c) the classification listed under the column heading *"Modified*

*Class."*  The Debtors further request that the Court allow each such claim only to the

extent of such modified amount and classification and only as to the modified Debtor.

**<u>Jurisdiction</u>**

3.    This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**<u>Background</u>**

4.    Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

5.    On September 17, 2008, the United States Trustee for the Southern

District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "<u>Creditors'</u>

<u>Committee</u>").

3

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivative contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivative Claims Should Be Reduced, Reclassified, and Allowed**

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated an agreement with the claimants for a total claim value and (in certain instances) a classification and Debtor entity that is not the value, classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

4

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.     Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

claimants negotiated and agreed to claim values and (in certain instances) classifications

and Debtor entities that are not reflected on the proof of claim forms filed by these

claimants.  The agreements regarding the claim values, claim classifications, and

designation as to appropriate Debtor counterparty are reflected in written "Termination

Agreements" executed by the relevant Debtor and the holder of the Settled Derivative

Claim.

12.     The holders of the Settled Derivative Claims agreed that their

claims would be against the Debtor counterparty that is reflected on Exhibit A under the

column heading *"Modified Debtor,"* and in the reduced amounts and classifications that

are reflected under the column headings *"Modified Amount"* and *"Modified Class."*  The

Debtors are seeking only to reclassify claims or modify the Debtor where the claimant's

proof of claim is not consistent with such claimant's Termination Agreement.

Accordingly, in order to properly reflect the Debtors' and claimants' agreements with

respect to the Debtor entity, value, and classification of these claims, the Debtors request

that the Court reduce, reclassify, and/or modify (as appropriate) each Settled Derivative

Claim to reflect (a) the Debtor entity listed on Exhibit A under the column heading

*"Modified Debtor,"* (b) the value listed under the column heading *"Modified Amount,"*

and (c) the classification under the column heading *"Modified Class."*  The Debtors

5

further request that the Court allow each such Settled Derivative Claim only to the extent

of such modified amount and classification listed on <u>Exhibit A</u> under the column

headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified*

*Debtor"* set forth therein.

**<u>Notice</u>**

13.     No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this Sixty-Eighth Omnibus Objection to Claims on (i) the

U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney

for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>, and (vii)

all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no

other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

6

Dated:  November 3, 2010
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

7

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANP FUNDING I LLC 62 FOREST STREET, SUITE 102 ATTN: DAVID MUSSELMAN, VICE PRESIDENT & GENERAL COUNSEL MARLBOROUGH, MA 01752 | 14175 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,259,504.83* | Lehman Brothers Commodity Services Inc. | Unsecured | $4,700,000.00 |
| 2 | ANP FUNDING I, LLC ATTN: DAVID MUSSELMAN 62 FOREST STREET, SUITE 102 MARLBOROUGH, MA 01752 | 14162 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,241,381.77* | Lehman Brothers Holdings Inc. | Unsecured | $4,700,000.00 |
| 3 | BASSWOOD FINANCIAL PARTNERS LP C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28509 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $251,000.00 $262,521.00  $513,521.00 | Lehman Brothers Special Financing Inc. | Unsecured | $459,390.96 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BASSWOOD FINANCIAL PARTNERS LP C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 0TH FLOOR NEW YORK, NY 10022 | 28510 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $251,000.00 $262,521.00 $513,521.00 | Lehman Brothers Holdings Inc. | Unsecured | $459,390.96 |
| 5 | BASSWOOD INTERNATIONAL FUND C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28505 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $117,974.00 | Lehman Brothers Holdings Inc. | Unsecured | $105,538.41 |
| 6 | BASSWOOD INTERNATIONAL FUND C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28506 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $117,974.00 | Lehman Brothers Special Financing Inc. | Unsecured | $105,538.41 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | BASSWOOD OPPORTUNITY FUND INC C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28502 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $163,162.00 | Lehman Brothers Special Financing Inc. | Unsecured | $145,963.16 |
| 8 | BASSWOOD OPPORTUNITY FUND INC C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28513 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,162.00 | Lehman Brothers Holdings Inc. | Unsecured | $145,963.16 |
| 9 | BASSWOOD OPPORTUNITY PARTNERS, LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28503 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $95,648.00 | Lehman Brothers Special Financing Inc. | Unsecured | $85,565.78 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BASSWOOD OPPORTUNITY PARTNERS, LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28504 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,648.00 | Lehman Brothers Holdings Inc. | Unsecured | $85,565.78 |
| 11 | BEAFORD INVESTMENTS LIMITED JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 NASSAU, BAHAMAS | 17243 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,260,500.00* | Lehman Brothers Commercial Corporation | Unsecured | $1,266,500.00 |
| 12 | CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 32OO FORT WORTH, TX 76102 | 25620 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,133,408.59 | Lehman Brothers Special Financing Inc. | Unsecured | $4,407,155.92 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | 32617 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $51,493,425.86 | Lehman Brothers Special Financing Inc. | Unsecured | $48,714,584.08 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $14,418,159.17 | | | $13,640,083.48 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $6,179,211.12 | | | $5,845,750.11 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $10,298,685.15 | | | $9,742,916.80 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,746,712.93 | | | $24,357,292.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP NEW YORK, NY 10119 | | | | | $19,577,335.86 | | | $18,520,845.29 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $25,746,712.93 | | | $24,357,292.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | 32618 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $51,493,425.86 | Lehman Brothers Holdings Inc. | Unsecured | $48,714,584.08 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $14,418,159.17 | | | $13,640,083.48 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $6,179,211.12 | | | $5,845,750.11 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $10,298,685.15 | | | $9,742,916.80 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,746,712.93 | | | $24,357,292.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP NEW YORK, NY 10119 | | | | | $19,577,335.86 | | | $18,520,845.29 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $25,746,712.93 | | | $24,357,292.04 |
| 15 DCI LONG-SHORT CREDIT FUND ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SAN FRANCISCO, CA 94105 | 10166 | 09/02/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $50,123,902.00 | Lehman Brothers Special Financing Inc. | Unsecured | $27,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | DWIGHT ABSOLUTE RETURN FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON, VT 05401 | 32250 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,465.28 | Lehman Brothers Special Financing Inc. | Unsecured | $7,864.58 |
| 17 | DWIGHT ABSOLUTE RETURN FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 32545 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,465.28 | Lehman Brothers Holdings Inc. | Unsecured | $7,864.58 |
| 18 | DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 32502 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,679.17 | Lehman Brothers Holdings Inc. | Unsecured | $3,118.76 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                        Page 11 of 36

