RECEIVED
OCT 2 6 2010
BANKRUPTCY COURT, SDNY
JAP

Oct. 22, 10

To all concerned re: Lehman Brothers
Holdings Inc., et al., Debtors
   Chapter 11 Case No. 08-1355,

    This written response is to oppose
the disallowance, expungement, reduce
or reclassification of my claims listed
on enclosed copies, Lehman Holdings,
Claim no.'s 10587 and 10588.
I oppose the afore named because
it is invested grant money post
Katrina that was to be used to
help me rebuild. And the IRA investment
with Lehman Bros. Holdings is all
of my retirement. In the past 12 yrs,
have trusted Lehman to be a safe
bond investment understanding that
bond investors are paid in any
event of loss of assets of a company.
To expunge any and all debts of this
Corporation will take hard earned
money that I planned on not only
for retirement, but also to rebuild
my home and life after a devestating
Hurricane. If the expungement is
allowed, I can't rebuild my gutted
home. It will be devestating to my
life now and at retirement. My
hope and prayers are that the
    Court does NOT allow the expungement
of my investment.

You must know that I am on disability due to a Thoracic Spine Injury that can NOT be operated on due to the dangerous risks involved. Living on a disability check is difficult to make ends meet. Medical bills for nerve blocks in Thoracic Spine for pain management and to keep me mobile (and out of wheel chair) are necessary and costly. This money is desperately needed for my medical expenses and to rebuild my home. It would devestate my life to loose this investment in Lehman Brothers.

Hopefully, the Court and attorneys in this case will review each claim on an individual basis. To allow the expungement can and will devestate many lives. My medical condition will not allow me to make the trip to the U.S. Bancruptcy Court in New York; therefore, I request to participate in a hearing telephonically.

Respectfully,

Karen T. Reinike

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

-----------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

LBH OMNI51 09-24-2010 (MERGE2,TXNUM2) 4000057646 MAIL ID *** 0033525704 *** BSIUSE: 427

REINIKE, KAREN TERESA TTEE
KAREN T REINIKE TRUST
FBO KAREN T REINIKE
PO BOX 6432
DIAMONDHEAD, MS 39525

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| REINIKE, KAREN TERESA TTEE KAREN T REINIKE TRUST FBO KAREN T REINIKE PO BOX 6432 DIAMONDHEAD, MS 39525 | Claim to be Disallowed and Expunged | 10587 | 9/8/2009 | 08-13555 | PRIORITY: $ 29,000.00 |
| | Surviving Claim | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Wilmington Trust Company, in its capacity as indenture trustee, on behalf of itself and the holders of certain senior unsecured notes (the "Senior Notes"). Your claim has been identified as also relating, in whole or in part, to the Senior Notes. **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Senior Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Senior Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Senior Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged.** Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————x

In re                                                          :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**

Debtors.                                    :        **(Jointly Administered)**

———————————————————————————x

LBH OMNI51 09-24-2010 (MERGE2,TXNUM2) 4000057647 MAIL ID *** 0033252705 *** BSIUSE: 428

REINIKE, KAREN TERESA TTEE
KAREN T REINIKE TRUST
FBO KAREN T REINIKE
PO BOX 6432
DIAMONDHEAD, MS 39525

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address: REINIKE, KAREN TERESA TTEE KAREN T REINIKE TRUST FBO KAREN T REINIKE PO BOX 6432 DIAMONDHEAD, MS 39525 | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| | Claim to be Disallowed and Expunged | 10588 | 9/8/2009 | 08-13555 | PRIORITY: $ 75,000.00 |
| | Surviving Claim | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Wilmington Trust Company, in its capacity as indenture trustee, on behalf of itself and the holders of certain senior unsecured notes (the "Senior Notes"). Your claim has been identified as also relating, in whole or in part, to the Senior Notes. **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Senior Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Senior Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Senior Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged. Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

———————————————

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

646-282-2500

**** LBH CLMLTR (MERGE2,TXNUM2) 4000057647 ****
REINIKE, KAREN TERESA TTEE
KAREN T REINIKE TRUST
FBO KAREN T REINIKE
PO BOX 6432
DIAMONDHEAD, MS 39525

October 07, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publicly available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:            LEHMAN BROTHERS HOLDINGS, INC.
Case Number:       08-13555
Creditor:          REINIKE, KAREN TERESA TTEE
Date Received:     09/08/2009
Claim Number:      10588

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000057646 ****
REINIKE, KAREN TERESA TTEE
KAREN T REINIKE TRUST
FBO KAREN T REINIKE
PO BOX 6432
DIAMONDHEAD, MS 39525

October 07, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | REINIKE, KAREN TERESA TTEE |
| Date Received: | 09/08/2009 |
| Claim Number: | 10587 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Karen Reinike*
*POB 6432, Diamondhead, MS 39525*
*Phone- 228-*
*255.0112*
*SSN - 467 21.6289*

# Fidelity

**FIDELITY PREFERRED SERVICES℠**

## Investment Report

September 1, 2010 - September 30, 2010

**Fidelity Account℠** 244-

KAREN T REINIKE TRUST U/A KAREN T REINIKE TRUSTEE FOR THE BENEFIT OF KAREN T REINIKE

LEHMAN BROS HLDGS INC LEHMAN
7.25000% 04/29/2038
FIXED COUPON
SEMIANNUALLY
NEXT CALL DATE
04/29/2011
IN MONETARY DEFAULT
AI:--
EAI:--
CUSIP: 52519FFM8

| | | | |
|---|---|---|---|
| 75,000.000 | 22.125 | 75,000.00B | 15,750.00 | 16,593.75 |

*Mutual Funds 99% of holdings*

*Karen Reinike,*
*POB 6432, Diamondhead, MS 39525*

*phone 228-*
*255-0112*

*SSN 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*

*$79,000*

# Fidelity Traditional IRA  121-____

## Investment Report
### September 1, 2010 - September 30, 2010

**KAREN T REINIKE - TRADITIONAL IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN**

### Holdings (Symbol) as of September 30, 2010
**Bonds 86% of holdings**

LEHMAN BROS HLDGS INC LEHMAN
FIXED COUPON
7.25000% 04/29/2038
SEMIANNUALLY
NEXT CALL DATE
04/29/2011
IN MONETARY DEFAULT
S&P:
CUSIP: 52519FFM8

| | Performance September 30, 2010 | Quantity September 30, 2010 | Price per Unit September 30, 2010 | Cost | Total Value September 1, 2010 | Total Value September 30, 2010 |
|---|---|---|---|---|---|---|
| | | 29,000.000 | $22.125 | $29,000.00 | $6,090.00 | $6,416.25 |

