I am writing you because I DO oppose the disallowance, expungement, reduction or reclassification of my claim.

Name of Bankruptcy court: United States Bankruptcy Court Southern District of New York.

Debtor: Lehman Brothers Holdings Inc., et al.,

Case number: Chapter 11 case 08-13555 (JPM)

Title of Objection: WTS Lehman Brothers Holdings Inc. Call warrant DE Shaw Oculus Fund (the warrants). Claim number 601 Unsecured $55,380.00

Name of claimant: Robert Maitin.

I own the warrants I bought from Lehman Brothers Holdings Inc. on July 24 2007. I am an unsecured creditor of Lehman Brothers. The warrants at the time Lehman Brothers went bankrupt had a value greater than the purchase price.

The claim should be allowed, as an owner of these warrants I am an unsecured creditor of Lehman Brothers. The warrants performance was linked to the performance of DE Shaw Oculus Fund, but issued by Lehman Brothers. Ultimate counterparty is Lehman Brothers Holdings Inc.

I believe the reason the claim was disallowed, proof of purchase and ownership was missing. I have enclosed proof of purchase and ownership of the warrants. The prospectus discusses, in case of bankruptcy I would be an unsecured creditor of Lehman Brothers Holding Inc.

Enclosed:
1) July 2007 statement showing purchase of the warrants.
2) Sept 2008 statement proof of ownership.
3) Sept 2010 statement, that the warrants are still in my brokerage account.

Sincerely,

Robert Maitin

RECEIVED OCT 27 2010 U.S. BANKRUPTCY COURT, SDNY JMP

# LEHMAN BROTHERS

**Financial resource account**
834-45387

ROBERT MAITIN AND
July 1 – July 31, 2007

## ACTIVITY

### Security transactions

| Security | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| **LEGG MASON PARTNERS MANAGED | Reinvest | 02 Jul 2007 | 02 Jul 2007 | 63.433 | | -$980.68 | REINVEST PRICE $ 15.46 |
| MUNS FD INC CL A | | | | | | | |
| NEW JERSEY ECONOMIC DEV AUTH | Redemption | 02 Jul 2007 | 02 Jul 2007 | -100,000 | | 100,000.00 | ISSUE REDEEMED FOR CASH |
| MKT RFDG-SR LIEN-SER A SPUR A | | | | | | | |
| CITIGROUP INC | Sold | 12 Jul 2007 | 17 Jul 2007 | -2,000 | 52.19 | 104,258.40 | NEGOTIATED AT .0600 CENTS |
| WTS LEHMAN BROS HLDGS INC | Bought | 24 Jul 2007 | 25 Jul 2007 | 213 | 260.00 | -55,380.00 | |
| CALL WT LKD DE SHAW OCULUS | | | | | | | |
| FD ACCD INVS | | | | | | | |
| WTS LEHMAN BROS HLDGS INC | Cancel buy | 24 Jul 2007 | 26 Jul 2007 | -213 | 260.00 | 55,380.00 | ORIGINAL SETTLEMENT 07/25/07 TO CXL PREVIOUS BUY |
| CALL WT LKD DE SHAW OCULUS | | | | | | | |
| FD ACCD INVS | | | | | | | |
| WTS LEHMAN BROS HLDGS INC | Bought | 24 Jul 2007 | 26 Jul 2007 | 213 | 260.00 | -55,380.00 | ORIGINAL S/D 07/25/07 PROCESSED 07/25/07 |
| CALL WT LKD DE SHAW OCULUS | | | | | | | |
| FD ACCD INVS | | | | | | | |
| WTS LEHMAN BROS HLDGS INC | Cancel buy | 24 Jul 2007 | 30 Jul 2007 | -213 | 260.00 | 55,380.00 | ORIGINAL S/D 07/25/07 TO CXL PREVIOUS BUY |
| CALL WT LKD DE SHAW OCULUS | | | | | | | |
| FD ACCD INVS | | | | | | | |
| WTS LEHMAN BROS HLDGS INC | Bought | 24 Jul 2007 | 30 Jul 2007 | 213 | 260.00 | -55,380.00 | ORIGINAL S/D 07/25/07 PROCESSED 07/25/07 |
| CALL WT LKD DE SHAW OCULUS | | | | | | | |
| FD ACCD INVS | | | | | | | |
| **Total USD security transactions** | | | | | | **$ 147,897.72** | |

### Deposits

| | Date | Amount | Comment |
|---|---|---|---|
| DEPOSIT JOHN HANCOCK LIFE INS CO. | 03 Jul 2007 | $4,300.00 | |
| DEPOSIT | 03 Jul 2007 | 60.61 | |
| DEPOSIT | 06 Jul 2007 | 10.00 | |
| DEPOSIT | 06 Jul 2007 | 75.00 | |
| DEPOSIT | 06 Jul 2007 | 190.65 | |
| DEPOSIT | 17 Jul 2007 | 456.86 | |
| DEPOSIT | 17 Jul 2007 | 1.32 | |
| DEPOSIT M & H ZERIN | 24 Jul 2007 | 1,000.00 | |
| DEPOSIT | 31 Jul 2007 | 5.00 | |
| DEPOSIT | 31 Jul 2007 | 223.70 | |
| DEPOSIT | 31 Jul 2007 | 623.84 | |
| **Total USD deposits** | | **$ 6,946.98** | |

# LEHMAN BROTHERS

**Brokerage account**
834-45387

ROBERT MAITIN AND

September 1 - September 30, 2008



## HOLDINGS

*In instances where prices of securities are not readily available, securities have not been actively traded or where other factors prevent the pricing of securities, "nav" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*
*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

## Equities

*Your statement contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent, third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.LehmanLive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found on Page 2 of your statement.*

| Common stocks(Symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL SECURITIES CORP (CET) | 1,014 | Not available | | $ 22.33 | $ 22,642.62 | | 1.335 | 302.17 | In cash account |

| Rights and warrants | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 213 | Not available | | | $ 430.30 | $ 91,653.90 | | | In cash account Indicative bid, as of 9/1/08. |

**Total Equities**  $ 114,296.52  $ 1,282.10  $ 302.17





# BARCLAYS WEALTH

**Brokerage account**
834-45387

ROBERT MAITIN AND
September 1 - September 30, 2010

page 6 of 9

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities may not have been actively traded or where other factors prevent the pricing of securities, "—" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*
*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

### Equities

*Your statement contains research ratings for companies covered by Barclays Capital Equity Research. Clients may access Barclays Capital research at www.barclayswealthamericas.com or by calling 1-800-253-4626. A complete description of Barclays Capital ratings may be found on Page 2 of your statement.*

*Note: Trade price may include any applicable local taxes and fees.*

### Structured investments

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 213 | Not available | | * | | | | | In cash account Unpriced security* Indicative bid, as of 9/1/10. |

**Total Equities** $0.00



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000000607 MAIL ID *** 0035611510 *** BSIUSE: 47

MAITIN, ROBERT
121 FOREST DR.
SHORT HILLS, NJ 07078

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>MAITIN, ROBERT<br>121 FOREST DR.<br>SHORT HILLS, NJ 07078 | **Claim Number:** 601 |
| | **Date Filed:** 11/12/2008 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 55,380.00 |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.