Diener Investments, LP
c/o Robert Diener
8 Indian Creek Island Road
Indian Creek Village FL 33154

United States bankruptcy Court
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,
            Debtors

Chapter 11 Case No. 08-13555 ( JPM)

Claim Number: 2067
Date Filed: 1/27/2009
Debtor: 08013555
Classification and Amount: UNSECURED : $1,251,456.80.
HEARING ON DEBTORS' FIFTY-EIGTH OMNIBUS OBJECTION TO CLAIMS ( No Supporting Documentation Claims)

Reason for Objection: Supporting documentation was provided with the original mailing of the claim. A copy of what was sent on 1/16/09 to the United States Bankruptcy Court is attached, but this documentation is not showing as received on the lehman-cocket.com website.

All correspondence regarding this should go to:

Robert Diener
305-496-5774 ( cell)
305-590-5400( office)
8 Indian Creek Island Road Indian Creek Village, Fl 33154


RECEIVED OCT 28 2010 U.S. BANKRUPTCY COURT, SDNY JMP

B 10 (Official Form 10) (12/07)

# UNITED STATES BANKRUPTCY COURT

**PROOF OF CLAIM**

Name of Debtor: Lehman Brothers Holdings Inc.

Case Number: 08-13555

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Diener Investments, L.P.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Robert Diener
8 Indian Creek Island Road
Indian Creek Village, FL 33154

Telephone number: 305-895-1160

Court Claim Number: _____
(*If known*)

Filed on: 1/16/09

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $1,251,456.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** warrant securities purchased
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property:$_____   Annual Interest Rate___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____    Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 1/16/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS

**Premier client account**
837-35959

**DIENER INVESTMENTS, L.P.**
August 1 - August 31, 2008

page 10 of 10

## TAX LOTS

** Days Held: Either # of days if held one year or less or L if held for more than one year or S/L for Index Options.

### Equities

| Rights and warrants - long | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC | 1,298 | 28 Apr 2008 | $252.25 | $327,425.65 | $256.70 | $333,196.60 | $5,770.95 | 126 |
| CALL WT LKD MILLENNIUM WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 2,134 | 25 Jul 2007 | 260.00 | 554,843.85 | 430.30 | 918,260.20 | 363,416.35 | L |