

(716) 841-1597

November 3, 2010

**Via Regular Mail & Electronic Filing**

William Kuntz, III
India Street, PO Box 1801
Nantucket Island, MA  02554

Re:     In re Lehman Brothers Holding, Inc., et al., Case No. 08-13555

Dear Mr. Kuntz:

You have called my office on a couple of occasions and have left no substantive messages that pertain to HSBC.  You have also complained on my voicemail that you have not yet heard from me, yet you leave no telephone number for me to return your calls.

Today when I spoke with you, you provided no reasonable basis as to why you need to be contacting me, a lawyer at HSBC. The most I can make of your calls is that you have a dispute with Lehman Brothers. You have, however, indicated that you included my name in pleadings in the Lehman Brothers bankruptcy cases, but again, you provide no basis for such alleged action.

I would very much appreciate it if you would refrain from contacting me as I have nothing to do with your disputes with Lehman Brothers.

Sincerely,

s/ Anne M. Peterson

Anne M. Peterson
Associate General Counsel

cc:     Hon. James M. Peck (Via Electronic Filing)
        Shai Y. Waisman, Esq. (Via Electronic Filing)

**HSBC Bank USA, National Association**
Office of General Counsel, One HSBC Center,  Buffalo, New York 14203