# FBN Securities, Inc.
Members New York Stock Exchange • FINRA • SIPC
120 Broadway Suite 1034
New York, NY 10006
Tel: 212 571 2722

Honorable James M. Peck
One Bowling Green,
New York, New York 10004
Courtroom 601

Weil, Gotshal & Manges LLP,
767 Fifth Avenue,
New York, New York 10153
Att Shai Waisman Esq.



RECEIVED
NOV - 1 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

The Office of the United States trustee for the Southern District of New York,
33 Whitehall Street, 21st Floor,
New York New York 10004
Attn: Andy Velez-Rivera Esq., Paul Schwartzberb, Esq., brian masumoto, Esq., Linda Riffkin, Esq, Tracy Hope Davis Esq.

Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'donnell, Esq., Evan Fleck Esq.

Item 1. FBN Securities Inc is the Debtor Case # 7305, objection is Fifty-Eight Omnibus Objection To Claims (No supporting documentation Claims.)

Item 2. FBN Securities Inc is a registered B/D and did agency business for Lehman Brothers. Lehman Brothers has been a customer of FBN securities since February 13, 2008 and received payment until June 30' 2008. The Month of July, August, and September have not been paid and amount to $10,500.

Item 3. I, Stephen Sax, Chief Compliance Officer for FBN Securities personally called Mr. Eric Encarcarnacion Esq at 214 746 7700 and was informed that FBN Securities did not submit evidence of supporting documentation supporting our claims. I am inclosing the invoices for July, August, and September, 2008 with specific breakdown of the security and dates and amounts due to FBN Securities totaling $10,500.

Item 4. From what Mr. Encarcarnacion explained to me is that when FBN initially filled this claim we did not provide supporting documentation. The billing instructions FBN Securities sent to Lehman Brothers is in the same format that FBN Securities sends to all of our customers. FBN Securities expects to be paid for our services, and has except for these three invoices for Lehman received payment from all of our customers.

Item 5. FBN Securities Inc has recently moved its office from 14 Wall Street to 120 Broadway 10th floor, New York New York 10006.

Item 6. Either Dennis Naso CEO or Stephen Sax Chief Compliance Officer FBN Securities Inc. has the authority to reconcile, settle, or otherwise resolve this claim.

# FBN Securities, Inc.
Members New York Stock Exchange • FINRA • SIPC
120 Broadway Suite 1034
New York, NY 10006
Tel: 212 571 2722

Contact Information
FBN Securities Inc
120 Broadway Suite 1034
New York, NY 10006
Telephone 212 571 2722.

*[signature]*

Sincerely
Stephen Sax
Chief Compliance Officer
FBN Securities Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                                                   :
                        Debtors.                   : (Jointly Administered)
                                                   :
------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000053871 MAIL ID *** 0035611516 *** BSIUSE: 53

FBN SECURITIES, INC.
14 WALL STREET, 30TH FLOOR
NEW YORK, NY 10005

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>FBN SECURITIES, INC.<br>14 WALL STREET, 30TH FLOOR<br>NEW YORK, NY 10005 | **Claim Number:** | 7305 |
| | **Date Filed:** | 7/30/2009 |
| | **Debtor:** | No Case |
| | **Classification and Amount:** | UNSECURED: $ 10,500.00 |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# FBN Securities, Inc.

14 Wall Street 30th Floor

New York, NY 10005

Tel: (212) 571-2722 (800) 638-9393

Fax: (212) 571-2727

Invoice #  10/21/2010

Date       21-Oct-10

**LEHMANN**
Account #    7

**July 2008**

| B/S | Quantity | Stock | Month | Strike Price | P/C | Price | Date | Billing | Trader | Trade ID | Exchange |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1000 | BHP | 1 | 95 | C | 3.225 | 7/9/2008 | $750.00 | | 655 | AMEX |
| S | 500 | UPL | 9 | 95 | C | 5.075 | 7/11/2008 | $375.00 | | 678 | AMEX |
| B | 1000 | FCX | 11 | 130 | C | 5.90 | 7/15/2008 | $750.00 | | 701 | AMEX |
| B | 500 | SD | 9 | 60 | C | 1.60 | 7/29/2008 | $375.00 | | 786 | AMEX |
| | 3000 | | | | | | | | | | |

NAME AND NUMBER OF FIRM OR MEMBER (PAYEE):
NAME OF FIRM OR MEMBER (PAYER) LEHMANN

*Wire Instructions:*
*Bank: JPMorgan Chase Bank*
*ABA Number: 021000021*
*ACT Number: 621503211265*
*ACT NAME: FBN Securities*

FBN Securities   CH # 3223
Fed ID# 13-3179514

July 2008

Total:    $2,250.00
(USD)

# FBN Securities, Inc.

14 Wall Street 30th Floor

New York, NY 10005

Tel: (212) 571-2722 (800) 638-9393

Fax: (212) 571-2727

Invoice # 10/21/2010

Date    21-Oct-10

**LEHMANN**
Account #    7

August 2008

| B/S | Quantity | Stock | Month | Strike Price | P/C | Price | Date | Billing | Trader | Trade ID | Exchange |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 2500 | UAUA | 9 | 15 | C | .775 | 8/6/2008 | $1,875.00 | | 833 | AMEX |
| B | 2500 | UAUA | 9 | 15 | C | .775 | 8/6/2008 | $1,875.00 | | 832 | AMEX |
| B | 450 | AKS | 9 | 60 | C | 2.80 | 8/12/2008 | $337.50 | | 865 | AMEX |
| B | 550 | AKS | 9 | 60 | C | 2.80 | 8/12/2008 | $412.50 | | 864 | AMEX |
| | 6000 | | | | | | | | | | |

NAME AND NUMBER OF FIRM OR MEMBER (PAYEE):
NAME OF FIRM OR MEMBER (PAYER) LEHMANN

**Wire Instructions:**
**Bank: JPMorgan Chase Bank**
**ABA Number: 021000021**
**ACT Number: 621503211265**
**ACT NAME: FBN Securities**

FBN Securities   CH # 3223
Fed ID# 13-3179514

August 2008

Total:    $4,500.00
(USD)

# FBN Securities, Inc.

14 Wall Street 30th Floor

New York, NY 10005

Tel: (212) 571-2722 (800) 638-9393

Fax: (212) 571-2727

Invoice # 10/21/2010

Date    21-Oct-10

**LEHMANN**
Account #    7

September 2008

| B/S | Quantity | Stock | Month | Strike Price | P/C | Price | Date | Billing | Trader | Trade ID | Exchange |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1000 | NOK | 10 | 18 | C | 1.20 | 9/9/2008 | $750.00 | | 965 | AMEX |
| B | 1000 | NOK | 10 | 18 | P | 1.30 | 9/9/2008 | $750.00 | | 964 | AMEX |
| S | 3000 | UAUA | 9 | 5 | P | .075 | 9/11/2008 | $2,250.00 | | 998 | AMEX |
| | 5000 | | | | | | | | | | |

NAME AND NUMBER OF FIRM OR MEMBER (PAYEE):
NAME OF FIRM OR MEMBER (PAYER)  LEHMANN

*Wire Instructions:*
*Bank: JPMorgan Chase Bank*
*ABA Number: 021000021*
*ACT Number: 621503211265*
*ACT NAME: FBN Securities*

FBN Securities   CH # 3223
Fed ID# 13-3179514

September 2008
Total:   $3,750.00
(USD)