# Audio INCORPORATED
### Sound System Design, Installation & Rental

170-172 West Westfield Ave
Roselle Park, NJ 07204
Phone: 908-620-1007 Fax: 908-620-1006
WWW.AUDIOINCORPORATED.COM

9/27/10

Name of Bankruptcy Court:
US Bankruptcy Court
Chambers of Honorable James M. Peck
One Bowling Green
New York, NY  10004
Courtroom 601

This letter is in response to Letter from US Bankruptcy Court, Southern District of NY
Re: Chapter 11
Case #08-13555 (JMP
Re: Lehman Brothers Holdings Inc.


Information:
Name of Debtor:
Lehman Brothers Holdings, Inc.
EIN#13-3216325
Title of Objection:  Notice of Hearing on Debtors Forty Sixth Omnibus:  Objection to Claims (No Debtor Claims)
Basis of claim – nonpayment of invoice for services rendered.
Services for Lehman Brothers Holdings, Inc. on 8/5/10 were performed satisfactorily.


If you have any questions, please contact:
Cat Joy
Office Manager
Audio Incorporated
170-172 West Westfield Avenue
Roselle Park, NJ  07204
(908) 620-1007



RECEIVED
NOV - 1 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

Audio Incorporated                 170-172 West Westfield Avenue   Roselle Park, NJ  07204
(908) 620-1007   (908) 620-1006Fax   www.audioincorporated.com

**Audio INCORPORATED**
Sound System Design, Installation & Rental

170-172 West Westfield Ave
Roselle Park, NJ 07204
Phone: 908-620-1007 Fax: 908-620-1006
WWW.AUDIOINCORPORATED.COM

# INVOICE               944986                                              August 19, 2008

Lehman Brothers
745 Seventh Avenue
New York NY 10019
Attn:  Spencer Firisen                      NY4

ORDER REF.:           INCOME CATEGORY: Service Call          SERVICE DATE: 8/5/08
   TERMS   **UPON RECEIPT**    JOB NUMBER:  15779-SC

Media Matrix Service                                        PRICE    UNIT    AMOUNT

Adam Bernhard
Service                                                     125.00    6       $750.00
Travel Time                                                  62.50    2       $125.00


US Bankruptcy Court Chapter 11 Case #08-13555 (JMP)


OVERDUE INVOICES ARE CHARGED AT 1.5% PER MONTH INTEREST

Make Checks Payable To:  Audio, Inc.       Federal ID# 223-315-491        **Subtotal**     $875.00
       Mail Payment To:  Audio, Inc.                                      **Sales Tax**     $73.28
                         170-172 West Westfield Ave
                         Roselle Park NJ 07204

                                                                            **Total**      $948.28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                    : Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
                                         :
                    Debtors.             : (Jointly Administered)
                                         :
---------------------------------------------------------------x

LBH OMNI46 09-24-2010 (MERGE2,TXNUM2) 4000064677 MAIL ID *** 0033526365 *** BSIUSE: 32

AUDIO INC
170-172 WEST WESTFIELD AVE
ROSELLE PARK, NJ 07204


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>AUDIO INC<br>170-172 WEST WESTFIELD AVE<br>ROSELLE PARK, NJ 07204 | **Claim Number:** 18295<br>**Date Filed:** 9/18/2009<br>**Classification and Amount:** UNSECURED: $ 1,135.66 |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as it was submitted without specifying a case number or a Debtor against whom the claim is asserted. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.