October 25, 2010

To Whom It May Concern,

Re: United States Bankruptcy Court Southern District of New York In re: Lehman Brothers Holding Inc. Debtors Case # 08-13555 (JMP)

I, JoAnne Beachy, have filed claim number 5151 on July 6, 2009, and I am providing you proof of purchase and continuing ownership of 5,000 ($50,000 face) Lehman Brothers notes, cusip #52523J412, which should invalidate Debtor's 58th Omnibus objection to claims and allow me to participate fully in this claim.

I am enclosing a copy of my UBS February 2008 statement which shows the purchase of said notes, as well as a current Morgan Stanley Smith Barney statement showing the position which transferred with my account from UBS in June 2008.

My husband, John Beachy, is the broker of record on this transaction and can be contacted at Morgan Stanley Smith Barney, if more information is required. He may be reached at 816-932-8763 or at john.beachy@mssb.com

Very truly yours,

JoAnne Beachy


RECEIVED
NOV - 1 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: **Lehman Brothers Holdings**      Case Number: **08-13555 (JMP)**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Morgan Stanley & Co Custodian JoAnne Beachy IRA**

Name and address where notices should be sent:
**JoAnne Beachy
6251 Rosewood
Mission, Kansas 66205**

Telephone number: **727-644-5301**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ **50,000**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Money loaned**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **8051 (SS#)**

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies orders, invoices, itemized statements of You may also attach a summary. Attach a security interest. You may also attach

DO NOT SEND ORIGINAL DOCUM…
SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000005151

·AFTER

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: **6/30/09**    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*JoAnne Beachy*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY
FILE RECEIVED
JUL 0 6 2009
EPIQ BANKRUPTCY SOLUTIONS LLC



# UBS

UBS Financial Services Inc.
700 WEST 47TH STREET
SUITE 500
KANSAS CITY, MO 64112

APZ2001461779 0208 X1 EI 0

# Retirement Account
February 2008

JOANNE BEACHY
ROLLOVER IRA
636 PONCE DE LEON BLVD
BELLEAIR    FL 33756-1086

**Account name:** JOANNE BEACHY
ROLLOVER IRA

**Account type:** IRA Rollover
**Account number:** EI 96153 06
**Universal ID:** 771100210DM

**Your Financial Advisor:**
BEACHY, JOHN J.
Phone: 816-751-5200/800-877-8200

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
› UBS is pleased to introduce your new redesigned statement. To learn more, please reference the guide included with this month's statement.

## Value of your account

|  | on January 31 ($) | on February 29 ($) |
|---|---|---|
| Your assets | 398,087.22 | 399,057.56 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$398,087.22** | **$399,057.56** |

## Tracking the value of your account



$ Thousands: Dec 2003: 24.0; Dec 2004: 67.2; Dec 2005: 349.5; Dec 2006: 389.4; Dec 2007: 406.6; Jan 2008: 398.1; Feb 2008: 399.1

**Sources of your account growth during 2008**

| | |
|---|---|
| Value of your account at year end 2007 | $406,568.48 |
| Your investment return: | |
| Dividend and interest income | $706.82 |
| Change in value of outside assets and accruals | $590.12 |
| Change in market value | -$8,717.86 |
| **Value of your account on Feb 29, 2008** | **$399,057.56** |

# UBS

Retirement Account
February 2008

Account name: JOANNE BEACHY
Account type: IRA Rollover
Account number: EI 96153 06

Your Financial Advisor:
BEACHY, JOHN J.
816-751-5200/800-877-8200

## Your assets › fixed income (continued)

### Structured products

Structured products generally are highly illiquid. Prices are estimated values obtained from third parties, issuers, general partners or sponsors. Actual market value may vary and thus gains/losses may not be accurately reflected. See important information about your statement for more details.

| Holding | Trade date | Quantity | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| LB 100% PPN ASIAN CURR BSKT 2/26/2010 Symbol: POSTFI Exchange: OTC | Feb 26, 08 | 5,000.000 | 10.000 | 50,000.00 | 10.000 | 50,000.00 | | ST |

