

# KNP LAW
## NAGY KOPPANY VARGA
### AND PARTNERS

MAHART HÁZ, 6. emelet
1051 BUDAPEST
Vigadó utca 2.
Hungary
TEL: (+36-1) 302-9050
FAX: (+36-1) 302-9060
E-MAIL: knplaw@knplaw.com
www.knplaw.com

October 27, 2010

*Via Registered Airmail Return Receipt Requested*

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
Courtroom 601, One Bowling Green, New York, New York 10004
USA

Re: Response to the Fifty-Eighth Omnibus Objection to Claims; Claim Number: 7803

Honorable Judge Peck,

In response to the Fifty-Eighth Omnibus Objection to Claims ("Objection"), we submit the information requested in the Objection as set forth below

(i) Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York; Names of the Debtors: Lehman Brothers Holdings Inc. *et al.*; Case Number: Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered); title of the Objection to which the response is directed: Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims);

(ii) Name of the claimant: Nagy-Koppany Ugyvedi Iroda, K&P Attorneys at Law Ugyvedi Iroda; Description of the basis for the amount of the claim: provision of legal services in the amount of $ 3,933.50;

(iii) the claims should not be disallowed since a supporting documentation is filed with this response to provide evidence for the existence of our claim;

(iv) as supporting documentation we file our invoice;

(v) address of the claimant is the same as in the claim: Hungary, 1051 Budapest, Vigado utca 2, MAHART HAZ 6th floor;

(vi) the person entitled to reconcile, settle or resolve the claim is: Dr. Kornelia Nagy-Koppany, attorney-at-law; address: Hungary, 1051 Budapest, Vigado utca 2, MAHART HAZ 6th floor; telephone number: 003613029050

We enclose our invoice (invoice no.: E-000074/07) as means of evidence to support our claim. This response will be served as ordered to the following recipients:

(i) Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153, USA
(Attn: Shai Waisman, Esq.)



RECEIVED
NOV - 1 2010
U.S. BANKRUPTCY COURT, SDNY

1

(ii) Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st floor, New York, New York 10004, USA
(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)

(iii) Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, New York 10005, USA
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.)

Sincerely,

Dr. Kornelia Nagy-Koppány
attorney-at-law

Enclosure: Invoice. No. E-000074/07

# INVOICE

*Seller:*
Dr. Nagy-Koppány Kornélia Ügyvédi Iroda
1051 Budapest
Vigadó utca 2.

*Customer:*
Lehman Brothers

London, UK
25 Bank Street
E14 5LE

*Tax Reg.No.:*
18124884-2-41

*Bank:*

*Account:*

*Sales executive:*

| Payment: | Date of Delivery: | Expiry: | Date: | Invoice No.: |
|---|---|---|---|---|
| Átutalás (8 nap) | 30 Nov 2007 | 15 Dec 2007 | 5 Dec 2007 | E-000074/07 |
| Terms of delivery: | Mode of transport: | Place of dispatch: | Place of destination: | Deviza EUR |

| Description of goods KSH Number | VAT% | Quantity | Unit | Unit price | Amount | Amount VAT | Bruttó |
|---|---|---|---|---|---|---|---|
| Provision of Legal Services 141110 | akk | | | 2.775,00 | 2.775,00 | | 2.775,00 |
| Other Charges | akk | | | 39,00 | 39,00 | | 39,00 |
| Summary | | | | | 2.814,00 | 0,00 | 2.814,00 |
| VAT summary | ÁFA körön kívül (akk) | | | | 2.814,00 | | 2.814,00 |
| | | | | | | | 2.814,00 |

Total in EUR:

*Remark*
Bank's name: MKB Bank Nyrt.
Bank's address: Vaci u. 38., Budapest 1056 Hungary
Account name: Nagy-Koppany Ugyvedi Iroda
IBAN Number: HU82-10300002-10318355-48820017
SWIFT Code: MKKB HU HB
If you need further information regarding the invoice, please refer to the client/matter number.

0% alap: 712.167,12Ft; árfolyam: 253,0800 HUF/EUR

Másolat - I/I. példány - page 1/1
[cobra;cobra;cobra][számla]

CobraContoWin+ 9.5 [2905] Dr. Nagy-Koppány Kornélia ÜI