

October 27, 2010

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY  10004

**RE:**   **United States Bankruptcy Court Southern District of New York**
**In re Lehman Brothers Holdings Inc., et al., Debtors**
**Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)**

**Notice of Hearing on Debtors' Fifty-Eighth Omnibus Objection to**
**Claims (No Supporting Documentation Claims)**

**Lehmann Brothers Holdings Claim Number 12269**
**for John R. Carlson and June L. Carlson**

Honorable James M. Peck,

In response to the recent "Notice of Hearing on Debtors' Fifty-Eighth Omnibus Objection
to Claims (No Supporting Documentation Claims)", we would like to submit the
supporting documentation for the purchase of 600 shares of Lehman Capital Trust IV on
June 20, 2008 and request our claim to be allowed and the objection to be overturned.

Enclosed are the following supporting documents:

- Trade Confirmation for 06/20/2008 Purchase
- December 2008 Client Statement
- September 2009 Client Statement
- September 2010 Client Statement

Please direct any replies to my response as follows:

John R. Carlson and June L. Carlson
6832 Stonewood Court
Eden Prairie, MN  55346
Home Phone 952-937-8649
E-Mail johjun007@usfamily.net

Sincerely,

John R. Carlson                                    June L. Carlson

Encl

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000012269

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

John R Carlson & June L Carlson
6832 Stonewood Ct.
Eden Prairie, MN 55346

Telephone number: 952-937-8699   Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 12269
(If known)

Filed on: 9/14/2009

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.** Amount of Claim as of Date Case Filed: $ 10,300

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO** http://www.lehman-claims.com **AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.** Basis for Claim: Money Loaned
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4.** Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: _____
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6.** Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

**5.** Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

**7.** **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.** **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 1 4 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

John R Carlson   x June L Carlson

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

John R. Carlson   June L. Carlson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                          :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**

Debtors.                                                 :        (Jointly Administered)

-----------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXPUM2) 4000059006 MAIL ID *** 0035611739 *** BSIUSE: 276

CARLSON, JOHN R. & JANE L.
6832 STONEWOOD CT.
EDEN PRAIRIE, MN 55346

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address:<br>CARLSON, JOHN R. & JANE L.<br>6832 STONEWOOD CT.<br>EDEN PRAIRIE, MN 55346 | **Claim Number:**  12269 |
| | **Date Filed:**  9/14/2009 |
| | **Debtor:**  No Case |
| | **Classification and Amount:**  UNSECURED: $ 10,300.00 |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eight Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Called left message*
*Mark Johnson  10/18 — 1715 hrs*

# MORGAN STANLEY

*This transaction is confirmed in accordance
with the explanations and conditions
stated on the reverse side.*

Your Account Number: 319-061364-0-301

Cash Account - Active Assets

JOHN R CARLSON  &
JUNE L CARLSON JTWROS
6832 STONEWOOD COURT
EDEN PRAIRIE, MN 55346-2946

Your Financial Advisor
MARK L. JOHNSON
294 EAST GROVE LANE, SUITE 220
WAYZATA, MN    55391
(952) 475-4100

**You Bought**
**Trade Date 06/20/08 for Settlement on 06/25/08**

| Quantity | 600 | Price | 17.51 | Settlement    Amount |
|---|---|---|---|---|

Description:
LEHMAN CAPITAL TRUST IV
MATURES 10/31/2052        COUPON 6.375% FIXED
COUPON PAYABLE QUARTERLY ON FEB, MAY, AUG, NOV 2nd
ISSUE DATE 10/31/2003    FIRST COUPON DATE 02/02/2004

YIELD TO MATURITY    9.302%
  NEXT CALL DATE: 10-31-08   NEXT CALL PRICE:  25.000
CALLABLE AT ANY TIME FROM 10-31-08 TO 10-31-52.
MORGAN STANLEY ACTED AS PRINCIPAL.
EXECUTED OVER THE COUNTER.
A PORTION OF THE PRINCIPAL AMOUNT SHOWN REPRESENTS ACCRUED
INTEREST. THIS INFORMATION IS PROVIDED TO ASSIST YOU IN
TAX PREPARATION. ACCRUED INTEREST MAY BE USED TO ADJUST
YOUR COST BASIS. PLEASE CONSULT YOUR TAX ADVISOR.
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED;
ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST

| | |
|---|---|
| Principal | $10,506.00 |
| Processing Fee | 5.25 |
| Net Amount | $10,511.25 |

Security No.  52520B206
Symbol  LEH.L

Investment and services are offered through Morgan Stanley & Co. Incorporated, member SIPC

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1   New York Stock Exchange
2   Pacific Stock Exchange
3   Philadelphia Stock Exchange
4   Chicago Stock Exchange
5   American Stock Exchange
6   Other Markets
7   Over the Counter
8   Morgan Stanley as principal which may result in a profit to Morgan Stanley.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have
    bought or sold for your account
6:   As agent for another we have sold to you
     or bought from you
7, C, E, G, N, OR S:  As principal we sold to
     you or bought from you for our own
     account
8 OR U:  Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary Unit
     Trust or listed and OTC when issued
     Securities
K:   Precious Metals
M, R: Mutual Funds

### COMBINED EXCHANGE AND EXECUTION CODES FOR OPTIONS ONLY:

**ALL TRADES DONE AS AGENT**

17      International Securities Exchange
27, 2Z   Pacific Stock Exchange
37, 3Z   Philadelphia Stock Exchange
46, 4Y   NASDAQ Stock Exchange
47, 4Z   Chicago Board Options Exchange
57, 5Z   American Stock Exchange
67, 6Z   Boston Stock Exchange
7W, 7Y, 7Z   Exercise and Assignment

### OTHER ABBREVIATIONS

ELTR    Estimated Long Term Return
CR      Current Return
PV      Par Value

### FINAL PROSPECTUS AVAILABLE

Indicates that these securities are being sold pursuant to an SEC registration statement or where a prospectus is otherwise required. For assistance obtaining a copy of the final prospectus relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

| | |
|---|---|
| CHARGE | Represents the markup/down from the wholesaler's or dealer's price. |
| TRANS FEE | Represents a pass through of exchange floor, brokerage and clearing expenses incurred by Morgan Stanley for this transaction. |
| FSCF | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley for this transaction. |
| SUPPLEMENTAL TRANSACTION FEE | Represents fee to offset additional expenses associated with processing certain transactions. |
| PROCESSING FEE | Represents processing charges for certain executed orders. |
| CDSC | Represents Contingent Deferred Sales Charge. |
| DSC | Represents Deferred Sales Charge. |
| ER FEE | Represents Early Redemption Fee. |
| MF TRANS FEE | Represents Mutual Fund Transaction Fee, if applicable, as charged by Morgan Stanley. |

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account or delivered to us by Settlement Date.

Morgan Stanley will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by us in connection with the transaction.

Morgan Stanley accepts benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

When Morgan Stanley is acting as principal in a reported security, the price shown is the reported trade price made in accordance with the last sale reporting requirements.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see http://www.morganstanleyindividual.com/markets/bondcenter/school/credit/default.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders will expire 90 calendar days from the day they reach the market place. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

This agreement shall inure to the benefit of any successor or assignee of Morgan Stanley & Co. Incorporated.

# Morgan Stanley

# Morgan Stanley

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 1 OF 25

Account Number
319 061364 301

AAA Customer Service
1-800-869-3326
Householding Anniv. Date:
10/25/2002

Access Your Account at:
www.morganstanley.com/online

Your Financial Advisor
MARK L. JOHNSON
SENIOR VICE PRESIDENT
MORGAN STANLEY
294 EAST GROVE LANE, SUITE 220
WAYZATA, MN        55391
(952) 475-4100

55346
(553462946321)
JOHN R CARLSON &
JUNE L CARLSON JTWROS
6832 STONEWOOD COURT
EDEN PRAIRIE MN 55346-2946

## Asset Summary

| | Value | % of Assets |
|---|---|---|
| Bank Deposits* and MMF | $43,993.01 | 10.1% |
| Stocks | 16,457.89 | 3.9 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 31,203.72 | 7.2 |
| Government Securities | 0.00 | 0.0 |
| Mutual Funds | 157,298.56 | 36.4 |
| Unit Investment Trusts | 51,700.72 | 12.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 131,263.51 | 30.4 |
| Other | 0.00 | 0.0 |
| Asset Value | $431,917.41 | 100.0% |
| Cash | 4.92 | |
| **Total Asset Value** | **$431,922.33** | |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| Bank Deposits* and MMF | $0.00 | $586.21 |
| Stocks | 84.81 | 1,555.09 |
| Municipal Bonds | 8.17 | 2,526.38 |
| Corporate Fixed Income | 410.99 | 2,779.53 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 628.62 | 6,507.55 |
| Unit Investment Trusts | 135.13 | 3,398.84 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| **Total Income** | **$1,267.72** | **$17,353.60** |
| Taxable Income | $551.04 | $7,567.14 |
| Tax Exempt Income | $716.68 | $9,786.46 |

*Eligible for FDIC insurance; FDIC rules apply. Not SIPC insured.

## Activity Summary

| | |
|---|---|
| **Total Asset Value November 30 2008** | **$427,299.86** |
| Bank Deposits*/Cash/Money Market Funds Activity for December | |
| Closing Balance 11/30 | $43,070.88 |
| **Credits To Your Account** | |
| Dividends and Interest | 1,267.72 |
| Deposits | 0.00 |
| Sales Proceeds/Redemptions | 25,475.83 |
| Other Credits | 62.34 |
| Total Credits | 26,805.89 |
| **Debits To Your Account** | |
| Checking | 0.00 |
| World Card | 0.00 |
| Withdrawals | 0.00 |
| Funds to Purchase Securities | -25,878.84 |
| Other Debits | 0.00 |
| Total Debits | -25,878.84 |
| Closing Balance 12/31 | 43,997.93 |

| **Net Change Bank Deposits*/Cash/Money Market Funds Activity** | 927.05 |
|---|---|

| Changes in Asset Value for December | |
|---|---|
| Value of Priced Assets 11/30 | $384,228.98 |
| Securities Bought | 25,878.84 |
| Securities Received | 0.00 |
| Securities Sold/Redeemed | -25,475.83 |
| Securities Delivered | 0.00 |
| Transactions at Fund Company | 3,292.41 |
| Change in Value of Priced Assets | 387,924.40 |
| Value of Priced Assets 12/31 | |

| **Net Change in Asset Value** | 3,695.42 |
|---|---|

| **Total Asset Value as of December 31 2008** | **$431,922.33** |
|---|---|

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 2 OF 25

Account Number
319 061364 301

## ASSET DETAILS

### Stocks

| Cash/Money Market Funds/Bank Deposits | | Amount | Pct of Assets | Est Yrly Income | | | 7-Day Current Yield | Additional Information |
|---|---|---|---|---|---|---|---|---|
| CASH | | 4.92 | --- | --- | | | --- | |

| Money Market Funds | | Amount | Pct of Assets | Est Yrly Income | | | 7-Day Current Yield | |
|---|---|---|---|---|---|---|---|---|
| MS ACTIVE ASSETS TAX FR TRUST | | 43,993.01 | 10.1% | 290 | | | 0.66% | |
| **Total Money Market Funds** | | 43,993.01 | 10.1% | 290 | | | --- | |

**Total Cash and Money Market Funds**   $43,997.93   10.1%   $290

Net Change Since Last Statement   $927.05

### Common Stocks

| | Current Price | Value | Pct of Assets | Est Yrly Income | Dividend Yield | APY | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 229 * DELTA AIR LINES INC NEW | 11.46 | 2,624.34 | 0.7% | 0 | 0.00% | --- | DAL | |
| 42.167* DWS DREMAN VALUE INC EDGE FUND | 4.02 | 169.51 | N/A | 30 | 17.91% | --- | DHG | Next Dividend Payable 01/09 |
| 1,339.612* MINNESOTA MUNI INC PORTFOLIO | 10.20 | 13,664.04 | 3.2% | 964 | 7.05% | --- | MXA | Next Dividend Payable 01/09 |

**Total Stocks**   $16,457.89   3.9%   $994   6.04%

Net Change Since Last Statement   $448.31

### Corporate Fixed Income**

| Corporate Bonds | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | APY | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 10,000  CONTRA DELTA AIR LINES INC<br>7.700% JUN/DEC 15 DUE 12/15/05<br>IN DEFAULT | 1.875 | 187.50 | N/A | 0 | 0.00% | | 0.00 | S&P     D<br>ISSUE 12/14/99<br>CUSIP 24799RXA9 |
| 10,000  WELLS FARGO REVERSE CONVERT BY<br>BARCLAYS<br>10.00% MONTHLY 29 DUE 02/27/09 | 89.700 | 8,970.00 | 2.1% | 0 | 0.00% | | 0.00 | ISSUE 02/29/08 CONVERTIBLE<br>CUSIP 06738RFE1 |
| 9,000  * GENERAL MOTORS ACCEPTANCE CORP<br>NOTES<br>7.750% JAN/JUL 19 DUE 01/19/10 | 89.188 | 8,026.92 | 1.9% | 697 | 8.68% | | 313.87 | YIELD TO MATURITY 19.6220%<br>MOODY  C           S&P D<br>ISSUE 01/19/00<br>CUSIP 370425RP7 |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

**ACTIVE ASSETS ACCOUNT** ®
*FOR MONTH ENDING DECEMBER 31, 2008*

PAGE 3 OF 25

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## Corporate Fixed Income**

### Corporate Bonds

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| 10,000 * FORD MOTOR CREDIT CO LLC 7.800% JUN/DEC 01 DUE 06/01/12 | 70.157 | 7,015.70 | 1.6% | 780 | 11.11% | 64.99 | YIELD TO MATURITY 20.3250% MOODY CAA1  S&P CCC+ ISSUE 05/22/07 CUSIP 345397VG5 |
| 10,000 * MGM MIRAGE 6.750% MAR/SEP 01 DUE 09/01/12 | 70.000 | 7,000.00 | 1.6% | 675 | 9.64% | 224.99 | YIELD TO MATURITY 18.3310% MOODY BA3 (-)  S&P BB- ISSUE 08/25/04 CUSIP 552953AL5 |
| **Total Corporate Bonds** | | 31,200.12 | 7.2% | 2,152 | | 603.85 | |

### Fixed-Rate Capital Securities

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| 600 LEHMAN CAPITAL TRUST IV 6.375% QTRLY FEB DUE 10/31/52 CALLABLE $25.00 ON 01/31/09 | .00 | 3.60 | N/A | 0 | 0.00% | 0.00 | MOODY C CUSIP 525208206 |
| **Total Corporate Fixed Income** | | $31,203.72 | 7.2% | $2,152 | 6.89% | $603.85 | |

Net Change Since Last Statement                     $7,890.19

Watchlist and CreditWatch Indicators (*) = developing/uncertain  (+) = On Watchlist/CreditWatch Upgrade  (-) = On Watchlist/CreditWatch Downgrade
For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings.

## Mutual Funds

### Morgan Stanley Mutual Funds

| | Current Price | Value | Pct of Assets | Est Yrly Income | Distribution Rate | Fund Plan Number | Symbol | Dividend/ Cap Gains Option |
|---|---|---|---|---|---|---|---|---|
| 1,733.120 MS PRIME INCOME TRUST | 5.1700 | 8,960.23 | 2.1% | 768 | 8.57% | | XPITX | Reinv/Reinv |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect
the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 4 OF 25

Account Number
319 061364 301

### Other Mutual Funds

| | Mutual Funds | Current Price | Value | Pct of Assets | Est Yrly Income | Distribution Rate | Accruing Interest | Fund Plan Number | Symbol | Par Value | Dividend/ Cap Gains Option |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12,015.646 | VAN KAMPEN HIGH YIELD MUNI C | 7.4800 | 89,877.03 | 20.8% | 6,396 | 7.11% | | | ACTFX | | Reinv/Reinv |
| 3,535.920 | FIDELITY MN MUNI INC | 10.7400 | 37,975.78 | 8.8% | 1,488 | 3.91% | | | FIMIX | | Reinv/Reinv |
| 2,735.050 | VAN KAMPEN HIGH YIELD MUNI A | 7.4900 | 20,485.52 | 4.7% | 1,608 | 7.84% | | | ACTHX | | Reinv/Reinv |
| **Total Other Mutual Funds** | | | 148,338.33 | 34.3% | 9,492 | | | | | | |

**Total Mutual Funds** — $157,298.56 | 36.4% | $10,260 | 6.39%

Net Change Since Last Statement — $18,112.13

### Equity Trusts

| | Unit Investment Trusts | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Fund Plan Number | Symbol | Par Value | Reinvest Option |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,485 | * UNIT VAN KAMPEN GLOBAL 45 DIVIDEND STRATEGY 2008-1 | 5.4574 | 8,104.23 | 1.9% | 489 | 6.04% | N/A | N/A | N/A | N/A | Full |
| 1,193 | UNIT VAN KAMPEN COHEN&STEERS INTERNATIONAL REAL ESTATE 08-2 | 4.9527 | 5,908.57 | 1.4% | 0 | 0.00% | N/A | N/A | N/A | N/A | Full |
| 774 | * UNIT VAN KAMPEN SELECT 10 INDUSDRIAL 2008-4 | 6.6922 | 5,179.76 | 1.2% | 337 | 6.52% | N/A | N/A | N/A | N/A | Full |
| 42 | UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2008-5 | 6.1543 | 258.48 | 0.1% | 17 | 6.61% | N/A | N/A | N/A | N/A | N/A |
| 1,156 | * UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2008-5 | 6.1543 | 7,114.37 | 1.6% | 470 | 6.61% | N/A | N/A | N/A | N/A | Full |
| 851 | UNIT VAN KAMPEN BIRINYI EQUITY SELECT TRUST SERIES 21 | 8.7461 | 7,442.93 | 1.7% | 222 | 2.98% | N/A | N/A | N/A | N/A | Full |
| 1,147 | UNIT VAN KAMPEN COHEN & STEERS VALUE EQUITY & INCOME 2008-4 | 9.0729 | 10,406.61 | 2.4% | 1,388 | 13.34% | N/A | N/A | N/A | N/A | Full |
| 997 | UNIT CLAYMORE DELTA GLOBAL INTERNATIONAL INFRASTRUCTURE 2 | 7.3077 | 7,285.77 | 1.7% | 291 | 4.00% | N/A | N/A | N/A | N/A | Full |
| **Total Unit Investment Trusts** | | | $51,700.72 | 12.0% | $3,217 | 6.22% | 0.00 | 0.00 | | 0.00 | |

Net Change Since Last Statement — $1,114.38

# Morgan Stanley

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

### Annuities/Insurance

#### Fixed Rate Annuities

| | Invested Premium | Value | Pct of Assets | Fixed Rate | Inception Date | Renewal Date | Additional Information |
|---|---|---|---|---|---|---|---|
| SCHEDULED ANNUITY MANAGER | 8,573 | 9,506.86 | 2.2% | | 10/06/00 | | Policy # 399719 Carrier: ALLSTATE Qualified IRA As of 12/29/08 |
| FIXED FIVE YEAR | | 9,506.86 | | | | 10/05/10 | |
| ALLSTATE T-LINK PLUS | 13,737 | 15,387.59 | 3.6% | 3.25% | 09/26/05 | | Policy # 743533 Carrier: ALLSTATE As of 12/29/08 |
| 5 YEAR FIXED | | 15,387.59 | | | | 09/25/10 | |
| ALLSTATE T-LINK PLUS | 21,054 | 23,657.91 | 5.5% | 3.35% | 11/18/05 | | Policy # 748674 Carrier: ALLSTATE As of 12/29/08 |
| 5 YEAR FIXED | | 23,657.91 | | | | 11/17/10 | |
| ALLSTATE T-LINK PLUS | 31,423 | 35,123.87 | 8.1% | 3.75% | 01/20/06 | | Policy # 752957 Carrier: ALLSTATE As of 12/29/08 |
| 5 YEAR FIXED | | 35,123.87 | | | | 01/19/11 | |
| ALLSTATE T-LINK PLUS | 13,232 | 14,635.84 | 3.4% | 3.70% | 08/07/06 | | Policy # 772463 Carrier: ALLSTATE As of 12/29/08 |
| 5 YEAR FIXED | | 14,635.84 | | 4.30% | | 08/06/11 | |
| **Total Fixed Rate Annuities** | | **98,312.07** | **22.8%** | | | | |

#### Variable Rate Annuities

| | Invested Premium | Value | Pct of Assets | Fixed Rate | Inception Date | Renewal Date | Additional Information |
|---|---|---|---|---|---|---|---|
| AXA EQUITABLE - ELITE 07 | 61,777 | 32,951.44 | 7.6% | | 11/20/07 | | Policy # 307740726 Carrier: EQUITABLE LIFE As of 12/29/08 |
| EQ/ALLIBERN INTERNATIONAL | | 8,485.36 | | N/A | | | |
| EQ/ALLIBERN SMAL CAP GRO | | 3,675.84 | | N/A | | | |
| EQ/MARSICO FOCUS | | 6,365.14 | | N/A | | | |
| EQ/LORD ABBETT GRWTH IN | | 10,934.69 | | N/A | | | |
| EQ/LORD ABBETT MID CAP VA | | 3,490.41 | | N/A | | | |
| **Total Variable Rate Annuities** | | **32,951.44** | **7.6%** | | | | |

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

| Annuities/Insurance | Invested Premium | Value | Pct of Assets | Fixed Rate | Inception Date | Renewal Date | Additional Information |
|---|---|---|---|---|---|---|---|
| Total Annuities/Insurance | | $131,263.51 | 30.4% | | | | |
| Net Change Since Last Statement | | $1,130.41 | | | | | |

*Insurance and annuity products and values are displayed for informational purposes only. Values reflect In force Insurance purchased through Morgan Stanley & Co. Incorporated as of date shown as reported by the insurance carrier. Amounts shown may be subject to surrender and other contract charges. Invested premium is defined as either the original purchase price plus additions minus withdrawals or principal withdrawals.*

*Display of insurance or annuity products on the Morgan Stanley account statement does not confer or imply ownership or beneficial interest on the part of the Morgan Stanley account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as shown on your policy copy.*

