Janet Maker
925 Malcolm Av.
Los Angeles, CA 90024
310-470-4482
Jamaker2001@hotmail.com

**Bankruptcy Court:** United States Bankruptcy Court/Southern District of New York
**Debtors:** Lehman Brothers Holdings Inc., et al.
**Case number:** 08-13555(JMP)
**Name of Claimant:** Jane A Maker Trust, Janet Maker, George Maker TTEES
**Basis for Claim:** Medium-Term Note
**Title of Objection:** Omnibus Objection to Claims (No Supporting Documentation Claims)

**Statement:** The claim should not be disallowed, expunged, reduced or reclassified because the required documentation (confirmation) is attached herewith.

Yours truly,

Oct. 27, 2010



RECEIVED
NOV - 2 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

# LEHMAN BROTHERS

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK, NY 10022
FELDMAN, RICHARD

**Confirmation**                                                                 Page 1 of 3

**Account information**

Your investment representative
for this activity
IR #: 310609
FELDMAN, RICHARD
1-800-392-5000

TRUST U/W/O JANE A MAKER
FBO GEORGE W MAKER
GEORGE W MAKER &
JANET MAKER TTEES
44 COCOANUT ROW B-120
PALM BEACH FL  33480-4069

**Account number**
832-01542

**Copies of this confirmation
have been sent to:**
RICHARD SIROTT

This document confirms the transaction(s) described below. The transaction(s) are USD denominated unless otherwise reflected. Please review the details provided. Notify the branch manager immediately if you disagree with any information provided here. Your confirmation contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent, third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.LehmanLive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found at the end of confirmation.

## Transaction summary for April 17, 2008

|  | Total number |
|---|---|
| Buys | 1 |
| Sells | 3 |

## You bought

| Description (Symbol) | Trade date | Settlement date | Market | Capacity | Account type |
|---|---|---|---|---|---|
| CUSIP #: 5252M0FA0060 | 17 Apr 08 | 22 Apr 08 | 6 | 7 | Cash |
| Trade #: TM804/17/08 - 0075486 | | | | | |
| LEHMAN BROS HLDGS INC(5BCYRZ7) | **Quantity bought** | **Price** | | | **Amount** |
| MEDIUM TERM NTS | 300,000 | 100 | Principal | | 300,000.00 |
| 04/21/2023   MATURITY DATE | | | Interest | | 159.42 |
| INTEREST DATES JAN,APR,JUL,OCT | | | Net amount | | 300,159.42 |
| 04/21/08   DATED DATE | | | | | |
| PROSPECTUS UNDER SEPARATE MAIL | | | | | |
| UNSOLICITED | | | | | |
| YIELD +00.000% TO MATY | | | | | |
| VARIABLE RATE | | | | | |
| BOOK ENTRY FORM ONLY AVAILABLE | | | | | |
| CALL DATE 10/21/08 AT 100.000 | | | | | |
| Reference #: 213293 | | | | | |