original

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: LEHMAN BROTHERS HOLDINGS DEBTOR

CASE 08-13555 (JMP) Ch 11 JA

RECEIVED
NOV - 2 2010
U.S. BANKRUPTCY COURT

COMMONWEALTH OF MASSACHUSETTS) ) ss
COUNTY OF BARNSTABLE )

FIRST SUPPLEMENTAL AFFIDAVIT OF CLAIMANT, WILLIAM KUNTZ, III

HAVING BEEN ~~BEEN~~ DULY CAUTIONED AND SWORN, AFFIANT MAKES THIS HIS FREELY GIVEN ~~AFFIVAIT~~ - AFFIDAVIT - AND OATH TO WHIT:

THAT WITH RESPECT TO ANY ISSUE OF CLAIMANT"S RECORDS THE FOLLOWING IS SUBMITTED:

1) LETTER TO AND REPLY FROM MR DAVID BOUCHER IN HIS HANDWRITING WITH RESPECT TO THE CONTENTS OF THE PROPERTY COMMONLY KNOWN IN THE TOWN OF WESTPORT, COUNTY O F ESSEX AS THE "HOFFNAGLE HOUSE" (being a single family dwelling at Westport,NY)

2) A RECEIPT DATES JAN 6, 2010(together with supporting paperwork) OF THE REAL ESTATE RECORDS OF SAID PROPERTY, EVIDENCING A SALE TO THE BOUCHER"S IN Oct, 2008.

3) CLAIMANT"S HANDWRITTEN NOTES OF CALLS TO THE C&S WHOLESALE COMPANY, WITH RESPECT TO RECORDS RELATING TO GRANDUNION.

~~XXXXXX~~ calls made on june 10, 2009, august 24 & 25, 2009, Sept 2, 2009 Sept 18, 2009, Dec 21, 2009 and Jan 18, 2010.

FURTHER AFFIANT SAYETH NAUGHT.

WILLIAM KUNTZ,III

(seal)

Sworn to before me a Notary Public this 1 of NOV., 2010

NOTARY

LAUREN DIPIETRO
Notary Public
Massachusetts
Commission Expires May 5, 2017

____/____/____

D. N. B
1727 N. 34TH ST.
MILWAUKEE, WI 53208

NOV 2009 PM 1 L

USA FIRST-CLASS FOREVER

BILL KUNTZ
PO BOX 1801
NANTUCKET, MA
02554-1804

02554+1801

# 1

Town of Westport
P.O. ~~Box~~ 465
22 Champlain Avenue
Westport, NY 12993

042J80066
$0.
11/23/
Mailed From
neopost

Mr. William Kuntz III
India St PO Box 1801
Nantucket MA 02554-1801

TOWN OF WESTPORT
22 Champlain Avenue
PO Box 465
WESTPORT, NY 12993

**CASH RECEIPT**

Date 1/6/2010 011408

Received From William Kuntz

Address

One dollar & 25/100 Dollars $ 1 25/100

For foiled information - 5 sheets

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | 1 | 25 |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER ☐ CREDIT CARD ☐ | | |

By S Borden

CHB 1173

#2

Town of Westport
*Assessment Office*
22 Champlain Avenue
PO Box 465
Westport, NY 12993-0465
(518) 962-4419 Fax (518) 962-2098

Tax Map Number: 66.66-6-22.000
Address: 6430 Main Street
Assessments: Final Roll 2000 to 2009

| Final Roll Year | Land Value | Total Value |
|---|---|---|
| 2000 | 10,500 | 44,500 |
| 2001 | 10,500 | 44,500 |
| 2002 | 10,500 | 44,500 |
| 2003 | 10,500 | 44,500 |
| 2004 | 62,600 | 105,600 |
| 2005 | 35,000 | 40,000 |
| 2006 | 40,200 | 46,000 |
| 2007 | 48,700 | 55,700 |
| 2008 | 48,700 | 55,700 |
| 2009 | 58,000 | 65,000 |

COPYRIGHT (C) 1983 N.Y. STATE DIVISION OF EQUALIZATION AND ASSESSMENT

EA3100 (6/82)

