*original*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: LEHMAN BROTHERS HOLDINGS    CASE 08-13555 (JMP) CH 11 X JA
                      DEBTOR

COMMONWEALTH OF MASSACHUSETTS)
                                               )  ss
COUNTY OF BARNSTABLE          .      )

SECOND SUPPLEMENT AFFIDAVIT OF CLAIMANT,WILLIAM KUNTZ, III

        HAVING BEEN DULY CAUTIONED AND SWORN, AFFIANT MAKES THIS HIS
FREELY GIVEN AFFIDAVIT AND OATH TO WHIT

WITH RESPECT TO THE MISFEASANCE, NONFEASANCE, MALFEASANCE OF THE
RESPECTIVE SUCESSOR INDENTURE            TRUSTEE PRESENTLY US BANK AND
HSBC BANK AND THIER NON-APPEARANCE  AND GENERAL          MISCOUNDUCT
              HSBC
1)   THAT ON ALMOST EVERY DATE WHERE CLAIMANT HAS ATTENDED COURT IN
NEW YORK OVER THE LAST 2 YEARS, (two years) CLAIMANT HAS VISITED THE
HSBC BRANCH ACROSS THE STREET FROM THE COURTHOUSE IN NEW YORK.

ATTACHED HERETO ARE SEVERAL BUSINESS CARDS ALSOA HANDWRITEN NOTE OF
CONTACTS BEFORE AND AFTER THE HEARING OF THE NAME OF AN HSBC LAWYER IN
BUFFALO AT THEK  HQ THERE. IN ADDITION, ATTACHED HEREIN IS A COPY OF
A COMMUNICATION TO HSBC DATED DEC 10, 2009,(also bearing the "chop")
RECEIPT ACKNOWLEDGED STAMP OF THE CENTRAL BANK OF THE     BAHAMAS
DATED DEC 11, 2009 , or in the Eurppean style  11/12/09(and as attached)
A CERTIFICATE OF MAILING FROM THE US POST OFFICE DATED MARCH 9, 2010
TO HSBC LONDON.

DESPITE THESE AND OTHER CONTACTS WITH HSBC, SUCESSOR INDENTURE TRUSTEE
TO MARINE MIDLAND, HSBC HAS DONE NOTHING TO DISCHARGE IT"S DUTIES.
              US BANK
2)   WITH RESPECT TO US BANK  AND AS FURTHER SET FORTH IN THE SEVERAL
ORDERS AND THE STIIPULATION  AS FILED IN THE UNITED STATES BANKRUPTCY
COURT IN THE NORTHERN DISTRICT OF NEW JERSEY BEFORE ´ JUDGE WINFIELD

AT TIMES PRIOR TO THE COMMENCING  OF THIS CASE, AND MORE OFTEN
IN CONTACT WITH THE DAYTON,OHIO OFFICE @ CUB FOOD WAREHOUSE BRANCH
JUNE 2009 and THEREAFTER. IN MAY, 2010 US BANK CORP TRUST AT LAST
ACKNOWLEDGED IN WRITING CLAIMANT'S EFFORTS  REPLYING THAT THEY
NEEDED INFORMATION

AS SET FORTH IN THE NOTATIONS ON THE EXHIBITS

CLAIMANT WAS IN CONTACT WITH US TRUST ON THE 16th OF JUNE, 2009
FOLLOWING THE LETTER FROM US BANK DATED XX 17th, 2010, CLAIMANT
FOLLOWED UP ON THE    26th of JUNE,2010   AUG 11th, 2010, SEPT, 2010
AND AS NOTED ON THE 6th OF OCT, 2010 SPOKE WITH US TRUST FOR
2/3rd of an HOUR.

ABOUT THAT TIME, CLAIMANT ALSO FAXED CHAPMAN AND CUTLER, LLP WHO
APPEARS IN THIS CASE AT IT"S  CHICAGO OFFICE, AND FOLLOWING THAT
CONTACTED THE NEW YORK OFFICE,  WITH ATTORNEY PRICE, SPEAKING WITH HIM
AND FAXING AND CALLING TO CONFIRM SAID FAX ON THE 14th OF OCT, 2010, the 17th
OF OCT, 2010, the  19th and 21st of OCT, 2010.

