UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
LEHMAN BROTHER'S HOLDING,
INC., a Delaware Corporation
                      Debtor

Case No.: 08-13555JMP

Chapter 11

-----------------------------------------------------------x

                      Plaintiff

v.

                      Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, ___JEROME ZAMOS___, request admission, *pro hac vice*, before the Honorable ___James M. Peck___, to represent ___PRUDENCE WALTZ___, a _party seeking relief from stay_ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of ___California___ and, if applicable, the bar of the U.S. District Court for the _Central_ District of ___California___.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Nov. 2, 2010
___Woodland Hills___, ~~New York~~ California

Jerome Zamos [CA St.Bar 36246]
*Mailing Address*:
5228 Campo Road
Woodland Hills, CA 91364-1927

E-mail address: zamoslaw@aol.com
*Telephone number*: (818) 348-7151

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: | Case No. 08-13555 JMP |
|  | Chapter 11 |
| LEHMAN BROTHER'S HOLDING, INC., a Delaware Corporation | ORDER FOR ADMISSION PRO HAC VICE |
| Debtor |  |

Upon motion of JEROME ZAMOS it is hereby ordered that:

JEROME ZAMOS

LAW OFFICES OF JEROME ZAMOS

5228 Campo Road

Woodland Hills, California 91364-1927

Telephone:   818-348-7151          Fax: 818-348-6095

email: zamoslaw@aol.com

is admitted to practice pro hac vice for PRUDENCE WALTZ in the above captioned case in the United States Bankruptcy Court for the Southern District of New York.    All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing   discipline of attorneys.    Counsel shall immediately apply for an ECF password with the Court Service Department

Dated:

New York, New York

JAMES M. PECK
United States Bankruptcy Judge