Execution Version

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 66799
(23.438% of such claim)

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

Amount of Claim as Filed: $64,000,000.00
Amount of Claim Transferred: $15,000,000.00
Date Claim Filed: June 7, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

15

Execution Version

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith _____          Date: 11/05/2010 _____

     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

16

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Merrill Lynch Credit Products, LLC** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund, L.P.** ("Assignee") a pro rata portion to the extent of $15,000,000.00 (the "Claim") in Assignor's rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 66799 (amending proof of claim numbers 27942 and 15733) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings, Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

Dated as of September 30, 2010

**ASSIGNOR**                                      **ASSIGNEE**

**Merrill Lynch Credit Products, LLC**           **HBK Master Fund, L.P.**

By: _____                      By: _____
Name  RON TOROK                                  Name: _____
Title:  DIRECTOR                                 Title:

KL2 2664564.4

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Merrill Lynch Credit Products, LLC** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund, L.P.** ("Assignee") a pro rata portion to the extent of $15,000,000.00 (the "Claim") in Assignor's rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 66799 (amending proof of claim numbers 27942 and 15733) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings, Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

Dated as of September 30, 2010

**ASSIGNOR**                                                          **ASSIGNEE**

**Merrill Lynch Credit Products, LLC**                     **HBK Master Fund, L.P.**  By: HBK Services LLC
                                                                                Investment Advisor

By:_____                           By:_____
Name:                                                                   Name:
Title:                                                                     Title:    J. Baker Gentry, Jr.
                                                                                Authorized Signatory

KL2 2664564.4

Execution Version

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                    Case No. <u>08-13555 (JMP)</u>
                                                                       (Jointly Administered)
                    Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee       Court Claim # (if known): _66800_____
should be sent:                                      (23.438% of such claim)

HBK Master Fund L.P.                                Amount of Claim as Filed: _$64,000,000.00_
c/o HBK Services LLC                                Amount of Claim Transferred: _$15,000,000.00_
2101 Cedar Springs Road, Suite 700                 Date Claim Filed: _June 7, 2010_
Dallas, TX  75201                                   Debtor: _Lehman Brothers Special Financing_
Attention: Legal Department                         _Inc._
FAX: 214-758-1207

Phone:_____                     Phone: _____
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

620754.3/9999-08888

Execution Version

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                      Date: 11/05/2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

16

620754.3/9999-08888

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Merrill Lynch Credit Products, LLC** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **H B K  M a s t e r  F u n d ,  L . P .**  ("Assignee") a p r o  r a t a  p o r t i o n  to the extent of $ 1 5 , 0 0 0 , 0 0 0 . 0 0  (the "Claim")  in A s s i g n o r ' s  r i g h t s ,  t i t l e  a n d  i n t e r e s t  i n  a n d  t o  the allowed claims of Assignor referenced as proof of claim number **66800** (amending proof of claim numbers 27943 and 15734) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Special Financing Inc., Chapter 11 Case No. 0813888.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

Dated as of September 30, 2010

**ASSIGNOR**                                                    **ASSIGNEE**

**Merrill Lynch Credit Products, LLC**                         **HBK Master Fund, L.P.**

By: _____                                  By: _____
Name RON TOBOK                                                 Name: _____
Title: DIRECTOR                                                Title: _____

KL2 2664564.4

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Merrill Lynch Credit Products, LLC** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund, L.P.** ("Assignee") a pro rata portion to the extent of $15,000,000.00 (the "Claim") in Assignor's rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number **66800** (amending proof of claim numbers 27943 and 15734) in the principal amount of $64,000,000.00 plus all interest, fees and other amounts related thereto against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Special Financing Inc., Chapter 11 Case No. 0813888.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

Dated as of September 30, 2010

**ASSIGNOR**                                                    **ASSIGNEE**

**Merrill Lynch Credit Products, LLC**               **HBK Master Fund, L.P.**: HBK Services LLC
                                                                      Investment Advisor

