Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                  Name of Transferor

CVI GVF (Lux) Master S.a.r.l.                       Deutsche Bank AG, London Branch

Name and Address where notices to transferee
should be sent:

CVI GVF (Lux) Master S.a.r.l.                       Court Claim # (if known): 18966
C/O Carval Investors UK Limited                     Amount of Claim: $95,148,160.00
Knowle Hill Park                                    Date Claim Filed: September 18, 2009
Fairmile Lane
Cobham                                              Phone: N/A
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

Last Four Digits of Acct #: N/A                     Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
BY CARVAL INVESTORS UK LIMITED

By: _____                       Date: November 5, 2010
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commodity Services Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 18966

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (Lux) Master S.a.r.l.**
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$95,148,160.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 5, 2010.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI GVF (LUX) MASTER S.A.R.L. |
|---|---|
| By: _____ <br> Name: <br> Title: Ross Miller, Director <br><br> By: _____ <br> Name: <br> Title: Anil Das, Director | By: _____ <br> Name: <br> Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:  Clerk

AND TO:  Lehman Brothers Commodity Services Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #:  18966

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (Lux) Master S.a.r.l.**
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$95,148,160.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November __5__, 2010.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI GVF (LUX) MASTER S.A.R.L. |
|---|---|
|  | BY CARVAL INVESTORS UK LIMITE |
| By:_____ | By: _____ |
| Name: | Name: DAVID SHORT |
| Title: | Title: OPERATIONS MANAGER |
| By:_____ |  |
| Name: |  |
| Title: |  |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                           Name of Transferor

CVI GVF (Lux) Master S.a.r.l.                Deutsche Bank AG, London Branch

Name and Address where notices to transferee
should be sent:

CVI GVF (Lux) Master S.a.r.l.                Court Claim # (if known): 18969
C/O Carval Investors UK Limited              Amount of Claim: $95,148,160.00
Knowle Hill Park                             Date Claim Filed: September 18, 2009
Fairmile Lane
Cobham                                       Phone: N/A
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

Last Four Digits of Acct #: N/A              Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BY CARVAL INVESTORS UK LIMITED

By: _____                Date: November 5, 2010
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 18969

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (Lux) Master S.a.r.l.**
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$95,148,160.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 5, 2010.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI GVF (LUX) MASTER S.A.R.L. |
|---|---|
| By: _[signature]_ <br> Name: Ross Miller <br> Title: Director <br><br> By: _[signature]_ <br> Name: <br> Title: Associate Director | By: _____ <br> Name: <br> Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 18969

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (Lux) Master S.a.r.l.**
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $95,148,160.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 5, 2010.

**DEUTSCHE BANK AG, LONDON BRANCH**

By:
Name:
Title:

**CVI GVF (LUX) MASTER S.A.R.L.**
BY CARVAL INVESTORS UK LIMITED

By:
Name: DAVID SHORT
Title: OPERATIONS MANAGER

By:
Name:
Title: