Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse (Luxembourg) S.A., ZN Österreich              UBS AG
_____                        _____
Name of Transferee                                         Name of Transferor

Name and Address where notices                             Court Claim # (if known): 59233
to transferee should be sent:                              Date Claim Filed: October 30, 2009

Credit Suisse AG                                           Amount of Claim: --
1 Madison Avenue                                           Portion of Claim Transferred (see
New York, NY10010                                          Schedule I): Evidence of Transfer of Claim, Schedule I
Attn.: Allen Gage

Phone: (212) 538-9137                                      Phone: --
Last Four Digits of Acct #: --                             Last Four Digits of Acct. #: --

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                                  Date: July 30, 2010
    Transferee/Transferee's Agent

Dr. Marion Rinke
Legal & Compliance

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4-19 '10 9:11

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Zurich** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse (Luxembourg) S.A. Zweigniederlassung Österreich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15 <sup>th</sup> day of April 2010.

UBS AG, Zurich

By: _____
Name: Jean-Claude Besson
Title:   Associate Director

By: _____
Name: Hugo Koller
Title:   Director

CS (Lux) 15.4.2010    1 / 2

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No.59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0128857413 | 59233 | October 30, 2009 | Lehman Brothers Holdings Inc | EUR 200'000 out of EUR 2'264'000.00 |

CS (Lux) 15.4.2010   2 / 2