Robin E. Keller
Christopher R. Bryant
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

    and

Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Pearl Assurance Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :
                                                                                : Chapter 11
    LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : Case No. 08-13555 (JMP)
                                                                                :
                      Debtors.                                  : (Jointly Administered)
                                                                                  :
---------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF**
**MOTION OF PEARL ASSURANCE LIMITED**
<u>**TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED**</u>

      **PLEASE TAKE NOTICE** that the hearing on the Motion of Pearl Assurance Limited to

Deem Proofs of Claim to be Timely Filed [Docket No. 12072] (the "<u>Motion</u>") has been

adjourned to December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time) (the "<u>Hearing</u>"), or as

soon thereafter as may be heard.  The hearing will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

1

York, New York, Room 601, and such Hearing may be further adjourned from time to time without notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline set forth in the Notice of Motion [Docket No. 12072] is extended with respect to the Debtors only until November 24, 2010, at 4:00 p.m. (Prevailing Eastern Time).

New York, New York
November 5, 2010

                        **HOGAN LOVELLS US LLP**

                        By:  /S/
                            Robin E. Keller
                            Christopher R. Bryant
                            875 Third Avenue
                            New York, NY 10022
                            Telephone: (212) 918-3000
                            Facsimile: (212) 918-3100

                            and

                            Craig H. Ulman
                            Khang V. Tran
                            HOGAN LOVELLS US LLP
                            Columbia Square
                            555 Thirteenth Street, N.W.
                            Washington, D.C. 20004-1109
                            Telephone:  (202) 637-5600
                            Facsimile:  (202) 637-5910

                            *Attorneys for Pearl Assurance Limited*