WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                                         :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**OBJECTION TO CERTAIN CLAIMS OF ASTREA LLC**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely as to the claims listed below**, that was scheduled for November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43550584\01\58399.0008

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Astrea LLC | 26507 |
| Astrea LLC | 26508 |

Dated:  November 5, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Astrea LLC | 26507 |
| Astrea LLC | 26508 |

Dated:  November 5, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession