UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**Response to Objection to Claim No. 66392**

At the October 27, 2010 hearing, the Debtors' counsel agreed to extend my deadline to respond to their objection to my claim through November 3, 2010.

The Debtors originally listed me on their schedules of assets and liabilities (Sch. G of LBHI, page 233 of 413, Restricted Stock Unit Agreement, Schedule No. 555192670). I later realized that the although I was already scheduled -- and did not believe I needed to file a claim – that the Debtors' schedules did not list an amount for my claim. I filed claim no. 66392 to amend and supplement the claim already on file (the claim form said "update on claim"). The Debtors then objected to my claim as being late. Because my proof of claim only amended and supplemented a claim that was already on the Debtor's schedules, it is not late. In addition, because my original claim had always been on the Debtors' schedules, there is no prejudice to allowing my claim as an amendment and supplement to the originally scheduled claim. Finally, please note my new address below.

November 3, 2010

/s/ Lawrence E. McCarthy

Lawrence E. McCarthy
Chapdelaine & Co.
199 Water Street, 17th Floor
New York, NY 10038

FILED
U.S. BANKRUPTCY COURT
2010 NOV -3 P 2:58
S.D. OF N.Y.