WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------------x | : | |

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF**
**INDENTURE TRUSTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. **The hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time).** The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

US_ACTIVE:\43551584\01\58399.0003

York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Bouef Limited | 2061 |
| Kurt Wolf | 6770 |

Dated: November 6, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43551584\01\58399.0003          2