WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                         :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                                            :
              Debtors.                        :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF DEBTORS' FIFTY-FOURTH OMNIBUS OBJECTION (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS) TO CLAIMS SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. **The hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on November 10, 2010, at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43551637\01\58399.0008

## Adjourned Claims:

| **Claimant Name** | **Claim Number** |
| --- | --- |
| John Narel Trust | 22926 |

Dated: November 6, 2010
      New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession