UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                   Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF LOUISE L. CHAPPY TO DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Fiftieth Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Louise L. Chappy [Dkt. No. 11993] is hereby withdrawn.

Dated: November _6_, 2010

*L Chappy*
Louise L. Chappy