**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
Justin L. Shearer (JS 1823)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Boussard & Gavaudan Fund PLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1.   A claim has been filed in this case (Lehman Brothers Holdings Inc., Debtor, Case No. 08-03555 (JMP)).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2.   TRANSFEROR:

> Sark Master Fund Limited
> c/o Boussard & Gavaudan Asset Mgmt., LP
> Calder House, 1 Dover Street
> London, W1S 4LA United Kingdom
> Attn:  Legal and Compliance Department
> Phone:  +44 207 514 0700
> Facsimile:  +44 207 514 0748

3.   PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 16023 (the "Claim"), in the amount of at least $11,358,995.21, against Lehman Brothers Holdings Inc. in the above referenced bankruptcy case to:

TRANSFEREE:

Boussard & Gavaudan Fund PLC
c/o Boussard & Gavaudan Asset Mgmt., LP
Calder House, 1 Dover Street
London, W1S 4LA United Kingdom
Attn: Legal and Compliance Department
Phone: +44 207 514 0700
Facsimile: +44 207 514 0748

4.    An Evidence of Transfer of Claim is attached as Exhibit A.  You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5.    I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.


Dated: New York, New York
       November 8, 2010

SEWARD & KISSEL LLP


By: _/s/ Ronald L. Cohen___
Ronald L. Cohen (RC 3897)
Justin L. Shearer (JS 1823)
One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: cohen@sewkis.com
       shearer@sewkis.com

Attorneys for Boussard & Gavaudan
Fund PLC

2

# Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sark Master Fund Limited

Sark Master Fund Limited, a company organized under the laws of the Cayman Islands, with offices located at c/o Boussard & Gavaudan Asset Mgmt, LP, Calder House, 1 Dover Street, London, W1S 4LA United Kingdom ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Boussard & Gavaudan Fund PLC, its successors and assigns, with offices located at 75 St. Stephen's Green, Dublin 2, Ireland ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings, Inc., and its affiliates docketed as Claim No. 16023 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 1st day of November, 2010.

SARK MASTER FUND LIMITED

By: _____
(Signature of authorized corporate officer)

Name: ANGELOS METAXA
Title: DIRECTOR
Tel.: +41 22 7183352

BOUSSARD & GAVAUDAN FUND PLC

By: _____
(Signature of authorized corporate officer)

Name: EMMANUEL GAVAUDAN
Title: DIRECTOR
Tel.: +852 3965 3215

- 5 -