KLESTADT & WINTERS, LLP
Carrie V. Hardman
292 Madison Avenue, 17th Floor
New York, New York 10017
P: (212) 972-3000
F: (212) 972-2245
*Attorneys for European Credit Management Limited,*
*Relative European Value S.A., European Credit*
*(Luxembourg) S.A., Leveraged Loans Europe plc*
*and Term Loans Europe plc*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtor. | |

--------------------------------------------------------x

EUROPEAN CREDIT MANAGEMENT
LIMITED, RELATIVE EUROPEAN
VALUE S.A., EUROPEAN CREDIT
(LUXEMBOURG) S.A., LEVERAGED
LOANS EUPORE plc, and TERM LOANS
EUROPE plc,

                      Plaintiffs,        Adv. Pro. No. 09-01262 (JMP)

    -against-

LEHMAN COMMERCIAL PAPER INC.,

                      Defendant.
--------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that Carrie V. Hardman, of Klestadt & Winters, LLP, also

appears herein on behalf of European Credit Management Limited, Relative European Value

S.A., European Credit (Luxembourg) S.A., Leveraged Loans Europe plc and Term Loans Europe

plc, and hereby demands that all notices given or required to be given in the above-referenced jointly administered bankruptcy case (the "Case") and the above-referenced adversary proceeding (the "Proceeding"), and all papers served or required to be served in this Case and Proceeding, be given and served upon the undersigned at the following office address:

> Klestadt & Winters, LLP
> Carrie V. Hardman
> 292 Madison Avenue, 17th Floor
> New York, New York 10017-6314
> Telephone: (212) 972-3000
> Facsimile: (212) 972-2245
> Email: chardman@klestadt.com

Dated: New York, New York
November 8, 2010

> KLESTADT & WINTERS, LLP
>
> By: */s/ Carrie V. Hardman*
> Carrie V. Hardman
> 292 Madison Avenue, 17th Floor
> New York, New York 10017-6314
> Telephone: 212-972-3000
> Facsimile: 212-972-2245