UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,     Case No. 08-13555 (JMP)

                                 Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEROME ZAMOS

UPON the motion of Jerome Zamos dated November 4, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jerome Zamos is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 8, 2010

                                          *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE