Presentment Date and Time: November 22, 2010 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: November 22, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

```
-------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
-------------------------------------------------------------------x
```

### NOTICE OF PRESENTMENT OF
### SIXTH SUPPLEMENTAL APPLICATION OF
### THE DEBTORS PURSUANT TO SECTION 327(e) OF THE
### BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL
### RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION
### TO EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL
### TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES

**PLEASE TAKE** NOTICE that the undersigned will present the annexed Sixth

Supplemental Application (the "Application") of the Debtors Pursuant to Section 327(e) of title

11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") for authorization to expand the scope of Jones Day's retention as special

counsel to the Debtors, *nunc pro tunc* to the Engagement Dates, all as more fully described in the

Application, to the Honorable James M. Peck, United States Bankruptcy Judge, for approval and

signature on **November 22, 2010 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any,

shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy

Court for the Southern District of New York, shall set forth the name of the objecting party, the

basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with two hard copies

delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable

James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil,

Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P.

Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004,

Attn: Tracy Hope Davis, Esq., Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian

Masumoto, Esq., and Linda Riffkin, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis

O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured

Creditors appointed in these cases; and (v) Jones Day, 222 East 41st Street, New York, NY

10017-6702, Attn:  Robert C. Micheletto, Esq., **so as to be so filed and received by no later**

**than November 22, 2010 at 11:00 a.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only if a written objection is timely

filed and served, a hearing will be held on **December 15, 2010 at 10:00 a.m. (Prevailing**

**Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York,

Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York,

2

New York 10004-1408.  If an objection is filed the moving and objecting parties are required to

attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  November 8, 2010
          New York, New York

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

NYI-4319925v2

Presentment Date and Time: November 22, 2010 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: November 22, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :    **08-13555 (JMP)**
:
**Debtors.** :    **(Jointly Administered)**
:
----------------------------------------------------------------x

**SIXTH SUPPLEMENTAL APPLICATION OF THE DEBTORS
PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE
AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this Sixth Supplemental Application

of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to expand the scope

of Jones Day's retention as special counsel to the Debtors, *nunc pro tunc* to the Engagement

NYI-4319925v2

Dates (as defined below) as set forth herein (the "Sixth Supplemental Application"), and

respectfully represent:

## Background

1.          Commencing on September 15, 2008 and periodically thereafter (as

applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy

Rules.  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.          On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.          On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").  A trustee appointed under SIPA is administering LBI's estate.

4.          On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

examiner in the above-captioned chapter 11 cases (the "Examiner") and by order dated January

20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy

Code on March 11, 2010 [Docket No. 7531].

5.          On April 14, 2010, the Debtors filed a revised joint chapter 11 plan and

disclosure statement [Docket Nos. 8330 and 8332].

NYI-4319925v2

## Jurisdiction

6.      This Court has subject matter jurisdiction to consider and determine this

matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Lehman's Business

7.      Prior to the events leading up to these chapter 11 cases, Lehman was the

fourth largest investment bank in the United States.  For more than 150 years, Lehman had been

a leader in the global financial markets by serving the financial needs of corporations,

governmental units, institutional clients and individuals worldwide.

8.      Additional information regarding the Debtors' businesses, capital

structures, and the circumstances leading to the commencement of these chapter 11 cases is

contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy

Rules for the Southern District of New York in Support of First-Day Motions and Applications,

filed on September 15, 2008 [Docket No. 2].

## Relief Requested

9.      The Debtors request authorization, pursuant to section 327(e) of the

Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to modify the

scope of Jones Day's retention as special counsel, previously approved by the Retention Orders,

as defined below, to include legal services with respect to the following additional matters, *nunc

pro tunc* to the engagement dates identified herein (the "Engagement Dates"):  (a) July 23, 2010

for the representation of Clarks Summit II, LLC, a wholly-owned non-Debtor subsidiary of

Debtor Lehman Commercial Paper Inc., in connection with the sale of aircraft bearing

manufacturer's serial numbers 7086 and 7024 (the "Aircraft") owned by Clarks Summit II,

LLC,[1] (b) September 10, 2010 for matters relating to causes of action under chapter 5 of the Bankruptcy Code falling outside the scope of Jones Day's previously Court-approved retention, as requested by the Debtors and agreed to by Jones Day, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons, (c) September 8, 2010 for matters relating to the investigation and, if appropriate, pursuit of derivatives or structured product related causes of action derivatively on behalf of LBI, as requested by the Debtors and agreed to by Jones Day, and (d) October 3, 2010 for matters in connection with the representation of LBHI with respect to issues relating to the administration of LB UK RE Holdings Limited (collectively, the "Additional Matters").

## Retention of Jones Day

10.    On February 4, 2009, the Debtors submitted (a) the Application to Employ Jones Day as Special Counsel to the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure [Docket No. 2725] (the "Application") and (b) the supporting declaration of Simon Powell of Jones Day (the "Initial Declaration").  On February 25, 2009, the Court entered an Order [Docket No. 2925] (the "Initial Jones Day Retention Order") approving the Application and authorizing the Debtors to employ and retain Jones Day as special counsel to the Debtors with respect to certain matters described in the Application generally relating to (a) assisting LBHI in relation to any issues arising in the Asia Pacific region; (b) assisting and advising LBHI with respect to the insolvency proceedings of Lehman Brothers Australia Holdings Pty Limited; (c) assisting LBHI and other United States-based Lehman entities in Japan in asserting claims in certain Japanese Civil

---

[1]    Although the representation involves Clark Summit II, LLC, a non-Debtor affiliate, the fees associated with this representation will be paid by the Debtors, which will ultimately be the beneficiaries of any of the proceeds of the sale of the Aircraft.

NYI-4319925v2

Rehabilitation proceedings; (d) advising LBHI in connection with claims which may be asserted

against it relating to Lehman Brothers Japan Holdings KK; (e) advising Lehman with respect to

distressed debt transactions in Taiwan, China, the Philippines and Thailand, and its acquisition

and financing of real estate assets in Taiwan; (f) representing certain Lehman entities through

various third parties in the sale of their Sunrise Project and the changes to their corporate

registrations required by the departure of the members of the Boards of their operating

companies to Nomura; (g) continuing the representation of LBHI in litigation pending in the

United States Bankruptcy Court of the Northern District of California, entitled Aron Oliner and

Lehman Brothers Holdings Inc. v. John Kontrabecki, and related bankruptcy cases; and

(h) advising the Debtors in connection with their businesses and operations in India (the "Initial

Representative Matters").

**First Supplemental Application**

11.     On May 8, 2009, the Debtors submitted (a) a Supplement to the

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to The Debtors, *Nunc Pro Tunc* To The Engagement Dates

[Docket No. 3525] (the "First Supplemental Application") and (b) the supporting declaration of

David L. Carden (the "First Supplemental Declaration").  On May 21, 2009, the Court entered an

order [Docket No. 3630] (the "First Supplemental Retention Order") authorizing and approving

the expansion of Jones Day's retention as special counsel with respect to certain matters

described in the First Supplemental Application generally relating to (a) the examination of the

negotiation and conclusion of the Asset Purchase Agreement dated September 16, 2008 and

certain related or potentially related transactions and events involving the Debtors and Barclays

8

Capital Inc. in and after September of 2008, and (b) the examination of issues relating to derivatives trades between (i) Debtor Lehman Brothers Special Financing Inc. and certain of the other Debtors and (ii) the counterparty to such trades, AIG CDS, Inc. and/or its affiliates (collectively, the "First Additional Representative Matters").

**Second Supplemental Application**

12.     On July 9, 2009, the Debtors submitted (a) a Second Supplemental Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket No. 4299] (the "Second Supplemental Application") and (b) the supporting declaration of Jayant W. Tambe of Jones Day (the "Second Supplemental Declaration").  On July 23, 2009, the Court entered an order [Docket No. 4476] (the "Second Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Second Supplemental Application generally relating to certain structured products and derivatives trades between the Debtors and other entities, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons (the "Second Additional Representative Matters").

**Third Supplemental Application**

13.     On October 22, 2009, the Debtors submitted (a) a Third Supplemental Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket No. 5604] (the "Third Supplemental Application") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "Third Supplemental Declaration").  On November 5, 2009, the

Court entered an order [Docket No. 5728] (the "Third Supplemental Retention Order")

authorizing and approving the expansion of Jones Day's retention as special counsel with respect

to certain matters described in the Third Supplemental Application generally relating to

derivatives and structured products matters involving certain specified counterparties, other

derivatives and structured products related matters (including certain matters governed by

English law), and certain matters relating to the joint representation of the Ad Hoc Committee of

Non-Agent Secured Lenders and certain non-agent secured lenders, which include certain of the

Debtors, in connection with the Adelphia bankruptcy proceedings ("Third Additional

Representative Matters").

**Fourth Supplemental Application**

14.    On January 25, 2010, the Debtors submitted (a) a Fourth Supplemental

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Date [Docket

No. 6750] (the "Fourth Supplemental Application") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "Fourth Supplemental Declaration").  On February 18, 2010, the

Court entered an order [Docket No. 7166] (the "Fourth Supplemental Retention Order")

authorizing and approving the expansion of Jones Day's retention as special counsel with respect

to certain matters described in the Fourth Supplemental Application relating to (a) the

representation of the Debtors in connection with the workout and/or restructuring of certain

loans/investments in the Loan Portfolio/Investment Portfolio involving Greenbriar Minerals LLC

and (b) such other matters relating to the Loan Portfolio/Investment Portfolio, as requested by the Debtors and agreed to by Jones Day ("Fourth Additional Representative Matters").

**Fifth Supplemental Application**

15.    On May 17, 2010, the Debtors submitted (a) a Fifth Supplemental Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* To The Engagement Dates [Docket No. 9075] (the "Fifth Supplemental Application") and (b) the supporting declaration of Robert C. Micheletto  of Jones day (the "Fifth Supplemental Declaration").  On June 15, 2010, the Court entered an order [Docket No. 9569] (together with the Initial Jones Day Retention Order, the First Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, and the Fourth Supplemental Retention Order, the "Retention Orders") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Fifth Supplemental Application relating to (a) the representation of the Debtors in connection with a joint representation of LBHI and the following funds named as defendants in litigation commenced by Barclays Capital Inc. captioned, *Barclays Capital Inc. v. PCCP Mezzanine Recovery Partners II, L.P.*, *Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Fund III, L.P.*, Supreme Court of the State of New York, Index No. 600673/2010, County of New York (March 16, 2010) and *Barclays Capital Inc. v. Trilantic Capital Partners III L.P. and Trilantic Capital Partners IV L.P*, Supreme Court of the State of New York, Index No. 600674/2010, County of New York (March 16, 2010): PCCP Mezzanine Recovery Partners II, L.P. (formerly, Lehman Brothers Real Estate Mezzanine Partners II,

L.P.); Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III,

L.P.;  Lehman Brothers Real Estate Fund III, L.P., Trilantic Capital Partners III L.P. (formerly,

Lehman Brothers Merchant Banking Partners III, L.P.); and Trilantic Capital Partners IV L.P.

(formerly, Lehman Brothers Merchant Banking Partners IV, L.P.), and (b) such other matters

relating to Barclays, as requested by the Debtors and agreed to by Jones Day (together with the

Initial Representative Matters, the First Additional Representative Matters, the Second

Additional Representative Matters, Third Additional Representative Matters, Fourth Additional

Representative Matters, the "Representative Matters").

### Basis for Relief Requested

16.    Subject to further order of this Court, it is proposed that Jones Day's

retention as special counsel, previously approved by the Retention Orders, be modified to

include legal services with respect to the Additional Matters, *nunc pro tunc* to the Engagement

Dates.

17.    The expansion of Jones Day's retention under the terms described herein

is appropriate under Bankruptcy Code sections 327(e) and 1107.  Section 327(e) provides for

the appointment of special counsel where the proposed counsel does not possess any interest

that is materially adverse to the debtor with regard to the matter(s) that will be handled by

counsel.  Section 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified
> special purpose, other than to represent the trustee in conducting
> the case, an attorney that has represented the debtor, if in the best
> interest of the estate, and if such attorney does not represent or
> hold any interest adverse to the debtor or to the estate with respect
> to the matter on which such attorney is to be employed.

18.    Accordingly, section 327(e) of the Bankruptcy Code authorizes the

retention of counsel who previously represented a debtor prepetition provided that: (a) the

12

appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest

adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the

specified special purpose for which counsel is being retained does not rise to the level of

conducting the bankruptcy case for the debtor in possession.  *See In re AroChem Corp.*, 176

F.3d 610, 622 (2d Cir. 1999) (noting that "where the interest of the special counsel and the

interest of the estate are identical *with respect to the matter for which special counsel is*

*retained*, there is no conflict and the representation can stand") (emphasis in original); *In re*

*DeVlieg, Inc.*, 174 B.R. 497 (N.D. Ill. 1994).  As explained more fully below, the Debtors

submit that each of these factors is satisfied with respect to Jones Day and that, therefore, its

expanded retention should be approved under section 327(e) of the Bankruptcy Code.

### The Employment and Retention of Jones Day With Respect to the Additional Matters is in the Best Interests of the Estates :

19.    Jones Day is a large international law firm and has substantial experience

in all aspects of workouts and restructurings.  In addition, Jones Day has broad experience in

handling matters involving aircraft acquisition and finance, and the group of Jones Day attorneys

handling the Additional Matters are familiar with the facts and circumstances of these matters

and possess the requisite expertise.[2]  Further, having been previously retained to provide advice

to the Debtors in connection with various derivatives and structured product related matters,

Jones Day is well situated to provide advice to the Debtors in connection matters relating to the

investigation and, if appropriate, pursuit of derivatives or structured product related causes of

action derivatively on behalf of LBI.  Accordingly, the Debtors believe that Jones Day is both

---

[2]        Clarks Summit II, LLC was previously represented in these Aircraft sale matters by Weil, Gotshal & Manges LLP. Upon the departure of a group of attorneys handling these matters from Weil, Gotshal & Manges LLP to Jones Day in mid-2010, it was determined that Jones Day should replace Weil Gotshal & Manages LLP as counsel in these matters.

NYI-4319925v2

well qualified and uniquely able to provide services relating to the Additional Matters, and that

its retention would be in the best interest of the Debtors' estates, their creditors and other parties

in interest.

**Jones Day Holds No Interest Adverse to the Debtors or the
Debtors' Estates With Respect to the Representative Matters** :

20.    The Debtors' knowledge, information and belief regarding the matters set

forth in this Sixth Supplemental Application are based on and made in reliance upon the

Declaration of Carl E. Black in Support of the Sixth Supplemental Application (the "Sixth

Supplemental Declaration" and together with the Initial Declaration, First Supplement

Declaration, Second Supplemental Declaration, the Third Supplemental Declaration, the Fourth

Supplemental Declaration, and the Fifth Supplemental Declaration, the "Declarations"), a copy

of which is attached hereto as Exhibit 1.

21.    Jones Day has informed the Debtors that it does not represent or hold any

interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters. *See

In re AroChem*, 176 F. 3d 610, 622 (2d. Cir. 1999) (emphasizing that, under section 327(e) of the

Bankruptcy Code, potential conflicts must be evaluated only with respect to the scope of the

proposed retention).   The Debtors have also been informed that Jones Day will continue to

update its conflicts disclosures contained in the Declarations in accordance with the Bankruptcy

Rules, the Local Rules, any orders of this Court, and Jones Day's past practices and established

conflicts procedures relating to chapter 11 proceedings.   Accordingly, the Debtors submit that

expanding the scope of Jones Day's retention with respect to the Additional Matters is in the best

interests of the Debtors, their estates, and their creditors and should be approved by the Court.

14

### _Nunc Pro Tunc_ Approval is Warranted :

22.     The Debtors request that Jones Day's retention be made effective _nunc pro tunc_ to the Engagement Dates to allow Jones Day to be compensated for work performed on behalf of the Debtors on or after the Engagement Dates, but prior to the submission of this Application.  The Debtors submit that retroactive approval is warranted as Jones Day provided necessary services to the Debtors and such services are of value to the estate and all parties in interest.  _See In re Hasset, Ltd._, 283 B.R. 376, 379 (Bankr. E.D.N.Y. 2002) (approving nunc pro tunc retention application and recognizing that "nunc pro tunc applications are disfavored in this Circuit but have been permitted when the attorney performs services of 'value' to the estate" (internal citations omitted)); _see also In re Motors Liquidation Company_¸ 2010 Bankr. Lexis 2367 at *28 (Bankr. S.D.N.Y. 2010) (stating that in exercising its discretion regarding the existence of "extraordinary circumstances," a bankruptcy court considers factors such as . . . whether the applicant was under time pressure to begin service without approval); _In re Jarvis_, 53 F.3d 416 (1st Cir. 1995) (finding that a bankruptcy court may grant post facto application if employment meets statutory requirements and delay results from extraordinary circumstances); _Matter of Arkansas Co. Inc._, 798 F.2d. 645 (3d Cir. 1986) (opining that bankruptcy courts have discretion in extraordinary circumstances to retroactively approve a professional's employment). The Debtors believe that expanding the scope of Jones Day's retention _nunc pro tunc_ to the Engagement Dates is appropriate under the circumstances.  Jones Day began providing services to the Debtors in connection with the Additional Matters beginning on the Engagement Dates identified above.   In each case, the Debtors believe it was in the best interests of the estates, for Jones Day to commence providing services to the Debtors for the Additional Matters

immediately, with the understanding that the Debtors would seek *nunc pro tunc* authorization to expand the scope of Jones Day's retention.

23.     A delay in the provision of legal services relating to the Additional Matters, may under the circumstances, have resulted in immediate and potentially significant prejudice to the rights of the Debtors and their estates.  Certain of the Additional Matters, in particular, those relating to the chapter 5 causes of action and those relating to the pursuit of derivatives or structured product related causes of action derivatively on behalf of LBI, involved statutory deadlines that necessitated prompt legal action.  Without the immediate provision of legal services, the estates could have risked forfeiting potentially valuable causes of action. Further, with respect to the Additional Matters relating to the sale of the Aircraft, several attorneys who worked on these matters transitioned to Jones Day and in order to provide uninterrupted legal services to the Debtors, Jones Day continued the provision of legal services. Suspension of services would have delayed efforts to effectuate the sale of the Aircraft for the benefit of the estates.  Lastly, in order to avoid the costs associated with serial filings with respect to each of the Additional Matters, the Debtors believe it was appropriate to file a single application with respect to these Additional Matters.

24.     The global nature, complexity of these chapter 11 cases and often times need for professionals to immediately provide services as a result of the exigencies of circumstances, warrants retroactive approval.  This Court has granted *nunc pro tunc* approval of the retention of approximately twenty-nine other professionals in these cases.  *See*, *e.g.*, *Order Granting Application to Employ and Retain Sonnenschein Nath & Rosenthal LLP, as Special Counsel To The Debtors, Nunc Pro Tunc to January 1, 2010* [Docket No. 10949]; *Order Granting Motion of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule*

*2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Amend the Order*

*Approving Retention of Bingham McCutchen LLP as Special Counsel to the Debtors, Nunc Pro*

*Tunc to the Engagement Date* [Docket No. 7491]; *Order Authorizing the Employment and*

*Retention of Sutherland Asbill & Brennan LLP as Special Tax Counsel, Nunc Pro Tunc to April*

*1, 2010* [Docket No. 8846]*; Order Authorizing Retention And Employment Of Richard Sheldon,*

*Queens Counsel For Limited Purposes Nunc Pro Tunc to June 23, 2009* [Docket No. 4763]*;*

*Order Authorizing the Employment and Retention of Simpson, Thacher & Bartlett LLP as*

*Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date* [Docket No. 1658].

## Notice

25.     No trustee has been appointed in these chapter 11 cases.  The Debtors
have served notice of this Sixth Supplemental Application in accordance with the procedures set
forth in the second amended order entered on June 17, 2010 governing case management and
administrative procedures for these cases [Docket No. 9635] on (i) the U.S. Trustee; (ii) the
attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the
Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;
(vi) Jones Day; and (vii) all parties who have requested notice in these chapter 11 cases.  The
Debtors submit that no other or further notice need be provided.

26.     No previous request for the relief sought herein has been made by the
Debtors to this or any other court.

NYI-4319925v2

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated:    New York, New York
          November 8, 2010

