**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                            :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
:
Debtors.                            :          **(Jointly Administered)**
:
------------------------------------------------------------------------x          **Ref. Docket Nos. 12530 - 12534**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
) ss.:
COUNTY OF NEW YORK      )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 3, 2010, I caused to be served the:

    a.  "Notice of Hearing on Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims)," dated November 3, 2010, to which was attached the "Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims)," dated November 3, 2010 [Docket No. 12530], (the "64th Omnibus Objection"),

    b.  "Notice of Hearing on Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated November 3, 2010, to which was attached the "Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated November 3, 2010 [Docket No. 12531], (the "65th Omnibus Objection"),

    c.  "Notice of Hearing on Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated November 3, 2010, to which was attached the "Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated November 3, 2010 [Docket No. 12532], (the "66th Omnibus Objection"),

    d.  "Notice of Hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)," dated November 3, 2010, to which was attached the "Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)," dated November 3, 2010 [Docket No. 12533], (the "67th Omnibus Objection"),

e. "Notice of Hearing on Debtors' Sixty-Eighth Omnibus Objection to Claims (Settled Derivative Claims)," dated November 3, 2010, to which was attached the "Debtors' Sixty-Eighth Omnibus Objection to Claims (Settled Derivative Claims)," dated November 3, 2010 [Docket No. 12534], (the "68th Omnibus Objection"),

f. a customized version of the "Notice of Hearing on Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims)," dated November 3, 2010, related to Docket No. 12530, a sample of which is annexed hereto as Exhibit A, (the "64th Omnibus Custom Notice"),

g. a customized version of the "Notice of Hearing on Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated November 3, 2010, related to Docket No. 12531, a sample of which is annexed hereto as Exhibit B, (the "65th Omnibus Custom Notice"), and

h. a customized version of the "Notice of Hearing on Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated November 3, 2010, related to Docket No. 12532, a sample of which is annexed hereto as Exhibit C, (the "66th Omnibus Custom Notice"),

by causing:

a. true and correct copies of the 64th Omnibus Objection, 65th Omnibus Objection, 66th Omnibus Objection, 67th Omnibus Objection and 68th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

b. true and correct copies of the 64th Omnibus Objection, 65th Omnibus Objection, 66th Omnibus Objection, 67th Omnibus Objection and 68th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

c. true and correct copies of the 67th Omnibus Objection to be delivered via electronic mail to the party listed on the annexed Exhibit F,

d. true and correct copies of the 67th Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

e. true and correct copies of the 68th Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

f. the 64th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I,

g. the 65th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>, and

h. the 66th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
5th day of November, 2010

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\64th - 68th Omni Objs & Cstm Ntcs_DI_12530 - 12534_Aff_11-3-10.doc

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                             :
In re                         :       **Chapter 11 Case No.**
                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                             :
           **Debtors.**           :       **(Jointly Administered)**
                             :
----------------------------------------------------------------x
<span style="font-size:small">LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000052478 MAIL ID *** 000037055422 *** BSIUSE: 1</span>

BADIER,ARNAUD
8 BOULEVARD CLEMENCEAU
VILLENEUVE-LES-AVIGNON, 30 30400 FRANCE

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>BADIER,ARNAUD<br>8 BOULEVARD CLEMENCEAU<br>VILLENEUVE-LES-AVIGNON, 30 30400<br>FRANCE | **Claim Number:**      **5809**<br><br>**Date Filed:**      **7/21/2009**<br><br>**Debtor:**      **No Case**<br><br>**Classification and Amount:**      **UNSECURED: $ 411.00** |

       PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

       The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

       If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

       If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the Bar Date Order), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on December 22, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: November 3, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                          :
                          Debtors.        :   (Jointly Administered)
                                          :
-------------------------------------------------------------x

LBH OMNI65 11-03-2010 (MERGE2,TXNUM2) 4000112602 MAIL ID *** 000037055921 *** BSIUSE: 1

WERNER, MOSTL
JOSEF-RESSEL-STR 2A/314
WIEN, 1140 AUSTRIA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SIXTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | | SURVIVING CLAIM |
|---|---|---|
| **Creditor Name and Address:**<br>WERNER, MOSTL<br>JOSEF-RESSEL-STR 2A/314<br>WIEN, 1140 AUSTRIA | **Claim Number:**  65705 | 59142 |
| | **Date Filed:**  11/23/2009 | 10/30/2009 |
| | **Debtor:**  08-13555 | 08-13555 |
| | **Classification and Amount:**  UNSECURED: $ 1,427.00 | UNSECURED: $ 1,427.00 |

        PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

        The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative, either entirely or in substance, of your claim filed against the same Debtor, for the same dollar amount, and on account of the same obligations as the claim listed above under SURVIVING CLAIM.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

        If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

        If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on December 22, 2010 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, John O'Connor, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  November 3, 2010
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                        Debtors.                           :    (Jointly Administered)
                                                           :
-------------------------------------------------------------------x

<small>LBH OMNI66 11-03-2010 (MERGE2,TXNUM2) 4000000448 MAIL ID *** 000037055638 *** BSIUSE: 1</small>

FARGLORY LIFE INSURANCE CO., LTD
18 FL., NO. 200, KEELUNG RD., SEC. 1
TAIPEI
TAIWAN, 110 CHINA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SIXTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| FARGLORY LIFE INSURANCE CO., LTD 18 FL., NO. 200, KEELUNG RD., SEC. 1 TAIPEI TAIWAN, 110 CHINA | **Claim to be Disallowed and Expunged** | 501 | 11/5/2008 | 08-13555 | UNSECURED: $ 10,000,000.00 |
| | **Surviving Claim(s)** | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim(s) listed above under SURVIVING CLAIM(S).  The global claims are general unsecured claims filed by the Wilmington Trust Company and/or the Bank of New York Mellon, in their capacity as indenture trustees, on behalf of themselves and the holders of certain unsecured notes (the "Notes").  Your claim has been identified as also relating, in whole or in part, to the Notes.  **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim.  If your claim wholly relates to the Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety.  If only a portion of your claim relates to the Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged.  Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on December 22, 2010 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sarah Decker, Esq., at 214-746-7700.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED:  November 3, 2010
　　　　New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT E**

