UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
         Debtors.                             :
                                              :    Ref. Docket No. 12475, 12476 &
------------------------------------------------------------------x       12490


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2010, I caused to be served the:

   a. "Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 And 9019 for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit Facilities," dated November 2, 2010 [Docket No. 12475],

   b. "Declaration of Shai Y. Waisman in Support of Order to Show Cause to Shorten Notice Period for Consideration of the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit Facilities," dated November 2, 2010 [Docket No. 12476], and

   c. "Order to Show Cause to Shorten Notice Period for Consideration of the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Restructure Certain Terms of the Archstone Credit Facilities," dated November 2, 2010 [Docket No. 12490],

by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.    delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii.    enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
8th day of November, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

# EXHIBIT A

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brian.corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

| | |
|---|---|
| cshore@whitecase.com | dpiazza@hodgsonruss.com |
| cshulman@sheppardmullin.com | dravin@wolffsamson.com |
| ctatelbaum@adorno.com | drose@pryorcashman.com |
| cwalsh@mayerbrown.com | drosenzweig@fulbright.com |
| cward@polsinelli.com | drosner@goulstonstorrs.com |
| cweber@ebg-law.com | drosner@kasowitz.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dwdykhouse@pbwt.com |
| david.bennett@tklaw.com | dwildes@stroock.com |
| david.crichlow@pillsburylaw.com | dworkman@bakerlaw.com |
| david.heller@lw.com | easmith@venable.com |
| davids@blbglaw.com | echang@steinlubin.com |
| davidwheeler@mvalaw.com | ecohen@russell.com |
| dbalog@intersil.com | efile@willaw.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@friedumspring.com |
| dbesikof@loeb.com | egeekie@schiffhardin.com |
| dcimo@gjb-law.com | eglas@mccarter.com |
| dckaufman@hhlaw.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | eli.mattioli@klgates.com |
| ddavis@paulweiss.com | elizabeth.harris@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | eric.johnson@hro.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| deryck.palmer@cwt.com | esmith@dl.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| dirk.roberts@ots.treas.gov | fishere@butzel.com |
| djoseph@stradley.com | francois.janson@hklaw.com |
| dkleiner@velaw.com | frank.white@agg.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dladdin@agg.com | fyates@sonnenschein.com |
| dlemay@chadbourne.com | gabriel.delvirginia@verizon.net |
| dlipke@vedderprice.com | gary.ticoll@cwt.com |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george.davis@cwt.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dodonnell@milbank.com | giddens@hugheshubbard.com |
| douglas.bacon@lw.com | gkaden@goulstonstorrs.com |
| dove.michelle@dorsey.com | glenn.siegel@dechert.com |
| dowd.mary@arentfox.com | gmoss@riemerlaw.com |

gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com

mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com

ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com

sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com

tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| Internal Revenue Service | 212-436-1931 |
| Office of The US Trustee - Andrew D. Velez-Rivera | 212-668-2255 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AARON WELSH | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| AEGIS FINANCE LLC | C/O GSS HOLDINGS (AEGIS), INC. 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| ALSTON & BIRD | BANK OF AMERICA PLAZA, SUITE 4000 ATTN: PATRICK HAYDEN 101 SOUTH TRYON STREET CHARLOTTE NC 28280-4000 |
| AMY WOLF | WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| ARCHSTONE CORPORATE HEADQUARTERS | 9200 E. PANORAMA CIRCLE SUITE 400 ENGLEWOOD CO 80112 |
| BANC OF AMERICA STRATEGIC VENTURES, | INC. C/O BANC OF AMERICA LEGAL DEPT. 231 S. LASALLE STREET ATTN: ILEANA STONE, ASSISTANT GENERAL COUNSEL CHICAGO IL 60604 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | 214 NORTH TRYON STREET CHARLOTTE NC 28255 |
| BANK OF AMERICA | JASON OURMAN PRINCIPAL ONE BRYANT PARK, 11TH FLOOR NY1-100-11-07 NEW YORK NY 10036 |
| BANK OF AMERICA SECURITIES, LLC | NY1-301-32-02 9 WEST 57TH STREET ATTN: ROCHELLE R. DOBBS, MANAGING DIRECTOR REAL ESTATE CAPITAL MARKETS NEW YORK NY 10019 |
| BANK OF AMERICA SECURITIES, LLC | NY1-100-11-07 ONE BRYANT PARK ATTN: DON BENNINGFIELD, MANAGING DIRECTOR GLOBAL STRUCTURED FINANCE NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | CMBS MORTGAGE SERVICING 900 WEST TRADE STREET NC1-026-06-01 ATTN: DEAN ROBERSON CHARLOTTE NC 28255 |
| BANK OF AMERICA, N.A. | 901 MAIN STREET ATTN: LESA BUTLER DALLAS TX 75202-3714 |
| BANK OF AMERICA, N.A. | 555 CALIFORNIA STREET 8TH FLOOR ATTN: SYLVIA O'NEILL SAN FRANCISCO CA 94104-1503 |
| BARCLAYS CAPITAL | IAN W. STERLING DIRECTOR & ASSOCIATE GENERAL COUNSEL 200 PARK AVENUE, 27TH FLOOR NEW YORK NY 10166 |
| BENJAMIN EPPLEG | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| BIH ASN LLC | C/O BARCLAYS CAPITAL 200 PARK AVENUE ATTN: LORI RUNG NEW YORK NY 10166 |
| BRAHMS FUNDING CORPORATION | C/O GLOBAL SECURITIZATION SERVICES, LLC 114 WEST 47TH STREET, SUITE 1715 NEW YORK NY 10036 |
| CADWALADER, WICKERSHAM & TAFT | RICHARD SCHETMAN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COOPERATIVE CENTRALE RAIFFEISEN-BOERENLEEN | BANK B.A.. RABOBANK INTERNATIONAL, NEW YORK BRANCH 245 PARK AVENUE NEW YORK NY 10167 |
| FANNIE MAE | 3900 WISCONSIN AVENUE, N.W. ATTN: VICE PRESIDENT FOR MULTIFAMILY ASSET MANAGEMENT WASHINGTON DC 20016-2899 |
| FENWAY CAPITAL, LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 SOUTH SERVICE ROAD, SUITE 120 MELVILLE NY 11747 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  DIRECTOR, MULTIFAMILY PORTFOLIO SERVICES MCLEAN VA 22102 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  ROBERT E. BOSTROM, GENERAL COUNSEL MCLEAN VA 22102 |
| FREEDOM CCS 2008-1, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 CAYMAN ISLANDS |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ERIC SEILER 1633 BROADWAY NEW YORK NY 10019-6708 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | WILLIAM P. WEINTRAUB 1633 BROADWAY NEW YORK NY 10019-6708 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | GERALD ADLER 1633 BROADWAY NEW YORK NY 10019-6708 |
| GIBSON, DUNN & CRUTCHER LLP | ONE MONTGOMERY STREET, SUITE 3100 ATTN: FRED L. PILLON, ESQ. SAN FRANCISCO CA 94104 |
| GRANT THORNTON (EU PAYING AGENT) | HERBERT STREET DUBLIN 2 IRELAND |
| HEMISPHERE LANE PTY LIMITED | LEVEL 7, 48 MARTIN PLANE SIDNEY NEW SOUTH WALES 2000 AUSTRALIA |
| IAN W. STERLING | DIRECTOR & ASSOCIATE GENERAL COUNSEL BARCLAYS CAPITAL 200 PARK AVENUE, 27TH FLOOR NEW YORK NY 10166 |
| IRENA GOLDSTEIN | DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTN: KEVIN KELLEY AND ED MAYFIELD 245 PARK AVENUE - 12TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | 10167 |
| JPMORGAN CHASE BANK, N.A. | 245 PARK AVENUE - 12TH FLOOR ATTN: KEVIN KELLEY AND ED MAYFIELD NEW YORK NY 10167 |
| KAYE SCHOLER LLP | 425 PARK AVENUE MARGOT SCHONHOLTZ NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP | 425 PARK AVENUE EDMOND GABBAY NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP | 425 PARK AVENUE LOUIS J. HAIT NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ANA ALFONSO NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP | 425 PARK AVENUE MARK S. KINGSLEY NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP | 425 PARK AVENUE JEFFREY A. MISHER NEW YORK NY 10022-3598 |
| KIRKLAND & ELLIS LLP | 601 LEXINGTON AVENUE ATTN: STEPHEN TOMLINSON, ESQ. & EDWARD O. SASSOWER, ESQ. NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | 200 EAST RANDOLPH DRIVE ATTN: MARGARET A. GIBSON, P.C. AND MICHAEL D. BELSEY CHICAGO IL 60601-6636 |
| LAODICEA LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| LEHMAN BROTHERS BANK, FSB | 745 SEVENTH AVENUE ATTN: LLOYD WINANS, GENERAL COUNSEL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANK, FSB | GENERAL COUNSEL-LBB 745 SEVENTH AVENUE ATTN: STEVE KORELL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET ATTN: FRANK ZEITZ LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS COMMERCIAL BANK | WOODLAND TOWER 1 ATTN: PRESIDENT 4001 SOUTH 700 EAST, SUITE 410 SALT LAKE CITY UT 84107 |
| LEHMAN BROTHERS FINANCING LIMITED | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | 399 PARK AVENUE ATTN: CHARLENE THOMAS NEW YORK NY 10022 |
| LEHMAN BROTHERS HOLDINGS, INC. | LEHMAN BROTHERS COMMERCIAL BANK 745 SEVENTH AVENUE ATTN: SCOTT KIMMEL AND JULIE BOYLE NEW YORK NY 10019 |
| LEHMAN BROTHERS HOLDINGS, INC. | OFFICE OF GENERAL COUNSEL 745 SEVENTH AVENUE ATTN: SCOTT LECHNER NEW YORK NY 10019 |
| LEHMAN COMMERCIAL PAPER INC. | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN LOAN FUNDING 1 LLC | C/O LEHMAN COMMERCIAL PAPER INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN SYNDICATED LOAN FUNDING TRUST | C/O WILMINGTON TRUST COMPANY AS TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX LUXEMBOURG L-1371 LUXEMBOURG |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX ATTN: ALEXIS KAMAROWSKY LUXEMBOURG L-1371 LUXEMBOURG |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE 2 SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 745 SEVENTH AVENUE, 16TH FLOOR ATTN: NANCY WONG NEW YORK NY 10019 |
| LUXEMBOURG TRADING FINANCE | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MARK MANSKE | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MICHAEL MAZZEI | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | 1 CHASE MANHATTAN PLAZA ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL, ESQ. & EVAN FLECK, ESQ. NEW YORK NY 10005 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - VERANO CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - PINE CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CMBS SURVEILLANCE SASCO |

