**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### EIGHTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE IN CONNECTION WITH RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & MᶜCLOY LLP AS COUNSEL TO <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ) SS.: | |
| COUNTY OF LOS ANGELES ) | |

ROBERT JAY MOORE, being duly sworn, says:

1.      I submit this Eighth Supplemental Affidavit (the "<u>Affidavit</u>") on behalf of

Milbank, Tweed, Hadley & MᶜCloy LLP ("<u>Milbank</u>") as a supplement to the Affidavit of Robert

Jay Moore, sworn to on October 21, 2008 (the "<u>Initial Affidavit</u>"), the First Supplemental

Affidavit, sworn to on November 13, 2008, the Second Supplemental Affidavit, sworn to on

January 30, 2009, the Third Supplemental Affidavit, sworn to on May 29, 2009, the Fourth

Supplemental Affidavit, sworn to on July 20, 2009, the Fifth Supplemental Affidavit, sworn to

on December 23, 2009, the Sixth Supplemental Affidavit, sworn to on March 18, 2010, and

Seventh Supplemental Affidavit, sworn to on May 25, 2010 (collectively, the "<u>Prior</u>

<u>Affidavits</u>"),[1] pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11

U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rules 2014 and 5002 of the Federal

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., <u>et al.</u>, Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & MᶜCloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "<u>Application</u>") (Docket No. 1165).

Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern

District of New York, in connection with Milbank's retention as counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee" or the "Committee") of Lehman

Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and,

together with their non-Debtor affiliates, "Lehman") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases").

2.　　　I am a partner in the Financial Restructuring Group of Milbank and a

member of the Task Force[2] established to oversee the continuing process of identifying to the

fullest extent possible all connections that Milbank, its attorneys, and its employees had in the

past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest

in the Chapter 11 Cases and to gather the information required to complete this Affidavit.  I have

consulted with, and relied upon the input obtained from, the members of the Task Force, and I,

or other members of the Task Force, have knowledge of all facts described herein.

3.　　　Unless otherwise stated in this Affidavit, I have knowledge of the facts set

forth herein and, if called as a witness, I would testify thereto.[3]  In preparing this Affidavit, I

used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things,

applied those procedures to (i) parties that have appeared, filed pleadings, in or otherwise

participated in the Chapter 11 Cases or related adversary proceedings; (ii) parties involved in

alternative dispute resolution proceedings; (iii) a list of parties generated by Milbank's frequent

internal inquiries; and (iv) a list prepared by the Debtors' counsel and provided to Milbank.

---

[2]　The current members of the Task Force are Thomas A. Arena, David S. Cohen, Alexander M. Kaye, Robert J. Moore, and Risa M. Rosenberg.  Messrs. Arena and Kaye are members of Milbank's Risk Management Committee.

[3]　Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

## Milbank's Retention

4.      The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket No. 1654).

5.      In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with Lehman, the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants.  As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

## Milbank's Additional Connections with Debtors and Parties in Interest

6.      Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7.      Except as set forth below and in the Prior Affidavits, to the best of my knowledge:  (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank (i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any

other known party in interest, or their respective attorneys and accountants and (ii) consistent

with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11

Cases any other entity having an adverse interest.

8.        Except as set forth in this paragraph, and the related paragraphs in the

Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to

counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern

District of New York.  In addition to the matters set forth in the Prior Affidavits, certain Milbank

attorneys have relatives, spouses, or domestic partners who are employed by parties in interest in

the Chapter 11 Cases as follows:  (i) the brother of a Milbank associate is currently an associate

with Paulson & Co.; and (ii) the brother-in-law of a Milbank associate is currently an employee

of Cisco Systems, Inc.  Additionally, (i) a Milbank associate formerly worked at Reliant Energy,

Inc. and at Newell Rubbermaid; (ii) a Milbank associate formerly interned for Judge Allan

Gropper of the Bankruptcy Court for the Southern District of New York and the Office of the

United States Trustee in the Southern District of New York; (iii) a Milbank associate formerly

interned for the legal department of the Securities and Exchange Commission; (iv) five Milbank

partners were formerly partners with Latham & Watkins LLP; and (v) a Milbank partner[4] was

formerly a partner with Weil, Gotshal & Manges LLP.  In addition, (i) a Milbank associate,

while associated with Cleary Gottlieb Steen & Hamilton LLP, represented the following parties

in interest in matters unrelated to the Chapter 11 Cases and SIPA Proceedings: (a) Bank of New

York Mellon, (b) various Citigroup entities, (c) Banc of America Securities LLC, and (d) Merrill

Lynch & Co., and formerly worked as an intern for Kim & Chang; and (ii) a Milbank partner,

while associated with a different firm, formerly represented certain Lehman entities in matters

---

[4]        This partner did not work on the Lehman Chapter 11 Cases while at Weil and did no substantive work for
any Lehman Debtor entity since before the Petition Date.  Nonetheless, in an abundance of caution, this
partner has been walled off from any Lehman Committee matters.

unrelated to the Chapter 11 Cases and SIPA Proceedings.  In each foregoing instance the

applicable Milbank attorney and/or employee will not be assigned to any matters in these

Chapter 11 Cases that involve the respective parties in interest, and has been advised in writing

of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

9.      To the best of my knowledge, neither Milbank nor any attorney or

employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except

as described in the Application and Prior Affidavits.

10.      As described in the Second Supplemental Affidavit, Milbank, upon the

disclosure with the Court and approval by the United States Trustee, was engaged to represent,

Neuberger Berman Management Inc. ("NB Management"), Neuberger Berman, LLC ("NB

LLC"), which are Lehman non-debtor entities, and various Neuberger Berman officers in a class

action (the "NB Class Action") filed in the United States District Court for the Southern District

of New York (the "District Court") on December 12, 2008.  The NB Class Action has since been

dismissed by the District Court, and a new action that excludes the federal causes of action has

been filed in the Supreme Court for the State of New York (the "NB State Court Action").

11.      Milbank believes that Milbank's retention in the NB State Court Action is

permissible under the standards governing the Milbank's retention in the Chapter 11 Cases, does

not require additional notice to the Office of the United State Trustee and does not present a

conflict with its retention as counsel to the Committee.  Milbank will continue to use an

established separate team to handle the NB State Court Action, the members of which are

separated from all Committee matters by a formal information wall.  Milbank will continue to

monitor the claims asserted in the NB State Court Action and the identity of the defendants

named therein, and will supplement its disclosure as applicable.

