WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 10, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED CLAIM MATTERS:**

1.   Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

Response Deadline:   August 3, 2010 at 4:00 p.m.

Unresolved Responses (Adjourned):

A.   Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

Resolved Response:

B.   Response of Rutland Hospital Inc. **[Docket No. 10598]**

Related Documents:

    C.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11161]**

    D.    Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12246]**

    E.    Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12285]**

    F.    Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12416]**

    G.    Notice of Adjournment of Debtors' Objection to Certain Claims of Investcorp Interlachen Multi-Strategy Master Fund Ltd **[Docket No. 12571]**

Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response. All Unresolved Responses have been adjourned to December 22, 2010 at 10:00 a.m.

2. Debtors' Forty-Fifth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 11582]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter is going forward uncontested.

3. Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 11584]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Responses (Adjourned):

        A.    ACTIV Financial Systems, Inc. **[Docket No. 12306]**

        B.    Atlantic Forms and Systems Inc. **[Docket No. 12179]**

      C.      Audio Incorporated **[Docket No. 12543]**

      D.      A. M. Best Company **[Docket No. 12362]**

      E.      Boilermaker Trust Claims **[Docket Nos. 12431, 12434, 12440, 12441 and 12442]**

      F.      Dav-El Reservations System, Inc. **[Docket No. 12308]**

      G.      Patricio Quinn **[Docket No. TBD]**

      H.      ZPR International, Inc. **[Docket No. 12397]**

Resolved Responses:

      I.      AKF Engineers **[Docket No. 12314]**

      J.      William Berkman **[Docket No. 12330]**

      K.      Matthew Giffuni **[Docket No. 12403]**

      L.      Julian Iragorri **[Docket Nos. 12428 and 12239]**

Related Documents:

      M.      Notice of Adjournment of Hearing of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims **[Docket No. 12574]**

Status: This matter is going forward on an uncontested basis only. All Unresolved Responses have been adjourned to December 1, 2010 at 10:00 a.m.

4. Debtors' Forty-Seventh Omnibus Objection to Claims (Duplicative of Broker Claims) **[Docket No. 11586]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward uncontested.

5. Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11587]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:  None.

      Status: This matter is going forward uncontested.

6.    Debtors Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11596]**

      Response Deadline:  October 27, 2010 at 4:00 p.m.

      Resolved Responses:

          A.    Objection of Louise L. Chappy **[Docket No. 11993]**

      Related Documents:

          B.    Notice of Withdrawal of Objection of Louise L. Chappy **[Docket No. 12580]**

      Status: This matter is going forward uncontested.

7.    Debtors' Fifty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11609]**

      Response Deadline:  October 27, 2010 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:  None.

      Status: This matter is going forward uncontested.

8.    Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11610]**

      Response Deadline:  October 27, 2010 at 4:00 p.m.

      Unresolved Responses (Adjourned):

          A.    Response of Evelyn Wheeler **[Docket No. 12205]**

      Related Documents:

          B.    Notice of Adjournment of Hearing of Debtors' Fifty-Third (Duplicative of Indenture Trustee Claims) Omnibus Objection to Claims Solely as to Certain Claims **[Docket No. 12577]**

    Status: This matter is going forward on an uncontested basis only. All Unresolved Responses have been adjourned to December 1, 2010 at 10:00 a.m.

9.   Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11611]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Responses (Adjourned):

      A.    Response of John Narel Trust **[Docket No. 12417]**

    Related Documents:

      B.    Notice of Adjournment of Hearing of Debtors' Fifty-Fourth Omnibus Objection (Duplicative of Indenture Trustee Claims) to Claims Solely as to Certain Claims **[Docket No. 12578]**

    Status: This matter is going forward on an uncontested basis only. All Unresolved Responses have been adjourned to December 1, 2010 at 10:00 a.m.

10.   Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11612]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Responses (Adjourned):

      A.    Lilith Ventures, Ltd.'s Response **[Docket No. 12325]**

    Related Documents:

      B.    Notice of Adjournment of Hearing of Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12579]**

    Status: This matter is going forward on an uncontested basis only. All Unresolved Responses have been adjourned to December 1, 2010 at 10:00 a.m.

11.   Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11613]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Responses (Adjourned):

      A.    Response of Astrea LLC **[Docket No. 12313]**

Related Documents:

    B.    Notice of Adjournment of Debtors' Objection to Certain Claims of Astrea LLC **[Docket No. 12572]**

Status: This matter is going forward on an uncontested basis only. All Unresolved Responses have been adjourned to January 20, 2011 at 10:00 a.m.

