WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF
### HEARING ON DEBTORS' MOTION, PURSUANT TO
### SECTION 1121(d) OF THE BANKRUPTCY CODE, REQUESTING
### SECOND EXTENSIONS OF EXCLUSIVE PERIODS FOR THE FILING
### OF AND SOLICITATION OF ACCEPTANCES FOR THE CHAPTER 11
### PLANS OF LB SOMERSET LLC AND LB PREFERRED SOMERSET LLC

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Merit, LLC ("Merit"), LB Somerset LLC and LB Preferred Somerset LLC (together, the "Somerset Debtors," and collectively with Merit, the "New Debtor Entities"), for an order extending the exclusive periods during which only the New Debtor Entities, respectively, may file chapter 11 plans and solicit acceptances thereof [Docket No. 11171] (the "Motion"), which was scheduled for November 17, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned, with respect to the relief requested by the Somerset Debtors only, to January 13, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing

on the relief requested by the Somerset Debtors will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  November 9, 2010
        New York, New York

                                              /s/ Shai Y. Waisman
                                              Shai Y. Waisman

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Debtors
                                              and Debtors in Possession