UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Bros. Holdings, *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

State of New York     )
                                  )    ss.:
County of New York  )

     I, Jocelyn C. Kuo, being dully sworn according to law, deposes and says that I am employed by Kirkland & Ellis LLP, with offices at 601 Lexington Avenue, New York, New York  10022.

     On November 9, 2010, I caused copies of Dow Corning Corporation's Response in Opposition to the Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) (Docket No. 12644) to be served on the parties attached hereto as Exhibit A by Federal Express.

Dated:  November 10, 2010

                                                                  /s/ Jocelyn C. Kuo
                                                                   Jocelyn C. Kuo

Sworn to before me this
10th day of November 2010

/s/ Beth Friedman Lurie
Notary Public
State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2013

K&E 17992710

**Exhibit A**

**Via Federal Express:**

Honorable James M. Peck
One Bowling Green
New York, NY 10004

Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, NY 10005

K&E 17992710