www.Lehman-Docket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :   08-13555 (JMP)
                 Debtors.                                      :
                                                               :   (Jointly Administered)
------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000003935 MAIL ID *** 0035611806 *** BSIUSE: 343
BENEDICT, SAMUEL
MICHAEL CARLIN, WEALTH MANAGEMENT, LLC
7098 E. COCHISE ROAD, SUITE 222
SCOTTSDALE, AZ 85253

490-483-3479


RECEIVED NOV - 3 2010 U.S. BANKRUPTCY COURT, SDNY JMP

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address: | | |
|---|---|---|
| BENEDICT, SAMUEL<br>MICHAEL CARLIN, WEALTH MANAGEMENT, LLC<br>7098 E. COCHISE ROAD, SUITE 222<br>SCOTTSDALE, AZ 85253 | Claim Number: | 3983 |
| | Date Filed: | 4/27/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 50,000.00 |

   PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

   The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

   If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

   If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---
[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

**Independent**
**FinancialGroup** LLC

12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180  F858-481-9039

# Brokerage Account Statement

SAMUEL J. BENEDICT &
KATHERINE BENEDICT JTWROS
10940 W. IRONWOOD HILLS DR.
CASA GRANDE AZ 85294-7283

Your Investment Professional:
MICHAEL CARLIN
(602) 468-3636

Account Number: AGY-001922
Statement Period: 03/01/2008 - 03/31/2008

See pg 6

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $1,027,683.95 |
| Cash Withdrawals | -5,864.63 |
| Dividends/Interest | 5,999.44 |
| Change in Account Value | -11,009.16 |
| Ending Account Value | $1,016,809.60 |
| Estimated Annual Income | $37,734.38 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash and Cash Equivalents | 79,610.24 | 95,580.05 | 9% |
| Fixed Income | 878,444.22 | 852,097.21 | 84% |
| Equities | 69,629.49 | 69,132.34 | 7% |
| Account Total (Pie Chart) | $1,027,683.95 | $1,016,809.60 | 100% |

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

# Customer Service Information

**Your Investment Professional:** B99

MICHAEL CARLIN
2390 E CAMELBACK ROAD STE 216
PHOENIX
AZ 85016-3450

### Contact Information

**Telephone Number:** (602) 468-3636
**Fax Number:** (602) 468-9414
**E-Mail Address:** customerservice@ifgsd.com

### Customer Service Information

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PT
**Customer Service Telephone Number:** (619) 209-3559
**Web Site:** www.ifgsd.com

## Portfolio Holdings

### Cash and Cash Equivalents 9.00% of Portfolio

#### Money Market

| Quantity | | Opening Date | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 95,580.050 | FEDERATED CAPITAL RESERVES | 03/01/08 | 0000820568 | 03/31/08 | 79,610.24 | 95,580.05 | 0.00 | 677.98 | 2.64% | 2.46% |
| | Total Money Market | | | | $79,610.24 | $95,580.05 | $0.00 | $677.98 | | |
| | **Total Cash and Cash Equivalents** | | | | **$79,610.24** | **$95,580.05** | **$0.00** | **$677.98** | | |

### Fixed Income  84.00% of Portfolio *(in CUSIP Sequence)*

#### U.S. Government Bonds

| Quantity | | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 45,000.000 | FEDERAL HOME LN MTG CORP MEDIUM TERM NTS 4.750% 12/08/10 B/E DTD 12/08/03 CALLABLE 1ST CPN DTE 06/08/04 Moody Rating AAA S & P Rating AAA *Security Identifier* 3128X2EV3 Original Cost Basis: $45,485.00 | 12/01/04 | 101.0780 | 45,229.92 | 105.5000 | 47,475.00 | 2,245.08 | 670.94 | 2,137.50 | 4.50% |
| 50,000.000 | FEDERAL HOME LN BKS CONS BDS 5.200% 11/20/14 B/E DTD 11/20/07 CALLABLE 11/20/09 @ 100.000 Moody Rating AAA S & P Rating AAA *Security Identifier* 3133XMWV0 Original Cost Basis: $51,815.00 | 02/11/08 | 103.6300 | 51,782.94 | 104.0310 | 52,015.50 | 232.56 | 946.11 | 2,600.00 | 4.99% |

**Independent Financial Group LLC**
12633 High Bluff Drive, Suite 150
San Diego, CA 92130
P858-436-3180  F858-481-9033

# Brokerage Account Statement

Statement Period: 03/01/2008 - 03/31/2008

Account Number: AGY-007922
SANJIEL I BENEDICT &

## Portfolio Holdings *(continued)*

### Fixed Income *(continued)*

#### U.S. Government Bonds *(continued)*

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 50,000.000 | 02/14/08 | 99.7600 | 49,878.93 | 99.6880 | 49,844.00 | -34.93 | 590.63 | 2,625.00 | 5.26% |

FEDERAL HOME LN BKS CONS BD
5.250% 07/10/23 B/E DTD 07/10/03
CALLABLE 04/10/08 @ 100.000
Moody Rating AAA S & P Rating AAA
*Security Identifier:* 31339YSB4
Original Cost Basis: $49,880.00

**Total U.S. Government Bonds  145,000.000    $146,891.79    $149,334.50    $2,442.71    $2,207.68    $7,362.50**

### Asset Backed Securities

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 50,000.000 | 06/20/05 | 104.7500 | 37,225.39 | 106.4220 | 37,819.58 | 594.19 | 192.49 | | |
| 60,000.000 | 06/17/05 | 101.5000 | 40,434.01 | 100.1580 | 39,899.41 | -534.60 | 182.58 | | |
| 120,000.000 | 11/23/04 | 101.5000 | 121,800.00 | 100.3750 | 120,450.00 | -1,350.00 | | 600.00 | |

FNMA GTD REMIC PASS THRU CTF REMIC
TR-1993-202CL-202-J 6.500% 11/25/23 B/E Factor: 0.71074730
DTD 11/01/93
Moody Rating AAA
*Security Identifier:* 31359FDA3
Original Cost Basis: $52,375.00

FNMA GTD REMIC PASS THRU CTF REMIC
TR-2005-57 CL-57-KA 5.500% 07/01/35 B/E Factor: 0.66394108
DTD 06/01/05
*Security Identifier:* 31394ECJE1
Original Cost Basis: $65,044.97

FHLMC MULTICLASS MTG PARTN CTFS GTD
SER-2806 CL-2806-CG 6.000% 06/15/34 B/E Factor: 1.00000000
DTD 06/01/04 CLB
*Security Identifier:* 31395ACH6
Original Cost Basis: $121,800.00

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

## Portfolio Holdings (continued)

### Fixed Income (continued)

#### Asset Backed Securities (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost/Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 3 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2877 CL-2877-IA 5.500% 10/15/16 B/E Factor: 0.77790010 DTD 10/01/04 CLB Security Identifier: 31395HKX7 | | | | | | | | | |
| 100,000.000 | 11/23/04 | 102.8750 | 80,026.45 | 102.5790 | 79,796.21 | -230.24 | 356.54 | | |
| Original Cost Basis: $94,464.33 | | | | | | | | | |
| 3 GNMA GTD REMIC PASS THRU CTF REMIC TR-2001-53 CL-53-PM 5.500% 12/20/31 B/E Factor: 0.54852475 DTD 11/01/01 Security Identifier: 38373TAP0 | | | | | | | | | |
| 20,000.000 | 01/25/06 | 100.0000 | 10,970.48 | 102.9130 | 11,290.07 | 319.59 | 50.28 | | |
| Original Cost Basis: $20,000.00 | | | | | | | | | |
| **Total Asset Backed Securities** | | | **$290,456.33** | | **$289,255.27** | **-$1,201.06** | **$1,381.89** | **$0.00** | |

#### Municipal Bonds

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 INDIANA BD BK REV SCH SEVERANCE FDG-G-A 5.870% 07/15/17 B/E DTD 06/23/04 CALLABLE 07/15/14 Moody Rating AAA S & P Rating AAA Security Identifier: 454623TR4 | | | | | | | | | |
| 25,000.000 | 11/29/04 | 105.7900 | 26,160.59 | 105.1830 | 26,295.75 | 145.16 | 309.81 | 1,467.50 | 5.58% |
| Original Cost Basis: $26,447.50 | | | | | | | | | |
| 3 VIRGINIA ST RES AUTH INFRASTRUCTURE REV POOLED LN BD PG-E 6.000% 05/01/12 B/E DTD 12/14/01 CALLABLE 05/01/10 Moody Rating AA2 S & P Rating AA Security Identifier: 92817PDY7 | | | | | | | | | |
| 25,000.000 | 11/29/04 | 106.3240 | 25,929.89 | 104.8060 | 26,201.50 | 261.61 | 625.00 | 1,500.00 | 5.72% |
| Original Cost Basis: $26,581.00 | | | | | | | | | |
| **Total Municipal Bonds** | | | **$52,090.48** | | **$52,497.25** | **$406.77** | **$934.81** | **$2,967.50** | |

#### Corporate Bonds

50,000.000
3 BOEING CAP CORP MEDIUM TERM SENIOR NOTES 6.500% 11/17/08 B/E
DTD 11/16/98 1ST CPN DTE 03/15/99
Moody Rating A2 S & P Rating A
Security Identifier: 09700WBH5





Independent Financial Group LLC
12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180 F858-481-9023

# Brokerage Account Statement

Statement Period: 03/01/2008 - 03/31/2008

## Portfolio Holdings (continued)

### Fixed Income (continued)

#### Corporate Bonds (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **BOEING CAP CORP MEDIUM TERM SENIOR** | | | | | | | | | |
| 30,000.000 | 11/29/04 | 108.8750 | 30,448.43 | 101.6900 | 30,507.00 | 58.57 | 86.67 | 1,950.00 | 6.39% |
| Original Cost Basis: $32,662.50 | | | | | | | | | |
| **COUNTRYWIDE HOME LNS INC MEDIUM TERM NTS** | | | | | | | | | |
| TRANCHE # TR 00295 6.000% 01/24/18 B/E | | | | | | | | | |
| DTD 01/24/03 CALLABLE | | | | | | | | | |
| Moody Rating BAA3 S & P Rating BBB+ | | | | | | | | | |
| Security Identifier 22237LNG3 | | | | | | | | | |
| 25,000.000 | 11/24/04 | 102.8810 | 25,582.99 | 74.6620 | 18,665.50 | -6,917.49 | 279.17 | 1,500.00 | 8.03% |
| Original Cost Basis: $25,720.20 | | | | | | | | | |
| **GTE NORTHWEST INC 6.300% 06/01/10 B/E** | | | | | | | | | |
| DTD 06/01/98 1ST CPN DTE 12/01/98 | | | | | | | | | |
| CPN PMT SEM ANNUAL ON JUN 01 AND DEC 01 | | | | | | | | | |
| Moody Rating A3 S & P Rating A | | | | | | | | | |
| Security Identifier 36233RAF0 | | | | | | | | | |
| 50,000.000 | 01/25/06 | 103.4200 | 50,899.16 | 100.0000 | 50,000.00 | -899.16 | 1,050.00 | 3,150.00 | 6.30% |
| Original Cost Basis: $51,710.00 | | | | | | | | | |
| **GENERAL ELEC CAP CORP MED TRM NTS** | | | | | | | | | |
| 5.375% 12/15/19 B/E DTD 12/04/03 | | | | | | | | | |
| FLT RATE 6.580% 09/15/13 B/E | | | | | | | | | |
| CALLABLE 06/15/08 @ 100.000 | | | | | | | | | |
| DTD 09/30/03 1ST CPN DTE 10/20/03 | | | | | | | | | |
| Moody Rating AAA S & P Rating AAA | | | | | | | | | |
| Security Identifier 36966RLD6 | | | | | | | | | |
| 40,000.000 | 06/17/05 | 100.8380 | 40,285.17 | 96.2330 | 38,493.20 | -1,791.97 | 633.06 | 2,150.00 | 5.58% |
| Original Cost Basis: $40,335.00 | | | | | | | | | |
| **HOUSEHOLD FIN CORP INTER NOTES** | | | | | | | | | |
| Moody Rating AA3 S & P Rating AA- | | | | | | | | | |
| Security Identifier 44181EXR4 | | | | | | | | | |
| 40,000.000 | 11/23/04 | 104.2500 | 40,000.00 | 95.2010 | 38,080.40 | -1,919.60 | 80.42 | 2,632.00 | 6.91% |
| Original Cost Basis: $41,700.00 | | | | | | | | | |



Account Number: AGY-001922

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

## Portfolio Holdings *(continued)*

### Fixed Income *(continued)*

#### Corporate Bonds *(continued)*

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **INTERNATIONAL LEASE FIN CORP MEDIUM TERM** NTS 4.850% 03/15/10 B/E DTD 05/03/07 1ST CPN DTE 06/15/07 Moody Rating A1 S & P Rating AA- *Security Identifier:* 45974EQP4 | | | | | | | | | |
| 70,000.000 Original Cost Basis: $71,055.00 | 03/04/08 | 101.5070 | 71,021.54 | 100.9020 | 70,631.40 | -390.14 | 150.89 | 3,395.00 | 4.80% |
| **LEHMAN BROS HLDGS INC SUB NT** 5.750% 01/03/17 B/E DTD 10/24/06 CALLABLE 1ST CPN DTE 01/03/07 Moody Rating A2 S & P Rating A *Security Identifier:* 52490BUB4 | | | | | | | | | |
| 50,000.000 Original Cost Basis: $49,150.50 | 02/14/08 | 98.3010 | 49,157.48 | 91.7760 | 45,888.00 | -3,269.48 | 702.78 | 2,875.00 | 6.26% |
| **MIDLAND BK PLC SUB NTS** ISIN#US597433AC57 7.650% 05/01/25 B/E DTD 05/10/95 CALLABLE Moody Rating AA2 S & P Rating AA- *Security Identifier:* 597433AC5 | | | | | | | | | |
| 33,000.000 Original Cost Basis: $34,820.00 | 02/07/08 | 105.5150 | 34,814.66 | 101.8080 | 33,596.64 | -1,218.02 | 1,051.88 | 2,524.50 | 7.51% |
| **PRINCIPAL LIFE INCOME FUNDINGS TRS** SECD MEDIUM TERM NTS TRANCHE TR# 00042 4.350% 08/16/10 B/E DTD 08/25/04 Moody Rating AA2 S & P Rating AA *Security Identifier:* 74254PBT8 | | | | | | | | | |
| 35,000.000 Original Cost Basis: $34,117.30 | 01/25/06 | 97.4780 | 34,514.04 | 100.4230 | 35,148.05 | 634.01 | 194.54 | 1,522.50 | 4.33% |
| **Total Corporate Bonds** 373,000.000 | | | $376,723.47 | | $361,010.19 | -$15,713.28 | $4,229.41 | $21,699.00 | |
| **Total Fixed Income** 568,000.000 | | | $866,162.07 | | $852,097.21 | -$14,064.86 | $8,753.79 | $32,023.00 | |

**Independent Financial Group** LLC
12835 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180  F858-481-9033

**Brokerage Account Statement**

Statement Period: 03/01/2008 - 03/31/2008

## Portfolio Holdings (continued)

### Equities 7.00% of Portfolio

**Preferred Stocks** *(listed by expiration date)*

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 2,793.000 | 07/14/06 | 25.0710 | 70,022.58 | 24.7520 | 69,132.34 | -890.24 | | 5,027.40 | 7.27% |

*Security Identifier: ONE PRW*
*Dividend Option: Cash*
BANK ONE CAP VI PFD SECS 7.20%

| | | | Cost Basis | | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Preferred Stocks** | | | $70,022.58 | | $69,132.34 | -$890.24 | | $5,027.40 | |
| **Total Equities** | | | $70,022.58 | | $69,132.34 | -$890.24 | | $5,027.40 | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $1,031,764.70 | $1,016,809.60 | -$14,955.10 | $8,753.79 | $37,734.38 |

### Disclosures and Other Information

Cost basis on fixed income securities is adjusted for amortization, accretion or principal paydowns. Original cost basis is provided with the corresponding tax lot.

3 The cost basis of securities positions acquired prior to the availability of the PORTFOLIO EVALUATION SERVICE for this account, has been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

4 Total Quantity field does not include Asset Backed Securities.

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

# Independent Financial Group LLC

12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180 F858-481-9033

SAMUEL J. BENEDICT &
KATHERINE BENEDICT JTWROS
10940 W. IRONWOOD HILLS DR.
CASA GRANDE AZ 85294-7283

**Your Investment Professional:**
MICHAEL CARLIN
(480) 483-3489

## Brokerage Account Statement

See page 5

Account Number: AGY-001922
Statement Period: 09/01/2010 - 09/30/2010

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $1,036,440.74 |
| Cash Withdrawals | -3,722.99 |
| Dividends/Interest | 3,723.14 |
| Fees | -0.25 |
| Change in Account Value | 103.42 |
| **Ending Account Value** | **$1,036,544.06** |
| Estimated Annual Income | $28,504.83 |

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

### Asset Allocation

| | Prior Year-End | Last Period | This Period | % Allocation |
|---|---|---|---|---|
| Cash, Money Funds, and FDIC Deposits | 169,893.65 | 169,567.20 | 170,761.19 | 16% |
| Fixed Income | 740,595.47 | 755,523.58 | 753,195.36 | 73% |
| Equities | 70,188.09 | 70,830.48 | 72,115.26 | 7% |
| Mutual Funds | 39,055.49 | 40,519.48 | 40,472.25 | 4% |
| **Account Total (Pie Chart)** | **$1,019,732.70** | **$1,036,440.74** | **$1,036,544.06** | **100%** |

## Additional Information

| | This Period |
|---|---|
| Securities Bought and Sold | $0.00 |
| Principal Payments | $1,194.09 |

## Summary of Gains and Losses

| | Realized | | Unrealized |
|---|---|---|---|
| | This Period | Year-to-Date | |
| Short-Term Gain/Loss | 0.00 | 0.00 | 9,080.25 |
| Long-Term Gain/Loss | -38.05 | -52,965.62 | -15,317.98 |
| Net Gain/Loss | -38.05 | -52,965.62 | -6,237.73 |

This summary excludes transactions where cost basis information is not available.

## Customer Service Information

**Your Investment Professional:** B99

MICHAEL CARLIN
7098 E COCHISE RD STE 222
SCOTTSDALE  AZ 85253-4557

### Contact Information
Telephone Number: (480) 483-3489
Fax Number: (480) 483-7126
E-Mail Address: customerservice@ifgsd.com

### Customer Service Information
Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PT
Customer Service Telephone Number: (888) 436-3180
Web Site: www.ifgsd.com

## Portfolio Holdings

### Cash, Money Funds, and FDIC Deposits 16.00% of Portfolio

| Quantity | Opening Date | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | 30-Day Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Money Market** | | | | | | | | | | | |
| FEDERATED CAPITAL RESERVES | 09/01/10 | 000020558 | 09/30/10 | 169,567.20 | 170,761.19 | 0.00 | 0.56 | | | | 0.00% |
| 170,761.190 | | | | 169,567.20 | 170,761.19 | 0.00 | 0.56 | | | | |
| **Total Money Market** | | | | $169,567.20 | $170,761.19 | $0.00 | $0.56 | | | | |
| **Total Cash, Money Funds, and FDIC Deposits** | | | | $169,567.20 | $170,761.19 | $0.00 | $0.56 | | | | |

### Fixed Income 73.00% of Portfolio (in CUSIP Sequence)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **U.S. Government Bonds** | | | | | | | | | |
| FEDERAL HOME LN MTG CORP MEDIUM TERM NTS | | | | | | | | | |
| FED R 4.750% 12/08/10 B/E | | | | | | | | | |
| DTD 12/08/03 CALLABLE Moody Rating AAA S & P Rating AAA | | *Security Identifier:* 3128X2EV3 | | | | | | | |
| 45,000.000 | 12/01/04 | 101.0780 | 45,000.00 | 100.8440 | 45,379.80 | 379.80 | 665.00 | 2,137.50 | 4.71% |
| Original Cost Basis: 45,485.00 | | | | | | | | | |
| **Total U.S. Government Bonds** | | | $45,000.00 | | $45,379.80 | $379.80 | $665.00 | $2,137.50 | |
| 45,000.000 | | | | | | | | | |

**Independent Financial Group** LLC
12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180 F858-481-9033

# Brokerage Account Statement

Statement Period: 09/01/2010 - 09/30/2010

## Portfolio Holdings (continued)

### Fixed Income (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | | | |
| FNMA GTD REMIC/PASS THRU CTF REMIC TR-1993-202CL-202-J 6.500% 11/25/23 B/E DTD 11/01/93 Moody Rating AAA | | | | | | | | | |
| 50,000.000 | 06/20/05 | 104.7500 | 22,470.73 | 112.7810 | 24,193.52 | 1,722.79 | 112.32 | | |
| Original Cost Basis: 52,375.00 | | | Security Identifier: 31359FDA3 Factor: 0.42903531 | | | | | | |
| FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806 CL-2806-CG 6.000% 06/15/34 B/E DTD 06/01/04 CLB | | | | | | | | | |
| 120,000.000 | 11/23/04 | 101.5000 | 121,800.00 | 103.6400 | 124,368.00 | 2,568.00 | 580.00 | | |
| Original Cost Basis: 121,800.00 | | | Security Identifier: 31395ACH6 Factor: 1.00000000 | | | | | | |
| FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2877 CL-2877-JA 5.500% 10/15/16 B/E DTD 10/01/04 CLB | | | | | | | | | |
| 100,000.000 | 11/23/04 | 102.8750 | 60,374.67 | 102.5360 | 60,175.73 | -198.94 | 260.02 | | |
| Original Cost Basis: 94,464.33 | | | Security Identifier: 31395HKX7 Factor: 0.58687420 | | | | | | |
| GNMA GTD REMIC PASS THRU CTFS REMIC TR-2001-53 CL-53-PM 5.500% 12/20/31 B/E DTD 11/01/01 | | | | | | | | | |
| 20,000.000 | 01/25/06 | 100.0000 | 5,181.11 | 103.5800 | 5,366.60 | 185.49 | 22.96 | | |
| Original Cost Basis: 20,000.00 | | | Security Identifier: 38373TAP0 Factor: 0.25905560 | | | | | | |
| GNMA GTD REMIC PASS THRU CTFS REMIC SER 2009-93 CL-93-AY 5.000% 10/20/39 B/E DTD 10/01/09 CLB | | | | | | | | | |
| 100,000.000 | 01/04/10 | 100.7550 | 100,755.00 | 109.3880 | 109,388.00 | 8,633.00 | 402.78 | | |
| Original Cost Basis: 100,755.00 | | | Security Identifier: 38376KGV7 | | | | | | |
| **Total Asset Backed Securities** | | | **$310,581.51** | | **$323,491.85** | **$12,910.34** | **$1,378.08** | **$0.00** | |
| **Municipal Bonds** | | | | | | | | | |
| INDIANA BD BK REV SCH SEVERANCE FDG-6-A 5.870% 07/15/17 B/E DTD 06/23/04 CALLABLE 07/15/14 Moody Rating BAA1 S & P Rating AA+ | | | | | | | | | |
| 25,000.000 | 11/29/04 | 105.7900 | 25,656.36 | 108.0920 | 27,023.00 | 1,366.64 | 305.73 | 1,467.50 | 5.43% |
| | | | Security Identifier: 454623RR4 | | | | | | |

Account Number: AGY-001922

## Portfolio Holdings *(continued)*

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Municipal Bonds** *(continued)* | | | | | | | | | |
| INDIANA BD BK REV SCH SEVERANCE 25,000.000 Original Cost Basis: 26,447.50 | | | | | | | | | |
| **Total Municipal Bonds** | | | $25,656.36 | | $27,023.00 | $1,366.64 | $305.73 | $1,467.50 | |
| **Corporate Bonds** | | | | | | | | | |
| AT&T INC GLOBAL NT 5.800% 02/15/19 B/E DTD 02/03/09 CALLABLE 1ST CPN DTE 08/15/09 CALLABLE PMT SEMI ANNUAL Moody Rating A2 S & P Rating A 25,000.000 Original Cost Basis: 26,047.25 | 04/14/09 | 104.1890 | 25,924.28 | *Security Identifier: 00206RAR3* 119.2040 | 29,801.00 | 3,876.72 | 181.25 | 1,450.00 | 4.86% |
| 3COUNTRYWIDE HOME LNS INC MEDIUM TERM NTS MED TERM NT TRANCHE # 00295 6.000% 01/24/18 B/E DTD 01/24/03 Moody Rating A2 S & P Rating A 25,000.000 Original Cost Basis: 25,720.20 | 11/24/04 | 102.8810 | 25,000.00 | *Security Identifier: 22237LNG3* 100.0410 | 25,010.25 | 10.25 | 275.00 | 1,500.00 | 5.99% |
| DISNEY WALT CO NEW MEDIUM TERM NTS GLOBAL NTS 5.625% 09/15/16 B/E DTD 09/11/06 CALLABLE Moody Rating A2 S & P Rating A 25,000.000 Original Cost Basis: 26,458.10 | 04/13/09 | 105.8320 | 26,210.30 | *Security Identifier: 25468PCE4* 120.2420 | 30,060.50 | 3,850.20 | 58.59 | 1,406.25 | 4.67% |
| 3GENERAL ELEC CAP CORP INTERNOTES INTERNOTES 5.325% 12/15/19 B/E DTD 12/04/03 CALLABLE 10/15/10 Moody Rating AA2 S & P Rating AA+ 40,000.000 Original Cost Basis: 40,335.00 | 06/17/05 | 100.8380 | 40,000.00 | *Security Identifier: 36966RLD6* 100.4950 | 40,198.00 | 198.00 | 621.25 | 2,130.00 | 5.29% |
| GENERAL MLS INC NT 5.200% 03/17/15 B/E DTD 03/17/08 CALLABLE 1ST CPN DTE 09/17/08 CPN PMT SEMI ANNUAL Moody Rating BAA1 S & P Rating BBB+ 25,000.000 Original Cost Basis: 25,812.50 | 04/13/09 | 103.2500 | 25,632.56 | *Security Identifier: 428236AL7* 114.4300 | 28,607.50 | 2,974.94 | 46.94 | 1,300.00 | 4.54% |
| HEWLETT PACKARD CO GLOBAL NT 5.250% 03/01/12 B/E DTD 02/27/07 CALLABLE 1ST CPN DTE 09/01/07 Moody Rating A2 S & P Rating A 25,000.000 Original Cost Basis: 26,593.50 | 04/13/09 | 106.3740 | 25,803.53 | 106.3930 | 26,598.25 | 794.72 | 105.73 | 1,312.50 | 4.93% |

**Independent Financial Group LLC**
12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180  F858-481-9033

# Brokerage Account Statement

Statement Period: 09/01/2010 - 09/30/2010

Account Number: AGY-001922

## Portfolio Holdings (continued)

### Fixed Income (continued)

#### Corporate Bonds (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 40,000.000 HOUSEHOLD FIN CORP INTERNOTES INFLATION PROTECTED INTERNOTE 3.790% 09/15/13 B/E DTD 10/02/03 1ST CPN DTE 01/15/04 B/E A Original Cost Basis: 41,700.00 Security Identifier: 441813XR4 | 11/23/04 | 104.2500 | 40,623.35 | 100.3350 | 40,134.00 | -489.35 | 315.83 | 1,516.00 | 3.79% |
| 25,000.000 KIMBERLY CLARK CORP NT 5.000% 08/15/13 B/E DTD 08/05/03 CALLABLE 1ST CPN DTE 02/15/04 Moody Rating A2 S & P Rating A Original Cost Basis: 26,929.00 Security Identifier: 494368AX1 | 04/13/09 | 107.7160 | 26,309.20 | 111.0360 | 27,759.00 | 1,449.80 | 156.25 | 1,250.00 | 4.50% |
| 25,000.000 KRAFT FOODS INC SR NT 6.500% 08/11/17 B/E DTD 08/13/07 CALLABLE 1ST CPN DTE 02/11/08 Moody Rating BAA2 S & P Rating BBB- Original Cost Basis: 25,677.50 Security Identifier: 50075NAS3 | 04/13/09 | 102.7100 | 25,582.23 | 119.8060 | 29,951.50 | 4,369.27 | 221.18 | 1,625.00 | 5.42% |
| 25,000.000 KROGER CO SR NT 6.150% 01/15/20 B/E DTD 01/16/08 CALLABLE 1ST CPN DTE 07/15/08 CPN PMT SEMI ANNUAL Moody Rating BAA2 S & P Rating BBB Original Cost Basis: 25,380.00 Security Identifier: 501044CH2 | 04/14/09 | 101.5200 | 25,341.65 | 118.8260 | 29,706.50 | 4,364.85 | 320.31 | 1,537.50 | 5.17% |
| 50,000.000 LEHMAN BROTHERS HLDGS INC SUB NT 5.750% 01/03/17 B/E DTD 10/24/06 CALLABLE SECURITY IN DEFAULT 1ST CPN DTE 01/03/07 CPN PMT SEMI ANNUAL ON JAN 03 AND JUL 03 Original Cost Basis: 49,150.50 Security Identifier: 524908UB4 | 02/14/08 | 98.3010 | 49,150.50 | 0.0100 | 5.00 | -49,145.50 | 0.00 | | |

## Portfolio Holdings (continued)

### Fixed Income (continued)

#### Corporate Bonds (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **MIDLAND BK PLC SUB NTS** ISIN#US597433AC57 7.650% 05/01/25 B/E DTD 05/10/95 CALLABLE Moody Rating A2 S & P Rating A+ | | | | Security Identifier: 597433AC5 | | | | | |
| 33,000.000 Original Cost Basis: 34,820.00 | 02/07/08 | 105.5150 | 34,663.46 | 115.4570 | 38,100.81 | 3,437.35 | 1,044.86 | 2,524.50 | 6.62% |
| **WAL MART STORES INC GLOBAL NT** 4.500% 07/01/15 B/E DTD 06/09/05 CALLABLE 1ST CPN DTE 01/01/06 Moody Rating Aa2 S & P Rating AA | | | | Security Identifier: 931142BY8 | | | | | |
| 10,000.000 Original Cost Basis: 10,630.00 | 04/14/09 | 106.3000 | 10,494.09 | 113.6840 | 11,368.40 | 874.31 | 111.25 | 450.00 | 3.95% |
| **Total Corporate Bonds** 373,000.000 | | | $380,735.15 | | $357,300.71 | -$23,434.44 | $3,458.44 | $18,001.75 | |
| **Total Fixed Income** 443,000.000 | | | $761,973.02 | | $753,195.36 | -$8,777.66 | $5,807.25 | $21,606.75 | |

### Equities 7.00% of Portfolio

#### Preferred Stocks (listed by expiration date)

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **BANC ONE CAP VI PFD SECS 7.20%** Dividend Option: Cash | | | | Security Identifier: JPM PRO | | | | | |
| 2,793.000 | 07/14/06 | 25.0710 | 70,022.58 | 25.8200 | 72,115.26 | 2,092.68 | | 5,027.40 | 6.97% |
| **Total Preferred Stocks** | | | $70,022.58 | | $72,115.26 | $2,092.68 | | $5,027.40 | |
| **Total Equities** | | | $70,022.58 | | $72,115.26 | $2,092.68 | | $5,027.40 | |

### Mutual Funds 4.00% of Portfolio

#### Mutual Funds

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **MFS MUNICIPAL INCOME FUND CLASS A** Open End Fund Dividend Option: Cash; Capital Gains Option: Reinvest | | | | Security Identifier: MFIAX | | | | | |
| 4,722.550 | 10/01/09 | 8.4750 | 40,025.00 | 8.5700 | 40,472.25 | 447.25 | | 1,870.12 | 4.62% |
| **Total Mutual Funds** | | | $40,025.00 | | $40,472.25 | $447.25 | | $1,870.12 | |
| **Total Mutual Funds** | | | $40,025.00 | | $40,472.25 | $447.25 | | $1,870.12 | |

# Independent Financial Group LLC

12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P858-436-3180 F858-481-9033

## Brokerage Account Statement

Statement Period: 09/01/2010 - 09/30/2010

## Portfolio Holdings (continued)

### Total Portfolio Holdings

| Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| $1,042,781.79 | $1,036,544.06 | -$6,237.73 | $5,807.25 | $28,504.83 |

3 The cost basis of securities positions acquired prior to the availability of the PORTFOLIO EVALUATION SERVICE for this account, has been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

4 Total Quantity field does not include Asset Backed Securities.

## Disclosures and Other Information

Cost Basis on fixed income securities is adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the portfolio system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving continuously callable bonds, foreign bonds, variable rates, bonds in default, index-linked bonds, bonds sold short or bonds that have a negative yield. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

The Estimated Price as of Date only appears when the price date does not equal the statement date.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.