**GLORIA K. BERKWITS**
**2944 W. RASCHER**
**CHICAGO, ILLINOIS 60625**


58 OMNIBUS OBJECTION                                    October 30, 2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RE: Lehman Brothers Holdings, Inc., et al**
**Chapter 11 Case No. 08-13555 (JMP)**
**(Jointly Administered)**

**Creditor Claim 10854**

**To The Honorable James M. Peck**
**One Bowling Green**
**New York, New York10004  Courtroom 601**

**Dear Honorable Mr. Peck:**

In response to my recent notification that my claim was disallowed because of insufficient documentation, I am enclosing the following:

Original buy confirmation of Lehman Brothers Holdings, Inc on 9/7/04.
A copy of my February 2004 statement from Raymond James Financial
    Services documenting ownership of <u>Lehman Bros Capital TR IV</u> and
    indicating the acquisition on 1/14/04.
Copies from Morgan Stanley July 2005 and September 2010 monthly
    statements indicating initial transfer and current ownership of those
    securities.

These securities were first purchased for me by Arthur Shievitz, my broker at Raymond James. Upon his death circa June 2005, I transferred my accounts to Morgan Stanley. My current financial officer at Morgan Stanley Smith Barney has been ill and away from the office. And Mr. Eriq Encarnacion was not explicit when asked on the phone about the needed documentation. If further information is required, I can be reached at the above address or at 773-561-8777.

Sincerely,

*Gloria K. Berkwits*

Gloria K. Berkwits

RECEIVED
NOV - 3 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

# RAYMOND JAMES
## FINANCIAL SERVICES, INC.
Member N A S D / S I P C

## BUY CONFIRMATION

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716    727-567-1000 • www.raymondjames.com

**ACCOUNT ID:** 75989800
**TRADE DATE:** 09/01/04
**SETTLEMENT DATE:** 09/07/04



11

GLORIA BERKWITS RIRA
RAYMOND JAMES & ASSOC INC CSDN
2944 W RASCHER AVE
CHICAGO IL 60625-3914446

Your Financial Advisor:
ARTHUR SHIEVITZ
Phone: (847) 291-0225
Branch ID: 4HP43B6

This is to confirm that the following transaction was completed in your account on a solicited basis. We encourage you to review the information on this confirmation and compare it to your next statement. If you have a question, please contact your Financial Advisor, ARTHUR SHIEVITZ at (847) 291-0225 or via email at Arthur.Shievitz@RaymondJames.com. Requests to buy or sell securities are not accepted by e-mail. Please call your Financial Advisor to place any trades or to request any changes. In addition, our Client Services Department at 1-800-647-SERV(7378) is available to assist.

## CORPORATE BOND TRANSACTION SUMMARY

BOUGHT: 10 Bonds LEHMAN BROTHERS HOLDINGS INC, MEDIUM TERM NOTE PAYS MONTHLY, 6%, matures 11/18/2028, yield to call 5.331% if called 11/18/2008, CUSIP # 52519FCB5, at 102.51 per bond

| Trade Amount | Accrued Int | Handling | Net Amount |
|---|---|---|---|
| $10,251.00 | $31.67 | $4.00 | $10,286.67 |

As this transaction settles on September 7, 2004, please be sure funds for payment are available in your account by this date. To receive proper credit when depositing funds by check, please write your account ID on the check and make it payable to Raymond James & Associates.

This transaction was executed on a principal basis in the OTC market. The purchase price includes a sales commission. Trades executed on a principal basis are purchased from and sold to an inventory owned by Raymond James & Associates. This form of execution may result in a trading profit or loss to the firm. The industry standard identification number (CUSIP) assigned to this security is 52519FCB5. Other information regarding the execution of this transaction, including the date and time of the transaction, will be furnished upon written request.

These bonds are issued with a par or face value of $1,000 per bond and are priced as a percentage of par value. A price of 102.51 represents 102.51% of this bond's $1,000 par value. Therefore, the principal amount is $1,025.10 per bond in this transaction.

At your purchase price of 102.51, these bonds will yield 5.807% if held to maturity. Yield to Maturity (YTM) is the industry standard used to compare different types of fixed income investments and is a function of the stated interest rate, purchase price, and the time remaining until the bond matures. Your actual yield may vary if the bond is sold prior to maturity. Call features may exist which could affect yield. Complete information will be provided upon request.

Your bonds pay a stated or coupon interest rate of 6% based on a $1,000 per bond par value. This represents $60.00 of annual income per bond. The interest income is paid monthly. As this is being purchased in your retirement account, the interest income generally accumulates on a tax-deferred basis.

**(PLEASE SEE REVERSE SIDE)**

Committed to your financial future.

Accrued interest represents interest earned that has not been paid by the issuer prior to the settlement date of this transaction. The seller of this bond is entitled to the accrued interest from the last interest payment date, up to but not including settlement date. The buyer of a bond starts earning or accruing interest on settlement date. The accrued interest on these 10 bonds is $31.67 and has accrued from August 18, 2004. This represents 19 days of accrued interest. When calculating the accrued interest on this bond, each month of the year is assumed to have 30 days and a year is assumed to have 360 days.

This security contains an estate protection feature also known as a survivor's option. This feature allows the estate of the beneficial holder to return the bond to the company at par (face value) in the event of the beneficial holder's death, regardless of the price at which the security is trading at the time. If this security has a zero coupon, then it will be redeemed at the accreted value. As certain limitations may apply, please refer to each individual issuer's prospectus, offering circular or disclosure document.

The yield to call on these securities would be 5.331% if called at a predetermined price of 100.00 on November 18, 2008. These securities may also carry extraordinary calls which cannot be predicted and thus the yield cannot be calculated.

This security is currently rated A1 by Moody's Investors Services, and A by Standard & Poor's Corporation (S&P) and, therefore, is considered to be of "investment grade". Securities ratings, provided by independent rating services, are appraisals of the financial stability of the issuer and their ability to pay the interest and, ultimately, the principal on their obligation to you. Ratings are subject to change at any time. Changes in ratings may affect the current market value of your investment.

This security is only issued in book-entry form, therefore, certificates cannot be issued. This confirmation, together with the periodic statements we send to you, is your proof of ownership.

Corporate bonds are direct debt obligations of the issuing company.

During the time you will hold this bond, changes in market interest rates, credit quality (discussed above) and general market conditions will affect the then current price of the bond by making the bond more or less attractive to other potential investors. In the future, if the bond you hold is paying a higher coupon or stated rate of interest than the current rates available on new issues of similar quality bonds, it is likely the market price would increase because other investors would be willing to pay more in order to earn the higher coupon interest rate. Conversely, if the bond you hold is paying a lower coupon rate of interest than is generally available, other investors would expect to pay less and the market price could decline. If the bond is sold prior to maturity, a realized gain or loss could result.

Unless otherwise specified, products purchased from or held at Raymond James & Associates are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, FSB, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.

We sincerely hope that you are pleased with the quality of the investment and support services which you are receiving. If you know of other investors who could benefit from our services, please refer them to your Financial Advisor.

Thank you for doing business with us.

94 090104 190671

# RAYMOND JAMES™

FINANCIAL SERVICES, INC.
Member NASD/SIPC

## STATEMENT

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716    727-567-1000 • www.raymondjames.com
Committed to your financial future

**Account ID: 7598983B**

## Retirement Portfolio Report for January 30 to February 27, 2004

GLORIA BERKUTS IRA R/O #2
RAYMOND JAMES & ASSOC INC CSDN
2944 W RASCHER AVE
CHICAGO IL 60625-3814446

lllll..lll..llll..l.lllll..ll..ll.lll.l..l.ll.ll.l

Financial Advisor:
ARTHUR SHEVITZ
(847) 291-0225
Arthur_Shevitz
@Raymondjames.com
www.Raymondjames.com
666 DUNDEE ROAD, UNIT 1804
NORTHBROOK, IL 60062-2739

Branch ID: 4HP 4386

**INVESTMENT PROFILE:**

| PRIMARY OBJECTIVE - | |
|---|---|
| Income | |
| RISK TOLERANCE - | Medium |
| TIME HORIZON - | > 10 Years |
| SECONDARY OBJECTIVE - | |
| RISK TOLERANCE - | |
| TIME HORIZON - | |

## Account Value

| Assets Listed in Your Portfolio: | Asset Allocation % | Current Value |
|---|---|---|
| CASH/CASH EQUIVALENTS | 0.1 % | $130.65 |
| MONEY MARKET FUNDS | 0.3 % | 758.82 |
| EQUITIES/OPTIONS | 6.4 % | 15,266.00 |
| MUTUAL FUNDS | 0.0 % | 0.00 |
| CLOSED-END FUNDS | 4.9 % | 11,613.00 |
| FIXED INCOME SECURITIES | 79.2 % | 188,199.68 |
| INSURANCE/ANNUITIES | 0.0 % | 0.00 |
| REIT's/TANGIBLES | 9.1 % | 21,761.00 |
| **TOTAL ASSETS** | **100.0 %** | **$237,727.15** |

## IRA Contribution and Distribution Summary:

| | |
|---|---|
| Contributions for 2004 | $0.00 |
| Contributions for 2003 | $0.00 |
| Rollover Contributions | $0.00 |
| Distributions/Taxes Withheld | $0.00 |

**PORTFOLIO NET VALUE:**

| | |
|---|---|
| Current: | $237,727.15 |
| Prior Statement | $235,821.93 |
| 12/31/03 | $236,116.55 |

## Income & Expense Summary

| Income/Receipts: | This Statement | This Year |
|---|---|---|
| INTEREST | $618.17 | $1,472.76 |
| INTEREST - NON-TAXABLE | 0.00 | 0.00 |
| DIVIDENDS - HERITAGE MONEY MKT FDS | 7.29 | 11.01 |
| DIVIDENDS | 161.84 | 357.68 |
| DIVIDENDS - NON-TAXABLE | 0.00 | 0.00 |
| INCOME - MUTUAL FUNDS | 0.00 | 0.00 |
| RECEIPT of PRINCIPAL/CAPITAL | 390.07 | 1,033.10 |
| OTHER INCOME/RECEIPTS | 24.62 | 745.17 |
| **TOTAL INCOME & RECEIPTS** | **$1,201.99** | **$3,619.72** |

| Expenses: | | |
|---|---|---|
| Foreign Taxes Withheld | 0.00 | 0.00 |
| Dividend/Interest charged | 0.00 | 0.00 |
| **Total Expense** | **$0.00** | **$0.00** |
| **Net Income/Receipts and Expenses** | **$1,201.99** | **$3,619.72** |

If you have any questions, or would like to update your Investment Profile information, please contact your Financial Advisor at (847) 291-0225 or call our Client Services Department at 1-800-647-SERV (7378) Monday - Friday, 8 AM - 6 PM Eastern.

Your statement is printed on both sides
to conserve paper and preserve our environment!

45098184-015



# YOUR PORTFOLIO

GLORIA BERKWITS IRA R/O #2    ACCOUNT ID:    75988838    02/27/04    PAGE    2

Securities in accounts custodied by Raymond James & Associates are protected by the Securities Investor Protection Corporation (SIPC) up to $500,000 including up to $100,000 in cash, in the event of the firm's liquidation. Additional protection (excess SIPC) is provided by Customer Asset Protection Company making the combined protection equal to the total net equity of cash and securities held in custody for your account. This coverage does not protect against market fluctuations.

Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, FSB, a federally chartered savings bank member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.

For information regarding FDIC, SIPC or a specific security, please contact your Financial Advisor or visit www.fdic.gov or www.sipc.org.

Any free cash or Client Interest Program (CIP) balances represent funds payable upon demand that, although properly accounted for on our books of record are not immediately segregated and may be used in the operation of this firm's business as permissible under Securities and Exchange Commission regulations until such time as they are segregated.

## CASH/CASH EQUIVALENTS

### Cash/Client Interest Program

| Description | Estimated Value | Annual Est Income |
|---|---|---|
| Cash | 130.65 | $0 |
| **Total value for Cash/Client Interest Program** | **$130.65** | **$0** |
| **Total value for Cash/Cash Equivalents** | **$130.65** | **$0** |

## MONEY MARKET FUNDS

| Shares | Description | Symbol | Estimated Price | Estimated Value | Effective Dividend Yield | Annual Est Income |
|---|---|---|---|---|---|---|
| 758.820 | Heritage Cash Trust | | 1.000 | 758.82 | 0.39% | $3 |
| **Total Value for Money Market Funds** | | | | **$758.82** | | **$3** |

# RAYMOND JAMES

### FINANCIAL SERVICES, INC.
Member NASD/SIPC

## STATEMENT

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716   727-567-1000 • www.raymondjames.com
Committed to your financial future

GLORIA BERKWITS IRA R/O #2    ACCOUNT ID: 75989838    02/27/04   PAGE   3

## YOUR PORTFOLIO

### EQUITIES/OPTIONS

#### Stocks

| Shares | Description | Date Acquired | Estimated Avg Cost per Share | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Annual Est Income | Estimated Dividend Yield |
|---|---|---|---|---|---|---|---|---|
| 200 | ABN AMRO CAP FUNDING TR VI 6.25% NON CUM GTD TR PFD SYMBOL: ABN-PRF | 01/14/04 | 26.620 | 25.660 | 5,132.00 | (192.00) (3.61)% | 313 | 6.09% |
| 400 | CARLTON COMMUNICATIONS 8.00% (ENGLAND) SYMBOL: CCM.PR | | | 25.330 | 10,132.00 | | 800 | 7.90% |

**Total value for priced Stocks** | | | | | $15,264.00 | ($192.00) | $1,113 |

### CLOSED-END FUNDS

| Shares | Description | Date Acquired | Estimated Avg Cost per Share | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Annual Est Income | Estimated Dividend Yield |
|---|---|---|---|---|---|---|---|---|
| 700 | MORGAN STANLEY INCOME SEC INC SYMBOL: ICB | 09/25/02 | 15.785 | 16.590 | 11,613.00 | 563.50 5.10 % | 672 | 5.79% |

**Total value for priced Closed-End Funds** | | | | | $11,613.00 | $563.50 | $672 |

**Total value for priced Equities/Options** | | | | | $15,264.00 | ($192.00) | $1,113 |

### FIXED INCOME SECURITIES

#### Treasury/Agency Securities

| Face Value | Description | Date Acquired | Estimated Avg Cost per Bond | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Interest Rate/ Maturity | Annual Est Income | Estimated Date/ Price | Call Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 10,000 | FEDERAL NATIONAL MORTGAGE ASSOCIATION DEBENTURE Moody's Rating: Aaa S & P Rating: AAA CUSIP number: 3136F2SM9 | 11/07/02 | 100.040 | 99.125 | 9,912.50 | (91.50) (0.91)% | 5.750% 11/14/22 | 575 5.79% | 03/09/04 100.000 |

Your statement is printed on both sides
to conserve paper and preserve our environment

45098184-016

# YOUR PORTFOLIO

GLORIA BERKWITS IRA R/O #2     ACCOUNT ID: 75989838     02/27/04     PAGE 4

## Treasury/Agency Securities

| Face Value | Description | Date Acquired | Estimated Avg Cost per Bond | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Interest Rate/ Maturity | Annual Est Income |
|---|---|---|---|---|---|---|---|---|
| 11,000 | U S TREAS SEC STRIPPED INT PMT 11/15/08<br>DTD 11/15/2008<br>S & P Rating: AAA<br>CUSIP number: 912833DG6 | | 96.790 | 87.006 | 9,570.66 | (391.50) | 0.000% 11/15/08 | |

**Total value for priced Treasury/Agency Securities**     $19,483.16     ($391.50)     $575

## Corporate Bonds

| Face Value | Description | Date Acquired | Estimated Avg Cost per Bond | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Interest Rate/ Maturity | Annual Est Income |
|---|---|---|---|---|---|---|---|---|
| 10,000 | BANK OF AMERICA CORPORATION MEDIUM TERM 05/31/02<br>NOTE<br>Moody's Rating: Aa3<br>S & P Rating: A+<br>CUSIP number: 06050XDD2 | | 96.790 | 101.539 | 10,153.90 | 474.90 4.91 % 11/15/16 | 6.150% 11/15/16 | 100 |
| 10,000 | GENERAL MOTORS ACCEPTANCE CORPORATION 02/17/04<br>MEDIUM TERM NOTE<br>Moody's Rating: A3<br>S & P Rating: BBB<br>CUSIP number: 37040GN6 | | 100.040 | 97.817 | 9,781.70 | (222.30) (2.22)% 02/15/19 | 6.000% 02/15/19 | 600 02/1 |
| 10,000 | HOUSEHOLD FINANCE COMPANY MEDIUM TERM 10/15/03<br>NOTE<br>Moody's Rating: A1<br>S & P Rating: A<br>CUSIP number: 44181EYK8 | | 100.040 | 99.782 | 9,978.20 | (25.80) (0.26)% 10/15/23 | 6.000% 10/15/23 | 500 10/1 |

**Total value for priced Corporate Bonds**     $29,913.80     $226.80     $1,815

## Asset Backed Securities

| Face Value | Description | Date Acquired | Estimated Avg Cost per Bond | Est Price Curr Face Factor | Estimated Value | Estimated Gain/(Loss) & Pct | Interest Rate/ Maturity | Annual Est Income |
|---|---|---|---|---|---|---|---|---|
| 16,000 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>SERIES 93-53 CLASS 53-K<br>CUSIP number: 31358UKU8 | | | 103.020<br>11,714.12<br>0.73213268 | 12,067.89 | | 5.750% 04/25/23 | 674 |

# RAYMOND JAMES

### FINANCIAL SERVICES, INC.
Member NASD/SIPC

## STATEMENT

Account carried by Raymond James & Associates, Inc. member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716   727-567-1000 • www.raymondjames.com
Committed to your financial future.

GLORIA BERKMITS IRA R/O #2          ACCOUNT ID: 75989838          02/27/04          PAGE 5

## YOUR PORTFOLIO

### Asset Backed Securities

| Face Value | Description | Date Acquired | Estimated Avg Cost per Bond | Est Price Curr Face Factor | Estimated Value | Estimated Gain/(Loss) & Pct | Interest Rate/ Maturity Date/Pct | Annual Est Income | Call Date/ Price |
|---|---|---|---|---|---|---|---|---|---|
| 17,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2646 CLASS JJ CUSIP number: 31393VZ53 | 07/02/03 | 100.021 | 96.730 1.00000000 17,000.00 | 16,444.10 | (559.47) (3.29)% | 5.000% 07/15/33 | 850 | |
| 11,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2650 CLASS DB CUSIP number: 31393K2Y4 | 07/07/03 | 100.036 | 94.080 1.00000000 11,000.00 | 10,348.80 | (655.16) (5.95)% | 5.000% 02/15/33 | 550 | |
| 19,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2645 CLASS KK CUSIP number: 31393K559 | 07/02/03 | 100.021 | 94.850 1.00000000 19,000.00 | 18,021.50 | (982.49) (5.17)% | 5.000% 07/15/33 | 950 | |
| 18,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2661 CLASS AA CUSIP number: 31394GVC4 | 08/15/03 | 100.022 | 99.200 1.00000000 18,000.00 | 17,856.00 | (147.96) (0.82)% | 6.000% 08/15/33 | 1,080 | |
| 10,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2698 CLASS QY CUSIP number: 31394LRE4 | 11/28/03 | 101.040 | 99.050 1.00000000 10,000.00 | 9,905.00 | (199.00) (1.97)% | 6.000% 11/15/33 | 600 | |
| 20,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2719 CLASS GN CUSIP number: 31394MS76 | 01/28/04 | 101.370 | 101.320 0.99362294 19,872.45 | 20,134.78 | (139.23) (0.69)% | 6.000% 12/15/33 | 1,192 | |
| 20,000 | FEDERAL HOME LOAN MORTGAGE CORPORATION SERIES 2713 CLASS WB CUSIP number: 31394NGH3 | 12/15/03 | 100.395 | 99.240 1.00000000 20,000.00 | 19,848.00 | (231.00) (1.15)% | 6.000% 12/15/33 | 1,200 | |
| 25,000 | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION POOL #318058 CUSIP number: 36206IMF7 | | 109.562 | 0.01242401 310.60 | 340.30 | | 9.000% 06/15/09 | 28 | 9.000% |

**Total value for priced Asset Backed Securities**          $124,966.37          ($2,914.31)          $7,124

45098184-017

Your statement is printed on both sides
to conserve paper and preserve our environment.

# YOUR PORTFOLIO

GLORIA BERKWITS IRA R/O #2          ACCOUNT ID: 759898838          02/27/04     PAGE 6

## Preferred Securities

| Shares | Description | Date Acquired | Estimated Avg Cost per Share | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Annual Est Income | Call Date |
|---|---|---|---|---|---|---|---|---|
| 100 | EIX TRUST II QUIPS A 7.875% DUE 07/26/2029 BOOK ENTRY ONLY S & P Rating: B+ Moody's Rating: Ba3 CUSIP number: 268540200 | | 25.220 | 25.220 | 2,522.00 | | 197 | 07/26/04 |
| 210 | LEHMAN BROS CAPITAL TR IV 6.375% CUM TRUST PFD DUE 10/31/2052 BOOK S & P Rating: BBB+ Moody's Rating: A2 CUSIP number: 52520B206 | 01/14/04 | 26.537 | 25.560 | 5,367.60 | (205.17) (3.68)% | 335 | 10/31/08 |
| 225 | MBNA CORPORATION PREFERRED A 7.5% S & P Rating: BB+ Moody's Rating: Ba1 CUSIP number: 552621209 | 02/03/03 | 25.956 | 26.430 | 5,946.75 | 106.65 1.83 % | 422 | 01/15/01 |

**Total value for priced Preferred Securities**               $13,836.35          ($98.52)          $954

**Total value for priced Fixed Income Securities**               $188,199.68          ($2,877.53)          $10,468

## REIT's/TANGIBLES

| Shares/ Contracts | Description | Date Acquired | Estimated Avg Cost per Share | Estimated Price | Estimated Value | Estimated Gain/(Loss) & Pct | Annual Est Income | Estimated Dividend Yield |
|---|---|---|---|---|---|---|---|---|
| 5 | AEI REAL ESTATE FD XVII UNIT L P INT SYMBOL: AER17 | | 832.000 | 4,160.00 | | | | |
| 5 | AEI NET LEASE INCM&GRW FD L P UTI L P INT XIX SYMBOL: AEINC | | 1,012.000 | 5,060.00 | | | | |

For more information about Limited Partnerships, see the 'PRICING' section of this statement.

# RAYMOND JAMES™

## FINANCIAL SERVICES, INC.

Member NASD/SIPC

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716   727-567-1000 • www.raymondjames.com
Committed to your financial future.

# STATEMENT

GLORIA BERKWITS IRA R/O #2    ACCOUNT ID: 75989838    02/27/04    PAGE    7

45098184-018

Your statement is printed on both sides
to conserve paper and preserve our environment.

## YOUR PORTFOLIO

| Shares/<br>Contracts | Description | Date<br>Acquired | Estimated<br>Avg Cost<br>per Share | Estimated<br>Price | Estimated<br>Value | Estimated<br>Gain/(Loss)<br>& Pct | Annual Estimated<br>Est   Dividend<br>Income   Yield |
|---|---|---|---|---|---|---|---|
| 5 | A E I REAL ESTATE FUND XVIII<br>SYMBOL: 1AEIR | | 1,048.000 | 5,240.00 | | | |
| 196 | SHURGARD STORAGE CTRS<br>INCORPORATED REIT<br>SYMBOL: SHU | | 37.250 | 7,301.00 | | 423    5.80% |

**Total value for priced REIT's/tangibles** $21,761.00 $423

**TOTAL VALUE FOR PRICED PORTFOLIO & PROJECTED INCOME** $237,727.15 ($2,506.03) $12,679

The cost information provided is believed to be accurate.  Please read the following conditions as they may pertain to one or more of your
investments: any gain/loss information shown for fixed income Unit Investment Trusts reflects cost information that is adjusted for
principal; if cost information has not been adjusted for return of principal, then gain/loss information is not shown; Master Limited Partnership
Amount Invested does not reflect return of principal; mutual fund reinvestments of dividend or capital gain distributions are excluded from
Amount Invested, but are included in 'Total Cost Basis'; Discount bonds and bonds purchased at a premium are not adjusted for bond discount
or premium amortization; unrealized gains/losses are not calculated for zero discount coupon bonds.

## YOUR TRANSACTIONS

### INVESTMENT ACCOUNT ACTIVITY

### HERITAGE MONEY MARKET

| Date<br>2004 | Description | Income/<br>(Expense) | Deposits/<br>(Withdrawals) | Sells/<br>(Buys) | Cash<br>Balance | Activity | Balance |
|---|---|---|---|---|---|---|---|
| | OPENING BALANCE | | | | | | 22,946.50 |
| Feb 02 | Interest on 210 units<br>LEHMAN BROS CAPITAL TR IV<br>6.375% CUM TRUST PFD DUE | 83.67 | | | 83.67 | 83.67 | 23,030.17 |
| Feb 03 | Transfer to Money Market | | | | 0.00 | | |
| Feb 05 | Other Income<br>DIV 1AEIR | 24.62 | | | 24.62 | | |

# YOUR TRANSACTIONS

GLORIA BERKWITS IRA R/O #2     ACCOUNT ID: 75989838     02/27/04   PAGE   8

HERITAGE MONEY MARKET

INVESTMENT ACCOUNT ACTIVITY

| Date 2004 | Description | Income/(Expense) | Deposits/(Withdrawals) | Sells/(Buys) | Cash Balance | Activity | Balance |
|---|---|---|---|---|---|---|---|
| Feb 09 | Transfer to Money Market | | | | 0.00 | 24.62 | 23,054.79 |
| Feb 17 | Redeemed 7000 face value bonds @ $100 02/15/04 FULL CALL @ 100% GENERAL MOTORS ACCEPTANCE CORP MEDIUM TERM NOTE PAYS MONTHLY 5.45% 01/15/14 | | | 7,000.00 | 7,000.00 | | |
| Feb 17 | Interest on 18000 face value bonds at 6% 08/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2661 CLASS 4A | 90.00 | | | 7,090.00 | | |
| Feb 17 | Interest on 19000 face value bonds at 5% 07/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2645 CLASS KK | 79.17 | | | 7,169.17 | | |
| Feb 17 | Interest on 20000 face value bonds at 6% 12/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2713 CLASS WB | 100.00 | | | 7,269.17 | | |
| Feb 17 | Interest on 11000 face value bonds at 5% 02/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2650 CLASS DB | 45.83 | | | 7,315.00 | | |
| Feb 17 | Interest on 25000 face value bonds at 9% 06/15/09 GOVERNMENT NATIONAL MORTGAGE ASSOCIATION POOL #31058 | 2.36 | | | 7,317.36 | | |
| Feb 17 | Return of principal PRINCIPAL DISTRIBUTION GOVERNMENT NATIONAL MORTGAGE ASSOCIATION POOL #31058 | 3.92 | | | 7,321.28 | | |
| Feb 17 | Interest on 17000 face value bonds at 5% 07/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2646 CLASS JJ | 70.83 | | | 7,392.11 | | |

# RAYMOND JAMES
## FINANCIAL SERVICES, INC.
Member NASD/SIPC

# STATEMENT

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716   727/567-1000 • www.raymondjames.com
Committed to your financial future

GLORIA BERKWITS IRA R/O #2        ACCOUNT ID: 75988838        02/27/04        PAGE   9

HERITAGE MONEY MARKET

## YOUR TRANSACTIONS

### INVESTMENT ACCOUNT ACTIVITY

| Date 2004 | Description | Income/(Expense) | Deposits/(Withdrawals) | Sells/(Buys) | Cash Balance | Activity | Balance |
|---|---|---|---|---|---|---|---|
| Feb 17 | Interest on 10000 face value bonds at 6% 11/15/33 FEDERAL HOME LOAN MORTGAGE COR SERIES 2698 CLASS QY | 50.00 | | | 7,442.11 | | |
| Feb 17 | Interest on 7000 face value bonds at 6.45% 01/15/14 GENERAL MOTORS ACCEPTANCE CORP MEDIUM TERM NOTE PAYS MONTHLY | 37.63 | | | 7,479.74 | | |
| Feb 18 | Transfer to Money Market | | | | 0.00 | 7,479.74 | 30,534.53 |
| Feb 20 | Dividend on 700 shares MORGAN STANLEY INCOME SEC INC | 56.00 | | | 56.00 | | |
| Feb 23 | Transfer to Money Market | | | | 0.00 | 56.00 | 30,590.5 |
| Feb 24 | Dividend on 196 shares SHURGARD STORAGE CTRS INCORPORATED REIT | 105.84 | | | 105.84 | | |
| Feb 24 | Transfer from Money Market | | | 10,004.00 | 10,004.00 | | |
| Feb 24 | Purchased 10000 face value bonds @ $100 GENERAL MOTORS ACCEPTANCE CORP MEDIUM TERM NOTE 6% 02/15/19 | | (10,004.00) | | 0.00 | (9,898.16) | 20,692.36 |
| Feb 25 | Interest on 16000 face value bonds at 5.75% 04/25/23 FEDERAL NATIONAL MORTGAGE ASSO SERIES 93-53 CLASS 53-K | 57.98 | | | 57.98 | | |
| Feb 25 | Return of principal PRINCIPAL DISTRIBUTION FEDERAL NATIONAL MORTGAGE ASSO SERIES 93-53 CLASS 53-K | 386.15 | | | 444.13 | | |
| Feb 25 | Interest on 9000 face value bonds at 8% 01/25/23 RESIDENTIAL FUNDING MORTGAGE S INC SERIES 93-52 CLASS A-5 | 0.70 | | | 444.83 | | |



45098184-019

Your statement is printed on both sides
to conserve paper and preserve our environment

# YOUR TRANSACTIONS

GLORIA BERKWITS IRA R/O #2          ACCOUNT ID: 75999838          02/27/04    PAGE  10

HERITAGE MONEY MARKET

## INVESTMENT ACCOUNT ACTIVITY

| Date 2004 | Description | Income/ (Expense) | Deposits/ (Withdrawals) | Sells/ (Buys) | Cash Balance | Activity | Balance |
|---|---|---|---|---|---|---|---|
| Feb 25 | Redeemed 9000 face value bonds @ $1.166 | | | 105.00 | 549.83 | | |
| | 2-25-04 FINAL PYDN #1.16674Z92% | | | | | | |
| | RESIDENTIAL FUNDING MORTGAGE S | | | | | | |
| | INC SERIES 93-S2 CLASS 4-5 | | | | | | |
| | 8% 01/25/23 | | | | | | |
| Feb 26 | Transfer to Money Market | | | | 0.00 | 549.83 | 21,242.2? |
| Feb 27 | Transfer from Money Market | | | | 20,490.67 | (20,490.67) | 751.53 |
| Feb 27 | Purchased 20000 face value bonds @ $102% | | | (20,360.02) | 130.65 | | |
| | FEDERAL HOME LOAN MORTGAGE COR | | | | | | |
| | SERIES 2719 CLASS GN | | | | | | |
| | 6% 12/15/33 | | | | | | |
| Feb 27 | Activity on Money Market | | | | | 7.29 | 758.82 |
| | INCOME DIVIDEND (REINVEST) | | | | | | |
| **NET ACTIVITY/ENDING BALANCES** | | **$1,194.70** | **$0.00** | **($23,259.02)** | **$130.65** | **($22,187.68)** | **$758.82** |

HERITAGE MONEY MARKET ACCOUNT
Opening balance   $ 22,946.50
Activity - net    $ (22,187.68)
Closing balance   $    758.82

HERITAGE DIVIDENDS
This Year         $     11.01

Effective Yield
7 day - 02/22/04   0.38%
30 day - 02/27/04  0.39%

## ACTIVITY SUMMARY

This summary is a tally of the above activity and may include transactions related to the prior year. The Deposits/ (Withdrawals) section captures only money transactions and does not include the delivery or receipt of securities.

| INVESTMENT ACCOUNT | THIS STATEMENT | THIS YEAR |
|---|---|---|
| Income/Receipts | $ 1,194.70 | $ 3,608.71 |
| (Expense) | $ 0.00 | $ 0.00 |
| Net | $ 1,194.70 | $ 3,608.71 |
| Deposits | $ 0.00 | $ 0.00 |
| (Withdrawals) | $ 0.00 | $ 0.00 |
| Net | $ 0.00 | $ 0.00 |
| Sells | $ 7,105.00 | $ 36,105.00 |
| (Buys) | $ (30,364.02) | $ (41,260.78) |
| Net | $ (23,259.02) | $ (5,155.78) |

# RAYMOND JAMES™

## FINANCIAL SERVICES, INC.
Member NASD/SIPC

# STATEMENT

Account carried by Raymond James & Associates, Inc., member New York Stock Exchange/SIPC
880 Carillon Parkway • St. Petersburg, FL 33716    727-567-1000 • www.raymondjames.com
Committed to your financial future

| | | | |
|---|---|---|---|
| GLORIA BERKWITS IRA R/O #2 | ACCOUNT ID: 75989838 | 02/27/04 | PAGE 11 |

## YOUR TRANSACTIONS

PRICING - A Direct Participation Program (DPP) is a program that provides for flow through tax consequences, including certain limited partnerships and private placements. DPP securities do not have readily liquid markets or ascertainable prices, and generally must be held to termination to maximize returns. Raymond James & Associates (RJA) provides estimated values for DPP securities that are obtained from an independent valuation service or any other source and may be based on information contained in the annual report of the DPP security. These estimated values will be different from your purchase price and may not be indicative of the proceeds you should expect if it is necessary to sell the security. The valuation may be as much as 18 months old because there is no regular source of current valuations. When an estimated value is not readily available, the value is shown as 'Not Available' on your customer statement.

UBTI - If any limited partnership held in this retirement account produces Unrelated Business Taxable Income (UBTI), the trust may owe a tax on such income. In any instance that such tax is owed, or to capture any loss carryback or carryforward, it is the responsibility of the owner of this retirement account to provide Raymond James & Associates (RJA) with prepared IRS forms. RJA, as Custodian of your retirement account, will submit these forms to the IRS on your behalf. Absent receipt of these completed IRS forms, RJA will not report UBTI activity or pay any applicable taxes for this retirement account.

Raymond James & Associates, Inc. carries your account and acts as your custodian for funds and securities deposited with us directly by you, through Raymond James Financial Services, Inc. or as a result of transactions we process for your account. Inquiries concerning the positions, balances and transactions in your account may be directed to our Client Services Department at 1-800-647-SERV (7378).

## THANK YOU FOR YOUR BUSINESS

*** End of Statement ***
75989838000077Z4HP43868ERKWITS IRA

WE BELIEVE PRESERVATION OF PRINCIPAL SHOULD BE THE PRIMARY OBJECTIVE OF EVERY INVESTOR. IF YOU WOULD LIKE TO DISCUSS STRATEGIES DESIGNED TO PRESERVE MORE OF YOUR PRINCIPAL, PLEASE CONTACT YOUR FINANCIAL ADVISOR TODAY.

45098184-020

Your statement is printed on both sides
to conserve paper and preserve our environment



MorganStanley
SmithBarney

#BWNJGWM
00016430 03 AT 0.607 03 TR 00142 MSADD033 110000

GLORIA K BERKWITS
2944 W RASCHER AVE
CHICAGO IL 60625-3914

Rollover IRA September 2010
Lehman Page 8

MorganStanley
SmithBarney

# MorganStanley SmithBarney

#BWNJGWM

**GLORIA K BERKWITS**
2944 W RASCHER AVE
CHICAGO IL 60625-3914

**Your Branch**
207 E. WESTMINSTER AVE SUITE 300
LAKE FOREST, IL 60045
Telephone: 847-604-7300
Alt. Phone: 888-604-7300
Fax: 847-604-7315

**Client Interaction Center**
800-844-6119
Mon-Fri 8 AM - 8 PM ET
Sat-Sun Closed

**Access your accounts online**
www.morganstanley.com/online

| | |
|---|---|
| TOTAL VALUE LAST PERIOD (as of 8/31/10) | $230,964.09 |
| NET CONTRIBUTIONS/WITHDRAWALS | — |
| CHANGE IN VALUE (Incl. Sept. Accr. Int.) | 3,429.72 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 9/30/10) | **$234,393.81** |

**Your Financial Advisor**
**Thomas Croghan**
Senior Vice President
Thomas.Croghan@morganstanleysmithbarney.com
847 604-7300

Morgan Stanley Smith Barney LLC, Member SIPC.

440 - 018835 - 265 - 1 - 0

# MorganStanley
# SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Account Summary

### Brokerage Account
**ROLLOVER IRA**
**Householding Anniversary Date:** 7/18/05
**Investment Objectives†:** Income, Capital Appreciation

## CHANGE IN VALUE OF YOUR ACCOUNTS

|  | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| Total Beginning Value | $216,043.62 | $230,964.09 |
| Contributions | — | — |
| Withdrawals | — | — |
| Security Transfers | — | — |
| Net Contributions/Withdrawals | 1,011.90 | 1,011.90 |
| Accrued Interest - Sept. Adjustment | 17,338.29 | 2,417.82 |
| Change in Value | | |
| **Total Ending Value** (includes accrued interest) | **$234,393.81** | **$234,393.81** |

## ALLOCATION OF HOLDINGS



- Other
- Certificates of Deposit
- Government Securities
- Corporate Fixed Income
- Stocks
- Cash, Deposits, MMFs

This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions. **Please see the Messages section for important changes this month regarding accrued interest.** † See the Disclosures section of your statement for more information about investment objectives.

We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis. * Bank Deposits are eligible for FDIC insurance; FDIC rules apply and deposits are not SIPC insured. Cash and securities (including Money Market Funds) are eligible for SIPC coverage. Please see disclosures at end of the statement(s). ^ Includes Accrued Interest

## CHANGE IN VALUE OVER TIME

This graph compares the total value of your account to the net amount invested.
Net Investment is the total amount invested minus the total amount withdrawn.



($) Thousands

250.0
200.0
150.0
100.0

DEC 2008 | MAR 2009 | JUN 2009 | SEP 2009 | DEC 2009 | MAR 2010 | JUN 2010 | SEP 2010

— Total Market Value    - - - Net Invested Capital Since 12/31/08

|  | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs* | $47,400.46 | 20.2 |
| Stocks | 54,698.22 | 23.3 |
| Corporate Fixed Income ^ | 46,701.41 | 19.9 |
| Government Securities ^ | 73,207.36 | 31.2 |
| Certificates of Deposit ^ | 10,016.36 | 4.3 |
| Other | 2,370.00 | 1.0 |
| **TOTAL VALUE ^** | **$234,393.81** | **100.0%** |

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKOWITS
2944 W RASCHER AVE

## Account Summary

### BALANCE SHEET

| ASSETS | Last Period (as of 8/31/10) | This Period (as of 9/30/10) |
|---|---|---|
| **TOTAL VALUE (incl. accr. int.)** | **$230,964.09** | **$234,393.81** |
| Cash, Deposits, MMFs | 45,393.93 | 47,400.46 |
| Stocks | 54,053.20 | 54,698.22 |
| Municipal Bonds | — | — |
| Corporate Fixed Income ^ | 46,079.40 | 46,701.41 |
| Government Securities ^ | 73,069.66 | 73,207.36 |
| Certificates of Deposit ^ | 9,997.90 | 10,016.36 |
| Mutual Funds | — | — |
| Unit Investment Trusts | — | — |
| Annuities & Insurance | — | — |
| Other | 2,370.00 | 2,370.00 |

**LIABILITIES (Outstanding Balance)**
There are no liabilities for this account.

^ Includes Accrued Interest

### CASH FLOW

| | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| **OPENING CASH BALANCE** | **$41,566.12** | **$45,393.93** |
| **NET CREDITS/DEBITS** | | |
| **CREDITS** | | |
| Checks Deposited | — | — |
| Electronic Transfers | — | — |
| Other Credits | — | — |
| **DEBITS** | | |
| Electronic Transfers | — | — |
| Interest Charged | — | — |
| Tax Withholdings | — | — |
| Other Debits | — | — |
| **NET CASH FROM INVESTMENTS** | **$5,834.34** | **$2,006.53** |
| Income | 6,824.72 | 975.44 |
| Dividend Reinvestments | — | — |
| Purchases | (32,330.26) | — |
| Sales/Redemptions | 31,339.88 | 1,031.09 |
| **CLOSING CASH BALANCE** | **$47,400.46** | **$47,400.46** |

PERSONAL ACCOUNTS    RETIREMENT ACCOUNTS    EDUCATION ACCOUNTS    TRUST ACCOUNTS    BUSINESS ACCOUNTS



# MorganStanley SmithBarney

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W. RASCHER AVE

## Account Summary

## INCOME SUMMARY

| INCOME | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| **TOTAL INCOME** | **$6,824.72** | **$975.44** |
| **INCOME** | | |
| Dividends | 2,108.54 | 290.16 |
| Capital Gain Distributions | — | — |
| Interest | 4,575.87 | 685.28 |
| Other Income | 140.31 | — |

## RETIREMENT RECAP

| | 2009 | 2010 |
|---|---|---|
| Fair Market Value (2010 includes accrued interest) | $216,043.62 | $234,393.81 |

## ADDITIONAL ACCOUNT INFORMATION

| Category | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) | Category | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|---|---|---|
| Accrued Interest Paid | $111.81 | — | Return of Principal | 351.88 | 31.09 |

* The 2010 Fair Market Value reflected above now includes accrued but unpaid interest in the value of your IRA. Please see the enclosed FYI brochure for additional information about this change and how it may impact your IRA. For IRAs, also see the "Additional IRA Information" in the Disclosure section at the end of this statement.

## GAIN/(LOSS) SUMMARY

| | This Year (1/1/10-9/30/10) | |
|---|---|---|
| | | Gain/(Loss) |
| NET REALIZED | | $16.60 |
| Gain | | 16.80 |
| (Loss) | | (0.20) |

| | This Period (9/1/10-9/30/10) | |
|---|---|---|
| | | Gain/(Loss) |
| NET REALIZED | | $2.10 |
| Gain | | 2.10 |
| (Loss) | | — |

| | NET UNREALIZED (9/30/10) | |
|---|---|---|
| | | $(7,629.72) |
| Gain | | 5,866.77 |
| (Loss) | | (13,496.49) |

Gain / loss and income information are provided for informational purposes only and should not be used for tax preparation. Gain / loss summary information may change due to basis adjustments. Please refer to the gain / loss section of the disclosures for additional information.

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

### Required Minimum Distribution

This is your annual RMD notification for 2010. Your RMD information will print on your quarterly IRA statements.

We have set forth your RMD from this account using the information we have on record and the IRS Uniform Table. If any information shown is not correct please notify your Financial Advisor. If your only beneficiary is your spouse who is more than 10 years younger than you are, you may use a Joint Life Expectancy Table to calculate your RMD (this may result in a smaller RMD amount).

All Traditional IRA owners who are age 70 1/2 or older must take a RMD every year. IRS rules require Morgan Stanley as the custodian of your IRA to report to the IRS that you are required to receive a RMD for 2010. The RMD for the year 2010 must be withdrawn by December 31, 2010.

IRA owners who attain age 70 1/2 in 2010 may elect a one-time postponement until April 1, 2011. If you elect to postpone until April 1, 2011 there will be two distributions in 2011 (the 2010 and 2011 RMDs). If you attained age 70 1/2 in 2009, the Distributions Year-to-Date may include your 2009 RMD if you elected to postpone the payment until 2010, and the two distribution rule described here would therefore apply to you in 2010.**

You must calculate the RMD for every IRA you have but you may take the total of all your RMDs from any one IRA. The Remaining RMD amount is based only on activity in this account. If you have taken your RMD from another IRA, the withdrawal will not be shown on this statement and the Remaining RMD amount will only be accurate for this account.

Failure to take the annual RMD may result in an IRS excise penalty of 50% of the amount that should have been distributed.

It is your responsibility to direct Morgan Stanley to withdraw amounts to satisfy your RMDs.

Contact your Financial Advisor to help you select a convenient distribution schedule and automatic RMD payment options. If you need additional information contact our Customer Interaction Center toll-free at 1-800-844-6119.

- IRS regulations regarding annuities require that the Net Present Value (NPV) of certain living and death benefits now be factored into your annual IRA RMD calculation. Your RMD amount shown may change if Morgan Stanley receives an adjusted NPV amount or an adjusted year-end value from your annuity carrier.
- **The Worker, Retiree, and Employer Recovery Act of 2008 suspended Required Minimum Distributions for the 2009 tax year.

### IRA REQUIRED MINIMUM DISTRIBUTION

Life Expectancy Factor From IRS Uniform Table

| | 2010 Required Minimum Distribution |
|---|---|
| Life Expectancy Factor From IRS Uniform Table | 15.5 |

**Your Account**
Account Value (12/31/09): $216,043.62

2010 Required Minimum Distribution: $13,938.30

RMD YTD: 0.00

RMD Balance Remaining: $13,938.30

PERSONAL ACCOUNTS    RETIREMENT ACCOUNTS    EDUCATION ACCOUNTS    TRUST ACCOUNTS    BUSINESS ACCOUNTS

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018836-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Holdings

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the period shown above which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement. Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. If you hold structured products, please refer to the Special Considerations Regarding Structured Products section of the Disclosure section.

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.

From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

## CASH, DEPOSITS AND MONEY MARKET FUNDS

### CASH, DEPOSITS AND MONEY MARKET FUNDS

| Description | Percentage of Assets % | Value | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % |
|---|---|---|---|---|---|
| CASH | | $338.91 | | | |
| MORGAN STANLEY BANK N.A. # | 20.2% | 47,061.55 | 71.00 | — | 0.150 |

Market Value $47,400.46   Estimated Annual Income $71.00   Accrued Interest $0.00

# Bank deposits are at Morgan Stanley Bank, N.A. and Morgan Stanley Private Bank, National Association (Members FDIC), affiliates of Morgan Stanley Smith Barney.

Cash holdings shown exclude cash holdings in custody at another firm for which you receive a separate statement.

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. Incorporated (Morgan Stanley), Citi Investment Research & Analysis (CIRA), and Standard & Poor's research ratings may be shown for certain securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Because the research report contains more complete information regarding the analyst's opinions, analysis, and rating, you should read the entire research report and not infer its contents from the rating. Where a particular company is covered by both Morgan Stanley and CIRA, you can and should view both research reports. Morgan Stanley and CIRA research reports may contain different or conflicting information about the subject companies of such research reports because they are prepared separately from each other. For ease of comparison, Morgan Stanley and Standard & Poor's research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Please refer to the end of this statement for a summary guide describing CIRA, Morgan Stanley and Standard & Poor's ratings. Morgan Stanley Smith Barney is not the author of, does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of research prepared for Standard & Poor's.

### COMMON STOCKS

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|
| JOHN HANCOCK PFD INCM FD III (HPS) | 710.000 | $16,316.49 | $12,403.70 | $(3,912.79) | $955.66 | 7.70 |
| Share Price: $17.470; Next Dividend Payable 10/10 | | | | | | |
| MORGAN STAN INCOME SECURITIES (ICB) | 1,000.000 | 15,985.07 | 17,790.00 | 1,804.93 | 990.00 | 5.56 |
| Share Price: $17.790; Next Dividend Payable 10/10 | | | | | | |

CONTINUED

0f6430 MS/ADD0035

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
| --- | --- | --- | --- | --- |

## Holdings

### STOCKS

### COMMON STOCKS (CONTINUED)

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| PROCTER & GAMBLE (PG) | 100,000 | 6,239.70 | 5,997.00 | (242.70) | 192.70 | 3.21 |
| Share Price: $59.970; Rating: Morgan Stanley: 2, Citigroup: 1L, S&P: 1; Next Dividend Payable 11/10 | | | | | | |
| PUBLIC STORAGE (PSA) | 160,000 | 13,937.60 | 15,526.40 | 1,588.80 | 512.00 | 3.29 |
| Share Price: $97.040; Rating; Citigroup: 1M, S&P: 2; Next Dividend Payable 12/10 | | | | | | |
| COMMON STOCKS | | $52,478.86 | $51,717.10 | $(761.76) | $2,650.36 | 5.12% |

### PREFERRED STOCKS

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| RBS CAP FNDG TRUST VI 6.25% F (RBS.I) | 200,000 | $5,323.92 | $2,981.12 | $(2,342.80) | $312.60 | 10.48 |
| Share Price: $14.906; Moody B3    S&P CC; Next Dividend Payable 12/10 | | | | | | |

| | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| PREFERRED STOCKS | | $5,323.92 | $2,981.12 | $(2,342.80) | $312.60 | 10.48% |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| STOCKS | 23.3% | $57,802.78 | $54,698.22 | $(3,104.56) | $2,962.96 | 5.42% |

### CORPORATE FIXED INCOME

### CORPORATE BONDS

| Security Description | Face Value | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| MORGAN STANLEY DEAN WITTER UNSUBORDINATED | 8,000.000 | $8,012.05 $8,012.05 | $8,239.84 | $227.79 | $540.00 $247.49 | 6.55 |
| CUSIP 617446GM5 | | | | | | |
| Unit Price: $102.998; Coupon Rate 6.750%; Matures 04/15/11; Int. Semi-Annually Apr/Oct 15; Yield to Maturity 1.180%; Moody A2    S&P A; Issued 04/23/01 | | | | | | |
| GENERAL ELEC CAP CORP | 10,000.000 | 9,843.45 9,843.45 | 10,793.80 | 950.35 | 480.00 198.66 | 4.44 |
| CUSIP 36962G3Y9 | | | | | | |
| Unit Price: $107.938; Coupon Rate 4.800%; Matures 05/01/13; Int. Semi-Annually May/Nov 01; Yield to Maturity 1.651%; Moody AA2    S&P AA+; Issued 04/21/08 | | | | | | |
| HOUSEHOLD FINANCE CORP | 10,000.000 | 10,004.00 10,004.00 | 10,011.60 | 7.60 | 600.00 274.99 | 5.99 |
| CUSIP 44181EYK8 | | | | | | |
| Unit Price: $100.116; Coupon Rate 6.000%; Matures 10/15/23; Int. Semi-Annually Apr/Oct 15; Callable $100.00 on 04/15/11; Yield to Maturity 5.987%; Moody A3    S&P A; Issued 10/23/03 | | | | | | |
| CORPORATE BONDS | | $27,859.50 $27,859.50 | $29,045.24 | $1,185.74 | $1,620.00 $721.14 | 5.58% |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
| --- | --- | --- | --- | --- | --- | --- |
| CORPORATE FIXED INCOME | | | | | $0.00 | |



# MorganStanley SmithBarney

**CLIENT STATEMENT | For the Period September 1-30, 2010**

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W. RASCHER AVE

## Holdings

## CORPORATE FIXED INCOME

### FIXED-RATE CAPITAL SECURITIES

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| INDIANA MICHIGAN POWER CO SER D | 350,000 | $9,385.12 / $9,385.12 | $8,753.50 | $(631.62) | $525.00 / — | 5.99 |
| CUSIP 454889775 | | | | | | |
| *Unit Price: $25.010; Coupon Rate 6.000%; Matures 12/31/32; Int. Semi-Annually Jun/Dec 31; Callable $25.00 on 10/31/10; Moody BAA2   S&P BBB* | | | | | | |
| CITIGROUP CAPITAL XI | 350,000 | 8,860.42 / 8,860.42 | 8,172.50 | (687.92) | 525.00 / — | 6.42 |
| CUSIP 17307Q205 | | | | | | |
| *Unit Price: $23,350; Coupon Rate 6.000%; Matures 09/27/34; Interest Paid Quarterly Dec 27; Callable $25.00 on 10/31/10; Moody BA1   S&P BB-* | | | | | | |
| LEHMAN CAPITAL TRUST IV | 210,000 | 5,572.84 / 5,572.84 | 9.03 | (5,563.81) | — / — | — |
| CUSIP 525208206 | | | | | | |
| *Unit Price: $0.0043; Coupon Rate 6.375%; Matures 10/31/52; Interest Paid at Maturity; Callable $25.00 on 10/31/10; Moody M/R* | | | | | | |
| **FIXED-RATE CAPITAL SECURITIES** | | $23,818.38 / $23,818.38 | $16,935.03 | $(6,883.35) | $1,050.00 / $0.00 | 6.20% |

| | Percentage of Assets % | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| **TOTAL CORPORATE FIXED INCOME (incl.accr.int.)** | 19.9% | $51,677.88 / $51,677.88 | $45,980.27 | $(5,697.61) | $2,670.00 / $721.14 | 5.81% |
| CORPORATE FIXED INCOME | | | $46,701.41 | | | |

## GOVERNMENT SECURITIES

### FEDERAL AGENCIES

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| FED HOME LN BK | 10,000,000 | $10,230.45 / $10,230.45 | $10,115.60 | $(114.85) | $287.50 / $15.17 | 2.84 |
| CUSIP 3133XPNY6 | | | | | | |
| *Unit Price: $101.156; Coupon Rate 2.875%; Matures 03/11/11; Int. Semi-Annually Mar/Sep 11; Moody AAA   S&P AAA; Issued 02/08/08* | | | | | | |
| FANNIE MAE REMI1993-53 K PE OID | 16,000,000 | Please Provide / Please Provide | 2,339.50 | N/A | 123.52 / 9.95 | 5.27 |
| CUSIP 31358UKQ8 | | | | | | |
| *Unit Price: $108.906; Coupon Rate 5.750%; Matures 04/25/23; Interest Paid Monthly Sep 25; Yield to Maturity 4.798%; Factor .13426147; Issued 04/01/93; Amortized Quantity 2,148* | | | | | | |

CONTINUED

# MorganStanley SmithBarney

**CLIENT STATEMENT | For the Period September 1-30, 2010**

Retirement Account: 440-018835-265
GLORIA K BERKOWITS
2944 W RASCHER AVE

## Holdings

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |

### GOVERNMENT SECURITIES
### FEDERAL AGENCIES (CONTINUED)

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| FHR 2650 DB CUSIP 31393W2Y4 | 11,000.000 | 11,004.00 / 11,004.00 | 11,380.71 | 376.71 | 550.00 / 44.30 | 4.83 |
| *Unit Price: $103.461; Coupon Rate 5.000%; Matures 02/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 4.747%; Issued 07/01/03; Amortized Quantity 11,000* | | | | | | |
| FREDDIE MAC 2646 JJ CUSIP 31393VZS3 | 6,000.000 | 6,001.26 / 6,001.26 | 6,032.76 | 31.50 | 300.00 / 24.16 | 4.97 |
| *Unit Price: $100.546; Coupon Rate 5.000%; Matures 07/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 4.959%; Lottery Bond; Issued 07/01/03; Amortized Quantity 6,000* | | | | | | |
| FHR 2810 LL CUSIP 31395AUS5 | 2,000.000 | 1,995.80 / 1,995.80 | 2,009.34 | 13.54 | 120.00 / 9.66 | 5.97 |
| *Unit Price: $100.467; Coupon Rate 6.000%; Matures 06/15/34; Interest Paid Monthly Sep 15; Yield to Maturity 5.962%; Lottery Bond; Issued 06/01/04; Amortized Quantity 2,000* | | | | | | |
| FHR 3025 LC CUSIP 31395XKM6 | 15,000.000 | 15,024.00 / 15,024.00 | 15,113.10 | 89.10 | 750.00 / 60.41 | 4.96 |
| *Unit Price: $100.754; Coupon Rate 5.000%; Matures 03/15/35; Interest Paid Monthly Sep 15; Yield to Maturity 4.946%; Issued 08/01/05; Amortized Quantity 15,000* | | | | | | |
| FHLMC 3022 YH CUSIP 31395XJD8 | 15,000.000 | 15,117.75 / 15,117.75 | 15,745.35 | 627.60 | 825.00 / 66.45 | 5.23 |
| *Unit Price: $104.969; Coupon Rate 5.500%; Matures 08/15/35; Interest Paid Monthly Sep 15; Yield to Maturity 5.143%; Issued 08/01/05; Amortized Quantity 15,000* | | | | | | |
| FNMA 05-100 MB CUSIP 31394URF1 | 10,000.000 | 10,047.75 / 10,047.75 | 10,196.60 | 148.85 | 550.00 / 44.30 | 5.39 |
| *Unit Price: $101.966; Coupon Rate 5.500%; Matures 11/25/35; Interest Paid Monthly Sep 25; Yield to Maturity 5.356%; Issued 10/01/05; Amortized Quantity 10,000* | | | | | | |
| **GOVERNMENT SECURITIES** | | $69,421.01 / $69,421.01 | $72,932.96 | $1,172.45 | $3,506.02 / $274.40 | |

| | Percentage of Assets % | Market Value | Estimated Annual Income Yield % |
|---|---|---|---|
| **TOTAL GOVERNMENT SECURITIES (incl.accr.int.)** | 31.2% | $73,207.36 | 4.81% |



# MorganStanley
# SmithBarney

CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018635-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Holdings

### CERTIFICATES OF DEPOSIT

#### CERTIFICATES OF DEPOSIT

| Security Description | Face Value | Orig. Total Cost Adj. Total Cost | Market Value | Estimated Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| DISCOVER BANK GREENWOOD DE CD | 10,000.000 | $10,000.00 | $10,000.00 | | $25.00 | |
| CUSIP 25467OXM9 | | $10,000.00 | | $0.00 | $16.36 | 0.25 |
| Unit Price: $100.000; Coupon Rate 0.250%; Matures 10/04/10; Interest Paid at Maturity; Yield to Maturity .250%; Issued 02/03/10; Maturity Value = $10,000.00 | | | | | | |

| | Percentage of Assets % | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| TOTAL CERTIFICATES OF DEPOSIT (incl.accr.int.) | 4.3% | $10,000.00 $10,000.00 | $10,000.00 $10,016.36 | $0.00 | $25.00 $16.36 | 0.25% |

### OTHER

#### DIRECT INVESTMENTS

| Security Description | Quantity | | Estimated Value | | Provided as of |
|---|---|---|---|---|---|
| AEI NET LEASE INC & GR XIX | 5.000 | | $1,570.00 | | 12/31/09 |
| Estimated Unit Price: $314.000 | | | | | |
| AEI REAL ESTATE FD XVII | 5.000 | | 375.00 | | 12/31/09 |
| Estimated Unit Price: $75.000 | | | | | |
| AEI REAL ESTATE FD XVIII | 5.000 | | 425.00 | | 12/31/09 |
| Estimated Unit Price: $85.000 | | | | | |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| OTHER | 1.0% | $0.00 | $2,370.00 | | $0.00 $0.00 | — |

See the Account Valuation section in the disclosures at the end of this document for an explanation of Valuation.

# MorganStanley SmithBarney

**CLIENT STATEMENT | For the Period September 1-30, 2010**

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Holdings

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE | 100.0% | $188,901.67 | $234,393.81 | $(7,629.72) | $9,234.98 | 3.94% |
| TOTAL VALUE (includes accrued interest) | | $233,381.91 | | | $1,011.90 | |

A - You executed this transaction elsewhere and later transferred the security to your Morgan Stanley Smith Barney Account. Another financial institution has provided Morgan Stanley Smith Barney the transaction detail for this position.

Unrealized Gain/Loss Totals only reflect positions that have cost basis information available. Cash, MMF, Deposits and positions stating 'Please Provide' are not included.

PERSONAL ACCOUNTS    RETIREMENT ACCOUNTS    EDUCATION ACCOUNTS    TRUST ACCOUNTS    BUSINESS ACCOUNTS

# MorganStanley SmithBarney

CLIENT STATEMENT  |  For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Activity

### CASH FLOW ACTIVITY BY DATE

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credit(s)/(Debits) |
|---|---|---|---|---|---|---|---|
| 9/10 | 9/15 | Sold | FHR 2810 LL   6,000  34JNRG | CALLED REDEMPTION 09/15/10 | 1,000.000 | $100.0000 | $1,000.00 |
| 9/11 | | Interest Income | FHLB   2875  11MH11 | | | | 143.75 |
| 9/15 | | Interest Income | FHLMC 3022 YH   5500  *35AURG | | | | 68.75 |
| 9/15 | | Interest Income | FHR 3025 LC   5000  *35MHRG | | | | 62.50 |
| 9/15 | | Interest Income | FHR 2650 DB   5000  *33FBRG | | | | 45.83 |
| 9/15 | | Interest Income | FHR 2646 JJ   5000  33JLRG | | | | 25.00 |
| 9/15 | | Interest Income | FHR 2810 LL   6000  34JNRG | | | | 15.00 |
| 9/24 | | Dividend | MORGAN STAN INCOME SECURITIES | | | | 82.50 |
| 9/25 | | Interest Income | FNMA 05-100 MB   5500  35NVRG | | | | 45.83 |
| 9/25 | | Interest Income | FN93 53-K   5750  23APRG | | | | 10.44 |
| 9/25 | | Principal Payment | FN93 53-K   5750  23APRG | | | | 31.09 |
| 9/27 | | Interest Income | CITIGROUP CAP XI   6000  *34SP27 | | | | 131.25 |
| 9/29 | | Interest Income | MORGAN STANLEY BANK N.A. (Period 08/31-09/29) | | | | 5.68 |
| 9/30 | | Dividend | PUBLIC STORAGE | | | | 128.00 |
| 9/30 | | Dividend | JOHN HANCOCK PFD INCM FD III | | | | 79.66 |
| 9/30 | | Interest Income | INDIANA MI PWR D   6000  *32DE31 | | | | 131.25 |

NET CREDIT(S)/(DEBITS)                                     $2,006.53

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSITS ACTIVITY

| Date | Activity Type | Description | Quantity | Credits/(Debits) |
|---|---|---|---|---|
| 9/1 | Automatic Investment | BANK DEPOSIT PROGRAM | | $79.66 |
| 9/14 | Automatic Investment | BANK DEPOSIT PROGRAM | | 143.75 |
| 9/16 | Automatic Investment | BANK DEPOSIT PROGRAM | | 1,217.08 |
| 9/27 | Automatic Investment | BANK DEPOSIT PROGRAM | | 82.50 |
| 9/28 | Automatic Investment | BANK DEPOSIT PROGRAM | | 82.50 |
| 9/28 | Automatic Investment | BANK DEPOSIT PROGRAM | | 218.61 |
| 9/29 | Automatic Investment | BANK DEPOSIT PROGRAM | | 5.68 |

NET ACTIVITY FOR PERIOD                                     $1,747.28

### REALIZED GAIN/(LOSS) DETAIL

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig/Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| FHR 2810 LL   6.000  6-15-34 | 06/15/04 | 09/10/10 | 1,000.000 | $1,000.00 | $997.90 | $2.10 | A |

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W. RASCHER AVE

## Activity

PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS

## REALIZED GAIN/(LOSS) DETAIL (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| FN93 53-K   5 3/4 4-25-23 | | 09/25/10 | 31.090 | 31.09 | Please Provide | N/A | |
| **Net Realized Gain/(Loss) This Period** | | | | **$1,031.09** | **$997.90** | **$2.10** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$29,351.88** | **$28,983.40** | **$16.60** | |

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.

From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

See the end of the Holdings for definitions of all lettered and numbered footnotes.

This page intentionally left blank

MorganStanley
SmithBarney

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

**Retirement Account**
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

## Messages

PERSONAL ACCOUNTS

RETIREMENT ACCOUNTS

EDUCATION ACCOUNTS

TRUST ACCOUNTS

BUSINESS ACCOUNTS

**Consolidated Statement of Financial Condition (in thousands of dollars):**
At June 30, 2010 Morgan Stanley Smith Barney LLC had net capital of $1,244,800 which exceeded the Securities and Exchange Commission's minimum requirement by $1,204,893.

A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2010 can be viewed online at: http://www.morganstanley.com/about/ir/shareholder/morganstanley_smithbarney_llc.pdf or may be mailed to you at no cost by calling (866) 825-1675, after September 13, 2010.

**Important Message for Holders of Fixed Income Securities (and Global Currency time deposits):**
Starting with this month's statement, we have added the accrued interest on fixed income securities to your Total Account Value. As a result, you may notice an increase in the "Total Market Value" line of the "Change in Value Over Time" graph. This increase represents the initial inclusion of this amount, and will also be displayed as a line item titled "Accrued Interest - Sept. Adjustment" in the "Change in Value of Your Accounts" table. For more detail, please refer to the enclosed "FYI" brochure.

**Important Information if you are a Margin Customer**
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

**Important Information Regarding the Bank Deposit Program**
Effective July 1, 2010, Morgan Stanley Trust converted from a federal savings bank to a national

bank and changed its name to Morgan Stanley Private Bank, National Association (the "Bank"). The Bank participates in the Bank Deposit Program (the "Program") and this conversion has no impact on the terms, conditions or features of the Program. If the Program is the cash sweep investment for your account, you will see the new name of the Bank reflected on your statement to the extent any funds are swept there. For more information about the Program, please visit http://www.morganstanleyindividual.com/accountoptions/activeassets.

**Questions?**
Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

**Important Information About Auction Rate Securities**
The following message has been added to all client account statements but applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you.
Due to market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate Securities shown on this statement may not reflect the price(s) you would receive upon a sale at auction or in a secondary market transaction, and are not an indication of any offer to purchase at such price. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement in most cases reflect par value,

but may be derived from various sources. These prices may differ from: prices provided to us or our affiliates by outside pricing services; or our affiliates' own internal bookkeeping valuations; prices of transactions executed in any secondary market that exists or may develop; and/or the prices at which issuer repurchases or redemptions may occur. Please contact your Financial Advisor with any questions. To learn more about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

This page intentionally left blank

MorganStanley
SmithBarney

CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018835-265

GLORIA K BERKWITS
2944 W RASCHER AVE

# MorganStanley SmithBarney

## Research Ratings Definitions

### GUIDE TO MORGAN STANLEY & CO. INCORPORATED (MORGAN STANLEY), CITI INVESTMENT RESEARCH & ANALYSIS (CIRA) AND STANDARD & POOR'S RESEARCH RATINGS

### MORGAN STANLEY RESEARCH RATINGS

Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. Morgan Stanley's ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, to a Buy recommendation; they correspond Equal-weight and Underweight to Hold recommendations; and Underweight to Sell recommendations, respectively. For ease of comparison, Morgan Stanley Smith Barney has normalized these ratings so that 1 corresponds to Buy recommendations, 2 corresponds to Not-Rated and Hold recommendations, and 3 corresponds to Sell recommendations. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company. Morgan Stanley's ratings are described below:

**1 / Overweight (O):**The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

**2 / Equal-weight (E):**The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

**2 / Not-Rated (NR):**Currently the analyst does not

have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

**3 / Underweight (U):**The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

**NAV, NA or "" appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.**

### STOCK RATINGS

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

**1 / BUY:** 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks

**2 / HOLD:** 0-10% for Low-Risk stocks, 0-15% for Medium-Risk stocks, 0-20% for High-Risk stocks and 0-35% for Speculative Stocks

**3 / SELL:** Negative total return

### STOCK RISK

Takes into account price volatility and a select list of fundamental criteria.

### CIRA - COMMON STOCK IN DEVELOPED MARKETS

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

*Developed Markets (US, UK, Europe, Japan, and Australia/New Zealand)*

### CODE / CIRA RATING: EXPECTED TOTAL RETURN

**1 / BUY:** 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks

**2 / HOLD:** 5-15% for Low-Risk stocks, 10-20% for Medium-Risk stocks, 15-30% for High-Risk stocks, and 20-40% for Speculative stocks

**3 / SELL:** 5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% for High-Risk stocks, and 20% or less for Speculative Stocks

### CIRA - COMMON STOCK IN EMERGING MARKETS

### STOCK RATINGS

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

*Emerging Markets (Asia Pacific, Emerging Europe/Middle East/Africa, and Latin America)*

### CODE / CIRA RATING: EXPECTED TOTAL RETURN

**1 / BUY:** 15% or more for Low-Risk stocks, 20% or more for Medium-Risk stocks, 30% or more for High-Risk stocks, and 40% or more for Speculative stocks

**2 / HOLD:** 5-15% for Low-Risk stocks, 10-20% for Medium-Risk stocks, 15-30% for High-Risk stocks, and 20-40% for Speculative stocks

**3 / SELL:** 5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% for High-Risk stocks, and 20% or less for Speculative Stocks

### CIRA GUIDE TO INVESTMENT RATINGS - CLOSED-END FUNDS

### CLOSED-END FUND RATINGS

Investment ratings are a function of CIRA's expectation of the fund's total return relative to its peer group, and the ability to provide stable to rising dividends, where applicable.

### CODE / CIRA RATING: EXPECTED TOTAL RETURN

low volatility

**M / Medium:**Moderate predictability of financial results

**H / High:** Low predictability of financial results and low volatility

**S / Speculative:** Exceptionally low financial predictability; highest risk and volatility

### CIRA - COMMON STOCK IN EMERGING MARKETS

### STOCK RATINGS

Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.

### CLOSED-END FUND RISK

Takes into account the quality and liquidity of the underlying securities, financial leverage and foreign currency exposure.

**1 / Outperform:** Expected to outperform its peer group of closed-end funds, and/or the fund is expected to provide stable to rising dividends, where applicable

**2 / In-Line:** Expected to perform in line with its peer group of closed-end funds, and/or the fund is expected to provide stable dividends, where applicable

**3 / Underperform:** Expected to underperform its peer group of closed-end funds, and/or the fund is expected to provide a declining dividend, where applicable

### CODE / CIRA RATING: DEFINITIONS

**L / Low:** The fund invests in high quality, liquid securities with little to no financial leverage or foreign currency exposure

**M / Medium:** Overall, the fund invests in moderate financial leverage and provides primarily United States Dollar currency exposure

**H / High:** The fund may invest in low quality, less-liquid securities, have exposure to foreign currencies and above average degrees of financial leverage

**S / Speculative:** The fund invests in low grade, illiquid and/or highly volatile securities, have exposure to foreign currency and may also use high degrees of financial leverage

### STANDARD & POOR'S RESEARCH RATINGS

For ease of comparison, Morgan Stanley Smith Barney has normalized Standard & Poor's proprietary research ratings to a 1 (Buy), 2 (Hold) and 3 (Sell), which differs from Standard & Poor's rating system. Please refer to a Standard & Poor's research report for a complete description of Standard & Poor's rating system and Standard &

Research Ratings Definitions (CONTINUED)

Retirement Account
440-018835-265

GLORIA K BERKOWITS
2944 W RASCHER AVE

# MorganStanley SmithBarney

Poor's actual proprietary rating on any covered company. Standard & Poor's ratings are described below:

**MSSB NORMALIZED CODE / STANDARD & POOR'S RATING: DEFINITION**

**1 / 5-STARS (Strong Buy):** Total return is expected to outperform the total return of a relevant benchmark, by a wide margin over the coming 12 months, with shares rising in price on an absolute basis

**1 / 4-STARS (Buy):** Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis

**2 / 3-STARS (Hold):** Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis

**3 / 2-STARS (Sell):** Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price not anticipated to show a gain

**3 / 1-STARS (Strong Sell):** Total return is expected to underperform the total return of a relevant benchmark by a wide margin over the coming 12 months, with shares falling in price on an absolute basis

**Relevant benchmarks:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

018430 MSADD0033

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

**Retirement Account** · 440-018633-265

**GLORIA K BERKWITS** · 2944 W RASCHER AVE

## Disclosure

### Account Valuation

These figures represent the approximate value of your account(s) on a settlement date basis and are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Please note, this valuation may be adjusted for the net change in priced asset values for securities held or for the net change in money market balances during the settlement period. Your closing cash, money market fund and/or deposit balance represents the cash, money market funds and/or deposits and reflects the net month end balance. Global Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield ("APY") for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/AccountOptions/ActiveAssets/InvestmentFeatures.

### Additional IRA Information

IRA contributions are subject to IRS eligibility rules and regulations. The "Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Contributions information included in this statement reflects contribution information for a particular account, without reference to any other IRA.

You cannot make an individual contribution to a Traditional IRA for the year in which you attain age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax

deductible.

The categorization of any amounts in this statement as individual Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please contact your Financial Advisor if this information is incorrect. The information included in this statement should not be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry from you. Please consider this statement to be correct unless you suspect error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. Please see your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered.

### Availability of Free Credit Balances and Financial Statements

Under the customer protection rules of the SEC (17 CFR §240.15c3-2 & -3), Morgan Stanley Smith Barney may use free credit balances in your account which are payable to you on demand, in the ordinary course of its business. We provide summary Morgan Stanley Smith Barney and Morgan Stanley & Co. Incorporated financial statements to you semiannually; copies are also available on request, by mail.

### Certain Assets Not Held At Morgan Stanley Smith Barney

You may purchase certain assets through Morgan Stanley Smith Barney that may be held at a financial institution other than Morgan Stanley Smith Barney. Assets not held at Morgan Stanley Smith Barney may not be covered by SIPC protection. We may include information about these assets on this statement, solely as a service to you and are not responsible for information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our semiannual financial statements to you. In the case of networked mutual funds, Morgan Stanley Smith Barney performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley Smith Barney performs all tax reporting.

### Errors and Inquiries

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing any inaccuracy or discrepancy in this statement should be re-confirmed in writing to regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry from you.

For accounts with Choice Select pricing, the commissions paid on your eligible equity and option

### Gain and Loss Information

The gain and loss information is provided for informational purposes only, is not a substitute 1099 form (or any other appropriate tax form), and should not be used for tax preparation. Unrealized gain and loss values are estimates and should be independently verified. We recommend that you contact your tax advisor to determine the appropriate use of this information. Past performance does not guarantee future returns.

Gain and loss information is calculated based upon uniform standards and does not account for each individual client's particular circumstances such as the existence of hedging transactions or constructive sales. Although we make every effort to adjust the cost basis for securities' capital changes, we do not adjust the cost basis for all events. Contact your Financial Advisor for guidance on particular questions.

purchases and sales are applied to the Total Cost on a monthly basis.

With respect to estimated gains and losses for listed equity options, we have taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. From time to time, unrealized gain/loss and YTD adjustments to cost basis which may also affect previously closed tax lots.

We are not responsible for any gain and loss information provided by you or another financial institution; you are responsible for ensuring the accuracy of such information. Whether provided by you, another financial institution or Morgan Stanley Smith Barney, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information.

For clients wishing to make versus purchase sales that information needs to be conveyed at the time of the sale. Unless you tell us otherwise, we use first in first out (FIFO) accounting.

### Listed Options

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

### Margin Interest Charges

Morgan Stanley Smith Barney calculates interest charges on margin loans as follows:
(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.
(2) Divide by 360 (days).

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley Smith Barney adds the accrued

# MorganStanley SmithBarney

## DISCLOSURE (CONTINUED)

Retirement Account
#4Q-018835-265    GLORIA K BERKWITS
2944 W RASCHER AVE

interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to *http://www.morganstanleyindividual.com/customerse rvice/disclosures/#5*

**Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts)

If you have margin privileges, you may borrow money from Morgan Stanley Smith Barney in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral will be indicated below the position.

**Money Market Pricing**

An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover, in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and, if applicable, check writing or ATM debits from your account.

**Notice Regarding Investment Advisor Research**

Morgan Stanley Smith Barney's Investment Advisor Research department conducts research on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have instead invested in any of these funds in another type of account, such as a

brokerage account, you will not receive the same research materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**

The prices of securities displayed on this statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy.

For securities listed on an exchange or trading organization that we rely on outside pricing services and / the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For securities that trade less frequently, we rely on outside pricing services and / or computerized pricing models, which cannot always give us actual market values. Some annuity values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values.

Furthermore some securities, such as limited partnerships and non-traded REITS are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold your investment. The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley Smith Barney by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

**Security Measures**

This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark–a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

**SIPC Protection**

Securities and cash held in your Morgan Stanley Smith Barney account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the "Excess Coverage"). SIPC protects up to $500,000 of each client's securities, of which up to $100,000 may be uninvested cash. SIPC and Excess Coverage only to securities and cash in the exclusive possession and control of Morgan Stanley Smith Barney and do not protect against losses due to market fluctuations.

Detailed information is available upon request.

**Special Considerations Regarding Structured Products**

Structured Products are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from any actual or anticipated changes to issuer's and/or agency's credit ratings or credit spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to

investors. In addition, investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Products may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For more information about the risks specific to your Structured Products, you should contact your Financial Advisor.

**Taxes**

Under Federal Income Tax law, Morgan Stanley Smith Barney is required to report the gross proceeds of sales transactions (including entering into short sales) to you on Form 1099-B by February 15 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

**Total Income** (This Year/This Period)

Total income as used in, the income summaries, represents dividends and/or interest you securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the Internal Revenue Service. The totals we report may differ from those indicated as in calendar year. In the case of Real Estate Investment "This Year" figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

01b430 MSAD0033

# CLIENT STATEMENT | For the Period September 1-30, 2010

## Disclosure (CONTINUED)

### Transaction Dates and Transaction Conditions

All transactions list transaction date and settlement date. Transactions are included on this statement based on settlement date. In the case of unsettled trades, we list the trade based on trade date instead of the settlement date with a notation that the trade is unsettled. Unsettled trades will not be reflected in position and cash balances.

Upon written request, Morgan Stanley Smith Barney will furnish the date and time of a transaction and the name of the other party to a transaction. Morgan Stanley Smith Barney and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

Retirement Account
440-018636-265

GLORIA K BERKWITS
2944 W RASCHER AVE

# MorganStanley SmithBarney

This page intentionally left blank

MorganStanley
SmithBarney

Roth Ira Sept 2010
Lehman p. 7



#BWNJGWM
00016432 03 AT  0.607 03 TR 00142 MSADD033 110000
GLORIA K BERKWITS
2944 W RASCHER
CHICAGO IL 60625-3914



MorganStanley
SmithBarney



MorganStanley
SmithBarney

# MorganStanley SmithBarney

CLIENT STATEMENT  |  For the Period September 1-30, 2010

#BWNJGWM

**GLORIA K BERKWITS**
2944 W RASCHER
CHICAGO IL 60625-3914

**Your Branch**
207 E. WESTMINSTER AVE SUITE 300
LAKE FOREST, IL 60045
Telephone: 847-604-7300
Alt. Phone: 888-604-7300
Fax: 847-604-7315

**Access your accounts online**
www.morganstanley.com/online

**Client Interaction Center**
800-844-6119
Mon-Fri 8 AM - 8 PM ET
Sat-Sun Closed

**Your Financial Advisor**
**Thomas Croghan**
Senior Vice President
Thomas.Croghan@morganstanleysmithbarney.com
847 604-7300

| | |
|---|---|
| TOTAL VALUE LAST PERIOD (as of 8/31/10) | $220,380.25 |
| NET CONTRIBUTIONS/WITHDRAWALS | — |
| CHANGE IN VALUE (Incl. Sept. Accr. Int.) | 2,293.84 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 9/30/10) | **$222,674.09** |

Morgan Stanley Smith Barney LLC. Member SIPC.

440 - 018837 - 265 - 1 - 0

# MorganStanley SmithBarney

## Account Summary

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

**Brokerage Account**
ROTH IRA
Householding Anniversary Date: 7/18/05
**Investment Objectives†:** Income, Capital Appreciation

## CHANGE IN VALUE OF YOUR ACCOUNTS

| | This Period<br>(1/1/10-9/30/10) | This Period<br>(9/1/10-9/30/10) |
|---|---|---|
| Total Beginning Value | $185,593.45 | $220,380.25 |
| Contributions | 21,600.00 | — |
| Withdrawals | — | — |
| Security Transfers | — | — |
| Net Contributions/Withdrawals | $21,600.00 | — |
| Accrued Interest - Sept. Adjustment | 391.62 | 391.62 |
| Change in Value | 15,089.02 | 1,902.22 |
| **Total Ending Value (includes accrued interest)** | **$222,674.09** | **$222,674.09** |

## ALLOCATION OF HOLDINGS



- Corporate Fixed Income
- Government Securities
- Certificates of Deposit
- Stocks
- Cash, Deposits, MMFs

### CHANGE IN VALUE OVER TIME
This graph compares the total value of your account to the net amount invested.
Net investment is the total amount invested minus the total amount withdrawn.



($) Thousands

250.0
200.0
150.0
100.0

DEC 2008   MAR 2009   JUN 2009   SEP 2009   DEC 2009   MAR 2010   JUN 2010   SEP 2010

——— Total Market Value    - - - Net Invested Capital

| | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs* | $93,524.52 | 42.0 |
| Stocks | 20,037.50 | 9.0 |
| Corporate Fixed Income ^ | 68,489.96 | 30.8 |
| Government Securities ^ | 30,605.75 | 13.7 |
| Certificates of Deposit ^ | 10,016.36 | 4.5 |
| **TOTAL VALUE ^** | **$222,674.09** | **100.0%** |

This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions. **Please see the Messages section for important changes this month regarding accrued interest.**    † See the Disclosures section of your statement for more information about investment objectives. Please review for accuracy and inform us if your investment objectives change.

We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.    * Bank Deposits are eligible for FDIC insurance. FDIC rules apply and deposits are not SIPC insured. Cash and securities (including Money Market Funds) are eligible for SIPC coverage. Please see disclosures at end of the statement(s). ^ Includes Accrued Interest

# MorganStanley SmithBarney

Retirement Account: 440-018837-265
GLORIA K BERKWITS
2944 W RASCHER

## Account Summary

| | PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|---|

## BALANCE SHEET

| ASSETS | Last Period (as of 8/31/10) | This Period (as of 9/30/10) |
|---|---|---|
| TOTAL VALUE (incl. accr. int.) | $220,380.25 | $222,674.09 |
| Cash, Deposits, MMFs | 81,424.73 | 93,524.52 |
| Stocks | 18,747.86 | 20,037.50 |
| Municipal Bonds | — | — |
| Corporate Fixed Income ^ | 68,265.26 | 68,489.96 |
| Government Securities ^ | 41,944.50 | 30,605.75 |
| Certificates of Deposit ^ | 9,997.90 | 10,016.36 |
| Mutual Funds | — | — |
| Unit Investment Trusts | — | — |
| Annuities & Insurance | — | — |
| Other | — | — |

**LIABILITIES (Outstanding Balance)**
*There are no liabilities for this account.*

*^ Includes Accrued Interest*

## CASH FLOW

| | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| OPENING CASH BALANCE | $38,086.13 | $81,424.73 |
| NET CREDITS/DEBITS | $21,600.00 | |
| **CREDITS** | | |
| Checks Deposited | $21,600.00 | — |
| Electronic Transfers | — | — |
| Other Credits | 21,600.00 | — |
| **DEBITS** | | |
| Electronic Transfers | — | — |
| Interest Charged | — | — |
| Tax Withholdings | — | — |
| Other Debits | — | — |
| NET CASH FROM INVESTMENTS | $33,838.39 | $12,099.79 |
| Income | 6,478.61 | 705.72 |
| Dividend Reinvestments | — | — |
| Purchases | (35,336.26) | — |
| Sales/Redemptions | 62,696.04 | 11,394.07 |
| CLOSING CASH BALANCE | $93,524.52 | $93,524.52 |



# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account: GLORIA K BERKWITS
440-018837-265   2944 W RASCHER

## Account Summary

### INCOME SUMMARY

| | This Year (11/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| TOTAL INCOME | $6,478.61 | $705.72 |
| INCOME | | |
| Dividends | 6,478.61 | 705.72 |
| Capital Gain Distributions | 174.71 | 55.98 |
| Interest | 5,687.59 | 649.74 |
| Other Income | 616.31 | — |

### RETIREMENT RECAP

| | 2009 | 2010 |
|---|---|---|
| Fair Market Value (2010 includes accrued interest) | $185,593.45 | $222,674.09 |
| Rollovers/Conversions | — | 21,600.00 |
| Max. Individual Contributions Allowed (by SSN)* | 6,000.00 | 6,000.00 |
| Contributions | 2009 | 2010 |
| No Contributions For This Account | — | — |

* The 2010 Fair Market Value reflected above now includes accrued but unpaid interest in the value of your IRA. Please see the enclosed FYI brochure for additional information about this charge and how it may impact your IRA. For IRAs, also see the "Additional IRA Information" in the Disclosure section at the end of this statement.

### GAIN/(LOSS) SUMMARY

| | This Year (1/1/10-9/30/10) | Gain/(Loss) |
|---|---|---|
| NET REALIZED | | $(45.37) |
| Gain | | |
| (Loss) | | (45.37) |

| | This Period (9/1/10-9/30/10) | Gain/(Loss) |
|---|---|---|
| NET REALIZED | | $(4.75) |
| Gain | | |
| (Loss) | | (4.75) |

| | NET UNREALIZED (9/30/10) | |
|---|---|---|
| | | $(7,561.69) |
| Gain | | 8,195.66 |
| (Loss) | | (15,757.35) |

Gain / loss and income information are provided for informational purposes only and should not be used for tax preparation. Gain / loss summary information may change due to basis adjustments. Please refer to the gain / loss section of the disclosures for additional information.

### Total Individual Contributions
Max by Social Security Number (SSN)

| | CONTRIBUTIONS TO DATE | TOTAL ALLOWABLE Under Age 50 $5,000.00 | Age 50 and over $6,000.00 |
|---|---|---|---|
| 2009 | 0.00 | | |
| 2010 | 0.00 | | |

# MorganStanley SmithBarney

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Account Summary

## ADDITIONAL ACCOUNT INFORMATION

| Category | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| Accrued Interest Paid | $111.81 | — |

| Category | This Year (1/1/10-9/30/10) | This Period (9/1/10-9/30/10) |
|---|---|---|
| Return of Principal | 3,702.04 | 394.07 |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Holdings

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the period shown above which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement.

Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

If you hold structured products, please refer to the Special Considerations Regarding Structured Products section of the Disclosure section.

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.

From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

## CASH, DEPOSITS AND MONEY MARKET FUNDS

| Description | Value | Percentage of Assets % | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % |
|---|---|---|---|---|---|
| CASH | $55.08 | | | | |
| MORGAN STANLEY BANK N.A. # | 93,469.44 | 42.0% | 140.00 | — | 0.150 |

CASH, DEPOSITS AND MONEY MARKET FUNDS | | | Estimated Annual Income | $140.00 |
| | | | Accrued Interest | $0.00 |

# Bank deposits are at Morgan Stanley Bank, N.A. and Morgan Stanley Private Bank, National Association (Members FDIC), affiliates of Morgan Stanley Smith Barney.

Cash holdings shown exclude cash holdings in custody at another firm for which you receive a separate statement.

## STOCKS

## COMMON STOCKS

Morgan Stanley & Co. Incorporated (Morgan Stanley), Citi Investment Research & Analysis (CIRA), and Standard & Poor's research ratings may be shown for certain securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Because the research report contains more complete information regarding the analyst's opinions, analysis, and rating, you should read the entire research report and not infer its contents from the rating. Where a particular company is covered by both Morgan Stanley and CIRA, you can and should view both research reports. Morgan Stanley and CIRA research reports may contain different or conflicting information about the subject companies of such research reports because they are prepared separately from each other. For ease of comparison, Morgan Stanley and Standard & Poor's research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Please refer to the end of this statement for a summary guide describing CIRA, Morgan Stanley and Standard & Poor's ratings. Morgan Stanley Smith Barney is not the author of, does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of research prepared for Standard & Poor's.

| Security Description | Quantity | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|
| COHEN & STEERS QUAL INC RLTY (RQI) | 306.000 | $4,902.52 | $2,405.16 | ($2,497.36) | $220.32 | 9.16 |
| Share Price: $7.860; Next Dividend Payable 12/10 | | | | | | |
| ENTERPRISE PROD PRTNRS L.P. (EPD) | 362.000 | 14,360.54 | 14,360.54 | 7,913.93 | 832.60 | 5.79 |
| Share Price: $39.670; Rating: Citigroup: 1M, S&P: 2; Next Dividend Payable 11/10 | | | | | | |
| ISHARES BARCLAYS TIPS BD FD (TIP) | 30.000 | 3,158.05 | 3,271.80 | 113.75 | 80.94 | 2.47 |
| Share Price: $109.060; Next Dividend Payable 10/10 | | | | | | |

# MorganStanley SmithBarney

**CLIENT STATEMENT | For the Period September 1-30, 2010**

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Holdings

### STOCKS

| Security Description | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| | 9.0% | $14,507.18 | $20,037.50 | $5,530.32 | $1,133.86 | 5.66% |

### CORPORATE FIXED INCOME

#### CORPORATE BONDS

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP CUSIP 36966ROM5 | 20,000.000 | $20,004.00 / $20,004.00 | $20,125.40 | $121.40 | $1,090.00 / $227.08 | 5.41 |
| Unit Price: $100.627; Coupon Rate 5.450%; Matures 04/15/23; Interest Paid Quarterly Oct 15; Callable $400.00 on 01/15/11; Yield to Maturity 5.380%; Moody AA2    S&P AA+; Issued 04/03/03 | | | | | | |
| LEHMAN BROTHERS HOLDINGS CUSIP 52519FCB5 | 10,000.000 | 10,255.00 / 10,255.00 | 2,050.00 | (8,205.00) | 560.00 / — | 8.98 |
| Unit Price: $20.500; Coupon Rate 6.000%; Matures 11/18/28; Interest Paid Monthly Jul 18; Yield to Maturity 29.949%; In Default; Issued 11/18/03 | | | | | | |
| SLM CORP CUSIP 78490FJN0 | 10,000.000 | 9,748.00 / 9,748.00 | 6,304.70 | (3,443.30) | — / 23.33 | — |
| Unit Price: $63.047; Coupon Rate 5.600%; Matures 03/15/29; Interest Paid Monthly Oct 15; Callable $100.00 on 10/20/10; Yield to Maturity 10.036%; Moody BA1    S&P BBB-; Issued 01/23/04 | | | | | | |
| BANK OF AMERICA CORP CUSIP 06050XUI8 | 10,000.000 | 10,004.00 / 10,004.00 | 9,902.30 | (101.70) | 600.00 / 25.00 | 6.05 |
| Unit Price: $99.023; Coupon Rate 6.000%; Matures 12/15/32; Interest Paid Monthly Oct 15; Callable $100.00 on 11/15/10; Yield to Maturity 6.080%; Moody A3    S&P A-; Issued 12/19/02 | | | | | | |
| **CORPORATE BONDS** | | $50,011.00 / $50,011.00 | $38,382.40 | $(11,628.60) | $2,250.00 / $275.41 | 5.86% |

### FIXED-RATE CAPITAL SECURITIES

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE CAPITAL TRUST CUSIP 46623D200 | 330.000 | $9,078.80 / $9,078.80 | $8,375.40 | $(703.40) | $577.50 | 6.89 |
| Unit Price: $25.380; Coupon Rate 7.000%; Matures 02/15/32; Interest Paid Quarterly Feb 17; Callable $25.00 on 10/31/10; Moody A2    S&P BBB+ | | | | | | |
| CORTS TR GE CAP CORP CUSIP 22082X201 | 350.000 | 9,176.01 / 9,176.01 | 8,786.75 | (389.26) | 525.00 | 5.97 |
| Unit Price: $25.105; Coupon Rate 6.000%; Matures 03/15/32; Int. Semi-Annually Mar/Sep 15; Callable $25.00 on 10/31/10; Moody AA2    S&P AA+ | | | | | | |
| HSBC FIN CUSIP 40429C201 | 500.000 | 12,972.48 / 12,972.48 | 12,670.00 | (302.48) | 859.35 | 6.78 |
| Unit Price: $25.340; Coupon Rate 6.875%; Matures 01/30/33; Interest Paid Quarterly Apr 30; Callable $25.00 on 10/31/10; Moody A3    S&P A | | | | | | |



# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W. RASCHER

## Holdings

| Security Description | Face Value | Percentage of Assets % | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|
| **FIXED-RATE CAPITAL SECURITIES** | | | | | | | |
| FED HOME LN BK | 10,000.000 | | $31,227.29 $31,227.29 | $29,832.15 | $(1,395.14) | $1,961.85 $0.00 | 6.58% |
| CUSIP 3133XPNV6 | | | | | | | |
| Unit Price: $101.156; Coupon Rate 2.875%; Matures 03/11/11; Int. Semi-Annually Mar/Sep 11; Moody AAA  S&P AAA; Issued 02/08/08 | | | | | | | |
| **CORPORATE FIXED INCOME** | | | $81,238.29 $81,238.29 | $68,214.55 | $(13,023.74) | $4,211.85 $275.41 | 6.17% |
| **TOTAL CORPORATE FIXED INCOME** (incl.accr.int.) | | 30.8% | $81,238.29 | $68,489.96 | | | |
| **GOVERNMENT SECURITIES** | | | | | | | |
| **FEDERAL AGENCIES** | | | | | | | |
| FREDDIE MAC 2631 GG | 11,000.000 | | $10,230.45 $10,230.45 | $10,115.60 | $(114.85) | $287.50 $15.17 | 2.84 |
| CUSIP 31393RU57 | 11,000.000 | | 11,001.83 11,001.83 | 11,024.20 | 22.37 | 550.00 44.30 | 4.98 |
| Unit Price: $100.220; Coupon Rate 5.000%; Matures 06/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 4.983%; Lottery Bond; Issued 06/01/03; Amortized Quantity 11,000 | | | | | | | |
| FREDDIE MAC 2646 JJ | 3,000.000 | | 3,001.20 3,001.20 | 3,016.38 | 15.18 | 150.00 12.08 | 4.97 |
| CUSIP 31393VZ53 | | | | | | | |
| Unit Price: $100.546; Coupon Rate 5.000%; Matures 07/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 4.959%; Lottery Bond; Issued 07/01/03; Amortized Quantity 3,000 | | | | | | | |
| FHR 2677 CC | 1,000.000 | | 1,000.34 1,000.34 | 1,002.38 | 2.04 | 60.00 4.83 | 5.98 |
| CUSIP 31394LSE8 | | | | | | | |
| Unit Price: $100.238; Coupon Rate 6.000%; Matures 09/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 5.981%; Lottery Bond; Issued 09/01/03; Amortized Quantity 1,000 | | | | | | | |
| FHR 2723 JE | 9,000.000 | | 9,077.25 5,340.35 | 5,347.34 | 6.99 | 291.38 23.47 | 5.44 |
| CUSIP 31394MU32 | | | | | | | |
| Unit Price: $100.932; Matures 12/15/33; Interest Paid Monthly Sep 15; Yield to Maturity 5.428%; Factor .58606263; Issued 12/01/03; Amortized Quantity 5,297 | | | | | | | |
| **GOVERNMENT SECURITIES** | | | $34,311.07 $30,574.17 | $30,505.90 | $(68.27) | $1,338.88 $99.85 | 4.39% |
| **TOTAL GOVERNMENT SECURITIES** (incl.accr.int.) | | 13.7% | $30,574.17 | $30,605.75 | | | |

# MorganStanley SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account:
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Holdings

### CERTIFICATES OF DEPOSIT

#### CERTIFICATES OF DEPOSIT

| Security Description | Face Value | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| DISCOVER BANK GREENWOOD DE CD | 10,000.000 | $10,000.00 | $10,000.00 | $0.00 | $25.00 | 0.25 |
| CUSIP 25467OXM9 | | $10,000.00 | | | $16.36 | |
| Unit Price: $100.0000; Coupon Rate 0.250%; Matures 10/04/10; Interest Paid at Maturity; Yield to Maturity .250%; Issued 02/03/10; Maturity Value = $10,000.00 | | | | | | |

| | Percentage of Assets % | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| TOTAL CERTIFICATES OF DEPOSIT (incl. accr. int.) | 4.5% | $10,000.00 $10,000.00 | $10,000.00 $10,016.36 | $0.00 | $25.00 $16.36 | 0.25% |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE | 100.0% | $136,319.64 | $222,282.47 | $7,561.69) | $6,849.59 $391.62 | 3.08% |
| TOTAL VALUE (includes accrued interest) | | | $222,674.09 | | | |



# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2010

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W. RASCHER

## Activity

### CASH FLOW ACTIVITY BY DATE

| Transaction Settlement Date | Date | Activity Type | Description | Comments | Quantity | Price | Credits/Debits |
|---|---|---|---|---|---|---|---|
| 9/8 | 9/8 | Dividend | ISHARES BARCLAYS TIPS BD FD | | | | $0.90 |
| 9/10 | 9/15 | Sold | FHR 2631 GG    5000 .33JNRG | CALLED REDEMPTION 09/15/10 | 9,000.000 | | 9,000.00 |
| 9/10 | 9/15 | Sold | FHR 2677 CC    6000 .33SPRG | CALLED REDEMPTION 09/15/10 | 1,000.000 | 100.0000 | 1,000.00 |
| 9/10 | 9/15 | Sold | FHR 2646 JJ    5000 .33JLRG | CALLED REDEMPTION 09/15/10 | 1,000.000 | 100.0000 | 1,000.00 |
| 9/11 | 9/11 | Interest Income | FHLB    2875 11MH15 | | | | 143.75 |
| 9/15 | 9/15 | Interest Income | CORTS TR GE CAP    6000 .32MH15 | | | | 262.50 |
| 9/15 | 9/15 | Interest Income | FHR 2631 GG    5000 .33JNRG | | | | 83.33 |
| 9/15 | 9/15 | Interest Income | BANK OF AMERICA    6000 .32DE15 | | | | 50.00 |
| 9/15 | 9/15 | Interest Income | SLM CORP    5600 .29MH15 | | | | 46.67 |
| 9/15 | 9/15 | Interest Income | FHR 2723 JE    5500 .33DERG | | | | 26.09 |
| 9/15 | 9/15 | Interest Income | FHR 2646 JJ    5000 .33JLRG | | | | 16.67 |
| 9/15 | 9/15 | Interest Income | FHR 2677 CC    6000 .33SPRG | | | | 10.00 |
| 9/15 | 9/15 | Principal Payment | FHR 2723 JE    5500 .33DERG | | | | 394.07 |
| 9/29 | 9/29 | Interest Income | MORGAN STANLEY BANK N.A. | | | | 10.73 |
| 9/30 | 9/30 | Dividend | COHEN & STEERS QUAL INC RLTY (Period 08/31-09/29) | | | | 55.08 |

### NET CREDITS/(DEBITS) $12,089.79

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

## MONEY MARKET FUND (MMF) AND BANK DEPOSITS ACTIVITY

| Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 9/9 | Automatic Investment | BANK DEPOSIT PROGRAM | $0.90 |
| 9/14 | Automatic Investment | BANK DEPOSIT PROGRAM | 143.75 |
| 9/16 | Automatic Investment | BANK DEPOSIT PROGRAM | 11,889.33 |
| 9/29 | Automatic Investment | BANK DEPOSIT PROGRAM | 10.73 |

### NET ACTIVITY FOR PERIOD $12,044.71

## REALIZED GAIN/(LOSS) DETAIL

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| FHR 2631 GG    5,000  6-15-33 | 06/16/03 | 09/10/10 | 9,000.000 | $9,000.00 | $9,000.90 | $(0.90) | A |
| FHR 2646 JJ    5,000  7-15-33 | 07/02/03 | 09/10/10 | 1,000.000 | 1,000.00 | 1,000.40 | (0.40) | A |
| FHR 2677 CC    6,000  9-15-33 | 09/15/03 | 09/10/10 | 1,000.000 | 1,000.00 | 1,000.30 | (0.30) | A |
| FHR 2723 JE    5 1/2 12-15-33 | 09/23/05 | 09/15/10 | 394.070 | 394.07 | 397.22 | (3.15) | A |

# MorganStanley
# SmithBarney

## CLIENT STATEMENT | For the Period September 1-30, 2010

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Activity

| | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) |
|---|---|---|---|
| Net Realized Gain(Loss) This Period | $11,394.07 | $11,398.82 | $(4.75) |
| Net Realized Gain/(Loss) Year to Date | $57,702.04 | $57,747.41 | $(45.37) |

Gain/loss information is provided for informational purposes only and should not be used for tax preparation. Please refer to the gain/loss section of the disclosures for important information about gain/loss reporting.

From January through September, realized gain/loss information will be shown only for trades settling in the current month, and/or certain adjustments (to previously closed lots) made in the current month. From October through December, in order to provide information for year-end investment planning, complete year to date realized gain/loss detail will be displayed for trades settling through the last business day of the year.

A - You executed this transaction elsewhere and later transferred the security to your Morgan Stanley Smith Barney Account. Another financial institution has provided Morgan Stanley Smith Barney the transaction detail for this position.

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

This page intentionally left blank

MorganStanley
SmithBarney

# MorganStanley SmithBarney

## Messages

Retirement Account  440-018837-265         GLORIA K BERKWITS  2944 W RASCHER

**Consolidated Statement of Financial Condition (in thousands of dollars):**
At June 30, 2010 Morgan Stanley Smith Barney LLC had net capital of $1,244,800 which exceeded the Securities and Exchange Commission's minimum requirement by $1,204,693.
A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2010 can be viewed online at: http://www.morganstanley.com/about/ir/shareholde r/morganstanley_smithbarney_llc.pdf or may be mailed to you at no cost by calling (866) 825-1675, after September 13, 2010.

**Important Message for Holders of Fixed Income Securities (and Global Currency time deposits):**
Starting with this month's statement, we have added the accrued interest on fixed income securities to your Total Account Value. As a result, you may notice an increase in the "Total Market Value" line of the 'Change in Value Over Time' graph. This increase represents the initial inclusion of this amount, and will also be displayed as a line item titled "Accrued Interest - Sept. Adjustment" in the 'Change in Value of Your Accounts' table. For more detail, please refer to the enclosed "FYI" brochure.

**Important Information if you are a Margin Customer**
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, setting short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

**Important Information Regarding the Bank Deposit Program**
Effective July 1, 2010, Morgan Stanley Trust converted from a federal savings bank to a national

bank and changed its name to Morgan Stanley Private Bank, National Association (the "Bank"). The Bank participates in the Bank Deposit Program (the "Program") and this conversion has no impact on the terms, conditions or features of the Program. If the Program is the cash sweep investment for your account, you will see the new name of the Bank reflected on your statement to the extent any funds are swept there. For more information about the Program, please visit http://www.morganstanleyindividual.com/accounto ptions/cdassets.

**Questions?**
Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

**Important Information About Auction Rate Securities**
**The following message has been added to all client account statements but applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you.**
Due to market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate Securities shown on this statement may not reflect the price(s) you would receive upon a sale at auction or in a secondary market transaction, and are not an indication of any offer to purchase at such price. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement in most cases reflect par value,

but may be derived from various sources. These prices may differ from: prices provided to us or our affiliates by outside pricing services; our affiliates' own internal bookkeeping valuations; prices of transactions executed in any secondary market that exists or may develop; and/or the prices at which issuer repurchases or redemptions may occur. Please contact your Financial Advisor with any questions. To learn more about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

PERSONAL ACCOUNTS    RETIREMENT ACCOUNTS    EDUCATION ACCOUNTS    TRUST ACCOUNTS    BUSINESS ACCOUNTS

This page intentionally left blank

MorganStanley
SmithBarney

# MorganStanley SmithBarney

## Research Ratings Definitions

## GUIDE TO MORGAN STANLEY & CO. INCORPORATED (MORGAN STANLEY), CITI INVESTMENT RESEARCH & ANALYSIS (CIRA) AND STANDARD & POOR'S RESEARCH RATINGS

### MORGAN STANLEY RESEARCH RATINGS

Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. Morgan Stanley's ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, to a Buy recommendation; they correspond Equal-weight and Not-Rated to Hold recommendations; and Underweight to Sell recommendations, respectively. For ease of comparison, Morgan Stanley Smith Barney has normalized these ratings so that 1 corresponds to Buy recommendations, 2 corresponds to Not-Rated and Hold recommendations, and 3 corresponds to Sell recommendations. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company. Morgan Stanley's ratings are described below:

**MSSB NORMALIZED CODE / MORGAN STANLEY RATING: DEFINITION**
**1 / Overweight (O):** the stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**2 / Equal-weight (E):** the stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**3 / Underweight (U):** the stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**NAV, NA or "" appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.**

### CIRA - COMMON STOCK IN DEVELOPED MARKETS

#### STOCK RATINGS
Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months) and risk rating.
**Developed Markets (US, UK, Europe, Japan, and Australia/New Zealand)**

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**
**1 / BUY:** 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks
**2 / HOLD:** 0-10% for Low-Risk stocks, 0-15% for Medium-Risk stocks, 0-20% for High-Risk stocks, and 0-35% for Speculative Stocks
**3 / SELL:** Negative total return

#### STOCK RISK
Takes into account price volatility and a select list of fundamental criteria.

**CODE / CIRA RATING: DEFINITIONS**
**L / Low:** High predictability of financial results and

low volatility
**M / Medium:** Moderate predictability of financial results
**H / High:** Low predictability of financial results and high volatility
**S / Speculative:** Exceptionally low financial predictability; highest risk and volatility

### CIRA - COMMON STOCK IN EMERGING MARKETS

#### STOCK RATINGS
Investment ratings are based upon CIRA's expectation of total return (forecast price appreciation plus dividend yield within the next 12 months and risk rating.
**Emerging Markets (Asia Pacific, Emerging Europe/Middle East/Africa, and Latin America)**

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**
**1 / BUY:** 15% or more for Low-Risk stocks, 20% or more for Medium-Risk stocks, 30% or more for High-Risk stocks, and 40% or more for Speculative stocks
**2 / HOLD:** 5-15% for Low-Risk stocks, 10-20% for Medium-Risk stocks, 15-30% for High-Risk stocks, and 20-40% for Speculative stocks
**3 / SELL:** 5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% for High-Risk stocks, and 20% or less for Speculative stocks

**CIRA GUIDE TO INVESTMENT RATINGS - CLOSED END FUNDS**

#### CLOSED-END FUND RATINGS
Investment ratings are a function of CIRA's expectation of the fund's total return relative to its peer group, and the ability to provide stable to rising dividends, where applicable.

**CODE / CIRA RATING: EXPECTED TOTAL RETURN**

**1 / Outperform:** Expected to outperform its peer group of closed-end funds, and/or the fund is expected to provide stable to rising dividends, where applicable
**2 / In-Line:** Expected to perform in line with its peer group of closed-end funds, and/or the fund is expected to provide stable dividends, where applicable
**3 / Underperform:** Expected to underperform its peer group of closed-end funds, and/or the fund is expected to provide a declining dividend, where applicable

#### CLOSED-END FUND RISK
Takes into account the quality and liquidity of the underlying securities, financial leverage and foreign currency exposure.

**CODE / CIRA RATING: DEFINITIONS**
**L / Low:** The fund invests in high quality, liquid securities with little to no financial leverage or foreign currency exposure
**M / Medium:** Overall, the fund invests in moderate to high quality, liquid securities with reasonable financial leverage and provides primarily United States Dollar currency exposure
**H / High:** The fund may invest in low quality, less-liquid securities, have exposure to foreign currencies and above average degrees of financial leverage
**S / Speculative:** The fund invests in low grade, illiquid and/or highly volatile securities, have high degrees of foreign currency and may also use high degrees of financial leverage

### STANDARD & POOR'S RESEARCH RATINGS
For ease of comparison, Morgan Stanley Smith Barney has normalized research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Standard & Poor's rating system. Please refer to a complete description of Standard & Poor's research report for a complete description of Standard & Poor's rating system and Standard &

CONTINUED

# MorganStanley SmithBarney

**Research Ratings Definitions** (CONTINUED)

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

Poor's actual proprietary rating on any covered company. Standard & Poor's ratings are described below:

**MSSB NORMALIZED CODE / STANDARD & POOR'S RATING: DEFINITION**

**1 / 5-STARS (Strong Buy):** Total return is expected to outperform the total return of a relevant benchmark, by a wide margin over the coming 12 months, with shares rising in price on an absolute basis

**1 / 4-STARS (Buy):** Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis

**2 / 3-STARS (Hold):** Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis

**3 / 2-STARS (Sell):** Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price not anticipated to show a gain

**3 / 1-STARS (Strong Sell):** Total return is expected to underperform the total return of a relevant benchmark by a wide margin over the coming 12 months, with shares falling in price on an absolute basis

**Relevant benchmarks:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

# MorganStanley SmithBarney

**CLIENT STATEMENT  |  For the Period September 1-30, 2010**

Retirement Account
440-018837-265

GLORIA K BERKWITS
2944 W RASCHER

## Disclosure

### Account Valuation

These figures represent the approximate value of your account(s) on a settlement date basis and are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Please note, this valuation may be adjusted for the net change in priced asset values for securities held or for the net change in money market balances during the settlement period. Your closing cash, money market fund and/or deposit balance represents the cash, money market fund and/or deposits and reflects the net month end balance. Global Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield ("APY") for your deposits represents the applicable rate in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/accountOp tions/Active/assets/InvestmentFeatures may be different than the APY that was in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to

### Additional IRA Information

IRA contributions are subject to IRS eligibility rules and regulations. The "Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Contributions information included in this statement reflects contribution information for a particular account, without reference to any other IRA.

You cannot make an individual contribution to a Traditional IRA for the year in which you attain age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax

deductible.

The categorization of any amounts in this statement as individual Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to contract your Financial Advisor if this information is incorrect. The information included in this statement is not intended to constitute tax, legal or accounting advice.

### Availability of Free Credit Balances and Financial Statements

Under the customer protection rules of the SEC (17 CFR §240.15c3-2 & -3), Morgan Stanley Smith Barney may use free credit balances in your account which are payable to you on demand, in the ordinary course of its business. We provide summary Morgan Stanley Smith Barney and Morgan Stanley & Co. Incorporated financial statements to you semiannually; copies are also available on request, by mail.

### Certain Assets Not Held At Morgan Stanley Smith Barney

You may purchase certain assets through Morgan Stanley Smith Barney that may be held as a financial institution other than Morgan Stanley Smith Barney. Such assets not held at Morgan Stanley Smith Barney are not covered by SIPC protection. We may include information about these assets on this statement, solely as a service to you and are not responsible for information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information due to timing differences. In the case of networked mutual funds, Morgan Stanley Smith Barney performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, Morgan Stanley Smith Barney performs all tax reporting.

### Errors and Inquiries

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry if you indicate the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. Please see your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered.

### Gain and Loss Information

The gain and loss information is provided for informational purposes only; is not a substitute 1099 form (or any other appropriate tax form), and should not be used for tax preparation. Unrealized gain and loss values are estimates and should be independently verified. We recommend that you contact your tax advisor to determine the appropriate use of this information. Past performance does not guarantee future returns.

Gain and loss information is calculated based upon individual client's particular circumstances such as the existence of hedging transactions or constructive sales. Although we make every effort to adjust the cost basis for securities' capital changes, we do not adjust the cost basis for all events. Contact your Financial Advisor for guidance on particular questions.

For accounts with Choice Select pricing, the commissions paid on your eligible equity and option

purchases and sales are applied to the Total Cost on a monthly basis.

With respect to estimated gains and losses for listed equity options, we have taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. From time to time, unrealized gain/loss and YTD realized gain/loss figures may change due to adjustments to cost basis which may also affect previously closed tax lots.

We are not responsible for any gain and loss information provided by you or another financial institution; you are responsible for ensuring the accuracy of such information. Whether provided by you, another financial institution or Morgan Stanley Smith Barney, it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information.

For clients wishing to make versus purchase sales that information needs to be conveyed at the time of the sale. Unless you tell us otherwise, we use first in first out (FIFO) accounting.

### Listed Options

In connection with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

### Margin Interest Charges

Morgan Stanley Smith Barney calculates interest charges on margin loans as follows:

(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.

(2) Divide by 360 (days).

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley Smith Barney adds the accrued

# CLIENT STATEMENT | For the Period September 1-30, 2010

## Disclosure (CONTINUED)

interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerservice/disclosures/#5

**Margin Privileges** (not available for certain accounts such as IRAs or retirement accounts).
If you have margin privileges, you may borrow money from Morgan Stanley Smith Barney in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral will be indicated below the position.

**Money Market Pricing**
An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other Government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover, in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and if applicable, check writing or ATM debits from your account.

**Notice Regarding Investment Advisor Research**
Morgan Stanley Smith Barney's Investment Advisor Research department conducts research on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have instead invested in any of these funds in another type of account, such as a

brokerage account, you will not receive the same research materials and status updates on the funds as we provide to investment advisory clients (see instructions on selling funds' shares).

**Pricing of Securities**
The prices of securities displayed on this statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy.
For securities listed on an exchange or trading continually in an active marketplace the price reflects the market quotations at the close of your statement period. The prices of securities not actively traded may not be available. These are indicated by N/A (not available). For securities that trade less frequently, we rely on outside pricing services and/or computerized pricing models, which cannot always give us actual market values. Some annuity values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values.
Furthermore some securities, such as limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold your investment.
The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley Smith Barney by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

## Security Measures
This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark—a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### SIPC Protection
Securities and cash held in your Morgan Stanley Smith Barney account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley (the Excess Coverage). SIPC protects up to $500,000 each client's uninvested cash. SIPC and Excess Coverage apply only to securities and cash in the exclusive possession and control of Morgan Stanley Smith Barney and do not protect against losses due to market fluctuations.
Detailed information is available upon request.

### Special Considerations Regarding Structured Products
Structured Products are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from any actual or anticipated changes to issuer's and/or guarantor's credit ratings; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value of or payout to

investors. In addition, investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Products may not perform in a manner consistent with the statement product catagory where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For more information about the risks specific to your Structured Products, you should contact your Financial Advisor.

### Taxes
Under Federal Income Tax law, Morgan Stanley Smith Barney is required to report the gross proceeds of sales transactions (including entering into short sales) to you on Form 1099-B by February 15 of the year following the calendar year of the transaction. The information reported on your Form 1099-B for the purpose of filing your tax return for the year should be exclusively relied upon. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status or an appropriate Form W-9 or W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

### Total Income (This Year/This Period)
Total Income as used in, the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the Internal Revenue Service. The totals we report may differ from those indicated as "This Year" figures on the last statement because the calendar year, in the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

# MorganStanley SmithBarney

Retirement Account
440-018837-265

GLORIA K BERKOWITS
2944 W RASCHER

## Disclosure (CONTINUED)

**Transaction Dates and Transaction Conditions**
All transactions list transaction date and settlement date. Transactions are included on this statement based on settlement date. In the case of unsettled trades, we list the trade based on trade date instead of the settlement date with a notation that the trade is unsettled. Unsettled trades will not be reflected in position and cash balances.

Upon written request, Morgan Stanley Smith Barney will furnish the date and time of a transaction and the name of the other party to a transaction. Morgan Stanley Smith Barney and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

This page intentionally left blank

MorganStanley
SmithBarney

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

Your Financial Advisor
STOKEN/CURIO
MORGAN STANLEY
WINNETKA GALLERIA,568 LINCOLN AVE
WINNETKA, IL     60093
(847) 441-2810

PAGE 1 OF

Account Number
406 013734                    052

Roth IRA
Dated 07/27/05
Householding Anniv. Date:
07/18/2005
Access Your Account at:
www.morganstanley.com/online

(606253914446)
GLORIA K BERKWITS
2944 W RASCHER
CHICAGO IL 60625-3914

## Asset Summary

| | Value | % of Assets |
|---|---|---|
| Money Market Funds | $9,076.55 | 5.7% |
| Stocks | 24,300.86 | 15.3 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 67,666.20 | 42.7 |
| Government Securities | 57,735.84 | 36.3 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| Asset Value | $158,759.45 | |
| Cash | 45.00 | 0.0 |
| Total Asset Value | $158,804.45 | 100.0% |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| Money Market Funds | $33.72 | $33.72 |
| Stocks | 45.00 | 45.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 291.05 | 291.05 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| Total Income | $349.77 | $349.77 |

## Activity Summary

| | | |
|---|---|---|
| Total Asset Value July 31 2005 | | -$50.00 |
| Cash/Money Market Activity for August | | |
| Closing Balance 7/31 | | -$50.00 |
| Credits To Your Account | | |
| Dividends and Interest | 349.77 | |
| Deposits | 7,896.78 | |
| Sales Proceeds/Redemptions | 1,000.00 | |
| Other Credits | 0.00 | |
| Total Credits | | 9,246.55 |
| Debits To Your Account | | |
| Withdrawals | -75.00 | |
| Funds to Purchase Securities | 0.00 | |
| Other Debits | 0.00 | |
| Total Debits | | -75.00 |
| Closing Balance 8/31 | | 9,121.55 |

## Net Change Cash/Money Market Activity

| | | 9,171.55 |
|---|---|---|
| Changes in Asset Value for August | | |
| Value of Priced Assets 7/31 | $0.00 | |
| Securities Bought | 0.00 | |
| Securities Received | 148,530.56 | |
| Securities Sold/Redeemed | -1,000.00 | |
| Securities Delivered | 0.00 | |
| Transactions at Fund Company | 0.00 | |
| Change in Value of Priced Assets | 2,152.34 | |
| Value of Priced Assets 8/31 | | 149,682.90 |
| Net Change in Asset Value | | 149,682.90 |
| Total Asset Value as of August 31 2005 | | $158,804.45 |

Please see page xxx for your Account's Retirement Recap.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITS
2944 W RASCHER

Account Number
406 013734

PAGE 2 OF

052

## ASSET DETAILS

### Cash and Money Market Funds

| | Amount | Pct of Assets | Est Yrly Income | Annualized 30 Day Yield |
|---|---|---|---|---|
| CASH | 45.00 | --- | --- | Liquid Asset Fund............... 2.94% |
| LIQUID ASSET FUND | 9,076.55 | 5.7% | 266 | U. S. Gov't Money Market Tr........ 2.74% |
| Total Cash and Money Market Funds | $9,121.55 | 5.7% | $266 | |

Net Change Since Last Statement    $9,171.55

### Stocks

#### Common Stocks

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Dividend Yield | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 300 | COHEN&STEERS ADVG INC RLTY FD | 21.50 | 6,450.00 | 4.1% | 540 | 8.37% | RLF | Next Dividend Payable 09/05 |
| 350 | CORTS TR GE CAP CP | 25.89 | 9,061.50 | 5.7% | 525 | 5.79% | KVR | Next Dividend Payable 09/05 |
| 362 | ENTERPRISE PROD PRTNRS L.P. | 24.28 | 8,789.36 | 5.5% | 608 | 6.91% | EPD | Next Dividend Payable 11/05 |
| Total Stocks | | | $24,300.86 | 15.3% | $1,673 | 6.88% | | |

Net Change Since Last Statement    $24,300.86

### Corporate Fixed Income**

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| Corporate Bonds | | | | | | | | |
| 20,000 | GENERAL ELECTRIC CAPITAL CORP 5.450% QTRLY OCT DUE 04/15/23 CALLABLE $100.00 ON 04/15/08 | 99.090 | 19,818.00 | 12.5% | 1,090 | 5.50% | 133 | YIELD 5.5310% MOODY AAA    S&P AAA ISSUE 04/03/03 |
| 10,000 | LEHMAN BROTHERS HOLDINGS 6.000% MONTHLY 18 DUE 11/18/28 CALLABLE $100.00 ON 11/18/08 | 102.048 | 10,204.80 | 6.4% | 600 | 5.87% | 21 | YIELD TO MATURITY 5.8370% MOODY A1    S&P A ISSUE 11/18/03 |
| 10,000 | SLM CORP 5.600% MONTHLY 15 DUE 03/15/29 CALLABLE $100.00 ON 03/15/09 | 100.862 | 10,086.20 | 6.4% | 560 | 5.55% | 24 | YIELD TO CALL 5.3290% MOODY A2    S&P A ISSUE 01/23/04 |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITS
2944 W RASCHER

Account Number
406 013734

PAGE 3 OF

052

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| **Corporate Fixed Income** | | | | | | | |
| **Corporate Bonds** | | | | | | | |
| 10,000  BANK OF AMERICA CORP  6.000% MONTHLY 15 DUE 12/15/32  CALLABLE $100.00 ON 12/15/07 | 100.264 | 10,026.40 | 6.3% | 600 | 5.98% | 26 | YIELD TO MATURITY 5.9800% MOODY AA3 S&P A+ ISSUE 12/19/02 |
| Total Corporate Bonds | | 50,135.40 | 31.6% | 2,850 | 5.68% | 206 | |
| **Fixed-Rate Capital Securities** | | | | | | | |
| 330  JP MORGAN CHASE CAPITAL TRUST  7.000% QTRLY FEB DUE 02/15/32  CALLABLE $25.00 ON 02/15/07 | 25.76 | 8,500.80 | 5.4% | 577 | 6.79% | 0 | MOODY A1 |
| 340  ROCHESTER GAS AND ELEC SER UU  6.650% QTRLY MAR DUE 06/15/32  CALLABLE $25.00 ON 06/20/07 | 26.50 | 9,010.00 | 5.7% | 565 | 6.27% | 0 | MOODY AAA  S&P AAA |
| Total Fixed-Rate Capital Securities | | 17,510.80 | 11.1% | 1,142 | 6.52% | 0 | |
| Total Corporate Fixed Income | | $67,646.20 | 42.7% | $3,992 | 5.90% | $206 | |
| Net Change Since Last Statement | | $67,646.20 | | | | | |

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| **Government Securities**** | | | | | | | |
| **Federal Agencies** | | | | | | | |
| 44,000  FREDDIE MAC 2631 GG  5.000% MONTHLY 15 DUE 06/15/33 | 96.471 | 42,447.24 | 26.7% | 2,200 | 5.18% | 183 | ISSUE 06/01/03 AMORTIZED QUANTITY 44,000 |
| 5,000  FREDDIE MAC 2646 JJ  5.000% MONTHLY 15 DUE 07/15/33 | 97.752 | 4,887.60 | 3.1% | 250 | 5.11% | 20 | ISSUE 07/01/03 AMORTIZED QUANTITY 5,000 |
| 10,000  FHR 2677 CC  6.000% MONTHLY 15 DUE 09/15/33 | 104.010 | 10,401.00 | 6.5% | 600 | 5.76% | 49 | ISSUE 09/01/03 AMORTIZED QUANTITY 10,000 |
| Total Government Securities | | $57,735.84 | 36.3% | $3,050 | 5.28% | $254 | |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

GLORIA K BERKWITS
2944 W RASCHER

Account Number
406 013734

PAGE 4 OF

052

**CREDITS TO YOUR ACCOUNT**

Total Net Change In Priced Assets Since Last Statement $149,682.90

**TOTAL ASSET VALUE** $158,804.45

**Asset Summary**

| | Value | Income |
| --- | --- | --- |

Net Change Since Last Statement $57,735.84

Government Securities**

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
| --- | --- | --- | --- | --- | --- | --- | --- |

**Dividends and Interest**

| Date | Activity | Description | Amount | Income Category | |
| --- | --- | --- | --- | --- | --- |
| 08-15 | Interest | JP MORGAN CHASE   7000 *32FP315 | 144.38 | Corporate Fixed Income | 22700330 |
| 08-15 | Interest | SLM CORP   5600 *29MH15 | 46.67 | Corporate Fixed Income | 22710000 |
| 08-15 | Interest | BANK OF AMERICA   6000 *32DE15 | 50.00 | Corporate Fixed Income | 22710000 |
| 08-18 | Interest | LEHMAN BROTHERS   6000 *28NY18 | 50.00 | Corporate Fixed Income | 23010000 |
| 08-31 | Dividend | COHEN&STEERS ADVG INC RLTY FD | 45.00 | Stocks | 24300300 |
| 08-31 | Dividend | LIQUID ASSET FUND | 13.72 | Money Market Funds | 00000000 |

Total Dividends and Interest 349.77

See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.

**Est Yrly Income**

$8,982

**Deposits**

| Date | Activity | Description | Amount | Additional Information |
| --- | --- | --- | --- | --- |
| 08-10 | Funds Received | BROKER TO BROKER TRANSFER | 7,485.58 | FROM RAYMOND JAMES & ASSOCIAT 22289297 |
| 08-23 | Funds Received | BROKER TO BROKER TRANSFER | 411.20 | FROM RAYMOND JAMES & ASSOCIAT 23536239 |

Total Deposits $7,896.78   Year-To-Date   $7,896.78

**The "Current Price" and "Value" figures shown for fixed income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

GLORIA K BERKWITS
2944 W RASCHER

PAGE 5 OF
Account Number
406 013734                    052

## DEBITS TO YOUR ACCOUNT

### Sales Proceeds/Redemptions

| Trade Date | Settle Date | Activity | Quantity | Description | | | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 08-11 | 08-15 | Sold | 1,000 | FHR 2677 CC | 6000 | 335FRG | 100.0000 | 1,000.00 | CALLED REDEMPTION 08/15/05   22320526 |
| | | | | Total Sales Proceeds/Redemptions | | | | | Year-To-Date   $1,000.00 |
| | | Total Credits To Your Account | | | | | | $9,246.55 | Year-To-Date   $9,246.55 |

### Withdrawals

| Date | Activity | | Description | | | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 08-10 | Funds Paid | | BROKER TO BROKER TRANSFER | | | 75.00 | TO   RAYMOND JAMES & ASSOCIAT  22289299 |
| | | | Total Withdrawals | | | -75.00 | Year-To-Date   -75.00 |
| | | Total Debits To Your Account | | | | -75.00 | Year-To-Date   -125.00 |

## ADDITIONAL ACCOUNT INFORMATION

### Money Market

| Date | Activity | | Description | | | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| | | | Closing Balance 7/31 | | | 0.00 | |
| 08-11 | Automatic Investment | | LIQUID ASSET FUND | | | 7,360.58 | |
| 08-16 | Automatic Investment | | LIQUID ASSET FUND | | | 1,241.05 | |
| 08-19 | Automatic Investment | | LIQUID ASSET FUND | | | 50.00 | |
| 08-24 | Automatic Investment | | LIQUID ASSET FUND | | | 411.20 | |
| 08-31 | Dividend Reinvestment | | LIQUID ASSET FUND | | | 13.72 | |
| | | | Closing Balance 8/31 | | | 9,076.55 | |

### Securities Received

| Date | Activity | Quantity | Description | | | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 08-10 | Transfer | 362 | ENTERPRISE PROD PTNRS L.P. | | | | 9,129.64 | FROM RAYMOND JAMES & ASSOCIAT  22300412 |
| 08-10 | Transfer | 350 | CORTS TR GE CAP CP | | | | 8,932.00 | FROM RAYMOND JAMES & ASSOCIAT  22200412 |
| 08-10 | Transfer | 330 | JP MORGAN CHASE   7000 *32FB15 | | | | 8,467.80 | FROM RAYMOND JAMES & ASSOCIAT  22200412 |
| 08-10 | Transfer | 300 | COHEN&STERS ADVG INC RLTY FD | | | | 6,279.00 | FROM RAYMOND JAMES & ASSOCIAT  22200412 |

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

GLORIA K BERKMITS
2944 W RASCHER

PAGE 6 OF
Account Number
406 013734                    052

## Securities Received

| Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|
| 08-10 | Transfer | 340 | ROCHESTER G&E UT 6650 *32GN15 | | 9,040.60 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 11,000 | FHR 2677 CC 5000 33SFRG | | 11,205.09 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 5,000 | FHR 2647 CT 5000 33ZIRG | | 4,772.11 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 44,000 | FHR 2631 GG 5000 33DRKG | | 41,700.42 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 10,000 | LEHMAN BROTHERS 6000 *28RYU18 | | 9,977.30 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 10,000 | SLM CORP 5600 *29MH15 | | 9,827.70 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 10,000 | BANK OF AMERICA 6000 *32DB15 | | 9,813.70 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |
| 08-10 | Transfer | 20,000 | GBCC 5450 *23AP15 | | 19,385.20 | FROM RAYMOND JAMES & ASSOCIAT 22200412 |

Total Securities Received                                     148,530.56

## Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features | Year-To-Date |
|---|---|---|---|---|---|
| LIQUID ASSET FUND | | | | Reinvest Dividends | |
| Totals | $13.72 | $0.00 | $0.00 | | 148,530.56 |

## Retirement Recap

Account Valuation

| 2005 | 2004 |
|---|---|
| 158,804.45 | .00 |

MESSAGES

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

Your Financial Advisor
STOKEN/CURIO
MORGAN STANLEY
WINNETKA, GALLERIA,568 LINCOLN AVE
WINNETKA, IL 60093
(847) 441-2810

(606253914446)
GLORIA K BERKWITS
2944 W RASCHER
CHICAGO IL 60625-3914

PAGE 7 OF

Account Number
406 013734          052

Roth IRA
Dated 07/27/05
Householding Anniv. Date:
07/18/2005

Access Your Account at:
www.morganstanley.com/online

GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss Summary is not a substitute 1099 form (or any other appropriate tax form) and should not be filed with your taxes. The figures should be independently verified. Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as the existence of hedging transactions, constructive sales or marked-to-market pricing adjustments on certain options held at year-end.

Please note that although Morgan Stanley DW Inc. makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums/ exercise of unlisted stock options/ securities deemed to have been sold and simultaneously repurchased/ receipt of cash in lieu of fractional shares/ or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley DW Inc., for example, securities purchased elsewhere and later transferred to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution or Morgan Stanley DW Inc., it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information. Please contact your Financial Advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemptions, please see applicable offering document.

With respect to estimated gains and losses for listed equity options, Morgan Stanley has taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. Morgan Stanley has made calculations using what appear to be off-setting positions; no assurance can be given that these positions are intended to off-set each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurance can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITIS
2944 W RASCHER

PAGE 8 OF
Account Number
406 013734

052

## Stocks

### Common Stocks

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| COHEN&STEERS ADVG INC RITY FD | 300 | 06-05-02 | 16.34173 | 4,902.52 E | 6,450.00 | 1,547.48 | Long Term |
| CORTS TR GE CAP CP | 350 | 02-07-05 | 26.21717 | 9,176.01 E | 9,061.50 | (114.51) | Short Term |
| ENTERPRISE PROD PRTNRS L.P. | 362 | 02-03-03 | 17.80831 | 6,446.61 E | 8,789.36 | 2,342.75 | Long Term |

### Corporate Fixed Income**

#### Corporate Bonds

| | | | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| GECC | 5.450 | 4-15-23 | 20,000 | 03-28-03 | 100.02000 | 20,004.00 E | 19,818.00 | (186.00) | Long Term |
| LEHMAN BROTHERS | 6.000 | 11-18-28 | 10,000 | 09-01-04 | 102.55000 | 10,255.00 E | 10,204.80 | (50.20) | Short Term |
| SLM CORP | 5.600 | 3-15-29 | 10,000 | 11-24-04 | 97.48000 | 9,748.00 E | 10,086.20 | 338.20 | Short Term |
| BANK OF AMERICA | 6.000 | 12-15-32 | 10,000 | 12-16-02 | 100.04000 | 10,004.00 E | 10,026.40 | 22.40 | Long Term |

#### Fixed-Rate Capital Securities

| | | | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| JP MORGAN CHASE | 7.000 | 2-15-32 | 330 | 02-03-04 | 27.51152 | 9,078.80 E | 8,500.80 | (578.00) | Long Term |
| ROCHESTER GEE UU | 6.650 | 6-15-32 | 340 | 04-25-05 | 26.80803 | 9,114.73 E | 9,010.00 | (104.73) | Short Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKHTIS
2944 W RASCHER

PAGE 9 OF
Account Number
406 013734

## Government Securities**

### Federal Agencies

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| FHR 2631 GG  5.000  6-15-33 | 20.000 | 06-10-03 | 100.02000 | 20,004.00 E | 19,294.20 | (709.80) | Long Term |
| | 24.000 | 06-16-03 | 100.01000 | 24,004.00 E | 23,153.04 | (850.96) | Long Term |
| | 44.000 | | 100.01818 | 44,008.00 | 42,447.24 | (1,560.76) | Long Term |
| FHR 2646 JJ  5.000  7-15-33 | 5.000 | 07-02-03 | 100.04000 | 2,481.62 E | 4,887.60 | 2,405.98 | Long Term |
| FHR 2677 CC  10.000  9-15-33 | 10.000 | 09-15-03 | 100.03000 | 10,003.34 E | 10,401.00 | 397.66 | Long Term |

Total for positions with cost data available        $145,222.63        $149,682.90        $4,460.27

Total Market Value for all positions        $149,682.90

E - This transaction was executed elsewhere and the securities were later transferred to your Morgan Stanley DW Inc. account. The trade history for this transaction was provided to Morgan Stanley DW Inc. by your prior financial institution.

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

| Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Adjusted Total Cost | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| Long Term | | | | | | | |
| FHR 2677 CC  6.000  9-15-33 | 1.000 | 09-15-03 | 08-11-05 | 1,000.30 E | 1,000.00 | (.30) | Long Term |
| Sub Total Long Term | | | | 1,000.30 | 1,000.00 | (.30) | |

Totals for closing transactions with cost data available        $1,000.30        $1,000.00        ($0.30)

Total Proceeds        $1,000.00

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

052

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITS
2944 W RASCHER

PAGE 10 OF
Account Number
406 013734

052

### Realized Gain/(Loss)

| Quantity | Date Acquired | Date Sold | Adjusted Total Cost | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|

E - This transaction was executed elsewhere and the securities were later transferred to your Morgan Stanley DW Inc. account. The trade history for this transaction was provided to Morgan Stanley DW Inc. by your prior financial institution.

### Summary

| | Short Term | Long Term | Total |
|---|---|---|---|
| Unrealized gain | $338.20 | $6,716.27 | $7,054.47 |
| Unrealized (loss) | ($269.44) | ($2,324.76) | ($2,594.20) |
| Realized gain YTD | $0.00 | $0.00 | $0.00 |
| Realized (loss) YTD | $0.00 | ($.30) | ($.30) |

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITS
2944 W RASCHER

PAGE 11 OF

Account Number
406 013734

052

## INDIVIDUAL EQUITY RATINGS

| DESCRIPTION | QUANTITY | CURRENT-PRICE | MARKET-VALUE | MORGAN STANLEY RESEARCH | | | ADDITIONAL RESEARCH | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | RATING | INDUSTRY VIEW | VOLATILITY | NAME | RATING |
| ENTERPRISE PROD PRTNRS L.P. | 362 | 24.28 | 8,789.36 | Equal-weight | Cautious | - | S&P | 3* Hold |

Independent, third-party research on equity securities of certain companies covered by Morgan Stanley Equity Research is available to U.S. customers of Morgan Stanley at no cost. Customers can access this research by visiting www.morganstanley.com/equityresearch, by calling 800-624-2063 or by contacting a Morgan Stanley representative to request that a copy of this research be sent to them.

Research does not provide individually tailored investment advice. Research reports are prepared without regard to the individual financial circumstances and objectives of persons who receive them. The securities and other financial instruments discussed in any report may not be suitable for or available to all investors. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's investment objectives, financial situation, investment horizon and existing holdings) and other considerations. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the views of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives as well as market conditions as the time. For additional information, please contact a Morgan Stanley representative.

## RESEARCH RATINGS DEFINITIONS

Morgan Stanley Stock Ratings
Overweight (O) : The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Equal-weight (E) : The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Underweight (U) : The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
More volatile (V) : We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

Morgan Stanley Industry Views
Attractive (A) : The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark named on the cover of the corresponding report.
In-line (I) : The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark named on the cover of the corresponding report.
Cautious (C) : The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark named on the cover of the corresponding report.
Unless otherwise specified, the time frame for Morgan Stanley price targets is 12 to 18 months.

RETIREMENT ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005
GLORIA K BERKWITS
2944 W RASCHER

PAGE 12 OF
Account Number
406 013734

052

# RESEARCH RATINGS DEFINITIONS

S&P
5* Strong Buy : Stock expected to outperform the S&P 500 Index by a wide margin, with shares rising in absolute price over the next 12 months.
4* Buy : Stock expected to outperform the S&P 500 Index, with shares rising in absolute price over the next 12 months.
3* Hold : Stock expected to closely approximate that of the S&P 500 Index, with shares generally rising in price over the next 12 months.
2 Sell : Stock expected to underperform the S&P 500 Index, and share price is not anticipated to show a gain over the next 12 months.
1* Strong Sell : Stock expected to underperform the S&P 500 Index, with shares falling in absolute price over the next 12 months.

"NA" appearing for either Morgan Stanley or an independent third party research provider indicates that the ratings for this company are not available because under Morgan Stanley policy and/or applicable regulations, Morgan Stanley may be precluded from issuing or providing such information with respect to this company at this time, or coverage is otherwise suspended and consequently research reports should not be relied upon for this information.

"NC" appearing on the Morgan Stanley ratings line indicates that Morgan Stanley does not carry an opinion on this security. Morgan Stanley might carry an opinion on a different security on this company. Please contact your Financial Advisor for information.

The securities ratings that appear here have been taken from research reports prepared by Morgan Stanley Equity Research as well as reports prepared by independent third party research providers who were selected by Morgan Stanley's Independent Consultant and are provided for information purposes only. The independent third party research reports were prepared without input from Morgan Stanley. Morgan Stanley does not represent that these reports are accurate or complete. The independent third party research provider whose rating is shown for each security may not be representative of the ratings assigned to that security by other independent third party research providers or by Morgan Stanley. Research reports from such independent third party research providers are generally available on our website, as well as current and historical ratings for the providers. You are encouraged to review this and all other relevant information available regarding your investment. Different providers use different terms and systems to describe the recommendations in their research reports. For example, Morgan Stanley uses a relative rating system including terms such as Overweight, Equal-weight or Underweight (see explanations within definitions section). In addition, Morgan Stanley applies an industry rating system which compares the analyst's view of the industry to the broader market benchmark. A rating system using terms such as buy, hold and sell may not be equivalent to our rating system. Investors should carefully read the explanations of all ratings shown. The ratings assigned to each security and the explanations for the ratings used by the independent third party research providers have been furnished to us by such providers. In addition, since the research report contains more complete information concerning the analyst's views, investors should read the entire research report and not infer its contents from the rating alone.

All ratings shown on statements are as of the last business day of the month. All ratings shown on confirms are as of the current business day.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

Your Financial Advisor
STOKEN/CURIO
MORGAN STANLEY
WINNETKA GALLERIA, 568 LINCOLN AVE
WINNETKA, IL  60093
(847) 441-2810

PAGE 1 OF

Account Number
406 013718        052

IRA Rollover
Dated 07/18/05
Householding Anniv. Date:
07/18/2005

Access Your Account at:
www.morganstanley.com/online

GLORIA K BERKWITS
2944 W RASCHER AVE
CHICAGO IL 60625

## Asset Summary

|  | Value | % of Assets |
|---|---|---|
| Money Market Funds | $30,998.43 | 15.2% |
| Stocks | 31,314.90 | 15.6 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 34,234.60 | 16.9 |
| Government Securities | 106,144.17 | 52.3 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| Asset Value | $202,692.10 | 100.0% |
| Cash | 0.00 | 0.0 |
| Total Asset Value | $202,692.10 | |

## Income Summary

|  | This Month | Year-To-Date |
|---|---|---|
| Money Market Funds | $2.41 | $2.41 |
| Stocks | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| Total Income | $2.41 | $2.41 |

## Activity Summary

| | |
|---|---|
| Total Asset Value June 30 2005 | $0.00 |
| Cash/Money Market Activity for July | |
| Closing Balance 6/30 | $0.00 |
| Credits To Your Account | |
| Dividends and Interest | 2.41 |
| Deposits | 31,147.32 |
| Sales Proceeds/Redemptions | 0.00 |
| Other Credits | 0.00 |
| Total Credits | 31,149.73 |
| Debits To Your Account | |
| Withdrawals | -101.30 |
| Funds to Purchase Securities | -50.00 |
| Other Debits | |
| Total Debits | -151.30 |
| Closing Balance 7/31 | 30,998.43 |
| Net Change Cash/Money Market Activity | 30,998.43 |
| Changes in Asset Value for July | |
| Value of Priced Assets 6/30 | $0.00 |
| Securities Bought | 0.00 |
| Securities Received | 171,760.28 |
| Securities Sold/Redeemed | 0.00 |
| Securities Delivered | 0.00 |
| Transactions at Fund Company | 0.00 |
| Change in Value of Priced Assets | -66.61 |
| Value of Priced Assets 7/31 | 171,693.67 |
| Net Change in Asset Value | 171,693.67 |
| Total Asset Value as of July 31 2005 | $202,692.10 |

Please see page xxx for your Account's Retirement Recap.

*Lehman page 3*

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005
GLORIA K BERKMITS
2944 W RASCHER AVE

PAGE 2 OF
Account Number
406 013718
052

## ASSET DETAILS

| | Amount | Pct of Assets | Est Yrly Income | | |
|---|---|---|---|---|---|
| **Cash and Money Market Funds** | | | | | Annualized 30 Day Yield |
| CASH | .00 | --- | --- | | Liquid Asset Fund........... 2.77% |
| LIQUID ASSET FUND | 30,998.43 | 15.2% | 858 | | U. S. Gov't Money Market Tr........ 2.55% |
| **Total Cash and Money Market Funds** | $30,998.43 | 15.2% | $858 | | |
| Net Change Since Last Statement | $30,998.43 | | | | |

| | Current Price | Value | Pct of Assets | Est Yrly Income | Dividend Yield | Symbol | Additional Information |
|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | |
| **Common Stocks** | | | | | | | |
| 700  MORGAN STAN INCOME SECURITIES | 15.94 | 11,158.00 | 5.6% | 682 | 6.11% | ICB | Next Dividend Payable 08/05 |
| 196  SHURGARD STORAGE CENTERS A | 46.90 | 9,192.40 | 4.5% | 439 | 4.77% | SHU | Next Dividend Payable 09/05 |
| **Total Common Stocks** | | 20,350.40 | 10.1% | 1,121 | 5.51% | | |
| **Preferred Stocks** | | | | | | | |
| 200  ABN AMRO CAP VI 6.2500 | 25.91 | 5,182.00 | 2.6% | 312 | 6.03% | ABN.F | MOODY A2          S&P A<br>Next Dividend Payable 09/05 |
| 225  MBNA CORP 7.50 CUM PRF A | 25.70 | 5,782.50 | 2.9% | 421 | 7.29% | KRB.A | MOODY BA1       S&P BB+ (+)<br>Next Dividend Payable 10/05 |
| **Total Preferred Stocks** | | 10,964.50 | 5.5% | 734 | 6.69% | | |
| **Total Stocks** | | $31,314.90 | 15.6% | $1,856 | 5.92% | | |
| Net Change Since Last Statement | | $31,314.90 | | | | | |

Watchlist and CreditWatch Indicators (+) = developing/uncertain    (+) = On Watchlist/CreditWatch Upgrade    (-) = On Watchlist/CreditWatch Downgrade
For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

GLORIA K BERKWITS
2944 W RASCHER AVE

PAGE 3 OF

Account Number
406 013718

052

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| **Corporate Fixed Income**\*\* | | | | | | | | |
| **Corporate Bonds** | | | | | | | | |
| 10,000 | HOUSEHOLD FINANCE CORP<br>6.000% APR/OCT 15 DUE 10/15/23<br>CALLABLE $100.00 ON 10/15/08 | 98.945 | 9,894.50 | 4.9% | 600 | 6.06% | 176 | YIELD TO MATURITY 6.0960%<br>MOODY A1          S&P A<br>ISSUE 10/23/03 |
| 10,000 | SLM CORP SER B-ED<br>5.650% MONTHLY 15 DUE 12/15/29<br>CALLABLE $100.00 ON 12/15/09 | 98.984 | 9,898.40 | 4.9% | 565 | 5.70% | 25 | YIELD TO MATURITY 5.7270%<br>MOODY A2          S&P A<br>ISSUE 10/21/04 |
| | **Total Corporate Bonds** | | 19,792.90 | 9.8% | 1,165 | 5.88% | 201 | |
| **Fixed-Rate Capital Securities** | | | | | | | | |
| 350 | INDIANA MICHIGAN POWER CO SER<br>D<br>6.000% JUN/DEC 31 DUE 12/31/32<br>CALLABLE $25.00 ON 11/22/07 | 26.04 | 9,114.00 | 4.5% | 525 | 5.76% | 0 | MOODY A2          S&P AAA |
| 210 | LEHMAN CAPITAL TRUST IV<br>6.375% QTRLY FEB  DUE 10/31/52<br>CALLABLE $25.00 ON 10/31/08 | 25.37 | 5,327.70 | 2.6% | 334 | 6.28% | 0 | MOODY A2          S&P BBB+ |
| | **Total Fixed-Rate Capital Securities** | | 14,441.70 | 7.1% | 859 | 5.95% | 0 | |
| | **Total Corporate Fixed Income** | | $34,234.60 | 16.9% | $2,024 | 5.91% | $201 | |
| | **Net Change Since Last Statement** | | $34,234.60 | | | | | |

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| **Government Securities**\*\* | | | | | | | | |
| **Treasury Securities** | | | | | | | | |
| 11,000 | U S TREASURY BOND FED STRIP<br>INTEREST PAYMENT<br>ZERO COUPON       DUE 11/15/08 | 87.504 | 9,625.44 | 4.7% | 0 | 0.00% | 0 | S&P  AAA<br>CUSIP 912833GD6 |

\*\*The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect
the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

GLORIA K BERKWITZ
2944 W RASCHER AVE

PAGE 4 OF
Account Number
406 013718    052

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| **Government Securities**** | | | | | | | |
| **Federal Agencies** | | | | | | | |
| 25,000 GOVERNMENT NATIONAL MTG ASSN POOL 031858 9.000% MONTHLY 01 DUE 06/15/09 | 105.744 | 79.80 | N/A | 6 | 8.50% | | ISSUE 07/01/79 AMORTIZED QUANTITY 75 |
| 10,000 FED NATL MTG ASSN 5.750% MAY/NOV 54 CALLABLE $100.00 ON 08/11/05 | 99.250 | 9,925.00 | 4.9% | 575 | 5.79% | 122 | YIELD TO MATURITY 5.8190% MOODY AAA S&P AAA ISSUE 11/15/02 |
| 16,000 FANNIE MAE REM#1993-53 K PE OID 5.750% MONTHLY 25 DUE 04/25/23 | 102.288 | 6,799.48 | 3.4% | 382 | 5.62% | 31 | ISSUE 04/01/93 AMORTIZED QUANTITY 6,647 |
| 11,000 FHR 2650 DB 5.000% MONTHLY 15 DUE 02/15/33 | 95.775 | 10,535.25 | 5.2% | 550 | 5.22% | 45 | ISSUE 07/01/03 AMORTIZED QUANTITY 11,000 |
| 8,000 FHR 2645 KK 5.000% MONTHLY 15 DUE 07/15/33 | 98.261 | 7,860.88 | 3.9% | 400 | 5.08% | 33 | ISSUE 07/01/03 AMORTIZED QUANTITY 8,000 |
| 9,000 FREDDIE MAC 2646 JJ 5.000% MONTHLY 15 DUE 07/15/33 | 96.457 | 4,306.92 | 2.1% | 223 | 5.18% | 18 | ISSUE 07/01/03 AMORTIZED QUANTITY 4,465 |
| 11,000 FREDDIE MAC 2661 AA 6.000% MONTHLY 15 DUE 08/15/33 | 100.753 | 11,082.83 | 5.5% | 660 | 5.95% | 54 | ISSUE 08/01/03 AMORTIZED QUANTITY 11,000 |
| 20,000 FHR 2713 WB 6.000% MONTHLY 15 DUE 12/15/33 | 100.650 | 7,118.67 | 3.5% | 424 | 5.96% | 35 | ISSUE 12/01/03 AMORTIZED QUANTITY 7,072 |
| 10,000 FREDDIE MAC 2795 JD 6.000% MONTHLY 15 DUE 04/15/34 | 101.377 | 10,137.70 | 5.0% | 600 | 5.91% | 49 | ISSUE 05/01/04 AMORTIZED QUANTITY 10,000 |
| 18,000 FHR 2791 JE 6.000% MONTHLY 15 DUE 05/15/34 | 102.730 | 18,491.40 | 9.1% | 1,080 | 5.84% | 89 | ISSUE 05/01/04 AMORTIZED QUANTITY 18,000 |
| 10,000 FHR 2810 LL 6.000% MONTHLY 15 DUE 06/15/34 | 101.808 | 10,180.80 | 5.0% | 600 | 5.89% | 49 | ISSUE 06/01/04 AMORTIZED QUANTITY 10,000 |
| **Total Federal Agencies** | | 96,518.73 | 47.6% | 5,501 | 5.70% | 533 | |
| **Total Government Securities** | | $106,144.17 | 52.3% | $5,501 | 5.18% | $533 | |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

GLORIA K BERKWITS
2944 W RASCHER AVE

**Asset Summary**

| Government Securities** | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| Net Change Since Last Statement | $106,144.17 | | | | | | |

| | Value | Est Yrly Income |
|---|---|---|
| TOTAL ASSET VALUE | $202,692.10 | |
| Total Net Change In Priced Assets Since Last Statement $171,693.67 | | $10,240 |

**CREDITS TO YOUR ACCOUNT**

**Dividends and Interest**

| Date | Activity | Description | Amount | Income Category |
|---|---|---|---|---|
| 07-29 | Dividend | LIQUID ASSET FUND | 2.41 | Money Market Funds |
| | | Total Dividends and Interest | 2.41 | 00000000 |

See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.

**Deposits**

| Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|
| 07-27 | Funds Received | BROKER TO BROKER TRANSFER | 31,147.32 | FROM RAYMOND JAMES & ASSOCIAT 20878367 |
| | | Total Deposits | $31,147.32 | Year-To-Date    $31,147.32 |
| | | Total Credits To Your Account | $31,149.73 | Year-To-Date    $31,149.73 |

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect
the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

GLORIA K BERKWITS
2944 W RASCHER AVE

PAGE 6 OF
Account Number
406 013718        052

## DEBITS TO YOUR ACCOUNT

| | Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|---|
| Withdrawals | 07-27 | Funds Paid | BROKER TO BROKER TRANSFER | 101.30 | TO  RAYMOND JAMES & ASSOCIAT 20878369 |
| | | | Total Withdrawals | -101.30 | Year-To-Date  -101.30 |

| | Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|---|
| Other Debits | 07-19 | Charge | CUSTODY FEE | -50.00 | 18600183 |
| | | | TOTAL OTHER DEBITS | -50.00 | Year-To-Date  -50.00 |

| Total Debits To Your Account | -151.30 | Year-To-Date  -151.30 |
|---|---|---|

## ADDITIONAL ACCOUNT INFORMATION

| | Date | Activity | Description | Amount | Additional Information |
|---|---|---|---|---|---|
| Money Market | | | Closing Balance 6/30 | 0.00 | |
| | 07-28 | Automatic Investment | LIQUID ASSET FUND | 30,996.02 | 20875560S |
| | 07-29 | Dividend Reinvestment | LIQUID ASSET FUND | 2.41 | 00000000 |
| | | | Closing Balance 7/31 | 30,998.43 | |

| | Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| Securities Received | 07-27 | Transfer | 225 | MBNA CORP 7.50 CUM PRF A | | 5,748.75 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 196 | SHURGARD STORAGE CENTERS A | | 9,161.04 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 350 | INDIANA MI PWR D  6000  *32DE31 | | 9,194.50 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 200 | ABN AMRO CAP VI 6.2500 | | 5,170.00 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 210 | LEHMAN CAP TR IV  6375  *520C31 | | 5,331.90 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 11,000 | FHR 2650 DB        5000  33F8RG | | 10,556.61 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 8,000 | FHR 2645 KK        5000  33JLRG | | 7,843.91 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 20,000 | FHR 2713 WB        6000  33DERG | | 7,120.82 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 18,000 | FHR 2791 JE        6000  34MYRG | | 18,504.70 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 10,000 | FHR 2810 LL        6000  34DNRG | | 10,181.88 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| | 07-27 | Transfer | 11,000 | FHR 2661 AA        6000  33AURG | | 11,084.39 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005
GLORIA K BERKHITS
2944 W RASCHER AVE

PAGE 7 OF
Account Number
406 013718      052

## Securities Received

| Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|
| 07-27 | Transfer | 9,000 | FHR 2646 JJ 5000 33JLRG | | 4,307.72 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 10,000 | FHR 2795 JD 6000 34APRG | | 10,199.31 | FROM RAYMOND JAMES & ASSOCIAT 20800413 |
| 07-27 | Transfer | 25,000 | GNMA POOL 031858 9000 092NL5 | | 79.81 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 10,000 | FNMA 5750 *22NY14 | | 9,929.81 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 10,000 | SLM CORP SER B-ED 5650 *29DEL5 | | 9,928.10 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 10,000 | HOUSEHOLD FINANCE 6000 *23OC15 | | 9,903.10 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 10,000 | FN93 53-K 5750 23APRG | | 9,897.30 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 16,000 | MORGAN STAN INCOME SECURITIES | | 6,805.84 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 700 | | | 11,109.00 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |
| 07-27 | Transfer | 11,000 | US TSY BD FED STR000000 08NV15 | | 9,631.60 | FROM RAYMOND JAMES & ASSOCIAT 20800412 |

Total Securities Received          171,760.28   Year-To-Date   171,760.28

## Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| LIQUID ASSET FUND | 2.41 | 0.00 | 0.00 | Reinvest Dividends |
| Totals | $2.41 | $0.00 | $0.00 | |

## Account Valuation

| 2005 | 2004 |
|---|---|
| 202,692.10 | .00 |

## Retirement Recap

MESSAGES

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

GLORIA K BERKNITS
2944 W RASCHER AVE

PAGE 8 OF

Account Number
406 013718

052

Please Check that our Records are Correct

In a continuing effort to keep our client records up to date, listed below is the information we have on file for your account.
Please advise your Financial Advisor immediately if any of this information is incorrect. We will consider this information
correct unless you let us know of any changes or errors.

Account
Registration                    GLORIA K BERKNITS
                                MORGAN STANLEY DW INC CUST FOR
                                GLORIA K BERKNITS
                                IRA ROLLOVER DATED 07/18/05
                                2944 W RASCHER AVE
                                CHICAGO IL 60625
Telephone Number                773-561-8777
Date of Birth                   mm/dd/1926
Tax I.D.                        XXX-XX-1718
Annual Income                   $100,000
Net Worth                       $1,000,000
Investment Objectives*          Income, Capital Appreciation
Occupation                      RETIRED
Occupation Area                 PROFESSIONAL CORPORATION

*For your reference, below you'll find a description of the investment objective(s) we have on file for you:

Income - for investors seeking regular income with low to moderate risk to principal;
Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal;
Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal;
Speculation - for investors seeking high profits or quick returns with considerable possibility of losing most or all
of their investment.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005

Your Financial Advisor
STOKEN/CURIO
MORGAN STANLEY
WINNETKA GALLERIA,568 LINCOLN AVE
WINNETKA, IL   60093
(847)  441-2810

PAGE 9 OF

Account Number
406 013718                    052

IRA Rollover
Dated 07/18/05
Householding Anniv. Date:
07/18/2005

GLORIA K BERKWITS
2944 W RASCHER AVE
CHICAGO IL 60625

Access Your Account at:
www.morganstanley.com/online

GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss Summary is not a substitute for the 1099 form (or any other appropriate tax form) and should not be filed with your taxes. The figures should be independently verified. Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as the existence of hedging transactions, constructive sales or marked-to-market pricing adjustments on certain options held at year-end.

Please note that although Morgan Stanley DW Inc. makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of unlisted stock options; securities deemed to have been sold and simultaneously repurchased; receipt of cash in lieu of fractional shares; or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley DW Inc., for example, securities purchased elsewhere and later transferred to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution or Morgan Stanley DW Inc., it is your responsibility to ensure the accuracy of all of the Estimated Gain and Loss information. Please contact your Financial Advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemption, please see applicable offering document.

With respect to estimated gains and losses for listed equity options, Morgan Stanley has taken into account option premiums paid or received and, in respect to multiple purchases and/or sales, calculated cost using an average unit price for all like positions. Morgan Stanley has made calculations using what appear to be off-setting positions; no assurance can be given that these positions are intended to off-set each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurance can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005
GLORIA K BERKWITS
2944 W RASCHER AVE

PAGE 10 OF
Account Number
406 013718

052

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Unrealized Gain/(Loss)** | | | | | | | |
| **Stocks** | | | | | | | |
| **Common Stocks** | | | | | | | |
| MORGAN STAN INCOME SECURITIES | 700 | 09-25-02 | 15.78473 | 11,049.31 E | 11,158.00 | 108.69 | Long Term |
| SHURGARD STORAGE CENTERS A | 196 | 07-27-05 | | please provide | 9,192.40 | | |
| **Preferred Stocks** | | | | | | | |
| ABN AMRO CAP VI 6.2500 | 200 | 01-14-04 | 26.61960 | 5,323.92 E | 5,182.00 | (141.92) | Long Term |
| MBNA CORP 7.50 CUM PRF A | 225 | 02-03-03 | 25.95587 | 5,840.07 E | 5,782.50 | (57.57) | Long Term |
| **Corporate Fixed Income**** | | | | | | | |
| **Corporate Bonds** | | | | | | | |
| HOUSEHOLD FINANCE 6.000 10-15-23 | 10,000 | 10-15-03 | 100.04000 | 100,004.00 E | 9,894.50 | (109.50) | Long Term |
| SLM CORP SER B-ED 5.650 12-15-29 | 10,000 | 10-15-04 | 100.04000 | 10,004.00 E | 9,898.40 | (105.60) | Short Term |
| **Fixed-Rate Capital Securities** | | | | | | | |
| INDIANA MI PWR D 6.000 12-31-32 | 350 | 02-15-05 | 26.81463 | 9,385.12 E | 9,114.00 | (271.12) | Short Term |
| LEHMAN CAP TR IV 6 3/8 10-31-52 | 210 | 01-14-04 | 26.53733 | 5,572.84 E | 5,327.70 | (245.14) | Long Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

**The "Market Value" and "Unrealized Gain/(Loss)" figure shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

PAGE 11 OF
Account Number
406 013718

052

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005
GLORIA K BERKWITS
2944 W RASCHER AVE

Unrealized Gain/(Loss)

Government Securities***

Treasury Securities

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| US TSY BD FED STR .000 11-15-08 | 11,000 | 07-27-05 | please provide | | 9,625.44 | | |
| **Federal Agencies** | | | | | | | |
| GNMA POOL 031858 9.000 6-15-09 | 25,000 | 07-27-05 | please provide | | 79.80 | | |
| FNMA 5 3/4 11-14-22 | 10,000 | 11-07-02 | 100.04000 | 10,004.00 E | 9,925.00 | (79.00) | Long Term |
| FN93 53-K 5 3/4 4-25-23 | 16,000 | 07-27-05 | please provide | | 6,799.48 | | |
| FHR 2650 DB 5.000 2-15-33 | 11,000 | 07-07-03 | 100.03000 | 11,004.00 E | 10,535.25 | (468.75) | Long Term |
| FHR 2645 KK 5.000 7-15-33 | 8,000 | 07-02-03 | 100.02000 | 8,001.69 E | 7,860.88 | (140.81) | Long Term |
| FHR 2646 JU 5.000 7-15-33 | 9,000 | 07-02-03 | 100.02000 | 4,466.02 E | 4,306.92 | (159.10) | Long Term |
| FHR 2661 AA 6.000 8-15-33 | 11,000 | 08-15-03 | 100.02000 | 11,002.45 E | 11,082.83 | 80.38 | Long Term |
| FHR 2713 WB 6.000 12-15-33 | 20,000 | 12-15-03 | 100.39000 | 7,100.29 E | 7,118.67 | 18.38 | Long Term |
| FHR 2795 JD 6.000 4-15-34 | 10,000 | 04-19-05 | 101.04000 | 10,104.00 E | 10,137.70 | 33.70 | Short Term |
| FHR 2791 JE 6.000 5-15-34 | 18,000 | 04-23-04 | 101.02000 | 18,004.00 E | 18,491.40 | 487.40 | Long Term |
| FHR 2810 LL .6.000 6-15-34 | 10,000 | 06-15-04 | 99.79000 | 9,979.00 E | 10,180.80 | 201.80 | Long Term |
| **Totals for positions with cost data available** | | | | $146,844.71 | $145,996.55 | ($848.16) | |
| **Total Market Value for all positions** | | | | | $171,693.67 | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

RETIREMENT ACCOUNT
FOR MONTH ENDING JULY 31, 2005
GLORIA K BERKWITZ
2944 W RASCHER AVE

PAGE 12 OF
Account Number
406 013718

052

Unrealized Gain/(Loss)

| Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|

E - This transaction was executed elsewhere and the securities were later transferred to your Morgan Stanley DW Inc. account. The trade history for this transaction was provided to Morgan Stanley DW Inc. by your prior financial institution.

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

Summary

| | Short Term | Long Term | Total |
|---|---|---|---|
| Unrealized gain | $33.70 | $896.65 | $930.35 |
| Unrealized (loss) | ($376.72) | ($1,401.79) | ($1,778.51) |
| Realized gain YTD | $0.00 | $0.00 | $0.00 |
| Realized (loss) YTD | $0.00 | $0.00 | $0.00 |