Kenneth L. Kresse
11267 Ardencroft Drive S.
Jacksonville, Florida 32246

Residence: 904-645-6063

November 1, 2010

Chambers of the Honorable James M, Peck
One Bowling Green
Courtroom 601
New York, New York 10004

RE: Lehman Brothers Inc., Bankruptcy Filing, Case Number 08-13555, Title of Objection Number 58, Claim number 4558

Dear Honorable James M. Beck,

I Kenneth L. Kresse am a debtor and claimant to the case involving Lehman Brothers Holdings, Inc. Chapter 11 Bankruptcy. I filed claim with the United States Bankruptcy Court, Southern District of New York on May 22, 2009.

In February 06, 2008 I purchased a Lehman Bros. Holdings bond in the amount of $20.000,00 through Sun Trust Investment Services with a rating of A+ by Standard & Poor's. I am enclosing proof of purchase by showing my Sun Trust statement with the transfer of assets to purchase said bond, confirmation of purchase and a copy of Form 10 originally filed on 5/22/2009.

Please consider my claim for repayment as I am retired, disabled and living on a fixed income.

If for any reason you need additional forms or additional information please contact me at the above address or phone number.

Thank You,

*Kenneth L. Kresse*

Kenneth L. Kresse

RECEIVED
NOV - 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)

                       Debtors.                    :    (Jointly Administered)

------------------------------------------------------------x

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000004604 MAIL ID *** 0035611715 *** BSIUSE: 252

KRESSE, KENNETH L.
11267 ARDENCROFT DR S
JACKSONVILLE, FL 32246

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address: | | |
|---|---|---|
| KRESSE, KENNETH L.<br>11267 ARDENCROFT DR S<br>JACKSONVILLE, FL 32246 | Claim Number: | 4558 |
| | Date Filed: | 5/26/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 20,000.00 |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on December 1, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel Erik Encarnacion, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED: October 13, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# SunTrust Investment Services, Inc.
*A SunTrust Company*

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREET
RICHMOND    VA 23219

H7111030008
KENNETH L KRESSE
TOD ON FILE
11267 ARDENCROFT DR S
JACKSONVILLE FL 32246

## IMPORTANT MESSAGE

INVESTMENT PRODUCTS OFFERED THROUGH SUNTRUST INVESTMENT SERVICES, INC. A BROKER DEALER AFFILIATE OF SUNTRUST BANKS, INC. AND A MEMBER OF THE NASD AND SIPC. INVESTMENT PRODUCTS, UNLESS OTHERWISE SPECIFIED, ARE NOT FDIC INSURED, NOT BANK GUARANTEED, MAY LOSE VALUE.

**Account:** F8R-080330
**Confirm Date:** 02/08/2008

**Investment Rep Name:** SANDRA SAMBITO
**For Questions Call:** (800) 874-4770

## TRADE CONFIRMATION SUMMARY REPORT

**Trade Date:** 02-06-08    **Settlement Date:** 02-12-08

| YOU BOUGHT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Cusip | Price | Type | Reg Rep | Exch / Orig |
| | 08037-873189 | 20,000 | 52519FFF3 | 100 | 1* | 6K4 6K4 | 4* |

Principal Amount: 20,000.00
Settlement Amount: 20,000.00

**SECURITY DESCRIPTION**
LEHMAN BROS HLDGS INC LEHMAN CALL
WE HAVE ACTED AS PRINCIPAL.
COUPON 6.00000%  MATURITY DATE 02/12/2020
CALLABLE NEXT CALL 02/12/10 @ 100.000
YIELD TO MATURITY 6.000%
YIELD TO CALL 6.000% TO 02/12/10 @ 100.000
MOODY'S A1   STANDARD & POOR'S A+
INTEREST PAID SEMI-ANNUALLY DTD 02/12/2008
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST
PROSPECTUS UNDER SEPARATE COVER SOLICITED ORDER

SUNTRUST INVESTMENT SERVICES RECEIVES COMPENSATION IN CONNECTION WITH MUTUAL FUND SALES. PLEASE CONTACT YOUR FINANCIAL ADVISER OR
HTTP://WWW.SUNTRUST.COM/DOCS/PDF/PERSONAL/INVESTING/INVBROKSVCS
/MUTUAL%5FFUNDS%5ANNUITIES.PDF

ACCOUNTS CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAIL YOUR CHECK OR SECURITIES TO SUNTRUST INVESTMENT SERVICES, 11 S. 10TH STREET, RICHMOND, VA 23219.

08-13555-mg   Doc 12650   Filed 11/04/10   Entered 11/10/10 11:39:00   Main Document
Pg 5 of 13

# EXPLANATIONS OF CODED SYMBOLS

**\*EXCH. - EXCHANGE:**
0 - Open Order
1 - New York Stock Exchange
2 - American Stock Exchange
3 - Philadelphia Stock Exchange
4 - Over the Counter Market
5 - Other - details on request
6 - Chicago Stock Exchange
7 - Chicago Board of Options Exchange
8 - NASDAQ Stock Market
9 - NYSE Arca

**\*ORIG. - ORIGIN:**
0 - Average Price - capacity and details furnished upon request
1 - 1,2,3,4 & 8 - National Financial Services LLC has acted as Agent for This Trade
5 - National Financial Services LLC has acted as Principal for This Trade.
C,X - We have acted as Agent for the Buyer and Seller charging a commission as shown on the face hereof. Commission rates are subject to negotiation and any commission charged to you in this transaction may be more or less commissions charged to or by others in similar transactions. The source and amount of other commissions charged in connection with this transaction will be furnished upon request.
E,Z - We have acted as Principal for our Own Account. As the transaction was effected on an Exchange, a commission has been charged.
P - We have acted as Principal for This Trade.
6 - Syndicates
7 - When Issued Transactions
9 - Cross Trades - capacity furnished upon request
A - We have acted as Agent for This Trade.

**\*T - TYPE OF ACCOUNT:**
0 - Deliver/Receive Vs. Payment
1 - Cash Account
2 - Margin Account
3 - Short Account
6 - Special Account
8 - When Issued/TBA
9 - Income Account

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12-1/2 cents per share was added to the price of purchase or deducted from the price of sale. Certain transactions involve a commission as described in the prospectuses. A service fee or markup/markdown may be charged on certain transactions.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - Callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information when provided has been obtained from select ratings services which NFS believes to be reliable, however NFS cannot guarantee its accuracy or completeness. Ratings are subject to change. NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services.

Certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect yield. Complete information will be provided upon written request.

Descriptive words in the "Securities Description" of any security are used for identification purposes only, and do not constitute representations.

In accordance with your instructions we are pleased to confirm or advise the transaction or order for your account and risk subject to the terms listed below. Please inform your office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents of the Financial Industry Regulatory Authority, as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demand we then, or thereafter having against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from it all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-issued, When-Distributed, or TBA Transactions: The commitment contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery, or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC ("NFS"), may demand deposits to secure this transaction and reserve the right to close this transaction upon the failure of the customer to tender such deposit.

An open order will remain in effect until executed or canceled. Customers may cancel open orders at any time prior to execution. NFS will cancel open orders after 120 calendar days and we reserve the right, but are not obligated to, cancel open orders when the limit price become unrealistic in relation to the market price. A cancellation notice will be mailed to you in this event. Limits on OPEN ORDERS TO BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Investment Company Shares: In addition to sales loads and 12b-1 fees described in the prospectus, NFS or your brokerage firm may receive compensation up to 35 basis points of the average daily net assets of certain mutual funds in connection with your purchase of those mutual funds and/or the on-going maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliates. Additional information about the source and amount of the compensation will be furnished to you upon written request.
Commissions pertaining to the purchase or sale of Class "B" or Class "C" shares represent commissions or liquidation charges. Please contact your registered representative or Private Wealth Advisor for specific details.

Other remuneration may have been received and information will be furnished on request.
This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.
Name of the other party, time of execution and remuneration furnished on request.

SunTrust Investment Service, Inc. routes orders through NFS for execution on a fully-disclosed basis and does not receive payment for order flow. NFS may execute transactions in an agent, dual agent, and/or principal capacity including as market maker or specialist. NFS may receive remuneration, compensation, or other consideration for directing customers to particular broker/dealers or market centers. The source and nature of any compensation received in connection with your particular transaction will be furnished on request. A detailed explanation of order processing practices will be provided to you on an annual basis.

# SunTrust Investment Services, Inc.
*A SunTrust Company*

080229 270 001184819 C 1
SUNTRUST INVESTMENT SERVICES INC
P.O. BOX 596
RICHMOND, VA 23286

**Account Number: F6R-080330**

KENNETH L KRESSE
TOD ON FILE
11267 ARDENCROFT DR S
JACKSONVILLE FL 32246

YOUR INVESTMENT CONSULTANT IS
SANDRA SAMBITO
RR#: 6K4

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
National   800 874 4770

**Statement Date: 02/01/08 to 02/29/08**

# SNAPSHOT

**TOTAL PORTFOLIO**
**$19,839.53**

Portfolio Value (in dollars)

- June 2007
- September 2007
- December 2007
- This Period

20,100
13,400
6,700
0

A portfolio value less than $100.00 may not be displayed.

### PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Accrued Interest | $63.33 | $0.00 |
| Securities | $19,776.20 | $0.00 |
| **TOTAL PORTFOLIO VALUE** | **$19,839.53** | **$0.00** |

### ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ($20,000.00) | ($20,000.00) |
| Net Additions and Withdrawals | $20,000.00 | $20,000.00 |

**LEGEND**
( ) Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 7
080229 270 001184819

SunTrust Investment Services Inc

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: F6R-080330
Account Name: KRESSE

Statement Date: 02/01/2008 to 02/29/2008

SunTrust Investment Services, Inc.
*A SunTrust Company*

# SUMMARY

## PORTFOLIO VALUE

|  | This Period | Prior Period |
|---|---|---|
| Accrued Interest | $63.33 | $0.00 |
| Securities |  |  |
| Fixed Income |  |  |
| Corporate Bonds | $19,776.20 | $0.00 |
| Total Securities | $19,776.20 | $0.00 |
| **TOTAL PORTFOLIO VALUE** | **$19,839.53** |  |

## ACCOUNT ACTIVITY

|  | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 |  |
| Trading |  |  |
| Securities Purchased | ($20,000.00) | ($20,000.00) |
| **NET TRADING** | **($20,000.00)** | **($20,000.00)** |
| Additions and Withdrawals |  |  |
| Other Additions and Withdrawals | $20,000.00 | $20,000.00 |
| **NET ADDITIONS AND WITHDRAWALS** | **$20,000.00** | **$20,000.00** |
| ENDING BALANCE | $0.00 |  |

## PORTFOLIO ALLOCATION



| | |
|---|---|
| Fixed Income | 99.68% |
| Accrued Interest | 0.32% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

# DETAIL

SunTrust Investment Services Inc
See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: F6R-080330
Account Name: KRESSE
Statement Date: 02/01/2008 to 02/29/2008

SunTrust Investment Services, Inc.
*A SunTrust Company*

## PORTFOLIO VALUE

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities.

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

**LIMITATION ON COST BASIS INFORMATION:** NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc, is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by you, the investor.

Securities and Insurance Products and Services: "ARE NOT FDIC OR ANY OTHER GOVERNMENT AGENCY INSURED "ARE NOT BANK GUARANTEED "MAY LOSE VALUE. Securities, insurance and other investment products and services are offered by or through SunTrust Investment Services, Inc. a registered broker/dealer affiliate of SunTrust Banks, Inc., and a member of the NASD and SIPC.

## ACCRUED INTEREST 0.32%

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/29/08 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Accrued Interest Fixed Income | | | | $63.33 | unavailable | |
| **Total Accrued Interest** | | | | **$63.33** | **$0.00** | |

## FIXED INCOME 99.68%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/29/08 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |

SunTrust Investment Services, Inc.
*A SunTrust Company*

Account Number: F6R-080330
Account Name: KRESSE
Statement Date: 02/01/2008 to 02/29/2008

## FIXED INCOME 99.68%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other Information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/29/08 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS HLDGS INC LEHMAN 6.00000% 02/12/2020 CALL MOODYS A1 /S&P A+ CPN PMT SEMI-ANNUAL ON AUG 12, FEB 12 1ST CPN DTE 08/12/2008 Next Interest Payable: 08/12/08 CALLABLE ON 02/12/2010 @ 100.0000 Accrued Interest $63.33 Adjusted Cost Basis | 52519FFF3 CASH | 20,000 | $98.881 | $19,776.20 | unavailable | $1,200.00 | $20,000.00 D | ($223.80) |
| **Total Fixed Income** | | 20,000 | | $19,776.20 | | $1,200.00 | $20,000.00 | ($223.80) |
| **Total Securities** | | | | $19,776.20 | | $1,200.00 | $20,000.00 | ($223.80) |
| **TOTAL PORTFOLIO VALUE** | | | | $19,839.53 | | $1,200.00 | $20,000.00 | ($223.80) |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: F6R-080330
Account Name: KRESSE
Statement Date: 02/01/2008 to 02/29/2008

# SunTrust Investment Services, Inc.
*A SunTrust Company*

## ACCOUNT ACTIVITY

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities.

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

**LIMITATION ON COST BASIS INFORMATION:** NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc. is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost basis information will need to be tracked and updated by you, the investor.

## TRADING

### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 02/12/08 | CASH | YOU BOUGHT | LEHMAN BROS HLDGS INC LEHMAN 6.00000% 02/12/2020 CALL PROSPECTUS UNDER SEPARATE COVER SOLICITED ORDER @ 100 | 20,000 | ($20,000.00) | $20,000.00 | |

Net Securities Purchased ($20,000.00)

## NET TRADING ($20,000.00)

## ADDITIONS AND WITHDRAWALS
### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Amount |
|---|---|---|---|---|
| 02/07/08 | CASH | INTRA-BANK CREDIT | INTRA-BANK CREDIT IR0370207 | $20,000.00 |

Net Other Additions and Withdrawals $20,000.00

## NET ADDITIONS AND WITHDRAWALS $20,000.00

SunTrust Investment Services Inc          *Account carried with National Financial Services LLC, Member NYSE, SIPC*

**SunTrust Investment Services, Inc.**
*A SunTrust Company*

Account Number: F6R-080330
Account Name: KRESSE

Statement Date: 02/01/2008 to 02/29/2008

## FOOTNOTES AND COST BASIS INFORMATION

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities. Customers should consult their tax advisors for further information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.
If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

SunTrust Investment Services Inc

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**GLOSSARY Short Account Balances** - If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed at 5 decimal places. This amount represents values obtained from various quotation services, which may in turn, obtain appraisals based on closing prices and/or the mean bid and ask on the last day of the statement period. Accordingly, the accuracy of such prices cannot be guaranteed. The securities may be unpriced for various reasons including, but not limited to, unavailability of pricing, illiquidity, or the securities may not have value. The value of a security may differ from its purchase price. Securities are identified on the front of the statement. Investment decisions should be made only after consulting your broker/dealer for an actual quote. **Estimated Yield and Estimated Annual Income** - When available, the coupon rate of some fixed income securities is divided by the current market value of the fixed income security to create the Estimated Yield figure and/or the current interest rate or most recently declared dividends for certain securities are annualized to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available data, and have been obtained from information providers believed to be reliable, but no assurance can be made as to accuracy. Since the interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political and business conditions, they should not be relied on for making investment, trading decisions, or tax decisions. **Estimated Value** - If this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value shown. However, the broker/dealer furnishing this statement may not refuse to accept your order to sell these securities. Also, the amount you receive from a sale generally will be reduced by the amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of lack of information.

**CUSTOMER SERVICE:** Please review your statement and report any discrepancies immediately. Inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS") who carries your brokerage account and acts as your custodian for funds and securities deposited with NFS directly by you, through your broker/dealer, or as a result of transactions NFS processes for your account. NFS may be contacted by calling (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either NFS or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify the service center of your broker/dealer promptly in writing of any change of address.

**ADDITIONAL INFORMATION Customer free credit balances** are not segregated and may be used in NFS business, subject to the limitations of 17CFR Section 240.15c3-2 under the Securities and Exchange Act of 1934. You have the right to receive from NFS in the course of normal business operations, subject to open commitments in any of your brokerage accounts, any free credit balances to which you are entitled or any fully paid securities to which you are entitled and any securities purchased on margin upon full payment of any indebtedness to NFS. Interest on free credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term money market rates and/or your brokerage account balances, set at the discretion of your broker/dealer and/or NFS.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker/dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker/dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in 'over-the-counter' securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at it's office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will mail statements to customers who have had transactions that affect their cash balances or security positions held in their brokerage accounts during the last monthly reporting period. All other brokerage customers will receive customer statements at least four times during a calendar year as long as the brokerage account contains cash or securities balances. Please keep these statements for your records, as they will help you prepare your income tax returns.

**Loads and Fees.** In addition to sales loads and 12b-1 fees described in the prospectus, NFS or your broker/dealer may receive compensation up to 35 basis points of the average daily net assets of certain mutual funds in connection with your purchase of those mutual funds and/or the on-going maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliate. Additional information about the source and amount of the compensation will be furnished to you upon written request. **Fixed Income.** The prices given for fixed income securities on this statement are approximations, not actual market bids or prices and are provided only as a general guide.

**Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.

**NYSE and FINRA.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation Public Disclosure Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.

**New York Stock Exchange Rule 382** requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker/dealer and NFS. A more complete description is available upon request. **Your broker/dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.

**NFS shall, at the direction of your broker/dealer:** (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker/dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.

**Securities in accounts carried by National Financial Services LLC ("NFS"),** a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, please see www.sipc.org. NFS has arranged for additional insurance protection for cash and securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Assets Held Away. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by FDIC and involve investment risk including possible loss of principal.

**End of Statement**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Lehman Brothers Holdings, Inc. | Case Number: 08-13555 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Kenneth L. Kresse

Name and address where notices should be sent:
Kenneth L. Kresse
11267 Ardencroft Dr. S.
Jacksonville, FL 32246

Telephone number: 904-645-6063

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Same as above
my E-Mail address - KLK11267@BellSouth.Net

Telephone number: Please call or E-Mail me if you have any questions

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $20,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Loan Debt Obligation
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2607

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 5/21/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kenneth L. Kresse

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.