Bank Vontobel AG

Thomas Schwerzmann

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States



Zurich, October 28, 2010 / VBSNT
Telephone 0041 58 283 74 71
Telefax 0041 58 283 51 60
E-Mail thomas.schwerzmann@vontobel.ch

☐ as discussed                ☒ please process
☐ for your information        ☐ please comment
☐ for your records            ☐ please sign
☐ please return               ☐ returned with thanks
☐ please call                 ☐ please clarify
☐ forward to                  ☐

Please note:
Enclosed please find the "Evidence of Transfer of Claim" and the Form 210A.

Please note that the mentioned Lehman Product is deposited now in our bank. Our claim number is: 19459
If you have any questions, don't hesitate to contact me.

Yours sincerely,

T. Schwerzmann

Thomas Schwerzmann



RECEIVED
NOV - 4 2010
U.S. BANKRUPTCY COURT, SDNY

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Vontobel AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55824) USD 40'000** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 21, 2010.

**Credit Suisse AG**

By: _____
Name: Robert Hartmeier
Title: Director

By: _____
Name: Ioannis Coulaxides
Title: Vice President

RECEIVED
NOV - 4 2010
U.S. BANKRUPTCY COURT, SDNY

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank Vontobel AG, Zurich / Switzerland | CREDIT SUISSE AG, Zurich / Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Postfach
CH-8022 Zurich / Switzerland

Court Claim # (if known): 55824
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): USD 40'000

Phone: 0041 58 283 74 71
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED
NOV - 4 2010
U.S. BANKRUPTCY COURT, SDNY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10/28/10
Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

T. Schwerzmann         J. Fuss
Director               Auth. Officer

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0186883798 | 55824 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 40'000 |