49 Maritime Close
Greenhithe
Kent
DA9 9QW
UK

2nd November 2010

United States Bankruptcy Court, Southern District of New York
Ref: Lehman Brothers Holdings Inc. *et al*, Debtors.
   Chapter 11 Case No. 08-13555 (JMP)
   Response to Omnibus Objection to Claims (Late-filed claims)

Claimant: Fryer, Kelly
Claim number: 39842
Total Claim: $3,756 (Priority $373 / Unsecured $3,383)

Dear Sir

My claim should not be disallowed, expunged, reduced or reclassified due to the fact that the US Postal Service misplaced my originally filed claim which was submitted via recorded delivery on September 10, 2009. The USPS track & confirm service confirmed that the package was received in the United States in ISC New York NY(USPS) at 11.01 AM September 12, 2009 – well in advance of the claim cut off date of September 22, 2009 – but was subsequently never delivered to Epiq Bankruptcy Solutions.

Please find enclosed supporting evidence of my original claim being submitted in a due and timely manner.

Any reply to this response should be sent to:

Kelly Fryer
49 Maritime Close
Greenhithe
Kent
DA9 9QW
UK
+44 203 036 2396

Yours faithfully

*Kelly Fryer signature*

Kelly Fryer



49 Maritime Close
Greenhithe
Kent
DA9 9QW

Wednesday 7th October 2009

To whom it may concern,

I recently submitted a claim under schedule ref # 555178600. The relevant documents were sent via recorded delivery on 10th September 2009 to the following address: Lehman Brothers Holdings Claims Processing Center, c/o Epiq Bankruptcy Solutions, FDR Station, P.O Box 5076, New York, NY 10150-5076.

Having looked on the website www.lehman-docket.com under filed claims, I noticed my claim was still not registered. However a friend who sent their claim on the 11th September recorded delivery was.

I therefore started to investigate why my claim had not been processed and it seems that USPS received my letter on 12th September 2009 but have not delivered it as of today. I rang the helpdesk at Epiq and spoke to a very helpful Felix, who advised that if I sent through evidence of the original claim and recorded delivery notes and a new claim you would still consider this valid despite a cut off date of 22nd September. Please find sufficient evidence enclosed.
I will be raising a case with Royal Mail and USPS to find out why my letter was never delivered.

Please let me know if there are any problems with this process either on email kelly.fryer@lbia-eu.com or telephone + 44 207 102 2396

Regards

*[signature]*

Kelly Fryer



Post Office Ltd.
Your Receipt

Canary Wharf
5 Chancellor Passage

Canary Wharf
London
Greater London
E14 4PA



| | |
|---|---|
| Date and Time: | 10/09/2009 16:02 |
| Session Prefix: | 9-3098903 |
| Dest: | United States |
| Quantity: | 1 |
| Weight: | 0.014 kg |
| Int Airmail Letter | £0.90 |
| Receipt | £0.00 |
| Signed For Interna | £3.70 |
| Total Cost of Services | £4.60 |
| Posted after Last Collection? | No |
| Conditions Accepted? | Yes |

Barcode: RJ27923647968

DESTINATION ADDRESS
Building Name or Number   Postcode
EPIQ BANKRUPTCY SOLUT PO   NY 10150-5076
Address Validated?        N

IT IS IMPORTANT THAT YOU RETAIN THIS
RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND
CONDITIONS

Standard Compensation. For lost
or damaged items, compensation
up to 100 times the price of a basic
weight 1st Class stamp will only be
paid with this receipt. To claim,
call 08457 740 740 or pick up a form
at a Post Office branch.

This is not a VAT receipt
Thank You



Post Office Ltd.
Your Receipt
Canary Wharf
5 Chancellor Passage
Canary Wharf
London
Greater London
E14 4PA

VAT REG No. 243 1700 02
10/09/2009  16:02
SESSION :  9-3098903-2

| | | |
|---|---|---|
| Post Label A | | |
| 1    @   4.60 | | 4.60 |
| TOTAL DUE TO POST OFFICE | | 4.60 |
| Cash | FROM CUSTOMER | 4.60 |
| BALANCE | | 0.00 |

Thank You


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RJ27 9236 479G B**
Service(s): **Registered Mail**™
Status: **Inbound International Arrival**

Your item arrived in the United States in ISC NEW YORK NY(USPS) at 11:01 AM on September 12, 2009. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:
- Inbound International Arrival, September 12, 2009, 11:01 am, ISC NEW YORK NY(USPS)
- Origin Post is Preparing Shipment

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust    Inspector General Promoting Integrity

**PROOF OF CLAIM**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al.
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held: LEHMAN BROTHERS HOLDINGS INC
Case No. of Debtor: 08-13555 (JMP)

UNIQUE IDENTIFICATION NUMBER: 1000229535

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000229535******
FRYER, KELLY
49 MARITIME CLOSE
KENT
GREENHITHE DA9 9QW
UNITED KINGDOM

Telephone number: 44 1322 370477
Email Address: KELLY.FRYER@VIRGIN.NET

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 3,756.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: EMPLOYEE RELATED
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 373.00

Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 7 OCTOBER 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
*Kafrye*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ref-1000092

miss Kelly feyer

7th October 2009

Kayer.

LEHMAN BROTHERS | LehmanLive

About This Content | Profile | Contact Us | Terms Of Use | Logon History

My Favorites   People Finder | Find   Keyword

Home  Fixed Income  Equities  Investment Banking  Investment Management  Life @ Lehman  Global Homepage   Hello Kelly - 2 S

Personal Award Summary

Equity Award Program  RSUs  CSAs  CEAs  Stock Options  Award Documents  Glossary  Personal Award Summary

LEHMAN BROTHERS | LehmanLive

Data as of August 31, 2008                                                                                                10226916 Kelly Fryer

**AWARD UNITS OUTSTANDING**

| Grant Date | Description | Grant Price | Grant Value | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested | Units Outstanding | Market Value at $0.155 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 CSA | $20.9600 | $373 | 11/30/2011 | 17.78 | 0.24 | 0.00 | 0.00 | 18.02 | $3 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $1,398 | 11/30/2012 | 29.36 | 0.60 | 0.00 | 0.00 | 29.96 | $5 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $466 | 11/30/2012 | 9.78 | 0.24 | 0.00 | 0.00 | 10.02 | $2 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $627 | 11/30/2011 | 10.86 | 0.32 | 0.00 | 0.00 | 11.18 | $2 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $209 | 11/30/2011 | 3.62 | 0.05 | 0.00 | 0.00 | 3.67 | $1 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $512 | 11/30/2010 | 10.84 | 0.40 | 0.00 | 11.24 | 11.24 | $2 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $171 | 11/30/2010 | 3.62 | 0.05 | 0.00 | 0.00 | 3.67 | $1 |
| Total | | | $3,756 | | 85.86 | 1.90 | 0.00 | 11.24 | 87.76 | $16 |
| Total Equity | | | | | | | | | | $16 |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:58 PM EDT on September 1 2009)

¹ Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
² Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
³ Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

*Miss Kelly Fryer*
*7th October 2009*
*Fryer.*

**ALL TERMS REMAIN SUBJECT TO THE RULING OF THE U.S. BANKRUPTCY COURT\*\*\***

# LEHMAN BROTHERS
## Executive Compensation Summary
### Kelly Fryer

Employee ID: 10228915

### AWARD UNITS*

| Grant Date | Plan Description | Units Granted | Dividend Equivalents | Units Vested | Units Unvested | Units Outstanding | Units Forfeited | Units Not Forfeited |
|---|---|---|---|---|---|---|---|---|
| November 30, 2005 | 2005 Firmwide Principal | 10.84 | 0.40 | 11.24 | 0.00 | 11.24 | 0.00 | 11.24 |
| November 30, 2005 | 2005 Firmwide Discount | 3.62 | 0.05 | 0.00 | 3.67 | 3.67 | 0.00 | 3.67 |
| December 08, 2006 | 2006 Firmwide Principal | 10.86 | 0.32 | 0.00 | 11.18 | 11.18 | 0.00 | 11.18 |
| December 08, 2006 | 2006 Firmwide Discount | 3.62 | 0.05 | 0.00 | 3.67 | 3.67 | 0.00 | 3.67 |
| December 07, 2007 | 2007 Firmwide Principal | 29.36 | 0.60 | 0.00 | 29.96 | 29.96 | 0.00 | 29.96 |
| December 07, 2007 | 2007 Firmwide Discount | 9.78 | 0.24 | 0.00 | 10.02 | 10.02 | 0.00 | 10.02 |
| July 01, 2008 | July 2008 CSA | 17.78 | 0.24 | 0.00 | 18.02 | 18.02 | 0.00 | 18.02 |
| | | | | | | 87.76 | 0.00 | 87.76 |

*Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

**Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

***AS A RESULT OF LEHMAN BROTHERS HOLDINGS INC.'S BANKRUPTCY FILING, THE TREATMENT OF ALL OUTSTANDING EQUITY AWARDS REMAIN SUBJECT TO SUCH PROCEEDING IN THE U.S. BANKRUPTCY COURT.

Data as of September 12, 2008

Prepared on September 10, 2009

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: Lehman Brothers Holdings Inc., et al.
   Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held: LEHMAN BROTHERS HOLDINGS, INC.
Case No. of Debtor: 08-13555 (JMP)

UNIQUE IDENTIFICATION NUMBER: 555178600

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555178600*****
KELLY, FRYER
49 MARITIME CLOSE
KENT
GREENHITHE DA9 9QW
UNITED KINGDOM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Telephone number: +44 1322 370477
Email Address: KELLY-FRYER@VIRGIN.NET

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

Amount of Claim as of Date Case Filed: $ 3,756.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

Basis for Claim: EMPLOYEE RELATED
(See instruction #2 on reverse side.)

Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 373.00

Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If documents are not available, please explain:

FOR COURT USE ONLY

Date: SEPTEMBER
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

REF 5551786600
miss. KELLY FRYER
8th SEPTEMBER 2009
cadwp

About This Content | Profile | Contact Us | Terms Of Use | Logon History

**LEHMAN BROTHERS | LehmanLive**   My Favorites   People Finder: Find   Keyword

Hello Kelly: 2 S:

Home · Fixed Income · Equities · Investment Banking · Investment Management · Life @ Lehman · Global Homepage

## Personal Award Summary

Equity Award Programs   RSUs   CSAs   CEAs   Stock Options   Award Documents   Glossary   Personal Award Summary

**LEHMAN BROTHERS | LehmanLive**

10228915 Kelly Fryer

Data as of August 31, 2008

### AWARD UNITS OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested | Units Outstanding | Market Value at $0.155 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 CSA | $20.9600 | $373 | 11/30/2011 | 17.78 | 0.24 | 0.00 | 0.00 | 18.02 | $3 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $1,398 | 11/30/2012 | 29.36 | 0.60 | 0.00 | 0.00 | 29.96 | $5 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $468 | 11/30/2012 | 9.78 | 0.24 | 0.00 | 0.00 | 10.02 | $2 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $627 | 11/30/2011 | 10.86 | 0.32 | 0.00 | 0.00 | 11.18 | $2 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $209 | 11/30/2011 | 3.62 | 0.05 | 0.00 | 0.00 | 3.67 | $1 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $512 | 11/30/2010 | 10.84 | 0.40 | 0.00 | 11.24 | 11.24 | $2 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $171 | 11/30/2010 | 3.62 | 0.05 | 0.00 | 0.00 | 3.67 | $1 |
| Total | | | $3,756 | | 85.86 | 1.90 | 0.00 | 11.24 | 87.76 | $16 |
| Total Equity | | | | | | | | | | $16 |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:59 PM EDT on September 1, 2009)

* Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
* Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
* Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.