November 1, 2010


RESPONSE TO OBJECTION

CLAIMANT:      CROCKETT, CLYDE & DARLEE J. TTEE
               CROCKETT CHARTBLE RMDR UNITRUST
               U/A 6/27/94
               FBO CAL WESTERN LAW SCHOOL
               7981 PROSPECT PL
               LA JOLLA, CALIFORNIA 92037

CLAIM NUMBER: 7925 ($10,000.00 PREFERRED STOCK UNSECURED)

CHAPTER 11 CASE  NO  08-13555 (JMP)  In re LEHMAN BROTHERS HOLDINGS INC.,et al.  (see Attached
United States Bankruptcy Court Lehman Brothers Holdings Omnibus Objection to Claims -No supporting
Documentation Claims form) for any other information you might need.

ENCLOSED SUPPORTING DOCUMENTATION:

1.   Attached  (3 pages) Northern Trust Securities trade confirmation of trade date of 08-11-06 with
     Settlement date of 08-16-06 and Settlement amount of $10,083.50.
2.   Attached (8 pages)Northern Trust Securities Statement of 08/01/06 to 08/31/06.
3.   Attached (12 pages) Northern Trust Securities Statement of 09/01/08 to 09/30/08.


     THIS CLAIM SHOULD  NOT BE DISALLOWED AS PROOF OF CLAIM WAS FILED AND THERE IS
     SUPPORTING DOCUMENTATION TO BACK UP THE CLAIM.  PLEASE DO NOT CHEAT THIS
     CHARITABLE CONTRIBUTION.  THE REASON THE DOCUMENTATION WAS NOT SENT WITH THE
     ORIGINAL PROOF OF CLAIM WAS DUE TO A CLERICAL ERROR BY NORTHERN TRUST SECURITIES
     WHO DID NOT ATTACH THE DOCUMENTATION WHEN THEY FILED THE FORWARDED CLAIMANTS
     SIGNED PROOF OF CLAIM.

THIS RESPONSE  IS BEING FORWARDED TO THE FOLLOWING:

The Honorable James M. Peck, attorneys for the Debtors, Weil Gotshal & Manges LLP, The Office of the
Unites States Trustee for the Southern District of New York, and attorneys for the official committee of
unsecured creditors, Milbank, Tweed, Hadley & McCloy LLP.

I have no legal representative at this time.  You can contact me any time at 858-454-7648.  If there is
anything you need, call me immediately and I will cooperate in any way that I can.

Clyde C. Crockett Trustee

7981 Prospect Place

La Jolla, California 92037

PN 858-454-7648



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                          :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        08-13555 (JMP)

Debtors.                                         :        (Jointly Administered)

:

------------------------------------------------------------x
LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000054612 MAIL ID *** 0035611827 *** BSIUSE: 364

CROCKETT, CLYDE & DARLEE J. TTEE
CROCKETT CHRTBLE RMDR UNITRUST U/A 6/27/94
FBO CAL WESTERN LAW SCHOOL
7981 PROSPECT PL
LA JOLLA, CA 92037

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>CROCKETT, CLYDE & DARLEE J. TTEE<br>CROCKETT CHRTBLE RMDR UNITRUST<br>U/A 6/27/94<br>FBO CAL WESTERN LAW SCHOOL<br>7981 PROSPECT PL<br>LA JOLLA, CA 92037 | **Claim Number:** 7925<br><br>**Date Filed:** 8/10/2009<br><br>**Debtor:** No Case<br><br>**Classification and Amount:** UNSECURED: $ 10,000.00 |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court _and_ serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 15, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on December 1, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel Erik Encarnacion, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED: October 13, 2010
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**Northern Trust Securities, Inc.**
A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street · Chicago, Illinois 60675
1-800-621-4482

NORTHERN TRUST SECURITIES, INC.
50 S. LASALLE ST.
CHICAGO,    IL  60675

A7121000183
CLYDE & DARLEE J CROCKETT TTEE
CROCKETT CHRTBL F RMDR UNI TRUST
U/A 6/27/94
FBO CAL WESTERN LAW SCHOOL
7981 PROSPECT PLACE
LA JOLLA CA 92037

Account:        NT1-354708
Confirm Date:   08/11/2006

For Questions Call:  (800)621-4482

## TRADE CONFIRMATION SUMMARY REPORT

| YOU BOUGHT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 08-11-06 | Settlement Date: 08-24-06 | |
| | 06223-436115 | 20,000 | 100 | 12567WNN7 | Type: 1 | Reg Rep: Exch: Orig: | |
| | | | | | | Ref # 77    4* | |

| | Principal Amount | 20,000.00 |
|---|---|---|
| | Settlement Amount | 20,000.00 |

SECURITY DESCRIPTION
CIT GROUP INC INTERNOTES BOOK FR
WE HAVE ACTED AS PRINCIPAL.
COUPON 6.1250% MATURITY DATE 08/15/2016 YIELD TO MATURITY 6.125%
CALLABLE NEXT CALL 08/15/08 @ 100.000
CURR FACTOR 1.00000000 MOODY'S A2    STANDARD & POOR'S A
INTEREST PAID SEMI-ANNUALLY
ADDITIONAL CALL FEATURES EXIST THAT MAY AFFECT YIELD. COMPLETE
INFORMATION WILL BE PROVIDED UPON REQUEST DTD 08/24/2006.
PROSPECTUS UNDER SEPARATE COVER SOLICITED ORDER

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3    A7121000183

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

Account: NT1-354708

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation

50 South La Salle Street • Chicago, Illinois 60675

1-800-621-4482

**Account Number: NT1-354768**

YOUR FINANCIAL REPRESENTATIVE:
PATRICIA PIMENTEL
RR#: F77

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local          949 717 5559
In-State       800 933 8604
National       800 621 4482

060831  270  001091966  C  1
NORTHERN TRUST SECURITIES, INC.
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

CLYDE & DARLEE J CROCKETT TTEE
CROCKETT CHRTBLE RMDR UNI TRUST
U/A 6/27/94
FBO CAL WESTERN LAW SCHOOL
7981 PROSPECT PLACE
LA JOLLA CA 92037

**Statement Date: 08/01/06 to 08/31/06**

**TOTAL PORTFOLIO**
**$276,480.90**

## SNAPSHOT

### PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $30,765.58 | $28,273.22 |
| Securities | $241,652.48 | $239,381.65 |
| Other Securities | $4,062.84 | $4,376.19 |
| **TOTAL PORTFOLIO VALUE** | **$276,480.90** | **$272,031.06** |

### ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ($338.10) | $46,999.46) |
| Net Core Fund Activity | ($2,492.36) | ($20,765.58) |
| Net Additions and Withdrawals | $0.00 | $72,356.64 |
| Net Income and Expenses | $2,830.46 | $5,408.47 |

### Portfolio Value
(in thousands of dollars)

| | | |
|---|---|---|
| 2,790 | | |
| 1,860 | | |
| 930 | | |
| 0 | | |
| December 2005 | March 2006 | June 2006 |
| | | this Period |

A portfolio value less than $100,000 may not be displayed

LEGEND
() Numbers in parentheses
are debits or reductions
NFS = National Financial
Services LLC

Page 1 of 6
060831 270 001091966

Account carried with National Financial Services LLC, Member NYSE, SIPC

Northern Trust Securities, Inc.
Determining the appropriate asset allocation for your portfolio is an important step in
increasing returns and reducing risk over the long term. Ask your Investment Consultant
for help in finding the asset mix that is best-suited to your investment goals.

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street • Chicago, Illinois 60675
1-800-621-4482

Account Number: NT1-354708
Account Name: CROCKETT

Statement Date: 08/01/2006 to 08/31/2006

Page 2 of 8
059931 270 091081960

## SUMMARY

### PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $30,765.58 | $28,273.22 |
| Securities | | |
| Equities | $41,600.65 | $0.00 |
| Fixed Income | | |
| Corporate Bonds | $174,068.20 | $214,221.80 |
| Mutual Funds | | |
| Fixed Income | $25,353.63 | $25,199.85 |
| Total Securities | $241,022.48 | $239,381.65 |
| Other Securities | $4,662.24 | $4,376.19 |
| **TOTAL PORTFOLIO VALUE** | **$276,450.30** | **$272,031.06** |

### ACCOUNT ACTIVITY

| | This Period | Year to Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | $0.00 |
| **NET TRADING** | | |
| Trading | | |
| Securities Purchased | ($60,338.10) | ($110,359.00) |
| Securities Sold | $0.00 | $3,359.52 |
| Redemptions | $60,000.00 | $60,000.00 |
| | ($338.10) | ($46,999.48) |
| **NET CORE FUND ACTIVITY** | | |
| Core Fund Activity | | |
| Core Funds Purchased | ($62,830.46) | ($158,786.46) |
| Core Funds Sold | $60,338.10 | $128,020.88 |
| | ($2,492.36) | ($30,765.58) |
| **NET ADDITIONS AND WITHDRAWALS** | | |
| Additions and Withdrawals | | |
| Other Additions and Withdrawals | $0.00 | $72,356.64 |
| | $0.00 | $72,356.64 |
| **NET INCOME AND EXPENSES** | | |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $467.96 | $952.17 |
| Taxable Interest | $2,362.50 | $4,456.25 |
| NET TAXABLE INCOME | $2,830.46 | $5,408.42 |
| TOTAL INCOME | $2,830.46 | $5,408.42 |
| NET INCOME AND EXPENSES | $2,830.46 | $5,408.42 |
| ENDING BALANCE | $0.00 | $0.00 |

**ALERT:** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

### PORTFOLIO ALLOCATION

| | Money Markets | 11.13% |
| | Equities | 15.05% |
| | Fixed Income | 72.14% |
| | Other Securities | 1.69% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Core and the equity allocation may be included in mutual funds listed on an exchange may not be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

Northern Trust Securities, Inc.

See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC.*

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street · Chicago, Illinois 60675
1-800-621-4482

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 08/01/2006 to 08/31/2006

# DETAIL

## PORTFOLIO VALUE

NFS determines the appropriate cost basis method for calculating gain and loss based on positions held at the time of sale. For open-end mutual funds, NFS determines cost basis using the average cost single category (ACSC) method unless otherwise instructed. For all other securities, NFS determines cost basis using the first-in, first-out (FIFO) method if NFS does not receive appropriate specific share instructions. NFS determines cost basis using the specific share identification method if NFS receives appropriate specific share instructions; however, such cost basis information may not correspond to a customer's cost basis if a customer used the specific share identification method prior to the time that such method tracking was made available by NFS. Cost basis, associated gain and loss, and holding period information reported may not reflect all adjustments necessary for tax reporting purposes. Cost basis information for debt securities has not been adjusted for amortization or accretion.

Investment products offered through Northern Trust Securities, Inc. are not FDIC insured, may lose value and are not bank guaranteed. Northern Trust Securities, Inc. is a member of the NASD and SIPC and is an affiliate of The Northern Trust Company.

## CASH AND CASH EQUIVALENTS 11.13%

| Description | Symbol/Cusip Account Type | Quantity | Price on 08/01/06 | Price on 08/31/06 | Current Market Value | Prior Market Value | Estimated Annual Income | | |
|---|---|---|---|---|---|---|---|---|---|
| Money Markets | | | | | | | | | |
| NORTHERN MONEY MARKET FUND 7 DAY AVG NET YIELD 4.76% | NORXX CASH | 30,765.58 | $1.00 | $1.00 | $30,765.58 | | | | |
| Dividend Option Reinvest | | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | | |
| **Total Cash and Cash Equivalents** | | | | | **$30,765.58** | | | | |

## EQUITIES 15.04%

| Description | Symbol/Cusip Account Type | Quantity | Price on 08/01/06 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Equity | | | | | | | | |
| ING CLARION GLOBAL REAL ESTATE INCOME FD COM Estimated Yield 6.78% | IGR CASH | 1,050 | $20.19 | $21,601.40 | unavailable | $1,452.20 | $20,191.60 | $1,209.80 |
| Dividend Option Cash | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | |
| JP MORGAN CHASE CAP XII TR PFD 6.25% 10/15/2033 CALLABLE 10/15/2008 @ 25.0000 Estimated Yield 6.27% | JPMPRX CASH | 405 | $24.89 | $10,080.45 | unavailable | $632.81 | $10,063.00 | $17.45 |

Northern Trust Securities, Inc.

*Account carried with National Financial Services LLC, Member NYSE, SIPC.*

10/29/2010 11:25 FAX 8584572876    NORTHERN TRUST SAN DIEGO    ☒009/023

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street · Chicago, Illinois 60675
1-800-621-4482

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 08/01/2006 to 08/31/2006

## EQUITIES 15.04%

| Description | Symbol/Cusip Account Type | Quantity | Price on 08/31/06 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS HLD CORP TR IV SER I, PFD 6.375%, 10/31/2052 CALLABLE 10/31/2008 @ 25.0000 Estimated Yield 6.43% | LEHPRL | 410 | $24.68 | $10,118.80 | unavailable | $653.44 | $10,063.50 | $55.30 |
| **Total Equity** | | | | $41,600.65 | | $2,738.45 | $40,338.10 | $1,262.55 |
| **Total Equities** | | | | $41,600.65 | | $2,738.45 | $40,338.10 | $1,262.55 |

## FIXED INCOME 62.96%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 08/31/06 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |
| LILLY ELI & CO DEB 8.375% 12/01/2006 MOODY'S Aa3 /S&P AA CPN PMT SEMI-ANNUAL ON JUN 01, DEC 01 Next Interest Payable: 12/01/06 | CASH | 50,000 | $100.596 | $50,298.00 | $50,380.00 | $4,187.50 | | |
| GENERAL RE CORP DEB 9.000% 09/12/2009 MOODY'S Aa1 /S&P AAA CPN PMT SEMI-ANNUAL ON MAR 12, SEP 12 Next Interest Payable: 09/12/06 | 370558AB4 CASH | 30,000 | $112.227 | $33,668.00 | $33,366.00 | $2,700.00 | | |
| ARCHER DANIELS MIDLAND CO 8.875% 04/15/2011 DEB MOODY'S A2 /S&P A CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 Next Interest Payable: 10/15/06 | 039483AG7 CASH | 40,000 | $114.045 | $45,618.00 | $45,342.40 | $3,550.00 | | |

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street · Chicago, Illinois 60675
1-800-631-4483

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 08/01/2006 to 08/31/2006

## FIXED INCOME 62.96%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information we provide where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality levied on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 08/31/06 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| TOYOTA MTR CRD CORP MTN BE 6.020% 09/30/2011 CALL MOODY'S Aaa S&P AAA 1ST CPN DTE 12/30/2006 CPN PMT SEMI-ANNUAL ON DEC 30, JUN 30 NEXT CALLABLE 09/30/2008 @ 100.0000 CALLABLE 09/30/2008 @ 100.0000 Next Interest Payable: 12/30/06 | 89233VPR1 CASH | 25,000 | $100.872 | $25,218.00 | $25,113.50 | $1,505.00 | $25,000.00 | $218.00 |
| CIT GROUP INC INTFRNOTES BOOK 6.125% 08/15/2016 FR MOODY'S A2 /S&P A 1ST CPN DTE 02/15/2007 CPN PMT SEMI-ANNUAL ON FEB. 15, AUG 15 NEXT CALLABLE 08/15/2008 @ 100.0000 CALLABLE 08/15/2008 @ 100.0000 Next Interest Payable: 02/15/07 | 1256TWNN7 CASH | 20,000 | $99.369 | $19,873.60 | unavailable | $1,225.00 | $20,000.00 | ($126.40) |
| **Total Corporate Bonds** | | 165,000 | | $174,668.20 | | $13,167.50 | $45,000.00 | $91.60 |
| **Total Fixed Income** | | 165,000 | | $174,668.20 | | $13,167.50 | $45,000.00 | $91.60 |

## MUTUAL FUNDS 9.18%

| Description | Symbol/Cusip Account Type | Quantity | Price on 08/31/06 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Fixed Income | | | | | | | | |
| NORTHERN HIGH YIELD FIXED INCOME Estimated Yield 7.24% Dividend Option Cash Capital Gain Option Cash | NHFIX CASH | 3,196.931 | $7.94 | $25,383.63 | $25,159.95 | $1,837.68 | $25,000.00 | $383.63 |
| **Total Fixed Income** | | | | $25,383.63 | | $1,837.68 | $25,000.00 | $383.63 |
| **Total Mutual Funds** | | | | $25,383.63 | | $1,837.68 | $25,000.00 | $383.63 |
| **Total Securities** | | | | $241,052.44 | | $17,743.63 | $110,338.10 | $1,737.78 |

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street • Chicago, Illinois 60675
1-800-621-4482

Account Number: NT4-354708
Account Name: CROCKETT
Statement Date: 08/01/2006 to 08/31/2006

## OTHER SECURITIES 1.69%

| Description | Symbol/Cusip Account Type | Quantity | Price on 08/31/06 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| APARTMENT INVT & MGMT CO | AIV CASH | 91 | $51.24 | $4,662.84 | $4,376.19 | $216.40 | | |
| Estimated Yield 4.68% | | | | | | | | |
| **Total Other Securities** | | | | $4,662.84 | | $216.40 | | |

| **TOTAL PORTFOLIO VALUE** | $276,460.90 | | | $17,962.03 | | $110,338.10 | | $1,737.78 |
|---|---|---|---|---|---|---|---|---|

## ACCOUNT ACTIVITY

NFS determines the appropriate cost basis method for calculating gain and loss based on positions held at the time of sale. For open-end mutual funds, NFS determines cost basis using the average cost-single category (AVSC) method unless otherwise instructed. For all other securities, NFS determines cost basis using the first-in, first-out (FIFO) method if NFS does not receive appropriate specific share instructions. NFS determines cost basis using the specific share identification method if it receives appropriate specific share instructions. However, such cost basis information may not correspond to a customer's cost basis information records if a customer used the specific share identification method prior to the time that such method tracking was made available by NFS. Cost basis, associated gain and loss, and holding period information reported may not reflect all adjustments necessary for tax reporting purposes. Cost basis information for debt securities has not been adjusted for amortization or accretion

## TRADING

### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 08/18/06 | CASH | YOU BOUGHT | ING CLARION GLOBAL REAL ESTATE INCOME FD COM SOLICITED ORDER @ 18.86 | 1,060 | ($20,191.60) | $20,191.60 | |
| 08/16/06 | CASH | YOU BOUGHT | J P MORGAN CHASE CAP XII TR PFD 6.25% 10/15/2033 SOLICITED ORDER @ 24.60 | 405 | ($10,053.00) | $10,053.00 | |
| 08/16/06 | CASH | YOU BOUGHT | LEHMAN BROTHERS HLD CAP TR IV 6.375% PFD 6.375% 09/15/2052 SOLICITED ORDER @ 24.35 | 410 | ($10,083.50) | $10,083.50 | |
| 08/29/06 | CASH | YOU BOUGHT | CIT GROUP INC INTERNOTES BOOK 6.125% 08/15/2016 FR PROSPECTUS UNDER SEPARATE COVER SOLICITED ORDER @ 100 | 20,000 | ($20,000.00) | $20,000.00 | |
| **Net Securities Purchased** | | | | | ($60,338.10) | | |

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

10/29/2010 11:31 FAX 8584572876    NORTHERN TRUST SAN DIEGO    ☒009/023

# Northern Trust Securities, Inc.
A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street · Chicago, Illinois 60675
1-800-621-4492

Account Number: NT1-254708
Account Name: CROCKETT
Statement Date: 08/01/2006 to 08/31/2006

## Redemptions

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 08/01/06 | CASH | REDEEMED | INTL PAPER CO NT 7.875% 08/01/2006 REDEMPTION PAYOUT | (60,000) | $60,000.00 | | |

| Net Redemptions | | | | | $60,000.00 |
|---|---|---|---|---|---|

## NET TRADING

## CORE FUND ACTIVITY

### Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 07/31/06 | CASH | REINVESTMENT | NORTHERN MONEY MARKET FUND NET DIV REINVEST | 133.31 | ($133.31) |
| 08/01/06 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 62,362.5 | ($62,362.50) |
| 08/25/06 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 158.15 | ($158.15) |
| 08/31/06 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 175.5 | ($175.50) |

| Net Core Funds Purchased | | | | | ($62,830.46) |
|---|---|---|---|---|---|

### Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 08/16/06 | CASH | YOU SOLD | NORTHERN MONEY MARKET FUND @ 1 | (40,338.1) | $40,338.10 |
| 08/24/06 | CASH | YOU SOLD | NORTHERN MONEY MARKET FUND @ 1 | (20,000) | $20,000.00 |

| Net Core Funds Sold | | | | | $60,338.10 |
|---|---|---|---|---|---|

| NET CORE FUND ACTIVITY | | | | | ($2,492.36) |
|---|---|---|---|---|---|

# Northern Trust Securities, Inc.

A Wholly Owned Subsidiary Of Northern Trust Corporation
50 South La Salle Street • Chicago, Illinois 60675
1-800-621-6852

**Account Number:** NT1-354708
**Account Name:** CROCKETT
**Statement Date:** 08/01/2006 to 08/31/2006

## INCOME AND EXPENSES

### Taxable Income

**Taxable Dividends**

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| 07/31/06 | CASH | DIVIDEND RECEIVED | NORTHERN MONEY MARKET FUND DIVIDEND RECEIVED | | $133.31 |
| 08/24/06 | CASH | DIVIDEND RECEIVED | NORTHERN HIGH YIELD FIXED INCOME | | $158.15 |
| 08/21/06 | CASH | DIVIDEND RECEIVED | APARTMENT INVT & MGMT CO | | $54.60 |
| 08/30/06 | CASH | DIVIDEND RECEIVED | RXG CLARION GLOBAL REAL ESTATE INCOME FD COM | | $121.95 |

**Taxable Interest**

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| 08/01/06 | CASH | INTEREST | INTL PAPER CO NT 7.875% 08/01/2006 | | $2,362.50 |

**Net Taxable Income** $2,830.46

**Total Income** $2,830.46

## NET INCOME AND EXPENSES

**NET INCOME AND EXPENSES** $2,830.46

## MESSAGES

Client Emergency Information Line
In the case of an unforeseen event you may call toll-free from anywhere in this country to hear a recorded message about your Northern
Trust office. Please call 1-800-662-0009 Northern's Client Emergency Line for updates and other relevant information.

## FOOTNOTES AND COST BASIS INFORMATION

Cost basis and gain/(loss) information is included for your convenience and is based on information you provided or that is otherwise known to NFS at the time the statement is issued. The
information may not reflect all adjustments or reportable transactions that are required for tax purposes and may not be accurate for tax reporting purposes. It is not a substitute for your own
tax records. If you have any questions about your specific tax situation, please consult your tax advisor. Cost basis information is not adjusted for investments in Master Limited Partnerships
(MLPs). In order to calculate basis for MLPs, you will need supplemental information from the partnership related to the income and distributions during the period you held your investment.

Northern Trust Securities, Inc.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

# Northern Trust Securities, Inc.

Account Number: NT1-354708

080930   270   007027271   C   1
NORTHERN TRUST SECURITIES, INC.
50 SOUTH LASALLE STREET
CHICAGO, IL 6063

CLYDE & DARLEE J CROCKETT TTEE
CROCKETT CHRTBLE RMDR UNI TRUST
U/A 6/27/99
FBO CAL WESTERN LAW SCHOOL
7981 PROSPECT PLACE
LA JOLLA CA 92037

YOUR FINANCIAL REPRESENTATIVE:
PATRICIA F ROBERTSON
RR# F77

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local          949 717 5559
In-State       800 932 8604
National       800 621 4482

## SNAPSHOT

Statement Date: 09/01/08 to 09/30/08

TOTAL PORTFOLIO
$227,564.74

### PORTFOLIO VALUE

| | This Period | Year-to-Date |
|---|---|---|
| Cash and Cash Equivalents | $97,616.93 | $95,844.23 |
| Accrued Interest | $1,935.97 | $2,663.05 |
| Securities | $124,369.76 | $145,165.48 |
| Other Securities | $3,642.08 | $3,685.76 |
| **TOTAL PORTFOLIO VALUE** | **$227,564.74** | **$247,358.52** |

### ACCOUNT ACTIVITY

| | This Period | Year-to-Date |
|---|---|---|
| Net Trading | $0.00 | $89,519.73 |
| Net Core Fund Activity | ($1,772.70) | ($82,960.48) |
| Net Additions and Withdrawals | $0.00 | ($20,291.16) |
| Net Income and Expenses | $1,772.70 | $13,731.91 |

Portfolio Value
(in hundreds of dollars)



Account carried with National Financial Services LLC, Member NYSE, SIPC

Northern Trust Securities, Inc.
Determining the appropriate asset allocation for your portfolio is an important step in
increasing return and reducing risk over the long term. Ask your Investment Consultant
for help in finding the asset mix that is best-suited to your investment goals.

**LEGEND**
( ) Numbers in parentheses
are debit or subtractions
NFS = National Financial
Services LLC

Page 1 of 12
080930 270 007027271

**Account Number: NT1-354708**
**Account Name: CROCKETT**
**Statement Date: 09/01/2008 to 09/30/2008**

# Northern Trust Securities, Inc.

# SUMMARY

## PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $97,616.03 | $95,844.23 |
| Accrued Interest | $1,935.97 | $2,663.05 |
| Securities | | |
| Equities | $21,415.75 | $34,896.00 |
| Fixed Income | | |
| Corporate Bonds | $81,622.30 | $87,538.40 |
| Mutual Funds | | |
| Fixed Income | $21,131.71 | $22,730.18 |
| Total Securities | $124,369.76 | $145,165.48 |
| Other Securities | $3,642.08 | $3,685.76 |
| **TOTAL PORTFOLIO VALUE** | **$227,564.74** | **$247,358.52** |

## ACCOUNT ACTIVITY

| | This Period | Year to Date |
|---|---|---|
| BEGINNING BALANCE | | |
| NET TRADING | | |
| Trading | | |
| Securities Purchased | $0.00 | ($480.27) |
| Redemptions | $0.00 | $90,000.00 |
| **NET TRADING** | **$0.00** | **$89,519.73** |
| NET CORE FUND ACTIVITY | | |
| Core Fund Activity | | |
| Core Funds Purchased | ($1,772.70) | ($103,251.64) |
| Core Funds Sold | $0.00 | $20,291.16 |
| **NET CORE FUND ACTIVITY** | **($1,772.70)** | **($82,960.49)** |
| NET ADDITIONS AND WITHDRAWALS | | |
| Additions and Withdrawals | | |
| Checking Activity | $0.00 | ($800.00) |
| Other Additions and Withdrawals | $0.00 | ($19,491.16) |
| **NET ADDITIONS AND WITHDRAWALS** | **$0.00** | **($20,291.16)** |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $376.38 | $4,228.57 |
| Taxable Interest | $1,350.00 | $9,457.02 |
| Long-Term Capital Gain | $46.32 | $46.32 |
| **NET TAXABLE INCOME** | **$1,772.70** | **$13,731.91** |
| **TOTAL INCOME** | **$1,772.70** | **$13,731.91** |
| **NET INCOME AND EXPENSES** | **$1,772.70** | **$13,731.91** |

## PORTFOLIO ALLOCATION

| | |
|---|---|
| Money Markets | 42.90% |
| Equities | 9.41% |
| Fixed Income | 45.24% |
| Other Securities | 1.60% |
| Accrued Interest | 0.85% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

**ALERT:** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on the taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.



Northern Trust Securities, Inc.
See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

# Northern Trust Securities, Inc.

Account Number: NT1-354708
Account Name: CROCKETT

Statement Date: 09/01/2008 to 09/30/2008

Page 3 of 12
090930 270 0070027571

## DETAIL

### PORTFOLIO VALUE

ENDING BALANCE                                   $0.00

NFS-provided estimated cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss, resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities.

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

LIMITATION ON COST BASIS INFORMATION: NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by you, the investor.

Investment products offered through Northern Trust Securities, Inc., are not FDIC insured, may lose value and are not bank guaranteed. Northern Trust Securities, Inc. is a member of the NASD and SIPC and is an affiliate of The Northern Trust Company.

### CASH AND CASH EQUIVALENTS 42.90%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Money Markets** | | | | | | |
| NORTHERN MONEY MARKET FUND | NORX | 97,616.93 | $1.00 | $97,616.93 | $55,844.23 | |
| 7 DAY AVG NET YIELD 1.33% | CASH | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | **$97,616.93** | | |

### ACCRUED INTEREST 0.85%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Accrued Interest | | | | | | |

Northern Trust Securities, Inc.

**Account Number:** NT1-354708
**Account Name:** CROCKETT
**Statement Date:** 09/01/2008 to 09/30/2008

# Northern Trust Securities, Inc.

Northern Trust Securities, Inc.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

## ACCRUED INTEREST 0.85%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Fixed Income | | | | $1,935.57 | $2,663.05 | | | |
| **Total Accrued Interest** | | | | **$1,935.97** | **$2,663.05** | | | |

## EQUITIES 9.49%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Equity | | | | | | | | |
| ING CLARION GLOBAL REAL ESTATE INCOME FD COM Estimated Yield 15.17% Dividend Option Cash Capital Gain Option Cash | IGR CASH | 1,060 | $8.78 | $9,306.80 | $19,218.20 | $1,412.77 | $20,191.60 | ($10,884.80) |
| JP MORGAN CHASE CAP XII TR PFD 6.25% 10/15/2033 CALLABLE ON 10/15/2008 @ 25.0000 Estimated Yield 7.97% | JPMPRX CASH | 405 | $19.59 | $7,933.95 | $8,877.60 | $632.81 | $10,063.00 | ($2,129.05) |
| LEHMAN BROTHERS HLD CAP TR IV SER L PFD 6.375% 10/31/2052 CALLABLE ON 10/31/2008 @ 25.0000 | LEHLQ CASH | 410 | $0.08 | $32.80 | $8,560.00 | | $10,083.50 | ($10,050.70) |
| NUVEEN MULTI STRATEGY INCOME AND GROWTH FD2 Estimated Yield 16.57% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 10/01/08 | JQC CASH | 695 | $5.96 | $4,142.20 | $6,241.10 | $686.66 | $10,078.61 | ($5,936.41) |
| **Total Equity** | | | | **$21,415.75** | | **$2,731.74** | **$50,416.71** | **($29,000.96)** |
| **Total Equities** | | | | **$21,415.75** | | **$2,731.74** | **$50,416.71** | **($29,000.96)** |



10/29/2010 11:44 FAX 8585432676    NORTHERN TRUST, SAN DIEGO    ☒015/023

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 09/01/2008 to 09/30/2008

# Northern Trust Securities, Inc.

## FIXED INCOME 35.96%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents accumulated interest since the last coupon date on certain fixed income securities which may not have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 09/30/08 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |
| GENERAL RE CORP DEB 9.000% 09/12/2009 MOODY'S Aa1 /S&P AAA CPN PMT SEMI-ANNUAL ON MAR 12, SEP 12 Next Interest Payable: 03/12/09 Accrued Interest $142.50 | 370563A94 CASH | 30,000 | $103.529 | $31,058.70 | $31,512.60 | $2,700.00 | | |
| ARCHER DANIELS MIDLAND CO 6.625% 04/15/2011 DEB MOODY'S A2 /S&P A CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 Next Interest Payable: 10/15/08 Accrued Interest $1836.94 | 039483AG7 CASH | 40,000 | $110.861 | $44,344.40 | $44,596.00 | $3,500.00 | | |
| CIT GROUP INC INTERNOTES BOOK 6.125% 08/15/2016 FR MOODY'S Baa1 /S&P A- CPN PMT SEMI-ANNUAL ON FEB 15, AUG 15 Next Interest Payable: 02/15/09 CALLABLE ON 02/15/2009 @ 100.0000 Accrued Interest Adjusted Cost Basis $156.53 | 12557WWN7 CASH | 20,000 | $32.096 | $6,419.20 | $11,429.80 | $1,225.00 | $20,000.00 | ($13,580.80) |
| **Total Corporate Bonds** | | 90,000 | | $81,822.30 | | $7,475.00 | $20,000.00  O | ($13,580.80) |
| **Total Fixed Income** | | 90,000 | | $81,822.30 | | $7,475.00 | $20,000.00 | ($13,580.80) |

## MUTUAL FUNDS 9.29%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | | | |

Northern Trust Securities, Inc.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

016/023   NORTHERN TRUST SAN DIEGO   10/27/2010 11:49 FAX 8588412676



# Northern Trust Securities, Inc.

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 09/01/2008 to 09/30/2008

## MUTUAL FUNDS 9.29%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| NORTHERN HIGH YIELD FIXED INCOME | NHFIX CASH | 3,196,881 | $6.61 | $21,131.71 | $22,730.18 | $1,848.51 | $25,000.00 | ($3,868.29) |
| Dividend Option Cash | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | |
| **Total Mutual Funds** | | | | **$21,131.71** | | **$1,848.51** | **$25,000.00** | **($3,868.29)** |
| **Total Securities** | | | | **$124,369.76** | | **$12,055.25** | **$95,416.71** | **($46,450.05)** |

## OTHER SECURITIES 1.60%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| APARTMENT INVT & MGMT CO | AIV CASH | 104 | $35.02 | $3,642.08 | $3,685.76 | $249.60 | | |
| Estimated Yield 6.85% | | | | | | | | |
| **Total Other Securities** | | | | **$3,642.08** | | | | |

## TOTAL PORTFOLIO VALUE

| | | | | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| | | | | **$227,564.74** | | **$12,304.85** | **$95,416.71** | **($46,450.05)** |

## ACCOUNT ACTIVITY

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities.

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown of the total of such prior amortization amounts.

**LIMITATION ON COST BASIS INFORMATION:** NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as net available or unknown. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by you, the investor.

## CORE FUND ACTIVITY

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Northern Trust Securities, Inc.

Account Number: NT1-354708
Account Name: CROCKETT

Statement Date:  09/01/2008 to 09/30/2008

## Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 08/28/08 | CASH | REINVESTMENT | NORTHERN MONEY MARKET FUND NET DIV REINVEST | 151.54 | ($151.54) |
| 09/17/2008 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 1,350 | ($1,350.00) |
| 09/25/08 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 149.26 | ($149.26) |
| 09/30/08 | CASH | YOU BOUGHT | NORTHERN MONEY MARKET FUND @ 1 | 121.9 | ($121.90) |

**Net Core Funds Purchased**                                                          ($1,772.70 )

## NET CORE FUND ACTIVITY

($1,772.70 )

## INCOME AND EXPENSES

### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 08/28/08 | | DIVIDEND RECEIVED | NORTHERN MONEY MARKET FUND DIVIDEND RECEIVED | | $151.54 |
| 09/26/08 | | DIVIDEND RECEIVED | ING CLARION GLOBAL REAL ESTATE INCOME FD COM | | $140.35 |
| 09/30/08 | CASH | DIVIDEND RECEIVED | NORTHERN HIGH YIELD FIXED INCOME INCOME FD COM | | $76.58 |
| **Taxable Interest** | | | | | |
| 09/12/08 | CASH | INTEREST | GENERAL RE CORP DEB 9.00000% 09/12/2008 | | $1,350.00 |
| **Long-Term Capital Gain** | | | | | |
| 09/30/08 | CASH | LONG CAP GAIN | ING CLARION GLOBAL REAL ESTATE INCOME FD COM | | $46.92 |

**Net Taxable Income**                                                                $1,772.70

**Total Income**                                                                      $1,772.70

## NET INCOME AND EXPENSES

$1,772.70

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Northern Trust Securities, Inc.

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 09/01/2008 to 09/30/2008

## UNREALIZED GAIN (LOSS) DETAIL

NFS provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records within calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities. Customers should consult their tax advisor for further information.

For the specific share identification cost basis method, appropriate instructions must be given before or at the time of the trade. If specific shares were selected manually (rather than electronically), if some or all of the tax lots a customer specified do not correspond with NFS records, or if a customer used the specific share identification method before such method could be tracked by NFS systems, then cost basis and gain (loss) information displayed here for such transactions will be based on the first-in, first-out (FIFO) method. Affected customers will need to refer to their trade confirmation for the shares (tax lots) they specified and calculate their gain (loss) accordingly. All cost basis and realized and unrealized gain (loss) information based on the first-in, first-out method may need to be re-calculated to remove the effect of any tax lots that were specifically identified and allocated to other sales.

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

LIMITATION ON COST BASIS INFORMATION: NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc. is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost basis information for the affected position will need to be re-tracked and updates by you, the investor.



## EQUITIES

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 09/30/08 | Quantity | Market Value | Cost Basis/ Proceeds | Unrealized Holding Gain (Loss) | Period |
|---|---|---|---|---|---|---|---|---|---|
| ING CLARION GLOBAL REAL ESTATE INCOME FD COM | CASH | 08/11/06 | IGR | $8.78 | 1,060 | $9,306.80 | $20,191.60 | ($10,884.80) | LT |
| JP MORGAN CHASE CAP XII TR PFD 6.25% 10/15/2003 | CASH | 08/11/06 | JPMPRX | $18.59 | 405 | $7,533.95 | $10,063.00 | ($32,129.05) | LT |
| LEHMAN BROTHERS HLD CAP TR IV SER L PFD 6.375% 10/31/2052 | CASH | 09/11/06 | LEHLO | $0.08 | 410 | $32.80 | $10,093.50 | ($10,060.70) | LT |
| NUVEEN MULTI STRATEGY INCOME AND GROWTH FD2 | CASH | 12/11/06 | JQC | $5.96 | 695 | $4,142.20 | $10,078.61 | ($5,936.41) | LT |
| **Total Equities** | | | | | 2,570 | $21,415.75 | $50,416.71 | ($29,000.56) | |

# Northern Trust Securities, Inc.

Account Number: NT1-354708
Account Name: CROCKETT
Statement Date: 09/01/2008 to 09/30/2008

## FIXED INCOME

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 09/30/08 | Quantity | Market Value | Cost Basis/ Proceeds | Unrealized Holding Gain (Loss) Period |
|---|---|---|---|---|---|---|---|---|
| ARCHER DANIEL S MDLAND CO 8.8750% 04/15/2011 DEB | CASH | | 039463AG7 | $110.861 | 40,000 | $44,344.40 | Unknown | |
| CIT GROUP INC INTERNOTES BOOK 6.1250% 09/15/2016 FTI Adjusted Cost Basis | CASH | 09/11/06 | 12557MNN7 | $32.096 | 20,000 | $6,419.20 | $20,000.00 | ($3,868.29)   LT |
| GENERAL RE CORP DEB 9.0000% 09/12/2009 | CASH | | 370858AB4 | $103.529 | 30,000 | $31,058.70 | $20,000.00   D Unknown | ($12,580.80)   LT |

**Total Fixed Income** 90,000 $81,822.30 Unknown

## MUTUAL FUNDS

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 09/30/08 | Quantity | Market Value | Cost Basis/ Proceeds | Unrealized Holding Gain (Loss) Period |
|---|---|---|---|---|---|---|---|---|
| NORTHERN HIGH YIELD FIXED INCOME | Various | | NHFIX | $6.61 | 3,196.931 | $21,131.71 | $25,000.00 | ($3,868.29)   LT |

**Total Mutual Funds** 3,196.931 $21,131.71 $25,000.00 ($3,868.29)   LT

## OTHER SECURITIES

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 09/30/08 | Quantity | Market Value | Cost Basis/ Proceeds | Unrealized Holding Gain (Loss) Period |
|---|---|---|---|---|---|---|---|---|
| APARTMENT INVT & MGMT CO | CASH | | AIV | $35.02 | 91 | $3,186.82 | Unknown | |
| APARTMENT INVT & MGMT CO | CASH | 01/30/08 | AIV | $35.02 | 5 | $175.10 | $193.55 | ($18.45)   ST |
| APARTMENT INVT & MGMT CO | CASH | 02/29/08 | AIV | $35.02 | 8 | $280.16 | $286.72 | ($6.56)   ST |

**Position Total** 104 $3,642.08 Unknown

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Northern Trust Securities, Inc.

**Account Number:** NT1-3547908
**Account Name:** CROCKETT
**Statement Date:** 09/01/2008 to 09/30/2008

Northern Trust Securities, Inc.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

## MESSAGES

While developments in the markets and economy are significant to the performance of your portfolio, changes to your personal situation can have just as much impact on how well your investments are helping you to prepare for your financial future. Marriage, children, job changes and retirement are all examples of major life events that deserve consideration as part of your overall financial plan. To discuss how these or similar events in your life may call for a shift in your portfolio, please contact your Northern Trust Securities, Inc. Wealth Consultant or call 800-621-4462.

**Client Emergency Information Line**
In the case of an unforeseen event you may not hear from anywhere in the country to hear a recorded message about your Northern Trust office. Please call 1-800-662-0009 Northern's Client Emergency Line for updates and other relevant information.

**Simplify Your Life with Electronic Delivery**
Northern Trust Securities is pleased to offer the convenience of viewing shareholder communications, including prospectuses, financial reports and proxy statements online. For additional information or to enroll, please visit northerntrust.com/edelivery.

## FOOTNOTES AND COST BASIS INFORMATION

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to IRS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities. Customers should consult their tax advisors for further information. For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

**LT** – Long Term (held more than twelve months). **ST** – Short-term (held twelve months or less). **D** – Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method, if applicable. Adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis so adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used; otherwise "regular" unadjusted cost basis and its associated gain/loss was used.



Account Number: NT1-354708
Account Name: CROCKETT

Statement Date:  09/01/2008 to 09/30/2008

# Northern Trust Securities, Inc.

## MISCELLANEOUS FOOTNOTES

Callable Securities Lottery - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

Northern Trust Securities, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 12 of 12

**GLOSSARY** Short Account Balances -If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been computed, however, the individual unit price is displayed in 5 decimal places. **Estimated Yield and Estimated Annual Income** - When available, the coupon rate of some fixed income securities is divided by the current market value to create the Estimated Yield and the current income security to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available data, and have been obtained from information providers believed to be reliable, but no assurance can be made as to accuracy. Since the interest and dividend rates are subject to change at any time, they should not be relied on for future economic, political and business conditions, they should not be relied on for future economic, political and business conditions, they should not be relied on for future economic, political and business conditions.

**CUSTOMER SERVICE**: Please review your statement and report any discrepancies immediately. Inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS") who carries your brokerage account and securities. The prices provided are not firm bids or offers. Certain securities deposited with NFS directly by you, through your broker/dealer, or as a result of transactions NFS processes for your account may be subject to variety of risks including, but not limited to, the impact by the frequency of inaccuracies or discrepancies should be reported in writing to your broker/dealer, remember your broker/dealer account number to ensure a prompt reply. Please notify the service center of your broker/dealer promptly in writing of any change or address.

**ADDITIONAL INFORMATION Customer free credit balances** are not segregated and may be used in NFS business. At NFS's option, free credit balances may be directed to your broker/dealer. Assignments on American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise only during the exercise period. You should advise your broker/dealer promptly of any material change to any of your objectives or financial situation. This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions in connection with any securities transaction occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities. Options and other charges. Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information about your brokerage account effected as agent by either: 1) your broker/dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which they were executed, and name of the person, if any, from whom the security was purchased and the rates for remuneration received for these transactions and may be furnished upon written request. NFS is not responsible for certain securities held by you in the activity trades in over-the-counter securities.

Interest payable for certain securities. Assignments on American and European-style options are liable for assignment at any line. **Equity Securities**, Shares credited to your brokerage account resulted from commissions and other charges. If you require further information. NFS reports earnings from the Credit Adjustment Program as a loan reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.



068030 270 0070027571

**End of Statement**

A pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker/dealer.

broker/dealer receives other compensation in connection with the purchase of certain mutual fund shares and/or the ongoing maintenance of those positions in your brokerage account. This additional compensation may be paid by the mutual fund, its investment advisor or one of its affiliates. Additional information about this transaction will be furnished to you upon written request. At times of purchase, fund shares may be assigned broker/dealer will be furnished to you upon written request. At times of purchase, fund shares may be assigned exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin account. The permanent record of the NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed and of the Financial Industry Regulatory Authority ("FINRA").

The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA's BrokerCheck Program. You may obtain a brochure by contacting the FINRA BrokerCheck Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.

New York Stock Exchange Rule 382 requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed. Your broker/dealer and NFS A more complete description is available upon request. Your broker/dealer is responsible for: (1) obtaining and verifying account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall, at the direction of your broker/dealer: (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker/dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS; (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin.

Mutual funds and/or other securities not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

068819