Siepmann & Cie. GmbH & Co. KG, Jenischstrasse 35, 22609 Hamburg



Axel Siepmann
Tel. +49 (0)40 42236106
Mobil +49 (0)170 8006268
Fax +49 (0)40 53052898

Honorable James M. Peck,
Courtroom 601
One Bowling Green
New York
New York 10004

USA

Hamburg, 30. October 2010

– **application to participate telephonically** - My Objection to OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)
United States Bankruptcy Court Southern District of New York
Judge: James M. Peck
Chapter 11 Case No. 08-13555 (JPM)
Claim number: 65948
Debtors: Lehman Brothers Holding
Hearing December 1st 2010 10AM
Creditor/Claimant Name & return address for reply and inquiries of Debtors:
    Siepmann & Cie. GmbH & Co. KG; Atten.):Mr. Axel Siepmann; Jenischstrasse 35; 22609 Hamburg; Germany; Telephone **+49 170 8006268**
Description of the basis for the amount of the claim: Holder of the security LB Treasury Co. BV S&P Div. Trends NTS 28.8.12 which is guaranteed by Lehman Brothers Holding

Dear Sir,

On 25th October I was informed that the court hearing on my above mentioned objection is postponed from 27th October to 1st December 2010. As I had arranged for my physical participation on the first date and the rescheduling at shortest notice was both inconvenient and costly, I ask for your kind understanding that I must try to attend the hearing on 1st December telephonically.

I kindly ask you to provide me with the necessary dial in data, so that I can make myself available for your questions.

Sincerely,

Axel Siepmann, Siepmann & Cie. GmbH & Co. KG

Siepmann & Cie. GmbH & Co. KG