# PROOF OF SERVICE

The undersigned hereby certifies that a copy of the Motions Dockets 11842 and 11843 was served upon the party on 11-5-2010 in the manner indicated below, which service is in compliance with Bankruptcy Rule 9006 (e)- Time of service.

<u>Service by ordinary First Class, U.S. Mail addressed as follow:</u>

Respectfully,

*Chris Stovic*

Chris Stovic
435 Greeves St.
Kane, PA 16735
(814) 837-7046

cc: **Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153

**Wilmington Trust Company, as Indenture Trustee**
520 Madison Avenue, 33rd Floor
New York, New York 10022

**Metlife**
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey

**U.S. Bank. N.A.**
Corporate Trust Services
One Federal Street, 3d Floor
Boston, MA 02110



RECEIVED NOV - 9 2010 U.S. BANKRUPTCY COURT, SDNY