767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

November 11, 2010

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
     **Twelfth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twelfth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the November 17, 2010 omnibus hearing.

In the just-ended 30-day period, Debtors have served six additional ADR Notices, bringing the total number of such notices served to 87 on 111 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in four additional ADR matters, two as a result of mediations. Upon closing of these settlements, Debtors will have received an aggregate total of $272,625,832.98 new dollars for the Debtors' estates. Settlements now have been obtained in 37 ADR matters involving 46 counterparties.

US_ACTIVE:\43555437\01\58399.0003

The Honorable James M. Peck
November 11, 2010
Page 2

To date, of the 22 ADR matters that have reached the mediation stage and have been concluded, 21 have been settled in mediation. Only one mediation has terminated without settlement. Five additional mediations have been scheduled to commence on the following dates: November 11 and 18 and December 7, 8 and 17.

Respectfully Submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp


cc:   Jacob Esher, Esq.
      James Freund, Esq.
      David Geronemus, Esq.
      Ralph Mabey, Esq.
      David Cohen, Esq.
      (all cc's via E-mail)