**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                              :
In re                                                         :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :        **08-13555 (JMP)**
                                                              :
                                Debtors.                      :        **(Jointly Administered)**
                                                              :
-------------------------------------------------------------------------x        **Ref. Docket Nos. 12574-12579**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third
    Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a
    party to the above-captioned action.

2.  On November 6, 2010, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Forty-Sixth Omnibus Objection to Claims (No
        Debtor claims) Solely as to Certain Claims," dated November 6, 2010 [Docket No.
        12574], (the "46th Omni NOA"),

    b.  "Notice of Adjournment of Debtors' Forty-Ninth Omnibus Objection to Claims
        (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated November
        6, 2010 [Docket No. 12575], (the "49th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' Fifty-First Omnibus Objection to Claims
        (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated November
        6, 2010 [Docket No. 12576], (the "51st Omni NOA"),

    d.  "Notice of Adjournment of Debtors' Fifty-Third (Duplicative of Indenture Trustee
        Claims) Omnibus Objection to Claims Solely as to Certain Claims," dated November 6,
        2010 [Docket No. 12577], (the "53rd Omni NOA"),

e.  "Notice of Adjournment of Debtors' Fifty-Fourth Omnibus Objection (Duplicative of Indenture Trustee Claims) to Claims Solely as to Certain Claims," dated November 6, 2010 [Docket No. 12578], (the "54th Omni NOA"), and

f.  "Notice of Adjournment of Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated November 6, 2010 [Docket No. 12579], (the "55th Omni NOA"),

by causing true and correct copies of the:

   i.  46th Omni NOA, 49th Omni NOA, 51st Omni NOA, 53rd Omni NOA, 54th Omni NOA, and 55th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  46th Omni NOA, 49th Omni NOA, 51st Omni NOA, 53rd Omni NOA, 54th Omni NOA, and 55th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii.  46th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

   iv.  49th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

   v.  51st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

   vi.  53rd Omni NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F,

   vii.  54th Omni NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit G, and

   viii.  55th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
8th day of November, 2010

Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

T:\Clients\LBH\Affidavits\Ntcs of Adjournment Re Omnis 46, 49, 51, 53-55_DI 12574-12579_AFF_11-6-10_CF.doc

**EXHIBIT A**

## Email Service List

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adg@adorno.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

## Email Service List

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brian.corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| btrust@mayerbrown.com | cpappas@dilworthlaw.com |
| btupi@tuckerlaw.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| canelas@pursuitpartners.com | cshore@whitecase.com |
| carlsons@sullcrom.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |

**Email Service List**

| | |
|---|---|
| cwalsh@mayerbrown.com | deryck.palmer@cwt.com |
| cward@polsinelli.com | dfelder@orrick.com |
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | dirk.roberts@ots.treas.gov |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |

## Email Service List

| | |
|---|---|
| drosner@goulstonstorrs.com | ezujkowski@emmetmarvin.com |
| drosner@kasowitz.com | ezweig@optonline.net |
| dshemano@pwkllp.com | fbp@ppgms.com |
| dspelfogel@foley.com | feldsteinh@sullcrom.com |
| dtatge@ebglaw.com | ffm@bostonbusinesslaw.com |
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |
| esmith@dl.com | harrisjm@michigan.gov |

**Email Service List**

| | |
|---|---|
| harveystrickon@paulhastings.com | jamestecce@quinnemanuel.com |
| hbeltzer@mayerbrown.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heidi@crumbielaw.com | jay.hurst@oag.state.tx.us |
| heim.steve@dorsey.com | jay@kleinsolomon.com |
| heiser@chapman.com | jbecker@wilmingtontrust.com |
| helmut.olivier@lehman.com | jbeemer@entwistle-law.com |
| hirsch.robert@arentfox.com | jbird@polsinelli.com |
| hollace.cohen@troutmansanders.com | jbromley@cgsh.com |
| holsen@stroock.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jdrucker@coleschotz.com |
| hsnovikoff@wlrk.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jean-david.barnea@usdoj.gov |
| icatto@kirkland.com | jeannette.boot@wilmerhale.com |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |
| ira.herman@tklaw.com | jen.premisler@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.demarco@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.gore@shell.com |
| iva.uroic@dechert.com | jeremy.eiden@state.mn.us |
| jacobsonn@sec.gov | jessica.fink@cwt.com |
| jafeltman@wlrk.com | jfalgowski@reedsmith.com |
| james.mcclammy@dpw.com | jflaxer@golenbock.com |
| james.sprayregen@kirkland.com | jfox@joefoxlaw.com |

## Email Service List

| | |
|---|---|
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | john.mcnicholas@dlapiper.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | john@crumbielaw.com |
| jhuggett@margolisedelstein.com | joli@crlpc.com |
| jhuh@ffwplaw.com | jorbach@hahnhessen.com |
| jim@atkinslawfirm.com | joseph.cordaro@usdoj.gov |
| jjoyce@dresslerpeters.com | joseph.scordato@dkib.com |
| jjtancredi@daypitney.com | joshua.dorchak@bingham.com |
| jjureller@klestadt.com | jowen769@yahoo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jtimko@allenmatkins.com |

## Email Service List

| | |
|---|---|
| jtimko@shutts.com | kowens@foley.com |
| jtougas@mayerbrown.com | kpiper@steptoe.com |
| judy.morse@crowedunlevy.com | kressk@pepperlaw.com |
| jwallack@goulstonstorrs.com | kreynolds@mklawnyc.com |
| jwang@sipc.org | krosen@lowenstein.com |
| jwcohen@daypitney.com | krubin@ozcap.com |
| jweiss@gibsondunn.com | kstahl@whitecase.com |
| jwest@velaw.com | kuehn@bragarwexler.com |
| jwh@njlawfirm.com | kurt.mayr@bgllp.com |
| jwhitman@entwistle-law.com | lacyr@sullcrom.com |
| k4.nomura@aozorabank.co.jp | landon@streusandlandon.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.ewart@wilmerhale.com |
| kiplok@hugheshubbard.com | lisa.kraidin@allenovery.com |
| kkelly@ebglaw.com | ljkotler@duanemorris.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| kmayer@mccarter.com | lmay@coleschotz.com |
| kobak@hugheshubbard.com | lmcgowen@orrick.com |
| korr@orrick.com | lml@ppgms.com |
| kostad@mofo.com | lnashelsky@mofo.com |
| kovskyd@pepperlaw.com | loizides@loizides.com |

**Email Service List**

| | |
|---|---|
| lromansic@steptoe.com | mdorval@stradley.com |
| lscarcella@farrellfritz.com | meltzere@pepperlaw.com |
| lschweitzer@cgsh.com | metkin@lowenstein.com |
| lthompson@whitecase.com | mfeldman@willkie.com |
| lubell@hugheshubbard.com | mgordon@briggs.com |
| lwhidden@salans.com | mgreger@allenmatkins.com |
| mabrams@willkie.com | mhopkins@cov.com |
| maofiling@cgsh.com | michael.bonacker@lehman.com |
| marc.chait@standardchartered.com | michael.frege@cms-hs.com |
| margolin@hugheshubbard.com | michael.kim@kobrekim.com |
| mark.deveno@bingham.com | millee12@nationwide.com |
| mark.ellenberg@cwt.com | miller@taftlaw.com |
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.bury@lehman.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| marvin.clements@ag.tn.gov | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| matthew.morris@lovells.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | mlandman@lcbf.com |
| mberman@nixonpeabody.com | mlynch2@travelers.com |
| mbienenstock@dl.com | mmendez@hunton.com |
| mbossi@thompsoncoburn.com | mmooney@deilylawfirm.com |
| mcademartori@sheppardmullin.com | mmorreale@us.mufg.jp |
| mcordone@stradley.com | mmurphy@co.sanmateo.ca.us |
| mcto@debevoise.com | mneier@ibolaw.com |

## Email Service List

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | paul.turner@sutherland.com |
| mpage@kelleydrye.com | pbattista@gjb-law.com |
| mpucillo@bermanesq.com | pbosswick@ssbb.com |
| mrosenthal@gibsondunn.com | pdublin@akingump.com |
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| msiegel@brownrudnick.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| ncoco@mwe.com | pnichols@whitecase.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| newyork@sec.gov | psp@njlawfirm.com |
| nfurman@scottwoodcapital.com | ptrostle@jenner.com |
| nherman@morganlewis.com | pwirt@ftportfolios.com |
| nissay_10259-0154@mhmjapan.com | pwright@dl.com |
| nlepore@schnader.com | r.stahl@stahlzelloe.com |
| notice@bkcylaw.com | raj.madan@bingham.com |
| oipress@travelers.com | rajohnson@akingump.com |
| omeca.nedd@lovells.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |

**Email Service List**

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhs@mccallaraymer.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.gibson@dubaiic.com

## Email Service List

| | |
|---|---|
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephen.cowan@dlapiper.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.wilamowsky@bingham.com |
| sfox@mcguirewoods.com | streusand@streusandlandon.com |
| sgordon@cahill.com | susan.schultz@newedgegroup.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| shumaker@pursuitpartners.com | tarbit@cftc.gov |
| sidorsky@butzel.com | tbrock@ssbb.com |
| slerner@ssd.com | tduffy@andersonkill.com |
| slevine@brownrudnick.com | teresa.oxford@invescoaim.com |
| sloden@diamondmccarthy.com | tgoren@mofo.com |
| smayerson@ssd.com | thaler@thalergertler.com |
| smillman@stroock.com | thomas.califano@dlapiper.com |
| smulligan@bsblawyers.com | thomas.ogden@dpw.com |
| snewman@katskykorins.com | thomas_noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |

**Email Service List**

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| ACTIV FINANCIAL SYSTEMS, INC. | LY S. CHHAY, GENERAL COUNSEL 120 EAST LIBERTY DRIVE, SUITE 200 WHEATON IL 60187 |
| ACTIV FINANCIAL SYSTEMS, INC.* | 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO IL 60606 |
| ATLANTIC FORMS AND SYSTEMS, INC. | 181 WEST OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| AUDIO INC | 170-172 WEST WESTFIELD AVE ROSELLE PARK NJ 07204 |
| BOILERMAKER TRUST | ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 754 MINNESOTA AVENUE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| DAV-EL RESERVATIONS SYSTEM, INC. | DOUGLAS E. CHIN, ESQ. BURNS & LEVINSON LLP 125 SUMMER STREET BOSTON MA 02110 |
| DAV-EL RESERVATIONS SYSTEM, INC. | 200 SECOND STREET CHELSEA MA 02150-1802 |
| QUINN, PATRICIO | OLAZABAL 1382 - CAPITAL FEDERAL 1428 ARGENTINA |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

**Total Creditor count  12**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| BOUEF LIMITED | GINEA BELUSSI P.O. BOX 025323 CCS 287 MIAMI FL 33102-5323 |
| BOUEF LIMITED | LEYZA F. BLANCO, ESQ. GRAYROBINSON, P.A. 1221 BRICKELL AVENUE, SUITE 1650 MIAMI FL 33131 |
| WOLF, KURT | 141-11 JEWEL AVE FLUSHING NY 11367 |

**Total Creditor count  3**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| REINIKE, KAREN TERESA TTEE | KAREN T REINIKE TRUST FBO KAREN T REINIKE PO BOX 6432 DIAMONDHEAD MS 39525 |
| SECREST, KATHRYN K. | 4015 S. VIA MARINA APT. B-311 MARINA DEL REY CA 90292 |

**Total Creditor count  2**

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| WHEELER, EVELYN I | ROBERT J DUPLAIN JTWROS 7410 ROSSMORE CT. DAYTON OH 45459-4213 |

**Total Creditor count  1**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| JOHN W. NAREL TRUST | (LEONARD E. NAREL, NANCY NAREL AND LINDA NAREL BENEFICIARIES) C/O LEONARD E. NAREL 33391 DOSINIA DRIVE MONARCH BEACH CA 92629 |

**Total Creditor count  1**

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| LILITH VENTURES, LTD | GINEA BELUSSI P.O. BOX 025323 CCS 287 MIAMI FL 33102-5323 |
| LILITH VENTURES, LTD | LEYZA F. BLANCO, ESQ. GRAYROBINSON, P.A. 1221 BRICKELL AVENUE, SUITE 1650 MIAMI FL 33131 |

**Total Creditor count  2**