UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                     :

In re                                             :         Chapter 11 Case No.
                                                     :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :         08-13555 (JMP)
                                                   :         (Jointly Administered)
                     Debtors.                     :
                                                   :
---------------------------------------------------------------x     Ref. Docket Nos. 11877, 12223, 12224

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2010,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         */s/ Panagiota Manatakis*
                                                                         Panagiota Manatakis

Sworn to before me this
27th day of October, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
         TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA
         ATTN: JEFFREY BENESH AND RON TOROK
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036
```

Please note that your claim # 19173-07 in the above referenced case and in the amount of
           $0.00      has been transferred **(unless previously expunged by court order)**

```
         STONE LION PORTFOLIO L.P.
         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
         C/O STONE LION CAPITAL PARTNERS LP, ATTN: C BORG
         461 FIFTH AVENUE, 14TH FL
         NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11877       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/25/2010                             Vito Genna, Clerk of Court

                                             /s/ Jenna Noble
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 25, 2010.

# EXHIBIT B

```
TIME: 12:57:57
DATE: 10/25/10                                                                                                              PAGE:    1
                                              LEHMAN BROTHERS HOLDING INC.
                                                   CREDITOR LISTING

Name                                Address
MERRILL LYNCH CREDIT PRODUCTS, LLC  TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                    NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC  TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                    NEW YORK NY 10036
SK ENERGY CO. LTD.                  ATTN: PETROLEUM TRADING OPERATION TEAM 99, SEORIN-DONG, JONGRO-GU SEOUL  110-110 KOREA, REPUBLIC OF
SK ENERGY CO., LTD.                 ATTN: PETROLEUM TRADING STRATEGY TEAM 99 SEORIN-DONG JONGRO-GU SEOUL  110-110 REPUBLIC OF KOREA
SK ENERGY CO., LTD.                 ATTN: PETROLEUM TRADING STRATEGY TEAM 99 SEORIN-DONG, JONGRO-GU SEOUL  110-110 REPUBLIC OF KOREA
STONE LION PORTFOLIO L.P.           J.H. CHOI, GENERAL MANAGER OF PETROLEUM TRADING OPERATION TEAM 99 SEORIN-DONG JONGRO-GU SEOUL  110-110 KOREA, REPUBLIC OF
                                    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONE LION CAPITAL PARTNERS LP, ATTN: C BORG 461 FIFTH AVENUE, 14TH FL
                                    NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND PLC      TRANSFEROR: SK ENERGY CO. LTD. ATTN: ANDREW SCOTLAND AND SAM GRIFFITHS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND PLC      TRANSFEROR: SK ENERGY CO., LTD. ATTN: ANDREW SCOTLAND AND SAM GRIFFITHS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM


Total Number of Records Printed     9
```