| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: December 1, 2010<br>Hearing Time: 10:00 a.m. |

-----------------------------------------------------------------X

In re:

**LEHMAN BROTHERS HOLDINGS, INC., *ET AL.*,**

                                  Debtors.

Chapter 11
Case No. 08-13555 (jmp)

-----------------------------------------------------------------X

### RESPONSE OF EUGENE GREENE TO DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

    Eugene M. Greene ("Greene"), creditor and party in interest, hereby responds to Lehman Brothers Holdings Inc.'s (the "Debtors") Fifty-eighth (58th) Omnibus Objection to Claims (No Supporting Documentation Claims), as follows:

    1. Eugene M. Greene is a holder of Claim #5148 (the "Claim") filed on July 6, 2008 in the above-captioned matter, in the amount of $50,000. The Claim was filed as an unsecured claim in the Lehman Brothers Holdings case. A copy of the filed proof of claim is annexed hereto as Exhibit "A".

    2. On October 13, 2010, the Debtors filed their 58th Omnibus Objection to Claims. The sole basis set forth as the grounds for the objection to the allowance Greene's claim **number 5148** is that the Debtors' have been provided with no supporting documentation for the claim.

    3. In support thereof, the Greene hereby submits the following documentation evidencing his claims against the Debtors:

{00506254.DOC;1 }506254

(a) a confirmation from Lehman Brothers Holdings for account number 744-32697 evidencing the purchase of $50,000 worth of Lehman Brothers Holdings SPDR's (CUISP No. 525M0FR3060) on May 2, 2008. A copy of the confirmation is annexed hereto as Exhibit "B";

(b) a copy of Greene's monthly Lehman Brothers brokerage account statement for September 2008 for account number 744-32697 evidencing the fact that such securities, with a total cost of $50,003.85 where held in Greene's account. The statement is annexed hereto as Exhibit "C".

4.  Greene has not received any payment with respect to this security and has suffers a total loss in the amount of $50,003.85, for which the estate is liable.

5.  Eugene Greene hereby submits the foregoing as supporting documentation and evidence of his Claim against Lehman Brothers' estate.

**WHEREFORE**, Eugene Greene respectfully requests that his claim be allowed in the amount of $50,000 in accordance with the annexed documentation, along with such other and further relief as is just and proper.

**Dated:**  New York, New York
           November 12, 2010

        **ROBINSON BROG LEINWAND
            GREENE GENOVESE & GLUCK P.C.**

By: /s/ A. Mitchell Greene
**A. Mitchell Greene**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300

506254                  {00506254.DOC;1 }2