# Exhibit A

B 10 (Official Form 10) (12/07)

# UNITED STATES BANKRUPTCY COURT  Southern Dist of NY

**PROOF OF CLAIM**

Name of Debtor: Lehman Brothers Holdings

Case Number: 08-13555

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Eugene Greene

Name and address where notices should be sent:
40 E 94th Street Apt 31B
NY NY 10128

Telephone number: (212) 722-3007

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Same

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 50,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Senior Unsecured Debt
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of documents, invoices, itemized statements... You may also attach a summary. Attach a security interest. You may also attach...

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority: $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: _____
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
[signature: Eugene Greene]

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)     0000005148
[barcode]

FILED
JUL 06 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# Exhibit B

# LEHMAN BROTHERS

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK, NY  10022
DELMONTE/ SMITH

**Confirmation**    Page 1 of 2

**Account information**

**Your investment representative
for this activity
IR #: 039014**
DELMONTE/ SMITH
800-392-5000

**Account number**
744-32697

EUGENE GREENE
40 EAST 94TH STREET
NEW YORK NY  10128-0709

This document confirms the transaction(s) described below. The transaction(s) are USD denominated unless otherwise reflected. Please review the details provided. Notify the branch manager immediately if you disagree with any information provided here.

## Transaction summary for May 06, 2008

|  | Total number |
|---|---|
| Buys | 1 |
| Sells | 0 |

## You bought

| Description (Symbol) | Trade date | Settlement date | Market | Capacity | Account type |
|---|---|---|---|---|---|
| CUSIP #: 5252M0FR3060 | 02 May 08 | 07 May 08 | 6 | 7 | Cash |
| Trade #:  TMS05/06/08 - 0102512 | | | | | |
| **LEHMAN BROS HOLDINGS (5BDDMT5)** | Quantity bought | Price | | | Amount |
| SPDR SA REV NTS PLUS PPP | 50,000 | 100 | Principal | | 50,000.00 |
| DUE 5/8/09 | | | Processing fee | | 3.85 |
| 05/08/2009     MATURITY DATE | | | Net amount | | 50,003.85 |
| 05/07/08      DATED DATE | | | | | |
| PROSPECTUS UNDER SEPARATE MAIL | | | | | |
| SOLICITED | | | | | |
| SECURITY IS HIGH YIELD/RISK LB | | | | | |
| MAY NOT MAKE A MARKET OR | | | | | |
| MONITOR PERFORMANCE | | | | | |
| AS OF 05/02/08 | | | | | |
| 0.00%  COUPON RATE. | | | | | |
| BOOK ENTRY FORM ONLY AVAILABLE | | | | | |
| NOT RATED BY MOODY'S/S&P | | | | | |
| Reference #:  507504 | | | | | |

## LEHMAN BROTHERS

Account Number: 744-32697
Page 2 of 2

It is agreed between Lehman Brothers Inc. and the client:
A. That all securities purchased for or sold to the client and not paid for in full may be pledged, hypothecated, lent or used by Lehman Brothers Inc. either separately or together with other client securities in the ordinary course of its business, without further notice to the client, unless the client has indicated otherwise on the Client Agreement.
B. All transactions are subject to the laws, rules, customs and usages regulating the exchange or market and the clearing house, if any, where executed.
C. When applicable, the transaction set forth on the front of this confirmation constitutes an offer to the client made pursuant to the information contained in the enclosed prospectus or official statement.
D. Descriptive words in the title of any security are used for identification purposes only, and do not constitute representations.
E. In transactions where Lehman Brothers Inc. acts as agent, the date, time of execution and the name of buyer or seller will be furnished on written request.
F. If this is a purchase, payment is due on the settlement date indicated. Clients who have purchased securities in cash accounts and have not paid for such securities by settlement date may be subject to a late charge. Any late charge will be at the maximum interest rate set forth in the Statement of Credit Terms received by the client upon opening the account, and as modified from time to time, and may be charged from the settlement date to the date of payment.
G. This confirmation is conclusive proof of this contract unless objected to in writing by the client within 10 days of mailing to you by us.
H. If payment or delivery of securities is not received by Lehman Brothers Inc. within the time specified by the Federal Reserve Board Regulations, we may be obligated to cancel, sell out or buy in the described security, and the client will be held liable for any loss incurred.
I. For Municipal and other Debt Securities, call features in addition to those may be disclosed on the front of this confirmation may exist. Debt securities subject to call features or other redemption features such as sinking funds may be redeemed in whole or in part before maturity. Such features could affect yield, return and maturity. Please contact your Investment Representative for further information.
J. Yields on CMOs and other mortgage- backed securities (MBS) are quoted as a Corporate Bond Equivalent Yield (BEY). Actual yields may fluctuate based on changes in prepayment speed on the underlying instruments. Total amount due on MBS may be subject to change after settlement date due to factor changes. Specific information will be provided upon the client's written request.
K. For Zero Coupon, Compound Interest and Multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable at a price below their maturity value without prior notice by mail to holder unless the holder has requested these securities be held in registered form. Unless specifically requested and agreed to by Lehman Brothers Inc., clients' securities will not be held in registered form. Additional information will be furnished upon request.
L. For the purpose of evaluating Federal Deposit Insurance, CDs are aggregated with all other deposits held by a client in the same legal capacity at the issuing institution. The insurance limit is $100,000 combined principal and interest for interest bearing CDs or accredited value for zero-coupon CDs.
M. If this confirmation relates to a debt obligation in bearer form, Lehman Brothers Inc. agrees to satisfy the conditions set forth in U.S. Treasury regulation sections 1.165-12(c)(3), and covenants with you to deliver the obligation in bearer form in accordance with the requirements of paragraph (c)(1)(ii) and (iv) of those regulations. The regulations prohibit deliveries, and restrict resales of obligations in bearer form within the United States, and may affect the resale market for such obligations. Consult your tax advisor.
N. For CMOs, clients may contact Customer Account Services for a complimentary copy of an Investor's guide to CMOs.
O. For transactions that specify that this paragraph applies, a short sale is subject to mandatory close out if there is no delivery of shares within 10 business days of normal settlement date.
P. For transactions that specify that this paragraph applies, payment for order flow was received for directing your order to a particular broker/dealer or market center for execution. The source and amount of compensation received in connection with your transaction will be disclosed to you upon written request.
Q. Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.
Unless you have directed that the order be executed on a specified exchange or market and we have agreed to such execution, we will, at our sole discretion and without prior notification to you, execute any of your orders to purchase or sell securities on the over-the-counter market in any location or on any exchange, including a foreign exchange, where such security is traded, either on a principal or agency basis.

### EXPLANATION OF CODES

**Markets**  Security Markets

| | |
|---|---|
| 1. New York Stock Exch. | 6. OTC, NASDAQ, PCSE Options or Canadian Exchs. |
| 2. American Stock Exch. | 7. Underwriting and Governments |
| 3. Other U.S. Registered Exchs. (Name on Request) | |
| 4. Mutual Funds/Unit Trusts | 8. Money Markets, Mixed Markets, and Other Markets |
| 5. CBOE and Governments | |

**Capacity**  1 - 5 and 8. We acted as your agent. A commission may have been charged on this transaction.
6. We acted as agent for the buyer and the seller in a cross transaction. Time of execution and source and amount of commissions received will be written on request.
**Written consent to agency crosses can be revoked at any time by written notice.**
7. We acted as principal. A commission- equivalent / mark- up or mark-down may have been charged on this transaction. Alternately, our compensation is realized by selling to you or buying this security from you at a profit.
9. This transaction was processed in an average price account. We may have acted as principal on all or part of this transaction. Details will be furnished on written request.

**Understanding Research Ratings:** Your confirmation may contain ratings for equity securities that are covered by Lehman Brothers Equity Research. The ratings are as of the close of Trade date. In addition to Lehman Brothers' research ratings, we provide ratings from an Independent Research Provider ("IRP"), for U.S. companies and non- U.S. companies for which the U.S. is the principal equity trading market and certain other companies with significant U.S. trading volume. BNY Jaywalk Inc. serves as an intermediary to provide coverage from a variety of IRPs. An independent Consultant selects the IRP whose ratings appear on your confirmation based upon a variety of factors including the IRP's record of recommendations, consistency of performance and frequency of ratings changes and other factors. The IRP ratings (1-Buy, 2-Hold, 3-Sell) differ from Lehman Brothers' ratings. A guide to the Lehman Brothers rating system is listed below.

| Research Ratings | |
|---|---|
| 1 - Overweight: | The stock is expected to outperform the unweighted expected total return of the industry sector over a 12- month investment horizon. |
| 2 - Equal Weight: | The stock is expected to perform in line with the unweighted expected total return of the industry sector over a 12- month investment horizon. |
| 3 - Underweight: | The stock is expected to underperform the unweighted expected total return of the industry sector over a 12- month investment horizon. |
| RS Rating Suspended: | The stock rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers Inc. is acting in an advisory capacity in a merger or strategic transaction involving the company. |
| Industry Ratings | |
| 1 - Pos / Positive: | Sector fundamentals/valuations are improving |
| 2 - Neu / Neutral: | Sector fundamentals/valuations are neither improving nor deteriorating. |
| 3 - Neg / Negative: | Sector fundamentals/valuations are deteriorating. |

NOTE: **WE ARE REQUIRED TO REPORT NET PROCEEDS OF CERTAIN TRANSACTIONS TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO DOCUMENT TRANSACTIONS, THIS FORM WILL SATISFY THE PURPOSE OF IRS FORM 1099B.**

# Exhibit C

# LEHMAN BROTHERS

## Brokerage account
### 744-32697

EUGENE GREENE
September 1 - September 30, 2008

page 1 of 18

**Your Investment representative:**
DELMONTE/SMITH
BARCLAYS CAPITAL INC
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022
TEL: 800-392-5000

**Copies of this statement have been sent to:**
RCL ADVISORS LLC
744-32697

**Portfolio summary**

3  Account asset allocation
   Change in account value
4  Margin loan summary
   Tax spotlight
   Bulletin board
5  Anticipated income
6  Equities summary
7  Fixed income summary
   Projected bond cash flows
8  Holdings
13 Activity
15 Cash investment summary
16 Tax lots

**Valuation summary:** USD

Last period account value
4,277,018.91

This period account value
4,007,544.59

*All transaction dates appearing on this statement are settlement dates, unless otherwise labeled.*

EUGENE GREENE
40 EAST 94TH STREET
NEW YORK NY 10128-0709

## Bulletin board (continued on pg. 4)

As you are aware, the business of Lehman Brothers Private Investment Management ("PIM") is now part of Barclays Wealth, the wealth management division of Barclays Bank PLC, which operates in the United States as Barclays Capital Inc. As a client of PIM your account has been moved to Barclays Capital Inc. and remains safe and secure.

The September statement reflects the mid-month transfer. Additionally, as a new client of Barclays Wealth you will notice several differences from a branding perspective and you will see more of our new name and look in the upcoming months.

We want to thank you for your patience and loyalty in this unprecedented market environment. We look forward to continuing to work with you as we build on our success with our new partner. If you have any questions, please contact your Investment Representative.

### GO PAPERLESS

Sign up for electronic delivery of account statements and trade confirmations and we will plant a tree on your behalf.

Visit www.lehmanlive.com for details. If you currently do not have online access, please contact your Investment Representative.

Member SIPC

The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

CS-00000000-N

# LEHMAN BROTHERS

**Brokerage account**
744-32697

EUGENE GREENE
September 1 - September 30, 2008

page 11 of 18

## Fixed income

### Municipal bonds

| | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| METROPOLITAN TRANSN AUTH N Y SER B | 100,000 | 99.505 99.512 | 99,505.15 99,511.50 | 89.23 | 89,230.00 1,888.88 | -10,281.50 | 5.85 | In cash account Next call on 11/15/2015 Call price $ 100.00 Moody's A2 S&P A |
| DUE 15 NOV 2031 @ 5.000% | | | | | | | | |
| ISIN: US59259RWW05 | | | | | | | | |
| DATED DATE 01 JUL 2005 | | | | | | | | |
| **Total USD Municipal bonds** | | | | | $3,758,335.50 $43,252.03 | -$36,785.52 | | |

### Convertibles

| | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| ***LEHMAN BROS HOLDINGS SPDR SA REV NTS PLUS PPP | 50,000 | 100.008 100.008 | 50,003.85 50,003.85 | 81.72 | 40,860.00 | N/A | | In cash account Moody's B3 S&P D |
| DUE 5/8/09 | | | | | | | | |
| DUE 08 MAY 2009 | | | | | | | | |
| ISIN: US5252M0FR30 | | | | | | | | |
| DATED DATE 07 MAY 2008 | | | | | | | | |

**Total Fixed Income**

Market value (USD)    $ 3,799,195.50
Accrued int. (USD)    $ 43,252.03
                     $ 3,842,447.53
Unrealized g/l (USD) -$ 36,785.52