**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                        :        **(Jointly Administered)**
                    Debtors.            :
                                        :
------------------------------------------------------------------------x        **Ref. Docket Nos. 11848, 12216,**
                                                 **12218, 12219, 12235, 12236, 12237,**
                                                 **12238, 12266 & 12267**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 26, 2010,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Eleni Kossivas*
                                        Eleni Kossivas

Sworn to before me this
27<u>th</u> day of October, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
--------------------------------------------
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
--------------------------------------------
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG LONDON
         TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP
         ATTN: RICH VICHAIDITH
         60 WALL STREET, 3RD FLOOR
         NEW YORK NY 10005

Please note that your claim # 66601-02 in the above referenced case and in the amount of
     $1,707,315.00        has been transferred **(unless previously expunged by court order)**

         CFIP MASTER FUND, LTD.
         TRANSFEROR: DEUTSCHE BANK AG LONDON
         C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC
         71 SOUTH WACKER DRIVE, SUITE 3495
         CHICAGO IL 60606

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12267     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Jenna Noble
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 26, 2010.

# EXHIBIT B

```
TIME: 14:09:53                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 10/26/10                                        CREDITOR LISTING

Name                                      Address
BARCLAYS BANK PLC                         TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: TPG CREDIT STRATEGIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
CFIP MASTER FUND, LTD.                    TRANSFEROR: DEUTSCHE BANK AG LONDON C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495
                                          CHICAGO IL 60606
CFIP MASTER FUND, LTD.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495
                                          CHICAGO IL 60606
DEUTSCHE BANK AG LONDON                   TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: MERCED PARTNERS II, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
ICP STRUCTURED CREDIT INCOME MASTER FUND  C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN : PETER W. GAUDET, CHIEF OPERATING OFFICER 360 MADISON AVENUE, 10TH FLOOR
LTD                                       NEW YORK NY 10017
ICP STRUCTURED CREDIT INCOME MASTER FUND  C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN PETER W GAUDET, COO 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017
LTD
ING BANK (SUISSE) SA                      30, AVENUE DE FRONTENEX CASE POSTALE 6405 CH-1211  GENEVE 6  SWITZERLAND
TPG CREDIT OPPORTUNITIES FUND LP          TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP     TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP             TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
UNION BANCAIRE PRIVEE, UBP SA             TRANSFEROR: ING BANK (SUISSE) SA RUE DU RHONE 96-98 GENEVE CH-1211 SWITZERLAND

Total Number of Records Printed           18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC