**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :   (Jointly Administered)
            Debtors.                              :
                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 12269, 12278
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Panagiota Manatakis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Panagiota Manatakis

Sworn to before me this
29th day of October, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 12269, 12278 Aff 10-27-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LYXOR ASSET MANAGEMENT S.A.                          LYXOR ASSET MANAGEMENT S.A.
      AS SUB-MANAGER OF THE LYXOR/HARMONIC CURRENCY FUND LIMITED   BRIAN TRUST
      ATTN: EMILIEN SIMOES                                 MAYER BROWN LLP
      TOURS SOCIETE GENERALE                               1675 BROADWAY
      17 COURS VALMY                                       NEW YORK NY 10019
      PARIS - LA DEFENSE CEDEX    92987
      FRANCE
```

Please note that your claim # 19129 in the above referenced case and in the amount of
       $1,799,434.00       has been transferred **(unless previously expunged by court order)**

```
      CONTRARIAN FUNDS, LLC
      TRANSFEROR: LYXOR ASSET MANAGEMENT S.A.
      ATTN: ALISA MUMOLA
      411 WEST PUTNAM AVE., STE 425
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12278     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2010                          Vito Genna, Clerk of Court

                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2010.

# EXHIBIT B

```
TIME: 11:44:53                                    LEHMAN BROTHERS HOLDING INC.
DATE: 10/27/10                                         CREDITOR LISTING                                              PAGE:  1

Name                              Address
BANK JULIUS BAER & CO. LTD        TRANSFEROR: UBS AG LEGAL PRODUCTS & SERVICES PO BOX, BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CONTRARIAN FUNDS, LLC             TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE 425 GREENWICH CT 06830
LYXOR ASSET MANAGEMENT S.A.       AS SUB-MANAGER OF THE LYXOR/HARMONIC CURRENCY FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY
                                  PARIS - LA DEFENSE CEDEX  92987 FRANCE
LYXOR ASSET MANAGEMENT S.A.       BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
UBS AG                            BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                            HUGO KOLLER, OQ9C/O5GC UBS AG PO BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed             6
```