UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:                                                                  Chapter 11
                                                                        Case No. 08-13555 (jmp)

**LEHMAN BROTHERS HOLDINGS, INC.,** *ET AL.,*

                                    Debtors.
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ss.:
COUNTY OF NEW YORK  )

      **TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

2. On the **12th day** of **November, 2010,** I served **RESPONSE OF EUGENE GREENE TO DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)** *via FIRST CLASS MAIL* upon:

*Shai Waisman, Esq.*
*Weil, Gotshal & Manges LLP*
*767 Third Avenue*
*New York, NY 10153*

*Andy Velez-Rivera, Esq.*
*Office of the U.S. Trustee*
*33 Whitehall Street, 21st Floor*
*New York, New York 10004*

*Dennis O'Donnell, Esq.;Dennis F. Dunne, Esq.;Evan Fleck, Esq.*
*Milbank Tweed Hadley McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, New York 10005*

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this **12th**                              /s/TINA FOGEL
day of **November, 2010**                           **TINA FOGEL**

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401 Qualified in Kings County
Commission Expires 5-7-2014

{00506677.DOC;1 }506254