## EXHIBIT 1

**Supplemental Identified Parties**

<u>Exhibit 1</u>
Supplemental Identified Parties

## **<u>Potential Parties in Interest</u>**

1.    3i Group PLC
2.    469 Bergman Properties LLC
3.    Aargauische Kantonalbank
4.    ABC Assicura Societa per Azioni
5.    Adam Chadwick
6.    ADM Galleus Fund Limited
7.    Aggregating Trust 1, L.L.C.
8.    Aggregating Trust 10, L.L.C.
9.    Aggregating Trust 2, L.L.C.
10.    Aggregating Trust 3, L.L.C.
11.    Aggregating Trust 4, L.L.C.
12.    Aggregating Trust 5, L.L.C.
13.    Aggregating Trust 6, L.L.C.
14.    Aggregating Trust 7, L.L.C.
15.    Aggregating Trust 8, L.L.C.
16.    Aggregating Trust 9, L.L.C.
17.    Aglio Master Fund Limited
18.    Ahorro Corporacion Financiera S.V.
19.    Aktia Bank PLC
20.    Alan Semple
21.    Alansbanken Sverige AB
22.    Allen A. Moff
23.    Allesandro Bosco
24.    Alli Joseph
25.    Allstate Life Insurance Company
26.    Altma Fund Sicav PLC, in respect of Rowan Sub-Fund
27.    Anchorage Capital Master Offshore, Ltd.
28.    Andrea Lerner
29.    Andrea Lobbe-Hermans
30.    Andrew Hopkins
31.    Araba Pensiones EPSV - Tuboplast Hispania SA
32.    Arlington Partners, L.P.
33.    Arrowgrass Distressed Opportunities Fund Limited
34.    Arrowgrass Master Fund Ltd.
35.    Arthur King
36.    Arun K. Kakarla
37.    Avignon Capital Ltd.
38.    Aviva Insurance Company
39.    AXA Wholesale Core Australian Fixed Interest Fund
40.    B Y Partners, L.P.
41.    BAC Home Loan Servicing, LP
42.    Banca Popolare di Spoleto S.p.A.
43.    Banco Canaria de Venezuela C.A. Banco Universal
44.    Banco de Bogota

Exhibit 1
Supplemental Identified Parties

| | |
|---|---|
| 45. | Banco de la Pequena Y Mediana Empresa SA |
| 46. | Banco Espanol de Credito, S.A. |
| 47. | Banco Urquijo SBP, S.A. |
| 48. | Bank Hapoalim B.M. |
| 49. | Bank Julius Bear & Co. Ltd. |
| 50. | Bank of America Mexico, S.A. |
| 51. | Bank of Mexico, S.A. |
| 52. | Bank Sarasin & Co., Ltd. |
| 53. | Bankers Life and Casualty Company |
| 54. | Barbara A. Ziccarelli |
| 55. | Barbara Hatton Decker |
| 56. | Baupost Group Securities, L.L.C. |
| 57. | Bayview Financial, L.P. |
| 58. | Bayview Opportunity Master Fund, L.P. |
| 59. | BDF Limited |
| 60. | Bellair Development Group S.A. |
| 61. | Bernd Werneyer |
| 62. | Bernhard Koenner |
| 63. | BHF-Bank Aktiengesellschaft |
| 64. | Billie Chadwick |
| 65. | Black River Commodity Energy Fund LLC |
| 66. | Black River Commodity Fund Ltd. |
| 67. | Black River Convertible Bonds and Derivatives Fund |
| 68. | Black River Fixed Income Relative Value Fund Ltd. |
| 69. | Black River Global Equity Fund Ltd. |
| 70. | Black River Municipal Fund Ltd. |
| 71. | Blue Bridge Holdings Limited |
| 72. | BlueBay (Masters) Fund II Limited |
| 73. | BlueBay Asset Management PLC |
| 74. | BNP Paribas Sucursal en Espana P.P. |
| 75. | BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc. |
| 76. | Boilermakers-Blacksmith National Pension Trust |
| 77. | Bottazzi Guiseppe |
| 78. | BP Gas Marketing Limited |
| 79. | Brahman C.P.F. Partners, LP |
| 80. | Brahman Investments I |
| 81. | Brian Chomas Kelleher |
| 82. | Brian Ellis |
| 83. | Bridgepont International Inc. |
| 84. | Bruce J. Zabarauskas |
| 85. | Bruce Witherell |
| 86. | Bryan Borum |
| 87. | BTR Global Opportunity Trading Limited |
| 88. | Cairanti Graziera |
| 89. | Caisse D'Epargne et de Prevoyance de Midi-Pyrenees |
| 90. | Canpartners Investments IV, LLC |

Exhibit 1
Supplemental Identified Parties

91.     Cantab Capital Partners LLP
92.     Capital One, N.A.
93.     CapStar Copley LLC
94.     Capula Global Relative Value Master Fund Limited
95.     Carimonte Holdings S.p.A.
96.     Carly Galiger
97.     Carolyn J. Bessler
98.     Carval Investors UK Limited
99.     Caspian Alpha Long Credit Fund, L.P.
100.    Caspian Capital Partners, L.P.
101.    Caspian Corporate Loan Fund, LLC
102.    Caspian Select Credit Master Fund, Ltd.
103.    Cassa Di Risparmio Della Repubblica Di San Marino
104.    Cat Brokerage AG
105.    CAT Brokerage AG
106.    CC Arbitrage, Ltd.
107.    Cedar Hill Capital Partners Master Fund, L.P.
108.    Cedar Hill Capital Partners Offshore, Ltd.
109.    Cedar Hill Capital Partners Onshore, L.P.
110.    Chadbourne & Parke LLP
111.    Chan Ming Fung
112.    Cheung Kam Mee Camy
113.    Cheyne Fund L.P.
114.    Cheyne Leverage Fund L.P.
115.    Chiba Bank, Ltd.
116.    Chinfon Commercial Bank
117.    Chris C. Bobell
118.    Christian Fichtl
119.    Christiane Sickmueller
120.    CineMedia LC
121.    Citibank Belgium S.A.
122.    City of Chicago, IL
123.    City of Cleveland, OH
124.    City View Plaza, S.E.
125.    Clayton Commercial Corporation
126.    Colombo DeAgazio
127.    Compagnia Italiana Rischi Aziendali Societa per Azioni
128.    Conseco Life Insurance Company
129.    Contrarian Funds, LLC
130.    Corporate Credit (Europe) S.A.
131.    Coscan Construction, LLC
132.    Credican, C.A.
133.    Credit Mutuel Arkea
134.    Credit Suisse International
135.    Crescent I, LP
136.    CRS Fund, Ltd.

Exhibit 1
Supplemental Identified Parties

137. CSS, LLC
138. Cura Fixed Income Master Arbitrage
139. Curtis Ware
140. CWABS Asset Backed Certificates Trust 2006-BC2
141. CWABS Asset Backed Certificates Trust 2006-SD4
142. CWALT, Inc. Alternative Loan Trust 2007-OH2
143. CyberAgent FX, Inc.
144. Cyrus Capital Partners, L.P.
145. Cyrus Europe Master Fund Ltd.
146. Cyrus Opportunities Master Fund II, Ltd.
147. Cyrus Opportunities Master Fund II, Ltd.
148. Daiwa Securities Capital Markets Co. Ltd.
149. Dale Suder
150. Dan Ianello
151. Daniel Clute
152. Daniel R. Hager
153. Danny Kirk
154. David Lerner
155. David Younger
156. Davidson Kempner Distressed Opportunities Fund, LP
157. Davidson Kempner Distressed Opportunities International, Ltd.
158. Davidson Kempner Institutional Partners, L.P.
159. Davidson Kempner International, Ltd.
160. Davidson Kempner Partners
161. Davin J. Noto
162. Deep Sagar
163. Deer Park Road Corporation
164. Delta Airlines, Inc.
165. Delta Coves Venture, LLC
166. Delta Lloyd Bank NV
167. Deutsche Bank SA/NV
168. Developers Research, Inc.
169. DHS Drilling Company
170. Dhyan Appachu
171. Di Gioia Fabrizio
172. Dietmar Reinartz
173. Dinero Active I Fondo de Inversion
174. Diversified Asian Strategies Fund
175. Diversified European Credit S.A.
176. Diversified Financials Europe S.A.
177. Donald L. Boyd
178. Donald Tang
179. Donatella Pautasso
180. Donna Galiger
181. Duomo Unione Assicurazioni Societa per Azioni
182. Duquesne Light

Exhibit 1
Supplemental Identified Parties

| | |
|---|---|
| 183. | DZ Privatbank (Schweiz) AG |
| 184. | Eckart W. Schmidt |
| 185. | Edmondo Bosco |
| 186. | Edvard-Ragnar Fackner |
| 187. | Edwin D. Thomas |
| 188. | Elektrizitats-Gesellschaft Laufenburg AG |
| 189. | Element Capital Master Fund Limited |
| 190. | Ellington Emerging Markets Fund, Ltd. |
| 191. | Ellington Overseas Partners, Ltd. |
| 192. | Elliott International L.P. |
| 193. | Ellsworth Partners, L.L.C. |
| 194. | EMBS, Inc. |
| 195. | Emilio Izquierdo Jimenez |
| 196. | Emirates National Oil Company |
| 197. | Ente Nazionale di Previdenza ed Assistenza |
| 198. | EPSV Araba Eta Gasteizko Aurreski Kutxa III |
| 199. | EPSV Araba Eta Gasteizko Aurreski Kutxa IV |
| 200. | Ercan Eren |
| 201. | Eric C. Giles |
| 202. | Eric Giles |
| 203. | Esca Co. Ltd. |
| 204. | European Credit Fund SICAV |
| 205. | Eva Schabmueller |
| 206. | Fairfax Financial Holdings Limited |
| 207. | Far Eastern International Bank |
| 208. | Farallon Capital Institutional Partners II, L.P. |
| 209. | Farallon Capital Institutional Partners III, L.P. |
| 210. | Farallon Capital Institutional Partners, L.P. |
| 211. | Farallon Capital Offshore Investors II, Inc. |
| 212. | Farallon Capital Offshore Investors III, Inc. |
| 213. | Farallon Capital Partners, L.P. |
| 214. | Fatima Butt |
| 215. | FCP Groupama Dynamisme |
| 216. | FCP Groupama Equilibre |
| 217. | Fenway Capital, LLC |
| 218. | Fenway Funding, LLC |
| 219. | Fernando Veiga |
| 220. | FH Emerging Markets Debt Fund L.P. |
| 221. | Findomestic Banca S.P.A. |
| 222. | First International Bank of Israel, Ltd. |
| 223. | FKA Countrywide Home Loans Servicing LP |
| 224. | Flavia Schuster |
| 225. | Florida State Board of Administration |
| 226. | Fonalava Fondo de Inversion |
| 227. | Fondazione Cassa di Risparmio di Padova e Rovigo |
| 228. | Fonds Commun De Placement Tait Bout Obligations ET |

Exhibit 1
Supplemental Identified Parties

229. Fran DeLaura
230. Friendship Village of West County Inc.
231. Fritz Fickenscher
232. Futanami Securities Co., Ltd.
233. Future Industry Association (FIA)
234. Geode Capital Master Fund Ltd.
235. Georgios P. Ereiliadis
236. Gerard Galiger
237. Gerd Meyer
238. Gertrud Styra
239. Gibson, Dunn & Crutcher LLP
240. Girobank N.V.
241. Gisela Schultz
242. Glen A. Blaze
243. Glencore Energy UK Ltd.
244. Glenn A. Blaze
245. Glenn A. Bostic
246. GN3 SIP Ltd.
247. GoldenTree European Select Opportunities Master Fund, L.P.
248. GoldenTree High Yield Master Fund Ltd.
249. GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
250. GoldTree Master Fund II Ltd.
251. GoldTree Master Fund Ltd.
252. Gomez Holdings, Inc.
253. Grayson Ventures Limited
254. Great Bay Condominium Owners Association
255. Grover Younger
256. Grup Actinver
257. Grupo Financiero Bank of America
258. Gruss Arbitrage Master Fund, Ltd.
259. Gruss Global Investors Master Fund (Enhanced), Ltd.
260. Gulf Stream – Sextant CLO 2006-1 Ltd.
261. Hain Capital Holdings, Ltd.
262. Hans Ruldof Wehrli
263. Hans-Deiter Olsberg
264. Hans-Juergen Tersteggen
265. Hanspeter Wittig
266. Harold Shamah
267. Hayman Advisors
268. Hayman Capital Master Fund, L.P.
269. HBK Master Fund L.P.
270. Health First, Inc.
271. Heidi Alice Steger
272. Herbert Sickmueller
273. Hermes, Ltd.
274. HFR Ed Select Fund IV Master Trust DTD 7/16/01

Exhibit 1
Supplemental Identified Parties

275.   Hickok Place, L.L.C.
276.   Highland CDO Opportunity Master Fund, L.P.
277.   Highland Credit Opportunities CDO, L.P.
278.   Highland Credit Strategies Fund
279.   Highland Credit Strategies Master Fund, L.P.
280.   Highland Crusader Offshore Partners, L.P.
281.   Highland Floating Rate Advantage Fund
282.   Highland Floating Rate Fund
283.   Hirakata Shinkin Bank
284.   Hontai Life Insurance Co., Ltd.
285.   HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H)
286.   HSBC Bank USA, N.A.
287.   HSBC Securities Japan Limited
288.   ICICI Bank UK PLC
289.   Ida May S. Barnes
290.   Illiquidx LTD
291.   Ingram Pension Plan/NY Life Co. TTEE Ingram Industries Retirement Plan
292.   Innovatis Investment Fund Limited (SAC)
293.   Institucion de Banca Multiple
294.   International Union of Operating Engineers - Employers Construction Industry
         Retirement Trust
295.   Interwind Corp.
296.   InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI
297.   Inversiones Y Fabricaciones, SL
298.   Investcorp Fixed Income Relative Value
299.   Investcorp Silverback Arbitrage Master Fund Ltd.
300.   Investec Bank (Switzerland) AG
301.   Investment Grade European Credit S.A.
302.   Ira Wertentiel
303.   Irmgard Wieczorek
304.   Isaac Shamah
305.   Ivan Aldea Alvarez
306.   Jacqueline G. Nieman
307.   Jade Tree I, L.L.C.
308.   James Eason
309.   James M. Pyle
310.   James Moscola
311.   Janus Capital Management LLC
312.   Japan Net Bank, Ltd.
313.   Jason C. Chapin
314.   Jean Ruetze
315.   Jeff McMurrey
316.   Jeff Schaefer
317.   Jennifer Squires
318.   Joel J. Farrer
319.   John Chadwick

Exhibit 1
Supplemental Identified Parties

320. Jorvik Multi-Strategy Master Fund, L.P.
321. Jose Ruiz
322. Joseph P. Brunetti
323. Juergen Klein
324. Julius Baer & Co. Ltd.
325. Julius Meinl Investment GmbH
326. Jutta Spies
327. Kae Sook Park
328. Kagome Co., Ltd.
329. Karl Wood
330. Kathleen Arnold
331. Kavitha Duddukuri
332. Kawasaki Heaving Industries, Ltd.
333. KC CLO I
334. KC CLO II
335. Kelly L. McGehee
336. Kelly McGehee
337. Kelsey Galiger
338. Kempner International, Ltd.
339. Kerstin Ruetze
340. Kevin Mun
341. Kevin R. Kristick
342. Khin Tun
343. King Capital Ltd.
344. King Street Acquisition Company, LLC
345. Kleyr Grasso Associes
346. Knight Capital Europe Limited
347. Knightsbridge Guarding Ltd.
348. Korea Central Mortgage, Inc.
349. Korinna Schwerdt
350. Kreissparkasse Heinsberg
351. Kristi Brim
352. Kyle Hamatake
353. Kylie Galiger
354. Lance Edwards
355. Landesbank Hessen-Thuringen
356. Latshaw Drilling Company, LLC
357. Lauren Semple
358. Lawrence Reddock
359. LB/L SunCal Northlake, LLC
360. LB/L SunCal Oak Valley, LLC
361. LBVN Holdings, L.L.C.
362. Lehman Re , Ltd.
363. LHB Internationale Handelsbank AG
364. Libra CDO Limited
365. Libyan Arab Foreign Investment Company

Exhibit 1
Supplemental Identified Parties

366.    Linde Energy Services, Inc.
367.    Linh Vo
368.    Linn Energy, LLC
369.    Lispenard Street Credit (Master), Ltd.
370.    LMA SPC for and on behalf of MAP 84 Segregated Portfolio
371.    LMA SPC, for and on behalf of Map 84 Segregated Portfolio
372.    Lmbarda Vita Socitea per Azioni
373.    London Select Fund Limited
374.    Longhorn Credit Funding, LLC
375.    Loomis Street, L.L.C.
376.    Lorimor Corporation
377.    Louis Dreyfus Energy Services, L.P.
378.    Louisiana Department of Revenue
379.    LSF6 Mercury REO Investments Trust Serios 2008-1
380.    Luminus Energy Partners Master Fund Ltd.
381.    Lydian Overseas Partners Master Fund Ltd.
382.    Lyxor/York Fund Limited
383.    M.H. Davidson & Co.
384.    Macquarie Bank Limited
385.    Manuel Freude
386.    Marathon Credit Opportunity Master Fund Ltd.
387.    Marc Uribe
388.    Margaret L. Smith
389.    Margaret Mitchell-King
390.    Mariner LDC
391.    Mark A. Crigler
392.    Mark Neander
393.    Marko Verbic
394.    Marlies Wagner
395.    Marshall Wace Core Fund Limited
396.    Martin J. Redilla
397.    Martin Kuemmel
398.    Marvin Schwerdtferger
399.    Mary E. Uhlman
400.    MassMutual Asia Limited
401.    Mast Credit Opportunities I Master Fund Limited
402.    Master Trust Bank of Japan, Ltd.
403.    Matteo Etedmad
404.    Matthew Eller
405.    Mayer Brown LLP
406.    McKenna Long & Aldridge LLP
407.    Meera Sood Sagar
408.    Menter, Rudin & Trivelpiece, P.C.
409.    Merchantil Commercbank, N.A.
410.    Merrill Lynch, Pierce, Fenner & Smith Incorporated
411.    Metropolitan Life Insurance Company

Exhibit 1
Supplemental Identified Parties

412.   Michael Blumenthal
413.   Michael Duceatt
414.   Michael R. Zodda
415.   Michael Ruppert
416.   Michael Sroka
417.   Miczyslaw Wolski
418.   MidFirst Bank
419.   Milbank, Tweed, Hadley & McCloy LLP
420.   Misuzu Industry Co., Ltd.
421.   Mizuho Alternative Investments LLC
422.   Mizuho Bank (Switzerland) Ltd.
423.   Mizuho Capital Markets Corp.
424.   Mizuho Securities Co., Ltd.
425.   Monika Wenza
426.   Moore Macro Fund, L.P.
427.   Morgan Stanley Capital Services Inc.
428.   MTR Corporation Limited
429.   Murata Machinery, Ltd.
430.   N. J. Joseph
431.   Nakanishi Gakuen
432.   National Futures Association (NFA)
433.   Natixis S.A.
434.   Neste Oil Oyj
435.   Neuberger Berman Management, LLC
436.   New Jersey Carpenters Health Fund
437.   Newtonville Partners, L.L.C.
438.   Nexen Energy Marketing Europe Limited
439.   Nexen Energy Marketing London Limited
440.   Ngoc Huong Huynh
441.   Nicholas S. Mateko
442.   Nick Santino
443.   Nicolas Schuster
444.   NML General Fund
445.   NMLA General Fund (NMLGENCA) [by AllianceBernstein]
446.   Nol Shala
447.   Nomura Securities Co. Ltd.
448.   Noonday Offshore, Inc.
449.   NorthStar Real Estate Securities Opportunities Master Fund L.P.
450.   NY State Department of Labor
451.   Nykredit Bank A/S
452.   Obaxbank S.p.A.
453.   OBB-Posbus GmbH
454.   Oberoesterreichische Verischerung AG
455.   OCM Opportunities
456.   OCM Opportunities VIII Delaware, L.P.
457.   Oesterreichische Elektrizitaetswirtschafts - AG

Exhibit 1
Supplemental Identified Parties

458.   Ohio Presbyterian Retirement Services
459.   Orange Capital, LLC
460.   Oranje-Nassau Energie BV
461.   Ore Hill Hub Fund Ltd.
462.   OTP Bank Plc
463.   OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
464.   Palatine Asset Management
465.   Paloma Industries
466.   Paloma Industries Nogata Plant Ltd.
467.   Par Investment Partners, L.P.
468.   Patricia Izquierdo Merlo
469.   Paul Berlage
470.   Paul Edwards
471.   Pavel Kinel
472.   Permal York, Ltd.
473.   Peter Heun
474.   Peter J. Thompson
475.   PI US Holdings
476.   Pilot Insurance Company
477.   PIMCO Bermuda LIBOR Plus Fund
478.   Pira Energy Group
479.   Plainfield Special Situations Master Fund Limited
480.   PMA Koryo Fund
481.   PMA Prospect Fund
482.   PNC Bank, National Association
483.   Pond Credit (Master), L.P.
484.   Portafolio de Inversiones C2-34, C.A.
485.   Pozavarovalnica Sava, D.D.
486.   ProFund Advisors LLC
487.   Providence Equity Partners IV L.P.
488.   Providence Equity Partners IV-A L.P.
489.   Quantum Partners Ltd.
490.   Quoc Truong Huynh
491.   Raiffeisen Centrobank AG
492.   Raiffeisen Zentralbank Osterreich AG
493.   Raiffeisen Zentralbank Osterreich Aktiengesellschaft
494.   Rajesh Pentapati
495.   Rak Koestler
496.   Raven Credits Opportunities Master Fund, Ltd.
497.   RBS Securities Japan Limited
498.   Renate Werneyer
499.   Reva Kirk
500.   Richard A. Lough
501.   Richard B. Johnson
502.   Richard C. Miller
503.   Richard Sheldon

Exhibit 1
Supplemental Identified Parties

504.   Richard Witten
505.   Risparmio & Previdenza Societa per Azioni
506.   Rivka Schmuskovits
507.   Robert Eberwein
508.   Robert F. Hausmann
509.   Robert L. Biscardi
510.   Robert M. Pettit
511.   Rodger R. Stetler
512.   Rogelio Beltran
513.   Roger Nieman
514.   Ronald J. Mandracchia
515.   Rosslyn Investors I, LLC
516.   Rovida Holdings Limited
517.   RR Investment Co. Ltd.
518.   Rudolf Wehrli
519.   Rudolf Weiszmann
520.   Ruthann McFarland
521.   Sabine Naito
522.   Sabretooth Master Fund, LP
523.   Sacher Funding Ltd.
524.   Samsung Life Insurance Co., Ltd.
525.   Samuel E. Belk IV
526.   Samuel E. Benjamin
527.   San Miniato Previdenza Societa per Azioni
528.   Sandeep Bordia
529.   Santa Fe Partners LLC
530.   Santander Asset Management, S.A. S.G.I.I.C.
531.   Saphir Finance PLC
532.   Schroder Alternative Solutions
533.   Scoggin Capital Management II
534.   Scoggin International Fund, Ltd.
535.   Scoggin Worldwide Fund, Ltd.
536.   Scott Kitchens
537.   Scottwood Master Ltd.
538.   Sea Port Group Securities, LLC
539.   SecondMarket, Inc.
540.   Security Pacific Capital Leasing Corporation
541.   SEI Institutional Investment Trust - Enhanced Income Fund
542.   Shamah 2000 Family Trust
543.   Shane Visto
544.   Shannon Allen
545.   Shinhan Investment Corp.
546.   Siegried Mosch
547.   Siemens/Convertibles global markets trading as Innovest European
548.   Siit Extended Duraction Fund Liquiditing Trust
549.   Silvio Schuster

Exhibit 1
Supplemental Identified Parties

550.   Sirius International Limited
551.   SK Securities Co., Ltd.
552.   SMC Credit Opportunities Fund, Ltd.
553.   Smitha Aivar
554.   Societa Cattolica di Assicurazione - Societa Cooperativa
555.   Soros Fund Management LLC
556.   Sothic Capital European Opportunities Master Fund
557.   South Yorkshire Pension Authority
558.   Sparbanken Vastra Malardalen
559.   Sparkasse Pforzheim Calw
560.   Spring Star Corp.
561.   Sridhar Duddukuri
562.   Srihari Javvaji
563.   Stacy Holder
564.   Stanford Hospital and Clinics
565.   Stanley Czajka
566.   Staple Street Aviation (Master), L.P.
567.   Steven M. Speier
568.   Stonehill Institutional Partners, L.P.
569.   Stonehill Master Fund Ltd.
570.   Strategic Value Special Situations Master Fund LP
571.   Straumar-Burdaras Investment Bank HF
572.   Sudhakar Aremanda
573.   Summit Capital Partners, LP
574.   Summit Petroleum Limited
575.   SunCal Heartland, LLC
576.   SunCal Marblehead, LLC
577.   SunCal Oak Knoll, LLC
578.   SunCal PSV, LLC
579.   SunCal Torrance, LLC
580.   Svenska Litteratursaillskapet
581.   SyntexEnergy LLC
582.   TAARP Group, LLP
583.   TCW Absolute Return Credit Fund, L.P.
584.   The Christian and Missionary Alliance Foundation
585.   The Drake Global Opportunities (Master) Fund, Ltd.
586.   The Drake Low Volatility Master Fund, Ltd.
587.   The Drake Offshore Master Fund, Ltd.
588.   The Governor and the Company of the Bank of Ireland
589.   The Higo Bank, Ltd.
590.   The Kuwana Shinkin Bank
591.   The Lehman Hong Kong Liquidators
592.   The Minami-Nippon Bank, Ltd.
593.   The O'Neil Group, LLC
594.   The Shoko Chukin Bank, Ltd.
595.   The Toyokawa Shinkin Bank

Exhibit 1
Supplemental Identified Parties

596. The Varde Fund IX, L.P.
597. The Varde Fund IX-A, L.P.
598. The Varde Fund V-B, L.P.
599. The Varde Fund VII-B, L.P.
600. The Varde Fund VIII, L.P.
601. The Yamagata Bank
602. Thomas M. Cockreil
603. Thomas Reynolds
604. Thomson Tat
605. Timothy A. Cotten
606. Tokai Tokyo Securities Co., Ltd.
607. Tokai Tokyo Securities Co., Ltd.
608. Tomarchio Carmelo
609. Total Alpha Investment Fund Management Company S.A.
610. TPG Credit Opportunities Investors, L.P.
611. TPG Credit Strategies Fund, L.P.
612. Tracey Morman
613. Troy A. Uhlman
614. TSO LLC
615. TUA Assicurazioni Societa per Azioni
616. Tuscon Electric Company
617. U. Young Park
618. Udo Wellman
619. United Coconut Planters Bank
620. Uwe Schaper
621. Uwe Schoenwaelder
622. Van Trai Huynh
623. Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
624. Vanguard Fiduciary Trust Company Corporate Bond Trust
625. Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
626. Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
627. Varde Investment Partners (Offshore) Master, L.P.
628. Venor Capital Master Fund Ltd.
629. Vincent Jackson
630. Vital Dinero Fondo de Inversion
631. Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
632. Vitol Asia Pte Ltd.
633. Vitol S.A.
634. Vittoria Veterano
635. VR-LW GmbH
636. Walter Mosch
637. Washington National Insurance Company
638. Wharton Asian Arbitrage Fund I
639. Wharton Asian Special Opportunities Company 1 Ltd.
640. Wilfried Uttendorf

14

Exhibit 1
Supplemental Identified Parties

641. William C. Meyer Jr.
642. Wim J.M. Alen
643. Xianhua Xu
644. York Asian Opportunities Master Fund, L.P.
645. York Capital Management, L.P.
646. York Credit Opportunities Fund, L.P.
647. York Credit Opportunities Master Fund, L.P.
648. York Credit Opportunities Unit Trust
649. York European Focus Master Fund, L.P.
650. York European Opportunities Master Fund, L.P.
651. York Global Master Fund, L.P.
652. York Investment Master Fund, L.P.
653. York Select Master Fund, L.P.
654. York Select Unit Trust
655. York Select, L.P.
656. Yorvik Partners LLP
657. Yuanta Commercial Bank
658. Yun You
659. ZAO KB Citibank

## Principal Investments

660. Celtic Pacific (UK) Two Limited
661. Classic Cruises Holdings S.a.r.l.
662. Oceana Cruises, Inc.
663. Prestige Cruise Holdings Inc.
664. Radisson Seven Seas France
665. Spanish Broadcasting Systems, Inc.
666. Supplystill Limited
667. Walton Street Capital
668. Walton Street Real Estate Fund V, L.P.
669. WTCC Ventana Alpha Mezz V, L.L.C.
670. WTCC Ventana Investors V, L.L.C.
671. WTCC Ventana Mezz V, L.L.C.