

Pro-Active Portfolio Monitoring℠
# The Missing Piece
*to Prudent Asset Management*

**MIAMI OFFICE (USA)**
Bank of America Tower
100 S.E. Second St., Ste 2610
Miami, Florida 33131
**T** +1 (786) 235-5000
**F** +1 (786) 235-5005

**Christian Wefers**
cwefers@drrt.com

October 28, 2010

**VIA FEDEX**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

> **RE:** **Lehman Brothers Holdings Inc. Chapter 11 Bankruptcy Claims Filing**
> **Claimant:** DRRT FBO HANSAINVEST Hanseatische Investment GmbH
> Claim Number 60444

To Whom It May Concern:

You will find enclosed our supporting documentation in connection with the above-referenced matter on behalf of our client, HANSAINVEST Hanseatische Investment GmbH, as well as a letter from our client addressing this matter.

A proof of claim was previously submitted on behalf of Universal Investment GmbH (Claim Number 60444). However, we would like to inform you that the management and administration of the fund in question, "DRKV-Universal Fonds Spezialitaten" (ISIN DE0009848796), was assigned to HANSAINVEST Hanseatische Investment GmbH on December 1, 2009 and now bears the name HASA DRK (ISIN DE000DRKRSP4).

Hence, any correspondence should be sent to the undersigned and payments made to claim 60444 should be made to DRRT FBO HANSAINVEST Hanseatische Investment GmbH.

We hereby ask, in good faith, for the amendment of this claim on behalf of HANSAINVEST Hanseatische Investment GmbH in the Lehman Brothers Holding Inc. bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York.

We hereby confirm that we are authorized to represent HANSAINVEST Hanseatische Investment GmbH in the United States in connection with this bankruptcy proceeding and attest to the accuracy and truth of the trades provided. We further confirm that all documentation concerning trades received from HANSAINVEST Hanseatische Investment GmbH is documentation kept in the ordinary course of business pursuant to Federal Rules of Evidence, Rule 803 (6) and accurately and truthfully reflects the attached trades. Therefore, it qualifies as an exemption to the hearsay rule and the information sent is sufficient proof to account for the trades.

For any questions or concerns, do not hesitate to contact our office at +1 (786) 235-5000 ext 8018. We appreciate your cooperation.

Sincerely,

Christian Wefers, LL.M
Senior Associate



# HANSAINVEST

HANSAINVEST
Hanseatische Investment-GmbH

Postfach 60 09 45, 22209 Hamburg

EPIQ Systems
Attn. Lehman Brother Holdings Claims Processing
757 Third Avenue, 3rd Floor
Third Floor
New York, NY 10017

Unsere Zeichen: KS
Katharina Schößler

Telefon:+49 (40) 3 00 57-6125
Telefax:+49 (40) 3 00 57-6147
E-Mail:
Katharina.Schoessler@hansainvest.de

22.10.2010

**Lehman Brothers Holdings Inc., Claim Number 60444**
**HANSAINVEST Hanseatische Investment-GmbH on behalf of "HANSA DRK"**

Dear Sir or Madam,

We would like to inform you that the management and administration of the fund "DRKV-Universal-Fonds-Spezialitäten" (ISIN: DE0009848796; WKN:984879) was assigned from Universal Investment-GmbH to HANSAINVEST Hanseatische Investment-GmbH on 1st December 2009.

We further would like to inform you that the fund was renamed as "HANSA DRK" (ISIN: DE000DRKRSP4; WKN: DRKRSP).

Any payments following from the Lehman Brother Holdings Claims Processing with reference to the claim number 60444 have to be paid to HANSAINVEST Hanseatische Investment-GmbH.

Universal Investment-GmbH will confirm the assignment of the management and administration separately and is informed about this letter.

Best Regards

HANSAINVEST
Hanseatische Investment-GmbH

Q. Stotz                i.A. K Schößler
                        Schößler

HANSAINVEST
Hanseatische Investment-GmbH
Sitz: Hamburg, HR B 12 891, AG Hamburg
USt-Id.: DE 118617622,

Geschäftsführung:
Nicholas Brinckmann, Gerhard Lenschow,
Dr. Jörg W. Stotz, Lothar Tuttas
Vorsitzender des Aufsichtsrats: Ulrich Leitermann

Telefon: (0 40) 3 00 57-0
Telefax: (0 40) 3 00 57-61 14
Internet: www.hansainvest.com
E-Mail: service@hansainvest.de

HANSAINVEST
Postfach 60 09 45, 22209 Hamburg
Hausanschrift:
Kapstadtring 8, 22297 Hamburg

Brief HI a8c Dez 09

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000060444 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | (barcode) |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Universal-Investment-GmbH solely on behalf and for account of DRKV-Universal-Fonds/ Segment Spezialitaeten<br>Erlenstrasse 2<br>D-60325-Frankfurt am Main<br>Germany<br>Telephone number: +4969710430    Email Address:    recht@ui-gmbh.de | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 5,464,830.16 _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0247679573 _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

9454822 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

12780 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>10/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    _(signatures)_    i. V. Holzapfel | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**FRANK SCHROEDER          ANDREAS HOLZAPFEL**

Universal-Investment-Gesellschaft mbH

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM AS OF 10/27/2009

## SUPPORTING DOCUMENT

| ISIN | Fund/Fund Segment | Cur. | Nominal | Price | market value | market value | Interest until and including 9/15/2008 | market value + interest | FX rate EUR/USD | Total in USD until and including 9/15/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0247679573 | DRKV-UNIVERSAL-FONDS - SPEZIALITÄTEN | EUR | 5.000.000,00 | 76,737066 | 3.836.853,30 | 1 | 3.836.853,30 | 0,00 | 3.836.853,30 | 1,42430 | 5.464.830,16 |

IMPORTANT NOTE:

ADDITIONALLY, WE CLAIM FOR ACCRUED INTEREST POST SEPTEMBER 15, 2008 WHICH IS NOT INCLUDED IN THE TOTAL USD AMOUNT (SEE ABOVE)!

for explanation.                                              CurncyHP

## CLOSE/VALUE                                    Page  1 / 1
EUR        EURO SPOT              PRICE 1.4816      Bloomberg BGN
                                            HI 1.4774    ON  9/22/08
Range 9/15/08  to 10/15/08    Period D Daily   AVE 1.4059
                              Market M mid/trd   LOW 1.3408    ON 10/10/08

| DATE | PRICE | DATE | PRICE | DATE | PRICE |
|------|-------|------|-------|------|-------|
| | | 9/26 | 1.4614 | | |
| | | 9/25 | 1.4609 | | |
| 10/15 | 1.3499 | 9/24 | 1.4621 | | |
| 10/14 | 1.3619 | 9/23 | 1.4648 | | |
| 10/13 | 1.3581 | 9/22 | H1.4774 | | |
| | | | | | |
| 10/10 | L1.3408 | 9/19 | 1.4466 | | |
| 10/ 9 | 1.3604 | 9/18 | 1.4348 | | |
| 10/ 8 | 1.3654 | 9/17 | 1.4326 | | |
| 10/ 7 | 1.3588 | 9/16 | 1.4129 | | |
| 10/ 6 | 1.3499 | 9/15 | 1.4243 | | |
| | | | | | |
| 10/ 3 | 1.3772 | | | | |
| 10/ 2 | 1.3819 | | | | |
| 10/ 1 | 1.4009 | | | | |
| 9/30 | 1.4092 | | | | |
| 9/29 | 1.4434 | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
                                         SN 496929 G855-1000-0 28-Oct-2009 09:42:36



BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

*B N P*

UNIVERSAL INVESTMENT GES MBH
DRKV UNIVERSAL FONDS 273102
ERLENSTRASSE 2        *273002*
60325 FRANKFURT AM MAIN
GERMANY

Account number
PARB  DEFF  30026 97572
1030026846M DRKV UI SPEZIALITA273102
        *DRKv*
Reference
0258E – 2009475110

October 9th, 2009

### LEHMAN BRO TR06-11
### «XS0247679573»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1030026846M
ISIN: XS0247679573
Security Name: LEHMAN BRO TR06-11
Type of event: CONSENT
Instruction's date: 08-10-2009
Quantity: 5 000 000 FAMT
Blocking reference: 9454822

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

| AccountNo | AccountName | ISIN | Security Name | Position | Datum der Zinsaussetzung | Einstandswert |
|---|---|---|---|---|---|---|
| 1030026846M | DRKV UI SPEZIALITÄTEN | XS0247679573 | Lehman Brothers Holdings Inc. EO-FLR Med.-T.Nts 2006(10/11) | 5.000.000 | 17.09.2008 | 78,5 |


Universal-Investment-
Gesellschaft mbH

# UNTERSCHRIFTENVERZEICHNIS

# LIST OF AUTHORIZED SIGNATURES

**- Juli 2009 / July 2009 -**

Dieses Unterschriftenverzeichnis ersetzt alle vorhergehenden.
This list of Authorized Signatures replaces all previous ones.





Universal-Investment-
Gesellschaft mbH

**Folgende Gruppen zeichnen gemeinsam:**
**Following groups will sign jointly:**


Gruppe I                    Geschäftsführer
Group I                     Managing Directors


Gruppe II                   Generalbevollmächtigter
Group II                    General Manager


Gruppe III                  Direktoren A:
Group III                   Directors A:


Gruppe IV                   Direktoren B:
Group IV                    Directors B:


Gruppe V                    Prokuristen
Group V                     Holders of unlimited Procuration


Gruppe VI                   Handlungsbevollmächtigte
Group VI                    Holders of limited Procuration


**Gruppe VI                   nur gemeinsam mit der Gruppe I – V**
**Group VI                    will sign only together with Group I – V**


Universal-Investment-
Gesellschaft mbH

## IV.   DIREKTOREN A / DIRECTORS A :

Schröder, Frank

Wedewer, Thomas

Wolf, Michael

Zimmermann, Bodo

5



## VI. HANDLUNGSBEVOLLMÄCHTIGTE / HOLDERS OF LIMITED PROCURATION:

**Helmbold, Mathias**

**Heßlinger, Ralph**

**Holzapfel, Andreas**

**Karst, Elmar**

**Kempter, Andreas**

**Keppler, Ayla**           [Elternzeit]

**Kiefer, Jürgen**

**Knoke, Annika**

**Krischeu, Stefan**

17

Universal-Investment-Gesellschaft mbH, Postfach 17 05 48, 60079 Frankfurt am Main

**Universal-Investment-Gesellschaft mbH**

Epiq Bankruptcy Solutions, LLC
Attn. Lehman Brother Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

U.S.A.

| Ihre Zeichen | Ihre Nachricht vom | Unsere Zeichen | Frankfurt am Main, den |
|---|---|---|---|
| | | Sö-Hz | October 27, 2009 |

**Lehman Brother Holdings Claims**
**Universal-Investment-Gesellschaft   mbH   on   behalf   of   DRKV-Universal-Fonds/Segment**
**Spezialitaeten**

Dear Sir or Madam,

In the above referenced matter we refer to the order of the UNITED STATES BANKRUPTCY COURT
(Chapter 11 Case No. 08-13555 (JMP)) regarding deadline for filing claims based on Lehman Programs
Securities of November 2, 2009.

We would like to provide you with the following information in order to facilitate the process of filing our
claims.

Universal-Investment-Gesellschaft mbH ("UIG") is an investment company (*Kapitalanlagegesellschaft*)
pursuant to the German Investment Act regulated by the German Supervisory Financial Authority
(BaFin). As such UIG is acting as an administrator for different funds that have been established under
German law. These funds are estates without legal capacity on their own which are administrated and
managed by UIG. UIG is authorized in its own name to dispose of a fund's assets in accordance with
the German Investment Act and is entitled to exercise any and all rights arising therefrom.

UIG holds securities with the ISIN mentioned in the Proof of Claim at BNP Paribas Securities Services
S.A., Zweigniederlassung Frankfurt am Main, which is the Custodian Bank for the fund DRKV-
Universal-Fonds/Segment Spezialitaeten.

For further details please see the attached appendixes.

We kindly ask you to confirm receipt of this proof of claim. In case if you have any further questions do
not hesitate to contact us.

Kind regards

UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH

Hausanschrift:
Erlenstrasse 2
60325 Frankfurt am Main
Internet: www.universal-investment.de

Geschäftsführer:
Oliver Harth
Markus Neubauer
Bernd Vorbeck (Sprecher)

Handelsregister:
Frankfurt am Main
(HRB 9937)

Bankverbindung:
HAUCK & AUFHÄUSER PRIVATBANKIERS KGaA
Frankfurt am Main
Konto-Nr. 301-21869-08 (BLZ 502 209 00)



From:    Origin ID: MPBA   (786) 235-5000
Alexander Reus
DRRT
100 SE 2ND STREET
SUITE 2610
MIAMI, FL 33131



Ship Date: 28OCT10
ActWgt: 0.4 LB
CAD: 3789823/INET3090

**SHIP TO:**   (866) 841-7868      **BILL SENDER**

**Lehman Brothers Holdings Claims Pro**
**Epiq Bankruptcy Solutions, Inc.**
**757 3RD AVE FL 3**

**NEW YORK, NY 10017**

Delivery Address Bar Code

Ref #    HansaInvest
Invoice #
PO #
Dept #      OCT 2 9 2010

RECEIVED



TRK# 7963 9232 8760
0201

FRI - 29 OCT   A1
STANDARD OVERNIGHT

**XA OGSA**

10017

NY-US

EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                    10/28/2010