210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re LEHMAN BROTHERS HOLDINGS INC ,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. | DIAMOND FINANCE P.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banca Infrastrutture Innovazione Sviluppo S.p.A.
Viale dell'Arte, 21 - 00144 Roma (Rm), Italy
Attention: Dott. Antonino Galatà
Responsabile Funding Strategico e Portfolio Management

Phone: : +39 / 0659593195
e-mail: antonino.galata@biis.it
Last Four Digits of Acct #: n/a
Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 58077
Amount of Claim: $ 50,085,000.00
and Date Claim Filed: October 30, 2009

Please see attached Evidence of Transfer of Claim.

Fax: +353 1 874 3050
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____     Date: 12/11/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.  For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to a certain deed of assignment dated 12 November, 2010 ("**Deed of Assignment**"), DIAMOND FINANCE P.L.C., a public company incorporated in Ireland whose registered office is at AIB International Centre, I.F.S.C., Dublin 1, Ireland (the "**Assignor**") has unconditionally and irrevocably sold, transferred and assigned (the "**Transfer**") to BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A., whose registered office is at Via del Corso 226, 00186 Roma, Italy (the "**Assignee**"), all of its rights, title, benefit and interest (present and future) in, to and under Proof of Claim Number 58077 ("**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**" or the "**Debtor**"), the debtor in Case No. 08-13555 ("**LBHI Case**") pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). A true and correct copy of the Claim, which was filed with the Bankruptcy Court by BNY Corporate Trustee Services Limited (the "**Trustee**") acting on behalf of the Assignor, is attached here to as Annex A. The Assignor therefore hereby confirms that the Transfer relates to 100% of all rights and benefits of the Assignor relating to the Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "**Bankruptcy Code**")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Claim, and (iv) any and all of the Assignor's right, title and interest in, to and under the transfer agreements, if any, under which the Assignor or any prior seller acquired the rights and obligations underlying or constituting a part of the Claim, but only to the extent related to the Claim, (iv) and any and all proceeds of all the foregoing.

2.  The Assignor hereby waives any objection to the transfer of the claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law and consents to the substitution of the Assignor by the Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Claim. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the foregoing claim, recognizing the Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

3. The Assignor shall, as soon as reasonably practicable after becoming actually aware thereof, remit any payments, distributions or proceeds received by the Assignor in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of November 2010.

DIAMOND FINANCE P.L.C.

By: _____
Name:
Title:   **Adrian Wrafter**
         **Director**

BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A

By: _____
Name:
Title:   ANTONINO GALATA
         ATTORNEY

- 3 -

**ANNEX A**

**PROOF OF CLAIM**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In re:<br>Lehman Brothers Holdings Inc., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000058077<br> |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 || THIS SPACE IS FOR _____ |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Telephone number:  +44 20 7 964 8781<br><br>Diamond Finance PLC Series 2007-2<br>c/o BNY Corporate Trustee Services            Michael J. Venditto<br>One Canada Square          with copy to:      Reed Smith LLP<br>London  E14  5 AL                                    599 Lexington Avenue<br>England                                                         New York, NY 10022<br><br>Email Address:  dagemea @bnymellon.com          mvenditto@reedsmith.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>**Court Claim Number:**_____ (*If known*)<br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)  Telephone number:<br><br><br>Email Address: | ☐ Check this box if you are aware thatanyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter,and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security,you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 50,085,000.00** (Required)

☐     Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates. **International Securities Identification Number (ISIN) : XS0284379350**   (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates. **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: Euroclear Bank Electronic Reference Number 6056786** (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers. **Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: Euroclear Bank 14038** (Required)

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br> |
|---|---|
| Date.<br>29/10/09  [signature]   **Zaira Jehangir**<br>                              **Authorised Signatory**<br>SENIOR ASSOCIATE | |

EMEA 105

## Addendum to the Proof of Claim filed by
## Diamond Finance Public Limited Company
## relating to 2007-2

1. BNY Corporate Trustee Services Limited, f/k/a J.P. Morgan Corporate Trustee Services Limited (hereinafter, the "Trustee") acts as the trustee for the holders of notes issued under the Multi Issuer Secured Obligation Programme of Dante Finance PLC and other Specified Companies (the "Dante MISOP Programme") arranged by Lehman Brothers International (Europe) pursuant to a trust deed originally entered into on October 10, 2002 with Dante Finance PLC, as amended and restated on July 21, 2006, as supplemented by the Supplemental Trust Deed and Drawdown Agreement, dated January 26, 2007 and amended by the Deed of Amendment, dated March 5, 2007, and amended by the Second Deed of Amendment, dated May 23, 2007, and amended by Third Deed of Amendment dated July 11, 2007, as may be further amended and restated from time to time (the "Principal Trust Deed").

2. Diamond Finance Public Limited Company ("Issuer") acceded to the Dante MISOP Programme by executing a deed of accession dated July 21, 2006, as the same may have been amended and restated from time to time (the "Deed of Accession").

3. The Trustee files this proof of claim on behalf of the Issuer pursuant to the authority under the Principal Trust Deed and the Deed of Accession to protect the interests of investors and to preserve claims of the Issuer and the investors with respect to the Lehman Program Securities ("Program Securities") identified in this proof of claim. The Trustee currently holds these Program Securities in its capacity as Trustee.

4. The Trustee asserts this claim in its capacity as Trustee pursuant to the authority delegated to the trustee under the Dante MISOP Programme documents.

5. The Trustee reserves the right to amend, modify or supplement this proof of claim as additional information becomes available. The filing of this proof of claim is not a waiver of any substantive right or claim nor a consent to the jurisdiction of the Bankruptcy Court for any purpose other than this proof of claim; and, the Trustee reserves any and all rights, defenses, claims and causes of action.

**HAND DELIVERY**

TP
RECEIVED BY:

10/30
DATE

3:49
TIME