UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re: : Chapter 11 Case No. 08-13555 (JMP)
:
LEHMAN BROTHERS HOLDINGS, INC., : (Jointly Administered)
et al., :
:
     Debtors. :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Arthur J. Spector, do hereby certify that on November 12, 2010, I caused copies of *Petroleum Realty Investment Partners, L.P.'s Response to Debtor's Objection to Claim Nos. 4415, 4416, 4417, 4418, 4419, 4420, 4421, 4422, 4423, 4424, 4425, 4426, 4427, 4428, 4429, 4430, 4431, 4432, 4433 and 4434* (Docket No. 12715) to be served on the parties attached hereto as Exhibit A by Federal Express, overnight delivery.

     Dated: November 12, 2010

     /s/   Arthur J. Spector
     Arthur J. Spector
     Berger Singerman, P.A.
     Florida Bar No. 620777
     (admitted to the bar of the United States District
     Court for the Southern District of New York)
     2650 N. Military Trail, Suite 240
     Boca Raton, FL 33431
     Tel. (561) 241-9500
     Fax (561) 998-0028
     aspector@bergersingerman.com

3230431-1

## EXHIBIT "A"

Hon. James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

3230431-1