UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :     08-13555 (JMP)
                                                            :     (Jointly Administered)
                       Debtors.                             :
                                                            :
-------------------------------------------------------------------x     Ref. Docket Nos. 12283, 12286,
                                                                  12287, 12292, 12293, 12294, 12297,
                                                                  12298 & 12299

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Eleni Kossivas*
                                                 Eleni Kossivas

Sworn to before me this
29th day of October, 2010

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 59098-32 in the above referenced case and in the amount of
       $1,232,000.00         has been transferred (unless previously expunged by court order)

```
     CBW LLC
     TRANSFEROR: BARCLAYS BANK PLC
     C/O ASHURST LLP; ATTN: PATRICIA SEDDON
     7 TIMES SQUARE, 42ND FLOOR
     NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12283      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/28/201                         Vito Genna, Clerk of Court

                                        /s/ Jenna Noble
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 28, 201.

**EXHIBIT B**

```
TIME: 15:07:27                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/28/10                                         CREDITOR LISTING

Name                                              Address
ALPHA BANK A.E.                                   FINANCIAL MARKETS - PLANNING & TRADING DIVISION 40, STADIOU STREET ATHENS    102 52 GREECE
BANK OF NOVA SCOTIA, THE                          BRADLEY TATE, LL.B 40 KING STREET WEST SCOTIA PLAZA 8TH FLOOR TORONTO ON M5H 1H1 CANADA
BANK OF NOVA SCOTIA, THE                          NATHAN F COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONORE STREET STE 4700 CHICAGO IL 60606-5096
BARCLAYS BANK PLC                                 TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: TPG CREDIT STRATEGIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
CBW LLC                                           TRANSFEROR: BARCLAYS BANK PLC C/O ASHURST LLP, ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DE' LONGHI CAPITAL SERVICES S.R.L.                SERVICES S.P.A.) ATTENTION: MARO PICCITTO VIA LODOVICO SEITZ, 47 TREVISO 31100 ITALY
  (FORMERLY DE' LONGHI CAPITAL
DE'LONGHI CAPITAL S.R.L. (FORMERLY                ATTN: MARCO PICCITTO VIA LODOVICO SEITZ, 47 TREVISO 31100 ITALY
DE'LONGHI CAPITAL SERVICES S.P.A.)
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC, ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ALPHA BANK A.E. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10956
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 1641 NEW YORK NY 10150
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: DE' LONGHI CAPITAL SERVICES S.R.L. (FORMERLY DE' LONGHI CA C/O BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: DE'LONGHI CAPITAL S.R.L. (FORMERLY DE'LONGHI CAPITAL SERVI C/O BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036

Total Number of Records Printed     19
```