**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :      Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :      08-13555 (JMP)
                                                   :      (Jointly Administered)
Debtors.                                           :
                                                   :
---------------------------------------------------------------x   Ref. Docket Nos. 12346, 12347,
                                                          12373-12379, 12381-12389, 12422

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Panagiota Manatakis*
                                           Panagiota Manatakis

Sworn to before me this
3rd day of November, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDENTREE EUROPEAN SELECT OPP. LP
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: MORRIS TUCKER
      1230 AVENUE OF THE AMERICAS, 3RD FL
      NEW YORK NY 10020
```

Please note that your claim # 50316-18 in the above referenced case and in the amount of $2,857,518.98 has been transferred **(unless previously expunged by court order)**

```
      BARCLAYS BANK PLC
      TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPP. LP
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12448 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/02/2010                              Vito Genna, Clerk of Court

                                              /s/ Jenna Noble
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 2, 2010.

# EXHIBIT B

08-13555-mg    Doc 12741    Filed 11/15/10    Entered 11/15/10 13:44:46    Main Document
Pg 5 of 5

```
TIME: 10:54:26                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 11/01/10                                         CREDITOR LISTING

Name                                              Address
CAIXA GERAL DE DEPOSITOS, S.A.                    ERIC B. FISHER BUTZEL LONG 380 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
CAJA DE AHORROS DE VIGO, OURENSE Y                TRANSFEROR: INVARDIA, S.L. AVDA. GARCIA BARBON 1-3 VIGO, GALICIA  36201 SPAIN
   PONTEVEDRA (CAIXA NOVA)
CAJA DE AHORROS DE VIGO, OURENSE Y                TRANSFEROR: OZORES OZORES, ANGELINA AVDA. GARCIA BARBON 1-3 VIGO, GALICIA  36201 SPAIN
   PONTEVEDRA (CAIXA NOVA)
CAJA DE AHORROS DE VIGO, OURENSE Y                TRANSFEROR: PONTE DA BARCA, S.L. AVDA, GARCIA BARBON 1-3 VIGO, GALICIA  36201 SPAIN
   PONTEVEDRA (CAIXA NOVA)
CAJA DE AHORROS DE VIGO, OURENSE Y                TRANSFEROR: VAZQUEZ FERNANDEZ, BENITO AVDA. GARCIA BARBON 1-3 VIGO, GALICIA  36201 SPAIN
   PONTEVEDRA (CAIXA NOVA)
CANTOR FITZGERALD SECURITIES                      TRANSFEROR: CAIXA GERAL DE DEPOSITOS, S.A. ATTN: STEPHEN EWALD 110 EAST 59TH STREET, 4TH FLOOR NEW YORK NY 10022
GOLDMAN, SACHS & CO.                              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10291
GOLDMAN, SACHS & CO.                              TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: TPG CREDIT STRATEGIES FUND LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                                     TRANSFEROR: MEDIOLANUM VITA S.P.A. 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM
INVARDIA, S.L.                                    CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
INVARDIA, S.L.                                    ATTN: MR. LUIS PINEIRO SANTOS GARCIA BARBON, 1-7 A VIGO  36201 SPAIN
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ALPHA BANK A.E. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
MEDIOLANUM VITA S.P.A.                            ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MILANO)  20080 ITALY
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: MONARCH MASTER FUNDING LTD C/O BANK OF AMERICA, N.A. BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MONARCH MASTER FUNDING LTD                        ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MONARCH MASTER FUNDING LTD                        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FL
                                                  NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FLOOR
                                                  NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FL
                                                  NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FL
                                                  NEW YORK NY 10022
OCM OPPORTUNITIES FUND VIIB (PARALLEL),           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 S GRAND AVE 28TH FL ATTN: JEFF ARNOLD
   L.P.                                           LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 S GRAND AVE 28TH FL ATTN: JEFF ARNOLD
                                                  LOS ANGELES CA 90071
OZORES OZORES, ANGELINA                           CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
OZORES OZORES, ANGELINA                           ATTN: MR. LUIS PINEIRO SANTOS GARCIA BARBON, 1-7 A VIGO  36201 SPAIN
PONTE DA BARCA, S.L.                              CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
PONTE DA BARCA, S.L.                              ATTN: MR LUIS PINEIRO SANTOS GARCIA BARBON, 1-7A VIGO  36201 SPAIN
TPG CREDIT OPPORTUNITIES FUND LP                  TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP             TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP                     TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
VAZQUEZ FERNANDEZ, BENITO                         CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
VAZQUEZ FERNANDEZ, BENITO                         ATTN: MR. LUIS PINEIRO SANTOS GARCIA BARBON, 1-7 A VIGO  36201 SPAIN


Total Number of Records Printed                   34


                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```