**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,          :    08-13555 (JMP)
                                                      :    (Jointly Administered)
                            Debtors.                  :
                                                      :
---------------------------------------------------------------x    Ref. Docket Nos. 11768, 11769,
                                                           11782 - 11792

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Panagiota Manatakis*
                                                        Panagiota Manatakis

Sworn to before me this
11th day of November, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
         ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
         200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
         NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                        NEW YORK NY 10006
```

Please note that your claim # 64035 in the above referenced case and in the amount of
       $37,198,347.86         has been transferred (unless previously expunged by court order)

```
         LBVN HOLDINGS, LLC                             LBVN HOLDINGS, LLC
         TRANSFEROR: BARCLAYS BANK PLC                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         PO BOX 1641                                    ATTN: ANDREW N. ROSENBERG
         NEW YORK NY 10150                              1285 AVENUE OF THE AMERICAS
                                                        NEW YORK NY 10956
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11784      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/07/2010                       Vito Genna, Clerk of Court


                                       /s/ Angharad Bowdler
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 7, 2010.

**EXHIBIT B**

```
TIME: 18:03:54                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/07/10                                   CREDITOR LISTING

Name                                        Address
BARCLAYS BANK PLC                           ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                           LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
FEDERAL HOME LOAN BANK OF ATLANTA           ATTN: REGINALD T. O'SHIELDS, ESQ. 1475 PEACHTREE ST., N.E. ATLANTA GA 30309
FEDERAL HOME LOAN BANK OF ATLANTA           PETER L. SIMMONS, ESQ. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004
JADE TREE I, L.L.C.                         ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, L.L.C.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                            NEW YORK NY 10004
LBVN HOLDINGS, LLC                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
LBVN HOLDINGS, LLC                          TRANSFEROR: BARCLAYS BANK PLC PO BOX 1641 NEW YORK NY 10150
MERRILL LYNCH CREDIT PRODUCTS, LLC          TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                            NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC          TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                            NEW YORK NY 10036
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
                                            LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRANT AVE, 28TH FLOOR
                                            LOS ANGELES CA 90071
OAKTREE OPORTUNITIES FUND VIII (PARALLEL    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
2) L.P.                                     LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL 2) L.P.                            LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
DELAWARE, L.P.                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
DELAWARE, L.P.                              LOS ANGELES CA 90071
VARDE INVESTMENT PARTNERS, L.P.             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                            MINNEAPOLIS MN 55437
VARDE INVESTMENT PARNERS, L.P.              TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                            MINNEAPOLIS MN 55437

Final Number of Records Printed             19
```