**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                        :    Case No. 08-13555 (JMP)
                                                                :
           Debtors.                                             :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

      Patricia A. Wright, being duly sworn deposes and says:

      1.      That I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

      2.      That on the 15th day of November, 2010, I caused to be served by express overnight mail a true copy of *State Street's Reply Brief In Support Of Stipulation Granting Limited Relief From The Automatic Stay* upon those parties listed on the attached Service List.

                                                           /s/Patricia A. Wright
                                                          Patricia A. Wright

Sworn to before me this
15th day of November, 2010

 /s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/73353943.1

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Kransnow
 Lori R. Fife
 Shai Y. Waisman
 Jacqueline Marcus

Mark L. Lubelsky and Associates
123 West 18th Street, 8th Floor
New York, NY 10011
Attn: Mark L. Lubelsky

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Attn: Anton R. Valukas

Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611-7603
Attn: Anton R. Valukas

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew Velez-Rivera
 Paul Schwartzberg
 Brian Masumoto
 Linda Riffkin
 Tracy Hope Davis

Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne
 Dennis O'Donnell
 Evan Fleck

A/73353943.1