**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :    08-13555 (JMP)
                                                        :    (Jointly Administered)
                            Debtors.                    :
                                                        :
---------------------------------------------------------------x    Ref. Docket Nos. 12457, 12472

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 3, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Panagiota Manatakis*
                                            Panagiota Manatakis

Sworn to before me this
4th day of November, 2010

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 12457, 12472 Aff 11-3-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
                                               |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |   (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CANTOR FITZGERALD SECURITIES
         TRANSFEROR: CAIXA GERAL DE DEPOSITOS, S.A.
         ATTN: STEPHEN EWALD
         110 EAST 59TH STREET, 4TH FLOOR
         NEW YORK NY 10022
```

Please note that your claim # 2430 in the above referenced case and in the amount of
        $100,148,932.56        has been transferred **(unless previously expunged by court order)**

```
         FCOMA LBU LLC
         TRANSFEROR: CANTOR FITZGERALD SECURITIES
         C/O FORTRESS INVESTMENT GROUP LLC; DRAWBRIDGE SPECIAL OPP. FUND
         ATTN: ROY CASTROMONTE / DAVID SHARPE
         1345 AVENUE OF THE AMERICAS, 46TH FLOOR
         NEW YORK NY 10105
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12457     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

**EXHIBIT B**

```
TIME: 10:33:54                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 11/03/10                                         CREDITOR LISTING

Name                            Address
CANTOR FITZGERALD SECURITIES    TRANSFEROR: CAIXA GERAL DE DEPOSITOS, S.A. ATTN: STEPHEN EWALD 110 EAST 59TH STREET, 4TH FLOOR NEW YORK NY 10022
FCOMA LBU LLC                   TRANSFEROR: CANTOR FITZGERALD SECURITIES C/O FORTRESS INVESTMENT GROUP LLC; DRAWBRIDGE SPECIAL OPP. FUND
                                ATTN: ROY CASTROMONTE / DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
ILLIQUIDX LTD                   TRANSFEROR: LANSFORSAKRING KRONOBERG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON  EC4A 2AB UNITED KINGDOM
LANSFORSAKRING KRONOBERG        ATTN: TOMMY DANIELSSON, REDOVISNINGSCHEF BOX 1503 VAXJO  35115 SWEDEN
LANSFORSAKRING KRONOBERG        RICHARD C. PEDONE, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110

Total Number of Records Printed              5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC