10124126.1

SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Tenor Opportunity Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **LEHMAN BROTHERS HOLDINGS** | § | Case No. 08-13555 (JMP) |
| **INC.**, *et al.*, | § | |
| | § | |
| **Debtors.** | § | |

## Certificate of Service

I hereby certify that on November 11, 2010, I caused the *Response of Tenor Opportunity Master Fund, Ltd.  to Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)* to be delivered by electronic notice upon all parties who receive electronic notice of filings in the above-captioned case via the Court's ECF system and, on November 15, 2010, by hand delivery upon the parties listed below:

Weil Gotshal & Manges LLP          Milbank, Tweed, Hadley & McCloy LLP
767 Fifth Avenue                            1 Chase Manhattan Plaza
New York, New York 10153           New York, New York  10005
Attn:  Shai Waisman, Esq.              Attn:  Dennis F. Dunne, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Paul Schwartzberg, Esq.

/s/ Mark D. Sherrill
Mark D. Sherrill