SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-8190
Douglas P. Bartner
Susan A. Fennessey

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    Case No. 08 – 13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF NEW YORK        )

Stacey L. Corr, being duly sworn, deposes and says, under the penalty of perjury:

    1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

    2. On November 15, 2010, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of (i) the *Response of BG Energy Merchants LLC to the Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)*.

_____
Stacey L. Corr

SWORN TO AND SUBSCRIBED before me on this 15th day of November, 2010.

_____

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 2013

## Exhibit A

Weil Gotshal & Manges LLP
Attn: Shai Y. Waisman, Penny Reid
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004