LAW OFFICES OF JEROME ZAMOS
Jerome Zamos (Cal. State Bar No. 36246)
　　　Admitted Pro Hac Vice
5228 Campo Road
Woodland Hills, California 91364-1927
Telephone: 818-348-~~6095~~ 7151
Facsimile:  818-348-6095
email:  zamoslaw @ aol.com

Attorneys for Real Party in Interest
PRUDENCE WALTZ

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 08-13555 JMP |
| LEHMAN BROTHERS' HOLDING, INC., a Delaware Corporation | Chapter 11 |
| | [jointly administered] |
| Debtor | |

ORDER GRANTING  PRUDENCE WALTZ RELIEF FROM STAY
AND  DIRECTING THE ABANDONMENT OF CLAIMS BY DEBTOR IN THIS CASE AND
ITS AFFILIATES AGAINST THE REAL PROPERTY COMMONLY KNOWN AS
844-846 WEST 57TH STREET, LOS ANGELES, CALIFORNIA

[Bankruptcy Code §§ 362(d)(2) & 554(b)]

The Court having read and considered the motion filed by PRUDENCE WALTZ pursuant to Sections 362(d) and 554(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and having determined neither THE DEBTOR IN THIS CASE or any entity affiliated with THE DEBTOR IN THIS CASE has any interest in the property which is the subject matter of action BC374163 now pending in THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES

1

because the signature on the deed of trust recorded as 06-1878371 in the official records of Los Angeles County, California on August 23, 2006 is a forgery because it was not placed on the instrument by the trustor named therein, or authorized by her;

NOW THEREFORE it is ordered, adjudged and decreed that the automatic stay under Bankruptcy Code § 362(a) [11 U.S.C. § 362(a)] resulting from the filing of this Case does not stay any action brought by PRUDENCE WALTZ to remove any cloud against her title to that certain real property commonly known as 844-846 West 57th Street, Los Angeles, California 90037-3628 [Los Angeles County Assessor's Parcel No. 5001-014-01 which is hereinafter referred to as "THE SUBJECT PROPERTY"] which is more fully described as follows:

> The North 113.25 feet of Lot 382 or Burck's Golden Tract, in the City of Los Angeles, County of Los Angeles as per map recorded in Book 10, Page 26 of Maps in the office of the County Records of said County. .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent the proceeding brought by PRUDENCE WALTZ in action BC374163 in THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES has been stayed as a result of any request made by THE DEBTOR IN POSSESSION IN THIS CASE or one of its affiliated entities, PRUDENCE WALTZ shall and hereby is granted relief from such stay in order to allow her to recover title and possession of the real property which is the subject matter of said action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent THE DEBTOR IN POSSESSION IN THIS CASE, or any affiliated entity claims any interest in the real property which is the subject matter of action BC374163 as a result of

any interest based in whole or in part upon the deed of trust recorded as 06-1878371 in the official records of Los Angeles County, California on August 23, 2006 such claim or claims shall be abandoned and withdrawn pursuant to Bankruptcy Code § 554(b) [11 U.S.C. § 554(b)].

Dated: New York, New York
      December \_\_\_, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to the within action; my business address is 5228 Campo Road, Woodland Hills, California 91364-1927.

  On November 15, 2010 I served the following document(s) described as PROPOSED ORDER GRANTING PRUDENCE WALTZ RELIEF FROM STAY AND DIRECTING THE ABANDONMENT OF CLAIMS BY DEBTOR IN THIS CASE AND ITS AFFILIATES AGAINST THE REAL PROPERTY COMMONLY KNOWN AS 844-846 WEST 57TH STREET, LOS ANGELES, CALIFORNIA on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid addressed to:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Harvey R. Miller, E,sq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York. New York 10153

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

[Counsel for AURORA LOAN SERVICES]
GARRETT & TULLEY, P.C.
CANDIE Y. CHANG, Esquire
STEPHANIE S. BANG, Esquire
225 South Lake Avenue
Suite 1400
Pasadena, California 91101-4869

[COUNSEL FOR REAL PARTY LEHMAN BROTHER'S HOLDING, INC.]
Justin D. Balser, Esquire
Donald M. Scotten, Esquire
Bryan M. Leifer, Esquire
AKERMAN SENTERFITT LLP
725 S. Figueroa St., Suite 3800
Los Angeles, CA 90071

MOHAMED FOUZI HAFFER, Esquire
HAFFER & ASSOCIATES
625 Broadway, Suite 825
San Diego, California 92101

BLUE OCEAN MORTGAGE, INC.
c/o MATTHEW P KAY
[its agent for service]
4347 McCONNELL
LOS ANGELES, CA 90066

JANELLE M. BAIRD
P.O. Box 1812
Hawaiian Gardens Ca, 90716

Samantha Hill
1201 N. Orange Grove Ave., #106
West Hollywood, CA 90046

MATTHEW P KAY
4347 McCONNELL
LOS ANGELES, CA 90066

LATOSHIA C. KELLER
4515 Don Ricardo Drive
Los Angeles, California 90008

The Superior Court of The State of California
For the County of Los Angeles
Attention: The Hon. DEBRE K. WEINTRAUB
111 North Hill Street
Los Angeles, California 90012

  I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in set forth in this affidavit.

  I am employed inTHE LAW OFFICES OF JEROME ZAMOS in Woodland Hills, California at whose direction service was made.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 15, 2010 at Woodland Hills, California.

_____
Judith F. Kaplan