1 | LAW OFFICES OF ZAMOS & OKOJIE
Jerome Zamos, SB 36246
2 | Odion L. Okojie, SB 164931
880 West First Street, Suite #313
3 | Los Angeles, California  90012

4 | Telephone: (818) 348-7151/(213) 626-4100
Facsimile: (818) 348-6095/(213) 626-6900
5 |
Email:    zamoslaw@aol.com
6 |
Attorneys for PLAINTIFF/CROSS-DEFENDANT
7 | PRUDENCE WALTZ

**FILED**
LOS ANGELES SUPERIOR COURT
JUN 09 2009
John A. Clark, Executive Officer/Clerk
BY _____, DEPUTY
C. GRIJALVA

8 |         SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |                FOR THE COUNTY OF LOS ANGELES

10 |       CENTRAL [UNLIMITED JURISDICTION] DISTRICT

11 | PRUDENCE WALTZ,                        )  Case No.: **BC374163**
                                            )
12 |                PLAINTIFF,               )   Assigned to
                                            )   Department 47
13 | v.                                     )  THE HON. AUERLIO MUNOZ
                                            )
14 | BLUE OCEAN MORTGAGE CORPORATION, a    )  PLAINTIFF/CROSS-DEFENDANT
     California Corporation, MATTHEW P.     )       PRUDENCE WALTZ'S
15 | KAY an individual, MOHAMED FOUZI      )  ANSWER TO THE UNVERIFIED
     HAFFAR an individual, LATOSHIA         )  CROSS-COMPLAINT FILED HEREIN
16 | KELLER, an individual AURORA LOAN     )  BY AURORA LOAN SERVICES, INC.
     SERVICES and DOES 1 THROUGH 20         )
17 | inclusive                              )
                                            )
18 |                Defendants               )
                                            )
19 | _____)
                                            )
     AURORA LOAN SERVICES, INC.,            )
20 |                                        )
                Cross-Complainant,          )
21 |                                        )
     vs.                                    )
22 |                                        )
     PRUDENCE WALTZ, an individual; BLUE    )
23 | OCEAN MORTGAGE CORPORATION, a          )
     California Corporation, MATTHEW P.     )
24 | KAY an individual, MOHAMED FOUZI       )
     HAFFAR an individual, LATOSHIA         )
25 | KELLER, an individual and ROES 1       )
     through 20 inclusive,                  )
26 |                                        )
                Cross-Defendants            )
27 | _____)

27 | / / /

28 | / / /

PRUDENCE WALTZ ANSWER TO CROSS-COMPLAINT [AURORA LOAN SERVICES, INC.]
PRUDENCE WALTZ v. BLUE OCEAN MORTGAGE CORPORATION, INC. BC 374163
1

1.  COMES NOW CROSS-DEFENDANT PRUDENCE WALTZ, an individual [hereinafter referred to as "ANSWERING CROSS-DEFENDANT"] and answers the unverified Cross-Complaint file herein by Cross-Complainant AURORA LOAN SERVICES, INC [hereinafter referred to as "AURORA LOAN SERVICES"] for herself and no other parties named therein as follows:

1. Pursuant to the provisions of Section 431.30 of the California Code of Civil Procedure ANSWERING CROSS-DEFENDANT denies generally and specifically each and every allegation contained in the complaint on file herein.

### FIRST AFFIRMATIVE DEFENSE
### Failure to State a Cause of Action

2. The cross complaint on file herein by AURORA LOAN SERVICES does not state a cause of action upon which relief may be granted against ANSWERING CROSS-DEFENDANT.

### SECOND AFFIRMATIVE DEFENSE
### No relationship between ANSWERING CROSS-DEFENDANT and AURORA LOAN SERVICES, INC.

3. There is no current and never has been any contractual or other relationship between ANSWERING CROSS-DEFENDANT and AURORA LOAN SERVICES, INC. which resulted in any duty or obligation by ANSWERING CROSS-DEFENDANT to AURORA LOAN SERVICES.

### THIRD AFFIRMATIVE DEFENSE
### AURORA LOAN SERVICES, INC.'S lack of title

4. AURORA LOAN SERVICES INC. does not presently have, and never has had a valid legal or equitable interest in the real property which is the subject matter of the cross-complaint which it has filed in this action

/ / /

### FOURTH AFFIRMATIVE DEFENSE
### Laches

16. The complaint is barred in whole or in part by laches.

### FIFTH AFFIRMATIVE DEFENSE
### Unclean Hands

17. The complaint is barred in whole or in part by AURORA LOAN SERVICES, INC.'s unclean hands.

### SIXTH AFFIRMATIVE DEFENSE
### Equitable Estoppel

18. The complaint is totally barred by AURORA LOAN SERVICES' role in the transaction which is the subject matter the cross-complaint filed herein by AURORA LOAN SERVICES, INC.

### SEVENTH AFFIRMATIVE DEFENSE
### Indemnity

19. If any liability exists on the part of ANSWERING DEFENDANTS to AURORA LOAN SERVICES, INC, such liability is to be completely indemnified by DEFENDANTS/CROSS-DEFENDANTS BLUE OCEAN MORTGAGE CORPORATION, a California Corporation, MATTHEW P. KAY an individual, MOHAMED FOUZI HAFFAR an individual and LATOSHIA KELLER an individual, each of whose wrongful and fraudulent conduct was the cause of AURORA LOAN SERVICES, INC. damages referred to in the cross-complaint filed herein.

### EIGHTH AFFIRMATIVE DEFENSE
### Offset

20. Any amount sought to be recovered in this action is barred in whole or in part by the amount owing from AURORA LOAN SERVICES, INC. to ANSWERING CROSS-DEFENDANT.

/ / /

/ / /

1  WHEREFORE ANSWERING CROSS-DEFENDANT prays:

2     1.   AURORA LOAN SERVICES, INC. take nothing by its complaint;

3     2.   For Costs of suit incurred herein; and

4     3.   For such other and further relief as the court deems just and proper.

                          LAW OFFICES OF ZAMOS & OKOJIE

                          By: _____
                              JEROME ZAMOS, Attorneys for
                              PLAINTIFF PRUDENCE WALTZ

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to the within action; my business address is 5228 Campo Road, Woodland Hills, California 91364.

On June 9, 2009 I served the following document(s) described as PLAINTIFF/CROSS-DEFENDANT PRUDENCE WALTZ'S ANSWER TO THE UNVERIFIED CROSS-COMPLAINT FILED HEREIN BY AURORA LOAN SERVICES, INC. on the interested parties in this by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid addressed to:

[COUNSEL FOR DEFENDANT MOHAMED HAFFAR]
LAW OFFICES OF SINGER & VENTURA, LLP
Daniel I Singer, Esquire
4870 Santa Monica Avenue
Suite 2B
San Diego, California 92107

BLUE OCEAN MORTGAGE, INC.
c/o MATTHEW P KAY [its agent for service]
5900 WILSHIRE BLVD STE 2555
LOS ANGELES, CA 90036

MOHAMED FOUZI HAFFER, Esquire
HAFFER & ASSOCIATES
402 West Broadway, Suite 400
San Diego, California 92101

[COUNSEL FOR DEFENDANT AURORA LOAN SERVICES, INC.]
GARRETT & TULLEY, P.C.
CANDIE Y. CHANG, Esquire
225 South Lake Avenue
Suite 1400
Pasadena, California 91101-4869

LATOSHIA C. KELLER
c/o Keller Williams Realty
5900 Wilshire Blvd., Ste 610
Los Angeles, California 90036

I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in set forth in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 9, 2009, at Woodland Hills, CALIFORNIA.



_____
JUDITH F. KAPLAN

PRUDENCE WALTZ ANSWER TO CROSS-COMPLAINT (AURORA LOAN SERVICES, INC.)
PRUDENCE WALTZ v. BLUE OCEAN MORTGAGE CORPORATION, INC. BC 374163