# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 10/26/10 | DEPT. 47 |
| HONORABLE DEBRE K. WEINTRAUB   JUDGE | R. CASTLE   DEPUTY CLERK |
| HONORABLE #11   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| A. RODRIGUEZ/C.A.   Deputy Sheriff | E. DIWA, CSR #11416   Reporter |

| 9:00 am | BC374163 | Plaintiff Counsel | JEROME ZAMOS [X] |
|---|---|---|---|
| | PRUDENCE M WALTZ VS BLUE OCEAN MORTGAGE CORPORATION INC ET AL | Defendant Counsel | GARRETT & TULLY BY: CANDIE Y. CHANG [X]    STEPHANIE S. BANG [X] HAFFAR & ASSOCIATES BY: MOHAMAD F. HAFFAR [X] |

**NATURE OF PROCEEDINGS:**

ADDITIONAL APPEARANCES ON BEHALF OF DEFENDANTS:

  SAMATHA HILL [X]           {IN PRO PER}
  JANELLE BAIRD [X]          {IN PRO PER}
  LATOSHIA KELLER [X]        {IN PRO PER}

INTERESTED PARTY:

  AKERMAN & SENTERFITT, LLP    BY: BRYAN M. LEIFER [X]

COURT TRIAL - PHASE I                                    AO

Cause is called for trial.

Lehman Brothers Holdings, Inc.'s "Brief Re: Stay Of Proceedings Filing By Interested Party Lehman Brothers Holdings, Inc." is argued and GRANTED as more fully reflected in the notes of the official court reporter this date, incorporated herein by reference.

Status Conference Re Bankruptcy is set for hearing on February 25, 2010, at 8:30 a.m., in Department 47. Joint status report to be filed five court days prior to the hearing.

Defendant Aurora Loan Services to give notice.

Page   1 of   1    DEPT. 47

MINUTES ENTERED
10/26/10
COUNTY CLERK