1  RYAN C. SQUIRE, SBN 199473
     (rsquire@garrett-tully.com)
2  CANDIE Y. CHANG, SBN 215019
     (cchang@garrett-tully.com)
3  STEPHANIE S. BANG, SBN 247252
     (sbang@garrett-tully.com)
4  GARRETT & TULLY, P.C.
   225 S. Lake Avenue, Suite 1400
5  Pasadena, CA 91101-4869
   Telephone: (626) 577-9500
6  Facsimile: (626) 577-0813

7  Attorneys for defendant and cross-complainant
   Aurora Loan Services, LLC
8
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
            FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
10

11  PRUDENCE M. WALTZ,                          CASE NO. BC374163
                                                (Honorable Debre Katz Weintraub, Dept. 47)
12                    Plaintiff,

13           vs.                                NOTICE OF RULING RE AUTOMATIC
                                                STAY PURSUANT TO 11 U.S.C.
14  BLUE OCEAN MORTGAGE                         SECTION 362(a) AND RE STATUS
    CORPORATION, INC., a California             CONFERENCE
15  corporation; MATTHEW P. KAY, an
    individual; RON TURNAGE, an individual;
16  MOHAMED FOUZI HAFFER, an individual;
    SAMANTHA HILL, an individual; JANELLE
17  MARIA BAIRD, an individual; LATOSHIA
    CHANTE KELLER, an individual; AURORA
18  LOAN SERVICES, and DOES 1 through 20,
    inclusive,
19
                      Defendants.
20

21  AURORA LOAN SERVICES,

22                    Cross-Complainant,

23           vs.

24  PRUDENCE WALTZ, an individual; BLUE
    OCEAN MORTGAGE CORPORATION, a
25  California corporation; MATTHEW P. KAY,
    an individual; MOHAMED FOUZI HAFFAR,
26  an individual; LATOSHIA KELLER, an
    individual; and ROES 1 through 20, inclusive,
27
                      Cross-Defendants.          Action Filed:    June 4, 2009
28                                               Trial Date:      October 26, 2010 (Stayed)

                                        1
65767.wpd

1   **TO ALL PARTIES HEREIN AND THEIR COUNSELS OF RECORD:**

2       **PLEASE TAKE NOTICE** that on October 26, 2010, interested party, Lehman Brothers

3   Holdings, Inc.'s ("LBHI") motion for stay of proceedings pursuant to 11 U.S.C. section 362(a) came

4   on calendar for a hearing in Department 47 of the above-captioned court, the Honorable Debre Katz

5   Weintraub presiding.

6       Jerome Zamos, Esq. appeared on behalf of plaintiff and cross-defendant Prudence Waltz.

7   Candie Y. Chang, Esq. and Stephanie S. Bang, Esq. appeared on behalf of defendant and cross-

8   complainant Aurora Loan Services, LLC.  Bryan M. Leifer, Esq. appeared on behalf of interested

9   party LBHI.  Mohammad Haffar, Esq. appeared on his own behalf as the defendant and cross-

10   defendant in this action.  Samantha Hill appeared on her own behalf.  Janelle Baird appeared on her

11   own behalf.  Latoshia Keller appeared on her own behalf.  There are no other appearances.

12       The court made the following rulings:

13       1)   Pursuant to the U.S. Bankruptcy Code, 11 U.S.C. section 362, subd. (a), Lehman

14           Brothers Holdings, Inc.'s bankruptcy petition operates as a stay.  Therefore, this entire

15           action is automatically stayed;

16       2)   The court set a **Status Conference for February 25, 2011, at 8:30 a.m.**, in

17           department 47 of the above-captioned court;

18       3)   Counsel for Aurora Loan Services, LLC is to submit a report regarding status of the

19           LBHI bankruptcy no later than 5 court days prior to the February 25, 2011 status

20           conference; and

21       4)   Counsel for Aurora Loan Services, LLC is to give notice.

22

23   DATED: October 27, 2010        GARRETT & TULLY, P.C.

24

25                    _Candie Y. Chang_

26                    RYAN C. SQUIRE

                   CANDIE Y. CHANG

27                    STEPHANIE S. BANG

                   Attorneys for defendant and cross-complainant

28                    Aurora Loan Services LLC

NOTICE OF RULING RE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(a)
AND RE STATUS CONFERENCE

65767.wpd

1

**PROOF OF SERVICE**
*Waltz v. Blue Ocean Mortgage, et al.*
LASC Case No. BC374163

2

3    I am and was at all times herein mentioned over the age of 18 years and not a party to the
action in which this service is made.  At all times herein mentioned I have been employed in the

4    County of Ventura in the office of a member of the bar of this court at whose direction the service
was made.  My business address is 225 S. Lake Avenue, Suite 1400, Pasadena,  California 91101.

5

6    On October 28, 2010, I served the following document(s): **NOTICE OF RULING RE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(a) AND RE STATUS
CONFERENCE**

7

8    ☒    **BY MAIL** by depositing in the United States Postal Service mail box at 225 S. Lake
Avenue, Suite 1400, Pasadena,  California 91101, a true copy thereof in a sealed

9    envelope with postage thereon fully prepaid and addressed as follows:

10    ☐    **BY OVERNIGHT COURIER** by depositing in the facility regularly maintained by
_____, a true copy thereof in a sealed envelope with delivery fees
fully provided for and addressed as follows:

11

12    ☒    **BY E-MAIL or ELECTRONIC TRANSMISSION.**  Based on a court order or an
agreement of the parties to accept service by e-mail or electronic transmission, I caused
the documents to be sent to the persons at the e-mail addresses listed on the service list.

13    I did not receive, within a reasonable time after the transmission, any electronic
message or other indication that the transmission was unsuccessful.

14

15    ☐    **BY FACSIMILE** by transmitting a facsimile transmission a copy of said document(s)
to the following addressee(s) at the following number(s), in accordance with:
    ☐    the written confirmation of counsel in this action:

16        ☐    [State Court motion, opposition or reply only] in accordance with Code
of Civil Procedure section 1005(b):

17        ☐    [Federal Court] in accordance with the written confirmation of counsel
in this action and order of the court:

18

19    ☐    **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the
addressee(s).

20    **SEE ATTACHED SERVICE LIST**

21    I declare under penalty of perjury under the laws of the State of California that the foregoing

22    is true and correct.

23    Executed on October 28, 2010, at Pasadena, California.

24

25    Erika Lopez

26

27

28

65767.wpd

1

**SERVICE LIST**
*Waltz v. Blue Ocean Mortgage, et al.*
LASC Case No. BC374163

2

3

4      Honorable Debre Katz Weintraub                    *Courtesy copy*
       Los Angeles Superior Court
5      Central District
       111 N. Hill Street, Dept. 47
6      Los Angeles, CA 90067
       Tel: (213) 974-5667

7
       Jerome Zamos, Esq.                                *Attorneys for Plaintiff and cross-defendant*
8      Law Offices of Zamos & Okojie                     *Prudence Waltz*
       5228 Campo Road
9      Woodland Hills, CA 91364
       Attorneys for Plaintiff Prudence Waltz
10     Tel: (213) 626-4100
       Fax: (818) 348-6095
11     **E-Mail: zamoslaw@aol.com**
       ***VIA E-MAIL & U.S. MAIL***

12
       Mohamed Fouzi Haffer, Esq.                        *In Pro Per*
13     Haffer & Associates
       625 Broadway, Suite 825
14     San Diego, CA 92101
       Attorneys for In Pro Per
15     Fax: (619) 649-2524
       **E-Mail: mfh@haffarlaw.com**
16     ***VIA E-MAIL & U.S. MAIL***

17     Matthew P. Kay, Esq.                              *In Pro Per*
       4347 McConnell Boulevard
18     Los Angeles, CA 90066
       **E-Mail: mattpaulkay@gmail.com**
19     ***VIA E-MAIL ONLY***

20     LaToshia Chante Keller, Esq.                      *In Pro Per*
       4515 Don Ricardo Drive, #4
21     Los Angeles, CA 90008
       Attorneys for Defendant
22     Tel: (310) 499-6641
       Fax: (323) 939-1300
23     ***VIA U.S. MAIL ONLY***

24     Janelle Baird, Esq.                               *In Pro Per*
       11422 212th Street
25     Lakewood, CA 90715
       Attorneys for Cross-Defendant
26     Tel: (542) 397-9325
       **E-Mail: jbaird84@aol.com**
27     ***VIA E-MAIL ONLY***

28

65767.wpd

1 | Samantha Hill                                                *In Pro Per*
2 | 1201 N. Orange Grove Ave., Suite 106
  | West Hollywood, CA  90046
3 | Attorneys for Defendant In Pro Per
  | ***VIA U.S. MAIL ONLY***
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

65767.wpd