IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION TWO

COURT OF APPEAL - SECOND DIST.
FILED
NOV 09 2010
JOSEPH A. LANE, Clerk
J. HATTER, Deputy Clerk

| | |
|---|---|
| PRUDENCE WALTZ et al., | B228464 |
| Petitioners, | (Los Angeles County Super. Ct. No. BC374163) |
| v. | |
| THE SUPERIOR COURT OF LOS ANGELES COUNTY, | **ORDER** |
| Respondent; | |
| AURORA LOAN SERVICES, LLC et al., | |
| Real Parties in Interest. | |

THE COURT:

The court has read and considered the petition for writ of mandate, filed November 1, 2010. The petition is DENIED.

DOI TODD, Acting P. J.        ASHMANN-GERST, J.        CHAVEZ, J.