Law Offices of

# Jerome Zamos

**5228 Campo Road**
Woodland Hills, California 91364-1927
Telephone [818] 348-7151
Telefax [818] 348-6095
email zamoslaw@aol.com

October 27, 2010

<u>VIA FACSIMILE (213) 627-6342, email and U.S. Mail</u>
JUSTIN D. BALSER, Esquire
DONALD M. SCOTTEN, Esquire
BRYAN M. LEIFER, Esquire
AKERMAN SENTERFITT LLP
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433

Re:  <u>Prudence Waltz v. Blue Ocean Mortgage [Aurora Loan
     Service]  BC374163</u> [Pending Stay under 11 U.S.C.
     362(a) and Rule 9011 sanctions in In Re Lehman
     Brothers Holding 08-13555(JMP)]

Gentlemen:

Upon further review of the trial court's decision yesterday to stay the proceedings in the above referenced matter it appears that the decision was improperly made based upon the case law that clearly establishes the fact that it does not [absent unusual circumstances that are not present] apply to actions involving non-filing subsidiaries [See *in re Calpine Corporation* [Bk. S.D.N.Y. 2007] 365 B.R. 401, 408; In re *Peoples Bankshares, Ltd* [Bk. N.D. Iowa 1986]; In re Bell & Beckwith [Bk. Ohio 1984] 39 B.R. 914, 917-918 and Barnett v. Lewis [1985] 170 Cal.App.3d 1079, 1088].

Although our current plans are to first seek relief from the improperly imposed stay through mandate proceedings in the State Courts of California, this letter will serve to place your office on notice that in the event we do not have a stipulation on behalf of your clients agreeing to the immediate lifting of the stay and a resumption of the trial in action BC374163 within the twenty-one [21] day safe harbor period specified in Rule 9011(c)(1)(A) of the Federal Rules of Bankruptcy Procedure we will prepare and file a motion for both relief from stay and sanctions with the United States Bankruptcy Court for the Southern District of New York.

Law Offices of

# Jerome Zamos

<u>VIA FACSIMILE (213) 627-6342, email and U.S. Mail</u>
JUSTIN D. BALSER, Esquire
DONALD M. SCOTTEN, Esquire
BRYAN M. LEIFER, Esquire
AKERMAN SENTERFITT LLP
Re:  <u>Prudence Waltz v. Blue Ocean Mortgage [Aurora Loan Service] BC374163</u> [Pending Stay under 11 U.S.C. 362(a) and Rule 9011 sanctions in In Re Lehman Brothers Holding 08-13555(JMP)]
October 27, 2010
Page 2

If you would like to discuss any alternative approaches to bringing this matter to a mutually agreeable conclusion we are prepared to meet with you and discuss the matter at your convenience.

LAW OFFICES OF JEROME ZAMOS

*Jerome Zamos*

JZ:pc

cc:  GARRETT & TULLEY, P.C.
CANDIE Y. CHANG, Esquire
STEPHANIE S. BANG, Esquire

Arthur J. Margulies, Esquire
Benjamin Rosenblum, Esquire
William J. Hine, Esquire
Jones Day

Diane Harvey, Esquire
Harvey R. Miller, Esquire
Jacqueline Marcus
Ralph I. Miller, Esquire
Robert J. Lemons, Esquire
Shai Waisman, Esquire
Weil Gotshal & Manges LLP

Jerrold Lyle Bregman, Esquire
Lynn P. Harrison, III
Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP

Law Offices of

# Jerome Zamos

<u>VIA FACSIMILE (213) 627-6342, email and U.S. Mail</u>
JUSTIN D. BALSER, Esquire
DONALD M. SCOTTEN, Esquire
BRYAN M. LEIFER, Esquire
AKERMAN SENTERFITT LLP
Re:   <u>Prudence Waltz v. Blue Ocean Mortgage [Aurora Loan Service] BC374163</u> [Pending Stay under 11 U.S.C. 362(a) and Rule 9011 sanctions in In Re Lehman Brothers Holding 08-13555(JMP)]
October 27, 2010
Page 3

        Joshua Dorchak, Esquire
        Bingham McCutchen LLP

        Paul B. O'Neill, Esquire
        Thomas T. Janover, Esquire
        Kramer Levin Naftalis & Frankel LLP

        Robert M. Novick, Esquire
        Kasowitz, Benson, Torres & Friedman, LLP