WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF
COSCAN CONSTRUCTION, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of

Coscan Construction, LLC for Relief from the Automatic Stay [Docket No. 7226] (the

"Motion"), which was scheduled for November 17, 2010, at 10:00 a.m., **has been adjourned to

December 15, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.  The hearing

on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: November 15, 2010
      New York, New York

                                     /s/ Jacqueline Marcus
                                     Jacqueline Marcus

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession