01223231756

**This page is part of your document - DO NOT DISCARD**

**20071599432**  Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

07/05/07 AT 08:00AM

Fee: 10.00
Tax: 0.00
Other: 0.00
Total: 10.00

Title Company

**TITLE(S) : DEED**

L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.

**Number of AIN's Shown**

☐☐☐☐ - ☐☐☐☐ - ☐☐☐    ☐☐☐

E447977    **THIS FORM IS NOT TO BE DUPLICATED**

ALS 0302

07/05/07

**20071599432**

Recording requested by:

When recorded mail to:

Aurora Loan Services
601 Fifth Avenue
Scottsbluff, NE 69361

Forward tax statements to the address given above

---
Space above this line for recorders use

TS # 047-12773                Order # 30057783                Loan # 0122231756

# Trustee's Deed Upon Sale

A.P.N.: 5001-014-011

The undersigned grantor declares:
The grantee herein WAS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     $488,514.19
The amount paid by the grantee at the trustee sale was:     $488,514.19
The documentary transfer tax is:                             None
Said property is in the City of: LOS ANGELES, County of Los Angeles

**LANDAMERICA DEFAULT SERVICES**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to **AURORA LOAN SERVICES**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Los Angeles**, State of California, described as follows:

**THE NORTH 113.25 FEET LOT 382, AS SHOWN ON THE MAP ENTITLED, "BURCK'S GOLDEN TRACT", FILED FOR RECORD IN BOOK 10 OF MAPS, PAGE 26.**

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 8/11/2006, executed by **JANELLE MARIA BAIRD A SINGLE WOMAN** as Trustor, recorded on 8/23/2006, instrument number 061878371, Book , Page Official Records in the Office of the Recorder of **Los Angeles** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Page 1

ALS 0303

Trustee's Deed Upon Sale
Page 2

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 6/14/2007 at the place named in the Notice of Sale, in the County of **Los Angeles,** California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $488,514.19 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 6/29/2007                                   **LANDAMERICA DEFAULT SERVICES**

By: _____
Tina Suihkonen, Assistant Secretary

State of California

County of Orange

On 6/29/2007 before me, Nora E. Heredia, Notary Public, personally appeared **Tina Suihkonen** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____
Nora E. Heredia, Notary Public

NORA E. HEREDIA
COMM. # 1717515
NOTARY PUBLIC-CALIFORNIA
COUNTY OF ORANGE
MY COMM. EXP. JAN. 16, 2011

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ALS 0304