```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 FOR THE COUNTY OF LOS ANGELES

 3            CENTRAL (UNLIMITED JURISDICTION) DISTRICT

 4                            - - -

 5   PRUDENCE WALTZ,             )
                                 )
 6              Plaintiff,       )
                                 )
 7         vs.                   ) No. BC 374163
                                 )
 8   BLUE OCEAN MORTGAGE         )
     CORPORATION, a California   )
 9   corporation; MATTHEW P. KAY,)
     an individual; MOHAMED FOUZI)
10   HAFFAR, an individual;      )
     LATOSHIA KELLER, an         )
11   individual; AURORA LOAN     )
     SERVICES; and DOES 1 through)
12   20, inclusive,              )
                                 )
13              Defendants.      )
                                 )
14                               )
     AND RELATED CROSS-ACTION.   )
15                               )

16
                         DEPOSITION OF
17
                         JANELLE BAIRD
18
                     LOS ANGELES, CALIFORNIA
19
                       NOVEMBER 19, 2009
20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:  ERNEST M SANCHEZ, JR., CSR NO. 7114

25   FILE NO.:  A30AABA
```

1

```
 1   think they may have taken a default.
 2          There's a Mohamed Fouzi Haffar, who had been
 3   served, appeared, and has been noticed.
 4          And there is a Latoshia Keller, whose default
 5   we have taken.  She, after the default, served an          10:24:01
 6   answer.  She has been given notice, but we are moving
 7   forward, and we use the testimony today potentially in
 8   a default hearing against her which is scheduled for
 9   December 8th.
10          Now, with that thought in mind, Ms. Baird,          10:24:19
11   have you ever heard of a company called Blue Ocean
12   Mortgage Corporation?
13       A.   Prior to this, you mean?
14       Q.   Prior to this?
15       A.   No.                                               10:24:40
16       Q.   Have you ever heard of an individual named
17   Matthew P. Kay?
18       A.   No.
19       Q.   How about Mohamed Haffar, sometimes known as
20   Mo Haffar?                                                 10:24:52
21       A.   No.
22       Q.   How about a woman named Samantha Hill?
23       A.   No.
24       Q.   There is a property located at 844-846 West
25   57th Street, Los Angeles, California.                      10:25:21
```

14

```
 1              Are you familiar with that property?
 2       A.     Prior to this?
 3       Q.     Prior to this.
 4       A.     I'm familiar with the property because I was
 5   sent notices about the property.                           10:25:39
 6       Q.     Okay.
 7              So you know where the property is?
 8       A.     Correct.
 9       Q.     Have you ever been to the property?
10       A.     Yes.                                            10:25:47
11       Q.     Okay.
12              Have you -- to the best of your knowledge,
13   have you ever had an ownership interest in that
14   property?
15       A.     No.                                             10:25:58
16       Q.     To the best of your knowledge or recollection,
17   have you ever resided at what is your current address?
18       A.     11422 212th Street, Lakewood, California
19   90715.
20       Q.     How long have you lived at that address?        10:26:38
21       A.     Since 1995.
22       Q.     Have you ever had any relationship with a
23   company called a business named Silver Spoon?
24       A.     No.
25       Q.     Have you ever been employed by that company?    10:26:53
```

15

```
 1        A.   No.
 2        Q.   Have you ever been employed by a company
 3   located at 8142 Blackburn Avenue in Los Angeles?
 4        A.   No.
 5        Q.   I'm going to show you Exhibit 2, which is      10:27:07
 6   something called Verification of Employment.
 7             (Plaintiff's Exhibit 2 was marked for
 8        identification.)
 9   BY MR. ZAMOS:
10        Q.   There is a document we have received from the  10:27:28
11   files of Aurora during the course of discovery in this
12   lawsuit.  This indicates that a Janelle, that somebody
13   verified that Janelle Maria Baird worked for a company
14   called Silver Spoon.
15             Is the information on Exhibit 2 accurate?     10:27:57
16        A.   No.
17        Q.   Okay.
18             I'm going to show you another document, and
19   this contains some confidential information.  This
20   contains information concerning possible Social         10:28:28
21   Security numbers.
22             So is your Social Security No. XXX-XX-XXXX --
23        A.   No.
24        Q.   -- XXX-XX-XXXX.
25        A.   No.                                            10:29:06
```

```
 1      Q.   Is your Social Security number 6̶0̶4̶-̶5̶6̶-̶7̶9̶6̶5̶?

 2      A.   No.

 3      Q.   Is your Social Security number 3̶4̶5̶-̶6̶0̶-̶2̶1̶6̶3̶?

 4      A.   No.

 5      Q.   I'm going to ask that exhibit, a credit          10:29:26

 6  discrepancy form which we received from the files of

 7  Aurora Loan Services, ALS 0411, be marked as Exhibit 3.

 8           (Plaintiff's Exhibit 3 was marked for

 9       identification.)

10  BY MR. ZAMOS:

11      Q.   Let's go to the next item.  I'm going to show

12  you another document that we have taken from the file

13  of Aurora Loan Services, Exhibit 4, taken from the loan

14  files of Aurora Loan Services, ALS 0325.

15           (Plaintiff's Exhibit 4 was marked for

16       identification.)

17           MR. ZAMOS:  It is what purports to be a piece

18  inspection waiver.  There is a signature that purports

19  to be a signature for a buyer dated 8-14-86.

20           Is that your signature?                           10:31:34

21      A.   No.

22      Q.   Did you ever sign such a document?

23      A.   No.

24      Q.   Exhibit 5 is something called an addendum.  It

25  is an addendum that purports to have been executed on    10:32:12
```

                                                                17

```
 1    8-14-06.  This is Exhibit 5.

 2              Do you see your signature over your name under

 3    the date 8-14-06?

 4        A.    Yes.

 5        Q.    Is that your signature?                          10:32:44

 6        A.    No.

 7              (Plaintiff's Exhibit 5 was marked for

 8        identification.)

 9    BY MR. ZAMOS:

10        Q.    Have you ever lived in the City of Los           10:33:08

11    Angeles?

12        A.    No.

13        Q.    How long have you lived at your current

14    address?

15        A.    Since 1995.                                      10:33:17

16        Q.    Continuously?

17        A.    Yes.

18        Q.    I'm going to show you Exhibit 6.

19              (Plaintiff's Exhibit 6 was marked for

20        identification.)

21    BY MR. ZAMOS:

22        Q.    Exhibit 6 is something called an adjustable

23    rate rider.

24              Do you see on the first page?  It has an

25    initial.                                                   10:34:09
```

18

```
 1        A.    Yes.
 2        Q.    Did you place that on that document?
 3        A.    No.
 4        Q.    Okay.
 5              Do you see on each -- on Page 2 of three,    10:34:15
 6    there is what purports to be the initials JB.
 7              Did you place that on that document?
 8        A.    No.
 9        Q.    And on the final page, there is a signature
10    for a Janelle Maria Baird.                            10:34:29
11              Is that your signature?
12        A.    No.
13        Q.    Exhibit 7.
14              (Plaintiff's Exhibit 7 was marked for
15        identification.)
16   BY MR. ZAMOS:
17        Q.    Do you see that is, once again, a three-page
18    document that we obtained front loan files provided to
19    us during discovery by Aurora Loan Services.  This is a
20    three-page document.                                  10:35:33
21              Do you see on the first page initials?
22        A.    Yes.
23        Q.    Did you place those initials on this document?
24        A.    No.
25        Q.    Do you see Page 2 of three?                 10:35:40
```

19

```
 1        A.   Yes.
 2        Q.   Did you place your initials on that page?
 3        A.   No.
 4        Q.   Do you see on Page 3 there is a signature over
 5   your name.                                                 10:35:53
 6             Is that your signature?
 7        A.   No.
 8        Q.   When was the first time you saw any of these
 9   documents?
10        A.   I believe when you sent them to me.              10:35:58
11        Q.   When I sent them or somebody sent them to you
12   in connection with this lawsuit?
13        A.   Correct.  I believe so.
14        Q.   That is within the last month or two?
15        A.   I believe so but --                              10:36:18
16        Q.   Okay.
17             Prior to a month or two ago, you never saw any
18   of these documents?
19        A.   Not to my recollection.
20        Q.   By the way --                                    10:36:29
21        A.   Okay.
22        Q.   And beyond using this for purposes of
23   comparing documentation in the loan file and the loan
24   application, what is your Social Security number?
25        A.   XXX-XX-XXXX.                                     10:36:45
```

20

```
 1        Q.   Do you have a California driver's license?
 2        A.   Yes.
 3        Q.   What is your California driver's license
 4   number?
 5        A.   XXXXXXXXXX                                        10:37:23
 6        Q.   What is your date of birth?
 7        A.   XXXXXXXX
 8        Q.   I'm going to show you another document which
 9   is entitled "Prepayment Charge Rider" taken from the
10   loan files received from Aurora Loan Services, ALS 0293   10:38:26
11   through 295.
12             (Plaintiff's Exhibit 8 was marked for
13        identification.)
14   BY MR. ZAMOS:
15        Q.   This is a two-page document with a legal         10:38:52
16   description.
17             Did you place the initials on the first and
18   second page of this document?
19        A.   No.
20        Q.   Is that your signature on Page 2?                10:39:01
21        A.   No.
22        Q.   Exhibit 9 is a much larger document.
23             (Plaintiff's Exhibit 9 was marked for
24        identification.)
25   BY MR. ZAMOS:
```

21

```
 1        Q.    Exhibit 9 is a deed of trust.
 2              Have you ever heard of a company called BNC
 3   Mortgage?
 4        A.    No.
 5        Q.    Have you ever done business with Lehman Bros.?     10:40:03
 6        A.    No.
 7        Q.    Have you ever borrowed money from Lehman
 8   Bros.?
 9        A.    No.
10        Q.    Ever borrowed money from a company called BNC      10:40:13
11   Mortgage?
12        A.    No.
13        Q.    Ever done business with Blue Ocean Mortgage
14   Corporation?
15        A.    No.                                                10:40:23
16        Q.    Once again, if you look at this document, this
17   document, the deed of trust, Exhibit 9, which is Bates
18   stamped ALS 272 through 286 --
19              To make this quicker, could you go through
20   that document and examine the initials that are on the       10:40:52
21   bottom initials "JB" that are on the bottom of pages 1
22   of 18 through 13.
23              Could you go and review the initials that
24   appear to be "JB" at the bottom of pages 1, 2 of 15
25   through 13 of 15 of that document.                            10:41:34
```

22

```
 1              Are those your initials?
 2      A.      No.
 3      Q.      Is that your signature?
 4      A.      No.
 5      Q.      Now, at some point did you become -- were you      10:41:44
 6  told that you had a problem with your credit because
 7  you had some interest in the property at 844 -- okay.
 8              Was your address -- did you live at 1303 North
 9  Sierra Bonita?
10      A.      No.                                                10:42:33
11      Q.      Do you know anybody who lived at that address?
12      A.      No.
13      Q.      Does that address mean anything to you?
14      A.      No.
15      Q.      What is your middle name?                          10:42:45
16      A.      Maria.
17      Q.      Have you ever lived in Hawaiian Gardens?
18      A.      No.
19      Q.      Ever had an address in Hawaiian Gardens?
20      A.      No.  I had a P.O. box in Hawaiian --               10:43:06
21      Q.      You had a P.O. box in Hawaiian Gardens?
22              That is not far from Lakewood.
23      A.      No.  Right next door.
24      Q.      Okay.
25              Now, when did you first receive any kind of        10:43:21
```