```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 FOR THE COUNTY OF LOS ANGELES

 3              CENTRAL (UNLIMITED JURISDICTION) DISTRICT

 4                            - - -

 5   PRUDENCE WALTZ,              )
                                  )
 6              Plaintiff,        )
                                  )
 7           vs.                  ) No. BC 374163
                                  )
 8   BLUE OCEAN MORTGAGE          )
     CORPORATION, a California    )
 9   corporation; MATTHEW P. KAY,)
     an individual; MOHAMED FOUZI)
10   HAFFAR, an individual;       )
     LATOSHIA KELLER, an          )
11   individual; AURORA LOAN      )
     SERVICES; and DOES 1 through)
12   20, inclusive,               )
                                  )
13              Defendants.       )
                                  )
14                                )
     AND RELATED CROSS-ACTION.    )
15                                )

16
                          DEPOSITION OF
17
                          JANELLE BAIRD
18
                     LOS ANGELES, CALIFORNIA
19
                       NOVEMBER 19, 2009
20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:  ERNEST M SANCHEZ, JR., CSR NO. 7114

25   FILE NO.:  A30AABA
```

1

1           MR. ZAMOS:  Right.

2           THE WITNESS:  No.

3           MR. ZAMOS:  Driver's license?

4           THE WITNESS:  No.

5    BY MS. CHANG:

6       Q.    Mr. Minor was the only person that you gave

7    your Social Security number and other personal

8    information to; is that correct?

9       A.    Yes.

10      Q.    Why do you believe that he used it without        11:25:29

11   your consent that led to that, you know, purchase of

12   this 844 property without your consent?

13      A.    Meaning what was his motivation?

14      Q.    Why do you believe that he did it?

15      A.    Why do I think it was him and not someone        11:25:45

16   else?

17      Q.    Right.

18      A.    Because he is the only one that had the

19   information.

20      Q.    Did you ever give your consent to obtain a        11:25:50

21   loan with BNC Mortgage?

22      A.    No.

23      Q.    Did you ever give your consent or someone else

24   to sign documents on your behalf?

25      A.    No.                                               11:26:03

53