```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF LOS ANGELES

 3              CENTRAL (UNLIMITED JURISDICTION) DISTRICT

 4                                - - -

 5     PRUDENCE WALTZ,              )
                                    )
 6                Plaintiff,        )
                                    )
 7           vs.                    ) No. BC 374163
                                    )
 8     BLUE OCEAN MORTGAGE          )
       CORPORATION, a California    )
 9     corporation; MATTHEW P. KAY,)
       an individual; MOHAMED FOUZI)
10     HAFFAR, an individual;       )
       LATOSHIA KELLER, an          )
11     individual; AURORA LOAN      )
       SERVICES; and DOES 1 through)
12     20, inclusive,               )
                                    )
13                Defendants.       )
                                    )
14                                  )
       AND RELATED CROSS-ACTION.    )
15                                  )

16
                              DEPOSITION OF
17
                              JANELLE BAIRD
18
                          LOS ANGELES, CALIFORNIA
19
                            NOVEMBER 19, 2009
20

21
       ATKINSON-BAKER, INC.
22     COURT REPORTERS
       (800) 288-3376
23     www.depo.com

24     REPORTED BY:  ERNEST M SANCHEZ, JR., CSR NO. 7114

25     FILE NO.:  A30AABA
```

1

```
 1        Q.   Do you have a California driver's license?

 2        A.   Yes.

 3        Q.   What is your California driver's license

 4   number?

 5        A.   XXXXXXXXXX                                   10:37:23

 6        Q.   What is your date of birth?

 7        A.   XXXXXXX

 8        Q.   I'm going to show you another document which

 9   is entitled "Prepayment Charge Rider" taken from the

10   loan files received from Aurora Loan Services, ALS 0293  10:38:26

11   through 295.

12             (Plaintiff's Exhibit 8 was marked for

13        identification.)

14   BY MR. ZAMOS:

15        Q.   This is a two-page document with a legal      10:38:52

16   description.

17             Did you place the initials on the first and

18   second page of this document?

19        A.   No.

20        Q.   Is that your signature on Page 2?             10:39:01

21        A.   No.

22        Q.   ==Exhibit 9 is a much larger document.==

23             ==(Plaintiff's Exhibit 9 was marked for==

24        ==identification.)==

25   BY MR. ZAMOS:
```

```
 1       Q.    Exhibit 9 is a deed of trust.
 2             Have you ever heard of a company called BNC
 3   Mortgage?
 4       A.    No.
 5       Q.    Have you ever done business with Lehman Bros.?   10:40:03
 6       A.    No.
 7       Q.    Have you ever borrowed money from Lehman
 8   Bros.?
 9       A.    No.
10       Q.    Ever borrowed money from a company called BNC   10:40:13
11   Mortgage?
12       A.    No.
13       Q.    Ever done business with Blue Ocean Mortgage
14   Corporation?
15       A.    No.                                              10:40:23
16       Q.    Once again, if you look at this document, this
17   document, the deed of trust, Exhibit 9, which is Bates
18   stamped ALS 272 through 286 --
19             To make this quicker, could you go through
20   that document and examine the initials that are on the    10:40:52
21   bottom initials "JB" that are on the bottom of pages 1
22   of 18 through 13.
23             Could you go and review the initials that
24   appear to be "JB" at the bottom of pages 1, 2 of 15
25   through 13 of 15 of that document.                         10:41:34
```