LEVI REUBEN UKU CSB NO: 196406
LAW OFFICES OF LEVI REUBEN UKU
3540 WILSHIRE BLVD., SUITE 626
LOS ANGELES, CALIFORNIA 90010
Phone:        (213) 385-0193

Attorney for Plaintiff,
Prudence M. Waltz

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| PRUDENCE M. WALTZ, an individual; | Case No.: BC 374163 |
| Plaintiff, | *[Assigned to the Hon. Aurelio Munoz]* |
| vs. | |
| BLUE OCEAN MORTGAGE CORPORATION, INC., a California Corporation; MATHEW P. KAY, an individual; RON TURNAGE, an individual; MOHAMAD FOUZI HAFFER, an individual; SAMANTHA HILL, an individual; JANELLE MARIA BAIRD, an individual; LATOSHIA CHANTE KELLER, an individual; and DOES 1 through 25, inclusive | DECLARATION OF SAMANTHA HILL |
| Defendants. | |
| | *[Complaint Filed        ]* |

I, SEMANTHA HILL DECLARE AS FOLLOWS:

1.  That I am adult residence of the County of Los Angeles, and is named as a defendant in this matter. I have personal knowledge of the facts stated herein and if called upon to testify, I shall do so truthfully and competently.

DECLARATION OF SAMANTHA HILL        -
page: 1

Levi R. UKU, Esq.
Law Offices Of Levi R. Uku
3540 Wilshire Blvd., Suite 626
LOS ANGELES, CALIFORNIA 90010
(213) 385-0193

2. That I never met the Plaintiff Prudence Waltz at anytime in my life. I never bought Plaintiff Waltz's property subject of the lawsuit at any time from the Plaintiff.

3. Indeed, I never authorized any of the following individuals and entity viz: Mohammed Fouzi Haffar, Mathew Kay, Blue Ocean Mortgage and/or, Ron Turnage to buy the subject property popularly known as Nos. 844-846 West 57th Street, Los Angeles, CA 90037 from Prudence Waltz.

4. Neither, did I retain any of the said individuals and entity mentioned on paragraph 3, herein, to act as my real estate brokers and/ agents for the purchase of the subject property.

5. I believe that Ron Turnage, Mohamed Fouzi Haffar, Mathew P. Kay and Ron Turnage stole/took my signature by electronics means from an unrelated transaction on a real property in the City of Pasadena. The Pasadena property was unrelated to the subject property. Mathew P Kay, Ron Turnage and the other defendants copied my signature electronically and used it for subject transaction.

6. I signed the purchase agreement of the *unrelated property located in Pasadena* because, I was told by these three individuals that I should help out a family that was about to loose their property. It was a singular act and no more. I later learnt that Ron Turnage and Mathew P. Kay deceived me into the Pasadena transaction in order for Mathew Kay and Ron Turnage and a third party by the name of Armando to *"skimmed out"* the equity from the said property for their benefit.

7. Mathew Kay asked me not to cooperate with the plaintiff in this matter. I chose to do so to clear my name and my conscience.

8. Mr. Uku advised me to hire a lawyer but I refused because, I have nothing to hide and do not have the resources to hire a lawyer in this matter.

9. I am willing and able to testify if called upon, as I never, received any money or monies from the purchase/sale of Prudence Waltz's property. The signature in the grant of August 14, 2006 is a likeness of my signature, but I did not sign the

Levi R. UKU, Esq.
Law Offices Of Levi R. Uku
3540 Wilshire Blvd., Suite 626
LOS ANGELES, CALIFORNIA 90010
(213) 385-0193

said grant deed, neither did I appear before any notary public to execute any of the documents of purchase or resale of Prudence Waltz's house.

10. The information on the Grant Deed dated January 18, 2006 allegedly executed by Prudence Waltz is false because, I never paid for or, received the said grant deed from the Plaintiff, neither did I, at any time authorize any person or entity to accept or purchase the said property on my behalf. Therefore the information on the grant deed that purports that Prudence Waltz grant deeded the said property to me is false and incorrect.

11. The signature that appears to be my signature on the grant deed dated August 14, 2006, that purports to transfer by grant deed the property popularly known as 844-846 West 57th Street, Los Angeles, CA 90037, to Janelle Maria Baird, is false and incorrect as, I never executed said grant deed, neither did I appear before Phillip E. Evans, a notary public to execute any such grant deed or documents on August 14, 2006.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

February 20, 2008.

Samantha Hill

DECLARATION OF SAMANTHA HILL
page 3

Levi R. UKU, Esq.
Law Offices Of Levi R. Uku
3540 Wilshire Blvd., Suite 628
LOS ANGELES, CALIFORNIA 90010
(213) 385-0193