```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2           FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

 3
                                          )
 4    PRUDENCE WALTZ,                     )
                                          )
 5              Plaintiff,                )
                                          )
 6         vs.                            )    No.  BC374163
                                          )
 7    BLUE OCEAN MORTGAGE                 )
      CORPORATION, a California           )
 8    Corporation, MATTHEW P. KAY an      )
      individual, MOHAMED FOUZI HAFFAR    )
 9    an individual, LATOSHIA KELLER, an  )
      individual, AURORA LOAN SERVICES    )
10    and DOES 1 TROUGH 20 inclusive,     )
                                          )
11              Defendants.               )
                                          )
12    _____)
                                          )
      AURORA LOAN SERVICES, INC.,         )
13                                        )
                Cross-Complainant,        )
14                                        )
           vs.                            )
15                                        )
      PRUDENCE WALTZ, etc., et al.,       )
16                                        )
                Cross-Defendants.         )
17    _____)

18

19                DEPOSITION OF SAMANTHA ROY HILL

20                  Wednesday, February 3, 2010

21

22
                        RACKLIN, BERNSTEIN & ASSOCIATES
23                    1111 North Brand Boulevard - Suite "E"
                           Glendale, California 91202
24                         Telephone (818) 956-3090

25    CERTIFIED
      COPY
```

```
 1   because my credit report showed those accounts being closed,
 2   and I'm -- well, I'm not going to speculate, because I was
 3   going to say I may have checked the MLS directory again, but I
 4   don't know if that's the case.
 5           But I do know that my credit report later in 2006
 6   showed those mortgages being, you know, closed out.
 7           MS. BANG:  Okay.  This will be Exhibit 11.
 8               (Whereupon, the document referred to was marked
 9               by the reporter as Exhibit 11 for identification, and
10               is hereto annexed.)
11       Q.  BY MS. BANG:  Okay.  This is a Grant Deed from -- it
12   says, "Samantha Hill hereby grants to Janelle Maria Baird."
13       A.  Um-huh.
14       Q.  Do you agree?
15       A.  Yes, I see that.
16       Q.  And is that your signature on Exhibit 11?
17       A.  It looks like my signature, yes.
18       Q.  Do you recall if you did sign this document?
19       A.  I did not, and I can also tell you I did not ever
20   sign anything in the presence of a male notary.  I don't know
21   who Phillip Evans is.
22           MS. BANG:  Okay.  Okay.  We'll go on to Exhibit 12.
23               (Whereupon, the document referred to was marked
24               by the reporter as Exhibit 12 for identification, and
25               is hereto annexed.)
```