This page is part of your document. DO NOT DISCARD

06 0203073

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
01/27/06 AT 08:00am

## TITLE(S) :

# DEED

L E A D   S H E E T

FEE


FEE $10 ~ 0

CODE
20

CODE
19

CODE
9

**D.T.T.**
550.00

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.

Number of AIN's Shown


5001 · 014 · 011

001

THIS FORM IS NOT TO BE DUPLICATED

RECORDING REQUESTED BY

Financial Title Company

AND WHEN RECORDED MAIL TO

Name  Samantha Hill

Street
Address  844 - 846  W. 57th St

City/State
Zip  Los Angeles, CA, 90037

Order No. _____

06 0203073

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
City of Los Angeles _____ or ☐ Unincorporated Area
City Conveyance Tax is $
Parcel No. 5001-014-011

Documentary Transfer Tax is $____.__
☐ computed on full value of interest or property conveyed, or
☐ full value less value of liens or encumbrances remaining at
the time of sale

_____
Signature of Declarant or Agent Determining Tax/ Firm Name

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

**Prudence M. Waltz, a single woman**

hereby GRANT(s) to

**Samantha Hill, An UnMarried Woman**

the following real property:

See Exhibit A attached hereto and made a part hereof.

Dated: __January 18, 2006__

STATE OF CALIFORNIA
COUNTY OF __Los Angeles__ } s.s.

On __January 18, 2006__ before me,

__LaToshia Chanté Keller__

a Notary Public in and for said County and State, personally appeared

__Prudence M. Waltz__

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies) and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

TAX STATEMENTS TO

_____

_____
Prudence M. Waltz

LATOSHIA CHANTÉ KELLER
Commission # 1517959
Notary Public - California
Los Angeles County
My Comm. Expires Oct 4, 2008

(This area for official notarial seal)



This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

MAR 24 2009

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA