**BRUCE R. GREENWOOD**
*Forensic Document Examiner*

19235 Castlebay Lane, Porter Ranch, CA 91326-1008

Office/Facsimile: 818/360-5028
brucerg94@hotmail.com

March 30, 2009

Jerome Zamos, Attorney at Law
5228 Campo Road
Woodland Hills, CA 91364

Re: <u>Prudence M. Waltz</u>

EXEMPLAR DOCUMENTS

Analysis of the exemplar writing of the true Patricia Waltz consisted of examining her signature on the documents listed below:

1) Memo to Jerry from Prudence Waltz not dated (P).
2) LAPD Investigative Report dated September 26, 2007 (Carbon).
3) California Driver License A7789396 dated November 05, 2003 (P).
4) UCLA Health Care Terms and Conditions of Service dated June 30, 2005 (Carbon).
5) LAPD Investigative Report dated April 01, (2008 Carbon).
6) Disclosure of Information bearing Social Security No. 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 not dated (Carbon).
7) Original County of Los Angeles Department of Public Social Services Verification of Gain Exemption dated April 16, 2007.
8) Original page four of Professional Service Agreement dated October 17, 2008.
9) Original Application Understandings, Conditions and Agreement dated October 19, 2004.
10) Original Application (8. Payment Method) dated October 19, 2004.
11) Move in Information Receipt dated January 22, 2004 (P).
12) E & S Ring Acknowledgement of Move-Out Charges not dated (P).
13) Original DMV Application for Replacement Plates, Stickers, Documents not dated.
14) Cedars-Sinai Medical Center Patient / Caregiver Education Record dated May 26, 2005 (Carbon).
15) Cedars-Sinai Medical Center Parent Notification Form I dated May 24, 2005 (Carbon).

Jerome Zamos, Attorney at Law
March 30, 2009
Page two

## QUESTIONED DOCUMENTS

Examination of the questioned writing required analyzing the Prudence M. Waltz signature on the following document:

A)    Grant Deed No. 06-0203073 dated January 18, 2006 (Certified Copy date stamped March 24, 2009 ) (Facsimile).

## OPINION

Based on the documents submitted for analysis, it is my opinion with reasonable certainty that Exemplar Writer Prudence M. Waltz (Item Nos. 1-15) did not write her signature on questioned Grant Deed No. 06-0203073 (Item A). This opinion is based on consistent disagreement in writing habits noted when comparing Prudence Waltz's exemplar writing against the comparable questioned writing features. The reason for the qualification is due to the lack of having an opportunity to examine many of the original documents.

## BASIS OF OPINION

Some important features noted in Prudence M. Waltz's exemplar writing which do not match favorably with the comparable questioned writing consist of the following writing features:

- The designs of the exemplar Capital "M" and the formation of the lower case "d", "l", "t" and "z" differ from the comparable questioned letters.
- The exemplar writing is faster, more spacious and legible than the comparable features contained in the questioned first name – "Prudence".
- The exemplar writing contains a pen lift after the lower case "u" whereas in the questioned signature the "u" is joined to the lower case "d".
- The down stroke of the exemplar "t" continues to form a connecting stroke with the lower case "z" whereas in the questioned signature there is a pen lift after the lower case "t".
- The columns in the exemplar capital "M" are wider and have more rounded overturns than the comparable features in the questioned capital "M".
- There is a pen lift after the exemplar lower case "d" whereas there isn't a pen lift after the questioned lower case "d".
- The terminal stroke of the questioned "z" is very long and more horizontal than the comparable features in the exemplar lower case "z".

Jerome Zamos, Attorney at Law
March 30, 2009
Page three

## SPECIAL REQUEST

Before requiring expert testimony, it is requested that the original exemplar and questioned document be obtained and submitted for analysis. Examination of the original documents is necessary for determining whether the photocopies examined are fair and accurate reproductions and for ascertaining whether any minute evidence were masked by the duplication process.

Should you have any questions concerning this report or require expert testimony, I will be happy to accommodate.

Respectfully,

*[signature]*

Bruce R. Greenwood

# CURRICULUM VITAE

## BRUCE R. GREENWOOD

Forensic Document Examiner Greenwood is a forensic expert who detects forgeries; makes faint indented writing impressions visible; deciphers obliterated writing; decodes impressions on carbon-film typewriter ribbons and identifies the person who has prepared the handwriting on documents used to perpetrate crime. For the past thirty-one years, he has performed forensic analyses for the Los Angeles Police Department and the Los Angeles District Attorney's Office. Since 1973 he has conducted 15,000+ independent analyses involving 250,000+ documents. He has testified 500+ times at civil and criminal trials in municipal, superior and federal courts; at civil depositions and before members of the Grand Jury, the Los Angeles Police Commission, Los Angeles Civil Service Board, and various hearing boards. For the past twenty-four years, the American Board of Forensic Document Examiners has periodically reviewed and certified that his expertise in the field of forensic documents meets the standards of the profession.

## TRAINING INSTITUTIONS AND PROFESSIONAL ORGANIZATIONS

In 1971 Greenwood earned a Bachelor of Science Degree in business Administration from Woodbury University, Los Angeles, California. In addition to his education, he has satisfactorily completed twenty-four months internship with the Los Angeles Police Department. His training included completing university courses; attending workshops and seminars and making independent analyses of forensic document evidence.

|   | Hours |
|---|---|
| Los Angeles Police Department, Los Angeles, California. | 4,000 |
| Georgetown University, Washington, D. C. | 200 |
| California State University, Los Angeles, California. | 40 |
| Federal Bureau of Investigation, Quantico, Virginia. | 40 |
| United States Secret Service School, New Brunswick, Georgia. | 80 |
| American Academy of Forensic Science. | Ongoing |
| Southwest Association of Forensic Document Examiners. | Ongoing |
| American Society of Forensic Document Examiners. | Ongoing |

## PERSONAL ACHIEVEMENTS

From 1977 to 1994, Greenwood has worked as the Officer-in-Charge of the Questioned Document Section of the Los Angeles Police Department. His duties required that he supervise the work of five forensic document examiners; render technical training to law enforcement personnel and other forensic experts and serve as the primary expert on the more noteworthy cases. Since 1973, he has been active in various professional organizations. He has written, published and presented technical papers to his peers. In 1994 he retired from the Los Angeles Police Department and accepted full-time employment as a Forensic Document Examiner with the Los Angeles District Attorney's Office.

QUESTIONED DOCUMENT
GRANT DEED NO. 06-0203073


Prudence M. Waltz

A.

EXEMPLAR SIGNATURES
PRUDENCE M. WALTZ