WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
--------------------------------------------------------------------x
:
**In re** :
: **Case No.**
**LEHMAN BROTHERS INC.,** :
: **08-01420 (JMP) (SIPA)**
Debtor. :
:
--------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 17, 2010 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I.   **UNCONTESTED MATTERS:**

1.   Debtors' Motion for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit Facilities **[Docket No. 12475]**

   Response Deadline:   November 15, 2010 at 5:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 12708]**

   B.   Order to Show Cause **[Docket No. 12490]**

   C.   Declaration of Shai Y. Waisman in Support of Order to Show Cause **[Docket No. 12476]**

   D.   Certificate of No Objection **[Docket No. 12785]**

   Status: This matter is going forward.

II.   **CONTESTED MATTERS:**

2.   Debtors' Presentment of Stipulation, Agreement and Order Granting State Street Bank and Trust Co. Limited Relief from the Automatic Stay **[Docket No. 12281]**

   Response Deadline:   November 1, 2010 at 4:00 p.m.

   Responses Received:

   A.   Objection of LH1440 **[Docket No. 12464]**

   B.   Amended Objection of LH1440 **[Docket No. 12709]**

   Related Documents:

   C.   State Street's Reply Brief in Support of Stipulation **[Docket No. 12736]**

      D.    Reply of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. **[Docket No. 12779]**

Status: This matter is going forward.

3. Motion of Carolyn Fogarazzo, et al. for Relief from the Automatic Stay **[Docket No. 10279]**

Response Deadline:    November 10, 2010 at 4:00 p.m.

Responses Received:

      A.    Lehman Brothers Holdings Inc.'s Response **[Docket No. 12660]**

      B.    Response of Certain Underwriters at Lloyd's London and Companies **[Docket No. 12651]**

      C.    Joinder of Official Committee of Unsecured Creditors in Lehman Brothers Holdings Inc.'s Response **[Docket No. 12732]**

Related Documents:

      D.    Reply Memorandum of Law In Support of Movant's Motion **[Docket No. 12737]**

Status: This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

**III.    Adversary Proceedings:**

4. FirstBank Puerto Rico v. Barclays Capital, Inc. **[Adv. Case No. 10-04103]**

    **Initial Scheduling Conference**

    Related Documents:

          A.    Adversary Complaint **[Docket No. 1]**

    Status: This matter is going forward.

5. LBSF v. PT Mobile-8 Telecom Tbk **[Adv. Case No. 10-03808]**

    **Pre-Trial Conference**

    Related Documents:

          A.    Adversary Complaint **[Docket No. 1]**

   Status: This matter is going forward.

6. PT Bank Negara Indonesia (Persero) Tbk v. LBSF, et al. **[Adv. Case No. 09-01480]**

   **Pre-Trial Conference**

   Related Documents:

    A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

    D. Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

   Status: This matter is going forward.

7. Neuberger Berman LLC v. Lehman Brothers Commercial Corp., et al. **[Adv. Case No. 10-03610]**

   **Pre-Trial Conference**

   Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Answer of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 7]**

    C. Answer of The Fridator Trust **[Docket No. 10]**

   Status: This matter is going forward.

8. Neuberger Berman LLC v. Lehman Brothers Commercial Corp., et al. **[Adv. Case No. 10-03612]**

   **Pre-Trial Conference**

   Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

      B.      James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.'s Response to the Complaint **[Docket No. 9]**

      C.      Answer of The Fridator Trust **[Docket No. 12]**

Status: This matter is going forward.

## IV. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

9. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

   Response Deadline: December 8, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

10. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

    Response Deadline: December 8, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

11. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline: July 8, 2010 at 5:00 p.m.

          A.      Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

    Related Documents:

          B.      Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

          C.      Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

        D.      Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

        E.      Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

12. Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

    Response Deadline:    December 8, 2010 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

13. Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 11171]**

    Response Deadline:    September 15, 2010 at 4:00 p.m.

    Responses Received:

        A.      Objection of Somerset Properties SPE, LLC **[Docket No. 11333]**

Related Documents:

B. Bridge Order **[Docket No. 11312]**

C. Order Granting Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for the Chapter 11 Plan of Merit, LLC **[Docket No. 11653]**

Status: An order has been entered granting the relief requested with respect to Merit, LLC. The matter has been adjourned to January 13, 2011 at 10:00 a.m. on consent with respect to LB Somerset LLC and LB Preferred Somerset LLC.

Dated: November 16, 2010
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: November 16, 2010
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.