UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*., | ) 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrick Place, L.L.C.                                Chase Lincoln First Commercial Corporation

Name of Transferee                                   Name of Transferor

$44,139,168.58                                        42497

Proof of Claim Amount                                Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Merrick Place, L.L.C.
Address:    c/o Ropes & Gray LLP
            1211 Avenue of the Americas
            New York, NY 10036-8704
            Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date: 11/16/10
Name: Jonathan Reisman
Title:  Counsel for Transferee

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Chase Lincoln First Commercial Corporation

**Chase Lincoln First Commercial Corporation**, a corporation organized under the laws of the State of Delaware, with all notices and correspondence to be sent care of JPMorgan Chase Bank, N.A., Mail Code: NY1-A436, One Chase Manhattan Plaza – Floor 26, New York, New York 10005, ATTN: Susan McNamara ("**SELLER**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Merrick Place, L.L.C.**, its successors and assigns, with all notices and correspondence to be sent care of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704, ATTN: Adam J. Reiss ("**BUYER**"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $44,139,168.58 and assigned Claim No. 42497 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) ("Case"). The Claim was transferred to Seller as evidenced at docket No. [12474] in the Case.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 30 day of September, 2010.

Chase Lincoln First Commercial Corporation

By: _Samantha Ham_
Name: _____
Title: _____
Samantha E. Hamerman
Authorized Signatory

Merrick Place, L.L.C.

By: _____
Name: _____
Title: managing director

PHZ Merrick Flip Transfer of Claim Agreement.doc