# EXHIBIT A

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (JMP)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF BARRY ISAACS

CITY OF LONDON                          )
                                        ) ss:
COUNTRY OF THE UNITED KINGDOM           )

Barry Isaacs, being duly sworn, upon his oath, deposes and says:

1. I am a barrister, called to the Bar of England and Wales and a member of the barristers' chambers known as 3-4 South Square, located at Gray's Inn, London WC1R 5HP, United Kingdom.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal advice and representation with respect to insolvency law issues in England & Wales, including pension related legal issues and other such matters involving the representation of the Debtors in the proceedings brought by the Administrators of certain Lehman Brothers entities in the UK for directions of the Court in England & Wales, and I have consented to provide such services.

3. I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases,

proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases. In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  I have not agreed to share and will not share any portion of the compensation to be received from the Debtors with any other person other than by discharging the regular expenses incurred in connection with the administration of the barristers' chambers of which I am a member.

5.  I do not hold represent any interest adverse to the Debtors or their estates.

6.  The Debtors do not owe me anything for prepetition services.

7.  If at any time during the period of my employment, I discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 29 day of October, 2010

_____
Notary Public

μ. p.

Notary Public London, England (Eleonora A. Ceolin)
My Commission expires at Death

2

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Candace Arthur
           Zaw Win

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Barry Isaacs

    3-4 South Square

    Gray's Inn

    London WC1R 5HP

    United Kingdom

2. Date of retention:  21 September 2010

3. Type of services provided (accounting, legal, etc.): <u>Legal</u>

4. Brief description of services to be provided:

   <u>Legal advice and representation with respect to insolvency law issues in England & Wales, including pension related legal issues and other such matters involving the representation of the Debtors in the proceedings brought by the Administrators of certain Lehman Brothers entities in the UK for directions of the Court in England & Wales.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   <u>GBP 375 per hour</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   <u>N/A</u>

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:     <u>$None</u>

   Date claim arose:    <u>N/A</u>

   Source of Claim:     <u>N/A</u>

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>N/A</u>

4

        Status: N/A

        Amount of Claim: $N/A

        Date claim arose: N/A

        Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

    Kind of shares: None

    No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    Kind of shares: N/A

    No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

Barry Isaacs _____

6