WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| In re | |
| **LEHMAN BROTHERS INC.,** | Case No. |
| Debtor. | **08-01420 (JMP) (SIPA)** |

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 17, 2010 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I. UNCONTESTED MATTERS:

1.  Debtors' Motion for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit Facilities **[Docket No. 12475]**

    Response Deadline:    November 15, 2010 at 5:00 p.m.

    Responses Received:   None.

    Related Documents:

    A.  Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 12708]**

    B.  Statement of Official Committee of Unsecured Creditors with Respect to Debtors' Motion **[Docket No. 12716]**

    C.  Order to Show Cause **[Docket No. 12490]**

    D.  Declaration of Shai Y. Waisman in Support of Order to Show Cause **[Docket No. 12476]**

    E.  Certificate of No Objection **[Docket No. 12785]**

    Status: This matter is going forward.

### II. CONTESTED MATTERS:

2.  Debtors' Presentment of Stipulation, Agreement and Order Granting State Street Bank and Trust Co. Limited Relief from the Automatic Stay **[Docket No. 12281]**

    Response Deadline:    November 1, 2010 at 4:00 p.m.

    Responses Received:

    A.  Objection of LH1440 **[Docket No. 12464]**

    B.  Amended Objection of LH1440 **[Docket No. 12709]**

Related Documents:

  C. State Street's Reply Brief in Support of Stipulation **[Docket No. 12736]**

  D. Reply of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. **[Docket No. 12779]**

Status: This matter is going forward.

3. Motion of Carolyn Fogarazzo, et al. for Relief from the Automatic Stay **[Docket No. 10279]**

Response Deadline: November 10, 2010 at 4:00 p.m.

Responses Received:

  A. Lehman Brothers Holdings Inc.'s Response **[Docket No. 12660]**

  B. Response of Certain Underwriters at Lloyd's London and Companies **[Docket No. 12651]**

  C. Joinder of Official Committee of Unsecured Creditors in Lehman Brothers Holdings Inc.'s Response **[Docket No. 12732]**

Related Documents:

  D. Reply Memorandum of Law In Support of Movant's Motion **[Docket No. 12737]**

Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**III.** **Adversary Proceedings:**

4. FirstBank Puerto Rico v. Barclays Capital, Inc. **[Adv. Case No. 10-04103]**

**Initial Scheduling Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

Status: This matter is going forward.

5.     LBSF v. PT Mobile-8 Telecom Tbk **[Adv. Case No. 10-03808]**

    **Pre-Trial Conference**

    Related Documents:

        A.     Adversary Complaint **[Docket No. 1]**

    Status: This matter is going forward.

6.     Neuberger Berman LLC v. Lehman Brothers Commercial Corp., et al. **[Adv. Case No. 10-03610]**

    **Pre-Trial Conference**

    Related Documents:

        A.     Adversary Complaint **[Docket No. 1]**

        B.     Answer of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 7]**

        C.     Answer of The Fridator Trust **[Docket No. 10]**

    Status: This matter is going forward.

7.     Neuberger Berman LLC v. Lehman Brothers Commercial Corp., et al. **[Adv. Case No. 10-03612]**

    **Pre-Trial Conference**

    Related Documents:

        A.     Adversary Complaint **[Docket No. 1]**

        B.     James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.'s Response to the Complaint **[Docket No. 9]**

        C.     Answer of The Fridator Trust **[Docket No. 12]**

    Status: This matter is going forward.

IV. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc.**

8. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

   Response Deadline:    December 8, 2010 at 4:00 p.m.

   Responses Received:    None.

   Related Documents:    None.

   Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

9. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

   Response Deadline:    December 8, 2010 at 4:00 p.m.

   Responses Received:    None.

   Related Documents:    None.

   Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

10. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline:    July 8, 2010 at 5:00 p.m.

    A.  Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

    Related Documents:

    B.  Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

    C.  Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

    D.  Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

    E.  Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

<u>Status</u>: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

11. Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

    <u>Response Deadline</u>:   December 8, 2010 at 4:00 p.m.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:   None.

    <u>Status</u>: This matter has been adjourned to December 15, 2010 at 10:00 a.m.

12. Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 11171]**

    <u>Response Deadline</u>:   September 15, 2010 at 4:00 p.m.

    <u>Responses Received</u>:

        A.   Objection of Somerset Properties SPE, LLC **[Docket No. 11333]**

    <u>Related Documents</u>:

        B.   Bridge Order **[Docket No. 11312]**

        C.   Order Granting Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for the Chapter 11 Plan of Merit, LLC **[Docket No. 11653]**

    <u>Status</u>: An order has been entered granting the relief requested with respect to Merit, LLC.  The matter has been adjourned to January 13, 2011 at 10:00 a.m. on consent with respect to LB Somerset LLC and LB Preferred Somerset LLC.

**B.  Adversary Proceedings**

13. PT Bank Negara Indonesia (Persero) Tbk v. LBSF, et al. **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    <u>Related Documents</u>:

        A.   Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

      B.      Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

      C.      Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

      D.      Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

<u>Status</u>: This matter has been adjourned to December 15, 2010 at 2:00 p.m.

Dated: November 16, 2010
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: November 16, 2010
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.