UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                                  :    (Jointly Administered)
                                         Debtors.                       :
                                                                                  :
-------------------------------------------------------------------x    Ref. Docket Nos. 12498, 12511,
                                                                                       12513, 12518, 12519, 12523-12525

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                )  ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ Konstantina Haidopoulos
                                                                                    Konstantina Haidopoulos

Sworn to before me this
9th day of November, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPP. LP
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 50316-18 in the above referenced case and in the amount of
     $2,857,518.98         has been transferred (**unless previously expunged by court order**)

```
      SERENGETI RAPAX MM. L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: YI SHU
      C/O SERENGETI ASSET MANAGEMENT LP
      632 BROADWAY, 12TH FLOOR
      NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12523        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2010                           Vito Genna, Clerk of Court

                                           /s/ Jenna Noble
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 5, 2010.

# EXHIBIT B

```
TIME: 14:24:49                                           LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 11/05/10                                                CREDITOR LISTING

Name                                            Address
BARCLAYS BANK PLC                               TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPP. LP 745 SEVENTH AVENUE NEW YORK NY 10019
CAJA DE AHORROS DE VIGO, OURENSE Y              TRANSFEROR: GRANA MORALES, JOSE MANUEL AVDA. GARCIA BARBON 1-3 VIGO, GALICIA  36201 SPAIN
  PONTEVEDRA (CAIXA NOVA)
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: CME GROUP INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FRANK RUSSELL COMPANY                           TRANSFEROR: RIC III PLC THE U.S. DOLLAR CASH PLUS FUND C/O ELLIOT COHEN, RUSSELL INVESTMENTS 1301 2ND AVE, 18TH FL SEATTLE WA 98101
GRANA MORALES, JOSE MANUEL                      CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
GRANA MORALES, JOSE MANUEL                      ATTN: MR. LUIS PINEIRO SANTOS GARCIA BARBON, 1-7 O VIGO 3620 SPAIN
ILLIQUIDX LTD                                   TRANSFEROR: MEDIOLANUM VITA S.P.A. 107-111 FLEET STREET LONDON EC4A 2AB   UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: FRANK RUSSELL COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
SERENGETI RAPAX MM L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437


Total Number of Records Printed     14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC