UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                    **Debtors.**                    :
                                                    :
-----------------------------------------------------------------x    Ref. Docket Nos. 12558, 12560,
                                                         12562, 12563, 12564, 12565, 12566,
                                                         12567, 12568 & 12569

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ Eleni Kossivas
                                                     Eleni Kossivas

Sworn to before me this
9th day of November, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH                    DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: CHESAPEAKE ENERGY CORPORATION          WINSTON & STRAWN LLP
     ATTN: JEFFREY OLINSKY                              ATTN: DAVID NEIER, ESQ.
     60 WALL ST., 3RD FLOOR                             200 PARK AVENUE
     NEW YORK NY 10005                                  NEW YORK NY 10166
```

Please note that your claim # 18966-01 in the above referenced case and in the amount of
       $95,148,160.00        has been transferred **(unless previously expunged by court order)**

```
     CVI GVF (LUX) MASTER S.A.R.L.
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN
     KNOWLE HILL PARK, FAIRMILE LANE
     COBHAM
     SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12565    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/201              Vito Genna, Clerk of Court

                             /s/ Jenna Noble
                             _____
                             By: Epiq Bankruptcy Solutions, LLC
                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 9, 201.

**EXHIBIT B**

TIME: 14:03:03
DATE: 11/09/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| CREDIT SUISSE (LUXEMBOURG) S.A. ZN OSTERREICH | TRANSFEROR: UBS AG CREDIT SUISSE AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG ATTN: MR. ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WINSTON & STRAWN LLP ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CHESAPEAKE ENERGY CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| FOREST CITY CAPITAL CORPORATION | C/O THOMPSON HINE LLP ATTENTION: ARIK A. SHERK, ESQ. P.O. BOX 8801 DAYTON OH 45401-8801 |
| FRONT CAPITAL LTD | TRANSFEROR: BRANDT, STEFAN ATTN: HANNU KANANEN ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O GOLDMAN SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: FOREST CITY CAPITAL CORPORATION 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: HEWLETT-PACKARD C/O PEPPER HAMILTON LLP ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| PUERTO SWAP FCCC CORP. | C/O THOMPSON HINE LLP ATTENTION: ARIK A. SHERK, ESQ. P.O. BOX 8801 DAYTON OH 45401-8801 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: FRONT CAPITAL LTD ATTN: OONAGH HOYLAND & JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH 8098 SWITZERLAND |
| UBS AG | |

Total Number of Records Printed    23

EPIQ BANKRUPTCY SOLUTIONS, LLC