November 5, 2007

To Whom it may concern:

The purpose of this letter is to file a formal opposituion to the disallowance, expungement of the claim filed below:
\

**Name of Bankruptcy Court:**
   United States Bankruptcy Court
   Southern District of New York

**Debtor Name:**
   Lehman Brothers Holding Company

**Case No.**
   08-13555 (JMP)

**Title of Objection:**
   58th Omnibus Objection

**Name of Claimant:**
   William L. Salway

**Amount:**
   $12,047.47

**Nature of Objection:**
   My original claim No.6367 was filed on July 27, 2009 with supporting documentation for proof of claim. This documentation was apparently lost. Copies of the documentation for support of claim is attached.

Claimants Contact Info:
   William Salway
   5147 Harpers Farm Rd
   Columbia Md. 21044
   Tele 443 812 9391

Page 1 of 36

509

# MorganStanley SmithBarney

## Reserved Client
## Individual Retirement Account
December 1 – December 31, 2009

Account number 549-60441-15

Ref: 00000189 00015969

L090000000189 309365AF01 SOV3P006A
WILLIAM SALWAY
CGM IRA CUSTODIAN
1201 S OCEAN DR #2410 NORTH
HOLLYWOOD FL 33019-2121

Morgan Stanley Smith Barney LLC. Member SIPC.

*Your Financial Advisor*
KAPPE/LAPHAM
21600 OXNARD STREET
SUITE 2000
WOODLAND HL CA 91367
818-715-1800
Website: www.smithbarney.com

Reserved Client Service Center: 800-423-7248
Branch Phone: 800-826-3229

Account carried by Citigroup Global Markets Inc. Member SIPC.

### Account value

| | Last period | This period | % |
|---|---|---|---|
| Cash balance | $ 2,141.16 | $ 849.35 | .11 |
| Bank Deposit Program℠-principal | 1,880.72 | 2,072.81 | .28 |
| Common stocks & options | 331,938.40 | 342,906.28 | 46.14 |
| Exchange traded & closed end funds | 82,817.96 | 83,119.48 | 11.18 |
| Preferred stocks | 100,898.16 | 103,895.80 | 13.98 |
| Accrued interest on bonds/CDs | 1,584.61 | 1,379.85 | .19 |
| Mortgage and asset backed securities | 30,738.43 | 30,014.35 | 4.04 |
| Mutual funds | 21,679.32 | 22,630.14 | 3.04 |
| Corporate bonds | 15,454.70 | 16,153.20 | 2.17 |
| Certificates of deposit | 154,536.45 | 140,207.54 | 18.86 |
| Unsettled purchases/sales | -3,687.80 | 6,626.68 | |
| **Total value** | **$ 739,982.11** | **$ 749,855.48** | **100.00** |
| Total value (excluding accrued interest) | $ 738,397.50 | $ 748,475.63 | |

Fair Market Value 12/31/09 $ 749,855.48

*For IRS-related fair market value requirements, please see the "Fair Market Value - Form 5498" message.*

*Unsettled purchases/sales are reflected in the "Portfolio details" section.*

### Earnings summary

| | This period | This year |
|---|---|---|
| Interest | $ 1,222.09 | $ 12,083.44 |
| Accrued interest received | 124.77 | 124.77 |
| Other dividends | 2,344.81 | 14,179.18 |
| Bank Deposit Program℠ | .50 | 30.82 |
| **Total** | **$ 3,692.17** | **$ 26,418.21** |

### Cash, money fund, bank deposits

| | This period | This year |
|---|---|---|
| Opening balance | $ 4,021.88 | $ 492,749.15 |
| Securities bought and other subtractions | (39,373.84) | 164,921.31 |
| Securities sold and other additions | 50,295.11 | (65,271.95) |
| Prior transactions settling/cancelled | (3,687.80) | 592,398.51 |
| Net unsettled purchases/sales | (6,626.68) | $ 748,475.63 |
| Deposits | 0.00 | 18,691.19 |
| Withdrawals | (5,900.00) | (83,963.14) |
| Interest credited | 1,222.09 | |
| Return of principal credited | 170.96 | |
| Dividends credited | 2,341.25 | |
| Bank Deposit Program℠ interest reinvested | .50 | |
| Other income credited | 458.69 | |
| **Closing balance** | **$ 2,922.16** | |

*A free credit balance in any securities account may be paid to you on demand. Although properly accounted for, these funds may be used for business purposes.*

### Portfolio summary

| | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | $ 738,397.50 | $ 492,749.15 |
| Net security deposits/withdrawals | 0.00 | 164,921.31 |
| Net cash deposits/withdrawals | (5,900.00) | (65,271.95) |
| Beginning value net of deposits/withdrawals | 732,497.50 | 592,398.51 |
| Total value as of 12/31/2009 (excl. accr. int.) | $ 748,475.63 | $ 748,475.63 |
| Change in value | $ 15,978.13 | $ 156,077.12 |

# MorganStanley SmithBarney

## Reserved Client
## Individual Retirement Account
### December 1 – December 31, 2009

Ref: 00000189 00015983

WILLIAM SALWAY

Account number 549-60441-15 509

## Preferred stocks *continued*

| Quantity | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | Average % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|
| 600 | JPMORGAN CHASE CAP XXIV 6.875% EXPECTED MATURITY 08/01/2047 Rated BBB+ Next call on 08/01/12 | JPMPRW | 07/25/07 | $15,000.00 | $25.00 | $25.25 | $15,150.00 | $150.00 LT | 6.806% | $1,031.25 |
| 400 | LEHMAN BROS HLDGS CAP 6.24% TR VI Next call on 01/18/10 | LEHNQ | 01/05/05 | 10,000.00 | 25.00 | .22 | 88.00 | (9,912.00) LT | | |
| 91.2869 | Reinvestments to date | | | 2,047.74 | 22.431 | .22 | 20.08 | (2,027.66) LT | | |
| 491.2869 | | | | 12,047.74 | 24.523 | | 108.08 | (11,939.66) | | 108.08 |
| 600 | ROYAL BANK SCOTLAND 6.125% GRP PLC Rated CC Next call on 12/30/11 | RBSPRR | 12/14/06 | 15,000.00 | 25.00 | 10.16 | 6,096.00 | (8,904.00) LT | | |
| 400 | | | 04/01/08 | 8,619.51 | 21.11 | 10.16 | 4,064.00 | (4,555.51) LT | 15.071 | 1,531.25 |
| 1,000 | | | | 23,619.51 | 23.62 | | 10,160.00 | (13,459.51) LT | | |
| 100 | USB CAPITAL VI 5.75% Rated BBB+ Next call on 03/09/10 | USBPRE | 03/02/05 | 2,500.00 | 25.00 | 21.40 | 2,140.00 | (360.00) LT | | |
| 21.9704 | Reinvestments to date | | | 471.27 | 21.45 | 21.40 | 470.17 | (1.10) LT | 6.717 | 175.33 |
| 121.9704 | | | | 2,971.27 | 24.361 | | 2,610.17 | (361.10) | 8.77 | |
| **Total preferred stocks** | | | | **$139,308.71** | | | **$103,895.80** | **$0.00 ST** **($35,412.91) LT** | | **$9,116.75** |

## Mortgage and asset backed securities
*Current Value is calculated as follows: Original Principal Amount x Factor x Price = Current Value*

| Original principal amount | Description | Date acquired/ CUSIP # | Cost | Share cost | Current share price/accrued interest | Current value | Unrealized gain/(loss) | Current % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 35,050 | GNMA PL#516736X DTD 09/01/1999 INT: 07.000% MATY: 09/15/2029 FACTOR: .09387472 Curr.face $3,290.31 Int paid monthly | 11/23/99 36211MBD1 | $3,115.35 | $99.50 | $108.809 $19.19 | $3,580.15 | $464.80 LT | 6.433% | $230.32 |
| 35,035 | GNMA PL#563380X DTD 11/01/2001 INT: 06.000% MATY: 11/15/2031 FACTOR: .07911606 Curr.face $2,771.83 Int paid monthly | 12/04/01 36213S2M6 | 3,078.10 | 100.875 | 105.765 13.86 | 2,931.63 | (146.47) LT | 5.672 | 166.30 |