UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
In re                                                     :       Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :       08-13555 (JMP)
                                                          :       (Jointly Administered)
                        Debtors.                          :
                                                          :
------------------------------------------------------------------x       Ref. Docket Nos. 12581, 12590-
                                                                          12592 & 12594

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Konstantina Haidopoulos*
                                                          Konstantina Haidopoulos

Sworn to before me this
10th day of November, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 12581, 12590-12592, 12594_AFF_11-10-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: QUEENSLAND TREASURY CORPORATION
      C/O DEUTSCHE BANK AG, HONG KONG BRANCH, ATTN: JACK TSAI
      55/F CHEUNG KONG CENTER
      2 QUEEN'S ROAD, CENTRAL
      HONG KONG
      HONG KONG
```

Please note that your claim # 50494-01 in the above referenced case and in the amount of
$5,390,487.52     has been transferred **(unless previously expunged by court order)**

```
      GOLDENTREE DISTRESSED DEBT FUND, LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      ATTN: MORRIS TUCKER
      1230 AVENUE OF THE AMERICAS, 3RD FL
      NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12590    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/201                          Vito Genna, Clerk of Court

                                         /s/ Jenna Noble
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 201.

# EXHIBIT B

TIME: 15:31:34
DATE: 11/10/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BOUSSARD & GAVAUDAN FUND PLC | TRANSFEROR: SARK MASTER FUND LIMITED C/O BOUSSARD & GAVAUDAN ASSET MGMT LP; ATTN: LEGAL/COMPLIANCE CALDER HOUSE, 1 DOVER STREET LONDON W1S 4LA UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: THE FUJI SHINKIN BANK ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: QUEENSLAND TREASURY CORPORATION C/O DEUTSCHE BANK AG, HONG KONG BRANCH, ATTN: JACK TSAI 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD, CENTRAL HONG KONG  HONG KONG |
| GOLDENTREE DISTRESSED DEBT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020 |
| GOLDENTREE DISTRESSED DEBT MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020 |
| ILLIQUIDX LTD | TRANSFEROR: TERCAS-CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO S.P.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM |
| SARK MASTER FUND LIMITED | C/O BOUSSARD & GAVAUDAN ASSET MGNT, LP ATTN EMMANUEL GAVAUDAN CALDER HOUSE, 1 DOVER STREET LONDON W1S 4LA UNITED KINGDOM |
| TERCAS-CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO S.P.A. | ATTN: MRS. BERTA MARIANI CORSO SAN GIORGIO, 36 TERAMO 64100 ITALY |
| THE FUJI SHINKIN BANK | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 212, AOSHIMA-CHO, FUJI-SHI SHIZUOKA  417-8686 JAPAN |

Total Number of Records Printed    9

EPIQ BANKRUPTCY SOLUTIONS, LLC