Ronald S. Beacher (RB8837)
Herbert K. Ryder (HR5137)
Day Pitney LLP
Seven Times Square
New York, NY  10036-7311
(212) 297-5800

and

One Jefferson Road
Parsippany NJ 07054-2891
(973) 966-8259

*Attorneys for SPCP Group LLC,*
*as agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X
| | |
|---|---|
| **In re** | : **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : **08-13555 (JMP)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |

-----------------------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

KAREN CLANCY-BOY, of full age, hereby certifies as follows:

1.    I am a paralegal employed by the firm of Day Pitney LLP at its office located at 242 Trumbull Street in Hartford, Connecticut.  Day Pitney is counsel for SPCP Group LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, LTD ("SPCP Group")  in connection with the above-referenced matter.

2.    On November 12, 2010, I electronically filed the following document(s) with the United States Bankruptcy Court for the Southern District of New York:

(a) Response of SPCP Group LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Success to Certain Claims of Round Table Global Multi-Strategy Master Fund, LTD., to Debtors' Sixty-

Third Omnibus Objection to Claims (Valued Derivative Claims) support thereof with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties identified on the service list annexed hereto to be served via the Court's ECF system.

3.      In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 9078-1 of the New York Local Rules of Bankruptcy Procedure for the Southern District, this is to certify that on this 12th day of November, 2010, copies of the forgoing were transmitted to all ECF parties listed below and on the 15th day of November to those parties requesting manual notice as indicated below:

<u>**SERVICE LIST**</u>

<u>**ECF NOTIFICATION**</u>

- Anne Marie Aaronson    aaaronson@dilworthlaw.com
- Aravindhan Abraham    arvin.abraham@davispolk.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker    acker@chapman.com
- David J. Adler    dadler@mccarter.com
- Ana M. Alfonso    aalfonso@willkie.com
- Darryl J. Alvarado    dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson    sanderson@bernsteinshur.com, acummings@bernsteinshur.com; lkubiak@bernsteinshur.com
- George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com; lane.katie@arentfox.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Bruce G. Arnold    barnold@whdlaw.com, chandy@whdlaw.com
- John R. Ashmead    ashmead@sewkis.com
- Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Ingrid Bagby    ingrid.bagby@cwt.com, betty.comerro@cwt.com;michele.maman@cwt.com; tianna.jackson@cwt.com;david.kronenberg@cwt.com
- Katrina Lynne Baker    kbaker@kramerlevin.com, mattorney@kramerlevin.com
- Helen Ball    mtaylor@ba-boult.com
- William G. Ballaine    wballaine@lcbf.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber    dbarber@bsblawyers.com
- Jean-David Barnea    jean-david.barnea@usdoj.gov
- David L. Barrack    dbarrack@fulbright.com
- Lawrence Bass    lawrence.bass@hro.com
- Beatrice Hamza Bassey    bassey@hugheshubbard.com
- Paul M. Basta    pbasta@kirkland.com, jacob.goldfinger@kirkland.com

- Paul A. Batista    batista007@aol.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- Anne E. Beaumont    abeaumont@fklaw.com, lehmanbros@fklaw.com
- Martin Beeler    mbeeler@cov.com
- T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com; kfryer@kleinlaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@mayerbrown.com
- Evan J. Benanti    evan.benanti@bingham.com
- Menachem M. Bensinger    menachem.bensinger@ropesgray.com
- Walter Benzija    wbenzija@halperinlaw.net
- Shaya M. Berger    bergers@dicksteinshapiro.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com
- Scott Howard Bernstein    sbernstein@hunton.com
- Daniel B. Besikof    dbesikof@loeb.com
- Riyaz G. Bhimani    rbhimani@eckertseamans.com
- Martin J. Bienenstock    martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder    binder@sewkis.com
- Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman    jBlackman@morganlewis.com
- Benjamin Blaustein    bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck    dbleck@mintz.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
- Hilary B. Bonial    notice@bkcylaw.com
- Mark V. Bossi    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Jerrold Lyle Bregman    jbregman@curtis.com, ghertzberg@curtis.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Luke O. Brooks    lukeb@rgrdlaw.com
- Melvin A. Brosterman    mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com;croyce@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com, pgroff@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Omar-John C. Chavez    ochavez@smithstratton.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Ly S Chhay    ly.chhay@activfinancial.com
- Douglas E. Chin    dchin@burnslev.com, tunrad@burnslev.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Joshua W. Cohen    jwcohen@daypitney.com
- Michael A. Cohen    macohen@kirkland.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    kurt.vellek@allenovery.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
- Cassandra L. Coleman    ccoleman@garfield-county.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Magdeline D. Coleman    donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello    pcostello@vectislawgroup.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    david.crichlow@pillsburylaw.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- Jason C. Davis    jdavis@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;;mcurro@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- James C. Dugan    maosbny@willkie.com, jdugan@willkie.com
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com; edaniels@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-law.com; vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Steven E. Fineman    sfineman@lchb.com
- Steven J. Fink    sfink@orrick.com, nymao@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- James C. Fitzpatrick    fitzpat@hugheshubbard.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com; mweinstein@golenbock.com
- Robert J. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Ellen A. Friedman    jquiambao@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com, efrasiolas@manatt.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com; dgallacher@rkollp.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com; cgresh@mosessinger.com;dkick@mosessinger.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Katherine Geraci    geraci@thalergertler.com
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Christopher J. Giaimo    giaimoc@arentfox.com
- Steven D. Ginsburg    sdg@adorno.com, ctatelbaum@adorno.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com
- John P. Gleason    jgleason@gleasonkoatz.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Stuart Gold    sgold@mandelbaumsalsburg.com
- Adam J. Goldberg    adam.goldberg@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com, gsalamone@secondmarket.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com,
  maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;
  bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com
- Ira S. Greene    isgreene@hhlaw.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;
  jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com, sarah.laughlin@bakerd.com
- Thomas J. Hall    thall@chadbourne.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;
  cbattaglia@halperinlaw.net
- Heidi L Hamilton    heidi@crumbielaw.com
- William Hao    william.hao@alston.com
- Carrie V. Hardman    chardman@klestadt.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com, cameron.smith@lw.com;rachel.feld@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com,
  jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com;
  jpizzurro@curtis.com;mmoscato@curtis.com;ndelaney@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com;diana.perez@cwt.com;
  anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com
- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Dwight A. Healy    dhealy@ny.whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Robin A. Henry    rhenry@bsfllp.com
- Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com

- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;
  paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;
  lsmith@bsfllp.com;nkemp@bsfllp.com
- Stephen C. Hunt    shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Eric E. Johnson    eric.johnson@hro.com, alicia.berry@hro.com
- Michael E. Johnson    michael.johnson@alston.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com
- Gary Kaplan    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com
- David J. Karp    david.karp@srz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com, acummings@bernsteinshur.com;
  sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    craig@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Edward J. Kirk    edward.kirk@clydeco.us
- Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Douglas Koff    douglaskoff@paulhastings.com
- Howard Koh    hkoh@meisterseelig.com
- Samuel S. Kohn    , dcunsolo@winston.com
- Alan Kolod    dkick@mosessinger.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,

kressk@pepperlaw.com,wisotska@pepperlaw.com,
alexsym@pepperlaw.com
- Bennette D. Kramer       bdk@schlamstone.com
- Richard P. Krasnow      richard.krasnow@weil.com,
  richard.krasnow@weil.com;shai.waisman@weil.com;
  victoria.vron@weil.com
- Michael M. Krauss      mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com
- Julia S. Kreher      rleek@hodgsonruss.com;jthoman@hodgsonruss.com
- J. Alex Kress      akress@riker.com
- Martin Krolewski      mkrolewski@kelleydrye.com, docketing@kelleydrye.com;
  BankruptcyCourt@KelleyDrye.com
- Justin A. Kuehn      kuehn@bragarwexler.com
- Greg T. Kupniewski      greg.kupniewski@flastergreenberg.com
- Paul J. Labov      plabov@eapdlaw.com
- Robinson B. Lacy      Lacyr@sullcrom.com
- Darryl S. Laddin      bkrfilings@agg.com, frank.white@agg.com;billie.robinson@agg.com
- Michael C. Lambert      mclambert@lawpost-nyc.com
- Mark Landman      mlandman@lcbf.com
- David P. Langlois      david.langlois@sablaw.com
- Robert Laplaca      rlaplaca@levettrockwood.com
- Kevin J. Larner      klarner@riker.com
- Francis J. Lawall      lawallf@pepperlaw.com
- James N. Lawlor      jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay      dlemay@chadbourne.com
- Michael C. Ledley      mledley@wmd-law.com
- Mark G. Ledwin      mark.ledwin@wilsonelser.com
- David H. Lee      dlee@nixonpeabody.com
- Robert R. Leinwand      rrl@robinsonbrog.com, rleinwand@yahoo.com
- Robert J. Lemons      andrew.lyon@weil.com
- Stephen D. Lerner      slerner@ssd.com
- Ira M. Levee      ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal      shari.leventhal@ny.frb.org
- Richard B. Levin      rlevin@cravath.com, managing_attorneys_office@cravath.com
- Jonathan Levine      jlevine@akllp.com
- Jeffrey W. Levitan      jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin      JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;
  Plinken@cahill.com
- Richard Levy      rlevy@pryorcashman.com
- Leo V. Leyva      lleyva@coleschotz.com
- Isabelle Liberman      iliberman@akingump.com
- Michael Liberman      mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul      vlicul@vladeck.com
- Sarah E. Lieber      selieber@jonesday.com
- David Liebov      liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Demetra Liggins      demetra.liggins@tklaw.com
- Douglas J. Lipke      dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Joanne K. Lipson      jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com
- Judy G.Z. Liu      judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden      sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com;
  tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com
- Joli A. Lofstedt      joli@crlpc.com
- Sarah K. Loomis Cave      cave@hugheshubbard.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Alexander S. Lorenzo    alexander.lorenzo@alston.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- Wendy Mager    wmager@smithstratton.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- William A Maher    wmaher@wmd-law.com
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;
  lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major    , tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com, jae.kim@weil.com;aliza.reicher@weil.com;
  jessica.liou@weil.com;stefanie.beyer@weil.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- Scott S. Markowitz    smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;
  sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;
  kprimm@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Mark McDermott    brian.mcdermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
  mmuller@tpw.com;elsmith@sonnenschein.com;
  lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com, sarah.farley@kirkland.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas    william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;
  vincent.roldan@dlapiper.com;christopher.thomson@dlapiper.com;jeremy.johnson@dlapiper.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Jeffrey A. Mitchell    dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- David Molton    dmolton@brownrudnick.com, jelstad@brownrudnick.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com; bkecfactivitynotices@deilylawfirm.com
- Matthew P. Morris    matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Joshua D. Morse    morsej@hbdlawyers.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; donna.hinkle@crowedunlevy.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Seth A. Moskowitz    smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare    mmulcare@mayerbrown.com
- Steven T. Mulligan    smulligan@bsblawyers.com
- Michael F. Murphy    murphym2@michigan.gov
- Jason A. Nagi    jnagi@polsinelli.com
- David L. Neale    kjm@lnbyb.com, tma@lnbyb.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Laura E. Neish    lneish@zuckerman.com
- Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman    snewman@katskykorins.com
- Robert E. Nies    rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey    rnorthey-lbi@mhjur.com
- Richard P. Norton    rnorton@hunton.com
- Robert M. Novick    rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry    jputnam@bermanesq.com
- Edmond P. O'Brien    eobrien@sbchlaw.com
- Brian Edward O'Connor    maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com; msercombe@cgsh.com
- Kalman Ochs    ochska@ffhsj.com
- Patrick D. Oh    patrick.oh@freshfields.com
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Jeffrey M. Olinsky    chad.valerio@db.com
- Harold Olsen    holsen@stroock.com
- Matthew Olsen    molsen@morganlewis.com
- Karen Ostad    kostad@mofo.com
- Jody Michelle Oster    ECF.Oster@huntington.com
- Alec P. Ostrow    aostrow@beckerglynn.com,

lmueller@beckerglynn.com;jholdridge@beckerglynn.com
- Neil J. Oxford    oxford@hugheshubbard.com
- R. Stephen Painter    spainter@cftc.gov
- Charles Palella    cpalella@kurzman.com
- Deryck A. Palmer    deryck.palmer@cwt.com, david.moura@cwt.com;wendy.kane@cwt.com;
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini    dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;
  nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- David W. Parham    david.w.parham@bakernet.com
- Barbra R. Parlin    barbra.parlin@hklaw.com
- Peter S. Partee    ppartee@hunton.com
- David S. Pegno    dpegno@dpklaw.com
- Alfredo R. Perez    alfredo.perez@weil.com, Michele.meises@weil.com;Chris.lopez@weil.com;
  gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;
  sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes    rpershes@bdblaw.com, sjohnson@bdblaw.com;blitcal@bdblaw.com;
  sweires@bdblaw.com;cedwards@bdblaw.com
- Anne M. Peterson    anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- Gregory M. Petrick    gregory.petrick@cwt.com, diana.perez@cwt.com;allison.dipasqua@cwt.com
- Deborah J. Piazza    dpiazza@abramslaw.com, syoon@abramslaw.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Thomas Pietrantonio    pietrantoniolaw@optonline.net
- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- John Polich    john.polich@ventura.org
- Dana Post    dpost@kramerlevin.com
- John N. Poulos    poulos@hugheshubbard.com
- Constantine Pourakis    cp@stevenslee.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@mcguirewoods.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Randall Rainer    rrainer@wmd-law.com
- Jack A. Raisner    jar@outtengolden.com
- Kiara L. Rankin    kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi    john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;
  betty.comerro@cwt.com
- Craig V. Rasile    crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,
  mmannering@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary O. Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com

- Russell Lowell Reid    rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com; tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com; njames@curtis.com;mgiugliano@curtis.com
- Howard D. Ressler    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com; matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman@friedfrank.com
- Theodore O. Rogers    rogerst@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- William A. Rome    warome@hpplegal.com
- Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
- Jorian Rose    jlrose@venable.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com
- Kermit A. Rosenberg    krosenberg@tighepatton.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Kenneth Rudd    krudd@zeklaw.com
- Samuel H. Rudman    srudman@rgrdlaw.com
- Abby Rudzin    arudzin@omm.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Jeffrey D. Saferstein    jsaferstein@paulweiss.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com; lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jeffrey L. Sapir-13    info@sapirch13tr.com
- Paul A. Saso    psaso@gibbonslaw.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
- Eric A Schaffer    eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz    bschartz@kirkland.com
- Jonathan D. Schiller    jschiller@bsfllp.com

- Michael L. Schleich    mschleich@fslf.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber    cschreiber@winston.com
- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com; donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com; kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com
- Matthew A. Schwartz    schwartzmatthew@sullcrom.com
- Richard Schwed    rschwed@shearman.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jlscott@reedsmith.com
- Barry N. Seidel    seidelb@butzel.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- John T. Shaban    jshaban@wbamct.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Dan Shaked    dan@shakedandposner.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- David B. Shemano    dshemano@pwkllp.com, lpeitzman@pwkllp.com
- Thomas I. Sheridan    tsheridan@hanlyconroy.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Mark Shinderman    paula.ayers@mto.com
- Michael A. Shiner    mshiner@tuckerlaw.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com; agoldenberg@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Carren B. Shulman    cshulman@sheppardmullin.com, jqin@sheppardmullin.com
- Motty Shulman    MSHULMAN@BSFLLP.COM
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons    peter.simmons@friedfrank.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson    lsimonson@faegre.com
- Charles E. Simpson    csimpson@windelsmarx.com, detheridge@windelsmarx.com; mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane    pfarren@cahill.com
- Thomas R. Slome    lgomez@msek.com
- Edward Smith    easmith@venable.com
- Elizabeth Page Smith    esmith@llgm.com
- Abigail Snow    asnow@ssbb.com
- Eric J. Snyder    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- John Wesley Spears    john.spears@alston.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com
- James H.M. Sprayregen    jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair    jstclair@skadden.com, jeffyscott@hotmail.com;cdickers@skadden.com;Elise.OConnell@skadden.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

- Jack G. Stern    jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
- Malani Sternstein    msternstein@sheppardmullin.com
- J. Robert Stoll    jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Ralph M. Stone    rstone@lawssb.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Walter B. Stuart    walter.stuart@freshfields.com
- David A. Sullivan    david.sullivan@cliffordchance.com
- Walter E. Swearingen    wswearingen@llf-law.com
- Matthew S. Tamasco    mtamasco@schnader.com
- Sara M. Tapinekis    sara.tapinekis@cliffordchance.com
- Robert E. Tarcza    bobt@tglaw.net
- Charles Martin Tatelbaum    ctatelbaum@adorno.com, smerrill@adorno.com;aalu@adorno.com;
  fmenendez@adorno.com
- James Tecce    jamestecce@quinnemanuel.com
- Samuel Jason Teele    jteele@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- H. Marc Tepper    marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi    rterenzi@stcwlaw.com
- April J. Theis    april.theis@azag.gov
- My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com
- Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwalsh@mayerbrown.com
- Curtis V. Trinko    ctrinko@trinko.com
- Patrick J. Trostle    ptrostle@jenner.com
- Thomas R. Trowbridge, III    thomas.trowbridge@bakerbotts.com
- Brian Trust    btrust@mayerbrown.com
- Gerard Uzzi    guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Jantra Van Roy    jvanroy@zeklaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Michael J. Venditto    mvenditto@reedsmith.com
- Raymond W. Verdi    rwvlaw@yahoo.com
- Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com
- Paul Vizcarrondo    pvizcarrondo@wlrk.com, calert@wlrk.com
- Shai Waisman    shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;sherri.toub@weil.com;victoria.vron@weil.com;
  julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1    shai.waisman@weil.com
- Shai Waisman2    shai.waisman@weil.com
- Adrienne Walker    awalker@mintz.com
- Lisa L. Wallace    lwallace@mwc-law.com
- Josephine Wang    jwang@sipc.org
- Mark W. Warren    mwarren@mtb.com
- W. Clark Watson    cwatson@balch.com
- Corey R. Weber    ecf@ebg-law.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt    chaya.weinberg@withers.us.com
- Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg    rochellew@shiboleth.com
- John W. Weiss    john.weiss@alston.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com

- Mark F. Werle    eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Timothy Raymond Wheeler    twheeler@lowenstein.com
- Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Michael E. Wiles    mewiles@debevoise.com, mao-ecf@debevoise.com
- Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson    efile@willaw.com
- Eric D. Winston    ericwinston@quinnemanuel.com
- Steven R. Wirth    swirth@wmd-law.com
- Jane Rue Wittstein    jruewittstein@jonesday.com
- Amy R. Wolf    arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf    jowolf@law.nyc.gov
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Steven Wolowitz    swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright    james.wright@ropesgray.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright    wrightth@sullcrom.com
- Robert C. Yan    ryan@farrellfritz.com, ffbkmao@farrellfritz.com
- David Farrington Yates    fyates@sonnenschein.com
- Jack Yoskowitz    yoskowitz@sewkis.com
- Jerome Zamos    zamoslaw@aol.com
- Erin Zavalkoff    ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
- Ellen Zweig    ezweig@optonline.net
- Abraham L. Zylberberg    azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Lehman Brothers Holdings Inc**.**
745 Seventh Avenue
New York, NY 10019

**U.S. TRUSTEE**

Office of the United States Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Ms. Lynda Calderon                                    Chambers Copy
Courtroom Deputy
One Bowling Green
New York, NY 10004


Toni-Ann Citera                        Robert C. Micheletto
Jones Day 222 East 41st Street         Jones Day
New York, NY 10017                     222 East 41st Street
                                       New York, NY 10017


Paul Zakian                            A. M. Best Company
129 East 82nd Street Apt# 10A          Ambest Road
New York,, NY 10028                    Oldwick, NJ 08858


ACP Master, Ltd.                       Sachiko Abe
c/o Aurelius Capital Management, LP    State Street Global Services
535 Madison Avenue, 22nd Floor         Midtown Tower 39/40th Floors
New York, NY 10022                     9-7-1 Akasaka, Minato-Ku
                                       Tokyo 107-6239 Japan


Steven M. Abramowitz                   Ad Hoc Consortium of Lehman Brothers Special
Vinson & Elkins LLP                    Financing Inc.
666 Fifth Avenue                       Brown Rudnick LLP
26th Floor                             Attn: Edward S. Weisfelner, Esq.
New York, NY 10103-0040                Seven Times Square
                                       New York, NY


Aditi Technologies Private Limited     Suyash Agrawal
c/o Mark D. Northrup                   Susman Godfrey L.L.P.
Graham & Dunn PC                       1000 Louisiana, Suite 5100
2801 Alaskan Way, Suite 300            Houston, TX 77002
Seattle, WA 98121-1128


Ahorro Corporacion Financiera, S.V., S.A.   Smitha Aivar
Paseo de la Castellana, 89, 7 planta        2452 W. Bayshore Rd., #7
28046 Madrid Spain                          Paul Alto, CA 94303


Luma Al-Shibib                         David Craig Albalah
Reed Smith                             Bracewell & Giuliani LLP
599 Lexington Avenue                   1177 Avenue of the Americas
New York, NY 10022                     New York, NY 10036


Wim J.M. Alen                          Alliance Resource Operating Partners, L.P.
Jurneirah Beach Residence              1717 South Boulder Avenue
Bahar 5, app. 1204 Dubai               Tulsa, OK 74119

Ivan Aldea Alvarez
Marina No 43
Valladolid, 47009,Spain

America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Mark R. Anderson
1345 Avenue of the Americas
New York, NY 10105

Dhyan Appachu
10460 Roosevelt Blvd N., Suite 387
St. Petersburg, FL 33716

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166

Sudhakar Aremanda
1707 Deer Creek Dr.
Plainsboro, NJ 08536

Arete Research, LLC
3 Post Office Square, Fl. 7
Boston, MA 02109

Aristeia Partners, L.P.
c/o Aristeia Capital, L.L.C.
136 Madison Avenue
3rd Floor
New York, NY 10016

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736

Aron Oliner as Chapter 11 Trustee of The Kontrabecki
Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Lee Stein Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Audio Incorporated Sound System
Design, Installation & Rental
170-172 West Westfiled Ave
Roselle Park, NJ 07204

Chierichetti Augusto
Via Della Biella 6
Castelianza VA 21053

Aurelius Capital Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

Aurelius Convergence Master, Ltd.
Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

BB&T Investments
200 South College St.
8th Floor
Charlotte, NC 28202

BKS Claims LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Maheswora N. Baidya
P.O. Box 5144
Laurel, MD 20726

Corinne Ball
Jones Day
222 East 41st Street
New York, NY 10017

Banca Carige S.p.A.
Societa per Azioni
Via Cassa di Risparmio
15 - 16123 Genova
16100 Genova, C.P. 987, Mexico

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Banif - Banco De Investimiento, S.A.
Rua Tierno Galvan
Torre 3, 14,
Lisbon Portugal, 1070-274

Ross Barr
Jones Day
222 E. 41st Street
New York, NY 10017

Johann Bartl
Brunnsteinerstr. 10a
D-83059, Kolbermoor, Germany

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

JoAnne Beachy
6251 Rosewood
Mission, KS 66205

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Rogelio Beltran
2000 David Ave
Apt. 26
Monterey, CA 93940

Gerald C. Bender
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Samuel Benedict
Michael Carlin, Weath Management, LLC
7098 E. Cochise Road, Suite 222
Scottsdale, AZ 85253

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street, Ste 2900
Los Angeles, CA 90017

William Bennett
480 Grace Ave
Fairview, PA 16415-1444

Gloria K. Berkwits
2944 W. Rascher
Chicago, IL 60625

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511

Ingeburg Bethke
Gerbstedter Str. 45
06333 Hettstedt, Germany

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder
Richards Kibbe & Orbe LLP
One World Financial Center, 29th Floor
New York, NY 10281

Robert L. Biscardi
617 Sunrise Avenue
Winter Springs, FL 32708

Paola Birashi
73 Bryauston Court II
George Street
London, WIH 7HD, UK

Glenn A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Brian W. Bisignani
Post & Schell
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601

Chris C. Bobell
10653 Khoury Legue Road
Marion, IL 62959

Michael Blumenthal
590 Madison Avenue
New York, NY 10022-2524

J. William Boone
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Brent D. Boger
P.O. Box 1995
Vancouver, WA 98668-1995

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Kristi Brim
12421 Riverdale Dr. #2
Valley Village, CA 91607

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Lawrence Jay Brenner
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

DerGarabedian Dillon Grizopoulos &Nathan
11 Clinton Avenue
Rockville Centre, NY 11570

Carol Braunwarth
16769 Baywood Terrace
Eden Prairie, MN 55346

Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Donald L. Boyd
30 Beach Walker Rd
Fernandina, FL 32034

Boultbee (Helsinki) AB
c/o EFM (Sverige) AB
PO Box 730
Vasteras, SE-721 20

Glenn A. Bostic
2607 Swailes Rd.
Troy, OH 45373

Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640

Bundesanstalt fur
Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
53117, Bonn, Germany

Michael G. Burke
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Michael Burrow
Housboat Maddalena
106 Cheyne Walk
London, SW10 0DG

Erich Buser
Aargauische Kantonalbank
CH-5001 Aarau
Bahnhofstrasse 58
Switzerland, MWST-Nr.100 203

Fatima Butt
69-38 64th Street
Glendale, NY 11385

CT Corporation
1209 Orange Street
Wilmington, DE 19801

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Darrell S. Cafasso
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Robert Cagliero
74 Knollwood Dr
Larchmont, NY 10538

Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas, 29th Fl.
New York, NY 10020-1104

California Department of Water Resources
2033 Howe Avenue
Suite 220
Sacramento, CA 95825

California Independent Systems Operator
Corp.
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005

Ariel Pierre Calonne
Office of The City Attorney
City of San Buenaventura
501 Poli Street
P.O. Box 99
Ventura, CA 93002

D. Alfredo Herrero Calvo
Calle de la Estacion No. 13
47004 Valladolid, Spain

Cheung Kam Mee Camy
Flat A. 19/F Blk. 7.
Carmel Heights, Hong Kong Garden
100 Castle Peak Rd
Tsing Lung Tau, Hong Kong,

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

John R. Carlson
June L. Carlson
6832 Stonewood Court
Eden Prairie, MN 55346

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey, KT11 2PD, UK

Caspian
c/o Brown Rudnick LLP
Attn: Tim Bennett, Esq.
Seven Times Square
New York, NY 10036

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Rocco A. Cavaliere
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

Centrosim s.p.a.
Societa di Intermediazione Mobiliare
delle Banche Popolari Italiane
Sede: Via Broletto, 37
Milano, 20121, Italy

Billie Chadwick
John Chadwick
24479 State Hwy PP
Skidmore, MO 64487

Lori Chan
33-49 75th Street
Jackson Heights, NY 11372

Jacob Chang
1493 Fields Dr.
San Jose, CA 95129

Jason C. Chapin
23 Petersville Road
Mount Kisco, NY 10549

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

Chan Sing Cheung
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Sha Tin, Hong Kong

John P. Christian
Tobin & Tobin
500 Sansome Street , 8th Floor
San Francisco, CA 94111-3214

David C. Cimo
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131

Toni-Ann Citera
Jones Day
222 East 41st Street
New York, NY 10017

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Furia Clauda
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Daniel Clute
6604 Ducketts Lane
Elkridge, MD 21075

Coblentz, Patch, Duffy & Bass LLP
c/o Gregg M. Ficks, Esq.
1 Ferry Bldg, #200
San Francisco, CA 94111

Thomas M. Cockreil
2701 Brandon Rd.
Upper Arlington, OH 43221

Sandra E Collings
Scarlett E Collings
Weil, Gotchal Manges LLP
700 Louisiana
Houston, TX 77002

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101

Gerald D. Constance
7225 Warren Road
Ann Arbor, MI 48105

Constellation Capital Management LLC
520 Madison Ave, 18th Floor
New York, NY 10022

Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas, 29th Fl.
New York, NY 10019

Jeffrey Costell
Costell & Cornelius Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736

Coughlin Stoia Geller Rudman &
Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Christopher J Cox
Weil, Gotchal Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065

Clyde C. Crockett
7981 Prospect Place
La Jolla, CA 92037

Stanley Czajka
488 NW 8th St.
Boca Raton, FL 33432

Douglas R. Davis
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Mary J. De Palma
8239 Longden Circle
City Heights, CA 95810

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152

Barbara Hatton Decker
295 Shirley Avenue
Staten Island, NY 10312

Paul H. Deutch
Omni Management Group
1120 Avenue of the Americas, 4th Floor
New York, NY 10036

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

Alan B. Cox
727 Oak Street
Red Bluff, CA 96080

Mark A. Crigler
1904 Oak Leaf Ct
Mobile, AL 36609

Cyrus Capital Partners, L.P.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Israel Dahan
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Colombo DeAgazio
10003 Ambassador Drive
Westbourough, MA 01581

Donna DeSouza
4400 Britley Lane
Harrisburg, NC 28075

Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

Deutsche Bank AG, Tokyo Branch
Sanno Park Tower
11-1 Nagata-cho 2chome
Chiyoda-ku, Tokyo 100-8133

Elizabeth DiLiegghio
Rolando DiLiegghio
3630 N. Indianhead Rd.
Hernando, FL 34442

Diener Investments, LP
c/o Robert Diener
8 Indian Creek Island Road
Indian Creek Village, FL 33154

Doppenberg A.F.J.
Ferguutgaarde 7
7329 BG Apeldoorn

Dover Master Fund II, L.P., c/o Longacre
Management, LLC
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI 49024

Kavitha Duddukuri
25 Capri Dr,
Johnston, RI 02920

Sridhar Duddukuri
30P Reading Road
Edison, NJ 08817

Christopher Emmanuel Duffy
575 Lexington Avenue
New York, NY 10022

Michael K. Dunn
31 Tiemann Pl. Apt. 68
New York, NY 10027

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James Eason
2100 Jackson Street
San Francisco, CA 94115

Daniel J. Ebbert
324 Wayland Road
Cherry Hill, NJ 08034

Robert Eberwein
1853 9th Avenue
Oakland, CA 94606

Lance Edwards
9 Catskill Road
Monroe, NY 10950

Paul Edwards
9 Catskill Road
Monroe, NY 10950

Weston T. Eguchi
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Martin Eisenberg
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Brian Ellis
407 N 10th Ave
Pocatello, ID 83201

Ellsworth Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

David Elrod
Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

Empire State Carpenters Pension Plan
c/o Manning-Napier Advisors Inc
Attn: Kimberly Baxter
290 Woodcliff Dr
Fairport, NY 14450

Ercan Eren
Sudetenstr. 42
89233, Neu-Ulm, Germany

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956

Charles R. Eskridge
Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77001

Matteo Etedmad
2037 White Cedar Lane
Waxhaw, NC 28173

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816

FBN Securities, Inc.
FINRA . SIPC
120 Broadway, Suite 1034
New York, NY 10006

Doeke C. Faber
Virulypad 27
2316ZS Leyden, Netherlands

Edvard-Ragnar Fackner
Wassertostr. 65q
10969, Berlin, Germany

Farallon Capital Institutional Partners,
Partners II and Partners III, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Offshore Investors II and III, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Partners, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, TX 78660

Michael S. Feldberg
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020

Steven H. Felderstein
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Matthew Allen Feldman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Christian Fichtl
Osternacher Weg 10
D-83298 Prien, Deutschland

Lori R. Fife
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Sarah Filbee
107 Maze Hill
London, SE108XQ

Deborah E. Focht
530 E. Laurel Road
Nokomis, FL 34275

Joseph L Fox
60 East 42nd Street
Suite 2231
New York, NY 10165

Rosemarie Franzo
119 87th Street
Brooklyn, NY 11209

Kevin Fritz
Storch Amini & Munves, PC
2 Grand Central Tower
25th Floor
New York, NY 10017

Kelly Fryer
49 Maritime Close
Greenhithe
Kent Da9 9 QW

Carly Galiger, Donna Galiger
Gerard Galiger, Kelsey Galiger
Kylie Galiger
9 Joseph Court
Monroe, NY 10950

John H. Genovese
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street 44th Floor
Miami, FL 33131

Eric Giles
14043 Forrer
Detroit, MI 48227

Battecca Giuseppe
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Force Manner Co., Ltd.
27/F
Unit C-D
Wyndham Place Central, Hong Kong

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274

Allan Freedman
1415 Queen Ann Road
Suite 203
Teaneck, NJ 07666

Anthony A. Froio
Robins, Kaplan, Miller & Ciresi, L.L. P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080

Robert W. Gaffey
Jones Day
222 East 41st Street
New York, NY 10017

Jay Gelb
185 Soundview Drive
Port Washington, NY 11050

Matthrew Q. Giffuni
353 E83rd St
#23H
New York, NY 10028

Joseph J. Giordano
772 Willowbrook Dr., Apt. 908
Naples, FL 34108

H. Lee Godfrey
Sussman Godfrey, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Craig Goldblatt
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

Antonia Golianopoulos
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820

Peter S. Goodman
McKool Smith, P.C.
One Bryant Park, 47th Floor
New York, NY 10036

P. van der Graaf
Meranti 173
3315 TT Dordrecht, Netherlands

Lindsee P. Granfield
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Stefanie Birbrower Greer
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert L. Gross
5 Sailwing Club Drive
Hilton Head, SC 29926

Groupama Asset Management on behalf
of Groupama Gan Vie
58 bis rue la Boetie
75008
Paris, France

Mathew Gulrich, Jr.
2110 Businc Church Rd.
Marydel, MD 21649

Gomez Holdings, Inc.
Nestor L. Camacho, Treasurer
P.O. Box 3450
Mayaguez, PR 00681-3450

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard Graham
341 Pinetree Dr., NE
Atlanta, GA 30305

Bianco Graziella
Via Tana Bassa, 30
14048 Montegrosso d' Asti (AT)
Italy

Robert K. Gross
Eaton & Van Winkle
3 Park Avenue
New York, NY 10016

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Peter Gruenberger
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Gary P. Hunt
Tucker Arenserg, P.C.
1500 One PPG Place
Pittsburgh, , PA 15222

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360

Kyle Hamatake
171 S. Craig Dr.
Orange, CA 92869

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Lynn P Harrison
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Peter Harutunian
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Philip H. Hauger
5821 Amy Drive
Oakland, CA 94618-2615

Jay S. Hellman
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Francis Hill
9595 Red Bird Lane
Alpharetta, GA 30022

Ho Kam Yuen
Flat C,5/F, 28 Nassau Street
Room 501F,/Floor Lai Cheong Factory
BLDG
479 Castle Peak Road Lai Chi Kok,
Mei Foo Sun Chuen
Kowloon, Hong Kong

Hain Capital Group, LLC
301 Route 17, 7th Floor
Rutherford, NJ 07070

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Lynn P Harrison
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Yamani Hartono
Taman Pluit Murni
IV No. 2
Jakarta Utara, 14450

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467

Mary C. Hess
William L. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

William J. Hine
Jones Day
222 East 41st Street
New York, NY 10017-6702

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Robert Honeywell
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA 90630

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Bart A. Houston
Genovese Joblove & Battista, P.A.
200 East Broward Blvd. Suite 1110
Fort Lauderdale, FL 33309

Marshall Scott Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Heinrich Humpohl
Muenster Municipal Administration
Finances and Partic
Postanschrift: 48127, Stadt Munster,
Germany

Marie Hunter
20 Shenandoah Drive
North Caldwell, NJ 07006

Ngoc Huong Huynh
Van Trai Huynh
37416 Gillett Road
Fremont, CA 94536

Ghiretti ILaria
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46514

Illiquidix LTD
107-111 Fleet Street
London, EC4A 2AB

InfoSpace
601 108th Avenue, NE
Bellvue, WA 98004

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Ingram Pension Plan / NY Life Co. TTEE
Ingram Industries Retirement Plan
Ingram Industries Inc.
4400 Harding Road
Nashville, TN 37205

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
Palm Beach, FL 32905

Vincent Jackson
129 Arniston St
Brockton, MA 02302

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Thomas T. Janover
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David G. Januszewski
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Srihari Javvaji
25 Capri Dr
Johnston, RI 02920

John Rose Jr.
280 Trumbull Street 21st Floor
Hartford, CT 06103

Richard B. Johnson
6715 Mountain Lake Lane
Cummings, GA 30028

Alli Joseph
N. J. Joseph
814 Berrywood Dr.
Galloway, NJ 08205

Arun K. Kakarla
41 Reading Rd
Edison, NJ 08817

Karl Joseph Thoma
7239 Reserve Creek Drive
Port St. Lucie,, FL 34986

Marc E Kasowitz
Kasowitz, Benson, Torres & Friedman
LLP
1633 Broadway
New York, NY 10019

Eric Mark Kay
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Michael John Kelly
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

Thomas L. Kent
Paul, Hastings, Janofsky & Walker
75 East 55th Street
New York, NY 10022

Sandra L. Kern
5333 Adams Road
Delray Beach, FL 33484

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph A. Kilbourn
Cone & Kilbourn
83 South Bedford Road
Mount Kisco, NY 10549

Pavel Kinel
1129 Wellington St.
Ottawa, ON K1Y2Y6

Arthur King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Harriet Chan King
395 South 2nd Street #1
Brooklyn, NY 11211

Lisa King
Yorvik Parters LLP
11 Ironmonger Lane
London, UK EC2V 8EY

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Susheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

George Kleinman
PO Box 8700
Incline Village, NV 89452

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Rak Koestler
Koestler Tile Company
436 Highway 82 East
Greenville, MS 38702

Jonathan Koevary
Paul Weiss Rifkind Wharton Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Bryan Krakauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Mario M. Kranjac
Kranjac Manuali & Viskovic LLP
40 Wall Street, 28th Floor
New York, NY 10005

Clifford Kraus
P.O. Box 72
Elephant Butte, NM 87935

Susanne K. Kraus
P.O. Box 72
Elephant Butte, NM 87935

Kenneth L. Kresse
11267 Ardencroft Dr S
Jacksonville, FL 32246

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269

William Kuntz
PO Box 1801
Nantucket Island, MA 02554-1801

Yu Chun Kwan
PO Box 72282
Kowloon, Hong Kong

So Wai Lan
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Sha Tin, Hong Kong

Andre Laurendeau
Marie Laurendeau
1634 Selkirk Ave. #1
Montreal, H3H 1C8

David L. Lawton
Bracewell & Guiliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

Ian N. Levy
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022-3908

Lee Ho Yi Linda
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan, Hong Kong

Edward J. LoBello
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Christopher Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Richard A. Lough
9 Windslow Heights
Carrickfergus
Co Antrim
Co Antrim, BT38 9AT, UK

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989

Andrea Lerner
David Lerner
4916 Gardner Lane
Suffolk, VA 23434

Synam Limited
Wing On Court
18th Floor, Flat C.
24 Homantin Hill Rd.
Kowloon, Hong Kong

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

William N. Lobel
The Lobel Firm
840 Newport Center Dr., Ste 750
Newport Beach, CA 9266

Longacre Master Fund and II, L.P.
810 Seventh Ave, 33rd Floor
New York, NY 10019

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Monica Blanch Magraner
c/o Banco Banif, S.A.
A.v. Diagonal 568
Barcelona, Spain 08021

Janet Maker
925 Malcolm Ave.
Los Angeles, CA 90024

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017

Paul A. Marsilio
2511 37th Street
Astoria, NY 11103

Maureen Mason
Coldwell Banker
Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950

Louise Mattingly
28 Fort Greene Place
Brooklyn, NY 11217

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Lawrence E. McCarthy
Chapdelaine & Co.
199 Water Street, 17th Floor
New York, NY 10038

Robert Maitin
121 Forest Dr.
Short Hills, NJ 07078

Ruth M. Malin
5401 Bahia LN
La Jolla, CA 12037

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th Floor
New York, NY 10271

Bernard Markovitz
600 Grant St. #5454
Pittsburgh, PA 15219

Sira Herrera Martinez
CL Eduard Torla 8
BA
El Masnou Barcelona, Spain 08320

Nicholas S. Mateko
1878 St. Michaels Way
Brentwood, CA 94513

Eli R. Mattioli
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022

Brian McCarthy
195 Walnut Lane
Manhasset, NY 11030

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047

Andrew R. McGaan
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654

Mary Elizabeth McGarry
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Kelly McGehee
416 Escalona Dr.
Santa Cruz, CA 95060

Kelly L. McGehee
6237 Hwy 9
Felton, CA 95018

Douglas J. McGill
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David C. McGrail
McGrail & Bensinger LLP
676A Ninth Avenue, # 211
New York, NY 10036

Jeff McMurrey
6800 Colleyville Blvd.
Colleyville, TX 66034

Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Merrill Lynch International Bank Limited,
London Branch
BofA ML Financial Centre
2 King Edward Street
London, EC1A 1HQ, UK

Stephen M. Mertz
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

William C. Meyer
804 Leverton Rd.
Rockville, MD 20852-1033

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

Robert C. Micheletto
222 East 41st Street
New York, NY 10017

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James H. Millar
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Louis R. Miller
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

Richard C. Miller
PO Box 280
Kingston, GA 30145

J. Gregory Milmoe
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY 10036

Margaret Mitchell-King
1520 Journey's End Road
Croton-On-Hudson, NY 10520


Allen A. Moff
10271 Caminito Rio Branco
San Diego, CA 92131

Antonio Vilchez Moleon
Calle Castaneda Numero 4, piso 3C
Granada, 18009


Francis A. Monaco
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Francis A. Monaco
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801


Moore Macro Fund, L.P.
c/o Moore Capital Managment, L. P.
1251 Avenue of the Americas
53rd Floor
New York, NY 10020

Tracey Morman
155 Centre Avenue, #5B
New Rochelle, NY 10805


Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Richard L. Morris
864 Sarnac Lake Drive
Apt. 101
Venice, FL 34292


Linda Morris-Brogan
12434 Carriage Hill Drive
Houston, TX 77077

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104


Marianne S. Mortimer
Stroock & Stroock & Lavan LLP
180 Maiden Lanew
New York, NY 10038-4982

Jon Brown Mosca
261 Indian Buff Dr.
Araphahoe, NC 28510


James Moscola
521 Coventry Trial Lane
Maryland Heights, MO 63043

Tina N. Moss
Pryor Cashman LLP
7 Times Square
New York, NY 10036


Patricia Mudge
2021 Old York Road
Burlington, NJ 08016

Summer W. Mudge
2021 Old York Road
Burlington, NJ 08016

Marguerite Murphy
27 Fairmont Street
Wethersfield, CT 06109

Dana Myers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

N.V. De Vereenigde Effceten Compagnie
Postbus 81, 1135 ZJ Edam
Jan Nieuwenhuizenplein 12
1135 WV Edam, Netherlands

NFA - National Futures Association
300 S. Riverside Plaza , Suite 1800
Chicago, IL 60606

Helge Naber
NABER PC
300 Central Avenue, Suite 320
Great Falls, MT 59401

Nagy-Koppany Ugyvedi Iroda
Mahart Haz, 5, emelet
1051 Budapest
Vigado Utca 2 Hungary

Leonard E. Narel
33391 Dosinia Dr.
Monarch Beach, CA 92629

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Mark Neander
15 Roosevelt Ave
Oneonta, NY 13820

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Neuberger Berman Management, LLC
605 Third Avenue
New York, NY 10158-3698

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Jacqueline G. Nieman
300 E. 40th Street 19B
New York, NY 10016

Noonday Offshore, Inc.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Lori A. Nord
McCarthy, Johnson & Miller, L.C.
595 Market Street, Suite 2200
San Francison, CA 91405

Ove Nordhagen
Hagaveien 17
n-1960 Loken, Norway

Patricia A. Noriega
Natacion #21
Col Raquel Club
Hermosillo Sonora, 83200

Davin J. Noto
489 E. Horseshoe Pl
Chandler, AZ 85249

Gordon Z. Novod
Brown Rudnick LLP
Seven times Square
New York, NY 10036

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

OZ Special Master Fund, Ltd. c/o Och-
Ziff Capital Management Group
9 W. 57th Street, 13th Floor
New York, NY 10019

Sevan Ogulluk
Jones Day
222 East 41st Street
New York, NY 10017

Lindsay Owen
White & Case, LLP
1155 Avenue of Americas
New York, NY 10036-2787

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

John Palchynsky
32 Hilldale Road
Pine Brook, NJ 07058

Saverio Panerai
Via Buozzi 184
500 13 Campi Besenzio
Firenze, Italy

U. Young Park
5558-A Via Portara
Laguna Woods, CA 92637

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-4604

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Rajesh Pentapati
41 M. Reading Rd.
Edison, NJ 08817

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295

Robert M. Pettit
2311 Autumn Lake Pl
Fort Wayne, IN 46818

Olya Petukhova
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016

Brian D. Pfeiffer
Fried Frank Harris Shriver & Jacobson
One New York Plaza , 23rd Floor
New York, NY 10004

Susan Mary Pike
23412 Mobile St.
West Hills, CA 91307

He Ping
One Beacon Hill Road
Kowloon Tong,
Kowloon, Hong Kong

Brian H. Polovoy
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Primeshares
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Martin H. Pritikin
Miller Baroness LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

James M. Pyle
346 Mt. Lucas Road
Princeton, NJ 08540-1906

Lester M. Rapp
642 N 8th St.
Baton Rouge, LA 70802

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Craig Reimer
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Alexander Reus
Diaz Reux & Targ LLP
100 S.E. 2nd Street, Suite 2610
Miami, FL 33131

Elizabeth Rodriguez-Colon
Urb. Dos Pinos
784 Calle Lince
San Juan, PR 00923

Joseph D. Pizzurro
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Gregory R. Preston
65 Broadway , Suite 508
New York, NY 10006

Annetta Farber Pugia
Joseph R. Pugia
3 Old Topsfield Road
Boxford, MA 01921

Darcy Ramirez
126 Whitney Ct.
Windsor, CO 80550-6132

Martin J. Redilla
11187 Elmerest
Whitemore LK, MI 48189

Wayne D. Reid
433 Langley Oaks Drive
Marietta, GA 30067

Karen Theresa Reinike
Karen T. Reinike Trust
PO Box 6432
Diamondhead, MS 39525

Jonathan Lee Riches
P.O. Box 340
Salter, SC 29590

John Rose
Crumbie Law Group, LLC
280 Trumbull Street 21st Floor
Hartford, CT 06103

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Edward M. Rosensteel
Rosensteel Law
90 Park Avenue, 17th Floor
New York, NY 10016

Bradley Rothenberg
6515 Plantation Pines Blvd
Fort Myers, FL 33966

Paul Ryb
3 Reynolds Close
London, NW11 7EA, UK

Michael J. Stauber
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Bruce Sabados
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Tonino Sacco
Sacco & Fillas, LLP
141-07 20th Avenue
Suite 506
Whitestone, NY 11357

Deep Sagar
Meera Sood Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Sandra Hahn-Colbert
70 Beaver Brook Road
Holmes, NY 12531

Leung King Sang
Flat G 19/F Block 1
Castello 69 Siu Lek Yuen Road
Siu Lek Yuen
Shatin N.T., Hong Kong

Nick Santino
48 West 73rd St.
New York, NY 10023

Amit K. Sarkar
78 Lansdowne Road
Notting Hill
London, W11 2LS, UK

Paul A. Saso
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

Shuba Satyaprasad
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kim Sherrie Sawyer
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

Eckart W. Schmidt
55-151st Place N. E.
Bellevue, WA 98007-5019

Rivka Schmuskovits
Flavia Schuster, Nicolas Schuster
Silvio Schuster
47 Boulogne
Buenos Aires, B1609ENA

Seattle Pacific University
3307 3rd Ave. W
Seattle, WA 98119

James P. Seery
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Seniors Civil Liberties Association, Inc.
PO Box 5014
Clearwater, FL 33758-5014

Nol Shala
Hertha-Feiner-Asmus
Stieg 5
22303 Hamburg, Germany

Fok Yim Sheung
26H Block 13
Yuet Wu Villa
Tuen Mun, Hong Kong

Alfred H. Siegel
c/o Sills Cumis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020

Robert L. Sills
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019

Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

Marvin Schneider
2200 North Central Road, Apt. 3R
Fort Lee, NJ 07024

Kathryn K. Secrest
1015 Via Marine
Apt. B-311
Marina del Rey, CA 90292

Mitchell A. Seider
885 Third Avenue
New York, NY 10022

Serengeti Rapax MM L.P.
c/o Serengeti Asset Management LP
Attn: Shaker Choudhury
632 Broadway, 12th Floor
New York, NY 10012

Raphael Shannon
McCarthy, Johnson & Miller, L.C.
595 Market Street, Suite 2200
San Franciso, CA 94105

Joseph E. Shickich
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1065

Axel Siepmann
Siepmann & Cie, GmbH & Co. KG
Jenaschstrasse 35, Zurich, Switzerland 22609

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Richard W. Slack
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10163

Margaret L. Smith
1125 Grouse Dr.
Redding, CA 96003-5514

Joshua Sohn
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Douglas E. Spelfogel
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Michael Sroka
298 Federal Hill Rd.
Milford, NJ 03055

Susan Stashower
300 West 72nd Street, Apt. 6F
New York, NY 10023

Chris Stovic
435 Greeves St.
Kane, PA 16736

Julian Sutton
33 Pine Grove
Brookmans Park
Herts, AL9 7BP, UK

William H. Smith
9595 Red Bird Lane
Alpharetta, GA 30022

Martha E. Solinger
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

Soros Fund Management LLC
888 Seventh Avenue, 33rd Floor
New York, NY 10106

Mindy J. Spector
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830

Gabriele Stahl
Mainparkstrasse 11
63814 Mainaschaff, Germany

Rodger R. Stelter
8000 W. 114th Terrace
Overland Park, MS 66210-1817

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

TPG Credit Opportunities Investors, L..P.
TPG Credit Opportunities Fund, L.P.
TPG Credit Strategies Fund, L.P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

| | |
|---|---|
| Bradley S. Tupi<br>Tucker Arensberg P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| James J. Tancredi<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103-1213 | Donald Tang<br>14337 Adelfa Drive<br>La Miranda, CA 90638 |
| Theodore Wm. Tashlik<br>IRA Custodian<br>9 Overlook Circle<br>Manhasset, NY 11030-3933 | Thomson Tat<br>2411 Kaiser Way<br>Antioch, CA 94531 |
| Christopher C. Taylor<br>23220 Park Ensenada<br>Calabasas, CA 91032 | Telecom Italia Capital S.A.<br>c/o Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| Andrew M. Thaler<br>Thaler & Gertler, LLP<br>90 Merrick Avenue, Suite 400<br>East Meadow, NY 11554 | The Sumitomo Trust & Banking Co., Ltd.<br>c/o Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Edwin D. Thomas<br>2652 Cropsey Ave<br>Apt. 11G<br>Brooklyn, NY 11214 | W. Todd Thomas<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301 |
| Peter J. Thompson<br>2710 Mcdivitt Rd.<br>Madison, WI 53713 | ThruPoint, Inc.<br>1372 Broadway, 6th Floor<br>New York, NY 10018 |
| Katalin Tischhauser<br>7 Eccleston Sq.<br>London, SW1V 1NP UK | Andrew Tomback<br>Milbank Tweed Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Kenneth B. Tomer<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | Michael Torkin<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022 |

Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880

A. Brent Truitt
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

Sarah Trum
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

John Tsui
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan, Hong Kong

Khin Tun
46 Rock Run Road
East Windsor, NJ 08520

US Debt Recovery V, LP
940 Southwood Blvd, Suite 101
Incline Village, NV 89451

Uakari Investments, LLC
PO Box 1415
New York, NY 10150

Mary E. Uhlman
626 N. Cedar Rd.
Jenkintown, PA 19046

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

Marc Uribe
P.O. Box 86488
San Diego, CA 92138

Arthur Uscher
Uscher, Quiat, Uscher & Russon
433 Hackensack Avenue
Hackensack, NJ 07601

Thomas R. Valen
Gibbons, Del Deo et al.
One Gateway Center
Newark, NJ 07102

Michael Vana
1315 Fairlane Dr
Schaumburg, IL 60193-3583

Amy Vanderwal
Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Marko Verbic
Na Grieu 19
4000 Kranj, Slovenia

James J. Vincequerra
WolfBlock LLP
250 Park Avenue
New York, NY 10177

Ng Pui Shan Vinci
Flat C, 21/F, Block 11, City Garden,
North Point, Hong Kong

Shane Visto
1009 South 7th Street
Oakes, ND 58474

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

VonWin Capital Management, LP
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Elias Vongelis
Solidus Securities S.A.
64 Louizis Riankour Street
115 23 Athens Greece

WCG Master Fund, Ltd.
225 Liberty Street
New York, NY 10281

Karen E. Wagner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

S. Judson Waites
145 Church Street, Suite 110
Marietta, GA 30060

Water Pollution Control Authority for the City of
Bridgeport
c/o Law Office of Juda J. Epstein
3543 Main Street, Second Floor
Bridgeport, CT  06606

Howard J. Weg
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Boulevard, Ste. 1450
Los Angeles, CA 90067

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Daniel Seth Weinberger
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th floor
New York, NY 10119

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030

Monika Wenzl
Adrian-Keils-Str.7
51149 Koln, Germany

Evelyn I. Wheeler
Robert J. Duplain JTWROS
7410 Rossmore Court
Daton, OH 45459-4213

Erin E. Wietecha
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
900 Third Avenue
New York, NY 10022

Timothy B. Wilkinson
Corner Cottage
Parsonage Lane
Little Baddow
Essex, UK Cm34SU

P. Sabin Willett
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Wine & Spirit Education Trust
International Wine & Spirit Centre
39-45 Bermondsey Street
London, Se1 3XF, UK

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Kurt Wolf
141-11 Jewel Ave.
Flushing, NY 11367

| | |
|---|---|
| Ding Xiafen<br>Flat B 5/F Tower<br>One Beacon Hill<br>Kowloon Tong, Kowloon, Hong Kong | Xianhua Xu<br>226 Posnegansett Ave<br>Warwick, RI 02888 |
| Stanley Yorsz<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219-1410 | Yun You<br>137 Rousseau Street<br>San Francisco, CA 94112 |
| David Younger<br>111 Old Hickory Blvd, Apt. 185<br>Nashville, TN 37221 | Grover Younger<br>PO Box 3514<br>Eden, NC 27288 |
| Ho Kam Yuen<br>Flat C, 5/F<br>28 Nassau Street<br>Mei Foo Sun Chuen<br>Kowloon, Hong Kong | ZPR International, Inc.<br>P. Luksio Str. 32, 5th Floor<br>LT-08222<br>Vilnus, Lithuania, |
| Ronald P. Zemenak<br>5051 Vermillion Lane<br>Castle Rock, CO 80108 | Barbara A. Ziccarelli<br>26 Huff Terrace<br>Montvale, NJ 07645 |
| Stephen Zide<br>Kramer Levin Naftalis and Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | George A. Zimmerman<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Ana Perez Hallmon<br>McCarthy, Johnson & Miller, L.C.<br>595 Market Street, Suite 2200<br>San Franciso, CA 94105 | Lisa Roxanne Rosenthal<br>Hoffman & Pollok<br>260 Madison Avenue<br>New York, NY 10016 |

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Karen S. Clancy-Boy
KAREN S. CLANCY-BOY

Dated: November 17, 2010