UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                        Debtors.                              :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 12598-12601,
                                                                    12603-12608, 12610-12615 & 12642


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Konstantina Haidopoulos*
                                                        Konstantina Haidopoulos

Sworn to before me this
11th day of November, 2010
*/s/ Eleni Kossivas*
_____
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 12598-12601, 12603-12608, 12610-12615, & 12642_AFF_11-11-10.doc

# EXHIBIT A

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: THE FUJI SHINKIN BANK                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: MARC HEIMOWITZ                             ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FL                     1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                                NEW YORK NY 10019
```

Please note that your claim # 62783-16 in the above referenced case and in the amount of
    $7,619,737.00      has been transferred **(unless previously expunged by court order)**

```
     ILLIQUIDX LTD
     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
     C/O CELESTINO AMORE, MANAGING DIRECTOR
     107-111 FLEET STREET
     LONDON     EC4A 2AB
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12642     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/201              Vito Genna, Clerk of Court

                                      /s/ Jenna Noble
                             _____
                             By: Epiq Bankruptcy Solutions, LLC
                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 11, 201.

**EXHIBIT B**

```
TIME: 13:08:02                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 11/11/10                                         CREDITOR LISTING

Name                                              Address
CITIGROUP GLOBAL MARKETS INC.                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: THE FUJI SHINKIN BANK ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
DIAMOND NOTCH OPPORTUNITIES MASTER FUND           C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
  LTD
DOVER MASTER FUND II, L.P.                        TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC
                                                  810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
  II, L.P.
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON PARTNERS, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
  II, L.P.
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
  III, L.P.
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
  III, L.P.
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
  L.P.
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
  L.P.
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
  L.P.
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
  L.P.
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAP MANAGE, LLC: ATTN:K BIN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
  INC.
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
  INC.
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
ILLIQUIDX LTD                                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CORPORATE ACCOUNT ATTN: SUSAN MCNAWARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: FRANK RUSSELL COMPANY ATTN: SUSAN MCNAWARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAP MAN., LLC ATTN:K BINIE ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111


Total Number of Records Printed    22
```