IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| JEROLD SOLOVY, not individually but solely as the co-executor of the Estate of Edwin Jacobson ) ) ) | |
| Plaintiff, ) ) | Case No.  08 CH 33956 |
| v. ) ) | |
| LEHMAN BROTHERS HOLDINGS, INC., COWEN & COMPANY, WAVELAND PARTNERS, L.P., GEM VALUE FUND, L.P., And all UNKNOWN OWNERS, ) ) ) ) ) | Judge Sophia H. Hall |
| Defendants. ) | |

## <u>APPEARANCE ~~AND JURY DEMAND~~</u>

The undersigned, as attorney, enters the appearance of the Defendant,

**LEHMAN BROTHERS HOLDINGS, INC.**

By:_____
McDermott Will & Emery LLP

Michael A. Pope
Mark J. Altschul
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Firm No. 90539

**\*Strike demand for trial by jury if not applicable.**

CH99 5048182-1.083771.0011