IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| JEROLD SOLOVY, not individually but solely as the co-executor of the Estate of Edwin Jacobson<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., COWEN & COMPANY, WAVELAND PARTNERS, L.P., GEM VALUE FUND, L.P., and all UNKNOWN OWNERS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-CH-33956<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF STAY

This matter coming before the Court upon Defendant Lehman Brothers Holdings, Inc.'s Motion for Entry of an Order of Stay, counsel for Plaintiff and Defendant Lehman Brothers Holdings, Inc. appearing, and the Court being fully advised in the premises, it is

ORDERED that, consistent with the automatic stay set forth in 11 U.S.C. 362, *et seq.*, the above-captioned action is hereby stayed with respect to Lehman Brothers Holdings, Inc. until further ordered by the Court. *This matter is set for status on June 15, 2009 at 9:30 a.m.*

_____
The Honorable Sophia H. Hall

NOV 06 2008