**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 09, 2010

Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA 15222

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: Securitized Product of Restructured Collateral Limited SPC F/A/O The Series 2007-1 Segregated
Portfolio, etc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation
System is not the registered agent for an entity by the name of Securitized Product of Restructured Collateral
Limited SPC F/A/O The Series 2007-1 Segregated Portfolio.

Accordingly, we are returning the documents received from you.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517575863

FedEx Tracking# 796432253490

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004



RECEIVED
NOV 1 2 2010
U.S. BANKRUPTCY COURT, SDNY