

**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 09, 2010



NOV 1 2 2010

Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA  15222

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: Securitized Product of Restructured Collateral Limited SPC, etc. A-2 Segregated Portfolio, etc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Series 2007-1 Federation A-2 Segregated Portfolio of Securitized Product of Restructured Collateral Limited SPC.

Accordingly, we are returning the documents received from you.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517575484

FedEx Tracking# 796432128615

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY  10004