

**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 10, 2010

Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA  15222

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: 801 Grand CDO Series 2006-2 LLC, etc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of 801 Grand CDO Series 2006-2 LLC.

Accordingly, we are returning the documents received from you.

Very truly yours,



RECEIVED
NOV 1 5 2010
U.S. BANKRUPTCY COURT, SDNY

Christopher Tilton
Service of Process Head

Log# 517584761

FedEx Tracking# 796437779073

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY  10004