**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 10, 2010

Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA 15222

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: Barton Springs CDO SPC F/A/O The Series 2005-1 Segregated Portfolio

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Barton Springs CDO SPC F/A/O The Series 2005-1 Segregated Portfolio.

Accordingly, we are returning the documents received from you.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517582413

FedEx Tracking# 794103459339

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004



RECEIVED
NOV 15 2010
U.S. BANKRUPTCY COURT, SDNY