B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Artradis Russian Opportunities Fund |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Michael Stephan, Elliott Associates, L.P.
   712 5th Avenue, 35th Fl, New York, NY 10019

Court Claim # (if known):  16746
Amount of Claim:  $279,217.00*
Date Claim Filed:  09/18/2009

Phone:  (212) 974-6000
Last Four Digits of Acct #: _____

Phone:  +65 6538 1998
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., its general partner
By: Braxton Associates, Inc., as general partner
By: _____          Date: November 16, 2010
   Transferee/Transferee's Agent

By: _____
   Elliot Greenberg, Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**TO:**   Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Artradis Russian Opportunities Fund ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated November 15, 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a Unanimous Written Consent of the Executive Committee of the Board of Directors of the Guarantor, dated as of June 9, 2005 relating to a Confirmation dated September 3, 2008 between the Assignor and an affiliate of the Debtor and related documents (the "ISDA") between the Assignor and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 16746.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th day of November, 2010

**ASSIGNOR:**

**ARTRADIS RUSSIAN OPPORTUNITIES FUND**

By: _____
Name:
Title:   Stephen Diggle
         Director

**ASSIGNEE:**

**ELLIOTT ASSOCIATES, L.P.**

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th day of November, 2010

**ASSIGNOR:**

**ARTRADIS RUSSIAN OPPORTUNITIES FUND**

By:_____
   Name:
   Title:

**ASSIGNEE:**

**ELLIOTT ASSOCIATES, L.P.**

By:_____
   Name:
   Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
   Elliot Greenberg, Vice President