## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Red River HYPi L.P.

**Red River HYPi L.P.**, having offices located at 840 Newport Center Drive, Newport Beach, California 92660 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,419,432.37 of Claim No. 22276 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

9

AOC (LBSF_LBHI Stipulated Claim) Red River (PIMCO) to JPM 11_4_10 TD $1 4MM (4).DOC

IN WITNESS WHEREOF, dated as of the 17 day of November, 2010.

RED RIVER HYPi L.P.
By its General Partner

STOCKSPLUS MANAGEMENT INC., a Delaware corporation

WITNESS:

_Deanna Cordera_ (Signature)

Name: Deanna Cordova
Title: Paralegal
(Print name and title of witness)

By: _[signature]_
(Signature of authorized corporate officer)

Name: John P. Hardaway
Title: Vice President
Tel.: 949-720-4761

WITNESS:

_[signature]_
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _[signature]_
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.:

10

AOC (LBSF_LBHI Stipulated Claim) Red River (PIMCO) to JPM 11_4_10 TD $1 4MM (4).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Red River HYPi L.P.

**Red River HYPi L.P.**, having offices located at 840 Newport Center Drive, Newport Beach, California 92660 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,419,432.37 of Claim No. 19808 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

AOC (LBSF_LBHI Stipulated Claim) Red River (PIMCO) to JPM 11_4_10 TD $1 4MM (4).DOC

IN WITNESS WHEREOF, dated as of the 17 day of November, 2010.

RED RIVER HYPi L.P.
By its General Partner

STOCKSPLUS MANAGEMENT INC., a Delaware corporation

WITNESS:

Deanna Cadova
(Signature)

Name: Deanna Cordova
Title: Paralegal
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John P. Hardaway
Title: Vice President
Tel.: 949-720-4761

JPMorgan Chase Bank, N.A.

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

12

AOC (LBSF_LBHI Stipulated Claim) Red River (PIMCO) to JPM 11_4_10 TD $14MM (4).DOC