STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 319-8500
Facsimile:  (212) 319-8505
Constantine D. Pourakis
E-mail:  cp@stevenslee.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

In re                                                            :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC.,        :   Case No. 08-13555 (JMP)
*et al.*                                                          :
                                                                 :   Jointly Administered
                              Debtors.                  :
------------------------------------------------------- X


### <u>NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 13019 AND 13109</u>


TO THE CLERK:

          Please note on the claims docket in the above-captioned cases that Raiffeisen

Bank Zrt. (1054 Budapest, Akadémia u. 6. Hungary) ("RBZ") hereby withdraws Proofs of Claim

Nos. 13019 and 13109 filed with the Court in the above matter on September 15, 2009.

Dated: New York, New York
          November 17, 2010

                                        STEVENS & LEE, P.C.

                                        By: */s/ Constantine D. Pourakis*
                                              Constantine D. Pourakis
                                              485 Madison Avenue, 20th Floor
                                              New York, NY   10022
                                              Telephone:  (212) 319-8500
                                              Facsimile:   (212) 319-8505
                                              E-mail:  cp@stevenslee.com


SL1 1034300v1/104055.00001