**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    : ss.:
COUNTY OF NEW YORK  )

      Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

      On November 17, 2010, deponent served true and correct copies of *Notice of Withdrawal of Proofs of Claim Nos. 13019 and 13109* upon the attached service list by Regular First Class Mail.

                                              /s/ Jesse A. Gonzalez
                                              Jesse A. Gonzalez

Sworn to before me this
17th day of November 2010

/s/ Constantine D. Pourakis
Notary Public

SL1 1035795v1/104055.00001

## **SERVICE LIST**

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Epiq Bankruptcy Solutions
757 Third Avenue
3rd Floor
New York, NY 10017

**SL1 1035795v1/104055.00001**