WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
```

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11 Case No.** |
| | **:** | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **:** | **08-13555 (JMP)** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |

```
---------------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF DEBTORS' THIRTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)
### <u>SOLELY WITH RESPECT TO PROOF OF CLAIM NUMBER 30420</u>

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, "<u>Debtors</u>") are withdrawing without prejudice their Thirtieth

Omnibus Objection To Claims (No Debtor Claims) [Dkt. No. 11159] solely with respect

to Proof of Claim Number 30420 filed by George H. Walker IV.  Debtors reserve their

rights to object to Proof of Claim Number 30420 on any grounds in the future.

Dated:  November 17, 2010

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession