WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
                                        Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS) SOLELY WITH RESPECT TO PROOF OF CLAIM NUMBER 44207

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Eleventh Omnibus Objection To Claims (Amended and Superseded Claims) [Dkt. No. 9094] solely with respect to Proof of Claim Number 44207 filed by Credito Privato Commerciale SA. Debtors reserve their rights to object to Proof of Claim Number 44207 on any grounds in the future.

Dated: November 17, 2010

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession