**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

November 12, 2010



Eric A. Schaffer
Reed Smith LLP
225 Fifth Avenue,
Pittsburgh, PA 15222

Re: In re: Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: PHOENIX 2002-1 LLC, etc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of PHOENIX 2002-1 LLC. Currently, the state lists DONALD J. PUGLISI as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517587099

FedEx Tracking# 794111503484

cc: United States District Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408