WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) [Dkt. No. 10282] solely with respect to the claims listed below. Debtors reserve their rights to object to those claims on any grounds in the future.

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Alweis, Edward J. & Mary | 8175 |
| Berman, Peter | 31104 |
| Brown, Edward D. and Vergene D. | 7268 |
| Brozgal, Edith J. | 8063 |
| Cagliero, Robert J. | 32535 |
| DePalma, Mary J. | 9054 |
| Edelmann, Stephen and Jacqueline | 31084 |
| Frankenberg, Hank | 8201 |
| Giordano, Joseph J. | 9021 |
| Giuseppe, Battecca | 24235 |
| Giuseppe, Battecca | 24236 |
| Hess William & Mary C. | 7711 |
| Hill, Francis J., IRA | 9974 |
| Hospitals Insurance Company Inc. | 16975 |
| Ilaria, Ghiretti and Clauda, Furia | 24233 |
| Ilaria, Ghiretti and Clauda, Furia | 24234 |
| Kern, Sandra | 8218 |
| Leslie Steppel Weisbrod Trust | 19325 |
| Leslie Steppel Weisbrod Trust | 19378 |
| Malin, Ruth | 7560 |
| Markovitz, Anne | 8335 |
| Markovitz, Bernard | 8334 |
| Mosca, Jan Brown | 8205 |
| Morris-Brogan, Linda | 25535 |
| New York State Comptroller | 29068 |
| Noriega, Patricia A. | 24121 |
| Palone, Michael F. | 8983 |
| Rapp, Lester M. | 18185 |
| Rehorst, Joyce | 31085 |
| Schmidt, Joseph W. & Beatrice | 9395 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Schmidt, Joseph W. & Beatrice | 9396 |
| Schneider, Marvin | 8774 |
| Shirley Mahlstrom REV TR U/A | 8802 |
| Smith, William H. | 9187 |
| Stashower, Susan | 33326 |

Dated:  November 17, 2010
New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

3