# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 54: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | JAMES E. HUTTO IRA<br>JESSE MOORE, HUNTON & WILLIAMS LLP<br>1445 ROSS AVE STE 3700<br>, | 06/23/2009 | 08-13555 (JMP) | 4945 | $45,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 2 | JOAN BAGLEY TRUSTEE FOR THE MILTON BAGLEY 2004 TRUST, DATED 12/14/2004<br>19319 CHAPEL CREEK DRIVE<br>BOCA RATON, FL 33434 | 09/22/2009 | 08-13555 (JMP) | 32782 | $690,760.00* | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | TOTAL | | $735,760.00 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts