# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 54: EXHIBIT 3 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | JOHN W. NAREL TRUST (LEONARD E. NAREL, NANCY NAREL AND LINDA NAREL BENEFICIARIES) C/O LEONARD E. NAREL 33391 DOSINIA DRIVE MONARCH BEACH, CA 92629 | 09/21/2009 | 08-13555 (JMP) | 22926 | $100,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | TOTAL | $100,000.00 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1