WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    **08-13555 (JMP)**
:
Debtors.                            :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' FIFTH OMNIBUS OBJECTION TO
CLAIMS (AMENDED AND SUPERSEDED CLAIMS AND DUPLICATE CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8006]** will be held on **December 1, 2010 at 10:00 a.m.** (**Prevailing Eastern Time**) (the "Hearing"), only as to those responses set forth on Exhibit A, attached hereto.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated:  November 17, 2010
         New York, New York

                                        /s/ Lori R. Fife
                                        Lori R. Fife

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## **EXHIBIT A**

A. Response of Paul Berlage **[Docket No. 8876]**

B. Response of Gisela Schultz **[Docket No. 8877]**

C. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

D. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**