WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                                      :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                        :    **(Jointly Administered)**
:
---------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS AND DUPLICATE CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8007]** will be held on **December 1, 2010 at 10:00 a.m.** **(Prevailing Eastern Time)** (the "Hearing"). The Hearing will be held only as to those responses set forth on Exhibit A, attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated:  November 17, 2010
        New York, New York

                                            /s/ Lori R. Fife
                                            Lori R. Fife

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone:  (212) 310-8000
                                            Facsimile:   (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

# **EXHIBIT A**

A. Response of Gisela Schultz **[Docket No. 8877]**

B. Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

C. Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

D. Response of Irmgard Wiecorek **[Docket No. 8883]**

E. Response of Uwe Schaper **[Docket No. 8885]**

F. Response of Korinna Schwerdt **[Docket No. 8886]**

G. Response of Juergen Klein **[Docket No. 8887]**

H. Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J. Response of Manuel Freude **[Docket No. 8895]**

K. Response of Dietmar Reinartz **[Docket No. 8896]**

L. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M. Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N. Response of Wilfried Uttendorf **[Docket No. 8899]**

O. Response of Gerd Meyer **[Docket No. 8900]**

P. Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q. Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R. Response of Martin Kuemmel **[Docket No. 8905]**

S. Response of Marlies Wagner **[Docket No. 8906]**

T. Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U. Response of Gertrud Styra **[Docket No. 8908]**

V. Response of Bernhard Koenner **[Docket No. 8909]**

W.  Response of Uwe Schoenwaelder **[Docket No. 8910]**

X.  Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y.  Response of Hanspeter Wittig **[Docket No. 8912]**

Z.  Response of Peter Huen **[Docket No. 8913]**

AA.  Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB.  Response of Eva Schwabmueller **[Docket No. 8915]**