UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
        Debtors.                                            :
                                                            :    Ref. Docket Nos. 12778, 12782, 12785
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2010, I caused to be served the:

    a. "Omnibus Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motions Scheduled for Hearing on November 17, 2010," dated November 15, 2010 [Docket No. 12778],

    b. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Sections 105 and 364 of the Bankruptcy Code for Authorization to Grant First Priority Liens in Collateral Posted in Connection with Foreign Exchange Hedging Transactions," dated November 15, 2010 [Docket No. 12782], and

    c. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit Facilities," dated November 15, 2010 [Docket No. 12785],

    by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

Sworn to before me this                                      /s/ Samuel Garcia
16th day of November, 2010                                   Samuel Garcia

/s/ Sid Garabato
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\CONO(s) re Mtns for Hrg, 1st Property Lien Posted in Connection with Foreign Hedging Transactions, Archstone _DI 12778, 12782, 12785_AFF_11-15-10.doc

# EXHIBIT A

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
FAX: 212-530-5219

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
FAX: 212-668-2255