**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :    (Jointly Administered)
            Debtors.                                       :
                                                                :    Ref. Docket No. 12769
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2010, I caused to be served the "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *witnessed by R3 Capital Partners Master L.P.*, dated November 15, 2010 [Docket No. 12769], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
16th day of November, 2010

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | atrehan@mayerbrown.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adg@adorno.com | azylberberg@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bankr@zuckerman.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bdk@schlamstone.com |
| agolianopoulos@mayerbrown.com | bgraifman@gkblaw.com |
| ahammer@freebornpeters.com | bguiney@pbwt.com |
| aisenberg@saul.com | bhinerfeld@sbtklaw.com |
| akantesaria@oppenheimerfunds.com | bill.freeman@pillsburylaw.com |
| alesia.pinney@infospace.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | bpershkow@profunds.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | brian.pfeiffer@friedfrank.com |
| ann.reynaud@shell.com | bromano@willkie.com |
| anthony_boccanfuso@aporter.com | brosenblum@jonesday.com |
| aoberry@bermanesq.com | broy@rltlawfirm.com |
| aostrow@beckerglynn.com | btrust@mayerbrown.com |
| apo@stevenslee.com | btupi@tuckerlaw.com |
| aquale@sidley.com | bturk@tishmanspeyer.com |
| araboy@cov.com | bwolfe@sheppardmullin.com |
| arahl@reedsmith.com | bzabarauskas@crowell.com |
| arheaume@riemerlaw.com | cahn@clm.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carlsons@sullcrom.com |
| arthur.rosenberg@hklaw.com | carol.weinerlevy@bingham.com |
| arwolf@wlrk.com | cbelisle@wfw.com |
| aseuffert@lawpost-nyc.com | cbelmonte@ssbb.com |

cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com

jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com

jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john@crumbielaw.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com

| | |
|---|---|
| keckhardt@hunton.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lthompson@whitecase.com |
| Ken.Coleman@allenovery.com | lubell@hugheshubbard.com |
| ken.higman@hp.com | lwhidden@salans.com |
| kgwynne@reedsmith.com | mabrams@willkie.com |
| kiplok@hugheshubbard.com | MAOFILING@CGSH.COM |
| kkelly@ebglaw.com | Marc.Chait@standardchartered.com |
| klyman@irell.com | margolin@hugheshubbard.com |
| kmayer@mccarter.com | mark.deveno@bingham.com |
| kobak@hugheshubbard.com | mark.ellenberg@cwt.com |
| korr@orrick.com | mark.houle@pillsburylaw.com |
| KOstad@mofo.com | mark.sherrill@sutherland.com |
| kovskyd@pepperlaw.com | martin.bury@lehman.com |
| kowens@foley.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | matthew.morris@lovells.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| krubin@ozcap.com | mberman@nixonpeabody.com |
| kstahl@whitecase.com | mbienenstock@dl.com |
| kuehn@bragarwexler.com | mbossi@thompsoncoburn.com |
| kurt.mayr@bgllp.com | mcademartori@sheppardmullin.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| Landon@StreusandLandon.com | mcto@debevoise.com |
| lawallf@pepperlaw.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mhanchet@mayerbrown.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.bonacker@lehman.com |
| lmarinuzzi@mofo.com | michael.frege@cms-hs.com |
| Lmay@coleschotz.com | michael.kim@kobrekim.com |
| lmcgowen@orrick.com | millee12@nationwide.com |
| lml@ppgms.com | miller@taftlaw.com |
| lnashelsky@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| loizides@loizides.com | mitchell.ayer@tklaw.com |
| lromansic@steptoe.com | mjacobs@pryorcashman.com |
| lscarcella@farrellfritz.com | mjedelman@vedderprice.com |

MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com

peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com

tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| Internal Revenue Service | 212-436-1931 |
| Office of The US Trustee - Andrew D. Velez-Rivera | 212-668-2255 |