1. Name and address of creditor: Essentia Health c/o Martha Markusen, Fryberger, Buchanan, Smith & Frederick, P.A.,, 302 West Superior Street, Sutie 700, Duluth, Minnesota.

2. The claim classified as number 67125, filed by Essentia Health, is withdrawn. The claim was improperly classified by the bankruptcy court and has been resubmitted by a separate document.

1. Name and address of creditor: Essentia Health c/o Martha Markusen, Fryberger, Buchanan, Smith & Frederick, P.A.,, 302 West Superior Street, Sutie 700, Duluth, Minnesota.

2. The claim classified as number 67129, filed by Essentia Health, is withdrawn. The claim was improperly classified by the bankruptcy court and has been resubmitted by a separate document.



**FRYBERGER,
BUCHANAN,
SMITH &
FREDERICK, P.A.**
www.fryberger.com

HAROLD A. FREDERICK
DEXTER LARSEN*
JAMES H. STEWART*
ROBERT E. TOFTEY*
MICHAEL K. DONOVAN
NEAL J. HESSEN*
JOSEPH J. MIHALEK*
SHAWN M. DUNLEVY*
DAVID R. OBERSTAR*☐
MICHAEL COWLES*
STEPHANIE A. BALL*
PAUL B. KILGORE*
MARY FRANCES SKALA*§

KEVIN T. WALLI
DANIEL D. MADDY[I]
PAUL A. LORAAS*
DONALD C. ERICKSON*
MELISSA B. MALONEY
MATTHEW H. HANKA
DEHLIA C. SEIM*
MIA E. THIBODEAU
JOHN R. GASELE
ERIC S. JOHNSON
CHRISTOPHER J. VIRTA

R. BRUCE BUCHANAN,
*RETIRED*
MARTHA M. MARKUSEN,
*COUNSEL*

NICK SMITH (1936-2007)
H.B. FRYBERGER, JR. (1906-1997)
LOREN W. SANFORD (1931-1978)
AMASA E. WHEELER (1889-1970)
H.B. FRYBERGER, SR. (1865-1937)

*Also Licensed in Wisconsin
I Also Licensed in Arizona
☐ Also Licensed in Michigan
§ Also Licensed in North Dakota

*PLEASE RESPOND TO DULUTH OFFICE*

November 3, 2010

**VIA FEDERAL EXPRESS**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claim Processing
757 Third Avenue, Third Floor
New York, NY 10017

*Re:   Essentia Health Proofs of Claim
       Lehman Brothers Holdings, Inc., et al, Debtors*

Enclosed please find:

1.  Amendment to Proof of Claim 67125 by Essentia Health against Lehman Brothers Special Financing, Inc.

2.  Amendment to Proof of Claim 67129 by Essentia Health against Lehman Brothers Holdings, Inc.

3.  Copies for acknowledgement of filing, with stamped, self-addressed envelope.

Sincerely,

ESSENTIA HEALTH

By: _____
Martha M. Markusen

Enclosures
M:\DOCS\16344\000014\LTR\PB0464.DOC

DULUTH OFFICE: 302 W SUPERIOR STREET • SUITE 700 • DULUTH, MINNESOTA 55802 • PHONE (218) 722-0861 • FAX (218) 725-6800
SUPERIOR OFFICE: 1409 HAMMOND AVENUE • SUITE 330 • SUPERIOR, WISCONSIN 54880 • PHONE (715) 392-7405 • FAX (715) 392-7407
ST. PAUL OFFICE: THE FIRST NATIONAL BANK BUILDING • 332 MINNESOTA STREET • SUITE WEST 1260 • ST. PAUL, MINNESOTA 55101 • PHONE (651) 221-1044 • FAX (651) 221-1035