U.S. Bankruptcy Court of
Southern District of New York

Chapter 11 Case No.
08-13555 (JMP)

Lehman Brothers Holdings Inc. — Debtor

Regarding Debtor's 59th Omnibus Objection To Claims Which allegedly are duplicates of Indenture Trustee Claims

William W Brackett, Claimant Creditor

I am the owner of $50,000 Debentures in Lehman Brothers, as recognized in the attached Notice of Hearing — Claim No. 37406 filed 9/22/2009

As a good faith purchaser of senior debentures of Lehman Brothers, I object to reduction of procedures which may result in recovery of my investment. There is no showing that my claim is covered in the "Surviving Claim (in Claim 16082) of Case No. 08-1355," and/or that my claim will not be prejudiced by dismissal of claim and reliance on action of the "Indenture Trustee" listed in the Notice. See prior Proof of Claim

William Brackett is responsible, solely, for the subject claim of $50,000. I can be reached at: 7205 Frisco Lane, Sarasota, Florida 34241    or    241 Bliss Lane, Great Falls, Virginia 22066
1-941-922-1016    1-703-759-7971

This paper has been sent to the parties on Page 2

(1)

Copies to:

1. Chambers of the Honorable James M Peck
   One Bowling Green - Courtroom 601
   New York, New York 1004

2. Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   attn: Shai Waisman

3. United States Trustee for the So. District of NY, NY
   33 Whitehall St. - 21st Floor
   New York, New York 10004
   attn: Andy Velez Rivera etc

4. Milbank Tweed Hadley & McCloy LLP
   1 Chase Manhattan Plaza
   NY, NY 10005
   att Dennis F. Dunne, Esc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :
                                   Debtors.                      :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

LBH OMNI59 10-13-2010 (MERGE2,TXNUM2) 4000084198 MAIL ID *** 0035611887 *** BSIUSE: 33

BROCKETT, WILLIAM W
241 BLISS LANE
GREAT FALLS, VA 22066

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| BROCKETT, WILLIAM W<br>241 BLISS LANE<br>GREAT FALLS, VA 22066 | Claim to be Disallowed and Expunged | 37406 | 9/22/2009 | No Case | UNSECURED: $ 50,000.00 |
| | Surviving Claim | 10082 | 9/2/2009 | 08-13555 | UNSECURED: $ 73,162,259,495.49<br>UNLIQUIDATED |

PLEASE TAKE NOTICE that, on October 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim listed above under SURVIVING CLAIM. The global claim is a general unsecured claim filed by the Wilmington Trust Company, in its capacity as indenture trustee, on behalf of itself and the holders of certain senior unsecured notes (the "Senior Notes"). Your claim has been identified as also relating, in whole or in part, to the Senior Notes. If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Senior Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim. If your claim wholly relates to the Senior Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety. If only a portion of your claim relates to the Senior Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged. Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.