UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDLINGS, INC.,** | ) |
| et al., | ) 08-13555 (JMP) |
| **Debtors.** | ) (Jointly Administered) |

RECEIVED NOV 10 2010 U.S. BANKRUPTCY COURT, SDNY JMP

## RESPONSE TO OBJECTION TO CLAIM

**NOW COMES** the claimant, JEANNETTE MANNIX, by her attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and in response to the Objection to her Claim, number 31285 said claim being based upon her holding of 370 shares of Lehman Brothers Holdings Capital Trust IV Preferred Securities, states as follows:

Claimant's claims are separate and distinct.

At no time has claimant authorized and/or been contacted by Bank of New York Mellon regarding inclusion in any global claim to be filed on behalf of claimant.

By objecting to the larger of claimants two claims against Debtor as duplicative, Debtor is attempting to fraudulently lower its liabilities and increase its assets which unfairly prejudices all claimants.

Under the Guarantee Agreement for the Capital Trust Lehman Brothers Holdings guarantees 370 shares of Lehman Brothers Holdings Capital Trust IV Preferred Securities and as such this claim should not be lumped together with other claims which were not guaranteed.

Claimant requests that this claim be treated that same as any Holders of Senior Subordinated Notes that are receiving equal treatment and distributions with an Senior Subordinated Notes.

WHEREFORE, Claimant prays this Honorable Court reject Debtor's Objection to claimant's claim number 31285 based upon her holding of 370 shares of Lehman Brothers Holdings Capital Trust IV Preferred Securities and for any additional relief favorable to claimants in this matter that this Court deems fair and just.

_____
Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDLINGS, INC., ) | |
| et al., ) | 08-13555 (JMP) |
| Debtors. ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Patricia A. Meinke, a non-attorney, on oath state that I served Claimant, JEANNETTE MANNIX's Response to Objection to:

The Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Shai Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Office of The United States Trustee for the Southern District of New York
33 Whitehall Street - 21st Floor
New York, New York 10004
ATTN: Andy Velez-Rivera; Paul Schwartzenberger; Brian Masumoto, Linda Riffkin and
    Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
ATTN: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck

by placing a true and correct copy of same with FedEx 2Day on November 9, 2010 before the hour of 6:00 P.M. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

_/s/ Patricia A. Meinke_
Patricia A. Meinke