UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
In re:                                                          : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., :        08-13555 (JMP)- ja
:
Debtors. :
---------------------------------------------------------------- x

NOTICE OF APPEAL

WILLIAM KUNTZ, III WHO APPEARS HERE PRO SE, HEREBY APPEALS

THE ADVERSE MEMO-DECISION AND ORDER OF THE 10TH OF NOV, 2010

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF NEW YORK.

RESPECTFULLY,

*[signature]*

WILLIAM KUNTZ, III

INDIA ST

PO BOX 1801

NANTUCKET, MA 02554-1801

508-435-5858


NOV 14, 2010

HOPKINTON, MASS

*[Stamp: RECEIVED NOV 16 2010 U.S. BANKRUPTCY COURT, SDNY]*