ROBERT MAYHORN
126 Stollings Ave
Logan, WV 25601
Phone: 304-752-4991

Friday, November 05, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

To Whom It May Concern:

I am writing this letter in objection to the notice for my claim to be disallowed and expunged. I owned a lehman brothers structured fixed income product at the time of their bankruptcy valued at 50,000 dollars.  I oppose the disallowance and expungement of my claim:

| CLAIM TO BE DISALLOWED & EXPUNGED | |
| --- | --- |
| **Creditor Name and Address:**<br>MAYHORN, ROBERT<br>126 STOLLINGS AVE<br>LOGAN, WV 25601 | **Claim Number:** 10856 |
| | **Date Filed:** 9/8/2009 |
| | **Debtor:** No Case |
| | **Classification and Amount:** UNSECURED: $ 50,000.00 |

I'm also enclosing copies of:

UBS Resource Management Account # lv 08409,  statements proving ownership of *LB 100% PPN-ABS RTN BAR Russell 2000*.

*Sincerely,*

ROBERT MAYHORN



RECEIVED
NOV 10 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

# ❊ UBS

**UBS FINANCIAL SERVICES INC.**
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

CPZ20003162870908X1234 LV  0

**Your Financial Advisor:**
RYAN/HAINER
Phone: 502-420-7600/800-222-1448

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 131008409.

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* on the last two pages of this
statement.

**Your return objective:**
Capital appreciation
**Your risk profile:**
Primary - Aggressive/Speculative
Secondary - Moderate

# Resource Management Account

September 2008

**Account name:** ROBERT MAYHORN
                  SHERRY MAYHORN JTWROS
**Friendly account name:** Bob and Sherry
**Account number:** LV  08409 RH

**Your account instructions**
- The account record was signed by your
  Financial Advisor and approved by a
  Principal of the Firm.
- Your account is currently coded for
  margin.

## Value of your account

|  | on August 29 ($) | on September 30 ($) |
|---|---|---|
| Your assets | 660,786.36 | 552,228.74 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$660,786.36** | **$552,228.74** |

## Change in the value of your account

|  | September 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$660,786.36** | **$645,258.77** |
| Deposits, including securities transferred in | 0.00 | 63,000.00 |
| Withdrawals and fees, including securities transferred out | -1,676.13 | -28,675.83 |
| Dividend and interest income | 1,954.29 | 11,873.27 |
| Change in value of outside assets/accruals | 0.00 | -110.68 |
| Change in market value | -108,835.78 | -139,116.79 |
| **Closing account value** | **$552,228.74** | **$552,228.74** |

**Member SIPC**

CPZ2000100316287 PZ2000021665 00003 0908X1234 9538471  0 LV RH

# ❄ UBS

## Cash activity summary

See the section *Account activity this month* for details. UBS Bank USA deposit account balances are included in the *opening and closing balances* value, are insured by the FDIC within applicable limits, but are not protected by SIPC. See *Important information about your statement* on the last two pages of this statement for details about those balances.

| | September 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$90,690.56** | **$79,883.45** |
| *Additions* | | |
| Deposits and other funds credited | 0.00 | 63,000.00 |
| Dividend and interest income | 1,954.29 | 11,873.27 |
| Proceeds from security transactions | 85,546.84 | 300,382.90 |
| *Total additions* | **$87,501.13** | **$375,256.17** |
| *Subtractions* | | |
| Resource Management Account fee | 0.00 | -150.00 |
| Fees | 0.00 | -0.40 |
| Other funds debited | -1,676.13 | -28,525.43 |
| Funds withdrawn for securities bought | -31,887.16 | -281,835.39 |
| *Total subtractions* | **-$33,563.29** | **-$310,511.22** |
| **Net cash flow** | **$53,937.84** | **$64,744.95** |
| **Closing balances** | **$144,628.40** | **$144,628.40** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | September 2008 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 1,849.61 | 8,530.86 |
| Taxable interest | 104.68 | 1,605.60 |
| Tax-exempt interest | 0.00 | 1,736.81 |
| **Total** | **$1,954.29** | **$11,873.27** |

## Withholdings and tax summary

| | September 2008 ($) | Year to date ($) |
|---|---|---|
| Foreign taxes paid | -22.68 | -94.50 |

## UBS Bank USA Deposit Account APY

*Interest period Aug 7 – Sep 7*

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Aug 7 | $148,328.65 |
| Closing UBS Bank USA Deposit balance Sep 7 | $60,080.86 |
| Number of days in interest period | 32 |
| Average daily balance | $96,297.47 |
| Interest earned | $104.68 |
| Annual percentage yield earned | 1.25% |

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry    LV 08409 RH
**Account number:**

CPZ2OOIOOO316289 FZ2OOOO21665 OOOO3 O9O8X1234 9538471 O LV RH

Resource Management Account
September 2008

# Your UBS Rewards Points

| | September 2008 | Year to date |
|---|---|---|
| **Opening balance** | **61,904** | **34,733** |
| Points earned | 1,980 | 29,151 |
| **Closing balance** | **63,884** | **63,884** |



Your notes

Page 8 of 28

CPZ20001000316290 PZ20000216650 00003 0908X1234 9538471 0 LV RH

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

# Resource Management Account
September 2008

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. Gains and losses for zero-coupon investments are not shown. See *Important information about your statement* on the last two pages of this statement for more information.

## Cash

### Cash and money balances

UBS Bank USA deposit account balances are included in the Cash and money balances value, are insured by the FDIC within applicable limits, but are not protected by SIPC. See the *Important information about your statement* on the last two pages of this statement for details about those balances.

| Holding | Opening balance on Sep 1 ($) | Closing balance on Sep 30 ($) |
|---|---|---|
| Cash | 0.00 | 70,429.13 |
| UBS BANK USA DEP ACCT | 90,690.56 | 74,199.27 |
| **Total** | **$90,690.56** | **$144,628.40** |

# Equities

## Common stock

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Average interest rate | Value on Sep 30 ($) | Interest period | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALTRIA GROUP INC<br>Symbol: MO  Exchange: NYSE<br>EAI: $768 Current yield: 6.45%<br>RESEARCH RECOMMENDATIONS: | Aug 5, 08 | 600.000<br>*UBS INVESTMENT RESEARCH:*<br>*ARGUS FUNDAMENTAL* | 20.879 | 12,680.76<br>*BUY*<br>*BUY* | 19.840 | | 11,904.00 | | | -776.76 | ST |
| AMER ELECTRIC POWER CO<br>Symbol: AEP  Exchange: NYSE<br>EAI: $1,701 Current yield: 4.43% | Sep 15, 06 | 1,000.000 | 36.489 | 36,489.87¹ | 37.030 | | 37,030.00 | | | 540.13 | LT |
| | Earnings | 37.000 | 42.517 | 1,573.15 | 37.030 | | 1,370.11 | | | -203.04 | |
| Security total<br>RESEARCH RECOMMENDATIONS: | | 1,037.000<br>*UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING):*<br>*UBS INVESTMENT RESEARCH:*<br>*ARGUS FUNDAMENTAL* | | 38,063.02<br>*HOLD / OUTPERFORM*<br>*BUY*<br>*BUY* | | | 38,400.11 | | | 337.09 | |
| ANADARKO PETROLEUM CORP<br>Symbol: APC  Exchange: NYSE<br>EAI: $723 Current yield: 0.74% | Sep 28, 04 | 240.000 | 33.405 | 8,017.20¹ | 48.510 | | 11,642.40 | | | 3,625.20 | LT |

*continued next page*

**UBS**

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Aug 23, 05 | 760.000 | 43.981 | 33,425.95¹ | 48.510 | 36,867.60 | 3,441.65 | LT |
| | Jun 25, 08 | 1,000.000 | 74.171 | 74,418.60 | 48.510 | 48,510.00 | -25,908.60 | ST |
| | Earnings | 9.000 | 64.430 | 579.87 | 48.510 | 436.59 | -143.28 | |
| Security total | | 2,009.000 | | 116,441.62 | | 97,456.59 | -18,985.03 | |

RESEARCH RECOMMENDATIONS: UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE RELATIVE RANKING): RATINGS EXCEPTION +
UBS INVESTMENT RESEARCH: BUY
MCDEP ASSOCIATES: HOLD

**DENDREON CORP**
Symbol: DNDN Exchange: OTC

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Aug 21, 08 | 1,000.000 | 5.858 | 5,981.07 | 5.710 | 5,710.00 | -271.07 | ST |

RESEARCH RECOMMENDATIONS:
UBS INVESTMENT RESEARCH: NOT RATED
ROCHDALE SECURITIES: HOLD
ATLANTIS RESEARCH: SELL

**DUKE ENERGY HOLDING CORP NEW**
Symbol: DUK Exchange: NYSE
EAI: $1,445 Current yield: 5.28%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Sep 28, 04 | 1,500.000 | 13.208 | 19,812.60¹ | 17.430 | 26,145.00 | 6,332.40 | LT |
| | Earnings | 71.000 | 18.523 | 1,315.18 | 17.430 | 1,237.53 | -77.65 | |
| Security total | | 1,571.000 | | 21,127.78 | | 27,382.53 | 6,254.75 | |

RESEARCH RECOMMENDATIONS: UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE RELATIVE RANKING): HOLD / OUTPERFORM
UBS INVESTMENT RESEARCH: NEUTRAL RATINGS EXCEPTION $
ARGUS FUNDAMENTAL: BUY

**ENERGY SERVICES OF AMERICA CORP**
Symbol: ESA Exchange: AMEX

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | | 2,500.000 | ---This information was unavailable--- | | 5.450 | 13,625.00 | | |

**HERTZ GLOBAL HOLDINGS INC**
Symbol: HTZ Exchange: NYSE

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Jul 23, 08 | 1,000.000 | 8.925 | 9,071.46 | 7.570 | 7,570.00 | -1,501.46 | ST |

RESEARCH RECOMMENDATIONS: UBS INVESTMENT RESEARCH: NEUTRAL RATINGS EXCEPTION $
MARKETGRADER: SELL
SABRIENT SYSTEMS: BUY

**INTL. COAL GROUP INC**
Symbol: ICO Exchange: NYSE

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Apr 19, 06 | 2,000.000 | 10.292 | 20,585.35¹ | 6.240 | 12,480.00 | -8,105.35 | LT |

RESEARCH RECOMMENDATIONS: UBS INVESTMENT RESEARCH: BUY
SABRIENT SYSTEMS: HOLD

**JPMORGAN CHASE & CO**
Symbol: JPM Exchange: NYSE
EAI: $796 Current yield: 3.25%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Sep 15, 06 | 500.000 | 46.950 | 23,475.01¹ | 46.700 | 23,350.00 | -125.01 | LT |

continued next page

CPZ200010031629Z PZ200002166S 00003 0908X1234 9538471 0 LV RH

# UBS

**Resource Management Account**
September 2008

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

## Your assets › **Equities › Common stock** (continued)

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| Earnings | | 24.000 | 45.160 | 1,083.85 | 46.700 | 1,120.80 | 36.95 | |
| Security total | | 524.000 | | 24,558.86 | | 24,470.80 | -88.06 | LT |

RESEARCH RECOMMENDATIONS:
UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): HOLD / OUTPERFORM
UBS INVESTMENT RESEARCH: NEUTRAL  RATINGS EXCEPTION $
NAB RESEARCH: HOLD
BOYAR'S ALT VIEWPOINT: BUY

**MANULIFE FINANCIAL CORP**
Symbol: MFC  Exchange: NYSE
EAI: $313 Current yield: 2.70%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Apr 29, 04 | 304.000 | 17.500 | 5,320.00¹ | 36.690 | 11,153.76 | 5,833.76 | |
| Earnings | | 12.000 | 37.817 | 453.81 | 36.690 | 440.28 | -13.53 | |
| Security total | | 316.000 | | 5,773.81 | | 11,594.04 | 5,820.23 | |

RESEARCH RECOMMENDATIONS:
UBS INVESTMENT RESEARCH: BUY  RATINGS EXCEPTION $
ARGUS FUNDAMENTAL: BUY

**PHILIP MORRIS INTL INC**
Symbol: PM  Exchange: NYSE
EAI: $648 Current yield: 4.49%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Aug 5, 08 | 300.000 | 54.390 | 16,481.12 | 48.100 | 14,430.00 | -2,051.12 | ST |

RESEARCH RECOMMENDATIONS:
UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): HOLD / MARKET PERFORM
UBS INVESTMENT RESEARCH: NEUTRAL  RATINGS EXCEPTION $
WALL STREET STRATEGIES: BUY
SABRIENT SYSTEMS: HOLD

**QUALCOMM INC**
Symbol: QCOM  Exchange: OTC
EAI: $64 Current yield: 1.49%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | May 22, 07 | 100.000 | 46.500 | 4,718.53 | 42.970 | 4,297.00 | -421.53 | LT |

RESEARCH RECOMMENDATIONS:
UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): HOLD / MARKET PERFORM
UBS INVESTMENT RESEARCH: BUY
ARGUS FUNDAMENTAL: HOLD
MATTERHORN GROUP: BUY

**SPECTRA ENERGY CORP**
Symbol: SE  Exchange: NYSE
EAI: $776 Current yield: 4.20%

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Sep 28, 04 | 750.000 | 26.000 | 19,500.00¹ | 23.800 | 17,850.00 | -1,650.00 | LT |
| Earnings | | 26.000 | 24.834 | 645.69 | 23.800 | 618.80 | -26.89 | |
| Security total | | 776.000 | | 20,145.69 | | 18,468.80 | -1,676.89 | |

continued next page

CPZ2000100316293 PZZ0000216650 00003 0908X1234 9538471 0 LV RH

*UBS*

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price per share ($) | Sale price per contract ($) | Cost basis ($) | Sale proceeds ($) | Price per share on Sep 30 ($) | Contract premium ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RESEARCH RECOMMENDATIONS: | UBS INVESTMENT RESEARCH: | | | | BUY | | | | | | |
| | STANDARD & POOR'S | | | | BUY | | | | | | |
| | ARGUS FUNDAMENTAL | | | | BUY | | | | | | |
| SYSCO CORP | | | | | | | | | | | |
| Symbol: SYY Exchange: NYSE | | | | | | | | | | | |
| EAI: $272 Current yield: 2.86% | May 3, 06 | 300.000 | 29.715 | | 8,914.63[1] | | 30.830 | | 9,249.00 | 334.37 | LT |
| | Earnings | 9.000 | 28.475 | | 256.28 | | 30.830 | | 277.47 | 21.19 | |
| Security total | | 309.000 | | | 9,170.91 | | | | 9,526.47 | 355.56 | |
| RESEARCH RECOMMENDATIONS: | UBS INVESTMENT RESEARCH: | | | | NEUTRAL RATINGS EXCEPTION $ | | | | | | |
| | THESTREET.COMRATINGS | | | | BUY | | | | | | |
| UNTD BANKSHARES INC | | | | | | | | | | | |
| PARKERSBURG WEST VIRG | | | | | | | | | | | |
| Symbol: UBSI Exchange: OTC | | | | | | | | | | | |
| EAI: $617 Current yield: 3.31% | Oct 18, 07 | 500.000 | 28.489 | | 14,327.64 | | 35.000 | | 17,500.00 | 3,172.36 | ST |
| | Earnings | 32.000 | 26.003 | | 832.10 | | 35.000 | | 1,120.00 | 287.90 | |
| Security total | | 532.000 | | | 15,159.74 | | | | 18,620.00 | 3,460.26 | |
| VEOLIA ENVIRONNEMENT SPON ADR | | | | | | | | | | | |
| Symbol: VE Exchange: NYSE | | | | | | | | | | | |
| EAI: $160 Current yield: 3.88% | May 22, 07 | 100.000 | 82.737 | | 8,389.91 | | 41.280 | | 4,128.00 | -4,261.91 | LT |
| RESEARCH RECOMMENDATIONS: | UBS INVESTMENT RESEARCH: | | | | NEUTRAL RATINGS EXCEPTION $ | | | | | | |
| | THOMAS WHITE INT'L | | | | BUY | | | | | | |
| **Total** | | | | | **$328,349.63** | | | | **$320,063.34** | **-$21,911.29** | |

**Total estimated annual income: $8,283**

[1] Indicates cost basis information has been provided by a source other than UBS Financial Services.

## Short options

| Holding | Trade date | Number of contracts | Sale price per contract ($) | Sale proceeds ($) | Price per contract on Sep 30 ($) | Contract premium ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| CALL ANADARKO PETROLEUM | | | | | | | | | |
| NOVEMBER 2008 60.000 | | | | | | | | | |
| Expires: Nov 08 | | | | | | | | | |
| Symbol: APCKL Exchange: AMEX | Sep 25, 08 | -10.000 | 2.300 | -2,183.26 | 120.000 | 1.200 | -1,200.00 | 983.26 | ST |

# UBS

Resource Management Account
September 2008

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

## Your assets › Equities (continued)

### Warrants

| Holding | Trade date | Number of warrants | Purchase price per warrant ($) | Cost basis ($) | Price per warrant on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| WARRANTS ENERGY SERVICES OF AMERICA CORP Expires: Aug 29, 11 | | 5,000.000 | —This information was unavailable— | | 0.850 | 4,250.00 | | |

### Research recommendations

UBS Wealth Management Research is written by UBS Global Management & Business Banking, and UBS Investment Bank. Both UBS research providers, which are separate and independent, employ their own ratings systems and methodologies, and may publish research views that are inconsistent with each other. For more information about each research source and ratings definitions, please go to UBS Online Services or ask your Financial Advisor. Independent third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them. Research ratings are as of the end of the statement period. Where UBS has dropped coverage on a company, ratings are as of the date coverage was dropped. Independent research

will continue to be available for 18 months after UBS dropped coverage. Please consult the independent research website for the most current rating information.

$ Indicates that the rating for this stock may have been placed Under Review by the Wealth Management Research or Investment Research analyst, or may have an exception to the core rating bands by Investment Research.

+ indicates that the recommendation has been suspended due to either a restriction or pending review by the analyst.

### Fixed income

#### Preferred securities

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| FEDERAL NATL MTG ASSN SER S 8.250% PREFERRED CLBL PAR VALUE - 25.00 USD Symbol: FNMPRS Exchange: NYSE EAI: $2,063 Current yield: 94.63% | Aug 7, 08 | 1,000.000 | 16.974 | 17,078.67 | 2.180 | 2,180.00 | -14,898.67 | ST |
| FIFTH THIRD CAP TRUST VI 7.25% DUE 11/15/2067 CALLABLE Symbol: FTBPRB Exchange: NYSE EAI: $1,813 Current yield: 19.81% | Oct 25, 07 | 1,000.000 | 25.000 | 25,000.00 | 9.150 | 9,150.00 | -15,850.00 | ST |
| **Total** | | | | **$42,078.67** | | **$11,330.00** | **-$30,748.67** | |

**Total estimated annual income: $3,876**

# �֎ UBS

## Your assets › Fixed income (continued)

### Structured products

There may be little or no secondary market for structured products. Prices are estimated values obtained from third parties or issuers for financial reporting purposes arising from changes in the market value of such transactions. The value at which you would be able to purchase, sell, enter into, assign or terminate any instrument will be impacted by other factors, such as hedging and transaction costs, credit considerations, bid-ask spreads and market liquidity.

| Holding | Trade date | Quantity | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| LB 100% PPN ABS RTN BAR RUSSELL 2000 08/31/2009 Exchange: OTC | Feb 26, 08 | 5,000.000 | 10.000 | 50,000.00 | ------Price was unavailable------ | | -50,000.00 | ST |
| BC 100% PPN GLOBAL INDEX BASKET 9/30/2013 Symbol: CIRTFI Exchange: OTC | Nov 27, 07 | 5,000.000 | 10.000 | 50,000.00 | 8.190 | 40,950.00 | -9,050.00 | ST |
| **Total** | | | | **$100,000.00** | | **$40,950.00** | **-$59,050.00** | |

### Broad commodities
### Closed end and mutual funds

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Sep 30 ($) | Value on Sep 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ISHARES SILVER TRUST Symbol: SLV Exchange: AMEX | Mar 25, 08 | 1,000.000 | 17.339 | 17,455.22 | 11.850 | 11,850.00 | -5,605.22 | ST |
| | Sep 2, 08 | 1,000.000 | 12.978 | 13,152.89 | 11.850 | 11,850.00 | -1,302.89 | ST |
| Security total | | 2,000.000 | | 30,608.11 | | 23,700.00 | -6,908.11 | |
| SPDR GOLD TRUST Symbol: GLD Exchange: NYSE | Mar 25, 08 | 100.000 | 92.070 | 9,323.12 | 85.070 | 8,507.00 | -816.12 | ST |
| **Total** | | | | **$39,931.23** | | **$32,207.00** | **-$7,724.23** | |

# UBS

**Resource Management Account**
September 2008

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

Your assets (continued)

## Your total assets

| | Value on Sep 30 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | **144,628.40** | **26.19%** | **144,628.40** | | |
| Cash and money balances | 144,628.40 | 26.19% | 144,628.40 | | |
| **Equities** | | | | | |
| * Common stock | 320,063.34 | | 328,349.63 | 8,283.00 | -21,911.29 |
| Short options | -1,200.00 | | -2,183.26 | | 983.26 |
| * Warrants | 4,250.00 | | | | |
| **Total equities** | **323,113.34** | **58.51%** | **326,166.37** | **8,283.00** | **-20,928.03** |
| **Fixed income** | | | | | |
| Preferred securities | 11,330.00 | | 42,078.67 | 3,876.00 | -30,748.67 |
| Structured products | 40,950.00 | | 100,000.00 | | -59,050.00 |
| **Total fixed income** | **52,280.00** | **9.47%** | **142,078.67** | **3,876.00** | **-89,798.67** |
| **Broad commodities** | | | | | |
| Closed end and mutual funds | 32,207.00 | 5.83% | 39,931.23 | | -7,724.23 |
| **Total** | **$552,228.74** | **100.00%** | **$652,804.67** | **$12,159.00** | **-$118,450.93** |

* Missing cost basis information.

## Account activity this month

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Dividend and interest income** | | | | |
| *Taxable dividends* | Sep 10 | Dividend | AMER ELECTRIC POWER CO | 421.07 |
| | Sep 18 | Dividend | SPECTRA ENERGY CORP AS OF 09/15/08 | 192.25 |
| | Sep 22 | Foreign Dividend | MANULIFE FINANCIAL CORP AS OF 09/19/08 | 151.19 |
| | Sep 23 | Dividend | DUKE ENERGY HOLDING CORP NEW AS OF 09/16/08 | 356.96 |
| | Sep 24 | Dividend | ANADARKO PETROLEUM CORP | 180.54 |
| | Sep 26 | Dividend | QUALCOMM INC | 32.00 |
| | Sep 30 | Dividend | FEDERAL NATL MTG ASSN SER S 8.250% PREFERRED CLBL PAR VALUE - 25.00 PAID ON 1000 | 515.60 |
| | **Total taxable dividends** | | | **$1,849.61** |
| *Taxable interest* | Sep 8 | Interest | UBS BANK USA DEPOSIT ACCOUNT AS OF 09/05/08 | 104.68 |
| | **Total taxable interest** | | | **$104.68** |
| | **Total dividend and interest income** | | | **$1,954.29** |

CP22000100316297 P2200002166S 00003 0908X1234 9538471 0 LV RH

# ❄ UBS

## Account activity this month (continued)

**Resource Card Items for your Attention:**
Simplify your life with 24/7 help from your UBS Concierge. Your concierge is always at your service to assist you with reservations to the hottest restaurant in town, finding the perfect birthday gift or securing tickets to a sold-out event. Refer to your Benefits and Rewards Guide for details.

### UBS Visa Signature credit card summary

| Credit line | Available balance | Outstanding balance | Minimum payment | Payment due date |
|---|---|---|---|---|
| $20,000.00 | $18,020.28 | $1,920.24 | $19.00 | Oct 16, 2008 |

We provide this information on your UBS Visa Signature credit cards solely as a courtesy to you. The UBS Visa Signature credit card and account are issued by Barclays Bank Delaware. Barclays Bank Delaware sends you the official statement for this account and you should make your payment according to their instructions.

We do not include your card balance in your total account value.

### Other funds debited

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Sep 15 | Visa Payment | UBS VISA SIGNATURE CREDIT CARD VISA PAYMENT | -1,653.45 |
| Sep 22 | Foreign Tax Withheld | MANULIFE FINANCIAL CORP AS OF 09/19/08 | -22.68 |
| | **Total other funds debited** | | **-$1,676.13** |

## Security transactions

For more information about the price/value shown for restricted securities, see *Important information about your statement* on the last two pages.

| Date | Activity | Description | Quantity | Value ($) | Price ($) | Proceeds from securities transactions ($) | Funds withdrawn for securities bought ($) | Accrued interest ($) |
|---|---|---|---|---|---|---|---|---|
| Sep 5 | Bought | ISHARES SILVER TRUST | 1,000.000 | | 12.978000 | | -13,152.89 | |
| Sep 5 | Bought | PEABODY ENERGY CORP UNSOLICITED | 300.000 | | 57.968000 | | -17,561.49 | |
| Sep 10 | Reinvestment | AMER ELECTRIC POWER CO AT 38.560000 REINVEST PRICE REINVEST DIV ON 09/10/08 EXECUTION CAPACITY: AGENT | 10.000 | | | | -385.60 | |
| Sep 12 | Sold | PEABODY ENERGY CORP UNSOLICITED | -300.000 | | 45.314000 | 13,450.05 | | |
| Sep 18 | Reinvestment | SPECTRA ENERGY CORP AT 24.505000 REINVEST PRICE REINVEST DIV ON 09/18/08 EXECUTION CAPACITY: AGENT AS OF 09/15/08 | 7.000 | | | | -171.54 | |
| Sep 22 | Reinvestment | MANULIFE FINANCIAL CORP AT 36.386000 REINVEST PRICE REINVEST DIV ON 09/22/08 EXECUTION CAPACITY: AGENT AS OF 09/19/08 | 3.000 | | | | -109.16 | |

continued next page

CP22000100031629B RZ20000216SS 00003 0908X1234 9538471 0 LV RH



**UBS**

Resource Management Account
September 2008

Your Financial Advisor:
RYAN/HAINER
502-420-7600/800-222-1448

Account name: ROBERT MAYHORN
Friendly account name: Bob and Sherry
Account number:                   LV 08409 RH

## Account activity this month (continued)

### Security transactions (continued)

| Date | Activity | Description | Quantity | Value ($) | Price ($) | Proceeds from securities transactions ($) | Funds withdrawn for securities bought ($) | Accrued interest ($) |
|---|---|---|---|---|---|---|---|---|
| Sep 23 | Reinvestment | DUKE ENERGY HOLDING CORP NEW AT 17.876200 REINVEST PRICE REINVEST DIV ON 09/23/08 EXECUTION CAPACITY: AGENT AS OF 09/16/08 | 19.000 | | | | -339.65 | |
| Sep 24 | Reinvestment | ANADARKO PETROLEUM CORP AT 55.610000 REINVEST PRICE REINVEST DIV ON 09/24/08 EXECUTION CAPACITY: AGENT | 3.000 | | | | -166.83 | |
| Sep 26 | Sold | CALL ANADARKO PETROLEUM DUE 11 08 60 UNSOLICITED OPEN CUST CVRD | -10.000 | | 2.30 | 2,183.26 | | |
| Sep 30 | Status | CLIENT/ACCT INFORMATION SENT | | | | | | |
| Sep 30 | Sold | COVIDIEN LTD UNSOLICITED PC | -77.000 | | 54.37 | 4,176.58 | | |
| Sep 30 | Sold | JPMORGAN CHASE & CO UNSOLICITED PC | -500.000 | | 43.326000 | 21,627.62 | | |
| Sep 30 | Sold | MANULIFE FINANCIAL CORP UNSOLICITED PC | -300.000 | | 37.065000 | 11,096.18 | | |
| Sep 30 | Sold | QUALCOMM INC UNSOLICITED PC | -100.000 | | 46.20 | 4,608.72 | | |
| Sep 30 | Sold | SYSCO CORP UNSOLICITED PC | -200.000 | | 33.143000 | 6,611.31 | | |
| Sep 30 | Sold | TYCO ELECTRONICS LTD UNSOLICITED PC | -77.000 | | 28.51 | 2,111.21 | | |
| Sep 30 | Sold | TYCO INTL LTD BERMUDA NEW UNSOLICITED PC | -77.000 | | 37.39 | 2,869.14 | | |
| Sep 30 | Sold | UNTD BANKSHARES INC PARKERSBURG WEST VIRG UNSOLICITED PC | -500.000 | | 33.696240 | 16,812.77 | | |
| **Total** | | | | | | **$85,546.84** | **-531,887.16** | |

### Money balance activities

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Aug 29** | **Balance forward** | | **$90,690.56** |
| Sep 5 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT | -30,714.38 |
| Sep 8 | Deposit | UBS BANK USA DEPOSIT ACCOUNT AS OF 09/05/08 | 104.68 |
| Sep 11 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 35.47 |
| Sep 15 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 13,450.05 |
| Sep 16 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT AS OF 09/15/08 | -1,653.45 |
| Sep 19 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 20.71 |
| Sep 23 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 19.35 |
| Sep 24 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 17.31 |
| Sep 25 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 13.71 |

continued next page

CP22000100316299 P22000021665 00003 0908X1234 9538471 0 LV RH

**⁂ UBS**

## Account activity this month (continued)

| Money balance activities (continued) | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| | Sep 29 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 2,215.26 |
| | Sep 30 | | **Closing UBS Bank USA Deposit Account** | **$74,199.27** |

The UBS Bank USA Deposit Account is your primary sweep option.

## Realized gains and losses

The estimated realized gains and losses shown below are not for tax purposes. To calculate gains and losses, we liquidate the oldest security lot first. This is known as the first-in, first-out or FIFO accounting method. We use this method unless you specified which tax lot to close when you placed your order. This is known as a versus purchases or VSP order. See important information about your statement on the last page of this statement for more information. We may not adjust gains and losses for all capital changes. We do not calculate gains and losses for zero coupon securities. We automatically adjust cost basis for tax-exempt and AMT eligible coupon municipal securities for estimated amortization of bond premiums. Estimates in the Undassified section can not be classified as short term or long term because information is missing, or the product is one in which the gain/loss calculation is not provided.

### Short-term capital gains and losses

| Security description | Method | Quantity or face value ($) | Purchase date | Sale date | Sale amount ($) | Purchase amount ($) | Loss ($) | Gain ($) | Net gain or loss ($) |
|---|---|---|---|---|---|---|---|---|---|
| PEABODY ENERGY CORP | FIFO | 300.000 | Sep 02, 08 | Sep 09, 08 | 13,450.05 | 17,561.49 | -4,111.44 | | |
| UNTD BANKSHARES INC PARKERSBURG WEST VIRG | FIFO | 500.000 | Oct 18, 07 | Sep 25, 08 | 16,812.77 | 14,327.64 | | 2,485.13 | |
| **Total** | | | | | **$30,262.82** | **$31,889.13** | **-$4,111.44** | **$2,485.13** | **-$1,626.31** |

### Long-term capital gains and losses

| Security description | Method | Quantity or face value ($) | Purchase date | Sale date | Sale amount ($) | Purchase amount ($) | Loss ($) | Gain ($) | Net gain or loss ($) |
|---|---|---|---|---|---|---|---|---|---|
| COVIDIEN LTD | FIFO | 74.000 | Jun 03, 02 | Sep 25, 08 | 4,013.86 | 1,566.79 | | 2,447.07 | |
| | FIFO | 3.000 | Aug 02, 06 | Sep 25, 08 | 162.72 | 7.63 | | 155.09 | |
| JPMORGAN CHASE & CO | FIFO | 500.000 | Sep 15, 06 | Sep 25, 08 | 21,627.62 | 23,475.01 | -1,847.39 | | ¹ |
| MANULIFE FINANCIAL CORP | FIFO | 300.000 | Apr 29, 04 | Sep 25, 08 | 11,096.18 | 5,250.00 | | 5,846.18 | ¹ |
| QUALCOMM INC | FIFO | 100.000 | May 22, 07 | Sep 25, 08 | 4,608.72 | 4,718.53 | -109.81 | | |
| SYSCO CORP | FIFO | 200.000 | May 03, 06 | Sep 25, 08 | 6,611.31 | 5,943.09 | | 668.22 | |
| TYCO ELECTRONICS LTD | FIFO | 74.000 | Jun 03, 02 | Sep 25, 08 | 2,028.96 | 1,442.44 | | 586.52 | ¹ |
| | FIFO | 3.000 | Aug 02, 06 | Sep 25, 08 | 82.25 | 7.02 | | 75.23 | |
| TYCO INTL LTD BERMUDA NEW | FIFO | 3.000 | Earnings | Sep 25, 08 | 111.78 | 9.37 | | 102.41 | |
| | FIFO | 74.000 | Jun 03, 02 | Sep 25, 08 | 2,757.36 | 1,925.55 | | 831.81 | ¹ |
| **Total** | | | | | **$53,100.76** | **$44,345.43** | **-$1,957.20** | **$10,712.53** | **$8,755.33** |
| **Net capital gains/losses:** | | | | | | | | | **$7,129.02** |

¹ indicates cost basis information has been provided by a source other than UBS Financial Services.

# Important information about your statement (continued)

transferred to the Firm during the statement period are listed at market value as of the end of the statement period. In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services Inc. has relied on information obtained from sources other than UBS Financial Services Inc., including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services Inc. In addition, although UBS Financial Services Inc. generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, you should not rely on this information in making purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm will reflect gains/loss information only for the period of time they are held at the Firm. Please see historical information can be added by your Financial Advisor.

- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption may be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.

- **Certificates of Deposit (CDs).** CDs are FDIC insured up to $100,000. Principal and accrued interest per depositor and or depository institution, in accordance with FDIC rules.

- **Price/Value.** The closing prices and/or mean bid and ask prices of the last recorded transaction of all listed securities, options and OTC NASDAQ securities, when available. Less actively traded securities may be priced using a designated valuation model and may not reflect an actual market price or value. This information is obtained from third parties and its accuracy is not guaranteed. Restricted securities generally are not eligible for public sale. For certain securities trading in non-conforming denominations, pricing and/or quantity (face value) may have been adjusted to facilitate proper valuation. For purposes of this statement, the Firm uses the market prices of the unrestricted stock of the same issuer as an imputed value for the restricted stock. This imputed value may be substantially less than the actual prices received if the securities are resold or surrendered. All CD prices are derived using a computerized valuation model and therefore represent estimated market value. Values presented for insurance products are provided by the insurance company or sponsor (sources considered reliable). The accuracy is not guaranteed. Surrender charges may apply. Deposits or securities denominated in

currencies other than U.S. dollars are reflected at the exchange rate as of the statement date. Prices may or may not represent current or future market value. To obtain current quotations, when available, contact any Financial Advisor.

- **Private Investments and Structured Products.** Private investment securities and structured products generally are highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any states securities laws. We are providing estimated values for private investment securities and structured products for informational purposes only. These values may differ substantially from those, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value are as of a certain date and are supplied to UBS Financial Services Inc. by an independent valuation firm. Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values. Both third party and issuer, general partner or sponsor estimated values, where available, are displayed on a regular (monthly, quarterly, annual or semi-annual) basis. You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information which is the basis for the estimate by calling (800) 354-9103 from within the U.S. and (201) 272-7383. Third party estimated valued may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign any such value; when we become aware that a material event has occurred which may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security. In any instance where neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price. "Distributions to date" may include return of capital, income or both. "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.

- **Estimated income.** Estimates of annual income displayed are based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.

- **Current Yields and Rates.** An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance. This estimate is based on the last dividend or interest

payment made by the issuer and assumes the securities/deposits will be held for one year from the statement date or until maturity; accuracy and continued yield are not guaranteed. Information regarding current yields and rates payable on the available money market mutual funds (including bank deposits and money market mutual funds) can be viewed at www.ubs.com/sweepyield, or obtained by contacting your Financial Advisor or calling 1-800-762-1000.

- **Assets held by UBS Financial Services Inc.** Certain assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement for informational purposes only. Positions and values presented are provided by the issuing firm, and the Firm is not responsible for this information, nor guarantees its accuracy. These assets are not protected by the Firm's SIPC coverage.

- **Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients, we receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of mutual fund family; and (ii) the amount of mutual fund assets of that particular fund family held by our clients. We also provide networking fees in consideration for transfer agent services that we provide to the mutual funds. These payments are generally made by the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family. In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute. Our affiliates also receive compensation as insurance agents and other compensation from mutual funds and insurance companies whose products we distribute. We receive from UBS Bank USA a fee of up to .50% per annum of amounts deposited with UBS Bank USA under the bank deposit account sweep program.

- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges, nor security reorganization events. Unrealized gain/loss and investment lot and systematic purchase programs are each combined to display an averaged lot. The "Trade date" column shows the date the securities were bought.

## Activity

Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you on request.

**Open orders**

Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders that are below the stated price and orders with rights on ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely only on year-end tax forms, (i.e. form 1099, 5498, 1042s, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, and net proceeds on sale transactions.

## Foreign Transactions

American Express records transactions in foreign currencies into U.S. dollars. Unless a particular rate is required by applicable law, the conversion rate used by American Express is a wholesale interbank rate selected on the business day prior to the day on which the transactions are processed by American Express, increased by 1.5%. The currency conversion rate used on the conversion date may differ from the rate in effect on the date you used your UBS American Express Card.

If you are a UBS Select American Express Cardholder, and you use your UBS American Express Card or account to effect a transaction with a party located outside of the United States, the Card Issuer will charge a Foreign Country Transaction Fee of one-half of one percent (0.50%) of the U.S. dollar amount. The Card Issuer's foreign country transaction fee is based upon the conversion process discussed in the previous paragraph.

## Tax Withholding on Distributions from UBS Financial Services Inc. IRAs

Federal tax law requires UBS Financial Services Inc. to withhold income tax from your taxable IRA distribution(s), but you may elect NOT to have income tax withheld or instead you may elect to have tax withheld at a rate or in a fixed amount as you choose. Your election will remain in effect until revoked by you. You may revoke your election at any time by making a new election. If you do not have enough income tax withheld from your distribution(s), you may be responsible for the payment of estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to your tax obligation.

**UBS Financial Services Inc.**                    Rev  09/07

# Important information about your statement

UBS Financial Services Inc. (the "Firm" or "UBS Financial Services"), member of all principal security, commodity and options exchanges. Executive offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your UBS Financial Services Inc. account. Other records, except official tax documents, containing conflicting information may not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account. **Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If the financial institution on the top left of the front of this statement is not UBS Financial Services Inc., UBS Financial Services Inc. is carrying your account as clearing broker by arrangement with the indicated institution, which you were informed of when you opened this account, and which has been identified to you at UBS Financial Services Inc. and not the introducing broker. In these cases, a report must be made to both firms.** All account statements shall be deemed complete and accurate if not objected to in writing within 60 days of the statement postmark.

**Customer complaints or inquiries may be directed to the Firm's Client Relations Department at 800-354-9103 from 8:00 AM to 6:00 PM ET, Monday through Friday.** In case of errors or questions about an electronic funds transfer (EFT), bill payment, MasterCard transaction or a UBS American Express Card transaction, call 800-762-1000, or write to UBS Financial Services Inc. 1000 Harbor Blvd, 5th floor Weehawken, NJ 07086 Attn: RMA/BSA Services.

All checks should be made payable to the Firm, or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases, and charges for unpaid amounts in cash accounts. Accounts transferring to other institutions may be subject to a transfer fee.

## UBS Bank Deposits
Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, maintains control over the deposit accounts established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $100,000 per depositor, in accordance with FDIC rules. Further information regarding current yields on the Bank deposits, and important disclosures regarding the Deposit Account Sweep Program and alternatives to that Program, are available at www.ubs.com/sweepyields. More information regarding FDIC insurance is available upon request, or by visiting the FDIC web site at www.FDIC.gov. Deposits at the Bank are not guaranteed by the Firm or any affiliate of the Firm, and are not protected by SIPC (see "UBS Financial Services Inc. Account Protection" below).

## UBS Financial Services Inc. Account protection
The Firm is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account(s) at the Firm for up to $500,000, including $100,000 for free cash balances at the Firm in the unlikely event that the Firm fails financially. The SIPC protection described herein does not apply to you hold in a particular capacity. For example, if you have two accounts at the Firm where you are the sole account holder and a third account where you are a joint account holder, the two accounts are protected separately for up to a combined $500,000 (not $500,000 each), and the joint account is protected under SIPC separately for $500,000. The Firm, together with certain affiliates, has also purchased additional protection. The maximum amount payable under the policy is $600 million. Subject to this policy limit, cash at the Firm is protected up to $1 million in the aggregate for any accounts held in a particular capacity at UBS Financial Services Inc. The SIPC protection and the supplemental protection both do not apply to (a) certain financial assets controlled by (and/or obligations of anyone or an entity issued) from UBS Financial Services Inc. (e.g., certain (i) cash at UBS Bank USA (see "UBS Bank Deposits", above), (ii) insurance products, including variable annuities, and (iii) shares of mutual funds where such shares are registered in the name of the account holder or transfer agent; (b) certain investment contracts or investment interests (e.g. limited partnerships and private placements) that are not registered under the Securities Act of 1933 and/or commodities contracts (e.g., foreign exchange and precious metals contracts), including futures contracts and commodity option contracts. The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise). More information is available upon request. You may obtain more information about SIPC at (202) 371-8300 or by visiting the web site at www.sipc.org. UBS Financial Services Inc. is not a bank. Unless otherwise disclosed, securities and other investments held through UBS Financial Services Inc. ARE NOT FDIC-INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

## International Deposit Account ("IDA")
IDA is an interest-bearing account maintained by UBS AG, UBS Financial Services Inc.'s parent company, at the Cayman Island Branch where the uninvested cash in the client's International Resource Management Account ("IRMA") is automatically "swept" or invested on a daily basis. These automatic deposits made into the IDA are not guaranteed by UBS Financial Services Inc., nor are they insured by FDIC.

## Dividend Reinvestment Program ("DRIP")
The price reflected is an average price and the actual price may be obtained from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash credited to your account. There may be a small difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the partial shares are sold.

## Cash-in-lieu
Only whole shares may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell whole units at market price or accept an amount determined by a registered clearing agency, and credit your account in cash.

## Investment objectives
The investment objectives you select reflect the overall goals you have for this account and apply to the whole account, not to specific investments within the account. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one which ranks highest in preference, as applicable, secondary risk profile. The following lists the alternatives.

## Return objectives
*Current Income* - Investments seeking generation of income.
*Capital Appreciation* - Investments seeking growth of principal rather than generation of income.
*Current Income and Capital Appreciation* - Investments seeking both generation of income and growth of principal.

## Risk profiles
*Conservative* - Seeks securities most likely to preserve principal with low risk.
*Moderate* - Seeks greater potential returns; willing to accept higher risk of loss of principal.
*Aggressive/Speculative* - Seeks greater potential for significant appreciation; willing to accept high degree of risk of loss of principal.

## Statement "Householding"
As a convenience to you, in some instances we may consolidate all related account statements with the same address in the same envelope. Accounts may be related for this purpose because they have owners who also maintain joint account relationships with other clients at the same address. This practice is known as "householding." If you do not wish to have all of your statements bundled together that is, you prefer to receive individual statements mailed in separate envelopes you may decline householding by calling your Financial Advisor at the toll-free number listed on your account statements.

## Friendly account name
The Friendly account name reflects information that you provided to us on the Firm's online services website. It is customizable "nickname" chosen by you to assist you with your recordkeeping processes. It has no legal effect and does not impact the official legal status of your account. Your Financial Advisor does have access to your Friendly account name. If you would like to change any of your Friendly account names, please contact your Financial Advisor or access your account information online.

## Account overview
• **Value of your account/portfolio.** Net of assets and liabilities
• **Assets.** Includes uninvested cash, money balances, margin loans, credit line, short account balances, Deposits, unrealized marks to market and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, nor private investments, credit balances in your account are not segregated from other cash balances and the Firm may use any such funds in the ordinary course of its business.
• **Liabilities.** Includes debit balances, outstanding margin loans, credit line, short account balances.
• **Cash/Money balances.** Total of uninvested cash credit balance plus money fund money market fund sweep options and UBS Bank deposit balances at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other cash balances and the Firm may use any such funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.

## Loan summary
For detailed information on the Firm's truth in lending practices, refer to the Firm's Statement of Credit Practices. The Firm reserves the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements.

## Your assets
Itemizes securities/assets (grouped by category) held in the account at the end of the statement period. You may act for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities

 UBS

Your notes

CPZ200010002272972 PZZ000021915 00002 0208X12 9538471 0 LV RH
End of statement for account number LV 08409 RH

# UBS

## Resource Management Account
February 2008

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

## Account activity this month (continued)

### Money balance activities

| Date | Activity | Description | Amount ($) |
|------|----------|-------------|-----------:|
| Jan 31 | **Balance forward** | | $129,420.36 |
| Feb 4 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 11.55 |
| Feb 5 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 10.78 |
| Feb 6 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 42.55 |
| Feb 7 | Deposit | UBS BANK USA DEPOSIT ACCOUNT AS OF 02/06/08 | 220.60 |
| Feb 12 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 12.32 |
| Feb 13 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 85.13 |
| Feb 19 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT AS OF 02/15/08 | -922.86 |
| Feb 20 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 40.16 |
| Feb 27 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 54,964.75 |
| Feb 29 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT | -48,809.45 |
| Feb 29 | **Closing UBS Bank USA Deposit Account** | | **$135,075.89** |

The UBS Bank USA Deposit Account is your primary sweep option.

# ❊ UBS

## Account activity this month (continued)

**Resource Card Items for your Attention:**
New! Unlimited, Automatic ATM Fee Reimbursements. When you use your UBS American Express Card or UBS Visa Signature credit card with CashConnect to get cash from ATMs around the world, you'll be reimbursed for your ATM fees, up to $3.00 per transaction, for an unlimited number of transactions.

| | Credit line | Available balance | Outstanding balance | Minimum payment | Payment due date |
|---|---|---|---|---|---|
| **UBS Visa Signature credit card summary** | $20,000.00 | $15,429.92 | $4,570.08 | $46.00 | Mar 17, 2008 |

We provide this information on your UBS Visa Signature credit cards solely as a courtesy to you. The UBS Visa Signature credit card and account are issued by Barclays Bank Delaware. Barclays Bank Delaware sends you the official statement for this account and you should make your payment according to their instructions.

We do not include your card balance in your total account value.

| | Date | Activity | Description | | | | Amount ($) |
|---|---|---|---|---|---|---|---|
| **Fees** | Feb 26 | Fee Charge | RMA SERVICES FEE | | | | -150.00 |
| | **Total Resource Management Account fees** | | | | | | **-$150.00** |

| | Date | Activity | Description | | | | Amount ($) |
|---|---|---|---|---|---|---|---|
| **Other funds debited** | Feb 15 | Visa Payment | UBS VISA SIGNATURE CREDIT CARD VISA PAYMENT | | | | -1,451.51 |
| | **Total other funds debited** | | | | | | **-$1,451.51** |

## Security transactions

For more information about the price/value shown for restricted securities, see *Important information about your statement* on the last two pages.

| Date | Activity | Description | Quantity | Value ($) | Price ($) | Proceeds from securities transactions ($) | Funds withdrawn for securities bought ($) | Accrued interest ($) |
|---|---|---|---|---|---|---|---|---|
| Feb 12 | Reinvestment | JPMORGAN CHASE & CO AT 47.519400 REINVEST PRICE ON 02/12/08 EXECUTION CAPACITY: AGENT AS OF 01/31/08 | 7,000 | | | | -332.64 | |
| Feb 28 | Sold | CALL ANADARKO PETROLEUM DUE 04 08 70 UNSOLICITED OPEN CUST CVRD | -10.000 | | 1.30 | 1,190.55 | | |
| Feb 29 | Bought | L8 100% PPN-ABS RTN BAR RUSSELL 2000 08/31/2009 RETURN VARIES WITH INDEX | 5,000.000 | | 10.0000000 | | -50,000.00 | |
| **Total** | | | | | | **$1,190.55** | **-$50,332.64** | |

## UBS

Resource Management Account
February 2008

| Account name: | ROBERT MAYHORN |
| Friendly account name: | Bob and Sherry |
| Account number: | LV 08409 RH |

Your Financial Advisor:
RYAN HAINER
502-420-7600/800-222-1448

## Your assets › **Your total assets** (continued)

| | Value on Feb 29 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Total fixed income** | 121,150.00 | 17.84% | 125,000.00 | 1,813.00 | -3,850.00 |
| **Total** | **$678,931.48** | **100.00%** | **$605,764.08** | **$16,317.00** | **$56,042.40** |

\* Missing cost basis information.

## Account activity this month

### Deposits and other funds credited

| Date | Activity | Description | | | | Amount ($) |
|---|---|---|---|---|---|---|
| Feb 25 | Deposit | NON-LOCAL CHECK | | | | 55,000.00 |
| **Total deposits and other funds credited** | | | | | | **$55,000.00** |

### Dividend and interest income

| Date | Activity | Description | | | | Amount ($) |
|---|---|---|---|---|---|---|
| *Taxable dividends* | | | | | | |
| Feb 1 | Foreign Dividend | TYCO INTL LTD BERMUDA NEW PAID ON | 77 | | | 11.55 |
| Feb 4 | Foreign Dividend | TYCO ELECTRONICS LTD | | | | 10.78 |
| Feb 11 | Foreign Dividend | COVIDIEN LTD PAID ON | 77 | | | 12.32 |
| Feb 12 | Dividend | JPMORGAN CHASE & CO AS OF 01/31/08 | | | | 380.00 |
| Feb 15 | Interest | FIFTH THIRD CAP TRUST VI 7.25% DUE 11/15/2067 CALLABLE PAID ON 1000 | | | | 528.65 |
| **Total taxable dividends** | | | | | | **$943.30** |
| *Taxable interest* | | | | | | |
| Feb 7 | Interest | UBS BANK USA DEPOSIT ACCOUNT AS OF 02/06/08 | | | | 220.60 |
| **Total taxable interest** | | | | | | **$220.60** |
| *Tax-exempt interest* | | | | | | |
| Feb 5 | Interest | WEST VA HOSP FIN AU RFDG 06-B AMBAC B/E   /R/4.45 060141 DTD 060806 AMBAC VARIABLE RATE PAID ON   50000 | | | | 42.55 |
| Feb 12 | Interest | WEST VA HOSP FIN AU RFDG 06-B AMBAC B/E   /R/4.2 060141 DTD 060806 AMBAC VARIABLE RATE PAID ON   50000 | | | | 37.77 |
| Feb 19 | Interest | WEST VA HOSP FIN AU RFDG 06-B AMBAC B/E   /R/12 DUE 060141 DTD 060806 AMBAC VARIABLE RATE PAID ON   50000 | | | | 40.16 |
| Feb 26 | Interest | WEST VA HOSP FIN AU RFDG 06-B AMBAC B/E   /R/12 DUE 060141 DTD 060806 AMBAC VARIABLE RATE PAID ON   50000 | | | | 114.75 |
| **Total tax-exempt interest** | | | | | | **$235.23** |
| **Total dividend and interest income** | | | | | | **$1,399.13** |

**UBS**

Your assets (continued)

## Fixed income

### Preferred securities

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| FIFTH THIRD CAP TRUST VI 7.25% DUE 11/15/2067 CALLABLE Symbol: FTBPR8 Exchange: OTC EAI: $1,813 Current yield: 7.57% | Oct 25, 07 | 1,000.000 | 25.000 | 25,000.00 | 23.950 | 23,950.00 | -1,050.00 | ST |

### Structured products

Structured products generally are highly illiquid. Prices are estimated values obtained from third parties, issuers, general partners or sponsors. Actual market value may vary and thus gains/losses may not be accurately reflected. See *Important information about your statement* for more details.

| Holding | Trade date | Quantity | Purchase price per share($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| LB 100% PPN-ABS RTN BAR RUSSELL 2000 08/31/2009 Symbol: PMXTH Exchange: OTC | Feb 26, 08 | 5,000.000 | 10.000 | 50,000.00 | 10.000 | 50,000.00 | | ST |
| BC 100% PPN GLOBAL INDEX BASKET 9/30/2013 Symbol: CIRTH Exchange: OTC | Nov 27, 07 | 5,000.000 | 10.000 | 50,000.00 | 9.440 | 47,200.00 | -2,800.00 | ST |
| **Total** | | | | **$100,000.00** | | **$97,200.00** | **-$2,800.00** | |

## Your total assets

| | | Value on Feb 29 ($) | Cost basis ($) | Percentage of your account | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | **Cash and money balances** | 135,075.89 | 135,075.89 | 19.90% | 6,000.00 | |
| **Cash alternatives** | **Municipal securities** | 50,000.00 | 50,000.00 | 7.36% | 6,000.00 | |
| **Equities** | Common stock | 356,730.59 | 296,878.74 | | 8,504.00 | 59,851.85 |
| | Short options | -1,150.00 | -1,190.55 | | | 40.55 |
| | * Other equity investments | 17,125.00 | | | | |
| | **Total equities** | 372,705.59 | 295,688.19 | 54.90% | 8,504.00 | 59,892.40 |
| **Fixed income** | Preferred securities | 23,950.00 | 25,000.00 | | 1,813.00 | -1,050.00 |
| | Structured products | 97,200.00 | 100,000.00 | | | -2,800.00 |

continued next page

# UBS

## Resource Management Account
### February 2008

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

## Your assets › Equities (continued)

### Short options

| Holding | Trade date | Number of contracts | Sale price per contract ($) | Sale proceeds ($) | Price per contract on Feb 29 ($) | Contract premium ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| CALL ANADARKO PETROLEUM | | | | | | | | | |
| APRIL 2008 70.000 | | | | | | | | | |
| Expires: Apr 08 | | | | | | | | | |
| Symbol: APCDN Exchange: AMEX | Feb 27, 08 | -10.000 | 1.300 | -1,190.55 | 115.000 | 1.150 | -1,150.00 | 40.55 | ST |

### Other equity investments

Cost basis and gains and losses have not been adjusted automatically for return of capital payments.
Restricted security values are estimated for informational purposes. See *Important information about your statement* on the last two pages for additional information.

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| UNTS ENERGY SERVICES | | | | | | | | |
| ACQUISITION CORP | | | | | | | | |
| 1SHR COM & 2 WTS 2011 | | | | | | | | |
| Symbol: ESAU Exchange: AMEX | | 2,500.000 | —This information was unavailable— | | 6.850 | 17,125.00 | | |

### Research recommendations

UBS Wealth Management Research is written by UBS Global Management & Business Banking, and UBS Investment Bank. Both UBS research providers, which are separate and independent, employ their own ratings systems and methodologies, and may publish research views that are inconsistent with each other. For more information about each research source and ratings definitions, please go to UBS Online Services or ask your Financial Advisor. Independent third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them. Where UBS has dropped coverage, independent research is available. Where UBS has dropped coverage on a company, ratings are as of the date coverage was dropped. Independent research

will continue to be available for 18 months after UBS dropped coverage. Please consult the independent research website for the most current rating information.

§ Indicates that the rating for this stock may have been placed Under Review by the Wealth Management Research or Investment Research analyst, or may have an exception to the core rating bands by Investment Research.

+ Indicates that the recommendation has been suspended due to either a restriction or pending review by the analyst.

**❀ UBS**

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Security total | Earnings | 3.000 | 27.906 | 83.72 | | 28.060 | 84.18 | 0.46 | |
| | | 503.000 | | 14,941.44 | BUY | | 14,114.18 | -827.26 | |
| RESEARCH RECOMMENDATIONS: | UBS INVESTMENT RESEARCH: | | | | BUY | | | | |
| | THESTREET.COM RATINGS | | | | | | | | |
| **TYCO ELECTRONICS LTD** | | | | | | | | | |
| Symbol: TEL Exchange: NYSE | | | | | | | | | |
| EAI: $43 Current yield: 1.70% | Jun 3, 02 | 74.000 | 19.492 | 1,442.44 | | 32.900 | 2,434.60 | 992.16 | LT |
| | Aug 2, 06 | 3.000 | 2.340 | 7.02 | | 32.900 | 98.70 | 91.68 | LT |
| Security total | | 77.000 | | 1,449.46 | HOLD | | 2,533.30 | 1,083.84 | |
| RESEARCH RECOMMENDATIONS: | SABRIENT SYSTEMS | | | | BUY | | | | |
| | BOE SECURITIES | | | | | | | | |
| **TYCO INTL LTD BERMUDA NEW** | | | | | | | | | |
| Symbol: TYC Exchange: NYSE | | | | | | | | | |
| EAI: $46 Current yield: 1.49% | Jun 3, 02 | 74.000 | 26.020 | 1,925.55 | | 40.060 | 2,964.44 | 1,038.89 | LT |
| | Earnings | 3.000 | 3.123 | 9.37 | | 40.060 | 120.18 | 110.81 | |
| Security total | | 77.000 | | 1,934.92 | RATINGS EXCEPTION + | | 3,084.62 | 1,149.70 | |
| RESEARCH RECOMMENDATIONS: | UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | BUY | | | | |
| | UBS INVESTMENT RESEARCH: | | | | HOLD | | | | |
| | ARGUS FUNDAMENTAL | | | | | | | | |
| **UNTD BANKSHARES INC** | | | | | | | | | |
| PARKERSBURG WEST VIRG | | | | | | | | | |
| Symbol: UBSI Exchange: OTC | | | | | | | | | |
| EAI: $1,172 Current yield: 4.42% | Oct 18, 07 | 1,000.000 | 28.489 | 28,655.29 | | 26.270 | 26,270.00 | -2,385.29 | ST |
| | Earnings | 10.000 | 28.300 | 283.00 | | 26.270 | 262.70 | -20.30 | |
| Security total | | 1,010.000 | | 28,938.29 | | | 26,532.70 | -2,405.59 | |
| **VEOLIA ENVIRONNEMENT SPON ADR** | | | | | | | | | |
| Symbol: VE Exchange: NYSE | | | | | | | | | |
| EAI: $120 Current yield: 1.35% | May 22, 07 | 100.000 | 82.737 | 8,389.91 | | 89.050 | 8,905.00 | 515.09 | ST |
| RESEARCH RECOMMENDATIONS: | UBS INVESTMENT RESEARCH: | | | | SELL | | | | |
| | THOMAS WHITE INT'L | | | | BUY | | | | |
| **Total** | | | | **$296,878.74** | | | **$356,730.59** | **$59,851.85** | |

**Total estimated annual income: $8,504**

¹ Indicates cost basis information has been provided by a source other than UBS Financial Services.

**UBS**

# Resource Management Account
## February 2008

**Account name:** ROBERT MAYHORN
**Friendly account name:** Bob and Sherry
**Account number:** LV 08409 RH

**Your Financial Advisor:**
RYAN/HAINER
502-420-7600/800-222-1448

Holding period

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| **INTL COAL GROUP INC**<br>Symbol: ICO  Exchange: NYSE<br>EAI: $584  Current yield: 2.49%<br>RESEARCH RECOMMENDATIONS: | Apr 19, 06 | 2,000.000 | 10.292 | 20,585.35[1] | 6.220<br>*BUY*<br>*BUY* | 12,440.00 | -8,145.35 | LT |
| UBS INVESTMENT RESEARCH:<br>SABRIENT SYSTEMS | | | | | | | | |
| **JPMORGAN CHASE & CO**<br>Symbol: JPM  Exchange: NYSE<br>EAI: $1,531  Current yield: 3.74% | Sep 15, 06<br>Earnings | 1,000.000<br>7.000 | 46.950<br>47.520 | 46,950.01[1]<br>332.64 | 40.650<br>40.650 | 40,650.00<br>284.55 | -6,300.01<br>-48.09 | LT |
| Security total | | 1,007.000 | | 47,282.65 | | 40,934.55 | -6,348.10 | |
| RESEARCH RECOMMENDATIONS: | | | | *HOLD / OUTPERFORM* | | | | |
| UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | *NEUTRAL* | | | | |
| UBS INVESTMENT RESEARCH:<br>NAB RESEARCH | | | | *BUY* | | | | |
| BOYAR'S ALT VIEWPOINT | | | | *BUY* | | | | |
| **MANULIFE FINANCIAL CORP**<br>Symbol: MFC  Exchange: NYSE<br>EAI: $584  Current yield: 2.49% | Apr 29, 04<br>Earnings | 604.000<br>3.000 | 17.500<br>40.793 | 10,570.00[1]<br>122.38 | 38.710<br>38.710 | 23,380.84<br>116.13 | 12,810.84<br>-6.25 | LT |
| Security total | | 607.000 | | 10,692.38 | | 23,496.97 | 12,804.59 | |
| RESEARCH RECOMMENDATIONS: | | | | *BUY RATINGS EXCEPTION $* | | | | |
| UBS INVESTMENT RESEARCH:<br>ARGUS FUNDAMENTAL | | | | *HOLD* | | | | |
| **QUALCOMM INC**<br>Symbol: QCOM  Exchange: OTC<br>EAI: $112  Current yield: 1.32% | May 22, 07 | 200.000 | 46.500 | 9,437.05 | 42.389 | 8,477.80 | -959.25 | ST |
| RESEARCH RECOMMENDATIONS: | | | | *HOLD / OUTPERFORM* | | | | |
| UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | *BUY* | | | | |
| UBS INVESTMENT RESEARCH:<br>ARGUS FUNDAMENTAL | | | | *BUY* | | | | |
| **SPECTRA ENERGY CORP**<br>Symbol: SE  Exchange: NYSE<br>EAI: $696  Current yield: 3.98% | Sep 28, 04<br>Earnings | 750.000<br>6.000 | 26.000<br>24.723 | 19,500.00[1]<br>148.34 | 23.110<br>23.110 | 17,332.50<br>138.66 | -2,167.50<br>-9.68 | LT |
| Security total | | 756.000 | | 19,648.34 | | 17,471.16 | -2,177.18 | |
| **SYSCO CORP**<br>Symbol: SYY  Exchange: NYSE<br>EAI: $443  Current yield: 3.14% | May 3, 06 | 500.000 | 29.715 | 14,857.72[1] | 28.060 | 14,030.00 | -827.72<br>*continued next page* | LT |



## Your assets (continued)

### Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price per share ($) | Cost basis ($) | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| **AMER ELECTRIC POWER CO**<br>Symbol: AEP  Exchange: NYSE<br>EAI: $1,653  Current yield: 4.01% | | | | | | | | |
| | Sep 15, 06 | 1,000.000 | 36.489 | 36,489.87¹ | 40.920 | 40,920.00 | 4,430.13 | LT |
| | Earnings | 8.000 | 49.490 | 395.92 | 40.920 | 327.36 | -68.56 | |
| Security total | | 1,008.000 | | 36,885.79 | | 41,247.36 | 4,361.57 | |
| RESEARCH RECOMMENDATIONS: | UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | HOLD / OUTPERFORM | | | |
| | UBS INVESTMENT RESEARCH: | | | | NEUTRAL RATINGS EXCEPTION $ | | | |
| | ARGUS FUNDAMENTAL | | | | BUY | | | |
| **ANADARKO PETROLEUM CORP**<br>Symbol: APC  Exchange: NYSE<br>EAI: $721  Current yield: 0.57% | | | | | | | | |
| | Sep 28, 04 | 1,000.000 | 33.405 | 33,405.01¹ | 63.740 | 63,740.00 | 30,334.99 | LT |
| | Sep 28, 04 | 240.000 | 33.405 | 8,017.20¹ | 63.740 | 15,297.60 | 7,280.40 | LT |
| | Aug 23, 05 | 760.000 | 43.981 | 33,425.95¹ | 63.740 | 48,442.40 | 15,016.45 | LT |
| | Earnings | 2.000 | 66.570 | 133.14 | 63.740 | 127.48 | -5.66 | |
| Security total | | 2,002.000 | | 74,981.30 | | 127,607.48 | 52,626.18 | |
| RESEARCH RECOMMENDATIONS: | UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | HOLD / MARKET PERFORM | | | |
| | UBS INVESTMENT RESEARCH: | | | | BUY | | | |
| | MCDEP ASSOCIATES | | | | BUY | | | |
| **COVIDIEN LTD**<br>Symbol: COV  Exchange: NYSE<br>EAI: $49  Current yield: 1.49% | | | | | | | | |
| | Jun 3, 02 | 74.000 | 21.172 | 1,566.79 | 42.790 | 3,166.46 | 1,599.67 | LT |
| | Aug 2, 06 | 3.000 | 2.543 | 7.63 | 42.790 | 128.37 | 120.74 | LT |
| Security total | | 77.000 | | 1,574.42 | | 3,294.83 | 1,720.41 | |
| **DUKE ENERGY HOLDING CORP NEW**<br>Symbol: DUK  Exchange: NYSE<br>EAI: $1,334  Current yield: 5.02% | | | | | | | | |
| | Sep 28, 04 | 1,500.000 | 13.208 | 19,812.60¹ | 17.540 | 26,310.00 | 6,497.40 | LT |
| | Earnings | 16.000 | 20.302 | 324.84 | 17.540 | 280.64 | -44.20 | |
| Security total | | 1,516.000 | | 20,137.44 | | 26,590.64 | 6,453.20 | |
| RESEARCH RECOMMENDATIONS: | UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/ RELATIVE RANKING): | | | | HOLD / MARKET PERFORM | | | |
| | UBS INVESTMENT RESEARCH: | | | | NEUTRAL RATINGS EXCEPTION $ | | | |
| | ARGUS FUNDAMENTAL | | | | BUY | | | |

continued next page

# UBS

## Resource Management Account
### February 2008

| | |
|---|---|
| **Account name:** | ROBERT MAYHORN |
| **Friendly account name:** | Bob and Sherry |
| **Account number:** | LV 08409 RH |

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. Gains and losses for zero-coupon investments are not shown. See *Important information about your statement* on the last two pages of this statement for more information.

## Cash

### Cash and money balances

UBS Bank USA deposit account balances are included in the Cash and money balances value, are insured by the FDIC within applicable limits, but are not protected by SIPC. See the *Important information about your statement* on the last two pages of this statement for details about those balances.

| Holding | Opening balance on Feb 1 ($) | Closing balance on Feb 29 ($) |
|---|---|---|
| UBS BANK USA DEP ACCT | 129,420.36 | 135,075.89 |

## Cash alternatives

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gain/losses may not be accurately reflected. We have not calculated gains and losses for zero coupon municipal securities because the cost basis of these securities has not been automatically adjusted for accrued original-issue discount. The cost basis for tax-exempt and AMT eligible coupon municipal securities has been automatically adjusted for estimated bond premium amortization to date.

| Holding | Trade date | Total face value at maturity ($) | Adjusted purchase price ($) | Adjusted cost basis ($) | Price on Feb 29 ($) | Interest period | Average interest rate | Price per share on Feb 29 ($) | Value on Feb 29 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEST VA HOSP FIN AU RFDG 06-B AMBAC B/E  /RV VARIABLE RATE RATE 12.000% MATURES 06/01/41 CALLABLE 04/01/08 @ Moody: Aaa  S&P: AAA EAI: $6,000 Current yield: 12.00% | Dec 13, 07 | 50,000.000 | 100.000 | 50,000.00 | 100.000 | | | | 50,000.00 | | | ST |

# ❄ UBS

# Cash activity summary

See the section *Account activity this month* for details. UBS Bank USA deposit account balances are included in the *opening and closing balances* value, are insured by the FDIC within applicable limits, but are not protected by SIPC. See *Important information about your statement* on the last two pages of this statement for details about those balances.

| | February 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$129,420.36** | **$79,883.45** |
| *Additions* | | |
| Deposits and other funds credited | 55,000.00 | 55,000.00 |
| Dividend and interest income | 1,399.13 | 2,429.87 |
| Proceeds from security transactions | 1,190.55 | 51,190.55 |
| *Total additions* | **$57,589.68** | **$108,620.42** |
| *Subtractions* | | |
| Resource Management Account fee | -150.00 | -150.00 |
| Other funds debited | -1,451.51 | -2,578.62 |
| Funds withdrawn for securities bought | -50,332.64 | -50,699.36 |
| *Total subtractions* | **-$51,934.15** | **-$53,427.98** |
| **Net cash flow** | **$5,655.53** | **$55,192.44** |
| **Closing balances** | **$135,075.89** | **$135,075.89** |

# UBS Bank USA Deposit Account APY

*Interest period Jan 8 - Feb 6*

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Jan 8 | $80,291.75 |
| Closing UBS Bank USA Deposit balance Feb 6 | $129,705.84 |
| Number of days in interest period | 30 |
| Average daily balance | $116,295.70 |
| Interest earned | $220.60 |
| Annual percentage yield earned | 2.33% |

# Your UBS Rewards Points

| | February 2008 | Year to date |
|---|---|---|
| **Opening balance** | **37,982** | **34,733** |
| Points earned | 2,775 | 6,024 |
| **Closing balance** | **40,757** | **40,757** |

CPZ20001000272962 PZ2000021915 0C002 0208X12 9538471 0 LV RH

# Resource Management Account

February 2008

**※ UBS**

UBS Financial Services Inc.
4801 OLYMPIA PARK PLAZA
SUITE 4000
LOUISVILLE, KY 40241-2098

CP22000272961 0208 X12 LV  0

**Your Financial Advisor:**
RYAN/HAINER
Phone: 502-420-7600/800-222-1448

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 131008409.

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* on the last two pages of this
statement.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary – Aggressive/Speculative
Secondary - Moderate

**Account name:** ROBERT MAYHORN
                SHERRY MAYHORN JTWROS
**Friendly account name:** Bob and Sherry
**Account number:** LV  08409 RH
**Universal ID:** 4375284100M

## Value of your account

|  | on January 31 ($) | on February 29 ($) |
|---|---|---|
| Your assets | 630,707.56 | 678,931.48 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$630,707.56** | **$678,931.48** |

## Change in the value of your account

|  | February 2008 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$630,707.56** | **$645,258.77** |
| Deposits, including securities transferred in | 55,000.00 | 55,000.00 |
| Withdrawals and fees, including securities transferred out | -1,601.51 | -2,728.62 |
| Dividend and interest income | 1,399.13 | 2,429.87 |
| Change in value of outside assets/accruals | 0.00 | -110.68 |
| Change in market value | -6,573.70 | -20,917.86 |
| **Closing account value** | **$678,931.48** | **$678,931.48** |

**Member SIPC**

CP22000100027296 1 P22000021915 00002 0208X12 9538471 0 LV RH          Page 5 of 26

# Important information about your statement (continued)

- **Certificates of Deposit (CDs).** CDs are FDIC insured up to $100,000 ($250,000 for some retirement accounts) in principal and accrued interest per depositor and per depository institution, in accordance with FDIC rules.

- **Price/Value.** The closing prices and/or mean bid and ask prices of the last recorded transaction of all listed securities, options and OTC NASDAQ securities, when available. Less actively traded securities may be priced using information from the last valuation and may not reflect an actual market price or value. This information is obtained from third parties and its accuracy is not guaranteed. Restricted securities generally are not eligible for public sale. For certain securities trading in the non-conforming denominations, pricing and/or quantity (face value) may have been adjusted to facilitate proper valuation. For purposes of this statement, the firm uses the market prices of the securities of the same issuer as an imputed value for the restricted stock. This imputed value may be substantially less than the actual prices received if these securities are resold or surrendered. All CD prices are derived using a computerized valuation model and therefore represent an estimated market value. Values presented for insurance products are provided by the insurance company or sponsor (sources considered reliable). The accuracy is not guaranteed. Surrender charges may apply. Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date. Prices may or may not represent current value. To obtain current quotations, when available, contact your Financial Advisor.

- **Private Investments and Structured Products.** Private investment securities and structured products are generally highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We are providing estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed. These values may differ substantially from: (i) any, in which case a private investment security or structured product may be sold and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value as of a certain date and are supplied to UBS Financial Services Inc. by an independent valuation firm. Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on information from that security. These third parties to derive their estimated values. Both third party and issuer, general partner or sponsor estimated values, where available, are generally updated on a regular (monthly, quarterly, annual or semi-annual) basis. You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information which is the basis for the estimate by calling (800) 320-9495 from within the U.S. please call collect at (201) 272-7383. Third party estimated valued may be reflected as "Not priced" in several situations: when an

independent valuation firm has not supplied or is unable to assign any such value, when you become aware that a material event has occurred which may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security. In any instance where neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price. "Distributions to date" may include return of capital, income or both. "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.

- **Est. (estimated) Income.** Estimate of annual income based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.

- **Current yields and Rates.** An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance. This estimate is based on the last dividend or interest payment made by the issuer and assumes that securities/deposits will be held for one year from the statement date or until maturity; accuracy and continued yield are not guaranteed. Information regarding current yields and rates payable on the available money market mutual funds can be viewed at www.ubs.com/moneyfunds or obtained by contacting your Financial Advisor or calling 1-800-762-1000.

- **Assets not held by the Firm** and not within the Firm's possession or control. Assets shown are not held by the Firm and not within the Firm's possession or control. These assets are displayed on the front of your statement, these assets are provided by the issuing firm, and the Firm is not responsible for this information, nor guarantees its accuracy. These assets are not protected by SIPC coverage.

- **Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds that we sell, we receive revenue sharing payments from certain distributors and/or advisors to mutual funds that we sell. These amounts are based on two different amounts may differ from one kind of new sale of the mutual funds of a particular fund family; and (ii) the amount of mutual fund assets of that particular fund family held by our clients. We also receive networking fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer or distribution of mutual funds of that fund family. In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we receive revenue sharing compensation from certain of the insurance companies underwriting the annuity contacts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute. Our affiliates also receive trading commissions and

other compensation from mutual funds and insurance companies whose products we distribute. We receive from UBS Bank USA a fee of up to 50% per annum of amounts deposited with UBS Bank USA under the bank deposit sweep program.

- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual securities lots. The transaction data for individual lots may or may not reflect commissions, charges, nor security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are also combined to display one averaged lot. The "Trade date" column shows the date the securities were traded.

**Activity**

Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you on request.

**Open orders**

Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders are reduced by the amount of dividends or rights on ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely on year-end tax forms (i.e. Form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, and net proceeds on sale transactions.

**Foreign Transactions**

American Express converts transactions in foreign currencies into U.S. dollars. Unless a particular rate is required by applicable law, the conversion rate used by American Express is a wholesale interbank rate selected on the business day prior to the day on which transactions are processed by American Express, which may vary from the rate in effect on the date you used your UBS American Express Card. If you are a UBS Select American Express Cardholder, and if you use your UBS American Express Card or account to effect a transaction with a party located outside of the United States, the Card Issuer will charge a Foreign Country Transaction Fee of one-half of one percent (0.50%) of the U.S. dollar amount. The Card Issuer's Foreign Country Transaction Fee is calculated after the conversion process discussed in the previous paragraph.

**Tax Withholding on Distributions from UBS Financial Services Inc. IRAs**

Federal tax law requires UBS Financial Services Inc. to withhold income tax from your taxable IRA distribution(s), but you may elect NOT to have income tax withheld or instead you may elect to have tax withheld at a rate or in a fixed amount as you choose. Your election

will remain in effect until revoked by you. You may revoke your election at any time by making a new election. If you do not have enough income tax withheld from your distributions, you may be responsible for the payment of estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to your tax obligation.

**UBS Financial Services Inc.**

Rev    8/08

# Important information about your statement

This statement represents the only official record of your account. It is the "Firm" or "UBS Financial Services"), member of all principal security, commodity and options exchanges. Executive offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your account. Other records, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account. Any oral communications regarding inaccuracy or error with the indicated institution, which you were informed of when you opened this account, and your funds and securities are located at UBS Financial Services Inc. and not the introducing broker. In the event your account is carried to both firms, or in certain affiliates, shall be deemed complete and accurate if not objected to in writing within 60 days of the statement postmark.

Customer complaints or inquiries may be directed to the Firm's Client Relations Department at 800-354-9103 A.M. to 5:00 P.M. ET Monday through Friday. In case of errors or questions about an electronic funds transfer (EFT), bill payment, MasterCard transaction or a UBS American Express Card transaction, call 800-762-1000 or write to UBS Financial Services Inc., 1000 Harbor Blvd, 5th floor Weehawken, NJ 07086 Attn: RMA/RSA Services.

All checks should be made payable to the Firm, or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases, and charges for unpaid amounts from the sale of securities or referring to other institutions may be subject to a transfer fee.

**UBS Bank Deposits**
Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, will transfer cash balances. There is an established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $100,000 per depositor ($250,000 per depositor for certain retirement accounts), in accordance with FDIC rules. Further information regarding current yields on the Bank deposits, and important disclosures regarding the Deposit Account Sweep Program and alternatives to that Program, are available at www.ubs.com/sweepyields. More information regarding FDIC insurance is available upon request, or by visiting the FDIC website at www.FDIC.gov. Deposits at the Bank are not guaranteed by the Firm or any affiliate of the

Firm, and are not protected by SIPC (see "UBS Financial Services Inc. Account Protection" below).

**UBS Financial Services Inc. Account Protection**
The Firm is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account at the Firm for up to $500,000, including $100,000 for free cash balances at the Firm in the unlikely event that the Firm fails financially. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity. For example, if you have two accounts of two different types where you are the sole holder, and a third account where you are a joint account holder, the two accounts are protected under SIPC up to a combined $500,000 (not $500,000 each), and the joint account is protected under SIPC separately up to $500,000. The Firm, together with certain affiliates, has also purchased supplemental protection. The maximum amount payable under the policy's $500 million. Subject to this policy, cash at the Firm is further protected for up to $1.9 million in the aggregate for all your accounts held in a particular capacity at UBS Financial Services Inc. The SIPC protection and the supplemental protection both do not apply to certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services Inc. (e.g., certain CDs and at UBS Bank USA (see "UBS Bank Deposits" above), all insurance products, including variable annuities, and (iii) shares of mutual funds where such shares are registered in the name of the account holder on the books and records of the transfer agent). You obtain this investment contracts or investment interests (e.g. limited partnerships and private placements) that are not registered under the Securities Act of 1933; and (c) commodities and futures contracts, including precious metal contracts). Including futures contracts and commodity option contracts. The SIPC protection and the supplemental protection do not apply to these assets. The same protection is known as a result of these events or otherwise. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise). More information is available upon request. You may obtain more information about SIPC, including the SIPC Brochure, by contacting SIPC at (202) 371-8300 or by visiting the SIPC website at www.sipc.org. If you do not wish to have all your statements bundled together that is, you prefer to receive individual statements mailed in separate envelopes you may decline householding by calling your Financial Advisor or the toll-free number listed on your account statements.

**International Deposit Account ("IDA")**
IDA is an interest-bearing account maintained by UBS AG, UBS Financial Services Inc.'s parent company, at the Cayman Island Branch where the uninvested cash in the client's International Resource Management Account ("IRMA") is automatically "swept" or invested on a daily basis. These automatic deposits made into the IDA are not guaranteed by UBS Financial Services Inc., nor insured by FDIC.

**Dividend Reinvestment Program ("DRIP")**
The price reflected is an average price and the actual price may be obtained from your Financial Advisor. Only

whole shares are purchased under DRIP; partial shares will be sold and the cash credited to your account. There may be a small difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the partial shares are sold.

**Cash-in-lieu**
Only whole units may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell whole units at market price or accept an amount determined by a registered clearing agency, and credit your account in cash.

**Investment objectives**
The investment objectives you select reflect the overall goals you would like to pursue and apply to the whole account, not to specific investments within the account. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. The following lists the alternatives.

**Return objectives**
Current income – Investments seeking generation of income.
Capital appreciation – Investments seeking growth of principal value.
Current income and capital appreciation – Investments seeking both generation of income and growth of principal.

**Risk profiles**
Conservative - Seeks securities most likely to preserve principal with low risk.
Moderate – Seeks greater potential returns; willing to accept higher risk of loss of principal.
Aggressive/Speculative – Seeks greatest potential for significant gains and is willing to accept the highest degree of risk of loss of principal.

**Statement "Householding"**
As a convenience to you, in some instances we may consolidate all related account statements with the same address in the same envelope. Accounts may be related for this purpose because they have owners who also maintain joint account relationships with other clients at the same address. This practice is known as householding. If you do not wish to have all your statements bundled together that is, you prefer to receive individual statements mailed in separate envelopes you may decline householding by calling your Financial Advisor or the toll-free number listed on your account statements.

**Friendly account name**
The Friendly account name reflects information that you provided to us on the Firm's online services website. It is customizable "nickname" chosen by you to assist you with your recordkeeping purposes. It has no legal effect and does not impact the official legal status of your account. Your Financial Advisor(s) does have access to your Friendly account names. If you would like to change any of your Friendly account names, please contact your Financial Advisor or access your account information online.

**Account overview**

• **Value of your account/portfolio.** Net of assets and liabilities.

• **Assets.** Includes uninvested cash, money balances, values for restricted security (ies.), and Global Time Deposits, unrealized marks to market, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, nor private investments, nor insured stock options and excludes stock options.

• **Liabilities.** Includes debit balances, outstanding margin loans, credit line, short account balances.

• **Cash/Money balances.** Total of uninvested cash credit balance plus money fund or money market fund sweep or any credit balance that day at the close of the statement period. Non-commodity free credit balances in your account are not aggregated from other cash balances and the Firm may use any such funds in the ordinary course of business. These funds are payable upon your demand. This total is included in the current period closing value.

**Loan summary**
For detailed information on the Firm's truth in lending practices, refer to the Firm's Statement of Credit Practices. The Firm exercises the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements.

**Your assets**
Itemizes securities/assets (grouped by category) held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may qualify for a margin loan against securities in your account as long as the securities are not paying any balance due on them. Any securities transferred to the Firm carrying the statement period are listed at market value as of the end of the statement period. In determining the basis of the securities included in this statement, where indicated with the number "1", UBS Financial Services Inc. has relied on information obtained from sources other than UBS Financial Services Inc., including information from another firm, or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services Inc. In addition, although UBS Financial Services Inc. generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is current as of the date of this statement. As such, you should not rely on this information in making purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm will reflect gain/loss information only for those among securities that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.

• **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. More historical information can be added by your Financial Advisor.