UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,                              Case No. 08-13555 (JMP)

                      Debtors.                                      Jointly Administered

-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Reitler Kailas & Rosenblatt LLC, on behalf of Edward J. Agostini and Sylvia Agostini, in their individual capacities as joint tenants with right of survivorship and in their capacities as trustee of (in the case of Edward J. Agostini) Ed Agostini Living Trust DTD 5/12/2000 and trustee of (in the case of Sylvia Agostini) Sylvia Agostini Living Trust DTD 5/12/2000, and under, inter alia, Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

        Reitler Kailas & Rosenblatt LLC
        885 Third Ave., 20th Fl.
        New York, NY 10022
        Tel.: (212) 209-3050
        Fax: (212) 371-5500

        Attention: Craig J. Albert, Esq.

        Email: CALBERT@REITLERLAW.COM

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices

1

of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal. whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise.

Dated: New York, New York
      November 18, 2010

REITLER KAILAS & ROSENBLATT LLC

By:   /s/ Craig J. Albert
      Craig J. Albert
      885 Third Ave., 20th Fl.
      New York, NY 10022
      Tel.: (212) 209-3050
      Fax: (212) 371-5500

*Attorneys for Edward J. Agostini and Sylvia Agostini, in their individual capacities as joint tenants with right of survivorship and in their capacities as Trustee of (in the case of Edward J. Agostini) Ed Agostini Living Trust DTD 5/12/2000 and Trustee of (in the case of Sylvia Agostini) Sylvia Agostini Living Trust DTD 5/12/2000*