UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                        :
                       Debtors.                         :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

Upon the forty-sixth omnibus objection to claims, dated September 24, 2010 (the "Forty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], disallowing and expunging the No Debtor Claims on the grounds that such claims fail to comply with the Bar Date Order and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Forty-Sixth Omnibus Objection to Claims; and due and proper notice of the Forty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Forty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Forty-Sixth Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Forty-Sixth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Forty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Debtor Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Forty-Sixth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further;

ORDERED that the Debtors have adjourned to December 1, 2010 (or as may be further adjourned by the Debtors) the Forty-Sixth Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Debtor Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Forty-Sixth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      November 18, 2010                      _s/ James M. Peck_
                                                  Honorable James M. Peck
                                                  United States Bankruptcy Judge

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 1 – NO DEBTOR CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 200 W. MONROE PT LLC<br>C/O MB REAL ESTATE<br>ATTN: MICHELLE O. WIGMORE<br>230 W. MONROE<br>CHICAGO, IL 60606 | | | 01/14/2010 | 66101 | $4,415.12 | No Debtor Claim |
| 2 | 300 BUSINESS SOLUTIONS LLC<br>1716 W BYRON STREET<br>UNIT 300<br>CHICAGO, IL 60613 | | | 09/16/2009 | 13411 | $630.00 | No Debtor Claim |
| 3 | AD HOUSE INC<br>13 CLINTON PLACE<br>NEWARK, NJ 07108 | | | 07/27/2009 | 6389 | $5,000.00 | No Debtor Claim |
| 4 | AL BROOKS THEATRE TICKET AGENCY<br>900 WILSHIRE BLVD<br>LOS ANGELES, CA 90017 | | | 08/04/2009 | 7327 | $18,811.00 | No Debtor Claim |
| 5 | ALEXANDER, DR. WONG KAI SANG<br>8 LANTANA AVENUE<br>SINGAPORE, 277906 | | | 09/21/2009 | 25082 | $280,741.16 | No Debtor Claim |
| 6 | ALLISON SMITH COMPANY<br>2284 MARIETTA BOULEVARD<br>ATLANTA, GA 30318 | | | 07/20/2009 | 5651 | $4,453.17 | No Debtor Claim |
| 7 | APPLIED MEDIA TECHNOLOGIES CORPORATION<br>4091 AMTC CENTER DRIVE<br>CLEARWATER, FL 33764 | | | 08/14/2009 | 8274 | $597.00 | No Debtor Claim |
| 8 | ARCHIBUS, INC.<br>18 TREMONT STREET<br>BOSTON, MA 02108 | | | 07/15/2009 | 5356 | $6,000.00 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 5

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 1 – NO DEBTOR CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | ARETE RESEARCH LLC<br>3 POST OFFICE SQUARE<br>7TH FLOOR<br>BOSTON, MA 02109 | | | 07/27/2009 | 6262 | $47,200.00 | No Debtor Claim |
| 10 | ARMORGROUP NIGERIA LIMITED<br>22 RAYMOND NJOKU STREET<br>IKOYI LAGOS<br>IKOYI<br>LAGOS STATE NIGERIA,<br>NIGERIA | | | 08/26/2009 | 9468 | $6,615.00 | No Debtor Claim |
| 11 | AWG CHARTER SERVICES<br>4740 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89103 | | | 09/14/2009 | 12088 | $3,162.00 | No Debtor Claim |
| 12 | AWS TRUEWIND LLC<br>463 NEW KARNER ROAD<br>ALBANY, NY 12205 | | | 07/24/2009 | 6077 | $23,500.00 | No Debtor Claim |
| 13 | BANKRUPTCY CREDITORS SVC INC<br>P.O.BOX 559<br>FREDERICK, MD 21705-0559 | | | 07/27/2009 | 6326 | $360.00 | No Debtor Claim |
| 14 | BERRIOS, EVELYN<br>424 GRAND CONCOURSE<br>BRONX, NY 10451 | | | 08/17/2009 | 8363 | Undetermined | No Debtor Claim |
| 15 | BLAKES<br>KINGSTON SMITH & PARTNERS<br>105 ST PETERS STREET<br>HERTFORDSHIRE, AL1 3EJ<br>UNITED KINGDOM | | | 07/31/2009 | 6891 | Undetermined | No Debtor Claim |
| 16 | BOSTON HARBOR HOTEL<br>70 ROWES WHARF<br>BOSTON, MA 02110 | | | 09/14/2009 | 12181 | $15,311.37 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 5

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 1 – NO DEBTOR CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | BOSTON IRISH WOLFHOUNDS RUGBY<br>7 HEREWARD ROAD<br>ROOM 108<br>NEWTON CENTRE, MA 02459 | | | 08/31/2009 | 9919 | $1,000.00 | No Debtor Claim |
| 18 | BOVE, RICHARD J. (TRUSTEE)<br>TRUST FBO VICTORIA B VALLELY<br>1828 SPRUCE STREET<br>PHILADELPHIA, PA 19103-6006 | | | 08/07/2009 | 7688 | $500,000.00 | No Debtor Claim |
| 19 | BREAKAWAY COURIER BOSTON, INC.<br>ATTN TOM CROMWELL<br>59 TEMPLE PLACE, SUITE 1014<br>BOSTON, MA 02111 | | | 07/13/2009 | 5300 | $45.36 | No Debtor Claim |
| 20 | BROADRIDGE INVESTOR COMM SOLUTIONS INC<br>P.O. BOX 23487<br>NEWARK, NJ 07189 | | | 07/30/2009 | 6711 | $2,520.11 | No Debtor Claim |
| 21 | CHESTER BOYD LTD<br>NUMBER 1 LINDSAY ST<br>SMITHFIELD<br>LONDON, EC1A 9HP<br>UNITED KINGDOM | | | 08/24/2009 | 9074 | $14,319.13 | No Debtor Claim |
| 22 | EUROMONITOR INTERNATIONAL<br>60-61 BRITTON STREET<br>LONDON<br>LONDON, EC1M 5UX<br>UNITED KINGDOM | | | 07/17/2009 | 5541 | $6,435.50 | No Debtor Claim |
| 23 | HAN, SHANDONG<br>3-6-3-705<br>KIBA<br>KOTO-KU, 13 135-0042<br>JAPAN | | | 08/18/2009 | 8664 | Undetermined | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 5

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 1 – NO DEBTOR CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | HONG KONG DELIVERY COMPANY LTD<br>7/F CHEUNG HING FACTORY BLDG<br>12P SMITHFIELD<br>HONG KONG,<br>HONG KONG | | | 09/14/2009 | 12478 | Undetermined | No Debtor Claim |
| 25 | JEYDEL, PATRICIA K.<br>616 SOUTH ORANGE AVE APT 4L<br>MAPLEWOOD, NJ 07040-1040 | | | 09/15/2009 | 12739 | $8,750.00 | No Debtor Claim |
| 26 | MCKINLEY, MORGAN<br>WELLINGTON HOUSE<br>125 THE STRAND<br>LONDON, WC2R 0AP<br>UNITED KINGDOM | | | 07/23/2009 | 5992 | $195,102.00 | No Debtor Claim |
| 27 | MELTZER, ROSALIE<br>22 SAGAMORE DRIVE<br>PLAINVIEW, NY 11803 | | | 07/27/2009 | 6376 | $24,889.11 | No Debtor Claim |
| 28 | MITRE HOUSE PUBLISHING LTD<br>PO BOX 29<br>SOUTH PETHERTON, TA13 5WE<br>UNITED KINGDOM | | | 08/28/2009 | 9680 | $0.00 | No Debtor Claim |
| 29 | SANDERS, ROBERT M.<br>500 BUFFALO ROAD<br>MANSFIELD, LA 71052 | | | 07/31/2009 | 6842 | $8,992.88 | No Debtor Claim |
| 30 | SCHAEFER, MARY C.<br>3330 FELICITY DR<br>CINCINNATI, OH 45211-5903 | | | 07/28/2009 | 6546 | $5,000.00 | No Debtor Claim |
| 31 | SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS<br>ATTN: MARK WILKINSON<br>9801 RENNER BOULEVARD<br>LENEXA, KS 66219 | | | 08/17/2009 | 8519 | $4,736,312.70 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 46: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | STRICKLAND, STEVEN R. 236 WEST PORTAL AVENUE, #559 SAN FRANCISCO, CA 94127-1423 | | | 07/22/2009 | 5916 | Undetermined | No Debtor Claim |
| 33 | SUDO, YASUKO 7000 BLVD EAST APT 41J GUTTERBERG, NJ 07093-4856 | | | 09/15/2009 | 12952 | $38,135.00 | No Debtor Claim |
| 34 | TESLUK, THOMAS 925 OENOKE RIDGE ROAD NEW CANAAN, CT 06840 | | | 08/24/2009 | 9188 | $50,000.00 | No Debtor Claim |
| | | | | | TOTAL | $6,008,297.61 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A B WYAND<br>14 GROVE TERRACE<br>LONDON, NW5 1PH<br>UNITED KINGDOM | | | 09/10/2009 | 11344 | $58,750.00 | No Debtor Claim |
| 2 | A-1 HEATING & COOLING, INC.<br>2342 AIRPORT ROAD<br>RIFLE, CO 81650 | | | 09/21/2009 | 25112 | $56,531.00 | No Debtor Claim |
| 3 | ACCUITY, INC.<br>4709 WEST GOLF ROAD<br>SUITE 600<br>SKOKIE, IL 60076 | | | 09/19/2009 | 19583 | $42,000.00 | No Debtor Claim |
| 4 | ADULTS & CHILDREN WITH LEARNING & DEVELOPMENT DISABILITIES<br>807 SOUTH OYSTER BAY ROAD<br>BETHPAGE, NY 11714 | | | 09/21/2009 | 25026 | $250.00 | No Debtor Claim |
| 5 | AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP)<br>ROBERT L'INSALATA<br>1501 BROADWAY, SUITE 700<br>NEW YORK, NY 10036 | | | 09/10/2009 | 11335 | $45,678.62 | No Debtor Claim |
| 6 | ALIER,MAX<br>2119 BRANCROFT PL NW<br>WASHINGTON, DC | | | 09/18/2009 | 16047 | $12,500.00 | No Debtor Claim |
| 7 | ALTITUDE LANDSCAPE<br>P.O. BOX 1882<br>EDWARDS, CO 81632 | | | 09/21/2009 | 24627 | $16,539.00 | No Debtor Claim |
| 8 | ALWAYS IN SEASON INC<br>P.O BOX 271502<br>HOUSTON, TX 77277-1502 | | | 08/31/2009 | 9947 | $178.28 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 8

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | AMANN ESTABROOK CONSERVATION ASSOCIATES<br>435 HUDSON ST RM 200<br>NEW YORK, NY 100143962 | | | 07/16/2009 | 5466 | $541.88 | No Debtor Claim |
| 10 | AMERICAN RED CROSS MILLBURN<br>389 MILLBURN AVENUE<br>MILLBURN, NJ 07041 | | | 07/20/2009 | 5603 | $160.00 | No Debtor Claim |
| 11 | AMSTER ROTHSTEIN&EBENSTEIN LLP<br>90 PARK AVENUE<br>NEW YORK, NY 10016 | | | 09/16/2009 | 14404 | $9,367.00 | No Debtor Claim |
| 12 | ANOVA BUSINESS CENTER INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | | | 09/15/2009 | 12740 | $711.57 | No Debtor Claim |
| 13 | ARCHON SOLICITORS<br>MARTIN HOUSE<br>5 MARTIN LANE<br>LONDON, EC4R 0DP<br>UNITED KINGDOM | | | 08/27/2009 | 9497 | Undetermined | No Debtor Claim |
| 14 | BARNETT ASSOCIATES, INC<br>61 HILTON AVENUE<br>GARDEN CITY, NY 11530 | | | 07/20/2009 | 5685 | $30,000.00 | No Debtor Claim |
| 15 | BELL NUNNALLY & MARTIN, LLP<br>3232 MCKINNEY AVE. SOUTH<br>DALLAS, TX 75204 | | | 07/16/2009 | 5405 | $2,527.96 | No Debtor Claim |
| 16 | BENNETT, CHARLES L<br>1606 SPENCER AVENUE<br>WILMETTE, IL 60091 | | | 09/18/2009 | 18956 | $310.00 | No Debtor Claim |
| 17 | BERKMAN, WILLIAM<br>C/O ASSOCIATED PARTNERS, LP<br>1230 AVENUE OF THE AMERICAS,<br>SUITE 8C<br>NEW YORK, NY 10020-1513 | | | 09/09/2009 | 11010 | $65,590.15 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | BEST, ROYSTON GREGORY<br>THE STABLES, HOUBLONS HILL,<br>COOPERSALE, EPPING<br>ESSEX, CM167QL<br>UNITED KINGDOM | | | 09/21/2009 | 25334 | $1,000,000.00 | No Debtor Claim |
| 19 | BEZIRK UNTERFRANKEN<br>BEZIRKSTAGSPRASIDENT<br>HERRN ERWIN DOTZEL<br>SILCHERSTR. 5<br>97074 WURZBURG,<br>GERMANY | | | 08/05/2009 | 7398 | $14,527,443.20* | No Debtor Claim |
| 20 | BILLYBEY FERRY COMPANY, LLC<br>115 RIVER ROAD<br>SUITE 120<br>EDGEWATER, NJ 07020 | | | 08/03/2009 | 7171 | $3,965.25 | No Debtor Claim |
| 21 | BOWNE INTERNATIONAL LTD<br>ONE LONDON WALL<br>LONDON, EC2Y 5AF<br>UNITED KINGDOM | | | 09/21/2009 | 33515 | $34,647.30 | No Debtor Claim |
| 22 | BP ERGO LTD<br>DGP HOUSE LTD,<br>3RD FLOOR, 88C<br>OLD PRABHADEVI ROAD,<br>MUMBAI, MH 400025<br>INDIA | | | 09/03/2009 | 10171 | Undetermined | No Debtor Claim |
| 23 | BRACEWELL & GIULIANI LLP<br>SOUTH TOWER PENNZOIL PLACE<br>711 LOUISIANA, SUITE 2900<br>HOUSTON, TX 77002 | | | 07/29/2009 | 6573 | $283,100.37 | No Debtor Claim |
| 24 | BREHENEY, MICHAEL J<br>3 MISSION WAY<br>BARNEGAT, NJ 08005 | | | 07/15/2009 | 5386 | $4,526.00 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | BRITISH LIBRARY, THE ACCOUNTS RECEIVABLE BOSTON SPA WETHERBY, LS23 7BQ UNITED KINGDOM | | | 07/20/2009 | 5766 | $1,081.00 | No Debtor Claim |
| 26 | BROMLEY BY BOW CENTRE ST. LEONARD'S STREET BROMLEY BY BOW LONDON, E3 3BT UNITED KINGDOM | | | 07/23/2009 | 6018 | $8,940.00 | No Debtor Claim |
| 27 | CACCAVELLI, MARC 507 STURBRIDGE COURT FLEMINGTON, NJ 08822 | | | 07/20/2009 | 5609 | $2,215.00 | No Debtor Claim |
| 28 | CAPITAL CHASE 97 ELSPETH ROAD LONDON, SW11 1DP UNITED KINGDOM | | | 09/18/2009 | 19186 | $60,000.00 | No Debtor Claim |
| 29 | COMMONWEALTH OF PENNSYLVANIA TSY DEPT TUITION AC PROGRAM C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31834 | $195.93 | No Debtor Claim |
| 30 | COMMONWELTH OF PA PUBLICA SCHOOLS RETIREMENT SYSTEM C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31833 | $979.66 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | CRIM<br>PO BOX 195387<br>SAN JUAN, 00919-5387<br>PUERTO RICO | | | 07/27/2009 | 6780 | $225,243.61 | No Debtor Claim |
| 32 | CUTRO, ROBERT A AND DYAN C<br>CUTRO JTWROS<br>25 SUTTON PLACE SOUTH<br>APT. #3-J<br>NEW YORK CITY, NY 10022 | | | 09/21/2009 | 24454 | $83,200.00 | No Debtor Claim |
| 33 | E-FELLOWS.NET<br>SATTLERSTR. 1<br>MUNICH, 80331<br>GERMANY | | | 08/19/2009 | 8741 | $8,400.00 | No Debtor Claim |
| 34 | EVEN-ZOHAR, REBECCA &<br>EVEN-ZOHAR, YEHUDA<br>81 IRVING PLACE / 9D<br>NEW YORK, NY 10003 | | | 09/18/2009 | 17618 | Undetermined | No Debtor Claim |
| 35 | GENERAL MOTORS/GMIM-1<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31824 | $587.80 | No Debtor Claim |
| 36 | GEORGIA FIREFIGHTERS PENSION FUND<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31822 | $195.93 | No Debtor Claim |
| 37 | GIFFUNI, MATTHEW<br>353 E 83RD ST, #23H<br>NEW YORK, NY 10028 | | | 09/22/2009 | 26562 | $22,210.00 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 8

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | GRAHAM, RICHARD D.<br>341 PINETREE DR NE<br>ATLANTA, GA 30305 | | | 09/01/2009 | 9996 | $83,427.50 | No Debtor Claim |
| 39 | INFERENTIAL FOCUS, INC<br>200 MADISON AVENUE<br>NEW YORK, NY 10016 | | | 07/21/2009 | 5838 | $300,000.00 | No Debtor Claim |
| 40 | INSULVAIL, LLC<br>P.O. BOX 2888<br>VAIL, CO 81658 | | | 08/17/2009 | 8599 | $289.90 | No Debtor Claim |
| 41 | IRAGORRI, JULIAN<br>66 NINTH AVENUE 5E<br>NEW YORK, NY 10011 | | | 07/31/2009 | 6910 | $97,247.80 | No Debtor Claim |
| 42 | IRAGORRI, JULIAN<br>PORTER HOUSE CONDOMINIUM<br>66 9TH AVENUE, APT 5E<br>NEW YORK, NY 10011 | | | 07/31/2009 | 6911 | $32,792.50 | No Debtor Claim |
| 43 | IRAGORRI, JULIAN<br>66 9TH AVENUE 5E<br>NEW YORK, NY 10011 | | | 07/31/2009 | 6912 | $50,000.00 | No Debtor Claim |
| 44 | PALI INTERNATIONAL<br>6 DUKE STREET<br>ST JAMES<br>LONDON, SW1 6BN<br>UNITED KINGDOM | | | 09/19/2009 | 19635 | $34,158.10 | No Debtor Claim |
| 45 | RAMSEY, PETER<br>97 PINE GROVE AVE<br>SUMMIT, NJ 07901 | | | 08/28/2009 | 9624 | $137,696.00 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | RIVAS, PEDRO E.<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>ANDREW STEVEN FRIEDMAN<br>2901 N. CENTRAL<br>PHOENIX, AZ 85012 | | | 09/18/2009 | 17628 | $132,938.54 | No Debtor Claim |
| 47 | SCOTT'S FLOWERS<br>ATTN:PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | | 07/16/2009 | 5415 | $4,495.39 | No Debtor Claim |
| 48 | SCOTT'S FLOWERS<br>ATTN: PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | | 07/16/2009 | 5416 | $7,052.74 | No Debtor Claim |
| 49 | SCOTT'S FLOWERS INC.<br>PAUL DIAZ<br>15 WEST 37TH ST<br>NEW YORK, NY 10158 | | | 07/16/2009 | 5414 | $1,313.52 | No Debtor Claim |
| 50 | SEI LIBOR PLUS PORTFOLIOS<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31820 | $587.80 | No Debtor Claim |
| 51 | STANISLAO, SUZANNE D<br>10 RIDGEVIEW TERRACE<br>GOSHEN, NY 10924 | | | 07/31/2009 | 6892 | $1,023.15 | No Debtor Claim |
| 52 | STICHTING PENSIONFONDS ABP<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31819 | $881.70 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | TREASURER OF THE STATE OF ILLINOIS<br>UNCLAIMED PROPERTY DIVISION<br>ATTN: ADAM ALSTOTT, LEGAL COUNSEL<br>1 WEST OLD STREET CAPITOL PLAZA<br>SPRINGFIELD, IL 62701-0210 | | | 09/17/2009 | 15165 | $26,170.02* | No Debtor Claim |
| 54 | TRILANTIC CAPITAL PARTNERS III LP<br>C/O TRILANTIC CAPITAL MANAGEMENT LLC<br>ATTN: CHARLES AYRES<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | | | 09/22/2009 | 27658 | Undetermined | No Debtor Claim |
| 55 | UDELHOFEN, MARY F.<br>200 WYNDEMERE CIR APT #322W<br>WHEATON, IL 60187-2449 | | | 09/03/2009 | 10324 | $0.00 | No Debtor Claim |
| 56 | UT INVESTMENT MGMT CORP.<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | | 09/22/2009 | 31817 | $195.93 | No Debtor Claim |
| 57 | WOHLEBER, ROBERT<br>21 STARBOARD COURT<br>MIRAMAR BEACH, FL 32550-4904 | | | 09/14/2009 | 12216 | $65,590.15 | No Debtor Claim |
| | | | | | TOTAL | $17,584,427.25 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 8

# EXHIBIT 3

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 3 – NO DEBTOR CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A.M. BEST COMPANY, INC. AMBEST ROAD OLDWICK, NJ 08858 | | | 09/04/2009 | 10424 | $150,000.00 | No Debtor Claim |
| 2 | ACTIV FINANCIAL SYSTEMS, INC.* 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO, IL 60606 | | | 07/24/2009 | 6085 | $30,850.75 | No Debtor Claim |
| 3 | ATLANTIC FORMS AND SYSTEMS, INC. 181 WEST OLD COUNTRY ROAD HICKSVILLE, NY 11801 | | | 07/20/2009 | 5634 | $994.36 | No Debtor Claim |
| 4 | AUDIO INC 170-172 WEST WESTFIELD AVE ROSELLE PARK, NJ 07204 | | | 09/18/2009 | 18295 | $1,135.66 | No Debtor Claim |
| 5 | BOILERMAKER-BLACKSMITH NATL PENSION TR 754 MINNESOTA AVENUE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9807 | $208,180.00 | No Debtor Claim |
| 6 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9814 | $901,898.00 | No Debtor Claim |
| 7 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9815 | $849,418.00 | No Debtor Claim |
| 8 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | | | 08/31/2009 | 9817 | $684,508.00 | No Debtor Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 46: EXHIBIT 3 – NO DEBTOR CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | | | 08/31/2009 | 9868 | $802,998.00 | No Debtor Claim |
| 10 | DAV-EL RESERVATIONS SYSTEM, INC.<br>200 SECOND STREET<br>CHELSEA, MA 02150-1802 | | | 09/21/2009 | 24929 | $87,937.88 | No Debtor Claim |
| 11 | QUINN, PATRICIO<br>OLAZABAL 1382 - CAPITAL FEDERAL<br>, 1428<br>ARGENTINA | | | 09/14/2009 | 12565 | $22,408.29 | No Debtor Claim |
| 12 | ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 | | | 07/28/2009 | 6530 | $216,000.00 | No Debtor Claim |
| | | | | | TOTAL | $3,956,318.94 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2