# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 49: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | ARCOIRIS DEVELOPMENT INC C/O BNP PARIBAS. TRUST & COMPANY SA. PLACE DE HOLLANDE 2-1211. GENEVA 11. , | 08/17/2009 | | 8467 | Undetermined | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |

**TOTAL    Undetermined**

\* - Indicates claim contains unliquidated and/or undetermined amounts