**Presentment Date and Time: November 24, 2010 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: November 24, 2010 at 11:30 a.m. (Prevailing Eastern Time)**

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Aviva Warter Sisitsky
Benjamin Rosenblum

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
:
         Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
:
LEHMAN BROTHERS HOLDINGS INC. and :
LEHMAN BROTHERS SPECIAL : Adv. Proc. No. 10-03228-jmp
FINANCING, INC. and OFFICIAL COMMITTEE :
OF UNSECURED CREDITORS OF LEHMAN :
BROTHERS HOLDINGS INC., *et al*. :
       Plaintiffs and :
       Intervenor, :
:
 -against- :
:
NOMURA INTERNATIONAL PLC, :
:
         Defendant. :
---------------------------------------------------------------x
:
LEHMAN BROTHERS HOLDINGS INC. and :
LEHMAN BROTHERS SPECIAL : Adv. Proc. No. 10-03229-jmp
FINANCING, INC. and OFFICIAL COMMITTEE :
OF UNSECURED CREDITORS OF LEHMAN :
BROTHERS HOLDINGS INC., *et al*. :
:
       Plaintiffs and :
       Intervenor, :
:
 -against- :

```
     NOMURA SECURITIES CO., LTD.            :
                                            :
                               Defendant.   :
     ----------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF STIPULATED SCHEDULING ORDER
FOR CONSOLIDATED ACTIONS WITH RESPECT TO NOMURA
INTERNATIONAL PLC, NOMURA SECURITIES CO., LTD.,
AND NOMURA GLOBAL FINANCIAL PRODUCTS, INC.**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed Scheduling Order For Consolidated Actions (the "Stipulated Scheduling Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **November 24, 2010 at 12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulated Scheduling Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **November 24, 2010 at 11:30 a.m. (Prevailing Eastern Time)**, the Stipulated Scheduling Order may be signed.

Dated:  November 18, 2010                  Respectfully submitted,
        New York, New York

                                            /s/ Benjamin Rosenblum
                                           Jayant W. Tambe
                                           Aviva Warter Sisitsky
                                           Benjamin Rosenblum
                                           JONES DAY
                                           222 East 41st Street
                                           New York, New York  10017
                                           Telephone:  (212) 326-3939
                                           Facsimile:  (212) 755-7306

**STIPULATED SCHEDULING ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
: 
                               Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LEHMAN BROTHERS HOLDINGS INC. and :
LEHMAN BROTHERS SPECIAL :  Adv. Proc. No. 10-03228-jmp
FINANCING, INC. and OFFICIAL COMMITTEE :
OF UNSECURED CREDITORS OF LEHMAN :
BROTHERS HOLDINGS INC., *et al*. :
                     Plaintiffs and :
                     Intervenor, :
: 
   -against- :
: 
NOMURA INTERNATIONAL PLC, :
: 
                             Defendant. :
---------------------------------------------------------------x
: 
LEHMAN BROTHERS HOLDINGS INC. and :
LEHMAN BROTHERS SPECIAL : Adv. Proc. No. 10-03229-jmp
FINANCING, INC. and OFFICIAL COMMITTEE :
OF UNSECURED CREDITORS OF LEHMAN :
BROTHERS HOLDINGS INC., *et al*. :
: 
                   Plaintiffs and :
                   Intervenor, :
: 
   -against- :
: 
NOMURA SECURITIES CO., LTD. :
: 
                            Defendant. :
---------------------------------------------------------------x

## STIPULATED SCHEDULING ORDER FOR CONSOLIDATED ACTIONS

This Civil Case Management Plan submitted in accordance with Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), is adopted as the Scheduling Order of this Court for these consolidated actions. It supersedes the So Ordered Stipulated Scheduling Order between Debtors and Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc. [Docket No. 12270].

1. Amended pleadings may not be filed except with leave of the Court. Any motion to amend shall be filed within 30 days after entry of this order.

2. All fact discovery shall be completed by May 18, 2011.

3. The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (as incorporated therein), and the Local Rules of this Court. In accordance with Federal Rules of Bankruptcy Procedure 9014 and 7026-7037, Federal Rules of Civil Procedure 26-37 shall apply in their entirety to these proceedings. The following interim deadlines may be extended by the written consent of the parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 2 above:

   A. Requests for production of documents may be served no later than January 14, 2011.

   B. Objections to requests for the production of documents to be served within 20 days of the service of each request or set of requests for the production of documents.

   C. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(a) and 7033-1(b) may be served no later than January 14, 2011.

   D. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) may be served no earlier than March 28, 2011 and no later than May 18, 2011.

    E. Requests for admissions may be served no earlier than March 28, 2011 and no later than May 18, 2011.

    F. Document production to be substantially completed by February 16, 2011.

    G. Depositions of fact witnesses to be completed by May 18, 2011.

  4. Expert reports will be exchanged on June 17, 2011. The parties will exchange any rebuttal expert reports on July 18, 2011. Expert discovery to be completed 21 days after the receipt of the last expert report.

  5. Dispositive motions to be filed no later than August 17, 2011.

  6. A pretrial hearing shall be held at a date to be determined.

  7. The trial(s) shall be held at a date to be determined by the Court.

Dated: November 18, 2010
   New York, New York

         /s/ Sarah E. Lieber
        Corinne Ball
        Jayant W. Tambe
        Aviva Warter Sisitsky
        Sarah E. Lieber
        JONES DAY
        222 East 41st Street
        New York, New York 10017
        Telephone: (212) 326-3939

        *Attorneys for the Debtors and Debtors in Possession*

Dated: November 18, 2010
   New York, New York

         /s/ Daniel Lewis
        Douglas P. Bartner
        Henry Weisburg
        Brian H. Polovoy
        Daniel Lewis
        SHEARMAN & STERLING
        599 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 848-4000

        *Attorneys for Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc.*

Dated: November 18, 2010
      New York, New York

      /s/ David S. Cohen
Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Attorneys for the Official Committee of Unsecured Creditors*

SO ORDERED
Dated: November ___, 2010
      New York, New York

U.S. BANKRUPTCY JUDGE

-4-