United States Bankruptcy Court
Southern District Of New York

-------------------------------------------------------------------------X

In re:                                                          :        Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                       :        Case No.: 08-13555 (JMP)

   ...   Debtors.                :        (Jointly Administered)

-------------------------------------------------------------------------X

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by VR Bank Kaufbeuren-Ostallgäu eG against Lehman Brothers Holdings Inc., in the amount of $5,977,854.22, which has been designated as Claim No. 28185 (the "Claim"), and subsequently transferred to Barclays Bank PLC (the "Transferor"), which transfer has been notified on or prior to the date hereof. Transferee (as that term is defined below) hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $471,503.25 (the "Transferred Portion"). For the avoidance of doubt, Transferor is retaining $0.00 of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| **Serengeti Partners LP** | **Barclays Bank PLC** |

Name and address where notices to transferee should be sent:

Serengeti Partners LP
c/o Serengeti Asset Management LP, as Investment Adviser
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury
Phone: + 1 212 672 2248

Court Claim # (if known): 28185
Total Amount of Claim: $5,977,854.22
Date Claim Filed: 22 September 2009
Transferred Portion: 7.887% or $471,503.25
Phone: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By
Transferee/Transferee's Agent

Marc Baum
Director

11/17/2010
Date

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit A**
**Evidence of Transfer**

Form 210A/B -- Transfer of LBHI Claim # 28185

**EVIDENCE OF TRANSFER OF CLAIM**

TO:                            Clerk, United States Bankruptcy Court for the Southern District of New York (the
                               "Bankruptcy Court")

AND TO:                        Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:                     In re Lehman Brothers Holdings Inc., et al.

CASE NO.                       Chapter 11, Case No. 08-13555 (JMP) (jointly administered)

CLAIM NO.                      28185 (please note that only a portion of this claim is being transferred, as
                               described below)

DESCRIPTION OF                 This Evidence of Transfer of Claim relates to the transfer of a ratable portion in
CLAIM SUBJECT TO               an amount of $471,503.25 (the "Transferred Portion") of the above claim which
TRANSFER:                      has been filed against the Debtor in the Bankruptcy Court in the principal amount
                               of $5,977,854.22 (the "Claim")

It is hereby certified that Barclays Bank PLC ("Seller"), has assigned all rights, title, interest, claims and
causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred
Portion to:

    **Serengeti Partners LP**
    Serengeti Asset Management LP, as Investment Adviser
    632 Broadway, 12th Floor
    New York, NY 10012
    Attn:    Shaker Choudhury
    Phone:  + 1 212 672 2248

("Buyer") by assignment agreement dated 17 November 2010.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law
any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy
Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and
understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice
to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and
holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all
other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments
or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or
made to Buyer.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17 DAY OF
NOVEMBER 2010.

BARCLAYS BANK PLC                          SERENGETI PARTNERS LP
                                           BY: SERENGETI ASSET MANAGEMENT LP,
                                           AS THE INVESTMENT ADVISER

Name:   S BARNETT                          Name:
Title:  VICE PRESIDENT                     Title:
                                                     **Marc Baum**
                                                     **Director**

KL3 2674106.1



**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No of Debtor<br>08-13555 |

# PROOF OF CLAIM

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Program Securities (See definition on reverse side.)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000028185

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>VR Bank Kaufbeuren - Ostallgäu eG<br>Attention: Christian Mayer, Head of Risk Management<br>Marktplatz 1<br>87616 Marktoberdorf<br>Germany<br>Email Adress: christian.mayer@vrbank-kf-oal.de<br><br>Telephone number: (+49) 83419008500    Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:<br>(If known)<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

1. **Amount of Claim as of Date Case Filed:** $ 5,977,854.22
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee of note
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection:
**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a___).
**Amount entitled to priority:**
$_____

FOR COURT USE ONLY
FILED / RECEIVED
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>Marktoberdorf<br>14.09.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Dr. Hermann Starnecker        Christoph Huber<br>Vorstand (Director)        Vorstand (Director) |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.