B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Sabretooth Master Fund, LP | Deutsche Bank AG, London |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Sabretooth Capital Management, LLC
405 Lexington Avenue, 50th Floor
New York, NY 10174
Attn: Benjamin Baker
Phone: (212) 542-9198
Fax: (212) 542-9181

Court Claim # (if known): 42540 (48.888888889% of such claim)

Amount of Claim as Filed: $45,000,000.00
Amount of Claim Transferred: $22,000,000.00

Date Claim Filed: 10/20/09
Debtor: Lehman Brothers Special Financing, Inc.

Phone: 212-542-9198
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

634678.1/2801-00024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  November 18, 2010
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

634678.1/2801-00024

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s. 42540

DEUTSCHE BANK AG, LONDON, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SABRETOOTH MASTER FUND, LP**
c/o Sabretooth Capital Management, LLC
405 Lexington Avenue, 50th Floor
New York, NY 10174
Phone: (212) 542-9198
Fax: (212) 542-9181

its successors and assigns ("Buyer"), all right, title and interest in and to $22,000,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 42540 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 10, 2010.

| DEUTSCHE BANK AG, LONDON | SABRETOOTH MASTER FUND, LP |
|---|---|
| By: _____ Name: Title: | By: _____ Name: Title: |
| By: _____ Name: Title: | |

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 42540

**DEUTSCHE BANK AG, LONDON**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SABRETOOTH MASTER FUND, LP**
c/o Sabretooth Capital Management, LLC
405 Lexington Avenue, 50th Floor
New York, NY 10174
Phone: (212) 542-9198
Fax: (212) 542-9181

its successors and assigns ("Buyer"), all right, title and interest in and to $22,000,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 42540 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 18, 2010.

| DEUTSCHE BANK AG, LONDON | SABRETOOTH MASTER FUND, LP |
|---|---|
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |
| By: _____<br>Name:<br>Title: | |