UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :    Ref. Docket Nos. 12829
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2010, I caused to be served the "NOTICE OF WITHDRAWAL OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS) SOLELY WITH RESPECT TO PROOF OF CLAIM NUMBER 44207," dated November 17, 2010 [Docket No. 12829], by causing true and correct copies to be enclosed securely in postage pre-paid envelopes and delivered via first-class mail to those parties listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Panagiota Manatakis
Sworn to before me this
18th day of November, 2010

/s/ Cassandra Murray
Notary Public

> Cassandra Murray
> NOTARY PUBLIC STATE OF NEW YORK
> No 01MU6220179
> Qualified in the County of Queens
> Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Notice of Withdrawal of 11th Omni_DI 12829_AFF_11-18-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABN AMRO BANK | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS 33 BEETHOVENSTRASSE ZUERICH 8002 SWITZERLAND |
| BANCA DEL PIEMONTE SPA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS VIA CERNAIA 7 TORINO 10121 ITALY |
| BANCA DI CREDITO COOPERATIVO SIGNA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS VIA DELLA CHIESA 19 SIGNA 50058 ITALY |
| BANCA EUROMOBILIARE (SUISSE) | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS. VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA FIDEURAM S.P.A. | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL DEPARTMENT PIAZZALE GIULIO DOUHET 31 ROMA 00143 ITALY |
| BANCA INTESA SAN PAOLO SPA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL DEPARTMENT REF: LUIGI FIORI CARONES V. VERDI 8 MILANO 20121 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL DEPT/MR. GIANLUCA SERRA PIAZZA SALIMBENI 3 SIENA 53100 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 DESIO (MB) 20033 ITALY |
| BIM TORINO | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS. VIA GRAMSCI 7 TORINO 10121 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS VIA MARSALA 18 LODI 26900 ITALY |
| CREDITO PRIVATO COMMERCIALE SA | C/O PRYOR CASHMAN LLP ATTN:RICHARD LEVY, JR. 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| RBS COUTTS BANK AG | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS. STAUFFACHERSTRASSE 1 ZUERICH 8004 SWITZERLAND |

**Total Creditor count  12**