UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                 :

In re                            :    Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                               :    (Jointly Administered)
      Debtors.                  :
                               :    Ref. Docket Nos. 12828
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

HERB BAER, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 18, 2010, I caused to be served the "NOTICE OF WITHDRAWAL OF DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS) SOLELY WITH RESPECT TO PROOF OF CLAIM NUMBER 30420," dated November 17, 2010 [Docket No. 12828], by causing a true and correct copy to be enclosed securely in a postage-prepaid envelope and delivered by first-class mail to Anna Mihailova, (Counsel to George H. Walker IV), Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

3.  The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Herb Baer
                                         Herb Baer

Sworn to before me this
18th day of November, 2010

/s/ Notary Public
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Notice of Withdrawal of 30th Omni DI 12828_AFF_11-17-10.doc