UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                      :

| | |
|---|---|
| In re | :    Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **08-13555 (JMP)** |
| | :    **(Jointly Administered)** |
|      Debtors. | : |
| | :    **Ref. Docket Nos. 12794 & 12795** |

------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 16, 2010, I caused to be served the:

    a.  "Notice of Sixty-Fourth Supplemental List of Ordinary Course Professionals," dated November 16, 2010 [Docket No. 12794], (the "Notice"), and

    b.  "Affidavit and Disclosure Statement of Barry Isaacs," filed on November 16, 2010 [Docket No. 12795], (the "Isaacs Affidavit"),

    by causing true and correct copies of the:

    i.  Notice and Isaacs Affidavit, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Isaacs Affidavit, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit B</u>, and

    iii.  Notice and Isaacs Affidavit, to be enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
17th day of November, 2010

_____
Notary Public

_____
Pete Caris

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

-2-

**EXHIBIT A**

### Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

## Email Address

dylanplayfoot@southsquare.com