B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.              ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | LP MA 1, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2101 Cedar Springs Road, Suite 700
  Dallas, TX 75201
Phone:  214.758.6107
Last Four Digits of Acct #: _____

Court Claim # (if known):  11355
Amount of Claim:  $354,941.00
Date Claim Filed:  09/10/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                         Date: 11/03/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, LP MA1, LTD. ("Seller") hereby unconditionally and irrevocably sells and transfers to HBK Master Fund, L.P ("Purchaser"), all of Seller's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Seller's claims as set forth in Proof of Claim Number 11355 against Lehman Brothers Holdings Inc. (the "Debtor") in an amount of $354,941.00 (the "Purchased Claim") in jointly administered Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed or to be filed by Seller with the Bankruptcy Court in respect of the Purchased Claim.

Seller hereby waives any objection to the transfer of the Purchased Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Purchased Claim and recognizing the Purchaser as the sole owner and holder of the Purchased Claim for all purposes, including, without limitation, voting and distribution purposes. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Purchased Claim, and all payments or distributions of money or property in respect of the Purchased Claim, shall be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November ____, 2010.

LP MA1, LTD.
By: Latigo Partners, L.P., as its Investment Manager

By: _____
Name of person signing: David Sabbath
Title of person signing: Authorized signatory

HBK MASTER FUND L.P.
By:   HBK Services LLC
      Investment Advisor

By: _____
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

---

[1] As that term is defined in 11 U.S.C. § 101(5).

KL2 2672784.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Special Financing Inc.   ,          Case No.  08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | LP MA 1, Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2101 Cedar Springs Road, Suite 700
  Dallas, TX 75201
Phone:  214.758.6107
Last Four Digits of Acct #: _____

Court Claim # (if known):   11356
Amount of Claim:   $354,941.00
Date Claim Filed:   09/10/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                    Date: 11/03/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, LP MA1, LTD ("Seller") hereby unconditionally and irrevocably sells and transfers to HBK Master Fund, L.P ("Purchaser"), all of Seller's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Seller's claims as set forth in Proof of Claim Number 11356 against Lehman Brothers Special Financing Inc. (the "Debtor") in the amount of $354,941.00 (the "Purchased Claim") in jointly administered Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed or to be filed by Seller with the Bankruptcy Court in respect of the Purchased Claim.

Seller hereby waives any objection to the transfer of the Purchased Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Purchased Claim and recognizing the Purchaser as the sole owner and holder of the Purchased Claim for all purposes, including, without limitation, voting and distribution purposes. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Purchased Claim, and all payments or distributions of money or property in respect of the Purchased Claim, shall be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November ___, 2010.

LP MA1, LTD.
By: Latigo Partners, L.P., as its Investment Manager

By: _____
Name of person signing: David Sabath
Title of person signing: Authorized Signatory

HBK MASTER FUND L.P.
By: HBK Services LLC
    Investment Advisor

By: _____
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

---

[1] As that term is defined in 11 U.S.C. § 101(5).

KL2 2672784.2