B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Special Financing, Inc.   ,          Case No.  08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund
Name of Transferee

Merrill Lynch Credit Products, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201
    Attention: Legal Department

Court Claim # (if known):  ___17226___
Amount of Claim:  ___$7,444,956.48___
Date Claim Filed:  ___09/18/2009___

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Craig Rasile_____          Date:  July 30, 2010_____
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

31237971

BOA          Fax 6468555732          Jan 24 2005 01:32am P002/003

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Strategic Value Master Fund, Ltd.

Merrill Lynch Credit Products LLC, with offices located at Bank of America Tower, 3rd Floor, One Bryant Part, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., with offices at 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $7,444,956.48, docketed as Claim No. 17226 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _____ day of May, 2010.

MERRILL LYNCH CREDIT PRODUCTS LLC

Signature: _____

Name:  Ron Torok

Title:  Director

HBK MASTER FUND L.P.

By:  HBK Services LLC, Investment Advisor

Signature: _____

Name:    J. Baker Gentry, Jr.

Title:    Authorized Signatory