B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Special Financing, Inc.  ,    Case No.  08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.                                              The Royal Bank of Scotland PLC
Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  66387
should be sent:  HBK Master Fund L.P.                        Amount of Claim:  $2,770,259.00
c/o HBK Services LLC                                                  Date Claim Filed:  03/12/2010
2101 Cedar Springs Road, Suite 700
Dallas, TX  75201
Attention: Legal Department

Phone: _____                              Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig Rasile                                              Date: July 21, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

31571294

**PART A**

**EVIDENCE OF TRANSFER (Debtor)**

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **THE ROYAL BANK OF SCOTLAND PLC**

**The Royal Bank of Scotland plc**, its successors and assignees, with offices located at **c/o RBS Global Banking and Markets, 135 Bishopsgate, London, EC2M 3UR ("Seller")**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., a limited partnership organized under the laws of Cayman Islands, with offices located at c/o HBK Services L.L.C., 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 (**"Buyer"**), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Special Financing Inc. (and its affiliates)** to the extent of $2,770,259, docketed as Claim No. 66387 (amending Claim No. 4781) (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _____ day of _____, 2010.

WITNESS: _____
(Signature)

Name: Anne Dubois
Title:
(Print name and title of witness)

**THE ROYAL BANK OF SCOTLAND PLC**

By: _____
(Signature of authorised corporate officer)

Name:
Title:
Tel.:

HBK Master Fund L.P.

By: HBK Services L.L.C.
    Investment Advisor

WITNESS: _____
Vivian Torian
(Signature)

Name: VIVIAN TORIAN
Title:
(Print name and title of witness)

By: _____
(Signature of authorised corporate officer)

Name: J. Baker Gentry, Jr.
Title: Authorized Signatory
Tel.:

11