SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick
Michael H. Torkin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
: 
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Stacey L. Corr, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On November 22, 2010, I caused to be served first class mail, to the parties on the service list annexed hereto as "Exhibit A," a true and correct copy of the *Supplemental*

*Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.*

_____
Stacey L. Corr

SWORN TO AND SUBSCRIBED before me on this 22nd day of November, 2010.

_____

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 2013

## Exhibit A

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, Penny Reid, and Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004