UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE

I, Arthur Bernard, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and am employed by Orrick, Herrington & Sutcliffe LLP. On November 22, 2010, I served a true and correct copy of **RESPONSE OF TELECOM ITALIA FINANCE SA TO DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)** by hand delivery on:

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

_____
Arthur Bernard

Sworn to before me this
22nd day of November, 2010

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2014