WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                            :  **Chapter 11 Case No.**
                                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :  **08-13555 (JMP)**
                                                                                      :
                      Debtors.                                         :  **(Jointly Administered)**
                                                                                      :
                                                                                      :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' FORTIETH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

08-13555-mg    Doc 12954    Filed 11/22/10    Entered 11/22/10 16:41:27    Main Document
Pg 2 of 4

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Adagio Fund | 34458 |
| Allianz Global Investors France SA Acting on Behalf of The Fund CEA Pimco DT Fund | 65413 |
| Amster, Geraldine D. | 66444 |
| Amster, Gilbert & Geraldine | 66445 |
| An Post Supeannnuation | 35173 |
| Atherton Construction Inc. 0552700 Zions First National Bank FBO | 66479 |
| Bank of Estonia | 42196 |
| Bank of Estonia | 42197 |
| Best Life & Health Insurance 56011039 Zions First National  Bank FBO | 66478 |
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| Building Management Services 1146295 Zions First National Bank FBO | 66480 |
| California Department of Water Resources | 35944 |
| California Winery Workers Pension Plan Trust Fund | 44972 |
| Cathay United Bank | 35181 |
| Chauny, S.A. | 34873 |
| Church of Scientology Religious Tr 1406252 Zions First National Bank FBO | 66483 |
| Churth of Scientology Int. 1481250 Zions First National Bank FBO | 66481 |
| Colon Lopez, Elizabeth | 34924 |
| CPF Board | 34745 |
| CPF Board | 34746 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Deseret Gen & Trans Co-op 1810550 Zions First National Bank FBO | 66482 |
| DiMeglio, Robert | 65508 |
| Dixie and Anne Leavitt Foundation 5184809 Zions First National Bank FBO | 66485 |
| Dmuchowski, John J | 34401 |
| Dow Corning Corporation | 43840 |
| Dow Corning Corporation | 43964 |
| Empire State Carpenters Pension Plan c/o Manning-Napier Advisors | 34521 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Fryer, Kelly | 39842 |
| Garadex Inc. | 35516 |
| Garadex Inc. | 35514 |
| Garadex Inc. | 35517 |
| Garadex Inc. | 35518 |
| Garadex Inc. | 35520 |
| Garadex Inc. | 35844 |
| Gelb, Jay | 35981 |
| GMAM Group Pension Trust II for the Account of GM Global High Quality Fixed Income Pool Acct # GFI-119 | 36788 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Iroda, Nagy Es Trocsanyi Ugyvedi | 36738 |
| J Sainsbury Common Investment Fund | 34632 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| Mattingly, Louise | 34564 |
| McCarthy, Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Morzaria, Ragini | 34917 |
| Morzaria, Ragini | 36226 |
| Morzaria, Ragini | 36225 |
| Morzaria, Ragini | 34916 |
| Ontario Teachers' Pension Plan Board | 65647 |
| Palchynsky, John N. | 34712 |
| Palchynsky, John N. | 34713 |
| Portman Building Society Pension and Assurance Scheme | 35141 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Robert Stockdale | 42212 |
| Rodriguez-Colon, Elizabeth | 34490 |
| Sarkar, Amit K | 34872 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Sevilla Ardisana, Julio | 66616 |
| Sevilla Ardisana, Julio | 66617 |

3

| **Claimant Name** | **Claim Number** |
|---|---|
| Sevilla Ardisana, Julio | 66618 |
| Sevilla Ardisana, Julio | 66619 |
| Shen, Jiansheng Jensen | 35437 |
| Skolnick, William | 65968 |
| Smejkal, Frank | 34671 |
| Smejkal, Frank | 34672 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Verde Valley Medical Center 6120100 Zions First National Bank FBO | 66488 |
| Vereker, William | 62466 |
| Vintah Basin Medical Center 8748701 Zions First National Bank FBO | 66493 |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |

Dated:  November 22, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession