WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
                                              :
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :
                Debtors.                      :     (Jointly Administered)
                                              :
                                              :
                                              :
---------------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT
## OF DEBTORS' FORTY-FIRST OMNIBUS OBJECTION
## TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

     **PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-First Omnibus

Objection to Claims (Late-Filed Claims) (the "Objection"), solely as to the claims listed below,

that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"),

or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Adante Fund LP C/O Symphony Asset Management LLC | 34461 |
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Encore Fund, LP C/O Symphony Asset Management LLC | 34460 |
| Fortissimo Fund C/O Symphony Asset Management LLC | 34459 |
| Gatex Properties Inc. | 35849 |
| Gatex Properties Inc. | 35519 |
| GH Phipps Construction Companies 7061931 Zions First National Bank FBO | 66484 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| John, Tan Lye Thiam | 34794 |
| Kazumichi, Norimatsu | 46347 |
| King, Harriet Chan | 34546 |
| Layton Companies, Inc, The 5175510 Zions First National Bank FBO | 66487 |
| McMahon, Edith E & Joseph F. McMahon | 66611 |
| Quismorio, James | 36443 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |
| Rodriguez-Colon, Elizabeth | 34491 |
| Sinclair Medical Plan SI97400 Zions First National Bank FBO | 66489 |
| Smejkal, Frank | 34673 |
| Startek Inc. 8109959 Zions First National Bank FBO | 66490 |
| UT State Bar 8938175 Zions First National Bank FBO | 66492 |
| Utah Business/Benchmark Insurance Co. 8914701 | 66491 |

Dated:  November 22, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession