WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' FORTY-SECOND OMNIBUS OBJECTION
### TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Aguiler Caelles, Vincente | 64913 |
| Alaix Idoate, Fernando | 64895 |
| Albareda Costa, Maria Jose | 64908 |
| Arnaiz Lopez, Aida Maria | 64850 |
| Bertran Alcalde, Jose | 64898 |
| Burrow, Michael | 64939 |
| Cabre Rabada, Maria Montserrat | 64909 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de Aguirre Torres, Maria Concepcion | 64907 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fernandez Tremps, Adolfo | 64227 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Force Manner Co. Ltd | 65120 |
| Forest Holding, Inc. | 64161 |
| Gallen Raluy, Lidia | 64906 |
| Garcia-Mila Palaudarias, Jaime | 64204 |
| Garcia-Torrent Molina, Ramon | 64912 |
| Gine Davi, Jose | 64228 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Alvarez, Eleuterio | 64131 |
| Gonzalez Alvarez, Eleuterio | 64894 |
| Gonzalez Gasch, Esteban | 64130 |
| Gonzalez Gasch, Helena | 64129 |
| Gonzalez Gasch, Mercedes | 64128 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Herreor Moro, Maria del Milagro | 64133 |
| Hijos Rauber, Esteban | 64202 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Iberaval | 64505 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |

2

| | |
|---|---|
| Janals Garcia, Juan | 64203 |
| Jose Ruivo Dragao, Joao | 64556 |
| Jove Vintro, Jose | 64900 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Kuntz-Braack, Nils | 64637 |
| Kuntz-Braack, Silvia | 64638 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lafuente Bell, Jose Luis | 64901 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Matellanes Martin Mateos, Jose | 64226 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Oriol de Mingo Manuel | 64127 |
| Pardo Cordero, Emilio | 64718 |
| Pearl Assurance PLC | 65658 |
| Pearl Assurance PLC | 65659 |
| Pedraza Llanos, Jose Luis | 64902 |
| Perez Ruiz de Torres, Juan Jose | 64903 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Ramiro Fernandez, Adolfo | 64851 |
| Redon Castaner, Antonio | 64852 |
| Sanchez Lafuente Mariol, Juana | 64905 |
| Sanglas Camps, Javier | 64896 |
| Sanmarti Aulet, Juan | 64904 |
| Sanz Gareta, Maria Teresa | 64910 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Soler Linares, Jesus | 64897 |
| Stahl, Gabriele | 66397 |
| Steinhardt, Pedro | 64365 |

3

| | |
|---|---|
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Subira Farre, Pedro | 64911 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Synam Ltd. | 64625 |
| Synam Ltd. | 64626 |
| Synam Ltd. | 64627 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Vila Despujol, Miguel | 64132 |
| Vilchez Moleon, Antonio | 65291 |
| Villanueva Toran, Jose Enrique | 64899 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

Dated:  November 22, 2010
      New York, New York

                                            /s/ Shai Y. Waisman
                                            Shai Y. Waisman

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

4