WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
 : 
Debtors. : **(Jointly Administered)**
 : 
 : 
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' FORTY-THIRD OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Claims) (the "Objection"), solely as to the claims listed below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**Claims to be Adjourned:**

| Claimant | Claim Number |
|---|---|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Cardeno Forastero, Jose | 64230 |
| Cerda Baro, Agustin | 64431 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Collet Cabot, Joan | 64432 |
| Cordoncillo Fontanet, Francisco | 64229 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 62623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Konig, P.C. | 66063 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |

| Name | Number |
|---|---|
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Mohinani, Hassomal Bulchand | 65305 |
| Mohinani, Hassomal Bulchand | 65306 |
| Mohinani, Hassomal Bulchand | 65307 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |
| Todini, Giovanna | 64323 |
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |

Dated: November 22, 2010
      New York, New York

    /s/ Shai Y. Waisman
    Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

4