MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq.

*Attorneys for The Chuo Mitsui Trust and Banking Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :
                                                         :
Lehman Brothers Holdings, Inc.          :    Chapter 11
                                                         :
    Debtor.                                         :    Case No. 08-13555  (JMP)
                                                         :
                                                         :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that Morrison & Foerster LLP, counsel for interested party The Chuo Mitsui Trust and Banking Co., Ltd. ("CMTB"), respectfully withdraws the appearance of Larren M. Nashelsky in the above-captioned matter.  No other attorney is withdrawing his appearance by this notice.  Lorenzo Marinuzzi will remain as counsel to CMTB.

Dated: New York, New York
       November 22, 2010

/s/ Larren M. Nashelsky
Larren M. Nashelsky, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for The Chuo Mitsui Trust and Banking Co., Ltd.*

ny-951204