MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky

*Attorneys for Brookfield Properties One WFC Co. LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                                   :
:
Lehman Brothers Holdings, Inc.                           :    Chapter 11
:
    Debtor.                            :    Case No. 08-13555 (JMP)
:
:
---------------------------------------------------------x
:
Securities Investor Protection Corp.                     :
:
        Plaintiff.    :    Adv. Proc. No. 08-01420 (JMP)
  v.                                               :
:
Lehman Brothers Holdings, Inc.                           :
:
        Defendant.    :
:
:
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

      PLEASE TAKE NOTICE that Morrison & Foerster LLP, counsel for interested

party Brookfield Properties One WFC Co. LLC ("Brookfield"), respectfully withdraws the

appearance of Larren M. Nashelsky in the above-captioned matter. No other attorney is

ny-951189

withdrawing his appearance by this notice.  Lorenzo Marinuzzi will remain as counsel to

Brookfield.

Dated: New York, New York
       November 22, 2010

/s/ Larren M. Nashelsky
Larren M. Nashelsky

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

2

ny-951189