UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

_____
                                              )
In re                                         )
                                              )   Chapter 11 Case. No.
LEHMAN BROTHERS HOLDINGS, INC. et al.)   08-13555 (JMP)
                                              )   (Jointly Administered)
              Debtors.           )
_____)

_____
                                              )
In re                                         )
                                              )
LEHMAN BROTHERS INC.,            )   Case No. 08-01420 (JMP) SIPA
                                              )
              Debtor.            )
_____)

I hereby certify that on November 22, 2010, I caused a copy of the Post-Trial Brief of the Securities and Exchange Commission to be served via Federal Express, postage prepaid, upon the following:

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Hamish Hume
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022

Robert Gaffey
Jones Day
222 East 41st Street
New York, New York 10017-6702

James Tecce
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

|  |  |  |
|---|---|---|
| Dated: | New York, New York<br>November 23, 2010 | /s/ Mark Pennington<br>Mark Pennington |