Form 210A (10/06)

# United States Bankruptcy Court

___SOUTHERN___ District Of ___NEW YORK___

In re LEHMAN BROTHERS HOLDINGS INC ,      Case No. __08-13555 (JMP)__   JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

CVI GVF Luxembourg Twelve S.a.r.l          AXA Life Ltd.
_____              _____
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 17827
should be sent: c/o Carvel Investors UK Limited     Amount of Claim: $6,158,261.84
                Knowle Hill Park                     Date Claim Filed: September 8, 2009
                Fairmile Lane
                Cobham
                Surrey KT11 2PD
Phone: _____United Kingdom_____              Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____/s/ David Short_____       Date: November 23, 2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 Lehman Brothers Holdings, Inc.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of AXA Life Ltd ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No |
|---|---|
| $6,158,261.84 | 17827 |

have been transferred and assigned to CVI GVF Luxembourg Twelve S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF Luxembourg Twelve S.a.r.l.
Address:   c/o CarVal Investors UK Limited
           Knowle Hill Park
           Fairmile Lane
           Cobham
           Surrey KT11 2PD
           United Kingdom
           BY CARVAL INVESTORS UK LIMITED
Signature:
Name:      DAVID SHORT
Title:     OPERATIONS MANAGER
Date:      19ᵗʰ November 2010

ASSIGNOR: AXA Life Ltd
Address:   Ms Andrea Roethlisberger
           General Guisan-Strasse 40
           8400 Winterthur, Switzerland
Signature:
Name:      Andrea Röthlisberger
Title:     Senior Legal Counsel
Date:      19 November 2010

Signature:
Name:      Matthias Henny
Title:     CIO
Date:

DOC ID-110819916.2

3

K1.2 2673811.5

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430                                    Guest | Sign In

**epiq**
SYSTEMS

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

**Client Home      Claims      Docket      Key Documents**

Home»Search Claims                                                                                      Bookmark this Page

## Search Claims

### Criteria

| **Claim Number** | **Creditor Name** | **Scope** |
|---|---|---|
| 17827 | Name Starts With | Claims and schedules |

| **Schedule Number** | **Amount** | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

| **Debtor** | **Claim Date Range** | |
|---|---|---|
| | ☐ to | ☐ |

Order By: Creditor Name          Results Per Page: 50

### Results
Expand All

**[1]   Page 1 of 1 - 01 total items**

| | Claim # | Schedule # Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊟ | 17827 | AXA LIFE LTD | 9/18/2009 | $6,158,261.84 | Image |
| | | ATTN: MS. ANDREA ROETHLISBERGER GENERAL GUISAN-STRASSE 40 8400 WINTERTHUR | Claimed Unsecured: | $6,158,261.84 | |
| | | SWITZERLAND | | | |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |

**[1]   Page 1 of 1 - 01 total items**

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

| *United States Bankruptcy Court/Southern District of New York* | | PROOF OF CLAIM |
| --- | --- | --- |

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| --- | --- |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Axa Life Ltd (formerly Winterthur Life)
For the attention of Ms. Andrea Roethlisberger, Legal Counsel, W4.433
General Guisan-Strasse 40, 8400 Winterthur
Switzerland

Telephone number: +41 52 261 65 19     Email Address: andrea.roethlisberger@axa-winterthur.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: _____

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000017827

|||||||||||||||||||||||||

Name and address where payment should be sent (if different from above)
As indicated above.

Telephone number: As indicated above.     Email Address: As indicated above.

☐ Check this box if you a: that anyone else has filed a claim relating to your claim copy of statement giving pa

☐ Check this box if you a. debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 6,158,261.84

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.***

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** See Attachment.
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** N/A
3a. **Debtor may have scheduled account as:** N/A
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: N/A

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ N/A

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ N/A
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

Since this claim is based on a Guarantee (of the obligations of a non-Debtor entity under a Derivative Contract), the supporting documentation will be filed electronically in accordance with the special procedures for Guarantees and Derivative Contracts.

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>17 September 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Anja Buis, Legal Counsel     Krunoslava Janjic, Legal Counsel |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.