UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**Affidavit of Service**

State of New York  )
County of New York  )

JULIE NOCIOLO, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3. On November 22, 2010 I served true copies of the Memorandum of Law and Fact of Barclay Capital Inc. with Addendum 1: Proposed Findings of Fact; Addendum 2: Proposed Conclusions of Law; Addendum 3: Definition of Key Terms; Addendum 4: Annotation of Findings of Fact Supporting Fact Statement in Barclays' January 2010 Memorandum; and Addendum 5: Demonstrative Timelines (all dated November 22, 2010) via the court's CM/ECF system and by causing said copies to be personally delivered to the following parties:

    a. Andy Velez-Rivera
Office of the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

    b. Robert W. Gaffey
Jones Day
22 East 41st Street
New York, NY 10017
*Attorneys for the Debtors*

    c. James Tecce
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for the Official Committee of Unsecured Creditors*

    d. William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
*Attorneys for the SIPA Trustee*

Dated: November 22, 2010
New York, NY

_____
JULIE NOCIOLO

Sworn to before me this
22nd Day of November

_____
Notary Public

JACK G. STERN
Notary Public, State of New York
No. 31-4972032
Qualified in New York County
Commission Expires 9/17/2014