Howard C. Wachter
66-25 103 Street
Forest Hills, New York  11375
Telephone: 718 897-1044
Facsimile: 718 897-7098

Attorney for Claimant Kurt Wolf
        Claim # 6770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., ET AL.,    :    08- 13555 (JMP)
                                    :
            Debtors                 :    (Jointly Administered)
                                    :
―――――――――――――――――――――――――――x

In opposition to the objection of the attorneys for Debtors and Debtors in
possession Kurt Wolf believes his claim should be in addition to any claim
by the Indenture Trustee for the following reasons:
Kurt Wolf who is 87 years old purchased part of his holdings in Lehman Brothers
Holding Capital Trust 111 at the initial offering on March 12, 2003,
Since Mr. Wolf is an unsophisticated investor who was solicited and relied
on a representation that his investment was "fully unconditionally guaranteed",
his claim should be in addition to any Trustee claim. The Trustee represents
experienced fund managers and other seasoned investors.
    See statement by Kurt Wolf attached and the statement he feels misled him.
    The notice received by Mr. Wolf stated that he can object telephonically,
which he has requested and continues to request at the adjourned date
of December 1, 2010 at 10:00 AM or as soon thereafter as counsel may be heard.

Dated: November 12, 2010
       Forest Hills, New York

                                    _____
                                    Howard C. Wachter
                                    Attorney for claimant - Kurt Wolf



RECEIVED NOV 16 2010 U.S. BANKRUPTCY COURT, SDNY JMP

KURT WOLF
141-11 Jewel Avenue
Flushing, New York

TO THE HONORABLE COURT:

    I Kurt Wolf was misled by the caption on the offerring plan to sell securities by Lehman Brothers Holdings, Inc. The part that is confusing is the fact that my investment was fully and unconditionally guaranteed. If Lehman Brothers was registered to sell securities that in effect they received the proceeds why were they permitted to "fully and unconditionally guarantee" their own payment. This was a statement which the Securities and Exchange commission and local authorities examined and permitted to be used to confuse investors.

    I feel that in view of the miscarriage of justice my claim should be allowed in addition to any class action by the Trustee.

                                                   Respectfully,

                                                   KURT WOLF

12,000,000 PREFERRED SECURITIES

# LEHMAN BROTHERS HOLDINGS CAPITAL TRUST III

6.375% PREFERRED SECURITIES, SERIES K
(Liquidation amount $25 per preferred security)
fully and unconditionally guaranteed, to the extent
set forth herein, by

# LEHMAN BROTHERS HOLDINGS INC.

PROSPECTUS SUPPLEMENT

MARCH 12, 2003

(INCLUDING PROSPECTUS DATED