**CT Corporation**      111 Eighth Avenue         212 894 8940 tel
                        New York, NY 10011        212 590 9180 fax
                                                  www.ctlegalsolutions.com

November 17, 2010

Eric A. Schaffer, Atty
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222

RE:    Liberty Square CDO II, Corp. (DE)

Title of Action: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. vs. The Bank of New York Mellon Trust Co., National Association, etc., et al. including Liberty Square CDO II, Corp., Dfts.
Bankruptcy Case # 08-13555
Adversary Case # 10-03544

Dear Sir:

We are returning documents served/received for the above company by our Wilmington office.

According to our records our statutory representation services were discontinued and all processes sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*A. Coleman*
SOP Support

Office of the Clerk
United States Bankruptcy Court, NY
1 Bowling Green
#625
New York, NY  10004-1415

AC/te

