**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

November 18, 2010

United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. vs. The
Bank of New York Mellon Trust Co., National Association, etc., et al. including Liberty Square CDO II,
Corp., Dfts.

Case No. 08-13555

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the
last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning
them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after
reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Lisa Fierro
SOP Process Specialist

Log# 517620934

FedEx Tracking# 796465456659



cc: Shai Y. Waisman
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue,
    New York, NY 10153

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                                                    : Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 : 08-13555 (JMP)
                                                         :
                    Debtors.                             : (Jointly Administered)
                                                         :
---------------------------------------------------------x
                                                         :
LEHMAN BROTHERS FINANCIAL PRODUCTS                       :
INC.                                                     :
                                                         :    
                    Plaintiff,                            :
                                                         :
-against-                                                :
                                                         :
THE BANK OF NEW YORK MELLON TRUST                        : Adv. Case No.
CO., NATIONAL ASSOCIATION, as Trustee,                   : 10-03544 (JMP)
LIBERTY SQUARE CDO I, CORP., LIBERTY                     :
SQUARE CDO I, LTD., LIBERTY SQUARE CDO                   :
II, LTD., and LIBERTY SQUARE CDO II, CORP.,              :
as Issuers,                                              :
                                                         :
                    Defendants.                          :
                                                         :
---------------------------------------------------------x

### NOTICE OF ENTRY OF ORDER STAYING AVOIDANCE ACTIONS AND GRANTING CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)

**PLEASE TAKE NOTICE** that on October 20, 2010, the Court entered an Order

Staying Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rule 7004(a)(1) **[Case No. 08-13555; Docket No. 12199]**

(the "Order"). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, this

adversary proceeding has been stayed, which stay may be modified as set forth in the Order.

**PLEASE TAKE FURTHER NOTICE** that, during the effectiveness of the stay,

no response or answer to the complaint in the above-captioned adversary proceeding is required.

Dated: November 1, 2010
      New York, New York

              /s/ Shai Y. Waisman
              Shai Y. Waisman

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York  10153
              Telephone:  (212) 310-8000
              Facsimile:  (212) 310-8007

              Attorneys for the Debtors and
              Debtors in Possession

**Exhibit A**

**(Order Staying Avoidance Actions and Granting Related Relief)**

08-13555 [Dkt. No. 12199]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                        :        Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :        08-13555 (JMP)
                                             :
                        Debtors.             :        (Jointly Administered)
                                             :
------------------------------------------------------------x

## ~~ORDER STAYING AVOIDANCE ACTIONS AND GRANTING~~ CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)

Upon the motion, dated September 15, 2010 (the "Motion"),[1] of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors in possession (together, the "Debtors"), pursuant to section 105(a) of title 11 of the

United States Code (the "Bankruptcy Code") and Rule 4(m) of the Federal Rules of Civil

Procedures, as incorporated and made applicable hereto by Rule 7004(a)(1) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), to stay each of the adversary proceedings

identified on Exhibit A hereto and any other avoidance actions that may be commenced by the

Debtors under sections 544, 545, 547, 548, 549, 550 and/or 553 of the Bankruptcy Code

(collectively, the "Avoidance Actions") and to grant certain related relief, all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the amended

order entered June 17, 2010 governing case management and administrative procedures [Docket

No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the

attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and

(vii) each of the known and identified defendants to the Avoidance Actions or their agents or

representatives (the "Avoidance Action Defendants"), and it appearing that no other or further

notice need be provided; and objections to the Motion and the relief requested therein having

been interposed (the "Objections"); and a reply to the Objections having been filed by the

Debtors; and a hearing having been held on October 20, 2010 to consider the relief requested in

the Motion; and the Court having found and determined that the relief sought in the Motion is in

the best interests of the Debtors, their estates and creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Objections are overruled; and it is further

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that all Avoidance Actions are hereby stayed for a period of nine (9)

months following the date of entry of this order such that (i) all applicable deadlines (other than

those related to completion of service) are suspended, (ii) all discovery and pre-trial conferences

shall not be conducted, and (iii) all motion practice and contested hearings or trials are

prohibited; *provided, however,* that during the effectiveness of such stay, the Debtors may (a)

2

amend the Avoidance Action complaints, (b) employ the Derivative ADR Procedures or other

procedures to attempt to consensually resolve their disputes, (c) enter into settlements of the

Avoidance Actions, (d) complete service of the Avoidance Action complaints, (e) seek discovery

for the purpose of assisting the Debtors in completing service of the Avoidance Action

complaints, and (f) dismiss an Avoidance Action in accordance with Bankruptcy Rule 7041 (the

"Stay"); and it is further

ORDERED that during the effectiveness of the Stay, no Avoidance Action

Defendant shall be required to respond to, or otherwise answer, an Avoidance Action complaint

and all rights of the Debtors and the Avoidance Action Defendants, including to move to dismiss

an Avoidance Action on any basis, are fully preserved; and it is further

ORDERED that the Debtors shall file a "notice of stay" on the docket of each of

the Avoidance Actions; and it is further

ORDERED that the Debtors shall have until 180 days from the filing of each

Avoidance Action complaint to complete service on each of the Avoidance Action Defendants to

such Avoidance Action without prejudice to the Debtors' ability to request further extensions;

and it is further

ORDERED that the Stay of an Avoidance Action may be lifted by (i) the Debtors

(after consultation with the Creditors' Committee) or by such other party that is authorized by

the Court to prosecute the Avoidance Action on behalf of the Debtors upon the filing and service

of a notice on the applicable Avoidance Action Defendant(s) indicating that good cause exists to

prosecute such Avoidance Action, or (ii) the Court for good cause shown upon an application by

an Avoidance Action Defendant and after notice and a hearing with an opportunity to respond by

the Debtors and the Creditors' Committee; and it is further

ORDERED that the date of service of the notice of intention to prosecute an

Avoidance Action or the date of the Court's order modifying the Stay over an Avoidance Action

shall govern the parties' deadlines to respond to the applicable Avoidance Action complaint; and

it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.


Dated: New York, New York
       October 20, 2010

        _s/ James M. Peck_____
        UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**(Schedule of Avoidance Actions)**

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03489 (JMP) | **INTERPLEADER COUNTER-DEFENDANTS**<br><br>BANK OF AMERICA, N.A., successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee<br>ESP FUNDING I, LTD., as Issuer<br>ESP FUNDING I (DELAWARE) CORP., as Co-Issuer |
| 10-03542 (JMP) | **TRUSTEE DEFENDANTS**<br><br>U.S. BANK NATIONAL ASSOCIATION<br>BANK OF AMERICA NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br>**ISSUER DEFENDANTS**<br><br>AIRLIE CDO I, CORP.<br>AIRLIE CDO I, LTD.<br>AIRLIE LCDO I (AVIV LCDO 2006-3)<br>CORP, AIRLIE LCDO I (AVIV LCDO 2006-3), LTD.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), CORP.<br>AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD.<br>AVIV LCDO 2006-1, CORP.<br>AVIV LCDO 2006-1, LTD.<br>AVIV LCDO 2006-2, CORP.<br>AVIV LCDO 2006-2, LTD.<br>BALBOA CDO I, CORP.<br>BALBOA CDO I, LTD.<br>BELLE HAVEN ABS CDO 2005-1, LLC<br>BELLE HAVEN ABS CDO 2005-1, LTD.<br>BELLE HAVEN ABS CDO 2006-1, LLC<br>BELLE HAVEN ABS CDO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-1, CORP.<br>EXUM RIDGE CBO 2006-1, LTD.<br>EXUM RIDGE CBO 2006-2, CORP.<br>EXUM RIDGE CBO 2006-2, LTD.<br>EXUM RIDGE CBO 2006-4, CORP.<br>EXUM RIDGE CBO 2006-4, LTD.<br>EXUM RIDGE CBO 2006-5, CORP.<br>EXUM RIDGE CBO 2006-5, LTD.<br>EXUM RIDGE CBO 2007-1, CORP.<br>EXUM RIDGE CBO 2007-1, LTD.<br>EXUM RIDGE CBO 2007-2, CORP.<br>EXUM RIDGE CBO 2007-2, LTD.<br>GEMSTONE CDO VI CORP.<br>GEMSTONE CDO VI LTD.<br>GREYSTONE CDO SERIES 2008-4 LLC<br>GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-4 SEGREGATED PORTFOLIO<br>PEBBLE CREEK LCDO 2006-1, CORP.<br>PEBBLE CREEK LCDO 2006-1, LTD.<br>PEBBLE CREEK LCDO 2007-3, LLC<br>PEBBLE CREEK LCDO 2007-3, LTD.<br>RACE POINT IV CLO, LTD.<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2002-26 TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST<br>RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-20AT TRUST<br>SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD.<br>STOWE CDO LLC<br>STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-1 SEGREGATED PORTFOLIO<br><br>TRADEWINDS II CDO SERIES 2006-1 LLC<br>TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO<br>WHITE MARLIN CDO 2007-1, CORP.<br>WHITE MARLIN CDO 2007-1, LTD |
| 10-03543 (JMP) | U.S. BANK NATIONAL ASSOCIATION, as Trustee<br>MADISON AVENUE STRUCTURED FINANCE CDO I, LTD.<br>MADISON AVENUE STRUCTURED FINANCE CDO I, CORP., as Issuers |
| 10-03544 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee<br>LIBERTY SQUARE CDO I, CORP.<br>LIBERTY SQUARE CDO I, LTD.<br>LIBERTY SQUARE CDO II, LTD.<br>LIBERTY SQUARE CDO II, CORP., as Issuers |
| 10-03545 (JMP) | TRUSTEE DEFENDANTS<br><br>THE BANK OF NEW YORK MELLON CORPORATION<br>BNY CORPORATE TRUSTEE SERVICES LIMITED<br><br>ISSUER DEFENDANTS<br><br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-6<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-12<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2006-17<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-4<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-7<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-9<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-11<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-13<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-17 |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2007-19 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-2 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-3 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-4 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-5 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-6 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-7 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-8 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-9 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-10 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-11 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-12 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-13 |
| | BERYL FINANCE LTD. AS ISSUER OF SERIES 2008-14 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2005-1 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-1 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-2 |
| | DIADEM CITY CDO LTD. AS ISSUER OF SERIES 2008-3 |
| | JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-1 |
| | JUPITER QUARTZ FINANCE PLC AS ISSUER OF SERIES 2004-2 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-1 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-2 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-3 |
| | LION CITY CDO LTD. AS ISSUER OF SERIES 2006-5 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2004-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2005-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2006-1 |
| | ONYX FUNDING LTD. AS ISSUER OF SERIES 2008-1 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2003-6 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2003-8 |
| | PEARL FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-3 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2003-4 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | QUARTZ FINANCE PLC AS ISSUER OF SERIES 2005-2 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2004-2 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2004-3 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2006-5 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2007-3 |
| | RUBY FINANCE PLC AS ISSUER OF SERIES 2008-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-4 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2004-12 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-3 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-4 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-10 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2005-11 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-2 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-3 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-10 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2006-11 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-5 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-7 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2007-9 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-1 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-6 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-7 |
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-8 |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-9<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-10<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-11<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-12<br>SAPHIR FINANCE PLC AS ISSUER OF SERIES 2008-13<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-1<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-2<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-3<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-5<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-6<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-8<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-9<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-10<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-14<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-15<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-16<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-17<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-18<br>ZIRCON FINANCE LTD. AS ISSUER OF SERIES 2007-19 |
| 10-03546 (JMP) | THE BANK OF NEW YORK MELLON TRUST CO.<br>NATIONAL ASSOCIATION, as Trustee<br>TIAA STRUCTURED FINANCE CDO I, LTD., as Issuer<br>TIAA STRUCTURED FINANCE CDO I, LLC, as Co-Issuer |
| 10-03547 (JMP) | TRUSTEE DEFENDANTS<br><br>BANK OF AMERICA NATIONAL ASSOCIATION<br>THE BANK OF NEW YORK MELLON NATIONAL ASSOCIATION<br>BNY CORPORATE TRUSTEE SERVICES LTD.<br>CITIBANK, N.A.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>WELLS FARGO BANK NATIONAL ASSOCIATION<br><br>ISSUER DEFENDANTS<br><br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, as Issuer<br>801 GRAND CDO SERIES 2006-1 LLC, as Co-issuer<br>801 GRAND CDO SPC, f/a/o THE SERIES 2006-2, as Issuer<br>801 GRAND CDO SERIES 2006-2 LLC, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-1, as Co-issuer<br>ALTA CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>ALTA CDO LLC, FOR SERIES 2007-2, as Co-issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-1 LLC, as Co-Issuer<br>BARTON SPRINGS CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BARTON SPRINGS CDO SERIES 2005-2 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-1 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-1 LLC, as Co-issuer<br>BLUE POINT CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer<br>BLUE POINT CDO SERIES 2005-2 LLC, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC THE SERIES 2007-1, as Co-issuer<br>CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer<br>CHERRY HILL CDO LLC FOR SERIES 2007-2, as Co-issuer<br>COPPER CREEK CDO SPC, f/a/o SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | COPPER CREEK CDO LLC, as Co-issuer |
| | CROWN CITY CDO 2005-1 LIMITED, as Issuer |
| | CROWN CITY CDO 2005-1 LLC, as Co-Issuer |
| | CROWN CITY CDO 2005-2 LIMITED, as Issuer |
| | CROWN CITY CDO 2005-2 LLC, as Co-Issuer |
| | FREEDOM PARK CDO SERIES 2005-1 LIMITED, as Issuer |
| | FREEDOM PARK CDO SERIES 2005-1 LLC, as Co-issuer |
| | FULLERTON DRIVE CDO LIMITED, as Issuer |
| | FULLERTON DRIVE CDO LLC, as Co-issuer |
| | GREYSTONE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer |
| | GREYSTONE CDO SERIES 2006-1 LLC, as Co-issuer |
| | GREYSTONE CDO SPC, f/a/o THE SERIES 2006-2 SEGREGATED PORTFOLIO, as Issuer |
| | GREYSTONE CDO SERIES 2006-2 LLC, as Co-issuer |
| | JEFFERSON VALLEY CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer |
| | JEFFERSON VALLEY CDO SERIES 2006-1 LLC, as Co-Issuer |
| | KINGS RIVER LIMITED, as Issuer |
| | KINGS RIVER LLC, as Co-issuer |
| | LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer |
| | LAKEVIEW CDO LLC SERIES 2007-1, as Co-issuer |
| | LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer |
| | LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Co-issuer |
| | LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Issuer |
| | LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Co-issuer |
| | PANTERA VIVE CDO SPC, f/a/o THE SERIES 2007-1, as Issuer |
| | PANTERA VIVE CDO LLC, as Co-issuer |
| | PEBBLE CREEK LCDO 2007-2, LTD., as Issuer |
| | PEBBLE CREEK LCDO 2007-2, LLC, as Co-issuer |
| | PENN'S LANDING CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer |
| | PENN'S LANDING CDO LLC, as Co-issuer |
| | PHOENIX 2002-1 LIMITED, as Issuer |
| | PHOENIX 2002-1 LLC, as Co-issuer |
| | PHOENIX 2002-2 LIMITED, as Issuer |
| | PYXIS ABS CDO 2007-1 LTD., as Issuer |
| | PYXIS ABS CDO 2007-1 LLC, as Co-issuer |
| | QUARTZ FINANCE PLC, as Issuer |
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-19-C TRUST |
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST |
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-1-C TRUST |
| | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST |
| | RAACLC TRUST, SERIES 2003-A |
| | RUBY FINANCE PLC, f/a/o THE SERIES 2005-1, as Issuer |
| | RUBY FINANCE PLC, f/a/o THE SERIES 2006-4, as Issuer |
| | RUBY FINANCE PLC, f/a/o THE SERIES 2007-1, as Issuer |
| | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 FEDERATION A-1 SEGREGATED PORTFOLIO, as Issuer |
| | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 FEDERATION A-2 SEGREGATED PORTFOLIO, as Issuer |
| | SOLAR V CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer |
| | SOLAR V CDO LLC, as Co-issuer |
| | STOWE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer |
| | STOWE CDO SERIES 2006-1 LLC, as Co-issuer |
| | STOWE CDO SPC, f/a/o THE SERIES 2008-2A SEGREGATED PORTFOLIO, as Issuer |
| | STOWE CDO LLC, as Co-Issuer |
| | SUNSET PARK CDO LIMITED SPC, f/a/o THE SERIES 2005-5 SEGREGATED PORTFOLIO, as Issuer |
| | SUNSET PARK CDO SERIES 2005-5 LLC, as Co-issuer |
| | SUNSET PARK CDO SERIES 2005-6 LIMITED, as Issuer |
| | SUNSET PARK CDO SERIES 2005-6 LLC, as Co-issuer |
| | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 TABXSPOKE (07-1 40-100) SEGREGATED PORTFOLIO, as Issuer |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC, as Co-issuer<br>TAVARES SQUARE CDO LIMITED, as Issuer<br>TAVARES SQUARE CDO LLC, as Co-issuer<br>TAYLOR CREEK LIMITED, as Issuer<br>TAYLOR CREEK LLC, as Co-issuer<br>VOX PLACE CDO LIMITED, as Issuer<br>VOX PLACE CDO LLC, as Co-issuer<br><br>NOTEHOLDER DEFENDANTS<br><br>AC CAPITAL PARTNERS LTD.<br>ACA FINANCIAL GUARANTY CORPORATION<br>ASTERI GROUP LTD.<br>BABSON CAPITAL MANAGEMENT<br>BANCO CREDITO DEL PERU<br>BANK OF CHINA<br>THE BANK OF FUKUOKA, LTD.<br>BARCLAYS BANK PLC<br>BASIS YIELD ALPHA CAPITAL<br>BASIS CAPITAL PTY LIMITED<br>BLUE CROSS BLUE SHIELD<br>BEAR STEARNS ASSET MANAGEMENT<br>BENEFICIAL LIFE INSURANCE CO.<br>BLACKROCK, INC.<br>CALYON NEW YORK<br>CANADIAN IMPERIAL BANK OF COMMERCE<br>CENTRAL REINSURANCE CORP.<br>CHEYNE CAPITAL MANAGEMENT (UK) LLP<br>CITIGROUP ALTERNATIVE INVESTMENTS LLC<br>CSFB ALTERNATIVE CAPITAL 1<br>CSFB CDO-CITI<br>THE DAEGU BANK, LTD.<br>DELAWARE INVESTMENT ADVISORS INC.<br>DELAWARE MANAGEMENT BUSINESS TRUST<br>DELPHI FINANCIAL GROUP, INC.<br>DEXIA, EDISON INTERNATIONAL<br>ELLIOT ASSOCIATES, L.P.<br>EQUITY GROUP, INC.<br>ETHIAS SA<br>FAR GLORY LIFE INSURANCE CO., LTD.<br>FAXTOR SECURITIES BV<br>GARADEX INC.<br>GARLAND INVESTMENT MANAGEMENT INC.<br>GATEX PROPERTIES INC.<br>GOLDMAN SACHS US MORTGAGES SAI FUND<br>GORDON RAUSSER<br>GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN)<br>GORDON RAUSSER (IRA)<br>KUO HUA LIFE INSURANCE, LTD.<br>IKB DEUTSCHE INDUSTRIEBANK<br>INTERNATIONAL BANK OF TAIPEI<br>IRON FINANCIAL<br>JA HOKKAIDO SHINREN<br>KOREA'S NATIONAL AGRICULTURAL COOPERATIVE FEDERATION<br>MAGNETAR CAPITAL<br>MBIA CAPITAL MANAGEMENT CORPORATION<br>MKP CAPITAL MANAGEMENT LLC<br>MODERN WOODMEN<br>MONEYGRAM USA |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
|  | THE OCEANIC HEDGE FUND<br>OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM<br>OMICRON INVESTMENT MANAGEMENT GMBH (f/k/a UNIQA ALTERNATIVE INVESTMENTS GMBH)<br>PB CAPITAL CORPORATION<br>PRINCETON ADVISORY GROUP, INC.<br>PRINCIPAL GLOBAL INVESTORS, (EUROPE) LIMITED<br>PRINCIPAL GLOBAL INVESTORS<br>RABOBANK INTERNATIONAL NEW YORK BRANCH<br>RABOBANK GROUP<br>RGA LLC<br>ROTHSCHILD ASSET MANAGEMENT INC.<br>SENECA CAPITAL MANAGEMENT LLC<br>SENTINEL MANAGEMENT GROUP INC.<br>SHIELD SECURITIES<br>SHING KONG LIFE INSURANCE CO., LTD.<br>SHINGKONG INSURANCE CO. LTD.<br>SHINHAN BANK<br>SOUTHERN MISSOURI BANCORP, INC.<br>SOCIETE GENERALE<br>STONE TOWER<br>SUSQUAHANA BANK<br>SWISS LIFE LTD.<br>TAIWAN LIFE<br>TOM DEPPING<br>TRAVELERS EXPRESS COMPANY INC.<br>TRUST CO. OF THE WEST INC.<br>UNION INVESTMENT GROUP<br>UNIQA ALTERNATIVE INVESTMENTS<br>VANDERBILT CAPITAL ADVISORS<br>VERITAS CAPITAL<br>WELLS FARGO, NATIONAL ASSOCIATION<br>ZAIS GROUP, LLC<br>ZAIS INVESTMENT GRADE LTD |
| 10-03548 (JMP) | AXA, S.A.<br>AXA ASSURANCES VIE MUTUELLE<br>AXA ASSURANCES I.A.R.D. MUTUELLE<br>AXA COURTAGE ASSURANCE MUTUELLE<br>AXA FINANCIAL, INC.<br>ALLIANCEBERNSTEIN L.P. F/K/A/ ALLIANCE CAPITAL MANAGEMENT L.P. |
| 10-03550 (JMP) | ABOVENET COMMUNICATIONS INC. |
| 10-03551 (JMP) | EMC CORPORATION |
| 10-03552 (JMP) | FRAGOMEN, DEL RAY, BERNSEN AND LOEWY, LLP |
| 10-03553 (JMP) | GMAC MORTGAGE CORPORATION |
| 10-03554 (JMP) | STAPLES INC. |
| 10-03555 (JMP) | SUNGARD REFERENCE DATA SOLUTIONS, INC. |
| 10-03556 (JMP) | WEBEX COMMUNICATIONS INC. |
| 10-03557 (JMP) | ALPHA OFFICE SUPPLIES INC. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03558 (JMP) | EARTH THEBEAULT INC. |
| 10-03559 (JMP) | HANOVER MOVING CO. INC. |
| 10-03560 (JMP) | EMORTGAGE LOGIC LLC |
| 10-03563 (JMP) | EXCEL MEDIA SYSTEMS INC. |
| 10-03564 (JMP) | RADIANZ AMERICAS INC. |
| 10-03565 (JMP) | GEORGESON INC. |
| 10-03566 (JMP) | HYPOTHECA CAPITA LLC |
| 10-03567 (JMP) | VIDEO CORPORATION OF AMERICA |
| 10-03571 (JMP) | INFORMATION BUILDERS INC. |
| 10-03574 (JMP) | ANA-DATA CONSULTING INC. |
| 10-03575 (JMP) | INTEGREON MANAGED SOLUTIONS INC. |
| 10-03579 (JMP) | LIBERTY PROPERTY LIMITED PARTNERSHIP |
| 10-03580 (JMP) | OPEN SOLUTIONS INC. |
| 10-03582 (JMP) | AUTOMATED SECURITIES CLEARANCE LTD. |
| 10-03585 (JMP) | LOANPERFORMANCE |
| 10-03587 (JMP) | CLUNE CONSTRUCTION COMPANY L.P. |
| 10-03588 (JMP) | NETZWERKE UND INNOVATIVER COMPUTER-EINSATZ GMBH |
| 10-03590 (JMP) | PEI SYSTEMS INC. |
| 10-03593 (JMP) | CIENA COMMUNICATIONS INC. |
| 10-03596 (JMP) | SPIRAL BINDING COMPANY, INC. |
| 10-03597 (JMP) | MACGREGOR GROUP INC. |
| 10-03598 (JMP) | FIRST AMERICAN RESIDENTIAL VALUE VIEW LLC |
| 10-03599 (JMP) | NORTHROP GRUNMAN CORPORATION |
| 10-03600 (JMP) | TEXAS TOWER LTD. |
| 10-03601 (JMP) | PALM BEACH CENTRE 1 LLC |
| 10-03602 (JMP) | WILLIAMS LEA INC. |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| 10-03603 (JMP) | UCA GLOBAL INC. |
| 10-03604 (JMP) | SATYAM COMPUTER SERVICES LTD. |
| 10-03605 (JMP) | SOS SECURITY INC. |
| 10-03606 (JMP) | STEWART LENDER SERVICES |
| 10-03607 (JMP) | INTERFACE CABLE ASSEMBLIES & SERVICES CORPORATION |
| 10-03608 (JMP) | MIDDLEFIELD PARK |
| 10-03609 (JMP) | DEUTSCHE BANK TRUST COMPANY AMERICAS |
| 10-03617 (JMP) | LAKE FOREST BUSINESS CENTER |
| 10-03809 (JMP) | TRUSTEE DEFENDANTS<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION<br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>U.S. BANK NATIONAL ASSOCIATION<br><br>ISSUER DEFENDANTS<br><br>IMPAC CMB TRUST SERIES 2005-03<br>IMPAC CMB TRUST SERIES 2005-04<br>IMPAC CMB TRUST SERIES 2005-05<br>IMPAC CMB TRUST SERIES 2005-08<br>IMPAC CMB TRUST SERIES 2006-3<br>IMPAC SECURED ASSETS TRUST 2007-3<br>ACCESS GROUP INC. SERIES 2005-A<br>ACCESS GROUP INC. SERIES 2005-B<br>LAKEVIEW 2007-4<br>FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8<br>RACERS 2005-10<br>GREYSTONE 2006-3 |
| 10-03810 (JMP) | TRUSTEE DEFENDANTS<br><br>BANK OF NEW YORK<br>BANK OF NEW YORK TRUSTEE SERVICES LIMITED<br><br>ISSUER DEFENDANTS<br><br>GAZPROMBANK MORTGAGE FUNDING 2 S.A.<br>RUBY FINANCE PUBLIC LIMITED COMPANY, AS ISSUER OF THE SERIES 2006-7 |
| 10-03811 (JMP) | BANK OF NEW YORK MELLON NATIONAL ASSOCIATION |
| 10-03812 (JMP) | NEBRASKA INVESTMENT FINANCE AUTHORITY |
| 10-03830 (JMP) | CONFLUENT V LIMITED<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03831 (JMP) | BLUEBAY ASSET MANAGEMENT PLC |

| Adversary Proceeding No. | Defendant(s) |
|---|---|
| | BLUEBAY HIGH YIELD BOND FUND<br>BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) SARL<br>BLUEBAY STRUCTURED FUNDS-HIGH YIELD ENHANCED FUND<br>BLUEBAY STRUCTURED FUNDS-HIGH YIELD PORTABLE ALPHA FUND<br>G.A. FUND-BOND HIGHER YIELD EURO TP<br>INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL<br>INTERPOLIS PENSIOENEN VERMOGENSBEHEER B.V.<br>LGT CAPITAL INVEST (SC3) LTD.<br>PANACEA TRUST- BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST<br>STICHTING BEDRIJFSPENSIOENFONDS VOOR DE METAALEKTRO<br>STICHTING MN SERVICES EUROPEES HIGH YIELD FONDS<br>BLUEBAY VALUE RECOVERY (MASTER) FUND LIMITED |
| 10-03832 (JMP) | ADAGIO III CLO PLC<br>AXA INVESTMENT MANAGERS PARIS S.A. |
| 10-03833 (JMP) | MATIGNON DERIVATIVES LOANS<br>AXA INVESTMENT MANAGERS PARIS S.A. |

**Epiq Bankruptcy Solutions, LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017

**ADDRESS SERVICE REQUESTED**

**Legal Documents Enclosed -**
Please direct to the attention of the Addressee,
Legal Department or President.



LBH ADV 544 11-09-2010 (CREDITOR,CREDNUM)
******1000250222****** BAR(23) MAIL ID *** 000037319301 ***

LIBERTY SQUARE CDO II, CORP.
1209 ORANGE STREET
ATTN: PRESIDENT
RE: LIBERTY SQUARE CDO I, LIMITED
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
WILMINGTON  DE  19801



UNITED STATES POSTAGE
PITNEY BOWES

02 1M                    $ 01.39⁰
0004227342        NOV 09 2010
MAILED FROM ZIP CODE 10017

see,

)NUM)
)00037319301 ***

TE EXEC

5