```
W-2 Wage and Tax Statement 2008
Copy B To be filed with employee's FEDERAL tax return

c Employer's name, address and ZIP Code
LEHMAN BROTHERS INC.
70 HUDSON STREET
PAYROLL DEPT, 10TH FL
JERSEY CITY NJ 07302

Control number: 0037846

e Employee's name, address, & ZIP code
CAROLYN O FRENCH-DAVIS
203 WATERSIDE DRIVE
LAFAYETTE LA 70503

7 Social security tips
8 Allocated tips: 638.66
9 Advance EIC payment
10 Dependent care benefits
11 Nonqualified plans: 638.66
14 Other
b Employer identification number: 13-2618466
a Employee's social security number: 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

1 Wages, tips, other compensation: 638.66
2 Federal income tax withheld: 159.67
3 Social security wages
4 Social security tax withheld
5 Medicare wages and tips
6 Medicare tax withheld

15 State: LA    Employer's state I.D. number: 0878249001
16 State wages, tips, etc: 638.66
17 State income tax: 5.50
```

Re. Claim Number 7276      - Date Filed 8/3/2009
Creditor Name & Address -      Classification & Amount:
French-Davis, Carolyn O.      Priority: $27,000
203 Waterside Dr.
Lafayette, LA 70503

Nov. 16, 2010
203 Waterside Dr.
Lafayette, LA 70503

Please accept the above copy of my W-2 Wage and Tax statement as documentation for my claims against Lehman Brothers for the balance of my deferred compensation.

I was employed by Shearson Lehman Brothers from July 21st, 1985 until the date that Lehman's no longer was an owner of Shearson Lehman. During that time, I had accumulated approximately $27,000 of deferred compensation. The only payment I received is shown in the W-2 Wage & Tax Statement for 2008.

I don't have a copy of the statement showing the entire amount because this was online and I trusted Lehman's to keep the information. Can you accept this or can you provide me a copy of appropriate documentation? Thank you.

Carolyn French

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                              Debtors.                      :   (Jointly Administered)
                                                            :
-----------------------------------------------------------x

LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000053755 MAIL ID *** 000037055523 *** BSIUSE: 102

FRENCH-DAVIS, CAROLYN O
203 WATERSIDE DRIVE
LAFAYETTE, LA 70503

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>FRENCH-DAVIS, CAROLYN O<br>203 WATERSIDE DRIVE<br>LAFAYETTE, LA 70503 | **Claim Number:** 7276<br>**Date Filed:** 8/3/2009<br>**Debtor:** No Case<br>**Classification and Amount:** PRIORITY: $ 27,000.00 |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.