NORTON ROSE LLP
Michael Dunn
3 More London Riverside
London, SE1 2AQ
United Kingdom
Telephone: +44 207 444 2634
Email: Michael.dunn@nortonrose.com

*Attorney for Caja de Credito de los Ingenieros, SCC
and certain of it clients who hold Lehman Programs Securities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## REQUEST TO APPEAR TELEPHONICALLY

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This is a request to appear telephonically at the hearing on December 1, 2010 at 10:00 AM. I represent Caja de Credito de los Ingenieros and certain of its clients who hold Lehman Programs Securities in connection with their previously filed motions in opposition to Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) and Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims), docket number 12127 and docket number 12182, respectively.

Dated: 18 November 2010

By: _____

Michael Dunn

Attorney for Caja de Credito de los Ingenieros and certain of its clients who hold Lehman Programs Securities

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael Dunn, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Caja de Credito de los Ingenieros and certain of its clients who hold Lehman Programs Securities, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 18 November 2010

London, United Kingdom

*Mailing Address:*
Norton Rose
3 More London Riverside
London SE1 2AQ
United Kingdom
*E-mail address:* Michael.dunn@nortonrose.com
Telephone number: +44 207 444 2634

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re )<br> )<br>LEHMAN BROTHERS HOLDINGS, INC., )<br>et al., )<br> )<br>             Debtors. )<br> ) | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael Dunn, to be admitted, ***pro hac vice***, to represent Caja de Credito de los Ingenieros and certain of its clients who hold Lehman Programs Securities, (the "Clients") creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

**ORDERED**, that Michael Dunn, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____          /s/_____

New York, New York                  Honorable James M. Peck
                                    UNITED STATES BANKRUPTCY JUDGE