*[Handwritten at top: Nov 17 2010 / Gentlemen. I have been advised that my proof of claim was not received by Court. I have included it as 4th page of this package. Thank you, Brian J Loftus]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                          :     Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                                    :
                                    Debtors.                                :     (Jointly Administered)
                                                                                    :
-----------------------------------------------------------x

LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000052212 MAIL ID *** 000037055554 *** BSIUSE: 133

LOFTUS, BRIAN J
2635 VISTA ORNADA
NEWPORT BEACH, CA 92660

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:** LOFTUS, BRIAN J  2635 VISTA ORNADA  NEWPORT BEACH, CA 92660 | **Claim Number:** 5540 |
| | **Date Filed:** 7/17/2009 |
| | **Debtor:** No Case |
| | **Classification and Amount:** PRIORITY: $ 415.41 |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000052212 \*\*\*\*
LOFTUS, BRIAN J
2635 VISTA ORNADA
NEWPORT BEACH, CA 92660

September 16, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | LOFTUS, BRIAN J |
| Date Received: | 07/17/2009 |
| Claim Number: | 5540 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br>Case No. of Debtor | UNIQUE IDENTIFICATION NUMBER: 1000249389 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000249389******
LOFTUS, BRIAN J
2635 VISTA ORNADA
NEWPORT BEACH, CA 92660

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 949 644 1124    Email Address: b.loftus@sbcglobal.net

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 415.41
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** DEFERRED EARNINGS
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3686
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $ _____    Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____    Basis for perfection: _____
Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

Amount entitled to priority:
$ 415.41

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date:<br>07/11/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Brian Loftus    BRIAN J. LOFTUS |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PCMB742

SMITH BARNEY SHEARSON AND LEHMAN BROTHERS INC. CONSOLIDATED STATEMENT
FINANCIAL CONSULTANT DEFERRED COMPENSATION PLAN (FCDCP)
AS OF 09/30/2008

DATE 09/25/08
PAGE 1

CURRENT INTEREST RATE 0.0013424

DEPT. 00561
LOFTUS, BRIAN
2635 Vista Ornada
Newport Beach    CA 92660

ACCOUNT # 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

### LEHMAN BROTHERS INC. FROZEN BALANCES (1)

| PLAN YEAR | PROD GRID DEFERRED (3) | ASSET AWARD | PRE-MERGER ACCUMULATED INTEREST | POST-MERGER ACCUMULATED INTEREST (2) | PAYMENTS | BALANCE | PAY DATE | DEF CD | PAY METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 1982 | 1,316.65 | .00 | 1,204.23 | N/A | 98.04 (2) | .00 | 09/30/94 | R | LS |
| 1983 | 2,140.81 | .00 | 818.82 | N/A | 2,959.63 | .00 | 09/30/94 | R | LS |
| 1986 | 2,389.46 | 1,974.83 | 1,866.81 | N/A | 5,815.69 | 415.41 | 09/30/94 | R | LS |
| 1987 | 2,017.77 | 2,839.60 | 1,630.60 | N/A | 6,487.97 | .00 | 12/31/92 | | LS |

SUB TOTAL    7,864.69    4,814.43    5,520.46        17,784.17    415.41

### SMITH BARNEY SHEARSON BALANCES

| PLAN YEAR | PROD GRID DEFERRED (3) | ASSET AWARD | PRE-MERGER ACCUMULATED INTEREST | ACCUMULATED INTEREST | PAYMENTS | BALANCE | PAY DATE | DEF CD | PAY METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 1982 | N/A | N/A | N/A | 98.04 | .00 | 09/30/94 | | LS |
| 1986 | 2,165.41 | 3,625.53 | .00 | 2,451.93 | 2,153.18 | 298.75 | 09/30/94 | | LS |
| 1988 | 3,328.32 | 5,844.32 | .00 | 1,684.39 | 7,475.33 | .00 | 12/31/93 | | LS |
| 1989 | 3,014.15 | 7,098.87 | .00 | 2,233.37 | 11,406.01 | .00 | 12/31/94 | | LS |
| 1990 | 3,602.40 | 13,527.96 | .00 | 2,232.93 | 12,345.95 | .00 | 12/31/95 | | LS |
| 1991 | 4,107.65 | 9,718.99 | .00 | 3,718.65 | 20,849.01 | .00 | 12/31/96 | | LS |
| 1992 | 4,427.63 | 10,689.00 | .00 | 3,267.14 | 17,093.78 | .00 | 12/31/97 | | LS |
| 1993 | | | .00 | 3,907.90 | 19,024.53 | .00 | 12/31/98 | | LS |

SUB TOTAL    20,645.56    50,504.67    .00    19,594.35    90,445.83    298.75

GRAND TOTAL    28,510.25    55,319.10    5,520.46    19,594.35    108,230.00    714.16

(1) LEHMAN BROTHERS INC. FROZEN BALANCES INCLUDE ALL VESTED AMOUNTS CREDITED THROUGH 7/31/93, THE CLOSING DATE OF THE ASSET PURCHASE AGREEMENT BETWEEN SHEARSON LEHMAN BROTHERS, INC. AND SMITH BARNEY, HARRIS UPHAM & CO. INCORPORATED. THESE BALANCES, REDUCED FOR ANY PAYMENTS AFTER 7/31/93, WILL BE PAID BY LEHMAN BROTHERS INC. IN ACCORDANCE WITH THE TERMS OF THE FCDCP PLAN DOCUMENTS AND ANY PREVIOUSLY FILED PAYMENT ELECTION.
(2) INTEREST EARNED ON ALL LEHMAN BROTHERS INC. FROZEN BALANCES AFTER 7/31/93 WILL BE CREDITED AND PAID BY SMITH BARNEY SHEARSON IN ACCORDANCE WITH THE TERMS OF THE FCDCP PLAN DOCUMENTS AND ANY PREVIOUSLY FILED PAYMENT ELECTION.
(3) THE 5% AWARD IS INCLUDED IN THE PRODUCTION GRID DEFERRED BALANCE.