B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.         ,            Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Michael Stephan, Elliott Associates, L.P.
712 5th Avenue, 35th Fl, New York, NY 10019

Court Claim # (if known):  20095
Amount of Claim:  $84,381.41*
Date Claim Filed:  09/21/2009

Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Phone: (203) 719-4009
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
By: _____
Transferee/Transferee's Agent

By: _____
Elliot Greenberg, Vice President

Date: November 23, 2010

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**TO:** Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG, Stamford Branch ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated November 17, 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim no. 20095 against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 with respect to the ISDA Master Agreement dated 6/5/2007 between Lehman Brothers International (Europe) and the Assignor and related documents (the "ISDA) and the GMRA (as defined below) only (the "General Guarantee Claim" and together with the proofs of claim described in clause (i), the "Claims") pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments of the Debtor relating to the ISDA and the Global Master Repurchase Agreement (GMRA) dated as of May between the Assignor and Lehman Brothers International (Europe) and documents related thereto. For the avoidance of doubt, the assignment does not relate to any claims other than those originating from or arising out of the ISDA and/or the GMRA.

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

Assignee's information is as follows:

**The Assignee:**

Address:    712 5th Avenue, 35th Floor, New York, New York 10019
Attention:  Michael Stephan
Telephone:  (212) 478-2310
Fax No.:    (212) 478-2311
E mail:     MStephan@elliottmgmt.com

US$ wire instructions

Bank Name: JP Morgan Chase New York
Swift Code: CHASUS33
ABA# 021000021
Account Name: Elliott Associates, L.P.
Account # 957143354



IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17 day of November, 2010

**ASSIGNOR:**

**UBS AG, Stamford Branch**
**By: UBS Securities, LLC, as Agent**

By: _/s/ Stephen Scanapieco_
   Name:
   Title: Stephen Scanapieco
          Associate Director
          Banking Products
          Services, US

By: _/s/ Darlene Arias_
   Name:
   Title: Darlene Arias
          Associate Director
          Banking Products Services, US

**ASSIGNEE:**

**Elliott Associates, L.P.**

By: _____
   Name:
   Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of NOVEMBER, 2010

**ASSIGNOR:**

**UBS AG, Stamford Branch**
**By: UBS Securities, LLC, as Agent**

By: _____
   Name:
   Title:

**ASSIGNEE:**

**Elliott Associates, L.P.**

By: _____
   Name:
   Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
   Elliot Greenberg, Vice President