UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Lehman Brothers Holding, Inc., et al.

Case No.: 08-13555
Chapter 11

Debtor
-----------------------------------------------------------x

Adversary Proceeding No.

Plaintiff

v.

Defendant
-----------------------------------------------------------x

RECEIVED
NOV 23 2010
U.S. BANKRUPTCY COURT, SDNY

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gregory M. Bentz, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Fed. Home Loan Bank-Des Moines, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Missouri and, if applicable, the bar of the U.S. District Court for the Western District of Missouri.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 11/22/2010
_____, New York

*Mailing Address:*
1700 Twelve Wyandotte Plaza
120 W 12th Street
Kansas City, MO 64105
*E-mail address*: mbentz@polsinelli.com
*Telephone number*: (816) 421-3355