UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: Lehman Brothers Holding, Inc., et al.

                                Debtor
-----------------------------------------------------------x

                              Plaintiff
                    v.

                              Defendant
-----------------------------------------------------------x

Case No.: 08-13555
Chapter 11

Adversary Proceeding No.: _____

*RECEIVED NOV 23 2010 U.S. BANKRUPTCY COURT, SDNY*

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Casandra L. Carpenter_____, request admission, *pro hac vice*, before the Honorable James M. Peck_____, to represent Fed. Home Loan Bank-Des Moines__, a Creditor_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Missouri_____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 11/22/2010
_____, New York

*Casandra C Carpenter*

*Mailing Address:*
700 W 47th Street
Suite 1000
Kansas City, MO  64112
*E-mail address:* ccarpenter@polsinelli.com
*Telephone number:* (816) 753-1000