**CORTAL CONSORS**
**BNP PARIBAS**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Stationi, P.O. Box 5076
New York, NY 10150-5076

Nuremberg, October 25 2010

**Assignment of claims arising from Chapter 11 Proceedings of Lehman Brothers Holding Inc. and transfer of ownership regarding ISIN XS0312439556 (Lehman Bros Treasury Co. B.V. EOEO-FLR Med.Term Notes 2007(12))**

Dear Sir or Madame,

on October 28 2009 our clients, Elena and Celina Pretzl, sent attached claims regarding Lehman Brothers to you.

On your homepage www.lehman-docket.com we could verify that the clients are registered on your side with No. 51473 (in the amount of 7075,50 USD/Elena Pretzl) and No. 51474 (in the amount of 7075,50 USD/Celina Pretzl).

We would now like to inform you that all present and future claims, payments and accounts receivables are assigned to ourselves, CortalConsors SA, Nuremberg. In order to validate the information on your side we enclose the Assignment Agreement as well as a due translation for your convenience further to the original claim, filed by our client.

If you demand further documents or any other information please do not hesitate to contact us.

Please confirm us the receipt of this Assignment and that you will keep from now on this engagement on our behalf.

Kind regards

Uwe Lange
Senior Team Head Corporate Actions

Bahnhofstr. 55
90402 Nuremberg
Mail: Uwe.Lange@CortalConsors.de
Phone: 0049-911 369 3677

Michael Braun
Team Head Corporate Actions

Mail: Michael.Braun@CortalConsors.de
Phone: 0049-911 369 3405

Attachments:
- claim of our clients
- Assignment Agreement
- translation

Cortal Consors S.A. Zweigniederlassung Deutschland
Bahnhofstraße 55, D-90402 Nürnberg, HR Nürnberg B 20075, USt-IdNr. DE225900761, info@cortalconsors.de, www.cortalconsors.de
Fon 01803/252501*, Fax 01803/252532*, *(0,09 €/Min. aus dem Festnetz der Deutschen Telekom, Mobilfunkpreise ggf. abweichend)

# Abtretung

von Ansprüchen aus dem Chapter 11 (Insolvenz-) Verfahren der
Lehman Brothers Holding Inc. und
Übertragung des Eigentums an der WKN A0NZ9W
im Nennwert von 2 x 5.000 €

Zwischen

**Celina und Elena Pretzl,**
- gesetzlich vertreten durch die Eltern Sylvia und Alfred Pretzl -
Im Hoffeld 3
92331 Luppurg
Bundesrepublik Deutschland

- nachfolgend „der Kunde"

und

**Cortal Consors S.A.**
**Zweigniederlassung Deutschland**
Bahnhofstraße 55
90402 Nürnberg
Bundesrepublik Deutschland

- nachfolgend „die Bank" genannt,

wird Folgendes vereinbart:

1. Gegenstand der Abtretung

(1) Der Kunde tritt hiermit an die Bank alle seine gegenwärtigen und künftigen Ansprüche und Forderungen jeder Art aus dem Chapter 11/ Insolvenzverfahren der Lehman Brothers Holding Inc. und anderen, die der Kunde mit seinen Anträgen vom 22.9.2009 beantragt hat, ab. Der Antrag auf Teilnahme am Insolvenzverfahren wird dieser Vereinbarung als **Anlage 1** beigefügt und bildet einen wesentlichen Bestandteil dieser Vereinbarung.

(2) Die Abtretung ist unbedingt und unwiderruflich.

(3) Der Drittschuldner hat alle Zahlungen aus dem o. g. Verfahren wie auch alle sonstigen Forderungen und Ansprüche zukünftig nur noch an „die Bank" zu leisten.

1

(4) Das Verfahren wird betreut durch

Lehman Brothers Holdings Claims Processing Center
C/O Eqip. Bankruptcy Solution LLC
FDR Stadion, P.O. Box 5076
New York, NY 10150 – 5076
USA

(Nachfolgend: "o.g. Stelle" oder „Insolvenzverwalter")

(5) Die Bank nimmt die Abtretung an.

2. Zweck der Abtretung

Die Abtretung erfolgt zur Erfüllung der gegenseitigen Ansprüche aus dem Urteil des Landgerichts Nürnberg, LG Nürnberg-Fürth 10 O 2339/10 vom 28.7.2010.

3. Übertragung des Eigentums und Freigabe der WKN A0NZ9W zugunsten der Bank

(1) Der Kunde hat neben der Abtretung auch die in seinen Depots 748013658 und 748013665 befindlichen Stücke an die Bank herauszugeben. Er erklärt deshalb das Angebot zur Übertragung des Eigentums und Freigabe der Stücke zugunsten der Bank.

(2) Dies erfolgt ebenfalls unbedingt und unwiderruflich.

(3) Die Bank nimmt das Angebot an. Sie ist mithin berechtigt, die Stücke dem Depot zu entnehmen und dem eigenen Depot zuzuführen. Es handelt sich um die WKN A0NZ9W im Nominalwert von 2 x 5.000 €.

4. Zug-um-Zug

Im Gegenzug zur Unterzeichnung und Zugang dieser Erklärung bei der Bank und Entnahme der Stücke aus dem Depot weist die Bank den ausgeurteilten Betrag nebst ausgeurteilter Zinsen, unter Abzug ggfs. zu zahlender AbgSt und Solidaritätszuschlag auf die Konten 740013663 und 740013656 des Kunden bei der Bank an.

5. Informationspflichten

(1) Der Kunde verpflichtet sich, die Bank unverzüglich zu unterrichten, falls er aus dem Insolvenzverfahren Nachrichten seitens der og. Stelle, seitens des Insolvenzverwalters oder sonstiger Personen erhält.

(2) Ebenso verpflichtet er sich, dem Insolvenzverwalter die Abtretung der Ansprüche offen zu legen, wenn und soweit er zu Angabe einer Kontoverbindung oder sonstiger Informationen aufgefordert wird.

2

6. Inanspruchnahme der Zession

Die Bank ist berechtigt, die Abtretung offen zu legen und die abgetretenen Ansprüche beim Drittschuldner einzuziehen.

7. Schlussbestimmungen

(1) Die Abtretung tritt mit Unterzeichnung durch beide Seiten in Kraft.

(2) Die Abtretung wird in 2 Fassungen ausgefertigt.

(3) Der Insolvenzverwalter wird hiermit berechtigt und verpflichtet, etwaige Erlöse oder sonstige Ansprüche nur noch an die Bank zu leisten/ auszukehren.

Nürnberg, den 30.09.2010

Celina und Elena Pretzl

_____
Mutter

_____
Vater

Nürnberg, den 6.10.2010

Cortal Consors S.A.
Zweigniederlassung Deutschland

_____

Anlage

3


## Certified translation from German

## Assignment
of claims under Chapter 11 (Insolvency-) proceedings concerning
Lehman Brothers Holding Inc. and
transfer of ownership of WKN A0NZ9W
having a nominal value of 2 x 5,000 €

between

**Celina and Elena Pretzl,**
- legally represented by their parents Sylvia and Alfred Pretzl -
Im Hoffeld 3
92331 Luppurg
Federal Republic of Germany

- hereinafter "the client"

and

**Cortal Consors S.A.**
**German branch**
Bahnhofstrasse 55
90402 Nuremberg
Federal Republic of Germany

- hereinafter called "the bank"

the following is agreed:

1. Object of assignment

(1) Hereby the client assigns all its present and future claims of any kind under Chapter 11/ Insolvency proceedings concerning Lehman Brothers Holding Inc. and others, which the client applied for in its applications dated 22nd September, 2009, to the bank. The application for participation in the insolvency proceedings is attached to this agreement as **Annex 1** and forms an integral part of this agreement.

(2) The assignment is absolute and irrevocable.

(3) In future the garnishee must make all payments under the above proceedings as well as deliver any satisfactions of any other claims and receivables to "the bank" only.

1

(4) The action is supported by

> Lehman Brothers Holdings Claims Processing Center
> C/O Eqip. Bankruptcy Solution LLC
> FDR Stadion, P.O. Box 5076
> New York, NY 10150 – 5076
> USA
>
> (hereinafter "the abovementioned entity" or "receiver in insolvency")

(5) The bank accepts the assignment.

2. Purpose of assignment

The assignment is made for the purpose of satisfying the mutual claims established by the decision of the Nuremberg Higher Regional Court, file No. LG Nürnberg-Fürth 10 O 2339/10 and dated 28th July, 2010.

3. Transfer of ownership and release of WKN A0NZ9W in favor of the bank.

(1) In addition to the assignment the client must also deliver the items 748013658 and 748013665 from its depot to the bank. It therefore declares an offer for transfer of ownership and release of the items in favor of the bank.

(2) That is also done absolutely and irrevocably.

(3) The bank accepts the offer. Accordingly it is entitled to take the items out of the depot and to transfer them to its own depot, viz. items WKN A0NZ9W having a nominal value of 2 x 5,000 €.

4. Concurrent performance

Concurrently with signature and receipt of that declaration by the bank and the taking of the items from the depot, the bank will transfer the amount awarded plus awarded interest and less any AbgSt *(Abgeltungssteuer – capital gains withholding tax)* and Solidaritätszuschlag *(solidarity surcharge)* to the accounts 740013663 and 740013656 of the client with the bank.

5. Duty to inform

(1) The client undertakes to inform the bank without delay, if and as far as it receives information on the insolvency proceedings from the abovementioned entity or other persons.

(2) Likewise it undertakes to disclose the assignment of claims to the receiver in insolvency, if and as far as it is required to name an account or to provide other information.

2

6. Disclosing and using the assignment

The bank is entitled to disclose the assignment to the garnishee and to collect the assigned claims from it.

7. Miscellaneous

(1) The assignment becomes effective upon signing by both parties.

(2) The assignment is made out in two executions.

(3) The receiver in insolvency is hereby authorized and obligated to pay out / deliver any receipts or other claimed items to the bank.

Nuremberg, on………………..                    Nuremberg, on………….

Celina and Elena Pretzl                              Cortal Consors S.A.
                                                              German branch

_____                              _____
Mother

_____                              _____
Father

Annex

3

*The correctness and completeness of the above translation from German is hereby certified.*

*Grosshansdorf,* 22.10.2010

*Peter Strauß,*

*Translator for English, officially authorised for the courts and public prosecution authorities of the Federal State Schleswig-Holstein.*

[Stamp: Beim Landgericht Lübeck — Peter Strauss — Telefon (0 41 02) 6 35 53 — Telefax (0 41 02) 45 89 44 — e-mail: info@pj-strauss.de — allgem. vereidigter Dolmetscher f. Englisch]

[Stamp: Profi Schnelldienst — Zeil 113, 60313 Frankfurt — Tel.: 069 / 1 31 07 11 — Telefax: 069 / 1 31 07 15 — Fachübersetzungen GmbH]

246

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000051473

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Elena Pretzl
Im Hoffeld 3
Germany; 92331 Lupburg

Telephone number: 0049 9492 7354    Email Address: alfred.pretzl@t-online.de

**Name and address where payment should be sent (if different from above)**

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 7,075,500    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0312439556    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** CA67298    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
62126    (Required)    Clearstream Banking Luxembourg

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27.09.09 | [signature] |

**FOR COURT USE ONLY**
FILED / RECEIVED
OCT 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

[Photocopy of a UPS Express Pak shipping envelope with waybill H686 268 082 8]

Shipper: Michael Bock, Portal Consors, Flaschenhofstrasse 22, 90402 Nuernberg, DE

Ship To: Epiq Bankruptcy Solutions LLC, Lehman Brothers Holdings Claims Processing, 757 3rd Ave, FL 3, New York NY 10017

Reference: Lehman Brothers Holdings Claims / Epiq Bankruptcy Solution Processing Ctr / P.O. Box 5076

Service: Express (marked)

Date: 27/Oct/2009 21:41

245

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000051474 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Celina Pretzl<br>Im Hoffeld 3<br>Germany 92331 Lupburg<br>Telephone number: 0049 9492 7354  Email Address: alfred.pretzl@t-online.de | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number: _____<br>(If known)<br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 7,075,500  (Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0312439556 (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
**CA 67300  (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
**62126  (Required)  Clearstream Banking Luxembourg**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. || **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 28 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|
| Date.<br><br>27.09.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
| Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571 |||







**Deutsche Post**

- EINSCHREIBEN EINWURF
- ☒ EINSCHREIBEN (Recommandé)
- EIGENHÄNDIG (A remettre en main propre)
- INT. NACHNAHME (Remboursement)
- ☒ RÜCKSCHEIN (Avis de réception)

**R**    RG 41 671 314 1DE

912-671-000

– AR-Rückschein / Avis de réception / Advice of delivery –



RECEIVED NOV 15 2010 BY:

– AR-Rückschein / Avis de réception / Advice of delivery –

Der CO₂-neutrale Versand mit der Deutschen Post
90318 Nürnberg

