WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                  Debtors.                    :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF**
**INDENTURE TRUSTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fifty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection"), solely as to the claim listed below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. **The hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time).** The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| William W. Brockett | 37406 |

Dated: November 24, 2010
  New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession