WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :    **08-13555 (JMP)**
                                                          :
                              **Debtors.**                :    **(Jointly Administered)**
                                                          :
                                                          :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS'
## EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE
## OF INDENTURE TRUSTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Eighteenth Omnibus

Objection to Claims (Duplicative of Indenture Trustee Claims), solely as to the claims listed

below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"),

or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Terry, Howard | 1481 |
| The Terry Foundation | 1482 |

Dated:  November 24, 2010
            New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession