**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF KARL JOSEPH THOMA TO DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

PLEASE TAKE NOTICE that the objection to Debtors' Forty-Ninth Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Karl Jospeh Thoma [Dkt. No. 12198] is hereby withdrawn.

Dated: November 12, 2010

/s/ Karl Joseph Thoma
Karl Joseph Thoma