**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

----------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF MICHELE N. FERRETT TO**
**DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

PLEASE TAKE NOTICE that the objection to Debtors' Fiftieth Omnibus

Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Michele N.

Ferrett is hereby withdrawn.

Dated: November 8, 2010

/s/ Michele N. Ferrett
Michele N. Ferrett