**EXECUTION COPY**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Midway Market Neutral International Master Fund Ltd.

Midway Market Neutral International Master Fund Ltd., a Cayman Islands exempt company, having offices located at 33 Whitehall Street, Floor 22, New York, New York, 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,034,976, docketed as Claim No. 26206 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24 day of November, 2010.

WITNESS:
_____
(Signature)
Name: Arjuna Darmaraj
Title: VP
(Print name and title of witness)

**Midway Market Neutral International Master Fund Ltd.**

By: _____
(Signature of authorized corporate officer)

Name: OMAR QAISER
Title: Managing Partner
Tel.: 212-504-0946

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

**JPMORGAN CHASE BANK, N.A.**

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Midway Assignment of Claim _ FINAL (2).DOC

EXECUTION COPY

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Midway Market Neutral International Master Fund Ltd.

Midway Market Neutral International Master Fund Ltd., a Cayman Islands exempt company, having offices located at 33 Whitehall Street, Floor 22, New York, New York, 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,034,976, docketed as Claim No. 26206 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ____ day of _____, 2010.

**Midway Market Neutral International Master Fund Ltd.**

WITNESS:

_____
(Signature)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
(Print name and title of witness)

Name:_____
Title:_____
Tel.:_____

**JPMORGAN CHASE BANK, N.A.**

WITNESS:
*[signature]*
(Signature)

By: *[signature]*
(Signature of authorized corporate officer)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.:_____

Midway Assignment of Claim _ FINAL.DOC

EXECUTION COPY

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Midway Market Neutral International Master Fund Ltd.

Midway Market Neutral International Master Fund Ltd., a Cayman Islands exempt company, having offices located at 33 Whitehall Street, Floor 22, New York, New York, 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,034,976, docketed as Claim No. 26208 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24 day of November, 2010.

WITNESS:

_____
(Signature)
Name: Arjuna Darmarajah
Title: VP
(Print name and title of witness)

Midway Market Neutral International Master Fund Ltd.

By: _____
(Signature of authorized corporate officer)

Name: OMAR QAISER
Title: Managing Partner
Tel.: 212-909-0946

JPMorgan Chase Bank, N.A.

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Midway Assignment of Claim _ FINAL (2).DOC

EXECUTION COPY

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Midway Market Neutral International Master Fund Ltd.

Midway Market Neutral International Master Fund Ltd., a Cayman Islands exempt company, having offices located at 33 Whitehall Street, Floor 22, New York, New York, 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,034,976, docketed as Claim No. 26208 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ____ day of _____, 2010.

**Midway Market Neutral International Master Fund Ltd.**

WITNESS:

_____
(Signature)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
(Print name and title of witness)

Name:_____
Title:_____
Tel.:_____

**JPMorgan Chase Bank, N.A.**

WITNESS:
_/s/ Alexander Wilk_
(Signature)

By: _/s/_
(Signature of authorized corporate officer)

Name: _Alexander Wilk_
Title: _Associate_
(Print name and title of witness)

Name: **Peter Schoepe**
Title: **Authorized Signatory**
Tel.:_____

Midway Assignment of Claim _ FINAL.DOC