**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA INTERNATIONAL PLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03229-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA SECURITIES CO., LTD. | |
| Defendant. | Ref. Docket No. 12899 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2010, I caused to be served the "Notice of Presentment of Stipulated Scheduling Order for Consolidated Actions with Respect to Nomura International PLC, Nomura Securities Co., LTD., and Nomura Global Financial Products, Inc.," dated November 18, 2010 [Docket No. 12899], by causing true and correct copies to be:

    a) delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b) delivered via facsimile to those parties listed on the annexed Exhibit B,

    c) enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to Douglas P. Bartner, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, and

    d) enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
22nd day of November, 2010

_____
Notary Public

/s/ Panagiota Manatakis

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

-2-

T:\Clients\LBH\Affidavits\Adv Proc 10-03228 & 10-03229_Nomura NOP- Scheduling Order_DI 12899_11-18-10.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| adg@adorno.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| agolianopoulos@mayerbrown.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bgraifman@gkblaw.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bhinerfeld@sbtklaw.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amcmullen@boultcummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | bmiller@mofo.com |
| andrew.brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | bpershkow@profunds.com |
| angelich.george@arentfox.com | brian.corey@greentreecreditsolutions.com |
| ann.reynaud@shell.com | brian.pfeiffer@friedfrank.com |
| anthony_boccanfuso@aporter.com | bromano@willkie.com |
| aoberry@bermanesq.com | brosenblum@jonesday.com |
| aostrow@beckerglynn.com | broy@rltlawfirm.com |
| apo@stevenslee.com | btrust@mayerbrown.com |
| aquale@sidley.com | btupi@tuckerlaw.com |
| araboy@cov.com | bturk@tishmanspeyer.com |
| arahl@reedsmith.com | bwolfe@sheppardmullin.com |
| arheaume@riemerlaw.com | bzabarauskas@crowell.com |
| arlbank@pbfcm.com | cahn@clm.com |
| arosenblatt@chadbourne.com | canelas@pursuitpartners.com |
| arthur.rosenberg@hklaw.com | carlsons@sullcrom.com |
| arwolf@wlrk.com | carol.weinerlevy@bingham.com |

**Email Addresses**

| | |
|---|---|
| cbelisle@wfw.com | dbalog@intersil.com |
| cbelmonte@ssbb.com | dbarber@bsblawyers.com |
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christian.spieler@lehman.com | deggermann@kramerlevin.com |
| christopher.schueller@bipc.com | deggert@freebornpeters.com |
| clarkb@sullcrom.com | demetra.liggins@tklaw.com |
| clynch@reedsmith.com | deryck.palmer@cwt.com |
| cmontgomery@salans.com | dfelder@orrick.com |
| cohenr@sewkis.com | dflanigan@polsinelli.com |
| cp@stevenslee.com | dgrimes@reedsmith.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| cs@stevenslee.com | dirk.roberts@ots.treas.gov |
| csalomon@beckerglynn.com | djoseph@stradley.com |
| cschreiber@winston.com | dkleiner@velaw.com |
| cshore@whitecase.com | dkozusko@willkie.com |
| cshulman@sheppardmullin.com | dladdin@agg.com |
| ctatelbaum@adorno.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dludman@brownconnery.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmurray@jenner.com |
| dallas.bankruptcy@publicans.com | dneier@winston.com |
| daniel.guyder@allenovery.com | dodonnell@milbank.com |
| dave.davis@isgria.com | douglas.bacon@lw.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | dpiazza@hodgsonruss.com |
| davids@blbglaw.com | dravin@wolffsamson.com |
| davidwheeler@mvalaw.com | drose@pryorcashman.com |

**Email Addresses**

| | |
|---|---|
| drosenzweig@fulbright.com | gary.ticoll@cwt.com |
| drosner@goulstonstorrs.com | gbray@milbank.com |
| drosner@kasowitz.com | george.davis@cwt.com |
| dshemano@pwkllp.com | geraci@thalergertler.com |
| dspelfogel@foley.com | ggitomer@mkbattorneys.com |
| dtatge@ebglaw.com | giddens@hugheshubbard.com |
| dwdykhouse@pbwt.com | gkaden@goulstonstorrs.com |
| dwildes@stroock.com | glenn.siegel@dechert.com |
| dworkman@bakerlaw.com | gmoss@riemerlaw.com |
| easmith@venable.com | gravert@mwe.com |
| echang@steinlubin.com | gspilsbury@jsslaw.com |
| ecohen@russell.com | guzzi@whitecase.com |
| efile@willaw.com | hanh.huynh@cwt.com |
| efleck@milbank.com | harrisjm@michigan.gov |
| efriedman@friedumspring.com | harveystrickon@paulhastings.com |
| egeekie@schiffhardin.com | hbeltzer@morganlewis.com |
| eglas@mccarter.com | hbeltzer@mayerbrown.com |
| ehollander@whitecase.com | heidi@crumbielaw.com |
| ekbergc@lanepowell.com | heim.steve@dorsey.com |
| eli.mattioli@klgates.com | heiser@chapman.com |
| elizabeth.harris@klgates.com | helmut.olivier@lehman.com |
| ellen.halstead@cwt.com | hirsch.robert@arentfox.com |
| eobrien@sbchlaw.com | hollace.cohen@troutmansanders.com |
| eric.johnson@hro.com | holsen@stroock.com |
| eschaffer@reedsmith.com | howard.hawkins@cwt.com |
| eschwartz@contrariancapital.com | hseife@chadbourne.com |
| esmith@dl.com | hsnovikoff@wlrk.com |
| ezujkowski@emmetmarvin.com | ian.levy@kobrekim.com |
| ezweig@optonline.net | icatto@kirkland.com |
| fbp@ppgms.com | igoldstein@dl.com |
| feldsteinh@sullcrom.com | ilevee@lowenstein.com |
| ffm@bostonbusinesslaw.com | info2@normandyhill.com |
| fhyman@mayerbrown.com | ira.herman@tklaw.com |
| fishere@butzel.com | isgreene@hhlaw.com |
| francois.janson@hklaw.com | israel.dahan@cwt.com |
| frank.white@agg.com | iva.uroic@dechert.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| fyates@sonnenschein.com | jafeltman@wlrk.com |
| gabriel.delvirginia@verizon.net | james.mcclammy@dpw.com |

**Email Addresses**

| | |
|---|---|
| james.sprayregen@kirkland.com | jjtancredi@daypitney.com |
| jamestecce@quinnemanuel.com | jjureller@klestadt.com |
| jar@outtengolden.com | jkehoe@sbtklaw.com |
| jason.jurgens@cwt.com | jlamar@maynardcooper.com |
| jay.hurst@oag.state.tx.us | jlawlor@wmd-law.com |
| jay@kleinsolomon.com | jlee@foley.com |
| jbecker@wilmingtontrust.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john@crumbielaw.com |
| jen.premisler@cliffordchance.com | john.mcnicholas@dlapiper.com |
| jennifer.demarco@cliffordchance.com | john.monaghan@hklaw.com |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jeremy.eiden@state.mn.us | joli@crlpc.com |
| jessica.fink@cwt.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jflaxer@golenbock.com | joseph.scordato@dkib.com |
| jfox@joefoxlaw.com | joshua.dorchak@bingham.com |
| jfreeberg@wfw.com | jowen769@yahoo.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |

**Email Addresses**

| | |
|---|---|
| jtimko@allenmatkins.com | lberkoff@moritthock.com |
| jtimko@shutts.com | lee.stremba@troutmansanders.com |
| jtougas@mayerbrown.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jwallack@goulstonstorrs.com | linda.boyle@twtelecom.com |
| jwang@sipc.org | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.kraidin@allenovery.com |
| jweiss@gibsondunn.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmay@coleschotz.com |
| jwhitman@entwistle-law.com | lmcgowen@orrick.com |
| k4.nomura@aozorabank.co.jp | lml@ppgms.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | loizides@loizides.com |
| keckhardt@hunton.com | lromansic@steptoe.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| ken.coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lthompson@whitecase.com |
| kgwynne@reedsmith.com | lubell@hugheshubbard.com |
| kiplok@hugheshubbard.com | lwhidden@salans.com |
| kkelly@ebglaw.com | mabrams@willkie.com |
| klyman@irell.com | maofiling@cgsh.com |
| kmayer@mccarter.com | marc.chait@standardchartered.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.deveno@bingham.com |
| kostad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.bury@lehman.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| krubin@ozcap.com | matthew.morris@lovells.com |
| kstahl@whitecase.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| landon@streusandlandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |

**Email Addresses**

| | |
|---|---|
| mcto@debevoise.com | mwarren@mtb.com |
| mdorval@stradley.com | ncoco@mwe.com |
| meltzere@pepperlaw.com | neal.mann@oag.state.ny.us |
| metkin@lowenstein.com | ned.schodek@shearman.com |
| mfeldman@willkie.com | newyork@sec.gov |
| mgordon@briggs.com | nfurman@scottwoodcapital.com |
| mgreger@allenmatkins.com | nherman@morganlewis.com |
| mhanchet@mayerbrown.com | nissay_10259-0154@mhmjapan.com |
| mhopkins@cov.com | nlepore@schnader.com |
| michael.bonacker@lehman.com | notice@bkcylaw.com |
| michael.frege@cms-hs.com | oipress@travelers.com |
| michael.kim@kobrekim.com | omeca.nedd@lovells.com |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.schmitz-morkramer@lehman.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| mjr1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | pnichols@whitecase.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com |
| mpage@kelleydrye.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwirt@ftportfolios.com |
| mschimel@sju.edu | pwright@dl.com |
| mshiner@tuckerlaw.com | r.stahl@stahlzelloe.com |
| msiegel@brownrudnick.com | raj.madan@bingham.com |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mvenditto@reedsmith.com | ranjit.mather@bnymellon.com |

**Email Addresses**

| | |
|---|---|
| rbeacher@daypitney.com | s.minehan@aozorabank.co.jp |
| rbernard@bakerlaw.com | sabin.willett@bingham.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rchoi@kayescholer.com | sagolden@hhlaw.com |
| rdaversa@orrick.com | sally.henry@skadden.com |
| relgidely@gjb-law.com | sandyscafaria@eaton.com |
| rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| rfrankel@orrick.com | sbernstein@hunton.com |
| rfriedman@silvermanacampora.com | scargill@lowenstein.com |
| rgmason@wlrk.com | schannej@pepperlaw.com |
| rgraham@whitecase.com | schepis@pursuitpartners.com |
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| rhs@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scott.gibson@dubaiic.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| rjones@boultcummings.com | sdnyecf@dor.mo.gov |
| rlevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | shumaker@pursuitpartners.com |
| robin.keller@lovells.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| rqureshi@reedsmith.com | slevine@brownrudnick.com |
| rreid@sheppardmullin.com | sloden@diamondmccarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| rtrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |
| rwyron@orrick.com | splatzer@platzerlaw.com |

**Email Addresses**

| | |
|---|---|
| squigley@lowenstein.com | ukreppel@whitecase.com |
| sree@lcbf.com | vdagostino@lowenstein.com |
| sselbst@herrick.com | villa@streusandlandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| steele@lowenstein.com | vrubinstein@loeb.com |
| stephen.cowan@dlapiper.com | walter.stuart@freshfields.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |
| steven.wilamowsky@bingham.com | wballaine@lcbf.com |
| streusand@streusandlandon.com | wbenzija@halperinlaw.net |
| susan.schultz@newedgegroup.com | wcurchack@loeb.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| swolowitz@mayerbrown.com | wheuer@dl.com |
| szuch@wiggin.com | william.m.goldman@dlapiper.com |
| tannweiler@greerherz.com | wiltenburg@hugheshubbard.com |
| tarbit@cftc.gov | wisotska@pepperlaw.com |
| tbrock@ssbb.com | woconnor@crowell.com |
| tduffy@andersonkill.com | wrightth@sullcrom.com |
| teresa.oxford@invescoaim.com | wsilverm@oshr.com |
| tgoren@mofo.com | wswearingen@llf-law.com |
| thaler@thalergertler.com | wtaylor@mccarter.com |
| thomas.califano@dlapiper.com | wzoberman@bermanesq.com |
| thomas.ogden@dpw.com | yamashiro@sumitomotrust.co.jp |
| thomas_noguerola@calpers.ca.gov | |
| thomaskent@paulhastings.com | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |

**Additional Email Addresses**

| |
|---|
| harvey.miller@weil.com |
| jacqueline.marcus@weil.com |
| lori.fife@weil.com |
| richard.krasnow@weil.com |
| shai.waisman@weil.com |

# EXHIBIT B

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |