**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al*., : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
In re: :
: SIPA Proceeding
LEHMAN BROTHERS INC., :
: Case No. 08-01420 (JMP)
Debtor. :
:
---------------------------------------------------------------x

## STIPULATION AND ORDER CONCERNING OFFICIAL TRANSCRIPTS AND AUDIO-RECORDINGS OF PROCEEDINGS

WHEREAS, Barclays Capital, Inc. ("Barclays"), Lehman Brothers Holdings, Inc. ("LBHI"), the Trustee in the Securities Investor Protection Act proceedings (the "Trustee"), and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc. (the "Creditors' Committee" or the "Committee") (collectively with LBHI and the Trustee, "Movants"), each agreed that the initial drafts of the official Veritext transcripts of the court proceedings in this matter concerning the Movants' Rule 60 Motions (i.e., the "Sale Order litigation") contained typographical and transcription errors;

WHEREAS, with the Court's consent, Barclays, LBHI, the Trustee and the Committee have each provided Veritext with proposed corrections to the initial drafts of the official Veritext transcripts of proceedings in the Sale Order litigation;

1

WHEREAS, Veritext has considered the proposed corrections, accepted some but not all of them, and has issued final drafts of the official Veritext transcripts of proceedings in the Sale Order litigation (the "Official Transcripts");

WHEREAS, Barclays, LBHI, the Trustee and the Committee each wish to reserve the right to propose additional corrections to the Official Transcripts as necessary and appropriate, and otherwise do what is appropriate in order to ensure a record that is as correct and accurate as possible;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:

1. If any party finds what it believes to be one or more additional errors in the Official Transcripts, it may propose correction(s) to Veritext, and if Veritext agrees to make any additional changes, those changes will be noted on an errata sheet and become part of the record.

2. In order to ensure a record that is as correct and accurate as possible, the parties agree that the audio-recordings of proceedings in the Sale Order litigation maintained by the Court shall be part of the record.

Dated: New York, New York
       November 18, 2010

| | |
|---|---|
| BOIES SCHILLER & FLEXNER LLP | JONES DAY |
| By:   /s/ Jonathan D. Schiller | By:   /s/ Robert W. Gaffey |
|     Jonathan D. Schiller |     Robert W. Gaffey |
|     Hamish P.M. Hume |     Jayant W. Tambe |
|     Jack G. Stern |     William J. Hine |
| 575 Lexington Avenue | 222 East 41st Street |
| New York, NY 10022 | New York, NY 10017 |
| Telephone: (212) 446-2300 | Telephone: (212) 326-3939 |
| Facsimile: (212) 446-2350 | Facsimile: (212) 755-7306 |
| *Attorneys for Barclays Capital Inc.* | *Attorneys for Debtors and Debtors in Possession* |
| HUGHES HUBBARD & REED LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| By:   /s/ William R. Maguire | |
|     William R. Maguire | By:   /s/ James C. Tecce |
|     Seth D. Rothman |     James C. Tecce |
|     Neil J. Oxford |     Erica Taggart |
| One Battery Park Plaza |     Eric Kay |
| New York, NY 10004 | |
| Telephone: (212) 837-6000 | 55 Madison Avenue |
| Facsimile: (212) 422-4726 | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| *Attorneys for James W Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* | Facsimile: (212) 849-7100 |
| | *Attorneys for Official Committee of Unsecured Creditors* |

**SO ORDERED:**

Dated: New York, New York
       November 29, 2010

*s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

3