# Exhibit B

## E-mails

| | | |
|---|---|---|
| "Rullo, Carmine" <carmine.rullo@lehman.com> 08/27/2008 09:35 AM | To | <JANICE.HELDT@usbank.com> |
| | cc | "Makrys, George" <gmakrys@lehman.com>, "Julie Pandolfi" <JPandolfi@edgewood.com> |
| | Subject | RE: FW: FW: Edgewood - Fed reference # |

We are trying to recall funds as we speak.

Hope to have the funds into us today, and then we can send wire to you asap.

I know this has become aged, we have been working on this every day to track the monies down, which we now have.

We will hopefully have the monies available to wire to you within a day or two.

-----Original Message-----

1

From: JANICE.HELDT@usbank.com [mailto:JANICE.HELDT@usbank.com]

Sent: Wednesday, August 27, 2008 10:36 AM

To: Rullo, Carmine

Cc: Makrys, George; Julie Pandolfi

Subject: RE: FW: FW: Edgewood - Fed reference #

Hi Carmine,

Do you have any information on the wire for USBank.

This is becoming an aged issue.

Please let me know.

Thank you,

Janice R Heldt

Global Trade Services

651-495-3247 direct

651-767-9122 fax

We put the power of US to work for you.

"Rullo, Carmine"

<carmine.rullo@lehman.com>

To

<JANICE.HELDT@usbank.com>, "Julie

08/26/2008 07:35    Pandolfi"
<JPandolfi@edgewood.com>
AM

cc

"Makrys, George"

<gmakrys@lehman.com>

Subject

RE: FW: FW: Edgewood - Fed

reference #

2

Do you have the details of the wire? What bank it was sent to? Was there an account number on it?

-----Original Message-----
From: JANICE.HELDT@usbank.com [mailto:JANICE.HELDT@usbank.com]
Sent: Monday, August 25, 2008 3:37 PM
To: Julie Pandolfi
Cc: Rullo, Carmine; Makrys, George
Subject: RE: FW: FW: Edgewood - Fed reference #

Hi,

Do you have any updates on the USD wire for 505,936.13? We have still not received.

Please let me know.

Thank you,

Janice R Heldt
Global Trade Services
651-495-3247 direct
651-767-9122 fax

We put the power of US to work for you.

"Julie Pandolfi"

<JPandolfi@edgewo

od.com>
To
            "Rullo, Carmine"

08/19/2008 03:50    <carmine.rullo@lehman.com>,

3

| | | |
|---|---|---|
| | PM | <JANICE.HELDT@usbank.com> |
| cc | | "Makrys, George" |
| | | <gmakrys@lehman.com> |
| Subject | | RE: FW: FW: Edgewood - Fed reference # |

Hi Carmine,

Please recall the wire and send the funds using the instructions Janice provided.

Thanks,
Julie

-----Original Message-----
From: Rullo, Carmine [mailto:carmine.rullo@lehman.com]
Sent: Tuesday, August 19, 2008 4:26 PM
To: JANICE.HELDT@usbank.com
Cc: Julie Pandolfi; Makrys, George
Subject: RE: FW: FW: Edgewood - Fed reference #

Julie/Janice,

Right now I agree with you that 1 wire was sent to USB in the amount of $505,936.13 (this was to reverse a wire sent to us in error).

4

Additionally, we sent another wire to UMB as per an earlier email from Edgewood.

The instructions we sent them to are:

UMB Bank, N.A
ABA# 101000695
Edgewood Growth Fund
DDA# 9870523965

Julie - pls confirm that you want us to recall that wire, and instead send the funds to USB (as per instructions from Janice).

Any questions, please do not hesitate to contact us.

Thank you,
Carmine
617-342-4242

-----Original Message-----
From: JANICE.HELDT@usbank.com [mailto:JANICE.HELDT@usbank.com]
Sent: Tuesday, August 19, 2008 8:58 AM
To: Rullo, Carmine
Subject: RE: FW: FW: Edgewood - Fed reference #

Here are our wire instructions.

USBank NA / USBKUS44
ABA: 042000013
A/C 112-950-027
ATTN: Global Operations

Thank you,

Janice R Heldt
Global Trade Services
651-495-3247 direct
651-767-9122 fax

We put the power of US to work for you.

"Rullo, Carmine"

<carmine.rullo@le

hman.com>

To

&lt;JANICE.HELDT@usbank.com&gt;

08/19/2008 06:22

cc

AM

Subject

RE: FW: FW: Edgewood - Fed

reference #

Can you please confirm what your wire instructions are?

-----Original Message-----
From: JANICE.HELDT@usbank.com [mailto:JANICE.HELDT@usbank.com]
Sent: Monday, August 18, 2008 9:49 AM
To: Ruflo, Carmine
Subject: RE: FW: FW: Edgewood - Fed reference #

Hi Carmine,

I check with our wire room. They only see the wire going out and the
wire coming in. We still need another wire to come in for the
505,936.13. We do not see that fed ref #. Please verify it was sent to
U.S.Bank.

Thank you,

Janice R Heldt
Global Trade Services

6