# Exhibit C

# E-mails

**From:** jay.ernst@barclayscapital.com [mailto:jay.ernst@barclayscapital.com]
**Sent:** Monday, March 02, 2009 12:26 PM
**To:** Raymond Jaeger
**Subject:** Edgewood Securities....question

Ray, this should be enough information for your legal to get in touch with Daniel Barton, the bankruptcy admininistrator see below, and ascertain how or when they will free up your monies

**From:** Crepeau, Alex F: Operations (NYK)
**Sent:** Monday, March 02, 2009 9:06 AM
**To:** Ernst, Jay: Equities Sales (SFO); Lodato, Joseph: Barclays Capital (NYK)
**Subject:** RE: Edgewood Securities....question

Jay,

here is the additional information - the money is at Bank of America NY, A/C # 6550161536 belonging to Lehman Brothers Holdings.

Alex

USD

(AGENT BANK NAME ) Bank of America New York

(BIC CODE FOR BANK OF AMERICA) BOFAUS3N

( ACCOUNT NO ) 6550161536

( LEHMAN BIC CODE ) SLHIGB2H

**From:** Ernst, Jay: Equities Sales (SFO)
**Sent:** March 02, 2009 11:57
**To:** Lodato, Joseph: Barclays Capital (NYK)
**Cc:** Crepeau, Alex F: Operations (NYK)
**Subject:** FW: Edgewood Securities....question

Good morning Joe, we've located monies belonging to Edgewood (proceeds from a sale of stock) sitting in an account at the Administrator......where do we go from here?

**From:** Crepeau, Alex F: Operations (NYK)
**Sent:** Friday, February 27, 2009 9:47 AM

1

**To:** Ernst, Jay: Equities Sales (SFO)
**Cc:** Ali, Asgar: Operations (NYK)
**Subject:** RE: Edgewood Securities....question

Jay,

We have tracked this - the money has been identified as an open item on a bank account belonging to Lehman Brothers Holdings, which is under the administration of Alvarez and Marsal. It may be difficult to get the money back, but in any case it is out of my hands for the moment. Below is the contact info you or the client may need.

Alex

Alvarez have been communicating with Carmine Rullo on this and the relevant documentation/questionnaire has already been completed and reviewed by Alvarez London

The contact in London is Daniel Barton at dbarton@alvarezandmarsal.com who can advise the status

---

**From:** Ernst, Jay: Equities Sales (SFO)
**Sent:** February 25, 2009 18:23
**To:** Crepeau, Alex F: Operations (NYK)
**Cc:** Ali, Asgar: Operations (NYK)
**Subject:** Re: Edgewood Securities....question

I'll circle back to Edgewood on this when I'm back in the office. Does it make a difference in where we were looking if this was an international stock trade (I believe Vesta Wind Systems is a Dutch company and Edgewood sold it in the local market and we were supposed to settle in dollars............I'm not sure this is how it was executed as I'm out of the office but if it was, would the record of the trade be found in a different area than we've been exploring? )..........either way, I'll check back with Edgewood by the end of the week for any documentation he can provide. Thx again

---

**From:** Crepeau, Alex F: Operations (NYK)
**To:** Ernst, Jay: Equities Sales (SFO)
**Cc:** Ali, Asgar: Operations (NYK)
**Sent:** Wed Feb 25 17:47:18 2009
**Subject:** RE: Edgewood Securities....question

Jay, since my last mail I spoke to Asgar and someone else who keeps records for the NYSE of all trades we do. Both looked through historical records for the data, but we can't find this trade. We would love to help the client find out what happened but are at the end of the road in terms of where to look. We really need a confirm or statement or some other form of substantiation that the trade was executed with Lehman.

---

**From:** Ali, Asgar: Operations (NYK)
**Sent:** February 19, 2009 16:59
**To:** Crepeau, Alex F: Operations (NYK); Ernst, Jay: Equities Sales (SFO)
**Subject:** RE: Edgewood Securities....question

I have gone out to the OES technology team today once you got the approval, however they have not been able to dig up anything yet.

I am going to check back with them and see if they can provide a data dump from that trade window and that security.

I'll get back on it as soon as I hear something.

---

**From:** Crepeau, Alex F: Operations (NYK)

2

**Sent:** Thursday, February 19, 2009 4:44 PM
**To:** Ali, Asgar: Operations (NYK); Ernst, Jay: Equities Sales (SFO)
**Subject:** RE: Edgewood Securities....question

Jay, on the phone with Edgewood I thought we had figured out the account which traded, i.e. the GROWFD account 834-81232. But our records show no such trade on their statements for July/August.

Separately, Asgar from equity support has been looking to get some data restored to help him.

Asgar, we need to confirm that LBI executed a buy of 3,928 shares of Vestas Wind Systems vs. $505,936.16 on 7/29/08 for settlement 8/1/08, and what account it went to.

Alex

---

**From:** Ernst, Jay: Equities Sales (SFO)
**Sent:** February 19, 2009 12:56
**To:** Crepeau, Alex F: Operations (NYK)
**Subject:** RE: Edgewood Securities....question

Hi Alex, Ray sent me back the following. The Lehman Acct # seems to be the difficult info to dig up, both on our end and theirs. Also, since we (or US Bank) were sending the money to Edgewood, (which got misdirected), Ray is not sure how he would know where USBank originally wired the funds or the instructions therein. Let me know what the next step should be. I still suggest conferencing you in with Ray. Thx for your efforts.

rayjjaeger: the amount is accurate
rayjjaeger: the wire lehman sent to pay for the trade went out on 8/8
rayjjaeger: settle date should have been 8/1
rayjjaeger: in terms of your account not sure since it was a wire that was supposed to go to edgewood

---

**From:** Crepeau, Alex F: Operations (NYK)
**Sent:** Tuesday, February 17, 2009 11:23 AM
**To:** Ernst, Jay: Equities Sales (SFO)
**Subject:** RE: Edgewood Securities....question

Would like to know:

Edgewood's a/c number at Lehman

Confirm the amount 505,936.13

The date of the wire - 8/1?

The specific instructions that US bank used to send the money, including the name of the bank to which the money was paid and any specific account numbers at that bank to which the funds were to be credited.

Alex

---

**From:** Ernst, Jay: Equities Sales (SFO)
**Sent:** February 17, 2009 13:47
**To:** Crepeau, Alex F: Operations (NYK)
**Subject:** Edgewood Securities....question

3

Alex, call me when you get a second. I'm working on smoothing over the Lehman legacy issues with Edgewood Securities as I know the trader over there. Need to find out specifically what info he needs to provide to us (what you need to know) to help him.

Jay Ernst
Managing Director, Barclays Capital
Institutional Equities Portfolio Sales Trading
(800) 227-3232
(415) 274-5300 ph
(415) 274-5327 fx

Important Note to Investors:

The views and recommendations in this communication are views of Barclays Capital Trading and Sales Desk. This communication has not been produced by Barclays Capital's Research Department and does not constitute research. This material has been prepared by Barclays Capital, Inc., a US registered broker/dealer and member of FINRA. This material is provided to you for information purposes only. Prices shown in this material are indicative and Barclays Capital is not offering to buy or sell or solicit offers to buy or sell any financial instrument. Other than disclosures relating to Barclays Capital, the information contained in this material has been obtained from various sources at Barclays Capital and are subject to change. Barclays Capital has no obligation to update its opinions or the information in this material. Barclays Capital and its affiliates and their respective officers, directors, partners and employees, including persons involved in the preparation or issuance of this document, may from time to time act as manager, co-manager or underwriter of a public offering or otherwise, in the capacity of principal or agent, deal in, hold or act as market-makers or advisors, brokers or commercial and/or investment bankers in relation to the securities or related derivatives which are subject to this material. Neither Barclays Capital, nor any affiliate, nor any of their respective officers, directors, partners, or employees accepts any liability whatsoever for any direct or consequential loss arising from nay use of this material or its content. The securities discussed in this material may not be suitable for all investors. Barclays Capital recommends that investors independently evaluate each issuer, security or instrument discussed in this material, and consults any independent advisors they believe necessary. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information in this material is not intended to predict actual results, which may differ substantially from those reflected. This communication is being made available in the UK and Europe to persons who are investment professional as that term is defined in Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion Order 2005). It is directed at persons who have professional experience in matters relating to investments. The investments to which it relates are available only to such persons and will be entered into only with such persons. Barclays Capital – the investment banking division of Barclays Bank PLC, authorized and regulated by the Financial Services Authority ('FSA') and members of the London Stock Exchange. Options are not suitable for all investors; options can involve a significant risk of loss, including but not limited to loss of premium. Characteristics and Risks of Standardized Options are available at http://www.optionsclearing.com/publications/risks/riskstoc.pdf. This report is intended only for major U.S. institutional investors, as defined in Rule 15a-6 of the Securities Exchange Act of 1934, as amended. Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise. Barclays Capital is the investment banking division of Barclays Bank PLC, which undertakes US securities business in the name of its wholly-owned subsidiary Barclays Capital Inc., a SIPC member. © 2008 Barclays Bank PLC. All rights reserved. Barclays and Barclays Capital are trademarks of Barclays Bank PLC and its affiliates.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs. For more information on MCI's Managed Email Content Service, visit http://www.mci.com.