DICKSTEIN SHAPIRO LLP  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 277-6500  
Facsimile: (212) 277-6501  
Arnold Gulkowitz, Esq.  
Shaya M. Berger, Esq.  

Hearing Date: December 15, 2010 at 10:00 a.m.  
Objection Deadline: December 8, 2010 at 4:00 p.m.  

Attorneys for Party-In-Interest Edgewood Management LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
------------------------------------------------------------------ X

**NOTICE OF HEARING ON MOTION OF EDGEWOOD MANAGEMENT LLC**
**PURSUANT TO 11 U.S.C. §§105 AND 541 FOR AN ORDER**
**DIRECTING LEHMAN BROTHERS HOLDING INC.**
**TO RELEASE AND RETURN NON-ESTATE PROPERTY**

PLEASE TAKE NOTICE, that upon the annexed Motion of Edgewood Management LLC ("Edgewood") Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. ("Lehman") To Release And Return Non-Estate Property (the "Motion"), Edgewood, on behalf of its client Edgewood Growth Fund ("EGF"), will move before the Honorable James M. Peck at the United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Courtroom 601, at the Omnibus Hearing in these bankruptcy cases that will take place on **December 15, 2010 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, for entry of an order directing Lehman to release and return $505,936.13 of EGF's cash that is not part of Lehman's estate and granting such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, you must file a response to the Motion and such response must (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Southern District of New York, (b) set forth the name of the objecting or responding party, the basis of the response or objection, and the specific grounds therefor, (c) be filed with the Clerk of the United States Bankruptcy Court, Southern District of New York, together with proof of service and in accordance with all the applicable rules and procedures, and (d) be filed and served so as to actually be received **by 4:00 p.m. on December 8, 2010** by the following parties:

    a. Chambers of the Honorable James M. Peck, United States Bankruptcy Court, Southern District of New York, United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004;

    b. Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.);

    c. Counsel for Edgewood, Dickstein Shapiro LLP, 1633 Broadway, New York, New York 10019 (Attn: Shaya M. Berger, Esq.);

    d. Counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. an Jacqueline Marcus, Esq.); and

    e. Counsel for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.).

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with all applicable rules and procedures and as set forth in the Court's Second Amended Order Pursuant

to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007

Implementing Certain Notice and Case Management Procedures.

DATED: November 29, 2010
      New York, New York

                                  DICKSTEIN SHAPIRO LLP

                                  By: /s/ Shaya M. Berger
                                     Arnold Gulkowitz
                                     Shaya M. Berger
                                     1633 Broadway
                                     New York, New York 10019
                                     Telephone: (212) 277-6500
                                     Facsimile: (212) 277-6501

                                     Attorneys for Party-In-Interest
                                     Edgewood Management LLC

DOCSNY-430870v3