B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

**In re Lehman Brothers Holdings, Inc.,**          **Case No. 08-13555** (jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GoldenTree Distressed Debt Fund, LP | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1230 Avenue of the Americas, 3rd Floor
New York, NY 10020
Attention: Morris Tucker

Phone: 212-847-3500
Last Four Digits of Acct. #:    n/a

Court Claim # (if known):        67198 (amending claims 62833, 58735 and 49768)

Amount of Claim:    $451,108,002.50 principal amount, together with interest and other charges relating thereto

Date Claim Filed:        12 November 2010

Phone: +44 20 7547 2400
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):
SAME

Details of Claim:

This notice relates to a transfer of an undivided interest in a portion in the amount of AUD 6,800,000.00 in principal amount together with interest and other charges accrued thereon of Transferor's claim No. 67198 relating to a guarantee by Lehman Holdings Inc. of a Lehman Program Security identified by ISIN AU300LBTC029. A copy of the Agreement and Evidence of Transfer of Claim signed by Transferor and Transferee is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Latham & Watkins LLP, as agent for Transferee

By:_____    Date:    11 / 29 / 10
885 Third Avenue, NY 10022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*PARTIAL Transfer of LBHI Claim # 67198*
*PROGRAM SECURITY*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **GOLDENTREE DISTRESSED DEBT FUND, LP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) Seller's right, title and interest in and to such portion of Proof of Claim Number 67198 filed by or on behalf of Seller's predecessor-in-title (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim", replacing proofs of claim numbers 49768, 58735 and 62833 (proof of claim number 49768, the "Original Proof of Claim")) as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Original Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto, and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery

*DB Ref: 5526(1)*

and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 22 day of November 2010.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

Ross Miller
Director

**GOLDENTREE DISTRESSED DEBT FUND, LP**

By: _____
Name: Morris J. Tucker
Title: Manager of High Yield Operations

By: _____
Name:
Title:

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

*DB Ref. 5526*

Schedule 1

## Transferred Claims

### Purchased Portion

68.00% of solely that claim that is referenced in line item number 13 of the Proof of Claim with ISIN: AU300LBTC029, as highlighted in the copy of the Proof of Claim attached at Schedule 2 and described below.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|
| Floating Rate Note | AU300LBTC029 | CA22635 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc., USA, New York | AUD 6,800,000.00 | 8/24/2011 |

Schedule 1-1

*DB Ref: 5526*

Schedule 2

Copy of Proof of Claim 67198

Schedule 1-1

DB Ref: 5536

| **United States Bankruptcy Court/Southern District of New York** | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000067198 |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Landesbank Baden - Württemberg<br>Am Hauptbahnhof 2<br>70173 Stuttgart, Germany<br>Attn. Dr. Thomas Walter<br><br>Telephone number: +4971112773419    Email Address: thomas.walter@lbbw.de | ☑ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** 49768, 58735,<br>(*If known*)                   62833<br><br>Filed on: 10/27/2009, 10/30/2009 & 11/2/2009 |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ (See attached schedule.)          **(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** (See attached schedule.)          **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

(See attached schedule.)          **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

(See attached schedule.)          **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br>FILED / RECEIVED<br><br>NOV 1 2 2010<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br><br>November<br>11, 2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Heinrich Thiele, Senior Vice President          Dr. Thomas Walter, Vice President |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Schedule in relation to Lehman Programs Securities Proof of Claim of Landesbank Baden-Württemberg (LBBW)**

| ISIN | Notional amount | Currency | USD equivalent (exchange rate as applicable on September 15, 2008) | Maturity Date | Blocking Number | Depository Participant Account Number | |
|---|---|---|---|---|---|---|---|
| XS0224346592 | 50.000.000,00 | EUR[1] | 70,920,000.00 | 20.07.2012 | CA94165 | 67094 | See exhibit A hereto for more details of this claim. |
| XS0257022714 | 10.000.000,00 | EUR | 14,184,000.00 | 12.06.2013 | CA14289 | 67094 | See exhibit B hereto for more details of this claim. |
| XS0282937985 | 15.000.000,00 | EUR | 21,276,000.00 | 05.02.2014 | CA29250 | 67094 | See exhibit C hereto for more details of this claim. |
| XS0254171191 | 5.000.000,00 | EUR | 7,092,000.00 | 19.05.2016 | CA14265 | 67094 | See exhibit D hereto for more details of this claim. |
| XS0282937985 | 25.000.000,00 | EUR | 35,460,000.00 | 05.02.2014 | CA29251 | 67094 | See exhibit E hereto for more details of this claim. |
| XS0300055547 | 10.000.000,00 | EUR | 14,184,000.00 | 10.05.2012 | CA29280 | 67094 | See exhibit F hereto for more details of this claim. |
| XS0300055547 | 10.000.000,00 | EUR | 14,184,000.00 | 10.05.2012 | CA29281 | 67094 | See exhibit G hereto for more details of this claim. |
| XS0326006540 | 400.000,00 | EUR | 567,360.00 | 17.10.2012 | CA93937 | 67094 | See exhibit H hereto for more details of this claim. |
| XS0257022714 | 4.000.000,00 | EUR | 5,673,600.00 | 12.06.2013 | CA41626 | 67094 | See exhibit I hereto for more details of this claim. |
| XS0224346592 | 17.000.000,00 | EUR | 24,112,800.00 | 20.07.2012 | CA93936 | 67094 | See exhibit J hereto for more details of this claim. |
| XS0210414750 | 10.027.000,00 | GBP[2] | 17,941,311.10 | 26.01.2010 | CA15451 | 67094 | See exhibit K hereto for more details of this claim. |
| XS0326006540 | 10.000.000,00 | EUR | 14,184,000.00 | 17.10.2012 | CA93853 | 67094 | See exhibit L hereto for more details of this claim. |

[1] Referring to Number 1 of Lehman Securities Programs Proof of Claim Form. Exchange rate EUR/USD: 1,4184.
[2] Referring to Number 1 of Lehman Securities Programs Proof of Claim Form. Exchange rate GBP/USD: 1,7893.

| | | | | | | |
|---|---|---|---|---|---|---|
| AU300LBTC029 | 10.000.000,00 AUD³ | 8,061,000.00 | 24.08.2011 | CA22635 | 67094 | See exhibit M hereto for more details of this claim. |
| XS0183944643 | 10.546.000,00 EUR | 14,958,446.40 | 16.10.2014 | CA15546 | 67094 | See exhibit N hereto for more details of this claim. |
| XS0252835110 | 9.450.000,00 EUR | 13,403,880.00 | 04.05.2011 | CA09418 | 67094 | See exhibit O hereto for more details of this claim. |
| XS0299141332 | 8.650.000,00 GBP | 15,477,445.00 | 25.01.2013 | CA15428 | 67094 | See exhibit P hereto for more details of this claim. |
| XS0282937985 | 45.000.000,00 EUR | 63,828,000.00 | 05.02.2014 | CA29303 | 67094 | See exhibit Q hereto for more details of this claim. |
| XS0272543900 | 10.000.000,00 EUR | 14,184,000.00 | 25.10.2011 | CA29245 | 67094 | See exhibit R hereto for more details of this claim. |
| XS0138439616 | 3.500.000,00 EUR | 4,964,400.00 | 02.11.2011 | CA15543 | 67094 | See exhibit S hereto for more details of this claim. |
| XS0254171191 | 6.900.000,00 EUR | 9,786,960.00 | 19.05.2016 | CA14264 | 67094 | See exhibit T hereto for more details of this claim. |
| XS0252835110 | 5.000.000,00 EUR | 7,092,000.00 | 04.05.2011 | CA09624 | 67094 | See exhibit U hereto for more details of this claim. |
| XS0189741001 | 12.000.000,00 EUR | 17,020,800.00 | 05.04.2011 | CA15458 | 67094 | See exhibit V hereto for more details of this claim. |
| XS0205185456 | 20.000.000,00 EUR | 28,368,000.00 | 09.11.2009 | CA15457 | 67094 | See exhibit W hereto for more details of this claim. |
| XS0252835110 | 10.000.000,00 EUR | 14,184,000.00 | 04.05.2011 | CA09611 | 67094 | See exhibit X hereto for more details of this claim. |
| Amount of claim | | $451,108,002.50 | | | | |

³ Referring to Number 1 of Lehman Securities Programs Proof of Claim Form. **Exchange rate AUD/USD: 0.8061.**

## EXHIBIT A

### I.   Introduction

1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €50,000,000.00 in principal amount of notes (the "Notes") due July 20, 2012 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0224346592.

### II.   The Claim

4.      LBBW hereby asserts the Claim in the initial amount of $70,920,000.00,

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT B

**I.    Introduction**

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of €10,000,000.00 in principal amount of notes (the "Notes") due June 12, 2013 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0257022714.

**II.    The Claim**

4.    LBBW hereby asserts the Claim in the initial amount of $14,184,000.00, which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT C

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")
commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a
proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,
LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's
bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original
Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this
"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their
entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its
holding of €15,000,000.00 in principal amount of notes (the "Notes") due February 5, 2014
issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program
Securities." The ISIN related to the Notes is XS0282937985.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $21,276,000.00,
which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,
2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT D

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of €5,000,000.00 in principal amount of notes (the "Notes") due May 19, 2016 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0254171191.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $7,092,000.00, which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

      6.     Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.   General**

      7.     LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

      8.     By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

      9.     This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

      10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

          Landesbank Baden-Württemberg
          Am Hauptbahnhof 2
          70173 Stuttgart, Germany
          Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT E

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of €25,000,000.00 in principal amount of notes (the "Notes") due February 5, 2014 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."  The ISIN related to the Notes is XS0282937985.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $35,460,000.00, which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

## III.    General

7.    LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

>    Landesbank Baden-Württemberg
>    Am Hauptbahnhof 2
>    70173 Stuttgart, Germany
>    Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT F

**I.    Introduction**

          1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

          2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

          3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €10,000,000.00 in principal amount of notes (the "Notes") due May 10, 2012 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0300055547.

**II.    The Claim**

          4.      LBBW hereby asserts the Claim in the initial amount of $14,184,000.00,

which is the amount of the Claim as of September 15, 2008.

          5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.      LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT G

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")
commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a
proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,
LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's
bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original
Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this
"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their
entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its
holding of €10,000,000.00 in principal amount of notes (the "Notes") due May 10, 2012 issued by
the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."
The ISIN related to the Notes is XS0300055547.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $14,184,000.00,
which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,
2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.     Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.     LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.     By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.     This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT H

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")
commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a
proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,
LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's
bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original
Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this
"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their
entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its
holding of €400,000.00 in principal amount of notes (the "Notes") due October 17, 2012 issued
by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."
The ISIN related to the Notes is XS0326006540.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $567,360.00,
which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,
2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

## III.    General

7.      LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT I

I.    **Introduction**

        1.     On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

        2.     On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

        3.     LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €4,000,000.00 in principal amount of notes (the "Notes") due June 12, 2013 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0257022714.

II.    **The Claim**

        4.     LBBW hereby asserts the Claim in the initial amount of $5,673,600.00,

which is the amount of the Claim as of September 15, 2008.

        5.     The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]       Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

### III.    General

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT J

### I.    Introduction

1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €17,000,000.00 in principal amount of notes (the "Notes") due July 20, 2012 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0224346592.

### II.    The Claim

4.      LBBW hereby asserts the Claim in the initial amount of $24,112,800.00,

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]     Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

## III.    General

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

Landesbank Baden-Württemberg
Am Hauptbahnhof 2
70173 Stuttgart, Germany
Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT K

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of GBP10,027,000.00 in principal amount of notes (the "Notes") due January 26, 2010 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0210414750.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $17,941,311.10[2], which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

[2]    Due to a clerical error in the calculation of the exchange rate from British Pounds to American dollars, this Proof of Claim amends the amount of the Claim.

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

### III.    General

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

Landesbank Baden-Württemberg
Am Hauptbahnhof 2

70173 Stuttgart, Germany
Attn.: Dr. Thomas Walter
+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT L

### I. Introduction

1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €10,000,000.00 in principal amount of notes (the "Notes") due October, 17, 2012

issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program

Securities."  The ISIN related to the Notes is XS0326006540.

### II. The Claim

4.      LBBW hereby asserts the Claim in the initial amount of $14,184,000.00,

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6. Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

### III.   General

7. LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8. By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9. This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10. All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT M

I.    **Introduction**

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of the Debtor's unconditional guarantee of the due and punctual payment of all amounts payable by Lehman Brothers Treasury Co. B.V. ("LBT") in respect of AUD10,000,000.00 in principal amount of notes (the "Notes") due August 24, 2011 issued by LBT and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is AU300LBTC029.

II.    **The Claim**

4.    LBBW hereby asserts the Claim in the initial amount of $8,061,000.00[2],

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

[2]    Due to a clerical error in the calculation of the exchange rate from Australian dollars to American dollars, this Proof of Claim amends the amount of the Claim.

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

### III.   General

7.      LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons.  LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be

addressed as follows:

Landesbank Baden-Württemberg
Am Hauptbahnhof 2
70173 Stuttgart, Germany
Attn.:  Dr. Thomas Walter
+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT N

### I.    Introduction

1.        On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.        On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.        LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €10,546,000.00 in principal amount of notes (the "Notes") due October 16, 2014

issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program

Securities." The ISIN related to the Notes is XS0183944643.

### II.    The Claim

4.        LBBW hereby asserts the Claim in the initial amount of $14,958,446.40,

which is the amount of the Claim as of September 15, 2008.

5.        The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6. Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

## III. General

7. LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8. By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9. This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10. All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT O

### I.     Introduction

1.     On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.     On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.     LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €9,450,000.00 in principal amount of notes (the "Notes") due May 4, 2011 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0252835110.

### II.     The Claim

4.     LBBW hereby asserts the Claim in the initial amount of $13,403,880.00,

which is the amount of the Claim as of September 15, 2008.

5.     The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]     Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

Landesbank Baden-Württemberg
Am Hauptbahnhof 2
70173 Stuttgart, Germany
Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT P

I.    **Introduction**

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")
commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a
proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,
LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's
bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original
Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this
"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their
entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its
holding of GBP8,650,000.00 in principal amount of notes (the "Notes") due January 25, 2013
issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program
Securities." The ISIN related to the Notes is XS0299141332.

II.    **The Claim**

4.    LBBW hereby asserts the Claim in the initial amount of $15,477,445.00[2],
which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

[2]    Due to a clerical error in the calculation of the exchange rate from British Pounds to American dollars, this
Proof of Claim amends the amount of the Claim.

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

Landesbank Baden-Württemberg
Am Hauptbahnhof 2

70173 Stuttgart, Germany
Attn.:  Dr. Thomas Walter
+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT Q

### I.   Introduction

1.     On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.     On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.     LBBW has a claim (the "Claim") against the Debtor on account of its holding of €45,000,000.00 in principal amount of notes (the "Notes") due February 5, 2014 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0282937985.

### II.   The Claim

4.     LBBW hereby asserts the Claim in the initial amount of $63,828,000.00, which is the amount of the Claim as of September 15, 2008.

5.     The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

      6.      Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.**    **General**

      7.      LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

      8.      By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

      9.      This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

      10.      All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

**EXHIBIT R**

## I.    Introduction

1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €10,000,000.00 in principal amount of notes (the "Notes") due October 25, 2011

issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program

Securities." The ISIN related to the Notes is XS0272543900.

## II.    The Claim

4.      LBBW hereby asserts the Claim in the initial amount of $14,184,000.00,

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6. Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

### III. General

7. LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8. By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9. This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10. All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

## EXHIBIT S

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of €3,500,000.00 in principal amount of notes (the "Notes") due November 2, 2011 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0138439616.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $4,964,400.00, which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

### III.    General

7.      LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

**EXHIBIT T**

**I.    Introduction**

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009, LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this "Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its holding of €6,900,000.00 in principal amount of notes (the "Notes") due May 19, 2016 issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities." The ISIN related to the Notes is XS0254171191.

**II.    The Claim**

4.    LBBW hereby asserts the Claim in the initial amount of $9,786,960.00, which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15, 2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

### III.    General

7.      LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.      All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT U

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €5,000,000.00 in principal amount of notes (the "Notes") due May 4, 2011 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0252835110.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $7,092,000.00,

which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons. LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

**EXHIBIT V**

I.    **Introduction**

       1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

       2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

       3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €12,000,000.00 in principal amount of notes (the "Notes") due April 5, 2011 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0189741001.

II.    **The Claim**

       4.      LBBW hereby asserts the Claim in the initial amount of $17,020,800.00,

which is the amount of the Claim as of September 15, 2008.

       5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.    Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.    General**

7.    LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons.  LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.    By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.    This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.    All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com

Dated as of November 11, 2010

## EXHIBIT W

### I.    Introduction

1.    On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.    On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case. Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim. To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim"). This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.    LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €20,000,000.00 in principal amount of notes (the "Notes") due November 9, 2009

issued by the Debtor and identified on http://www.lehman-docket.com as "Lehman Program

Securities." The ISIN related to the Notes is XS0205185456.

### II.    The Claim

4.    LBBW hereby asserts the Claim in the initial amount of $28,368,000.00,

which is the amount of the Claim as of September 15, 2008.

5.    The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full. Such interest amounts cannot be

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time.  LBBW does not waive its rights to any of the

interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right

to amend and supplement this Proof of Claim to include any such interest amounts.

6.      Under the terms of the Bar Date Order, LBBW is not required to file any

documentation supporting this Proof of Claim.

**III.    General**

7.      LBBW does not waive any right or rights of action that it has or may have

against the Debtor or any other person or persons.  LBBW reserves the right to amend or

supplement this Proof of Claim in any manner.

8.      By filing this Proof of Claim, LBBW does not submit itself to the

jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of

Claim.

9.      This Proof of Claim is not intended to be, and shall not be construed as:

(i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of

LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other

person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a

waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or

any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive

trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a

waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be

addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com ·


Dated as of November 11, 2010

## EXHIBIT X

### I.    Introduction

1.      On September 15, 2008,[1] Lehman Brothers Holdings Inc. (the "Debtor")

commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.      On October 27, 2009, Landesbank Baden-Württemberg ("LBBW") filed a

proof of claim in the Debtor's bankruptcy case, and on October 30, 2009 and November 2, 2009,

LBBW filed amended proofs of claim (together, "Original Proofs of Claim") in the Debtor's

bankruptcy case.  Due to a clerical error, an incorrect schedule was attached to the Original

Proofs of Claim.  To correct this error, LBBW hereby files this amended proof of claim (this

"Proof of Claim").  This Proof of Claim amends and restates the Original Proofs of Claim in their

entirety.

3.      LBBW has a claim (the "Claim") against the Debtor on account of its

holding of €10,000,000.00 in principal amount of notes (the "Notes") due May 4, 2011 issued by

the Debtor and identified on http://www.lehman-docket.com as "Lehman Program Securities."

The ISIN related to the Notes is XS0252835110.

### II.    The Claim

4.      LBBW hereby asserts the Claim in the initial amount of $14,184,000.00,

which is the amount of the Claim as of September 15, 2008.

5.      The Claim also includes all interest that will accrue from September 15,

2008 through the date on which the Claim is paid in full.  Such interest amounts cannot be

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in that
certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof
and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date
Order").

estimated or calculated reasonably at this time. LBBW does not waive its rights to any of the interest by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such interest amounts.

6.     Under the terms of the Bar Date Order, LBBW is not required to file any documentation supporting this Proof of Claim.

**III.    General**

7.     LBBW does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. LBBW reserves the right to amend or supplement this Proof of Claim in any manner.

8.     By filing this Proof of Claim, LBBW does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

9.     This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of LBBW's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of LBBW's property or ownership rights (legal or equitable); or (viii) a waiver of LBBW's legal, equitable or beneficial interests.

10.     All notices and communications concerning this Proof of Claim should be addressed as follows:

> Landesbank Baden-Württemberg
> Am Hauptbahnhof 2
> 70173 Stuttgart, Germany
> Attn.: Dr. Thomas Walter

+49 711 127 73419
thomas.walter@lbbw.de

and to:

Douglas P. Bartner, Esq.
Susan A. Fennessey, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
212-848-4000
dbartner@shearman.com
sfennessey@shearman.com


Dated as of November 11, 2010

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

NOV 1 2 2010

EPIQ BANKRUPTCY
SOLUTIONS, LLC

RECEIVED BY                    DATE                    TIME