UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                              :
            Debtors.                              :    (Jointly Administered)
                                                              :
                                                              :
---------------------------------------------------------------x

### SUPPLMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF JOSEPH CIOFFI, ON BEHALF OF DAVIS & GILBERT LLP

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Joseph Cioffi, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Davis & Gilbert LLP, located at 1740 Broadway, New York, New York 10019 (the "Firm"), an ordinary course professional pursuant to the Notice of Eighth Supplemental List of Ordinary Course Professionals (the "Eighth Supplemental Notice") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman").

2. I submit this affidavit as a supplement to the Affidavit and Disclosure Statement of Gerald R. Uram, on behalf of Davis & Gilbert LLP dated January 14, 2009.

3. The Firm has performed and is currently performing services for Lehman solely in connection with real estate leasing activities as an Ordinary Course

1361622v1 25813 0001-001

Professional under the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code to Employ Professionals Utilized in the Ordinary Course of Business, entered November 5, 2008.

4. The Firm has been requested by Air Asia Berhad ("AAB"), a counterparty to Lehman Commodity Services Inc., a debtor in the above referenced proceedings, to act as U.S. co-counsel to AAB's U.K. counsel in connection with a dispute arising as the result of the termination of a derivatives transaction. The dispute is currently in mediation pursuant to the Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors under Derivative Contracts entered on September 17, 2009.

5. The derivatives transaction is unrelated to the services the Firm has performed and is currently performing for Lehman. None of the Firm's partners and associates who will provide services to AAB have or will provide services to Lehman. The Firm has obtained the consent of LBHI on behalf of Lehman to its representation of AAB.

By: _____

Subscribed and sworn to before me
this 29th day of November, 2010

_____
Notary Public

ANGELIQUE M. BLAIZE
Notary Public, State of New York
No. 01BL6156723
Qualified in Kings County
Commission Expires Dec. 4, 20_10_

2

1361622v1 25813 0001-001