UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>         Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE OF SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF JOSEPH P. CIOFFI, ON BEHALF OF DAVIS & GILBERT LLP

STATE OF NEW YORK  )
          ) ss:
COUNTY OF NEW YORK )

  **NICHOLAS A. FICORELLI**, being first duly sworn on oath, deposes and states as follows:

  1. I am over 18 years of age, I am not a party to this action, and reside in Brooklyn, NY.

  2. On Monday, November 29, 2010, I served a true and correct copy of the SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF JOSEPH P. CIOFFI, ON BEHALF OF DAVIS & GILBERT LLP, by United States First Class Mail, upon:

Andrew D. Velez-Rivera, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
*Attiorneys for Debtor*

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
MILBANK TWEED HADLEY & MCCOY LLP
One Chase Manhattan Plaza
New York, New York 10005
*Attorneys for Official Committee of Unsecured Creditors*

_____
NICHOLAS A. FICORELLI

Sworn to before me this
29th Day of November, 2010

_____
Notary Public, State of New York

TONI D. ARMSTRONG
NOTARY PUBLIC, State of New York
No. 01AR4982411
Qualified in Kings County /3
Commission Expires Sept. 24, 2005

2