HEARING DATE AND TIME: JUNE 30, 2011 AT 10:00 A.M. (ET)
OBJECTION DEADLINE: JUNE 23, 2011 AT 4:00 P.M. (ET)

Bryan R. Kaplan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone:  (212) 318-6000
Facsimile:   (212) 319-4090

-and-

Richard A. Chesley, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:   (312) 499-6100

*Counsel to Palmyra Capital Fund, L.P.,*
*Palmyra Capital Institutional Fund, L.P.,*
*and Palmyra Capital Offshore Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re:**                                                    : **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  : **Case No. 08-13555 (JMP)**
                                                              :
              **Debtors.**                                    : **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CLAIMANTS
PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND,
L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P. TO PERMIT LATE FILING
OF THEIR GUARANTEE CLAIMS PURSUANT TO FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 9006(b)(1)</u>**

**PLEASE TAKE NOTICE** that the hearing (the "<u>Hearing</u>") on the Motion of Claimants

Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital

Offshore Fund, L.P. to Permit Late Filing of their Guarantee Claims Pursuant to Federal Rule of

Bankruptcy Procedure 9006(b)(1) [Docket No. 10370] (the "<u>Motion</u>"), which was scheduled to

be heard on December 1, 2010 at 10:00 a.m. (Eastern Time) **has been adjourned to June 30, 2011 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses to the Motion has been extended to June 23, 2011 at 4:00 p.m. (Eastern Time).

Dated:  November 29, 2010
       New York, New York

/s/ Bryan R. Kaplan
Bryan R. Kaplan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

-and-

Richard A. Chesley, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Counsel to Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P.*