B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.    ,      Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Brevan Howard Master Fund Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Michael Stephan, Elliot Greenberg and Robert Ryan, Elliott Associates, L.P. 712 5th Avenue, 35FL, NY, NY 10019

Court Claim # (if known):  14679
Amount of Claim:  $11,609,399.00*
Date Claim Filed:  09/17/2009

Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Phone: +44 207 022 6200
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
Transferee/Transferee's Agent

By: /s/ Elliot Greenberg
Elliot Greenberg, Vice President

Date: November 29, 2010

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**TO:** Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Brevan Howard Master Fund Limited ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated November 5, 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 15, 2004 between the Debtor and the Assignor relating to the ISDA Master Agreement dated October 15, 2004 and related documents (the "ISDA") between the Assignor and the Debtor, including, without limitation, all of its interest in claims represented by Proof of Claim number 14674 and (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "GMRA Guarantee Claim" and together with the ISDA Guarantee Claim, the "Claims")) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments of the Debtor relating to a Global Master Repurchase Agreement dated March 28, 2003 and related documents between the Assignor and the Debtor, including, without limitation, all of its interest in claims represented by Proof of Claim number 14679.

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee at the following address:

    Address:    712 5th Avenue
                    35th Floor
                    New York, New York 10019
    Attention:   Michael Stephan
    Telephone:  (212) 478-2310
    Fax Number: (212) 478-2311

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of November, 2010.

**ASSIGNOR:**                           **ASSIGNEE:**

**BREVAN HOWARD MASTER FUND LIMITED**, acting by its investment manager, Brevan Howard Asset Management LLP

**ELLIOTT ASSOCIATES, L.P.**

By: _____
    Name:
    Title:   Alex Underwood, General Counsel
           Brevan Howard Asset Management LLP

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of November, 2010.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **BREVAN HOWARD MASTER FUND LIMITED**, acting by its investment manager, Brevan Howard Asset Management LLP | **ELLIOTT ASSOCIATES, L.P.** |
| By:_____ Name: Title: | By:_____ Name: Title: Elliott Associates, L.P. By: Elliott Capital Advisors, L.P., as general partner By: Braxton Associates, Inc., as general partner By:_____ Elliot Greenberg, Vice President |