WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
|  | : |  |
| --- | --- | --- |
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |

------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION TO CERTAIN CLAIMS OF ENERGYCO MARKETING AND TRADING, LLC n/k/a OPTIM ENERGY MARKETING LLC

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Third Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely as to the claims listed**

**below**, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing on the Objection as to

all other claims set forth therein shall proceed as scheduled on December 1, 2010, at 10:00 a.m.

(Prevailing Eastern Time).  The Hearing will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 601, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

US_ACTIVE:\43568930\01\58399.0008

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC | 22021 |
| EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC | 22022 |

Dated:  November 30, 2010
         New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession