LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Mark Broude
Carlos Alvarez
Email: mark.broude@lw.com
       carlos.alvarez@lw.com


Attorneys for CSP II USIS Holdings, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                   )    ss.:
COUNTY OF NEW YORK  )

       Sarita Chalen, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed

by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On November 30, 2010, I caused true and correct copies of  Response of

CSP II USIS Holdings, L.P. to the Debtors' Sixty – Seventh Omnibus Objection to Claims

(Valued Derivative Claims) and Response of Kilroy Realty, L.P. to the Debtors' Sixty – Seventh

Omnibus Objection to Claims (Valued Derivative Claims) , to be served electronically on notice

parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

       3.     On November 30, 2010, I caused true and correct copies of  of  Response

of CSP II USIS Holdings, L.P. to the Debtors' Sixty – Seventh Omnibus Objection to Claims

(Valued Derivative Claims) and Response of Kilroy Realty, L.P. to the Debtors' Sixty – Seventh

Omnibus Objection to Claims (Valued Derivative Claims), to be served upon the following

parties via 1st class mail.


                /s/ Sarita Chalen
                Sarita Chalen

Sworn to before me this
30st day of November, 2010

 /s/ Donna Keeley
Donna Keeley
Notary Public, State of New York
No. 01KE6094872
Qualified in Queens County
Commission Expires June 30, 2011

**Exhibit A**

## VIA HAND DELIVERY

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY  10004

## VIA FIRST CLASS MAIL

Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Peter V. Pantaleo, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Offices of the U.S Trustee for the Southern
Distict of NY
33 White Hall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Margot Schonholtz, Esq.
Edmond Gabbay, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Steven Tomlinson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022