WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re**                                              :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :  **08-13555 (JMP)**
:
Debtors.                                 :  **(Jointly Administered)**
:
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 1, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. Debtors' Motion for Approval of the Sale of Lehman Brothers Special Financing Inc.'s Interest in a Note and its Equity in Libro Companhia Securitizadora de Creditos Financeiros **[Docket No. 12586]**

   Response Deadline:   November 22, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:   None.

   Status: This matter is going forward.

1

**II.   UNCONTESTED CLAIM MATTERS:**

2. Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11594]**

   Response Deadline:   October 27, 2010 at 4:00 p.m.

   Resolved Response:

   A. Response of Karl Joseph Thoma **[Docket No. 12198]**

   Adjourned Responses:

   B. Response of Bouef Limited **[Docket No. 12321]**

   C. Response of Kurt Wolf **[Docket No. 12505]**

   Related Documents:

   D. Order Signed Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12893]**

   Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response. All Adjourned Responses have been adjourned to December 22, 2010 at 10:00 a.m.

3. Debtors' Fifty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 11941]**

   Response Deadline:   November 15, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:  None.

   Status: This matter is going forward uncontested.

4. Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 11942]**

   Response Deadline:   November 15, 2010 at 4:00 p.m.

   Resolved Responses:

   A. John & JoAnne Beachy **[Docket No. 12544]**

B. Samuel Benedict **[Docket No. 12648]**

C. Gloria K. Berkwits **[Docket No. 12649]**

D. Carol Braunwarth **[Docket No. 12657]**

E. John R. and June L. Carlson **[Docket No. 12546]**

F. Diener Investments L.P. **[Docket No. 12538]**

G. Rolando & Elizabeth DiLiegghio **[Docket No. 12508]**

H. FBN Securities, Inc. **[Docket No. 12542]**

I. Samuel J. Friedman **[Docket No. 12860]**

J. Eugene Green **[Docket No. 12711]**

K. Estate of Edwin Jacobson **[Docket No. 12804]**

L. George Kleinman **[Docket No. 12540]**

M. KNP Law **[Docket No. 12545]**

N. Clifford Kraus **[Docket No. 12652]**

O. Kenneth L. Kresse **[Docket No. 12536]**

P. Dwayne J. Kulish **[Docket No. TBD]**

Q. Robert Maitin **[Docket No. 12536]**

R. Janet Maker **[Docket No. 12547]**

S. Robert Mayhorn **[Docket No. 12885]**

T. Mitsui Company **[Docket No. 12868]**

U. Paul Nancarrow **[Docket No. 12805]**

V. William and Jo Beth Nicoll **[Docket No. 12812]**

W. Petroleum Realty Investment Partners, L.P. **[Docket No. 12715]**

X. William Salway **[Docket No. 12800]**

      Y.      Carolyn J. Warren **[Docket No. 12537]**

      Z.      Hsu Hwey Yun **[Docket No. TBD]**

Adjourned Responses:

      AA.      Chadwick Cook dba CWC Revocable Trust 1-13-01 **[Docket No. 12404]**

      BB.      Clyde & Darlee J. Crockett **[Docket No. 12658]**

      CC.      Dennis Revelotis **[Docket No. 12418]**

      DD.      Julianne Salvatore **[Docket No. 12815]**

Related Documents:   None.

Status: This matter is going forward on an uncontested basis only.  The Adjourned Responses listed above have been adjourned to December 22, 2010 at 10:00 a.m.

5.    Debtors' Fifty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11968]**

    Response Deadline:   November 15, 2010 at 4:00 p.m.

    Adjourned Response:

      A.      Response of William Brackett **[Docket No. 12851]**

    Related Documents:   None.

    Status: This matter is going forward on an uncontested basis only.  The Adjourned Response listed above has been adjourned to December 22, 2010 at 10:00 a.m.

6.    Debtors' Sixty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11972]**

    Response Deadline:   November 15, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:   None.

    Status: This matter is going forward uncontested.

7. Debtors' Sixty-Second Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 11975]**

   Response Deadline:    November 15, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:   None.

   Status: This matter is going forward uncontested.

8. Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

   Response Deadline:    November 15, 2010 at 4:00 p.m.

   Adjourned Responses:

   A. Response of BG Energy Merchants LLC **[Docket No. 12765]**

   B. Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket No. 12714]**

   C. Response of Telecom Italia Finance SA **[Docket No. 12951]**

   D. Response of Tenor Opportunity Master Fund, Ltd. **[Docket No. 12698]**

   Related Documents:

   E. Notice of Adjournment of Debtors' Objection to Certain Claims of EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC **[Docket No. 13076 ]**

   F. Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 13077 ]**

   Status: This matter is going forward on an uncontested basis only. All Adjourned Responses have been adjourned to January 20, 2011 at 10:00 a.m.

**III.     CONTESTED MATTERS:**

9. Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11608]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Unresolved Response:

        A.    Response of Karen Teresa Reinike as Trustee for Karen T. Reinike Trust **[Docket No. 12535]**

    Adjourned Response:

        B.    Response of Kathryn K. Secrest **[Docket No. 12419]**

    Related Documents:

        C.    Order Granting Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12768]**

        D.    Notice of Adjournment of Hearing of Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12576]**

    Status: This matter is going forward contested solely with respect to the Unresolved Response. The Adjourned Response has been adjourned to December 22, 2010 at 10:00 a.m.

10. Debtors' Sixtieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11970]**

    Response Deadline:    November 15, 2010 at 4:00 p.m.

    Unresolved Response:

        A.    Response of Jeannette Mannix **[Docket No. 12866]**

    Related Documents:    None.

    Status: This matter is going forward on a contested basis solely with respect to the Unresolved Response listed above and on an uncontested basis with respect to all other claims identified in the Debtors' objection.

**IV.   ADJOURNED MATTERS:**

11.   Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8006]**

Response Deadline:   May 3, 2010 at 4:00 p.m.

Adjourned Responses:

  A.   Response of Paul Berlage **[Docket No. 8876]**

  B.   Response of Gisela Schultz **[Docket No. 8877]**

  C.   Response of Bernd & Renate Werneyer **[Docket No. 8893]**

  D.   Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

Related Documents:

  E.   Order Granting the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9275]**

  F.   Notice of Adjournment of Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) Solely as to Certain Responses **[Docket No. 13047]**

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m..

12.   Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8007]**

Response Deadline:   May 3, 2010 at 4:00 p.m.

Adjourned Responses:

  A.   Response of Gisela Schultz **[Docket No. 8877]**

  B.   Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

  C.   Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

  D.   Response of Irmgard Wiecorek **[Docket No. 8883]**

  E.   Response of Uwe Schaper **[Docket No. 8885]**

  F.   Response of Korinna Schwerdt **[Docket No. 8886]**

G.  Response of Juergen Klein **[Docket No. 8887]**

H.  Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I.  Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J.  Response of Manuel Freude **[Docket No. 8895]**

K.  Response of Dietmar Reinartz **[Docket No. 8896]**

L.  Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M.  Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N.  Response of Wilfried Uttendorf **[Docket No. 8899]**

O.  Response of Gerd Meyer **[Docket No. 8900]**

P.  Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q.  Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R.  Response of Martin Kuemmel **[Docket No. 8905]**

S.  Response of Marlies Wagner **[Docket No. 8906]**

T.  Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U.  Response of Gertrud Styra **[Docket No. 8908]**

V.  Response of Bernhard Koenner **[Docket No. 8909]**

W.  Response of Uwe Schoenwaelder **[Docket No. 8910]**

X.  Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y.  Response of Hanspeter Wittig **[Docket No. 8912]**

Z.  Response of Peter Huen **[Docket No. 8913]**

AA.  Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB.  Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents:

CC. Order Signed Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9234]**

DD. Notice of Adjournment of Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) Solely as to Certain Responses **[Docket No. 13045]**

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m..

13. Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 9656]**

Response Deadline:    July 20, 2010 at 4:00 p.m.

Adjourned Responses:

A. Response of Howard Terry and The Terry Foundation **[Docket No. 10324]**

Related Documents:

B. Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

C. Notice of Adjournment of Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 13046]**

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m.

14. Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 10282]**

Response Deadline:    August 19, 2010 at 4:00 p.m.

Related Documents:

A. Order Granting Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 11158]**

B. Notice of Adjournment of Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claims **[Docket No. 13048]**

Status: This matter has been adjourned to December 22, 2010 at 10:00 a.m.

15. Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

    Response Deadline:    November 15, 2010 at 4:00 p.m.

    Related Documents:

    A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

16. Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

    A.    Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 12409]**.

    B.    Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[Docket No. 12953]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

17. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

    A.    Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12675]**

    B.    Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 12954]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

18. Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

    A.   Order Signed Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12413]**

    B.   Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 12957]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

19. Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

    A.   Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12407]**

    B.   Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 12958]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

20. Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

    A.   Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12424]**

   B. Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 12959]**

 Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

21. Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 11584]**

 Response Deadline: October 27, 2010 at 4:00 p.m.

 Adjourned Responses:

   A. ACTIV Financial Systems, Inc. **[Docket No. 12306]**

   B. Atlantic Forms and Systems Inc. **[Docket No. 12179]**

   C. Audio Incorporated **[Docket No. 12543]**

   D. A. M. Best Company **[Docket No. 12362]**

   E. Boilermaker Trust Claims **[Docket Nos. 12431, 12434, 12440, 12441 and 12442]**

   F. Dav-El Reservations System, Inc. **[Docket No. 12308]**

   G. Patricio Quinn **[Docket No. TBD]**

   H. ZPR International, Inc. **[Docket No. 12397]**

 Related Documents:

   I. Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 12892]**

   J. Notice of Adjournment of Hearing of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims **[Docket No. 12960]**

 Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

22. Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11610]**

 Response Deadline: October 27, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Evelyn Wheeler **[Docket No. 12205]**

Related Documents:

    B.    Order Granting Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12681]**

    C.    Notice of Adjournment of Hearing of Debtors' Fifty-Third (Duplicative of Indenture Trustee Claims) Omnibus Objection to Claims Solely as to Certain Claims **[Docket No. 12577]**

Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

23. Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11611]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Adjourned Responses:

        A.    Response of John Narel Trust **[Docket No. 12417]**

    Related Documents:

        B.    Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12832]**

        C.    Notice of Adjournment of Hearing of Debtors' Fifty-Fourth Omnibus Objection (Duplicative of Indenture Trustee Claims) to Claims Solely as to Certain Claims **[Docket No. 12578]**

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

24. Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11612]**

    Response Deadline:    October 27, 2010 at 4:00 p.m.

    Adjourned Responses:

        A.    Lilith Ventures, Ltd.'s Response  **[Docket No. 12325]**

Related Documents:

    B.    Order Granting Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12676]**

    C.    Notice of Adjournment of Hearing of Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12579]**

Status: This matter has been adjourned to December 22, 2010 at 10:00 a.m.

25. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Response Deadline: December 10, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to December 22, 2010 at 10:00 a.m.

26. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline: April 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 8354]**

Related Documents:

    B.    Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status: This matter has been adjourned to December 22, 2010 at 10:00 a.m.

27. Nagy es Trocsanyi Ugyvedi Iroda's Motion Requesting an Enlargement of Time **[Docket No. 12242]**

Response Deadline: December 15, 2010 at 4:00 p.m.

Related Documents: None.

Related Documents: None.

Status: This matter has been adjourned to December 22, 2010 at 10:00 a.m.

28. Cathay United Bank's Motion to Have Claim No. 35181 Deemed Timely Filed **[Docket No. 12037]**

    Response Deadline:    December 15, 2010 at 4:00 p.m.

    Related Documents:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

29. Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12301, 12304 and 12305]**

    Response Deadline:    December 15, 2010 at 4:00 p.m.

    Related Documents:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

30. Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 12007]**

    Response Deadline:    December 15, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

31. Notice of Motion of Pearl Assurance Limited to Deem Proofs of Claim to Be Timely Filed **[Docket No. 12072]**

    Response Deadline:    December 15, 2010 at 4:00 p.m.

    Related Documents:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to December 22, 2010 at 10:00 a.m.

32. Motion of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation) for Entry of an Order (I) That Its Derivative and Guarantee Questionnaires be Deemed Timely Filed Proofs of Claim and (II) Permitting a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 11167]**

    Response Deadline:   November 22, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

    A.   Declaration of Chay Fook Yuen in Support of Motion **[Docket No. 11168]**

    Status:  This matter has been adjourned to January 20, 2011 at 10:00 a.m.

33. Motion to Allow Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P. Late Filing of Their Guarantee Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 10370]**

    Response Deadline:   June 23, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:   None.

    Status:  This matter has been adjourned to June 30, 2011 at 10:00 a.m.

Dated: November 30, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession