UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**Affidavit of Service**

State of New York  )
County of New York  )

JULIE NOCIOLO, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3. On November 29, 2010 I served true copies of the Motion for Leave to File Incorporated Memorandum of Law by Barclays Capital Inc. in Response to Post-Trial Submissions by the SEC and SIPC via the court's CM/ECF system and by causing said copies to be delivered to the following parties:

By Hand Delivery:

  a. Patricia Schrage
     U.S. Securities and Exchange Commission
     3 World Financial Center
     New York, NY 10281

By Overnight Delivery (Federal Express):

    b. Josephine Wang
       Kenneth J. Caputo
       Securities Investor Protection Corporation
       805 15th St., N.W. Suite 800
       Washington, D.C. 20005

    c. Jacob H. Stillman
       Dimple Gupta
       U.S. Securities and Exchange Commission
       100 F Street, N.E.
       Washington, D.C. 20549

    d. Robert W. Gaffey
       Jones Day
       22 East 41st Street
       New York, NY 10017
       *Attorneys for the Debtors*

    e. James Tecce
       Quinn Emanuel Urquhart Oliver & Hedges LLP
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       *Attorneys for the Official Committee of Unsecured Creditors*

    f. William R. Maguire
       Hughes Hubbard & Reed LLP
       One Battery Park Plaza
       New York, NY 10004
       *Attorneys for the SIPA Trustee*

Dated: November 30, 2010
      New York, NY

                                                  */s/ Julie Nociolo*
                                                  JULIE NOCIOLO