WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON
MOTION OF LEHMAN BROTHERS FINANCE ASIA PTE. LTD.
(IN CREDITORS' VOLUNTARY LIQUIDATION) FOR ENTRY OF AN ORDER
(I) THAT ITS DERIVATIVE AND GUARANTEE QUESTIONNAIRES BE DEEMED
TIMELY FILED PROOFS OF CLAIM AND (II) PERMITTING A LATE CLAIM
FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation) for entry of an order (i) deeming its filed Guarantee Questionnaires and Derivative Questionnaires to be timely filed proofs of claim and (ii) permitting it to file late proofs of claim against Lehman Brothers Holdings Inc. and certain of its debtor affiliates pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy [Docket No. 11167] (the "Motion"), which was scheduled for December 1, 2010 at 10:00 a.m., **has been adjourned to January 20, 2011 at 10:00 a.m. (Eastern Standard Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

1

US_ACTIVE:\43570158\01\58399.0008

One Bowling Green, New York, New York, Room 601, and such hearing may be further

adjourned from time to time without further notice other than an announcement at the hearing.

Dated: November 30, 2010
      New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession