HEARING DATE AND TIME: January 20, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: December 30, 2010 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' SIXTY-NINTH**
**OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

        **PLEASE TAKE NOTICE** that on November 30, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their sixty-ninth omnibus objection to

claims (the "Debtors' Sixty-Ninth Omnibus Objection to Claims"), and that a hearing (the

1

"Hearing") to consider the Debtors' Sixty-Ninth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **January 20, 2011 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixty-

Ninth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,

Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**December 30, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

     **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Sixty-Ninth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Sixty-

Ninth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: November 30, 2010
   New York, New York

        /s/ Shai Y. Waisman
        Shai Y. Waisman

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

US_ACTIVE:\43560375\02\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                          Debtors.             :    (Jointly Administered)
-------------------------------------------------------------------x
```

### DEBTORS' SIXTY-NINTH OMNIBUS
### OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), respectfully represent as follows:

<u>**Relief Requested**</u>

        1.      The Debtors file this sixty-ninth omnibus objection to claims (the "<u>Sixty-Ninth Omnibus Objection to Claims</u>") pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "<u>Procedures Order</u>") [Docket No. 6664], seeking entry of an order reducing, reclassifying (in certain instances), modifying the Debtor entity (in certain instances), and allowing the claims listed on <u>Exhibit A</u> annexed hereto.[1]

        2.      The Debtors have examined the proofs of claim identified on <u>Exhibit A</u> and have determined that the proofs of claim listed on <u>Exhibit A</u> (collectively, the "<u>Settled Derivative Claims</u>") should be reduced, reclassified and modified (in certain instances), and allowed.  Pursuant to this Court's order approving procedures for the settlement or assumption and assignment of prepetition derivative contracts (the "<u>December Order</u>") [Docket No. 2257], claimants and the Debtors have negotiated settlements of disputes related to derivative claims.  These signed agreements include

---

[1] Not all claims listed on <u>Exhibit A</u> require reclassification or modification of the Debtor entity.  <u>Exhibit A</u>, however, sets forth which specific claims will be reclassified to non-priority general unsecured claims pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

2

claim amounts and identify the correct Debtor entity against whom the claim is properly

asserted.  The proofs of claim being objected to are not consistent with the terms of such

settlements.  The Debtors, therefore, request that the Court reduce, reclassify, and/or

modify, as appropriate, each such claim to reflect (a) the claims are against the Debtor

listed on <u>Exhibit A</u> under the column heading *"Modified Debtor,"* (b) the amount listed

under the column heading *"Modified Amount,"* and (c) the classification listed under the

column heading *"Modified Class."*  The Debtors further request that the Court allow each

such claim only to the extent of such modified amount and classification and only as to

the modified Debtor.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of

3

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

6.      On December 16, 2008, the Court entered the December Order,

which approved and established specific procedures by which the Debtors could settle

claims arising from the termination of prepetition derivative contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivative Claims Should Be Reduced, Reclassified, and Allowed**

9.      In their review of the claims filed on the claims register in these

cases, the Debtors have identified the claims on Exhibit A as being claims for which the

Debtors specifically negotiated an agreement with the claimants for a total claim amount

and (in certain instances) a classification and Debtor entity that is not the amount,

classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.      A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

4

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

        11.     Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

claimants negotiated and agreed to claim amounts and (in certain instances)

classifications and Debtor entities against which the claims are to be asserted that are not

reflected on the proof of claim forms filed by these claimants.  The agreements regarding

the claim amounts, claim classifications, and designation as to appropriate Debtor

counterparty are reflected in written "Termination Agreements" executed by the relevant

Debtor and the holder of the Settled Derivative Claim.

        12.     The holders of the Settled Derivative Claims agreed that their

claims are properly asserted against the Debtor counterparty that is reflected on <u>Exhibit A</u>

under the column heading *"Modified Debtor,"* and in the reduced amounts and

classifications that are reflected under the column headings *"Modified Amount"* and

*"Modified Class."*  The Debtors are seeking only to reclassify claims or modify the

Debtor where the claimant's proof of claim is not consistent with such claimant's

Termination Agreement.  Accordingly, in order to properly reflect the Debtors' and

claimants' agreements with respect to the Debtor entity, value, and classification of these

claims, the Debtors request that the Court reduce, reclassify, and/or modify (as

appropriate) each Settled Derivative Claim to reflect (a) the Debtor entity listed on

5

Exhibit A under the column heading *"Modified Debtor,"* (b) the value listed under the column heading *"Modified Amount,"* and (c) the classification under the column heading *"Modified Class."* The Debtors further request that the Court allow each such Settled Derivative Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

### Notice

13.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Sixty-Ninth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A annexed hereto; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

6

WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated: November 30, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

7

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-11445 PASADENA, CA 91101 | 20920 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $117,230.33 $33,415.34 $150,645.67 | Lehman Brothers Holdings Inc. | Unsecured | $33,415.34 |
| 2 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1445 385 COLORADO BLVD. PASADENA, CA 91101 | 21061 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $117,230.33 $33,415.34 $150,645.67 | Lehman Brothers Special Financing Inc. | Unsecured | $33,415.34 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1199 SEIU NATIONAL BENEFIT FUND FOR HEALTH & HUMAN SERVICES EMPLOYEES (F/K/A 1199 NATIONAL BENEFIT FUND) (BLK TICKER: NBF-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20674 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $38,548.00*  $38,548.00 | Lehman Brothers Holdings Inc. | Unsecured | $37,219.00 |
| 4 | 1199 SEIU NATIONAL BENEFIT FUND FOR HEALTH & HUMAN SERVICES EMPLOYEES (F/K/A 1199 NATIONAL BENEFIT FUND) (BLK TICKER: NBF-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20675 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $38,548.00*  $38,548.00 | Lehman Brothers Special Financing Inc. | Unsecured | $37,219.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ALABAMA TRUST FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1447 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20921 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $185,404.29 $223,418.04 $408,822.33 | Lehman Brothers Holdings Inc. | Unsecured | $223,418.04 |
| 6 | ALABAMA TRUST FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1447 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21059 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $185,404.29 $223,418.04 $408,822.33 | Lehman Brothers Special Financing Inc. | Unsecured | $223,418.04 |
| 7 | ARISTEIA MASTER, L.P. TRANSFEROR: ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK, NY 10016 | 10005 | 09/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $926,374.42 | Lehman Brothers Special Financing Inc. | Unsecured | $825,028.55 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | ARISTEIA MASTER, L.P. TRANSFEROR: ARISTEIA CAP/ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, L.L.C. ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK, NY 10016 | 10006 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $926,374.42 | Lehman Brothers Holdings Inc. | Unsecured | $825,028.55 |
| 9 | ARISTEIA MASTER, L.P. TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK, NY 10016 | 10007 | 09/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,586,113.64 | Lehman Brothers Special Financing Inc. | Unsecured | $2,293,269.74 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ARISTEIA MASTER, L.P. TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK, NY 10016 | 10008 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,586,113.64 | Lehman Brothers Holdings Inc. | Unsecured | $2,293,269.74 |
| 11 | ARISTEIA SPECIAL INVESTMENTS MASTER LP ATTN: ROBERT H. LYNCH, JR. ARISTEIA SPECIAL INVESTMENTS L.P. C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK, NY 10016 | 10009 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,270,046.12 | Lehman Brothers Holdings Inc. | Unsecured | $2,021,702.44 |
| 12 | ARISTEIA SPECIAL INVESTMENTS MASTER LP C/O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH., JR., MANAGER 136 MADISON AVE, 3RD FLOOR NEW YORK, NY 10016 | 10010 | 09/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,270,046.12 | Lehman Brothers Special Financing Inc. | Unsecured | $2,021,702.44 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ASCENSION HEALTH INSURANCE VEBA-CORE FULL C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-3028 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21092 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $23,073.82 $13,030.60 $36,104.42 | Lehman Brothers Special Financing Inc. | Unsecured | $13,030.60 |
| 14 | ASCENSION HEALTH INSURANCE, LTD - CORE FULL C/O WESTERN ASSET MANAGMENT COMPANY ATTN: LEGAL DEPT W-2813 PO BOX 1109 GT PASADENA, CA 91101 | 20845 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $63,272.90 $35,517.39 $98,790.29 | Lehman Brothers Holdings Inc. | Unsecured | $35,517.39 |
| 15 | ASCENSION HEALTH INSURANCE, LTD. - CORE FULL C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-2813 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21090 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $63,272.90 $35,517.39 $98,790.29 | Lehman Brothers Special Financing Inc. | Unsecured | $35,517.39 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | ASCENSION HEALTH INSURANCE, VEBA - CORE FULL<br>C/O WESTERN ASSET MANAGMENT COMPANY<br>ATTN: LEGAL DEPT W-3028<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 20847 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $23,073.82<br>$13,030.60<br><br>$36,104.42 | Lehman Brothers Holdings Inc. | Unsecured | $13,030.60 |
| 17 | ASCENSION HEALTH SYSTEM DEPOSITORY HSD<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1322<br>385 COLORADO BLVD.<br>PASADENA, CA 91101 | 20902 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $1,502,367.59<br>$95,705.65<br><br>$1,598,073.24 | Lehman Brothers Holdings Inc. | Unsecured | $95,705.65 |
| 18 | ASCENSION HEALTH-HEALTH SYSTEM DEPOSITORY HSD<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATT: LEGAL DEPT W-1322<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 21038 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br><br>Subtotal | $1,502,367.59<br>$95,705.65<br><br>$1,598,073.24 | Lehman Brothers Special Financing Inc. | Unsecured | $95,705.65 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | BALTIMORE COUNTY EMPLOYEE'S RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1522 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21100 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $84,060.15 $29,625.35 $113,685.50 | Lehman Brothers Special Financing Inc. | Unsecured | $29,625.35 |
| 20 | BALTIMORE COUNTY EMPLOYEES RETIREMENT SYSTEM WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA, CA 91101 | 20929 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $84,060.15 $29,625.35 $113,685.50 | Lehman Brothers Holdings Inc. | Unsecured | $29,625.35 |
| 21 | BLACKROCK HIGH INCOME VI FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC BLK TICKER: BVA-HY C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20627 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $8,375.00* $8,375.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,747.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | BLACKROCK HIGH INCOME VI FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC. BLK TICKER: BVA-HY C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20626 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $8,375.00*<br><br>$8,375.00 | Lehman Brothers Holdings Inc. | Unsecured | $7,747.00 |
| 23 | BLACKROCK HIGH YIELD TRUST (BLK TICKER: BHY) C/O BLACKROCK ADVISORS, INC., AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 18TH FLOOR NEW YORK, NY 10022 | 20610 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,393.00*<br><br>$2,393.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,213.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 24 | BLACKROCK HIGH YIELD TRUST (BLK TICKER: BHY) C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20611 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $2,393.00* $2,393.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,213.00 |
| 25 | BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST (FORMERLY KNOWN AS THE BLACKROCK MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV ATTN: PETER VAUGHAN, ESQ. NEW YORK, NY 10022 | 20670 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $180,849.00* $180,849.00 | Lehman Brothers Special Financing Inc. | Unsecured | $158,810.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 26 | BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST (FORMERLY KNOWN AS THE BLACKROCK MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV ATTN: PETER VAUGHAN, ESQ. NEW YORK, NY 10022 | 20671 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $180,849.00*<br><br>$180,849.00 | Lehman Brothers Holdings Inc. | Unsecured | $158,810.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 27 | BLACKROCK TOTAL RETURN PORTFOLIO OF BLACKROCK SERIES FUND, INC. (BLK TICKER: BVA-TR) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20708 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $13,435.00*<br><br>$13,435.00 | Lehman Brothers Special Financing Inc. | Unsecured | $13,134.00 |
| 28 | BLACKROCK TOTAL RETURN PORTFOLIO OF BLACKROCK SERIES FUND, INC. (BLK TICKER: BVA-TR) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20709 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $13,435.00*<br><br>$13,435.00 | Lehman Brothers Holdings Inc. | Unsecured | $13,134.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 29 | C.H.I OPERATING-INTERMEDIATE BOND PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-911 385 E. COLORADO BLVD PASADENA, CA 91101 | 21012 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,266,643.41 $181,527.60 $1,448,171.01 | Lehman Brothers Special Financing Inc. | Unsecured | $160,923.60 |
| 30 | C.H.I. OPERATING-INTERMEDIATE BOND PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-911 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20851 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $1,266,643.41 $181,527.60 $1,448,171.01 | Lehman Brothers Holdings Inc. | Unsecured | $160,923.60 |
| 31 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM FIXED INCOME C/O WESTERN ASSET MANAGMENT COMPANY ATTN: LEGAL DEPT W-2623 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20841 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $1,313,919.43 $150,933.51 $1,464,852.94 | Lehman Brothers Holdings Inc. | Unsecured | $150,933.51 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | MODIFIED | | |
| 32 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM FIXED INCOME C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-2623 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21086 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,313,919.43 $150,933.51 $1,464,852.94 | Lehman Brothers Special Financing Inc. | Unsecured | $150,933.51 |
| 33 | CATERPILLAR INC. PENSION MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1281 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20895 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $2,322,415.78 $60,475.55 $2,382,891.33 | Lehman Brothers Holdings Inc. | Unsecured | $60,475.55 |
| 34 | CATERPILLAR INC. PENSION MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1281 385 E. COLORADO BLVD PASADENA, CA 91101 | 21045 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $2,322,415.78 $60,475.55 $2,382,891.33 | Lehman Brothers Special Financing Inc. | Unsecured | $60,475.55 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | CENTRAL PENSION FUND OF THE IUOE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1157 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20884 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $254,563.04 $140,981.75 $395,544.79 | Lehman Brothers Holdings Inc. | Unsecured | $140,981.75 |
| 36 | CENTRAL PENSION FUND OF THE IUOE C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1157 385 E. COLORADO BLVD PASADENA, CA 91101 | 21028 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $254,563.04 $140,981.75 $395,544.79 | Lehman Brothers Special Financing Inc. | Unsecured | $140,981.75 |
| 37 | CHARLES SCHWAB TRUST COMPANY C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2232 385 E. COLORADO BLVD PASADENA, CA 91101 | 20988 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $154,034.01 $85,406.85 $239,440.86 | Lehman Brothers Holdings Inc. | Unsecured | $85,406.85 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 38 | CHARLES SCHWAB TRUST COMPANY C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2232 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21077 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $154,034.01 $85,406.85 $239,440.86 | Lehman Brothers Special Financing Inc. | Unsecured | $85,406.85 |
| 39 | CHICAGO PUBLIC SCHOOL TEACHER'S PENSION AND RETIREMENT FUND C/O WESTERN ASST MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1311 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20899 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $1,965,774.72 $564,137.75 $2,529,912.47 | Lehman Brothers Holdings Inc. | Unsecured | $564,137.75 |
| 40 | CHICAGO PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1311 385 E. COLORADO BLVD PASADENA, CA 91101 | 21041 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,965,774.72 $564,137.75 $2,529,912.47 | Lehman Brothers Special Financing Inc. | Unsecured | $564,137.75 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | **MODIFIED** | | |
| 41 | COMMONFUND CREDIT OPPORTUNITIES COMPANY C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DPET. W-2819 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21091 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $306,216.30 $101,782.01 $407,998.31 | Lehman Brothers Special Financing Inc. | Unsecured | $101,782.01 |
| 42 | COMMONFUND CREDIT OPPORTUNITIES FUND C/O WETERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2819 385 E. COLORADO BLVD PASADENA, CA 91101 | 20846 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $306,216.30 $101,782.01 $407,998.31 | Lehman Brothers Holdings Inc. | Unsecured | $101,782.01 |
| 43 | CONTRARIAN FUNDS, LLC TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDATING TRUST (MW #764) ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 22330 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,568,232.39 | Lehman Brothers Special Financing Inc. | Unsecured | $6,811,409.13 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF TIDEN DESTINY MASTER FUND LTD ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH, CT 06830 | 29808 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,114,810.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,809,070.16 |
| 45 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF TIDEN DESTINY MASTER FUND LTD ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH, CT 06830 | 29809 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,086,171.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,809,070.16 |
| 46 | CYPRESS MANAGEMENT MASTER, LP ATTN: JON MARCUS 100 PINE STREET, SUITE 2700 SAN FRANCISCO, CA 94111 | 29188 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $351,375.00*  $351,375.00 | Lehman Brothers Holdings Inc. | Unsecured | $315,585.00 |
| 47 | CYPRESS MANAGEMENT MASTER, LP ATTN: JON MARCUS 100 PINE STREET, SUITE 2700 SAN FRANCISCO, CA 94111 | 29189 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $351,375.00*  $351,375.00 | Lehman Brothers Special Financing Inc. | Unsecured | $315,585.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 48 | DTE ENERGY COMPANY FIXED INCOME C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-654 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20865 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $762,331.64 $12,958.35  $775,289.99 | Lehman Brothers Holdings Inc. | Unsecured | $12,958.35 |
| 49 | DTE ENERGY COMPANY FIXED INCOME C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-654 385 E. COLORADO BLVD PASADENA, CA 91101 | 21024 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $762,331.64 $12,958.35  $775,289.99 | Lehman Brothers Special Financing Inc. | Unsecured | $12,958.35 |
| 50 | EUROSAIL-UK 2007-6NC PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTENTION: MARTIN MCDERMOTT/MARK FILER FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 66360 | 03/04/2010 | Lehman Brothers Holdings Inc. | Unsecured | $194,002,184.47 | Lehman Brothers Holdings Inc. | Unsecured | $145,000,000.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 51 EUROSAIL-UK 2007-6NC PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 66361 | 03/04/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $194,002,184.47 | Lehman Brothers Special Financing Inc. | Unsecured | $145,000,000.00 |
| 52 FIRE AND POLICE MEMBERS' BENEFIT FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1027 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20875 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $185,404.29 $103,327.16 $288,731.45 | Lehman Brothers Holdings Inc. | Unsecured | $103,327.16 |
| 53 FIRE AND POLICE MEMBERS' BENEFIT FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1027 385 E. COLORADO BLVD PASADENA, CA 91101 | 20953 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $185,404.29 $103,327.16 $288,731.45 | Lehman Brothers Special Financing Inc. | Unsecured | $103,327.16 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 54 | FORT WASHINGTON ACTIVE FIXED INCOME LLC WESTERN & SOUTHERN FINANCIAL GROUP ATTN: JEFFREY STAINTON, COUNSEL - INVESTMENTS 400 BROADWAY CINCINNATI, OH 45202 | 21673 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $47,519.65*<br><br>$47,519.65 | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
| 55 | FORT WASHINGTON ACTIVE FIXED INCOME LLC WESTERN & SOUTHERN FINANCIAL GROUP ATTN: JEFFREY STAINTON, COUNSEL - INVESTMENTS 400 BROADWAY CINCINNATI, OH 45202 | 21674 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $47,519.65*<br><br>$47,519.65 | Lehman Brothers Holdings Inc. | Unsecured | $40,000.00 |
| 56 | HENRY SCHEIN, INC. 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE, NY 11747 | 8320 | 08/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,761,016.54 | Lehman Brothers Special Financing Inc. | Unsecured | $3,384,914.89 |
| 57 | HENRY SCHEIN, INC. 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE, NY 11747 | 8321 | 08/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,761,016.54 | Lehman Brothers Holdings Inc. | Unsecured | $3,384,914.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 58 | HIGH INCOME PORTFOLIO OF MANAGED ACCOUNTS SERIES BLK TICKER: BATS-HINC C/O BLACKROCK ADVISORS, LLC, AS AGEN AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20600 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $7,178.00*  $7,178.00 | Lehman Brothers Holdings Inc. | Unsecured | $6,640.00 |
| 59 | HIGH INCOME PORTFOLIO OF MANAGED ACCOUNTS SERIES BLK TICKER: BATS-HINC C/O BLACKROCK ADVISORS, LLC, AS AGEN AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20601 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $7,178.00*  $7,178.00 | Lehman Brothers Special Financing Inc. | Unsecured | $6,640.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60 | HIGHLAND CDO OPPORTUNITY MASTER FUND LP 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGEMENT, LP DALLAS, TX 75240 | 13203 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,661.49 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| 61 | HIGHLAND CDO OPPORTUNITY MASTER FUND LP 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGMENT, LP DALLAS, TX 75240 | 13205 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,661.49 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 62 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION BENEFIT FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPARTMENT W-1328 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20903 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $27,957.79 $15,193.28  $43,151.07 | Lehman Brothers Holdings Inc. | Unsecured | $15,193.28 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 63 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION BENEFIT FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1328 385 E. COLORADO BLVD PASADENA, CA 91101 | 21004 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $27,957.79 $15,193.28<br><br>$43,151.07 | Lehman Brothers Special Financing Inc. | Unsecured | $15,193.28 |
| 64 | LEGG MASON PARNTERS STRATEGIC INCOME FUND ATTN: LEGAL DEPARTMENT W-2466 385 E COLORADO BLVD. PASADENA, CA 91101 | 20837 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $468,102.63* | Lehman Brothers Holdings Inc. | Unsecured | $166,922.35 |
| 65 | LEGG MASON PARTNERS STRATEGIC INCOME FUND C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-2466 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21082 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $301,180.28 $166,922.35<br><br>$468,102.63 | Lehman Brothers Special Financing Inc. | Unsecured | $166,922.35 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 66 | LMP CAPITAL & INCOME FUND INC (FXD PORTION BLNCD FUND W/CLEARBRIDGE) C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2294 385 E. COLORADO BLVD PASADENA, CA 91101 | 20989 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $31,902.60 $17,771.62 $49,674.22 | Lehman Brothers Holdings Inc. | Unsecured | $17,771.62 |
| 67 | LMP CAPITAL AND INCOME INC. (FIXED PORTION OF BALANCED FUND WITH CLEARBRIDGE) C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W-2294 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21078 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $31,902.60 $17,771.62 $49,674.22 | Lehman Brothers Special Financing Inc. | Unsecured | $17,771.62 |
| 68 | MACY'S INC. FIXED INCOME C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1360 PASADENA, CA 91101 | 20906 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $78,989.41 $43,800.78 $122,790.19 | Lehman Brothers Holdings Inc. | Unsecured | $43,800.78 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 69 | MACY'S, INC. FIXED INCOME C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1360 385 E. COLORADO BLVD PASADENA, CA 91101 | 21009 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $78,989.41 $43,800.78 $122,790.19 | Lehman Brothers Special Financing Inc. | Unsecured | $43,800.78 |
| 70 | MERRILL LYNCH CREDIT PRODUCTS LLC TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 10516 | 09/04/2009 | Lehman Brothers Special Financing Inc. | Secured | $4,569,951.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,369,970.97 |
| 71 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 10513 | 09/04/2009 | Lehman Brothers Holdings Inc. | Secured | $4,569,951.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,369,970.97 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 72 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 19173 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $15,000,000.00 |
| | TRANSFERRED TO: SPCP GROUP, L.L.C. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SI TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPTIAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | | | | | | | | $45,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | MODIFIED | | |
| | | | | | | | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: OAKTREE HUNTINGTON INVESTMENT FUND, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRANT AVE, 28TH FLOOR LOS ANGELES, CA 90071 | | | | | | | | $3,800,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONE LION CAPITAL PARTNERS LP, ATTN: C BORG 461 FIFTH AVENUE, 14TH FL NEW YORK, NY 10017 | | | | | | | | $5,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2) L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES, CA 90071 | | | | | | | | $600,000.00 |
| TRANSFERRED TO: SABRETOOTH MASTER FUND, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE 50TH FLOOR NEW YORK, NY 10174 | | | | | | | | $20,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES, CA 90071 | | | | | | | | $15,600,000.00 |
| TRANSFERRED TO: VARDE INVESTMENT PARNTERS, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS, MN 55437 | | | | | | | | $70,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 73 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 19174 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $15,000,000.00 |
| | TRANSFERRED TO: SABRETOOTH MASTER FUND, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK, NY 10174 | | | | | | | | | $45,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| **TRANSFERRED TO: OAKTREE HUNTINGTON INVESTMENT FUND, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRANT AVE, 28TH FLOOR LOS ANGELES, CA 90071** | | | | | | | | $3,800,000.00 |
| **TRANSFERRED TO: STONE LION PORTFOLIO L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONE LION CAPITAL PARTNERS LP, ATTN: C BORG 461 FIFTH AVENUE, 14TH FL NEW YORK, NY 10017** | | | | | | | | $5,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2) L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES, CA 90071 | | | | | | | | $600,000.00 |
| TRANSFERRED TO: SABRETOOTH MASTER FUND, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE 50TH FLOOR NEW YORK, NY 10174 | | | | | | | | $20,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES, CA 90071 | | | | | | | | $15,600,000.00 |
| TRANSFERRED TO: VARDE INVESTMENT PARNTERS, L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS, MN 55437 | | | | | | | | $70,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 74 | MIZUHO ALTERNATIVE INVESTMENTS, LLC ATTN: PETER KATSANOS 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 17420 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,990,897.01* | Lehman Brothers Special Financing Inc. | Unsecured | $6,594,625.96 |
| 75 | MIZUHO ALTERNATIVE INVESTMENTS, LLC ATTN: PETER KATSANOS 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 17421 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,990,897.01* | Lehman Brothers Holdings Inc. | Unsecured | $6,594,625.96 |
| 76 | MOLSON COORS MASTER RETIREMENT TRUST (BLK TICKER: TAP) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20696 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $335,428.00*  $335,428.00 | Lehman Brothers Holdings Inc. | Unsecured | $305,310.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 77 | MOLSON COORS MASTER RETIREMENT TRUST (BLK TICKER: TAP) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20697 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $335,428.00*  $335,428.00 | Lehman Brothers Special Financing Inc. | Unsecured | $305,310.00 |
| 78 | MOUNT POLLEY MINING CORPORATION 0 200-580 HORNBY STREET VANCOUVER, BC V6C 3B6 CANADA | 17646 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,931,264.63 | Lehman Brothers Holdings Inc. | Unsecured | $18,510,440.83 |
| 79 | MOUNT POLLEY MINING CORPORATION 200-580 HORNBY STREET VANCOUVER, BC V6C 3B6 CANADA | 17647 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $21,931,264.63 | Lehman Brothers Commodity Services Inc. | Unsecured | $18,510,440.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 80 | NATIONAL GRID USA FINAL AVERAGE PAY PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1285 385 E. COLORADO BLVD PASADENA, CA 91101 | 20896 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $66,215.82 $36,865.07<br><br>$103,080.89 | Lehman Brothers Holdings Inc. | Unsecured | $36,865.07 |
| 81 | NATIONAL GRID USA FINAL AVERAGE PAY PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1285 385 E. COLORADO BLVD PASADENA, CA 91101 | 21044 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $66,215.82 $36,865.07<br><br>$103,080.89 | Lehman Brothers Special Financing Inc. | Unsecured | $36,865.07 |
| 82 | PENSION PLAN OF THE CHUBB CORPORATION, CHUBB & SON INC & PARTIC AFFIL C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1779 385 E. COLORADO BLVD PASADENA, CA 91101 | 20955 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $544,932.22 $107,865.32<br><br>$652,797.54 | Lehman Brothers Special Financing Inc. | Unsecured | $107,865.32 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 83 | PENSION PLAN OF THE CHUBB CORPORATION, CHUBB & SON, INC, ET AL. C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1779 385 E. COLORADO BLVD PASADENA, CA 91101 | 20975 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $544,932.22 $107,865.32<br><br>$652,797.54 | Lehman Brothers Holdings Inc. | Unsecured | $107,865.32 |
| 84 | PHILADELPHIA MUNICIPAL EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-803 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20868 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $290,488.91 $221,315.15<br><br>$511,804.06 | Lehman Brothers Holdings Inc. | Unsecured | $221,315.15 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 85 | PHILADELPHIA MUNICIPAL EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-803 385 E. COLORADO BLVD PASADENA, CA 91101 | 21014 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $290,488.91 $221,315.15 $511,804.06 | Lehman Brothers Special Financing Inc. | Unsecured | $221,315.15 |
| 86 | RIVERSOURCE LIFE INSURANCE COMPANY ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS, MN 55419 | 24186 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,520,297.20 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $0.00 |
| 87 | RIVERSOURCE LIFE INSURANCE COMPANY ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS, MN 55419 | 24191 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,520,297.20 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|---------|--------|--------|-------|--------|
| 88 | SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1098 385 E. COLORADO BLVD PASADENA, CA 91101 | 21033 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $314,893.01 $175,151.49 $490,044.50 | Lehman Brothers Special Financing Inc. | Unsecured | $175,151.49 |
| 89 | SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1098 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20881 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $314,893.01 $175,151.49 $490,044.50 | Lehman Brothers Holdings Inc. | Unsecured | $175,151.49 |
| 90 | SATELLITE CREDIT OPPORTUNITIES, LTD. C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10022 | 33160 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,757,689.22 | Lehman Brothers Special Financing Inc. | Unsecured | $1,700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 91 | SMASH SERIES M FUND C/O EASTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2795 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20844 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $48,088.70 $26,527.19 $74,615.89 | Lehman Brothers Holdings Inc. | Unsecured | $26,527.19 |
| 92 | SMASH SERIES M FUND C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W-2795 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21089 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $48,088.70 $26,527.19 $74,615.89 | Lehman Brothers Special Financing Inc. | Unsecured | $26,527.19 |
| 93 | ST. LOUIS ARCHDIOCESAN FUND, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1911 385 E. COLORADO BLVD PASADENA, CA 91101 | 20982 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $135,419.61 $90,565.11 $225,984.72 | Lehman Brothers Holdings Inc. | Unsecured | $85,659.64 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | | |
| | | | | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 94 | ST. LOUIS ARCHDIOCESAN FUND, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1911 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21069 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $135,419.61 $90,565.11  $225,984.72 | Lehman Brothers Special Financing Inc. | Unsecured | $85,659.64 |
| 95 | STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST, IN REPSECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STREET, STE 3206A GARDENIA COURT CAMANA BAY, KY1 1205 CAYMAN ISLANDS | 12765 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $13,203,475.44 | Lehman Brothers Special Financing Inc. | Unsecured | $13,193,016.28 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 96 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8160 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,282,616.57 | Lehman Brothers Holdings Inc. | Unsecured | $8,785,393.04 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS L.P. TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $12,597,219.37 | | | $10,762,972.89 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND, L.P. TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $25,541,755.92 | | | $21,822,691.07 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 97 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8161 | 08/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $10,282,616.57 | Lehman Brothers Special Financing Inc. | Unsecured | $8,785,393.04 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS L.P. TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $25,541,755.92 | | | $21,822,691.07 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND L.P. TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $12,597,219.37 | | | $10,762,972.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 98 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8162 | 08/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,796,124.78 | Lehman Brothers Special Financing Inc. | Unsecured | $1,456,083.83 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $2,200,429.98 | | | $1,783,846.28 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $4,461,527.88 | | | $3,616,874.89 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 99 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8163 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,796,124.78 | Lehman Brothers Holdings Inc. | Unsecured | $1,456,083.83 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $4,461,527.88 | | | $3,616,874.89 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS LP TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $2,200,429.98 | | | $1,783,846.28 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 100 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8164 | 08/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,321,138.95 | Lehman Brothers Special Financing Inc. | Unsecured | $1,013,392.24 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $1,618,525.50 | | | $1,241,505.43 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $3,281,675.28 | | | $2,517,240.33 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 101 | TPG CREDIT OPPORTUNITIES FUND LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | 8165 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,321,138.95 | Lehman Brothers Holdings Inc. | Unsecured | $1,013,392.24 |
| | TRANSFERRED TO: TPG CREDIT OPPORTUNITIES INVESTORS LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $1,618,525.50 | | | $1,241,505.43 |
| | TRANSFERRED TO: TPG CREDIT STRATEGIES FUND LP TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER MINNEAPOLIS, MN 55402 | | | | | $3,281,675.28 | | | $2,517,240.33 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 102 | U.S. BANK NATIONAL ASSOCIATION JOHN STERN US BANCORP CENTER BC-MN-N18T 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | 66870 | 06/18/2010 | Lehman Brothers Holdings Inc. | Unsecured | $11,985,726.67* | Lehman Brothers Holdings Inc. | Unsecured | $10,497,528.00 |
| 103 | U.S. BANK NATIONAL ASSOCIATION JOHN STERN US BANCORP CENTER BC-MN-H18T 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | 66871 | 06/18/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $11,985,726.67* | Lehman Brothers Special Financing Inc. | Unsecured | $10,516,921.00 |
| 104 | WEST VIRGINIA INVESTMENT MANAGEMENT BOARD C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT. W-751 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21017 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $1,759,250.00 $189,765.00<br><br>$1,949,015.00 | Lehman Brothers Special Financing Inc. | Unsecured | $189,765.26 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 105 | WEST VIRGINIA INVESTMENT MANAGEMENT BORAD C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-751 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20862 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $1,759,250.00 $189,765.00 $1,949,015.00 | Lehman Brothers Holdings Inc. | Unsecured | $189,765.26 |
| 106 | WESTERN & SOUTHERN FINANCIAL GROUP ATTN: JEFFREY STAINTON, COUNSEL - INVESTMENTS 400 BROADWAY CINCINNATI, OH 45202 | 21675 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $1,514,392.74* $1,514,392.74 | Lehman Brothers Holdings Inc. | Unsecured | $1,166,457.00 |
| 107 | WESTERN & SOUTHERN FINANCIAL GROUP ATTN: JEFFREY STAINTON, COUNSEL - INVESTMENTS 400 BROADWAY CINCINNATI, OH 45202 | 21676 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $1,514,392.74* $1,514,392.74 | Lehman Brothers Special Financing Inc. | Unsecured | $1,168,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 108 | WESTERN ASSET ABSOLUTE RETURN STRATEGY MASTER FUND LTD WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-1535 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20930 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $2,578,838.00 $247,994.00  $2,826,832.00 | Lehman Brothers Holdings Inc. | Unsecured | $247,993.97 |
| 109 | WESTERN ASSET ABSOLUTE RETURN STRATEGY MASTER FUND, LTD C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1535 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20856 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $2,578,838.00 $247,994.00  $2,826,832.00 | Lehman Brothers Special Financing Inc. | Unsecured | $247,993.97 |
| 110 | WESTERN ASSET GLOBAL HIGH INCOME FUND INC. C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2317 385 E. COLORADO BLVD PASADENA, CA 91101 | 20991 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $183,932.83 $101,658.93  $285,591.76 | Lehman Brothers Holdings Inc. | Unsecured | $101,658.93 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 111 | WESTERN ASSET GLOBAL HIGH INCOME FUND INC. C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2317 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21080 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $183,932.83 $101,658.93<br><br>$285,591.76 | Lehman Brothers Special Financing Inc. | Unsecured | $101,658.93 |
| 112 | WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1602 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20935 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $10,458,411.00 $1,349,087.00<br><br>$11,807,498.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,349,086.87 |
| 113 | WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1602 385 E. COLORADO BLVD PASADENA, CA 91101 | 20972 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $10,458,411.00 $1,349,087.00<br><br>$11,807,498.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,349,086.87 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 114 | WESTERN ASSET US CORE BOND FUND C/O ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1312 385 COLORADO BLVD PASADENA, CA 91101 | 20900 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $23,073.82 $104,433.95 $127,507.77 | Lehman Brothers Holdings Inc. | Unsecured | $104,433.95 |
| 115 | WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1312 385 E. COLORADO BLVD PASADENA, CA 91101 | 21040 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $23,073.82 $104,433.95 $127,507.77 | Lehman Brothers Special Financing Inc. | Unsecured | $104,433.95 |
| 116 | WESTERN ASSET US CORE BOND, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1369 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20909 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $541,208.77 $1,408,750.77 $1,949,959.54 | Lehman Brothers Holdings Inc. | Unsecured | $984,287.13 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **FILED DATE** | **DEBTOR** | **CLASS** | **AMOUNT** | **DEBTOR** | **CLASS** | **AMOUNT** |
| 117  WESTERN ASSET US CORE BOND, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1369 385 E. COLORADO BLVD PASADENA, CA 91101 | 21008 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $541,208.77 $1,408,750.77 $1,949,959.54 | Lehman Brothers Special Financing Inc. | Unsecured | $984,287.13 |
| 118  WESTERN ASSET US CORE PLUS - UNIVERSAL, L.L.C. C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2372 385 E. COLORADO BLVD PASADENA, CA 91101 | 20992 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $91,230.69 $50,361.67 $141,592.36 | Lehman Brothers Holdings Inc. | Unsecured | $50,361.67 |
| 119  WESTERN ASSET US CORE PLUS BOND FUND C/O ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1308 385 COLORADO BLVD PASADENA, CA 91101 | 20898 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $432,833.26 $158,374.83 $591,208.09 | Lehman Brothers Holdings Inc. | Unsecured | $79,404.85 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 120 | WESTERN ASSET US CORE PLUS BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1308 385 E. COLORADO BLVD PASADENA, CA 91101 | 21042 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $432,833.26 $158,374.83 $591,208.09 | Lehman Brothers Special Financing Inc. | Unsecured | $79,404.85 |
| 121 | WESTERN ASSET US CORE PLUS-UNIVERSAL, LLC C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-2372 385 EAST COLORADO BLVD. PASADENA, CA 91101 | 21081 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $91,230.69 $50,361.67 $141,592.36 | Lehman Brothers Special Financing Inc. | Unsecured | $50,361.67 |
| 122 | WESTERN ASSET US ENHANCED CASH, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1765 385 E. COLORADO BLVD PASADENA, CA 91101 | 20951 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $769,118.63 $84,539.68 $853,658.31 | Lehman Brothers Holdings Inc. | Unsecured | $84,539.68 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 123 | WESTERN ASSET US ENHANCED CASH, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1765 385 E. COLORADO BLVD PASADENA, CA 91101 | 20957 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $769,118.63 $84,539.68 $853,658.31 | Lehman Brothers Special Financing Inc. | Unsecured | $84,539.68 |
| 124 | WESTERN ASSET US LIMITED DURATION, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1487 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20933 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $195,018.68 $56,057.28 $251,075.96 | Lehman Brothers Holdings Inc. | Unsecured | $56,057.28 |
| 125 | WESTERN ASSET US LIMITED DURATION, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1487 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21098 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $195,018.68 $56,057.28 $251,075.96 | Lehman Brothers Special Financing Inc. | Unsecured | $56,057.28 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 126 | WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1140 385 E. COLORADO BLVD PASADENA, CA 91101 | 21032 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $42,202.85 $23,099.20 $65,302.05 | Lehman Brothers Special Financing Inc. | Unsecured | $23,099.20 |
| 127 | WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1140 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20882 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $42,202.85 $23,099.20 $65,302.05 | Lehman Brothers Holdings Inc. | Unsecured | $23,099.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 128 | YORK CAPITAL MANAGEMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT SHORT CREDIT MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17651 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,679,525.00* | Lehman Brothers Holdings Inc. | Unsecured | $8,089,763.00 |
| 129 | YORK CAPITAL MANAGEMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT COSMOS MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17653 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $99,767.00* | Lehman Brothers Special Financing Inc. | Unsecured | $92,380.00 |
| 130 | YORK CAPITAL MANAGEMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT COSMOS MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17654 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $99,767.00* | Lehman Brothers Holdings Inc. | Unsecured | $92,380.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 131 | YORK CAPITAL MANAGEMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT CREDIT OPPORTUNITIES FUND, L.P. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17655 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,092,558.00* | Lehman Brothers Special Financing Inc. | Unsecured | $976,279.00 |
| 132 | YORK CAPITAL MANAGEMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT CREDIT OPPORTUNITIES FUND, L.P. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17656 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,092,558.00* | Lehman Brothers Holdings Inc. | Unsecured | $976,279.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 69: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 133 | YORK CAPITAL MANAGMENT, L.P. AS SUCCESSOR IN INTEREST TO PEQUOT SHORT CREDIT MASTER FUND LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17652 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,679,525.00* | Lehman Brothers Special Financing Inc. | Unsecured | $8,089,763.00 |
| | | | | | TOTAL | $762,648,641.97 | | TOTAL | $910,720,337.65 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                        :
                         **Debtors.**                   :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the sixty-ninth omnibus objection to claims, dated November 30, 2010 (the "Sixty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and modify the Debtor entity (in certain instances), and allow the Settled Derivative Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on the proof of claim, all as more fully described in the Sixty-Ninth Omnibus Objection to Claims; and due and proper notice of the Sixty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Ninth Omnibus Objection to Claims.

claimants listed on Exhibit A to the Sixty-Ninth Omnibus Objection to Claims; and (vii)

all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no

other or further notice need be provided; and the Court having found and determined that

the relief sought in the Sixty-Ninth Omnibus Objection to Claims is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Sixty-Ninth Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Sixty-Ninth Omnibus Objection

to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the

Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"*

*"Modified Class,"* and *"Modified Debtor"*; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A to the Sixty-

Ninth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto;

and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2010
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3