WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                  : **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
                                                                  :
                     **Debtors.**              : **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) [Docket No. 10286], solely as to the claims listed below, that was scheduled for December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely as to the claims listed below, has been extended to **December 15, 2010 at 4:00 p.m.** (**Eastern Standard Time**).

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---|
| ING Belgium S.A./N.V. | 10349 and 10350 |
| US Bank National Association | 19877, 20474, 20484, and 23459 |
| John Deere Pension Trust | 25018 |

Dated:  November 30, 2010
         New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession