WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                :

**In re**                      :        **Chapter 11 Case No.**
                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                :
           **Debtors.**      :        **(Jointly Administered)**
                :
                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MOTIONS TO AMEND PROOFS OF CLAIM**

        **PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the relief requested in the following motions, which was scheduled for December 1, 2010 at 10:00 a.m., **has been adjourned to December 22, 2010 at 10:00 a.m.:**

- Motion of Dr. Peter Berman to Amend Proof of Claim **[Docket No. 10852]**;

- Motion of Joyce L. Rehorst to Amend Proof of Claim **[Docket No. 10858]**; and

- Motion of Jacqueline W. Edelmann, et al. to Amend Proof of Claim **[Docket No. 10863]**.

        The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

US_ACTIVE:\43541511\03\58399.0008

York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice.

Dated:  November 30, 2010
       New York, New York

                                      /s/ Shai Y. Waisman
                                      Shai Y. Waisman

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession