# **EXHIBIT A**

**mwojcik** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT



## DERIVATIVE CLAIM SUMMARY

**Mitsui & Co. Energy Risk Management Ltd.**
**5th Floor, St. Martin's Court**
**10 Paternoster Row**
**London, EC4M 7BB UNITED KINGDOM**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Commodity Services Inc. (08-13885) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Commodity Services Inc. (Counterparty) and Lehman Brothers Holdings Inc. (Guarantor) |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $24,902,415.73 | $0.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $29,010,000.00 |
| Interest | $0.00 | $18,662.32 |
| Other costs | $0.00 | $12,951.57 |
| **DERIVATIVE CLAIM AMOUNT** | | $4,139,198.16 |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| MERM_LTD_Lehman ISDA Schedule and CSA.pdf |
| MERM_LTD_Lehman guarantee.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
|---|
| MERM_LTD_lehman termination delivery signature ltr_09.15.08.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any

party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

| Documents |
|---|
| MERM_LTD_notice of calculation of settlement amount lehman_09.17.08.pdf |

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

| Documents |
|---|
| MERM_LTD_Lehman final.xls |

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

| Documents |
|---|
| MERM_LTD_Lehman Export Marks.xls |

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: Yes

| Documents |
|---|
| MERM_LTD_Lehman Export Marks.xls |

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

Selected: No

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

| Documents |
|---|
| MERM_LTD_Stroock_Legal_lFees - Lehman.pdf |

If claim includes interest charges, please provide calculation in
Microsoft Excel format of interest including principal amount, interest
rate, term and assumptions.

| Documents |
|---|
| Lehman Brothers collateral interest September 2008.xls |

☑ BY CHECKING THIS BOX, I AM ELECTRONICALLY SIGNING THIS DOCUMENT. I INTEND THIS ELECTRONIC SIGNATURE TO CARRY THE SAME FORCE AND EFFECT AS MY PHYSICAL SIGNATURE. THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

[SUBMIT]

©Epiq Systems, Inc.

**mwojcik** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

**DERIVATIVE CLAIM COMPLETE**  Your online claim form submission is complete. Please print a copy of your online claim to keep for your records.

**PRINT CONFIRMATION**

©Epiq Systems, Inc.

**CLAIM FORM FILING CONFIRMATION**

**Your claim form was successfully filed on 10/20/2009 at 4:12 PM Central. Please print this page as proof of your filing.**

**Mitsui & Co. Energy Risk Management Ltd.**
**5th Floor, St. Martin's Court**
**10 Paternoster Row**
**London, EC4M 7BB UNITED KINGDOM**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Commodity Services Inc. (08-13885) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Commodity Services Inc. (Counterparty) and Lehman Brothers Holdings Inc. (Guarantor) |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| | Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|---|
| Provide the derivative claim amount by supplying each line item included in the calculation thereof. | Transaction Valuations | $24,902,415.73 | $0.00 |
| | Unpaid Amounts | $0.00 | $0.00 |
| | Collateral | $0.00 | $29,010,000.00 |
| | Interest | $0.00 | $18,662.32 |
| | Other costs | $0.00 | $12,951.57 |
| | **DERIVATIVE CLAIM AMOUNT** | | $4,139,198.16 |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| **Documents** |
|---|
| MERM_LTD_Lehman ISDA Schedule and CSA.pdf |
| MERM_LTD_Lehman guarantee.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

**Documents**

MERM_LTD_lehman termination delivery signature ltr_09.15.08.pdf

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

**Documents**

MERM_LTD_notice of calculation of settlement amount lehman_09.17.08.pdf

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

**Documents**

MERM_LTD_Lehman final.xls

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

**Documents**

MERM_LTD_Lehman Export Marks.xls

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: Yes

**Documents**

MERM_LTD_Lehman Export Marks.xls

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

| | |
|---|---|
| ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected. | Selected: No |

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

**Documents**

MERM_LTD_Stroock_Legal_lFees - Lehman.pdf

If claim includes interest charges, please provide calculation in Microsoft Excel format of interest including principal amount, interest rate, term and assumptions.

**Documents**

Lehman Brothers collateral interest September 2008.xls

**mwojcik** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT



## GUARANTEE CLAIM SUMMARY

**Mitsui & Co. Energy Risk Management Ltd.**
**5th Floor, St. Martin's Court**
**10 Paternoster Row**
**London, EC4M 7BB UNITED KINGDOM**

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Commodity Services Inc. (08-13885) |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | -ISDA Agreement dated as of 01.19.07, Schedule and Credit Support Annex. |
| Amount of claim against Obligor | $4,139,198.16 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | |

| Documents |
|---|
| MERM_LTD_Lehman guarantee.pdf |

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | -Guarantee of Lehman Brothers Holdings Inc. |

| Documents |
|---|
| MERM_LTD_Lehman guarantee.pdf |

| | |
|---|---|
| Amount of claim against the Guarantor | $4,139,198.16 |

☑ BY CHECKING THIS BOX, I AM ELECTRONICALLY SIGNING THIS DOCUMENT. I INTEND THIS ELECTRONIC SIGNATURE TO CARRY THE SAME FORCE AND EFFECT AS MY PHYSICAL SIGNATURE. THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

[SUBMIT]

**mwojcik** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## GUARANTEE CLAIM COMPLETE

Your online claim form submission is complete. Please print a copy of your online claim to keep for your records.

**PRINT CONFIRMATION**

©Epiq Systems, Inc.

**CLAIM FORM FILING CONFIRMATION**

**Your claim form was successfully filed on 10/20/2009 at 4:13 PM Central. Please print this page as proof of your filing.**

| | |
|---|---|
| **Mitsui & Co. Energy Risk Management Ltd.**<br>**5th Floor, St. Martin's Court**<br>**10 Paternoster Row**<br>**London, EC4M 7BB UNITED KINGDOM** | |
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Commodity Services Inc. (08-13885) |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | -ISDA Agreement dated as of 01.19.07, Schedule and Credit Support Annex. |
| Amount of claim against Obligor | $4,139,198.16 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | |
| **Documents**<br>MERM_LTD_Lehman guarantee.pdf | |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | -Guarantee of Lehman Brothers Holdings Inc. |
| **Documents**<br>MERM_LTD_Lehman guarantee.pdf | |
| Amount of claim against the Guarantor | $4,139,198.16 |