**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re ) Chapter 11
)
LEHMAN BROTHERS HOLDINGS, INC., ) Case No. 08-13555 (JMP)
et al., )
) (Jointly Administered)
Debtors. )

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael Dunn, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Caja de Credito de los Ingenieros and certain of its clients who hold Lehman Programs Securities, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 18 November 2010

London, United Kingdom

*Mailing Address:*
Norton Rose
3 More London Riverside
London SE1 2AQ
United Kingdom
E-mail address: Michael.dunn@nortonrose.com
Telephone number: +44 207 444 2634



RECEIVED NOV 2 2 2010 U.S. BANKRUPTCY COURT, SDNY