**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                            :     **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (JMP)**
                                                                 :
                                Debtors.                  :     **(Jointly Administered)**
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the fifty-seventh omnibus objection to claims, dated October 13, 2010 (the "Fifty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Amended and Superseded Claims on the basis that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the Fifty-Seventh Omnibus Objection to Claims; and due and proper notice of the Fifty-Seventh Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Fifty-Seventh Omnibus Objection to Claims; and (vii) all other parties entitled to notice

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifty-Seventh Omnibus Objection to Claims.

in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Fifty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative

2

and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Fifty-Seventh Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it

3

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
December 1, 2010

       *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ALCALA LUNA, JOSE RICARDO & OCAMPO FLORES, ANA MARIA<br>CENTAURO #3056<br>COL. RINC. DE LA CALMA ZAPOPAN<br>JALISCO, 45082<br>MEXICO | 02/12/2009 | 08-13555 (JMP) | 2719 | $105,000.00 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES<br>CENTAURO #3056 COL. RINC. DE LA CALMA<br>ZAPOPAN, JALISCO, 45082<br>MEXICO | 10/29/2009 | 08-13555 (JMP) | 56480 | $105,000.00 |
| 2 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50409 | $9,625.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67061 | $14,049.00 |
| 3 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50410 | $9,035.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67053 | $14,049.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50411 | $19,250.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67063 | $28,098.00 |
| 5 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50412 | $18,070.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67055 | $28,098.00 |
| 6 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50413 | $86,630.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67062 | $126,440.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50414 | $72,290.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67054 | $112,391.00 |
| 8 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50415 | $85,500.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67048 | $112,391.00 |
| 9 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 10/28/2009 | 08-13555 (JMP) | 50417 | $216,860.00 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67057 | $337,173.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55229 | $62,457.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67046 | $84,293.00 |
| 11 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55230 | $41,640.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67045 | $56,196.00 |
| 12 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55231 | $10,410.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67047 | $14,049.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55232 | $45,180.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67051 | $70,244.00 |
| 14 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55233 | $9,625.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67060 | $14,049.00 |
| 15 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55234 | $77,000.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67059 | $112,391.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55235 | $57,750.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67058 | $84,293.00 |
| 17 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/29/2009 | 08-13555 (JMP) | 55236 | $54,220.00 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 09/07/2010 | 08-13555 (JMP) | 67052 | $84,293.00 |
| 18 | DONEHUE, JASON S. 306 WEST 80TH APT 3E NEW YORK, NY 10024 | 09/24/2009 | | 34898 | Undetermined | DONEHUE, JASON S. 306 WEST 80TH STREET APT 3E NEW YORK, NY 10024 | 02/17/2010 | | 66285 | $213,474.37 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | GONZALEZ, GEORGINA MARGARITA<br>CALLE DEL CRESTON #1542<br>SECC. JARDINES<br>PLAYAS DE TIJUANA, BC 22206<br>MEXICO | 04/13/2009 | 08-13555 (JMP) | 3764 | $150,000.00 | GONZALEZ, GEORGINA MARGARITA<br>CALLE DEL CRESTON # 1542<br>SECC. JARDINES<br>PLAYAS DE TIJUANA, BC CP 22206<br>MEXICO | 10/27/2009 | 08-13555 (JMP) | 49490 | $150,000.00 |
| 20 | HO WAI SHUN<br>FLAT C, FLOOR 27, BLOCK 14, CITY ONE<br>SHATIN, N.T.,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64246 | $25,672.62* | HO WAI SHUN<br>FLAT C, FLOOR 27, BLOCK 14, CITY ONE<br>SHATIN, N.T.,<br>HONG KONG | 10/30/2009 | 08-13555 (JMP) | 57321 | $25,672.62* |
| 21 | ICP STRUCTURED CREDIT INCOME MASTER FUND LTD<br>C/O INSTITUTIONAL CREDIT PARTNERS LLC<br>ATTN PETER W GAUDENT, COO<br>360 MADISON AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | 09/22/2009 | 08-13555 (JMP) | 32376 | $2,487,033.46* | BARCLAYS BANK PLC TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | 09/13/2010 | 08-13555 (JMP) | 67074 | $1,444,042.64 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 15

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | ICP STRUCTURED CREDIT INCOME MASTER FUND LTD C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN : PETER W. GAUDET, CHIEF OPERATING OFFICER 360 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017 | 09/22/2009 | 08-13888 (JMP) | 32548 | $2,487,033.46* | BARCLAYS BANK PLC TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK, NY 10019 | 09/13/2010 | 08-13555 (JMP) | 67075 | $1,444,042.64 |
| 23 | LAM WAI HUNG SPENCER 27 SHATIN HEIGHTS ROAD G/F ALBERT VILLA SHATIN, NT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64533 | $128,363.11* | LAM WAI HUNG SPENCER 27 SHATIN HELP HTS ROAD G/2 ALBERT VILLA SHATIN, NT, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 47648 | $128,363.11* |
| 24 | LUNA, ALCALA, JOSE RICARDO & ANA MARIA OCAMPO FLORES CANTAURO # 3056 COL. RINC. DE LA CALMA ZAPOPAN JALISCO, 45082 MEXICO | 08/05/2009 | | 7426 | $105,000.00 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO, 45082 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56480 | $105,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES<br>AV TORRESLAND 204 PB<br>COL EL PARQUE CELAYA<br>GUANAJUATO, 38010<br>MEXICO | 08/07/2009 | | 7650 | $150,000.00 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO<br>AV TORRESLANDA 204 PB<br>COL EL PARQUE CELAYA<br>GUANAJUATO, 38010<br>MEXICO | 11/23/2009 | 08-13555 (JMP) | 65675 | $150,000.00 |
| 26 | SCHULZ, DR. JOACHIM<br>GERARDSBROICH 77<br>B-4859 GEMMENICH, BELGIUM | 11/17/2008 | 08-13555 (JMP) | 775 | Undetermined | KOEPCHEN, ALMUT<br>GERARDSBROICH 77<br>GEMMENICH, B-4851<br>BELGIUM | 11/13/2009 | 08-13555 (JMP) | 65509 | $85,464.00 |
| 27 | SK ENERGY CO. LTD.<br>ATTN: PETROLEUM TRADING OPERATION TEAM<br>99, SEORIN-DONG, JONGRO-GU<br>SEOUL, 110-110<br>KOREA, REPUBLIC OF | 08/26/2009 | 08-13885 (JMP) | 9469 | $11,528,609.00* | SK ENERGY CO., LTD.<br>ATTN: PETROLEUM TRADING STRATEGY TEAM<br>99 SEORIN-DONG, JONGRO-GU<br>SEOUL, 110-110<br>KOREA, REPUBLIC OF | 09/09/2010 | 08-13885 (JMP) | 67072 | $11,375,000.00 |
| 28 | SK ENERGY CO., LTD.<br>J.H. CHOI, GENERAL MANAGER OF PETROLEUM TRADING OPERATION TEAM<br>99 SEORIN-DONG<br>JONGRO-GU<br>SEOUL, 110-110<br>KOREA, REPUBLIC OF | 08/26/2009 | 08-13555 (JMP) | 9470 | $11,528,609.00* | SK ENERGY CO., LTD.<br>ATTN: PETROLEUM TRADING STRATEGY TEAM<br>99 SEORIN-DONG<br>JONGRO-GU<br>SEOUL, 110-110<br>KOREA, REPUBLIC OF | 09/09/2010 | 08-13555 (JMP) | 67073 | $11,375,000.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 12/09/2008 | 08-13555 (JMP) | 1258 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |
| 30 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 48729 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |
| 31 | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC C/- CARROLL & O'DEA, LAWYERS GPO BOX 7105 SYDNEY, NSW 2001 AUSTRALIA | 10/13/2009 | 08-13555 (JMP) | 37509 | $1,500,000.00* | TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC PO BOX 1017 HUNTERS HILL NEW SOUTH WALES, 2110 AUSTRALIA | 10/27/2009 | 08-13555 (JMP) | 47603 | $1,298,294.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437<br><br>TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437<br><br>TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | 10/30/2009 | 08-13555 (JMP) | 58240 | $701,660.84*<br><br><br><br><br><br>$330,276.72*<br><br><br><br><br><br><br><br>$187,109.56* | VARDE MANAGEMENT, L.P. (AS AGENT FOR VARDE FUND, L.P., VARDE FUND V-B, L.P., VARDE FUND VII-B, L.P., VARDE FUND VIII, L.P., VARDE FUND IX, L. P., VARDE FUND IX-A, L.P., VARDE FUND X (MASTER), L.P., VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., VARDE INVESTMENT PARTNERS NEW YORK, NY 10036 | 09/20/2010 | 08-13555 (JMP) | 67078 | $7,172,533.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $2,285,004.58* | | | | | |
| TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $296,256.80* | | | | | |
| TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $70,874.83* | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TRANSFERRED TO: THE VARDE FUND VII-B, L.P. TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $32,602.42* | | | | | |
| TRANSFERRED TO: THE VARDE FUND VIII LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $1,022,015.08* | | | | | |
| TRANSFERRED TO: THE VARDE FUND X (MASTER) LP TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $2,246,732.17* | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 33 | VELASCO RUVALCABA, OCTAVIO MARGARITA SEVILLA DE VELASCO & OTHER EFRAN GONZALEZ LUNA 2565 COLONIA ARCOS GUADALAJARA JAL, 4410 MEXICO | 02/13/2009 | 08-13555 (JMP) | 2753 | $116,000.00 | OCTAVIO VELASCO, MARGARITA AND SEVILLA EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL, 44100 MEXICO | 10/28/2009 | 08-13555 (JMP) | 50683 | $116,000.00 |
| 34 | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64206 | $10,269.05* | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45780 | $10,269.05* |
| 35 | WONG MING YUEN FLAT 16, 25/F,TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64207 | $10,000.00* | WONG MING YUEN FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45779 | $10,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 57: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | WONG PO MIN<br>FLAT C, 27 FLOOR, BLOCK 4, NEW JADE GARDEN<br>233 CHAI WAN ROAD<br>CHAI WAN,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64540 | $29,523.52* | WONG PO MIN<br>FLAT C, 27 FLOOR, BLOCK 4, NEW JADE GARDEN<br>233 CHAI WAN ROAD<br>CHAI WAN,<br>HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45239 | $29,523.52* |
| 37 | WONG, CHOY SUM<br>FLAT E, 51/F, BLOCK 1<br>SORRENTO<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | 11/30/2009 | 08-13555 (JMP) | 65759 | $130,930.38* | WONG, CHOY SUM<br>FLAT E, 51/F, BLOCK 1 SORRENTO, TSIM SHA TSUI KOWLOON,<br>HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50694 | $130,930.38* |
| | | | TOTAL | | $41,540,118.60 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts