UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Case No. 08-13555 (JMP) |
| LEHMMAN BROTHERS HOLDINGS, INC., et. al. | Chapter 11 |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen P. Wing, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Charles L. Kuykendall, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Iowa and, if applicable, the bar of the U.S. District Court for the Northern and Southern Districts of Iowa and the Central District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated at Davenport, Iowa the 1st day of December, 2010.

_____
Stephen P. Wing
Dwyer & Wing, P.C.
1503 Brady Street
Davenport, Iowa 52803
(563) 323-3000
(563) 323-7452 facsimile
spwing@iabar.org