UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMMAN BROTHERS HOLDINGS, INC., et. al.<br><br>Debtor. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen P. Wing, to be admitted, pro hac vice, to represent Charles L. Kuykendall, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Iowa and, if applicable, the bar of the U.S. District Court for the Northern and Southern Districts of Iowa and the Central District of Illinois, it is hereby

**ORDERED**, that Stephen P. Wing, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

_____
James M. Peck, Judge
United States Bankruptcy Court