# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Stonehill Master Fund, Ltd. | Radcliffe SPC, Ltd. for and on behalf of the Class A Segregated Portfolio |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 19467 |
| Stonehill Master Fund, Ltd.<br>c/o Stonehill Capital Management, LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Steven D. Nelson<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>Email: snelson@stonehillcap.com/<br>ops@stonehillcap.com | Amount of Claim: $6,942,706.16, plus all accrued interest, fees and other recoveries due.<br><br>Date Claim Filed: September 18, 2009<br><br>Phone:<br>Last Four Digits of Acct. #: _____ |
| Last Four Digits of Acct. #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL MASTER FUND, LTD.**

By: Stonehill Capital Management, LLC,
    its Investment Adviser

By: _____    Date: 11/30/10
Name: Thomas Varkey
Title: A MANAGING MEMBER OF
STONEHILL CAPITAL MANAGEMENT LLC,
ITS ADVISER

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

159-376/COURT/2885803.1

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>          Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 19467 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Radcliffe SPC, Ltd. for and on behalf of the Class A Segregated Portfolio<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Radcliffe SPC, Ltd. for and on behalf of the Class A Segregated Portfolio<br>c/o Radcliffe Capital Management, L.P.<br>50 Monument Road, Suite 300<br>Bala Cynwyd, Pennsylvania 19004<br>Attention: Maria McGarry,<br>General Counsel and Chief Compliance Officer<br>Telephone: 610-617-5917<br>Email: ops@radcliffefunds.com | Stonehill Master Fund, Ltd.<br>Name of Transferee<br><br>Address of Transferee:<br><br>Stonehill Master Fund, Ltd.<br>c/o Stonehill Capital Management, LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Steven D. Nelson<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>Email: snelson@stonehillcap.com/<br>ops@stonehillcap.com |
|---|---|

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                           CLERK OF THE COURT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.,<br>et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Radcliffe SPC, Ltd. for and on behalf of the Class A Segregated Portfolio ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), with respect to the following (the "Claim"):

| Amount of Claim Transferred | Proof of Claim No. |
|---|---|
| $6,942,706.16 | 19467 |

have been transferred and assigned to Stonehill Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

Assignee's Address:

Stonehill Master Fund, Ltd.
c/o Stonehill Capital Management, LLC
885 Third Avenue, 30th Floor
New York, New York  10022

Assignor's Address:

Radcliffe SPC, Ltd. for and on behalf of the
  Class A Segregated Portfolio
c/o Radcliffe Capital Management, L.P.
50 Monument Road, Suite 300
Bala Cynwyd, Pennsylvania  19004

159-376/CERTS/2882296.1

2

IN WITNESS WHEREOF, Assignee and Assignor have executed this Notice of Transfer of Claim by their duly authorized officers or representatives as the dates set forth below.

ASSIGNOR:

**RADCLIFFE SPC, LTD. FOR AND ON BEHALF OF THE CLASS A SEGREGATED PORTFOLIO**

By: _____
Name: Steven B. Katznelson
Title: Director

ASSIGNEE:

**STONEHILL MASTER FUND, LTD.**

By:   STONEHILL CAPITAL MANAGEMENT, LLC, its Investment Adviser

By:_____
Name:
Title:

159-376/CERTS/2882296.1

2

IN WITNESS WHEREOF, Assignee and Assignor have executed this Notice of Transfer of Claim by their duly authorized officers or representatives as the dates set forth below.

ASSIGNOR:

**RADCLIFFE SPC, LTD. FOR AND ON BEHALF OF THE CLASS A SEGREGATED PORTFOLIO**

By: _____
Name: Steven B. Katznelson
Title: Director

ASSIGNEE:

**STONEHILL MASTER FUND, LTD.**

By:   STONEHILL CAPITAL MANAGEMENT, LLC, its Investment Adviser

By: _____
Name: Thomas Varkey
Title:

A MANAGING MEMBER OF
STONEHILL CAPITAL MANAGEMENT LLC,
ITS ADVISER

159-376/CERTS/2882296.1