STROOCK & STROOCK & LAVAN LLP
Attorneys for Mitsui & Co. Commodity Risk
  Management Limited
Claude G. Szyfer
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On December 1, 2010, affiant served, true and correct copies of *Response of Mitsui & Co. Commodity Risk Management Limited to Debtors Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)* [Docket No. 13113], filed via the Court's ECF system on such date, with exhibits attached thereto, via Overnight Mail and/or First Class Mail, as indicated, upon the parties set forth on the attached service list.

        /s/ Michael Magzamen  
        Michael Magzamen

Sworn to before me this  
1st day of December, 2010

/s/ Gabriel Sasson  
NOTARY PUBLIC

Gabriel Sasson  
Notary Public, State of New York  
No. 02SA6229974  
Qualified in Kings County  
Commission Expires October 25, 2014

## SERVICE LIST

**Via First Class Mail**
Office of the United States Trustee
  for the Southern District of New York
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq
33 Whitehall Street, 21st Floor
New York, New York 10004

**Via Overnight Mail**
Weil, Gotshal & Manges LLP
Attn: Shai Waisman, Esq.
767 Fifth Avenue
New York, New York 10153

**Via Overnight Mail**
Weil, Gotshal & Manges LLP
Attn: Penny Reid, Esq.
767 Fifth Avenue
New York, New York 10153

**Via Overnight Mail**
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 1000,

**Via Overnight Mail**
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 1000,

**Via Overnight Mail**
Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 1000,