# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., *et al.*   Case Nos. 08-13555
                                                Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrill Lynch Credit Products, LLC          Advanced Micro Devices, Inc.
_____             _____
Name of Transferee                          Name of Transferor

                                            Court Claim #: 66833 (Lehman Brothers OTC
                                            Derivatives Inc.)

                                            Claim Amount: $18,000,000.00

Name and Address where notices to Transferee
should be sent:

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
NY1-100-03-01
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____        Date: 11/30/2010
Name: RON TOROK
Title: VICE PRESIDENT

KL2 2677086.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:         Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Merrill Lynch Credit Products, LLC

Advanced Micro Devices, Inc., a Delaware corporation, located at 7171 Southwest Parkway, Austin, Texas 78735 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices at Bank of America Merrill Lynch, One Bryant Park - 3rd Floor, New York, NY 10036 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers OTC Derivatives Inc. (Claim No.: 66833) in the amount of $18,000,000 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

7

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 23rd day of November, 2010.

**SELLER**

**ADVANCED MICRO DEVICES, INC.**

By: _____
Name: Grant Nicholson
Title: Corporate Vice President and Treasurer


**BUYER:**

~~BANK OF AMERICA MERRILL LYNCH~~ Merrill Lynch Credit Products, LLC

By: _____
Name: ~~Gary S. Cohen~~ Ronald Torok
Title: Vice President

8