UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                                             :       Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :       08-13555 (JMP)
                                                                  :       (Jointly Administered)
            Debtors.                                              :
                                                                  :       Ref. Docket No. 12996
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2010, I caused to be served an un-redacted version of the "Debtors' Notice of Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(b) for Authorization and Approval of the Settlement between Lehman Brothers Financial Products Inc., Madison Avenue Structured Finance CDO I, Ltd., Madison Avenue Structured Finance CDO I, Corp., MetLife Investment Advisors Company LLC, and U.S. Bank National Association," dated November 23, 2010, to which was attached the "Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(b) for Authorization and Approval of the Settlement between Lehman Brothers Financial Products Inc., Madison Avenue Structured Finance CDO I, Ltd., Madison Avenue Structured Finance CDO I, Corp., MetLife Investment Advisors Company LLC, and U.S. Bank National Association," dated November 23, 2010 [Docket No. 12996], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                /s/ Samuel Garcia
Sworn to before me this
29th day of November, 2010

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Mtn for Auth & Apprvl of Sttlmnt [Unredacted]_DI 12996_AFF_11-23-10.doc

**EXHIBIT A**

**Counsel to the Official Committee of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
E-MAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
E-MAIL: paronzon@milbank.com; gbray@milbank.com

**Additional E-mail Parties**

betsy.mortel@maplesfinance.com
top@chapman.com
joshua.dorchak@bingham.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**Additional Parties**

CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603
ATTN: JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. & FRANKLIN H. TOP, III, ESQ.

BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY 10022
ATTN: JOSHUA DORCHAK, ESQ. & KENNETH A. KOPELMAN, ESQ.