# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., *et al.*    Case Nos. 08-13555
                                                 Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Regions Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 1121

Proof of Claim Amount: $17,349,437.00

This claim has been allowed in the amount of $14,853,993.00.

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
NY1-100-03-01
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____ JB         Date: 12/1/2010
Name: Ron Torok
Title: Vice President

KL2 2677113.1

08-13555-mg    Doc 13158    Filed 12/01/10    Entered 12/01/10 17:32:34    Main Document
                                    Pg 2 of 2
BOA                    Fax 6468550114              Dec  1 2010 05:01pm P002/004

BOA                    Fax 6468550114              Nov 29 2010 08:05pm P021/023

*Merrill Lynch Credit Products, LLC*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, REGIONS BANK ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to ~~[PURCHASER]~~ ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $17,349,437 against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 1122) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Please note that, on September 29, 2010, Seller entered into a settlement agreement with the Debtor, in order to allow the amount of the claim (the "Allowed Claim") arising from the termination of the ISDA Master Agreement. In this respect, please note that the Allowed Claim is equal to $14,853,993.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 30 day of November 2010.

REGIONS BANK

By: _____
Name: Christopher S. Grubbs
Title: EMD/SVP

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ron Yukov
Title: Vice President

21

ATL_IMANAGE-3597282