**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the sixty-third omnibus objection to claims, dated October 13, 2010 (the "Sixty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in certain instances), clarify (in certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records; that the classifications (in certain instances) are improperly identified as secured, administrative expenses or priority claims on claimants' proofs of claim; and that the Debtor against whom the claim is asserted, in certain instances, has been determined by the Debtors to be in need of clarification after a review of the claimants' supporting

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Third Omnibus Objection to Claims.

documentation; all as more fully described in the Sixty-Third Omnibus Objection to Claims; and due and proper notice of the Sixty-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Sixty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9653]; and it appearing that no other or further notice need be provided; and a hearing on the Sixty-Third Omnibus Objection to Claims having been held on December 1, 2010; and the Court having found and determined that the relief sought in the Sixty-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Sixty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading "Modified Claim Amount", reclassified to the classification listed under the column heading "Modified Class", and clarified to the Debtor listed under the column heading "Modified Debtor"; and it is further

2

ORDERED that Debtors have adjourned to December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time) (or as may be further adjourned by the Debtors), the Sixty-Third Omnibus Objection as to each Valued Derivative Claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that Debtors have adjourned to January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time) (or as may be further adjourned by the Debtors), the Sixty-Third Omnibus Objection as to each Valued Derivative Claim listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Sixty-Third Omnibus Objection to Claims that does not appear on Exhibit 1, Exhibit 2, or Exhibit 3 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       December 2, 2010

                                                 *s/ James M. Peck*
                                               Honorable James M. Peck
                                               United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ABSA BANK LIMITED ATTN: PAUL CLIFTON 15 ALICE LANE SANDOWN SANDTON, 2196 SOUTH AFRICA | 18070 | 09/18/2009 | Lehman Brothers Commercial Corporation | Secured Unsecured | Undetermined $2,404,334.00* | Lehman Brothers Commercial Corporation | Unsecured | $2,373,812.00 |
| 2 | ANF PARTNERS #1 ATTN: DOMINICK J. FAZZIO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN, LA 70056 | 6932 | 07/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $64,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,881.04 |
| 3 | CHINA DEVELOPMENT IND BANK ATTN:OPERATION DEPARTMENT, BEATRICE CHOU, NANCY LIANG, ALVIE CHUANG CHINA DEVELOPMENT INDUSTRIAL BANK 125 NANJING EAST ROAD, SECTION 5 TAIPEI, 10504 CHINA | 14329 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $485,733.00 | Lehman Brothers Special Financing Inc. | Unsecured | $121,528.72 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 8

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CHINA MERCHANTS BANK CO., LIMITED ATTN: WANG HAOCHUAN, TREASURY DEPARTMENT CHINA MERCHANTS BANK TOWER, NO 7088, SHENNAN BLVD. SHENZHEN, 518040 CHINA | 11398 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,210,632.60* | Lehman Brothers Special Financing Inc. | Unsecured | $3,217,177.75 |
| 5 | FRONT POINT RELATIVE VALUE OPPORTUNITIES FUND, L.P. ATTENTION: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH, CT 06830 | 30541 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $808,655.34 | Lehman Brothers Special Financing Inc. | Unsecured | $508,566.88 |
| 6 | FRONTPOINT STRATEGIC CREDIT FUND LP ATTN: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH, CT 06830 | 32804 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,560,981.97 | Lehman Brothers Holdings Inc. | Unsecured | $2,302,671.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 8

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | FRONTPOINT STRATEGIC CREDIT FUND, L.P. ATTN: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH, CT 06830 | 32801 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,560,981.97 | Lehman Brothers Special Financing Inc. | Unsecured | $2,302,671.45 |
| 8 | HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD. ATTN: YOSHIKAZU OYAUCHI, EXEC. MANAGING DIRECTOR CORPORATE PLANNING NISHI 2-CHOME 9 KITA 1-JO CHUO-KU SAPPORO HOKKAIDO, 060-0001 JAPAN | 22945 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $934,058.01 | Lehman Brothers Special Financing Inc. | Unsecured | $922,089.63 |
| 9 | LINLAKE VENTURES ATTN: DOMINICK J. FAZZIO, CFO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN, LA 70056 | 7039 | 08/03/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $60,500.00 | Lehman Brothers Special Financing Inc. | Unsecured | $6,627.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 8

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | OAK HILL CREDIT ALPHA FUND (OFFSHORE), LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28197 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $8,213,654.62* | Lehman Brothers Holdings Inc. | Unsecured | $3,688,632.87 |
| 11 | OAK HILL CREDIT ALPHA FUND (OFFSHORE), LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28198 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,213,654.62* | Lehman Brothers Special Financing Inc. | Unsecured | $3,688,632.87 |
| 12 | OAK HILL CREDIT ALPHA FUND, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH, TX 76102 | 28191 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,494,893.95* | Lehman Brothers Special Financing Inc. | Unsecured | $630,244.33 |
| 13 | OAK HILL CREDIT ALPHA FUND, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH, TX 76102 | 28192 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $1,494,893.95* | Lehman Brothers Holdings Inc. | Unsecured | $630,244.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 8

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28199 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $3,917,390.10* | Lehman Brothers Holdings Inc. | Unsecured | $1,880,881.80 |
| 15 | OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28200 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,917,390.10* | Lehman Brothers Special Financing Inc. | Unsecured | $1,880,881.80 |
| 16 | OAK HILL SECURITIES FUND II LP OAK HILL ADVISORS, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH, TX 76102 | 28188 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $509,998.05* | Lehman Brothers Special Financing Inc. | Unsecured | $252,232.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | OAK HILL SECURITIES FUND II LP OAK HILL ADVISORS, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH, TX 76102 | 28189 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $286,974.37* | Lehman Brothers Special Financing Inc. | Unsecured | $177,235.03 |
| 18 | OHA COAST HEDGING, LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28193 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,844,316.25* | Lehman Brothers Holdings Inc. | Unsecured | $3,687,117.91 |
| 19 | OHA COAST HEDGING, LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28194 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,844,316.25* | Lehman Brothers Special Financing Inc. | Unsecured | $3,687,117.91 |
| 20 | OHA HEDGED CREDIT, LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28195 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $622,203.87* | Lehman Brothers Holdings Inc. | Unsecured | $452,220.30 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 6 of 8

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | OHA HEDGED CREDIT, LTD. ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 28196 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $622,203.87* | Lehman Brothers Special Financing Inc. | Unsecured | $452,220.30 |
| 22 | SEAT PAGINE GIALLE S.P.A. ATTN: STEFANO COLLMANN CORSO MORTARA 22 TORINO, 10149 ITALY | 10943 | 09/09/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured | Undetermined Undetermined Undetermined $12,873,802.97* | Lehman Brothers Holdings Inc. | Unsecured | $11,705,349.72 |
| 23 | SEAT PAGINE GIALLE S.P.A. ATTN: STEFANO COLLMANN CORSO MORTARA 22 TORINO, 10149 ITALY | 10944 | 09/09/2009 | Lehman Brothers Special Financing Inc. | Administrative Priority Secured Unsecured | Undetermined Undetermined Undetermined $12,873,802.97* | Lehman Brothers Special Financing Inc. | Unsecured | $11,440,507.34 |
| 24 | STANDARD BANK ISLE OF MAN LTD C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON, EC3N 2AA UNITED KINGDOM | 17285 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,351,703.92* | Lehman Brothers Commodity Services Inc. | Unsecured | $863,265.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | STANDARD BANK JERSEY LIMITED C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF: EAM/EJA LONDON, EC3N 2AA UNITED KINGDOM | 17284 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $181,604.59* | Lehman Brothers Commodity Services Inc. | Unsecured | $76,590.14 |
| 26 | U.S. CENTRAL FEDERAL CREDIT UNION ATTN: D. HUTCHINSON, ASSOCIATE GENERAL COUNSEL SUITE 100 9701 RENNER BOULEVARD LENEXA, KS 66219 | 7005 | 08/03/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $848,526.00 | Lehman Brothers Holdings Inc. | Unsecured | $62,017.42 |
| 27 | US CENTRAL FEDERAL CREDIT UNION ATTN: D. HUTCHINSON, ASSOCIATE GENERAL COUNSEL SUITE 100 9701 RENNER BOULEVARD LENEXA, KS 66219 | 8003 | 08/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $848,526.00 | Lehman Brothers Special Financing Inc. | Unsecured | $62,017.42 |
| | | | | | TOTAL | $80,049,733.34 | | TOTAL | $57,080,436.55 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND, NJ 07068 | 22021 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,245,435.79* | Lehman Brothers Commodity Services Inc. | Unsecured | $805,386.72 |
| 2 | ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND, NJ 07068 | 22022 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,245,435.79* | Lehman Brothers Holdings Inc. | Unsecured | $803,541.92 |
| | | | | | TOTAL | $2,490,871.58 | | TOTAL | $1,608,928.64 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BG AMERICAS & GLOBAL LNG ATTN: THOMAS A. SMITH, CHIEF COUNSEL 5444 WESTHEIMER, SUITE 1775 HOUSTON, TX 77056 | 22098 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $19,768,852.01* | Lehman Brothers Commodity Services Inc. | Unsecured | $14,534,802.14 |
| 2 | BG AMERICAS & GLOBAL LNG CHIEF COUNSEL THOMAS A. SMITH 5444 WESTHEIMER HOUSTON, TX 77056 | 22099 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $19,768,852.01* | Lehman Brothers Holdings Inc. | Unsecured | $14,534,802.14 |
| 3 | FERRERO S.P.A. F/K/A/ P FERRERO & C. S.P.A. ATTN: DINO CORGNATI C/O DIREZIONE FINANZA PIAZZALE FERRERO, 1 ALBA, 12051 ITALY | 15915 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,532,052.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,521,240.72 |
| 4 | FERRERO TRADING LUX SA ATTN: TREASURY DEPT. ATTN: FILIPPO FERRUA MAGLIANI, DIRECTOR 6E ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 15912 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $728,916.00 | Lehman Brothers Special Financing Inc. | Unsecured | $717,255.04 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 5

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 5 | FERRERO TRADING LUX SA ATTN: TREASURY DEPT. ATTN: FILIPPO FERRUA MAGLIANI, DIRECTOR 6E ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 15917 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $745,619.00 | Lehman Brothers Holdings Inc. | Unsecured | $735,626.59 |
| 6 | SHANNON HEALTH SYSTEM SHANE PLYMELL, TREASURER 120 EAST HARRIS SAN ANGELO, TX 76903 | 810 | 11/20/2008 | Lehman Brothers Holdings Inc. | Unsecured | $1,472,818.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,025,512.18 |
| 7 | SHANNON HEALTH SYSTEM SHANE PLYMELL, TREASURER 120 EAST HARRIS SAN ANGELO, TX 76903 | 811 | 11/20/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $1,472,818.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,025,512.18 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 5

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | 20317 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,988,948.01 | Lehman Brothers Holdings Inc. | Unsecured | $1,281,184.60 |
| 9 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | 20318 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,988,948.01 | Lehman Brothers Special Financing Inc. | Unsecured | $1,281,184.60 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 5

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | TELECOM ITALIA FINANCE SA SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872, L-2018 LUXEMBOURG | 15366 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,752,789.99* | Lehman Brothers Special Financing Inc. | Unsecured | $34,741,449.48 |
| 11 | TELECOM ITALIA FINANCE SA SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872, L-2018 LUXEMBOURG | 15368 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,752,789.99* | Lehman Brothers Holdings Inc. | Unsecured | $35,565,272.35 |
| 12 | TENOR OPPORTUNITY MASTER FUND, LTD. ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK, NY 10036 | 24542 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,420,079.80 | Lehman Brothers Special Financing Inc. | Unsecured | $758,565.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 5

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 63: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | TENOR OPPORTUNITY MASTER FUND, LTD. ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK, NY 10036 | 24544 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,549,683.80 | Lehman Brothers Holdings Inc. | Unsecured | $758,565.39 |
| | | | | | TOTAL | $126,943,166.62 | | TOTAL | $111,480,972.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5