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 32549 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,679.17 | Lehman Brothers Special Financing Inc. | Unsecured | $3,118.76 |
| 20 | ENTERPRISE PRODUCTS OPERATING LLC C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS STE 4200 HOUSTON, TX 77002 | 33183 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,386,405.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,426,070.87 |
| 21 | ENTERPRISE PRODUCTS OPERATING LLC C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS, STE. 4200 HOUSTON, TX 77019 | 36945 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,386,405.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,426,070.87 |
| 22 | GALLERY QMS MASTER FUND LTD. C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK, NY 10022 | 18250 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,723,883.50 | Lehman Brothers Holdings Inc. | Unsecured | $703,883.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | GALLERY QMS MASTER FUND LTD. C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK, NY 10022 | 18251 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,723,883.50 | Lehman Brothers Special Financing Inc. | Unsecured | $703,883.50 |
| 24 | JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28507 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $47,899.00 | Lehman Brothers Special Financing Inc. | Unsecured | $42,849.99 |
| 25 | JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28508 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $47,899.00 | Lehman Brothers Holdings Inc. | Unsecured | $42,849.99 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32619 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $11,936.52 | Lehman Brothers Special Financing Inc. | Unsecured | $11,292.35 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $8,790.91 | | | $8,316.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $3,767.53 | | | $3,564.21 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $6,279.23 | | | $5,940.37 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $15,698.05 | | | $14,850.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | $31.396.11 | | | $29.701.79 |
| **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | $15,698.05 | | | $14,850.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 27 | **MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036** | 32620 | 09/22/2009 | **Lehman Brothers Special Financing Inc.** | Secured | $359,251.69 | **Lehman Brothers Special Financing Inc.** | Unsecured | $339,864.68 |
| | **TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022** | | | | | $264,578.81 | | | $250,300.82 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $113,390.92 | | | $107,271.78 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $188,984.86 | | | $178,786.30 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $472,462.16 | | | $446,965.75 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| | | | | | | | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | **$944,924.32** | | | **$893,931.50** |
| **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | **$472,462.16** | | | **$446,965.75** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32621 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $24,383.50 | Lehman Brothers Special Financing Inc. | Unsecured | $23,067.65 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $17,957.77 | | | $16,988.68 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $7,696.19 | | | $7,280.87 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $12,826.98 | | | $12,134.77 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $32,067.44 | | | $30,336.92 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | **$64,134.88** | | | **$60,673.84** |
| **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | **$32,067.44** | | | **$30,336.92** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 29 | **MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036** | 32622 | 09/22/2009 | **Lehman Brothers Special Financing Inc.** | Secured | $17,904.77 | **Lehman Brothers Special Financing Inc.** | Unsecured | $16,938.54 |
| | **TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022** | | | | | $13,186.37 | | | $12,474.77 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $5,651.30 | | | $5,346.33 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $9,418.84 | | | $8,910.55 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $23,547.08 | | | $22,276.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $47,094.16 | | | $44,552.73 |
| TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $23,547.08 | | | $22,276.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK NEW YORK, NY 10036 | 32623 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $34,196.62 | Lehman Brothers Special Financing Inc. | Unsecured | $32,351. 20 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $25,184.86 | | | $23,825.76 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $10,793.51 | | | $10,211.04 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $17,989.18 | | | $17,018.39 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $44,972.96 | | | $42,545.99 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | **$89,945.91** | | | | **$85,091.98** |
| **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | **$44,972.96** | | | | **$42,545.99** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32624 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $68,907.68 | Lehman Brothers Special Financing Inc. | Unsecured | $65,189.08 |
| | TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $21,749.39 | | | $20,575.68 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $50,748.57 | | | $48,009.92 |
| TRANSFERRED TO: MONARCH MASTER FUNDING LTD TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK, NY 10022 | | | | | $36,248.99 | | | $34,292.81 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $90,622.45 | | | $85,732.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| | **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | $181,244.91 | | | $171,464.03 |
| | **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | $90,622.45 | | | $85,732.01 |
| 32 | **MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK, NY 10004** | 26206 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,034,976.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,800,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK, NY 10004 | 26208 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,027,563.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,800,000.00 |
| 34 | OLD MUTUAL (US) HOLDINGS INC C/O DWIGHT ASSET MANAGMENT COMPANY LLC 100 BANK STREET BURLINGTON, V 05401 | 32447 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,786.11 | Lehman Brothers Holdings Inc. | Unsecured | $2,745.83 |
| 35 | OLD MUTUAL (US) HOLDINGS INC. C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 31764 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,786.11 | Lehman Brothers Special Financing Inc. | Unsecured | $2,745.83 |
| 36 | PREGIS CORPORATION ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD, IL 60015 | 20254 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,319,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37 | PREGIS CORPORATION ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD, IL 60015 | 20255 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $1,319,000.00 |
| 38 | REGIONS BANK KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN: JOHN F. ISBELL ATLANTA, GA 30309 | 1121 | 11/26/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $17,349,437.00 | Lehman Brothers Special Financing Inc. | Unsecured | $14,853,993.00 |
| 39 | REGIONS BANK KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN: JOHN F. ISBELL ATLANTA, GA 30309 | 1122 | 11/26/2008 | Lehman Brothers Holdings Inc. | Unsecured | $17,349,437.00 | Lehman Brothers Holdings Inc. | Unsecured | $14,853,993.00 |
| 40 | SRI FUND, L.P. C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 25614 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,928,752.65 | Lehman Brothers Special Financing Inc. | Unsecured | $2,146,671.65 |
| 41 | STANDARD GENERAL MASTER FUND LP ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 11417 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,968,403.58* | Lehman Brothers Holdings Inc. | Unsecured | $3,698,260.15 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 42 | **STANDARD GENERAL MASTER FUND LP ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022** | 11418 | 09/11/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $3,972,072.99* | **Lehman Brothers Special Financing Inc.** | Unsecured | $3,698,260.15 |
| 43 | **TLP TRADING LLC ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST, IL 60045** | 20171 | 09/21/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $4,039,784.00* | **Lehman Brothers Special Financing Inc.** | Unsecured | $3,800,000.00 |
| 44 | **TLP TRADING LLC ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST, IL 60045** | 30805 | 09/22/2009 | **Lehman Brothers Holdings Inc.** | Unsecured | $4,039,784.00 | **Lehman Brothers Holdings Inc.** | Unsecured | $3,800,000.00 |
| 45 | **VINING-SPARKS IBG, LIMITED PARTNERSHIP ATTN: MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS, TN 38120** | 33133 | 09/22/2009 | **Lehman Brothers Holdings Inc.** | Unsecured | $123,054.51 | **Lehman Brothers Holdings Inc.** | Unsecured | $95,000.00 |
| 46 | **VINING-SPARKS IBG, LIMITED PARTNERSHIP MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS, TN 38120** | 33134 | 09/22/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $123,054.51 | **Lehman Brothers Special Financing Inc.** | Unsecured | $95,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28511 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $67,843.00 | Lehman Brothers Special Financing Inc. | Unsecured | $60,691.70 |
| 48 | WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28512 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $67,843.00 | Lehman Brothers Holdings Inc. | Unsecured | $60,691.70 |
| 49 | ZAIS ZEPHYR A-3, LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33620 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,586,329.09* | Lehman Brothers Holdings Inc. | Unsecured | $500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 50 | ZAIS ZEPHYR A-3, LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33621 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,586,329.09* | Lehman Brothers Special Financing Inc. | Unsecured | $500,000.00 |
| | | | | | TOTAL | $461,387,998.33 | | TOTAL | $404,628,513.39 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :        **08-13555 (JMP)**
                                                       :
                                    **Debtors.**       :        **(Jointly Administered)**
----------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' SIXTY-EIGHTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

Upon the sixty-eighth omnibus objection to claims, dated November 3,

2010 (the "Sixty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11

of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure,

and this Court's order approving procedures for the filing of omnibus objections to proofs

of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and

modify the Debtor entity (in certain instances), and allow the Settled Derivative Claims

on the grounds that the Debtors and claimants have agreed upon a claim value and, in

certain instances, a classification and Debtor counterparty that is not currently reflected

on the proof of claim, all as more fully described in the Sixty-Eighth Omnibus Objection

to Claims; and due and proper notice of the Sixty-Eighth Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Eighth Omnibus Objection to Claims.

claimants listed on Exhibit A attached to the Sixty-Eighth Omnibus Objection to Claims, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixty-Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Sixty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount and classification and against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"* *"Modified Class,"* and *"Modified Debtor"*; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Sixty-Eighth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

2

Dated: _____, 2010
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43540964\02\58399.0008