## Alternative strategies

### Closed end mutual funds

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| POWERSHARES DB G10 CURRENCY HARVEST FUND Symbol: DBV Exchange: AMEX | Jun 18, 07 | 1,000.000 | 29.050 | 29,216.97 | 26.830 | 26,830.00 | -2,386.97 | ST |

## Other

### Mutual funds

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized gain or loss is the difference between the current value and the cost basis. The unrealized gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include any cash dividends that were not reinvested.

| Holding | Trade date | Number of shares | Purchase price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACKROCK GLOBAL ALLOCATION FUND INC A | | | | | | | | | | |
| Trade date: Oct 12, 06 | | 4,258.944 | 17.610 | 75,005.25 | 75,005.25 | 19.660 | 83,730.83 | 8,725.58 | | LT |
| Total reinvested | | 401.803 | 19.258 | | 7,738.01 | 19.660 | 7,899.45 | 161.44 | | |
| EAI: $2,661 Current yield: 2.90% | | | | | | | | | | |
| Security total | | 4,660.747 | | 75,005.25 | 82,743.26 | | 91,630.28 | 8,887.02 | 16,625.03 | |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

#BWNJGWM

JOANNE BEACHY
636 PONCE DE LEON BLVD
BELLEAIR FL 33756-1086

**Your Branch**
4600 MADISON AVE, SUITE 1200
KANSAS CITY, MO 64112
Telephone: 816-932-8700
Alt. Phone: 800-733-6113
Fax: 816-931-0387

**Client Interaction Center**
800-844-6119
Mon-Fri 8 AM - 8 PM ET
Sat-Sun Closed

**Access your accounts online**
www.morganstanley.com/online

*Position on Page 5* (handwritten)

| | |
|---|---:|
| TOTAL VALUE LAST PERIOD (as of 8/31/10) | $303,242.97 |
| NET CONTRIBUTIONS/WITHDRAWALS | — |
| CHANGE IN VALUE (Incl. Sept. Accr. Int.) | 29,138.09 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 9/30/10) | **$332,381.06** |

**Your Financial Advisor**
John Beachy
Senior Vice President
John.Beachy@morganstanleysmithbarney.com
816 932-8763

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Account Summary

Retirement Account
366-043737-200

JOANNE BEACHY
636 PONCE DE LEON BLVD

Brokerage Account
**ROLLOVER IRA**
Householding Anniversary Date: 5/20/08
Investment Objectives†: Speculation, Income

## CHANGE IN VALUE OF YOUR ACCOUNTS

| | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| **Total Beginning Value** | $352,369.05 | $303,242.97 |
| Contributions | — | — |
| Withdrawals | — | — |
| Security Transfers | — | — |
| Net Contributions/Withdrawals | — | — |
| Change in Value | (19,987.99) | 29,138.09 |
| **Total Ending Value** (includes accrued interest) | $332,381.06 | $332,381.06 |

## CHANGE IN VALUE OVER TIME

This graph compares the total value of your account to the net amount invested.
Net investment is the total amount invested minus the total amount withdrawn.



($) Thousands

400.0
300.0
200.0

DEC 2008   MAR 2009   JUN 2009   SEP 2009   DEC 2009   MAR 2010   JUN 2010   SEP 2010

—— Total Market Value   - - - Net Invested Capital Since 12/31/08

This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions. *Please see the Messages section for important changes this month regarding accrued interest.* † See the Disclosures section of your statement for more information about investment objectives. Please review for accuracy and inform us if your investment objectives change.

## ALLOCATION OF HOLDINGS



Annuities & Insurance
Mutual Funds
Stocks
Cash, Deposits, MMFs

| | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs* | $10,035.23 | 3.0 |
| Stocks | 84,020.00 | 25.3 |
| Mutual Funds | 131,468.15 | 39.6 |
| Annuities & Insurance | 106,857.68 | 32.1 |
| **TOTAL VALUE** | **$332,381.06** | **100.0%** |

We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.   * Bank Deposits are eligible for FDIC insurance; FDIC rules apply and deposits are not SIPC insured. Cash and securities (including Money Market Funds) are eligible for SIPC coverage. Please see disclosures at end of the statement(s).

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Retirement Account  
366-043737-200

JOANNE BEACHY  
636 PONCE DE LEON BLVD

## Holdings

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the period shown above which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement.
Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.
If you hold structured products, please refer to the Special Considerations Regarding Structured Products section of the Disclosure section.
Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.
From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

### CASH, DEPOSITS AND MONEY MARKET FUNDS

| Description | Value | Percentage of Assets % | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % |
|---|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. # | $10,035.23 | 3.0% | $15.00 | — | 0.150 |
| CASH, DEPOSITS AND MONEY MARKET FUNDS | | | **Market Value** | | **Estimated Annual Income Accrued Interest** |
| | | | $10,035.23 | | $15.00 $0.00 |

# Bank deposits are at Morgan Stanley Bank, N.A. and Morgan Stanley Private Bank, National Association (Members FDIC), affiliates of Morgan Stanley Smith Barney.
Cash holdings shown exclude cash holdings in custody at another firm for which you receive a separate statement.

### STOCKS
#### COMMON STOCKS

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|
| CYTORI THERAPEUTICS INC (CYTX)<br>Share Price: $4.890 | 8,000.000 | $46,084.45 | $39,120.00 | $(6,964.45) | — | — |
| PPN ON ASIAN FX BASKET BY LEH (LKKKK)<br>Share Price: $0.500 | 5,000.000 | 50,000.00 | 2,500.00 | (47,500.00) | — | — |
| QUANTUM CORP DSSG COM (QTM)<br>Share Price: $2.120 | 20,000.000 | 10,482.75 | 42,400.00 | 31,917.25 | — | — |
| STOCKS | | **Total Cost** | **Market Value** | **Unrealized Gain/(Loss)** | **Estimated Annual Income Accrued Interest** | **Percentage of Assets %** |
| | | $106,567.20 | $84,020.00 | $(22,547.20) | $0.00<br>$0.00 | 25.3% |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Retirement Account
366-043737-200

JOANNE BEACHY
636 PONCE DE LEON BLVD

## Holdings

### MUTUAL FUNDS

#### OTHER MUTUAL FUNDS

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|
| BLACKROCK GLOBAL ALLOCATION A (MDLOX) | 6,549.348 | $109,438.71 | $121,293.90 | $11,855.19 | 788.00 | 0.59 |
| Reinvestments | 549.364 | 9,304.08 | 10,174.21 | 870.13 | | |
| **Total** | **7,098.712** | **118,742.79** | **131,468.15** | **12,725.32** | | |

Market Value vs Total Purchases + Net Value Increase/(Decrease)    118,742.79    131,468.15
Net Value Increase/(Decrease)                                       109,438.71     22,029.44

Share Price: $18.520; Enrolled in Ms Dividend Reinvestment, Capital Gains Reinvest

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest Annual Income | Yield % |
|---|---|---|---|---|---|---|
| MUTUAL FUNDS | 39.6% | $118,742.79 | $131,468.15 | $12,725.32 | $788.00 $0.00 | 0.60% |

*Transactions in mutual fund positions held directly at the Fund Company are not included in the total above and are not reflected on the Summary Page.*
*For more information about the pricing of Money Market Funds, please see the Disclosures section of the statement.*
*+ Net Value Increase/(Decrease) compares your Total Purchases (excluding Dividend Reinvestments) with the Market Value of all shares you hold of the fund. This calculation is for informational purposes only, does not reflect your total unrealized gain or loss and should not be used for tax purposes.*

### ANNUITIES & INSURANCE

#### VARIABLE RATE ANNUITIES

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | Value | Valuation Date | Fixed Rate % | Renewal Date |
|---|---|---|---|---|---|---|---|
| Prudential PRUDENTIAL PREMIER L SERIES | 8/4/09 | | $100,000.00 | $106,857.68 | 9/29/10 | — | — |
| | | AST FIRST TRUST CAPAPPR TARGET | | 53,550.43 | | — | — |
| | | AST ADVANCED STRATEGIES PORTFO | | 53,307.25 | | — | — |

Policy # E0858595