*Annuitized information as provided by the insurance carrier reflects the value of the last payment made as per your instructions and does not imply that the funds were re-deposited into a Morgan Stanley & Co. Incorporated account and are provided for informational purposes only. Surrendered or annuitized policies will not appear as assets on this statement.*

| Asset Summary | Value | Est Yrly Income |
|---|---|---|
| Total Asset Value | $431,922.33 | $16,915 |
| Total Net Change In Priced Assets Since Last Statement | $3,695.42 | |

**If you hold Auction Rate Securities, please see the Message Center for important information regarding the pricing of these securities.**

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

**ACTIVE ASSETS ACCOUNT ®**
*FOR MONTH ENDING DECEMBER 31, 2008*

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## Authorized Limit

*Your Authorized Limit equals:*
43,993.01  *Bank Deposits and MMF balance*
4.92+  *cash balance*
31,306.07+  *loan amount available to you
based on a percent of the
assets in your margin account##
(identified by asterisk)*
.00 - *debit balance.*

$75,304.00    Authorized Limit

## Please see the last page of your statement for more information regarding margin loans.

## CREDITS TO YOUR ACCOUNT

**Dividends and Interest**

**Taxable Income**

| Date | Activity | Description | Amount | Income Category |
|---|---|---|---|---|
| 12-01 | Taxable Interest | FMCC                    7800  12JUN01 | 390.00 | Corporate Fixed Income |
| 12-25 | Dividend | UNIT VK SELECT 10 INDUS 2008-4 | 19.76 | Unit Investment Trusts |
| 12-25 | Dividend | UNIT VK SELECT 10 INDUS 2008-5 | 26.52 | Unit Investment Trusts |
| 12-25 | Dividend | UNIT VK SELECT 10 INDUS 2008-5 | .87 | Unit Investment Trusts |
| 12-25 | Dividend | UNIT VK VALUE EQUITY & INC 084 | 87.98 | Unit Investment Trusts |
| 12-29 | Taxable Interest | REV CVT ON WFC  10000  09FEB27 | 20.99 | Corporate Fixed Income |
| 12-31 | Dividend | DWS DREMAN VALUE INC EDGE FUND | 4.92 | Stocks |
| | | Sub Total Taxable Income | 551.04 | |

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 8 OF 25

Account Number
319 061364 301

## Dividends and Interest

### Tax Exempt Income

| Date | Activity | Description | Amount | Income Category |
|------|----------|-------------|--------|-----------------|
| 11-28 | Tax Exempt Dividend | VAN KAMPEN HIGH YIELD MUNI C DIV PAYMENT | 371.76 | Mutual Funds |
| 11-28 | Tax Exempt Dividend | FIDELITY MN MUNI INC DIV PAYMENT | 123.66 | Mutual Funds |
| 11-28 | Tax Exempt Dividend | VAN KAMPEN HIGH YIELD MUNI A DIV PAYMENT | 133.20 | Mutual Funds |
| 12-04 | Tax Exempt Interest | FL ST MPA-1    BE 1960 *300C01 | 8.17 | Municipal Bonds |
| 12-17 | Tax Exempt Dividend | MINNESOTA MUNI INC PORTFOLIO | 79.89 | Stocks |
| | | Sub Total Tax Exempt Income | 716.68 | |
| | | Total Dividends and Interest | 1,267.72 | |

*See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.*

## Sales Proceeds/Redemptions

| Trade Date | Settle Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|------------|-------------|----------|----------|-------------|-------|--------|------------------------|
| 12-04 | 12-04 | Called | 25,000 | FL ST MPA-1    BE 1960 *300C01 | | 25,000.00 | REDEMPTION OF CALLED BOND |
| 12-25 | 12-25 | Return of Principal | | UNIT VK GLOBAL 45 2008-1 | | 430.90 | |
| 12-26 | 12-26 | Return of Principal | | UNIT VK VALUE EQUITY & INC 084 | | 44.93 | |
| | | | | Total Sales Proceeds/Redemptions | | $25,475.83 | Year-To-Date    $250,333.46 |

## Other Credits

| Date | Activity | Description | Amount | Additional Information |
|------|----------|-------------|--------|------------------------|
| 12-29 | Other Income | REV CVT ON WFC    10000    09FB27 | 62.34 | OPTION PREMIUM PAYMENT |
| | | Total Other Credits | $62.34 | Year-To-Date    $708.37 |

### Total Credits To Your Account

$26,805.89    Year-To-Date    $293,790.15

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT ®**
**FOR MONTH ENDING DECEMBER 31, 2008**

PAGE 9 OF 25

Account Number
319 061364 301

## DEBITS TO YOUR ACCOUNT

### Funds to Purchase Securities

| Trade Date | Settle Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 11-28 | 11-28 | Bought | 45.671 | VAN KAMPEN HIGH YIELD MUNI C | 8.1400 | 371.76 | REINVESTMENT |
| 11-28 | 11-28 | Bought | 11.655 | FIDELITY MN MUNI INC | 10.6100 | 123.66 | REINVESTMENT |
| 11-28 | 11-28 | Bought | 16.344 | VAN KAMPEN HIGH YIELD MUNI A | 8.1500 | 133.20 | REINVESTMENT |
| 12-17 | 12-17 | Bought | 8.037 | MINNESOTA MUNI INC PORTFOLIO | 9.9400 | 79.89 | DIVIDEND REINVESTMENT |
| 12-15 | 12-18 | Bought | 3,364.031 | VAN KAMPEN HIGH YIELD MUNI C | 7.4300 | 25,000.00 | CONFIRM NBR 007000369 |
| 12-25 | 12-25 | Bought | 3 | UNIT VK SELECT 10 INDUS 2008-4 | 6.5060 | 19.52 | REINVESTMENT |
| 12-25 | 12-25 | Bought | 4 | UNIT VK SELECT 10 INDUS 2008-5 | 5.8920 | 23.57 | REINVESTMENT |
| | | | | | | | MS IS MARKET MAKER |
| 12-25 | 12-25 | Bought | 10 | UNIT VK VALUE EQUITY & INC 084 | 8.4820 | 84.83 | REINVESTMENT |
| | | | | | | | MS IS MARKET MAKER |
| 12-26 | 12-26 | Bought | 5 | UNIT VK VALUE EQUITY & INC 084 | 8.4820 | 42.41 | REINVESTMENT |
| | | | | | | | MS IS MARKET MAKER |
| | | | | Total Funds to Purchase Securities | | -25,878.84 | Year-To-Date |  -258,862.28 |

### Total Debits To Your Account

-25,878.84   Year-To-Date   -259,226.00

## World Card Rewards Program

As of Date 12/20/08
MORGAN STANLEY REWARDS SUMMARY

|  | Points |
|---|---|
| Beginning Balance | 0 |
| World Card Spend | 0 |
| Morgan Stanley Activity | 0 |
| Bonus Points | 0 |
| Other Adjustments | 0 |
| Total Points Earned | 0 |
| Total Points Redeemed | 0 |
| Ending Balance | 0 |

*To access real time point information and discover new ways to redeem your points, visit www.morganstanleyrewards.com  or call 800-688-3462.*

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT ®**
*FOR MONTH ENDING DECEMBER 31, 2008*

PAGE 10 OF 25

Account Number
319 061364 301

## ADDITIONAL ACCOUNT INFORMATION

### Bank Deposits and MMF

**Closing Balances**

| Date | Description | Amount | Additional Information |
|---|---|---|---|
| 11-30 | MONEY MARKET FUNDS | $42,971.55 | |
| 11-30 | TOTAL Closing Balance | $42,971.55 | |

**Transactions**

| Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|
| 12-01 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 99.33 | |
| 12-02 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 390.00 | |
| 12-05 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 25,008.17 | |
| 12-18 | Automatic Redemption | MS ACTIVE ASSETS TAX FR TRUST | -25,000.00 | |
| 12-29 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 438.11 | |
| 12-30 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 85.85 | |

**Closing Balances**

| Date | Description | Amount | Additional Information |
|---|---|---|---|
| 12-31 | MONEY MARKET FUNDS | $43,993.01 | |
| 12-31 | TOTAL Closing Balance | $43,993.01 | |

*Money market funds seek to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares.*
*Additional Information concerning these transactions is available upon request.*

### Tax Information

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| L/T Capital Gains Distributions | .00 | 157.63 | Return of Principal | 475.83 | 1,747.15 |
| Reportable Gross Proceeds | 25,475.83 | 218,264.65 | Accrued Interest Paid | .00 | 533.28 |
| Municipal Accrued Interest Bought | .00 | 9.81 | | | |

*The tax information provided above should be used only as a guide; a complete 1099 will be sent to you.*

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT** ®

**FOR MONTH ENDING DECEMBER 31, 2008**

## Messages

*************************************************
*************************************************
*********Important Notice*********
***Please Read***
*************************************************
*************************************************

The following message has been added to all client account statements but applies only to holders of Auction Rate Securities.
Depending on your current holdings, this message may/may not be applicable to you.

Morgan Stanley recently mailed to eligible clients an offer to purchase certain Auction Rate Securities. If you did not receive
the materials but believe you may be eligible to participate, or, if you received the materials and have questions, please contact
the Morgan Stanley Auction Rate Securities Call Center (800) 566-2273 or visit our website for more information about eligible
securities:  http://www.morganstanleyindividual.com/Markets/bondcenter/AuctionRateSecurities/

Please note due to recent market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore,
the price(s) for any Auction Rate Securities shown on this statement may not reflect the price(s) you would receive upon a sale
at auction or in a secondary market transaction. There can be no assurance that a successful auction will occur or that a
secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement
are derived from various sources, and may differ from prices provided to Morgan Stanley by outside pricing services and/or from
Morgan Stanley's own internal bookkeeping valuations. Please contact your Financial Advisor with any questions. To learn more
about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for
more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

*************************************************
*************************************************

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office
where you maintain your account. If you require further assistance, your inquires may also be directed to Client Service at
(800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 or Morgan Stanley & Co. Incorporated,
Legal and Compliance Division, 2000 Westchester Avenue, Purchase, New York 10577 with any account-related concerns.

Consolidated Statement of Financial Condition (in thousands of dollars):

At November 30, 2008, Morgan Stanley & Co. Incorporated  had net capital  of $8,283,858 which exceeded the Securities and
Exchange Commission's minimum requirement by $7,361,804 and included excess net capital of $418,709 of MS Securities
Services Inc., a broker-dealer  and a guaranteed subsidiary of Morgan Stanley & Co. Incorporated.  A copy  of the Morgan
Stanley & Co. Incorporated Consolidated Statement of Financial Condition at November 30, 2008 can be viewed online at:
www.morganstanley.com/about/ir/shareholder/morganstanley_co_inc.pdf  or may be mailed to you at no cost by calling
(866) 825-1675, after February 14, 2009.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT** ®
**FOR MONTH ENDING DECEMBER 31, 2008**

PAGE 12 OF 25

Account Number
319 061364 301

## Messages

*Save up to 30% on TurboTax This Tax Season*

This year, we are pleased to offer you a simple way to do taxes through our relationship with TurboTax. And as a Morgan Stanley client, you can take advantage of 30% off the listed price of the downloadable versions of TurboTax. Whether you need basic tax guidance or have a more complicated tax situation, TurboTax has the product to meet your individual needs. For more information, visit ClientServ.

TurboTax is not an agent of, nor affiliated with, Morgan Stanley. TurboTax and TurboTax Online are registered trademarks and/or service marks of Intuit Inc. in the United States and other countries. Morgan Stanley does not render advice on tax and tax accounting matters.

Morgan Stanley classifies the assets on your statement based on certain general characteristics, such as: income generation, underlying capital structure, or exposure to certain market sectors. Asset classification decisions are often influenced by marketplace conventions and are designed to be informative and provide clients with a particular, non-exclusive, view of their portfolio. As many assets contain characteristics of more than one asset class, the asset classification reflected on this statement may differ from others you may receive. These classifications are not intended to serve as a suitability analysis. Please contact your Financial Advisor for more information.

We understand that a primary concern of yours is the safety of your assets. Our goal at Morgan Stanley is not only to help you achieve your financial objectives, but also to make every effort to ensure that your assets are protected. Please review the brochure Protection for Your Assets, which is available via the link below. It provides an overview of the regulatory protections you enjoy as a client of Morgan Stanley, including safekeeping and segregation of client assets, as well as the protections afforded through the Securities Investor Protection Corporation (SIPC) and for Bank Deposits held through the Bank Deposit Program, protection provided by the Federal Deposit Insurance Corporation (FDIC). Morgan Stanley & Co Incorporated currently also maintains "excess SIPC" insurance coverage. The current coverage provided by the Customer Asset Protection Company (CAPCO) will remain in effect until February 16, 2009, but we have recently added "excess SIPC" coverage provided by Lloyd's of London that is effective immediately.

For more information, please visit:
http://www.morganstanleyindividual.com/customerservice/ProtectionForYourAssets.pdf

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

Your Financial Advisor
MARK L. JOHNSON
SENIOR VICE PRESIDENT
MORGAN STANLEY
294 EAST GROVE LANE, SUITE 220
WAYZATA, MN    55391
(952) 475-4100

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 13 OF 25

Account Number
319 061364 301

AAA Customer Service
1-800-869-3326
Householding Anniv. Date:
10/25/2002

Access Your Account at:
www.morganstanley.com/online

(55346294632 1)
JOHN R CARLSON &
JUNE L CARLSON JTWROS
6832 STONEWOOD COURT
EDEN PRAIRIE MN 55346-2946

## GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss Summary is not a substitute 1099 form (or any other appropriate tax form) and should not be filed with your taxes. The Total Cost, Unit Cost and Proceeds of eligible equity and options transactions with Choice SelectSM pricing do not include commissions paid on your purchases or sales and therefore may not equal the acquisition price or principal amount of the sale. The figures should be independently verified. Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as the existence of hedging transactions, constructive sales or marked-to-market pricing adjustments on certain options held at year-end. Please note that although Morgan Stanley makes every effort to adjust the cost basis for such securities, including capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of unlisted stock options; securities deemed to have been sold and simultaneously repurchased; receipt of cash in lieu of fractional shares; or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley, for example, securities purchased elsewhere and later transferred to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution or Morgan Stanley, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information. Please contact your Financial Advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemptions, please see applicable offering document.

With respect to estimated gains and losses for listed equity options, Morgan Stanley has taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. Morgan Stanley has made calculations using what appear to be off-setting positions; no assurance can be given that these positions are intended to off-set each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurance can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

**ACTIVE ASSETS ACCOUNT ®**
**FOR MONTH ENDING DECEMBER 31, 2008**

PAGE 14 OF 25

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## Stocks

### Common Stocks

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost Original/Adjusted* | Total Cost Original/Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| DELTA AIR LINES INC NEW | 114.500 | 06-13-01 | 44.56200 | 5,102.35 | 1,312.17 | (3,790.18) | Long Term |
| | 114.500 | 06-18-01 | 44.54017 | 5,099.85 | 1,312.17 | (3,787.68) | Long Term |
| Stock Total | 229 | | 44.55109 | 10,202.20 | 2,624.34 | (7,577.86) | |
| DWS DREMAN VALUE INC EDGE FUND ST Dividend Reinvestments | 42.167 | 01-02-08 | 13.49752 | 569.15 | 169.51 | (399.64) | Short Term |
| MINNESOTA MUNI INC PORTFOLIO Total Purchased Shares | 881 881 | | please provide | N/A | 8,986.19 8,986.19 | N/A | |
| LT Dividend Reinvestments | 355.795 | 02-20-02 | 15.10344 | 5,373.73 | 3,628.47 | (1,745.26) | Long Term |
| ST Dividend Reinvestments | 102.817 | 01-09-08 | 12.60044 | 1,295.54 | 1,049.38 | (246.16) | Short Term |
| Stock Total | 1,339.612 | | | N/A | 13,664.04 | N/A | |
| **Total Common Stocks** | | | | 17,440.62 | 7,471.70 | (9,968.92) | |
| **Total Stocks** | | | | 17,440.62 | 7,471.70 | (9,968.92) | |

## Corporate Fixed Income**

### Corporate Bonds

| | Quantity | Date Acquired | Unit Cost Original/Adjusted* | Total Cost Original/Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| CONTRA DELTA AIR 7.700 12-15-05 | 10,000 | 05-03-07 | | 0.00 P 0.00 | 187.50 | 187.50 | Long Term ADJUSTED 05/03/07 |
| REV CVT GN WFC 10.000 2-27-09 | 10,000 | 10-21-08 | 95.12310 97.03081 | 9,512.31 D 9,325.29 | 8,970.00 | (355.29) | Short Term |
| GMAC 7 3/4 1-19-10 | 9,000 | 12-28-07 | 96.15833 96.15833 | 8,654.25 8,654.25 | 8,026.92 | (627.33) | Long Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 15 OF 25

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| FMCC  7.800  6-01-12 | 10,000 | 07-12-07 | 98.80250 / 98.80250 | 9,880.25 / 9,880.25 | 7,015.70 | (2,864.55) | Long Term |
| MGM MIRAGE  6 3/4  9-01-12 | 10,000 | 06-15-05 | 105.55250 / 103.11090 | 10,555.25 / 10,311.09 | 7,000.00 | (3,311.09) | Long Term |
| **Total Corporate Bonds** | | | | 38,602.06 / 38,170.88 | 31,200.12 | (6,970.76) | |
| ***Fixed-Rate Capital Securities*** | | | | | | | |
| LEHMAN CAP TR IV  6 3/8  10-31-52 | 100 | 06-20-08 | 17.26650 / 17.26650 | 1,726.65 / 1,726.65 | 0.60 | (1,726.05) | Short Term |
| | 500 | 06-20-08 | 17.27702 / 17.27702 | 8,638.51 / 8,638.51 | 3.00 | (8,635.51) | Short Term |
| | 600 | | 17.27526 / 17.27526 | 10,365.16 / 10,365.16 | 3.60 | (10,361.56) | |
| **Total Corporate Fixed Income** | | | | 48,967.22 / 48,536.04 | 31,203.72 | (17,332.32) | |
| **Mutual Funds** | | | | | | | |
| **Morgan Stanley Mutual Funds** | | | | | | | |
| MS PRIME INCOME TRUST | 1,429.565 | 02-02-06 | 9.09367 | 13,000.00 | 7,390.83 | (5,609.17) | Long Term |
| Total Purchases | 1,429.565 | | 9.09367 | 13,000.00 | 7,390.83 | (5,609.17) | |
| LH Dividend Reinvestments | 193.518 | 02-24-06 | 8.96557 | 1,735.00 | 1,000.38 | (734.62) | Long Term |
| ST Dividend Reinvestments | 110.037 | 12-31-07 | 7.53319 | 828.93 | 569.02 | (259.91) | Short Term |
| Fund Total | 1,733.120 | | 8.98029 | 15,563.93 | 8,960.23 | (6,603.70) | |
| Mkt. Value vs. Total Purchases | | | | 13,000.00 | 8,960.23 | | |
| Net Value Increase/(Decrease)# | | | | | (4,039.77) | | |
| **Other Mutual Funds** | | | | | | | |
| VAN KAMPEN HIGH YIELD MUNI C | 476.644 | 08-17-04 | 10.49000 | 5,000.00 | 3,565.29 | (1,434.71) | Long Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

**ACTIVE ASSETS ACCOUNT ®**
**FOR MONTH ENDING DECEMBER 31, 2008**

PAGE 16 OF 25

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| VAN KAMPEN HIGH YIELD MUNI C | 1,072.780 | 03-30-05 | 10.70489 | 11,484.00 | 8,024.38 | (3,459.62) | Long Term |
| | 1,002.256 | 07-14-05 | 10.97523 | 11,000.00 | 7,496.86 | (3,503.14) | Long Term |
| | 1,369.384 | 06-07-06 | 10.95383 | 15,000.00 | 10,242.97 | (4,757.03) | Long Term |
| | 2,247.729 | 04-13-07 | 11.12233 | 25,000.00 | 16,812.99 | (8,187.01) | Long Term |
| | 1,615.631 | 07-29-08 | 9.90325 | 16,000.00 | 12,084.90 | (3,915.10) | Short Term |
| | 3,364.031 | 12-15-08 | 7.43156 | 25,000.00 | 25,163.32 | 163.32 | Short Term |
| Total Purchases | 11,148.455 | | | 108,484.00 | 83,390.71 | (25,093.29) | |
| LT Dividend Reinvestments | 491.426 | 08-31-04 | 10.94368 | 5,378.01 | 3,675.66 | (1,702.35) | Long Term |
| ST Dividend Reinvestments | 375.765 | 12-31-07 | 9.59285 | 3,604.66 | 2,810.66 | (794.00) | Short Term |
| Fund Total | 12,015.646 | | 9.77614 | 117,466.67 | 89,877.03 | (27,589.64) | |
| Mkt. Value vs. Total Purchases | | | | 108,484.00 | 89,877.03 | | |
| Net Value Increase/(Decrease)# | | | | | (18,606.97) | | |
| FIDELITY MN MUNI INC | | | | | | | |
| Total Purchases | 3,057.644 | please provide | | N/A | 32,839.06 | N/A | |
| | 3,057.644 | | | | 32,839.06 | | |
| LT Dividend Reinvestments | 336.697 | 08-31-05 | 11.33075 | 3,815.03 | 3,615.94 | (199.09) | Long Term |
| ST Dividend Reinvestments | 141.579 | 12-31-07 | 11.00791 | 1,558.49 | 1,520.78 | (37.71) | Short Term |
| Fund Total | 3,535.920 | | | N/A | 37,975.78 | N/A | |
| Mkt. Value vs. Total Purchases | | | | | 37,975.78 | | |
| Net Value Increase/(Decrease)# | | | | | N/A | | |
| VAN KAMPEN HIGH YIELD MUNI A | 1,448.768 | 03-03-08 | 10.35362 | 15,000.00 | 10,851.25 | (4,148.75) | Short Term |
| | 1,174.284 | 03-27-08 | 10.47446 | 12,300.00 | 8,795.37 | (3,504.63) | Short Term |
| Total Purchases | 2,623.052 | | | 27,300.00 | 19,646.62 | (7,653.38) | |
| ST Dividend Reinvestments | 111.998 | 03-31-08 | 9.45070 | 1,058.46 | 838.90 | (219.56) | Short Term |
| Fund Total | 2,735.050 | | 10.36853 | 28,358.46 | 20,485.52 | (7,872.94) | |
| Mkt. Value vs. Total Purchases | | | | 27,300.00 | 20,485.52 | | |
| Net Value Increase/(Decrease)# | | | | | (6,814.48) | | |
| **Total Other Mutual Funds** | | | | 151,198.65 | 115,499.27 | (35,699.38) | |
| **Total Mutual Funds** | | | | 166,762.58 | 124,459.50 | (42,303.08) | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to
increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

ACTIVE ASSETS ACCOUNT ®
**FOR MONTH ENDING DECEMBER 31, 2008**

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**Unrealized Gain/(Loss)**

| Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|----------|---------------|--------------------------------|---------------------------------|--------------|------------------------|------------------------|

# Net Value Increase/(Decrease) compares your Total Purchases (excluding Dividend Reinvestments) with the Market Value of all shares you hold of the fund. This calculation is for informational purposes only, does not reflect your total unrealized gain or loss and should not be used for tax purposes.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 18 OF 25

Account Number
319 061364 301

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost Original / Adjusted* | Total Cost Original / Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Unit Investment Trusts** | | | | | | | |
| **Equity Trusts** | | | | | | | |
| UNIT VK GLOBAL 45 2008-1 | 1,428 | 01-11-08 | 9.07109 | 12,953.52 | 7,793.15 | (5,160.37) | Short Term |
| DIVIDEND REINVESTMENT | 57 | 05-25-08 | 7.03052 | 400.74 | 311.08 | (89.66) | Short Term |
| | 1,485 | | 8.99276 | 13,354.26 | 8,104.23 | (5,250.03) | |
| UNIT VK INTL REAL ESTATE 08-2 | 1,140 | 03-20-08 | 9.75687 | 11,122.83 | 5,646.06 | (5,476.77) | Short Term |
| DIVIDEND REINVESTMENT | 53 | 07-25-08 | 4.14283 | 219.57 | 262.51 | 42.94 | Short Term |
| | 1,193 | | 9.50746 | 11,342.40 | 5,908.57 | (5,433.83) | |
| UNIT VK SELECT 10 INDUS 2008-4 | 758 | 07-14-08 | 12.73547 | 9,653.49 | 5,072.68 | (4,580.81) | Short Term |
| DIVIDEND REINVESTMENT | 16 | 08-25-08 | 6.96812 | 111.49 | 107.08 | (4.41) | Short Term |
| | 774 | | 12.61625 | 9,764.98 | 5,179.76 | (4,585.22) | |
| UNIT VK SELECT 10 INDUS 2008-5 | 1,156 | 09-08-08 | 11.33961 | 13,108.59 | 7,114.35 | (5,994.24) | Short Term |
| DIVIDEND REINVESTMENT | 42 | 10-29-08 | 6.12476 | 257.24 | 258.50 | 1.26 | Short Term |
| | 1,198 | | 11.15678 | 13,365.83 | 7,372.85 | (5,992.98) | |
| UNIT VK BIRINYI TRUST 21 | 851 | 10-13-08 | 9.64590 | 8,208.66 | 7,442.93 | (765.73) | Short Term |
| UNIT VK VALUE EQUITY & INC 084 | 1,132 | 11-14-08 | 8.72051 | 9,871.62 | 10,270.51 | 398.89 | Short Term |
| DIVIDEND REINVESTMENT | 15 | 12-25-08 | 8.48266 | 127.24 | 136.10 | 8.86 | Short Term |
| | 1,147 | | 8.71740 | 9,998.86 | 10,406.61 | 407.75 | |
| UNIT CLAY DG INTL INFR 2 | 980 | 08-04-08 | 9.89646 | 9,698.53 | 7,161.53 | (2,537.00) | Short Term |
| DIVIDEND REINVESTMENT | 17 | 09-25-08 | 6.31294 | 107.32 | 124.24 | 16.92 | Short Term |
| | 997 | | 9.83535 | 9,805.85 | 7,285.77 | (2,520.08) | |
| **Total Equity Trusts** | | | | 75,840.84 | 51,700.72 | (24,140.12) | |
| **Total Unit Investment Trusts** | | | | 75,840.84 | 51,700.72 | (24,140.12) | |
| **Totals for positions with cost data available** | | | | $308,580.08 | $214,835.64 | ($93,744.44) | |
| **Total Market Value for all positions** | | | | | $256,660.89 | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

Account Number
319 061364 301

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

JOHN R CARLSON &
JUNE L CARLSON JTWROS

### Unrealized Gain/(Loss)

| | Quantity | Date Acquired | Date Sold | Unit Cost Original / Adjusted** | Total Cost Original / Adjusted** | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| FL ST MFA-1 BE 1.960 10-01-30 | 25,000 | 05-08-08 | 12-04-08 | | 25,005.25 | 25,000.00 | | |
| ST LAWRNCE IDA BE 3 1/4 7-01-35 | 25,000 | 05-07-08 | 06-23-08 | | 25,005.23 | 25,018.75 | 13.52 | Short Term |

P – You have provided the trade history for this transaction; it was not available through Morgan Stanley records.
D – Periodic payments on this security consist of interest and option premium. The cost basis for this tax lot is reduced by the option premium received. The interest portion is reported on Form 1099-INT.

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

### Realized Gain/(Loss)

#### Short Term

| | Quantity | Date Acquired | Date Sold | Unit Cost Original / Adjusted** | Total Cost Original / Adjusted** | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| UNIT FT GLOBAL AGRICULTURE 3 | 974 | 03-03-08 | 08-04-08 | | 9,993.62 | 9,209.09 | (784.53) | Short Term |
| UNIT FT GLOBAL AGRICULTURE 3 | 1 | 04-25-08 | 08-04-08 | | 10.98 | 9.45 | (1.53) | Short Term |
| UNIT FT GLOBAL AGRICULTURE 3 | 1 | 06-25-08 | 08-04-08 | | 10.67 | 9.45 | (1.22) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 1,406 | 10-29-07 | 09-25-08 | | 812.65 | 812.65 | | |
| UNIT VK BIRINYI TRUST 17 | 5 | 12-25-07 | 09-25-08 | | 2.89 | 2.89 | | |
| UNIT VK BIRINYI TRUST 17 | 4 | 01-25-08 | 09-25-08 | | 0.58 | .58 | | |
| UNIT VK BIRINYI TRUST 17 | 4 | 05-25-08 | 09-25-08 | | 2.31 | 2.31 | | |
| UNIT VK BIRINYI TRUST 17 | 2 | 06-25-08 | 09-25-08 | | 0.58 | .58 | | |
| UNIT VK BIRINYI TRUST 17 | 2 | 08-25-08 | 09-25-08 | | 1.16 | 1.16 | | |
| UNIT VK BIRINYI TRUST 17 | | 10-29-07 | 09-25-08 | | 1.15 | 1.15 | | |
| UNIT VK BIRINYI TRUST 17 | 1,406 | 12-25-07 | 10-13-08 | | 13,674.62 / 12,861.97 | 8,131.04 | (4,730.93) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 5 | 01-25-08 | 10-13-08 | | 44.76 / 41.87 | 28.92 | (12.95) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 1 | 01-25-08 | 10-13-08 | | 8.02 / 7.44 | 5.78 | (1.66) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 4 | 03-25-08 | 10-13-08 | | 30.37 | 23.13 | (7.24) | Short Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT ®**
**FOR MONTH ENDING DECEMBER 31, 2008**

PAGE 20 OF 25

Account Number
319 061364 301

| Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| UNIT VK BIRINYI TRUST 17 | 1 | 05-25-08 | 10-13-08 | 9.03   8.45 | 5.78 | (2.67) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 2 | 06-25-08 | 10-13-08 | 17.26   16.10 | 11.57 | (4.53) | Short Term |
| UNIT VK BIRINYI TRUST 17 | 2 | 08-25-08 | 10-13-08 | 16.58   15.43 | 11.57 | (3.86) | Short Term |
| UNIT VK GLOBAL 45 2007-1 | 10 | 05-25-07 | 01-11-08 | 107.28   106.54 | 98.79 | (7.75) | Short Term |
| UNIT VK GLOBAL 45 2007-1 | 12 | 08-25-07 | 01-11-08 | 120.36   119.47 | 118.55 | (.92) | Short Term |
| UNIT VK GLOBAL 45 2007-1 | 9 | 09-25-07 | 01-11-08 | 93.89 | 88.91 | (4.98) | Short Term |
| UNIT VK GLOBAL 45 2007-1 | 10 | 11-25-07 | 01-11-08 | 101.69 | 98.79 | (2.90) | Short Term |
| UNIT VK GLOBAL REAL ESTATE 072 | 1,624 | 05-09-07 | 03-20-08 | 16,298.68   14,481.99 | 9,527.31 | (4,954.68) | Short Term |
| UNIT VK GLOBAL REAL ESTATE 072 | 3 | 08-25-07 | 03-20-08 | 24.59   21.23 | 17.60 | (3.63) | Short Term |
| UNIT VK GLOBAL REAL ESTATE 072 | 16 | 11-25-07 | 03-20-08 | 128.88   110.99 | 93.87 | (17.12) | Short Term |
| UNIT VK GLOBAL REAL ESTATE 072 | 272 | 12-28-07 | 03-20-08 | 1,836.82 | 1,595.71 | (241.11) | Short Term |
| UNIT VK GLOBAL REAL ESTATE 072 | 10 | 01-25-08 | 03-20-08 | 19.80 | 15.67 | (4.13) | Short Term |
| UNIT VK GLOBAL 45 2008-1 | 1,428 | 01-15-08 | 09-25-08 | 62.80 | 15.48 | | |
| UNIT VK GLOBAL 45 2008-1 | 14 | 05-25-08 | 09-25-08 | 15.48 | 0.15 | | |
| UNIT VK GLOBAL 45 2008-1 | 20 | 05-25-08 | 09-25-08 | 0.15 | 0.22 | | |
| UNIT VK GLOBAL 45 2008-1 | 1,428 | 01-11-08 | 12-25-08 | 0.22 | 414.36 | | |
| UNIT VK GLOBAL 45 2008-1 | 14 | 08-25-08 | 12-25-08 | 414.36 | 4.06 | | |
| UNIT VK GLOBAL 45 2008-1 | 20 | 09-25-08 | 12-25-08 | 4.06 | 5.80 | | |
| UNIT VK GLOBAL 45 2008-1 | 20 | 09-25-08 | 12-25-08 | 5.80 | 0.58 | | |
| UNIT VK GLOBAL 45 2008-1 | 2 | 11-25-08 | 12-25-08 | 0.58 | 6.10 | | |
| UNIT VK GLOBAL 45 2008-1 | 21 | 11-25-08 | 12-25-08 | 6.10 | | | |
| UNIT VK INTL REAL ESTATE 08-2 | 1,140 | 03-20-08 | 11-25-08 | 163.17 | 163.17 | | |
| UNIT VK INTL REAL ESTATE 08-2 | 1 | 07-25-08 | 11-25-08 | 0.14 | .14 | | |
| UNIT VK INTL REAL ESTATE 08-2 | 9 | 10-25-08 | 11-25-08 | 1.29 | 1.29 | | |
| UNIT VK INTL REAL ESTATE 08-2 | 3 | 11-25-08 | 11-25-08 | 1.29 | 1.29 | | |
| UNIT VK SELECT 10 INDUS 2007-4 | 2 | 08-25-07 | 07-14-08 | 4.06 | 4.04 | (.02) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 2 | 09-25-07 | 07-14-08 | 2.96 | 2.70 | (.26) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 4 | 10-25-07 | 07-14-08 | 2.96 | 2.70 | (.26) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 2 | 11-25-07 | 07-14-08 | 5.54 | 5.39 | (.15) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 2 | 12-25-07 | 07-14-08 | 2.96 | 2.70 | (.26) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 3 | 01-25-08 | 07-14-08 | 4.06 | 4.04 | (.02) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 4 | 02-25-08 | 07-14-08 | 5.54 | 5.39 | (.15) | Short Term |

*This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.*

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase in value or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## Realized Gain/(Loss)

| | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| UNIT VK SELECT 10 INDUS 2007-4 | 3 | 03-25-08 | 07-14-08 | 4.06 | 4.04 | (.02) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 3 | 04-25-08 | 07-14-08 | 4.06 | 4.04 | (.02) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 4 | 05-25-08 | 07-14-08 | 5.54 | 5.39 | (.15) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 4 | 10-25-07 | 09-08-08 | 8.22 | 5.64 | (2.58) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 6 | 11-25-07 | 09-08-08 | 12.95 | 11.29 | (1.66) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 4 | 12-25-07 | 09-08-08 | 8.77 | 7.53 | (1.24) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 4 | 01-25-08 | 09-08-08 | 8.77 | 7.53 | (1.24) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 6 | 02-25-08 | 09-08-08 | 12.95 | 11.29 | (1.66) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 5 | 03-25-08 | 09-08-08 | 9.72 | 9.41 | (.31) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 4 | 04-25-08 | 09-08-08 | 8.77 | 7.53 | (1.24) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 6 | 05-25-08 | 09-08-08 | 12.95 | 11.29 | (1.66) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 5 | 06-25-08 | 09-08-08 | 9.72 | 9.41 | (.31) | Short Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 5 | 07-25-08 | 09-08-08 | 9.72 | 9.41 | (.31) | Short Term |
| UNIT VK SELECT 10 INDUS 2008-5 | 1,156 | 09-08-08 | 10-25-08 | 169.33 | 169.33 | | |
| UNIT VK VALUE EQUITY & INC 074 | 1,819 | 12-28-07 | 01-10-08 | 65.45 | 65.45 | | |
| UNIT VK VALUE EQUITY & INC 074 | 1,819 | 12-28-07 | 01-10-08 | 31.98 | 31.98 | | |
| UNIT VK VALUE EQUITY & INC 074 | 6 | 01-10-08 | 10-25-08 | 0.11 | .11 | | |
| UNIT VK VALUE EQUITY & INC 074 | 31 | 01-25-08 | 10-25-08 | 0.54 | .54 | | |
| UNIT VK VALUE EQUITY & INC 074 | 6 | 02-25-08 | 10-25-08 | 0.21 | .21 | | |
| UNIT VK VALUE EQUITY & INC 074 | 15 | 03-25-08 | 10-25-08 | 0.26 | .26 | | |
| UNIT VK VALUE EQUITY & INC 074 | 22 | 04-25-08 | 10-25-08 | 0.39 | .39 | | |
| UNIT VK VALUE EQUITY & INC 074 | 11 | 05-25-08 | 10-25-08 | 0.19 | .19 | | |
| UNIT VK VALUE EQUITY & INC 074 | 15 | 06-25-08 | 10-25-08 | 0.26 | .26 | | |
| UNIT VK VALUE EQUITY & INC 074 | 24 | 07-25-08 | 10-25-08 | 0.42 | .42 | | |
| UNIT VK VALUE EQUITY & INC 074 | 13 | 08-25-08 | 10-25-08 | 0.23 | .23 | | |
| UNIT VK VALUE EQUITY & INC 074 | 16 | 09-25-08 | 10-25-08 | 0.28 | .28 | | |
| UNIT VK VALUE EQUITY & INC 074 | 1,819 | 12-28-07 | 11-14-08 | 17,993.89 / 17,896.46 | 8,916.02 | (8,980.44) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 6 | 01-10-08 | 11-14-08 | 58.27 / 58.16 | 29.41 | (28.75) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 31 | 01-25-08 | 11-14-08 | 281.05 / 280.51 | 151.95 | (128.56) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 6 | 02-25-08 | 11-14-08 | 55.23 / 55.12 | 29.41 | (25.71) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 15 | 03-25-08 | 11-14-08 | 127.72 / 127.46 | 73.52 | (53.94) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 22 | 04-25-08 | 11-14-08 | 201.89 / 201.50 | 107.84 | (93.66) | Short Term |

*This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.*

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

PAGE 22 OF 25

Account Number
319 061364 301

JOHN R CARLSON &
JUNE L CARLSON JTWROS

| Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| UNIT VK VALUE EQUITY & INC 074 | 11 | 05-25-08 | 11-14-08 | 104.28 / 104.09 | 53.92 | (50.17) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 15 | 06-25-08 | 11-14-08 | 136.50 / 136.24 | 73.52 | (62.72) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 24 | 07-25-08 | 11-14-08 | 200.88 / 200.46 | 117.64 | (82.82) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 13 | 08-25-08 | 11-14-08 | 105.25 / 105.02 | 63.72 | (41.30) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 16 | 09-25-08 | 11-14-08 | 111.47 / 111.19 | 78.43 | (32.76) | Short Term |
| UNIT VK VALUE EQUITY & INC 074 | 46 | 10-25-08 | 11-14-08 | 244.82 | 225.47 | (19.35) | Short Term |
| UNIT VK VALUE EQUITY & INC 084 | 1,132 | 11-14-08 | 12-26-08 | 44.93 | 44.93 | | Short Term |
| **Sub Total Short Term** | | | | $111,350.01 | $90,961.49 | ($20,388.52) | |
| **Long Term** | | | | | | | |
| MOTOROLA INC   6 1/2   3-01-08 | 10,000 | 02-14-02 | 03-03-08 | 9,705.00 | 10,000.00 | 295.00 | Long Term |
| NO.MPA-A2 TH-7 BE   5.870   1-01-21 | 50,000 | 01-30-06 | 04-18-08 | 50,002.63 / 50,000.00 | 50,000.00 | | |
| NO.MPA-A2 TH-7 BE   5.870   1-01-21 | 50,000 | 09-28-06 | 04-18-08 | 50,005.25 / 50,000.00 | 50,000.00 | | |
| UNIT VK GLOBAL 45 2007-1 | 1,314 | 01-10-07 | 01-11-08 | 12,862.75 / 12,765.30 | 12,981.04 | 215.74 | Long Term |
| UNIT VK SELECT 10 INDUS 2007-4 | 1,031 | 07-11-07 | 07-14-08 | 961.14 | 10,772.77 | 9,811.63 | Long Term |
| UNIT VK SELECT 10 INDUS 2007-5 | 1,564 | 09-07-07 | 09-08-08 | 4,473.65 | 13,023.65 | 8,550.00 | Long Term |
| **Sub Total Long Term** | | | | $127,905.09 | $146,777.46 | $18,872.37 | |
| **Totals for closing transactions with cost data available** | | | | $239,255.10 | $237,738.95 | ($1,516.15) | |
| **Total Proceeds** | | | | | $237,738.95 | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT ®**
*FOR MONTH ENDING DECEMBER 31, 2008*

PAGE 23 OF 25

Account Number
319 061364 301

## Summary

| | Short Term | Long Term | Total |
|---|---|---|---|
| Unrealized gain...................... | $632.19 | $187.50 | $819.69 |
| Unrealized (loss)................... | ($48,851.30) | ($45,712.83) | ($94,564.13) |
| Realized gain YTD.................. | $13.52 | $18,872.37 | $18,885.89 |
| Realized (loss) YTD............... | ($20,402.04) | $0.00 | ($20,402.04) |

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**ACTIVE ASSETS ACCOUNT ®**
*FOR MONTH ENDING DECEMBER 31, 2008*

PAGE 24 OF 25

Account Number
319 061364 301

## INDIVIDUAL EQUITY RATINGS

| DESCRIPTION | QUANTITY | CURRENT-PRICE | MARKET-VALUE | RATING | MORGAN STANLEY RESEARCH INDUSTRY VIEW | VOLATILITY | ADDITIONAL RESEARCH NAME | RATING |
|---|---|---|---|---|---|---|---|---|
| DELTA AIR LINES INC NEW | 229 | 11.46 | 2,624.34 NA | | Attractive | - | Morningstar | 3 stars |

Independent, third-party research on equity securities of certain companies covered by Morgan Stanley Equity Research is available to U.S. customers of Morgan Stanley at no cost. Customers can access this research by visiting www.morganstanley.com/equityresearch, by calling 800-624-2063 or by contacting a Morgan Stanley representative to request that a copy of this research be sent to them.

Research does not provide individually tailored investment advice. Research reports are prepared without regard to the individual financial circumstances and objectives of persons who receive them. The securities and other financial instruments discussed in any report may not be suitable for or available to all investors. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's investment objectives, financial situation, investment horizon and existing holdings) and other considerations. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the views of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives as well as market conditions at the time. For additional information, please contact a Morgan Stanley representative.

## RESEARCH RATINGS DEFINITIONS

Morgan Stanley Stock Ratings
Overweight (O) : The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Equal-weight (E) : The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Underweight (U) : The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Not-Rated (NR) : Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months. Please note that NA may also be used to designate stocks where a rating is not currently available for policy reasons. For the current list of Not-Rated/Hold stocks please email research@morganstanley.com.

Morgan Stanley Industry Views
Attractive (A) : The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark named on the cover of the corresponding report.
In-Line (I) : The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark named on the cover of the corresponding report.
Cautious (C) : The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark named on the cover of the corresponding report.
Unless otherwise specified, the time frame for Morgan Stanley price targets is 12 to 18 months.

# Morgan Stanley

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## ACTIVE ASSETS ACCOUNT ®
### FOR MONTH ENDING DECEMBER 31, 2008

## RESEARCH RATINGS DEFINITIONS

Morningstar
5 stars : (Significantly Undervalued) - Stock trading at significantly large discount to analyst's fair value estimate.
4 stars : (Undervalued) - Stock trading at large discount to analyst's fair value estimate.
3 stars : (Fairly Valued) - Stock trading very close to fair value estimate.
2 stars : (Overvalued) - Stock trading at large premium to analyst's fair value estimate.
1 star : (Significantly Overvalued) - Stock trading at significantly large premium to analyst's fair value estimate.
Under Review : Rating temporarily suspended while analyst reviews fair value estimate.

NA appearing for Morgan Stanley Research indicates that either the rating for this stock is not available because of a Morgan
Stanley policy or, the rating for this stock is Not-Rated as per the definition in Research Ratings Definitions above. For a
current list of Morgan Stanley stocks rated Not-Rated as defined above, please email morganstanley.research@morganstanley.com. NA
appearing for an independent third party research provider indicates that the ratings for this company are not available because of
a Morgan Stanley policy.

"NC" appearing on the Morgan Stanley ratings line indicates that Morgan Stanley does not carry an opinion on this security. Morgan
Stanley might carry an opinion on a different security on this company. Please contact your Financial Advisor for information.

The securities ratings that appear here have been taken from research reports prepared by Morgan Stanley Equity Research as well as
reports prepared by independent third party research providers who were selected by Morgan Stanley's independent Consultant and are
provided for information purposes only. The independent third party research reports were prepared without input from Morgan
Stanley. Morgan Stanley does not represent that these reports are accurate or complete. The independent third party research
provider whose rating is shown for each security may not be representative of the ratings assigned to that security by other
providers. The third party research providers or by Morgan Stanley. Research reports from such independent third party research
providers are generally available on our website, as well as current and historical ratings for the providers. You are encouraged to
review this and all other relevant information available regarding your investment. Different providers use different terms and
systems to describe the recommendations in their research reports. For example, Morgan Stanley uses a relative rating system
including terms such as Overweight, Equal-weight or Underweight (see explanations within definitions section). In addition, Morgan
Stanley applies an industry rating system which compares the analyst's view of the industry to the broader market benchmark. A
rating system using terms such as buy, hold and sell may not be equivalent to our rating system. Investors should carefully read the
explanations of all ratings shown. The ratings assigned to each security and the explanations for the ratings used by the
independent third party research providers have been furnished to us by such providers. In addition, since the research report
contains more complete information concerning the analyst's views, investors should read the entire research report and not infer
its contents from the rating alone.

All ratings shown on statements are as of the last business day of the month. All ratings shown on confirms are as of the current
business day.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# Morgan Stanley

| Term | Description |
|---|---|
| **Account Valuation** | This figure represents the approximate value of your account on a settlement date basis and is computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any credit or subtracting any debit to your closing cash, or money market fund and/or bank deposit balances. This valuation may be adjusted for the net change in priced asset values for securities held or for the net change in money market balances during the statement period. Your closing cash, money market fund and/or bank deposit balance represents the cash, money market funds and/or bank deposits and reflects the net month-end available balance. |
| **Availability of Free Credit Balances and Financial Statements** | Under the customer protection rules of the SEC (17 CFR §240.15c3-2 & 3), Morgan Stanley & Co. Incorporated may use free credit balances in your account which are payable to you on demand, in the ordinary course of this business. We send summary Morgan Stanley & Co. Incorporated financial statements to you semiannually; copies are also available on request, by mail. |
| **Certain Assets Not Held At Morgan Stanley & Co. Incorporated** | You may purchase certain assets through Morgan Stanley & Co. Incorporated that may be held at a financial institution other than Morgan Stanley & Co. Incorporated. Assets not held at Morgan Stanley & Co. Incorporated may not be covered by SIPC protection. We may include information about these assets on your Morgan Stanley & Co. Incorporated statement, solely as a service to you and are not responsible for reporting information about these assets, unless we provide external source(s). Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information due to different tax reporting periods. In the case of Morgan Stanley, Van Kampen and internal newer/estimated funds, Morgan Stanley & Co. Incorporated performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley & Co. Incorporated performs all tax reporting. |
| **Client's Investment Objectives and Financial Situation** | It is essential to advise your Financial Advisor immediately if there is a material change in your investment objectives or financial situation. |
| **Dividend/ Interest (Month/YTD)** | These figures represent dividends and/or interest on securities received by Morgan Stanley and credited to your account during the calendar year. As required by law, Morgan Stanley reports to the Internal Revenue Service dividends and taxable bond interest credited to your account during the calendar year. The year-to-date (YTD) figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099s). |
| **Errors and Inquiries** | If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). We will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. |
| **Estimated Annual Income and Yields** | Estimated annual income and yields are calculated by annualizing the most recent distribution and do not reflect historic experience or projected future results. Since the rates are subject to change at any time, they should not be solely relied upon for making investment or trading decisions. You should consult with your Financial Advisor to obtain accurate, current information so you can make an informed decision. |
| **Listed Options** | Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. |
| **Margin Interest Charges** | Morgan Stanley calculates interest charges on margin loans as follows: (1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance. (2) Divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerservice/disclosures/#4 |
| **Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts) | If you have margin privileges, you may borrow money from Morgan Stanley in exchange for pledging assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin account, which are identified by an asterisk(*) on your statement. |
| **Pricing of Securities** | The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy. For securities that trade on an exchange or trading continually in an active marketplace, the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For bonds trading less frequently, we rely on outside pricing services or a computerized pricing model which cannot always give us actual market values. Similarly, some annuity values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless Morgan Stanley has obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values. Furthermore, limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts showing on this statement may not equal the amounts you would receive if you sold your investment. The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor for more current information concerning your investments. |
| **Security Measures** | Your Morgan Stanley statement features several embedded security elements to safeguard its authenticity. One is a unique security mark—a blue rectangle with the letters MS printed in heat-sensitive blue ink on the front side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear. |
| **SIPC Protection** | Securities and cash held in Morgan Stanley & Co. Incorporated accounts are protected up to $500,000 will be paid by SIPC. In addition, Morgan Stanley has arranged for coverage above these limits. Coverage is provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). Excess Coverage provides additional protection up to the net equity value of each client's securities and cash. SIPC protects up to $500,000 of each client's securities, of which up to $100,000 may be uninvested cash. SIPC and Excess Coverage apply only to securities and cash in the exclusive possession and control of Morgan Stanley & Co. Incorporated and do not protect against losses due to market fluctuation. Detailed information is available upon request. |
| **Taxes** | Under Federal Income Tax law, Morgan Stanley is required to report the gross proceeds of sales transactions (including certain short sales) to you on Form 1099-B by January 31 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9 or W-8, your account may be subject to either 28% backup withholding or 30% nonresident alien withholding, as applicable, on payments made to your account. |
| **Transaction Dates and Conditions** | All transaction dates on this statement are the transactions' settlement dates. In the case of unsettled trades, current information will list the trade date instead of the settlement date with a notation that the trade is unsettled. Upon written request, Morgan Stanley will furnish the date and time of a transaction and the name of the other party to a transaction. Morgan Stanley accepts benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other compensation received or to be received by us in connection with any transaction will be furnished upon written request. |

STSCCB
Revised 10/2007

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

#BWNJGWM
------- manifest line ---------
DTTAFADDTTFDTTFTFDTDDADADAFADFATDDFTAAAFDTTADFAAAATDFDTDFADDDTDFFT

JOHN  R  CARLSON  &
JUNE  L  CARLSON  JTWROS
6832  STONEWOOD  COURT
EDEN  PRAIRIE  MN  55346-2946

**Your Branch**
294 EAST GROVE LANE, SUITE 220
WAYZATA, MN 55391
Telephone:  952-475-4100
Alt. Phone:  800-755-4110
Fax:  952-475-0841

**Client Interaction Center**
800-869-3326
24 Hours a Day, 7 Days a Week

**Access your accounts online**
www.morganstanley.com/online

| | |
|---|---|
| TOTAL VALUE LAST PERIOD (as of 8/31/09) | $489,658.45 |
| NET CONTRIBUTIONS/WITHDRAWALS | — |
| PORTFOLIO INCOME & APPRECIATION | 19,233.55 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 9/30/09) | **$508,892.00** |

**Your Financial Advisor Team**
The Johnson Group

**Your Financial Advisors**

**Mark Johnson**
Senior Vice President
Mark.L.Johnson@morganstanley.com
952 475-4112

**William Barton McNabb**
Bart.Mcnabb@morganstanley.com
952 475-4113

**Debbie McKinney**
Debbie.McKinney@morganstanley.com
952 475-4114

**Peter Willcox**
Peter.Willcox@morganstanley.com
952 475-4115

Investments and services offered through Morgan Stanley Smith Barney LLC, and accounts carried by
Morgan Stanley & Co. Incorporated, members SIPC.

039110 I/12

319 - 061364 - 072 - 1 - 0

--- no inserts ---

Y _____ Z

# MorganStanley SmithBarney

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## CLIENT STATEMENT | For the Period September 1-30, 2009

## Account Summary

**Brokerage Account**
Householding Anniversary Date: 10/25/02
Investment Objectives^: Capital Appreciation, Income

### CHANGE IN VALUE OF YOUR ACCOUNTS

|  | This Year (1/1/09-9/30/2009) | This Period (9/1/09-9/30/2009) |
|---|---|---|
| **Total Beginning Market Value** | $431,922.33 | $489,658.45 |
| Contributions | 120.52 | — |
| Withdrawals | — | — |
| Security Transfers | — | — |
| **Net Contributions/Withdrawals** | **$120.52** | **—** |
| Portfolio Income | 12,621.13 | 1,504.54 |
| Net Portfolio Appreciation | 64,228.02 | 17,729.01 |
| **Total Ending Market Value** | **$508,892.00** | **$508,892.00** |

This exhibit may not include transactions for investments in Annuities or where Morgan Stanley & Co. Incorporated is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions.  ^ See the Disclosures section of your statement for more information about investment objectives. Please review for accuracy and inform us if your investment objectives change.

### ALLOCATION OF HOLDINGS

Cash, Deposits, MMFs

Stocks

Corporate Fixed Income

Mutual Funds

Unit Investment Trusts

Annuities & Insurance

### CHANGE IN VALUE OVER TIME

This graph compares the total value of your account to the net amount invested. Net investment is the total amount invested minus the total amount withdrawn.

Thousands ($)

550.0

500.0

450.0

400.0

DEC 2008    MAR 2009    JUN 2009    SEP 2009

—— Total Market Value    - - - Net Invested Capital Since 12/31/08

| | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs* | $37,936.92 | 7.5 |
| Stocks | 31,843.23 | 6.3 |
| Corporate Fixed Income | 42,302.51 | 8.3 |
| Mutual Funds | 199,591.52 | 39.2 |
| Unit Investment Trusts | 55,008.92 | 10.8 |
| Annuities & Insurance | 142,208.90 | 27.9 |
| **TOTAL** | **$508,892.00** | **100.0%** |

We classify assets based on certain general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, the asset classification reflected on this statement may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.  * Eligible for FDIC insurance; FDIC rules apply. Not SIPC insured.

Active Assets Account
# 319-061364-072



# MorganStanley
## SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Account Summary

JOHN R CARLSON &
JUNE L CARLSON JTWROS

**Active Assets Account**
# 319-061364-072

Page 3
of 24

## BALANCE SHEET

| | Last Period (as of 8/31/09) | This Period (as of 9/30/09) |
|---|---|---|
| **NET ASSET VALUE** | $489,658.45 | $508,892.00 |
| **ASSETS** | $489,658.45 | $508,892.00 |
| Cash, Deposits, MMFs | 52,445.24 | 37,936.92 |
| Stocks | 31,290.91 | 31,843.23 |
| Municipal Bonds | — | — |
| Corporate Fixed Income | 26,316.67 | 42,302.51 |
| Government Securities | — | — |
| Certificates of Deposit | — | — |
| Mutual Funds | 186,179.33 | 199,591.52 |
| Unit Investment Trusts | 53,104.89 | 55,008.92 |
| Annuities & Insurance | 140,321.41 | 142,208.90 |
| Other | — | — |

**LIABILITIES** (Outstanding Balance)
*There are no liabilities for this account.*

## CASH FLOW

| | This Year (1/1/09-9/30/09) | This Period (9/1/09-9/30/09) |
|---|---|---|
| **OPENING CASH BALANCE** | $43,997.93 | $52,445.24 |
| **NET CREDITS/DEBITS** | $120.52 | — |
| **CREDITS** | $120.52 | — |
| Electronic Transfers | — | — |
| Check Deposits | — | — |
| Other Credits | 120.52 | — |
| **DEBITS** | — | — |
| World Card | — | — |
| ATM/Cash Advances | — | — |
| Checks | — | — |
| Automated Payments | — | — |
| Electronic Transfers | — | — |
| Interest Charged | — | — |
| Tax Withholdings | — | — |
| Other Debits | — | — |
| **NET CASH FROM INVESTMENTS** | $(6,181.53) | $(14,508.32) |
| Income | 12,621.13 | 1,504.54 |
| Dividend Reinvestments | (10,435.26) | (1,020.49) |
| Purchases | (34,761.53) | (22,722.84) |
| Sales/Redemptions | 26,394.13 | 7,730.47 |
| **CLOSING CASH BALANCE** | $37,936.92 | $37,936.92 |

Y ____ Z

039110 2/12

PERSONAL ACCOUNTS    RETIREMENT ACCOUNTS    EDUCATION ACCOUNTS    TRUST ACCOUNTS    BUSINESS ACCOUNTS

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Account Summary

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## INCOME SUMMARY

| | This Year (1/1/09-9/30/09) | This Period (9/1/09-9/30/09) |
|---|---|---|
| **TOTAL INCOME** | **$12,621.13** | **$1,504.54** |
| **TAXABLE INCOME** | **4,596.05** | **585.35** |
| Dividends | 2,697.31 | 247.85 |
| Capital Gain Distributions | 95.65 | — |
| Interest | 1,803.09 | 337.50 |
| Other Income | — | — |
| **TAX-EXEMPT INCOME** | **8,025.08** | **919.19** |
| Dividends | 8,025.08 | 919.19 |
| Interest | — | — |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

## GAIN/(LOSS) SUMMARY

| | Short-Term | Long-Term |
|---|---|---|
| **This Year (1/1/09-9/30/09)** | | |
| NET REALIZED | $(5,461.29) | $(16,374.61) |
| Gain | 259.62 | 1.74 |
| (Loss) | (5,720.91) | (16,376.35) |
| **This Period (9/1/09-9/30/09)** | | |
| NET REALIZED | $54.90 | $(5,860.88) |
| Gain | 63.62 | — |
| (Loss) | (8.72) | (5,860.88) |
| **NET UNREALIZED (9/30/09)** | $14,850.36 | $(39,838.96) |
| Gain | 15,319.33 | 517.20 |
| (Loss) | (468.97) | (40,356.16) |

*Gain / loss and income information are provided for informational purposes only and should not be used for tax preparation.*
*Please refer to the gain / loss section of the disclosures for important information about gain / loss reporting.*

## ADDITIONAL ACCOUNT INFORMATION

| Tax Category | This Year (1/1/09-9/30/09) | This Period (9/1/09-9/30/09) |
|---|---|---|
| Return of Principal | $285.95 | — |

# MorganStanley SmithBarney

JOHN R. CARLSON &
JUNE L CARLSON JTWROS

## CLIENT STATEMENT | For the Period September 1-30, 2009

## Holdings

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the period shown above which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement.
Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.
Gain / loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain / loss section of the disclosures for important information about gain / loss reporting.

## CASH, DEPOSITS AND MONEY MARKET FUNDS

| Description | Value | | Estimated Annual Income | 7-Day Current Yield % | | Annual Percentage Yield % |
|---|---|---|---|---|---|---|
| CASH | $7,715.27 | | | | | — |
| MS ACTIVE ASSETS TAX FR TRUST | 30,221.65 | | 3.02 | 0.010 | | — |
| | Percentage of Assets % | | | | Estimated Annual Income Accrued Income | |
| | | | | Market Value | $3.02 | |
| TOTAL CASH, DEPOSITS AND MONEY MARKET FUNDS | 7.5% | | | $37,936.92 | $0.00 | |

Cash holdings shown exclude cash holdings in custody at another firm for which you receive a separate statement.
Money market funds seek to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Disclosures section of the statement.

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| DELTA AIR LINES INC NEW (DAL) | 6/13/01 | 114.500 | $5,102.35 | $8.96 | $1,025.92 | $(4,076.43) LT | | — |
| | 6/18/01 | 114.500 | 5,099.85 | 8.96 | 1,025.92 | (4,073.93) LT | | |
| | — | 15.000 | Please Provide | 8.96 | 134.40 | N/A | | |
| | Total | 244.000 | 10,202.20 | 8.96 | 2,186.24 | (8,150.36) LT | — | |
| 229 Held on Margin | | | | | | | | |
| DWS DREMAN VAL INC EDGE FD NEW (DHG) | | — | 0.00 | 0.00 | 0.00 | | | — |
| Long Term Reinvestments | | 21.000 | 566.90 | 11.18 | 234.78 | (332.12) LT | | |

Y————Z

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | | Active Assets Account # 319-0613G4-072 | CONTINUED |
|---|---|---|---|---|---|---|---|

039110 3/12

# MorganStanley SmithBarney

## Holdings

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## STOCKS

### COMMON STOCKS (CONTINUED)

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| | Total | 21.000 | 566.90 | 11.18 | 234.78 | (332.12) LT | 15.12 | 6.44 |

*Next Dividend Payable 10/09; 21 Held on Margin*

**MINNESOTA MUNI INC PORTFOLIO (MXA)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | — | 881.000 | Please Provide | 14.63 | 12,889.02 | N/A | — | — |
| | Purchases | 881.000 | 0.00 | 14.63 | 12,889.02 | | — | |
| Long Term Reinvestments | | 436.085 | 6,430.91 | 14.63 | 6,379.23 | (51.68) LT | | |
| Short Term Reinvestments | | 96.887 | 1,198.44 | 14.63 | 1,418.16 | 219.72 ST | | |
| | Total | 1,413.972 | 7,629.35 | 14.63 | 20,686.41 | (51.68) LT 219.72 ST | 1,272.57 | 6.15 |

*Next Dividend Payable 10/09; 1413.972 Held on Margin*

**WELLS FARGO & CO NEW (WFC)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/3/09 | 310.000 | 9,204.77 | 28.18 | 8,735.80 * | (468.97) ST | 62.00 | 0.70 |

*Next Dividend Payable 12/09; 310 Held on Margin*

| | Percentage of Assets % | Total Cost | | Market Value | Unrealized Gain/(loss) | Estimated Annual Income | Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL STOCKS** | 6.3% | $27,603.22 | | $31,843.23 | $(6,534.16) LT $(249.25) ST | $1,349.69 $0.00 | 4.24% |

## CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig. Total Cost Adj. Total Cost | Unit Price | Market Value | Unrealized Gain/(loss) | Estimated Annual Income Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| **CONTRA DELTA AIR LINES INC** CUSIP 24799AKA9 | 5/3/07 | 10,000.000 | $0.00 | $0.63 | $63.00 | $63.00 LT 2 | — — | — |

*Coupon Rate 7.700%; Matures 12/15/05; Int. Semi-Annually Jun/Dec 15; In Default; S&P D; Issued 12/14/99*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **GENERAL MOTORS ACCEPTANCE CORP NOTES** CUSIP 370425RP7 | 12/28/07 | 9,000.000 | 8,654.25 8,654.25 | 99.89 | 8,990.01 | 335.76 LT | 697.50 137.56 | 7.75 |

*Coupon Rate 7.750%; Matures 01/19/10; Int. Semi-Annually Jan/Jul 19; Yield to Maturity 8.003%; Moody CA (+); S&P CCC; Issued 01/19/00; 9000 Held on Margin*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **FORD MOTOR CREDIT CO LLC** CUSIP 345397VG5 | 7/12/07 | 10,000.000 | 9,880.25 9,880.25 | 96.64 | 9,664.50 | (215.75) LT | 780.00 257.83 | 8.07 |

*Coupon Rate 7.800%; Matures 06/01/12; Int. Semi-Annually Jun/Dec 01; Yield to Maturity 9.238%; Moody CA1 (+); S&P CCC-+; Issued 05/22/07; 10000 Held on Margin*

CONTINUED

ACCOUNT NUMBER
PERIOD NUMBER
MEMBER SIPC

# MorganStanley SmithBarney

## Holdings

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON & JUNE L CARLSON JTWROS

### CORPORATE FIXED INCOME

#### CORPORATE BONDS (CONTINUED)

| Security Description | Trade Date | Face Value | Orig. Total Cost / Adj. Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| MGM MIRAGE CUSIP 552953AL5 | 6/15/05 | 10,000.000 | 10,555.25 / 10,252.66 | 83.75 | 8,375.00 | (1,877.66) LT | 675.00 / 54.37 | 8.05 |

*Coupon Rate 6.750%; Int. Semi-Annually Mar/Sep 01; Yield to Maturity 13.681%; Moody CAA2*

| Security Description | Trade Date | Face Value | Orig. Total Cost / Adj. Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| 15YR 10% DUAL RANGE ACCRUAL ON CMS 9/3/09 SPX DUE 2024 BY MS CUSIP 617482GW8 | 9/3/09 | 15,000.000 | 15,000.00 / 15,000.00 | 100.00 | 15,000.00 | 0.00 ST | 1,500.00 / 37.50 | 10.00 |

S&P CCC-+; Issued 08/25/04; 10000 Held on Margin
S&P Ae; Issued 09/21/09

*Coupon Rate 10.00%; Matures 09/21/24; Interest Paid Quarterly Dec 21; Callable $100.00 on 12/21/09; Yield to Maturity 9.999%; Floater; Moody A2e*

| | | | Orig. Total Cost / Adj. Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL CORPORATE BONDS** | | | 44,089.75 / 43,787.16 | | 42,092.51 | $(1,694.65) LT / $0.00 ST | $3,652.50 / $487.26 | 8.68% |

#### FIXED-RATE CAPITAL SECURITIES

| Security Description | Trade Date | Face Value | Orig. Total Cost / Adj. Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| LEHMAN CAPITAL TRUST IV CUSIP 52520B206 | 6/20/08 | 100.000 | 1,726.65 / 1,726.65 | $0.35 | $35.00 | $(1,691.65) LT | — / — | — |
| | 6/20/08 | 500.000 | 8,638.51 / 8,638.51 | 0.35 | 175.00 | (8,463.51) LT | — / — | — |
| Total | | 600.000 | 10,365.16 / 10,365.16 | 0.35 | 210.00 | (10,155.16) LT | | |

*Coupon Rate 6.375%; Matures 10/31/52; Interest Paid at Maturity; Callable $25.00 on 10/31/09; Moody C*

| | Percentage of Assets % | Orig. Total Cost / Adj. Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL CORPORATE FIXED INCOME** | 8.3% | 54,454.91 / 54,152.32 | | 42,302.51 | $(11,849.81) LT / $0.00 ST | $3,652.50 / $487.26 | 8.63% |

Y _____ Z

*Watchlist and CreditWatch Indicators  (*) = developing/uncertain  (+) = On Watchlist/CreditWatch Upgrade  (-) = On Watchlist/CreditWatch Downgrade  For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings or contact your financial advisor.*

Active Assets Account # 319-061364-072

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

JOHN R. CARLSON & JUNE E. CARLSON JTWROS

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Holdings

### MUTUAL FUNDS

#### MORGAN STANLEY MUTUAL FUNDS

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| MS PRIME INCOME TRUST (XPITX) | 2/2/06 | 1,429.565 | $13,000.00 | $6.95 | $9,935.47 | $(3,064.53) LT | 624.00 | 4.92 |
| Purchases | | 1,429.565 | 13,000.00 | 6.95 | 9,935.47 | (3,064.53) LT | | |
| Long Term Reinvestments | | 279.994 | 2,425.08 | 6.95 | 1,945.52 | (479.56) LT | | |
| Short Term Reinvestments | | 113.065 | 664.38 | 6.95 | 785.97 | 121.59 ST | | |
| Total | | 1,822.584 | 16,089.46 | | 12,666.96 | (3,544.09) LT 121.59 ST | | |
| Market Value vs Total Purchases # | | | 13,000.00 | | 12,666.96 | | | |
| Net Value Increase/(Decrease) | | | | | (333.04) | | | |

*Enrolled in MS Dividend Reinvestment; Capital Gains Reinvest*

#### OTHER MUTUAL FUNDS

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| VAN KAMPEN HIGH YIELD MUNI A (ACTHX) | 3/3/08 | 1,448.768 | $15,000.00 | $9.37 | $13,574.94 | $(1,425.06) LT | 1,608.00 | 5.94 |
| | 3/27/08 | 1,174.284 | 12,300.00 | 9.37 | 11,003.02 | (1,296.98) LT | | |
| Purchases | | 2,623.052 | 27,300.00 | 9.37 | 24,577.96 | (2,722.04) LT | | |
| Long Term Reinvestments | | 66.825 | 671.81 | 9.37 | 626.12 | (45.69) LT | | |
| Short Term Reinvestments | | 198.167 | 1,623.33 | 9.37 | 1,856.89 | 233.56 ST | | |
| Total | | 2,888.044 | 29,595.14 | | 27,060.97 | (2,767.73) LT 233.56 ST | | |
| Market Value vs Total Purchases # | | | 27,300.00 | | 27,060.97 | | | |
| Net Value Increase/(Decrease) | | | | | (239.03) | | | |
| *Enrolled in MS Dividend Reinvestment; Capital Gains Reinvest* | | | | | | | | |
| VAN KAMPEN HIGH YIELD MUNI C (ACTFX) | 8/17/04 | 476.644 | 5,000.00 | 9.35 | 4,456.61 | (543.39) LT | | |
| | 3/30/05 | 1,072.780 | 11,484.00 | 9.35 | 10,030.48 | (1,453.52) LT | | |
| | 7/14/05 | 1,002.256 | 11,000.00 | 9.35 | 9,371.08 | (1,628.92) LT | | |
| | 6/7/06 | 1,369.384 | 15,000.00 | 9.35 | 12,803.72 | (2,196.28) LT | | |
| | 4/13/07 | 2,247.729 | 25,000.00 | 9.35 | 21,016.24 | (3,983.76) LT | | |
| | 7/29/08 | 1,615.631 | 16,000.00 | 9.35 | 15,106.13 | (893.87) LT | | |
| | 12/15/08 | 3,364.031 | 25,000.00 | 9.35 | 31,453.65 | 6,453.65 ST | | |

CONTINUED



Active Assets Account
# 319-061364-072

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Holdings

JOHN R CARLSON &
JUNE L CARLSON JTWROS

Page 9 of 24

## MUTUAL FUNDS
### OTHER MUTUAL FUNDS (CONTINUED)

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| Purchases | | 11,148.455 | 108,484.00 | 9.35 | 104,237.91 | (10,699.74) LT 6,453.65 ST | | 5.20 |
| Long Term Reinvestments | — | 742.267 | 7,915.37 | 9.35 | 6,939.91 | (975.46) ST | | |
| Short Term Reinvestments | | 717.244 | 5,852.26 | 9.35 | 6,706.66 | 854.40 ST | | |
| **Total** | | 12,607.966 | 122,251.63 | 9.35 | **117,884.48** | (11,675.20) LT 7,308.05 ST | 6,132.00 | |
| Market Value vs Total Purchases # | | | 108,484.00 | | 117,884.48 | | | |
| Net Value Increase/(Decrease) | | | | | 9,400.48 | | | |

*Enrolled in MS Dividend Reinvestment; Capital Gains Reinvest*

| Security Description | Trade Date | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| FIDELITY MN MUNI INC (FIMIX) | | 3,057.644 | Please Provide | 11.55 | 35,315.75 | N/A | | |
| Purchases | | 3,057.644 | 0.00 | 11.55 | 35,315.75 | | | |
| Long Term Reinvestments | | 443.267 | 5,001.07 | 11.55 | 5,119.51 | 118.44 LT | | |
| Short Term Reinvestments | | 133.644 | 1,470.24 | 11.55 | 1,543.85 | 73.61 ST | | |
| **Total** | | 3,634.555 | 6,471.31 | 11.55 | **41,979.11** | 118.44 LT 73.61 ST | 1,488.00 | 3.54 |
| Market Value vs Total Purchases # | | | 0.00 | | 41,979.11 | | | |
| Net Value Increase/(Decrease) | | | | | 41,979.11 | | | |

*Enrolled in MS Dividend Reinvestment; Capital Gains Reinvest*

| | Percentage of Assets % | | Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL OTHER MUTUAL FUNDS** | | | $158,318.08 | | $186,924.56 | $(14,324.49) LT $7,615.22 ST | $9,228.00 | 4.94% |

| | Percentage of Assets % | | Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL MUTUAL FUNDS** | 39.2% | | $174,407.54 | | $199,591.52 | $(17,868.58) LT $7,736.81 ST | $9,852.00 $0.00 | 4.94% |

Active Assets Account
# 319-061364-072

Y _____ Z

*Transactions in mutual fund positions held directly at the Fund Company are not included in the total above and are not reflected on the Summary Page. For more information about the pricing of Money Market Funds, please see the Disclosures section of the statement.*
*# Net Value Increase/(Decrease) compares your Total Purchases (excluding Dividend Reinvestments) with the Market Value of all shares you hold of the fund. This calculation is for informational purposes only, does not reflect your total unrealized gain or loss and should not be used for tax purposes.*

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

039110 5/12

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Holdings

JOHN R CARLSON & JUNE L CARLSON JTWROS

ACCOUNT NUMBER
REDACTED

Active Assets Account # 319-061364-072

Page 10 of 24

## UNIT INVESTMENT TRUSTS

### EQUITY TRUSTS

| Security Description | Trade Date | Quantity | Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2008-5 | — | 1,230.000 | — | $6.30 | $7,743.46 | — | $254.12 | 3.28 |
| *Short Position; Reinvest N/A; 1230 Held on Margin* | — | (1,230.000) | — | 6.30 | (7,743.46) | — | 0.00 | 3.28 |
| UNIT VAN KAMPEN BIRINYI EQUITY SELECT 10/13/08 TRUST SERIES 21 | | 851.000 | 8,208.66 | 9.94 | 8,457.81 | 249.15 ST | | |
| Purchases | | 851.000 | 8,208.66 | 9.94 | 8,457.81 | 249.15 ST | | |
| Short Term Reinvestments | | 18.000 | 148.63 | 9.94 | 178.91 | 30.28 ST | | |
| Total | | 869.000 | 8,357.29 | 9.94 | 8,636.72 | 279.43 ST | 206.48 ST | 2.39 |
| *Reinvest N/A; 864 Held on Margin* | | | | | | | | |
| UNIT VAN KAMPEN COHEN & STEERS VALUE EQUITY & INCOME 2008-4 | 11/14/08 | 1,132.000 | 9,785.00 | 11.51 | 13,029.53 | 3,244.53 ST | | |
| Purchases | | 1,132.000 | 9,785.00 | 11.51 | 13,029.53 | 3,244.53 ST | | |
| Short Term Reinvestments | | 127.000 | 1,151.06 | 11.51 | 1,461.80 | 310.74 ST | | |
| Total | | 1,259.000 | 10,936.06 | 11.51 | 14,491.33 | 3,555.27 ST | 1,287.58 ST | 8.88 |
| *Reinvest N/A; 1238 Held on Margin* | | | | | | | | |
| UNIT VAN KAMPEN GLOBAL 45 DIVIDEND STRATEGY 2009-1 | 1/13/09 | 855.000 | 7,804.14 | 12.07 | 10,320.77 | 2,516.63 ST | | |
| Purchases | | 855.000 | 7,804.14 | 12.07 | 10,320.77 | 2,516.63 ST | | |
| Short Term Reinvestments | | 15.000 | 156.37 | 12.07 | 181.07 | 24.70 ST | | |
| Total | | 870.000 | 7,960.51 | 12.07 | 10,501.84 | 2,541.33 ST | 299.11 ST | 2.85 |
| *Reinvest N/A; 863 Held on Margin* | | | | | | | | |
| UNIT CLAYMORE DELTA GLOBAL INTERNATIONAL INFRASTRUCTURE 2 | 8/4/08 | 980.000 | 9,698.53 | 8.28 | 8,112.32 | (1,586.21) LT | | |
| Purchases | | 980.000 | 9,698.53 | 8.28 | 8,112.32 | (1,586.21) LT | | |
| Long Term Reinvestments | | 1.000 | 8.47 | 8.28 | 8.27 | (0.20) LT | | |
| Short Term Reinvestments | | 46.000 | 330.83 | 8.28 | 380.80 | 49.97 ST | | |
| Total | | 1,027.000 | 10,037.83 | 8.28 | 8,501.39 | (1,586.41) LT / 49.97 ST | 300.40 LT | 3.53 |
| *Reinvest N/A; 1011 Held on Margin* | | | | | | | | |

CONTINUED



# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON & JUNE L CARLSON JTWROS

## Holdings

### UNIT INVESTMENT TRUSTS

#### EQUITY TRUSTS (CONTINUED)

| Security Description | Trade Date | Quantity | Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2009-4 | 7/9/09 | 449.000 | 4,218.00 | 11.35 | 5,098.03 | 880.03 ST | 212.92 | 4.17 |
| *Reinvest None; 449 Held on Margin* | | | | | | | | |
| UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2009-5 | 9/24/09 | 757.000 | 7,722.84 | 10.28 | 7,779.61 | 56.77 ST | 332.02 | 4.26 |
| *Reinvest None* | | | | | | | | |

| | Percentage of Assets % | | Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL UNIT INVESTMENT TRUSTS** | 10.8% | | $49,232.53 | | $55,008.92 | $(1,586.41) LT $7,362.80 ST | $2,892.63 | 5.26% |
| TOTAL UNIT INVESTMENT TRUSTS (LONG) | | | | | $62,752.38 | | | |
| TOTAL UNIT INVESTMENT TRUSTS (SHORT) | | | | | $(7,743.46) | | | |

### ANNUITIES & INSURANCE

#### FIXED RATE ANNUITIES

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | | Value | Valuation Date | Fixed Rate % | Renewal Date |
|---|---|---|---|---|---|---|---|---|
| ALLSTATE SCHEDULED ANNUITY MANAGER | 10/6/00 | FIXED FIVE YEAR | $8,573.74 | | $9,737.02 | 9/28/09 | 3.25 | 10/5/10 |
| *Policy # 399719; Qualified IRA* | | | | | 9,737.02 | | | |
| ALLSTATE ALLSTATE T-LINK PLUS | 9/26/05 | 5 YEAR FIXED | 13,737.60 | | 15,771.54 | 9/28/09 | 3.35 | 9/25/10 |
| *Policy # 743533* | | | | | 15,771.54 | | | |
| ALLSTATE ALLSTATE T-LINK PLUS | 11/18/05 | 5 YEAR FIXED | 21,054.16 | | 24,318.38 | 9/28/09 | 3.75 | 11/17/10 |
| *Policy # 748674* | | | | | 24,318.38 | | | |
| ALLSTATE ALLSTATE T-LINK PLUS | 1/20/06 | 5 YEAR FIXED | 31,423.22 | | 36,091.21 | 9/28/09 | 3.70 | 1/19/11 |
| *Policy # 752957* | | | | | 36,091.21 | | | |

Y _____ Z

CONTINUED

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

039110 6/12

Active Assets Account # 319-061364-072

# MorganStanley SmithBarney

## Holdings

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON &
JUNE L CARLSON JTWROS

Active Assets Account
# 319-061364-072

## ANNUITIES & INSURANCE

### FIXED RATE ANNUITIES (CONTINUED)

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | Value | Valuation Date | Fixed Rate % | Renewal Date |
|---|---|---|---|---|---|---|---|
| ALLSTATE | | | | | | | |
| ALLSTATE T-LINK PLUS | 8/7/06 | | 13,232.30 | 15,104.04 | 9/28/09 | | |
| | | 5 YEAR FIXED | | 15,104.04 | | 4.30 | 8/6/11 |

*Policy # 772463*

**TOTAL FIXED RATE ANNUITIES** | | | | $101,022.19

### VARIABLE RATE ANNUITIES

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | Value | Valuation Date | Fixed Rate % | Renewal Date |
|---|---|---|---|---|---|---|---|
| EQUITABLE LIFE | | | | | | | |
| AXA EQUITABLE - ELITE 07 | 11/20/07 | | $61,777.84 | $41,186.71 | 9/28/09 | | |
| | | EQ/ALLIBERN INTERNATIONAL | | 10,797.68 | | | |
| | | EQ/ALLIBERN SMALL CAP GRO | | 4,394.34 | | | |
| | | EQ/MID CAP VALUE PLUS | | 4,386.74 | | | |
| | | EQ/EQUITY GROWTH PLUS | | 8,363.59 | | | |
| | | EQ/LORD ABBETT GRWTH IN | | 13,244.36 | | | |

| | Percentage of Assets % | Market Value |
|---|---|---|
| | 27.9% | $142,208.90 |

*Policy # 307740726*

## TOTAL ANNUITIES & INSURANCE

Insurance and annuity products and values are displayed for informational purposes only. Values reflect in force annuities purchased or serviced through Morgan Stanley Smith Barney LLC as of date shown as reported by the insurance carrier. Amounts shown may be subject to surrender and other contract charges. Net Contributions and Withdrawals is defined as either the original purchase price plus additions minus withdrawals or principal withdrawals.
Display of insurance or annuity products on the Morgan Stanley account statement does not confer or imply ownership or beneficial interest on the part of the Morgan Stanley Smith Barney account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as shown on your policy copy.
Annuitized information as provided by the insurance carrier reflects the value of the last payment made as per your instructions and does not imply that the funds were re-deposited into a Morgan Stanley Smith Barney LLC account and are provided for informational purposes only. Surrendered or annuitized policies will not appear as assets on this statement.

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Holdings

JOHN R CARLSON &
JUNE L CARLSON JTWROS

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Income | Yield % |
|---|---|---|---|---|---|---|
| TOTAL ENDING MARKET VALUE | 100.0% | $305,395.61 | $508,892.00 | $(39,838.96) LT<br>$14,850.36 ST | $17,749.84<br>$487.26 | 3.49% |

2 - You, or a third party, have provided the transaction details for this position.
D - Periodic payments on this security consist of interest and option premium. The cost basis for this tax lot is reduced by the option premium received. The interest portion is reported on Form 1099-INT.
Unrealized Gain/Loss Totals only reflect positions that have cost basis information available. Cash, MMF, Deposits and positions stating "Please Provide are not included.

Y _____ Z

039110 7/12

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | Active Assets Account<br># 319-061364-072 | Page 13 of 24 |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Activity

JOHN R CARLSON & JUNE L CARLSON JTWROS

### CASH FLOW ACTIVITY

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Inflows/(Outflows) |
|---|---|---|---|---|---|---|---|
| 8/31 | 8/31 | Tax Exempt Dividend | VAN KAMPEN HIGH YIELD MUNI C DIV PAYMENT | | | | $549.37 |
| 8/31 | 8/31 | Tax Exempt Dividend | VAN KAMPEN HIGH YIELD MUNI A DIV PAYMENT | | | | 140.74 |
| 8/31 | 8/31 | Tax Exempt Dividend | FIDELITY MN MUNI INC DIV PAYMENT | | | | 123.20 |
| 8/31 | 8/31 | Dividend Reinvestment | VAN KAMPEN HIGH YIELD MUNI C | REINVESTMENT | 63.732 | 8.6200 | (549.37) |
| 8/31 | 8/31 | Dividend Reinvestment | VAN KAMPEN HIGH YIELD MUNI A | REINVESTMENT | 16.289 | 8.6400 | (140.74) |
| 8/31 | 8/31 | Dividend Reinvestment | FIDELITY MN MUNI INC | REINVESTMENT | 10.893 | 11.3100 | (123.20) |
| 9/1 | 9/1 | Dividend | WELLS FARGO & CO NEW | | | | 15.50 |
| 9/1 | 9/1 | Interest Income | MGM MIRAGE 6750 12SP01 | | | | 337.50 |
| 9/3 | 9/3 | Bought | CMS SPX HYB RANGE10000 *24SP21 | YIELD NOT DETERMINABLE | 15,000.000 | 100.0000 | (15,000.00) |
| 9/23 | 9/23 | Tax Exempt Dividend | MINNESOTA MUNI INC PORTFOLIO | | | | 105.51 |
| 9/23 | 9/23 | Dividend Reinvestment | MINNESOTA MUNI INC PORTFOLIO | DIVIDEND REINVESTMENT | 7.148 | 14.7600 | (105.51) |
| 9/24 | 9/24 | Sold | UNIT VK SELECT 10 INDUS 2008-5 | | 1,233.000 | 6.2739 | 7,730.47 |
| 9/29 | 9/29 | Bought | UNIT VK SELECT 10 INDUS 2009-5 | | 757.000 | 10.2019 | (7,722.84) |
| 9/25 | 9/25 | Dividend | UNIT VK VALUE EQUITY & INC 084 | | | | 97.45 |
| 9/25 | 9/25 | Dividend | UNIT CLAY DG INTL INFR 2 PAYMENT | | | | 50.55 |
| 9/25 | 9/25 | Dividend | UNIT VK SELECT 10 INDUS 2009-4 | | | | 18.05 |
| 9/25 | 9/25 | Dividend | UNIT VK BIRINY1 TRUST 21 | | | | 13.14 |
| 9/25 | 9/25 | Dividend | UNIT CLAY DG INTL INFR 2 | | | | 0.50 |
| 9/25 | 9/25 | Dividend Reinvestment | UNIT CLAY DG INTL INFR 2 | REINVESTMENT | 6.000 | 8.3780 | (50.27) |
| 9/28 | 9/28 | Dividend | MS PRIME INCOME TRUST DIV PAYMENT | | | | 51.40 |
| 9/28 | 9/28 | Dividend Reinvestment | MS PRIME INCOME TRUST | REINVESTMENT | 7.406 | 6.9400 | (51.40) |
| 9/29 | 9/29 | Tax Exempt Dividend | MS ACTIVE ASSETS TAX FR TRUST DIV PAYMENT | | | | 0.37 |
| 9/30 | 9/30 | Dividend | DWS DREMAN VAL INC EDGE FD NEW | | | | 1.26 |

**NET INFLOWS/(OUTFLOWS)** $(14,508.32)

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*



Active Assets Account
# 319-061364-072

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON &
JUNE L CARLSON JTWROS

## Activity

## MMF AND BANK DEPOSITS ACTIVITY

| Date | Activity Type | Description | Bank Deposit Program/ Money Market Funds |
|------|---------------|-------------|------------------------------------------|
| 9/1 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | $1.26 |
| 9/2 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 353.00 |
| 9/21 | Automatic Redemption | MS ACTIVE ASSETS TAX FR TRUST | (15,000.00) |
| 9/28 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 129.42 |
| 9/30 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 0.37 |
| 9/30 | Automatic Redemption | MS ACTIVE ASSETS TAX FR TRUST | (7,706.38) |
| **NET ACTIVITY FOR PERIOD** | | | **$(22,222.33)** |

## REALIZED GAIN/(LOSS) DETAIL

### LONG-TERM

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|----------------------|---------------|-----------|----------|----------------|------------------------|----------------------|----------|
| DELTA AIR LINES INC NEW | 06/13/01 | 02/19/09 | | $1.74 | $0.00 | $1.74 | Cash in Lieu |
| DWS DREMAN VAL INC EDGE FD NEW | 01/02/08 | 08/07/09 | 0.083 | 0.84 | 2.25 | (1.41) | |
| UNIT VK GLOBAL 45 2008-1 | 01/11/08 | 01/13/09 | 1,428.000 | 7,527.22 | 12,953.52 | (5,426.30) | |
| UNIT VK INTL REAL ESTATE 08-2 | 03/20/08 | 03/25/09 | 1,140.000 | 21.19 | 21.19 | 0.00 | |
| | 03/20/08 | 04/25/09 | 1,140.000 | 71.52 | 71.52 | 0.00 | |
| | 03/20/08 | 06/24/09 | 1,140.000 | 5,942.36 | 11,030.12 | (5,087.76) | |
| UNIT VK SELECT 10 INDUS 2008-5 | 09/08/08 | 09/24/09 | 1,156.000 | 7,247.71 | 13,108.59 | (5,860.88) | |
| **Long-Term This Period** | | | | **$7,247.71** | **$13,108.59** | **$(5,860.88)** | |
| **Long-Term Year to Date** | | | | **$20,812.58** | **$37,187.19** | **$(16,374.61)** | |

### SHORT-TERM

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|----------------------|---------------|-----------|----------|----------------|------------------------|----------------------|----------|
| REV CVT ON WFC     10.000  2-27-09 | 03/02/09 | 03/02/09 | 10,000.000 | 10,110.55 | 10,000.00 | 110.55 | D |
| UNIT VK GLOBAL 45 2008-1 | 05/25/08 | 01/13/09 | 14.000 | 73.80 | 121.37 | (47.57) | |
| | 08/25/08 | 01/13/09 | 20.000 | 105.42 | 150.15 | (44.73) | |
| | 09/25/08 | 01/13/09 | 2.000 | 10.54 | 14.93 | (4.39) | |
| | 11/25/08 | 01/13/09 | 21.000 | 110.69 | 97.38 | 13.31 | |
| UNIT VK GLOBAL 45 2009-1 | 01/13/09 | 05/25/09 | 855.000 | 16.55 | 16.55 | 0.00 | |
| UNIT VK INTL REAL ESTATE 08-2 | 07/25/08 | 03/25/09 | 1.000 | 0.02 | 0.02 | 0.00 | |
| | 10/25/08 | 03/25/09 | 9.000 | 0.17 | 0.17 | 0.00 | |

Y____Z

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | | Active Assets Account # 319-061364-072 | CONTINUED |
|---|---|---|---|---|---|---|---|

039110 8/12

**MorganStanley SmithBarney**

JOHN R CARLSON & JUNE L CARLSON JTWROS

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Activity

### REALIZED GAIN/(LOSS) DETAIL

SHORT-TERM (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| UNIT VK SELECT 10 INDUS 2008-4 | 11/25/08 | 03/25/09 | 43.000 | 0.79 | 0.79 | 0.00 | |
| | 07/25/08 | 04/25/09 | 1.000 | 0.06 | 0.06 | 0.00 | |
| | 10/25/08 | 04/25/09 | 9.000 | 0.56 | 0.56 | 0.00 | |
| | 11/25/08 | 04/25/09 | 43.000 | 2.71 | 2.71 | 0.00 | |
| | 07/25/08 | 06/24/09 | 1.000 | 5.21 | 8.58 | (3.37) | |
| | 10/25/08 | 06/24/09 | 9.000 | 46.91 | 45.45 | 1.46 | |
| | 11/25/08 | 06/24/09 | 43.000 | 224.14 | 159.80 | 64.34 | |
| | 07/14/08 | 06/25/09 | 758.000 | 39.28 | 39.28 | 0.00 | |
| | 07/14/08 | 06/25/09 | 758.000 | 0.38 | 0.38 | 0.00 | |
| | 08/25/08 | 06/25/09 | 1.000 | 39.28 | 39.28 | 0.00 | |
| | 09/25/08 | 06/25/09 | 2.000 | 39.28 | 39.28 | 0.00 | |
| | 10/25/08 | 06/25/09 | 4.000 | 39.28 | 39.28 | 0.00 | |
| | 11/25/08 | 06/25/09 | 6.000 | 39.28 | 39.28 | 0.00 | |
| | 12/25/08 | 06/25/09 | 3.000 | 39.28 | 39.28 | 0.00 | |
| | 01/25/09 | 06/25/09 | 4.000 | 39.28 | 39.28 | 0.00 | |
| | 02/25/09 | 06/25/09 | 7.000 | 39.28 | 39.28 | 0.00 | |
| | 03/25/09 | 06/25/09 | 2.000 | 39.28 | 39.28 | 0.00 | |
| | 04/25/09 | 06/25/09 | 2.000 | 39.28 | 39.28 | 0.00 | |
| | 05/25/09 | 06/25/09 | 4.000 | 39.30 | 39.30 | 0.00 | |
| | 05/25/09 | 06/25/09 | 4.000 | 39.28 | 39.28 | 0.00 | |
| | 07/14/08 | 07/09/09 | 758.000 | 4,032.09 | 9,615.56 | (5,583.47) | |
| | 08/25/08 | 07/09/09 | 1.000 | 5.32 | 9.79 | (4.47) | |
| | 09/25/08 | 07/09/09 | 2.000 | 10.64 | 20.03 | (9.39) | |
| | 10/25/08 | 07/09/09 | 4.000 | 21.28 | 30.04 | (8.76) | |
| | 11/25/08 | 07/09/09 | 6.000 | 31.92 | 31.46 | 0.46 | |
| | 12/25/08 | 07/09/09 | 3.000 | 15.96 | 19.37 | (3.41) | |
| | 01/25/09 | 07/09/09 | 4.000 | 21.28 | 22.22 | (0.94) | |
| | 02/25/09 | 07/09/09 | 7.000 | 37.24 | 32.08 | 5.16 | |
| | 03/25/09 | 07/09/09 | 2.000 | 10.64 | 9.92 | 0.72 | |
| | 04/25/09 | 07/09/09 | 2.000 | 10.64 | 10.70 | (0.06) | |
| | 05/25/09 | 07/09/09 | 4.000 | 21.28 | 22.91 | (1.63) | |
| UNIT VK SELECT 10 INDUS 2008-5 | 10/25/08 | 09/24/09 | 29.000 | 181.82 | 190.54 | (8.72) | |
| | 11/25/08 | 09/24/09 | 9.000 | 56.43 | 43.13 | 13.30 | |
| | 12/25/08 | 09/24/09 | 4.000 | 25.08 | 23.57 | 1.51 | |
| | 01/25/09 | 09/24/09 | 6.000 | 37.62 | 30.46 | 7.16 | |
| | 02/25/09 | 09/24/09 | 11.000 | 68.97 | 47.50 | 21.47 | |

CONTINUED

Active Assets Account # 319-061364-072



MorganStanley
SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2009

## Activity

JOHN R CARLSON &
JUNE L CARLSON JTWROS

Active Assets Account
# 319-061364-072

### REALIZED GAIN/(LOSS) DETAIL

#### SHORT-TERM (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| | 03/25/09 | 09/24/09 | 3.000 | 18.81 | 13.63 | 5.18 | |
| | 04/25/09 | 09/24/09 | 4.000 | 25.08 | 20.02 | 5.06 | |
| | 05/25/09 | 09/24/09 | 7.000 | 43.89 | 37.47 | 6.42 | |
| | 06/25/09 | 09/24/09 | 1.000 | 6.27 | 5.10 | 1.17 | |
| | 07/25/09 | 09/24/09 | 3.000 | 18.81 | 16.46 | 2.35 | |
| UNIT VK VALUE EQUITY & INC 084 | 11/14/08 | 01/25/09 | 1,132.000 | 13.60 | 13.60 | 0.00 | |
| | 12/25/08 | 01/25/09 | 10.000 | 0.12 | 0.12 | 0.00 | |
| | 12/26/08 | 01/25/09 | 5.000 | 118.98 | 118.98 | 0.00 | |
| | 11/14/08 | 01/26/09 | 1,132.000 | 118.92 | 118.92 | 0.00 | |
| | 12/25/08 | 01/26/09 | 10.000 | 118.92 | 118.92 | 0.00 | |
| | 12/26/08 | 01/26/09 | 5.000 | 118.92 | 118.92 | 0.00 | |
| **Short-Term This Period** | | | | **$482.78** | **$427.88** | **$54.90** | |
| **Short-Term Year to Date** | | | | **$16,370.41** | **$21,831.70** | **$(5,461.29)** | |

#### MISSING COST

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| UNIT VK SELECT 10 INDUS 2008-4 | | 06/25/09 | 1.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 2.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 4.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 6.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 3.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 4.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 7.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 2.000 | 0.00 | Please Provide | N/A | |
| | | 06/25/09 | 2.000 | 0.00 | Please Provide | N/A | |
| **Missing Cost This Period** | | | | **$0.00** | **N/A** | **N/A** | |
| **Missing Cost Year to Date** | | | | **$0.00** | **N/A** | **N/A** | |

Y _____ Z

# MorganStanley
## SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2009

## Activity

**JOHN R. CARLSON &**
**JUNE L CARLSON JTWROS**

| | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) |
|---|---|---|---|
| **Net Realized Gain/(Loss) This Period** | $7,730.49 | $13,536.47 | $(5,805.98) |
| **Net Realized Gain/(Loss) Year to Date** | $37,182.99 | $59,018.89 | $(21,835.90) |

*Gain / loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain / loss section of the disclosures for important information about gain / loss reporting.*

*See the end of holdings for definitions of all lettered and numbered footnotes.*

Active Assets Account
# 319-061364-072

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2009

JOHN R CARLSON &
JUNE L CARLSON JTWROS

Active Assets Account
# 319-061364-072

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

039110 10/12

## Messages

**UIGEA Disclosure Notification for Existing Commercial Customers**

This Notice is to inform you of your responsibilities under the Unlawful Internet Gambling Enforcement Act ("the Act"), which becomes effective December 1, 2009. Under the Act, neither you nor any other person who has an ownership interest in or authority over, your account may use it to process or facilitate payments for restricted Internet gambling transactions. For additional information regarding your responsibilities under the Act, including the types of transactions that may be restricted or prohibited by law, please refer to: http://www.federalreserve.gov/newsevents/press/bcreg/bcreg20081112a1.pdf

**Notice of Changes to World Card Reward Program**

Effective November 1, 2009, changes will be made to the World Card Rewards Program. You will still be able to redeem points for fees and commissions, however the 50% point bonus offer on Financial Reward redemptions will no longer be available. Additionally, the Fixed Air Rewards option (30,000 points for a round trip airline ticket for a value up to $500) is being discontinued. You can still redeem points for Flexible Air Rewards (5,000 points for every $50). If you have any further questions, please contact your Financial Advisor or Customer Service at 1-800-688-3462.

**TLGP Debt: Temporary Liquidity Guarantee Program Debt**

Bonds issued under the FDIC's Temporary Liquidity Guarantee Program (TLGP) are backed by the full faith and credit of the United States through the earlier of the maturity date of the debt or June 30, 2012 for securities issued prior to April 1, 2009, and the earlier of the maturity date of the debt or December 31, 2012 for securities issued on or after April 1, 2009. For more information visit

www.fdic.gov/tlgp. Guarantees do not eliminate market risk.

**Questions?**

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

**Asset Classification**

We classify the assets on your statement based on certain general characteristics, such as: income generation, underlying capital structure, or exposure to certain market sectors. Asset classification decisions are often influenced by marketplace conventions and are designed to be informative and provide clients with a particular, non-exclusive, view of their portfolio. As many assets contain characteristics of more than one asset class, the asset classification reflected on this statement may differ from others you may receive. These classifications are not intended to serve as a suitability analysis. Please contact your Financial Advisor for more information.

**Important Information About Auction Rate Securities**

The following message has been added to all client account statements but applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you.

Please note due to recent market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate Securities shown on this statement may not reflect the price(s) you would receive upon a sale at auction or in a secondary market

transaction. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement are derived from various sources, and may differ from prices provided to Morgan Stanley & Co. Incorporated by outside pricing services and/or from Morgan Stanley & Co. Incorporated's own internal bookkeeping valuations. Please contact your Financial Advisor with any questions. To learn more about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

Y _____ Z

MorganStanley
SmithBarney

This page intentionally left blank

# MorganStanley
## SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

## Change in Your Information

JOHN R CARLSON &
JUNE L CARLSON JTWROS

### PLEASE CHECK THAT OUR RECORDS ARE CORRECT

In a continuing effort to keep our client records up to date, listed below is the information we have on file for your account. Please review this for accuracy, and if any corrections are required, **circle the incorrect information below and write the correct information on the lines to the right.** Then immediately return the updated account record to:

National New Accounts Department
PO Box 809082
Dallas TX, 75380-9733

**Your Information** We will consider this information correct unless you let us know of any changes or errors. In addition, please notify the Firm of any future changes to this information.

**Your account agreements** If you would like to receive copies of your executed agreements relating to your account(s), please contact your Financial Advisor or the Client Interaction Center at (800) 869-3326.

### INFORMATION CURRENTLY ON FILE

| | | CORRECTED INFORMATION |
|---|---|---|
| Account Registration | JOHN R CARLSON & | _____ |
| | JUNE L CARLSON JTWROS | _____ |
| | 6832 STONEWOOD COURT | _____ |
| | EDEN PRAIRIE MN 55346-2946 | |
| | | |
| Annual Income | $100,000 | Net Worth $900,000 |
| Investment Objectives | Capital Appreciation, Income | |
| | | |
| ACCOUNT OWNER 1 | JOHN R CARLSON | Tax I.D. XXX-XX-2008 |
| Legal Address | N/A | Date of Birth mm/dd/1940 |
| | N/A | Telephone Number 952-937-8649 |
| | N/A | _____ |
| | | _____ |
| Occupation Area | GOVERNMENT | Occupation PROFESSIONAL |

For your reference, below you'll find a description of the investment objective(s):
**Income** - for investors seeking regular income with low to moderate risk to principal
**Capital Appreciation** - for investors seeking capital appreciation with moderate to high risk to principal
**Aggressive Income** - for investors seeking higher returns either as growth or as income with greater risk to principal
**Speculation** - for investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment

Y ___ Z

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

03911011/12

Active Assets Account
# 319-061364-072

# MorganStanley
## SmithBarney

CLIENT STATEMENT | For the Period September 1-30, 2009

## Change in Your Information (CONTINUED)

JOHN R. CARLSON &
JUNE L CARLSON JTWROS

Tax I.D. XXX-XX-7865
**Date of Birth** mm/dd/1940
**Telephone Number** NOT PROVIDED

**Occupation** OTHER

**ACCOUNT OWNER 2** JUNE L CARLSON
**Legal Address** N/A
N/A
N/A

**Occupation Area** OTHER

Active Assets Account
# 319-061364-072

# MorganStanley SmithBarney

## Disclosure

**CLIENT STATEMENT** | For the Period September 1-30, 2009

JOHN R CARLSON & JUNE L CARLSON JTWROS

**Account Servicing**

Account(s) carried with Morgan Stanley & Co. Incorporated ("Morgan Stanley"), member SIPC, New York Stock Exchange Rule 382 requires that Morgan Stanley Smith Barney LLC ("MSSB") and Morgan Stanley allocate between them certain functions regarding the administration of your brokerage account. A more complete description is available upon request.

**Account Valuation**

These figures represent the approximate value of your account(s) on a settlement date basis and are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Please note, this valuation may be adjusted for the net change in priced asset values for securities held or to the net change in money market balances during the settlement period. Your closing cash, money market fund and/or deposit balance represents the cash, money market funds and/or deposits and/or reflects the net month end balance. Global Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield ("APY") for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/AccountOptions/Active4ssets/InvestmentFeatures.

**Additional IRA Information**

IRA contributions are subject to IRS eligibility rules and regulations. The "Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to

IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Contributions information included in this statement reflects contribution information for a particular account, without reference to any other IRA. You cannot make an individual contribution to a Traditional IRA for the year in which you attain age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax deductible.

The categorization of any amounts in this statement as Individual Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please contact your Financial Advisor if this information is incorrect. The information included in this statement is not intended to constitute tax, legal or accounting advice.

**Availability of Free Credit Balances and Financial Statements**

Under the customer protection rules of the SEC [17 CFR §240.15c3-2 & -3], Morgan Stanley may use free credit balances in your account which are payable to you on demand, in the ordinary course of its business. We provide summary Morgan Stanley financial statements to you semiannually; copies are also available on request, by mail.

**Certain Assets Not Held At Morgan Stanley**

You may purchase certain assets through MSSB and/or Morgan Stanley that may be held at a financial institution other than Morgan Stanley. Assets not held at Morgan Stanley may not be covered by SIPC protection. We may include information about these assets on this statement, solely as a service to you and are not responsible for

information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information due to different tax reporting periods. In the case of Morgan Stanley, Van Kampen and external networked mutual funds, Morgan Stanley performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley performs all tax reporting.

**Errors and Inquiries**

If you do not understand an entry on this statement or suspect an error was made, it is essential that you immediately contact the manager of the MSSB office servicing your account and Morgan Stanley. You may contact Morgan Stanley at 212-276-6760.Oral communications with MSSB and/or Morgan Stanley regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). We will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand.

**Gain and Loss Information**

The gain and loss information is provided for informational purposes only, is not a substitute 1099 (or any other appropriate tax form), and should not be used for tax preparation. Unrealized gain and loss values are estimates and should be independently verified. We recommend that you contact your tax advisor to determine the appropriate use of this information. Past performance does not guarantee future returns.

Gain and loss information is calculated based upon uniform standards and does not account for each individual client's particular circumstances such as the existence of hedging transactions or constructive sales. Although we make every effort to adjust the cost basis for securities' capital changes, we do not adjust the cost basis for all events. Contact your Financial Advisor for guidance on particular questions.

For accounts with Choice Select pricing, the commissions paid on your eligible equity and option purchases and sales are applied to the Total Cost on a quarterly basis.

With respect to estimated gains and losses for listed equity options, we have taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. We are not responsible for any gain and loss information provided by you or another financial institution; you are responsible for ensuring the accuracy of such information. Whether provided by you, another financial institution or MSSB, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information.

For clients wishing to make versus purchase sales that information needs to be conveyed at the time of the sale. Unless you tell us otherwise, we use first in first out (FIFO) accounting.

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

**Margin Interest Charges**

Morgan Stanley calculates interest charges on

**Active Assets Account**
**# 319-061364-072**

Page 23 of 24

CONTINUED

039110 12/12

Y _____ Z

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2009

JOHN R. CARLSON &
JUNE L CARLSON JTWROS

# Disclosure (CONTINUED)

margin loans as follows:
(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.
(2) Divide by 360 (days).
Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerservice/disclosures/#4

**Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts)
If you have margin privileges, you may borrow money from Morgan Stanley in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral will be indicated below the position.

**Money Market Pricing**
An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover, in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the

fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and if applicable, check writing or ATM debits from your account.

**Pricing of Securities**
The prices of securities displayed on this statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy. For securities listed on an exchange or trading continually in an active marketplace the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For securities that trade less frequently, we rely on outside pricing services and / or computerized pricing models, which cannot always give us actual market values. Some annuity values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values.
Furthermore some securities, such as limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold your investment.
The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley by the correspondent custodian. If we cannot

obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark--a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

**SIPC Protection**
Securities and cash held in your MSSB account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). SIPC protects up to $500,000 of each client's securities, of which up to $100,000 may be uninvested cash. SIPC and Excess Coverage apply only to securities and cash in the exclusive possession and control of Morgan Stanley and do not protect against losses due to market fluctuations. Detailed information is available upon request.

**Taxes**
Under Federal Income Tax law, Morgan Stanley is required to report the gross proceeds of sales transactions (including entering into short sales) to you on Form 1099-B by February 15 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9

or W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

**Total Income** (This Year/This Period)
Total income as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the Internal Revenue Service. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

**Transaction Dates and Transaction Conditions**
All transactions list transaction date and settlement date. Transactions are included on this statement based on settlement date. In the case of unsettled trades, we list the trade based on trade date instead of the settlement date with a notation that the trade is unsettled. Unsettled trades will not be reflected in position and cash balances.
Upon written request, MSSB will furnish the date and time of a transaction and the name of the other party to a transaction.
MSSB and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

Active Assets Account
# 319-061364-072

# MorganStanley
## SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

#BWNJGWM

JOHN R CARLSON &
JUNE L CARLSON JTWROS
6832 STONEWOOD COURT
EDEN PRAIRIE MN 55346-2946

**Your Branch**
8300 NORMAN CENTER DR. STE 1150
BLOOMINGTON, MN 55437
Telephone: 952-921-1900
Alt. Phone: 800-927-1990
Fax: 952-921-1944

**Client Interaction Center**
800-869-3326
24 Hours a Day, 7 Days a Week

**Access your accounts online**
www.morganstanley.com/online

| | |
|---|---|
| TOTAL VALUE LAST PERIOD (as of 8/31/10) | $554,139.02 |
| NET CONTRIBUTIONS/WITHDRAWALS | — |
| CHANGE IN VALUE (Incl. Sept. Accr. Int.) | 15,364.64 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 9/30/10) | **$569,503.66** |

**Your Financial Advisor Team**
The Johnson ~ Halabrin Group
952-841-6450

**Your Financial Advisors**

**Mark Johnson**
**Judith Halabrin**
**William Barton McNabb**
**Debbie Mckinney**
**Ann Johnson**

*Morgan Stanley Smith Barney LLC. Member SIPC.*

332 - 110640 - 332 - 1 - 0

# MorganStanley
# SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

### Account Summary

| | Active Assets Account 332-110640-332 |
|---|---|
| JOHN R CARLSON &<br>JUNE I CARLSON JTWROS | |

**Brokerage Account**
**Householding Anniversary Date:** 10/25/02
**Investment Objectives†:** Capital Appreciation, Income

## CHANGE IN VALUE OF YOUR ACCOUNTS

| | This Year<br>(1/1/10-9/30/10) | This Period<br>(9/1/10-9/30/10) |
|---|---|---|
| **Total Beginning Value** | $513,305.73 | $554,139.02 |
| Contributions | 20,000.00 | — |
| Withdrawals | — | — |
| Security Transfers | — | — |
| **Net Contributions/Withdrawals** | **$20,000.00** | — |
| Accrued Interest - Sept. Adjustment | 715.49 | 715.49 |
| Change in Value | 35,482.44 | 14,649.15 |
| **Total Ending Value** (includes accrued interest) | **$569,503.66** | **$569,503.66** |



## CHANGE IN VALUE OVER TIME

This graph compares the total value of your account to the net amount invested.
Net investment is the total amount invested minus the total amount withdrawn.

Thousands ($)

DEC 2008 · MAR 2009 · JUN 2009 · SEP 2009 · DEC 2009 · MAR 2010 · JUN 2010 · SEP 2010

—— Total Market Value      - - - - Net Invested Capital Since 12/31/08

*This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions.Please see the Messages section for important changes this month regarding accrued interest.    † See the Disclosures section of your statement for more information about investment objectives. Please review for accuracy and inform us if your investment objectives change.*

## ALLOCATION OF HOLDINGS



| | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs* | $6,267.66 | 1.1 |
| Stocks | 34,618.01 | 6.1 |
| Corporate Fixed Income ^ | 53,964.49 | 9.5 |
| Mutual Funds | 268,081.32 | 47.1 |
| Unit Investment Trusts | 58,999.30 | 10.4 |
| Annuities & Insurance | 147,572.88 | 25.9 |
| **TOTAL VALUE ^** | **$569,503.66** | **100.0%** |

*We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.   * Bank Deposits are eligible for FDIC insurance; FDIC rules apply and deposits are not SIPC insured. Cash and securities (including Money Market Funds) are eligible for SIPC coverage. Please see disclosures at end of the statement(s). ^Includes Accrued Interest*

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

### Account Summary

Active Assets Account    JOHN R CARLSON &
332-110640-332    JUNE L CARLSON JTWROS

## BALANCE SHEET

| | Last Period (as of 8/31/10) | This Period (as of 9/30/10) |
|---|---|---|
| **TOTAL VALUE** (incl. accr. int.) | $554,139.02 | $569,503.66 |
| **ASSETS** | $554,139.02 | $569,503.66 |
| Cash, Deposits, MMFs | 5,368.28 | 6,267.66 |
| Stocks | 33,576.14 | 34,618.01 |
| Municipal Bonds | — | — |
| Corporate Fixed Income ^ | 51,838.90 | 53,964.49 |
| Government Securities | — | — |
| Certificates of Deposit | — | — |
| Mutual Funds | 265,162.51 | 268,081.32 |
| Unit Investment Trusts | 54,968.99 | 58,999.30 |
| Annuities & Insurance | 143,224.20 | 147,572.88 |
| Other | — | — |

**LIABILITIES** (Outstanding Balance)
There are no liabilities for this account.

^ Includes Accrued Interest

## CASH FLOW

| | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| **OPENING CASH BALANCE** | $29,772.69 | $5,368.28 |
| **NET CREDITS/DEBITS** | $20,000.00 | — |
| **CREDITS** | $20,000.00 | — |
| Checks Deposited | 20,000.00 | — |
| Electronic Transfers | — | — |
| Other Credits | — | — |
| **DEBITS** | — | — |
| World Card | — | — |
| ATM/Cash Advances | — | — |
| Checks Written | — | — |
| Automated Payments | — | — |
| Electronic Transfers | — | — |
| Interest Charged | — | — |
| Tax Withholdings | — | — |
| Other Debits | — | — |
| **NET CASH FROM INVESTMENTS** | $(43,505.03) | $899.38 |
| Income | 14,282.18 | 2,049.87 |
| Dividend Reinvestments | (9,391.30) | (1,159.91) |
| Purchases | (92,910.09) | 9.42 |
| Sales/Redemptions | 44,514.18 | — |
| **CLOSING CASH BALANCE** | $6,267.66 | $6,267.66 |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Account Summary

| Active Assets Account | JOHN R CARLSON & |
| 332-110640-332 | JUNE L CARLSON JTWROS |

## INCOME SUMMARY

| | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| **TOTAL INCOME** | **$13,440.54** | **$2,049.87** |
| **TAXABLE INCOME** | 5,534.58 | 1,030.69 |
| Dividends | 2,367.01 | 315.11 |
| Capital Gain Distributions | — | — |
| Interest | 3,167.57 | 715.58 |
| Other Income | — | — |
| **TAX-EXEMPT INCOME** | **7,905.96** | **1,019.18** |
| Dividends | 7,905.96 | 1,019.18 |
| Interest | — | — |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

## GAIN/(LOSS) SUMMARY

| | Short-Term | Long-Term |
|---|---|---|
| **This Year (1/1/10-9/30/10)** | | |
| NET REALIZED | **$1,966.28** | **$1,652.22** |
| Gain | 1,967.09 | 2,822.79 |
| (Loss) | (0.81) | (1,170.57) |
| **This Period (9/1/10-9/30/10)** | Short-Term | Long-Term |
| NET REALIZED | — | — |
| Gain | — | — |
| (Loss) | — | — |
| NET UNREALIZED (9/30/10) | **$4,076.28** | **$(23,458.98)** |
| Gain | 4,479.72 | 10,043.28 |
| (Loss) | (403.44) | (33,502.26) |

*Gain / loss and income information are provided for informational purposes only and should not be used for tax preparation. Gain / loss summary information may change due to basis adjustments.*
*Please refer to the gain / loss section of the disclosures for additional information.*

## ADDITIONAL ACCOUNT INFORMATION

| Category | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| Accrued Interest Paid | $463.87 | — |
| Return of Principal | 116.14 | — |
| Accrued Interest Sold | 300.17 | — |

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

**Active Assets Account**
332-110640-332

JOHN R CARLSON &
JUNE E CARLSON JTWROS

## Holdings

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the period shown above which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement.

Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

If you hold structured products, please refer to the Special Considerations Regarding Structured Products section of the Disclosure section.

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.

From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

## CASH, DEPOSITS AND MONEY MARKET FUNDS

| Description | Value | | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % |
|---|---|---|---|---|---|
| CASH | $1.68 | | | | — |
| MS ACTIVE ASSETS TAX FR TRUST | 6,265.98 | | 0.63 | 0.010 | |

| | Percentage of Assets % | Market Value | | | Estimated Annual Income | Accrued Interest |
|---|---|---|---|---|---|---|
| CASH, DEPOSITS AND MONEY MARKET FUNDS | 1.1% | $6,267.66 | | | $0.63 | $0.00 |

Cash holdings shown exclude cash holdings in custody at another firm for which you receive a separate statement.

Money market funds seek to maintain a share price of $1.00, therefore the dollar amounts listed equal the number of shares. Additional information concerning these transactions is available upon request. For more information about the pricing of Money Market Funds, please see the Disclosures section of the statement.

The money market funds reflected above include the balances in your automatic sweep feature, if any, and may include other money market funds that have been purchased in your account.

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS | | Page 5 of 22 |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Holdings

**Active Assets Account** 332-110640-332
JOHN R CARLSON &
JUNE L CARLSON JTWROS

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. Incorporated (Morgan Stanley), Citi Investment Research & Analysis (CIRA), and Standard & Poor's research ratings may be shown for certain securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Because the research report contains more complete information regarding the analyst's opinions, analysis, and rating, you should read the entire research report and not infer its contents from the rating. Where a particular company is covered by both Morgan Stanley and CIRA, you can and should view both research reports. Morgan Stanley and CIRA research reports may contain different or conflicting information about the subject companies of such research reports because they are prepared separately from each other. For ease of comparison, Morgan Stanley and Standard & Poor's research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Please refer to the end of this statement for a summary guide describing CIRA, Morgan Stanley and Standard & Poor's ratings. Morgan Stanley Smith Barney is not the author of, and does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of research prepared for Standard & Poor's.

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| **DELTA AIR LINES INC NEW (DAL)** | 6/13/01 | 114.500 | $44.562 | $5,102.35 | $1,332.35 | $(3,769.57) LT | | |
| | 6/18/01 | 114.500 | 44.540 | 5,099.85 | 1,332.78 | (3,767.07) LT | | |
| | | 15.000 | — | Please Provide | 174.60 | N/A | | |
| **Total** | | 244.000 | — | 10,202.20 | **2,840.16** | (7,536.64) LT | — | |
| *Share Price: $11.640; Rating: Morgan Stanley: 1, S&P: 1* | | | | | | | | |
| **DWS DREMAN VAL INC EDGE FD NEW (DHG)** | | — | 0.000 | 0.00 | 0.00 | | 0.00 | |
| Long Term Reinvestments | | 21.000 | | 566.80 | 281.40 | (285.40) LT | | |
| **Total** | | 21.000 | | 566.80 | **281.40** | (285.40) LT | 20.16 | 7.16 |
| *Share Price: $13.400; Next Dividend Payable 10/10* | | | | | | | | |
| **MINNESOTA MUNI INC PORTFOLIO (MXA)** | Purchases | 881.000 | — | Please Provide | 13,919.79 | N/A | | |
| | | 881.000 | | 0.00 | **13,919.79** | N/A | | |
| Long Term Reinvestments | | 532.972 | | 7,629.35 | 8,420.95 | 791.60 LT | | |
| Short Term Reinvestments | | 86.712 | | 1,323.00 | 1,370.04 | 47.04 ST | | |
| **Total** | | 1,500.684 | | 8,952.35 | **23,710.80** | 791.60 LT / 47.04 ST | 1,350.62 | 5.69 |
| *Share Price: $15.800; Next Dividend Payable 10/10* | | | | | | | | |
| **WELLS FARGO & CO NEW (WFC)** | 3/3/09 | 310.000 | 29.693 | 9,204.77 | **7,785.65** | (1,419.12) LT | 62.00 | 0.79 |
| *Share Price: $25.115; Rating: Morgan Stanley: 1, Citigroup: 2H, S&P: 1; Next Dividend Payable 12/10* | | | | | | | | |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | 6.1% | $28,926.12 | $34,618.01 | $(8,449.56) LT / $47.04 ST | $1,432.78 LT / $0.00 ST | 4.14% |
| | | | | | $1,432.78 / $0.00 | |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Holdings

Active Assets Account
332-110640-332

JOHN R. CARLSON &
JUNE I. CARLSON JTWROS

## CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig. Unit Cost / Adj. Unit Cost | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| CONTRA DELTA AIR LINES INC CUSIP 24799AKA9 | 5/3/07 | 10,000.000 | $0.000 | $0.00 | $175.00 | $175.00 LT 2 | — / — | — |
| *Unit Price: $1.750; Coupon Rate 7.700%; Int. Semi-Annually Jun/Dec 15; In Default; S&P D; Issued 12/14/99* | | | | | | | | |
| FORD MOTOR CREDIT CO LLC CUSIP 345397VG5 | 7/12/07 | 10,000.000 | 98.803 / 98.803 | 9,880.25 / 9,880.25 | 10,635.20 | 754.95 LT | 780.00 / 257.83 | 7.33 |
| *Unit Price: $106.352; Coupon Rate 7.800%; Matures 06/01/12; Int. Semi-Annually Jun/Dec 01; Yield to Maturity 3.831%; Moody BA3    S&P B+; Issued 05/22/07* | | | | | | | | |
| MGM MIRAGE CUSIP 552953AL5 | 6/15/05 | 10,000.000 | 105.553 / 101.707 | 10,555.25 / 10,170.70 | 9,450.00 | (720.70) LT | 675.00 / 54.37 | 7.14 |
| *Unit Price: $94.500; Coupon Rate 6.750%; Matures 09/01/12; Int. Semi-Annually Mar/Sep 01; Yield to Maturity 9.962%; Moody CAA1    S&P CCC-; Issued 08/25/04* | | | | | | | | |
| SPX DUE 2024 BY MS 15YR 10% DUAL RANGE ACCRUAL ON CMS CUSIP 617482GW8 | 9/3/09 | 15,000.000 | 100.000 / 100.000 | 15,000.00 / 15,000.00 | 15,075.00 | 75.00 LT | 1,500.00 / 37.08 | 9.95 |
| *Unit Price: $100.500; Coupon Rate 10.00%; Matures 09/21/24; Interest Paid Quarterly Jun 21; Callable $100.00 on 12/21/10; Yield to Maturity 9.932%; Floater; Issued 09/21/09* | | | | | | | | |
| BARCLAYS BK PLC A 6.278% FIXED TO 12/2034 FLOATS THEREAFTER CUSIP 06738C828 | 4/23/10 | 20,000.000 | 88.030 / 88.030 | 17,606.00 / 17,606.00 | 17,888.00 | 282.00 ST | 1,255.60 / 366.21 | 7.01 |
| *Unit Price: $89.440; Coupon Rate 6.278%; Matures 12/29/49; Int. Semi-Annually Jun/Dec 15; Callable $100.00 on 12/15/34; Yield to Maturity 7.076%; Floater; Moody BAA3    S&P A-; Issued 06/08/05* | | | | | | | | |
| **CORPORATE BONDS** | | | | $53,041.50 / $52,656.95 | $53,223.20 | $284.25 LT / $282.00 ST | $4,210.60 / $715.49 | 7.91% |

### FIXED-RATE CAPITAL SECURITIES

| Security Description | Trade Date | Face Value | Orig. Unit Cost / Adj. Unit Cost | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| LEHMAN CAPITAL TRUST IV CUSIP 52520B206 | 6/20/08 | 500.000 | $17.277 / $17.277 | $8,638.51 / $8,638.51 | $21.50 | $(8,617.01) LT | — / — | — |
| | 6/20/08 | 100.000 | 17.267 / 17.267 | 1,726.65 / 1,726.65 | 4.30 | (1,722.35) LT | — / — | — |
| **Total** | | 600.000 | | 10,365.16 / 10,365.16 | 25.80 | (10,339.36) LT | | |
| *Unit Price: $0.043; Coupon Rate 6.375%; Matures 10/31/52; Interest Paid at Maturity; Callable $25.00 on 10/31/10; Moody W/R* | | | | | | | | |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

## Holdings

**Active Assets Account 332-110640-332**
JOHN R CARLSON & JUNE L CARLSON JTWROS

### CORPORATE FIXED INCOME

| | Percentage of Assets % | | | | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|---|
| CORPORATE FIXED INCOME | | | | | $63,406.66 / $63,022.11 | $53,249.00 | $(10,055.11) LT / $282.00 ST | $4,210.60 / $715.49 | 7.91% |
| TOTAL CORPORATE FIXED INCOME (incl.accr.int.) | 9.5% | | | | | $53,964.49 | | | |

### MUTUAL FUNDS

### OTHER MUTUAL FUNDS

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| DAVIS NEW YORK VENTURE C (NYVCK) | 2/9/10 | 523.743 | $28.640 | $15,000.00 | $15,832.75 | $832.75 ST | | |
| | 5/10/10 | 326.264 | 30.650 | 10,000.00 | 9,862.96 | (137.04) ST | | |
| | **Total** | 850.007 | | 25,000.00 | 25,695.71 | 695.71 ST | 2.00 | — |

*Share Price: $30.230; Enrolled In Ms Dividend Reinvestment; Capital Gains Reinvest*

| Security Description | | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| FIDELITY MN MUNI INC (FIMIX) | — | 3,057.644 | — | Please Provide | 35,896.74 | N/A | | |
| | Purchases | 3,057.644 | | 0.00 | 35,896.74 | | | |
| Long Term Reinvestments | | 576.911 | | 6,471.31 | 6,772.94 | 301.63 LT | | |
| Short Term Reinvestments | | 129.880 | | 1,491.54 | 1,524.79 | 33.25 ST | | |
| | **Total** | 3,764.435 | | 7,962.85 | 44,194.47 | 301.63 LT / 33.25 ST | 1,464.00 | 3.31 |
| Market Value vs Total Purchases + | | | | N/A | 44,194.47 | N/A | | |
| Net Value Increase/(Decrease) | | | | | N/A | | | |

*Share Price: $11.740; Enrolled In Ms Dividend Reinvestment; Capital Gains Reinvest*

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| INVESCO PRIME INCOME TRUST (XPITX) | 2/2/06 | 1,429.565 | 9.094 | 13,000.00 | 10,507.30 | (2,492.70) LT | | |
| | Purchases | 1,429.565 | | 13,000.00 | 10,507.30 | (2,492.70) LT | | |
| Long Term Reinvestments | | 393.019 | | 3,089.46 | 2,888.69 | (200.77) LT | | |
| Short Term Reinvestments | | 84.803 | | 613.13 | 623.30 | 10.17 ST | | |
| | **Total** | 1,907.387 | | 16,702.59 | 14,019.29 | (2,693.47) LT / 10.17 ST | 732.00 | 5.22 |

CONTINUED

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Holdings

**Active Assets Account** 332-110640-332  
JOHN R CARLSON & JUNE L CARLSON JTWROS

## MUTUAL FUNDS
### OTHER MUTUAL FUNDS (CONTINUED)

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| Market Value vs Total Purchases + | | | | 13,000.00 | 14,019.29 | | | |
| Net Value Increase/(Decrease) | | | | | 1,019.29 | | | |
| *Share Price: $7.350; Enrolled In Ms Dividend Reinvestment; Capital Gains Reinvest* | | | | | | | | |
| **INVESCO VK HIGH YIELD MUNI A (ACTHX)** | | | | | | | | |
| | 3/3/08 | 1,448.768 | 10.354 | 15,000.00 | 13,980.61 | (1,019.39) LT | | |
| | 3/27/08 | 1,174.284 | 10.474 | 12,300.00 | 11,331.84 | (968.16) LT | | |
| Purchases | | 2,623.052 | | 27,300.00 | 25,312.45 | (1,987.55) LT | | |
| Long Term Reinvestments | | 264.992 | | 2,295.14 | 2,557.17 | 262.03 LT | | |
| Short Term Reinvestments | | 178.421 | | 1,657.87 | 1,721.76 | 63.89 ST | | |
| Total | | 3,066.465 | | 31,253.01 | 29,591.39 | (1,725.52) LT / 63.89 ST | 1,704.00 | 5.75 |
| Market Value vs Total Purchases + | | | | 27,300.00 | 29,591.39 | | | |
| Net Value Increase/(Decrease) | | | | | 2,291.39 | | | |
| *Share Price: $9.650; Enrolled In Ms Dividend Reinvestment; Capital Gains Reinvest* | | | | | | | | |
| **INVESCO VK HIGH YIELD MUNI C (ACTFX)** | | | | | | | | |
| | 8/17/04 | 476.644 | 10.490 | 5,000.00 | 4,590.08 | (409.92) LT | | |
| | 3/30/05 | 1,072.780 | 10.705 | 11,484.00 | 10,330.87 | (1,153.13) LT | | |
| | 7/14/05 | 1,002.256 | 10.975 | 11,000.00 | 9,651.72 | (1,348.28) LT | | |
| | 6/7/06 | 1,369.384 | 10.954 | 15,000.00 | 13,187.16 | (1,812.84) LT | | |
| | 4/13/07 | 2,247.729 | 11.122 | 25,000.00 | 21,645.63 | (3,354.37) LT | | |
| | 7/29/08 | 1,615.631 | 9.903 | 16,000.00 | 15,558.52 | (441.48) LT | | |
| | 12/15/08 | 3,364.031 | 7.432 | 25,000.00 | 32,395.61 | 7,395.61 LT | | |
| | 2/9/10 | 1,626.329 | 9.223 | 15,000.00 | 15,661.54 | 661.54 ST | | |
| | 5/10/10 | 1,072.961 | 9.320 | 10,000.00 | 10,332.61 | 332.61 ST | | |
| Purchases | | 13,847.745 | | 133,484.00 | 133,353.74 | (1,124.41) LT / 994.15 ST | | |
| Long Term Reinvestments | | 1,459.511 | | 13,767.63 | 14,055.09 | 287.46 LT | | |
| Short Term Reinvestments | | 744.713 | | 6,913.65 | 7,171.58 | 257.93 ST | | |
| Total | | 16,051.969 | | 154,165.28 | 154,580.46 | (836.95) LT / 1,252.08 ST | 7,764.00 | 5.02 |
| Market Value vs Total Purchases + | | | | 133,484.00 | 154,580.46 | | | |
| Net Value Increase/(Decrease) | | | | | 21,096.46 | | | |
| *Share Price: $9.630; Enrolled In Ms Dividend Reinvestment; Capital Gains Reinvest* | | | | | | | | |

PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

### Holdings

**Active Assets Account 332-110640-332**

JOHN R CARLSON & JUNE L CARLSON JTWROS

| Security Description | Trade Date | Percentage of Assets % | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|---|
| MUTUAL FUNDS | | 47.1% | | | $235,083.73 | $268,081.32 | $(4,954.31) LT $2,055.10 ST | $11,666.00 $0.00 | 4.35% |

*Transactions in mutual fund positions held directly at the Fund Company are not included in the total above and are not reflected on the Summary Page.*
*For more information about the pricing of Money Market Funds, please see the Disclosures section of the statement.*
*+ Net Value Increase/(Decrease) compares your Total Purchases (excluding Dividend Reinvestments) with the Market Value of all shares you hold of the fund. This calculation is for informational purposes only.*
*does not reflect your total unrealized gain or loss and should not be used for tax purposes.*

### UNIT INVESTMENT TRUSTS

### EQUITY TRUSTS

| Security Description | Trade Date | Percentage of Assets % | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
|---|---|---|---|---|---|---|---|---|---|
| UNIT VAN KAMPEN BIRINYI EQUITY SELECT TRUST SERIES 25 | 10/21/09 | | 845.000 | $10.286 | $8,691.42 | $8,965.87 | $274.45 ST | $107.06 | 1.19 |
| *Unit Price: $10.610; Reinvest None* | | | | | | | | | |
| UNIT VAN KAMPEN COHEN & STEERS VALUE EQUITY & INCOME 2009-4 | 10/15/09 | | 1,419.000 | 10.076 | 14,297.76 | 15,143.70 | 845.94 ST | 1,248.29 | 8.24 |
| *Unit Price: $10.672; Reinvest None* | | | | | | | | | |
| UNIT VAN KAMPEN GLOBAL 45 DIVIDEND STRATEGY 2010-1 | 1/27/10 | | 1,070.000 | 9.565 | 10,234.55 | 10,668.00 | 433.45 ST | 337.80 | 3.16 |
| *Unit Price: $9.970; Reinvest None* | | | | | | | | | |
| UNIT VAN KAMPEN GLOBAL EQUITY DIVIDEND 2 | 4/8/10 | | 850.000 | 10.582 | 8,994.79 | 8,728.39 | (266.40) ST | | |
| Short Term Reinvestments Purchases | | | 18.000 | | 174.85 | 184.83 | 9.98 ST | | |
| Total | | | 868.000 | | 9,169.64 | 8,913.23 | (256.42) ST | 360.31 | 4.04 |
| *Unit Price: $10.269; Reinvest Full* | | | | | | | | | |
| UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2010-3 | 6/15/10 | | 584.000 | 9.624 | 5,620.30 | 6,015.02 | 394.72 ST | 237.86 | 3.95 |
| *Unit Price: $10.300; Reinvest None* | | | | | | | | | |
| UNIT VAN KAMPEN SELECT 10 INDUSTRIAL 2010-5 | — | | 891.000 | — | Please Provide | 9,293.48 | N/A | 364.24 | 3.91 |
| *Unit Price: $10.430; Reinvest None* | | | | | | | | | |
| UNIT INVESTMENT TRUSTS | | 10.4% | | | $48,013.67 | $58,999.30 | $1,692.14 ST | $2,655.56 $0.00 | 4.50% |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Holdings

| Active Assets Account 332-110640-332 | JOHN R CARLSON & JUNE I CARLSON JTWROS |
| --- | --- |

## ANNUITIES & INSURANCE

### FIXED RATE ANNUITIES

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | Value | Valuation Date | Fixed Rate % | Renewal Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLSTATE ALLSTATE T-LINK PLUS | 9/26/05 | | $13,737.60 | $16,297.61 | 9/29/10 | | |
| Policy # 743533 | | 5 YEAR FIXED | | 16,297.61 | | 0.50 | 9/25/15 |
| ALLSTATE ALLSTATE T-LINK PLUS | 8/7/06 | | 13,232.30 | 15,755.33 | 9/29/10 | | |
| Policy # 772463 | | 5 YEAR FIXED | | 15,755.33 | | 4.30 | 8/6/11 |
| ALLSTATE ALLSTATE T-LINK PLUS | 1/20/06 | | 31,423.22 | 37,430.30 | 9/29/10 | | |
| Policy # 752957 | | 5 YEAR FIXED | | 37,430.30 | | 3.70 | 1/19/11 |
| ALLSTATE ALLSTATE T-LINK PLUS | 11/18/05 | | 21,054.16 | 25,232.86 | 9/29/10 | | |
| Policy # 748674 | | 5 YEAR FIXED | | 25,232.86 | | 3.75 | 11/17/10 |
| ALLSTATE SCHEDULED ANNUITY MANAGER | 10/6/00 | FIXED FIVE YEAR | 8,573.74 | 10,054.36 | 9/29/10 | | |
| Policy # 399719; Qualified IRA | | | | 10,054.36 | | 3.25 | 10/5/10 |
| **FIXED RATE ANNUITIES** | | | **$61,777.84** | **$104,770.46** | | | |

### VARIABLE RATE ANNUITIES

| Security Description | Inception Date | Fund Name | Net Contributions and Withdrawals | Value | Valuation Date | Fixed Rate % | Renewal Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| EQUITABLE LIFE AXA EQUITABLE - ELITE 07 | 11/20/07 | | | $42,802.42 | 9/29/10 | | |
| | | EQ/LORD ABBETT GRWTH IN | | 13,487.74 | | — | — |
| | | EQ/ALLIBERN INTERNATIONAL | | 10,597.70 | | — | — |
| | | EQ/ALLIBERN SMALL CAP GRO | | 5,018.67 | | — | — |
| | | EQ/MID CAP VALUE PLUS | | 4,801.35 | | — | — |
| | | EQ/EQUITY GROWTH PLUS | | 8,896.96 | | — | — |
| Policy # 307740726 | | | | | | | |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Holdings

| Active Assets Account 332-110640-332 | JOHN R CARLSON & JUNE I CARLSON JTWROS | | Percentage of Assets % | Market Value |
|---|---|---|---|---|
| ANNUITIES & INSURANCE | | | 25.9% | $147,572.88 |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE | 100.0% | $375,045.63 | $568,788.17 | $(23,458.98) LT $4,076.28 ST | $19,965.57 $715.49 | 3.51% |

**TOTAL VALUE (includes accrued interest)** $569,503.66

*Insurance and annuity products and values are displayed for informational purposes only. Values reflect in force annuities purchased or serviced through Morgan Stanley Smith Barney as of date shown as reported by the insurance carrier. Amounts shown may be subject to surrender and other contract charges. Net Contributions and Withdrawals is defined as either the original purchase price plus additions minus withdrawals or principal withdrawals.*

*Display of insurance or annuity products on the Morgan Stanley Smith Barney account statement does not confer or imply ownership or beneficial interest on the part of the Morgan Stanley Smith Barney account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as shown on your policy copy.*

*Annuitized information as provided by the insurance carrier reflects the value of the last payment made as per your instructions and does not imply that the funds were re-deposited into a Morgan Stanley Smith Barney account and are provided for informational purposes only. Surrendered or annuitized policies will not appear as assets on this statement.*

2 - You, or a third party, have provided the transaction details for this position.

*Unrealized Gain/Loss Totals only reflect positions that have cost basis information available. Cash, MMF, Deposits and positions stating 'Please Provide' are not included.*

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

**Activity**

Active Assets Account
332-110640-332

JOHN R CARLSON &
JUNE I CARLSON JTWROS

## CASH FLOW ACTIVITY BY DATE

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 8/31 | 8/31 | Tax Exempt Dividend | INVESCO VK HIGH YIELD MUNI C<br>DIV PAYMENT | | | | $644.18 |
| 8/31 | 8/31 | Tax Exempt Dividend | INVESCO VK HIGH YIELD MUNI A<br>DIV PAYMENT | | | | 141.05 |
| 8/31 | 8/31 | Tax Exempt Dividend | FIDELITY MN MUNI INC<br>DIV PAYMENT | | | | 121.91 |
| 8/31 | 8/31 | Dividend | INVESCO PRIME INCOME TRUST<br>DIV PAYMENT | | | | 60.36 |
| 8/31 | 8/31 | Dividend Reinvestment | INVESCO VK HIGH YIELD MUNI C | REINVESTMENT | 66.893 | 9.6300 | (644.18) |
| 8/31 | 8/31 | Dividend Reinvestment | INVESCO VK HIGH YIELD MUNI A | REINVESTMENT | 14.617 | 9.6500 | (141.05) |
| 8/31 | 8/31 | Dividend Reinvestment | FIDELITY MN MUNI INC | REINVESTMENT | 10.340 | 11.7900 | (121.91) |
| 8/31 | 8/31 | Dividend Reinvestment | INVESCO PRIME INCOME TRUST | REINVESTMENT | 8.291 | 7.2800 | (60.36) |
| 9/1 | 9/1 | Dividend | WELLS FARGO & CO NEW | | | | 15.50 |
| 9/1 | 9/1 | Interest Income | MGM MIRAGE      6750  12SP01 | | | | 337.50 |
| 9/13 | 9/16 | Exchange Out | UNIT VK SELECT 10 INDUS 2009-5 | GROSS PROCEEDS 3295.37<br>IN-KIND ROLLOVER SALE | 757.000 | 11.9423 | 9,040.33 |
| 9/13 | 9/21 | Exchange In | UNIT VK SELECT 10 INDUS 2010-5 | IN-KIND ROLLOVER PURCHASE | 891.000 | 10.1357 | (9,030.91) |
| 9/21 | | Interest Income-Adj | CMS SPX HYB RANGE10000 *24SP21<br>INTEREST PAYMENT | | | | 378.08 |
| 9/22 | 9/22 | Tax Exempt Dividend | MINNESOTA MUNI INC PORTFOLIO | | | | 112.02 |
| 9/22 | 9/22 | Dividend Reinvestment | MINNESOTA MUNI INC PORTFOLIO | DIVIDEND REINVESTMENT<br>ACTED AS AGENT | 7.121 | 15.7300 | (112.02) |
| 9/25 | 9/25 | Dividend | UNIT VK VALUE EQUITY & INC 094 | | | | 98.58 |
| 9/25 | 9/25 | Dividend | UNIT VK GLOBAL EQ DIVIDEND 2<br>PAYMENT | | | | 81.69 |
| 9/25 | 9/25 | Dividend | UNIT VK SELECT 10 INDUS 2009-5 | | | | 36.78 |
| 9/25 | 9/25 | Dividend | UNIT VK SELECT 10 INDUS 2010-3 | | | | 20.52 |
| 9/25 | 9/25 | Dividend Reinvestment | UNIT VK GLOBAL EQ DIVIDEND 2 | REINVESTMENT | 8.000 | 10.0490 | (80.39) |
| 9/29 | 9/29 | Tax Exempt Dividend | MS ACTIVE ASSETS TAX FR TRUST<br>DIV PAYMENT | | | | 0.02 |
| 9/30 | 9/30 | Dividend | DWS DREMAN VAL INC EDGE FD NEW | | | | 1.68 |

**NET CREDITS/(DEBITS)** $899.38

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

### Activity

**Active Assets Account** JOHN R CARLSON & JUNE E CARLSON JTWROS
332-110640-332

## MONEY MARKET FUND (MMF) AND BANK DEPOSITS ACTIVITY

| Date | Activity Type | Description | Credits/(Debits) |
|------|---------------|-------------|------------------|
| 9/1 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | $1.68 |
| 9/2 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 353.00 |
| 9/17 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 9.42 |
| 9/22 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 378.08 |
| 9/28 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 157.18 |
| 9/30 | Automatic Investment | MS ACTIVE ASSETS TAX FR TRUST | 0.02 |
| **NET ACTIVITY FOR PERIOD** | | | **$899.38** |

## REALIZED GAIN/(LOSS) DETAIL

### MISSING COST

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|----------------------|---------------|-----------|----------|----------------|------------------------|----------------------|----------|
| UNIT VK SELECT 10 INDUS 2009-5 | | 09/13/10 | 757.000 | $0.00 | Please Provide | N/A | Tax Deferred Exchange |
| **Missing Cost This Period** | | | | **$0.00** | **N/A** | **N/A** | |
| **Missing Cost Year to Date** | | | | **$0.00** | **N/A** | **N/A** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$0.00** | **$0.00** | **$0.00** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$44,276.68** | **$40,658.18** | **$3,618.50** | |

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.
From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

MorganStanley
SmithBarney

# CLIENT STATEMENT | For the Period September 1-30, 2010

| Active Assets Account | JOHN R. CARLSON &. |
|---|---|
| 332-110640-332 | JUNE L. CARLSON JTWROS |

## Messages

**Consolidated Statement of Financial Condition (in thousands of dollars):**
At June 30, 2010 Morgan Stanley Smith Barney LLC had net capital of $1,244,800 which exceeded the Securities and Exchange Commission's minimum requirement by $1,204,893.

A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2010 can be viewed online at: http://www.morganstanley.com/about/ir/sharehol rf/morganstanley_smithbarney_llc.pdf or may be mailed to you at no cost by calling (866) 825-1675, after September 13, 2010.

**Important Message for Holders of Fixed Income Securities (and Global Currency time deposits):**
Starting with this month's statement, we have added the accrued interest on fixed income securities to your Total Account Value. As a result, you may notice an increase in the "Total Market Value" line of the "Change in Value Over Time" graph. This increase represents the initial inclusion of this amount, and will also be displayed as a line item titled "Accrued Interest - Sept. Adjustment" in the "Change in Value of Your Accounts" table. For more detail, please refer to the enclosed "FYI" brochure.

**Important Update Regarding Morgan Stanley Rewards**
We will be extending our participation in Morgan Stanley Rewards beyond October 29, 2010. Any future changes or updates to our rewards program will be provided in subsequent communications. Please call the number on the back of your card or your Financial Advisor for any additional questions. Thank you.

**Important Information if you are a Margin Customer**
If you have a margin account with us, as permitted

by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

**Important Information Regarding the Bank Deposit Program**
Effective July 1, 2010, Morgan Stanley Trust converted from a federal savings bank to a national bank and changed its name to Morgan Stanley Private Bank, National Association (the "Bank"). The Bank participates in the Bank Deposit Program (the "Program") and this conversion has no impact on the terms, conditions or features of the Program. If the Program is the cash sweep investment for your account, you will see the new name of the Bank reflected on your statement to the extent any funds are swept there. For more information about the Program, please visit http://www.morganstanleyindividual.com/accounto ptions/activeassets.

**Questions?**
Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

**Important Information About Auction Rate Securities**
**The following message has been added to all client account statements but applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you.**
Due to market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate

Securities shown on this statement may not reflect the price(s) you would receive upon a sale at auction or in a secondary market transaction, and are not an indication of any offer to purchase at such price. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement in most cases reflect par value, but may be derived from various sources. These prices may differ from: prices provided to us or our affiliates by outside pricing services; or our affiliates' own internal bookkeeping valuations; prices of transactions executed in any secondary market, that exists or may develop; and/or the prices at which issuer repurchases or redemptions may occur. Please contact your Financial Advisor with any questions. To learn more about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

MorganStanley
SmithBarney

This page intentionally left blank

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Active Assets Account  332-110640-332    JOHN R. CARLSON &  JUNE L CARLSON JTWROS

## Research Ratings Definitions

**GUIDE TO MORGAN STANLEY & CO. INCORPORATED (MORGAN STANLEY), CITI INVESTMENT RESEARCH & ANALYSIS (CIRA) AND STANDARD & POOR'S RESEARCH RATINGS**

**MORGAN STANLEY RESEARCH RATINGS**

Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. Morgan Stanley's ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, to a Buy recommendation; they correspond Equal-weight and Not-Rated to Hold recommendations, and Underweight to Sell recommendations, respectively.  For ease of comparison, Morgan Stanley Smith Barney has normalized these ratings so that 1 corresponds to Buy recommendations, 2  corresponds to Not-Rated and Hold recommendations, and 3 corresponds to Sell recommendations.  Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company.  Morgan Stanley's ratings are described below.

**MSSB NORMALIZED CODE / MORGAN STANLEY RATING: DEFINITION**

1 / **Overweight (O):**The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

2 / **Equal-weight (E):**The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

2 / **Not-Rated (NR):**Currently the analyst does not

have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

3 / **Underweight (U):**The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

**NAV, NA or ** appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.**

**CIRA - COMMON STOCK IN DEVELOPED MARKETS**

**STOCK RATINGS**

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

**Developed Markets (US, UK, Europe, Japan, and Australia/New Zealand)**

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**

1 / **BUY:** 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks

2 / **HOLD:** 0-10% for Low-Risk stocks, 0-15% for Medium-Risk stocks, 0-20% for High-Risk stocks, and 0-35% for Speculative Stocks

3 / **SELL:** Negative total return

**STOCK RISK**

Takes into account volatility and a select list of fundamental criteria.

**CODE / CIRA RATING: DEFINITIONS**

L / **Low:** High predictability of financial results and

low volatility

M / **Medium:**Moderate predictability of financial results

H / **High:** Low predictability of financial results and high volatility

S / **Speculative:** Exceptionally low financial predictability, highest risk and volatility

**CIRA - COMMON STOCK IN EMERGING MARKETS**

**STOCK RATINGS**

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

**Emerging Markets (Asia Pacific, Emerging Europe/Middle East/Africa, and Latin America)**

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**

1 / **BUY:** 15% or more for Low-Risk stocks, 20% or more for Medium-Risk stocks, 30% or more for High-Risk stocks, and 40% or more for Speculative stocks

2 / **HOLD:** 5-15% for Low-Risk stocks, 10-20% for Medium-Risk stocks, 15-30% for High-Risk stocks, and 20-40% for Speculative stocks

3 / **SELL:** 5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% for High-Risk stocks, and 20% or less for Speculative stocks

**CIRA GUIDE TO INVESTMENT RATINGS - CLOSED-END FUNDS**

**CLOSED-END FUND RATINGS**

Investment ratings are a function of CIRA's expectation of the fund's total return relative to its peer group, and the ability to provide stable to rising dividends, where applicable.

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**

1 / **Outperform:** Expected to outperform its peer group of closed-end funds, and/or the fund is expected to provide stable to rising dividends, where applicable

2 / **In-Line:** Expected to perform in line with its peer group of closed-end funds, and/or the fund is expected to provide stable dividends, where applicable

3 / **Underperform:** Expected to underperform its peer group of closed-end funds, and/or the fund is expected to provide a declining dividend, where applicable

**CLOSED-END FUND RISK**

Takes into account the quality and liquidity of the underlying securities, financial leverage and foreign currency exposure.

**CODE / CIRA RATING: DEFINITIONS**

L / **Low:** The fund invests in high quality, liquid securities with little to no financial leverage or foreign currency exposure

M / **Medium:** Overall, the fund invests in moderate to high quality, liquid securities with reasonable financial leverage and provides primarily United States Dollar currency exposure

H / **High:** The fund may invest in low quality, less-liquid securities, have exposure to foreign currencies and above average degrees of financial leverage

S / **Speculative:** The fund invests in low grade, illiquid and/or highly volatile securities, have exposure to foreign currency and may also use high degrees of financial leverage

**STANDARD & POOR'S RESEARCH RATINGS**

For ease of comparison, Morgan Stanley Smith Barney has normalized Standard & Poor's proprietary research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Standard & Poor's rating system.  Please refer to a Standard & Poor's research report for a complete description of Standard & Poor's rating system and Standard &

CONTINUED

# MorganStanley SmithBarney

Active Assets Account    JOHN R. CARLSON &
332-110640-332          JUNE L CARLSON JTWROS

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Research Ratings Definitions (CONTINUED)

Poor's actual proprietary rating on any covered company.  Standard & Poor's ratings are described below:

**MSSB NORMALIZED CODE / STANDARD & POORS RATING: DEFINITION**
1 / 5-STARS (Strong Buy): Total return is expected to outperform the total return of a relevant benchmark, by a wide margin over the coming 12 months, with shares rising in price on an absolute basis

1 / 4-STARS (Buy): Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis

2 / 3-STARS (Hold): Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis

3 / 2-STARS (Sell): Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price not anticipated to show a gain

3 / 1-STARS (Strong Sell): Total return is expected to underperform the total return of a relevant benchmark by a wide margin over the coming 12 months, with shares falling in price on an absolute basis

**Relevant benchmarks:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

# MorganStanley SmithBarney

| Active Assets Account | JOHN R. CARLSON &. |
|---|---|
| 332-110640-332 | JUNE L CARLSON JTWROS |

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Disclosure

**Account Valuation**

These figures represent the approximate value of your account(s) on a settlement date basis and are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Please note, this valuation may be adjusted for the net change in priced asset values for securities held or for the net changes in money market balances during the settlement period. Your closing cash, money market fund and/or deposit balance represents the cash, money market funds and/or deposits and reflects the net month end balance. Global Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield ("APY") for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/AccountOptions/ActiveAssets/InvestmentFeatures

**Additional IRA Information**

IRA contributions are subject to IRS eligibility rules and regulations. The "Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Contributions information included in this statement reflects contribution information for a particular account, without reference to any other IRA.

You cannot make an individual contribution to a Traditional IRA for the year in which you attain age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax deductible.

The categorization of any amounts in this statement as Individual Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please contact your Financial Advisor if this information is incorrect. The information included in this statement is not intended to constitute tax, legal or accounting advice.

**Availability of Free Credit Balances and Financial Statements**

Under the customer protection rules of the SEC [17 CFR §240.15c3-2 & 3], Morgan Stanley Smith Barney may use free credit balances in your account which are payable to you on demand, in the ordinary course of its business. We provide summary Morgan Stanley Smith Barney and Morgan Stanley & Co. Incorporated financial statements to you semiannually; copies are also available on request, by mail.

**Certain Assets Not Held At Morgan Stanley Smith Barney**

You may purchase certain assets through Morgan Stanley Smith Barney that may be held at a financial institution other than Morgan Stanley Smith Barney. Assets not held at Morgan Stanley Smith Barney may not be covered by SIPC protection. We may include information about these assets on this statement, solely as a service to you and are not responsible for information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information due to different tax reporting periods. In the case of networked mutual funds, Morgan Stanley Smith Barney performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley Smith Barney performs all tax reporting.

**Errors and Inquiries**

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. Please see your account documentation for special rules regarding rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered.

**Gain and Loss Information**

The gain and loss information is provided for informational purposes only, is not a substitute 1099 form (or any other appropriate tax form), and should not be used for tax preparation. Unrealized gain and loss values are estimates and should be independently verified. We recommend that you contact your tax advisor to determine the appropriate use of this information. Past performance does not guarantee future returns.

Gain and loss information is calculated based upon uniform standards and does not account for each individual client's particular circumstances such as the existence of hedging transactions or constructive sales. Although we make every effort to adjust the cost basis for securities' capital changes, we do not adjust the cost basis for all events. Contact your Financial Advisor for guidance on particular questions.

For accounts with Choice Select pricing, the commissions paid on your eligible equity and option

purchases and sales are applied to the Total Cost on a monthly basis.

With respect to estimated gains and losses for listed equity options, we have taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. From time to time, unrealized gain/loss and YTD realized gain/loss figures may change due to adjustments to cost basis which may also affect previously closed tax lots.

We are not responsible for any gain and loss information provided by you or another financial institution; you are responsible for ensuring the accuracy of such information. Whether provided by you, another financial institution or Morgan Stanley Smith Barney, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information.

For clients wishing to make versus purchase sales that information needs to be conveyed at the time of the sale. Unless you tell us otherwise, we use first in first out (FIFO) accounting.

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

**Margin Interest Charges**

Morgan Stanley Smith Barney calculates interest charges on margin loans as follows:

(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.

(2) Divide by 360 (days).

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley Smith Barney adds the accrued

CONTINUED

# MorganStanley
# SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

**Active Assets Account** JOHN R CARLSON & 332-110640-332 JUNE L CARLSON JTWROS

## Disclosure (CONTINUED)

interest to your debit balance and starts a new calculation each time the applicable interest rate changes at the at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerse rvice/disclosures/#5

**Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts)
If you have margin privileges, you may borrow money from Morgan Stanley Smith Barney in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral will be indicated below the position.

**Money Market Pricing**
An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover, in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and if applicable, check writing or ATM debits from your account.

**Notice Regarding Investment Advisor Research**
Morgan Stanley Smith Barney's Investment Advisor Research department conducts research on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have instead invested in any of these funds in another type of account, such as a

brokerage account, you will not receive the same research materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities displayed on this statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy.
For securities listed on an exchange or trading continually in an active marketplace the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For securities that trade less frequently, we rely on outside pricing services and / or computerized pricing models, which cannot always give us actual market values. Some annuity values provided by outside sponsors are estimated. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values.
Furthermore, some securities, such as limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold your investment.
The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley Smith Barney by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark—a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

**SIPC Protection**
Securities and cash held in your Morgan Stanley Smith Barney account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). SIPC protects up to $500,000 of each client's securities, of which up to $100,000 may be uninvested cash. SIPC and Excess Coverage apply only to securities and cash in the exclusive possession and control of Morgan Stanley Smith Barney and do not protect against losses due to market fluctuations.
Detailed information is available upon request.

**Special Considerations Regarding Structured Products**
Structured Products are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from any actual or anticipated changes to issuer's and/or guarantor's credit ratings or credit spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to

investors. In addition, investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.
Structured Products may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For more information about the risks specific to your Structured Products, you should contact your Financial Advisor.

**Taxes**
Under Federal Income Tax law, Morgan Stanley Smith Barney is required to report the gross proceeds of sales transactions (including entering into short sales) to you on Form 1099-B by February 15 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9 or W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

**Total Income** (This Year/This Period)
Total income as used in, the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the Internal Revenue Service. The totals we report may differ from those indicated as 'This Year' figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

## Disclosure (CONTINUED)

Active Assets Account
332-110640-332

JOHN R. CARLSON &
JUNE L CARLSON JTWROS

**Transaction Dates and Transaction Conditions**

All transactions list transaction date and settlement date. Transactions are included on this statement based on settlement date. In the case of unsettled trades, we list the trade based on trade date instead of the settlement date with a notation that the trade is unsettled. Unsettled trades will not be reflected in position and cash balances.

Upon written request, Morgan Stanley Smith Barney will furnish the date and time of a transaction and the name of the other party to a transaction.

Morgan Stanley Smith Barney and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

MorganStanley
SmithBarney

This page intentionally left blank