NEW YORK STATE
DIVISION OF EQUALIZATION AND ASSESSMENT
BUREAU OF LOCAL ASSESSMENT SERVICES

RESIDENTIAL, FARM AND VACANT LAND PROPERTY RECORD CARD

COUNTY-ESSEX TOWN OF WESTPORT

SWIS/SBL/CD: 155001 066.66-06-22.000 SD

CARD NO. 1 OF 1

## PARCEL IDENTIFICATION SECTION

VILL OF WESTPORT

| SWIS | TAX MAP NUMBER | CD | R-SEC |
|---|---|---|---|
| 155001 | 066.66-06-22.000 | SD | 1 |

OWNER: ~~KUNTZ WILLIAM III & ANNE~~ ~~HOFFNAGLE FRANCES & HARRY~~ ~~de la Chapelle, Anne~~ Boucher David N. Jr. & David S. Sr.

PROP CLASS: 210 HC

| LOCATION NO. | LOCATION | SCH-DIST |
|---|---|---|
| | E SIDE MAIN ST | 155001 |

SALE PRICE / SALE DATE / VALID — LOT SIZE: 0.47 ACR

PARCEL IDENTIFICATION CORRECTION AREA

| SWIS | TAX MAP NO. | OWNER | PROP. CLASS | LOC. NO. | LOC. | SCHOOL DIST. | LOT SIZE |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

## AUDIT CONTROL SECTION

NUMBER OF SITES (NUMSIT): 01

| VISIT NO. (NVISITS) | COLLECTOR | DATE (MMDDYY) | TIME | ACTIVITY | ENTRY (ENTRY) | SOURCE (INFSCE) |
|---|---|---|---|---|---|---|
| 1 | BAB | 011889 | 1:15 PM | M | 4 | 4 |
| 2 | BAB | 011989 | 6:30 | L | 4 | 4 |
| 3 | 222 | 020798 | 2:14 PM | L | 1 | 4 |
| 4 | DRL | 082699 | 1:30 | M | 1 | 4 |

QUALITY CONTROL (QCBY) — QUALITY CONTROL REVIEWER — DATE ____
CERTIFIED LETTER (CTFLET) — DATE (MMDDYY)

## SALES INFORMATION SECTION

| DATE (SALDTE) YYMM | PRICE (SALPRC) | TYPE (SALTYP) | SOURCE (VERIFY) | VALID (VALID) | OFFICE USE ONLY: CHECK | SOURC2 |
|---|---|---|---|---|---|---|
| 9810 | 38,000 | 3 | | 1 | | |

## AUDIT CONTROL CODES

ACTIVITY
N = NONE
M = MEASURED ONLY
L = LISTED

ENTRY (ENTRY)
1 = INTERIOR INSPECTION
2 = INTERIOR REFUSAL
3 = TOTAL REFUSAL
4 = ESTIMATE
5 = NO ENTRY

SOURCE (INFSCE)
1 = OWNER
2 = RELATIVE
3 = TENANT
4 = OTHER

SALES INFORMATION CODES

SALES TYPE (SALTYP)
1 = LAND ONLY
2 = BLDG. ONLY
3 = LAND & BLDG.

SOURCE (VERIFY)
1 = UNCONFIRMED
2 = BUYER
3 = SELLER
4 = STAMPS
5 = AGENT

VALID (VALID)
1 = VALID SALE
2 = INVALID SALE

SALES NOTES:

## SITE INFORMATION

ROUTE NUMBER (ROUTE): 58
NEIGHBORHOOD CODE (NBHD): 22153
ZONING CODE (ZONING): 01 = NONE, 02 = SINGLE RES, 03 = MULTI RES, 04 = FARM, 05 = COMMERCIAL, 06 = INDUSTRIAL, 07 = MIXED, 08 = GOVERNMENT — Brm 02

SITE INFORMATION SECTION — SITE NUMBER: 01 — PROPERTY CLASS (PRCLAS): 210

| Item | Code | 1 | 2 | 3 | 4 | Value |
|---|---|---|---|---|---|---|
| NEIGHBORHOOD TYPE | (NBHTYP) | RURAL | SUBURBAN | URBAN | COMMERCIAL | 2 |
| ROAD TYPE | (ROAD) | NONE | UNIMPROVED | IMPROVED | | 3 |
| TRAFFIC | (TRAF) | HEAVY | MEDIUM | LIGHT | LAND LOCKED | 2 |
| DRIVEWAY | (DRVWAY) | NONE | UNIMPROVED | IMPROVED | | 2 |
| SEWER | (SEWER) | NONE | PRIVATE | COMM/PUBLIC not hooked up | | 3 |
| WATER | (WATER) | NONE | PRIVATE | COMM/PUBLIC " " " | | 3 |
| OTHER UTILITIES | (UTIL) | NONE | GAS | ELECTRIC | GAS AND ELECTRIC " | 3 |
| SITE ELEVATION | (ELEV) | BELOW GRADE | LEVEL | ABOVE GRADE | | 2 |
| SITE DESIRABILITY | (SITDSR) | INFERIOR | TYPICAL | SUPERIOR | | 2 |
| SETBACK | (SETBCK) | | | | | 110 |
| PHYSICAL CHANGE | (PHYCHG) | RES CONST | IMP CONST | RES DEMO | IMP DEMO | |

NOTES:
99 10,500 / 44500 T
$20/SF
1700 | 34000

## LAND BREAKDOWN SECTION

| LAND TYPE (LNDTYP) | EFF. CODE (EFFCD) | FRONT FEET (FRNTFT) | DEPTH (DEPTH) | ACRES (ACRES) | SQUARE FEET (SQFT) | SOIL RATING (RATING) | WATERFRONTAGE (WTRFTG) | WATER-FRONT TYPE (WTRFNT) | INFLUENCE CODE (INFLCD) | INFLUENCE PERCENT (INFLPC) |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | ~~3~~ | ~~75~~ | ~~266~~ | .47 | | | | | | |

LAND TYPE CODE (LNDTYP)
01 = PRIMARY
02 = SECONDARY
03 = UNDEVELOPED
04 = RESIDUAL
05 = TILLABLE
06 = PASTURE
07 = WOODLAND
08 = WASTELAND
09 = MUCK
10 = WATERFRONT
11 = ORCHARD
12 = REAR
13 = VINEYARD
14 = WETLAND
15 = LEASED LAND

EFFECTIVE CODE (EFFCD)
1 = FRNTFT ONLY
2 = DEPTH ONLY
3 = FRNTFT AND DEPTH

SOIL RATING (RATING)
P = POOR, N = NORMAL, G = GOOD
(05) 1 - 10
(06) 1 - 10
(07) 1 - 4
(09) 1 - 4
(11) 1 - 10
(13) 1 - 10

WATERFRONT TYPE (WTRFNT)
1 = POND
2 = RIVER
3 = LAKE
4 = CANAL
5 = OCEAN/BAY

INFLUENCE CODE (INFLCD)
1 = TOPOGRAPHY
2 = LOCATION
3 = SHAPE
4 = RESTRICTED USE
5 = VIEW
6 = WETNESS
7 = OTHER

## RESIDENTIAL BUILDING SECTION

| Field | Code | Value |
|---|---|---|
| BUILDING STYLE — 01 = RANCH, 02 = RAISED RANCH, 03 = SPLIT LEVEL, 04 = CAPE COD, 05 = COLONIAL, 06 = CONTEMPORARY, 07 = MANSION, 08 = OLD STYLE, 09 = COTTAGE, 10 = ROW, 11 = LOG CABIN, 12 = DUPLEX, 13 = BUNGALOW, 14 = OTHER, 15 = TOWN HOUSE | (BLDSTY) | 08 |
| OTHER STYLE | (OTHSTY) | |
| STORY HEIGHT | (STORY) | 2.0 |
| EXTERIOR WALL MATERIAL — 01 = WOOD, 02 = BRICK, 03 = ALUMINUM/VINYL, 04 = COMPOSITION, 05 = CONCRETE, 06 = STUCCO, 07 = STONE | (EXTWAL) | 01 |
| STONE OR BRICK EXTERIOR — BLANK = NO, 1 = YES | (STN BRK) | |
| YEAR BUILT | (BUILT) | 1900 |
| EFFECTIVE YEAR BUILT | (EFFBLT) | 1920 |
| NUMBER OF KITCHENS | (KITCHN) | 1 |
| KITCHEN QUALITY — 1 = POOR, 2 = AVERAGE, 3 = GOOD | (KITQL) | 1 |
| NUMBER OF BATHS | (BATH) | 1.0 |
| BATHROOM QUALITY — 1 = POOR, 2 = AVERAGE, 3 = GOOD | (BTHQL) | 1 |
| PLUMBING — BLANK = NO PLUMBING, 1 = PLUMBING | (PLUMB) | 1 |
| NUMBER OF BEDROOMS | (BEDS) | 03 |
| ROOMS | (ROOMS) | 07 |
| FIREPLACE | (FIRPLC) | |
| HEAT TYPE — 1 = NO CENTRAL, 2 = HOT AIR, 3 = HOT WATER/STEAM, 4 = ELECTRIC | (HEATYP) | 1 |
| FUEL TYPE — 1 = NONE, 2 = GAS, 3 = ELECTRIC, 4 = OIL, 5 = WOOD, 6 = SOLAR, 7 = COAL | (FUEL) | |
| CENTRAL AIR — BLANK = NO, 1 = YES | (AIRCON) | |
| INSULATION — 1 = NONE, 2 = ATTIC, 3 = WALLS, 4 = ATTIC & WALLS | (INSUL) | 1 |
| BASEMENT TYPE — 1 = PIER/SLAB, 2 = CRAWL, 3 = PARTIAL, 4 = FULL | (BASMT) | 3 |
| BASEMENT FLOOR AREA — ☐ 25% ☐ 50% ☒ 75% | (BSMTSF) | |
| BASEMENT GARAGE | (CAPAC) | |
| INTERIOR CONDITION — 1 = POOR, 2 = FAIR, 3 = NORMAL, 4 = GOOD, 5 = EXCELLENT | (INCOND) | 1 |
| EXTERIOR CONDITION — 1 = POOR, 2 = FAIR, 3 = NORMAL, 4 = GOOD, 5 = EXCELLENT | (EXCOND) | 2 |
| GRADE — A = EXCELLENT, B = GOOD, C = AVERAGE, D = ECONOMY, E = MINIMUM | (GRADE) | C |
| GRADE ADJUST | (GRDADJ) | .75 |

I CERTIFY THAT THE INFORMATION RECORDED ON THIS CARD WAS COLLECTED WITH MY KNOWLEDGE. MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE DATA RECORDED.

SIGNATURE DATE

(Sketch annotations: 10 x 14 FG1; (B) RG4 12 x 20; 240; 33; 7; 24; RP2 525; 792)

## RESIDENTIAL BUILDING AREA SECTION

| Area | Code | Square Feet |
|---|---|---|
| FIRST STORY AREA | (FRSTY) | 850 |
| SECOND STORY AREA | (SNDSTY) | 850 |
| ADDITIONAL STORY AREA | (ADDSTY) | |
| HALF STORY AREA | (HLFSTY) | |
| THREE QUARTER STORY AREA | (TQRSTY) | |
| FINISHED AREA OVER GARAGE | (FNOVGR) | |
| FINISHED ATTIC AREA | (FINATC) | |
| FINISHED BASEMENT AREA | (FNBSMT) | |
| TOTAL MAIN AREA | | |
| UNFINISHED HALF STORY FLOOR AREA | (UNFNHF) | |
| UNFINISHED THREE QUARTER STORY AREA | (UNFTQR) | |
| UNFINISHED FULL FLOOR AREA | (UNFNRM) | |
| SQ. FT. OF LIVING AREA | (SFLA) | 1700 |
| FINISHED RECREATION ROOM | (FINREC) | |

### SECTIONAL OPTION

| SECT. NO. | SINGLE FLOOR CODE | STORY HEIGHT | LENGTH | WIDTH | SQUARE FEET |
|---|---|---|---|---|---|
| | | | | | |

## STRUCTURE CODE

| GARAGES | PORCHES | POOLS | BARNS | MISCELLANEOUS | SHEDS |
|---|---|---|---|---|---|
| RG1 - ATT 1 STORY | RP1 - OPEN | LS1 - STEEL VINYL | FB1 - 1 STORY DAIRY | RC1 - CARPORT | FC1 - MACHINE |
| RG2 - ATT 1½ STORY | RP2 - COVERED | LS2 - FIBERGLASS | FB2 - 1½ STORY DAIRY | GH2 - GREENHOUSE | FC2 - ALUMINUM |
| RG3 - ATT 2 STORY | RP3 - SCREENED | LS3 - POURED CONCRETE | FB3 - 2 STORY DAIRY | TC1 - TENNIS COURT | FC3 - GALVANIZED |
| RG4 - DET 1 STORY | RP4 - ENCLOSED | LS4 - GUNITE | FB4 - 1 STORY GEN | CANOPIES | FC4 - SHED, BAKED-ENAMEL |
| RG5 - DET 1½ STORY | RP5 - UPPER OPEN | LS5 - ABOVE GROUND | FB5 - 1½ STORY GEN | CP5 - ROOF ONLY | MOBILE HOME |
| RG6 - DET 2 STORY | RP6 - UPPER COVERED | | FB6 - 2 STORY GEN | CP6 - WITH SLAB | RM5 - MOBILE HOME |
| | RP7 - UPPER SCREENED | | FB7 - POLE | CP7 - SLAB/SCREEN | |
| | RP8 - UPPER ENCLOSED | | FB8 - HORSE | | |

## ADDITIONAL IMPROVEMENTS SECTION

MEAS. CODE (MEASCD): 1 = QUANTITY, 2 = DIMENSIONS, 3 = SQUARE FEET, 4 = DOLLARS

CONSTRUCTION GRADE (GRADE): A = EXCELLENT, B = GOOD, C = AVERAGE, D = ECONOMY, E = INFERIOR

CONDITION (COND): 1 = POOR, 2 = FAIR, 3 = NORMAL, 4 = GOOD, 5 = EXCELLENT

AGRIC. EXEMPTION (AGEXMP): BLANK = NONE, Y = YES

| SKETCH I.D. | STRUCTURE I.D. (OFFICE USE) | STRUCTURE CODE (STRCD) | MOD. CODE (MODCD) | MEAS. CODE (MEASCD) | DIMENSION 1 (DIM1) | DIMENSION 2 (DIM2) | QUANTITY (QUAN) | GRADE (GRADE) | COND (COND) | YEAR BUILT (BUILT) | AG. EXEMP (AGEXMP) | % GOOD (PRCTGD) | FUNC. OBSO. (FNCOBS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0200 | RP2 | | 3 | 525 | | 001 | C | 1 | 1980 | | | |
| B | | RG4 | | 3 | 12 | 20 | 001 | D | 2 | 1900 | | | |
| | | FG1 | | 3 | 10 | 14 | 001 | D | 2 | 1900 | | | |

REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK

STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217**

RP-5217 Rev 3/97

1. Property Location: 6430 (STREET NUMBER) MAIN St. (STREET NAME)
WESTPORT (CITY OR TOWN) (VILLAGE) 12993 (ZIP CODE)

2. Buyer Name: De La Chapelle (LAST NAME / COMPANY) Anne (FIRST NAME)
(LAST NAME / COMPANY) (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) (LAST NAME / COMPANY) (FIRST NAME)
(STREET NUMBER AND STREET NAME) (CITY OR TOWN) (STATE) (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: (FRONT FEET) X (DEPTH) OR .47 (ACRES)

6. Seller Name: KUNTZ (LAST NAME / COMPANY) WILLIAM III (FIRST NAME)
(LAST NAME / COMPANY) (FIRST NAME)

7. Check the box below which most accurately describes the use of the property at the time of sale:

| | | | |
|---|---|---|---|
| A ☒ One Family Residential | E ☐ Agricultural | I ☐ Community Service | |
| B ☐ 2 or 3 Family Residential | F ☐ Commercial | J ☐ Industrial | |
| C ☐ Residential Vacant Land | G ☐ Apartment | K ☐ Public Service | |
| D ☐ Non-Residential Vacant Land | H ☐ Entertainment / Amusement | L ☐ Forest | |

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

11. Sale Contract Date: N/A (Month / Day / Year)

12. Date of Sale / Transfer: / /04 (Month / Day / Year)

13. Full Sale Price: 1.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
A ☒ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☒ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

QUIT CLAIM

16. Year of Assessment Roll from which information taken: 04

17. Total Assessed Value (of all parcels in transfer): 44,500

18. Property Class: 210 - 1

19. School District Name: WESTPORT CENTRAL

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)): 66.66-6-22.000

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

[signature] BUYER SIGNATURE DATE
ANNE de la Chapelle
PO Box 91 (STREET NUMBER) (STREET NAME (AFTER SALE))
WESTPORT (CITY OR TOWN) NY (STATE) 12993 (ZIP CODE)

**BUYER'S ATTORNEY**

None (LAST NAME) (FIRST NAME)
(AREA CODE) (TELEPHONE NUMBER)

**SELLER**

[signature] SELLER SIGNATURE DATE

INSTRUCTIONS: http://www.orps.state.ny.us

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK

STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217**

RP-5217 Rev 3/97

1. Property Location: 6430 MAIN ST. (STREET NUMBER / STREET NAME); WESTPORT (CITY OR TOWN); VILLAGE; 12993 (ZIP CODE)

2. Buyer Name: BOUCHER, JR. (LAST NAME / COMPANY) DAVID N. (FIRST NAME); BOUCHER, SR. (LAST NAME / COMPANY) DAVID N. (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form): BOUCHER (LAST NAME / COMPANY) DAVID (FIRST NAME); 1727 N 34 STREET (STREET NUMBER AND STREET NAME); MILWAUKEE (CITY OR TOWN); WI (STATE); 53208 (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
- 4A. Planning Board with Subdivision Authority Exists ☐
- 4B. Subdivision Approval was Required for Transfer ☐
- 4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: FRONT FEET × DEPTH OR .47 ACRES

6. Seller Name: LAST NAME / COMPANY, FIRST NAME; LAST NAME / COMPANY, FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☒ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Agricultural
- F ☐ Commercial
- G ☐ Apartment
- H ☐ Entertainment / Amusement
- I ☐ Community Service
- J ☐ Industrial
- K ☐ Public Service
- L ☐ Forest

Check the boxes below as they apply:
- 8. Ownership Type is Condominium ☐
- 9. New Construction on Vacant Land ☐
- 10A. Property Located within an Agricultural District ☐
- 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

11. Sale Contract Date: 10 / 4 / 08 (Month / Day / Year)

12. Date of Sale / Transfer: 10 / 31 / 08 (Month / Day / Year)

13. Full Sale Price: 38,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Da
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☐ None

16. Year of Assessment Roll from which information taken: 08

17. Total Assessed Value (of all parcels in transfer): 55,700

18. Property Class: 210

19. School District Name: WESTPORT CENTRAL

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)): 66.66-6-22.000

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

[signature] 10/31/08 (BUYER SIGNATURE / DATE)

DAVID N. BOUCHER, JR. / DAVID N. BOUCHER, SR.

1727 (STREET NUMBER) N. 34th St (STREET NAME (AFTER SALE))

MILWAUKEE (CITY OR TOWN) WI (STATE) 53208 (ZIP CODE)

**SELLER**

[signature] 10/28/08 (SELLER SIGNATURE)

**BUYER'S ATTORNEY**

POTSKOWSKI (LAST NAME) WILLIAM (FIRST NAME)

518 (AREA CODE) 546-3391 (TELEPHONE NUMBER)



C+S legal June 10, 09

603-354-7000

\- 469 - 330

445

#3