DESPITE THESE REPEATED COMMUNICATIONS, NO WRITTEN REPLY WAS EVER FORTHCOMING
AND AS REFLECTED UPON THE TRANSCRIPT OF THE HEARING OF THE OBJECTION on
THE 27th, NO ATTORNEY APPEARED ON BEHALF OF EITHER TRUSTEE TO INTERCEDE
INTEPOSE OR OTHERWISE PROCEED IN THE LAWFULL DISCHARGE OF THE DUTIES IMPOSED
BY THE TRUST INDENTURE.

3) IT IS TO CLAIMANT, THAT THESE BANKS ARE UNWILLING OR UNABLE TO DISCHARGE
THE DUTIES ASSUMEND UNDER THE LAW. FURTHER, IN A CONCLUSION THAT ONLY A
PERSON, SUCH AS CLAIMANT CAN REASONABLE+ DRAW, IS THAT SOMEONE HAS UNLAWFULLY
TAMPERED WITH THE BANK"S RECORDS

IN A WORLD SO FIXATED WITH THE GLOWING INFORMATION ON COMPUTER SCREENS,
THE IDEA THAT THE CRITICAL INFORMATION, AS SET FORTH IN THE ORDER OF
JUDGE WINFIELD AND AS OUTLINED IN THE STIPULATION OF 1999 HAS GONE
MISSING FROM THE RECORDS IS MOST DISCOMFORTING.  GIVEN THE FACT THAT
IN THE NAME OF SAFETY AND SECURITY, MOST OF HTE WORLD HAS GONE TO
BOOK    ENTRY   AND WHERE A PERSONS PROPERTY CAN BE "DISAPPEARED" INTO
MEANINGLESS SPACE BY FACELESS AND NAMELESS CLERKS IS A FUNDAMENTAL WRONG.

ACCORDINGLY, IN LIGHT OF THE ABJECT FAILURE OF THESE CAPITALIST BEAUCRATS
TO UPHOLD AND DISCHARGE THE LAWS AND INDENTURES, THE COURT SHOULD CONSTRUCT
AND CONSTRUE CLAIMANTS UNFETTERD OWNERSHIP OF THE # GRAND UNION CAPITAL CORP )
OZ NOTES AS SET FORTH IN COURT, AND IN THE FACE AMOUNT UNDERLYING THE
PROOF OF CLAIMS IN THE RESEPCTIVE AMOUNTS OF $1.3 MILLION, $1 MILLION AND
$892,000 US DOLLARS.

THAT FURTHER, THE COURT SHOULD FULLY RATIFYAND CONFIRM THE ACCRUED INTEREST
A THE RATE SET FORTH IN JUDGE WINFIELD"S ORDER AND STIPULATION AT THE RATE
OF 15% .

### THENATURE OF OZ OBLIGATIONS

4) MR. WAISMAN, DURING THE HEARING OF THE 27th, 2010 SPOKE OF THE WHYS AND
WHERFORE"S OF CLAIMANTS HAVNIG WAITED A NUMBER OF YEARS.

WITH ALL DUE RESPECT TO HIS ALLEGED PROWESS IN WHAT IS BECOME BY ALL ACCOUNTS THE LARGEST SECURITES BANKRUPTCY CASE IN MODERN HISTORY, HE DOES NOT HAVE A CLUE ABOUT THE GENERAL OPERATION OF 0% SECURITIES.

THE IDEA IS AND I BELIEVE IT IS CORRECT, THAT THE INDENTURE TRUSTEE(s) HOLD ALL THE CARDS SO TO SPEAK PRIOR TO MATURITY, THAT IS THE ONLY FUNDAMENTAL RIGHT A NOTE HOLDER HAS PRIOR TO THE MATURITY DATE IS THAT OF PAYMENT. ALL OTHERS

RIGHTS AND POWER ARE VETED AND VESTED INTO THE HANDS OF THE INDENTURE TRUSEE(s) HERE, 2 LARGE BANKS BECAME SUCESSOR INDENTURE TRUSTEE BY VIRTUE OF MERGER OR OTHERWISE OF THE ORIGINAL INSTITUTIONS. FOR EXAMPLE US BANK STEPPED INTO THE SHOES OF FIRST TRUST NA AS SET FORTH IN THE WINFIELD ORDER.

MR. WAISMAN ARGUES AND AT THE LAST MOMENT PROVIDED THE COURT WITH AN ORDER NOT CONTAINED ANYWHERE IN THE PRIOR PAPERS AND AS SHOULD BE NOTED NOT PROVIDED TO CLAIMANT NOR TO THE ATTORNEY TO THE CREDITORS COMMITTEE IN A QUESTIONABLE BREACH OF CCURTROOM EDIQUATE, PROCEDURE AND DECORUM, IN AN APPARANT EFFORT TO GAIN UNFAIR AND IMPROPER ADVANTAGE OVER CLAIMANT, AN ORDER WHICH CLAIMANT HAS NOT YET SEEN, EVEN DAYS AFTER IT"S ALMOST EXPARTE PRESENTATION TO THE BENCH.

WHILE THERE WERE PROCEEDING BEFORE JUDGE WINFIELD OF WHICH CLIAMANT HAS A HAZY RECOLLECTION AT MOMENT IN COURT, IT MUST BE CLEAR TO ALL THAT ANY EFFECT OF A LIFT STAY MATTER IS NOT ANYTHING CLOSE TO A CONFIRMATION OF THE DISTRIBUTION OF A CASH ESCROW.

THE COURT, IN MANY WAYS FACES THE SAME PROBLEM HERE IN THE BARCLAYS 60B PROCEEDING.

IF JUDGE WINFIELD WAS NOT FULLY INFORMED, AND THE MATTER WS WAS TREATED AS A GARDEN VARIETY ESCROW RATHER THAN WHAT IT REALLY WAS WHICH IS AN ANTI FRAUD LAWYER HIRE PROTECTION AND SETTLEMENT FUND. THEN IT COULD NOT HAVE AN EFFECT NOW.

THE SAYING OF THE SO CALLED MAJIC WORKS AND WORDS RES JUDICITIA AND COLLATERAL ESTOPPAL, CANNOT BE USED TO GLOSS OVER THE FUNDAMENTAL FACT THAT THE TRUSTEE BANK"S WERE THE CRITICAL AND MISSING PARTIES. THEY WERE AWOL THEN AND THEY ARE AWOL NOW. THE PROCEEDING IN THE 2000 CASE, WERE, UPON CLAIMANTS INFORMATION, BELIEF AND FADED MEMORY, USED IN EFFECT AS TROJAN HORSE, TO CREATE A RECORD IN COURT, OF THE ABSCONDING OF THE ESCROW.

THE RIGHTS OF CLAIMANT TO PROCEED, IN FACT DID NOT VEST IN HIM, COLORABLE UNTIL AFTER THE MATURITY OF THE 0% NOTES, BELIEVED TO BE 2007 and 2004.

ACCORDINGLY, MR. WAISMAN"S ILL ADVISED OR RASH ATTEMPT TO SWAY THE COURT IS REALLY A FAILRY GOOD LITMUS TEST THAT WEIL, GOTSHAL KNOWS A LOT MORE THAN THEY WISH TO SAY. AS THE COURT MAY RECALL, I WAS ADMONISTHED FOR SAYING THAT WEIL, GOTSHAL MIGHT SANDBAG ME. I NEVER EXPECTED TO SEE WEIL, GOTSHAL ATTEMPT TO SANDBAG THE COURT.

AS AN ASIDE, CLAIMANT, AFFIANT BEGS THE COURT*S INDULGENCE FOR THE TYPEWRITTEN NATURE OF THESE AFFIDAVITS. SOME RUSSIAN GIRLS VISITING THE CAPE, INSTALLED (http://www.mail.ru) and AFTER THEY LEFT, THE CHINDAT?HINDU FRONT DESK GEEK ERASED THE HARD DRIVE AS HE WAS SICK OF LOOKING AT RUSSIAN AND IT ALSO ERASED WORD AND DISABLED THE PRINTER. AS THIS IS A SEASONAL PLACE. MANAGEMENT DID NOT SEE FIT TO FIX THIS AS THEY CLOSE TODAY NOV 1, 2010 of the WINTER.

FURTHER AFFIANT SAYETH NAUGHT

SWORN TO BEFORE ME A NOTARY PUBLIC THIS _1_ OF _NOV_, 2010

william kuntz, iii

DOMINGA NARCHI PIETRO
Notary Public
Massachusetts
Commission Expires May 5, 2017

( s e a l )

# 滙 豐 

## 美國滙豐銀行(全國機構)
### 華埠分行
美國紐約州紐約市包厘街58號
郵政區號: 10013
電話: (800) 711-8001
傳真: (212) 571-0527

### 電話銀行服務
1-800-711-8001

網站: www.us.hsbc.com

星期一至五　**7:30 a.m. - 24:00**
星期六及日　**8:00 a.m. - 5:00 p.m.**

### 辦工時間

星期一至五　**8:30 a.m. - 5:00 p.m.**

星期六及日　**10:00 a.m. - 3:00 p.m.**

美國滙豐銀行(全國機構)
聯邦保險成員



#1

# HSBC ◆✕◆

**Lavedia D. Porter**
Assistant Vice President
Assistant Manager

**HSBC Bank USA, National Association**
26 Broadway, New York, NY 10004
Tel: (212) 809-0884  Fax: (212) 509-2008
lavedia.d.porter@us.hsbc.com

HSBC
716-841-1557
ame pelvsan

6087

10-20-10
930

10-29-10
5pm

# HSBC ◆✕◆

**Marcello P. Bucca**
Licensed Sales Professional

**HSBC Securities (USA) Inc.**
26 Broadway, New York, NY 10004
Tel: (212) 809 0893 Fax: (212) 509 2008

# Investor contacts

**USA**
**Investor Relations team**

*Address:*
HSBC North America Holdings Inc.
26525 N. Riverwoods Boulevard,
Mettawa IL 60045
USA

*Contact:*
By Telephone: 1 224-544-4400
By Fax: 1 224-552-4400

JAN 27, 2010


HSBC HOLDING PLC

INTERIM MANAGEMENT[1]

**Alastair Brown Patrick McGuinness**
+44 (0) 20 7992 1938 +44 (0) 20 7991 0111

8 CANADA SQUARE

LONDON, UK E14 5HQ

RE: HSBC INTERNATIONAL (BAHAMAS) LIMITED (IN LIQUIDATION)

Hsbc as successor indenture trustee to marine midland bank


GENTLEMEN:


I WRITE TO YOU ON THE SUBJECT OF A CLAIM I AM PRESSING IN NASSAU.

I REQUIRE THE BANK TO PROVIDE FORTHWITH THE FOLLOWING

INFORMATION FOR THE LIQUIDATOR, MADAM FERERE

C/ Tel.  242.677.2000/ Fax. 242.677.2020
E-mail: info@ftconsultants.net
FT CONSULTANTS-east bay st-NASSAU BAHAMAS
MAILING ADDRESS IS N3932


**Maria Férère**
liquidator of hsbc

---

[1] **HSBC Holdings plc**

HSBC Holdings plc, the parent company of the HSBC Group, is headquartered in London. The Group serves customers worldwide from around 8,500 offices in 86 countries and territories in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa. With assets of US$2,422 billion at 30 June 2009, HSBC is one of the world's largest banking and financial services organisations. HSBC is marketed worldwide as 'the world's local bank'.

A) TRUE COPIES OF THE TRUST INDENTURE BETWEEN
   THE MARINE MIDLAND BANK AND THE GRAND UNION CAPITAL
   CORP. (DELAWARE)

B) TRUE COPIES OF THE TRUST INDENTURE BETWEEN FIRSTAR
   TRUST, NA AND THE GRAND UNION CAPITAL CORP

C) COPY OF THE TRANSCRIPT OF THE HEARING CONFIRMATION
   BEFORE THE HONORABLE PETER J WALSH, UNITED STATES
   BANKRUPTCY OF DELAWARE JUDGE WHEREIN IT WAS
   DECLARED ON THE RECORD BEFORE THE COURT THAT THE
   INDENTURE WAS IN FULL FORCE AND EFFECT AND NOT
   CANCELLED WITH RESPECT TO MY OUTSTANDING
   SECURITIES OF WHICH HSBC IS THE TRUSTEE.

D) COPY OF MY DEPOSITION HAD AT LAKE PLACID,NY BY THE
   ATTORNEY'S FOR THE DEBTOR.

   AS TIME IS OF THE ESSENCE, I HEREBY AUTHORIZE THE
   LIQUIDATOR TO CONVEY THIS REQUEST DIRECTLY TO YOU
   OR IN CARE OF YOUR REMAINING OPERATIONS IN NASSAU
   IN THE BAHAMAS.

   RESPECTFULLY,

   WILLIAM KUNTZ, III

TRANSMISSION VERIFICATION REPORT

                                        TIME : 01/27/2010 03:40

DATE,TIME          01/27 03:38
FAX NO./NAME       6772020
DURATION           00:01:35

# HSBC looks to swell ranks of top managers

**BANKS**

**By Patrick Jenkins**
**in London**

HSBC is stepping up efforts to hire a new generation of top executives, with a drive to expand its elite band of "international managers" by nearly two-thirds.

Promising a "tax-free salary", and a string of fringe benefits, including housing, medical care and pension, the "world's local bank" is

planning to find 100 new recruits this year to add to its band of 380 international high-flyers, according to the careers section of the HSBC website.

Within the next three or four years, it wants to have 600 so-called IMs.

Ominously, the bank warns potential recruits that how much would a car

in the role or location to which you are assigned", but it does promise career progression, as well as a generous pay package.

Many of HSBC's top-ranking staff have been through the international managers programme.

Chief executive Michael Geoghegan, who himself relocated from London to Hong Kong last month, recently joked that the move was directed by HSBC, rather than of his own choosing.

The bank, which operates in 86 countries and employs nearly 300,000 people, prides itself on the fact that a large number of its senior executives have worked there for more than 20 years, with careers that include stints in several continents.

The international managers programme is the kind of scheme that contributes to the bank's reputation as a quasi-civil service organisation, although it is less dominated by British public school-educated would-be diplomats than it used to be, with 47 nationalities among the current cadre.

The bank does not dis-

The bank prides itself that many executives have worked there for more than 20 years

close its staff retention numbers, but they are said to be far higher than average for a bank and rivals say it is notoriously hard to lure bankers from HSBC.

HSBC likes to see itself as apart from the mainstream.

Stephen Green, the bank's chairman, recently described bankers' pay as "inflated" in an interview with the Financial Times.

Though the bank has a large investment banking unit, and has paid multi-million-pound bonuses to a clutch of top investment bankers, it is not a large force on Wall Street.

The international manager's remuneration package includes a "performance-related bonus" but in its breadth it is notably less appealing to the kind of investment banker that might switch from bank to bank on the promise of a

HSBC would not comment on the details of the remuneration package, but remuneration consultants say it stands out in the industry. "The pension scheme is very, very, very generous," said one. "You can basically retire at 50 and go and play golf."

AFP

**HSBC focuses on bonuses**
HSBC looks to expand its elite band of international managers. Page ...

*Banking rivals say it is notoriously hard to lure bankers away from HSBC*

```
                    HYANNIS MPO
              HYANNIS, Massachusetts
                   026019998
              4371430601-0096
08/07/2009  (800)275-8777 01:39:01 PM

              Sales Receipt
Product                    Sale Unit   Final
Description          Qty   Price       Price

Bahamas -
First-Class Mail
Int'l  Letter                          $1.76
1.10 oz.

Issue PVI:                             $1.76

Certificate          1     $1.15       $1.15
of Mailing
1c Tiffany           109   $0.01       $1.09
Lamp PSA

Total:                                 $4.00

Paid by:
Cash                                   $10.00
Change Due:                            -$6.00
```

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Wm Kunz
PoBx 1801
Antucet Mousty

One piece of ordinary mail addressed to:

Central Bank
PoBx N 4868
Nassau ND
Bahamas

PS Form **3817**, January 2001

UNITED STATES POSTAL SERVICE

0001

U.S. POSTAGE
PAID
HYANNIS, MA
02601
AUG 07, 09
AMOUNT
**$1.15**
0000363352-09



Corporate Trust Services
P.O. Box 64111
St. Paul, MN  55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

**Marcello P. Bucca**
Vice President
Senior Premier Relationship Manager

HSBC Bank USA, N.A.
26 Broadway
New York , NY 10004

24-hour Premier Support Team
888 662-HSBC (4722)

T. 212 809 0893
F. 212 509 2008

HSBCPREMIERUSA.com

marcello.p.bucca@us.hsbc.com

May 17, 2010

Reference Number: ID511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA  02554

**Re:  FORWARDED INQUIRY FROM USBANK BRANCH**

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information.  Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail.  If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026.  Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jolanda Owens, Customer Service Representative
Bondholder Services



**HP LaserJet** *3050*

# Fax Call Report

AMERICAS BEST VALUE INN
15087717301
Oct-16-2010 3:13PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 17427 | 10/16/2010 | 3:12:47PM | Send | 12125092008 | 0:00 | 0 | No answer |

usbank

Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site www.usbank.com/corporatetrust

HSBC PREMIER

Marcello P. Bucca
Vice President
Senior Premier Relationship Manager

HSBC Bank USA, N.A.
26 Broadway
New York, NY 10004

24-hour Premier Support Team
888 662-HSBC (4722)

T. 212 809 0890
F. 212 809 2008

HSBCPREMIERUSA.com

Reference Number: ID511760

May 17, 2010

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA 02554

Re: **FORWARDED INQUIRY FROM USBANK BRANCH**

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information. Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail. If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jolanda Owens, Customer Service Representative
Bondholder Services

FYI

**usbank.com**

uthland Cub Office
N-OH-9413
245 Springboro Pike
iamisburg, OH 45342

37.291.5911 direct
37.291.5914 fax
10.872-2657 24-hr service

**Elizabeth A. Jones**
Senior Banker

elizabeth.jones4@usbank.com



**us bank.**
Five Star Service Guaranteed

#2

# Genworth Financial

June 16, 09

937-251-5914

Phil

Following on Phone call

Grand Avenue Capital Corp *OLD NAME*

US Bank as Successor In Reality
Trustee

Wm Kuntz
Main St
PoBox 1801
Amherst, MA 02554-1801
Kuntzwms @ yahoo. com



Corporate Trust Services
P.O. Box 64111
St. Paul, MN  55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

May 17, 2010

Reference Number: ID511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA  02554

Re:  **FORWARDED INQUIRY FROM USBANK BRANCH**

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information.  Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail.  If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026.  Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jolanda Owens, Customer Service Representative
Bondholder Services



Five Star Service Guaranteed

Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

*June 26, 2010*

May 17, 2010

Reference Number: ID511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA 02554

Re: FORWARDED INQUIRY FROM USBANK BRANCH

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information. Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail. If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

*Jolanda Owens*

Jolanda Owens, Customer Service Representative
Bondholder Services

*— all INFO PROVIDED —
talk to Mr. Strodhoff*





Five Star Service Guaranteed

Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

May 17, 2010

*June 26, 2010*

Reference Number: JD511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA 02554

Re: FORWARDED INQUIRY FROM USBANK BRANCH

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information. Please provide the following:

* A CUSIP NUMBER
* A CERTIFICATE NUMBER
* THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail. If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

*Pamela Cruz*

Hearing Date and Time:  August 18, 2010 at 10:00 a.m.
Objection Date and Time:  August 11, 2010 at 4:00 p.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee



**USbank**
Five Star Service Guaranteed

Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust



*June 26, 2010*

May 17, 2010

Reference Number: ID511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA 02554

Re: **FORWARDED INQUIRY FROM USBANK BRANCH**

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information. Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail. If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jolanda Owens, Customer Service Representative
Bondholder Services

*— all INFO provided —*
*talk to Mr. Shredhoff*

Hearing Date and Time:  August 18, 2010 at 10:00 a.m.
Objection Date and Time:  August 11, 2010 at 4:00 p.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee



HSBC PREMIER

| | |
|---|---|
| **Marcello P. Bucca** | HSBC Bank USA, N.A. |
| Vice President | 26 Broadway |
| Senior Premier Relationship Manager | New York , NY 10004 |

| | |
|---|---|
| 24-hour Premier Support Team | T  212 809 0893 |
| 888 662-HSBC (4722) | F  212 509 2008 |

HSBCPREMIERUSA.com          marcello.c.bucca@us.hsbc.com

Corporate Trust Services
P.O. Box 64111
St. Paul, MN  55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

May 17, 2010

Reference Number: JD511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA  02554

Re:  **FORWARDED INQUIRY FROM USBANK BRANCH**

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010, requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information.  Please provide the following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail.  If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026.  Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jolanda Owens, Customer Service Representative
Bondholder Services

*612-332*
*6543*
*→ Eric*

*Aug 11, 2010 ✓*

*2nd reply*



**usbank**
Five Star Service Guaranteed

Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

*June 26, 2010*

May 17, 2010

Reference Number: ID511760

WILLIAM KUNTZ III
PO BOX 1801
NANTUCKET, MA 02554

## Re: FORWARDED INQUIRY FROM USBANK BRANCH

Dear William Kuntz III:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated April 28, 2010,
requesting information about GRAND UNION CAPITAL CORP 0% NOTES.

In order to assist you with your request we require additional information. Please provide the
following:

- A CUSIP NUMBER
- A CERTIFICATE NUMBER
- THE REGISTERED HOLDERS NAME AND SOCIAL SECURITY NUMBER

All original documents will be returned via first class mail. If you have additional questions,
please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service
representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,