By:_____                    By:_____
Name:                                                          Name:
Title:                                                            Title:    J. Baker Gentry, Jr.
                                                                      Authorized Signatory

KL2 2664564 4

Execution Version

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.
Name of Transferee

Merrill Lynch Credit Products, LLC
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 23860
(63.09148265% of such claim)

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX  75201
Attention: Legal Department
FAX: 214-758-1207

Amount of Claim as Filed:  $65,328,889.00
Amount of Claim Transferred: $41,216,964.67
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

620754.3/9999-08888

Execution Version

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                    Date: 11/05/2010
            Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

16

620754.3/9999-08888

## EXHIBIT A-2

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund, LP ("Buyer"), a pro rata portion to the extent of 63.09148265% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS HOLDINGS INC. ("LBHI") docketed as Claim No. 23860 originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $41,216,964.67 of the Proof of Claim Amount and $40,000,000 of the Settlement Amount.

Seller hereby waives any notice or hearing requirements imposed by applicable law, Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and applicable local rules and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of 30th day of September, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____

Name: RON TOROK

Title: DIRECTOR

HBK MASTER FUND, LP

By: _____

Name:

Title:

B-2

## EXHIBIT A-2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

      Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund, LP ("Buyer"), a pro rata portion to the extent of 63.09148265% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS HOLDINGS INC. ("LBHI") docketed as Claim No. **23860** originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

      Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $41,216,964.67 of the Proof of Claim Amount and $40,000,000 of the Settlement Amount.

      Seller hereby waives any notice or hearing requirements imposed by applicable law, Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and applicable local rules and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

      IN WITNESS WHEREOF, dated as of 30th day of September, 2010.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By:_____
Name:
Title:

**HBK MASTER FUND, LP**    By: HBK Services LLC
                        Investment Advisor

By:_____
Name:
Title:    J. Baker Gentry, Jr.
       Authorized Signatory

B-2

Execution Version

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

                        Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX  75201
Attention: Legal Department
FAX: 214-758-1207

Court Claim # (if known): 23859
(63.09148265% of such claim)

Amount of Claim as Filed: $65.328.889.00
Amount of Claim Transferred: $41.216.964.67
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

Execution Version

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                              Date: 11/05/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

16

620754.3/9999-08888

EXHIBIT A-1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund, LP ("Buyer"), a pro rata portion to the extent of 63.09148265% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("LBSF") docketed as Claim No. 23859 originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $41,216,964.67 of the Proof of Claim Amount and $40,000,000 of the Settlement Amount.

Seller hereby waives any notice or hearing requirements imposed by applicable law, Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and applicable local rules and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30th day of September, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By:_____

Name: Ron Torok

Title: Director

HBK MASTER FUND, LP

By:_____

Name:

Title:

B-1

KL2 2664550.4

EXHIBIT A-1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at Bank of America Tower - 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund, LP ("Buyer"), a pro rata portion to the extent of 63.09148265% (the "Percentage Interest") in and to the claims (the "Original Claim") of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("LBSF") docketed as Claim No. 23859 originally filed by Hewlett-Packard Company ("Original Claimant") in the amount of $65,328,889 (the "Proof of Claim Amount") and settled in the allowed amount of $63,400,000 (the "Settlement Amount") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Buyer's Percentage Interest in the Original Claim (such percentage is the "Assigned Claim") represents $41,216,964.67 of the Proof of Claim Amount and $40,000,000 of the Settlement Amount.

Seller hereby waives any notice or hearing requirements imposed by applicable law, Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and applicable local rules and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30th day of September, 2010.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By:_____
Name:
Title:

**HBK MASTER FUND, LP** By: HBK Services LLC
Investment Advisor
By:_____
Name:
Title:    J. Baker Gentry, Jr.
Authorized Signatory

B-1

KL2 2664550.4