<div style="text-align: right">

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

</div>

NYI-4319925v2

**<u>EXHIBIT 1</u>**
**(Sixth Supplemental Declaration)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                      Debtors.           :    (Jointly Administered)
                                         :
                                         :
------------------------------------------------------------------x
```

## DECLARATION OF CARL E. BLACK IN SUPPORT OF THE SIXTH SUPPLEMENTAL APPLICATION OF THE DEBTORS PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES

Pursuant to sections 327 and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and 28 U.S.C. § 1746, Carl E. Black declares:

1.      I am a member of the firm of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio  44114-1190, and am admitted to practice law in Ohio.

2.      I submit this Declaration in support of the Sixth Supplemental Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates (the "Sixth Supplemental Application")[1] filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors and debtors in possession in the above-referenced chapter 11 cases (together, the "Debtors") to modify the scope of Jones Day's retention as special counsel to the Debtors to include additional

---

[1]      Capitalized terms not defined herein shall have the meaning ascribed to them in the Sixth Supplemental Application.

matters, *nunc pro tunc* to the Engagement Dates (as defined below) as described in greater detail below and in the Sixth Supplemental Application.  Except as otherwise set forth below, all facts set forth below in this Declaration are based upon information from, and discussions I or other Jones Day personnel reporting to me have had with, certain of my colleagues.  Based on the foregoing, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of Jones Day.

3.    On February 4, 2009, Simon Powell, a member of Jones Day, submitted a declaration (the "Initial Declaration") in support of the Application to Employ Jones Day as Special Counsel to the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Application").

4.    On February 25, 2009, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Application and authorizing LBHI and its affiliated debtors and debtors in possession in the above-referenced chapter 11 cases to employ and retain Jones Day as special counsel to the Debtors with respect to the Representative Matters.

5.    In addition, Jones Day represents certain former employees of the Debtors and/or affiliate Lehman Brothers Inc. in connection with investigations, arbitrations and/or other proceedings relating to auction rate securities allegedly sold by, maintained in an account by, or in some other way connected to one or more Lehman entities.  Pursuant to that certain Order Granting Debtors' Motion, Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Advance Certain Legal Costs to Former Employees, dated December 3, 2008 [Docket No. 2052], and subject to the conditions set forth therein, Jones Day has sought payment from the Debtors, and has tendered claims for

reimbursement and/or payment from their insurance providers to the extent coverage exists and

any deductible and/or self insured retention has been satisfied, for legal fees and expenses

incurred in connection with the representations of such former employees.

6.      On April 9, 2009, Jones Day submitted its First Interim Application of

Jones Day, Special Counsel to the Debtors and Debtors In Possession, Seeking Allowance and

Payment of Interim Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections

330 and 331 [Docket No. 3313] seeking actual, reasonable, and necessary (i) professional fees in

the amount of $1,258,056.00 and (ii) expense reimbursement in the amount of $10,425.76 for

services performed and expenses incurred from the Engagement Dates to January 31, 2009.

7.      On May 8, 2009, the Debtors submitted (a) a Supplement to the

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to The Debtors, *Nunc Pro Tunc* To The Engagement Dates

[Docket No. 3525] (the "First Supplemental Application") and (b) the supporting declaration of

David L. Carden (the "First Supplemental Declaration").

8.      On May 21, 2009, the Court entered an order [Docket No. 3630]

authorizing and approving the expansion of Jones Day's retention as special counsel with respect

to certain matters described in the First Supplemental Application generally relating to (a) the

examination of the negotiation and conclusion of the Asset Purchase Agreement dated

September 16, 2008 and certain related or potentially related transactions and events involving

the Debtors and Barclays Capital Inc. in and after September of 2008, and (b) the examination of

issues relating to derivatives trades between (i) Debtor Lehman Brothers Special Financing Inc.

3

and certain of the other Debtor and (ii) the counterparty to such trades, AIG CDS, Inc. and/or its affiliates.

9.      On July 9, 2009, the Debtors submitted (a) a Second Supplemental Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket No. 4299] (the "Second Supplemental Application") and (b) the supporting declaration of Jayant W. Tambe of Jones Day (the "Second Supplemental Declaration").

10.      On July 23, 2009, the Court entered an order [Docket No. 4476] (the "Second Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Second Supplemental Application generally relating to certain structured products and derivatives trades between the Debtors and other entities, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons.

11.      On August 14, 2009, Jones Day submitted its Second Interim Application of Jones Day, Special Counsel to the Debtors and Debtors In Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses [Docket No. 4804] seeking actual, reasonable, and necessary (i) professional fees in the amount of $4,119,794.00 and (ii) expense reimbursement in the amount of $130,667.42 for services performed and expenses incurred from February 1, 2009 to May 31, 2009.

12.      On October 22, 2009, the Debtors submitted (a) a Third Supplemental Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

4

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket

No. 5604] (the "Third Supplemental Application") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "Third Supplemental Declaration").

13.    On November 5, 2009, the Court entered an order [Docket No. 5728]

(the "Third Supplemental Retention Order") authorizing and approving the expansion of Jones

Day's retention as special counsel with respect to certain matters described in the Third

Supplemental Application generally relating to derivatives and structures products matters

involving certain specified counterparties, other derivatives and structured products related

matters (including certain matters governed by English law), and certain matters relating to the

joint representation of the Ad Hoc Committee of Non-Agent Secured Lenders and certain non-

agent secured lenders, which include certain of the Debtors, in connection with the Adelphia

bankruptcy proceedings.

14.    On December 15, 2009, Jones Day submitted its Third Interim Application

of Jones Day, Special Counsel to the Debtors and Debtors In Possession, Seeking Allowance and

Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses

[Docket No. 4804] seeking actual, reasonable, and necessary (i) professional fees in the amount

of $8,787,718.20 and (ii) expense reimbursement in the amount of $413,222.52 for services

performed and expenses incurred from June 1, 2009 to September 30, 2009.

15.    On January 25, 2010, the Debtors submitted (a) a Fourth Supplemental

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket

No. 6750] (the "<u>Fourth Supplemental Application</u>") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "<u>Fourth Supplemental Declaration</u>")

16.     On February 18, 2010, the Court entered an order [Docket No. 7166]

(the "<u>Fourth Supplemental Retention Order</u>") authorizing and approving the expansion of Jones

Day's retention as special counsel with respect to certain matters described in the Fourth

Supplemental Application relating to (a) the representation of the Debtors in connection with the

workout and/or restructuring of certain loans/investments in the Loan Portfolio/Investment

Portfolio involving Greenbriar Minerals LLC and (b) such other matters relating to the Loan

Portfolio/Investment Portfolio, as requested by the Debtors and agreed to by Jones Day.

17.     On April 22, 2010, Jones Day submitted the Supplemental Disclosure

Declaration of Jayant W. Tambe, on Behalf of Jones Day, With Respect to Application of the

Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the

Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as

Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket No. 8566] (the

"<u>Supplemental Disclosure</u>").

18.     On May 10, 2010, Jones Day submitted its Amended Fourth Interim

Application of Jones Day, Special Counsel to the Debtors and Debtors In Possession, Seeking

Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary

Expenses [Docket No. 8954] seeking actual, reasonable, and necessary (i) professional fees in

the amount of $9,143,140.60 and (ii) expense reimbursement in the amount of $266,470.81 for

services performed and expenses incurred from October 1, 2009 to January 31, 2010.

19.     On May 17, 2010, the Debtors submitted (a) a Fifth Supplemental

Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of

the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as

Special Counsel to the Debtors, *Nunc Pro Tunc* To The Engagement Dates [Docket No. 9075]

(the "<u>Fifth Supplemental Application</u>" and together with the Application, the First Supplemental

Application, the Second Supplemental Application, the Third Supplemental Application, and the

Fourth Supplemental Application, the  "<u>Applications</u>" ) and (b) the supporting declaration of

Robert C. Micheletto of Jones day (the "<u>Fifth Supplemental Declaration</u>" and together with the

Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration,

the Third Supplemental Declaration, and the Fourth Supplemental Declaration, the

"<u>Declarations</u>").

   20.  On June 15, 2010, the Court entered an order [Docket No. 9569] (the

"<u>Fifth Supplemental Retention Order</u>" and together with the Initial Jones Day Retention Order,

the First Supplemental Retention Order, the Second Supplemental Retention Order, the Third

Supplemental Retention Order, and the Fourth Supplemental Retention Order, the "<u>Retention</u>

<u>Orders</u>") authorizing and approving the expansion of Jones Day's retention as special counsel

with respect to certain matters described in the Fourth Supplemental Application relating to

(a) the representation of the Debtors in connection with a joint representation of LBHI and the

following funds named as defendants in litigation commenced by Barclays Capital Inc.

captioned, *Barclays Capital Inc. v.  PCCP Mezzanine Recovery Partners II, L.P.*, *Lehman

Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and

Lehman Brothers Real Estate Fund III, L.P.*, Supreme Court of the State of New York, Index No.

600673/2010, County of New York (March 16, 2010) and *Barclays Capital Inc. v.  Trilantic

Capital Partners III L.P. and Trilantic Capital Partners IV L.P*, Supreme Court of the State of

New York, Index No. 600674/2010, County of New York (March 16, 2010): PCCP Mezzanine

7

Recovery Partners II, L.P. (formerly, Lehman Brothers Real Estate Mezzanine Partners II, L.P.);

Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P.;

Lehman Brothers Real Estate Fund III, L.P., Trilantic Capital Partners III L.P. (formerly,

Lehman Brothers Merchant Banking Partners III, L.P.); and Trilantic Capital Partners IV L.P.

(formerly, Lehman Brothers Merchant Banking Partners IV, L.P.), and (b) such other matters

relating to Barclays, as requested by the Debtors and agreed to by Jones Day (together with the

Initial Representative Matters, the First Additional Representative Matters, the Second

Additional Representative Matters, Third Additional Representative Matters, Fourth Additional

Representative Matters, the "Representative Matters").

21.      On August 16, 2010, Jones Day submitted its Fifth Interim Application of

Jones Day, Special Counsel to the Debtors and Debtors In Possession, Seeking Allowance and

Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses

[Docket No. 11259], which was supplemented on September 10, 2010, seeking actual,

reasonable, and necessary (i) professional fees in the amount of $12,923,783.60 and (ii) expense

reimbursement in the amount of $361,090.19 for services performed and expenses incurred from

February 1, 2010 to May 31, 2010.

22.      Subsequent to the entry of the Fifth Supplemental Retention Order, the

Debtors requested that Jones Day expand the scope of the Representative Matters to include legal

services with respect to the following additional matters (collectively, the "Additional

Matters"), *nunc pro tunc* to the engagement dates identified herein (the "Engagement Dates"):

(a) July 23, 2010 for the representation of Clarks Summit II, LLC, a wholly-owned non-Debtor

subsidiary of Debtor Lehman Commercial Paper Inc., in connection with the sale of aircraft

bearing manufacturer's serial numbers 7086 and 7024 (the "Aircraft") owned by Clarks Summit

8

II, LLC,[2]  (b) September 10, 2010 for matters relating to causes of action under chapter 5 of the Bankruptcy Code falling outside the scope of Jones Day's previously Court-approved retention, as requested by the Debtors and agreed to by Jones Day, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons, (c) September 8, 2010 for matters relating to the investigation and, if appropriate, pursuit of derivatives or structured product related causes of action derivatively on behalf of Lehman Brothers Inc. ("LBI"), as requested by the Debtors and agreed to by Jones Day, and (d) October 3, 2010 for matters in connection with the representation of LBHI with respect to issues relating to the administration of LB UK RE Holdings Limited (collectively, the "Additional Matters").

23.     Jones Day has extensive knowledge and experience in representing the Debtors and other Lehman non-debtor affiliates in various matters.  With more than 2,400 lawyers in 31 offices around the world, Jones Day is one of the largest law firms in the world. Jones Day has substantial experience in virtually all aspects of the law that may arise in its representation of the Debtors in these chapter 11 cases, including, among others, insolvency, corporate, finance, litigation, real estate and securities issues.  Using that experience, Jones Day acts as principal outside counsel to, or provides significant legal representation for, more than half of the Fortune 500 companies.

24.     Jones Day has represented various Lehman entities in the United States, the Asia Pacific Rim and Australia with respect to various litigation, securities, insolvency, commercial, real estate other matters, including certain of the Representative Matters, for several

---

[2]     Although the representation involves Clark Summit II, LLC, a non-Debtor affiliate, the fees associated with this representation will be paid by the Debtors, which will ultimately be the beneficiaries of any of the proceeds of the sale of the Aircraft.

years.  Over the course of its representation of the Debtors, Jones Day has become familiar with

the Debtors' business operations.

25.    Jones Day is one of the largest law firms in the world, with a national and

international practice, and has substantial experience in all aspects of workouts and

restructurings.  In addition, Jones Day has broad experience in handling matters involving

aircraft acquisition and finance, and the group of Jones Day attorneys handling the Additional

Matter relating to the sale of the Aircraft are familiar with the facts and circumstances of these

matters and possess the requisite expertise.[3]  Further, having been previously retained to provide

advice to the Debtors in connection with various derivatives and structured product related

matters, Jones Day is well situated to provide advice to the Debtors in connection matters

relating to the investigation and, if appropriate, pursuit of  derivatives or structured product

related causes of action derivatively on behalf of LBI.  Accordingly, Jones Day is well qualified

to provide services relating to the Additional Matters, and that its retention would be in the best

interest of the Debtors' estates, their creditors and other parties in interest.

26.    Jones Day began providing services to the Debtors in connection with the

Additional Matters beginning on the Engagement Dates identified above.   In each case, it was

appropriate under the circumstances, and in the best interests of the estates, for Jones Day to

commence providing services to the Debtors for the Additional Matters immediately, with the

understanding that the Debtors would seek *nunc pro tunc* authorization to expand the scope of

Jones Day's retention.

---

[3]    Clarks Summit II, LLC was previously represented in these Aircraft sale matters by Weil, Gotshal &
Manges LLP. Upon the departure of a group of attorneys handling these matters from Weil, Gotshal &
Manges LLP to Jones Day in mid-2010, it was determined that Jones Day should replace Weil Gotshal &
Manages LLP as counsel in these matters.

27.     A delay in the provision of legal services relating to the Additional Matters may under the circumstances have resulted in immediate and potentially significant prejudice to the rights of the Debtors and their estates.  Certain of the Additional Matters -- in particular, those relating to the chapter 5 causes of action and those relating to the pursuit of derivatives or structured product related causes of action derivatively on behalf of LBI -- involved statutory deadlines that necessitated prompt legal action.  Without the immediate provision of legal services, the estates could have risked forfeiting potentially valuable causes of action.  Further, with respect to the Additional Matters relating to the sale of the Aircraft, the continuation of the provision of legal services to the Debtors while the group of lawyers representing the estates on these matters transitioned to Jones Day benefited the estates.  Indeed, no purpose would have been served for Jones Day to have suspended the provision of legal services to the Debtors, particularly since the suspension of services could only serve to delay efforts to effectuate the sale of the Aircraft for the benefit of the estates.

28.     Jones Day believes that it was appropriate for it to provide legal services to the Debtors immediately upon their request, with the understanding that the Debtors would seek authorization to expand the scope of retention to include the Additional Matters, *nunc pro tunc* to the Engagement Dates.  In order to avoid the costs associated with serial filings with respect to each of the Additional Matters, Jones Day also believes it was appropriate for the Debtors to file a single application with respect to these Additional Matters.

**Conflict Disclosures**

29.     As set forth in the Applications, the Declarations and other supporting documentation filed in connection with the Applications, to check and clear potential conflicts of interest in these cases, as well as to determine all "connections" to the Debtors, their creditors,

11

other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any

person employed by the U.S. Trustee, Jones Day conducted an investigation to determine

whether it has had any relationships at any time during the past two years with entities contained

on the list provided to Jones Day by Weil, Gotshal & Manges LLP, the Debtors' general

bankruptcy counsel, on December 4, 2008 (as updated by Weil, Gotshal & Manges LLP in

December 2009), a copy of which was attached as Schedule 1 to the Initial Declaration, setting

forth certain of the creditors and other parties in interest (collectively, the "Interested Parties") of

the Debtors.  To the extent that Jones Day's investigation of its relationships (if any) with the

Interested Parties indicated that Jones Day had represented in the past two years, or at that time

currently represented, any of those Interested Parties or their affiliates or represented parties that

had relationships with those Interested Parties or their affiliates, the identities of such Interested

Parties and affiliates and their relationship to Jones Day were set forth in Schedule 2 to the Initial

Declaration and updated in the Supplemental Disclosure.

   30. As part of its ongoing disclosure responsibilities under Rule 2014 of the

Federal Rules of Bankruptcy Procedure, and recognizing that the prior disclosures (the "Prior

Disclosures") made in connection with the Applications, the Declarations and other supporting

documentation filed in connection with the Applications may require updating, Jones Day

periodically re-examines its relationships with interested parties in these chapter 11 cases.

   31. In connection therewith, Jones Day researched its client database for the

past two years (the "Supplemental Conflicts Search") to determine whether:

- since the completion of the prior conflict searches relating to the Prior Disclosures

  (the "Prior Conflict Searches"), Jones Day has (i) undertaken to provide

  additional client services or (ii) has ceased providing client services to any of the

entities identified and previously disclosed as clients of Jones Day in the Prior

Disclosures;

- any information relating to Jones Day's relationship with the entities identified in

  the Prior Disclosures or their affiliates was inadvertently omitted from the Prior

  Disclosures;

- since the completion of the Prior Conflict Searches, Jones Day has undertaken to

  provide client services to any of the entities identified in the Prior Disclosures or

  their affiliates that were not clients of Jones Day when the Prior Conflict Searches

  were conducted; and

- any entities not identified in the Prior Disclosures, but that may have taken a role

  in matters relating to these chapter 11 cases since the completion of the Prior

  Conflict Searches, are current or former clients of Jones Day (collectively, the

  "Additional Parties").

32.    The Additional Parties are identified on Exhibit A attached hereto and

incorporated herein by reference.  To the extent that the Supplemental Conflicts Search indicated

that Jones Day has been or currently is employed by (a) any of the entities identified in the Prior

Conflict Searches or (b) any of the Additional Parties in matters unrelated to these chapter 11

cases, the identities of those entities are set forth on Exhibit B attached hereto and incorporated

herein by reference.  Exhibit B also identifies affiliates of present or former clients even if those

affiliates themselves have never been clients.  Further disclosures based on subsequent

information will be made in future supplemental disclosures, as appropriate.

33.    Jones Day has previously updated its disclosures and will continue to

update its conflicts disclosures contained in the Declarations, including with respect to any

subsequently identified parties directly involved with the Additional Matters, in accordance with the Bankruptcy Rules, the Local Bankruptcy Rules, any orders of this Court, and Jones Day's past practices and established conflicts procedures relating to chapter 11 proceedings.

34.    Further, Jones Day has identified a list of parties directly involved with the Additional Matters (the "Additional Matters Parties") and performed an investigation of its relationships (if any) with these Additional Matters Parties. Jones Day's investigation of its relationships with the Additional Matters Parties indicated that Jones Day does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters.[4]

35.    Jones Day recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court. Jones Day has reviewed the fee application guidelines promulgated by the U.S. Trustee and will comply with them.

36.    To the best of my knowledge, information and belief, and other than in connection with these chapter 11 cases, Jones Day has no connection with the Debtors, their creditors, the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth herein or in the Prior Disclosures.

---

[4]    Certain of the identities of the Additional Matter Parties are of a sensitive nature. For example, certain of the Additional Matter Parties are known potential purchasers of the Aircraft, or purchasers of other assets from non-Debtor affiliates. Jones Day has not indicated the parties herein to avoid any negative impact on the sale processes or the representations.

37.    To the best of my knowledge, Jones Day does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2010

/s/ Carl E. Black
Carl E. Black
Jones Day
222 East 41st Street
New York, NY 10017-6702

## EXHIBIT A

## Additional Parties in Interest

### Potential Parties in Interest

A/P Hotel LLC
AB Svensk Exportkredit
Abu Dhabi Investment Authority
Access Asia Investment Holdings (BVI), Ltd.
ACE America Insurance Company
AG Financial Products, Inc.
Aircraft Finance Trust
Airlie Opportunity Master Fund, Ltd.
Aladdin Relative Value Credit Master Fund
    Limited
Alexander Leytman
Alix Egloff
Alliance Laundry Equipment Receivable Trust
    2005-A
Alliance Laundry Equipment Receivables 2005
    LLC
Almtaler Volksbank
AM International E Mac 63 Limited
Amber Master Fund (Cayman) SPC
American Express Travel Related Services
    Company, Inc.
Amuala S.L.
Ana Serratosa Lujan
Anchorage Crossover Credit Offshore Master
    Fund
Anchorage Short Credit Offshore Master Fund,
    Ltd.
Andreas Brandes
Andromeda Global Credit Fund, Ltd.
Anne-Marie Oliveri
Anthony J. Napolitano & Associates
Anthracite Balanced Company (R-26) Limited
Anthracite Balanced Company 46 Limited
Anthracite Investments (Ireland), P.C.
Anthracite Related Invesments (Cayman)
    Limited
Anton R. Valukas (Examiner)
Arche Master Fund, L.P.
Aristeia International Limited
Aristeia Master, L.P.
Aron Oliner
Arthur T. Bent c/o Reserve Management
    Company
Asian CRC Hedge Fund
Asian Multi Finance Hedge Fund
Asian SBC Hedge Fund
Asian Special Finance Hedge Fund

Aspecta Assurance International Luxembourg,
    S.A.
Aspen Creek Financial Advisors LLC
Autonomy Capital Research LLP
Autonomy Master Fund Limited
Autonomy Rochevera One Limited
Aviva Assicurazioni S.p.A.
Aviva Investors North America, Inc.
Aviva Italia Holding S.p.A.
Aviva Italia S.p.A.
Aviva Life S.p.A.
Aviva Previdenza S.p.A.
Aviva S.p.A.
Aviva Vita S.p.A.
Axis – ACM, Inc.
B.I. OEI
Bacar Constructors, Inc.
Baker & Hostetler LLP
Balestra Capital Partners, L.P.
Banc of America Securities LLC
Banca Akros S.p.A.
Banca Carige, S.p.A.
Banca Monte dei Paschi di Seina S.p.A.
Banca Popolare di Milano Societa Coopertiva a
    r.l.
Banco Banif, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Inversis, S.A.
Banco Popular Espanol, S.A.
Banco Popolare Societa Coopertiva
Banesco Banco Universal
Banesco Holding C.A.
Banif-Banco de Investimento, S.A.
Barbara Peonio
Barclays Bank Plc
Barclays Global Investors National Association
Basso Capital Management, L.P.
Baxter International, Inc.
BE Smith
Beaver Country Day School (The)
Begoa Serratosa Lujan
BIM Vita S.p.A.
BKW FMB Energie, S.A.
Black River Asia Fund, Ltd.
Black River Commodity Select Fund, Ltd.
Black River EMCO Master Fund, Ltd.
Black River Emerging Markets Credit Fund, Ltd.
Black River Emerging Markets Fixed Income
    Fund, Ltd.

Black River Global Credit Fund, Ltd.
Black River Global Investments Fund, Ltd.
Blue Angel Claims LLC
Blue Chip Multi-Strategy Master Fund, L.P.
BlueMountain Capital Management LLC
BlueMountain Credit Alternatives Master Fund,
    L.P.
BlueMountain Equity Alternatives Master Fund,
    L.P.
BlueMountain Timberline, Ltd.
BMO Nesbitt Burns, Inc.
Board of Education of the City of Chicago
Boultbee (Helsinki) AB
Boultbee (Vasteras) AB
BP Capital Energy Equity Fund Master II, L.P.
BP Capital Energy Equity Fund, L.P.
BP Capital Energy Equity International
    Holdings I
BP Capital Energy Fund, L.P.
Brian Monahan
Brigadier Capital Master Fund, Ltd.
Brigatta von Wendorr
Bruce R. Bent
Bundesanstalt fur Finanzdienstleistungsaufsicht
    (BaFin)
Bundesverband deutscher Banken e.V.
Bunge, S.A.
C.V.I.G.V.F. (Lux) Master S.a.r.l.
Caja de Castilla la Mancha Vida y Pensiones
    S.A. de Seguros y Reaseruros
Calabri Elena
Canyon Value Realization Mac 18, Ltd.
Carlos Quintero Abella
Carlyle Credit Partners Master Fund
Carlyle High Yield Partners IX, Ltd.
Carlyle Loan Investment
Carnegie Bank A/S
Casa de Ahorros y Monte De Pieda De Zaragoza
    Aragon y Rioja
Casam Adi Cd Arbitrage Fund Limited
Cassa Di Risparmio Di Saluzzo S.p.A.
CBW LLC
CCP Credit Acquisition Holdings LLC
Centerbridge Credit Partners, L.P.
Centerbridge Credit Partners Master, L.P.
Centerbridge Special Credit Partners, L.P.
Central European Industrial Development
    Company
Central European Media Enterprises, Ltd.
Ceradyne, Inc.
Charles River School (The)
Chinatrust Commercial Bank
Chris or Nancy Stovic
Christine Ip

Citadel Equity Fund, Ltd.
Citibank International Plc
Citigroup Global Market Limited
Coblentz, Patch, Duffy & Bass LLP
Collins Stewart (CI), Ltd.
Commonwealth Bank of Australia
Compass Bank
Concordia Mac 29, Ltd
Conduit Capital Markets, Ltd.
Consolidated Container Company LLC
Constellation Capital Management LLC
Core Laboratories, L.P.
Corporation Trust Company
Corus Bank, N.A.
Countrywide Home Loans
County of Westchester
Credit Suisse Loan Funding LLC
Credit Suisse Securities (USA) LLC
Cynthia Swabsin
DAB Bank AG
Delaware Port River Authority
Delek US Holdings, Inc.
Dell Global B.V.
Denver Public Schools Retirement System
Department of Labor and Industries
DEPFA Bank Plc
Deutsche Bank AG (London Branch)
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
Deutsche Pfandbriefbank AG
Deutsche Postbank AG
Deutscher Sparkassen Und Giroverband (The)
Diakon Lutheran Social Ministries
Division of Taxation for Corporation Tax
    (State of Rhode Island and Providence
    Plantations)
Don Engel
Don Wing Liang
Dow Jones & Company, Inc.
Dr. Monika Thuermer-Grant
Drawbridge Global Macro Commodities, Ltd.
Dresdner Kleinwort Group Holdings LLC
DuPont Capital Management
E*TRADE Bank
E. Schuddeboom
EAC Partners Master Fund, Ltd.
Easdaq N.V. (Artur Fischer)
Easton Investments II
ECP International, S.A.
EF Securities LLC
EFG Bank AG
Elizabeth Yee
Ellington Credit Fund, Ltd.
Ellington Mortgage Fund S/C, Ltd.

Ellington Mortgage Partners, L.P.
Ellington Special Opportunities, Ltd.
Elliot Management Corporation
EM Opportunities Bond Fund, Inc.
Empiricurve Fund Limited
EnBW Trading GmbH
Energy Income and Growth Fund
eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
Eric and Margaret Mace-Tessler
Espin & Alter LLP
Eurohypo AG, New York Branch
European Credit (Luxembourg) S.A.
European Credit Management Limited
Eurosai Finanziaria Partecipazioni S.r.l.
Evelyn Clair
Everest Capial Asia Fund, L.P.
Everest Capial Emerging Markets Fund, L.P.
Evergreen Core Bond Trust
Evergreen High Income Fund
Evergreen Income Advantage Fund
Evergreen Intermediate Bond Trust
Evergreen Investment Management Company
    LLC
Evergreen Long Duration Trust
Evergreen Multi-Sector Income Fund
Evergreen Select high Yield Bond Trust
Evergreen Solar, Inc.
EXCO Operating Company, L.P.
Export Development Canada
Fabio Castrovillari
Fabio Liotti
Factiva Limited
Fairway Fund Limited
FCDB LBU 2009 LLC
FCDB LBU LLC
Federal Home Loan Bank of New York
Federal National Mortgage Association
Fidelity Balanced Fund
Fidelity Capital Markets Services A-6
Field Point IV S.a.r.l.
Fifth Third Bank, N.A.
Finlandia Group Plc
Finmaser Diversifacin S.L.
Firma Modena Financing, S.A.
FirstBank Puerto Rico
FOLIOfn Investment, Inc.
Fondazione Cassa di Risparmio di Imola, c/o
    Sciume & Associati
Fondazione Cassa Risparmio della Spezia
Fondazione Enasarco
Fondo Pensione Per Il Personale Della Banca Di
    Roma
Forest Hills Trading, Ltd. c/o Curacao Int. Trust
FPB Bank, Inc.

FPCM Inflation-Linked Opportunities Fund
    Limited
Frederic Verhoeven, Trustee for Lehman
    Brothers Treasury Co. B.V.
Galileo Fund Limited
Galliard Capital Management
Gaselys
Genworth Life Insurance Company (f/k/a
    General Electric Capital Assurance
    Corporation)
Georg Degelmann
George E. Di Russo
GFA I LLC
GFI Securities, Ltd.
GHB Karnten AG
Gilmartin, Poster & Shafto LLP
Giorgio Marinelli
Glencore Commodities, Ltd.
Global Credit Hedge Fund
Global Opportunity Master Fund, Ltd.
GMAC Mortgage LLC
GoldenTree Master Fund II, Ltd.
GoldenTree Master Fund, Ltd.
Goldman Sachs (Asia) Finance
Goldman Sachs (Japan), Ltd.
Goldman Sachs Asset Management International
Goldman Sachs Asset Management, L.P.
Goldman Sachs Bank USA
Goldman Sachs International
Goldman Sachs International Bank, Seoul
    Branch
Goldman Sachs Japan Co., Ltd.
Goldman Sachs Lending Partners LLC
Good Steward Trading SPC
Gosford City Council
Grassi Marco
Greywolf Capital Management, L.P.
Groupama Asset Management
GS Investment Strategies LLC
GSW Grundbesitz GmbH & Co. KG
GTAM Fund I, Ltd.
Hain Capital Group LLC
Hakone Fund II
Harpen Immobilien GmbH
Hartfield Fund Limited
Hebron Academy Incorporated
Heike Goetz
Highland Capital Management, L.P.
Hillside Apex Fund Limited
Hodgson Russ LLP
Holger Jackisch
Holland & Knight LLP
Home Loan Mortgage Corporation
Horizon II International Limited

HSH Nordbank AG, Luxembourg Branch
Hua Nan International Balanced Fund
Humerick Environmental Constructions, Inc.
Hybrid Capital K.K.
Hypo Alpe-Adria Bank International AG
Ignis Asset Management
III Credit Bias Hub Fund, Ltd.
III Enhanced Credit Bias Hub Fund, Ltd.
III Finance, Ltd.
III Global, Ltd.
III Relative Value Credit Strategies Hub Fund,
    Ltd.
III Relative Value/Macro Hub Fund, Ltd.
III Select Credit Hub Fund, Ltd.
Indian Pacific, Ltd.
Institutional Benchmarck Series (Augustus Conv
    Arb.)
Institutional Benchmarck Series (Centaur Seg.
    Acct)
Institutional Benchmarck Series (Taks Seg Acct)
Institutional Benchmarck Series [Augustus
    Global]
International Bank for Reconstruction and
    Development
International Swaps and Derivatives Association,
    Inc.
Internationale Kapitalanlagegesellschaft GmbH
Intersil Europe S.a.r.L., Inc.
Intersil Holding GmbH
Intersil Investment Company
Intesa Sanpaolo S.p.A.
Inversiones Esser 2007 S.L.
Investec Capital Accumulator Trust Limited
Investec Funds Series IV - Capital Accumulator
    Fund
Investkredit AG
Ironbridge Aspen Collection LLC
Ironbridge Homes LLC
Ironbridge Mountain Cottages LLC
Ironbridge Poperty Owners Association
Jamie Desmond
Jarett Wait
Jason Siner
Jason Wallace
Jeanes Hospital
JMG Capital Partners, L.P.
JMG Triton Offshore Fund Limited
Johnson, Killen & Seiler
Jordan International Bank Plc
Josef Hoette
Juice Energy, Inc.
Julie Verstraete
Jurgen Lindermann
Jyske Bank A/S

K2 Diversified Portable Alpha Fund II, Ltd.
Kalaimoku-Kuhio Development Corporation
Kantatsu Co., Ltd.
Katten Muchin Rosenman LLP
Kensington International Limited
KeyBank National Association
KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
KFW Bankengruppe
King Street Capital , L.P.
King Street Capital Master Fund, Ltd.
Kle Euribor Prime
Knighthead Master Fund, L.P.
Kontrabecki Group Limited Partnership
Korea Development Bank
Kraus Partner Investment Solutions AG
Kroger Co. (The)
Lai-han Cheung
Landwirtschaftliche Rentenbank
Laplace Fund Equities Limited
Laurel Cove Development LLC
Lawrence & Carolyn Fogarazzo
LBBW Asset Management
Investmentgesellschaft MBH
Leveraged Loans Europe & Term Loans Europe
Levine Leichtman Capital Partners Deep Value
    Fund, L.P.
LibertyView Arbitrage Fund, L.P.
LibertyView Capital Management LLC
LibertyView Credit Opportunities Fund
LibertyView Credit Select Fund, L.P.
LibertyView Focus Fund, L.P.
LibertyView Funds, L.P.
Liquidity Solutions, Inc.
LM ISIS Opportunities Master Fund, Ltd.
Longacre Master Fund II, L.P.
Longacre Master Fund, Ltd.
Longacre Opportunity Fund, L.P.
Loretta Wan Ling Huo
Louise Nervo
Lovells LLP
Ludwig Merckle
Lusardi Construction Company
M&G Investment Management Limited
M&G Investment Management Limited
    (as Investment Advisor to Stitching Shell
    Pensioenfonds, M&G Secured Debt Fund
    Limited, M&G Dynamic European Loan
    Fund Limited, and The Prudential Assurance
    Company Limited)
Magnus Scaddan
Majestic Fund Limited
Manufacturers and Traders Trust Company
Marfin Popular Bank Public Company
Marie Hunter

Mark Glasser
Martha Chilton Mueller
Massdevelopment/Saltonstall Building Redevelopment Corporation
Matthew Hudson
Maureen Mason
Mediolanum Vita S.p.A.
Merrill Lynch Credit Products
Merrill Lynch Interntional
Merrill Lynch Japan Securities Co., Ltd.
MHB-Bank AG
Michael C. Frege
Michael Vana
Michigan Department of Treasury
Michigan State Housing Development Authority
MicroHedge LLC
Millenium Management LLC
Millenium USA, L.P.
Minnesota Masonic Home Care Center
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Mitsui-MOL
Mizuho Investors Securities Co., Ltd.
Mizuho Trust & Banking (Luxembourg S.A.)
Mok, Ping Yu Francis
Morgan Stanley & Co. International Plc
Morgan Stanley Senior Funding, Inc.
Mount Kellett Master Fund II, L.P.
Multi Asset Platform Master Fund SPC
Municipal Electric Authority of Georgia
National Agricultural Cooperative Federation
National Bank of Fujairah PSC
National Power Corporation
New York Institute of Finance, Inc.
New York State Common Retirement Fund
Newport Global Credit Fund (Master), L.P.
Newport Global Opportunities Fund, L.P.
Nextera Energy Power Marketing LLP f/k/a FPL Energy Power Marketing, Inc.
Niederosterreich-Mitte
Nomura Capital Markets Plc
Nomura International Plc
Norma Delepine
NorthStar Real Estate Securities Opportunity Master Fund, L.P.
NYFIX, Inc.
Oaktree Capital Management, L.P.
Oaktree High Yield Plus Fund, L.P.
Oaktree Huntington Investment Fund, L.P.
Oaktree Opportunities Fund VIII Delaware, L.P.
OCM Opportunities Fund VII Delaware, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
ONEOK Energy Services Company, L.P.
Onex Debt Opportunity Fund, Ltd.

Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading LLC)
Optim Energy, LLC (f/k/a/ Energy Co. LLC)
Orrick, Herrington & Sutcliffe LLP
Pablo Serratosa Lujan
Palmyra Capital Fund, L.P.
Palmyra Capital Institutional Fund, L.P.
Palmyra Capital Offshore Fund, L.P.
Panagiota Manatakis
Partnership Life Assurance Company, Ltd.
Patricia O'Reilly
PB Capital Corporation
Pennsylvania Public School Employees' Retirement System
PEP Credit Investor, L.P.
Perella Weinberg Partners, L.P.
Perry Partners International, Inc.
Perry Partners, L.P.
Phoenix Life Limited
PIMCO Real Return Fund
Pioneer Europe Mac 70, Ltd
Polaris Software Lab Limited
Popolare Vita S.p.A.
Popular Gestion S.G.I.I.C., S.A.
Popular High Grand Fixed Income Fund, Inc.
Power Sector Assets & Liabilities Management Corporation
PRGS 1407 BWAY LLC
Pricewaterhouse Coopers AC, Zurich
Primeshares
Programma Dinamico S.p.A.
Providence TMT Special Situations Fund, L.P.
Public Bank Berhad
Public Employees' Retirement Association of Colorado
Public Service Company of Colorado
Public Utility District No. 1 of Chelan County, WA
Punjab National Bank (International) Limited
Putnam Investments LLC
Quadrifoglio Vita S.p.A.
Quantitative Enhanced Decisions Master Fund
Quinlan Private European Strategic Property Fund
R3 Capital Partners Master, L.P.
Randolph H. Emerson
Raymond F. Kravis Center for Performing Arts (The)
Relative European Value S.A.
Reserve Management Company, Inc.
Resrv Partners, Inc.
Retirement Housing Foundation
Richard Clair
Right Management, Inc.

Robert A. Schoellhorn Trust
Robert Franz
Rock Creek Group LP, as Asset Manager
Roger B. Nagioff
Roger Leveille
Rogge Global Partners Plc (on behalf of its
    customers)
Ronald P. Zemenak
Ross Financial Company
Rothorn Fund Limited (f/k/a Man Mac Rothorn
    6A, Ltd.)
RWE Supply & Trading GmbH
Sally-Anne E. Osborne
Salzburg Munchen Bank
San Diego-Frazee LLC
Sarasin Investmentfonds AG
Satterlee Stephens Burke & Burke LLP
Saverio Panerai
Seattle Pacific University
Seneca Center
Serengeti Overseas, Ltd.
Serengeti Partners, L.P.
Serengeti Rapax MM, L.P.
Shiga Bank, Ltd. (The)
Shin Kong Life Insurance Company, Ltd.
Short Credit Master Fund, L.P.
Simeon Moreno
Slim Baccar
Smolansky Fund Limited
Solent Credit Opportunities Master Fund
Southeastern Golf, Inc.
Southern Community Bank and Trust
Southern Community Financial Corporation
Sparda-Bank Hessen eG
Sparebank 1 SR-Bank
Sparkasse Heidelberg
Sparkasse Saarbruecken
SPCP Group LLC (agent for Silver Point Capital
    Fund, L.P. and Silver Point Capital
    Offshore Fund, Ltd.)
Spring Solutions, Inc.
Springfield Associates LLC
Sprint Solutions, Inc.
SR GGI Master MA, Ltd.
SR Latigo Master MA, Ltd.
Stagg, Terenz, Confusione & Wabnik LLP
Standard Bank Plc
Standard Chartered Bank (Hong Kong) Limited
State Bank of Long Island
State of Arizona ex rel Arizona State Treasurer
Stephen L. Hopkins
Steptoe & Johnson LLP
Steven G. Holder Living Trust
Steven Mehos

Stone Lion Portfolio, L.P.
Strategic Value Master Fund, Ltd.
Strook & Stroock & Lavan LLP
SunCal Debtors
Suncor Energy Marketing, Inc.
SunGard Assent LLC
SunGard Data Reference Solutions LLC
SunGard Kiodex, Inc.
Sunrise Partners Limited Partnership
Sutherland Asbill & Brennan
Systema Vita Compagnia di Assicurizioni S.p.A.
Szeto Ting Hoi
T. Boone Pickens
Ta Chong Finance (Hong Kong) Limited
Taconic Capital Partners 1.5, L.P.
Taconic Market Dislocation Fund II, L.P.
Taconic Opportunity Fund, L.P.
Taifook Securities Company Limited
Taishin International Bank
TAM YIN MUI
Tata Communications Services (America), Inc.
    f/k/a VSNL America, Inc.
Teachers' Retirement System of the State of
    Illinois
Temple Health System Transport Team, Inc.
Temple Physicians, Inc.
Temple University Health Systems, Inc.
Tennenbaum Multi Strategy Master Fund
Tensor Opportunity Limited
Tetra Tech, Inc.
The Arizona Department of Revenue
The Iyo Bank, Ltd.
The Primary Fund of the Reserve Fund
The Related Companies
The Reserve International Liquidity Fund
The Reserve Yield Plus Fund
The Seaport Group LLC
Thompson Investment Management, Inc.
Tiffany & Co.
Tishman Speyer Real Estate Venture VII, L.P.
Tobacco Settlement Financing Corporation
Tom Wolf
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners, L.P.
Treasurer of Douglas County, Colorado
Treasurer of Garfield County, Colorado (The)
TRG Global Opportunity Master Fund, Ltd.
TRG Local Currency Opportunity Master Fund,
    Ltd.
TriOptima AB
Tudor Global Emerging Markets Portfolio, L.P.
Turnberry Leveraged Credit Master, L.P.
U.S. Bank National Association
UBS AG

Union Investment Privatfonds GmbH
US Bus Pension Scheme
Uwe Schirrmeister
Varde Investment Partners, L.P.
Versorgungswerk der Apothekerkammer
    Nordrheim
Victoria Reinsurance Company, Ltd.
Viktoiaplatz
Virtual Expo
Volksbank Aichfeld-Murboden
Volksbank Bad Goisern
Volksbank Enns-St. Valentin
Volksbank Feldkirchen
Volksbank Gmuend
Volksbank Graz-Bruck
Volksbank Obersdorf-Wolkersdorf-Dt
Volksbank Oetscherland
Volksbank Osttirol
Volksbank Ried im Innkreis
Volksbank Schaerding
Volksbank Slovenia
Volksbank Tullnerfeld eG
Volksbank Voklabruck-Bmunden e.Gen
VR-LIW GmbH on behalf of Deutsche
    Apotheker
Wagram
Water Pollution Control Authority for the City of
    Bridgeport
Watersone Market Neutral Mac 51, Ltd.
WCG Master Fund
Western Asset UK GBP Credit Plus Bond Fund
Western Digital Corporation
Westernbank Puerto Rico
WH 2005 / NIAM III East Holding OY
Whitworth College, d/b/a Whitworth University
William Kuntz, III
Wingecarribee Shire Council
Xicor LLC
Yang Wei Ying
ZAIS Opportunity Master Fund, Ltd.
Zais Scepticus Fund I, Ltd.
Zwinger Opco 6 BV

## Principal Investments

AlixPartners
Applebees
ASA McJunkin Red Man Corporation
    (f/k/a McJunkin Corporation)
Greenbrier Petroleum Corporation
Hilton Hotels Corporation n/k/a Hilton
    Worldwide, Inc.
Labarge Pipe & Steel Company
LBPS Holding Company

LIM
McJunkin – Puerto Rico Corporation
McJunkin – West Africa Corporation
McJunkin Nigeria Limited
McJunkin Red Man Development Corporation
    (f/k/a McJunkin Development Corporation)
MEG Energy Corporation
Midway-Tristate Corporation
Milton Oil & Gas Company
MRC Management Company (f/k/a MRM West
    Virginia Management Company)
MRM Oklahoma Management LLC
Oceana
Pinnacle Entertainment Corporation
Red Man Pipe & Supply Company
Regents
Ruffner Realty Company
SBS
Sheridan Healthcare
Universal Pegusus
Veyance
Voss of Norway
Vought
Wesco Acquisition Partners, Inc.
Yankee Candle

## Professionals Retained by the Company

Anthony J. Napolitano & Associates
Balcomb & Green, P.C.
Bickerton Lee Dang & Sullivan LLP
Bih Li & Lee
BLP Abogados
BlueGate Partners LLC
Bonchonsky & Zaino LLP
Bonelli Erede Pappalardo
Broad & Cassel
Chun Rair & Yoshimoto LLP
Clyde Click
David Marks QC
Dickstein Shapiro LLP
DTZ Rockwood LLC
Epiq
Herzfeld & Rubin, P.C.
Hoegen & Associates, P.C.
Hunt Leibert Jacobson, P.C.
International Legal Counselors Thailand, Ltd.
Jackson Lewis LLP
Jeffery Peter Onions QC
Jenner & Block LLP
Juris Law Offices
Kelly Matthew Wright
Krebsbach & Snyder, P.C.
Lombardo Dufresne

Mandel, Katz & Brosnan LLP
Mannheimer Swartling AdvokatbyråAb
Mayo Crowe LLC
Mazars LLP
McCann FitzGerald Solicitors
McDermott Will & Emery LLP
Merra & Kanakis, P.C.
Mourant de Feu & Jeune
Natixis Capital Markets
Pachulski Stang Ziehl & Jones LLP
PetroVal, Inc.
Richard Sheldon QC
Salvadore Auctions & Appraisals, Inc.
Snyder Valuation
Sutherland Asbill & Brennan LLP
The Madden Law Firm
Travers Smith LLP
Valentine S. Grimes & Co.
Wachtel & Masyr LLP
Watson, Farley & Williams (Thailand) Limited
Wilmer Cutler Pickering Hale & Dorr LLP
Worldwide Trade Partners
Wynn & Wynn, P.C.

## Litigation Claimants

American Family Life Assurance Company Of
    Columbus
Aurora Bank FSB f/k/a Lehman Brothers Bank
    FSB
Bank of America Trust and Banking Corporation
    (Cayman) Limited
FCCD Limited
Harrier Finance Limited
Metropolitan West Low Duration Bond Fund
Nomura Global Financial Products, Inc.
Olivia Bam
PNC Bank, National Association
Prudential Global Funding LLC
Rathgar Capital Corporation
Woodlands Commercial Bank f/k/a Lehman
    Brothers Commercial Bank

## Committee Members

### Current

Elliot Management Corporation

### Former

Aegon USA Investment Management

# EXHIBIT B

## SECOND SUPPLEMENTAL DISCLOSURE

## LEHMAN BROTHERS HOLDINGS, INC., ET AL.

### SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
### OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
### UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **NEW PARTIES IN INTEREST**[1] | | |
| ACE American Insurance Company | Potential Party in Interest | • ACE American Insurance Company is a stockholder of current client *International Automotive Components Group LLC*. |
| AG Financial Products, Inc. | Potential Party in Interest | • AG Financial Products, Inc. is the sister company of former client Assured Guaranty Corporation (closed 2009); and<br>• Affiliate company ACE American Insurance Company is a stockholder of current client *International Automotive Components Group LLC*. |
| Aladdin Relative Value Credit Master Fund Limited | Potential Party in Interest | • Parent company Aladdin Capital Management UK LLP is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br>• Affiliate company *Aladdin Capital LLC* is a current client. |
| AlixPartners | Principal Investment | • Parent company *Hellman & Friedman LLC* is a current client. |
| American Express Travel Related Services Company, Inc. | Potential Party in Interest | • Affiliate company *American Express Bank* is a current client. |

---

[1]    The names of current clients of Jones Day appear in bold and italics.  The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system.  Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Applebee's | Principal Investment | • Related entity **Board of Directors of Dineequity, Inc.** is a current client and a co-client with an individual who is a related party and a current Jones Day client (opened 2010). |
| Aristeia International, Ltd.; and Aristeia Master, L.P. | Potential Parties in Interest | • To the extent it is related to the named parties in interest, a company named **Aristeia Capital LLC** is a current client. |
| Arthur T. Bent c/o Reserve Management Company | Potential Party in Interest | • Reserve Management Company is a former client (closed 2008). |
| Aviva Assicurazioni S.p.A.; Aviva Investors North America, Inc. Aviva Italia Holding S.p.A.; Aviva Italia S.p.A.; Aviva Life S.p.A.; Aviva Previdenza S.p.A.; and Aviva S.p.A. | Potential Parties in Interest | • Affiliate companies **Aviva Investors Global Services Limited** and **Norwich Union Life & Pensions Limited (NULAP)** are current clients;<br><br>• Affiliate company Aviva Life and Annuity Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Hibernian Life & Pension Limited is a former client (closed 2009).<br><br>• *See also* entry below for new party Victoria Reinsurance Co., Ltd. regarding related disclosure. |
| Aviva Vita S.p.A. | Potential Party in Interest | • Affiliate company UBI Banca has an ownership interest in current client **S.A.C.B.O. S.p.A.**; and<br><br>• Affiliate company **Banco Di Bresica San Paolo CAB Societa Per Azioni** is a co-client in a current matter for current client **Unicredit Banca S.p.A.**<br><br>• *See also* entries below for Banca Fineco S.p.A., **BNP Paribas S.p.A.**, **Intesa Sanpaolo S.p.A.**, Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |

- B2 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Banc of America Securities LLC<br><br>Bank of America Trust and Banking Corporation (Cayman) Limited | Potential Party in Interest<br><br>Litigation Claimant | • Bank of America Securities LLC is: (a) a stockholder of current client *International Automotive Components Group LLC*; and (b) along with affiliate company and current client *Merrill Lynch International*, a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*;<br><br>• Parent company *Bank of America Corporation* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2009); (c) a stockholder of former client Giant Industries, Inc. (closed 2009); and (d) a member of former client Murray Energy Ad Hoc Committee (closed 2009);<br><br>• Affiliate companies *DSP Merrill Lynch Limited*, *Merrill Lynch Asia Pacific, Ltd.* and *Merrill Lynch Europe Plc* are current clients;<br><br>• Affiliate company *Merrill Lynch & Co.* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; and (c) the employer of four individuals who are former Jones Day clients (all closed 2008);<br><br>• Affiliate company Merrill, Lynch, Fenner & Smith is the employer of two individuals who are current Jones Day clients;<br><br>• Affiliate company Merrill Lynch Credit Products LLC is a member of former client Bi-Lo Ad Hoc Committee (closed 2010); and<br><br>• Several Merrill Lynch Funds and Portfolios are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*.<br><br>• *See also* entry below for new parties Countrywide Home Loans, Inc.; *Merrill Lynch & Co.*; Merrill Lynch Credit Products; *Merrill Lynch International*; and Merrill Lynch Japan Securities Co., Ltd. regarding related disclosure. |
| Banco Banif, S.A. | Potential Party in Interest | • Parent company *Banco Santander, S.A.* and affiliate company *Banco Espanol de Credito (Banesto)* are current clients;<br><br>• Affiliate company Abbey National Treasury is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; |

- B3 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Vista Desarrollo, S.A. is a stockholder of current client ***Adherbal Global, S.L.***; |
| | | • Affiliate company Banco Santander de Negocios, S.A. is: (a) a stockholder of current client ***Vista Capital de Expansion, S.A., S.G.E.C.R.***; and (b) a shareholder of former client Vista Compania de Inversion, S.A. (closed 2009); |
| | | • Affiliate company Sistema 4B S.A. is a joint venture participant with current client ***ACI Worldwide, Inc.***; and |
| | | • Affiliate company Interbanca S.p.A. is a former client (closed 2009). |
| ***Banco Bilbao Vizcaya Argentaria, S.A.*** | Potential Party in Interest | • ***Banco Bilbao Vizcaya Argentaria, S.A.*** is: (a) a current client; (b) a shareholder of current client ***Citic International Financial Holdings Limited***; and (c) the parent company of current client ***Compass Bank***. |
| Banco Inversis, S.A. | Potential Party in Interest | • Affiliate companies ***Caja Madrid*** and ***Realia Business*** are current clients. |
| ***Banco Popular Espanol, S.A.*** | Potential Party in Interest | • ***Banco Popular Espanol, S.A.*** and affiliate company ***Banco de Galicia, S.A.*** are current clients. |
| Banco Populare Societa Coopertiva | Potential Party in Interest | • Affiliate company ***Aletti Gestielle Alternative S.G.R. S.p.A.*** is a current client. |
| Barclays Bank Plc | Potential Party in Interest | • *See* entry below for affiliate company ***Barclays Capital Inc*** regarding related disclosure. |
| Barclays Global Investors, N.A. | Potential Party in Interest | • Barclays Global Investors, N.A. is: (a) a major interest equity holder of current client ***Georgia Gulf Corporation***;  (b) along with affiliate company Barclays Global Fund Advisors, a joint venture participant with current client ***Axcelis Technologies, Inc.***; and (c) along with affiliate company Barclays Global Investors Limited, was among the top 25 shareholders of General Motors Corporation (n/k/a current client ***Motors Liquidation Company***) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.  In addition, ***General Motors Company***, the purchaser of assets from ***Motors Liquidation Company***, is a current client; and |

- B4 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Parent company Blackrock, Inc. is a member of current clients *Ad Hoc Committee of Noteholders of Chemtura Corporation*, *Ad Hoc Committee of Lenders to Euramax* and *Bondholders Committee of Mandra Forestry Finance Limited*.<br>• *See also* entry below for new party R3 Capital Partners Master, L.P. and entry below for affiliate companies Barclays Global Fund Advisors, and entry below for affiliate company Blackrock Financial Management, Inc. regarding related disclosure. |
| *Baxter International, Inc.* | Potential Party in Interest | • *Baxter International, Inc.* is a current client. |
| Blue Chip Multi-Strategy Master Fund, L.P. | Potential Party in Interest | • To the extent it is related to the named party in interest, a company named *Blue Chip Venture Company* is: (a) a current client; and (b) a stockholder of current client *ShareThis, Inc.*; and<br>• To the extent it is related to the named party in interest, a company named Blue Chip IV Limited Partnership is a stockholder of former client Renal Solutions, Inc. (closed 2008). |
| BlueGate Partners LLC | Debtors' Professional | • BlueGate Partners LLC is a partner of current client *Atlantic Capital Real Estate Fund, L.P.* |
| *BMO Nesbitt Burns, Inc.* | Potential Party in Interest | • *BMO Nesbitt Burns, Inc.* and affiliate company *BMO Capital Markets* are current clients; and<br>• Affiliate company Harris N.A. is a former client (closed 2009). |
| BP Capital Energy Equity Fund, L.P.;<br>BP Capital Energy Equity Fund Master II, L.P.;<br>BP Capital Energy Equity International Holdings I; and<br>BP Capital Energy Fund, L.P. | Potential Parties in Interest | • Parent company BP Plc and affiliate company BP Exploration Alaska are former clients (both closed 2008); and<br>• Affiliated company *TNK-BP* is a current client. |
| Bunge, S.A. | Potential Party in Interest | • Parent company *Bunge Limited* and affiliate company *Bunge North America, Inc.* (f/k/a Bunge Corporation) are current clients;<br>• Affiliate company Bunge N.A. Holdings, Inc. is a participant in a joint venture that formed current client *DDO Processing LLC*; and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Bunge Agribusiness Australia Pty Limited is a former client (closed 2009). |
| Carlyle Loan Investment, Ltd. | Potential Party in Interest | • Carlyle Loan Investment, Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Centerbridge Special Credit Partners, L.P. | Potential Party in Interest | • Affiliated company Centerbridge Partners, L.P. is a former client (closed 2008). |
| Chinatrust Commercial Bank | Potential Party in Interest | • Chinatrust Commercial Bank is a former client (closed 2008); and<br><br>• Parent company Chinatrust Financial Holding Co., Ltd. is the former employer of an individual who is a current Jones Day client (opened 2009). |
| Citadel Equity Fund, Ltd. | Potential Party in Interest | • Citadel Equity Fund, Ltd. is a member of former client Bi-Lo Ad Hoc Committee (closed 2010). |
| Citibank International Plc; and *Citigroup Global Markets Limited* | Potential Parties in Interest | • *Citigroup Global Markets Limited* is a current client.<br><br>• *See also* entries below for Citibank, N.A.; Citibank, N.A. Hong Kong Branch; and Caisse de Depot et Placement Du Quebec regarding related disclosure. |
| *Collins Stewart (CI) Ltd.* | Potential Party in Interest | • *Collins Stewart (CI) Ltd.* and affiliate company *Collins Stewart LLC* are current clients. |
| *Commonwealth Bank of Australia* | Potential Party in Interest | • *Commonwealth Bank of Australia* is a current client; and<br><br>• Related entity Commonwealth Bank of Australia – Executive Committee is a former client (closed 2008). |
| *Compass Bank* | Potential Party in Interest | • *Compass Bank* and its parent company, *Banco Bilbao Vizcaya Argentaria*, are current clients. |
| Concordia Mac29, Ltd. | Potential Party in Interest | • Concordia Mac29, Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Conduit Capital Markets, Ltd. | Potential Party in Interest | • Affiliate company *Absolute Invoice Finance Limited* is a current client. |

- B6 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Consolidated Container Company LLC | Potential Party in Interest | • Affiliate company **Reid México, S.A. de C.V.** is a current client. |
| **Core Laboratories, Inc.** | Potential Party in Interest | • **Core Laboratories, Inc.** is a current client. |
| Corus Bank, N.A. | Potential Party in Interest | • Corus Bank, N.A. is: (a) a former client; and (b) an affiliated entity of former client Corus Construction Venture LLC. |
| Countrywide Home Loans, Inc. | Potential Party in Interest | • Parent company **Bank of America Corporation** is a current client.<br><br>• *See also* entry above for new parties Banc of America Securities LLC; Bank of America Trust and Banking Corporation (Cayman) Limited; and entries below for new parties **Merrill Lynch & Co.** Merrill Lynch Credit Products LLC; **Merrill Lynch International**; and Merrill Lynch Japan Securities Co., Ltd. regarding related disclosure. |
| Credit Suisse Loan Funding LLC; and Credit Suisse Securities (USA) LLC | Potential Parties in Interest | • Credit Suisse Securities (USA) LLC was among the largest shareholders of General Motors Corporation (n/k/a current client **Motors Liquidation Company**) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, **General Motors Company**, the purchaser of assets from **Motors Liquidation Company**, is a current client.<br><br>• *See also* entry below for affiliate company **Credit Suisse** regarding related disclosure. |
| Dell Global B.V. | Potential Party in Interest | • Parent company **Dell, Inc.** is a current client. |

- B7 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Deutsche Bank AG (London Branch); Deutsche Bank National Trust Company; and Deutsche Bank Trust Company Americas | Potential Parties in Interest | • Deutsche Bank AG (London Branch) is: (a) a former client (closed 2009); (b) along with affiliate companies DB Structured Products, Inc. and Deutsche Bank AG Cayman Islands, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (c) a minority interest owner of current client *Deutsche Software Limited*;<br><br>• Parent company Deutsche Bank AG is: (a) a former client (closed 2009); (b) a stockholder of current client *Mesa Air Group, Inc.*; and (c) the parent company of Pyramid Ventures, an interest owner of former client Geobiotics LLC (closed 2009);<br><br>• Affiliate company Deutsche Bank is the employer of an individual who is a current Jones Day client;<br><br>• Affiliate company Deutsche Bank Securities is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*;<br><br>• Affiliate company *Deutsche Bank AG New York* is a current client; and<br><br>• Affiliate companies Deutsche Equities India Pvt. Ltd. (closed 2008); Deutsche Bank Trust Company Americas, Deutsche Bank AG Hong Kong Branch, DB Trustees (Hong Kong) Limited, Deutsche Bank AG, Taipei Branch and Deutsche Bank International (Asia) Limited (all closed 2009); and Ald Autoleasing D GmbH (closed 2010) are former clients. |
| *DEPFA Bank Plc*; and *Deutsche Pfandbriefbank AG* | Potential Parties in Interest | • *DEPFA Bank Plc* and *Deutsche Pfandbriefbank AG* are sister companies and current clients;<br><br>• Affiliate company Schenker is the employer of two individuals who are current Jones Day clients (opened 2008 and 2009, respectively);<br><br>• Affiliate company *GSF – Forschungszentrum Fuer Umwelt Und Gesundhe* is a current client; and<br><br>• Affiliate company DEPFA Bank Europe Plc is a former client (closed 2008). |
| Deutsche Postbank AG; and PB Capital Corporation | Potential Parties in Interest | • Deutsche Postbank AG (closed 2010) and parent company Deutsche Post AG (closed 2009) are former clients. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| The Deutscher Sparkassen und Giroverband | Potential Party in Interest | • Affiliate company **Landesbank Berlin AG** is a co-client in a current matter with current client **Allied Irish Banks Plc**. |
| **Dickstein Shapiro LLP** | Debtors' Professional | • **Dickstein Shapiro LLP** is a current client. |
| Dow Jones & Company, Inc. | Potential Party in Interest | • Parent company **News Corporation** is: (a) a current client; and (b) a stockholder of current client **Phoenix Satellite Television Holdings Ltd.**; and<br><br>• Affiliate companies **Dow Jones (Japan) K.K.**, **NYP Holdings, Inc.** (d/b/a The New York Post), **Twentieth Century Fox Home Entertainment LLC**, **Star Group Limited** and **Satellite Television Asian Region Limited** are current clients. |
| Drawbridge Global Macro Commodities, Ltd. | Potential Party in Interest | • Parent company Fortress Investment Group LLC is: (a) a former client (closed 2009); (b) a member of current client **Ad Hoc Committee of Lyondell Bridge Noteholders**; and (c) the ultimate parent company of Florida East Coast Railway, a company affiliated with an individual who is a current Jones Day client (opened 2009); and<br><br>• Affiliate company **Drawbridge Special Opportunities Advisors LLC** is a current client.<br><br>• *See also* entries below for parent company Fortress Investment Group LLC and Lyondell; Lyondellbasell Industries and Newpage Corporation regarding related disclosure. |
| Dresdner Kleinwort Group Holdings LLC | Potential Party in Interest | • Affiliate companies **Dresdner Kleinwort Limited** and **Eurohypo AG** are current clients; and<br><br>• Parent company CommerzBank AG is a member of current client **Ad Hoc Committee of Alcontrol PIK Lenders**.<br><br>• *See also* entry below for Eurohypo AG, New York Branch regarding related disclosure. |
| E*TRADE Bank | Potential Party in Interest | • Affiliate company E*Trade Securities Limited is a former client (closed 2009). |
| Ellington Credit Fund, Ltd.; Ellington Mortgage Fund S/C, Ltd.; Ellington Mortgage Partners, L.P.; and Ellington Special Opportunities, Ltd. | Potential Parties in Interest | • Affiliate company Ellington Investment Pte., Ltd. is a major stockholder of current client **Citic Resources Holdings, Ltd.** |

- B9 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Elliot Management Corporation | Current Creditors' Committee Member | • Affiliate company **Elliott Advisors (Asia) Limited** is a current client. |
| EnBW Trading GmbH | Potential Party in Interest | • Affiliate company EnBW Regional AG is a stockholder of current client **EFR Europäische Funk-Rundsteurung GmbH**; and<br><br>• Parent company Energie Baden-Wurttemberg AG (EnBW) has an ownership interest in current client **EDF (Electricité de France)**. |
| **Eni S.p.A.** (f/k/a Societa Finanziaria Eni S.p.A.) | Potential Party in Interest | • **Eni S.p.A.** and affiliate company **Nefto Agip S.R.L.** are current clients. |
| European Credit (Luxembourg) S.A.; and European Credit Management Limited | Potential Parties in Interest | • Affiliate companies **Wells Fargo Bank, National Association**, **Wells Fargo Foothill, Inc.**, **Wachovia Bank, N.A.**, **Wachovia Bank, National Association**, **Wachovia Bank As Executor**, **Wachovia Bank As Trustee, Wachovia Corporate Services, Inc.** and **Wachovia Capital Markets** are current clients; and<br><br>• Affiliate company Wachovia Securities is a limited partner of Chipwill LLC, the parent company of current client **KW Investment K.K.** |
| Eurohypo AG, New York Branch | Potential Party in Interest | • Parent company **Eurohypo AG** is a current client.<br><br>• *See also* entry above for Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |
| Everest Capital Asia Fund, L.P.; and Everest Capital Emerging Markets Fund, L.P. | Potential Parties in Interest | • Affiliate company Everest Capital Limited is a former client (closed 2009). |
| Export Development Canada | Potential Party in Interest | • Governing authority, the Government of Canada, is a stockholder of current client **Chrysler Group LLC**. |
| Field Point IV S.a.r.L. | Potential Party in Interest | • Field Point IV S.a.r.L. is affiliated with current client **Strategic Value Partners LLC**. |
| Fidelity Balanced Fund; and Fidelity Capital Markets Services A-6 | Potential Parties in Interest | • Related entity Fidelity Summer Street Trust is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| **Fifth Third Bank, N.A.** | Potential Party in Interest | • **Fifth Third Bank, N.A.** is a current client. |

- B10 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fondo Pensione Per Il Personale Della Banca Di Roma | Potential Party in Interest | • To the extent it is related to the named party in interest, the Banca De Roma, New York Branch is a former client (closed 2008). |
| Gaselys | Potential Party in Interest | • Parent company **GDF Suez** is a current client; <br><br> • Former parent company Gaz de France; and affiliate companies Suez Energy International, Ineo and Elyo are former clients (all closed 2008). |
| Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation) | Potential Party in Interest | • Affiliate company Genworth Mortgage Insurance Corporation is a former client (closed 2009); and <br><br> • Affiliate company Genworth Life and Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| GoldenTree Master Fund, Ltd.; and GoldenTree Master Fund II, Ltd. | Potential Parties in Interest | • GoldenTree Master Fund, Ltd. and GoldenTree Master Fund II, Ltd., as well as several other GoldenTree entities are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Goldman Sachs (Asia) Finance; Goldman Sachs (Japan) Ltd.; Goldman Sachs Asset Management International; Goldman Sachs Asset Management, L.P.; Goldman Sachs Bank USA; **Goldman Sachs International**; Goldman Sachs International Bank, Seoul Branch; Goldman Sachs Japan Co., Ltd.; Goldman Sachs Lending Partners LLC | Potential Parties in Interest | • **Goldman Sachs International** is a current client. <br><br> • *See also* entry below for Goldman Sachs Credit Partners, L.P. regarding related disclosure. |
| **Greywolf Capital Management, L.P.** | Potential Party in Interest | • **Greywolf Capital Management, L.P.** is: (a) a current client; (b) a member of current client **Service Net Solutions Ad Hoc Committee**; and (c) a member of former client Murray Energy Ad Hoc Committee (closed 2009). |
| **Highland Capital Management, L.P.** | Potential Party in Interest | • **Highland Capital Management, L.P.** is: (a) a current client; and (b) a member of current clients **Ad Hoc Committee of Lenders to Building Material Corporation** and **Ad Hoc Committee of Lenders to Euramax**; and |

- B11 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliated entities Highland Credit and Restoration Funding and First Trust/Highland Capital Floating Rate Fund are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| *Hilton Hotels Corporation* (n/k/a *Hilton Worldwide, Inc.*) | Principal Investment | • *Hilton Hotels Corporation* (n/k/a *Hilton Worldwide, Inc.* is: (a) a current client; and (b) the former parent company of former client Las Vegas (Hilton) Corporation (closed 2008); and<br><br>• Parent company *The Blackstone Group* is a current client.<br><br>• See also entry below for parent company *The Blackstone Group, L.P.*; and affiliate company Blackstone Capital Partners V, L.P. regarding related disclosure. |
| HSH Nordbank AG, Luxembourg Branch | Potential Party in Interest | • Parent company *HSH Nordbank, AG* is a current client. |
| Hypo Alpe-Adria Bank International AG | Potential Party in Interest | • Austrian state-controlled affiliated entity *Verbund* is a current client. |
| Ignis Asset Management, Ltd. | Potential Party in Interest | • Parent company *Pearl Group Limited* and ultimate parent company *Sun Capital Partners, Inc.* are current clients.<br><br>• *See also* entry below for new party Phoenix Life Limited regarding related disclosure. |
| Intersil Europe S.a.r.L., Inc.; Intersil Holding GmbH; and Intersil Investment Company | Potential Parties in Interest | • Parent company *Intersil Corporation* is a current client. |
| *Intesa Sanpaolo S.p.A.* | Potential Party in Interest | • *Intesa Sanpaolo S.p.A.* is a current client; and<br><br>• Affiliate company *Banca Intesa Mediocredito S.p.A.* is a co-client in a current matter for current client *Unicredit Banca S.p.A.*<br><br>• *See also* entry above for new party Aviva Vita S.p.A.; and entries below for Banca Fineco S.p.A., *BNP Paribas*, Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |

- B12 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Investec Capital Accumulator Trust Limited; and Investec Funds Series IV – Capital Accumulator Fund | Potential Parties in Interest | • Affiliated companies Investec Growth & Acquisition Finance and Investec Bank (UK) Limited are former clients (both closed 2010). |
| K2 Diversified Portable Alpha Fund II, Ltd. | Potential Party in Interest | • To the extent it is related to the named party in interest, a company named K2 Principal Fund, L.P. is a member of current client *Energy Partners Ad Hoc Committee*. |
| KeyBank, National Association | Potential Party in Interest | • Parent company *Keycorp* and affiliated company *Key Principal Partners Corporation* are current clients. |
| KFW Bankengruppe; KfW (a/k/a Kreditanstalt fuer Wiederaufbau) | Potential Parties in Interest | • KFW Bankengruppe is the parent company of KfW (a/k/a Kreditanstalt fuer Wiederaufbau); and<br>• KfW (a/k/a Kreditanstalt fuer Wiederaufbau) is the employer of an individual who is a current Jones Day client (opened 2008). |
| King Street Capital, L.P.; and King Street Capital Master Fund, Ltd. | Potential Party in Interest | • Parent company King Street Capital Management LLC is a member of current clients *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* and *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*; and<br>• Affiliate company *King Street (Europe) LLP* is a current client. |
| Korea Development Bank | Potential Party in Interest | • Affiliate company *Korea Development Bank (KDB) Venture M&A Private Equity* is a current client and co-client with current client *KIP-SNP Taiwan Holdings Co., Ltd.* |
| *The Kroger Company* | Potential Party in Interest | • *The Kroger Company* and affiliate company *Ralphs Grocery Company* are current clients. |
| Liberty View Arbitrage Fund, L.P.; Liberty View Capital Management LLC; Liberty View Credit Opportunities Fund; Liberty View Credit Select Fund, L.P.; Liberty View Focus Fund, L.P.; Liberty View Funds, L.P. | Potential Parties in Interest | • Liberty View Funds, L.P. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P.* |
| LIM (name given) | Principal Investment | • To the extent that it is related to the named party in interest, a company named LaSalle Investment Management K.K. (LIM) is a subsidiary of current client *Jones Lang* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | *LaSalle K.K.* |
| Longacre Master Fund, Ltd.; and Longacre Master Fund II, L.P. | Potential Parties in Interest | • Longacre Master Fund, Ltd. is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) along with affiliate company Longacre Capital Partners, L.P., a stockholder of current client *International Automotive Components Group LLC*; and<br><br>• Affiliate company Longacre Fund Management LLC is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*. |
| *M&G Investment Management Limited*; and<br><br>*M&G Investment Management Limited*<br>(as Investment Advisor to Stichting Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited and The Prudential Assurance Company Limited) | Potential Parties in Interest | • *M&G Investment Management Limited* is a current client;<br><br>• Affiliate company *Prudential Property Investment Management (Singapore) Private Limited* is a current client;<br><br>• Affiliate company Jackson National Life Insurance is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) along with affiliate companies Prudential Annuities Limited and Prudential Retirement Income Limited, a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Prudential Asset Management (Singapore) Limited is a former client (closed 2009). |
| Manufacturers and Traders Trust Company | Potential Party in Interest | • Manufacturers and Traders Trust Company is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Merrill Lynch Credit Products LLC;<br>*Merrill Lynch International*; and<br>Merrill Lynch Japan Securities Co., Ltd. | Potential Parties in Interest | • Merrill Lynch Credit Products LLC is a member of former client Bi-Lo Ad Hoc Committee (closed 2010);<br><br>• Affiliate company *Merrill Lynch International* is: (a) a current client; and (b) a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*; and<br><br>• Parent company *Bank of America Corporation* is: (a) a current client; (b) the employer of an individual who is a current |

- B14 -

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | Jones Day client (opened 2009); and (c) a stockholder of former client Giant Industries, Inc. (closed 2009). |
| | | • *See also* entries above for new parties Banc of America Securities LLC; Bank of America Trust and Banking Corporation (Cayman) Limited; and Countrywide Home Loans, Inc. regarding related disclosure. |
| Michigan Department of the Treasury | Potential Party in Interest | • The State Treasurer of the State of Michigan is a stockholder of current client ***Magnequench International, Inc.*** |
| Mizuho Investors Securities Co., Ltd.; and Mizuho Trust & Banking (Luxembourg S.A.) | Potential Parties in Interest | • Affiliate companies ***Mizuho Corporate Bank, Ltd.***, ***Structured Credit America, Ltd.***; and ***Apposite Capital LLP*** and co-client ***Mizuho Securities Co., Ltd.*** are current clients; and |
| | | • Affiliate company Mizuho Securities USA, Inc. is a former client (closed 2008). |
| ***Morgan Stanley & Co. International Ltd.***; and Morgan Stanley Senior Funding, Inc. | Potential Parties in Interest | • ***Morgan Stanley & Co. International Ltd.*** and affiliate companies ***Morgan Stanley International***, ***Morgan Stanley Realty, Inc.***, ***Morgan Stanley RE Fund II***, ***Morgan Stanley Real Estate Fund III***, ***Morgan Stanley Real Estate Fund IV***, ***Morgan Stanley Real Estate Fund V***, ***Morgan Stanley Real Estate Fund VI***, ***Morgan Stanley Real Estate Fund VII***, ***JM Morgan Stanley Private Ltd.***, ***Morgan Stanley Dean Witter Asia (Taiwan) Limited*** and ***Morgan Stanley Real Estate Special Situations Fund*** are current clients; |
| | | • Parent company Morgan Stanley is the employer of an individual who is a current Jones Day client (opened 2009); |
| | | • Affiliate company ***Morgan Stanley & Co.*** is: (a) a current client; (b) a co-client with current client ***CS First Boston, Inc.***; (c) a member of former client Education Finance Partners, Inc. (closed 2010); (d) along with affiliated entities Morgan Stanley Prime Income Trust and Morgan Stanley Emerging Markets, Inc., a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P.***, ***Committee Chair***; and (e) among the largest shareholders of General Motors Corporation (n/k/a current client ***Motors Liquidation*** |

- B15 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | *Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.  In addition, **General Motors Company**, the purchaser of assets from **Motors Liquidation Company**, is a current client;<br><br>• Affiliated entity Morgan Stanley Fixed Income Fund is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**;<br><br>• Affiliate company Morgan Stanley Dean Witter is a member of current client **Pace Investment Group**; and<br><br>• Affiliate company MS Real Estate Fund, Inc. is a former client (closed 2009). |
| Mount Kellett Master Fund II, L.P. | Potential Party in Interest | • Affiliated company **Mount Kellett Capital Management, L.P.** is a current client. |
| Mourant Ltd. (f/k/a Mourant du Feu & Jeune) | Debtors' Professional | • Mourant Ltd. (f/k/a Mourant du Feu & Jeune) is a former client (closed 2008); and<br><br>• Affiliate company Mourant & Co. Trustees Limited is a partner of former client Whitgift Shopping Centre Partnership (closed 2008). |
| Natixis Capital Markets | Debtors' Professional | • Natixis Capital Markets is a former client (closed 2010).<br><br>• *See also* entry below for Natixis Asset Management Advisors, et al. regarding related disclosure. |
| New York State Common Retirement Fund | Potential Party in Interest | • The New York State Common Retirement Fund was among the top 25 largest shareholders of General Motors Corporation (n/k/a current client **Motors Liquidation Company**) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.  In addition, **General Motors Company**, the purchaser of assets from **Motors Liquidation Company**, is a current client. |
| Nomura Capital Markets Plc; and Nomura International Plc<br><br>Nomura Global Financial Products, Inc. | Potential Parties in Interest<br><br><br>Litigation Claimant | • Nomura International Plc is a former client (closed 2010);<br><br>• Parent company Nomura Holdings, Inc. is the parent of the former employer of an individual who is a current Jones Day client (opened 2009); |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies *Nomura International (Hong Kong) Limited*, *Nomura Real Estate Investment Management Co., Ltd.* and *Nomura Bank of Switzerland Ltd.* are current clients; <br><br> • Affiliated entity Nomura Bond & Loan Fund is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and <br><br> • Affiliate company Nomura Financial Partners, Inc. is a majority stockholder of former client Mitsui Life Insurance Company Limited (closed 2010). |
| Oaktree Capital Management, L.P.; <br> Oaktree High Yield Plus Fund, L.P.; <br> Oaktree Huntington Investment Fund, L.P.; <br> Oaktree Opportunities Fund VIII Delaware, L.P. | Potential Parties in Interest | • Oaktree Capital Management, L.P. is a member of current client *Ad Hoc Committee of Noteholders of Station Casinos*; <br><br> • Affiliate company *OCM Luxembourg EPOF II S.a.r.L.* is a current client; and <br><br> • Affiliate companies Oaktree Capital (Hong Kong) Limited (closed 2008) and Pangaea Capital Management (Singapore) Pte, Ltd. (closed 2009) are former clients. <br><br> • *See* entry below for OCM Opportunities Funds VII and VIIb Delaware, L.P. regarding related disclosure. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| OCM Opportunities Fund VII Delaware, L.P.; and OCM Opportunities Fund VIIb Delaware, L.P. | Potential Parties in Interest | • Parent company Oaktree Capital Management, L.P. is a member of current client *Ad Hoc Committee of Noteholders of Station Casinos*; <br><br>• Affiliated entity *OCM Luxembourg EPOF II S.a.r.L.* is a current client; <br><br>• Affiliate company OCM Holdings LLC is affiliated with an individual who is a current Jones Day client; <br><br>• Affiliated entity OCM Opportunities Fund II, L.P. is a stockholder of current client *Doskocil Manufacturing Company, Inc.*; and <br><br>• Affiliated entities OCM Principal Opportunities Fund IIIA, Ltd., OCM Principal Opportunities Fund IIIGP, Ltd. and OCM Principal Opportunities Fund III, Ltd. are stockholders of former client Interep National Radio Sales, Inc. (closed 2009). <br><br>• *See* entry above for parent company Oaktree Capital Management, L.P., et al. and entry below for new parties SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. Silver Point Capital Offshore Fund, Ltd. and UBS AG; and entries below for Alliance Bernstein, et al., and UBS Financial Services, Inc., et al. regarding related disclosure. |
| Partnership Life Assurance Co., Ltd. | Potential Party in Interest | • Parent company Cinven Group Limited is the ultimate parent company of current clients *Foseco Metallurgical, Inc.*, *Chem-Trend, Incorporated* and *Partnerships in Care Limited.* |
| Perella Weinberg Partners, L.P. | Potential Party in Interest | • Perella Weinberg Partners, L.P. is: (a) a former client (closed 2009); and (b) the employer of an individual who is a former Jones Day client (closed 2009). |
| Phoenix Life Limited | Potential Party in Interest | • Parent company *Pearl Group Limited* and ultimate parent company *Sun Capital Partners, Inc.* are current clients; and <br><br>• Affiliate company *Pearl Assurance Plc* is a co-client in a current matter with current client *Allied Irish Banks Plc*. <br><br>• *See also* entry above for new party Ignis Asset Management Ltd. regarding related disclosure. |

- B18 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| PIMCO Real Return Fund | Potential Party in Interest | • Pacific Investment Management Company (PIMCO) is a member of current client **Ad Hoc Committee of Bentley School Bondholders**; and<br><br>• Related funds PIMCO Corporate Income Fund and PIMCO High Yield Fund are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**.<br><br>• *See also* entries below for Alliance Berstein, L.P., et al., parent company Allianz S.E. and affiliated companies Allianz Life Insurance Company of North America; The Bank of New York (n/k/a The Bank of New York Mellon) et al.; Dresdner Bank AG; Dresdner Kleinwort Group Holdings and the newly affiliated CommerzBank AG and related entities, who are also interested parties in these chapter 11 cases; Franklin Advisors, Inc., et al.; and affiliate companies Pacific Investment Management LLC; PIMCO Advisors, L.P.; and PIMCO Funds Global Investors Series Public Limited Company regarding related disclosure. |
| Pinnacle Entertainment Corporation | Principal Investment | • Two individuals as joint administrators of Pinnacle Entertainment Limited are current Jones Day clients (opened 2009). |
| **PNC Bank, National Association** | Litigation Claimant | • **PNC Bank, National Association**, the successor in interest to former client National City Bank, N.A. (closed 2009), is: (a) a current client, co-client and co-trustee with two individuals who are current Jones Day co-clients and co-trustees (all opened 2008); (b) the employer of an individual who is a current Jones Day client; (c) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and (d) a member of current client **Allegheny Health Education Research Foundation (AHERF) Creditors' Committee**; and<br><br>• Parent company **PNC Financial Services Group**, the successor in interest to former client National City Corporation (closed 2009), and related entity **Administrative Committee of PNC Financial Services Group** are current clients. |
| **Polaris Software Lab Limited** | Potential Party in Interest | • **Polaris Software Lab Limited** is a current client. |

- B19 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Popular Gestion S.G.I.I.C., S.A. | Potential Party in Interest | • Parent company **Banco Popular Espanol, S.A.** and affiliate company **Banco de Galicia, S.A.** are current clients. |
| ***Public Employees' Retirement Association of Colorado*** | Potential Party in Interest | • ***Public Employees' Retirement Association of Colorado*** is a current client. |
| Public Service Company of Colorado | Potential Party of Interest | • Parent company **Xcel Energy, Inc.** is a current client. |
| Punjab National Bank (International) Limited | Potential Party in Interest | • Governing authority, the Government of India, is: (a) a stockholder in current client **Container Corporation of India Limited**; and (b) a stockholder of State Bank of India, the parent company of current client **SBI Capital Markets Limited**. |
| R3 Capital Partners Master, L.P. | Potential Party in Interest | • Parent company **BlackRock Investment Management LLC** is a current client; and<br>• Affiliated entity R3/BlackRock, Inc. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**.<br>• *See also* entry above for new parties Barclays Global Investors, N.A.; and parent company Blackrock, Inc.; and entries below for; Barclays Global Fund Advisors and Blackrock Financial Management, Inc. regarding related disclosure. |
| ***The Related Companies*** | Potential Party in Interest | • ***The Related Companies*** is a current client. |
| Reserve Management Company, Inc. | Potential Party in Interest | • Parent company Reserve Management Corporation is a former client (closed 2008). |
| Retirement Housing Foundation | Potential Party in Interest | • Retirement Housing Foundation is a former client (closed 2009). |
| Right Management, Inc. | Potential Party in Interest | • Parent company **Manpower, Inc.** is a current client. |
| Rogge Global Partners Plc (on behalf of its customers) | Potential Party in Interest | • Parent company Old Mutual Plc holds an ownership interest in current client **Heitman LLC**; and<br>• Affiliate company **Skandia Operadora de Fondos, S.A. de C.V., Sociedad Operadora de Sociedades de Inversión** is a current client. |

- B20 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| RWE Supply & Trading GmbH | Potential Party in Interest | • Affiliate companies *Illinois-American Water*, *American Water Works, Inc.* and *Greater Gabbard Offshore Winds Limited* are current clients; and<br><br>• Affiliate company American Water Enterprises Group is a former client (closed 2010). |
| Sarasin Investmentfonds AG | Potential Party in Interest | • Affiliate company *Rabobank* is a current client. |
| SBS (name given) | Principal Investment | • To the extent it is related to the named party in interest, a company named SBS Holdings B.V. is a stockholder of current client *DEB Espana Higiene, S.L.* |
| SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | Potential Parties in Interest | • SPCP Group LLC is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliated company Silver Point Capital Management LLC is a former client (closed 2008); and<br><br>• Affiliated companies Silver Point Capital, L.P. and Silver Point Capital Advisors LLC are stockholders of former client Interep National Radio Sales, Inc. (closed 2009).<br><br>• *See also* entry above for new party OCM Opportunities Fund VII and VIIb Delaware, L.P.; and entry below for new party UBS AG; and entries below for Alliance Bernstein, et al., and UBS Financial Services, Inc., et al. regarding related disclosure. |
| Sprint Solutions, Inc. | Potential Party in Interest | • Parent company *Sprint Nextel Corporation* and affiliate company *NII Holdings, Inc.* are current clients; and<br><br>• Affiliate company Nextel Partners, Inc. is a former client (closed 2008). |
| *Standard Bank Plc* | Potential Party in Interest | • *Standard Bank Plc* is: (a) a current client; and (b) a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications;* and<br><br>• Affiliate company *Standard Bank Asia Limited* is a current client. |
| Standard Chartered Bank (Hong Kong) Limited | Potential Party in Interest | • Affiliate company *Standard Chartered Bank* is a current client. |

- B21 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Strategic Value Master Fund, Ltd. | Potential Party in Interest | • Parent company **Strategic Value Partners LLC** is a current client. |
| SunCal Debtors | Potential Party in Interest | • SunCal or SunCal Companies is also known as current client **SCD Holdings Corporation**. |
| SunGard Assent LLC; SunGard Asset Management Systems LLC; SunGard Data Reference Solutions LLC; and SunGard Kiodex, Inc. | Potential Parties in Interest | • Affiliate company **SunGard Availability Services (DR) Limited** is a current client. |
| Taconic Capital Partners 1.5, L.P.; Taconic Market Dislocation Fund II, L.P.; and Taconic Opportunity Fund, L.P. | Potential Parties in Interest | • Affiliate company Taconic Capital Advisors LLC is a former client (closed 2008). |
| Tiffany & Company | Potential Party in Interest | • Affiliate company **Tiffany & Co. K.K.** is a current client. |
| Tishman Speyer Real Estate Venture VII, L.P. | Potential Party in Interest | • Affiliated entity **TST George V S.a.r.L.** is a current client.<br>• *See also* entry below for 125 High Street, L.P. regarding related disclosure. |
| UBS AG | Potential Party in Interest | • Affiliate companies **UBS Investment Bank** and **UBS Warburg** are current clients;<br>• Affiliate company UBS Painewebber is a member of current client **Former Shareholders of Viking Group, Inc.**;<br>• Affiliate company UBS Financial Services, Inc. is: (a) the employer of an individual who is a former Jones Day client (closed 2008); and (b) the former employer of an individual who is a former Jones Day client (closed 2009);<br>• Affiliate company UBS Global Asset Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and<br>• Affiliate companies UBS Securities LLC and UBS Willow Fund LLC are stockholders of current client **International Automotive Components Group LLC**.<br>• *See also* entries above for new parties OCM Opportunities Fund VII and VIIb Delaware, L.P. and SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.; and entries below for Alliance Bernstein, et al., and UBS Financial Services, Inc., et al. regarding related disclosure. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Union Investment Privatfonds GmbH | Potential Party in Interest | • Union Investment Privatfonds GmbH is a sister company of current client **Union Asset Management Holding AG**; and<br>• Parent company DZ Bank AG Deutsche Zentral-Genossenschaft is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| ***U.S. Bank, National Association*** | Potential Party in Interest | • ***U.S. Bank, National Association*** is: (a) a current client; and (b) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; |
| Värde Investment Partners, L.P. | Potential Party in Interest | • Affiliate company **Värde Management, L.P.** is a current client; and<br>• Affiliate company Värde Partners, Inc. is an investor in current client **International Coal Group, Inc.** |
| Veyance (name given) | Principal Investment | • To the extent it is related to the named party in interest, a company named Veyance Technologies, Inc. is a subsidiary of current client **The Carlyle Group**.<br>• *See* entry below for ARINC Incorporated regarding potential related disclosure. |
| Victoria Reinsurance Co., Ltd. | Potential Party in Interest | • Affiliate companies **Aviva Investors Global Services Limited** and **Norwich Union Life & Pensions Limited (NULAP)** are current clients.<br>• *See also* entry above for new parties Aviva Assicurazioni S.p.A., et al. regarding related disclosure. |
| Watson, Farley & Williams (Thailand) Ltd. | Debtors' Professional | • **Watson, Farley & Williams** is a current client. |
| Western Asset UK GBP Credit Plus Bond Fund | Potential Party in Interest | • To the extent it is related to the named party in interest, a company named Western Asset Management Company is a member of current client **Ad Hoc Committee of Noteholders of Station Casinos**. |
| ***Western Digital Corporation*** | Potential Party in Interest | • **Western Digital Corporation** is a current client. |

- B23 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **UPDATES TO PRIOR DISCLOSURE** | | |
| 125 High Street, L.P. (a trade style for Tishman Speyer Archstone-Smith Sausalito Mezzanine II Group LLC)<br><br>Tishman Speyer Properties, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company *TST George V S.a.r.L.* is a current client. | Significant Landlord<br><br><br><br>Potential Party in Interest | • Affiliate company Tishman Speyer Development Company was a participant in a former joint venture (closed 2008) with current client *Sitq, Inc.*<br><br>• *See also* entry above for new party Tishman Speyer Real Estate Venture VII, L.P. regarding related disclosure. |
| AIG Annuity Insurance; and<br>American Life Insurance Company<br><br>AIG CDS, Inc.;<br>AIG Financial Products Corporation;<br>AIG Global Investment Corporation;<br>American International Group, Inc. (AIG);<br>IGI Resources;<br>Illinois National Insurance and<br>International Lease Finance Corporation<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>*PRIOR DISCLOSURE:*<br><br>• National Union Fire Insurance Company of Pittsburgh, PA is a stockholder of current client *International Automotive Components Group LLC*;<br><br>• Parent company American International Group, Inc. (AIG) is the parent of Sun America, the employer of an individual who is a current Jones Day client;<br><br>• Affiliate companies AIG Retirement Services and SunAmerica Life are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company AIG Life Insurance Company is a participant in a joint venture with former client Carter & Associates LLC (closed 2008);<br><br>• Affiliate company *A. I. Credit Consumer Discount Company* is a current client; | Bondholders<br><br><br>Potential Parties in Interest<br><br><br><br><br><br><br>Significant Landlord | • Agimarques Troyes S.a.r.L., an entity affiliated with affiliate companies AIG Global Real Estate Investment Corporation and AIG European Real Estate Partners, is now a former client (closed 2010). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company AIG Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate companies AIG Global Real Estate Investment Corporation and AIG European Real Estate Partners are affiliated with current client *Agimarques Troyes S.A.R.L.*; and<br><br>• Affiliate companies AIG Global Investment Group and AIG Private Bank, Ltd. (both closed 2007); and AIG Consumer Finance Group (closed 2008) are former clients. | | |
| Alliance Bernstein, L.P.<br><br><br>AXA and related parties (name given)<br><br>AXA Equitable Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• AXA is a stockholder of current client ***Borders Group, Inc.***;<br><br>• Affiliate companies AXA Service AG and AXA Colonia Lebensverisicherung AG (both closed 2007) are former clients;<br><br>• Affiliated entity Bernstein Global Wealth Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and<br><br>• Affiliate company Alliance Capital Management, L.P. is a stockholder of former client WHX Corporation (closed 2009). | Member of Ad Hoc or Unofficial Creditors' Committee<br><br><br>Significant Shareholder<br><br><br>Bondholder | • Affiliate company AllianceBernstein Holding is a member of new client ***Ad Hoc Committee of Bentley School Bondholders*** (opened 2010); and<br><br>• Affiliate company AXA Private Equity is an affiliated entity of new client ***Unipex Solutions Canada*** (opened 2010).<br><br>• *See also* entries above for new parties OCM Opportunities Fund VII and VIIb Delaware, L.P., PIMCO Real Return Fund, SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. and UBS AG; and entries below for Allianz S.E.; Allianz Life Insurance Company of North America, The Bank of New York (n/k/a The Bank of New York Mellon), et al., Franklin Advisors, Inc., et al., Pacific Investment Management LLC, et al. and UBS Financial Services, Inc., et al. regarding related disclosure. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Allianz S.E<br><br>Allianz Life Insurance Company of North America<br><br>*PRIOR DISCLOSURE:*<br>• Affiliate company **Dresdner Bank AG** is a current client;<br>• Affiliate company Fireman's Fund Insurance Company is a shareholder of current client **Magnequench International, Inc.**;<br>• Related entities PIMCO Corporate Income Fund and PIMCO High Yield Fund are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br>• Affiliate company AGF Private Equity is a stockholder of current client **Integragen**; and<br>• Affiliate companies Allianz Capital Partners (closed 2008) and Dresdner Bank AG (closed 2009) are former clients. | Potential Party in Interest<br><br>Bondholder | • Affiliate company Pacific Investment Management Company (PIMCO) is a member of new client **Ad Hoc Committee of Bentley School Bondholders**.<br>• *See also* entry above for new party PIMCO Real Return Fund; and for Alliance Bernstein, L.P., et al., and entries below for The Bank of New York (n/k/a The Bank of New York Mellon), et al., for affiliate companies Dresdner Bank AG; Dresdner Kleinwort Group Holdings and the newly affiliated CommerzBank AG and related entities, who are also interested parties in these chapter 11 cases; for Franklin Advisors, Inc., et al. and affiliate companies Pacific Investment Management LLC; PIMCO Advisors, L.P.; and PIMCO Funds Global Investors Series Public Limited Co. regarding related disclosure. |
| **American Electric Power Company**<br>*PRIOR DISCLOSURE:*<br>• **American Electric Power Company** is a current client. | Potential Party in Interest | • Jones Day inadvertently omitted from its prior disclosure that affiliate company Power Service Company of Oklahoma is a former client (closed 2008). |
| American National Insurance Company, Inc.<br>*PRIOR DISCLOSURE:*<br>• To the extent it is the named party in interest, a company named American National Insurance Corporation was a named Debtor and/or Nondebtor Affiliate in the chapter 11 cases for former client Laidlaw International, Inc. (closed 2007), in which Jones Day was Debtors' Counsel; and<br>• Affiliate company **American National Life Insurance Company** is a current client. | Potential Party in Interest | • American National Life Insurance Company, Inc. is now a former client (closed 2010). |

- B26 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ANZ Banking Group Limited, a/k/a *Australia and New Zealand Banking Group Limited*<br><br>ANZ Securities, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ANZ Banking Group Limited (a/k/a Australia and New Zealand Banking Group Limited) is: (a) a former client (closed 2009); and (b) the parent company of ANZ Securities, Inc. | Largest Unsecured Creditors Other Than Bondholders<br><br><br>Potential Party in Interest | • *Australia and New Zealand Banking Group Limited* (a/k/a ANZ Banking Group Limited) is a new client (re-opened 2010). |
| ARINC Incorporated<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *The Carlyle Group* and affiliate companies *4 Gas B.V.* and *ARINC Asia Pacific Division* are current clients;<br><br>• Affiliate company Carlyle Venture Partners III, L.P. is a stockholder of current client *RMI Acquisition Company, Inc.*;<br><br>• Affiliate companies Carlyle High Yield Partners, L.P. Carlyle High Yield Partners II, Ltd., Carlyle High Yield Partners III, Ltd., Carlyle High Yield Partners IV Ltd., and Carlyle Loan Investment Ltd. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate companies Carlyle Europe Venture Partners L.P. (closed 2008); and Allison Transmission (closed 2009) are former clients. | Potential Party in Interest | • Affiliate company Cerep USA S.a.r.L. (a/k/a Carlyle Europe Real Estate Partners) is a stockholder and a joint venture partner of new client *UK Students JV S.a.r.L* (opened 2010); and<br><br>• Affiliate company *Multiplan, Inc.* is a new client (opened 2010).<br><br>• *See also* entry above for new party Veyance (name given) regarding potential related disclosure. |
| Assicurazioni Generali SpA<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company *Generali Immobilier Gestion* is a current client. | Potential Party in Interest | • Affiliate company *Canadian Medical Network, Inc.* is a new client (opened 2010). |

- B27 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***AT&T, Inc.***<br><br>AT&T Services, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***AT&T, Inc.*** is: (a) a current client; (b) the parent company of AT&T Services, Inc.; (c) affiliated with an individual who is a former Jones Day client (closed 2008); and (d) the employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Affiliate companies ***AT&T California***, ***AT&T Mobility LLC*** (f/k/a Cingular Wireless LLC), and ***Sterling Commerce, Inc.*** are current clients;<br><br>• Affiliated entity AT&T Pension Trust is a partner in current client ***Morgan Stanley RE Fund II***;<br><br>• Affiliated entity AT&T Master Pension Trust is a limited partner in former client MS Real Estate Fund, Inc. (closed 2009); and<br><br>• Affiliate company Ameritech Publishing, Inc. is a former client (closed 2009). | Utility Provider<br><br>Potential Party in Interest | • Affiliate company AT&T Comcast Corporation is now known as new client ***Comcast Corporation*** (opened 2010). |
| BAE Systems Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***BAE Systems Plc (British Aerospace)*** is: (a) a current client; and (b) the former employer of an individual who is a former Jones Day client (closed 2009); and<br><br>• Affiliate companies ***Safariland LLC*** (d/b/a ***Armor Holdings Products LLC***) and ***Bianchi International*** are current clients. | Potential Party in Interest | • The individual disclosed in Jones Day's prior disclosure as a former client and former employee of parent company and current client ***BAE Systems Plc*** is a current Jones Day client (opened 2009). |
| Banca Fineco S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Unicredito Italiano is a former client (closed 2009);<br><br>• Affiliate company ***Bayerische Hypo-Und Vereinsbank AG*** is: (a) a current client; and (b) a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; and | Other Interested Party | • In its prior disclosure, Jones Day inadvertently described former client Unicredito Italiano S.p.A. (closed 2009) as an affiliate company instead of the parent company of Banca Fineco S.p.A.; and<br><br>• Affiliate company Bayerische Hypo-Und Vereinsbank AG is now known as current client ***Unicredit Bank AG***. |

- B28 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate companies *Unicredit Banca S.p.A.* and *DAB Bank AG* are current clients. | | • *See also* entries above for new parties Aviva Vita S.p.A. and *Intesa Sanpaolo S.p.A.*; and entries below for *BNP Paribas*; Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |
| The Bank of New York (n/k/a *The Bank of New York Mellon*)<br><br>Bank of New York Trust Co., N.A.;<br>BNY Capital Markets LLC; and<br>BNY Corporate Trustee Services, Ltd.<br><br>*PRIOR DISCLOSURE:*<br>• *The Bank of New York Mellon* is: (a) a current client; and (b) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*;<br><br>• Parent company and current client *Mellon Financial Corporation* is the parent company of both *The Bank of New York Mellon* and BNY Corporate Trustee Services, Ltd.;<br><br>• Affiliate companies Mellon Capital Management Corporation and BNY Mellon Wealth Management were among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and interested parties in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Affiliate company Alcentra is affiliated with current client *Ad Hoc Committee of Autodis Mezzanine* Bondholders; and<br><br>• Affiliate company *Fursa Alternative Strategies LLC* (f/k/a Mellon HBV Alternative Strategies LLC) is a current client. | Largest Unsecured Creditors Other Than Bondholders<br><br>Potential Parties in Interest | • Affiliate company Standish Mellon Asset Management Company is a member of new client *Ad Hoc Committee of Bentley School Bondholders* (opened 2010); and<br><br>• General Motors Corporation, among whose largest former shareholders were affiliate companies Mellon Capital Management Corporation and BNY Mellon Wealth Management, is now known as *Motors Liquidation Company*. In addition, *General Motors Company*, the purchaser of assets of *Motors Liquidation Company*, is also a current client.<br><br>• *See also* entry above for new party PIMCO Real Return Fund; and entries above for Alliance Bernstein, L.P., et al. and Allianz S.E.; Allianz Life Insurance Company of North America; and entries below for Franklin Advisors, Inc., et al. and Pacific Investment Management LLC, et al. regarding related disclosure. |
| *Barclays Capital Inc.*<br><br>*PRIOR DISCLOSURE:*<br>• Affiliate company Barclays Bank Plc is a former client (closed 2009);<br><br>• Affiliate company *Barclays Bank S.A.E.* has been represented in two matters, one of which has closed and one of which has | Potential Party in Interest | • *Barclays Capital Inc.* is a new client (opened 2010); and<br><br>• *See also* entry above for new party Barclays Bank Plc regarding related disclosure. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| not proceeded since July 2008;<br><br>• Affiliate company Barclays Private Equity France SA is the parent of current client ***Compagnie de Fives-Lille***;<br><br>• Affiliate company Barclays Unquoted Investments is a stockholder of current client ***Enigma Holidays Limited***;<br><br>• Affiliate company Barclays Capital Real Estate is a joint venture participant with current client ***Westbrook Real Estate Fund VI***;<br><br>• Affiliate company Barclays Global Investors UK Holdings Limited is a major equity stockholder of current client ***Borders Group, Inc.***;<br><br>• Affiliate company Barclays Global Investors, N.A. (California) has a major equity interest in current client ***Georgia Gulf Corporation***;<br><br>• Affiliate companies Barclays Global Investors Limited and Barclays Global Investors, N.A. were among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and interested parties in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Affiliate companies Barclays Global Investors, N.A. and Barclays Global Fund Advisors are joint venture participants with current client ***Axcelis Technologies, Inc.***; and<br><br>• Affiliate company Barclays Global Investors, N.A. is a stockholder of current client ***FLYi, Inc.*** | | |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Blackrock Financial Management, Inc.<br><br>Barclays Global Fund Advisors<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Blackrock Investment Management LLC*** and ***Blackrock Realty Advisors, Inc.*** are current clients; and<br><br>• Parent company Blackrock, Inc. is a member of current clients ***Ad Hoc Committee of Lenders to Euramax, Ad Hoc Committee of Geo Specialty Chemicals, Inc.*** and ***Bondholders Committee of Mandra Forestry Finance Limited***;<br><br>• Several Blackrock income trusts and funds are members of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliate company R3/Blackrock, Inc. is a member of current client ***Ad Hoc Committee of Noteholders of Chemtura Corporation***;<br><br>• Affiliated entity Blackrock Fund is a participant in a joint venture with current client ***Westbrook Real Estate Fund VIII, L.P.***; and<br><br>• Affiliate company Blackrock Alternative Advisors is a former client (closed 2009). | Potential Parties in Interest | • Affiliate company Blackrock Kelso Capital Corporation is an equity security holder of the debtors and an interested party in the now closed Penton Business Media, Inc., *et al.* chapter 11 cases in which Jones Day had been retained as debtors' counsel.<br><br>• General Motors Corporation, among whose largest former shareholders were affiliate companies Barclays Global Investors Limited and Barclays Global Investors, N.A. is now known as current client Motors Liquidation Company.  In addition, General Motors Company, the purchaser of assets of Motors Liquidation Company, is also a current client.<br><br>• *See also* entry above for new party Barclays Global Investors, N.A regarding related disclosure. |
| ***The Blackstone Group, L.P.***; and<br>Blackstone Capital Partners V, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The Blackstone Group, L.P.*** is: (a) a current client; (b) the parent company of Blackstone Capital Partners V, L.P.; (c) a stockholder of current client ***Healthmarkets, Inc.***; (d) an affiliated entity of current client ***WHM LLC***; (e) the parent company of current clients ***Travelport, Inc.*** and ***Catalent Pharma Solutions, Inc.***; and (f) a joint venture participant with current client ***Koch Industries, Inc.***;<br><br>• Affiliate company LQ Management LLC is a former client (closed 2008); and<br><br>• Affiliate company Blackport Capital Fund, Ltd. is a member of former client Ad Hoc Committee of Bondholders of | Potential Parties in Interest | • Affiliate company ***DJO, Inc.*** is a new client (opened 2010);<br><br>• Jones Day inadvertently omitted from its prior disclosure that affiliate company ***Hilton Hotels Corporation*** (n/k/a ***Hilton Worldwide, Inc.***) is a current client; and<br><br>• Affiliate company Catalent Pharma Solutions, Inc. is now a former client (closed 2010).<br><br>• *See also* entry above for affiliate company and new party ***Hilton Hotels Corporation*** (n/k/a ***Hilton Worldwide, Inc.***) regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Caraustar Industries, Inc. (closed 2009). | | |
| **BNP Paribas**<br><br>*PRIOR DISCLOSURE:*<br><br>• **BNP Paribas** is: (a) a current client; and (b) a stockholder of former client HQ Global Holdings, Inc. (closed 2007);<br><br>• Affiliate company **BNP Paribas Personal Finance Belgium S.A.** (f/k/a Cetelem Belgium S.A.) is a current client;<br><br>• Affiliate company BNP Paribas Securities Corporation is the employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively); and<br><br>• Affiliate company BNP Paribas Assurance (d/b/a Cardif S.A.) is a participant in a joint venture with current client **General Electric Co., Inc.** | Largest Unsecured Creditors Other Than Bondholders | • Affiliate company **Banca Nazionale Del Lavoro S.p.A.** is a co-client in a new matter (opened 2009) with current client **Unicredit Banca S.p.A.**.<br><br>• *See also* entries above for new parties Aviva Vita S.p.A. and **Intesa Sanpaolo S.p.A.**; and entry above for Banca Fineco, S.p.A.; and entries below for Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |
| Building Materials – Wells; and Building Materials Holding Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Building Materials Corporation of America** is a current client; and<br><br>• Related entity **Ad Hoc Committee of Lenders to Building Materials Corporation** is a current client. | Potential Parties in Interest | • Related entity Ad Hoc Committee of Lenders to Building Materials Corporation is now a former client (closed 2010). |
| Caisse de Depot et Placement Du Quebec<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Sitq, Inc.** is a current client. | Potential Party in Interest | • Caisse de Depot et Placement Du Quebec is a joint venture participant with WRRH Investment, L.P., the parent company of new client **Red Roof Inns, Inc.** (opened 2010).<br><br>• *See also* entry above for new parties Citibank International Plc; and **Citigroup Global Markets Limited**; and entry below for Citibank, N.A.; Citibank N.A., Hong Kong Branch regarding related disclosure. |

- B32 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Capmark Financial Group, Inc.** (f/k/a GMAC Commercial Mortgage Corporation)<br><br>*PRIOR DISCLOSURE:*<br><br>• **Capmark Financial Group, Inc.** is a current client;<br><br>• As of June 30, 2009 new co-parent company GMACCH Investor LLC, an investor entity owned by affiliates of Five Mile Capital Partners, current client **Goldman Sachs & Co.**, current client **Kohlberg Kravis Roberts & Co.** and Dune Capital Management, L.P., held a 75.4% ownership interest and co-parent company GMAC Mortgage Group LLC held a 21.3% ownership interest in **Capmark Financial Group, Inc.** (f/k/a GMAC Commercial Mortgage Corporation); and<br><br>• New affiliated company Dune Capital Management, L.P. is: (a) the parent of current client **Dune Real Estate Fund, L.P.**; and (b) affiliated with current client **Meadowlands Xanadu**. | Potential Party in Interest | • As of December 2009, current client **Capmark Financial Group, Inc.** (f/k/a GMAC Commercial Mortgage Corporation) became an indirect subsidiary of GMAC LLC, which is now known as Ally Financial, Inc.<br><br>• *See also* entries below for GMAC LLC (n/k/a Ally Financial, Inc.); GMAC Residential Capital; GMAC IM; KKR Private Equity Investors, L.P. and Newpage Corporation regarding related disclosure. |
| Chevron Natural Gas<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Chevron Corporation** is: (a) a current client; and (b) a stockholder of former client Star Petroleum Refining Company (closed 2009);<br><br>• Affiliate companies, **Chevron Phillips Chemical Company L.P.** and **Chevron Global Energy, Inc.** are current clients;<br><br>• Affiliate company and current client **Chevron Phillips Chemical Company L.P.** is a participant in a new joint venture (opened 2008) with current client **The Dow Chemical Company**;<br><br>• Affiliate company Chevron Texaco is a participant in a joint venture with current client **Energy Conversion Devices, Inc.**;<br><br>• Affiliate company ChevronTexaco Global Power Generation is affiliated with former client Tri Energy Company Limited (closed 2009); | Potential Party in Interest | • Affiliate company Chevron Phillips Chemical Company, L.P. is now a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| • Affiliate company Chevron Singapore Pte Ltd. is a stockholder of former client Singapore Refining Company Private Limited (closed 2009);<br><br>• Affiliate company Chevron USA is affiliated with former client Cabinda Gulf Oil Company, Ltd. (closed 2009); and<br><br>• Affiliate company Chevron Lubricants India Pte. Ltd. is a former client (closed 2009). | | |
| Chuo Mitsui Trust and Banking Co., Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Chuo Mitsui Trust and Banking Co., Ltd. is: (a) a former client (closed 2007); and (b) is a majority stockholder of current client **Mitsui Life Insurance Company Limited**. | Potential Party in Interest | • Mitsui Life Insurance Company Limited, a company of which Chuo Mitsui Trust and Banking Co., Ltd. is a majority stockholder, is now a former client (closed 2010). |
| CIT Group Master<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **CIT Developments Limited**, **CIT Europe Limited**, **CIT Group/Business Credit** and **Capital & Income Trust S.A.R.L.** are current clients; and<br><br>• Affiliate company CIT Credit Group USA, Inc. is an equity holder of current client **Black Diamond Mining Company LLC**. | Potential Party in Interest | • Affiliate company CIT Europe Limited is now a former client (closed 2010). |
| Citibank, N.A.; and<br><br>Citibank, N.A., Hong Kong Branch<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Citigroup, Inc.** is a current client;<br><br>• Affiliate companies **Citigroup Global Markets Asia Limited**, **Citigroup Global Markets Limited**, **Honma Golf Co., Ltd.**, **Nikko Cordial Corporation** and **TST George V S.a.r.L.** are current clients;<br><br>• Citibank, N.A. is a participant in a joint venture with current client **Astro Studios**;<br><br>• Affiliate company Citicorp Venture Capital is a shareholder of current client **Hilite International, Inc.**; | Largest Unsecured Creditors Other Than Bondholders | • Affiliated entity Citigroup Global Special Situations Group is a joint venture participant in WRRH Investment, L.P., the parent company of new client **Red Roof Inns, Inc.** (opened 2010).<br><br>• *See also* entries above for new parties Citibank International Plc; and **Citigroup Global Markets Limited** and entry for Caisse de Depot et Placement Du Quebec regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Citigroup Global Markets, Inc. is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation* ;<br><br>• Affiliate company Citigroup Financial Products, Inc. is a stockholder of current client *International Automotive Components Group* LLC;<br><br>• Affiliate company National Benefit Life Insurance is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate company Citigroup Financial Products, Inc. is a former affiliated entity of former client First United Asset Management Co., Ltd. (closed 2007);<br><br>• Affiliate company Citicorp Venture Capital is a former stockholder of former client Hancor Holding Corporation (closed 2008); and<br><br>• Affiliate company Honma Golf Co., Ltd. is a former client (closed 2009). | | |
| *Citic International Financial Holdings Limited*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Citic International Financial Holdings Limited* and affiliate company *Citic Resources Holdings Ltd.* are current clients; and<br><br>• Parent company The Citic Group is a former client (closed 2009). | Potential Party in Interest | • Affiliate company *Citic Private Equity Funds Management Co., Ltd.* is a new company (opened 2010); and<br><br>• Affiliate company Citic Capital China Limited is a stockholder of new client *Aotecar International Holdings Limited* (opened 2010). |
| ConocoPhillips<br><br>*PRIOR DISCLOSURE:*<br><br>• ConocoPhillips is: (a) the parent of current client *Phillips Petroleum Company*; and (b) a partner in current client *Chevron Phillips Chemical Company, L.P.* | Potential Party in Interest | • ConocoPhillips is a stockholder in new client *PT Transportasi Gas Indonesia* (opened 2010); and<br><br>• Chevron Phillips Chemical Company, L.P., a company in which ConocoPhillips is a partner, is now a former client (closed 2010). |
| CQS Management Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company *CQS Capital Structure Arbitrage Master Fund Limited* is a current client. | Other Interested Party | • Affiliate company CQS Capital Structure Arbitrage Master Fund Limited is now a former client (closed 2010). |

- B35 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Credit Suisse***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Credit Suisse*** and affiliate companies ***CS First Boston*** (a/k/a ***Credit Suisse First*** Boston), ***Credit Suisse Asset Management Funds AG*** and ***Credit Suisse (Hong Kong) Limited*** are current clients;<br><br>• Parent company Credit Suisse Group AG is: (a) a partner of current client ***Meadowlands Xanadu***; and (b) a stockholder of current client ***Performance Transportation Services, Inc.***;<br><br>• Affiliate company Credit Suisse Securities (USA) LLC was among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel for the Debtors;<br><br>• Affiliate company Credit Suisse Global Private Real Estate is a limited partner in current client ***Limited Partner Group of New City Asia Partners***;<br><br>• Affiliate company Credit Suisse International is a member of current client ***Ad Hoc Committee of Alcontrol PIK Lenders***;<br><br>• Affiliate company Credit Suisse Group AG (Singapore Branch) is a member of current client ***Bondholders Committee of Mandra Forestry Finance Limited***;<br><br>• Affiliate company Credit Suisse Securities is a stockholder of current client ***International Automotive Components Group LLC***; and<br><br>• Affiliate companies Credit Suisse Securities (Europe) Limited and Select Portfolio Servicing, Inc. are former clients (both closed 2009). | Potential Party in Interest | • Performance Transportation Services, Inc., a company of which parent company Credit Suisse Group AG is a stockholder, is now a former client (closed 2010); and<br><br>• Limited Partner Group of New City Asia Partners, a company in which affiliate company Credit Suisse Global Private Real Estate is a limited partner, is now a former client (closed 2010).<br><br>• General Motors Corporation, among whose largest former shareholders was affiliate company Credit Suisse Securities (USA) LLC, is now known as current client ***Motors Liquidation Company***.  In addition ***General Motors Company***, the purchaser of assets of ***Motors Liquidation Company***, is a current client.<br><br>• *See also* entry above for new parties Credit Suisse Securities (USA) LLC; and Credit Suisse Loan Funding LLC regarding related disclosure. |

- B36 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| D. E. Shaw Composite Portfolios LLC; and D. E. Shaw Oculus Portfolios LLC<br><br>***D.E. Shaw & Co., L.P.***;<br>D.E. Shaw Composite Portfolios LLC;<br>D.E. Shaw Dihedral Portfolios LLC;<br>D.E. Shaw Laminar Portfolios LLC;<br>D.E. Shaw Oculus Fund LLC;<br>D.E. Shaw Oculus Portfolios LLC; and<br>D.E. Shaw Valence Portfolios LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **D. E. Shaw & Co., L.P.** is: (a) a current client; and (b) a member of current client ***Ad Hoc Committee of Lenders to Building Material Corporation***;<br><br>• Affiliate company D. E. Shaw Real Estate Portfolios 1, LLC has an ownership interest in current client ***SCD Holdings Corporation***; and<br><br>• Affiliate company D.E. Shaw Laminar Portfolios LLC is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***. | Potential Parties in Interest<br><br>Additional Matters Parties | • Ad Hoc Committee of Lenders to Building Material Corporation, of which parent company and current client **D E. Shaw & Co., L.P.** is a member, is now a former client (closed 2010). |
| ***Danaher Corporation***<br><br>*PRIOR DISCLOSURE:*<br><br>• Danaher Corporation and affiliate company Danaher Tool Group, Inc. are former clients (both closed 2008); and<br><br>• Affiliate companies **Danaher UK Industries Limited** and **The Leica Microsystems GmbH** are current clients. | Potential Party in Interest | • ***Danaher Corporation*** is a new client (re-opened 2010). |
| ***Deutsche Bank AG, New York Branch***<br><br>Deutsche Bank Trust Company<br><br>*PRIOR DISCLOSURE:*<br><br>• **Deutsche Bank, New York Branch** is a current client;<br><br>• Parent company Deutsche Bank AG is: (a) a former client (closed 2009); (b) the parent of Pyramid Ventures, a minority interest owner of former client Geobiotics LLC (closed 2009); (c) a member of current client **Ad Hoc Committee of Geo** | Significant Landlord<br><br>Potential Party in Interest | • Affiliate company Ald Autoleasing D GmbH is now a former client (closed 2010). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Specialty Chemicals, Inc.*; (d) a participant in a joint venture with former client Orix Corporation (closed 2009); (e) a stockholder of current clients *Borders Group, Inc.* and *Mesa Air Group, Inc.*; (f) a stockholder of former client WHX Corporation (closed 2009); (g) the former parent of Deutsche Bank Venture Capital, a major stockholder of current client *Timebase Pty Limited*; (h) the ultimate parent of former client DB Trust Company Limited Japan (closed 2007); and (i) the employer of an individual who is a current Jones Day client (opened 2009);<br><br>• Affiliate company *Ald Autoleasing D GmbH* is a current client;<br><br>• Affiliate company Deutsche Bank Trust Company Americas is: (a) a former client (closed 2009); and (b) a stockholder of new client *International Automotive Components Group LLC*;<br><br>• Affiliate company Deutsche Bank Securities is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*;<br><br>• Affiliate company Deutsche Bank AG, London Branch is: (a) a former client; (b) a minority interest owner of current client *Deutsche Software Limited*; and (c) ) along with affiliate companies DB Structured Products, Inc. and Deutsche Bank AG, Cayman Islands, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company DB Capital Partners is a former stockholder of former client Redfern Photonics Pty Ltd. (closed 2007); and<br><br>• Affiliate companies Deutsche Bank Capital Markets (closed 2007); Deutsche Equities India Pvt. Ltd. (closed 2008); and Deutsche Bank International (Asia) Limited, Deutsche Bank AG, Taipei Branch, Deutsche Bank AG, Hong Kong Branch and DB Trustees (Hong Kong) Limited (all closed 2009) are former clients. | | |

- B38 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Deutsche Telekom AG**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Deutsche Telekom AG** and affiliate companies **T-Com Venture Fund GmbH & Co. KG** and **T-Mobile USA** are current clients;<br><br>• Affiliate company Magyar Telekom Plc is the employer of an individual who is a current Jones Day client (opened 2008); and<br><br>• Affiliate companies Deutsche Telekom Technischer Service GmbH (closed 2008); and T-Systems Venture Fund GmbH & Co. KG, T-Mobile Venture Fund GmbH & Co. KG and T-Online Venture Fund GmbH & Co. KG (all closed 2009) are former clients. | Potential Party in Interest | • Affiliate company T-Com Venture Fund GmbH & Co. KG is now a former client (closed 2010). |
| Digicel International Finance Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Digicel (Jamaica) Limited**, **Digicel Pacific Limited**, **Digicel St. Lucia, Ltd.** and **Digicel Limited** are current clients. | Potential Party in Interest | • Affiliate company Digicel St. Lucia, Ltd. is now a former client (closed 2010). |
| Dresdner Bank AG; and<br>Dresdner Kleinwort Group Holdings LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Dresdner Bank AG (closed 2009) and affiliate company Allianz Capital Partners (closed 2008) are former clients;<br><br>• Affiliate company **Dresdner Kleinwort Limited** is a current client;<br><br>• Affiliate company Fireman's Fund Insurance Company is a shareholder of current client **Magnequench International, Inc.**; and<br><br>• Affiliate company AGF Private Equity is: (a) a former client (closed 2007); (b) a member of former client Former Shareholders of Soamai (closed 2009); and (c) a stockholder of current client **Integragen**. | Potential Parties in Interest | • In November 2008, parent company Allianz SE sold Dresdner Bank AG to CommerzBank AG, retaining a 20% controlling interest in the combined Commerzbank/Dresdner entity.<br><br>• *See also* entries above for new party PIMCO Real Return Fund; and for parent company Allianz S.E. and affiliated companies Allianz Life Insurance Company of North America; and entry below for affiliate companies Pacific Investment Management LLC; PIMCO Advisors, L.P.; and PIMCO Funds Global Investors Series Public Limited Co. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Duke Energy Ohio, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • Parent company Duke Energy Corporation is a member of current client ***AP1000 Operators Group LLP***; <br><br> • Affiliate company ***Texas Eastern Transmission, L.P.*** is a current client; and <br><br> • Affiliate company Duke Energy NGL Services, L.P. is a participant in a joint venture with current client ***OGE Energy Corporation***. | Potential Party in Interest | • Affiliate company Duke Energy Trading and Marketing LLC is an affiliated entity of new client ***Exxon Mobil Corporation*** (opened 2010). |
| E.ON AG <br><br> *PRIOR DISCLOSURE:* <br><br> • Affiliate companies ***E.ON US***, ***E.ON Engineering GmbH*** and ***Ruhrgas AG*** are current clients; and <br><br> • Affiliate company RGE Holding GmbH is a stockholder of current client ***Gas-Union GmbH***. | Potential Party in Interest | • Affiliate company ***EFR Europäische Funk-Rundsteuerung GmbH*** is a new client (opened 2010). |
| Eagle Energy Partners I, L.P. <br><br> *PRIOR DISCLOSURE:* <br><br> • In 2008 Eagle Energy Partners I, L.P. became a wholly-owned subsidiary of EDF Trading whose parent company, ***EDF S.A.*** is a current client. | Related Party | • Affiliate company ***Azito Energie S.A.*** is a new client (opened 2010). |
| Entergy Corporation <br><br> *PRIOR DISCLOSURE:* <br><br> • Entergy Corporation and affiliate company Entergy-Koch, L.P. are former clients (both closed 2009); and <br><br> • Affiliate companies ***Entergy Services, Inc.***, and ***Entergy Nuclear, Inc.*** are current clients. | Potential Party in Interest | • Affiliate company Entergy Services, Inc. is now a former client (closed 2010). |

- B40 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fidelity Capital Markets Services A-6; and Fidelity Investments<br><br>Fidelity Management & Research<br><br>*PRIOR DISCLOSURE:*<br><br>• Fidelity Management & Research Company is: (a) a member of current client ***Ad Hoc Committee of Noteholders of Station Casinos***; (b) along with affiliate company Fidelity Management Trust, a stockholder of current client ***Harman International Industries, Incorporated***; and (c) among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Parent company FMR Corporation is a stockholder of current client ***BJ Services Company USA***;<br><br>• Affiliated company First Fidelity Assets LLC is also known as current client ***Merchengines***;<br><br>• Affiliate company Fidelity Asia Principals Fund, L.P. is a stockholder of current client ***Isoftstone Holdings Limited***;<br><br>• Affiliate company Fidelity Investments is: (a) is a member of current client ***Ad Hoc Committee of Noteholders of Chemtura Corporation***; and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008);<br><br>• Several Fidelity high yield, advisor series, investment portfolio and trust funds are members of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; and<br><br>• Affiliate companies ***Fidelity Investments Money Management, Inc.*** and ***Fidelity Equity Partners*** are current clients. | Potential Parties in Interest<br><br><br>Secured Lender | • Several Fidelity funds related to the Viking Group are members of new client ***Former Shareholders of Viking Group, Inc.*** (opened 2010). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Finmeccanica Finance S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Finmeccanica S.p.A. and affiliate company Whitehead Alenia Sistemi Subacquei are joint venture participants with current client **Thales S.A.** | Potential Party in Interest | • Subsequent to Jones Day's prior disclosure affiliate company Selex Sistemi Integrati, Inc. became a new and now former client (closed 2010). |
| First Data Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **First Data Resources Australia Limited** and **Fexco Group** are current clients. | Potential Party in Interest | • Affiliate company First Data Resources Australia Limited is now a former client (closed 2010). |
| Fortress Investment Group LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Fortress Investment Group LLC is a former client (closed 2009);<br><br>• Affiliate company **Drawbridge Special Opportunities Advisors LLC** is a current client; and<br><br>• Affiliate company Florida East Coast Railway is affiliated with an individual who is a current Jones Day client (opened 2009). | Potential Party in Interest | • Fortress Investment Group LLC is a member of new client **Ad Hoc Committee of Lyondell Bridge Noteholders** (opened 2010).<br><br>• *See also* entry above for new party and affiliate company Drawbridge Global Macro Commodities Ltd.; and entries below for Lyondell; Lyondellbasell Industies and Newpage Corporation regarding related disclosure. |
| Franklin Advisers, Inc.; and<br>***Franklin Templeton Investments***<br><br>Templeton Global<br><br>*PRIOR DISCLOSURE:*<br><br>• **Franklin Advisers, Inc.** is: (a) a current client; and (b) along with several other Franklin Templeton mutual funds, a stockholder of current client **International Automotive Components Group LLC**;<br><br>• **Franklin Templeton Investments** and affiliate company **Franklin Templeton Investment Services Mexico S.A. de C.V.** are current clients;<br><br>• Affiliate company and current client **Franklin Templeton Investments** is a member of current client **Ad Hoc Committee of Noteholders of Station Casinos**; | Bondholders<br><br><br>Potential Party in Interest | • Franklin Advisers, Inc. is: (a) now a former client (closed 2010); and (b) a member and chair of new client **Ad Hoc Committee of Bentley School Bondholders** (opened 2010). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Franklin Mutual Advisers LLC is a joint venture participant with current clients *International Automotive Components Group North America* and *International Automotive Components Group Brazil*;<br><br>• Affiliate company Franklin Resources/Templeton is a stockholder of current client *Proliance International, Inc.*;<br><br>• Affiliate company Franklin Templeton Real Estate Advisors is a limited partner in current client *Limited Partner Group of New City Asia Partners* ; and<br><br>• Affiliate company Franklin Templeton is a former client (closed 2008). | | |
| Fresenius Medical Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *Fresenius Medical Care AG* and affiliate companies *Fresenius Medical Care Asia Pacific Limited*, *Fresenius Medical Care Japan K.K.* and *Fresenius Kawasumi Co., Ltd.* are current clients; and<br><br>• Affiliate company Renal Solutions, Inc. is a former client (closed 2008). | Potential Party in Interest | • Jones Day inadvertently omitted from its prior disclosure that affiliate company *Fresenius Kabi Deutschland GmbH* is a current client and affiliate company Fresenius Hemocare Adsorber Technology GmbH is a former client (closed 2008). |
| GE Capital Information Technology;<br>GE Capital Information Technology Solutions, Inc., d/b/a Ikon Financial Solutions;<br>GE Corporate Financial Services, Inc.;<br>GE Financial Services, Inc; and<br>Genworth Financial, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• *General Electric Co., Inc.* is:<br>(a) a current client; (b) the parent of GE Capital Corporation and G.E. Fleet Council; (c) the employer of an individual who is a current Jones Day client (opened 2008); and<br>(d) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*; | Potential Parties in Interest | • Affiliate company GE Capital Equity Investments, Inc. is an equity security holder and an interested party in the Penton Business Media, Inc. chapter 11 cases in which Jones Day has been retained as debtors' counsel. |

- B43 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **GE Capital Corporation Prop Ltd.** is a co-client with current client **Allied Irish Banks Plc**;<br><br>• Affiliate company Genworth Life and Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Genworth Mortgage Insurance Corporation is a former client (closed 2009). | | |
| GMAC LLC;<br>GMAC Residential Capital; and<br>GMAC IM<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company General Motors Corporation is: (a) the predecessor in interest to current client **General Motors Company**; (b) the former parent company of current client **Capmark Financial Group**; (c) a participant in a joint venture with current client **Toyota Motor Corporation** known as former client New United Motor Manufacturing, Inc. (NUMMI) (closed 2008); (d) the employer of an individual who is a current Jones Day client (opened 2006); (e) affiliated entity of former client Deskom (closed 2008); and (f) a majority owner of former client Dmax, Ltd. (closed 2007);<br><br>• In 2006 General Motors Corporation sold a 51% interest in GMAC as a whole to a consortium led by Cerberus FIM Investors LLC and other investors, including a private equity arm of current client **Citigroup, Inc**, current client **Aozora Bank of Japan**; and a subsidiary of current client **The PNC Financial Services Group, Inc.**; and also completed the sale of a 78% ownership interest in its subsidiary, GMAC Commercial Mortgage Corporation (n/k/a affiliate company and client **Capmark Financial Group, Inc.**) to a private investment group that included Kohlberg, Kravis, Roberts & Co., Five Mile Capital Partners and Goldman Sachs Capital Partners L.P.; | Potential Parties in Interest | • General Motors Corporation is: (a) now known as new client **Motors Liquidation Company**; and (b) the employer of an individual who was a Jones Day client (opened 2006) and is now a former client (closed 2010);<br><br>• New GM, now known as **General Motors Company** is a current client;<br><br>• Affiliate company GMAC Financial Services is now a former client (closed 2010); and<br><br>• MS Real Estate Fund, Inc., a company of which General Motors Pension Trust is a limited partner, is now a former client (closed 2009).<br><br>• *See also* entry above for **Capmark Financial Group, Inc.**; and entries below for KKR Private Equity Investors, L.P. and Newpage Corporation regarding related disclosure. |

- B44 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • On December 24, 2008 affiliate company GMAC Bank became a bank holding company, and in May 2009 GMAC's ownership was restructured whereby new parent company *General Motors LLC's* and Cerberus' holdings were significantly reduced and the United States Government now has a significant ownership interest in GMAC;<br><br>• As of June 30, 2009, GMACCH Investor LLC, an investor entity owned by affiliates of Five Mile Capital Partners, current client *Goldman Sachs & Co.*, current client  *Kohlberg Kravis Roberts & Co.* and Dune Capital Management, L.P. held a 75.4% ownership interest and GMAC Mortgage Group LLC held a 21.3% ownership interest in current client *Capmark Financial Group, Inc.* (f/k/a affiliate company GMAC Commercial Mortgage Corporation); and<br><br>• Cerberus Capital Management, L.P., now a minority owner of current client *GMAC Financial Services*, is: (a) the parent company of current client *Old Carco LLC*  (successor in interest to Chrysler LLC) and an interested party in the Chrysler chapter 11 cases in which Jones Day is debtors' counsel; (b) the ultimate parent of current client *Albertson's LLC*; and (c) a stockholder of current client *Bluelinx Holdings, Inc.* and former client Propertyone GmbH (closed 2008);<br><br>• Affiliate company General Motors Pension Trust is a partner in current client *Morgan Stanley RE Fund II* and a limited partner in current client *MS Real Estate Fund, Inc.*;<br><br>• Affiliate company *GMAC Financial Services* is a current client;<br><br>• Cerberus Partners, L.P.: (a) has been a client; and (b) is a stockholder of former client HQ Global Holdings, Inc. (closed 2007);<br><br>• New affiliated company *The PNC Financial Services Group, Inc.* is: (a) a current client; (b) the new parent company of current client *National City Corporation* and its affiliate companies, including current client *National City Bank*; (c) the parent of Asahi Tec, a major shareholder of current client *Metaldyne Corporation*; (d) a member of | | |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; (e) affiliated with current client *Administrative Committee of PNC Financial Services*; (f) the parent of Blackrock, Inc., a member of former client Ad Hoc Committee of Geo Specialty Chemicals, Inc. (closed 2008); (g) the parent of current client *PNC Bank, National Association (Trustee)*; and (h) the new employer of an individual who is a current Jones Day client; | | |
| • New affiliated company Kohlberg, Kravis, Roberts & Co. is a stockholder of current client *NXP Semiconductors USA, Inc.* and of WKI Holding Company, Inc., the parent of former client World Kitchen, Inc. (closed 2008); | | |
| • New affiliated company Five Mile Capital Partners LLC is a participant in a joint venture with current client *The Townsend Group*; | | |
| • New affiliated company Goldman Sachs Capital Partners L.P. is: (a) a former client (closed 2007); (b) a co-owner of current client *Education Management Corporation*; and (c) a participant in a joint venture with Cypress Group LLC that owns current client *Cooper Standard Automotive Group*; | | |
| • New affiliated companies *Goldman Sachs International* and *Goldman Sachs Gao Hua Securities Company, Ltd.* are current clients; | | |
| • New affiliated company GS Capital Partners VI Fund, L.P. is affiliated with current client *Alltel Corporation*; | | |
| • New affiliated company *Goldman Sachs & Co.* is: (a) a current client; (b) a stockholder of current clients *International Automotive Components Group, Inc.*, *Healthmarkets, Inc.* and *Osyka Corporation*; and (c) an investor in current client *Sun Edison LLC*; | | |
| • New affiliated company *Goldman Sachs (Singapore) Pte* is a current client and co-client with current client *Kotak Mahindra Capital Company*; | | |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • New affiliated company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**; and <br><br> • New affiliated company J. Aron & Company is a former client (closed 2008). | | |
| Goldman Sachs Credit Partners, L.P. <br><br> *PRIOR DISCLOSURE:* <br><br> • Goldman Sachs Credit Partners, L.P. is: (a) a former client (closed 2007); and (b) a member of current client **Service Net Solutions Ad Hoc Committee**; <br><br> • Parent company Goldman Sachs Group, Inc. is: (a) a member of current client **Bondholders Committee of Mandra Forestry Finance Limited**; and (b) a 5% or greater shareholder of current client **Mesa Air Group, Inc.**; <br><br> • Affiliate company Goldman Sachs Capital Partners L.P. is: (a) a former client (closed 2007); (b) a co-owner of current client **Education Management Corporation**; (c) a participant in a joint venture with Cypress Group LLC that owns current client **Cooper Standard Automotive Group**; and (d) has an ownership interest in current client **Molycorp Minerals LLC**; <br><br> • Affiliate companies **Goldman Sachs International** and **Goldman Sachs Gao Hua Securities Company, Ltd.** are current clients; <br><br> • Affiliate company GS Capital Partners VI Fund, L.P. is affiliated with former client Alltel Corporation (closed 2009); <br><br> • Affiliate company **Goldman Sachs & Co.** is: (a) a current client; (b) a stockholder of current clients **International Automotive Components Group, Inc.**, **Healthmarkets, Inc.** and **Osyka Corporation**; (c) an investor in former client Sun Edison LLC (closed 2009); and (d) a co-client with current client **Illinois Finance Authority**; <br><br> • Affiliate company **Goldman Sachs (Singapore) Pte** is a current client and co-client with current client **Kotak Mahindra Capital Company**; | Potential Party in Interest | • Illinois Finance Authority, a co-client with affiliate company and current client **Goldman Sachs & Co.**, is now a former client (closed 2010). <br><br> • *See also* entry above for new parties Goldman Sachs (Asia) Finance, et al. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**; and<br><br>• Affiliate company J. Aron & Company is a former client (closed 2008). | | |
| The Hartford Financial Services Group, Inc.<br><br>Hartford Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• **The Hartford Financial Services Group, Inc.** is: (a) a current client; (b) the parent company of Hartford Life Insurance Company; and (c) the employer of an individual who is a former Jones Day client (closed 2009); and<br><br>• Affiliate company Twin City Fire Insurance Company is a stockholder of current client **International Automotive Components Group LLC**. | Potential Party in Interest<br><br>Bondholder | • The Hartford Financial Services Group, Inc. is now a former client (closed 2010). |
| Herbert Smith CIS LLP<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Herbert Smith LLP** is a current client. | Debtors' Professional | • Parent company Herbert Smith LLP is now a former client (closed 2010). |
| HSBC Bank<br><br>HSBC Finance Corporation; and HSBC Realty Credit Corporation (USA)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company HSBC Holdings Plc is a stockholder of former client Global Payments Asia-Pacific Limited (closed 2008);<br><br>• Affiliate companies **HSBC Security Trustee, HSBC Securities and Capital Markets (India) Pvt., HSBC Guyerzeller Bank AG, HSBC Bank USA, National Association** and **The Hong Kong and Shanghai Banking Corporation Limited** are current clients; and<br><br>• Affiliate companies HSBC Finance Corporation and Hermitage Capital Management Limited are former clients (both closed 2008). | Largest Unsecured Creditors Other Than Bondholders<br><br>Potential Parties in Interest | • Affiliate company HSBC Guyerzeller Bank AG is now a former client (closed 2010). |

- B48 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| IDEARC, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Current client ***Verizon Communications, Inc.*** has a majority interest ownership in IDEARC, Inc. (f/k/a Verizon Directory Services, Inc.); and<br><br>• Affiliated company ***IDEARC Media LLC*** is a current client. | Potential Party in Interest | • Affiliate company IDEARC Media LLC changed its name (2010) and is now known as affiliate company and current client ***Supermedia, Inc.***<br><br>• *See also* entry below for ***Verizon Communications, Inc.*** regarding related disclosure. |
| Intesa Vita S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Intesa SanPaolo S.p.A.*** is a current client. | Other Interested Party | • Affiliate company ***Banca Intesa Mediocredito S.p.A.***, is a client in a new matter with new client ***Unicredit Banca S.p.A.*** (opened 2009).<br><br>• *See also* entries above for new parties Aviva Vita S.p.A. and ***Intesa Sanpaolo S.p.A.***; and entries above for Banca Fineco S.p.A. and ***BNP Paribas***; and entry below for Unicredito Italiano S.p.A. regarding related disclosure. |
| Jackson National Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Jackson National Life Insurance Company is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliate company ***Prudential Property Investment Management (Singapore) Limited*** is a current client;<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate company Prudential Asset Management (Singapore) Limited is a former client (closed 2009); and<br><br>• Jones Day's prior disclosure inadvertently suggested a relationship between parent company Prudential Plc, a UK corporation, and U.S. company Prudential Financial, Inc.  Prudential Plc and its affiliate companies are not affiliated in any way with Prudential Financial, Inc. and its affiliate companies. | Bondholder | • Affiliate company ***M & G Investment Management Limited*** is a new client (opened 2009). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Kaupthing Bank<br><br>*PRIOR DISCLOSURE:*<br><br>• Kaupthing Bank is the owner of current client **Project Los Angeles (Guernsey) Limited**; and<br><br>• Affiliate company Kaupthing Singer & Friedlander Limited is a former client (closed 2009). | Potential Party in Interest | • Ultimate parent company **Kaupthing Bank HF** is a new client (opened 2010). |
| Kinder-Morgan Energy Partners, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company Kinder-Morgan, Inc. is the former employer of an individual who is a former Jones Day client (closed 2008). | Potential Party in Interest | • Ultimate parent company **Kinder-Morgan, Inc.** is a new client (opened 2010).<br><br>• *See also* entry below for Midcontinent Express Pipeline LLC regarding related disclosure. |
| KKR Private Equity Investors, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Kohlberg Kravis Roberts & Co.** is: (a) a current client; (b) a member of current client **Bi-Lo Ad Hoc Committee**; and (c) a stockholder of former clients World Kitchen, Inc. (closed 2008) and NXP Semiconductors USA, Inc. (closed 2009). | Potential Party in Interest | • Parent company Kohlberg Kravis Roberts & Co. is: (a) now a former client (closed 2010); and (b) a member of now former client Bi-Lo Ad Hoc Committee (closed 2010).<br><br>• *See also* entries above for **Capmark Financial Group**; GMAC LLC (n/k/a Ally Financial, Inc.); GMAC Residential Capital; GMAC IM; and entry below for Newpage Corporation regarding related disclosure. |
| Kraft Foods, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Kraft Foods, Inc.** is a current client; and<br><br>• Affiliate companies Kraft Foods Schweiz AG, Kraft France and Kraft Foods Belgium S.A. are former clients (all closed 2007). | Potential Party in Interest | • Kraft Foods, Inc. is now a former client (closed 2010). |
| Lazard Freres & Co. LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• **Lazard Freres & Co. LLC** is a current client. | Debtors' Professional | • Lazard Freres & Co. LLC is now a former client (closed 2010). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Lloyds (TSB) Bank Plc**<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Lloyds TSB Commercial Finance is a former client (closed 2007); and<br><br>• Parent company Lloyds TSB Group Plc is the employer of an individual who is a current Jones Day client (opened 2008). | Largest Unsecured Creditors Other Than Bondholders | • **Lloyds (TSB ) Bank Plc** is a new client (opened 2010); and<br><br>• Parent company Lloyds TSB Group Plc is now known as Lloyds Banking Group Plc. |
| Lyondell; and<br>Lyondellbasell Industries<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Access Industries, Inc.** is a current client. | Potential Parties in Interest | • Related entity **Ad Hoc Committee of Lyondell Bridge Noteholders** is a new client (opened 2010).<br><br>• *See also* entry above for new client Drawbridge Global Macro Commodities, Ltd.; and entry above for Fortress Investment Group LLC; and entry below for Newpage Corporation regarding related disclosure. |
| MacKenzie Financial Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• MacKenzie Financial Corporation is a stockholder of current client **Tiomin Resources, Inc.**;<br><br>• Parent company **Power Corporation of Canada** is a current client;<br><br>• Affiliate company **Canada Life Assurance** is a co-client in a matter with current client **Allied Irish Banks Plc**; and<br><br>• Affiliate company Power Pacific Corporation Limited is a former client (closed 2009) | Significant Landlord | • Tiomin Resources, Inc., a company of which MacKenzie Financial Corporation is a stockholder, is now known as current client **Vaaldiam Mining, Inc.**<br><br>• *See also* entry below for Putnam Fiduciary Trust Company, et al. regarding related disclosure. |

- B51 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Macquarie A-10 (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated entity Macquarie/First Trust Global Infrastructure is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliated entities ***Macquarie Bank Ltd.***, ***Macquarie Securities Limited***, ***Macquarie Capital (USA), Inc.***, ***Goodman Industrial Trust*** (f/k/a Macquarie Goodman Industrial Trust), ***The Gas Company***, ***Atlantic Aviation***, ***MG Logistics (Jersey) Limited***, ***Goodman UK Limited*** and ***Goodman Citadel (Jersey) Limited*** are current clients;<br><br>• Affiliated entity ***Goodman International Limited*** (f/k/a Macquarie Goodman Management Limited) is: (a) a current client; and (b) a stockholder of current client ***Arlington Business Parks GP Limited***;<br><br>• Affiliated entity Macquarie DDR Trust (MDT) is an affiliated entity of current client ***Developers Diversified Realty Corporation***;<br><br>• Affiliated entities Macquarie Real Estate Capital K.K., Goodman Invest Management (UK) Limited and MG Office (Jersey) Limited (all closed 2009) are former clients; and<br><br>• Affiliated entity Property Partners (Whitgift) Limited is a partner of former client Whitgift Shopping Centre Partnership (closed 2008). | Potential Party in Interest | • Affiliate company ***Macquarie Mexico Infrastructure Management, S.A.*** is a new client (opened 2010); and<br><br>• Affiliate company Macquarie Bank Ltd. is now a former client (closed 2010). |
| ***Marathon Oil Company***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Marathon Oil Company*** is a current client. | Potential Party in Interest | • Jones Day's prior disclosure inadvertently omitted that affiliate company ***Marathon Petroleum Company LLC*** is a current client. |

- B52 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Mercer Marsh & McLennan Companies, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Encon Underwriting Ltd** is a current client; and<br><br>• Affiliate companies Mercer Human Resource Consulting and Kroll Zolfo Cooper Structured Equity (both closed 2007) and Marsh (Hong Kong) Limited (closed 2009) are former clients. | Debtors' Professional | • Affiliate company **MM Securities Corporation** is a new client (opened 2010). |
| MGM Mirage (n/k/a Mirage Resorts International)<br><br>*PRIOR DISCLOSURE:*<br><br>• MGM Mirage is an affiliated entity of current client **MGM Grand Hotel, Inc.**; and<br><br>• Parent company **Tracinda Corporation** is a current client. | Major Business Affiliation of Outside Director | • MGM Mirage is now known as Mirage Resorts International. |
| Microsoft Corporation; and<br><br>Microsoft Licensing GP<br><br><br><br>*PRIOR DISCLOSURE:*<br><br>• Microsoft Corporation is a joint venture participant with new client **Tribune Company** (opened 2008). | Trade Debt Holder<br><br>Trade Debt Holder;<br><br>and<br><br>Large Unsecured Creditor | • Microsoft Corporation is a member of new client **Broadband Internet Technical Advisory Group** (opened 2010). |

- B53 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| MidAmerican Energy Company; and PacifiCorp<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Berkshire Hathaway Corporation is a stockholder of current client **USG Corporation**;<br><br>• Affiliate companies **Netjets, Inc.**, **The Scott Fetzer Company**, **Forest River, Inc.** and **Kölnische Rückversicherungs** are current clients;<br><br>• Affiliate company General Reinsurance Corporation is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate company Johns Manville International, Inc. is a former client (closed 2008). | Potential Party in Interest | • The individual previously disclosed as a current client and employee of affiliate company General Reinsurance Corporation is now a former Jones Day client (closed 2010). |
| Midcontinent Express Pipeline LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company Kinder-Morgan, Inc. is the former employer of an individual who is a former Jones Day client (closed 2008). | Potential Party in Interest | • Ultimate parent company **Kinder-Morgan, Inc.** is a new client (opened 2010).<br><br>• *See also* entry above for Kinder-Morgan Energy Partners, L.P. regarding related disclosure. |
| **Mizuho Corporate Bank, Ltd.** | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Member of Creditors' Committee | • Affiliate company and former client Mizuho Securities Co., Ltd. (closed 2009) is the parent company of new client **Structured Credit America, Ltd.** (opened 2010). |
| Mizuho Financial Group, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Mizuho Corporate Bank, Ltd.** and affiliate company **Apposite Capital LLP.** are current clients;<br><br>• Affiliate company Mizuho Securities Co., Ltd. is: (a) a former client (closed 2009); and (b) a participant in a joint venture with current client **Morgan Stanley Real Estate Fund V**; and<br><br>• Affiliate company Mizuho Securities USA, Inc. is a former client (closed 2008). | Potential Party in Interest | |

- B54 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Natixis Asset Management Advisors<br><br>CDC Ixis Financial Guaranty Services, Inc.<br>Natixis Bleichroeder, Inc.<br>Natixis Entities (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Natixis** , f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br><br>• Affiliate companies **Natixis S.A. Sucursal En Espana**, **Natixis Capital Markets**, **Caisse Francaise De Developpement Industriel**, **Accent**, **Coface** and **Ventech** are current clients;<br><br>• Affiliate company Natixis, New York Branch is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company CDC Ixis Private Equity is affiliated with current client **Sofinnova Partners**; and<br><br>• Affiliate companies Caisse Nationale Des Caisses D'Epargne, Ixis Corporate & Investment Bank and Ixis AEW Europe (all closed 2007) and Natexis Commodity Markets Limited (closed 2008) are former clients. | Bondholder<br><br>Potential Parties in Interest | • Affiliate company Natixis Capital Markets is now a former client (closed 2010).<br><br>• *See also* entry above for new party Natixis Capital Markets regarding related disclosure. |
| Newedge USA LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Newedge is a joint venture with equal ownership by current client **Société Générale** and former client Calyon Credit Agricole CIB (closed 2008), the investment banking arm of the Crédit Agricole Group; and<br><br>• Parent company **Société Génerale** is: (a) a current client; (b) the parent of current client **Lyxor Asset Management**; (c) has an ownership interest in current client **Interquisa Canada**; and (d) the parent of TCW Asset Management Company, which was among the largest shareholders of General Motors Corporation (predecessor in interest to | Potential Party in Interest | • Interquisa Canada, an entity in which parent company **Société Générale** has an ownership interest, is now a former client (closed 2010); and<br><br>• General Motors Corporation, among whose largest former shareholders was affiliate company TCW Asset Management Company, is now known as current client **Motors Liquidation Company**.  In addition, **General Motors Company**, the purchaser of assets of **Motors Liquidation Company** is a current client.<br><br>• *See also* entry above for Calyon; Calyon Securities; and entry below for **Société Générale** regarding related disclosure. |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. | | |
| Newpage Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Cerberus Capital Management, L.P. is: (a) a stockholder of current client **Bluelinx Holdings, Inc.**; (b) the ultimate parent of current client **Albertson's LLC**; (c) the former parent company of Chrysler LLC (n/k/a as current client **Old Carco LLC**); and (d) has an ownership interest in current client **GMAC Financial Services**. | Potential Party in Interest | • Parent company Cerberus Capital Management, L.P. is: (a) a member of new client **Ad Hoc Committee of Lyondell Bridge Noteholders** (opened 2010); (b) a stockholder of new client **Nabi-Optima Holdings, Inc.** (opened 2009); and (c) a stockholder of The Traxis Group, B.V., the parent company of both new client **Nabi-Optima Hodings, Inc.** and new client **School Bus Holdings, Inc.** (opened 2009); and<br><br>• GMAC Financial Services, a company in which parent company Cerberus Capital Management, L.P. has an ownership interest, is now a former client (closed 2010).<br><br>• *See also* entries above for **Capmark Financial Group, Inc.**; new party Drawbridge Global Macro Commodities Ltd.; Fortress Investment Group LLC; GMAC LLC (n/k/a Ally Financial, Inc.); GMAC Residential Capital; GMAC IM; KKR Private Equity Investors, L.P. and Lyondell; Lyondellbasell Industries regarding related disclosure. |
| Nomura Holding America, Inc.; and Nomura Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Nomura International Plc**, **Nomura International (Hong Kong) Limited**, **Nomura Real Estate Investment Management Co., Ltd.** and **Nomura Bank of Switzerland Ltd.** are current clients;<br><br>• Affiliated entity Nomura Bond & Loan Fund is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company Nomura Financial Partners, Inc. is a majority stockholder of current client **Mitsui Life Insurance Company Limited**;<br><br>• Nomura Holdings, Inc. is the parent of the former employer of an individual who is a current Jones Day client (opened 2009); and | Potential Parties in Interest | • Mitsui Life Insurance Company Limited, a company of which affiliate company Nomura Financial Partners, Inc. is a stockholder, is now a former client (closed 2010). |

- B56 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Nomura International Plc is a former client (closed 2010). | | |
| Office Depot, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Office Depot, Inc. is the employer of an individual who is a current Jones Day client (opened 2008). | Major Business Affiliation of Outside Director | • The individual disclosed as an employee of Office Depot, Inc. in Jones Day's prior disclosure is now a former Jones Day client (closed 2010). |
| Osterreichische (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• To the extent it is or may be related to the named party in interest, a company named **Oesterreichische Kontrollbank AG** is a current client; and<br><br>• To the extent it is or may be related to the named party in interest, a company named Osterreichische Elektizitatswirtschafts is the parent of current client **Verbund**. | Potential Party in Interest | • Oesterreichische Kontrollbank AG is now a former client (closed 2010). |
| Pacific Gas & Electric Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Pacific Gas & Electric Company is a former client (closed 2009); and<br><br>• Parent company PG&E Corporation is the former employer of an individual who is a former Jones Day client (closed 2009). | Potential Party in Interest | • Pacific Gas & Electric Company is the employer of an individual who is a new Jones Day client (opened 2010). |
| Pacific Investment Management LLC<br><br>PIMCO Advisors, L.P.; and PIMCO Funds Global Investors Series Public Limited Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated entities PIMCO Corporate Income Fund and PIMCO High Yield Fund are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. | Member of Ad Hoc or Unofficial Creditors' Committee<br><br><br>Bondholders | • Pacific Investment Management LLC is a member of new client **Ad Hoc Committee of Bentley School Bondholders** (opened 2010); and<br><br>• In November 2008, parent company Allianz SE sold Dresdner Bank AG to Commerzbank AG, retaining a 20% controlling interest in the new Commerzbank/Dresdner entity.<br><br>• *See also* entries above for new party PIMCO Real Return Fund; and for parent company Allianz S.E. and affiliated companies Allianz Life Insurance Company of North America; and Dresdner Bank AG; Dresdner Kleinwort Group Holdings and the newly affiliated CommerzBank AG and related entities, who are also interested parties in these chapter 11 cases, regarding related disclosure. |

- B57 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Pacific Summit Energy LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent corporation **Sumitomo Corporation** is: (a) a current client; and (b) a shareholder of current client **Sews-Cabind S.p.A.**; and<br><br>• Affiliate company **Sumitomo Electric Industries Ltd.** is: (a) a current client; (b) a substantial shareholder of Tokai Rubber, the parent company of current client **DTR Industries, Inc.**; and (c) a stockholder of current client **Eudyna Devices, Inc.** | Potential Party in Interest | • Jones Day's prior disclosure inadvertently omitted to disclose that affiliate company **Nissin Electric Co., Ltd.** is a current client; and<br><br>• Eudyna Devices, Inc., a company of which affiliate company and current client **Sumitomo Electric Industries, Ltd.** is a stockholder, is now a former client (closed 2010). |
| ***The Pepsi Bottling Group, Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• **The Pepsi Bottling Group, Inc.** is: (a) a current client; (b) associated with current client **Pepsico, Inc.**; and (c) an affiliated entity of current client **Pepsi Americas, Inc.** | Potential Party in Interest | • Jones Day's prior disclosure inadvertently omitted to disclose that: (a) an individual associated with current client **Pepsico, Inc.** is a current Jones Day client; and (b) current client **Pepsico, Inc.** is the ultimate parent company of current client **Frito Lay, Inc.** |
| Prudential Financial, Inc.; and Prudential Insurance Company of America<br><br>*PRIOR DISCLOSURE:*<br><br>• Prudential Financial, Inc. is the parent of former client Prudential Insurance Company of America (closed 2007);<br><br>• Affiliate companies Prudential Life Insurance Company and Prudential Insurance Company of America are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Jones Day's prior disclosure inadvertently suggested a relationship between parent company Prudential Financial, Inc., a U.S. corporation, and Prudential Plc, a U.K. corporation. Prudential Financial, Inc. and its affiliate companies are not affiliated in any way with Prudential Plc and its affiliate companies. | Bondholders | • Affiliate company **Prudential Financial, Operadora de Sociedades de S.A. de C.V., Prudential Grupo Financiero** is a new client (opened 2009). |

NYI-4322718v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Putnam Fiduciary Trust Company<br>Putnam Fiduciary Trust Company, LLC<br>Putnam Investment Management, Inc.<br>Putnam Investment Management, LLC<br>Putnam Investments Limited<br>The Putnam Advisory Company, Inc.<br>The Putnam Advisory Company, LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company ***Power Corporation of Canada*** is: (a) current client; (b) the parent of MacKenzie Financial Corporation, a stockholder of current client ***Timing Resources, Inc.***; and (c) the parent of former client Power Pacific Corporation Limited (closed 2009). | Additional Matters Parties included in Second Supplemental to Schedule 2 Re Additional Matters | • Jones Day's prior disclosure contained a typographical error in paragraph (b) with respect to the entity identified as Timing Resources, Inc.  The correct name of the company is Tiomin Resources, Inc., which is now known as current client ***Vaaldiam Mining, Inc.***<br><br>• *See also* entry above for MacKenzie Financial Corporation regarding related disclosure. |
| Regal Cinemas, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Regal Cinemas, Inc.*** is a current client. | Potential Party in Interest | • Regal Cinemas, Inc. is now a former client (closed 2010). |
| RMC (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• To the extent it may be the named party in interest, a company named RMC Holdings B.V. is a subsidiary of current client ***CEMEX***. | Potential Party in Interest | • To the extent it is or is affiliated with the named party in interest, a company named Grupo E Inmobiliaria Romacarel (RMC) is an affiliated entity of new client ***Inmobiliaria Romacarel Sapi de CV*** (opened 2010). |
| RWE AG<br><br>*PRIOR DISCLOSURE:*<br><br>• RWE AG is: (a) the parent of current client ***American Water Works, Inc.***; and (b) the ultimate parent of current clients ***Illinois-American Water*** and ***American Water Enterprises Group***. | Potential Party in Interest | • Affiliate company American Water Enterprises Group is now a former client (closed 2010); and<br><br>• Affiliate company RWE NPower Renewables Limited is a stockholder of new client ***Greater Gabbard Offshore Winds Limited*** (opened 2009). |
| Sears Holdings Corporation; and<br>Sears Roebuck Acceptance Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Sears, Roebuck and Company*** is a current client; and<br><br>• Affiliate company K Mart Corporation is a former client (closed 2009). | Potential Parties in Interest | • Affiliate company Sears, Roebuck and Company is now a former client (closed 2010). |

- B59 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Serena Software, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Serena Software, Inc.** is a current client ; and<br><br>• Affiliated company **Silver Lake Partners, L.P.** is: (a) a current client; and (b) a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009). | Potential Party in Interest | • Serena Software, Inc. is now a former client (closed 2010). |
| *Société Générale*<br><br>*PRIOR DISCLOSURE:*<br><br>• **Société Générale** is: (a) a current client; (b) the parent of current client **Lyxor Asset Management**; (c) the parent of TCW Asset Management Company, which was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and (d) has an ownership interest in current client **Interquisa Canada**; and<br><br>• Affiliate company **Société Géneral Asset Management** (SGAM) is a current client and co-client with current client **Viveris**. | Potential Party in Interest | • Interquisa Canada, an entity in which **Société Générale** has an ownership interest, is now a former client (closed 2010); and<br><br>• General Motors Corporation, among whose largest former shareholders was affiliate company TCW Asset Management Company, is now known as current client **Motors Liquidation Company**.  In addition, **General Motors Company**, the purchaser of assets of **Motors Liquidation Company**, is a current client.<br><br>• *See also* entry above for Newedge USA LLC regarding related disclosure. |
| SOS Security Incorporated<br><br>*PRIOR DISCLOSURE:*<br><br>• **SOS Security Incorporated** is a current client. | Trade Debt Holder | • SOS Security Incorporated is now a former client (closed 2010). |

- B60 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Sumitomo Mitsui Banking Corporation***; Sumitomo Mitsui Brussels Branch; Sumitomo Mitsui Financial Group, Inc.; and ***The Sumitomo Trust & Banking Co, Ltd.*** and<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Sumitomo Mitsui Banking Corporation*** is: (a) a current client; (b) a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; (c) a stockholder of current client ***Shinko Shoji KK***; and (d) the parent of Mitsui & Co. Ltd., a major shareholder of Asahi Tec, the former parent company of current client ***Oldco M Corporation*** (f/k/a Metaldyne Corporation);<br><br>• ***The Sumitomo Trust & Banking Co., Ltd.*** is: (a) a current client; (b) a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee*** Chair; and (c) along with affiliate company Daiwa Securities SMBC Principal Investments, a majority stockholder of current client ***Mitsui Life Insurance Company Limited***;<br><br>• Parent company Sumitomo Mitsui Financial Group, Inc. is a former client (closed 2007); and<br><br>• ***Daiwa SMBC Capital Co., Ltd.*** (f/k/a NIF SMBC Ventures), formed by the merger of NIF Ventures and former affiliate company SMBC Capital, is a current client. | Potential Parties in Interest | • Mitsui Life Insurance Company Limited, a company of which current client ***The Sumitomo Trust & Banking Co., Ltd.*** is a stockholder, is now a former client (closed 2010). |
| ***The Sumitomo Trust & Banking Co., Ltd.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The Sumitomo Trust & Banking Co., Ltd.*** is: (a) a current client; (b) ) a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and (c) a majority stockholder of new client ***Mitsui Life Insurance Company Limited*** (opened 2009). | Potential Party in Interest | • Mitsui Life Insurance Company Limited, a company of which ***The Sumitomo Trust & Banking Co., Ltd.*** is a stockholder, is now a former client (closed 2010). |

- B61 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| UBS Financial Services, Inc.; UBS Financial Services of Puerto Rico; and UBS International, Inc.<br><br>UBS Investment KAG<br><br>**UBS Investment Bank**<br><br>*PRIOR DISCLOSURE:*<br><br>• **UBS Investment Bank** and affiliate company **UBS Warburg** are current clients;<br><br>• UBS Financial Services, Inc. is: (a) the employer of an individual who is a former Jones Day client (closed 2008); and (b) the former employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Parent company UBS AG is a major equity stockholder of current client **Borders Group, Inc.**;<br><br>• Affiliate companies UBS Securities LLC and UBS Willow Fund LLC are stockholders of current client **International Automotive Components Group LLC**;<br><br>• Affiliate company UBS Global Asset Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009);<br><br>• Affiliate company UBS AG, London Branch is a participant in a joint venture with former client Serviced Office Group Plc (closed 2009); and<br><br>• Affiliate company UBS Warburg Australia Equities Ltd. is a former client (closed 2007). | Potential Parties in Interest<br><br><br><br>Bondholder<br><br>Underwriting Investment Banker for Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date | • Affiliate company UBS Painewebber is a member of new client **Former Shareholders of Viking Group, Inc.** (opened 2010).<br><br>• *See also* entries above for new parties OCM Opportunities Fund VII and VIIb Delaware, L.P., SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. and UBS AG; and entry above for Alliance Bernstein, et al., regarding related disclosure. |
| Unicredito Italiano S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Unicredito Italiano S.p.A. is a former client (closed 2009);<br><br>• Affiliate company **Bayerische Hypo-Und Vereinsbank AG** is: (a) a current client; and (b) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and | Potential Party in Interest | • Affiliate company Bayerische Hypo-Und Vereinsbank AG is now known as current client **Unicredit Bank AG**.<br><br>• *See also* entries above for new parties Avia Vita S.p.A. and **Intesa Sanpaolo S.p.A.**; and entries above for Banco Fineco S.p.A., **BNP Paribas** and Intesa Vita S.p.A. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate companies *Unicredit Banca S.p.A.*, and *DAB Bank AG* are current clients. | | |
| *Verizon Communications, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Verizon Communications, Inc.* and affiliate companies *Verizon Wireless, Inc.*, *Verizon Deutschland GmbH*, *Verizon Japan Ltd.*, *Verizon Business* and *Dear, Inc.* (d/b/a Verizon) are current clients. | Potential Party in Interest | • Affiliate company and current client *Verizon Wireless, Inc.* is a participant in a new joint venture (opened 2010) with current client *T-Mobile USA*.<br><br>• *See also* entry above for IDEARC, Inc. regarding related disclosure. |
| Vornado Realty, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity Vornado Realty Trust is the parent of current client *Merchandise Mart Properties, Inc.* | Potential Party in Interest | • Affiliated company Merchandise Mart Properties, Inc. is now a former client (closed 2010). |
| The Walt Disney Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity *Special Committee of the Board of Directors of The Walt Disney Company* is a current client. | Potential Party in Interest | • Related entity Special Committee of the Board of Directors of The Walt Disney Company is now a former client (closed 2010). |
| Wexford Capital LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Wexford Capital LLC is a member of current clients *Energy Partners Ad Hoc Committee* and *Energy Partners Ltd. Official Committee of Noteholders*. | Member of Ad Hoc or Unofficial Creditors' Committee | • Energy Partners Ltd. Official Committee of Noteholders, of which Wexford Capital LLC is a member, is now a former client (closed 2010). |
| Wisconsin Electric Power Company; Wisconsin Energy Corporation; and Wisconsin Gas LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Wispark Corporation was a participant in a former joint venture (closed 2008) with Dana Corporation (n/k/a current client *Dana Holding Corporation*). | Potential Parties in Interest | • Affiliate company Wispark Corporation was not a participant in a former joint venture with Dana Corporation (n/k/a current client *Dana Holding Corporation*) as stated in Jones Day's prior disclosure. Wispark Corporation was a participant in a former joint venture (closed 2008) with current client *LaSalle Investment Management, Inc.* |

- B63 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Zuercher Kantonalbank<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Swisscom AG*** is a current client. | Large Unsecured Creditor Other Than Bondholders | • Jones Day inadvertently omitted to disclose in its prior disclosure that Zuercher Kantonalbank is: (a) a former client (closed 2009); and (b) the parent of former client Cashgate AG (closed 2009); and<br><br>• Affiliate company Swisscom AG is now a former client (closed 2009). |
| Zurich American Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Associated Marine Insurers & Agents Pty Ltd.*** and ***Zurich Insurance Holding (Hong Kong) Ltd.*** are current clients;<br><br>• Affiliate company American Zurich Insurance Company is a stockholder of current client ***International Automotive Components Group LLC***; and<br><br>• Affiliate company Zurich Capital Markets is the former employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively). | Bondholder | • Affiliate company Zurich Insurance Holding (Hong Kong) Ltd. is now a former client (closed 2010). |
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO WERE INADVERTENTLY OMITTED FROM PRIOR DISCLOSURES** | | |
| Amerisourcebergen Corporation | Potential Party in Interest | • Affiliate company Amerisource Corporation is a member of current client ***Allegheny Health Education Research Foundation (AHERF) Creditors' Committee***. |
| ***Elliott Associates, L.P.*** | Potential Party in Interest | • ***Elliott Associates, L.P.*** and affiliate company ***Elliott Advisors (Asia) Limited*** are current clients. |
| ***Neiman Marcus Group, Inc.*** | Potential Party in Interest | • ***Neiman Marcus Group, Inc.*** is a current client. |
| Oddo (name given) | Initial Noteholder | • To the extent it is related to the named party in interest, an entity named Oddo et Cie Enterprise D Investissement (a/k/a Oddo et Cie and d/b/a Oddo Securities) is a former client (closed 2009). |

- B64 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PREVIOUSLY SEARCHED PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE NEW CLIENTS OR RELATED TO NEW CLIENTS OR FORMER CLIENTS CLOSED IN THE PAST TWO YEARS** | | |
| ***Assurant, Inc.*** | Potential Party in Interest | • ***Assurant, Inc.*** is a new client (opened 2010). |
| Biomet, Inc. | Related Party | • Affiliate company ***Cross Medical Products, Inc.*** is a new client (opened 2010). |
| CKX, Inc. | Potential Party in Interest | • CKX, Inc. is an affiliated entity of new client ***Lira LLC*** (opened 2010). |
| Crown Castle (name given) | Potential Party in Interest | • To the extent it is related to the named party in interest, a company named ***Crown Castle International Corporation*** is a new client (opened 2010). |
| The Hertz Corporation | Potential Party in Interest | • Parent company ***Hertz Global Holdings, Inc.*** is a new client (opened 2010). |
| Imperial Tobacco Entertainment Finance Limited | Potential Party in Interest | • Affiliate company ***Imperial Tobacco International Limited*** is a new client (opened 2010). |
| Intelsat (Bermuda), Ltd. | Related Party | • Affiliate company ***Bureau Van Dijk Editions Electroniques S.A.*** is a new client (opened 2010). |
| Sylvia Lewis | Potential Party in Interest | • An individual named Sylvia Lewis is the legal guardian for an individual who is a new Jones Day client (opened 2010). |
| Oncor (name given) | Potential Party in Interest | • To the extent it is related to the named party in interest, a company named Oncor Electric Delivery Company LLC is a subsidiary of new client ***Energy Future Holdings Corporation*** (opened 2010). |
| ***Quest Software, Inc.*** | Trade Debt Holder | • ***Quest Software, Inc.*** is a new client (opened 2010). |
| TW Telecom, Inc. | Potential Party in Interest | • Affiliate company ***TW Telecom Holdings, Inc.*** is a new client (opened 2010). |
| TXU/Texas Utilities | Potential Party in Interest | • Affiliate company ***Energy Future Holdings Corporation*** is a new client (opened 2010). |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :        **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x

**ORDER GRANTING SIXTH SUPPLEMENTAL**
**APPLICATION OF THE DEBTORS, PURSUANT**
**TO SECTION 327(e) OF THE BANKRUPTCY CODE**
**AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE, TO EXPAND THE SCOPE OF JONES DAY'S RETENTION**
**AS SPECIAL COUNSEL,** *NUNC PRO TUNC* **TO THE ENGAGEMENT DATES**

Upon the sixth supplemental application, dated November 8, 2010 (the "Sixth

Supplemental Application"), of Lehman Brothers Holdings Inc., ("LBHI") and its

affiliated debtors in the above- referenced chapter 11 cases, as debtors and debtors in

possession (together, the "Debtors"), pursuant to section 327(e) of title 11 of the United

States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") for entry of an order authorizing and approving the

expansion of Jones Day's retention as special counsel, *nunc pro tunc* to the Engagement

Dates, with respect to the Additional Matters,[1] all as more fully described in the Sixth

Supplemental Application; and upon the Declaration of Carl E. Black (the "Sixth

Supplemental Declaration"), filed in support of the Application; and the Court being

satisfied, based on the representations made in the Sixth Supplemental Application and

the Sixth Supplemental Declaration, that, except as provided therein, Jones Day

---

[1]      Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in
the Sixth Supplemental Application.

NYI-4319925v2

represents no interest adverse to the Debtors or the Debtors' estates with respect to the

Additional Matters upon which it is to be engaged, under section 327 of the Bankruptcy

Code as modified by section 1107(b); and the Court having jurisdiction to consider the

Sixth Supplemental Application and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated

July 10, 1984 (Ward, Acting C.J.); and consideration of the Sixth Supplemental

Application and the relief requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

and 1409; and due and proper notice of the Sixth Supplemental Application having been

provided in accordance with the procedures set forth in the Second Amended Order

Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and

9007 Implementing Certain Notice and Case Management Procedures [Docket No. 9635]

to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys

for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) Jones Day; and (vii) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Sixth

Supplemental Application is in the best interests of the Debtors, their estates and

creditors, and all parties in interest and that the legal and factual bases set forth in the

Sixth Supplemental Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

NYI-4319925v1

ORDERED that the Sixth Supplemental Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors are hereby authorized to expand the scope of the employment and retention of Jones Day as special counsel to the Debtors on the terms set forth in the Sixth Supplemental Application and this Order, effective *nunc pro tunc* to the Engagement Dates with respect to the Additional Matters identified in the Sixth Supplemental Application; and it is further

ORDERED that Jones Day shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651].

Dated: November ___, 2010
       New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

NYI-4319925v1