*__Email Addresses__*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com

austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com

clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com

dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com

ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com

iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com

jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john@crumbielaw.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com

jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com

mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com

ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov

rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT F**

### ***Email***

armen.tutuyan@barclayswealth.com

# EXHIBIT G

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVANCED GRAPHIC PRINTING, INC. | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | C/O AIG INVESTMENTS ATTN: CHERIE SCHAIBLE, VP & ASSISTANT GENERAL COUNSEL 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | AIG RETIREMENT PLAN INVESTMENT OFFICER AIG GLOBAL INVESTMENT GROUP ATTN: DEANNE NEZAS 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ATTN: AARON B. LEE | FEDERAL HOME LOAN BANK OF DES MOINES 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| AXIS BANK LTD, TREASURY | C/O  VASANT SHUKLA 8TH FLOOR MAKER TOWERS "F" CUFFE PARADE MUMBAI 400 005 INDIA |
| AXIS BANK LTD, TREASURY | ALLEN & OVERY LLP ATTN: MICHAEL MAIER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AXIS BANK LTD, TREASURY | ALLEN & OVERY LLP ATTN: MICHAEL MAIER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BISGAIER FAMILY LLC | ATTN: CHARLES BISGAIER 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | CANYON VALUE REALIZATION FUND (CAYMAN), LTD. THE SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | CANYON VALUE REALIZATION FUND, L.P. C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |

| Claim Name | Address Information |
|---|---|
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-900510 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CASTLERIGG MASTER INVESTMENTS LTD | C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND ME 04104-5029 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | CITIBANK, N.A. ATTN: JENNIFER CUPO AGENCY AND TRUST 24221 CALLE DE LA LOUIA, SUITE 308 LAGUNA HILLS CA 92653 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | CITIBANK, N.A., AGENCY & TRUST ATTN: JENNIFER CUPO 24221 CALLE DE LA LOUISA, SUITE 308 LAGUNA HILLS CA 92653 |
| CLINTON MAGNOLIA MASTER FUND LTD | C/O CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MULTISTRATEGY MASTER FUND, LTD. | C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH, ST. 26TH FLOOR NEW YORK NY 10019 |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNIT | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNIT | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CREDIT OPPORTUNITY ASSOCIATES LLC | ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| CREDIT OPPORTUNITY ASSOCIATES LLC | LEHMAN BROTHERS HOLDINGS INC. ATTN: CORPORATE COUNSEL 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT OPPORTUNITY ASSOCIATES LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| CSP II USIS HOLDINGS L.P. | C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CTC MASTER FUND, LTD. | WINSTON & STRAWN LLP ATTN: JAI S. KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| CTC MASTER FUND, LTD. | C/O CTC FUND MANAGEMENT, L.L.C. ATTN: JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO IL 60604 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | JOHN FAGAN DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DYNEGY POWER MARKETING INC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| ESPERANCE FAMILY FOUNDATION, THE | ATTN: ROGER NEWTON 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| GABRIEL CAPITAL, L.P. | ATTN: J. EZRA MERKIN, GENERAL PARTNER 450 PARK AVENUE NEW YORK NY 10022 |
| GARLAND BUSINESS | 14 QUAI DU SEUGET GENEVA SWITZERLAND |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | HSBC SECURITIES (USA), INC. ATTN: JAMES CURTIS, MANAGING DIRECTOR AND DEPUTY GENERAL COUNSEL 425 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | ANDREW DOVE ALLEN & OVER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HFF I, LLC | 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HFF I, LLC | GARY RINDNER, ESQ. HITE CAPITAL MANAGEMENT LLC 432 PARK AVENUE SOUTH NEW YORK NY 10016 |
| HFF I, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| INDUSTRIAL BANK CO, LTD | ATTN: TONG LIN, LEGAL DEPT, FINANCIAL MARKETS 28F, XINGYE BUILDING NO. 168 JIANG NING ROAD SHANGHAI 200041 CHINA |
| INDUSTRIAL BANK CO, LTD | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| JFJ INVESTMENTS INC. | CARLTON FIELDS, PA ATTN: HYWEL LEONARD PO BOX 3239 TAMPA FL 33601-3239 |
| JFJ INVESTMENTS INC. | ATTN: JEAN BURNS 1501 2ND AVENUE TAMPA FL 33605 |
| KILROY REALTY, L.P. | CARLOS ALVAREZ 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022 |
| KILROY REALTY, L.P. | ATTN: RICHARD E. MORAN JR., EVP AND CFO 12200 W. OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES CA 90064 |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANSIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |

| Claim Name | Address Information |
| --- | --- |
| MARATHON MASTER FUND LTD | MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | C/O MARATHON ASSET MANAGEMENT ATTENTION : GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP | C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. ATTN: PAUL SCOTT PRICE 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP WA 98374 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL BANK OF CANADA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| NEWTON, ROGER AND COCO JTWROS | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NISOURCE FINANCE CORP | ATTN: VINCENT V. REA 801 E. 86TH AVE MERRILLVILLE IN 46410 |
| NISOURCE FINANCE CORP | EUGENE J. GEEKIE, JR. SCHIFF HARDIN LLP 233 S. WACKER DRIVE SUITE 6600 CHICAGO IL 60606 |
| ORE HILL CREDIT HUB FUND LTD. | FKA ONE HILL CONCENTRATED CREDIT HUB FUND C/O ORE HILL PARTNERS, LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| ORE HILL CREDIT HUB FUND LTD. F/K/A ORE HILL CONCE | FUND LIMITED C/O ORE HILL PARTNERS LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| ORE HILL CREDIT HUB FUND LTD. F/K/A ORE HILL CONCE | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| OWL CREEK I, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK II, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| OWL CREEK OVERSEAS FUND, LTD | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| PEABODY ENERGY CORPORATION | C/O BRYAN L. SUTTER, ESQ. 701 MARKET STREET, STE 900 ST. LOUIS MO 63101-1826 |
| PENTWATER GROWTH FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | PENTWATER GROWTH FUND LTD. ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | PENTWATER GROWTH FUND LTD. C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| POHJOLA BANK PLC | LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA FINLAND |
| POHJOLA BANK PLC | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PROSPECT HARBOR CREDIT PARTNERS, L.P. | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| QFR MASTER VICTORIA FUND, L.P. | C/O SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QFR MASTER VICTORIA FUND, L.P. | C/O QFR CAPITAL GROUP, LLC ATTN: JOSE LUIS DAZA ATTN: KRISTEN BOYLE 489 FIFTH AVENUE 31ST FLOOR NEW YORK NY 10167 |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. ATTN: NOEL NESSER, CHIEF FINANCIAL OFFICER – ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| R2 INVESTMENTS, LDC | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | F/K/A RCG LATITUDE MASTER FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL CHARTER PROPERTIES – EAST, INC. | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES – EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| SANKATY CREDIT OPPORTUNITIES II LP | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES III LP | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | ATTN: ADA L. SOLA-FERNANDEZ, ASSOCIATE VP FOR FINANCIAL AFFAIRS PO BOX 21345 SAN JUAN 00928-1345 PUERTO RICO |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SPCP GROUP, L.L.C. | C/O ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SPCP GROUP, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 08630 |
| STATE BANK OF INDIA | C/O TLT LLP ATTN: RICHARD TALL ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED |

| Claim Name | Address Information |
| --- | --- |
| STATE BANK OF INDIA | KINGDOM |
| THOMSON REUTERS GROUP LIMITED | ATTN: DARAGH FAGAN, DIRECTOR THE THOMSON REUTERS BUILDING SOUTH COLONNADE, CANARY WHARF LONDON E14 5EP UNITED KINGDOM |
| THOMSON REUTERS GROUP LIMITED | TORYS LLP ATTN: ALISON BAUER, ESQ. 237 PARK AVENUE, 20TH FLOOR NEW YORK NY 10017 |
| THOMSON REUTERS GROUP LIMITED | THOMSON REUTERS ATTN: DAVID SHAW 3 TIMES SQUARE NEW YORK NY 10036 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TYTICUS MASTER FUND LTD. | C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT ATTN: JOSEPH WUNDERLICH 63 COPPS HILL ROAD RIDGEFIELD CT 06877 |
| TYTICUS MASTER FUND, LTD. | C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P. ATTN: JOSEPH WUNDERLICH 63 COPPS HILL ROAD RIDGEFIELD CT 06877 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

**Total Creditor count  152**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ANP FUNDING I LLC | 62 FOREST STREET, SUITE 102 ATTN: DAVID MUSSELMAN, VICE PRESIDENT & GENERAL COUNSEL MARLBOROUGH MA 01752 |
| ANP FUNDING I, LLC | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| ANP FUNDING I, LLC | ATTN: DAVID MUSSELMAN 62 FOREST STREET, SUITE 102 MARLBOROUGH MA 01752 |
| BASSWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 0TH FLOOR NEW YORK NY 10022 |
| BASSWOOD INTERNATIONAL FUND | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY FUND INC | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY PARTNERS, LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 2ND FLOOR SHIRLEY & CHARLOTTE STREETS ATTN: ANGELA WATSON NASSAU BAHAMAS |
| CAP FUND, L.P. | C/O CAP GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| CAP FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, 2400 FORT WORTH TX 76102 |
| CBW LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| DCI LONG-SHORT CREDIT FUND | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGHT AVENUE NEW YORK NY 10018 |
| DCI LONG-SHORT CREDIT FUND | ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DWIGHT ABSOLUTE RETURN FUND LLC | C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT ABSOLUTE RETURN FUND LLC | C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC | C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON VT 05401 |
| ENTERPRISE PRODUCTS OPERATING LLC | C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS STE 4200 HOUSTON TX 77002 |
| ENTERPRISE PRODUCTS OPERATING LLC | C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS, STE. 4200 HOUSTON TX 77019 |
| GALLERY QMS MASTER FUND LTD. | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JET I LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |

| Claim Name | Address Information |
| --- | --- |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LT | C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK NY 10004 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LT | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |
| OLD MUTUAL (US) HOLDINGS INC | C/O DWIGHT ASSET MANAGMENT COMPANY LLC 100 BANK STREET BURLINGTON V 05401 |
| OLD MUTUAL (US) HOLDINGS INC. | C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON VT 05401 |
| PREGIS CORPORATION | PREGIS CORPORATION ATTN: MARK FAJFAR, ESQ FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2505 |
| PREGIS CORPORATION | ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD IL 60015 |
| REGIONS BANK | KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN:  JOHN F. ISBELL ATLANTA GA 30309 |
| SRI FUND, L.P. | C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| STANDARD GENERAL MASTER FUND LP | ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| TLP TRADING LLC | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| TLP TRADING LLC | ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST IL 60045 |
| VINING-SPARKS IBG, LIMITED PARTNERSHIP | ATTN: MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120 |
| VINING-SPARKS IBG, LIMITED PARTNERSHIP | MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120 |
| WHITEWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ZAIS ZEPHYR A-3, LTD. | ZAIS ZEPHYR A-3, LTD. C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZAIS ZEPHYR A-3, LTD. | ZAIS ZEPHYR A-3, LTD. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA THE GALLERIA BUILDING 3, 2ND FLOOR NEW YORK NY 10004-1485 |
| ZAIS ZEPHYR A-3, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  54

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| AJUFO, ANULIKA NWAMAKA | FLAT 7 BROADOAK HOUSE MORTIMER CRESCENT LONDON NW6 5PA UNITED KINGDOM |
| ALLEN, DEAN S | 51 WILLOWMERE CIRCLE RIVERSIDE CT 06878 |
| ARANCID, JOHN | 23 KENNINGTON ST STATEN ISLAND NY 10308 |
| ARRONSON, JANE S | 2835 SUMMER VALLEY CT CHARLOTTE NC 28269 |
| BACHOFNER, HERBERT | 15705 SW ALDERBROOK DR. TIGARD OR 97224 |
| BADIER, ARNAUD | 8 BOULEVARD CLEMENCEAU VILLENEUVE-LES-AVIGNON 30 30400 FRANCE |
| BAGAROZZA, DERIC P. | 9718 FT. HAMILTON PKWY APT. 3G BROOKLYN NY 11209 |
| BELL, CHRISTIAN J | 87-32 86 STREET WOODHAVEN NY 11421 |
| BENVENUTO, M | 94 PARK HILL AVENUE MASSAPEQUA NY 11758 |
| BLONKVIST, KEVIN | 1608 STANOLIND AVE MIDLAND TX 79705-8651 |
| BRETTAR, LEO | 1130 PARK AVENUE NEW YORK NY 10128 |
| BUBALO, LARA | 5813 PENROSE AVE DALLAS TX 75204 |
| BULLARD, GLEN GORDON | 1730 WEST 145TH STREET #6F GARDENA CA 90247 |
| BURKHOLDER, KACI DENISE | 3125 THOMAS AVE APT D DALLAS TX 75204 |
| CALO, GERARDO JR. | 3 KEITH PLACE GLEN COVE NY 11542 |
| CIOFFI-BROWN, A | 1369 FAIRWAY DR LAKE FOREST IL 60045 |
| CLAUS, ERIC F | 15 MERCER STREET-APT. 6 NEW YORK NY 10013-2542 |
| COCCOLI, VIRGINIA | 1 FELIX LANE NORWALK CT 06850 |
| COCHRAN, BILL | 5040 N LA LOMITA TUCSON AZ 85718 |
| COMMUNIER-WILCOX, GWEN | JESSAMINE COTTAGE 39 ALGAR ROAD OLD ISLEWORTH, MDDSX TW7 7AG UNITED KINGDOM |
| CONE, WILLIAM | 6923 PETERS SAN FELIPE ROAD SEALY TX 77474 |
| CORNELL TANKERSLEY, KAREN | 4636 BIRKSHIRE LANE PLANO TX 75024 |
| COWAN, VALERIE M | 10912 E VASSAR DRIVE AURORA CO 80014-1757 |
| DICKEY, ROBERT | 320 W. MERMAID LN. PHILADELPHIA PA 19118-4010 |
| DRINKWATER, JILL | 7 HERRIDA WAY SANTA FE NM 87508 |
| DUDZIK, CHESTER | 50 CHURCH ST APT 6 GREENWICH CT 06830 |
| ECKLUND, DONALD R | 3314 SOUTH EMERALD AVE CHICAGO IL 60616 |
| EDELMAN, VICTORIA | 41 MUSIKER AVENUE RANDOLPH NJ 07869 |
| ERRICKSON, MARVIN O. | 1870 PACIFIC BEACH DR APT 3 SAN DIEGO CA 92109 |
| ESTRIN, ALINA | 150 WEST 19 STREET BAYONNE NJ 07002 |
| EWOBARE, RUTH SODJE | 824 MARC DRIVE NORTH BRUNSWICK NJ 08902 |
| FIELDS, PERLE | 100 WILLOW PKWY BUFFALO GROVE IL 60089 |
| FLANEL, DARREL E | 2043 ALAMEDA AVENUE SARASOTA FL 34234 |
| FRANKHUISEN, AUGUSTINA | 29710 DAWNCREST CIRCLE TEMECULA CA 92591 |
| FRENCH-DAVIS, CAROLYN O | 203 WATERSIDE DRIVE LAFAYETTE LA 70503 |
| FUCHS, MERWIN | 3303 PARK PLACE SPRINGFIELD NJ 07081 |
| GAMBOA, EDWARD P | 125 WAINWRIGHT DR S MATAWAN NJ 07747-9726 |
| GARNER, TANYA | 20050 APPLEDOWRE CIR GERMANTOWN MD 20876 |
| GAYNOR, THOMAS | 318 SYLVANIA AVENUE AVON BY THE SEA NJ 07717 |
| GEORGIANNI, KARA | 213-14 29TH AVENUE BAYSIDE NY 11360 |
| GERRISH, WAKEFIELD | 3146 GOODING PLACE THE VILLAGES FL 32162 |
| GESTEN, EDWARD T | 9849 E. TROON NORTH DR SCOTTSDALE AZ 85262 |
| GIGIS, GEORGE | 754 LARKWOOD RD CHARLESTON SC 29412 |
| GILBERT, ADRIAN M | 2581 EVANSVILLE AVE HENDERSON NV 89052 |
| GOLDMAN, RALPH | 13916 ATLANTIC BLVD JACKSONVILLE FL 32225-3241 |
| GRIFFIN, JAMES | 839 MILBURN EVANSTON IL 60201 |
| GUDEBSKI, EDWARD J | 19 BROOKVIEW LANE MANANLAPAN NJ 07726 |
| HADLEY, EDWIN N. | 23 TIMBER DRIVE NORTH CALDWELL NJ 07006 |
| HALLIGAN, JAMES J | 1998 BROADWAY #1205 SAN FRANCISCO CA 94109 |

| Claim Name | Address Information |
|---|---|
| HAROUNI, JOSEPH | 355 CRAIG AVENUE STATEN ISLAND NY 10307-1210 |
| HAVERSTICK, S A | 25 MADISON TERRACE SHORT HILLS NJ 07078 |
| HELDMAN, JOHN E. | 8 BELAIRE LAGUNA NIGUEL CA 92677 |
| HIRST, JULIAN C | 89 CAMBRIDGE ST LONDON SW1V 4PY UNITED KINGDOM |
| HOGUE, WILLIAM H | 7743 HUNTERS RUN DRIVE GERMANTOWN TN 38138 |
| HOHENSTEIN, STACY SCHIMMEL | 401 E 80TH ST – 31G NEW YORK NY 10075 |
| HOLLADAY, TIMOTHY F | 6432 TOKENEAK TRAIL MOBILE AL 36695 |
| HORSMAN, DONALD | 9520 MAINLANDS BLVD W PINELLAS PARK FL 33782 |
| HOSKING, GARY | 132 LAWNDALE AVENUE WILMETTE IL 60091 |
| JOHNSON, AUBREY R | 4485 HIGHGROVE POINTE NE ATLANTA GA 30319 |
| JOHNSON, MARGARET | 165 EAST 71 STREET NEW YORK NY 10021 |
| KALLEN, JOEL | 11801 ROCKVILLE PIKE #410 ROCKVILLE MD 20852 |
| KAMPFE, DAVID | 320 EAST 9TH STREET APARTMENT 403 NEW YORK NY 10003 |
| KATZKI, STEVEN | 4514 DRUMMOND AVENUE CHEVY CHASE MD 20815-5435 |
| KETCHAM, THOMAS G. (IRA) | JOHN F. KETCHAM TRUST 13608 AVISTA DR. TAMPA FL 33624 |
| KETTERER, GWYNETH M | 652 HUDSON ST APT 3S NEW YORK NY 10014-1629 |
| KHATIBLOO, SHOURA | 155 MONTARA ROAD ALISO VIEJO CA 92656 |
| KLONSKY, DANIEL S. | 34 FLAMINGO ROAD ROSLYN NY 11576 |
| KONEHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06980-1228 |
| KONINGSBERG, NEIL B. | 90 LAW QUEBRADAS LANE ALAMO CA 94507 |
| KORTLANDER, FREDERICK | 850 NORTH DEWITT PLACE APT 14K CHICAGO IL 60611-7320 |
| KUYKENDALL, CHARLES L | 6573 EAGLE RIDGE DRIVE BETTENDORF IA 52722 |
| LAM, DICK | 2099 LAKE STREET SAN FRANCISCO CA 94121 |
| LEE, JOSEPH STEVEN JR. | 4541 CHERRY FOREST CIRCLE LOUISVILLE KY 40245 |
| LEGGETT, WILLIAM D | 3251 TEMPLETON GAP ROAD COLORADO SPRINGS CO 80907 |
| LEGROS,H-LEIGHTON | P O  BOX 7896 HORSE SHOE BAY TX 78657 |
| LENIHAN, WILLIAM | 1217 GEORGINA AVENUE SANTA MONICA CA 90402 |
| LEVEY, ROBERT | 55 W 95TH STREET #75 NEW YORK NY 10025 |
| LEVY, ALAN | 32 PEARSALL AVE APT 1B GLEN COVE NY 11542 |
| LEVY, MICHAEL J | 666 W END AVE #7S NEW YORK NY 10025-7357 |
| LINZMEIER,RALPH B. | 5 SAWGRASS COTO DE CAZA CA 92679 |
| LOFTUS, BRIAN J | 2635 VISTA ORNADA NEWPORT BEACH CA 92660 |
| LYNCH, JOHN J | 815 NORTH WASHINGTON AVENUE DUNELLEN NJ 08812 |
| MAGO, AASHA | 5407 CARRIAGEWAY LN. RICHMOND VA 23234 |
| MAILLIE, PATRICIA J | 132 N. MERRILL PARK RIDGE IL 60068 |
| MANEY, KATHRYN C | PO BOX 2194 CAROLINA BEACH NC 28428-2194 |
| MANOR, JAMES DOUGLAS | 1600 ABRAMS RD #19 DALLAS TX 75214 |
| MAREK, HARVEY | 83 SCISM ROAD TIVOLI NY 12583 |
| MARTEL, DONNA | 994 SAN CARLOS CT NE SAINT PETERSBURG FL 33702 |
| MCCARTHY,ROBERT E. | 6 OREGON AVE HAZLET NJ 07730 |
| MCCLAIN, LISA | 800 WEST END AVENUE NEW YORK NY 10025-5467 |
| MCDONALD, DELORES | 7204 FAIRWAY LANE PARKER CO 80134 |
| MCNEIL, MICHAEL L | 2000 N.W. PUTNAM ROAD BEND OR 97701 |
| MESZAROS, LISA M | 22 THUNDER TRL IRVINE CA 92614-7419 |
| MILLER, BLAKE | 32 THE TERRACE KATONAH NY 10536 |
| MORAN, VINCENT | 6340 WINGED FOOT DRIVE STUART FL 34997 |
| MOREAU, AMY C. | 30902 CLUBHOUSE DR UNIT 1J LAGUNA NIGUEL CA 92677-2378 |
| MULLEN, ELEANOR | 95 FRANCES AVENUE SHARON HILL PA 19079 |
| NADAS,JOHN | 15390 BRAUN CT MOORPARK CA 93021 |

| Claim Name | Address Information |
| --- | --- |
| NADELLA, MAHIDHAR | KENCES BRINDAVAN, 6TH BLOCK, 3D 142 EVR LANE KILPAUK CHENNAI 600 010 INDIA |
| NAPOLITANO, ANTHONY | 10 LYMAN RD FRAMINGHAM MA 01701 |
| NATHAN, CHARLES | 40174 VIA MARISA MURRIETA CA 92562 |
| NEWLANDS, MARY | 8 CANTERBURY WAY CAPE ELIZABETH ME 04107 |
| NEWMAN, JAY H | 24 WEST 10 ST. NEW YORK NY 10011 |
| NORTON, ROBERT | 10 RACHEL CT BASKING RIDGE NJ 07920 |
| O'BRIEN,MAURICE PATRICK | 42 TANEY ROAD GOATSTOWN DUBLIN 14 DUBLIN, DUBLIN 14 IRELAND |
| OLESZKOWICZ, MARTIN L | 7084 TREELINE DRIVE WEST BLOOMFIELD MI 48322 |
| OLIVER, KIRK R | 4631 VALLEY RIDGE ROAD DALLAS TX 75220 |
| PARK, DALE SAMUEL | 17 FALCON WAY WASHINGTON NJ 07882 |
| PELLIGRINO, EILEEN | 13 STONEYBROOK ROAD HOLMDEL NJ 07733 |
| PERROTTA, ANTHONY | 10339 SCOTLAND AVE FORT MILL SC 29707 |
| PHILLIPS, DORIS M | 374 HAMILTON ROAD RIDGEWOOD NJ 07450 |
| PHILLIPS, YOAN | 154 BD BERTHIER PARIS 75017 FRANCE |
| PLATEK, RICHARD | 333 GRAND CENTRAL AVENUE AMITYVILLE NY 11701 |
| PORTER, DUWARN V | 22897 EAST WIND DR. RITCHTON IL 60471 |
| PORTNY, DAVID S. | 24 SYLVAN LANE OLD GREENWICH CT 06870 |
| PRAETZEL, ROBERT C | 5717 WATTSBURG RD ERIE PA 16509 |
| PRICHARD, WILLIAM | 206 PORSPECT TERRACE DAVENPORT IA 52803-3943 |
| RAMIREZ,CARISSA D | 100 W 26TH ST APT 6E NEW YORK NY 10001-6893 |
| ROGERS, STEPHEN A. | 9 CLIFTON COURT PIKESVILLE MD 21208 |
| RUSHING, KELLY A | 2428 GRAMERCY HOUSTON TX 77030 |
| SAALWACHTER, FREDERIC L | 4013 PIPING ROCK LANE HOUSTON TX 77027 |
| SCHICICMO, GEOFFREY | 844 WEST WISCONSIN STREET CHICAGO IL 60614 |
| SCHRAMM, GRACY C | 311 52ND ST SW ALBUQUERQUE NM 87105 |
| SCOTT, PETRA | 66 EAST PARK ST EAST ORANGE NJ 07017 |
| SESSIONS, DONALD | 1476 ROXBURY ROAD SALT LAKE CITY UT 84108 |
| SHERMAN,JOHN P. | 95 EVERGREEN AVENUE RYE NY 10580 |
| SHINDER, RICHARD J | 21 S END AVE APT 340 NEW YORK NY 10280-1061 |
| SIDERI, EDWARD | 7206 19TH AVE BROOKLYN NY 11204 |
| SPANGLER, RODNEY | 6240 NORTH PLACITA DE ROJELIO TUSCON AZ 85718 |
| STUART, EDGAR | 215 DEER PARK DRIVE NASHVILLE TN 37205 |
| SWEETNAM, RICHARD | 102 WEST 85TH STREET NEW YORK NY 10024 |
| SYKES, MARY | 652 HUDSON STREET APT. 35 NEW YORK NY 10014-1619 |
| TAFT, WILLIAM J | 175 EAST 62ND STREET APT 8D NEW YORK NY 10065 |
| TIBBETTS, WESLEY R. | 2217 ZVAN STREET #1121 DALLAS TX 75201 |
| TOTH, JOHN | 10 OBERT COURT E. BRUNSWICK NJ 08816-3581 |
| TRIPLETT, DUANE E | 7843 EAST MEDINA MESA AZ 85208 |
| ULURMBRAND, ELLEN | 55 MONROE BLVD, APT. 3A LONG BEACH NY 11561 |
| ULURMBRAND, ELLEN | 55 MONROE BLVD, APT. 3A LONG BEACH NY 11561 |
| UNGAR, BRUCE | 149 OXFORD BLVD. GARDEN CITY NY 11530 |
| VAN INWEGEN, CORNELIUS | 8550 W. BROOKVIEW DR BOISE ID 83709 |
| WARFIELD JR, T J | 11421 SE 67TH PL BELLEVUE WA 98006 |
| WEINSTEIN, BERNARD | 26 REYNOLDS LANE KATONAH NY 10536 |
| ZIMMERMAN, KAREN | 1444 FLAGLER DRIVE MAMARONECK NY 10543 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  143**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| AFFRONTI, FRANK | 446 MANOR AVE CRANFORD NJ 07016 |
| AFFRONTI, MINDY (WEISS) | 446 MANOR AVENUE CRANFORD NJ 07016 |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | ATTN: MR S. BILLIALD 33 WIGMORE STREET LONDON W1U 1QX UNITED KINGDOM |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BISSESSAR, BABITA | 1750 EAST 52ND STREET BROOKLYN NY 11234 |
| BRAEM, JOHAN | HANDZAAMSE NIEUWSTRAAT 7 HANDZAME B8610 BELGIUM |
| CHAMBERS, PAUL | 10 BURNTWOOD ROAD KENT SEVENOAKS TN13 1PT UNITED KINGDOM |
| CHAN LAI KAN | RM1024, MING SHUN LAU, JAT MIN CHUEN SHATIN, NT HONG KONG |
| CORNELL, JENNIFER I | 14 NITA ROAD WARLEY ESSEX BRENTWOOD CM145BQ UNITED KINGDOM |
| DAMY GOMEZ AND OTHERS, EDUARDO E | 103103 2163 LIMA LOOP LAREDO LAREDO TX 78045 |
| DEWITT SECURITIES LTD | PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| DEWITT SECURITIES LTD | PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| DEWITT SECURITIES LTD | PASEA ESTATE PO BOX 958 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| FAYER, RUSSELL A | 172 ROBERT DRIVE NEW ROCHELLE NY 10804 |
| GAY, PAUL | 86 CLAYGATE LANE HINCHLEY WOOD SURREY ESHER KT100BJ UNITED KINGDOM |
| GAY, PAUL | 86 CLAYGATE LANE HINCHLEY WOOD SURREY ESHER KT100BJ UNITED KINGDOM |
| GEENS, EDDY | LANGE BRUUL 10 BOORTMEERBEEK B3190 BELGIUM |
| GORMAN, LESLIE D. | 305 EAST 63RD STREET APT. 17-B NEW YORK NY 10021 |
| GORMAN, LESLIE D. | 305 EAST 63RD STREET APT 17-B NEW YORK NY 10065 |
| HO KWOK HUNG | 24G, PARK TOWERS 1 NO. 1 KING'S ROAD NORTH POINT HONG KONG |
| HOUSSONLOGE, ANN-GAELLE | RUE DES CLOUTIERS, 37 ROUX 6044 BELGIUM |
| ILBERT, CHRISTIAN | CHAUSSEE DE SOIGNIES, 99 LE ROEULX 7070 BELGIUM |
| INCORE BANK AG | POSTFACH DREIKONIGSTRASSE 8 ZURICH CH8022 SWITZERLAND |
| JAKEMAN, JAMES P | 90 MANOR WAY BECKENHAM, KENT BR3 3LR UNITED KINGDOM |
| JAKEMAN, JAMES P | 90 MANOR WAY BECKENHAM, KENT BR3 3LR UNITED KINGDOM |
| JAKEMAN, JAMES P | 90 MANOR WAY BECKENHAM, KENT BR3 3LR UNITED KINGDOM |
| JOOST, MICHAEL | NAHESTRASSE 2 BAD MUNSTER 55583 GERMANY |
| JOTWANI,TARUN | 48 WYNNSTAY GARDENS LONDON, ANT W8 6UT UNITED KINGDOM |
| KWOK WA WAI DAVID | C/O NEWARE TECHNOLOGY (HONG KONG) LTD UNIT B, 11/F TOWER B, BILLION CENTRE 1 WANG KWONG ROAD KOWLOON BAY, KOWLOON HONG KONG |
| LEUNG LAU CHING | FLAT 2713, 27/F, KING YU HOUSE KING LAM ESTATE JUNK BAY HONG KONG |
| LEUNG YUEN MAY | FLAT 1, FIRST FLOOR, YUEN WING BUILDING WHAMPOA EST. HUNG HOM HONG KONG |
| LIN SAMUEL | 104B HONG LOK ROAD EAST HONG LOK YUEN TAI PO HONG KONG |
| LUCAS-MELCHER, MARION AND JOACHIM | KAPERSBURGSTR. 21A WEHRHEIM 61273 GERMANY |
| MARGREITER, HULDA | DANIEL - SWAROVSKI STRASSE 48 ABSAM A-6067 AUSTRIA |
| MEBIUS, E. | CELSIUSPLANTSOEN 2 BADHOEVEDORP 1171 BX NETHERLANDS |
| MEDIA FACTORY BEHEER BV | ZONNELAAN 24 HILVERSUM 1217 NJ NETHERLANDS |
| MESSINA, LEONARD | 51 WEST ZORANNE DRIVE FARMINGDALE NY 11735-2820 |
| NG SUI LING | FLAT A 8/F KEN 7 BUILDING 39-39A JORDAN ROAD HONG KONG, KLN HONG KONG |
| NGAN LAI FONG | FLAT C, 6/F, BLK 12, LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI YUEN LONG, NT HONG KONG |
| NICAISE, MARC & FANNY MEERTS | RUE SAINT-VINCENT, 33 NAAST 7062 BELGIUM |
| OEGES BEHEER B.V. | MARCONISTRAAT 31A ZEVENAAR 6902 PC NETHERLANDS |
| OEGES BEHEER B.V. | MARCONISTRAAT 31A ZEVENAAR 6902 PC NETHERLANDS |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA CA 92702 |
| PANG KAK SAN | ROOM 2311, 23 FLOOR, ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG KOWLOON HONG KONG |
| PETER, KARIN | SPEERSTRASSE 32 RICHTERSWIL 8805 SWITZERLAND |

| Claim Name | Address Information |
| --- | --- |
| PETTIT-BREINGAN, LARA | 7A LOCUST LANE HUNTINGTON NY 11743 |
| PETTIT-BREINGAN, LARA A | 74 LOCUST LANE HUNTINGTON NY 11743 |
| PETTIT-BREINGAN, LARA A | 7A LOCUST LANE HUNTINGTON NY 11743 |
| PETTIT-BREINGAN, LARA A | 7A LOCUST LN HALESITE NY 11743-1308 |
| PLINNINGER, JOSEF AND MARIANNE | MOEWESTR. 50 A MUNCHEN D-81827 GERMANY |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE | ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY MO 65109 |
| RECOURT, A., DR | BROEKKANT 57 BUDEL CS 6021 NETHERLAND |
| REEL HOLDING BV | POSTBUS 96 SITTARD 6130 AB NETHERLANDS |
| RODDY, JAMES C. | 59 EAST 78 ST APT 2 NEW YORK NY 10021 |
| SEBASTIANI, GIOVANNI | 55 QUEENSDALE ROAD LONDON W114SD UNITED KINGDOM |
| SEBASTIANI, GIOVANNI | 55 QUEENSDALE ROAD LONDON W114SD UNITED KINGDOM |
| SEBASTIANI, GIOVANNI | 55 QUEENSDALE ROAD LONDON, GT LON W11 4SD UNITED KINGDOM |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SINGAPORE AIRLINES LIMITED | C/O J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| STEELE, ALEXANDRA MARIA | AVDA. DE LA GALAXIA, 19 PORTAL 8, 1, "N" ARAVACA, MADRID 28023 SPAIN |
| STOVOLD, MILES | 25 CROWN LANE CHISLEHURST KENT BR7 5PL UNITED KINGDOM |
| TANG MAN KIU | FLAT H, 26F, BLK 1 ISLAND PLACE 51 TANNER ROAD NORTH POINT HONG KONG |
| TAYLOR, KEVIN CHARLES | 4 REMBRANDT CLOSE ISLE OF DOGS LONDON, GT LON E143UZ UNITED KINGDOM |
| TO CHOR CHOR RITA | FLAT 45C, TOWER 5, THE BELCHER'S 89 POK FU LAM ROAD HONG KONG CHINA |
| TOPPLE, CHRISTOPHER MAR | 10 MALCOLM ROAD WIMBLEDON LONDON SW194AS UNITED KINGDOM |
| TOPPLE, CHRISTOPHER MARCUS | 10 MALCOLM ROAD WIMBLEDON LONDON, GT LON SW194AS UNITED KINGDOM |
| VERSTRAETE, JULIANA | POPERINGESTRAAT 80 A WOESTEN 8640 BELGIUM |
| WANG, DAVID YULAN | 65 LAURA AVENUE EDISON NJ 08820 |
| WANG, DAVID YULAN | 65 LAURA AVENUE EDISON NJ 08820-2115 |
| WERNER, MOSTL | JOSEF-RESSEL-STR 2A/314 WIEN 1140 AUSTRIA |
| WESTCOTT LIMITED | JP MORGAN TRUST COMPANY OF THE BAHAMAS LTD. ATTN: CAMERON A. CAREY BAHAMAS FINANCIAL CENTER, 2ND FLOOR SHIRLEY & CHARLOTTE STREETS P.O. BOX N-4899 NASSAU BAHAMAS |
| YIP HAY WAN | RM. 2910 KING TSUI COURT 8 FUNG HA ROAD CHAI WAN HONG KONG |

**Total Creditor count  72**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ACRES, SANDRA B. | 3957 VIA VALMONTE PALOS VERDES EST CA 90274 |
| ANDRESEN, RANDALL | 1341 N. SPRUCE ST. WAHOO NE 68066 |
| ANTLITZ, ALBERT | 2441 GRAND OAKS CT ABINGDON MD 21009 |
| BAGLIERE, SARA | 7593 HOLLANDERRY PLACE CUPERTINO CA 95014 |
| BANK SYZ & CO S.A. | ATTN: BO TITRES – CORPORATE ACTIONS RUE DU RHONE 30 GENEVE CH-1204 SWITZERLAND |
| BEIDEMAN, DONNA A. | 6 POPLAR PL. BELLMAWR NJ 08031-1824 |
| BODNAR, GEZA TTEE | GEZA BODNAR TRUST 680 OLD ACADEMY ROAD FAIRFIELD CT 06824-2026 |
| BROWN, ROBERT M. | 7950 MOORSBRIDGE ROAD PORTAGE MI 49024 |
| CHANG,WILLIAM A. | 18 DRINKING BROOK ROAD MONMOUTH JUNCTION NJ 08852 |
| CHRIST ON THE MOUNTAIN COUNCIL #7640 | KNIGHTS OF COLUMBUS 1620 SO. ARBUTUS PLACE LAKEWOOD CO 80228-3731 |
| CHRISTENSEN, JAMES C. AND LOIS D. | 4685 JERI WAY EL CAJON CA 92020 |
| CLIFFORD, KEVIN B | 75 GRANT AVE ISLIP NY 11751 |
| COHEN, LAURIE S | 1361 WRIGHT DRIVE HUNTINGDON VALLEY PA 19006 |
| COLLERTON, ANTHONY J. | 165 DUANE STREET, APT 7A NEW YORK NY 10013 |
| CORNER BANCA SA | VIA CANOVA 16 LUGANO 6900 SWITZERLAND |
| CORRITORI, PETER M | 158 BROOKSIDE LANE MOUNT ARLINGTON NJ 07856-2305 |
| CUTLER, GARY A. | 40 COLLEGE STREET, SUITE 302 BURLINGTON VT 05401 |
| DADINOS, VALDA | 23 CYPRESS ROAD SUFFERN NY 10901-6842 |
| DECKER, MURRAY N | IRA ROLLOVER 2360 DOVER WESTON FL 33326 |
| DUGAN, CATHERINE | 45 SUTTON PLACE SOUTH APT. 17K NEW YORK NY 10022 |
| EILEEN JENKINS REV LIV TR | ARTHUR B JENKINS TTEE 7360 S. ORIOLE BLVD E801 DELRAY BEACH FL 33446-1392 |
| EYE CARE GROUP PC, THE | EMPLOYEES PROFIT SHARING + 401K PLAN DESIGNATED FUND-STANLEY HERSH 7 SUNBROCK RD WOODBRIDGE CT 06525 |
| FAIBIS, MIKY AND RENEE | C/O ARI H. JAFFE, ESQ KOHRMAN JACKSON & KRANTZ PLL 1373 EAST 9TH STREET, 20TH FLOOR ONE CLEVELAND CENTER CLEVELAND OH 44114-1793 |
| FARGLORY LIFE INSURANCE CO., LTD | 18 FL., NO. 200, KEELUNG RD., SEC. 1 TAIPEI TAIWAN 110 CHINA |
| FISHER, ROBERT B. | 304 SUTTON WAY, #43 GRASS VALLEY CA 95945 |
| FLORILLO, DORA | 1025 PHOSPHOR AVE. METAIRIE LA 70005 |
| FOLTZ, ANN T. | RETIREMENT ACCOUNT 488 ALEXIAN WAY, APT. 501 SIGNAL MOUNTAIN TN 37377 |
| FRANK RUSSELL COMPANY | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| FRANK RUSSELL COMPANY | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| GAUDIANO, ALFREDO AND LEZICA, SOLEDAD, JTWROS | C/O SOLEDAD MATTEOZZI, ATTORNEY IN FACT ALFARO-ABOGADOS 150 EAST 58 STREET, 20TH FLOOR NEW YORK NY 10155 |
| GAUDIANO, ALFREDO AND LEZICA, SOLEDAD, JTWROS | ALFREDO GAUDIANO AND SOLEDAD LEZICA JTWROS C/O SOLEDAD MATTEOZZI, ATTORNEY IN FACT ALFARO-ABOGADOS 105 EAST 58 STREET, 20TH FLOOR NEW YORK NY 10155 |
| GOLDSTEIN, MARY | 50 SUTTON PLACE SO. APT 6H NEW YORK NY 10022 |
| GTC BANK INC. | REPRESENTACIONES GTC, S.A. 5TA. CALLE 6-55 ZONA 9 GUATEMALA GUATEMALA |
| HARLEYSVILLE ATLANTIC INSURANCE COMPANY | ATTN: MARK CUMMINS 355 MAPLE AVENUE HARLEYSVILLE PA 19438 |
| HARLEYSVILLE LAKE STATES INSURANCE CO. | ATTN: MARK CUMMINS 355 MAPLE AVENUE HARLEYSVILLE PA 19438 |
| HEALTH CARE CONSULTING CORP | 16375 NE 18TH AVE SUITE #301 ATTN:STEPHEN B. FEINBERG NORTH MIAMI BEACH FL 33162 |
| HEYMAN, MATTHEW D. | 566 LUCERO AVENUE PACIFIC PALISADES CA 90272 |
| HYRE, LILLIAN C. IRA ACCOUNT HELD AT MORGAN STANLE | LILLIAN C. HYRE 27335 ORCHID GLADE STREET LEESBURG FL 34748 |
| JEYDEL, PATRICIA K. | 616 SOUTH ORANGE AVE APT 4L MAPLEWOOD NJ 07040-1040 |
| JOHNSON, DALE W. | PATRICIA E. JOHNSON, JT. TENANTS P.O. BOX 46313 PLYMOUTH MN 55446-0313 |
| JULIANO, TRACY L. | 137 WESTMINSTER DR. MARS PA 16046 |
| KEEGAN, ROBERT & ROSEMARY | 124 BEDFORD AVE FAR ROCKAWAY NY 11697 |

| Claim Name | Address Information |
|---|---|
| KETTERER, WILLIAM E. | 100 COUNTRYGATE LANE TONAWANDA NY 14150 |
| KUPERSTOCK, BETTY L. & ALBERT D. | 2211 WOODCREST DRIVE JOHNSTOWN PA 15905 |
| LIBERTY MUTUAL INSURANCE COMPANY | ATTN: ROBERT BLAUVELT 175 BERKELEY STREET BOSTON MA 02116 |
| LONGCHAMP FINANCE CORP. | LUZ HELENA VILLALOBOS PO BOX 5206-86 DEPT 0280 MIAMI FL 33152 |
| MANDRACCHIA, CHARLES S. | 21 CUSHMAN TERR MANDRACCHIA INVESTMENT TRUST REVERE MA 02151 |
| MAPFRE RE COMPANIA DE REASEGUROS S.A. | MAPFRE EDIFICIO 1 ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT CARRETERA DE PONZUELO 52 MADRID 28220 SPAIN |
| MAPFRE RE COMPANIA DE REASEGUROS S.A. | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK NY 10022 |
| MARINO, RALPH AND GAETANA | 459 SUMMIT AVE CARLSTADT NJ 07072 |
| MEE, CATHERINE | 42 HUTTLESTON AVEN FAIRHAVEN MA 02719 |
| MOCHEL, NORMAN W. | 5555 MONTGOMERY DRIVE APT L207 SANTA ROSA CA 95409 |
| MUNVES, PAULA | 120 VIA ESTRADA - B LAGUNA WOODS CA 92637 |
| N.V.TRUSTMAATSCHAPPIJ VAN BANCO DI CARIBE | SCHOTTEGATWEG OOST 205 WILLEMSTAD, CURACAO NETHERLANDS ANTILLES |
| NEWSOME, SUSAN | EXECUTRIX OF THE ESTATE OF KATHARINA A.M. MORGAN 3902 VETERANS BLVD. DEL RIO TX 78840 |
| PERSICO, ALFONSO A | 51 BEAR CREEK DRIVE HILTON HEAD PLANTATION HILTON HEAD ISLAND SC 29926-1926 |
| PIERSON, BILLY | 120 RIDGEWAY AVENUE LOUISVILLE KY 40207 |
| PLASKOW, HARRIET | 96 SCHERMERHORN ST, APT 9C BROOKLYN NY 11201 |
| PROTECTIVE LIFE INSURANCE COMPANY | JAYNA LAMAR 1901 6TH AVENUE NO., STE 2400 BIRMINGHAM AL 35203 |
| RICH AND HEIDI SKRENTA COMMUNITY PROPERTY | 103 DEER LANE SAN CARLOS CA 94070 |
| RIML RUSSELL AUSTRALIAN BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIML RUSSELL AUSTRALIAN BOND FUND | RIML RUSSELL AUSTRALIAN BOND FUND C/O ELIOTT COHEN 909 A ST TACOMA WA 98402 |
| ROBERT PATRICK HUGHES TRUST | UAD 9/6/00 9219 DURBAN ROAD SANDY UT 84093 |
| ROYLE, ROBERT C. | 1486 BUTT OAK ROAD TOMS RIVER NJ 08755-0813 |
| SBLI USA MUTUAL LIFE INSURANCE CO., INC. | ATTN: ROBERT DAMANTE, EVP AND CFO 460 WEST 34TH STREET, STE. 800 NEW YORK NY 10001-2320 |
| SCHILDCROUT, LLOYD | 2504 ANTIGUA TERR, C-1 COCONUT CREEK FL 33066 |
| SCHUVILLE, RAYMOND G. | 378 WEST NECK RD LLOYD HARBOR NY 11743 |
| SHULIN SUN | #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO 141-0001 JAPAN |
| SINRICH, NORMAN | CGM IRA ROLLOVER CUSTODIAN 200 DEER RUN ROAD WILTON CT 06897-1210 |
| SINRICH, NORMAN | CGM IRA CUSTODIAN 200 DEER RUN ROAD WILTON CT 06897-1210 |
| SMITH, RICHARD S. & JOYCE | 8517 HAMPTON CHASE CT WAKE FOREST NC 27587 |
| STASHEFSKY, DONALD | 5022 BANTRY DR. W. BLOOMFIELD MI 48322 |
| STATE OF NEW JERSEY COMMON PENSION FUND A AND | STATE OF NEW JERSEY COMMON PENSION FUND B NEW JERSEY DIVISION OF INVESTMENT ATTN: DIRECTOR 50 WEST STATE STREET, 9TH FLOOR TRENTON NJ 08625 |
| STATE OF NEW JERSEY COMMON PENSION FUND A AND | THOMAS G. MACAULEY, ESQ. ZUCKERMAN SPAEDER LLP 919 MARKET STREET, SUITE 990 P.O. BOX 1028 WILMINGTON DE 19899 |
| SWANGO, DONALD L | 2408 JEFFERSON RD FOX HOLLOW BARTLESVILLE OK 74006 |
| SWANGO, DONALD L | DONALD L SWANGO 2408 JEFFERSON RD FOX HOLLOW BARTLESVILLE OK 74006 |
| THE JETTER LIVING TRUST | 417 MANZANITA AVENUE CORTE MADERA CA 94925 |
| TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, TH | 1 TOWER SQ., 8MS ATTN: MARY C. DUFFY BOARDMAN HARTFORD CT 06183 |
| TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, TH | ATTN : MARY C. DUFFY BOARDMAN 1 TOWER SQUARE, 8MS HARTFORD CT 06183 |
| UAL DIVERSIFIED BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |

| Claim Name | Address Information |
| --- | --- |
| UAL DIVERSIFIED BOND FUND | UAL DIVERSIFIED BOND FUND C/O ELIOTT COHEN 909 A ST TACOMA WA 98402 |
| VOJTA,MARJORIE C. | 4412 COTTONWOOD SCOTTSBLUFF NE 69361 |
| WALKER, BRANDI | C/O MELVIN PASTERNACK ESQ GDN 166 HAMILTON ROAD ROCKVILLE CENTRE NY 11570 |
| ZUBALSKY, HELEN | 11279 WESTLAND CIRCLE BOYNTON BEACH FL 33437-1804 |

**Total Creditor count  84**