| Claim Name | Address Information |
| --- | --- |
| MOODY'S INVESTORS SERVICE, INC. | 2008-C2, LLC NEW YORK NY 10007 |
| PAUL KJELSBERG | LOCKE LORD BISSELL & LIDDELL LLP 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| PINE CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| PINE CCS, LTD., | C/O MAPLES FINANCE LIMITED, ATTN: THE DIRECTS, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| SASCO 2008-C-2, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET (COUNTY OF NEW CASTLE) WILMINGTON DE 19801 |
| SCHULTE, ROTH & ZABEL LLP | 919 THIRD AVENUE ATTN: ANDREW J. DADY NEW YORK NY 10022 |
| SCOTT WEINER | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| SEAN L. MCKENNA | PRINCIPAL MORTGAGE TRADING GROUP BARCLAYS CAPITAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| SIMPSON THACHER & BARTLETT LLP | JAMES C. BURESH 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP | PETER V. PANTALEO 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP | STEVEN C. STICKLER 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP | NATHAN OSTRANDER 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SIMPSON THACHER & BARTLETT LLP | VANESSA BRESSLER 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SPRUCE CCS, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 CAYMAN ISLANDS |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/ CLO SURVEILLANCE  VERANO CCS, LTD. NEW YORK NY 10041-0003 |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE NEW YORK NY 10041-0003 |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS, ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE SASCO 2008-C2, LLC NEW YORK NY 10041-0003 |
| SUMITOMO MITSUI BANKING CORPORATION | 277 PARK AVENUE NEW YORK NY 10172 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A., | AS COLLATERAL TRUSTEE 2 NORTH LASALLE STREET, SUITE 1020 CHICAGO IL 60602 |
| THE BANK OF NEW YORK, AS COLLATERAL AGENT | 101 BARCLAY STREET NEW YORK NY 10286 |
| TISHMAN SPEYER | 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL NEW YORK NY 10111 |
| TISHMAN SPEYER ARCHSTONE-SMITH | MULTIFAMILY FUND VII (ERISA) CORP. C/O TISHMAN SPEYER ATTN: CHIEF FINANCIAL OFFICER 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TISHMAN SPEYER PROPERTIES, L.P. | C/O TISHMAN SPEYER ATTN: CHIEF FINANCIAL OFFICER 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE | VENTURE VII PARALLEL (INT), L.P. C/O TISHMAN SPEYER ATTN: CHIEF FINANCIAL OFFICER 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE | VENTURE VII PARALLEL (SGP), L.P. C/O TISHMAN SPEYER ATTN: CHIEF FINANCIAL OFFICER 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TISHMAN SPEYER U.S. VALUE-ADDED | ASSOCIATES VII, L.L.C. C/O TISHMAN SPEYER ATTN: CHIEF FINANCIAL OFFICER 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TRIMONT REAL ESTATE ADVISORS, INC. | 3424 PEACHTREE ROAD, NE SUITE 2200 ATTN: BRIAN PITTARD AND GREG WINCHESTER ATLANTA GA 30326 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES  VERANO CCS AND BRAND HOSFORD CHARLOTTE NC 28202 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES – PINE CCS CHARLOTTE NC 28202 |
| VARIABLE FUNDING TRUST 2008-1 | C/O U.S. BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 300 DELAWARE AVENUE, 9TH FLOOR WILMINGTON DE 19801 |
| VENABLE LLP | 575 7TH STREET, N.W. ATTN: STEPHANIE L. DELONG, ESQ. WASHINGTON DC 20004 |
| VERANO CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| VERANO CCS, LTD., | C/O MAPLES FINANCE LIMITED, ATTN: THE DIRECTORS, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| WACHOVIA BANK, NATIONAL ASSOCIATION | NC 1075, 9TH FLOOR 201 S. COLLEGE ST. ATTN: PORTFOLIO MANAGER, SASCO 2008-C2 CHARLOTTE NC 28244 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 375 PARK AVENUE MAIL CODE NY 4060 ATTN: DAVID S. KAPLAN NEW YORK NY 10152 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 700 NORTH PEARL STREET, 17TH FLOOR MAIL CODE TX5648 ATTN: EMILY BURNS, VICE PRESIDENT DALLAS TX 75201 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC AND BRIAN SMITH COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | SIXTH STREET & MARQUETTE AVENUE, ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC MINNEAPOLIS MN 55479 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| WINDERMERE VII CMBS P.L.C. | 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |

**Total Creditor count  107**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004