12.     Additionally, on September 29, 2010, Milbank was retained to represent a senior lender to a project in which Lehman Brothers Real Estate Partners II, L.P., a non-debtor Lehman entity in which the Debtors hold a minority limited partnership interest, holds equity (the "Real Estate Restructuring"). Milbank believes that Milbank's retention in the Real Estate Restructuring is permissible under the standards governing Milbank's retention in the Chapter 11 Cases and does not present a conflict with its retention as counsel to the Committee. Nonetheless, in an abundance of caution, Milbank has established a separate team to handle the Real Estate Restructuring, the members of which are separated from all Committee matters related thereto. Milbank will continue to supplement its disclosure as applicable.

13.     As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date. Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank. Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

Connections with Creditors and Other Parties in Interest, Counterparties

14.     Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection

6

with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

15.    Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

16.    Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Sixth Supplemental Potential Party List"), and includes entities that have appeared as creditors or parties in interest in the Chapter 11 Cases or related proceedings, or that have been involved in transactions and other matters involving the Debtors since the Initial Petition Date.  Exhibit B to this Affidavit sets forth a list of the current and former clients of Milbank that was generated in connection with the Sixth Supplemental Potential Party List.[5]  To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel.

[Remainder of Page Intentionally Left Blank]

---

[5]    To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

17.    Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits.  As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

ROBERT JAY MOORE

Sworn to before me this ___ day
of _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ } ss.

On _11/8/10_, before me, _Bonita J. Paul, Notary Public_
<small>Date</small>                      <small>Name and Title of Officer (e.g., "Jane Doe, Notary Public")</small>

personally appeared _Robert Jay Moore_
                          <small>Name(s) of Signer(s)</small>

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

**BONITA J. PAUL**
Commission # 1779251
Notary Public - California
Los Angeles County
My Comm. Expires Nov 10, 2011

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Bonita J. Paul_
<small>Signature of Notary Public</small>

Place Notary Seal Above

───────────────────── **OPTIONAL** ─────────────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
| --- |
| Top of thumb here |

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402          Prod. No. 5907          Reorder: Call Toll-Free 1-800-876-6827

## __EXHIBIT A__[1]

## __Potential Parties In Interest__

---

[1]    Certain parties in interest were re-searched to assess whether any connections arose since the filing of the Prior Affidavits.

1.  125 High Intermediate Mezz, LP
2.  125 High Intermediate-2 Mezz, L.P.
3.  125 High Junior Mezz, L.P.
4.  125 High Senior Mezz, LP
5.  3i Group PLC
6.  469 Bergman Properties LLC
7.  745 Property Investments
8.  801 Grand CDO
9.  801 Grand CDO SPC Series
10. ABC Assicura Societa per Azioni
11. ABSA Bank Limited
12. Access Group Inc.
13. Access Group Inc. Series 2005-A
14. Access Group Inc. Series 2005-B
15. ACM Global Credit U.S. Subfund
16. ACM U.S. Credit Total Return Subfund
17. Adam Chadwick
18. ADM Galleus Fund Limited
19. Adria Venetsky
20. Aggregating Trust
21. Aglio Master Fund Limited
22. Ahorro Corporacion Financiera S.V.
23. AIB International Centre
24. Aida Y. Sarmast
25. AIG Technologies
26. Airlie
27. Airlie CDO
28. Aktia Bank PLC
29. Alan Semple
30. Alansbanken Sverige AB
31. Alli Joseph
32. Allen A. Moff
33. Allesandro Bosco
34. Alpine Bank
35. Alta CDO 2007-1 Ltd
36. Alternative Fuels I, LLC
37. Altma Fund Sicav plc
38. American Skandia, Inc.
39. Amrit Sinanan
40. Anchorage Capital Master Offshore, Ltd.
41. Andrea Lerner
42. Andrea Lobbe-Hermans
43. Andrew Hopkins
44. Angliolieri Finance plc
45. Aquamarine Finance PLC Series 2007-1
46. Araba Pensiones EPSV - Tuboplast Hispania SA
47. ARL Holdings, Inc.
48. Arlington Partners, L.P.
49. Arrowgrass Distressed Opportunities Fund Limited
50. Arrowgrass Master Fund Ltd.
51. Arthur King
52. Arun K. Kakarla
53. Asian infrastructure Mezzanine Capital Fund
54. Atemi SAS
55. Avignon Capital Ltd.
56. Aviv LCDO
57. AXA Wholesale Core Australian Fixed Interest Fund
58. B Y Partners, L.P.
59. BAC Home Loan Servicing, LP
60. Bache, S.A. de C.V.
61. Balboa CDO I Ltd
62. Balboa CDO I, Corp
63. Banca del Gottardo
64. Banca Popolare di Spoleto S.p.A.
65. Banco Canaria de Venezuela C.A. Banco Universal
66. Banco de Bogota
67. Banco de la Pequena y Mediana Empresa SA
68. Banco de Mexico
69. Banco Espanol de Credito, S.A.
70. Banco Urquijo SBP, S.A.
71. Bank Hapoalim B.M.
72. Bank Julius Bear & Co. Ltd.
73. Bank of America Mexico, S.A.
74. Bank of Mexico, S.A.
75. Bank Polska Kasa Opieki S.A.
76. Bank Sarasin & Co., Ltd.
77. Bankers Life and Casualty Company
78. Barbara A. Ziccarelli
79. Barbara Hatton Decker
80. Barton Springs CDO Limited SPC Series 2005-1
81. Baupost Group Securities, L.L.C.
82. BDF Limited
83. Bell Trace Obligated Group
84. Bellair Development Group S.A.
85. Belle Haven
86. Belle Haven ABS CDO (Fill in)
87. Bennetton Group
88. Bennetton International
89. Bernd Werneyer
90. Bernhard Koenner
91. Beryl Finance Limited
92. Beryl Finance Limited Series 2008-2
93. Bethany Holding Group, LLC

94.    BHF-Bank Aktiengesellschaft
95.    Big Yellow Holdings Limited
96.    Billie Chadwick
97.    Bisgaier
98.    Blue Bridge Holdings Limited
99.    Blue Point CDO Limited SPC Series 2005-1
100.    BlueBay (Masters) Fund II Limited
101.    BlueBay Asset Management plc
102.    BNP Paribas Sucursal en Espana PP
103.    BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc.
104.    Boccaccio Finance PLC
105.    Boilermakers-Blacksmith National Pension Trust
106.    Bortstein Legal LLC
107.    Bottazzi Guiseppe
108.    BP Gas Marketing Limited
109.    Braeloch Successor Corporation
110.    Brahman C.P.F. Partners, LP
111.    Brahman Investments I
112.    Bree Investments Limited
113.    Brian Chomas Kelleher
114.    Brian Ellis
115.    Bridgeport International Inc.
116.    Brighton Claims Services, LLC
117.    Broadway Partners Fund GP II, L.P.
118.    Broadway Partners Fund GP III, L.P.
119.    Broadway Partners Fund Manager, LLC
120.    Broadway Partners Parallel Fund B III, L.P.
121.    Broadway Partners Parallel Fund P III, L.P.
122.    Broadway Partners Real Estate Fund III, L.P.
123.    Brookfield Properties
124.    Bruce J. Zabarauskas
125.    Bruce Witherell
126.    Bryan Borum
127.    BSI S.A.
128.    BTR Global Opportunity Trading Limited
129.    Buck Institute for Age Research
130.    Cairanti Graziera
131.    Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
132.    Caixa Geral De Depoitos
133.    California Housing Finance Agency
134.    Canpartners Investments IV, LLC
135.    Cantab Capital Partners LLP

136.    Capital Agricultural Property Services, Inc.
137.    CapStar Copley LLC
138.    Capula Global Relative Value Master Fund Limited
139.    Carimonte Holdings S.p.A.
140.    Carly Galiger
141.    Carlyle Europe Real Estate 2005-1
142.    Carolyn Fogarazzo
143.    Carolyn J. Bessler
144.    Carval Investors UK Limited
145.    Caspian Alpha Long Credit Fund, L.P.
146.    Caspian Capital Partners, L.P.
147.    Caspian Corporate Loan Fund, LLC
148.    Caspian Select Credit Master Fund, Ltd.
149.    Cassa Di Risparmio Della Repubblica Di San Marino
150.    CAT Brokerage AG
151.    CB Investment, LLC
152.    CC Arbitrage, Ltd.
153.    Cedar Hill Capital Partners Master Fund, L.P.
154.    Cedar Hill Capital Partners Offshore, Ltd.
155.    Cedar Hill Capital Partners Onshore, L.P.
156.    Celtic Pacific (UK) Two Limited
157.    Chan Ming Fung
158.    Cherokee Advisers, LLC
159.    Cherry Hill CDO SPC 2007- 1
160.    Cheung Kam Mee Carny
161.    Cheyne Fund L.P.
162.    Cheyne Leverage Fund L.P.
163.    Chiba Bank, Ltd.
164.    China Distri-Park Limited
165.    China Homes Limited
166.    Chinfon Commercial Bank
167.    Chris C. Bobell
168.    Christian Fichtl
169.    Christiane Sickmueller
170.    CineMedia LC
171.    Circle Nominees Limited
172.    Citibank Belgium S.A.
173.    City of Chicago, IL
174.    City View Plaza, S.E.
175.    Classic Cruises Holdings S.a.r.l.
176.    Clayton Commercial Corporation
177.    Clivwell Securities Limited
178.    Clyde & Null, P.C.
179.    Clyde Click, P.C.
180.    Coco Newton

181. Colico, Inc.
182. Colombo DeAgazio
183. Compagnia Italiana Rischi Aziendali Societa per Azioni
184. Comvest Advisors
185. Conseco Life Insurance Company
186. Construction Industry Retirement Trust
187. Contrarian Funds, LLC
188. Convex Master Fund
189. Copper Creek CDO
190. Corporate America Realty, Inc.
191. Corporate Credit (Europe) S.A.
192. Corporate Relocations France SAS
193. Coscan Construction, LLC
194. Credican, C.A.
195. Credit Mutuel Arkea
196. Credit Suisse International
197. Crescent I, LP
198. Crown City CDO 2005-1 Ltd
199. Crown City CDO 2005-2 Ltd
200. CRS Fund, Ltd.
201. CSS, LLC
202. Cura Fixed Income Master Arbitrage
203. Curtis Ware
204. CWABS
205. CWALT, Inc. Alternative Loan Trust 2007-OH2
206. Cyber Agent FX, Inc.
207. Cyrus Europe Master Fund Ltd.
208. Cyrus Opportunities Master
209. Dader Investment Corp.
210. Dale Suder
211. Dan Ianello
212. Daniel Clute
213. Daniel P. Katz
214. Daniel R. Hager
215. Danny Kirk
216. David Escamilla
217. David Lerner
218. David Younger
219. Davidson Kempner Distressed Opportunities Fund LP
220. Davidson Kempner Distressed Opportunities International Ltd.
221. Davidson Kempner Institutional Partners LP
222. Davidson Kempner International Ltd
223. Davin J. Noto
224. DBS Bank Ltd.
225. De Novo Legal, LLC
226. Deep Sagar

227. Delta Lloyd Bank NV
228. Developers Research, Inc.
229. Dhyan Appachu
230. Di Gioia Fabrizio
231. Diadem City CDO Limited
232. Diamond Finance 2007-4
233. Diane Venetsky
234. Diego Marcelo Katz
235. Dietmar Reinartz
236. Dinero Active I Fondo de Inversion
237. Diversified Asian Strategies Fund
238. Diversified European Credit S.A.
239. Diversified Financials Europe S.A.
240. Don Engel
241. Donald L. Boyd
242. Donald Tang
243. Donatella Pautasso
244. Donna Galiger
245. Doral Bank
246. Doral Financial Corp.
247. Dryden Capital Management Limited
248. Duomo Unione Assicurazioni Societa per Azioni
249. Duquesne Light
250. DZ Privatbank (Schweiz) AG
251. E-Capital Profits Limited
252. Eckart W. Schmidt
253. Eclipse Funds, Inc.
254. Edmondo Bosco
255. Edvard-Ragnar Fackner
256. Edwin D. Thomas
257. El Toro, LLC
258. El Torro LLC
259. Elektrizitats-Gesellschaft Laufenburg AG
260. Element Capital Master Fund Limited
261. Ellington Emerging Markets Fund, Ltd.
262. Ellington Overseas Partners, Ltd.
263. Ellsworth Partners, L.L.C.
264. EMBS, Inc.
265. Emerson Investment Management
266. Emilio Izquierdo Jimenez
267. Emirates National Oil Company
268. Ente Nazionale di Previdenza ed Assistenza
269. EPOC Holdings
270. EPSV Araba Eta Gasteizko Aurreski Kutxa
271. Ercan Eren
272. Eric C. Giles
273. Esca Co., Ltd.

274. ESP Funding I (Delaware) Corp
275. ESP Funding I, Ltd.
276. Esperance Family Foundation
277. EuroInvest (General Partner) Limited
278. European Credit Fund SICAV
279. Eurosail UK 2007 6NC PLC
280. Eurosail-UK 2007-3BL PLC
281. Eurosail-UK-2008-1NP PLC
282. Eva Schabmueller
283. Evergreen Utilities & High Income Fund
284. Exum Ridge CDO
285. Fairfax Financial Holdings Limited
286. Far Eastern International Bank
287. Farallon Capital Institutional Partners II LP
288. Farallon Capital Institutional Partners III LP
289. Farallon Capital Institutional Partners LP
290. Farallon Capital Offshore Investors II Inc.
291. Farallon Capital Offshore Investors III Inc
292. Farallon Capital Partners LP
293. Fatima Butt
294. FCP Groupama Dynamisme
295. FCP Groupama Equilibre
296. Federal Home Loan Bank of Boston
297. Federal Home Loan Bank of Dallas
298. Federal Home Loan Bank of San Francisco
299. Federal Home Loan Bank of Topeka
300. Fernando Veiga
301. FH Emerging Markets Debt Fund L.P.
302. Fidelity National Title Insurance Company
303. Findomestic Banca S.P.A.
304. First Franklin Mortgage Loan Trust
305. First Franklin Mortgage Loan Trust 2006-FF8
306. FKA Countrywide Home Loans Servicing LP
307. Flavia Schuster
308. Flor-Ag Corporation
309. Florida Gulf Coast University Corporation
310. Florida State Board of Administration
311. Fonalava Fondo de Inversion
312. Fondazione Cassa di Risparmio di Padova e Rovigo

313. Fonds Commun De Placement Tait Bout Obligations ET
314. Ford Motor Credit Company
315. Fran DeLaura
316. Franklin W. Olin College of Engineering, Inc.
317. Freedom Park CDO Limited SPC Series 2005-1
318. Friendship Village of West County Inc.
319. Fritz Fickenscher
320. Fullerton Drive CDO Limited
321. Futanami Securities Co., Ltd.
322. Future Industry Assocation (FIA)
323. Gateway Holdings, S. A.
324. Gazprombank Mortgage Funding 2 SA
325. Gemstone CDO
326. General Reinsurance
327. Geode Capital Master Fund Ltd.
328. Georgios P. Ereiliadis
329. Gerard Galiger
330. Gerd Meyer
331. Gertrud Styra
332. Gibraltar
333. Girobank N.V.
334. Gisela Schultz
335. Glen A. Blaze
336. Glencore Energy UK Ltd.
337. Glenn A. Blaze
338. Glenn A. Bostic
339. GLG Credit Fund
340. Glickenhaus & Company
341. GMAC Mortgage Corporation
342. GN3 SIP Ltd.
343. GoldenTree European Select Opportunities Master Fund LP
344. GoldenTree High Yield Master Fund Ltd.
345. GoldenTree High Yield Value Fund Offshore (Strategic) Ltd.
346. GoldenTree Master Fund II Ltd.
347. GoldenTree Master Fund Ltd.
348. Gomez Holdings, Inc.
349. Graham Depository Company II
350. Graham Energy, Ltd.
351. Graham Resources, Inc.
352. Graham Royalty, Ltd.
353. Grayson Ventures Limited
354. Great Bay Condominium Owners Association
355. Grestone CDO Series 2008-4 LLC
356. Greystone CDO VI Ltd.

357.  Greystone & Co
358.  Greystone CDO Limited
359.  Greystone CDO SPC
360.  Greystone CDO VI Corp.
361.  Grover Younger
362.  Grup Actinver
363.  Grupo Financiero Bank of America
364.  Gruss Arbitrage Master Fund, Ltd.
365.  Gruss Global Investors Master Fund (Enhanced), Ltd.
366.  GSC Capital Corp. Mortgage Trust 2006-1
367.  Guggenheim Capital, LLC
368.  Guggenheim Partners, LLC
369.  Gulf Stream – Compass CLO 2004-1 Ltd.
370.  Gulf Stream – Sextant CLO 2006-1 Ltd.
371.  Hain Capital Holdings, Ltd.
372.  Hans Ruldof Wehrli
373.  Hans-Dieter Oslberg
374.  Hans-Juergen Tersteggen
375.  Hanspeter Wittig
376.  Harbourview CDO
377.  Harlan Richard Holmes
378.  Harold Shamah
379.  Hayman Advisors
380.  Hayman Capital Master Fund, L.P.
381.  HBK Master Fund L.P.
382.  Health First, Inc.
383.  Heidi Alice Steger
384.  Henley Holding Company
385.  Henley Holding Company – Henley – 15
386.  Herbert Sickmueller
387.  Heritage Fields El Torro LLC
388.  Hermes, Ltd.
389.  HFR Ed Select Fund IV Master Trust DTD 7/16/01
390.  Hickok Place, L.L.C.
391.  Highland CDO Opportunity Master Fund LP
392.  Highland Credit Opportunities CDO LP
393.  Highland Credit Strategies Fund
394.  Highland Credit Strategies Master Fund LP
395.  Highland Crusader Offshore Partners LP
396.  Highland Floating Rate Advantage Fund
397.  Highland Floating Rate Fund
398.  Hipotecas de America, SA
399.  Hirakata Shinkin Bank
400.  Hochman & Baker, Inc.

401.  Hontai Life Insurance Co., Ltd.
402.  HSBC Bank USA, N.A.
403.  HSBC Securities Japan Limited
404.  Hudson City Savings Bank
405.  ICICI Bank UK plc
406.  Ida May S. Barnes
407.  Illiquidx Ltd
408.  IMPAC CMB Trust
409.  IMPAC CMB Trust Series 2005-03
410.  IMPAC CMB Trust Series 2005-04
411.  IMPAC CMB Trust Series 2005-05
412.  IMPAC CMB Trust Series 2005-08
413.  IMPAC CMB Trust Series 2006-3
414.  IMPAC Secured Assets Trust 2006-3
415.  IMPAC Secured Assets Trust 2006-3
416.  IMPAC Secured Assets Trust 2007-3
417.  IMSER Securitisat GIA ISP II
418.  Imser Securitisat. GIA ISP III
419.  Industrial Bank of Korea
420.  Industrial Properties
421.  ING Investment Management
422.  ING Investment Management CLO I, Ltd.
423.  Ingram Pension Plan/New York Life Company TTEE Ingram Industries Retirement Plan
424.  Innovatis Investment Fund Limited (SAC)
425.  Institucion de Banca Multiple
426.  Interwind Corp.
427.  InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI
428.  Inversiones Y Fabricaciones, SL
429.  Investec Bank (Switzerland) AG
430.  Investment Grade European Credit S.A.
431.  Ira Wertentiel
432.  Irmgard Wieczorek
433.  Isaac Shamah
434.  Ivan Aldea Alvarez
435.  Jacqueline G. Nieman
436.  Jade Tree I, L.L.C.
437.  Jaime Norberto Katz
438.  Jamaica Money Market Brokers Ltd.
439.  James Eason
440.  James M. Pyle
441.  James Moscola
442.  Janus Capital Management LLC
443.  Japan Net Bank, Ltd.
444.  Jason C. Chapin
445.  Jean Ruetze

446. Jeff McMurrey
447. Jeff Schaefer
448. Jennifer Squires
449. Jennison Associates LLC
450. Jewish Board of Family and Children's Services, Inc.
451. Joanna Rothchild
452. Joel J. Farrer
453. John Chadwick
454. John Ryan Faulkner
455. Jorvik Multi-Strategy Master Fund, L.P.
456. Jose Ruiz
457. Joseph P. Brunetti
458. Juergen Klein
459. Julius Baer & Co. Ltd.
460. Julius Meinl Investment GmbH
461. Jupiter Quartz
462. Jupiter Quartz Finance PLC
463. Jutta Spies
464. Kae Sook Park
465. Kagome Co., Ltd.
466. Karen Deane Relocation Limited
467. Karl Wood
468. Karon Y. Wright
469. Kathleen Arnold
470. Kavitha Duddukuri
471. Kawasaki Heaving Industries, Ltd.
472. KC CLO
473. Kelly L. McGehee
474. Kelsey Galiger
475. Kendal on Hudson
476. Kerstin Ruetze
477. Kevin R. Kristick
478. Kevin Mun
479. Khin Tun
480. King Capital Ltd.
481. King Street Acquisition Company, LLC
482. Knight Capital Europe Limited
483. Knightsbridge Guarding Ltd.
484. Kookmin Bank
485. Korea Central Mortgage, Inc.
486. Korinna Schwerdt
487. Kreissparkasse Heinsberg
488. Kristi Brim
489. Kyle Hamatake
490. Kylie Galiger
491. Kyoei Annuity Home Co. Ltd.
492. Kyosei Industrial Enterprise Co., Ltd.
493. Kyosei Leasing Co., Ltd.
494. Lakeview 2007-4
495. Lakeview CDO SPC 2007-1
496. Lance Edwards
497. Landesbank Hessen-Thuringen
498. Landesbank Hessen-Thuringen Girozentrale
499. Lapidus Trust U/A/D 6/17/02
500. Lapine Development Corporation
501. Lapine Holding Company
502. Lapine Technology Corporation
503. Lauren Semple
504. Lawrence Fogarazzo
505. Lawrence Reddock
506. LB Commercial Trust
507. LB-UBS Commercial Mortgage Trust
508. LBVN Holdings, L.L.C.
509. Lehman Brothers Small Balance Commercial
510. LHB Internationale Handelsbank AG
511. Liberty Hampshire Capital Co., LLC
512. Liberty Square
513. Liberty Square CDO II Limited
514. Libyan Arab Foreign Investment Company
515. Linde Energy Services, Inc.
516. Linh Vo
517. Lion City CDO
518. Lion City CDO Ltd.
519. Lispenard Street Credit (Master), Ltd.
520. LMA SPC
521. Lombarda Vita Socitea per Azioni
522. London Select Fund Limited
523. Longhorn Credit Funding, LLC
524. Loomis Street, L.L.C.
525. Lorimor Corporation
526. Louis Dreyfus Energy Services, L.P.
527. Louisiana Department of Revenue
528. LSF6 Mercury REO Investments Trust Series 2008-1
529. Luminus Energy Partners Master Fund Ltd.
530. Lydian Overseas Partners Master Fund Ltd.
531. Lyxor/York Fund Limited
532. M.H. Davidson & Co.
533. Madison Avenue Structured Finance
534. Madison Avenue Structured Finance CDO I, Limited
535. MainStay High Yield Opportunities Fund
536. Manuel Freude
537. Marathon Credit Opportunity Master Fund Ltd.

6

538. Marc Uribe
539. Margaret Eileen Mikkelsen
540. Margaret L. Smith
541. Margaret Mitchell-King
542. Mariner LDC
543. Mark A. Crigler
544. Mark A. Walsh
545. Mark Neander
546. Marko Verbic
547. Marlies Wagner
548. Mars Pension Trustees, Ltd
549. Marshall Wace Core Fund Limited
550. Martin J. Redilla
551. Martin Kuemmel
552. Marvin Schwerdtferger
553. Mary E. Uhlman
554. MassMutual Asia Limited
555. Mast Credit Opportunities I Master Fund Limited
556. Master Trust Bank of Japan, Ltd.
557. Matteo Etedmad
558. Matthew Eller
559. Mayer Brown LLP
560. Meera Sood Sagar
561. Merastar
562. Merchantil Commercbank, N .A.
563. Michael Blumenthal
564. Michael Duceatt
565. Michael R. Zodda
566. Michael Ruppert
567. Michael Sroka
568. Miczyslaw Wolski
569. MidFirst Bank
570. Misuzu Industry Co., Ltd.
571. Mizuho Alternative Investments LLC
572. Mizuho Bank (Switzerland) Ltd.
573. Mizuho Capital Markets Corp.
574. Mizuho Securities Co., Ltd.
575. Mobile 8- Telecom TBK
576. Monika Wenza
577. Moore Macro Fund, L.P.
578. Morgan Stanley Capital Services Inc.
579. Mortgage Lenders Network Liquidating Trust
580. Mortgage Lenders Network USA, Inc.
581. MTR Corporation Limited
582. Municipal Asset
583. Murata Machinery, Ltd.
584. N. J. Joseph
585. Nakanishi Gakuen
586. Natixis Financial Products LLC
587. NCB Stockbrokers Limited
588. Nelda Wells Spears
589. Neste Oil Oyj
590. Nevada Housing Division
591. New Jersey Carpenters Health Fund
592. Newtonville Partners, L.L.C.
593. Nexen Energy Marketing
594. Ngoc Huong Huynh
595. Nicholas S. Mateko
596. Nick Santino
597. Nicolas Schuster
598. NML General Fund
599. Nol Shala
600. Nomura Securities Co. Ltd.
601. Noonday Offshore, Inc.
602. Norberto Katz
603. NorthStar Real Estate Securities Opportunities Master Fund L.P.
604. NOVA Gas Transmission Ltd
605. NY State Department of Labor
606. Nykredit Bank A/S
607. Obaxbank S.p.A.
608. OBB-Posbus GmbH
609. oberoesterreichische Verischerung AG
610. Oceana Cruises, Inc.
611. Oesterreichische Elektrizitaetswirtschafts AG
612. Ohio Presbyterian Retirement Services
613. One Federal Intermediate Mezz, L.P.
614. One Federal Junior Mezz, L.P.
615. One Federal Senior Mezz, L.P.
616. One Federal, L.P.
617. Onyx Funding Limited
618. Onyx Funding Ltd.
619. Orange Capital, LLC
620. Oranje-Nassau Energie BV
621. Ore Hill Hub Fund Ltd.
622. OTP Bank PLC
623. Palatine Asset Management
624. Paloma Industries
625. Paloma Industries Nogata Plant Ltd.
626. Pantera Vive CDO Limited SPC Series 2007-1
627. Par Investment Partners, L.P.
628. Patricia Izquierdo Merlo
629. Patricia Marie O'Reilly
630. Paul Berlage
631. Paul Edwards
632. Pavel Kinel
633. PCCP, LLC
634. Pearl Finance PLC

635. Pearl Finance Series
636. Pebble Creek
637. Pebble Creek LCDO
638. Penns Landing CDO 2007-1
639. Permal York, Ltd.
640. Peter Heun
641. Peter J. Thompson
642. Phoenix Lite SF Ltd
643. Phoenix Series 2002-2
644. Phyllis Dua
645. PI US Holdings
646. Pilot Insurance Company
647. PIMCO Bermuda LIBOR Plus Fund
648. Pira Energy Group
649. Plainfield Special Situations Master Fund Limited
650. PMA Koryo Fund
651. PNC Bank
652. Pond Credit (Master), L.P.
653. Portafolio de Inversiones C2-34, C.A.
654. Pozavarovalnica Sava, D.D.
655. Presbyterian Senior Care
656. Prestige Cruise Holdings Inc.
657. ProFund Advisors LLC
658. Prudential Global Funding, Inc.
659. Public Parking Authority of Pittsburgh
660. Pyxis Abs Cdo 2007-1 Ltd
661. QSPV Ltd.
662. Quantum Partners Ltd.
663. Quartz Finance 2005-1
664. Quartz Finance PLC
665. Quartz Finance Series 2003-3
666. Quoc Truong Huynh
667. Race Point IV CDO Ltd.
668. Race Point IV CLO, Ltd.
669. RACERS
670. RACERS 2007-7-MM
671. RACERS 2007-A-TR
672. Radisson Seven Seas France
673. Raiffeisen Zentralbank Osterreich AG
674. Rajesh Pentapati
675. Rak Koestler
676. Raven Credits Opportunities Master Fund, Ltd.
677. RBS Securities Japan Limited
678. Reed Smith LLP
679. Relationship Funding Company, LLC
680. Renate Werneyer
681. Restructured Asset Certificates with Enhanced Returns
682. Reva Kirk

683. Rhode Island Economic Development Corporation
684. Richard A. Lough
685. Richard B. Johnson
686. Richard C. Miller
687. Richard E. Witten
688. Richard Sheldon
689. Richard Witten
690. RIC-RIF Non-US Fund
691. Risparmio & Previdenza Societa per Azioni
692. Rivka Schmuskovits
693. Robert Eberwein
694. Robert F. Hausmann
695. Robert L. Biscardi
696. Robert M. Pettit
697. Robert Perl
698. Rodger R. Stetler
699. Rogelio Beltran
700. Roger Newton
701. Roger Nieman
702. Romina P. Wetsztein
703. Ronald J. Mandracchia
704. Rose Seraydar
705. Rovida Holdings Limited
706. RR Investment Co. Ltd.
707. RSM Robson Rhodes LLP
708. Ruby Finance PLC
709. Ruby Finance 2006-5
710. Rudolf Wehrli
711. Rudolf Weiszmann
712. Russell Implementation Services Inc.
713. Ruthann McFarland
714. Sabine Naito
715. Sabretooth Master Fund, LP
716. Sailfish
717. Samsung Life Insurance Co., Ltd.
718. Samuel E. Belk IV
719. Samuel E. Benjamin
720. San Miniato Previdenza Societa per Azioni
721. Sandeep Bordia
722. Sankaty Advisors, LLC
723. Santander Asset Management, S.A., S.G.I.I.C.
724. Saphir Finance PLC
725. Saphir Finance plc 2006-4
726. Saphir Finance plc 2007-7
727. Sara Fany Gelbert
728. Schoellerbank Aktiengesellschaft
729. Schroder Alternative Solutions

8

730.  Scoggin Capital Management II
731.  Scoggin International Fund, Ltd.
732.  Scoggin Worldwide Fund, Ltd.
733.  Scott Kitchens
734.  Scott Lawlor
735.  Scottwood Master Ltd.
736.  Sea Port Group Securities, LLC
737.  SecondMarket, Inc.
738.  Securitization Trust Securities, Series 2008-1 Trust
739.  Securitized Product Of Restructured Collateral
740.  SEI Institutional Investment Trust - Enhanced Income Fund
741.  Series 2000-24-A-HSBC-Trust
742.  SGS HY Credit Fund I (Exum Ridge Cbo 2006-3) Ltd --
743.  Shamah 2000 Family Trust
744.  Shane Visto
745.  Shannon Allen
746.  Siegried Mosch
747.  Siemens/Convertibles global markets trading as Innovest European
748.  Siit Extended Duraction Fund Liguiding Trust
749.  Silvio Schuster
750.  Sirius International Limited
751.  Sirius International Limited Series II
752.  SK Securities Co., Ltd.
753.  SMC Credit Opportunities Fund, Ltd.
754.  Smitha Aivar
755.  Sociedad Militar Seguro de Vida Institucion Mutualista
756.  Societa Cattolica di Assicurazione - Societa Cooperativa
757.  Solar V Cdo
758.  Soros Fund Management LLC
759.  Sotheby's
760.  Sothic Capital European Opportunities Master Fund
761.  South Yorkshire Pension Authority
762.  Southeast Missouri State University
763.  Sparbanken Vastra Malardalen
764.  Sparkasse Pforzheim Calw
765.  Sparks Energy L.P.
766.  Spectrum Investment Partners
767.  Spring Star Corp.
768.  Springhouse, Inc.
769.  Sridhar Duddukuri
770.  Srihari Javvaji
771.  Stacy Holder
772.  Stanford Hospital and Clinics
773.  Stanley Czajka
774.  Staple Street Aviation (Master), L.P.
775.  Staples Inc.
776.  Steven L. Hopkins
777.  Stichting Masterfoods
778.  Stonehill Institutional Partners LP
779.  Stonehill Master Fund Ltd.
780.  Stony Point Capital, LLC
781.  Stowe CDO Limited
782.  Stowe CDO Limited SPC Series 2006-1
783.  Strategic Value Special Situations Master Fund LP
784.  Straumar-Burdaras Investment Bank HF
785.  Structured Asset Receivables Trust, Series 2004-1
786.  Structured Asset Securities Corporation / Sasco
787.  Sudhakar Aremanda
788.  Summer Street 2005-HG1 Ltd.
789.  Summit Academy North
790.  Summit Capital Partners, LP
791.  Summit Petroleum Limited
792.  SunGard Reference Data Solutions Inc.
793.  Sungard Reference Data Solutions Inc.
794.  Supplystill Limited
795.  Svenska Litteratursaillskapct
796.  Swift
797.  Swift Master Auto Receivables Trust
798.  Symantec Corporation
799.  SyntexEnergy LLC
800.  TCW Absolutc Return Credit Fund, L.P.
801.  Terry Knutson
802.  Texas Competitive Electric Holdings LLC
803.  The Children's Village
804.  The Christian and Missionary Alliance Foundation
805.  The City of Los Banos
806.  The Corporation Trust Company
807.  The Drake Global Opportunities (Master) Fund, Ltd.
808.  The Drake Low Volatility Master Fund, Ltd.
809.  The Drake Offshore Master Fund, Ltd.
810.  The Elim Park Baptist Home, Inc.
811.  The Freedom Forum, Inc.
812.  The Governor and the Company of the Bank of Ireland
813.  The Higo Bank, Ltd.
814.  The Kuwana Shinkin Bank

815. The Lehman Hong Kong Liquidators
816. The Minami-Nippon Bank, Ltd.
817. The Northern Trust Company
818. The Series 2007-1 Tabxspoke Segregated Portfolio
819. The Series 2007-1 Tabxspoke Segregated Portfolio
820. The Shoko Chukin Bank, Ltd.
821. The Terry and Rose Knutson 2000 Family Trust
822. The Toyokawa Shinkin Bank
823. The Varde Fund
824. The Village at Germantown, Inc.
825. The Yamagata Bank
826. Thomas M. Cockreil
827. Thomas Reynolds
828. Thomson Tat
829. TIAA Structured Finance CDO I LLC
830. TIAA Structured Finance CDO I Limited
831. Timothy A. Cotten
832. Tishman Speyer Crown Equities LLC
833. Tokai Tokyo Securities Co., Ltd.
834. Tomarchio Carmelo
835. Total Alpha Investment Fund Management Company S.A.
836. Total Oil Trading S.A. (a.k.a. TOTSA)
837. TPG Credit Opportunities Investors, L.P.
838. TPG Credit Strategies Fund, L.P.
839. Tracey Morman
840. Tradewinds II CDO Series 2006-1 LLC
841. Travis County
842. Tri-City Baptist Church, Inc.
843. Triton Ocean State, LLC
844. Troy A. Uhlman
845. TS Boston Core Holdings, LP
846. TSO LLC
847. TUA Assicurazioni Societa per Azioni
848. Tuscon Electric Company
849. U. Young Park
850. Udo Wellman
851. United Coconut Planters Bank
852. University Medical Center Corporation
853. Uwe Schaper
854. Uwe Schoenwaelder
855. Val Verde Unified School District
856. Van Trai Huynh
857. Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
858. Vanguard Fiduciary Trust Company Corporate Bond Trust
859. Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
860. Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
861. Varde Investment Partners (Offshore) Master, L.P.
862. Venor Capital Master Fund Ltd.
863. Vincent Jackson
864. Vital Dinero Fondo de Inversion
865. Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
866. Vitol Asia Pte Ltd.
867. Vitol S.A.
868. Vittoria Veterano
869. VR-LW GmbH
870. Walkers SPV
871. Walkers SPV Limited
872. Walter E. Rose
873. Walter Mosch
874. Walton Street Capital
875. Walton Street Real Estate Fund V, L.P.
876. Washington County Mental Health
877. Washington National Insurance Company
878. Wharton Asian Arbitrage Fund I
879. Wharton Asian Special Opportunities Company 1 Ltd.
880. White Marlin Cdo 2007-1 Limited
881. White Marlin Cdo 2007-1 Corp
882. Wilfried Uttendorf
883. William C. Meyer Jr.
884. William Kuntz, III
885. Wim J.M. Alen
886. Windermere IX CMBS (Multifamily) S.A.
887. Windermere IX CMBS (Multifamily) S.A.
888. Windermere VII CMBS
889. Windermere VII CMBS PLC
890. Wollmuth Maher & Deutsch, LLP
891. WTCC Ventana Alpha Mezz V, L.L.C.
892. WTCC Ventana Investors V, L.L.C.
893. WTCC Ventana Mezz V, L.L.C.
894. Xianhua Xu
895. Ying Zhang
896. York Asian Opportunities Master Fund, L.P.
897. York Capital Management, L.P.

| | |
|---|---|
| 898. | York Credit Opportunities Fund, L.P. |
| 899. | York Credit Opportunities Master Fund, L.P. |
| 900. | York Credit Opportunities Unit Trust |
| 901. | York European Focus Master Fund, L.P. |
| 902. | York European Opportunities Master Fund, L.P. |
| 903. | York Global Master Fund, L.P. |
| 904. | York Investment Master Fund, L.P. |
| 905. | York Select Master Fund, L.P. |
| 906. | York Select Unit Trust |
| 907. | York Select, L.P. |
| 908. | Yorvik Partners LLP |
| 909. | Yuanta Commercial Bank |
| 910. | Yun You |
| 911. | ZAO KB Citibank |
| 912. | Zicron Finance Ltd. |

## EXHIBIT B

## Connections To Potential Parties In Interest[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| 3i Group plc | Former client on unrelated matters | Potential party in interest |
| Absa Bank Ltd. | Current client on unrelated matter | Potential party in interest |
| Anchorage Capital Master Offshore, Ltd. | Affiliate of current client on unrelated matters | Potential party in interest |
| Banco de Mexico | Former client on unrelated matters | Potential party in interest |
| Banco Espanol de Credito, S.A. | Former client on unrelated matter | Potential party in interest |
| Bankers Life and Casualty Company | Current client on unrelated matters | Potential party in interest |
| Baupost Group Securities, L.L.C. | Affiliate of former client on unrelated matters | Potential party in interest |
| BlueBay (Masters) Fund II Limited | Affiliate of former client on unrelated matter | Potential Party in interest |
| BlueBay Asset Management plc | Former client on unrelated matter | Potential Party in interest |
| BNP Paribas Sucursal en Espana PP | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Brahman C.P.F. Partners, L.P. | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |

[1] To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

[2] A "current client" is an entity for which there are, as of the Petition Date or as of the date of this Affidavit, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date and as of the date of this Affidavit, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Caixa Geral De Depositos | Former client on unrelated matters | Potential party in interest |
| Carval Investors UK Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Caspian Capital Partners, L.P. | Former client on unrelated matters | Potential party in interest |
| Caspian Corporate Loan Fund, LLC; Caspian Select Credit Master Fund, Ltd. | Affiliates of former client on unrelated matters | Potential party in interest |
| Davidson Kempner Distressed Opportunities Fund LP; Davidson Kempner Distressed Opportunities International Ltd.; Davidson Kempner Institutional Partners LP; Davidson Kempner International Ltd; Davidson Kempner Partners | Affiliates of current client on unrelated matter | Potential party in interest |
| DBS Bank Ltd. | Current client on unrelated matters | Potential party in interest |
| DE Shaw | Current client on unrelated matter | Potential party in interest |
| Farallon Capital Institutional Partners II, LP; Farallon Capital Institutional Partners III, LP; Farallon Capital Institutional Partners, L.P.; Farallon Capital Offshore Investors II, Inc.; Farallon Capital Offshore Investors III, Inc.; Farallon Capital Partners LP | Current clients on unrelated matter | Potential party in interest |
| Fidelity National Title Insurance Company | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Ford Motor Credit Company | Former client on unrelated matters | Potential party in interest |
| General Reinsurance | Affiliate of former client on unrelated matter | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| GoldenTree European Select Opportunities Master Fund LP; GoldenTree High Yield Master Fund Ltd.; GoldenTree High Yield Value Fund Offshore (Strategic) Ltd.; GoldenTree Master Fund II Ltd.; GoldenTree Master Fund Ltd. | Affiliates of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Greystone & Co | Former client on unrelated matters | Potential party in interest |
| Guggenheim Partners, LLC | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Highland CDO Opportunity Master Fund, Ltd.; Highland Credit Opportunities CDO LP; Highland Credit Strategies Fund; Highland Credit Strategies Master Fund LP; Highland Crusader Offshore Partners LP; Highland Floating Rate Fund | Affiliates of current clients on unrelated matter | Potential party in interest |
| Highland Floating Rate Advantage Fund | Current client on unrelated matter | Potential party in interest |
| HSBC Bank USA, N.A. | Affiliate of current client on unrelated matters | Potential party in interest |
| HSBC Securities Japan Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Institucion de Banca Multiple | Current client on unrelated matters | Potential party in interest |
| Investec Bank (Switzerland) AG | Affiliate of current client on unrelated matter | Potential party in interest |
| Kookmin Bank | Former client on unrelated matters | Potential party in interest |
| Landesbank Hessen-Thuringen | Current client on unrelated matter | Potential party in interest |
| Landesbank Hessen-Thuringen Girozentrale | Current client on unrelated matter | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| MassMutual Asia Limited | Former client on unrelated matters | Potential party in interest |
| MBIA Insurance Corporation | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Mizuho Alternative Investments LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| Mizuho Bank (Switzerland) Ltd. | Affiliate of current client on unrelated matters | Potential party in interest |
| Mizuho Capital Markets Corp. | Affiliate of current client on unrelated matters | Potential party in interest |
| Mizuho Securities Co., Ltd. | Former client on unrelated matters | Potential party in interest |
| Morgan Stanley Capital Services Inc. | Former client on unrelated matters | Potential party in interest |
| MTR Corporation Limited | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Natixis Financial Products LLC | Current client on unrelated matters | Potential party in interest |
| Ore Hill Hub Fund Ltd. | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| PIMCO Bermuda LIBOR Plus Fund | Affiliate of former client on unrelated matter | Potential party in interest |
| PNC Bank | Former client on unrelated matters | Potential party in interest |
| Prudential Global Funding, Inc. | Affiliate of current client on unrelated matters | Potential party in interest |
| RBS Securities Japan Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Sankaty Advisors, LLC | Current client on unrelated matters | Potential party in interest |
| SecondMarket, Inc. | Former client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Soros Fund Management LLC | Current client on unrelated matters | Potential party in interest |
| Sotheby's | Former client on unrelated matters | Potential party in interest |
| Stonehill Institutional Partners LP | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| The Northern Trust Company | Current client on unrelated matters | Potential Party in Interest |
| TPG Credit Opportunities Investors, L.P.; TPG Credit Strategies Fund, L.P. | Affiliates of current clients on unrelated matters | Potential party in interest |
| Vitol Asia Pte Ltd. | Affiliate of current client on unrelated matters | Potential party in interest |
| Walton Street Capital | Former client of Milbank attorney of unrelated matter | Potential party in interest |
| Washington National Insurance Company | Former client on unrelated matters | Potential party in interest |
| York Capital Management, L.P. | Former client on unrelated matter | Potential party in interest |
| ZAO KB Citibank | Affiliate of current client on unrelated matters | Potential party in interest |