## II. CONTESTED MATTERS:

12. Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11594]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Responses:

        A.    Response of Sumner W. Mudge **[Docket No. 12395]**

        B.    Response of Patricia C. Mudge **[Docket No. 12396]**

    Adjourned Responses:

        C.    Response of Karl Joseph Thoma **[Docket No. 12198]**

        D.    Response of Bouef Limited **[Docket No. 12321]**

        E.    Response of Kurt Wolf **[Docket No. 12505]**

    Related Documents:

        F.    Notice of Adjournment of Hearing of Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12575]**

    Status: This matter is going forward on a contested basis solely with respect to the Unresolved Responses listed above and on an uncontested basis with respect to all other claims identified in the Debtors' objection (other than the Adjourned Responses identified above). All Adjourned Responses have been adjourned to December 1, 2010 at 10:00 a.m.

13. Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11608]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Chris Stovic **[Docket No. 11843]**

    B.    Response of Seniors Civil Liberties Association, Inc. **[Docket No. 12103]**

    C.    Response of Daniel J. Ebbert **[Docket No. 12539]**

Adjourned Responses:

    D.    Response of Kathryn K. Secrest **[Docket No. 12419]**

    E.    Response of Karen Teresa Reinike as Trustee for Karen T. Reinike Trust **[Docket No. 12535]**

Related Documents:

    F.    Notice of Adjournment of Hearing of Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12576]**

Status: This matter is going forward on a contested basis solely with respect to the Unresolved Responses listed above and on an uncontested basis with respect to all other claims identified in the Debtors' objection (other than the Adjourned Responses identified above). All Adjourned Responses have been adjourned to December 1, 2010 at 10:00 a.m.

### III. ADJOURNED MATTERS:

14. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

    Response Deadline:   November 19, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

15. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

    Response Deadline:   April 15, 2010 at 4:00 p.m.

    Responses Received:

          A.      Debtors' Objection **[Docket No. 8354]**

Related Documents: `

          B.      Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

16. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8006]**

    Response Deadline:    May 3, 2010 at 4:00 p.m.

    Unresolved Responses:

          A.      Response of Paul Berlage **[Docket No. 8876]**

          B.      Response of Gisela Schultz **[Docket No. 8877]**

          C.      Response of Bernd & Renate Werneyer **[Docket No. 8893]**

          D.      Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

    Related Documents:

          E.      Order Granting the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9275]**

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

17. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8007]**

    Response Deadline:    May 3, 2010 at 4:00 p.m.

    Unresolved Responses:

          A.      Response of Gisela Schultz **[Docket No. 8877]**

          B.      Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

          C.      Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

          D.      Response of Irmgard Wiecorek **[Docket No. 8883]**

          E.      Response of Uwe Schaper **[Docket No. 8885]**

F. Response of Korinna Schwerdt **[Docket No. 8886]**

G. Response of Juergen Klein **[Docket No. 8887]**

H. Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J. Response of Manuel Freude **[Docket No. 8895]**

K. Response of Dietmar Reinartz **[Docket No. 8896]**

L. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M. Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N. Response of Wilfried Uttendorf **[Docket No. 8899]**

O. Response of Gerd Meyer **[Docket No. 8900]**

P. Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q. Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R. Response of Martin Kuemmel **[Docket No. 8905]**

S. Response of Marlies Wagner **[Docket No. 8906]**

T. Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U. Response of Gertrud Styra **[Docket No. 8908]**

V. Response of Bernhard Koenner **[Docket No. 8909]**

W. Response of Uwe Schoenwaelder **[Docket No. 8910]**

X. Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y. Response of Hanspeter Wittig **[Docket No. 8912]**

Z. Response of Peter Huen **[Docket No. 8913]**

AA. Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB. Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents:

    CC.    Order Signed Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9234]**

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

18.    Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 12007]**

Response Deadline:    November 24, 2010 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

19.    Notice of Motion of Pearl Assurance Limited to Deem Proofs of Claim to Be Timely Filed **[Docket No. 12072]**

Response Deadline:    November 24, 2010 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to December 1, 2010 at 10:00 a.m.

20.    Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

Response Deadline:    August 20, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 10946]**

    B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

Related Documents:

    C.    Affidavit in Support of Motion of GLG Credit Fund **[Docket No. 9538]**

    D.    Notice of Adjournment of Motion of GLG Credit Fund **[Docket No. 12456]**

    E.    GLG Credit Fund's Reply to Debtors' Opposition **[Docket No. 11337]**

<u>Status</u>: This matter has been adjourned to January 20, 2011 at 10:00 a.m.

Dated: November 9, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession